| | |
|---|---|
| 1  Erin R. Ranahan (SBN: 235286)) <br> eranahan@winston.com <br> 2  Jiepu (Bobby) Li (SBN: 342224) <br> BLi@winston.com <br> 3  WINSTON & STRAWN LLP <br> 333 S. Grand Avenue <br> 4  Los Angeles, CA 90071-1543 <br> Telephone:  (213) 615-1700 <br> 5  Facsimile:   (213) 615-1750 | **DENIED** <br> BY ORDER OF THE COURT |

6  Chante B. Westmoreland (*pro hac vice*)
   cwestmoreland@winston.com
7  WINSTON & STRAWN LLP
   800 Capitol St., Suite 2400
8  Houston, TX 77002
   Telephone:  (713) 651-2794
9  Facsimile:   (713) 651-2700

10  *Attorneys for Defendants*
    CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS,
11  OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC,
    PRETTY HUSTLE, LLC and OMG GIRLZ LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No.  2:20-cv-11548-JVS-AGR** <br><br> **[PROPOSED] ORDER GRANTING THE GRAND PARTIES'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE FOURTH AMENDED COUNTERCLAIM** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC, <br><br> Counter-Claimants, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive, <br><br> Counter-Defendants. | |

# ORDER

The Court, having considered Defendants and Counter-Claimants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, Grand Hustle LLC, and Pretty Hustle LLC's (collectively, "Defendants and Counter-Claimants") *Ex Parte* Application for Leave to File Amended Answer and Fourth Amended Counterclaims, finds that good cause appears therefore, and orders the Complaint submitted with the proposed application be filed within one-day from this Order.

IT IS SO ORDERED.

Dated:

**DENIED**
BY ORDER OF THE COURT

Honorable James V. Selna
United States District Judge

No good cause under FRCP 16(b). Too late. JVS April 19, 2022