KELLER / ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
Gregory M. Sergi (SBN 257415)
gsergi@kelleranderle.com
18300 Von Karman Ave., Ste. 930
Irvine, California  92612
Telephone: (949) 476-8700

UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
1920 Main Street, Suite 750
Irvine, California  92614
Telephone: (949) 679-0052

MGA ENTERTAINMENT, INC.
Elizabeth Lachman (SBN 261644)
ELachman@mgae.com
Laurence Cheng (SBN 306299)
Laurence.cheng@mgae.com
9220 Winnetka Avenue
Chatsworth, California  91311
Telephone:  (818) 894-2525

*Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**DECLARATION OF GREGORY M. SERGI IN SUPPORT OF COUNTER-DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF CHRISTIAN TREGILLIS**<br><br>Final Pretrial Conference:<br>Date:   January 5, 2022<br>Time:  9:00 a.m.<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>Counter-Defendants. | Complaint Filed:  December 20, 2020<br>Trial Date:   January 17, 2023 |

I, Gregory M. Sergi, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California.  I am a Senior Counsel with the law firm Keller/Anderle LLP, and counsel for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian (together, "MGA") in this action.  I make this Declaration in support of MGA's Motion to Exclude Expert Witness Testimony of Christian Tregillis ("Motion").  I have personal knowledge of the matters stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Christian Tregillis dated April 22, 2022, which was marked as Deposition Exhibit 2 at the deposition of Christian Tregillis taken on November 29, 2022.

3.      Attached hereto as **Exhibit B** is a true and correct copy a document Bates labeled MGAE0126318 – MGAE0126322 that contains financial information from MGA for its L.O.L. Surprise O.M.G. line of products, which was marked as Deposition Exhibit 5 at the deposition of Christian Tregillis taken on November 29, 2022.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Expert Report of Russell W. Mangum III, Ph.D., dated May 9, 2022, which was marked as Deposition Exhibit 7 at the deposition of Christian Tregillis taken on November 29, 2022.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Supplemental Expert Report of Russell W. Mangum III, Ph.D., dated October 27, 2022, which was marked as Deposition Exhibit 8 at the deposition of Christian Tregillis taken on November 29, 2022.

6.      Attached hereto as **Exhibit E** is a true and correct copy of email correspondence between counsel for MGA and counsel for Counter-Claimants.

7.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the transcript of deposition of Christian Tregillis.

1

1     I declare, under penalty of perjury, under the laws of the United States of

2   America that the foregoing is true and correct.

3     Executed this 16th day of December 2022, at Irvine, California

4

5                                      _____
                                              Gregory M. Sergi

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28