# EXHIBIT B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
MGA ENTERTAINMENT, INC.,      )
                Plaintiff,    )
     vs.                      )
                              ) SACV-20-11548-JVS
CLIFFORD T.I. HARRIS, et al., )
                Defendants.   )
------------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

December 6, 2022

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   CHASE SCOLNICK
     JENNIFER L. KELLER
 4   KELLER ANDERLE, LLP
     18300 Von Karman Avenue, Suite 930
 5   Irvine, CA  92612
     (949) 476-8700
 6
     MARK A. FINKELSTEIN
 7   UMBERG ZIPSER, LLP
     1920 Main Street, Suite 750
 8   Irvine, CA  92614
     (979) 679-0052
 9

10   For the Defendants:

11   ERIN R. RANAHAN
     WINSTON STRAWN, LLP
12   333 South Grand Avenue, 38th Floor
     Los Angeles, CA  90071-1543
13   (213) 615-1700

14

15

16

17

18

19

20

21

22

23

24

25
```

|       |    |                                                                       |
|-------|----|-----------------------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA; TUESDAY, DECEMBER 6, 2022; 7:34 A.M.           |
| 07:34 | 2  | THE CLERK:  Calling Item No. 1, SACV-20-11548-JVS,                    |
| 07:34 | 3  | MGA Entertainment, Inc., versus Clifford T.I. Harris, et al.          |
| 07:34 | 4  | Appearances please, counsel.                                          |
| 07:34 | 5  | MR. SCOLNICK:  Good morning, Your Honor.  Chase                       |
| 07:34 | 6  | Scolnick, Jennifer Keller, and Mark Finkelstein for the               |
| 07:34 | 7  | plaintiff.                                                            |
| 07:34 | 8  | THE COURT:  Good morning.                                             |
| 07:34 | 9  | MS. RANAHAN:  Good morning, Your Honor.  Erin                         |
| 07:34 | 10 | Ranahan for the defendant.                                            |
| 07:34 | 11 | THE COURT:  Good morning.                                             |
| 07:34 | 12 | It seems you folks are having difficulty putting                      |
| 07:35 | 13 | together a Joint Pretrial Conference Order.                           |
| 07:35 | 14 | MR. SCOLNICK:  Your Honor, we submitted one last                      |
| 07:35 | 15 | night at about 6:00.  We were able to work out our                    |
| 07:35 | 16 | differences.  We have been working on it together for the             |
| 07:35 | 17 | last few days since the holiday, and we were able to reach a          |
| 07:35 | 18 | resolution and file it at about 6:00 last night.                      |
| 07:35 | 19 | THE COURT:  Okay.  Well, fortunately we have other                    |
| 07:35 | 20 | things to discuss.                                                    |
| 07:35 | 21 | MR. SCOLNICK:  Yes, Your Honor.                                       |
| 07:35 | 22 | THE COURT:  There's an ex parte application to                        |
| 07:35 | 23 | settle what the order of proof is going to be at trial.  I'm          |
| 07:35 | 24 | prepared to grant that.  I think we all know what the ground          |
| 07:35 | 25 | rules are, so I think it's not a terribly complicated issue,          |

|  |  |  |
|---|---|---|
| 07:35 | 1 | and I'm inclined to think the party seeking money damages |
| 07:35 | 2 | rather than declaratory relief ought to go first, but let's |
| 07:36 | 3 | see. |
| 07:36 | 4 |     MR. SCOLNICK:  Your Honor, if I may. |
| 07:36 | 5 |     THE COURT:  Please. |
| 07:36 | 6 |     MR. SCOLNICK:  Opposing counsel filed a motion on |
| 07:36 | 7 | shortened time that would allow us the opportunity to |
| 07:36 | 8 | respond in writing, and we were anticipating doing that.  I |
| 07:36 | 9 | think it was this week.  It was the 7th that was our day to |
| 07:36 | 10 | respond.  So we're working on a response right now.  They've |
| 07:36 | 11 | asked for that to be heard at the final status conference on |
| 07:36 | 12 | the 19th, and we agree with that request and would ask for |
| 07:36 | 13 | the opportunity to brief it. |
| 07:36 | 14 |     THE COURT:  Is the 7th enough time to prepare your |
| 07:36 | 15 | brief? |
| 07:36 | 16 |     MR. SCOLNICK:  Yes, Your Honor. |
| 07:36 | 17 |     THE COURT:  Okay.  Eight pages. |
| 07:36 | 18 |     MR. SCOLNICK:  Yes, Your Honor. |
| 07:36 | 19 |     THE COURT:  Okay.  Rebuttal on 12/12, three pages. |
| 07:36 | 20 |     MS. RANAHAN:  Yes, Your Honor. |
| 07:36 | 21 |     THE COURT:  Okay.  And we have a separate ex parte |
| 07:36 | 22 | application for sanctions, which from the docket I see it's |
| 07:36 | 23 | fully briefed. |
| 07:36 | 24 |     Any further briefing anyone wants on that? |
| 07:37 | 25 |     MR. SCOLNICK:  Not from us, Your Honor.  We |

