1  KELLER / ANDERLE LLP
   Jennifer L. Keller (SBN 84412)
2  jkeller@kelleranderle.com
   Chase A. Scolnick (SBN 227631)
3  cscolnick@kelleranderle.com
   Jay P. Barron (SBN 245654)
4  jbarron@kelleranderle.com
   18300 Von Karman Ave., Ste. 930
5  Irvine, California  92612
   Telephone: (949) 476-8700
6

7  UMBERG ZIPSER LLP                         MGA ENTERTAINMENT, INC.
   Mark A. Finkelstein (SBN 173851)          Elizabeth Lachman (SBN 261644)
8  mfinkelstein@umbergzipser.com             ELachman@mgae.com
   1920 Main Street, Suite 750               Laurence Cheng (SBN 306299)
9  Irvine, California  92614                 Laurence.cheng@mgae.com
   Telephone: (949) 679-0052                 9220 Winnetka Avenue
10                                           Chatsworth, California  91311
                                             Telephone:  (818) 894-2525
11 *Attorneys for Plaintiff and Counter-*
   *Defendant MGA Entertainment, Inc., and*
12 *Counter-Defendant Isaac Larian*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**PLAINTIFF AND COUNTER-DEFENDANTS' AMENDED WITNESS LIST**<br><br>Final Pretrial Conference:<br>Date:   January 5, 2022<br>Time:  9:00 a.m.<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>Counter-Defendants. | Complaint Filed:  December 20, 2020<br>Trial Date:   January 17, 2023 |

Per the Court's order at the Final Status Conference for each party to file an amended witness by the end of the business day on Wednesday, January 11, 2023, Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendant (together, "MGA") submit this amended witness list. This list is provided as part of MGA's good faith attempt to narrow its witness list to only those witnesses it currently expects to call at trial. MGA reserves the right to supplement or modify this list as appropriate at any time before or during trial.

*Indicates that witness will be called only if the need arises.

**Indicates that witness will be called by deposition designation.

| No. | Witness' Name And Contact Information |
|---|---|
| 1. | **\*Tameka Harris**<br>c/o Erin R. Ranahan<br>Winston & Strawn<br>333 S. Grand Avenue, Los Angeles, CA 90071<br>Tel: (213) 615-1700 |
| 2. | **Carlos Borja**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |
| 3. | **Blanche Consorti**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |
| 4. | **Pedro Crisanti**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |

| | | |
|---|---|---|
| | 5. | **Paula Garcia**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |
| | 6. | **Alen Haljevac**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |
| | 7. | **Isaac Larian**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |
| | 8. | **Rachel Moshe**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |
| | 9. | **\*Kotomi Nanjo – may call**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |
| | 10. | **Lora Stephens**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |
| | 11. | **Dr. Bruce Isaacson**<br>MMR Strategy Group<br>16501 Ventura Blvd., Suite 601<br>Encino, CA 91436<br>Tel. (818) 464-2400 |

| | |
|---|---|
| 12. | **Dr. Russell Magnum**<br>Cirque Analytics<br>4 Park Plaza, Suite 1930, Irvine, CA 92614<br>Tel: (949) 594-1600 |
| 13. | **Danna Darma**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |
| 14. | **\*\*Clifford "T.I." Harris – by deposition designation**<br>c/o Erin R. Ranahan<br>Winston & Strawn<br>333 S. Grand Avenue, Los Angeles, CA 90071<br>Tel: (213) 615-1700 |
| 15. | **Kathy Brandon**<br>c/o Chase A. Scolnick<br>Keller Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Tel: (949) 476-8700 |

Dated: January 11, 2023         KELLER/ANDERLE LLP

By: _____
Chase A. Scolnick

Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian