David C. Scheper (SBN: 120174)
DScheper@winston.com
Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
Jiepu (Bobby) Li (SBN: 342224)
BLi@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700

Cesie C. Alvarez (*pro hac vice*)
calvarez@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone:  (415) 591-1000

Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
Sheppard Mullin Richter Hampton LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: 713-431-7100

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS,
OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC,
PRETTY HUSTLE, LLC, and OMG GIRLZ LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | **Case No.  2:20-cv-11548-JVS-AGR**<br><br>**DEFENDANTS AND COUNTER-CLAIMANTS' UPDATED WITNESS LIST**<br><br>Judge: Hon. James V. Selna<br><br>Complaint Filed: December 20, 2020<br>Trial Date: January 17, 2023<br>Final Pretrial Conference: December 5, 2022 |

# WITNESS LIST

Defendants and Counter-Claimants Grand Hustle LLC, Pretty Hustle LLC and OMG Girlz LLC (the "Grand Parties") hereby files this Witness List pursuant to Local Rule 16-5 and Fed. Rules of Civil Procedure 26(a)(3)(A), and the Court's Order from the January 5, 2023, Final Pretrial Conference. The Grand Parties reserve the right to supplement or revise this list prior to trial, and the right to call or refrain from calling anyone on this list.

(* may be called)

| Name | Address/Contact |
|---|---|
| Tameka Harris | Contact through Defendants/Counterclaimants' Counsel |
| Christina Robinson (by deposition) | Contact through Defendants/Counterclaimants' Counsel |
| Clifford "T.I." Harris | Contact through Defendants/Counterclaimants' Counsel |
| Zonnique Pullins | Contact through Defendants/Counterclaimants' Counsel |
| Breaunna Womack (by deposition) | Contact through Defendants/Counterclaimants' Counsel |
| *Pedro Crisanti | Contact through MGA Counsel |
| *Gilbert Key (by deposition) | Contact through MGA Counsel |
| Paula Garcia (by deposition) | Contact through MGA Counsel |
| Kathy Brandon (by deposition) | Contact through MGA Counsel |
| *Maggie Wong (by deposition) | Contact through MGA Counsel |
| Lora Stephens (by deposition) | Contact through MGA Counsel |
| *Kotomi Nanjo | Contact through MGA Counsel |
| Blanche Consorti | Contact through MGA Counsel |

| Name | Address/Contact |
|---|---|
| Rachel Moshe | Contact through MGA Counsel |
| Isaac Larian | Contact through MGA Counsel |
| *Nick Contreras | Contact through MGA Counsel |
| Carlos Borja (by deposition) | Contact through MGA Counsel |
| Chelsea Green | Contact through MGA Counsel |
| Dominique Alexander (by deposition) | Contact through Defendants/Counterclaimants' Counsel |
| Maia Smith (by deposition) | Contact through Defendants/Counterclaimants' Counsel |
| Maxine Wagner (by deposition) | Contact through Defendants/Counterclaimants' Counsel |
| Moniece Campbell (by deposition) | Contact through Defendants/Counterclaimants' Counsel |
| Windellyn Osborne | Contact through Defendants/Counterclaimants' Counsel |
| Chris Tregillis | Contact through Defendants/Counterclaimants' Counsel |
| Susan McDonald | Contact through Defendants/Counterclaimants' Counsel |

Dated:  January 11, 2023          WINSTON & STRAWN LLP

By:/s/*Erin R. Ranahan*
       Erin R. Ranahan

*Attorney for Defendants CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC*