UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Clifford "T.I." Harris, Tameka "Tiny" Harris, and OMG Girlz LLC, and Does 1-10 inclusive<br><br>　　　　　Defendants.<br>_____<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC AND OMG GIRLZ LLC,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>MGA Entertainment Inc., Isaac Larian, and Does 1-10 inclusive,<br><br>　　　　　Cross-defendants. | Case No. 2:20−cv−11548−JVS−AGR<br><br>**JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Pre-Trial Conference:<br>Date: January 5, 2023<br>Time: 8:30 a.m.<br><br>Trial Date: January 17, 2023<br><br>Judge: Hon James V. Selna |

## Joint Statement by the Parties

Per the Court's Pre-Trial Order, the Parties have endeavored to draft a joint statement of the case to be presented to the jury. The Parties have made a good faith effort to agree on a single joint statement, and while the Parties were able to reach a resolution on many of their proposals, there are still some final distinctions on which the parties were unable to agree. Below, please find Defendants/Counter-Claimants' proposed statement, Plaintiffs/Counter-Defendants' proposed statement, and a redlined version comparing the two versions, for the convenience of the Court.

**Defendants/Counter-Claimants' Proposal:**

This case you will hear about is a lawsuit between a music and entertainment group, the OMG Girlz and two related entertainment companies, Pretty Hustle LLC and Grand Hustle LLC, on the one hand, and a toy company, MGA Entertainment Inc., on the other hand. There are also individual parties: Isaac Larian, who is the CEO of MGA, Clifford "T.I." Harris, who is the CEO of Grand Hustle, and Tameka "Tiny" Harris, who is the CEO of Pretty Hustle.

Grand Hustle LLC, Pretty Hustle LLC, and OMG Girlz LLC claim that certain dolls within MGA's doll product line called "L.O.L. Surprise! O.M.G." infringe on the trade dress, and misappropriate the likeness of the "OMG Girlz," and seek damages for this alleged infringement and misappropriation.

MGA and Mr. Larian deny these allegations and MGA brought this action, and claims that MGA is entitled to a finding that the "L.O.L. Surprise! O.M.G." dolls do not infringe on the intellectual property rights being asserted.

**Plaintiffs/Counter-Defendants' Proposal:**

This case you will hear about is a lawsuit between OMG Girlz LLC, Pretty Hustle LLC, and Grand Hustle LLC, on the one hand, and a toy company, MGA Entertainment Inc., on the other hand. There are also individual parties: Isaac Larian, who is the CEO of MGA, Clifford "T.I." Harris, who is the CEO of Grand Hustle, and Tameka "Tiny" Harris, who is the CEO of Pretty Hustle.

Grand Hustle LLC, Pretty Hustle LLC, and OMG Girlz LLC claim that certain dolls within MGA's doll product line called "L.O.L. Surprise! O.M.G." infringe on the trade dress, and misappropriate the likeness of, a music group called the "OMG Girlz," and seek money for this alleged infringement and misappropriation.

MGA and Mr. Larian deny these allegations and claim that MGA is entitled to a finding that the "L.O.L. Surprise! O.M.G." dolls do not infringe on the intellectual property rights being asserted.

**Differences Between the Parties Proposals**

- **Green** = proposal by Defendants/Counter-Claimants, opposed by Plaintiffs/Counter-Defendants

- **Blue** = proposal by Plaintiffs/Counter-Defendants, opposed by Defendants/Counter-Claimants

This case you will hear about is a lawsuit between [a music and entertainment group, the] OMG Girlz [LLC] [and two related entertainment companies], Pretty Hustle LLC, and Grand Hustle LLC, on the one hand, and a toy company, MGA Entertainment Inc., on the other hand. There are also individual parties: Isaac Larian, who is the CEO of MGA, Clifford "T.I." Harris, who is the CEO of Grand Hustle, and Tameka "Tiny" Harris, who is the CEO of Pretty Hustle.

Grand Hustle LLC, Pretty Hustle LLC, and OMG Girlz LLC claim that certain dolls within MGA's doll product line called "L.O.L. Surprise! O.M.G." infringe on the trade dress, and misappropriate the likeness of[, a music group called] the "OMG Girlz," and seek [money] [damages] for this alleged infringement and misappropriation.

MGA and Mr. Larian deny these allegations and [MGA brought this action and] claim[s] that MGA is entitled to a finding that the "L.O.L. Surprise! O.M.G." dolls do not infringe on the intellectual property rights being asserted.

| | | | |
|---|---|---|---|
| 1 | Dated: January 12, 2023 | | KELLER/ANDERLE LLP |
| 2 | | By: | /s/ Chase A. Scolnick |
| 3 | | | Chase A. Scolnick |
| 4 | | | Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian |
| 5 | | | |
| 6 | | | |
| 7 | | | WINSTON & STRAWN LLP |
| 8 | Dated:  January 12, 2023 | By: | /s/ Erin R. Ranahan |
| 9 | | | Erin R. Ranahan |
| 10 | | | Attorneys for Defendants and Counter-Claimants |