KELLER / ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
18300 Von Karman Ave., Ste. 930
Irvine, California  92612
Telephone: (949) 476-8700

UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
1920 Main Street, Suite 750
Irvine, California  92614
Telephone: (949) 679-0052

MGA ENTERTAINMENT, INC.
Elizabeth Lachman (SBN 261644)
ELachman@mgae.com
Laurence Cheng (SBN 306299)
Laurence.cheng@mgae.com
9220 Winnetka Avenue
Chatsworth, California  91311
Telephone:  (818) 894-2525

*Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>　　　　Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**PLAINTIFF AND COUNTER-DEFENDANTS' NOTICE OF PARTIES' DEPOSITION DESIGNATIONS FOR DEFENDANT CLIFFORD "T.I." HARRIS AND FURTHER REPORT ABOUT COUNTER-CLAIMANTS' DESIGNATIONS**<br><br>Final Pretrial Conference:<br>Date:   January 5, 2022<br>Time:   9:00 a.m.<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>　　　　Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>　　　　Counter-Defendants. | Complaint Filed:  December 20, 2020<br>Trial Date:   January 17, 2023 |

1    Per the Court's Final Pretrial Conference Order (Dkt. 492), Plaintiff and
2    Counter-Defendant MGA Entertainment, Inc. and Counter-Defendant (together,
3    "MGA") submit as **Exhibit A** their list of deposition designations for defendant
4    Clifford "T.I." Harris, along with Counter-Claimants' objections and counter-
5    designations, and MGA's objections to those counter-designations.  As set forth on
6    MGA's Amended Witness List (*see* Dkt. 495), Mr. Harris is the only witness MGA
7    intends to call by deposition in its case-in-chief.  This list is provided to permit the
8    Court sufficient opportunity to review and rule on the designations, counter-
9    designations, and objections sufficiently before it is to be played at trial.[1]

10   As raised by MGA at the Final Pretrial Conference, and in the Joint Report re
11   Parties' Further Discussions re Deposition Designations (Dkt. 498), Counter-
12   Claimants exchanged extraordinarily excessive—an estimated 60 hours—and
13   improper deposition designations on the December 22, 2022 deadline set forth in the
14   Final Pretrial Conference Order.  Counter-Claimants then ignored for weeks MGA's
15   requests that Counter-Claimants narrow their designations to what they actually
16   intend to use at trial.  This forced MGA to use massive resources to insert objections
17   and counter-designations to Counter-Claimants' lengthy designations.  Then, on
18   January 12, 2023, Counter-Claimants served an "updated" list of their deposition
19   designations.  The updated list is still 56 pages of page and line numbers.[2]  And it
20   provided no information about what changes Counter-Claimants made to their
21   designations.  It appears testimony was cut, but some testimony was added as well.
22   Some designations were changed, beginning or ending at a different page and line
23   number.  And Counter-Claimants' updated list eliminated MGA's previously-

24   _____

25   [1]    Physical copies of the deposition transcripts, including the transcript of Mr.
     Harris' deposition, have been lodged with the Court.  If the Court prefers an
26   electronic copy, MGA would be happy to provide it.
27   [2]    While MGA has not been able to determine what changes have been made, it
     has attempted to quantify them.  A preliminary review using Microsoft Word,
28   which may be overinclusive, indicated Counter-Claimants' "updated" designations
     included over 1,600 changes from what it exchanged on December 22.

1   exchanged objections and counter-designations.  Counsel for the parties conferred on
2   the morning of January 13, 2023.  But MGA still has not received full transparency
3   on what changes Counter-Claimants have made or seen a full list of the updated
4   designations with MGA's previously-submitted objections and counter-designations.
5   MGA will continue to work in good faith with Counter-Claimants but, now only days
6   from trial, cannot afford to expend significant resources to fix a problem entirely of
7   Counter-Claimants' creation.
8          At this point, it is clear Counter-Claimants' designations and the counter-
9   designations to that testimony will not be ready for the beginning of trial.  To expect
10  otherwise would be unfair not only to MGA but to the Court and court staff.  Given
11  the current status, and to avoid unnecessary delays and interruptions during trial,
12  MGA therefore respectfully requests that the Court order:
13      (1)    Counter-Claimants cannot play any designated deposition testimony
14              during the first week of trial (*i.e.*, week of January 17th);
15      (2)    Counter-Claimants cannot play any designated deposition testimony
16              until they:
17              (i)    identify all testimony cut from prior iterations of their
18                      designations,
19              (ii)   before playing any designated deposition testimony, give
20                      MGA at least 5 court days' notice of the proposed final
21                      updated designations to allow MGA to update its counter-
22                      designations; and
23              (iii)  before playing any designated deposition testimony, give the
24                      Court at least 2 court days' notice of Counter-Claimants' final
25                      designations, MGA's objections and counter-designations, so
26                      that all objections can be ruled on.
27
28

1    Dated: January 13, 2023                KELLER/ANDERLE LLP

2                                     By:   _____

3                                           Chase A. Scolnick

4                                           Attorneys for Plaintiff and Counter-
                                            Defendant MGA Entertainment, Inc., and
5                                           Counter-Defendant Isaac Larian

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28