Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 1 of 51   Page ID
#:30721
Case 2:20-cv-11548-JVS-AGR   Document 540-3   Filed 01/23/23   Page 3 of 53   Page ID
#:29233
2022-11-15                              Wagner, Maxine                              Page 1

**FILED**
CLERK, U.S. DISTRICT COURT

1/23/23

CENTRAL DISTRICT OF CALIFORNIA
BY:    eva    DEPUTY

*Reviewed 1.23.23*
*O/R : overruled*
*S = sustained*
*JVS*

1                UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3

4        MGA ENTERTAINMENT, INC., a California corporation,

5        Plaintiff,        Case No.

6        vs.                2:20-cv-11548-JVS-AGR

7        CLIFFORD "T.I." HARRIS, an

8        individual; TAMEKA "TINY" HARRIS an individual; OMG GIRLZ LLC, a

9        a Delaware limited liability company, and DOES 1-10, inclusive,

10       Defendants.

11

12       GRAND HUSTLE, LLC. PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,

13       Cross-Complainants,

14       vs.

15       MGA ENTERTAINMENT, INC., ISAAC

16       LARIAN, and DOES 1-10, inclusive,

17       Counter-Defendants, ----------------------------------/

18

19       VIDEOCONFERENCE DEPOSITION OF MAXINE WAGNER

20       TUESDAY, NOVEMBER 15, 2022

21

22

23       Reported Remotely and Stenographically by:

24       JANIS JENNINGS, CSR No. 3942, CLR, CCRR

25       Job No. 5578683

| 2022-11-15 | Wagner, Maxine | Page 2 |
|---|---|---|

```
 1
 2
 3
 4
 5
 6
 7
 8              VIDEOTAPED DEPOSITION OF MAXINE WAGNER,
 9      appearing remotely, located in Lake Havasu, Arizona,
10      taken on behalf of Plaintiff and Counter-Defendants
11      MGA Entertainment, Inc., and Isaac Larian, beginning
12      at 11:03 a.m., on Tuesday, November 15, 2022, sworn
13      remotely by Janis Jennings, Certified Shorthand
14      Reporter No. 3942, CCRR, located in the City of
15      Walnut Creek, County of Contra Costa, State of
16      California.
17
18
19
20
21
22
23
24
25
```

| 2022-11-15 | Wagner, Maxine | Page 4 |
|---|---|---|

```
 1                      I N D E X
 2
 3      WITNESS                    PAGE
 4      MAXINE WAGNER
 5
 6
 7
 8      EXAMINATION BY MR. SCOLNICK        8, 191
 9      EXAMINATION BY MS. RANAHAN         179
10
```

| 2022-11-15 | Wagner, Maxine | Page 3 |
|---|---|---|

```
 1      REMOTE APPEARANCES:
 2
 3      For Plaintiff and Counter-Defendants MGA
 4      ENTERTAINMENT INC., and ISSAC LARIAN:
 5          KELLER/ANDERLE LLP
 6          BY: CHASE A. SCOLNICK, ESQ.
 7          8300 Von Karman Avenue, Suite 930
 8          Irvine, California 92612
 9          949.476.8700
10          cscolnick@kelleranderle.com
11
12      For Defendants CLIFFORD "T.I." HARRIS, TAMEKA "TINY"
13      HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND
14      HUSTLE, PRETTY HUSTLE LLC and OMG GIRLZ LLC:
15          WINSTON & STRAWN LLP
16          BY: ERIN R. RANAHAN, ESQ.
17          333 South Grand Avenue
18          38th Floor
19          Los Angeles, California 90071
20          213.615.1700
21          eranahan@winston.com
22
23      Also Remotely Present:
24          ELIZABETH LACHMAN, ESQ., MGA Entertainment
25          ANTHONY GULINO, Videographer
```

| 2022-11-15 | Wagner, Maxine | Page 5 |
|---|---|---|

```
 1                   E X H I B I T S
 2
 3      EXHIBIT                    PAGE
 4      Exhibit 1  Test message from Bobby Li dated    14
 5          4/19/22; Confused consumer0001
 6      Exhibit 2  Declaration of Maxine Wagner in      23
 7          Support of Defendants' Cross-
 8          Complainants' Motion for Summary
 9          Judgment
10      Exhibit 3  Email dated 4/20/22 from Cesie       60
11          Alvarez to andreneal179@yahoo.com
12          Subject: OMG Girlz/Dolls case
13      Exhibit 4  Image of L.O.L. Surprise! 12        122
14          Exclusive Dolls Inside box
15      Exhibit 5  Images; 71 pages                    151
16      Exhibit 6  Zonniquejailee posting w/comments;  180
17          OMG_GIRLZ3010 (8 pages)
18      Exhibit 7  Zonniquejailee posting/w comments   182
19      Exhibit 8  Zonniquejailee post w/comments      183
20      Exhibit 9  Zonniquejailee post w/comments      184
21      Exhibit 10 Zonniquejailee post w/comments      185
22      Exhibit 11 Zonniquejailee post w/comments      187
23      Exhibit 12 Zonniquejailee post w/comments      188
24
25
```

| 2022-11-15 | Wagner, Maxine | Page 6 |
|---|---|---|

```
 1         Tuesday, November 15, 2022; 11:03 a.m.
 2
 3
 4    THE VIDEOGRAPHER:  Good morning, everyone.
 5    We are going on the record at 11:03 a.m. Mountain
 6    Standard Time on November 15th, 2022.
 7    Please note that this deposition is being
 8    conducted virtually.  Quality of recording depends
 9    on the quality of camera and Internet connection of
10    participants.  What is seen from the witness and
11    heard on screen is what will be recorded.
12    Audio and video recording will continue to
13    take place unless all parties agree to go off the
14    record.
15    This is media unit 1 of the video
16    recorded deposition of Maxine Wagner taken by
17    counsel for plaintiff in the matter of MGA
18    Entertainment, Inc., vs. Clifford Harris,
19    et al., filed in the United States District
20    Court, Central District of California.  The case
21    number is 2:20-cv-11548-JVS-AGR.
22    This deposition is being conducted remotely
23    using virtual technology.  My name is Anthony Gulino
24    representing Veritext Legal Solutions and I'm the
25    videographer.  The court reporter is Janis Jennings
```

| 2022-11-15 | Wagner, Maxine | Page 7 |
|---|---|---|

```
 1    from the firm Veritext Legal Solutions.
 2    I am not related to any party in this
 3    action, nor am I financially interested in the
 4    outcome.  If there are any objections to proceeding,
 5    please state them at the time of your appearance.
 6    Counsel will now state their appearances and
 7    affiliations for the record beginning with the
 8    noticing attorney.
 9    MR. SCOLNICK:  Good morning.  Chase Scolnick
10    of Keller/Anderle on behalf of plaintiff and
11    counter-defendants.
12    MS. RANAHAN:  Good morning, Erin Ranahan on
13    behalf of counter-defendants -- sorry, defendants
14    and counter-claimants.
15    MS. LACHMAN:  Also present Elizabeth Lachman
16    on behalf of MGA Entertainment.
17
18              MAXINE WAGNER,
19          the witness herein, was sworn and
20          testified as follows:
21
22    DEPOSITION REPORTER:  Thank you.
23    Please begin, Counsel.
24    ///
25    ///
```

| 2022-11-15 | Wagner, Maxine | Page 8 |
|---|---|---|

```
 1                 EXAMINATION
 2    BY MR. SCOLNICK:
 3    Q.  Good morning, Miss Wagner.
 4    A.  Good morning.
 5    ████████████████████████████████████
 6    ████████████████████████████████████
 7    How are you today?
 8    A.  I'm good.  How are you?
 9    Q.  Doing well.  Thank you.
10    Have you ever been deposed before?
11    A.  No.
12    Q.  Have you ever taken an oath before?
13    A.  No.
14    Q.  We are doing this by Zoom today, and the
15    goal is to make sure that you understand everything
16    that I say and we are able to communicate perfectly.
17    Okay?
18    A.  Okay.
19    Q.  So if there is something that I say that you
20    can't understand, either because of a connection
21    that has gone bad or because of my word choice, will
22    you let me know?
23    A.  I will.
24    MS. RANAHAN:  Can I say there is something
25    off about the timing?  Is that something that we can
```

| 2022-11-15 | Wagner, Maxine | Page 9 |
|---|---|---|

```
 1    resolve or -- her mouth is moving at a different
 2    time than the sound.
 3    THE VIDEOGRAPHER:  I think that's an
 4    Internet issue, Counsel.
 5    MS. RANAHAN:  Okay.
 6    BY MR. SCOLNICK:
 7    Q.  Where are you today, Miss Wagner?
 8    A.  I'm in Lake Havasu, Arizona.
 9    Q.  I'm sorry.  I didn't catch that.  You said
10    you're in Arizona?
11    A.  I'm in Lake Havasu City, Arizona.
```

*OR* (handwritten annotation)

```
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
20    Q.  What do you do for a living?
21    A.  I'm a nanny, childcare provider.
22    Q.  And how long have you been doing that?
23    A.  20 years on and off.
24    Q.  What's your date of birth?
25    A.  12/02/1979.
```



**2022-11-15 — Wagner, Maxine — Page 10**

1 Q. Have you ever been involved in a lawsuit
2 before?
3 A. No, sir.

**2022-11-15 — Wagner, Maxine — Page 11**

3 Q. Can you tell me about that? I'm interested
4 in learning when it was more specifically that they
5 started representing you.
6 MS. RANAHAN: Let me just caution you for
7 the record, Maxine, you do not have to answer
8 anything about the substance of our discussions
9 after we began representing you because that is
10 privileged.
11 So you can give him the generals of how you
12 understand we now represent you, but you don't have
13 to disclose any of the substance of our discussions.
14 THE WITNESS: Okay. Well, they started
15 representing me when I had made a post on social
16 media -- well, I'm sorry. I didn't make a post.
17 Somebody else made a post, and I had wrote a comment
18 in that regard, and then after that, I came in -- we
19 came in contact with them and they started
20 representing me.
21   BY MR. SCOLNICK:
22 Q. How many conversations did you have with
23 Winston & Strawn's attorneys before they started
24 representing you?
25 A. One or two.

**2022-11-15 — Wagner, Maxine — Page 12**

1 Q. And let's talk about those one or two
2 conversations that you had with Winston & Strawn,
3 OMG Girlz's attorneys, before they started
4 representing you. Okay?
5 A. Okay.
6 Q. When did you first communicate with
7 OMG Girlz's attorneys? And I guess what I mean is
8 what was the medium? Was it email, text or
9 voicemail?
10 A. It was, I believe, an email.

13 MS. RANAHAN: Let me just say, Maxine, this
14 is not a memory test so just say whatever you
15 remember. But if you don't remember, feel free to
16 say you don't remember. These are, again, very
17 particular questions from some time ago.
18 THE WITNESS: Okay.
19   BY MR. SCOLNICK:

**2022-11-15 — Wagner, Maxine — Page 13**

5 Q. And who it was that you spoke with or
6 communicated with from Winston & Strawn, OMG Girlz's
7 attorneys?
8 A. I don't remember specifically. I'm sorry.
9 Q. Do you remember receiving a message on
10 Instagram from a Bobby Li?
11 A. I do. Yes.

15 Q. And did you provide OMG Girlz's attorneys
16 with your email address?
17 A. Yes, sir.
18 Q. And then at that point, did they email you?
19 A. Yes. Or they may have called me. I'm not
20 sure if they called me or emailed.
21 Q. Did you keep the email that they sent to
22 you?
23 A. It might be in my -- I might have, yes. I'm
24 not sure.
25 Q. How many emails did you receive from

| 2022-11-15 | Wagner, Maxine | Page 14 |
|---|---|---|

```
1     OMG Girlz's attorneys before they started
2     representing you?
3  A. I don't remember.
4  Q. We have at least one; right, that first
5     email?
6  A. I believe so. I could be wrong. They might
7     have called me. They might have emailed me. I
8     don't recall.
```

[redacted]

```
15 Q. Would it refresh your recollection to see a
16    copy of the exchanges you had with Bobby Li earlier
17    this year?
18 A. Sure.
19    MR. SCOLNICK: I'm going to put up Exhibit 1
20    on the screen share here.
```

[redacted]

| 2022-11-15 | Wagner, Maxine | Page 15 |
|---|---|---|

[redacted]

```
4  Q. And is it true that you gave Mr. Li your
5     email address but not your telephone number?
6  A. I didn't, yes. You're right, I didn't.
7     Forgive me that I didn't remember.
8  Q. That's okay.
```

[redacted]

```
16    MS. RANAHAN: Let me just object.
17    Mr. Scolnick, if you're going to try to get emails
18    that we are a party to, then why don't you just ask
19    us instead of going through a third party? This
20    is -- this is what this whole thing is about now is
21    trying to get an email that we have, Winston &
22    Strawn? You can go through us to get that. You
23    don't need to bother third-party witnesses about
24    that.
25    ///
```

| 2022-11-15 | Wagner, Maxine | Page 16 |
|---|---|---|

```
1     BY MR. SCOLNICK:
2  Q. Miss Wagner, have you kept that email?
3  A. I would have to look for it. I'm not sure
4     if I have it or not.
5  Q. Have you deleted any of your emails between
6     you and OMG Girlz's attorneys?
7  A. I get a lot of emails. I do home school for
8     my children so I do a lot -- I get a lot of emails.
9     It's possible that I deleted it. I'm not sure.
10 Q. Do you have a specific recollection sitting
11    here today of deleting any emails between you and
12    OMG Girlz's attorneys?
13 A. No.
```

[redacted]

```
24 Q. What, if anything, did you do to try to
25    locate the documents that were requested of you?
```

| 2022-11-15 | Wagner, Maxine | Page 17 |
|---|---|---|

```
1  A. Well, I did not go through my emails, but I
2     did go on Instagram, and I was able to locate the
3     message, the DM with Bobby. I believe his name is
4     Bobby Li. Forgive me if I'm wrong.
5  Q. Did you locate any other communications that
6     were responsive to the requests sent by the
7     plaintiffs and counter-defendants in this case?
8  A. No.
```

[redacted]

```
16 Q. Did you look for any text messages that you
17    may have sent or received about the OMG Girlz?
18    MS. RANAHAN: Let me just object here
19    because once we started texting, she was represented
20    by us so the text messages are privileged. So there
21    is no reason for her to search for her text
22    messages.
23    BY MR. SCOLNICK:
24 Q. Aside from the text messages that you sent
25    and received back and forth with your attorneys,
```

| 2022-11-15 | Wagner, Maxine | Page 18 |
|---|---|---|

1  have you ever sent or received any text messages
2  about the OMG Girlz?
3  A. About the -- I'm sorry, I don't understand
4  the question.
5  Q. Sure. I understand that you sent and
6  received some text messages with your attorneys
7  about the OMG Girlz in this case; right?
8  MS. RANAHAN: Again, I'm just going to
9  object that this is now privilege, and you are
10  delving into the contents of privileged
11  communications.
12  BY MR. SCOLNICK:
13  Q. And I'm not going to ask you about the
14  content of the communications you had with your
15  attorneys. So putting those aside, have you sent or
16  received any text messages about the OMG Girlz?
17  MS. RANAHAN: Objection. Just vague as to
18  time. Are you talking about ever, in the last 20
19  years? Are you talking about this year?
20  BY MR. SCOLNICK:
21  Q. Have you ever sent or received any text
22  messages about the OMG Girlz other than with your
23  attorneys?
24  A. No.
25  Q. Have you ever sent or received any text

| 2022-11-15 | Wagner, Maxine | Page 19 |
|---|---|---|

1  messages about the L.O.L. Surprise! dolls with
2  anyone else than your attorneys?
3  MS. RANAHAN: Objection, just vague as to
4  L.O.L. Surprise! dolls. Are you talking about the
5  OMG Girlz dolls? Are you talking about which dolls?
6  BY MR. SCOLNICK:
7  Q. Did you understand my question?
8  A. Are you talking to me?
9  Q. Yes.
10  A. I -- I'm sorry. No, I didn't.
11  Q. Okay. Have you ever sent or received any
12  text messages other than with your attorneys about
13  the L.O.L. Surprise! dolls?
14  MS. RANAHAN: Let me just object again. We
15  have been referring to them in this case, Chase,
16  throughout all the depos as the "OMG Dolls." Can we
17  stipulate to that? I don't think we've ever
18  referred to them just as L.O.L. Surprise! dolls
19  because that implicates a whole bunch of other dolls
20  that are not at issue in this case.
21  So I don't know if you want to find a way to
22  shorthand it, or if you want to just say the full
23  thing with the "OMG" addition, but I think asking
24  about L.O.L. Surprise! is not helpful.
25  I know you are new to this case. I just

| 2022-11-15 | Wagner, Maxine | Page 20 |
|---|---|---|

1  wanted to let you know that. I understand you just
2  signed up yesterday.
3  BY MR. SCOLNICK:
4  Q. Miss Wagner, I will repeat my question.
5  Other than exchanges you had with your
6  attorneys, have you exchanged any text messages with
7  anyone ever about the L.O.L. Surprise! dolls?
8  MS. RANAHAN: Again, I'm going to object as
9  vague as to what L.O.L. Surprise! dolls you are
10  talking about.
11  MR. SCOLNICK: Any of them.
12  MS. RANAHAN: This is a very specific --
13  this is a very specific line of L.O.L. Surprise!
14  dolls called the "O.M.G." line. There are hundreds
15  and hundreds and hundreds of L.O.L. Surprise! dolls
16  that have nothing to do with this case.
17  So I just would object to that as overly
18  broad, irrelevant, vague, outside the scope of this
19  case.
20  MR. SCOLNICK: Your objection is noted.
21  BY MR. SCOLNICK:
22  Q. Miss Wagner, I will repeat my question yet
23  again.
24  Other than the exchanges you had with your
25  attorneys, have you ever exchanged any text messages

| 2022-11-15 | Wagner, Maxine | Page 21 |
|---|---|---|

1  with anyone about any L.O.L. Surprise! dolls?
2  A. No. No, I have not.
3  Q. What have you done to prepare for today's
4  deposition?
5  A. Well, I did talk to my attorney in regards
6  to setting up a time and scheduling. I had to take
7  off -- some time off of work.
8  MS. RANAHAN: Just objection that you don't
9  need to talk about anything that we discussed,
10  anything substance-wise.
11  Go ahead.
12  THE WITNESS: No, that's fine. Yeah, I --
13  no, I -- basically I, like I said, I had to take
14  some time off of work and make sure that I
15  understood how to do the Zoom call because I've
16  never done this before.
17  BY MR. SCOLNICK:

21  Q. How many calls have you had with your
22  attorneys in the last week?
23  A. Maybe two.
24  Q. How long were the calls you had with your
25  attorneys in the last week?