```
07:37   1    submitted our reply yesterday.
07:37   2            THE COURT:  All right.  Let me take a look at
07:37   3    that.  If I think we need oral argument, I'll set it fairly
07:37   4    promptly.
07:37   5            MR. SCOLNICK:  Yes, Your Honor.
07:37   6            THE COURT:  Any further comments on that?
07:37   7            MR. SCOLNICK:  Well, Your Honor, I'd be happy to
07:37   8    say a few extra words.
07:37   9            THE COURT:  Well, I'd be better informed to
07:37  10    receive your extra words if they're substantive after I've
07:37  11    read the moving papers and the other papers.
07:37  12            MR. SCOLNICK:  I understand, Your Honor.  I think
07:37  13    we said our piece in our reply.  We think that the
07:37  14    circumstances are extraordinary.  If the Court has any
07:37  15    questions, we'd be happy to submit extra briefing.
07:37  16            THE COURT:  Okay.
07:37  17            MS. RANAHAN:  Your Honor, we received that motion
07:37  18    for extraordinary relief, which includes all sorts of
07:37  19    sanctions against me personally and also seeks to exclude
07:37  20    the four witnesses that they've tried to exclude several
07:38  21    times on several grounds.  It was received on an ex parte
07:38  22    basis, so we had 24 hours to respond to 25 pages.  We did
07:38  23    that as quickly as we could.  Now last night we just
07:38  24    received, you know, 18 more pages of briefing.
07:38  25            If Your Honor is considering these sanctions, of
```

```
07:38   1    course we would prefer to have the opportunity to respond to
07:38   2    the egregious accusations and --
07:38   3             THE COURT:  Which you've already put in an
07:38   4    opposition, you've told me.
07:38   5             MS. RANAHAN:  We put in --
07:38   6             THE COURT:  Is there new matter in the reply?
07:38   7             MS. RANAHAN:  I believe there is, Your Honor.
07:38   8    They're now reaching back to, you know, comments from
07:38   9    depositions in April and, you know --
07:38  10             THE COURT:  Surrebuttal of five pages in by
07:38  11    Friday.
07:38  12             MS. RANAHAN:  Thank you, Your Honor.
07:38  13             THE COURT:  Okay.  Where do your settlement
07:38  14    discussions stand?
07:38  15             MR. SCOLNICK:  Your Honor, I'm new to the case,
07:38  16    but my understanding is this matter is going to trial.
07:39  17             MS. RANAHAN:  We've had one mediation before the
07:39  18    magistrate, and in this entire case since we've sent the
07:39  19    demand letter, there's never been a single offer, not a
07:39  20    dollar.
07:39  21             THE COURT:  Okay.  Anything else we should take up
07:39  22    today given that we're all here?
07:39  23             MR. SCOLNICK:  I don't believe so, Your Honor --
07:39  24    yes, actually there is another matter.  Obviously, after the
07:39  25    Court's summary judgment, there are a number of dolls -- I
```