2022-11-15  **Wagner, Maxine**  Page 22

1 A. Maybe 10 minutes or so the one call, and the
2   other one was just a couple minutes.

9 Q. When did you review these documents to
10  prepare for today's deposition?
11 A. It wasn't necessarily to prepare. It was
12  just to make sure that I didn't miss my meeting.
13 Q. Meaning this deposition?
14 A. Yes.
15 Q. Have you reviewed anything, any documents
16  that have refreshed your recollection about OMG
17  Girlz or the L.O.L. Surprise! O.M.G. dolls?
18 A. I did review the statement that I had
19  initially made. I'm not sure if it's called a
20  statement, forgive me, I don't -- I... I did review
21  that and that's pretty much it.
22  And I reviewed -- I don't know what it's
23  called, but I believe it was asking me -- saying
24  different things that I needed, if I had them or
25  not.

2022-11-15  **Wagner, Maxine**  Page 24

10 Q. So you have two nieces, two nephews.
11  How old are your two nieces?
12 A. My oldest niece is 19, she just turned 19.
13  And my youngest niece is 10.
14 Q. And how old are your nephews?
15 A. My oldest nephew just turned 21, and my
16  youngest nephew is 11.

2022-11-15  **Wagner, Maxine**  Page 23

1  MR. SCOLNICK: Okay. We will review that a
2  little bit later today.

21 Q. And you reviewed it before today recently.
22  True?
23 A. Yes.

2022-11-15  **Wagner, Maxine**  Page 25

19 Q. How old were your nieces when you started
20  watching the show?
21 A. Well, my youngest niece was probably -- she
22  was pretty young, if not a baby. And my oldest
23  niece was probably about, I'd say, 7 or 8,
24  approximately. I'm not sure. She could have been
25  older than that. I'm not sure. We used to watch it



| 2022-11-15 | Wagner, Maxine | Page 26 |

1    as a family, so I'm not really sure.

10   Q. And how old were -- the show is called
11      "Family Household"; is that right?
12      MS. RANAHAN: I'm just going to object.
13      There's a few iterations of them so I don't know --
14      that is one of them.
15      BY MR. SCOLNICK:
16   Q. Do you remember the name of the show when
17      you started watching it?
18   A. No, I don't. Not to be exact, no, I'm
19      sorry.
20   Q. Do you remember how far into the show you
21      were when you first saw the OMG Girlz?  And let me
22      ask the question a different way.

25      MS. RANAHAN: Objection to the extent that

| 2022-11-15 | Wagner, Maxine | Page 27 |

1      it is vague or you don't remember, but go ahead.

| 2022-11-15 | Wagner, Maxine | Page 28 |

3      MS. RANAHAN: Chase, I found that email.
4      I'm just going to forward it to you right now, which
5      is the email you were asking her about, the one
6      after the text message that then we responded to her
7      via email.  I'm going to send it to you.
8      MR. SCOLNICK: Thank you.  You have got my
9      email address?
10     MS. RANAHAN: I'm sure I can find it.
11     BY MR. SCOLNICK:

15   Q. Do you have any family members with the same
16      name?
17   A. No.

| 2022-11-15 | Wagner, Maxine | Page 29 |

6      MS. RANAHAN: It's fine.  Objection. I know
7      this is late, but objection. Argumentative. She
8      answered the question.  This is not a
9      cross-examination.  You are deposing her.
10     MR. SCOLNICK: Are you going to present this
11     witness live at trial?
12     MS. RANAHAN: No.  I'm sure we will be using
13     video coverage most likely, but that doesn't mean
14     you need to be harassing her about where [verbatim]
15     she lived in Alaska.  What does that have to do with
16     this case?  Nothing.  It's not going to be relevant.
17     MR. SCOLNICK: I'm not harassing anyone.
18     I'm just asking questions.
19     MS. RANAHAN: When you said, "You don't
20     remember how long you've lived there?" that's not,
21     you know, necessary for a third-party witness about
22     where she lived in Alaska.
23     BY MR. SCOLNICK:

Our Designations          Their Designations



| 2022-11-15 | Wagner, Maxine | Page 30 |
|---|---|---|

4    Q. Did you live in Alaska between 2010 and
5       2020?
6       MS. RANAHAN: I'm just going to object to
7       this entire Alaska line of questioning. It's wholly
8       irrelevant to the case.
9       BY MR. SCOLNICK:

20      BY MR. SCOLNICK:
21    Q. Did you live in Alaska with your nieces and
22      nephews?
23    A. [Audio distortion.]
24      (Clarification requested by Reporter.)
25    THE WITNESS: I did live in Alaska with my

| 2022-11-15 | Wagner, Maxine | Page 31 |
|---|---|---|

1      niece and nephews.
2      BY MR. SCOLNICK:
3    Q. Were your nieces and nephews living with you
4      the entire time you were in Alaska?
5    A. Yes.
6    Q. Did you start watching T.I.'s television
7      show -- and you know what I'm talking about; right?
8      When I say "T.I.'s television show," will you
9      understand what I mean? Because there were several
10     different names, I understand. So if I just call it
11     "T.I.'s reality show," will you understand what I'm
12     talking about?
13   A. Yes.
14   Q. Okay. Did you watch T.I.'s reality show
15     when you lived in Alaska?
16   A. Yes.
17   Q. So it makes sense then that you were living
18     in Alaska after 2011.
19   A. I moved -- I moved to California around
20     maybe -- I'm not sure. I'm not sure if I lived
21     there in 2011 or not. I'm not sure.
22   THE VIDEOGRAPHER: Counsel, can we go off
23     the record really quick because the witness'
24     bandwidth has interfered with the video.
25   MR. SCOLNICK: Sure. I will ask that you --

| 2022-11-15 | Wagner, Maxine | Page 32 |
|---|---|---|

1      let's do that.
2      THE VIDEOGRAPHER: Okay. Let's go off the
3      record. The time is 11:35 a.m., and this is the end
4      of media unit No. 1.
5      (Off the record.)
6      THE VIDEOGRAPHER: We are going back on the
7      record. The time is 11:53 a.m. and this is the
8      start of media unit No. 2.
9      BY MR. SCOLNICK:
10   Q. Hello again, Miss Wagner. Welcome back.
11   A. Hello.

14     MS. RANAHAN: Objection. Vague. This is
15     just -- what are you even talking about? This is --
16     Go ahead. You can answer it, but that is
17     very vague, and I would object, and you can say you
18     don't even know what he's talking about.
19     THE WITNESS: I don't know what you are
20     talking about.
21     BY MR. SCOLNICK:

| 2022-11-15 | Wagner, Maxine | Page 33 |
|---|---|---|

3      MS. RANAHAN: Just object. This is all
4      irrelevant. We have a motion in limine seeking to
5      exclude any criminal allegation. So what this has
6      to do with her buying a doll... I would object to
7      all of this as irrelevant and inappropriate.
8      MR. SCOLNICK: Your object -- I'm sorry to
9      interrupt you, Erin. Your objection is noted for
10     the record. Now I am going to ask the question
11     again.
12     BY MR. SCOLNICK:



| 2022-11-15 | Wagner, Maxine | Page 34 |
| --- | --- | --- |

7  Q. Okay. And it was all in the same couple
8     months?
9  A. It may have been the same couple years. It
10    was a very hard time in my life and I was trying to
11    survive raising children on my own, and I got
12    convicted of stealing diapers and formula on a
13    couple --
14 Q. Miss Wagner --
15    MS. RANAHAN: Let her finish her answer,
16    Mr. Scolnick, so she can explain herself. You asked
17    her about the crime. She can explain herself.
18    BY MR. SCOLNICK:
19 Q. I interrupted. I apologize. Go ahead.
20 A. I was convicted of -- I'm not sure how many
21    times -- I had to do three days in jail one time. I
22    got in trouble for stealing formula and diapers for
23    my nieces and nephews when they were babies, when I
24    was -- I had no other way to provide for them, so I
25    walked out of the grocery store on a couple

| 2022-11-15 | Wagner, Maxine | Page 36 |
| --- | --- | --- |

6     MR. SCOLNICK: Objection. Move to strike.
7     Nonresponsive. Isn't it true --
8     MS. RANAHAN: This is not a trial. This is
9     her deposition. Moving to strike to whom? We are
10    sitting in a deposition. She's giving her testimony
11    and she's explaining the convictions that are
12    totally irrelevant to this case that you are asking
13    her about.
14    So you are going to let her answer. No one
15    is here to strike, move to strike. There is no one
16    here to answer your own striking of your own, you
17    know, answers to your question. So just let her
18    answer the question and move on.
19    You can object to certain portions later or
20    say, "We are moving in limine to exclude anything
21    totally irrelevant on a criminal allegation or
22    conviction basis." This is from over, she said, 10
23    years ago. This isn't relevant to her buying a
24    doll.
25    Are you saying that she can't have bought a

| 2022-11-15 | Wagner, Maxine | Page 35 |
| --- | --- | --- |

1     different occasions so I could feed them. Yes, I
2     did.
3  Q. Miss Wagner, you just explained this all
4     happened a couple years -- a couple years apart from
5     each other, but that's not true either, is it?
6  A. I'm not really sure --
7  Q. I want -- okay --
8  A. -- of the exact time that this happened. It
9     was the time that the children were very young and
10    we were living in Alaska. I had no help. I had no
11    other means of -- and that was the only way that I
12    could provide for them.
13    So, yes, I did walk out of the store with
14    diapers and formula on a different -- couple of
15    different occasions, yes, I did. I'm not sure if
16    they were years apart from each other, months apart
17    from each other. It all was -- it was all a very
18    hard time in my life, and I'm not proud of it, but,
19    I -- yes, I did.
20    MR. SCOLNICK: I object to the answer as
21    nonresponsive and move to strike.
22    BY MR. SCOLNICK:

| 2022-11-15 | Wagner, Maxine | Page 37 |
| --- | --- | --- |

1     doll because she stole diapers 10 years ago?
2     Please. Objection to all of this.
3     MR. SCOLNICK: Are you done, Erin?
4     MS. RANAHAN: Probably not, but go ahead.
5     BY MR. SCOLNICK:

9     MS. RANAHAN: Objection. Irrelevant. This
10    crime from 2005? Objection. Irrelevant.
11    If you remember what was happening in 2005,
12    you can answer, but we will be obviously seeking to
13    strike all of this from any record having to do with
14    this case. This has nothing to do with this case.



| 2022-11-15 | Wagner, Maxine | Page 38 |
|---|---|---|

4    Q.   Now, in Juneau court when you were
5         convicted, you pled guilty; right, in 2012 --
6         MS. RANAHAN: I am just going to again
7         object to all of this as irrelevant.
8         You can answer to the extent you remember
9         what you pled over 10 years in a petty larceny case
10        in Juneau, Alaska.
11        THE WITNESS: I'm not sure.
12        BY MR. SCOLNICK:
13   Q.   Did you go to trial?
14   A.   I'm not sure. I don't think so. I'm not
15        sure. I don't remember.
16   Q.   Do you remember taking an oath and pleading
17        guilty?
18   A.   No, I don't remember. I know I had to go to
19        jail for three days. I remember I stole diapers on
20        two different -- maybe on three different occasions
21        and groceries for my children. I did do that, but I
22        don't remember the specifics of any of it.
23        MR. SCOLNICK: Objection. Nonresponsive.
24        Move to strike.
25        MS. RANAHAN: I don't know who you are

| 2022-11-15 | Wagner, Maxine | Page 39 |
|---|---|---|

1         talking to when you do that. If you're going to --
2         first of all, we are going to try to exclude any
3         reference to any criminal allegations. If we don't,
4         of course, she should be able to explain the context
5         of her crime that she was stealing diapers.
6         Is that something that you don't think the
7         jury would hear about if you were trying to suggest
8         that she's not worthy of listening to because she
9         committed petty theft to steal diapers 10 years ago?
10        Give it up, please. She will be able to
11        give context. If you are going to try to introduce
12        these crimes and we don't get them excluded, she
13        will be able to explain the crimes. And I'll ask
14        her questions to clear it up at the end of this if
15        we need to.
16        So moving to strike to some imaginary judge
17        isn't helping.
18        MR. SCOLNICK: Are you done, Erin?
19        MS. RANAHAN: Probably not. But you can go
20        ahead.
21        MR. SCOLNICK: I think you understand we are
22        in federal court, Erin, and you know that the rules
23        that apply to depositions are presumed at trial.
24        MS. RANAHAN: Yeah. You don't move to
25        strike in the middle of a deposition your own

| 2022-11-15 | Wagner, Maxine | Page 40 |
|---|---|---|

1         question and answer. You don't.
2         BY MR. SCOLNICK:

| 2022-11-15 | Wagner, Maxine | Page 41 |
|---|---|---|

2    Q.   What do you know about T.I.? And that's a
3         bad question, let me ask a different question.
4         When did you first become familiar or aware
5         of T.I.?
6    A.   I'm not exactly sure.
7    Q.   Did you ever listen to any of T.I.'s music?
8    A.   No.
9    Q.   Do you remember what you first knew T.I.
10        for? Was it a movie or was it his music or was it
11        his show?
12   A.   Probably movies and then music through my
13        kids.

18        MS. RANAHAN: Objection. Calls for
19        speculation. Hearsay.

| 2022-11-15 | Wagner, Maxine | Page 42 |
|---|---|---|

3    MS. RANAHAN: Objection. Asked and
4    answered. She already said that. I don't know --
5    what does this matter? But go ahead.
6        BY MR. SCOLNICK:

9    MS. RANAHAN: Objection. Calls for
10   speculation. Irrelevant.
11   Go ahead.

14       BY MR. SCOLNICK:
15   Q.  So your oldest is now 21 years old?
16   A.  Yes.
17   Q.  Have you ever listened to T.I.'s music?
18   A.  No. I mean, I've heard it, you know, on and
19       so on and so forth, but it is not my choice of music
20       to turn on when I listen to music, no.

| 2022-11-15 | Wagner, Maxine | Page 43 |
|---|---|---|

3    Q.  How often does your son listen to T.I.'s
4        music?
5    MS. RANAHAN: Objection. Calls for
6    speculation. I don't know how she's going to know
7    how to answer that, but go ahead.
8    MR. SCOLNICK: Let me rephrase the question.
9        BY MR. SCOLNICK:
10   Q.  How often do you hear your son listen to
11       T.I.'s music?
12   A.  Not very often.
13   Q.  Do any of your other children, to your
14       knowledge, other than your oldest, listen to T.I.'s
15       music?
16   A.  No.
17   Q.  Have you ever seen any of T.I.'s movies?
18   A.  Yes.
19   Q.  Which movies have you seen of T.I.?
20   A.  I believe there was a roller skating movie
21       where they were roller skating. And I think that's
22       about it.
23   Q.  Did you see the roller skating movie in the
24       theater, or was it something that you saw it at
25       home?

| 2022-11-15 | Wagner, Maxine | Page 44 |
|---|---|---|

1    A.  I seen it at home.
2    Q.  Did your children also see the roller
3        skating T.I. movie?
4    A.  Yes.
5    Q.  To your knowledge, have your children seen
6        any other T.I. movies?
7    A.  Possibly.
8    Q.  Have your children ever discussed any T.I.'s
9        other projects with you, other than the music and
10       the show that you had watched together?
11   A.  No.

18   Q.  Tell me about that. That was a band that
19       played hip-hop or R&B; right?
20   A.  There was a group of, I believe, four women
21       that sang R&B, yes.
22   Q.  And who were the women that were in Xscape?
23   A.  I'm not exactly sure. I know one of them's
24       name was Candy, Tiny, and I'm not sure of the other
25       ones' names.

| 2022-11-15 | Wagner, Maxine | Page 45 |
|---|---|---|

1    Q.  Tiny is Tameka Harris; right?
2    A.  Yes.

5    Q.  Back in the days of CDs, I suppose?
6    A.  Yes.
7    Q.  Do you remember what years, during what
8        years you were a fan of Xscape?
9    A.  No, I don't. I'm sorry.
10   Q.  Did you ever go and see an Xscape concert?
11   A.  No, sir.
12   Q.  Did you ever buy any Xscape T-shirts or
13       hats?
14   A.  No, sir.
15   Q.  For how many years were you a fan of Xscape?
16   A.  I would say at least 20 because that music
17       came out when I was a young teenager.
18   Q.  And do you still listen to Tiny or Tameka
19       Harris' music?
20   A.  I still listen to a couple songs from Xscape
21       from a long time ago, when they come on the radio,
22       yes, or the TV, yes.
23   Q.  Have you listened to any of Tameka Harris'
24       music that post dates her affiliation with Xscape?
25   A.  I'm sorry. I don't understand the question.