```
07:39   1    think about 40 -- that are no longer in the case.  We have
07:39   2    received opposing counsel's expert's report.  The deposition
07:39   3    was taken I think it was last week, and the expert said for
07:39   4    the first time in his deposition that he's planning to
07:40   5    respond to the Court's order and come to new calculations.
07:40   6    But essentially the report that he issued and all the notice
07:40   7    that we had going into the deposition -- he has since
07:40   8    abandoned those opinions.
07:40   9              So we would like to file an additional motion to
07:40   10   strike and exclude his testimony given that all of his
07:40   11   testimony that was noticed in his expert report is no longer
07:40   12   viable and he has since abandoned it.  So I would ask for
07:40   13   the opportunity to submit some briefing on that as well.
07:40   14             MS. RANAHAN:  If I could, Your Honor, nothing has
07:40   15   been abandoned.  What happened is they submitted a
07:40   16   supplemental report I believe in late October or early
07:40   17   November where their expert did a new calculation based on
07:40   18   Your Honor's order which did narrow the case and left 31 or
07:40   19   32 dolls in the case and 40 out.  So their expert came up
07:40   20   with a new calculation that went by a doll.
07:40   21             The problem with that calculation is there's
07:41   22   several products that we don't know what they are because
07:41   23   they're based on SKU numbers that are only available to MGA
07:41   24   and MGA's expert had a side conversation with someone
07:41   25   internally to try to determine that.  So I've reached out to
```

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
| 07:41 | 1  | counsel to attempt to work out a way to try to figure what                   |
| 07:41 | 2  | those products were that they've excluded so that we can                     |
| 07:41 | 3  | work on this and that we can have expert reports that                        |
| 07:41 | 4  | conform to Your Honor's summary judgment order.  The summary                 |
| 07:41 | 5  | judgment order came after the original report, so both                       |
| 07:41 | 6  | experts are trying to scramble to respond to the summary                     |
| 07:41 | 7  | judgment order.                                                              |
| 07:41 | 8  |       MR. SCOLNICK:  Your Honor, our expert did respond |
| 07:41 | 9  | to the summary judgment order, and we would have expected                    |
| 07:41 | 10 | opposing counsel's expert to do the same.  To my knowledge,                  |
| 07:41 | 11 | no effort was taken to modify or amend his report consistent                 |
| 07:41 | 12 | with the Court's order.  So if there were such efforts, they                 |
| 07:41 | 13 | should have been taken before the deposition consistent with                 |
| 07:41 | 14 | the Court's trial order.  That wasn't done.  There has been                  |
| 07:41 | 15 | no update, no amended report.  So we believe that exclusion                  |
| 07:42 | 16 | is appropriate, and we'd be happy to submit briefing on this                 |
| 07:42 | 17 | topic.                                                                       |
| 07:42 | 18 |       MS. RANAHAN:  Your Honor, there's one -- besides |
| 07:42 | 19 | just trying to figure out -- there's some products that we                   |
| 07:42 | 20 | can tell -- and this is what our expert testified to -- some                 |
| 07:42 | 21 | that he cannot tell, which I've explained and we talked                      |
| 07:42 | 22 | about during the deposition with the counsel who's not here.                 |
| 07:42 | 23 |       THE COURT:  Well, is there any reason you can't  |
| 07:42 | 24 | provide informally the SKUs that go with the various                         |
| 07:42 | 25 | products so they know what you're asking for?                                |

| | | |
|---|---|---|
| 07:42 | 1 | MR. SCOLNICK: Can I have a moment, please, Your |
| 07:42 | 2 | Honor? |
| 07:42 | 3 | THE COURT: Sure. |
| 07:42 | 4 | MS. RANAHAN: There are SKUs, but we don't know |
| 07:42 | 5 | what some of them are because -- we're trying to just -- we |
| 07:42 | 6 | asked for pictures or some way to identify them. |
| 07:42 | 7 | MR. SCOLNICK: The SKUs were in the expert report, |
| 07:42 | 8 | Your Honor. |
| 07:42 | 9 | MR. FINKELSTEIN: If I may, there were just a few |
| 07:42 | 10 | SKUs, Your Honor, where they were combined, and our expert |
| 07:42 | 11 | did speak to MGA to figure out, okay, if there were three |
| 07:42 | 12 | dolls, for instance, in the SKU, is one doll X or two dolls |
| 07:42 | 13 | Y? He put that in his report such that their opposing |
| 07:43 | 14 | expert should have been able to take that information and do |
| 07:43 | 15 | his own report. |
| 07:43 | 16 | THE COURT: Well, I direct you to meet and confer |
| 07:43 | 17 | informally so that everybody knows what's being claimed. So |
| 07:43 | 18 | can you get that done by the end of the week? |
| 07:43 | 19 | MR. SCOLNICK: Yes, Your Honor. |
| 07:43 | 20 | MS. RANAHAN: There's one more issue related to |
| 07:43 | 21 | that, Your Honor, that we've asked for updated financial |
| 07:43 | 22 | information because the information we have runs through |
| 07:43 | 23 | February of 2022. They agreed that they would do it, but, |
| 07:43 | 24 | of course, we haven't seen that yet. That would go into our |
| 07:43 | 25 | expert's report as well, and we want updated -- if we're |