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 13 of 51   Page ID
#:30733
Case 2:20-cv-11548-JVS-AGR   Document 540-3   Filed 01/23/23   Page 15 of 53   Page ID
#:29245

| 2022-11-15 | Wagner, Maxine | Page 46 |
|---|---|---|

1    Q.  Okay.  Have you heard any songs by Tameka
2        Harris after she left the band Xscape?  And I guess
3        what I am talking about is like any other project
4        she was doing, any other songs she put out after the
5        band Xscape ended or disbanded.
6    A.  Well, they disbanded but then they got back
7        together.  So I didn't see -- hear anything of them
8        by themselves -- I mean, her by herself.
9        But when they -- when they did go back
10       together, I did watch -- I believe it was something
11       on TV about them coming back together, yes.
12   Q.  What's your favorite Xscape song?
13   A.  I don't remember.

20   Q.  What's your handler nickname on Instagram?
21   A.  Just my name.  Oh, no, I believe it's -- I
22       don't know.  I don't know exactly.  My kids made it
23       for me, so I'm not sure.
24   Q.  And how often do you use Instagram?
25   A.  Well, right now, I've been going on to look

| 2022-11-15 | Wagner, Maxine | Page 47 |
|---|---|---|

1        at the Christmas trees a lot.  But not very much.  I
2        mean, I kind of just -- I don't talk to anybody on
3        there or anything like that.  I just look at the
4        different stuff that people post.
5    Q.  How often do you post on Instagram?
6    A.  Oh, very rarely.
7    Q.  How often do you comment on Instagram, on
8        other people's posts?
9    A.  Rarely.  Very rarely.
10   Q.  Once every six months or once every year or
11       more frequently?
12   A.  Oh, yeah.  Maybe once every six months if --
13       maybe.

18   Q.  What celebrities do you follow?
19   A.  Well, I know I follow all of the
20       Kardashians.  I know I follow -- I'm not sure.  I'm
21       sorry, I'm not sure.

| 2022-11-15 | Wagner, Maxine | Page 48 |
|---|---|---|

1    Q.  When did you follow T.I.?  During what
2        period of time?
3    A.  I'm not exactly sure.

O|R

24   Q.  Did the argument have anything to do with
25       the criminal investigation out of LA?

| 2022-11-15 | Wagner, Maxine | Page 49 |
|---|---|---|

1        MS. RANAHAN:  Objection.  Again, irrelevant.
2        Criminal investigation is irrelevant.  Asking her to
3        speculate about other's criminal investigations,
4        irrelevant.
5        You don't have to speculate about this.
6        BY MR. SCOLNICK:
7    Q.  I'm asking you, do you recall from what you
8        saw whether the argument was about a criminal
9        investigation of T.I. and his wife in Los Angeles.
10       MS. RANAHAN:  Oh, my gosh.  Objection.  I'm
11       so sorry, it's ridiculous.  This is -- we're moving
12       to strike to all this.  This is totally allegations
13       that never were even charged or came to fruition.
14       Now you're asking her about criminal allegations of
15       other people.  Objection.
16       You do not have to answer this.
17       MR. SCOLNICK:  Are you directing her not to
18       answer the question?
19       MS. RANAHAN:  If you're asking her about
20       criminal allegations about third parties?  How is
21       this remotely relevant to the case, Chase?  You're
22       going to make -- so this is your new legal strategy,
23       you are going to come in and try to just make
24       everybody criminals?  Are you a -- I guess you are a
25       criminal defense lawyer, so you're really familiar

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 14 of 51   Page ID
#:29734
Case 2:20-cv-11548-JVS-AGR   Document 540-34   Filed 01/23/23   Page 16 of 53   Page ID
#:29246

| 2022-11-15 | Wagner, Maxine | Page 50 |
|---|---|---|

1      with criminals. This is not a criminal case.
2      This is about purchasing dolls and it's
3      about your client making dolls that look like our
4      girls. So, it's not about a bunch of allegations of
5      crimes. So I'm objecting to that question.
6      If you know specifically or you remember --
7      she answered the question. You asked her what the
8      dispute was about. She said it was about a rapper.
9      She didn't say anything about a crime.
10      If you remember what the thing was about, go
11      ahead, Miss Wagner, but this is so far afield and
12      I'm objecting.
13      BY MR. SCOLNICK:
14    Q. Miss Wagner --
15    A. I don't remember.
16    Q. -- I'm going to ask the question again.
17    A. Okay.
18    Q. Do you recall whether the argument that you
19      saw T.I. have with another rapper was about a
20      criminal investigation in LA of T.I. and his wife?
21    A. Well, first off, I did not --
22      MS. RANAHAN: Objection. Objection. Just
23      for the record, objection to this whole line of
24      questioning. Objection as she's already answered
25      the question.

| 2022-11-15 | Wagner, Maxine | Page 51 |
|---|---|---|

1      But go ahead.
2      And also, objection. There could be many
3      arguments that T.I. got on social media.
4      But go ahead if you remember, Miss Wagner.
5      THE WITNESS: I don't remember.
6      BY MR. SCOLNICK:
7    Q. Do you remember what year it was that you
8      unfollowed T.I.?
9    A. No, I don't.

[redacted]

14      Sorry, the mail lady was at my door.
15    Q. It's okay.
16      You said you had two or three different --
17      sure.
18      You said you had two or three different
19      Instagrams. Can you explain that?
20    A. Yeah, I don't know. I had -- I had got a
21      new phone, and I couldn't log in to my old Instagram
22      so my kids had to make me another one. So that's
23      how I ended up with a few of them.
24      So I'm not sure which one I followed T.I.
25      on. I'm not sure which I followed Tiny on. I'm not

| 2022-11-15 | Wagner, Maxine | Page 52 |
|---|---|---|

1      sure, you know, when I -- if I still follow them or
2      if I don't. I'm not sure.
3    Q. What are the different names for your
4      different profiles?
5    A. It's just my name in different ways, I
6      believe, or my nickname in different ways. I'm not
7      sure. The only one I'm --
8    Q. Have you ever -- go ahead.
9    A. I'm only using one right now.

[redacted]

| 2022-11-15 | Wagner, Maxine | Page 53 |
|---|---|---|

[redacted]

25      ///

O|R

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 15 of 51   Page ID
#:29735
Case 2:20-cv-11548-JVS-AGR   Document 540-5   Filed 01/23/23   Page 17 of 53   Page ID
#:29247



| 2022-11-15 | Wagner, Maxine | Page 54 |
|---|---|---|

1    BY MR. SCOLNICK:

| 2022-11-15 | Wagner, Maxine | Page 56 |
|---|---|---|

6        BY MR. SCOLNICK:
7    Q.  Have you ever communicated with Tameka
8        Harris other than the one response you made on her
9        Instagram post?
10   A.  No.
11   Q.  Have you ever communicated with T.I.?
12   A.  No.
13   Q.  Have you ever communicated with Zonnique
14       Pullins?
15   A.  No.  I mean, I liked pictures of her little
16       baby, but that's not really communicating with her,
17       no.
18   Q.  So that would be an example of you liking
19       one of her posts on Instagram; right?
20   A.  Yeah, yeah, yes.
21   Q.  How many times do you think you liked one
22       of --
23       MS. RANAHAN:  Oh, my God --
24       BY MR. SCOLNICK:
25   Q.  -- Zonnique Pullins' pictures --

| 2022-11-15 | Wagner, Maxine | Page 55 |
|---|---|---|

| 2022-11-15 | Wagner, Maxine | Page 57 |
|---|---|---|

1        MS. RANAHAN:  Objection.  Sorry.  I thought
2        you were done.  Do you want to ask it again?
3        BY MR. SCOLNICK:
4    Q.  Sure.  How many times do you think you liked
5        one of Zonnique Pullins' posts on Instagram?
6        MS. RANAHAN:  Objection.  Just that it's --
7        calls for speculation and to form.
8        If you remember, go ahead.
9        THE WITNESS:  I'm not sure.
10       BY MR. SCOLNICK:
11   Q.  What about Bahja Rodriguez?  Have you ever
12       communicated with Bahja Rodriguez?
13   A.  No.
14   Q.  Have you ever followed Bahja Rodriguez's
15       posts on social media?
16   A.  No.
17   Q.  What about Breaunna Womack, have you ever
18       communicated with Breaunna Womack?
19   A.  No.
20   Q.  Have you ever followed any of her posts on
21       any social media platform?
22   A.  I don't think so.
23   Q.  We talked about Instagram.
24       You also said you use Facebook; right?
25   A.  Yes.

2022-11-15     **Wagner, Maxine**     Page 58

1  Q. How often do you use Facebook?
2  A. Probably daily.
3  Q. What's your handle or nickname on Facebook?
4  A. It's just my name.
5  Q. And do you follow any -- I'm sorry.  I
6      interrupted you.  I apologize.
7  A. My name is Maxine Wagner.  That's what my
8      name is on Facebook as well.
9  Q. Do you follow any of the OMG Girlz on
10     Facebook?
11 A. I don't know.  I might follow Zonnique and
12     Reginae.  I'm not sure.
13 Q. Have you responded to any of their posts on
14     Facebook?
15 A. I'm not sure.  Respond?  Does that mean I
16     liked one of their pictures?
17 Q. Sure.
18 A. Possibly.
19 Q. What about Tameka, do you follow her on
20     Facebook?
21 A. I'm not sure if I follow her on Facebook or
22     not.
23 Q. And T.I., do you follow T.I. on Facebook?
24 A. I don't -- I don't think so, but maybe.
25 Q. Do you use any other social media platforms?

2022-11-15     **Wagner, Maxine**     Page 59

1  A. No, I do not.
2  Q. So other than Instagram and Facebook, that's
3      it?  No other social media platforms?
4  A. No, that's it for me.  I don't -- I'm not
5      too good on the computer, so, no, that's it for me.

21 Q. And it is at that point that one of her
22     lawyers contacted you; right?
23 A. Bobby contacted me, yes.
24 Q. Right.  And we spoke about that a little bit
25     earlier, so I don't want to cover that ground again.

2022-11-15     **Wagner, Maxine**     Page 60

1      But you did provide Bobby, who was OMG
2      Girlz's attorney, with your email address; right?
3  A. Yes.
4  Q. And then Bobby -- strike that.
5      Then you were emailed by one of the
6      attorneys; right?
7  A. I believe so, yes.
8  Q. Do you remember a Cesie Alvarez sent you an
9      email about on April 20th of this year?
10 A. I don't recall.
11 Q. Would it refresh your recollection to see a
12     copy of the email that Cesie Alvarez sent you on
13     April 20th, 2022?
14 A. Sure.
15     (Exhibit 3 marked for identification.)
16     BY MR. SCOLNICK:
17 Q. I am showing you Exhibit 3.  You can take
18     your time to read this if you want.  Let me know
19     when you are done.
20 A. Okay, I'm done.
21 Q. Is it true that Cesie Alvarez, who
22     represented the OMG Girlz, emailed you on April
23     20th, 2022?
24 A. Yes.
25 Q. And they explained to you -- Cesie Alvarez

2022-11-15     **Wagner, Maxine**     Page 61

1      explained to you in that email that Cesie was
2      representing the OMG Girlz; right?
3  A. Yes.
4  Q. And she explained that she was representing
5      the OMG Girlz in a lawsuit against MGA
6      Entertainment; right?
7  A. Yes.
8  Q. She explained that she was representing the
9      OMG Girlz in a lawsuit against the creators of the
10     O.M.G. dolls; right?
11 A. Yes.
12 Q. And she asked if you'd be willing to speak
13     with her.  True?
14 A. Yes.
15 Q. And you agreed to speak with Cesie Alvarez;
16     right?
17 A. Yes.
18 Q. Did you respond to this email with another
19     email?
20 A. I believe so.  I probably gave her my phone
21     number or -- I'm not -- I'm not exactly sure.
22 Q. How many times did you speak with OMG
23     Girlz's attorneys before signing them up as your own
24     attorneys or retaining them as your own attorneys?
25 A. I'm not sure.



| 2022-11-15 | Wagner, Maxine | Page 62 |
|---|---|---|

1    Q. Do you remember having any telephone calls
2      with OMG Girlz's attorneys before retaining them as
3      your own attorneys?
4    A. Possibly. I don't remember. I do not
5      recall how it all happened. No. I'm sorry.
6    Q. Do you remember signing a declaration in the
7      case? We looked at that earlier today.
8    A. Yes, I remember that.
9    Q. And at the time you signed that declaration,
10      were the OMG Girlz's attorneys at Winston & Strawn,
11      were they also your attorneys?
12    A. I'm not sure the correct answer. I'm not
13      sure. I believe so, but I'm not sure.
14    Q. I want to talk to you about the preparation
15      of that declaration.
16      First of all, were you sent a copy of that
17      declaration before signing it?
18    A. Yes.
19    Q. Did you sign it physically with your hand,
20      or was it an electronic signature?
21    A. An electronic signature, I believe.
22    Q. Did you write the text of the declaration,
23      or was it prepared by someone else for you?
24    A. I'm not sure. I don't remember. It was a
25      couple months ago. I'm not sure.

| 2022-11-15 | Wagner, Maxine | Page 63 |
|---|---|---|

10    Q. Did you give them the information inside of
11      this declaration in writing?
12    A. I don't remember.
13    Q. At some point, we're going to take another
14      break because we have to be mindful of the court
15      reporter who is typing everything down, but during
16      the break, would you be willing to look for your
17      emails between you and Winston & Strawn from the
18      time period before you retained them as your own
19      attorneys?
20    A. Sure.
21      MR. SCOLNICK: How long have we been going,
22      by the way? I think it's been almost an hour. Why
23      don't we take a break.
24      THE VIDEOGRAPHER: Okay. Let's go off the
25      record. The time is 12:32 p.m. and it's the end of

| 2022-11-15 | Wagner, Maxine | Page 64 |
|---|---|---|

1      media unit No. 2.
2      (Off the record.)
3      THE VIDEOGRAPHER: We're going back on the
4      record. The time is 12:58 p.m., and this is the
5      start of media unit No. 3.
6      BY MR. SCOLNICK:
7    Q. Good afternoon, Miss Wagner.
8    A. Good afternoon.

| 2022-11-15 | Wagner, Maxine | Page 65 |
|---|---|---|

20    Q. So it's been about the last seven years that
21      you have -- well, it sounds like we have a fire
22      drill here.
23      THE VIDEOGRAPHER: Do you want to go off the
24      record, Counsel?
25      MR. SCOLNICK: Please.

## Page 66

2022-11-15     Wagner, Maxine     Page 66

1  THE VIDEOGRAPHER: Okay. Let's go off the
2  record. The time is 1:00 p.m. and this is the end
3  of media unit No. 3.
4      (Off the record.)
5  THE VIDEOGRAPHER: Okay. We are going back
6  on the record. The time is 1:31 p.m. It is the
7  start of media unit No. 4.
8      BY MR. SCOLNICK:
9  Q. Good afternoon, Miss Wagner.
10  A. Good afternoon.
11  Q. Miss Wagner, we are coming back after an --
12  about a half hour, 40-minute break; right?
13  A. Yes.

## Page 67

2022-11-15     Wagner, Maxine     Page 67

1  Q. Is it also true that you haven't listened to
2  the OMG Girlz's music in the last seven years in the
3  house?
4  A. No. The kids -- the kids probably still
5  listen to that off and on.
6  Q. Do you listen to the OMG Girlz's music --
7  have you listened to the OMG Girlz's music in the
8  last seven years?
9  MS. RANAHAN: Objection. Asked and
10  answered. I think she just answered that, but go
11  ahead.
12  THE WITNESS: I have definitely heard it in
13  the background in the last seven years, yes.
14  Me, myself, did I turn it on and actually
15  listen to it? No. But, you know, my children
16  sometimes have it on, yes.
17      BY MR. SCOLNICK:
22  Q. Do you listen to Tameka Harris' music to
23  this day?
24  A. I mean, when it comes on TV or when the
25  re- -- when the girls got back together, I did -- I

## Page 68

2022-11-15     Wagner, Maxine     Page 68

1  think I watched a concert. But as far as like
2  turning it on, no, I don't.
3  Q. Do you consider the OMG Girlz's music to be
4  secular?
5  A. Anything that doesn't worship God is
6  secular, yes.
7  Q. And do you allow your children to listen to
8  music that doesn't worship God or that is secular?
9  A. I don't -- sometimes, yes. It depends.
10  Q. What does it depend on?
11  A. Well, it depends on the amount of filth
12  that's in the music, you know, some music is really,
13  you know, just not for kids and --
14      (Clarification requested by Reporter.)
15  THE WITNESS: Filth. Filth, you know, like
16  the cussing and the references to sexual stuff and
17  all of that jazz, I try not to encourage them to
18  listen to that.
19  I don't want to make them live in a bubble.
20  That's not what I'm trying to do, but I don't want
21  them -- I try not to encourage all that.
22      BY MR. SCOLNICK:

## Page 69

2022-11-15     Wagner, Maxine     Page 69

4  Q. Do you try to prevent your kids or
5  discourage them from placing importance on fancy
6  brand-name products, like clothes, expensive clothes
7  and bags and things like that?
8  MS. RANAHAN: Objection to form. This is
9  not relevant.
10  But go ahead.
11  THE WITNESS: [Indiscernible - simultaneous
12  talking.]
13      BY MR. SCOLNICK:
14  Q. I'm sorry. Let me ask a better question.
15  Okay? I didn't mean to interrupt you.
16  A. Okay.
21  Q. Have you heard the OMG Girlz sing about very
22  expensive brand names?
23  MS. RANAHAN: Let me just object. This is
24  just -- she's given you a sense of the level that
25  she's listened to them, but objection, this is just

| 2022-11-15 | Wagner, Maxine | Page 70 |
|---|---|---|

1    irrelevant and to the suggestion that they're not
2    also worshipping God because they're actually very
3    religious and the show is very religious, so go
4    ahead.
5    MR. SCOLNICK: I object to coaching the
6    witness.
7    MS. RANAHAN: I'm not coaching the witness.
8    It's your implication that the Gucci is -- that
9    the -- obviously, you haven't watched the shows, you
10    haven't listened to the songs, and you don't know
11    the family. So that's all I have to say about that.
12    But go ahead. You can answer the questions.
13    MR. SCOLNICK: It is totally inappropriate
14    to put this in front of the witness. So if you have
15    an objection as to relevance or something else,
16    please make it, but I want to move this along and
17    just ask the questions.
18    So I don't know if we got an answer to the
19    last question.
20    Court reporter, did we?
21    DEPOSITION REPORTER: No, we have not.
22    Would you like the question read back?
23    MR. SCOLNICK: Sure, or I can ask it again.
24    BY MR. SCOLNICK:

| 2022-11-15 | Wagner, Maxine | Page 72 |
|---|---|---|

1    you become familiar with toys that the children you
2    take care of play with?
3  A.  Yes.
4  Q.  Do the children that you have taken care of,
5    have they played with Barbie dolls?
6  A.  Yes.
7  Q.  And you are familiar with Barbie dolls;
8    right?
9  A.  Yes, I am.
10  Q.  Have the children that you have taken care
11    of ever played with Bratz dolls?
12  A.  The children I've taken care of, yes, they
13    played with them, yes.
14  Q.  So --
15  A.  As far as in my household, the Bratz dolls,
16    I try to discourage them because they're, you know,
17    kind of dressed a little bit ahead of their time.
18  Q.  How is it that you believe -- go ahead.
19  A.  Meaning they have a lot of makeup on, and
20    they have high heels and so on and so forth and
21    boots and short skirts and all of that. And so I
22    try to dis- -- you know, discourage all that. It is
23    what I initially -- I prefer Barbie over Bratz
24    initially. So if that answers your question.
25  Q.  Sure.

| 2022-11-15 | Wagner, Maxine | Page 71 |
|---|---|---|

8  Q.  Do you limit the types of television shows
9    that your children watch?
10  A.  Yes, I do.
11  Q.  Can you tell us about that?
12  A.  Well, my children are not allowed to watch
13    anything demonic. They're not allowed to watch
14    anything with sex or drugs or anything like that.
15    That's pretty -- I just try to monitor what they
16    watch.
17  Q.  Are you familiar with the brand name MGA?
18  A.  I want to say it's a toy company, but I
19    could be wrong.
20  Q.  You said you were a nanny, right? That's
21    what you do for a living?
22  A.  Yes.
23  Q.  How long have you been a nanny?
24  A.  30 years.
25  Q.  And in the 30 years of being a nanny, have

| 2022-11-15 | Wagner, Maxine | Page 73 |
|---|---|---|

17  Q.  Okay. Let's break that down a little bit.
18    So you're familiar with the OMG dolls;
19    right?
20  A.  Yes.
21  Q.  And you're also familiar -- well, strike
22    that.

| 2022-11-15 | Wagner, Maxine | Page 74 |
| --- | --- | --- |



17   Q.  You also said that you watched the show and
18       you're comfortable with the morals of the -- T.I.'s
19       family; right?
20   A.  The ones -- shown on the show, yes.
21   Q.  Right.
22       Are you familiar with T.I.'s background and
23       criminal behavior?
24   A.  I knew -- I know he grew up -- he had a hard
25       life, yes.

| 2022-11-15 | Wagner, Maxine | Page 75 |
| --- | --- | --- |

1   Q.  Are you familiar with the fact that he's
2       been in jail?
3   A.  I'm not too sure of his criminal history,
4       but I know that he grew up in a hard neighborhood.
5   Q.  Are you familiar with the fact that as an
6       adult, he has been convicted of multiple felonies?
7   A.  The only thing --
8       MS. RANAHAN: Can I just object? The
9       implication that people that have gone to jail don't
10      have morals or they can't be in line with -- I mean,
11      religion is about forgiveness.
12      But let's just -- the criminal allegations
13      or history of T.I. is so far removed from this case,
14      it is totally irrelevant, and that does not mean
15      he's not a moral person. So let me just object to
16      this whole line of questioning.
17      MR. SCOLNICK: You are again coaching the
18      witness with speaking objections.
19      MS. RANAHAN: I'm not -- you are asking her
20      about criminal things that are totally wrong and
21      that don't undermine what she is saying at all and
22      that have nothing to do with this case and that will
23      be excluded.
24      Do you really think that the criminal
25      history of T.I.'s gun charge, or whatever it, was

| 2022-11-15 | Wagner, Maxine | Page 76 |
| --- | --- | --- |

1      from 20 -- do you think that is going be in the
2      case, Chase? I mean, why are we wasting time on the
3      criminal stuff? You've already -- you've already
4      asked about her petty thefts from stealing diapers.
5      We have that. What is this -- we have a motion in
6      limine on tap. We are not going to spend hours
7      talking about crimes. This is exactly why we needed
8      that motion in limine. I should have had this go
9      before. This is so absurd.
10      So I'm objecting to all of the criminal --
11      MR. SCOLNICK: Erin --
12      MS. RANAHAN: -- all of it, every single
13      mention of it, I'm objecting.
14      MR. SCOLNICK: Erin, you have made your
15      record. Your behavior is completely inappropriate.
16      We're going to have to take this up with the judge.
17      But for the sake of the witness -- hold on.
18      MS. RANAHAN: Okay. We will -- we are
19      taking it up with the judge. We've already filed a
20      motion to say we are not referencing criminal
21      investigations in a doll case. So yeah, we will
22      take it up with the judge.
23      MR. SCOLNICK: Okay. I ask you to stop
24      interrupting and coaching the witness.
25      ///

| 2022-11-15 | Wagner, Maxine | Page 77 |
| --- | --- | --- |

1      BY MR. SCOLNICK:
2   Q.  Now, Miss Wagner, you testified a moment ago
3      these are good kids and the family has good morals,
4      and I want to talk to you about that.
5      Are you familiar with the fact that T.I. has
6      convictions as an adult for drug dealing?
7   A.  I was --
8      MS. RANAHAN: Objection. This is not --
9      this is irrelevant. If you know about these things,
10      you can testify. But if you don't, you do not need
11      to guess or speculate about T.I.'s criminal
12      history --
13      THE WITNESS: No, I don't know his criminal
14      history.
15      MS. RANAHAN: It's completely irrelevant in
16      this case.
17      BY MR. SCOLNICK:
18   Q.  Are you aware of the fact that after
19      sustaining a conviction for drug dealing, T.I. has
20      committed more felonies?
21   A.  No, I'm not.
22   Q.  Are you aware that he has committed a number
23      of drug felony -- I'm sorry, a number of gun
24      felony --
25      MS. RANAHAN: She already said -- objection.

| 2022-11-15 | Wagner, Maxine | Page 78 |
|---|---|---|

1    Objection to all of this. She's not aware of that.
2    MR. SCOLNICK: You've made your record.
3    Look, you've made your record.
4    MS. RANAHAN: Right. I know, but what --
5    this is -- you're asking if he might have been
6    convicted of certain things. She doesn't know about
7    that. But you can't -- you don't know what he
8    committed. You don't even know what the crimes are.
9    You haven't -- you don't know what happened.
10   So you don't ask her about the criminal
11   circumstances of someone that's not here and it's
12   not an issue in this case.
13   BY MR. SCOLNICK:
14   Q. Are you familiar with the fact that in the
15   Northern District of Georgia, T.I. has been
16   convicted of a violation of being a felon in
17   possession of a firearm, in violation of 18 USC
18   922(g)?
19   MS. RANAHAN: So you are saying that him
20   having a gun in America, which is a Second Amendment
21   right, is somehow something that she's supposed to
22   call him immoral for? Please.
23   MR. SCOLNICK: You have got to control
24   yourself, Erin. This is out of control. I'm trying
25   to ask questions --

| 2022-11-15 | Wagner, Maxine | Page 79 |
|---|---|---|

1    MS. RANAHAN: The questions about criminal
2    allegations are out of control. That's out of
3    control. It's ridiculous. You know -- you know it
4    has zero to do with this case. You know it's not
5    coming in, so you're just now wasting our time,
6    everybody's time. So move on from the criminal
7    nonsense.
8    BY MR. SCOLNICK:
9    Q. Miss Wagner, do you know -- are you aware
10   that --
11   MS. RANAHAN: God.
12   BY MR. SCOLNICK:
13   Q. -- T.I. has been convicted in the Northern
14   District of Georgia of a felony gun offense, of
15   being a felon in possession of a firearm in
16   violation of 18 USC 922(g)?
17   MS. RANAHAN: I will just object on the
18   basis that the Second Amendment allows people to
19   have guns. It doesn't make you immoral.
20   But go ahead. We will have all of this
21   stricken from the record. None of this is relevant.
22   But you can answer, or if you don't know,
23   you can just say you don't know.
24   THE WITNESS: I don't know.
25   MS. RANAHAN: Having a gun doesn't make you

| 2022-11-15 | Wagner, Maxine | Page 80 |
|---|---|---|

1    immoral in America, Mr. Scolnick. I know we are in
2    California. It might be confusing, but it's the
3    law.
4    BY MR. SCOLNICK:
5    Q. Are you aware that one of the OMG Girlz has
6    been arrested for possession of a weapon during the
7    casting of the reality show?
8    MS. RANAHAN: Objection once again to your
9    implication that having a gun is somehow an immoral
10   crime.
11   But go ahead. If you know, you know.
12   THE WITNESS: No.
13   BY MR. SCOLNICK:
14   Q. So you said you were familiar with Bratz
15   dolls; right?
16   A. I'm familiar of the dolls, yes. I've seen
17   them before, yes.
18   Q. And have the kids you have taken care of,
19   have any of them had Bratz dolls?
20   A. Yes.
21   Q. Are you also familiar with the L.O.L.
22   Surprise! dolls?
23   A. The ones that I'm specifically familiar with
24   are the ones, the OMG Girlz, the OMG dolls.

| 2022-11-15 | Wagner, Maxine | Page 81 |
|---|---|---|

15   Q. So how old was your -- first of all, it was
16   your youngest niece that asked you to purchase the
17   dolls?
18   A. Yes.
19   Q. And your youngest niece, you told us this
20   earlier, but she is now 10 years old?
21   A. Now she's 10, yes.
22   Q. And how old was she when she wanted the
23   L.O.L. Surprise! O.M.G. dolls?
24   A. I believe it was about 2019. So she was 7.
25   Q. And in 2000- -- [simultaneous talking] --



1   sorry, go ahead.
2   A. I'm sorry, What?
3   She might have been 6, you know, the end --
4   at the end of 6 but, you know, I just don't want to
5   lie.  So either 6 or 7.
6   Q. So at that time, she had already watched
7   T.I.'s reality show?
8   A. Absolutely.  We watched it as a family
9   weekly.
10  Q. And how old was your niece when she started
11  watching the T.I.'s reality show?
12  A. I'm not sure exactly how old she was, but I
13  know it's something that -- you know, the show is
14  not on consecutively.  So it goes on for a period of
15  time, and then it goes off, and then it comes back
16  on again.
17  So I'm not sure exactly how old she was, but
18  I know that's how she became familiar with the
19  dolls.  She thought that it was -- you know, they
20  looked just -- she was familiar with them because
21  they looked like the girls on TV, and so now she had
22  a piece of that to take home with her.

22  Q. So let's break that down a little bit.

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 23 of 51   Page ID
#:30743
Case 2:20-cv-11548-JVS-AGR   Document 540-3   Filed 01/23/23   Page 25 of 53   Page ID
#:29255



| 2022-11-15 | Wagner, Maxine | Page 86 |

8  MS. RANAHAN: -- [simultaneous talking] --
9  you are implying, but there is some that are not.
10  So you're just -- you're casting a really dark cloud
11  over T.I.'s musical catalogue.
12  MR. SCOLNICK: Erin, this is so
13  inappropriate. I am asking questions. You are
14  interrupting and coaching the witness. We're going
15  to have to take this to the judge --
16  MS. RANAHAN: [Simultaneous talking] -- then
17  lack of foundation because the implication that all
18  of his songs are somehow negative is wrong.
19  MR. SCOLNICK: This is -- [simultaneous
20  talking] -- This is out of control. This is really
21  inappropriate.
22  MS. RANAHAN: Okay. It's really
23  inappropriate to waste all of our time on crime
24  questions and T.I.'s music, but let's try to get
25  through it as quickly as we can.

| 2022-11-15 | Wagner, Maxine | Page 87 |

1  BY MR. SCOLNICK:

8  Q. And knowing that some of T.I.'s music talks
9  about gang culture, you still watch T.I.'s reality
10  show with your kids; right?
11  MS. RANAHAN: I'm still just going to object
12  as to the "gang culture" phrase. I don't even know
13  what that means, but go ahead.
14  And I also just disagree with the
15  foundation. So lack of foundation.
16  THE WITNESS: If you're familiar with the
17  gang culture, gang culture is also made up of
18  family. And it's made of -- it's not all bad, you
19  know, and coming from -- with my kids being, you
20  might consider their father a part of gang culture.
21  He once was a part of gang culture, but now he's a
22  walking and talking Jesus Christ, bringing --
23  bringing people to salvation, bringing people to
24  Christ. You know, working in prison reform.
25  You know, so there's a -- not everybody

| 2022-11-15 | Wagner, Maxine | Page 88 |

1  that's from gang culture is bad. And I want my kids
2  to see everybody in the spectrum of everyone, not
3  just a picture that is painted. My kids, I want
4  them to see reality, and the reality is just -- you
5  know, I don't consider T.I. a bad guy for the
6  mistakes that he's made. That's not for me to judge
7  him. It's not for them to judge him.
8  And, no, I don't want the cursing in my
9  house because it's not worshipping God. But I did
10  allow them to play with the dolls, because they seen
11  the dolls on TV. The dolls were good -- the girls
12  were good girls. Everything that they were about
13  was a good thing and so that's why I allowed my kids
14  to play with them.
15  MR. SCOLNICK: Objection. Nonresponsive.
16  Motion to strike.
17  BY MR. SCOLNICK:
18  Q. You mentioned that everything about the
19  girls were a good thing.
20  Have you seen one of the --
21  MS. RANAHAN: Objection. Objection. She
22  didn't say everything about the girls is a good
23  thing. That's mischaracterization of the testimony.
24  She said they're good girls.
25  ///

| 2022-11-15 | Wagner, Maxine | Page 89 |

1  BY MR. SCOLNICK:
2  Q. When you said that they are good girls, were
3  you aware that one of the OMG Girls has what she
4  calls -- taken what she called an "iconic mug shot"
5  from when she was arrested?
6  A. No, I'm not. I'm not familiar --
7  Q. Sorry.
8  MS. RANAHAN: Again, you've asked her about
9  this already. I'm just going to object again that
10  getting arrested for having a gun does not make you
11  an immoral or bad person and neither does any crime.
12  So this whole trying to line up -- I don't
13  know where you think these perfect humans are,
14  Chase, but they don't exist. That's the whole point
15  of Christ actually. So keep going.
16  Well, there's not -- you're suggesting that
17  now because she has a mug shot she's not -- I mean,
18  what does that have to do with anything?
19  MR. SCOLNICK: Erin, I'm asking
20  questions and --
21  MS. RANAHAN: I know, but they are all
22  irrelevant and inappropriate questions. You are
23  wasting everybody's time. Like ask her about the
24  doll purchases and we can move on. You haven't even
25  gotten to the relevant stuff yet.

| 2022-11-15 | Wagner, Maxine | Page 90 |
|---|---|---|

1　MR. SCOLNICK: Because you keep talking and
2　objecting.
3　MS. RANAHAN: That's not why. It's because
4　you keep asking questions that are irrelevant.
5　BY MR. SCOLNICK:
6　Q. What other dolls have you -- what other toys
7　have you purchased for your kids? And how about if
8　we focus on the last ten years.
9　Are there any other brands that you've
10　purchased for your kids?
11　A. Of course. Right now, they -- they went
12　through a Space Jam phase where it was a lot of
13　Looney Tunes, a lot of Space Jam. Barbie is a hit
14　in my house. What else?
15　It kind of changes -- it kind of changes
16　every other day depending on the kids. What movie
17　is out. You know, Wakanda is a toy that is popular
18　right now. We did SpiderMan for a while. It just
19　kind of changes, you know.
20　Q. And what are your kids' favorite music
21　groups?
22　A. Favorite music groups? I honestly couldn't
23　tell you that. I don't know for sure.
24　Q. Can you tell us some of the music they
25　listen to, I mean, the music that you overhear?

| 2022-11-15 | Wagner, Maxine | Page 91 |
|---|---|---|

1　MS. RANAHAN: Objection. Calls for
2　speculation about what they listen to.
3　BY MR. SCOLNICK:
4　Q. So let me break this down a little bit,
5　Miss Wagner.
6　You live with all four of your kids; right?
7　A. Yes, sir.
8　Q. And you live in the same house -- you lived
9　in the same house with them for a number of years;
10　right?
11　A. Yes, sir.
12　Q. And sometimes they play music; right?
13　A. Yes.
14　Q. They play music in the house; right?
15　A. Yes.
16　Q. And sometimes you hear them playing music in
17　the house; right?
18　A. Yes, sir.
19　Q. Okay. So what music do you hear them play
20　in the house?
21　A. Well, right now, a popular one is -- I don't
22　know if you're familiar with him, but his name is
23　Walker Hayes, and he's like a country singer. Right
24　now, the big thing is they do the dances with him on
25　TikTok.

| 2022-11-15 | Wagner, Maxine | Page 92 |
|---|---|---|

1　That's pretty much -- you know, like I said,
2　I don't allow any of the cursing and all of that
3　jazz. I don't allow that so, you know, it's kind of
4　limited to what they are allowed to be exposed to at
5　this point.
6　The older ones, you know, they're older so
7　they do what they want when they're with their
8　friends and they are outside of my house. But in my
9　house, you know, I listen to Tasha Cobbs, you know.
10　I allow Walker Hayes. Some things like that.
11　I believe there was a group called BTS, a
12　bunch of boy singers that, you know -- stuff like
13　that. Nothing -- nothing with profanity and stuff
14　like that.