```
07:43   1    having trial January 17, we want it for the full year.  And
07:43   2    we haven't -- we've been told that we're going to get
07:43   3    Quarter 3.  I don't know when.  That would all impact our
07:43   4    expert's report as well.
07:43   5              MR. SCOLNICK:  Certainly, Your Honor.  There is no
07:43   6    dispute as to Quarter 3.  I'd like to turn it over this
07:43   7    week.  With respect to Q4, my understanding is that
07:43   8    information is not available until late February typically
07:43   9    or early March.
07:43  10              THE COURT:  They don't close the books and do a
07:43  11    final report for the fourth quarter until February?  Is that
07:43  12    what you're telling me?
07:44  13              MR. SCOLNICK:  That's my understanding, Your
07:44  14    Honor, yes.
07:44  15              THE COURT:  Okay.  If you want to bring on any
07:44  16    further motions with regard to the experts, notice them for
07:44  17    late in the week of the first year.
07:44  18              MR. SCOLNICK:  Yes, Your Honor.
07:44  19              THE COURT:  Okay, anything else?
07:44  20              MR. SCOLNICK:  No, Your Honor.  Thank you.
07:44  21              THE COURT:  Let me look at the calendar.  I'm not
07:44  22    sure there's anything else on the calendar for the 17th, so
07:44  23    let me give you a read.
07:45  24              (Court and clerk conferring)
07:45  25              THE COURT:  We have four criminal cases also set.
```

```
07:45   1    At this point, it doesn't look like they're going to go.
07:45   2    But obviously if any of them go, you'll trail.  So we'll
07:45   3    keep you posted.
07:45   4            MR. SCOLNICK:  Yes, Your Honor.
07:45   5            THE COURT:  Okay, if there's nothing else we
07:45   6    should take up, then we'll be adjourned.
07:45   7            MR. SCOLNICK:  Thank you, Your Honor.
07:45   8            MS. RANAHAN:  Thank you, Your Honor.
07:45   9                        *   *   *
07:45   10
07:45   11
07:45   12
07:45   13
07:45   14
07:45   15
07:45   16
07:45   17
07:45   18
07:45   19
07:45   20
07:45   21
07:45   22
07:45   23
07:45   24
07:45   25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:   December 12, 2022


/s/   Sharon A. Seffens   12/12/22
_____
SHARON A. SEFFENS, U.S. COURT REPORTER