[redacted lines 15–25]

| 2022-11-15 | Wagner, Maxine | Page 93 |
|---|---|---|

[redacted lines 1–9]

10　Q. So just to make it clear, that either a
11　sleeping bag or a blanket, that you've purchased for
12　your kids that was an L.O.L. Surprise! O.M.G.?
13　MS. RANAHAN: Objection. This --
14　THE WITNESS: -- [Simultaneous talking] --
15　MS. RANAHAN: -- to the extent that's not
16　what she said. You asked about all the L.O.L.
17　Surprise! dolls. If you are going to siphon it off
18　to O.M.G. and not O.M.G., then you can do that. But
19　you made it intentionally vague, so just -- are you
20　asking her about the dolls or anything?
21　THE WITNESS: I'm not sure about -- exactly
22　about the sleeping bag. Maybe it wasn't -- I'm not
23　sure if it was OMG or another one of the L.O.L.
24　dolls.
25　But I know for sure specifically I have





**Page 98** — 2022-11-15 — Wagner, Maxine

5    MR. SCOLNICK: Again, you are coaching the
6    witness. We are going to have to take this up with
7    the court.
8    MS. RANAHAN: Okay.
9    BY MR. SCOLNICK:

**Page 99** — 2022-11-15 — Wagner, Maxine

10    MR. SCOLNICK: Objection. Nonresponsive.
11    Move to strike.
12    MS. RANAHAN: I'm sorry, how is that
13    nonresponsive? You're asking her -- you are
14    smirking at her and laughing at her and being
15    incredibly rude, suggesting that she's not telling
16    the truth, and then she's explaining to you why
17    she's -- without even giving her a chance to
18    explain, and then she does explain and you tell her
19    it's not responsive.
20    So she's allowed to answer your questions
21    and give you an explanation about why something is
22    in storage without you smirking at her and laughing.
23    MR. SCOLNICK: First of all, your
24    characterization is entirely false.
25    MS. RANAHAN: Well, let's hope the video

**Page 100** — 2022-11-15 — Wagner, Maxine

1    captured you that time because it is not false.
2    BY MR. SCOLNICK:
3    Q. Miss Wagner --
4    A. Yes.
5    Q. -- you have been in Arizona for a year now;
6    right?
7    A. Yes, sir.
8    Q. Did you place your belongings in storage in
9    California?
10    A. Yes, sir. Well, not myself personally. My
11    family members did it after I left.
12    Q. Which family members put it in storage?
13    A. My aunt and my brother-in-law.
14    Q. And when was the last time you have been in
15    California?
16    A. About a year ago. I have not been back to
17    California since my sister died.
18    Q. Have you asked your aunt or any of your
19    relatives in California to send you any of the
20    thousands of dollars of O.M.G. dolls you claim to
21    have purchased?
22    A. No, I have not.
23    Q. Strike that. Let me ask the question again.
24    Sorry, go ahead. Let me ask the question
25    differently.

**Page 101** — 2022-11-15 — Wagner, Maxine

12    Q. Do you have photographs of -- I understand
13    you don't have them with you right now -- but do you
14    have photographs of the thousands of dollars of
15    L.O.L. Surprise! O.M.G. Girlz --
16    MS. RANAHAN: Objection. Asked and
17    answered. Oh, you're not done.
18    MR. SCOLNICK: Let me start over.
19    BY MR. SCOLNICK:
24    MS. RANAHAN: Let me just object. Asked and
25    answered. She said she could look through the phone



| 2022-11-15 | Wagner, Maxine | Page 102 |

1    for them. She's not sure. So go ahead. She
2    answered that question already.
3    BY MR. SCOLNICK:
4  Q. You can answer.

13   phone that I'm using currently, and I didn't have
14   anything except for the -- like the past six months.
15   So, no, none of that would be on there.

19   Q. Can you show us any L.O.L. -- strike that.
20   Let me start over.
21   Can you show us any L.O.L. Surprise! O.M.G.
22   Girlz dolls in your home today?
23   A. One second. I can ask my niece if she has
24   anything and see what she can find. I'm not sure
25   that she has any here, but it's possible that she

| 2022-11-15 | Wagner, Maxine | Page 103 |

1    does. I'm not sure.
2    Do you have any of the dolls? Okay. Is it
3    OMG girl or is it the other ones? It's an OMG.
4    Okay. Go get it.
5    One second. She's going to get it.
6  Q. While we're doing that, you said, "Is it the
7    L.O.L. OMG girls or the other ones?" What other
8    ones are you referring to?
9  A. Well, she has lots of little dolls, Barbie
10   and all -- and the little kittens and all of that
11   jazz. So I'm -- I'm not sure which one she has.
12  Q. Does she have any L.O.L. Surprise! dolls
13   that are not OMGs in the house?
14  A. I don't know. She can look for you if you
15   want. Right now she has the Barbie Dream Mansion in
16   her room. If you would like to see the setup of
17   that, I can show you that as well.
18   But she -- her L.O.L. collection, OMG
19   collection is in the storage unit in California.
20   No, she can't find it.
21  Q. Okay. Just to make sure the record is
22   clear, is it true that you cannot find a single
23   L.O.L. OMG -- strike that.
24   Is it true you cannot find a single L.O.L.
25   Surprise! girl doll -- no, let me start over again.

| 2022-11-15 | Wagner, Maxine | Page 104 |

1    Sorry.
2    Is it true that you cannot find a single
3    L.O.L. Surprise! O.M.G. doll in your house right
4    now?
5  A. Well, like I said previously, we just moved
6    here about a week ago, so my garage is full of
7    boxes. So most of her toys are still boxed up in
8    the garage. So in her room at the current moment,
9    no, she doesn't have any. She -- no, she doesn't.
10   Maybe in the boxes in the garage. I'm not sure.
11   I know her whole collection that I spent the
12   money on is inside of the storage unit in
13   California.
14  Q. By the way, what city do you live in in
15   Arizona?
16  A. Lake Havasu City, Arizona.
17  Q. How far is that from Blythe?
18  A. I'm not sure.
19  Q. And do you work in Havasu also?
20  A. Yes, sir.
21      (Clarification requested by Reporter.)
22   MR. SCOLNICK: Blythe. I believe it is
23   B-l-y-t-h-e.
24   DEPOSITION REPORTER: That's okay. I just
25   didn't quite catch the name.

| 2022-11-15 | Wagner, Maxine | Page 105 |

1    BY MR. SCOLNICK:

10   MS. RANAHAN: Objection. Asked and
11   answered. She told you this already. She talked
12   about the sleeping bag -- I don't know, why are we
13   just re-asking? Are you just trying to drag it out?
14   Is that the strategy? Because let's just like cover
15   the questions and move on.
16   BY MR. SCOLNICK:



| 2022-11-15 | Wagner, Maxine | Page 106 |
| --- | --- | --- |

| 2022-11-15 | Wagner, Maxine | Page 108 |
| --- | --- | --- |

1  foundation. Assumes facts not in evidence that she
2  confirmed she bought a sleeping bag.
3  But you can answer if you somehow now
4  remember something different than three minutes ago.
5  THE WITNESS: I'm not sure. I don't
6  remember.
7  BY MR. SCOLNICK:
8  Q. Did you purchase a blanket that was an
9  L.O.L. Surprise! blanket?
10  MS. RANAHAN: Okay. Again, I'm going to
11  just say asked and answered. Objection.
12  BY MR. SCOLNICK:
13  Q. You can answer.
14  A. I do not recall. [Audio distortion] it's
15  stockings, a blanket, a sleeping bag --
16  (Clarification requested by Reporter.)
17  THE WITNESS: Yeah, I'm sorry. I don't
18  recall exactly if it was a sleeping bag, a sheet set
19  or a comforter set. I'm not exactly sure. I just
20  know that anything that we seen in the store, if she
21  pointed to it, I spent a lot of money on the Laugh
22  Out Loud O.M.G. Girls.
23  BY MR. SCOLNICK:
24  Q. Okay. So we covered that you potentially
25  purchased a sleeping bag or a blanket.

| 2022-11-15 | Wagner, Maxine | Page 107 |
| --- | --- | --- |

12  MS. RANAHAN: I'm just going to object as
13  asked and answered now several times. It's
14  mischaracterizing the testimony.
15  Can we move on from sleeping bags? What
16  does the sleeping bags have to do with it? Move
17  off. She doesn't even know if she bought sleeping
18  bags.
19  MR. SCOLNICK: Oh, my God.
20  Go ahead, please.
21  BY MR. SCOLNICK:
22  Q. Do you know if it is possible that you
23  purchased more than one L.O.L. Surprise! sleeping
24  bag?
25  MS. RANAHAN: Objection. Once again, lacks

| 2022-11-15 | Wagner, Maxine | Page 109 |
| --- | --- | --- |

1  So putting that aside now, what other L.O.L.
2  Surprise! products do you claim to have purchased
3  other than the dolls?
4  MS. RANAHAN: Objection. Asked and
5  answered.
6  THE WITNESS: The dolls have lots of
7  accessories. Sometimes they have the little cars.
8  Sometimes they have the little pet -- pet deals.
9  Sometimes they have the little makeups. Sometimes
10  they have the Chapstick. Sometimes they have the
11  Christmas stockings.
12  There's quite a few things that have the
13  Laugh Out Loud girls on them. So I'm not exactly
14  sure which specific ones that I've purchased, but I
15  know it's been quite a few.
16  BY MR. SCOLNICK:

25  ///



**Page 110** — 2022-11-15 — Wagner, Maxine

```
1    BY MR. SCOLNICK:
```
[redacted]

**Page 111** — 2022-11-15 — Wagner, Maxine

[redacted]

```
4    Q.  Sitting here today --
5    A.  I don't recall.
6    Q.  I'm sorry.
7    A.  I don't recall. I'm sorry.
8    Q.  Okay. So is it true that you do not have a
9        specific recollection of Tameka Harris referencing
10       in any way on the show a line of dolls?
11       MS. RANAHAN: Asked and answered. I mean,
12       this is -- she's asked and answered already.
13       Objection. She's answered this. She said she
14       doesn't know.
15       BY MR. SCOLNICK:
16   Q.  Sorry. Did you answer?
17   A.  Yes. I don't recall, sir. I don't remember
18       the details of the show -- I mean, of any dolls on
19       the show, no.
20   Q.  That was my next question.
21       Do you recall any dolls appearing on the
22       show in any of the shows that you watched, the
23       reality show of T.I.?
24   A.  Well, I mean, I definitely seen the dolls
25       appear because the OMG Girlz are all over -- they're
```

**Page 112** — 2022-11-15 — Wagner, Maxine

```
1    on the show. They're -- the group is, you know,
2    touring -- or whatever they're doing, getting ready
3    and all that jazz.
4    And so I've seen the dolls on the show, yes.
5    I -- them specifically being the dolls, I --
6    specifically saying that they made a line of dolls?
7    I can't specifically say that I seen the dolls on
8    the show, but I've seen the girls on the show, and
9    the dolls and the girls look exactly the same. So,
10   yes, I have seen the dolls on the show, just not in
11   the doll form.
12   Q.  Okay. I'm a little confused. Let me break
13       that down.
14       Have you ever seen a doll on the show, a
15       "doll" would be a toy.
16   A.  No. But I've seen -- have you -- I don't
17       know if you have ever seen the show, but if you see
18       the show, that the girls and the dolls, they look
19       identical. They have the same color hair, they have
20       the same color outfits.
21       So I've definitely seen the OMG Girlz.
22       Dolls are not on the show. I am just -- in doll
23       form, no, I didn't see them on the show. But I've
24       seen the girls -- I mean, I've seen the dolls on the
25       show because I've seen the girls.
```

**Page 113** — 2022-11-15 — Wagner, Maxine

[redacted]

```
22       BY MR. SCOLNICK:
23   Q.  You told us that you believe the dolls --
24       the L.O.L. Surprise! O.M.G. dolls look like the OMG
25       Girlz; is that right?
```

| 2022-11-15 | Wagner, Maxine | Page 114 |
|---|---|---|

```
 1   A.  Yes, sir.
 2   Q.  Okay.  So I want you to focus on my question
 3       now.
 4   A.  Okay.  Can you make your question more
 5       specific then, please?
 6   Q.  Sure.  Happy to.  Of course.
 7   A.  Okay.
 8   Q.  You know what a doll is; right?
 9       MS. RANAHAN:  God.
10       THE WITNESS:  Yes, sir.  Yes, I do.
11        BY MR. SCOLNICK:
12   Q.  It's a toy; right?
13   A.  Yes.
14   Q.  Okay.  Have you seen --
15       MS. RANAHAN:  Just let me object to that
16       because people call people "dolls" as a term of
17       endearment.  People call people -- humans "dolls"
18       and they're a bunch of dolls.  That's very common.
19       So when you just say something like that,
20       I'm objecting to that as inaccurate.
21        BY MR. SCOLNICK:
22   Q.  When I use the term "doll," do you
23       understand that right now I am talking about a toy?
24   A.  Yes.  Right now, I understand that you are
25       talking about the toy.
```

| 2022-11-15 | Wagner, Maxine | Page 116 |
|---|---|---|

```
[redacted]

18       MR. SCOLNICK:  Why don't we take five
19       minutes -- seven minutes.
20       MS. RANAHAN:  How much longer do you have,
21       Chase?
22       MR. SCOLNICK:  Moving along.  Probably an
23       hour or so.
24       THE VIDEOGRAPHER:  Do you want to go off the
25       record, Counsel?
```

| 2022-11-15 | Wagner, Maxine | Page 115 |
|---|---|---|

```
 1   Q.  Have you seen any dolls and the toy --
 2       strike that.
 3       Have you seen any toy dolls on T.I.'s show?
 4       MS. RANAHAN:  Object.  Asked and answered
 5       multiple times.
 6       THE WITNESS:  I don't recall.  It's
 7       possible.  They have a little girl -- a baby girl
 8       that they just -- I believe her name is Heiress, and
 9       she has dolls, so I -- it's possible I have seen
10       dolls on the show.  I'm not sure which dolls you are
11       particularly talking about.
12       You asked me if I knew what a doll was.  So
13       yes, I have seen a doll on the show.
14        BY MR. SCOLNICK:
[redacted]
```

| 2022-11-15 | Wagner, Maxine | Page 117 |
|---|---|---|

```
 1       MR. SCOLNICK:  Yep.
 2       MR. SCOLNICK:  Let's go off the record.
 3       The time is 2:34 p.m.  This is the end of media unit
 4       No. 4.
 5       (Off the record.)
 6       THE VIDEOGRAPHER:  We are going back on the
 7       record.  The time is 2:50 p.m., and this is the
 8       start of media unit No. 5.
 9        BY MR. SCOLNICK:
10   Q.  Miss Wagner, do you know the name of any
11       OMG -- strike that.
[redacted]
15   Q.  Your declaration -- strike that.
16       In your declaration, you said that you were
17       confused when you bought the L.O.L. OMG -- strike
18       that.  Let me start over, it is getting late, so you
19       have a clean question.
[redacted]
```



| 2022-11-15 | Wagner, Maxine | Page 118 |
| --- | --- | --- |

2    Q.   Did you assume that the L.O.L. Surprise!
3       O.M.G. Girlz -- I am going to keep doing this as it
4       gets later. Strike that.

| 2022-11-15 | Wagner, Maxine | Page 120 |
| --- | --- | --- |

9    Q.   On television, do you see other teenagers
10       other than the OMG Girlz color their hair in
11       different colors?
12    A.   I haven't said that -- I mean, maybe in the
13       different music videos, but I don't watch all that,
14       so no.
15    Q.   You said that -- sorry. I interrupted you.
16    A.   I'm done.
17    Q.   So you also said that, as a nanny of 30
18       years, that you've seen probably many of the toys
19       that the children you take care of play with; right?
20    A.   Yes, sir. I'm a nanny of young children
21       though, very young, so they -- not very many of them
22       have the dolls with the pink and purple hair, you
23       know, because they're so -- they're into the Fisher
24       Price stage.
25    Q.   So you say some of the kids you take care of

| 2022-11-15 | Wagner, Maxine | Page 119 |
| --- | --- | --- |

| 2022-11-15 | Wagner, Maxine | Page 121 |
| --- | --- | --- |

1       play with Barbie dolls; right?
2    A.   Yeah. Barbie's hair is not pink and purple.
3       They are blonde. Most of them are blondes, some
4       brunettes. The black girls have black hair. They
5       don't have the wild colors.
6    Q.   And you also said some of the kids you take
7       care of play with the Bratz dolls; right?
8    A.   Yes. I'm not very familiar with the Bratz
9       dolls, so I couldn't tell you a lot about those.
10    Q.   Have you seen that the Bratz dolls have
11       bright hair colors as well?
12    A.   I don't remember the bright hair colors on
13       those dolls. I just remember like the boots and the
14       fishnet stockings and the mini skirts. That's what
15       I remember most about those dolls.



| 2022-11-15 | Wagner, Maxine | Page 122 |
|---|---|---|

```
  3    MS. RANAHAN: That was my time. She is
  4    taking us back. You're taking us back.
  5    THE WITNESS: Yeah. I'm sorry, I'm not --
  6    because Cabbage Patches, I think they have the
  7    regular hair tones, so I'm not -- forgive me if I'm
  8    wrong.
  9       BY MR. SCOLNICK:
```

```
 16    MR. SCOLNICK: I want to show you what's
 17    going to be marked as -- I think we are up to -- is
 18    it 4 or 5 now?
 19    DEPOSITION REPORTER: I think it is 4. Do
 20    you want me to check?
 21    MR. SCOLNICK: I think it is 4. So we'll
 22    call this Exhibit 4. I'm on the shared screen with
 23    you.
 24        (Exhibit 4 marked for identification.)
 25    THE WITNESS: I'm so sorry. I need to take
```

| 2022-11-15 | Wagner, Maxine | Page 123 |
|---|---|---|

```
  1    just a second. My kids are --
  2    MR. SCOLNICK: Let's go off the record.
  3    THE VIDEOGRAPHER: We are going off the
  4    record. The time is 2:59 p.m. This is the end of
  5    media unit No. 5.
  6        (Off the record.)
  7    THE VIDEOGRAPHER: We're going back on the
  8    record. The time is 3:04 p.m. This is the start of
  9    media unit No. 6.
 10       BY MR. SCOLNICK:
```

| 2022-11-15 | Wagner, Maxine | Page 124 |
|---|---|---|

| 2022-11-15 | Wagner, Maxine | Page 125 |
|---|---|---|

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 33 of 51   Page ID
#:29753
Case 2:20-cv-11548-JVS-AGR   Document 540-3   Filed 01/23/23   Page 35 of 53   Page ID
#:29265





| 2022-11-15 | Wagner, Maxine | Page 130 |

| 2022-11-15 | Wagner, Maxine | Page 132 |

1    BY MR. SCOLNICK:
2    Q. Let me rephrase the question.

7    Q. Have you ever seen a teenager wear clothing
8       on television or elsewhere in the last ten years
9       with fur on the clothing other than the OMG Girlz?
10   MS. RANAHAN: Let me just object. This case
11      is not about individual items, Mr. Scolnick, so the
12      fact that you are going to ask her if there are
13      people that wear things, we could be here for hours
14      more. I think you said an hour left, and now we are
15      30 minutes into that so... This case is not on
16      isolated items. It is the whole look, the whole
17      style with the name. That's how the dolls were
18      sold.
19   MR. SCOLNICK: You've got to stop these
20      stupid objections. It's really inappropriate you're
21      coaching this witness.
22   MS. RANAHAN: Well, so are your questions
23      are really inappropriate. And so is sitting here
24      for four and a half hours with a witness who bought
25      your client's dolls, asking about her criminal

| 2022-11-15 | Wagner, Maxine | Page 131 |

4    Q. Do you know whether it's fashionable for
5       teenagers to wear bright-colored clothing or whether
6       it's been fashionable in the last ten years, I
7       should say?
8    MS. RANAHAN: Objection. It's not about
9       what teenagers can wear, this case. So what does it
10      have anything to do with anything? It is about
11      selling dolls with the O.M.G. names that looked like
12      the OMG Girlz, not what girls can wear so...
13   BY MR. SCOLNICK:
14   Q. I will ask the question again.
15      So we're talking about what makes the OMG
16      Girlz unique, and you mentioned some aspects of
17      their clothing; right?
18   A. Yes.
19   Q. So my question to you is: Do you know
20      whether bright-colored clothing, wearing
21      bright-colored clothing, is popular or fashionable
22      among teenagers in the last ten or so years?
23   MS. RANAHAN: Objection. Calls for
24      speculation. Irrelevant.
25      ///

| 2022-11-15 | Wagner, Maxine | Page 133 |

1    petty theft from 10 years ago. That's really
2    inappropriate.
3    MR. SCOLNICK: I would ask you to --
4    MS. RANAHAN: I'd ask you to move it along.
5    MR. SCOLNICK: I reserve the right to take
6       the full seven hours, especially if you continue
7       talking and interrupting me.
8    MS. RANAHAN: Okay. So you are just petty
9       now, just trying to stick it to the witness.
10   MR. SCOLNICK: No, I'm trying to get answers
11      and I really don't appreciate this.
12   MS. RANAHAN: Whether there's teenagers who
13      wear bright colors? I mean, come on. That has
14      nothing to do with this case.
15      Maybe you should read -- I know you are only
16      new to this case. You have been here for one day.
17      Go back and read the summary judgment decision about
18      what our trade dress is, about what's at issue in
19      this case, because it is not about a teenager
20      wearing bright-colored clothing. Okay?
21   BY MR. SCOLNICK:
22   Q. I'm sorry for the interruption, Miss Wagner.



| 2022-11-15 | Wagner, Maxine | Page 134 |

```
1    MS. RANAHAN:  Objection again.  This is
2    irrelevant, but you can answer if you can.


5    BY MR. SCOLNICK:
6    Q.  Is there anything else about -- I'm sorry.
```

| 2022-11-15 | Wagner, Maxine | Page 136 |

```
7    Q.  You also mentioned earlier that you believed
8        the Bratz dolls were also dressed promiscuously --
9        (Clarification requested by Reporter.)
10       THE WITNESS:  Sorry.
11         BY MR. SCOLNICK:
12   Q.  Yeah.  I think we stepped on each other
13       there.  So I guess I will start over.
14   A.  I'm sorry.
15   Q.  You told us earlier that you believed the
16       Bratz dolls were also dressed promiscuously; right?
17   A.  Yes.
18   Q.  So I'm trying to move on here and make sure
19       that we cover everything so we get to the next
20       subject.
21   A.  That's okay.
22   Q.  Thank you.
```

| 2022-11-15 | Wagner, Maxine | Page 135 |

| 2022-11-15 | Wagner, Maxine | Page 137 |



| 2022-11-15 | Wagner, Maxine | Page 138 |

| 2022-11-15 | Wagner, Maxine | Page 140 |

21     BY MR. SCOLNICK:
22  Q.  You told us earlier and I -- I'm sorry.
23  A.  You go ahead. I'm sorry.
24  Q.  Okay. I don't want to go over and cover
25     ground we already have, but it sounds like you're

| 2022-11-15 | Wagner, Maxine | Page 139 |

| 2022-11-15 | Wagner, Maxine | Page 141 |

1     familiar with the L.O.L. Surprise! O.M.G. dolls
2     line; right?
3  A.  Yes.

15  Q.  Okay.

24     MR. SCOLNICK: No question pending. Move to
25     strike.



| 2022-11-15 | Wagner, Maxine | Page 142 |
| --- | --- | --- |

1    BY MR. SCOLNICK:

| 2022-11-15 | Wagner, Maxine | Page 144 |
| --- | --- | --- |

1    read that at all. I can barely read it. "O.M.G."
2    is huge. The rest of it is tiny. Objection.
3    You can't read it. You asked if you could
4    read it. I can't. I know it's there.
5      BY MR. SCOLNICK:
6   Q. Let me start over.
7    Miss Wagner, can you read the screen now,
8    the "L.O.L. Surprise! O.M.G." portion of the box?
9   A. Yes, sir.

16    that they -- that is not what OMG stood for. I
17    didn't know that OMG on either one of the -- either
18    the little rock stars or these girls that it meant
19    "oh, my God." I wasn't familiar with that.
20    And me, as a Christian, I don't like my kids
21    saying that. I -- if knowing what that is what that
22    meant, I wouldn't have purchased them for that
23    reason alone.
24    I'm sorry if I didn't answer the question
25    correctly. You can re-ask me that if you need to.

| 2022-11-15 | Wagner, Maxine | Page 143 |
| --- | --- | --- |

22   Q. After O.M.G. on the packaging, it says
23    "Outrageous Millennial Girls"; right?
24   A. I never --
25    MS. RANAHAN: Objection. You can barely

| 2022-11-15 | Wagner, Maxine | Page 145 |
| --- | --- | --- |

1    I'm sorry.
2   Q. Below that, the "Outrageous Millennial
3    Girls," the box reads "Movie Magic Studios";
4    correct?
5   A. Yes.
6   Q. Do you recall -- excuse me.
7    Do you recall the OMG Girlz on TV ever being
8    involved in producing or making a movie?
9   A. Well, they produced and made a TV show every
10    day, so absolutely. I mean, not a movie, but they
11    made a TV show every day.
12   Q. Okay.
13   A. They --
14   Q. Sorry, I didn't mean to cut you off.
15   A. No, no, I apologize. I believe you were
16    speaking.
17   Q. Okay. I just want you to focus on my
18    question, which is not about TV shows. Okay?
19   A. Okay.
20    MS. RANAHAN: She answered the question.
21    She gave you a reason why a TV show's a movie.
22    Let's just move on to the next question. She
23    answered it.
24    BY MR. SCOLNICK:

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 38 of 51   Page ID
#:30058
Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 40 of 53   Page ID
#:29270

| 2022-11-15 | Wagner, Maxine | Page 146 |
|---|---|---|

4  made a movie, but -- or they talked about it, but
5  I'm not sure.  No, I don't recall.
6  MS. RANAHAN: How much longer, Chase?  I am
7  going to have to get -- take a break at 3:00 if
8  we're not done because I have to pick up my daughter
9  from school.  So we have to take a break.
10  MR. SCOLNICK: Okay.  We can take a break.
11  MS. RANAHAN: I didn't have any idea this
12  would go until 3:00 and it's almost 3:00.  This is
13  crazy.
14  MR. SCOLNICK: Do you need to take a break
15  now?
16  MS. RANAHAN: No.  I need to leave at 3:00
17  so I'm just trying to figure out how much time you
18  have left.
19  MR. SCOLNICK: Okay.  We can take a break.
20  MS. RANAHAN: No, no.  I don't want to take
21  a break.  How much time do you have left?
22  MR. SCOLNICK: We'll be -- if you have to
23  leave early, then we will be taking a break at 3:00.
24  MS. RANAHAN: So how much time do you have
25  left?  You said an hour like 45 minutes ago.  So how

| 2022-11-15 | Wagner, Maxine | Page 147 |
|---|---|---|

1  much do you predict now, so I can just try to
2  arrange my schedule, try to see if I can have
3  someone else pick her up.  Because I am going to
4  have questions too.  So I am trying to organize this
5  day.
6  So what does -- how much time do you
7  predict?
8  MR. SCOLNICK: We can go off the record and
9  talk about it.  I can look at my notes.
10  MS. RANAHAN: No.  No.  I want to keep it
11  moving.  I'm just trying to figure out -- you don't
12  have an estimate?
13  MR. SCOLNICK: Without interruptions,
14  probably another hour or so.
15  MS. RANAHAN: You said an hour an hour ago.
16  So you got nothing done over the last hour?  So we
17  are now just taking pauses to try to move this thing
18  along?
19  MR. SCOLNICK: I'm going to put Exhibit 4 up
20  again.
21    BY MR. SCOLNICK:
22  Q.  Can you see that on your screen,
23  Miss Wagner?
24  A.  Yes, I can, sir.
25  Q.  Now, this is the same item we were just

| 2022-11-15 | Wagner, Maxine | Page 148 |
|---|---|---|

1  looking at; right?
2  A.  Yes.
3  Q.  One of the dolls on the box in the middle,
4  on the right side, is a blonde doll; right?
5  A.  Yes, she is.
6  Q.  And she has white skin?  She's a Caucasian;
7  right?
8  A.  She has a wig on and contacts like the girls
9  would.
10  Q.  And she has -- so is it your testimony that
11  you believe that the doll that appears in the center
12  right, you believe that's not a Caucasian doll?
13  A.  Well, I mean, I would assume that that would
14  be a doll with contacts and a wig on.  If you can
15  see her -- her see-through dress and her mini skirt
16  and she's all dolled-up and ready to perform is what
17  I would assume.
18  So, no, I didn't think that she was
19  Caucasian.
20  I see the little baby girl in the corner
21  down here.  She's clearly Caucasian.  She's not
22  all -- she's not all glitzed up.  The girl standing
23  there -- I don't know how familiar you are with
24  mixed -- mixed people, but a lot of people that are
25  mixed, they still appear to be just Caucasian when

| 2022-11-15 | Wagner, Maxine | Page 149 |
|---|---|---|

1  they, you know, dress up like that.  So, no -- I'm
2  sorry.
3  MS. RANAHAN: Go ahead.  I was going to
4  object to the question.  I'm a little late, but the
5  idea that, you know, only Caucasians have blue eyes
6  and blonde hair.  I mean, Tiny has blonde hair and
7  blue eyes so...
8  MR. SCOLNICK: Object to the speaking
9  objection.
10    BY MR. SCOLNICK:
11  Q.  Now, Miss Wagner, when you saw this box,
12  isn't it true that you realized -- or believed a
13  number of the dolls on the box to be Caucasian?
14  MS. RANAHAN: Objection that she even
15  thought about that, but go ahead.
16  THE WITNESS: Yeah.  Like I didn't pay -- I
17  didn't even pay attention to that.  I just assumed
18  that this was -- you know, the little people were
19  just the OMG Girlz's little friends.  I had no
20  idea -- I didn't turn it into black and white.
21  My household is full of every different
22  color there is, and we don't necessarily look at
23  color like that.
24  So, no, I didn't make it a -- you know, I
25  didn't pay attention to the Caucasian children on



**Page 150** — 2022-11-15 — Wagner, Maxine

```
1     the -- dolls on the box.
2     BY MR. SCOLNICK:
3   Q. Now, isn't it true that there were only --
4     on the show, there were only three OMG Girlz; right?
5     MS. RANAHAN: Objection.
6     THE WITNESS: Well, there's four --
7     MS. RANAHAN: Yeah, you're right. I don't
8     even need to object. Go ahead.
9     THE WITNESS: I'm sorry. There was four.
10    BY MR. SCOLNICK:
11  Q. That was interrupted --
12  A. There were four girls. I'm sorry. I
13    apologize.
14  Q. Sure. Let me make sure the question is a
15    little more clearly --
16  A. Okay.
17  Q. At any one time -- at any one time, there
18    were three girls in the OMG Girlz; right?
19  A. Yes, I believe so. I know there was a
20    girl -- Reginae was a part of the group. I don't
21    know if they replaced her with a new girl or there
22    was four at a time and then Reginae left. I don't
23    remember the details of all of that. I'm sorry.
24    MR. SCOLNICK: Okay. We are going to go off
25    the record and take five.
```

**Page 151** — 2022-11-15 — Wagner, Maxine

```
1     THE WITNESS: Okay.
2     THE VIDEOGRAPHER: We are going to go off
3     the record. The time is 3:39 p.m. and this is the
4     end of media unit number 6.
5       (Off the record.)
6     THE VIDEOGRAPHER: We're going back on the
7     record. The time is 3:50 p.m., and this is the
8     start of media unit No. 7.
9     MR. SCOLNICK: Miss Wagner, I would like to
10    have you look at another exhibit, and it has a
11    number of dolls in it. And what I would like to do
12    is show you a number of dolls and ask you if you
13    believe you purchased each doll, and if you
14    understood this was an O.M.G. doll when you
15    purchased it. Okay?
16    THE WITNESS: Okay.
17      (Exhibit 5 marked for identification.)
```

**Page 152** — 2022-11-15 — Wagner, Maxine

O/R

```
9     MS. RANAHAN: Objection. First of all, just
10    objection to form and assuming facts not in evidence
11    and taking a totally different position than your
12    colleagues have before you. But go ahead.
```

S

```
15    BY MR. SCOLNICK:
16  Q. You can answer the question.
```

O/B

**Page 153** — 2022-11-15 — Wagner, Maxine

G R

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 40 of 51   Page ID
#:30760
Case 2:20-cv-11548-JVS-AGR   Document 554-9   Filed 01/23/23   Page 42 of 53   Page ID
#:29272





| 2022-11-15 | Wagner, Maxine | Page 162 |
|---|---|---|



25   Q.  Okay. I am going to take this down.

| 2022-11-15 | Wagner, Maxine | Page 163 |
|---|---|---|

1   MS. RANAHAN: Okay. So I'm going to have to
2   break now, you guys. I'm sorry about this. How
3   much more time do you have? I am going to need
4   about 20, 30 minutes. So how much time do you have?
5   MR. SCOLNICK: All I envision doing is going
6   through the -- on the rest of the dress, just going
7   through the subpoena for documents and just asking
8   some questions about that so...
9   MS. RANAHAN: Okay. Well, let's just come
10   back at like 3:35, or 4:35 your time, Maxine. It
11   will probably be like another 45 minutes total
12   maybe, maybe an hour.
13   I don't know -- Chase, how much time do you
14   think you need with those questions? Because you
15   keep saying an hour, but then another hour goes by.
16   So I don't know --
17   MR. SCOLNICK: Well, there have been a lot
18   of interruptions to be fair. So I think --
19   hopefully, 20 minutes.
20   MS. RANAHAN: Okay.
21   MR. SCOLNICK: But, again, if it takes
22   longer, it takes longer. I'm doing my best --
23   MS. RANAHAN: I have -- she has four kids.
24   We're trying to organize our day, so let's not
25   just -- you know, try to actually give people

| 2022-11-15 | Wagner, Maxine | Page 164 |
|---|---|---|

1   realistic expectations here.
2   So okay, we can go off the record.
3   THE VIDEOGRAPHER: Okay. We are going to go
4   off the record. The time is 4:08 p.m., and it is
5   the end of media unit No. 7.
6   (Off the record.)
7   THE VIDEOGRAPHER: We're going back on the
8   record. The time is 4:36 p.m., and this is the
9   start of media unit No. 8.
10   BY MR. SCOLNICK:
11   Q.  Good afternoon, Miss Wagner.
12   A.  Good afternoon.
13   Q.  Miss Wagner, I would like to ask a few
14   questions about a subpoena that we sent to you.
15   Okay?
16   A.  Okay.
17   Q.  I will put it up on your screen. It's a
18   document titled "Notice of Subpoena."
19   Do you see that?
20   A.  Yes.
21   Q.  Okay. Have you seen this document before?
22   A.  Yes.
23   Q.  When is the first time you saw this
24   document?
25   A.  I believe before I was going to do this the

| 2022-11-15 | Wagner, Maxine | Page 165 |
|---|---|---|

1   last time, but I wasn't able to make it.
2   Q.  Okay. When you received this, were you
3   already being represented by the OMG Girlz's
4   attorney Winston & Strawn?
5   A.  Yes.
6   Q.  And for my benefit, when was the first time
7   that you were expecting to be deposed when you saw
8   this? Was it a couple weeks ago?
9   A.  Yes.
10   Q.  I want to take you, without making you
11   dizzy, down to Attachment A. And starting on page
12   7, there's a document that says "Attachment A to
13   FRCP45 Subpoena to Maxine Wagner."
14   Do you see that?
15   A.  Yes.
16   Q.  Okay. Did you also receive this document a
17   couple weeks ago?
18   A.  Yes.
19   Q.  When you received this document, did you
20   understand that we were asking for certain materials
21   from you?
22   A.  Yes.
23   Q.  I would like to -- again, I apologize for
24   making you dizzy, but I just want to get quickly
25   down to page 10 of 13 of this document. There are a

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 43 of 51   Page ID
#:30263
Case 2:20-cv-11548-JVS-AGR   Document 54063   Filed 01/23/23   Page 45 of 53   Page ID
#:29275

| 2022-11-15 | Wagner, Maxine | Page 166 |
|---|---|---|

```
 1    number of items that say "Requests for Production."
 2    Do you see that?
 3  A. Yes.
 4  Q. Okay. Request No. 1 says:
 5    "All Documents relating to any Doll
 6    purchased by You, include any receipts
 7    or other records demonstrating the
 8    time and place of purchase."
 9    Do you see that?
10  A. Yes.
11  Q. What, if any, efforts did you make to locate
12    any of the items requested in No. 1?
13  A. Well, I went on to my Target account because
14    a lot of the dolls I purchased through Target, and I
15    tried to see if I could find any of the purchases.
16    I wasn't able to find any.
17    It only went back to '21. It wouldn't take
18    me all the way back to -- I believe I started
19    purchasing them in 2019, maybe before that. So it
20    didn't have the record of it. So I did go through
21    that to try to see.
22    And Walmart, I just would have bought with
23    just, you know -- there would be no record in
24    Walmart so -- because I use cash on most of my
25    purchases.
```

| 2022-11-15 | Wagner, Maxine | Page 168 |
|---|---|---|

```
 1    You testified earlier that you have a number
 2    of dolls in storage in California; right?
 3  A. Yes, sir.
 4  Q. What, if any, efforts did you make to try to
 5    locate any dolls in your house?
 6  A. We did go through some of the toys to see if
 7    they were in there. Like I said, I just did a
 8    major -- a move, so I wasn't able to locate any.
 9  Q. Okay. Request No. 3:
10    "All Documents relating to this
11    Action, including all Communications
12    and other Documents, including
13    drafts, relating to the declaration
14    You executed in connection with this
15    Action on or about May 20, 2022."
16    Do you see that request?
17  A. Yes.

22  Q. Do you have any drafts of the declaration
23    that you signed before completing it -- finalizing
24    it and signing it?
25  A. Not that I've seen when I looked over my
```

| 2022-11-15 | Wagner, Maxine | Page 167 |
|---|---|---|

```
21  Q. Okay. Item No. 2 or request No. 2 is:
22    "All physical Dolls, including any
23    accessories in your possession,
24      custody or control (bring them
25    to your deposition)."
```

| 2022-11-15 | Wagner, Maxine | Page 169 |
|---|---|---|

```
 1    emails, no.
 2  Q. Do you recall making any changes or edits to
 3    any draft declarations that were sent to you?
 4  A. I don't recall.
 5  Q. I think we covered No. 4. But to the extent
 6    we haven't, it says:
 7    "All Communications (including emails,
 8    text messages, direct messages) with
 9    counsel for Counter-Claimants in this
10    Action, including any agents or other
11    representatives thereof (including
12    attorneys, paralegals or staff from
13    the Winston Strawn and Sheppard Mullin
14    law firms)."
15    MS. RANAHAN: So I will object to that again
16    because, as we said, the texts are privileged so
17    every -- we started texting only after we
18    represented them -- represented her.
19    BY MR. SCOLNICK:
20  Q. Do you recall having any text exchanges with
21    your attorneys before they started representing you
22    in this case?
23  A. No.
24  Q. Do you recall having any written email
25    communications that you kept with Winston & Strawn
```

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 44 of 51   Page ID
Case 2:20-cv-11548-JVS-AGR   Document 557-1   Filed 01/23/23   Page 46 of 53   Page ID
#:29276

| 2022-11-15 | Wagner, Maxine | Page 170 |
|---|---|---|

1    or any other representatives of counter-claimants
2    from before Winston Strawn began representing you?
3    A. No.
4    Q. Okay. Request No. 5 is:
5    "To the extent not called for by
6    other requests, copies or screenshots
7    of Your Communications with any of
8    the Counter-Claimants, members of
9    the OMG Girlz, or any of their agents
10   or representatives, including but
11   not limited to Tameka Harris,
12   Zonnique Pullins, Breaunna Womack,
13   Bahja Rodriguez, Christina Robinson,
14   and Clifford T.I. Harris."
15   I think we covered some of this earlier —
16   MS. RANAHAN: I think we covered all of it
17   earlier, so just object as asked and answered, all
18   of it.
19      BY MR. SCOLNICK:
20   Q. Have you -- have you searched for any
21   communications, including likes of any posts by any
22   of the OMG Girlz?
23   MS. RANAHAN: Objection. I don't know how
24   you would search for likes of any posts, but that
25   is -- just not even a communication so objection.

| 2022-11-15 | Wagner, Maxine | Page 171 |
|---|---|---|

1       BY MR. SCOLNICK:
2    Q. Well, do you know if your Instagram account
3    tracks or keeps a record of all the likes or posts
4    that you made in the past?
5    A. I'm not -- I'm not too good on there. It's
6    possible that it does, but I'm not sure.
7    Q. What, if anything, did you do to search for
8    the items covered in request No. 5?
9    A. I did [simultaneous talking] --
10   MS. RANAHAN: Objection. There are no
11   communications responsive to No. 5.
12   But go ahead.
13      BY MR. SCOLNICK:
14   Q. You can answer.
15   A. I'm sorry. Can you ask me the question
16   again, please?
17   Q. Sure. What, if anything, did you do to
18   search for items responsive or called for by request
19   No. 5?
20   MS. RANAHAN: Objection. She testified
21   she's never had communications with Miss Harris,
22   Miss Pullins, Miss Womack, Miss Rodriguez,
23   Miss Robinson or T.I., so there's nothing
24   responsive.
25   We have also served written responses where

| 2022-11-15 | Wagner, Maxine | Page 172 |
|---|---|---|

1    she actually says there's nothing responsive to
2    this, so I don't know why we aren't looking at the
3    written responses, but okay.
4    Let's move on. She's already answered this.
5       BY MR. SCOLNICK:
6    Q. Have you had any written communications with
7    Christina Robinson?
8    A. No.
9    Q. Okay. No. 6 calls for:
10   "All Communications relating to the
11   Dolls, including social media
12   comments, replies, posts, tags, or
13   direct messages."
14   What, if anything, did you do to look for
15   responsive items to request No. 6?
16   MS. RANAHAN: Let me just object that she
17   did serve written responses, which we served on her
18   behalf and we identified the social media post that
19   is at issue in this case that we've already produced
20   in this case. So to suggest nothing was done is
21   misleading.
22   But go ahead. You can respond if there is
23   anything beyond what you posted publicly.
24   THE WITNESS: No.
25      ///

| 2022-11-15 | Wagner, Maxine | Page 173 |
|---|---|---|

1       BY MR. SCOLNICK:
2    Q. Request No. 7 is:
3    "All Communications with or relating
4    to OMG Girlz, or any member or
5    representative thereof, including
6    social media comments, replies,
7    posts, tags, or direct messages."
8    Do you see request No. 7 here?
9    MS. RANAHAN: Objection that it's already
10   covered and it's duplicative, and I reserve all of
11   the objections that we put in her written responses,
12   and this is covered by 5 and 6.
13      BY MR. SCOLNICK:
14   Q. What, if anything, did you do to look for
15   responses to request No. 7?
16   MS. RANAHAN: Again, we ident- -- just
17   because we did it on her behalf and we've given you
18   written responses, she's identified in her responses
19   the post that is at issue in this whole case. This
20   is how she got involved in this case. We've
21   identified that and produced it to you.
22   I know you're new to this case, so you may
23   not realize that or maybe --
24   MR. SCOLNICK: I do. I'm asking the
25   question of the witness though, and I'm allowed --

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 45 of 51   Page ID
#:82065
Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 47 of 53   Page ID
#:29277

| 2022-11-15 | Wagner, Maxine | Page 174 |
| --- | --- | --- |

1    MS. RANAHAN: Do you have -- do you have the
2    written responses?
3    MR. SCOLNICK: We do. I do.
4    MS. RANAHAN: We have given you that. I
5    just don't understand why we are looking at the
6    request in abstract instead of the written
7    responses.
8    MR. SCOLNICK: I'm still allowed to ask the
9    witness questions about the responses we had
10   regardless of whether there's been another answer.
11   So I want to get through this. We are minutes away
12   from being done. So let's move on.
13   MS. RANAHAN: Okay.
14   BY MR. SCOLNICK:
15   Q. Okay. Request No. 7, what, if anything, did
16   you do to find documents responsive to request
17   No. 7?
18   MS. RANAHAN: Again, I'm going to object.
19   This is covered by 5 and 6. We have a ton of
20   written objections. She's already put her position
21   on to an objection forum, and this is already
22   covered by the question she just answered in 5 and
23   6. There is nothing new. This is nothing new.
24   It's literally duplicative of 5 and 6.
25   MR. SCOLNICK: Then the answer would be

| 2022-11-15 | Wagner, Maxine | Page 175 |
| --- | --- | --- |

1    nothing, so I need an answer.
2    MS. RANAHAN: It's not nothing because we
3    have written responses where it identifies
4    documents. That's the thing is you are trying to
5    suggest she didn't do anything when the written
6    documents actually provide some substance. So you
7    might want to consult the written responses. They
8    will be more informative than this.
9    BY MR. SCOLNICK:
10   Q. I am asking you, Miss Wagner, what, if
11   anything, you did to try to find documents that are
12   responsive to request No. 7.
13   A. I'm sorry. I just don't understand how to
14   answer that is why I haven't answered. I --
15   Q. Okay. No. 8 --
16   MS. RANAHAN: I just object. 8, 9, 10, 11,
17   they are all covered by 5 and 6. This is just
18   duplicative, wasting all of our time. And we have
19   written responses. It's the same.
20   I know you are trying to figure out right
21   now, Chase, what is the difference, I can't tell you
22   that. I can't tell --
23   MR. SCOLNICK: They're not -- but they are
24   not duplicative. I am saying that they are not
25   duplicative because we are talking about --

| 2022-11-15 | Wagner, Maxine | Page 176 |
| --- | --- | --- |

1    MS. RANAHAN: Okay. So you think that she
2    hasn't talked to any of the people in 5 or 6, but
3    she somehow talked to the OMG Girlz LLC? Come on.
4    BY MR. SCOLNICK:
5    Q. Yeah. So I think we skipped No. 6. We only
6    did No. 5.
7    So for No. 6 it says:
8    "All communications relating to the
9    Dolls, including social media
10   comments, replies, posts, tags,
11   or direct messages."
12   MS. RANAHAN: We didn't -- we didn't skip
13   No. 6. We produced to you the post that's at issue.
14   We identified in her written responses, so that
15   is what she did.
16   We are her attorneys. We helped her find
17   the relevant documents and -- within reason. So I
18   am here to respond to that since we've served
19   written responses --
20   BY MR. SCOLNICK:
21   Q. And Miss Wagner --
22   MS. RANAHAN: -- on her behalf. We are her
23   attorneys. On her behalf, we responded to these.
24   BY MR. SCOLNICK:
25   Q. Miss Wagner, have you communicated with

| 2022-11-15 | Wagner, Maxine | Page 177 |
| --- | --- | --- |

1    anyone, other than the post that we saw where you
2    responded to Tiny, her Instagram post, have you
3    communicated with anyone in writing, anyone, about
4    the OMG Girlz other than your attorneys?
5    A. No.
6    MS. RANAHAN: Objection. Asked and
7    answered.
8    MR. SCOLNICK: Did you get the answer?
9    DEPOSITION REPORTER: Yes.
10   BY MR. SCOLNICK:
11   Q. Other than your attorneys and the response
12   to Tiny that we looked at earlier today -- or that
13   we talked about earlier today, have you communicated
14   in writing with anyone about the L.O.L. Surprise!
15   O.M.G. dolls?
16   A. No.
17   Q. Do you have any other documents relating to
18   the OMG Girlz, including CDs or other merchandise?
19   A. No.
20   Q. Do you have any other documents relating to
21   Tameka Harris?
22   A. No.
23   Q. You were asked in request No. 16 for:
24   "All screen names or handles you used
25   in the past five years on social

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 46 of 51   Page ID
Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 48 of 53   Page ID
#:29278
#:29066

| 2022-11-15 | Wagner, Maxine | Page 178 |
|---|---|---|

```
 1    media platforms, including, without
 2    limitation, Instagram, Facebook,
 3    TikTok, Twitter, YouTube and Snapchat."
 4    What, if anything, did you do to search for
 5    all that information?
 6  A. I only use my name, so I only have one
 7    Facebook account and I have one Instagram account.
 8    I had -- that was it.
 9    I got locked out of my one Instagram
10    account. It is the same name as the new one that
11    I -- that I opened up again.
12  Q. I think you said you had three different
13    social media accounts on -- was it Facebook or on
14    Instagram? I can't remember which one.
15  A. On Instagram, I'm not sure how many I've
16    had. I had -- well, I've had different phones, not
17    necessarily different Instagram accounts. I just
18    lock myself out and I can't get back in so... But
19    they have all been my name.
20  Q. Okay. Is that the same for Facebook?
21  A. No, just -- Facebook is just the only one --
22  Q. Okay.
23  A. -- Maxine Wagner. I don't have TikTok or
24    anything like that.
25  Q. And have you provided to us all screenshots
```

| 2022-11-15 | Wagner, Maxine | Page 179 |
|---|---|---|

```
 1    that you've had that would include any
 2    communications about MGA or the OMG Girlz or L.O.L.
 3    Surprise! O.M.G. dolls?
 4  A. I only have that one that I applied -- I
 5    mean, that I responded to. I believe that was all I
 6    had.
 7    MR. SCOLNICK: Well, I want to preserve my
 8    earlier objections about the interruptions and
 9    speaking, which I think we will be taking up with
10    the court.
11    But with that aside, I would reserve the
12    rights to ask additional questions after opposing
13    counsel's examination. I pass the witness.
14    MS. RANAHAN: Okay. Thanks.
15
16    EXAMINATION
17    BY MS. RANAHAN:
18  Q. Okay. Maxine, I just have a few questions
19    just to go over some of what we were talking about
20    today.
21    I am going to show you first -- which
22    exhibit number did you end up on?
23    MR. SCOLNICK: I think 5.
24    MS. RANAHAN: Okay. So let me --
25    MR. SCOLNICK: I think it's safe to say 6
```

| 2022-11-15 | Wagner, Maxine | Page 180 |
|---|---|---|

```
 1    for you.
 2    MS. RANAHAN: So let me see. If you stop --
 3    do you have to stop sharing your screen for me to do
 4    that or --
 5    MR. SCOLNICK: Yes, I do.
 6    MS. RANAHAN: Someone stopped. Okay. Let
 7    me see if I can get this one up.
 8    BY MS. RANAHAN:
```

| 2022-11-15 | Wagner, Maxine | Page 181 |
|---|---|---|

```
14  Q. -- referred to as the queen dolls?
15    Which of these three dolls do you remember
16    purchasing? Is it -- did you say this one?
17    MR. SCOLNICK: Objection. Leading.
18    MS. RANAHAN: Well, she already answered it
19    with yours, I think.
20    BY MS. RANAHAN:

23    MR. SCOLNICK: Objection. Form.
```

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 47 of 51   Page ID
Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 49 of 53   Page ID
#:29279
#:29767

| 2022-11-15 | Wagner, Maxine | Page 182 |
| --- | --- | --- |

1      BY MS. RANAHAN:
2   Q. And do you remember if you purchased this
3      one in the middle?
4   A. I think we do have her. I would have to ask
5      my niece to be a hundred percent accurate, but I
6      believe so.
7   Q. Okay. And do you recall -- I think you were
8      not sure if you purchased this one on the left.
9      Do you remember if you purchased her?
10     MR. SCOLNICK: Objection to form.
11     THE WITNESS: I'm not sure.
12     BY MS. RANAHAN:
13  Q. Okay. So let me just try to find a couple
14     more things I am going to show.
15     DEPOSITION REPORTER: Excuse me,
16     Miss Ranahan, is that Exhibit 6?
17     MS. RANAHAN: I believe so, yes. Sorry
18     about that.
19         (Exhibit 7 marked for identification.)
20     BY MS. RANAHAN:
21  Q. So I'm going to show you what will be
22     Exhibit 7.
23     Can you see this image?
24  A. Yes.
25  Q. And do you recall seeing this on the social

| 2022-11-15 | Wagner, Maxine | Page 184 |
| --- | --- | --- |

1   A. Yes.
2   Q. And --
3      MR. SCOLNICK: Objection to form.
4      BY MS. RANAHAN:
5   Q. And I believe you did testify that you
6      purchased this doll?
7      MR. SCOLNICK: Objection.
8      THE WITNESS: I remember her shoes.
9      BY MS. RANAHAN:
10  Q. You remember her shoes.
11  A. Yes.
12  Q. Okay. And when you bought this doll, did
13     you think it was an OMG girl?
14  A. Absolutely.
15     MS. RANAHAN: Okay. Thank you. Okay. So
16     this will be Exhibit 9.
17         (Exhibit 9 marked for identification.)
18     BY MS. RANAHAN:
19  Q. Do you recognize these images right here of
20     these girls in the black and white crop top?
21  A. Yes. Yes.
22  Q. And who are these girls?
23  A. OMG Girlz.
24  Q. And did you recall purchasing -- I think
25     you -- I believe you recalled purchasing this doll,

| 2022-11-15 | Wagner, Maxine | Page 183 |
| --- | --- | --- |

1      media posts?
2   A. Yes.
3   Q. And I believe you recall purchasing these
4      two dolls that are at the top; is that --
5   A. Yes.
6   Q. -- is that correct?
7   A. Yes.
8      MR. SCOLNICK: Objection. Form. And is
9      there a Bates stamp here? Has this been produced in
10     discovery?
11     MS. RANAHAN: We have produced it in
12     discovery. This one may not have it, but we
13     produced this. We produced it on the day it was
14     posted.
15     Okay. We will look at a few more.
16         (Exhibit 8 marked for identification.)
17     BY MS. RANAHAN:
18  Q. Okay. This we'll call Exhibit 7; is that
19     right, or 8?
20     MR. SCOLNICK: This would be 8, wouldn't it?
21     MS. RANAHAN: Is that right, 8?
22     BY MS. RANAHAN:
23  Q. Okay. Let's call this Exhibit 8 and do you
24     recall seeing this on the social media post,
25     Miss Wagner?

| 2022-11-15 | Wagner, Maxine | Page 185 |
| --- | --- | --- |

1      but do you recall purchasing this doll above these
2      girls right here?
3      MR. SCOLNICK: Objection to form.
4      THE WITNESS: I believe so, yes.
5      BY MS. RANAHAN:
6   Q. Okay. So you remember this doll is named
7      Chillax for the case purposes.
8      So you recall purchasing Chillax?
9   A. Yes.
10     MR. SCOLNICK: Objection to form.
11     BY MS. RANAHAN:
12  Q. And then I don't know if you recall -- I
13     don't know if you testified to the one on the left.
14     Do you recall if you testified -- or if you
15     purchased the one on the left?
16  A. I don't recall.
17     MS. RANAHAN: Okay. Just a couple more.
18     DEPOSITION REPORTER: Miss Ranahan, can we
19     go off the record for a moment?
20     MS. RANAHAN: Sure.
21     THE VIDEOGRAPHER: We are going to go off
22     the record. The time is 5:02 p.m., and this is the
23     end of media unit No. 8.
24         (Off the record.)
25         (Exhibit 10 was marked for identification

| 2022-11-15 | Wagner, Maxine | Page 186 |
|---|---|---|

```
 1         off the record.)
 2    THE VIDEOGRAPHER: We are going back on the
 3    record. The time is 5:06 p.m., and this is the
 4    start of media unit No. 9.
 5       BY MS. RANAHAN:
 6  Q. Okay. So now I'm going to share my screen
 7    with Exhibit 10. Am I right? Are we at 10? Okay.
 8    So this is a doll -- first of all, do you
 9    recognize this woman in the photo?
10  A. Yes.
11  Q. And who is this?
12  A. Zonnique.
13  Q. Okay. Cool. And did you purchase -- I
14    think you said you purchased both of these dolls,
15    but does it look familiar to you that you would have
16    both of these dolls?
17    MR. SCOLNICK: Objection to form.
18    THE WITNESS: Yes.
19       BY MS. RANAHAN:
20  Q. You said "yes"; right, Miss Wagner?
21  A. Yes. Yes.
22    MS. RANAHAN: Okay. Thank you.
23    And let's see. I will stop sharing and let
24    me do one more here.
25    MR. SCOLNICK: Erin, just a question for
```

| 2022-11-15 | Wagner, Maxine | Page 188 |
|---|---|---|

```
 1    did it go? Actually, this one I don't believe you
 2    purchased so... But I will show it to you anyway
 3    just for completeness' sake. Here it is. Okay.
 4       (Exhibit 12 marked for identification.)
 5       BY MS. RANAHAN:
 6  Q. And do you recognize these people in these
 7    photos?
 8  A. Yes.
 9  Q. And who do you recognize?
10  A. The OMG Girlz.
11  Q. Okay. And I believe you did not purchase
12    these dolls; is that right?
13    MR. SCOLNICK: Object to form.
14    THE WITNESS: Yeah. They don't look
15    familiar.
16    MS. RANAHAN: Okay. So then --
17    DEPOSITION REPORTER: Excuse me. So that's
18    Exhibit 11?
19    MS. RANAHAN: I think that one was 12.
20    MR. SCOLNICK: Yeah, I thought it was --
21    DEPOSITION REPORTER: You are right. 12.
22       BY MS. RANAHAN:
23  Q. Okay. All right. Let me just -- so I'm
24    just going to go over -- so Mr. Scolnick asked you
25    about some petty theft incident from long, long ago.
```

| 2022-11-15 | Wagner, Maxine | Page 187 |
|---|---|---|

```
 1    you. Are you intending to introduce all the
 2    comments from other people?
 3    MS. RANAHAN: No.
 4    MR. SCOLNICK: I mean, is that --
 5    MS. RANAHAN: Not at this moment. But at
 6    trial, will we have purposes for it? I guess you
 7    are going to have to find out.
 8    Okay. So let's see. Are we now on 11
 9    or 10?
10       (Exhibit 11 marked for identification.)
11       BY MS. RANAHAN:
12  Q. So this Exhibit 11, it looks similar to
13    Exhibit 6, which is where we saw our posts.
14    So these are the same group that we
15    recognized already.
16    But do you recall seeing this image when you
17    were commenting on the posts?
18  A. Yes.
19    MR. SCOLNICK: Objection to form.
20       BY MS. RANAHAN:
21  Q. And you were commenting on Zonnique's
22    Instagram; is that right?
23  A. Yes.
24    MS. RANAHAN: Okay. And I think there is
25    one more from this post, which we'll call -- where
```

| 2022-11-15 | Wagner, Maxine | Page 189 |
|---|---|---|

```
 1    Because it's totally irrelevant to this case, we're
 2    going to be doing everything we can to keep that
 3    out.
 4    But just in the event that Mr. Scolnick or
 5    MGA is successful in bringing these things to trial,
 6    I just wanted to make sure you were able to fully
 7    respond, as I know he cut you off.
 8    It is my understanding that these were
 9    incidents from over or around a decade ago, and you
10    were -- you got arrested and served your time in
11    jail for stealing diapers and -- did you say
12    formula; is that right?
13  A. Yes.
14    MR. SCOLNICK: Objection, form.
15       BY MS. RANAHAN:
16  Q. So go ahead. Just tell me -- and you told
17    it beautifully before. I just know that we were
18    interrupting you, and I just want you to explain,
19    you know, how long ago it was and all -- you know,
20    what you -- your thoughts on it now.
21    MR. SCOLNICK: Objection to form.
22    THE WITNESS: When my niece and nephew were
23    babies, there was a couple of different incidences
24    where I walked out of the store with diapers and
25    wipes, milk, to able to support my kids. At the
```

| 2022-11-15 | Wagner, Maxine | Page 190 |
|---|---|---|

1    time, there was no other way to do so. I did go to
2    jail. I went to jail for three days behind all of
3    that.
4    I may have gotten a charge in between all of
5    that for not going to court or not turning myself in
6    when I was supposed to, so I'm not sure exactly
7    how -- you know, what charges were what.
8    But I know that there were two different
9    times, yes, that I had larceny charges for -- I got
10   in trouble for the same thing twice, yes.
11       BY MS. RANAHAN:
12   Q. Okay. And have you had any other criminal
13      incidents or criminal convictions since that time?
14   A. No.
15       MR. SCOLNICK: Objection to form.
16       MS. RANAHAN: Okay. And that is really all.
17       BY MS. RANAHAN:
18   Q. Was there anything else that you thought we
19      were going to ask you about that you didn't get
20      asked about? This is Liz Lachman's favorite
21      question.
22       MR. SCOLNICK: Objection to form.
23       MS. RANAHAN: It's Liz's question, Chase, so
24      you're objecting to Liz's question. She's an
25      attorney on the other side. That's why we joke.

| 2022-11-15 | Wagner, Maxine | Page 191 |
|---|---|---|

1    Thank you so much for your time. I know
2    this was very long and grueling over -- you know,
3    I'm sure you never thought posting your comment on a
4    social media post would lead to an entire day's
5    worth of examination, but I appreciate your time and
6    in coming forth and telling your experience. And,
7    you know, I'm sorry that MGA hasn't offered you a
8    refund yet.
9        THE WITNESS: It's okay.
10       MR. SCOLNICK: I object to that as, again,
11      that's completely inappropriate.
12       MS. RANAHAN: Why was it inappropriate?
13      That was [simultaneous talking] --
14       MR. SCOLNICK: I also --
15       MS. RANAHAN: Why was it inappropriate?
16       MR. SCOLNICK: Excuse me. I also have a few
17      follow-up questions.
18
19            FURTHER EXAMINATION
20       BY MR. SCOLNICK:
21   Q. You were shown a number of exhibits,
22      Miss Ranahan showed you a number of exhibits,
23      including social media posts; right?
24   A. Yes.
25   Q. And Exhibit No. 6, you actually were one of

| 2022-11-15 | Wagner, Maxine | Page 192 |
|---|---|---|

1    the posts; right? Do you remember that one?
2    A. Yes.
3    Q. And for the other exhibits, which I think
4       were 7, 8, 9, 10, 11, and 12, remember looking at a
5       number of other social media pages?
6    A. I believe it was all the same post, just
7       different slides from the same post. Correct?
8    Q. Right. I'm not exactly sure. It was pretty
9       quick.
10      But did you post any of the comments on 7,
11      8, 9, 10, 11 or 12? Were any of those your posts?
12   A. I don't believe so, no.
13       MR. SCOLNICK: I have nothing further.
14       Thank you.
15       THE WITNESS: Thank you.
16       MS. RANAHAN: Thank you, Miss Wagner.
17       MR. SCOLNICK: Again, I would like to
18      preserve my objection to the many interruptions on
19      the record today that I think prevented me from
20      fairly and adequately examining the witness, but I
21      think we're going to take this up with the court.
22      So I would like to reserve and preserve
23      those objections and -- with the possibility that
24      might result in further questioning, so with that, I
25      will --

| 2022-11-15 | Wagner, Maxine | Page 193 |
|---|---|---|

1        MS. RANAHAN: No, no, no, no. With that,
2    let's hear, what is it that you don't think you were
3    fully able to examine the witness on? Because let's
4    not use something -- some blanket claim. You asked
5    her about everything from petty theft to her
6    religion to her sister's death to... What else in
7    the world haven't you had the chance to examine her
8    on that you believe you're entitled to additional
9    deposition time? Please enlighten us.
10       MR. SCOLNICK: I think this is not
11      appropriate in front of the witness, and I think the
12      record makes it very clear all of the many
13      interruptions that were made. It was entirely
14      unprofessional.
15      I think that the witness was coached
16      numerous times, well over a dozen times. The record
17      is clear. And I think your interruptions prevented
18      me from fairly examining the witness without being
19      coached. And with the constant interruptions where,
20      again, the record is clear. And I think we are
21      going to have to take this to the court because I
22      think it was entirely unprofessional.
23      So with that, I'd submit.
24       MS. RANAHAN: Okay.
25       MR. SCOLNICK: And I think -- there is one

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 50 of 51   Page ID
Case 2:20-cv-11548-JVS-AGR   Document 557-9   Filed 01/23/23   Page 52 of 53   Page ID
#:29282

| 2022-11-15 | Wagner, Maxine | Page 194 |
|---|---|---|

| 1 | additional thing I would like to talk with you about |
| 2 | off the record though, is a scheduling matter. |
| 3 | MS. RANAHAN: Okay. Miss Wagner, you can |
| 4 | hang up. Thank you so much. |
| 5 | DEPOSITION REPORTER: One moment, please. |
| 6 | Can I get copy orders on the record? |
| 7 | MR. SCOLNICK: Yes. We're going to need a |
| 8 | rough as soon as possible. |
| 9 | DEPOSITION REPORTER: Okay. And how about |
| 10 | you, Miss Ranahan? |
| 11 | MS. RANAHAN: If he gets a rough -- we have |
| 12 | it on the same calendar, if they are thinking they |
| 13 | are needing it for something, I imagine we will have |
| 14 | to respond to it. But otherwise, we can do the |
| 15 | default. |
| 16 | THE VIDEOGRAPHER: Okay. If there is |
| 17 | nothing further, we are off the record at 5:17 p.m., |
| 18 | and this concludes today's testimony given by Maxine |
| 19 | Wagner. The total number of media units used was |
| 20 | nine and will be retained by Veritext Legal |
| 21 | Solutions. |
| 22 | (Ending time: 5:17 p.m.) |
| 23 | |
| 24 | |
| 25 | |

| 2022-11-15 | Wagner, Maxine | Page 196 |
|---|---|---|

| 1 | I, JANIS JENNINGS, CSR No. 3942, Certified |
| 2 | Shorthand Reporter, certify: |
| 3 | That the foregoing proceedings were taken |
| 4 | before me at the time and place therein set forth, at |
| 5 | which time the witness was duly sworn by me; |
| 6 | That the testimony of the witness, the |
| 7 | questions propounded, and all objections and statements |
| 8 | made at the time of the examination were recorded |
| 9 | stenographically by me and were thereafter transcribed; |
| 10 | That the foregoing pages contain a full, true |
| 11 | and accurate record of all proceedings and testimony. |
| 12 | Pursuant to F.R.C.P. 30(e)(2) before |
| 13 | completion of the proceedings, review of the transcript |
| 14 | [ ] was [X] was not requested. |
| 15 | I further certify that I am not a relative or |
| 16 | employee of any attorney of the parties, nor financially |
| 17 | interested in the action. |
| 18 | I declare under penalty of perjury under the |
| 19 | laws of California that the foregoing is true and |
| 20 | correct. |
| 21 | Dated this 27th day of November 2022. |
| 22 | |
| 23 | <%6044,Signature%> |
| 24 | JANIS JENNINGS, CSR NO. 3942 |
| 25 | CLR, CCRR |

| 2022-11-15 | Wagner, Maxine | Page 195 |
|---|---|---|

| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | I, MAXINE WAGNER, do hereby declare under |
| 6 | penalty of perjury that I have read the foregoing |
| 7 | transcript; that I have made corrections as appear |
| 8 | noted, in ink, initialed by me, or attached hereto; that |
| 9 | my testimony as contained herein, as corrected, is true |
| 10 | and correct. |
| 11 | EXECUTED this _____ day of _____, |
| 12 | 2022, at _____ _ _ _____. |
| 13 | (City)          (State) |
| 14 | |
| 15 | |
| 16 | |
| 17 | MAXINE WAGNER |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| 2022-11-15 | Wagner, Maxine | Page 197 |
|---|---|---|

| 1 | Mr. Chase A. Scolnick, Esq. |
| 2 | cscolnick@kelleranderle.com |
| 3 | November 27, 2022 |
| 4 | RE: MGA ENTERTAINMENT, INC. vs. CLIFFORD "T.I." HARRIS |
| 5 | November 15, 2022, Maxine Wagner (JOB NO. 5578683) |
| 6 | The above-referenced transcript has been |
| 7 | completed by Veritext Legal Solutions and |
| 8 | review of the transcript is being handled as follows: |
| 9 | __ Per CA State Code (CCP 2025.520 (a)-(e)) Â– Contact Veritext |
| 10 | to schedule a time to review the original transcript at |
| 11 | a Veritext office. |
| 12 | __ Per CA State Code (CCP 2025.520 (a)-(e)) Â– Locked .PDF |
| 13 | Transcript - The witness should review the transcript and |
| 14 | make any necessary corrections on the errata pages included |
| 15 | below, noting the page and line number of the corrections. |
| 16 | The witness should then sign and date the errata and penalty |
| 17 | of perjury pages and return the completed pages to all |
| 18 | appearing counsel within the period of time determined at |
| 19 | the deposition or provided by the Code of Civil Procedure. |
| 20 | __ Waiving the CA Code of Civil Procedure per Stipulation of |
| 21 | Counsel - Original transcript to be released for signature |
| 22 | as determined at the deposition. |
| 23 | __ Signature Waived Â– Reading & Signature was waived at the |
| 24 | time of the deposition. |
| 25 | |

Case 2:20-cv-11548-JVS-AGR   Document 557   Filed 01/23/23   Page 51 of 51   Page ID
#:30071
Case 2:20-cv-11548-JVS-AGR   Document 540-3   Filed 01/23/23   Page 53 of 53   Page ID
#:29283

| 2022-11-15 | Wagner, Maxine | Page 198 |
|---|---|---|

| 1 | __ Federal R&S Requested (FRCP 30(e)(1)(B)) Ã– Locked .PDF |
| 2 | Transcript - The witness should review the transcript and |
| 3 | make any necessary corrections on the errata pages included |
| 4 | below, notating the page and line number of the corrections. |
| 5 | The witness should then sign and date the errata and penalty |
| 6 | of perjury pages and return the completed pages to all |
| 7 | appearing counsel within the period of time determined at |
| 8 | the deposition or provided by the Federal Rules. |
| 9 | _X_ Federal R&S Not Requested - Reading & Signature was not |
| 10 | requested before the completion of the deposition. |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| 2022-11-15 | Wagner, Maxine | Page 199 |
|---|---|---|

| 1 | MGA ENTERTAINMENT, INC. vs. CLIFFORD "T.I." HARRIS |
| 2 | Maxine Wagner (JOB NO. 5578683) |
| 3 | ERRATA SHEET |
| 4 | PAGE_____ LINE_____ CHANGE_____ |
| 5 | _____ |
| 6 | REASON_____ |
| 7 | PAGE_____ LINE_____ CHANGE_____ |
| 8 | _____ |
| 9 | REASON_____ |
| 10 | PAGE_____ LINE_____ CHANGE_____ |
| 11 | _____ |
| 12 | REASON_____ |
| 13 | PAGE_____ LINE_____ CHANGE_____ |
| 14 | _____ |
| 15 | REASON_____ |
| 16 | PAGE_____ LINE_____ CHANGE_____ |
| 17 | _____ |
| 18 | REASON_____ |
| 19 | PAGE_____ LINE_____ CHANGE_____ |
| 20 | _____ |
| 21 | REASON_____ |
| 22 | |
| 23 | _____ _____ |
| 24 | WITNESS          Date |
| 25 | |