Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 1 of 50   Page ID
#:30772
Case 2:20-cv-11548-JVS-AGR   Document 540-1   Filed 01/23/23   Page 3 of 52   Page ID
#:30147
2022-11-05                                    Campbell, Moniece                              Page 1

1        UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3

**FILED**
CLERK, U.S. DISTRICT COURT
1/23/22
CENTRAL DISTRICT OF CALIFORNIA
BY:        eva        DEPUTY

4        MGA ENTERTAINMENT, INC., a   ) California corporation;      )

5                        ) Plaintiffs,    )

6                        ) Case No. vs.           ) 2:20-cv-11548-JVS-AGR

7                        ) CLIFFORD Â"T.I.Â" HARRIS, an     )

8        individual; TAMEKA Â"TINYÂ"    ) HARRIS, an individual; OMG    )

9        GIRLZ LLC, a Delaware limited   ) liability company; and DOES 1   )

10       - 10 inclusive;         ) )

11              Defendants.    ) _____ )

12                        ) GRAND HUSTLE, LLC, PRETTY     )

13       HUSTLE, LLC and OMG GIRLZ LLC;  ) )

14           Counter-Claimants,    ) )

15           vs.        ) )

16       MGA ENTERTAINMENT, INC., ISAAC   ) LARIAN and DOES 1 - 10,     )

17       inclusive;        ) )

18           Counter-Defendants.   ) _____ )

19

20       VIDEOTAPED REMOTE DEPOSITION OF MONIECE IRMONI CAMPBELL

21              Pittsburgh, Pennsylvania

22              Saturday, November 5, 2022

23       Reported by:

24       Lynda L. Fenn, CSR, RPR CSR No. 12566

25       JOB No. 5544640

*[handwritten: Reviewed 1.13.23]*
*[handwritten: O/R. overruled]*
*[handwritten: S: sustained]*
*[handwritten: After p. 92 all objection overrule unless otherwise enough.]*

*[handwritten signature: JVS]*

| 2022-11-05 | Campbell, Moniece | Page 2 |
|---|---|---|

```
 1    VIDEOTAPED REMOTE DEPOSITION of MONIECE IRMONI
      CAMPBELL,
 2    taken on behalf of Plaintiff and Counter-Defendant,
 3    Pittsburgh, Pennsylvania, at 1:07 p.m. and ending at
 4    4:54 p.m., Saturday, November 5, 2022, reported by
 5    Lynda L. Fenn, CSR No. 12566, Certified Shorthand
 6    Reporter within and for the State of California,
 7    pursuant to notice.
 8
 9    APPEARANCES (Appearing via Zoom Videoconference):
10
11    For the Plaintiff and Counter-Defendant MGA
12    Entertainment, Inc., and Counter-Defendant Isaac Larian:
13
14        MGA ENTERTAINMENT, INC.
15        BY: ELIZABETH LACHMAN, ESQ.
16        9220 Winnetka Avenue
17        Chatsworth, California 91311
18        (818) 894-2525
19        elachman@mgae.com
20
21
22
23
24
25
```

| 2022-11-05 | Campbell, Moniece | Page 4 |
|---|---|---|

```
 1              I N D E X
 2    EXAMINATION BY:                 PAGE
 3    MS. LACHMAN                     7, 182
 4    MS. RANAHAN                     176
 5
 6            E X H I B I T S
 7    NUMBER        DESCRIPTION        PAGE
 8    Exhibit 1   A seven-page document entitled    125 Amended
      Notice of Deposition of
 9               Monise Campbell
10    Exhibit 2   A 13-page document entitled    126 Amended Notice
      of Subpoena
11               Duces Tecum to Monise Campbell
12    Exhibit 3   A three-page document entitled   133 Declaration of
      Monise Campbell
13               in Support of Defendants', Cross-Complainants', Motion for
14               Summary Judgment
15    PREVIOUSLY MARKED EXHIBITS
16    NUMBER        DESCRIPTION        PAGE
17    Exhibit 13  A 71-page document depicting    158
18               images of dolls
19
20            INFORMATION REQUESTED
21               (None)
22            INSTRUCTION NOT TO ANSWER
23        PAGE     LINE
24        111     14 112
25
```

| 2022-11-05 | Campbell, Moniece | Page 3 |
|---|---|---|

```
 1    APPEARANCES (Appearing via Zoom Videoconference):
 2
 3    For the Defendants and Counter-Claimants:
 4
 5        WINSTON & STRAWN LLP
 6        BY: ERIN R. RANAHAN, ESQ.
 7        333 South Grand Avenue
 8        Los Angeles, California 90071-1543
 9        (213) 615-1700
10        eranahan@winston.com
11
12    Also Connected:
13
14        Joselyn Luna, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

| 2022-11-05 | Campbell, Moniece | Page 5 |
|---|---|---|

```
 1              Pittsburgh, Pennsylvania
 2              Saturday, November 5, 2022
 3              1:07 p.m.  -  4:54 p.m.
 4
 5
 6
 7    THE VIDEOGRAPHER:  Good morning.  We're
 8    going on the record at 1:07 p.m. on November fifth,
 9    2022.
10    Please note that this deposition is being
11    conducted virtually.
12    The quality of recording depends on the
13    quality of camera and Internet connection of
14    participants.
15    What is seen from witness and heard on
16    screen is what will be recorded.
17    Audio and video recording will continue to
18    take place unless all parties agree to go off the
19    record.
20    This is media unit one of the
21    video-recorded deposition of Moniece Campbell taken
22    by counsel for plaintiff and cross -- sorry -- and
23    counter-defendant in the matter of MGA Entertainment,
24    Inc., a California corporation versus Clifford "T.I."
25    Harris, an individual, et al., and all related
```

| 2022-11-05 | Campbell, Moniece | Page 6 |
|---|---|---|

1    cross-actions, filed in the United States District
2    Court Central District of California, Case No.
3    2:20-CV-11548-JVS-AGR.
4    This deposition is being conducted remotely
5    using virtual technology.
6    My name is Jocelyn Luna representing
7    Veritext and I'm the videographer.  The court
8    reporter is Lynda Fenn from the firm Veritext.
9    I'm not related to any parties in this
10   action nor am I financially interested in the
11   outcome.
12   If there are any objections to proceeding,
13   please state them at the time of your appearance.
14   Counsel and all present, including
15   remotely, will now state their appearance and
16   affiliation for the record, beginning with the
17   noticing attorney.
18   MS. LACHMAN:  Good morning, my name is
19   Elizabeth Lachman, I represent MGA Entertainment and
20   related parties.
21   MS. RANAHAN:  Good morning, I am Erin
22   Ranahan.  I represent OMG Girlz LLC, all the
23   defendants and counter-claimants in this case,
24   including "T.I.," Tameka "Tiny" Harris and also
25   Pretty Hustle and Grand Hustle.

| 2022-11-05 | Campbell, Moniece | Page 7 |
|---|---|---|

1    THE VIDEOGRAPHER:  Will the reporter please
2    swear in the witness and counsel may proceed.
3    THE COURT REPORTER:  Ms. Campbell, please
4    raise your right hand.
5
6    MONIECE IRMONI CAMPBELL,
7    produced as a witness on behalf of the Plaintiff, and
8    having been first duly sworn, was examined and
9    testified as follows:
10
11   THE COURT REPORTER:  Go ahead, Counsel.
12
13   EXAMINATION
14   [redacted]
15   [redacted]
16   [redacted]
17   [redacted]
18   [redacted]
19   [redacted]
20  Q.  Thank you.
21   And, Ms. Campbell, what's your birth date?
22  A.  December third, 1996.
23  Q.  So you're about to turn -- I can't do math.
24  A.  Twenty-six.
25  Q.  Twenty-six. Okay.

| 2022-11-05 | Campbell, Moniece | Page 8 |
|---|---|---|

1    Ms. Campbell, have you ever had your
2    deposition taken before?
3  A.  No.
4  Q.  Have you ever been a party to a lawsuit?
5  A.  No.
6  Q.  You've never been sued; is that correct?
7  A.  Correct.
8  Q.  And you've never sued anyone else?
9  A.  No.
10  Q.  Have you ever been convicted of a crime?
11  A.  No.
12  Q.  Ms. Campbell, do you -- do you know what
13   MGA Entertainment is?
14   I introduced myself a little bit earlier as
15   representing MGA Entertainment and that's who I
16   represent in this case.
17   Do you know what that entity is?
18  A.  Yes.
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]

| 2022-11-05 | Campbell, Moniece | Page 9 |
|---|---|---|

1    [redacted]
2    [redacted]
3    [redacted]
4    [redacted]
5  Q.  Okay.
6  A.  Go ahead.
7   MS. RANAHAN:  Let me just object to the
8   extent this is not a memory test.
9   You didn't give her any instructions and
10  she's never been deposed, but she's not required to
11  try to remember, you know, her childhood first moment
12  of remembering MGA.  That's not a realistic question.
13  I don't even know how anyone would remember the
14  moment they first -- whatever.
15  Just so you know, Ms. Lachman knows you've
16  never had a deposition and normally she would give
17  you some instructions.  You know, this is not a
18  memory test, give your best recollection.
19  But to the extent you have no specific
20  recollection, you are not required to try to answer
21  that question.
22  So I would object on that basis.
23  MS. LACHMAN:  Okay.  And I'm going to ask
24  Ms. Ranahan, just state her objection as succinctly
25  as possible.

| 2022-11-05 | Campbell, Moniece | Page 10 |
|---|---|---|

1      BY MS. LACHMAN:
2   Q. It is true, I will sometimes give a long
3      speech at the beginning of a deposition sort of
4      explaining how everything works.
5      I know that it's 1:00 where you are, so I
6      wanted to dispense with admonitions because I'm
7      assuming that Ms. Ranahan explained to you what we're
8      going to be doing today.
9      If you would like, I can absolutely give
10      you a primer on what today's going to be like, if you
11      would like.
12   A. No, I'm okay. I can -- you can just
13      proceed.
14   Q. Okay. Well, the most important thing is, I
15      will say, is that today you are required to tell the
16      truth and that everything that you say is under
17      penalty of perjury.
18      You understood that; right?
19   A. Yes.
20   Q. Okay. And your testimony today, even
21      though it is being given virtually, and in this sort
22      of informal, Zoom world that we all live in, it is as
23      if -- it should be and it is -- it should be and it
24      is as if it's the same testimony that you would give
25      in a court of law in front of a judge and a jury.

| 2022-11-05 | Campbell, Moniece | Page 11 |
|---|---|---|

1      Do you understand that?
2   A. Yes, I understand.
3   Q. Okay. And, in fact, your deposition may be
4      played in front of a judge or a jury.
5      Do you understand that?
6   A. I understand.
7   Q. Okay. Great.
8      If at any point I ask a question that you
9      don't understand because I use a word that you think
10      maybe I'm using in a way differently than you might
11      understand it or if there's anything confusing about
12      my question, please feel free to just stop me and ask
13      me to clarify any part of my question or to restate
14      it differently.
15   A. Okay.
16   Q. If you go ahead and answer, I'm going to
17      assume that you understood exactly my question the
18      way I meant it.
19      Fair?
20   A. Yes, understood.
21   Q. Okay. Great.
22      So you testified that when you were a child
23      you received gifts of MGA toys.
24      Do you remember that?
25   A. Yes.

| 2022-11-05 | Campbell, Moniece | Page 12 |
|---|---|---|

1      [redacted]
2      [redacted]
3      [redacted]
4      [redacted]
5      [redacted]
6      [redacted]
7      Dolls and card games is probably the best I
8      can remember.
9   Q. Okay. And in terms of dolls, do you have
10      any recollection of anything about the dolls, even if
11      you don't remember the name?
12   A. They were just pretty basic dolls like
13      not -- not Barbie but like -- I don't know. Just
14      regular dolls.
15   Q. And you said not like Barbie, do you mean
16      like fashion dolls?
17   A. Yeah, they weren't fashion dolls at all.
18   Q. They were not fashion dolls?
19   A. No.
20   Q. Okay. Do you know if they were the Bratz
21      dolls?
22   A. Oh, I guess so, yeah, Bratz. I guess
23      Bratz. Now I remember that Bratz is made by that
24      company.
25      Yeah, but they -- yeah. They were Bratz

| 2022-11-05 | Campbell, Moniece | Page 13 |
|---|---|---|

1      dolls. But they were just Bratz, you know, nothing
2      else like -- I don't know -- that would stand out
3      from Bratz, I felt like Bratz was their own thing.
4      So just Bratz dolls, yes.
5   Q. Okay. Just to make sure that I understood
6      it.
7      [redacted]
8      [redacted]
9      [redacted]
10      [redacted]
11      [redacted]
12      [redacted]
13      [redacted]
14      [redacted]
15      [redacted]
16      MS. RANAHAN: I think, Liz, she had just
17      said that she just remembered that that was MGA.
18      Your original question was, right, like,
19      what do you remember from a child getting.
20      She's just now learning that that was
21      associated with this.
22      BY MS. LACHMAN:
23   Q. So, Ms. Ranahan, is going to have a chance
24      to ask any clarifying questions after I'm done.
25   A. Okay.

| 2022-11-05 | Campbell, Moniece | Page 14 |
| --- | --- | --- |

1  Q. If at any point you remember something and
2     you're like, Oh, I would like to go back and explain,
3     you know, something, just let me know. We don't have
4     to -- you know, you can absolutely take a pause and
5     ask to clarify something if you suddenly remember
6     something.
7  A. Okay.
8  Q. Okay. Great.
9     Other than the MGA Bratz dolls that were
10    gifted to you as a child, do you recall any other
11    toys made by MGA that you had as a child?
12 A. As I stated before, I believe like card
13    games maybe -- maybe Uno, I think. But like
14    something in that, like maybe Crazy Eights. Some
15    type of card game.
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 Q. Okay. More than fifteen?
25 A. No.

| 2022-11-05 | Campbell, Moniece | Page 15 |
| --- | --- | --- |

1  Q. Okay. Do you still have your Bratz dolls?
2  A. No.
3  Q. Do you remember what you did with them?
4  A. My mom probably threw them away. Yes, I
5     remember she threw them away. I was too old for
6     dolls, so she threw them away.
7  Q. Okay. Do you remember how old you were
8     when your mom threw away the Bratz dolls?
9     MS. RANAHAN: I object. This calls for
10    speculation about when her mom did something.
11    I mean this is just getting really -- when
12    her mom might have disposed of her dolls is really
13    far afield.
14    So if you don't remember, Moniece, I mean
15    you don't remember. I don't know how anyone would
16    remember when someone else threw away a toy.
17    MS. LACHMAN: Ms. Ranahan, if you could
18    just state your objection. If the witness doesn't
19    remember or doesn't understand my question, she can
20    let me know.
21       BY MS. LACHMAN:
22 Q. Do you have my question in mind,
23    Ms. Campbell?
24 A. Yes, I don't remember.
25 Q. Okay. Do you -- do you understand -- do

| 2022-11-05 | Campbell, Moniece | Page 16 |
| --- | --- | --- |

1     you have a general understanding of what -- of what
2     this lawsuit is about?
3  A. Yes.
4  Q. Okay. What's that understanding?
5  A. The understanding is that MGA produced a
6     doll LOL -- OMG LOL Surprise and "T.I." and "Tiny"
7     have a group named OMG Dolls or OMG Girlz -- I'm
8     sorry, OMG Girlz and that MGA stole their likeness to
9     produce their doll, so that's my understanding.
10 Q. Okay.
11    And at some point in this lawsuit you
12    submitted a declaration; is that right?
13 A. Correct.
14 Q. Okay.
15    I want to talk -- I want to talk a little
16    bit about the -- it's my understanding that you
17    purchased LOL Surprise OMG dolls at some point; is
18    that right?
19 A. Yes.
20 Q. Okay. That's what I want to talk about, so
21    let's talk about that.
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

| 2022-11-05 | Campbell, Moniece | Page 17 |
| --- | --- | --- |

1 [redacted]
2 [redacted]
3 [redacted]
4 [redacted]
5 [redacted]
6 [redacted]
7 [redacted]
8 [redacted]
9 [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

| | | |
|---|---|---|
| 2022-11-05 | Campbell, Moniece | Page 18 |

1   A.  The dolls are very popular. So yes, ███
2      ever -- ever do, I would say, because they are very
3      popular. And that I really, you can't just buy -- the
4      way they are advertise, I feel like you can't just
5      buy one, so definitely over 50.
6   Q.  █ that -- it's over 50?
7   A.  █
8   Q.  I can keep going.
9      █ can I say like do you think you bought more
10      than a hundred?
11   A.  ███ like a hundred, no.
12   Q.  So somewhere between 50 and a hundred?
13   A.  Yes.
14   Q.  Okay.  And have you done anything to sort
15      of go back and try to figure out how many exactly you
16      purchased?
17   A.  I have, but I don't have a record.
18   Q.  Okay.
19      And what have you done to go back and try
20      to figure out how many you purchased?
21   A.  Called my sister and called my neighbors
22      and cousins, like how many dolls do you have? We
23      have a lot, a lot of accessories.
24      It wasn't just the dolls. It was the
25      accessories and all the things that -- so yes.

| | | |
|---|---|---|
| 2022-11-05 | Campbell, Moniece | Page 19 |

1   Q.  Okay. Let's talk about the different
2      people that you purchased the dolls for.
3   A.  Okay.
4   Q.  You mentioned your sister.
5      Is that somebody that you purchased dolls
6      for?
7   A.  My sister's daughters, yes.
8   Q.  Okay.
9   A.  Which would be my nieces, so yes.
10   Q.  Okay. So have you purchased them for
11      yourself?
12   A.  No.
13   Q.  So am I correct that you don't have any LOL
14      Surprise OMG dolls in your possession?
15   A.  Correct.
16   Q.  Okay. So you purchased -- the dolls that
17      -- the LOL Surprise OMG dolls that you purchased were
18      for your nieces?
19   A.  Nieces, cousins and neighbors.
20   Q.  Okay. Nieces, cousins and neighbors.
21      And I'm going to break each one of those
22      down.
23   A.  Okay.
24   Q.  Your nieces, how many nieces do you have?
25   A.  Six.

| | | |
|---|---|---|
| 2022-11-05 | Campbell, Moniece | Page 20 |

1   Q.  And the nieces are your sister's daughters?
2   A.  Correct.
3   Q.  Okay. So all six nieces that you purchased
4      LOL surprise -- I'm sorry.
5      When you purchased LOL Surprise dolls for
6      your nieces, were they for all six of your sister's
7      children -- daughters?
8   A.  Yes.
9   Q.  Okay.
10      MS. RANAHAN:  Object. That time you didn't
11      call them -- you've been calling them LOL OMG. You
12      usually stipulate to OMG. That time you did not say
13      OMG, so I don't know.
14      MS. LACHMAN:  Okay. Thank you, Erin.
15      BY MS. LACHMAN:
16   Q.  Ms. Campbell, I've been saying LOL Surprise
17      OMG dolls, which is a lot of words.
18      If I say, "OMG dolls," will understand that
19      I'm referring to the LOL Surprise OMG dolls?
20   A.  Yes.
21   Q.  So I'm just going to call them "OMG
22      dolls" from now on.
23   A.  Okay.
24   Q.  If -- if for some reason you want me to
25      clarify, please feel free to ask me to.

| | | |
|---|---|---|
| 2022-11-05 | Campbell, Moniece | Page 21 |

1   A.  All right. No problem.
2   Q.  Okay. Did you buy OMG dolls for all six of
3      your nieces or only some of them?
4   A.  All six.
5   Q.  Okay. And what are their age ranges?
6   A.  Ten -- no, 12 -- well now 12 to three.
7   Q.  Twelve being the oldest.
8   A.  There's two 12-year-olds, yes, being the
9      oldest. They are twins.
10   Q.  And then the youngest is three-years-old?
11   A.  Yes.
12   Q.  And these -- and your six nieces are all
13      daughters of your sister?
14   A.  Correct.
15   Q.  Do you have more than one sister?
16   A.  Yes.
17   Q.  Okay. What is -- what is your sister's
18      name who has the six nieces? Who has your nieces?
19   A.  Do I have to give her name?
20   Q.  It's just so that I don't -- we can -- I
21      mean, just her first name. It's just so that I don't
22      confuse her with anyone else in your family.
23   A.  Oh, okay. Got it.
24      Her name is Kai, K-a-i.
25   Q.  Okay.

OK

---

**2022-11-05**     Campbell, Moniece     Page 22

1   MS. RANAHAN: Just to assure you, she's not
2   at any risk of being pulled into this lawsuit for any
3   reason, so don't worry about that.
4   If I -- we don't even have the time to do
5   it if I wanted to do it, or if Liz wanted to do it
6   because of the timing of this case, so don't worry
7   about that.
8   THE WITNESS: All right.
9   MS. LACHMAN: Okay. So that's helpful to
10   me.
11   BY MS. LACHMAN:
12   Q. So Kai is your sister. She has six
13   daughters for whom you purchased OMG dolls?
14   A. Sorry, yes.
15   Q. Have you purchased OMG dolls for anyone
16   else in your family?
17   A. My my younger cousins.
18   Q. Okay. And how many cousins have you
19   purchased OMG dolls for?
20   A. Two.
21   Q. And are they both girls?
22   A. Yes.
23   Q. And how are you -- how old are they?
24   A. Nine and six.
25   Q. So today they are nine and six?

---

**2022-11-05**     Campbell, Moniece     Page 23

1   A. Yes.
2   Q. Other than your six nieces and your two
3   cousins, age nine and six currently, did you buy LOL
4   OMG dolls for anyone else in your family?
5   A. Not my family no.
6   Q. Okay. So now we're going to go to -- I
7   think you said the neighbors; right?
8   A. Correct.
9   Q. Okay. So you purchased LOL Surprise OMG
10   dolls for your neighbors -- neighbor's children?
11   A. Neighbor's children, yes.
12   Q. And how many children are we talking?
13   A. She has two children.
14   Q. Okay.
15   MS. RANAHAN: I mean the neighbor's
16   children are still her neighbors just for the record,
17   so you just call them the neighbors.
18   BY MS. LACHMAN:
19   Q. And how old are the two children?
20   A. One is eight and I believe the other one --
21   she's probably -- she's probably 13 now.
22   Yeah, she's 13.
23   Q. And they're both girls?
24   A. Yes.
25   Q. Okay. So the neighbor's who you bought LOL

---

**2022-11-05**     Campbell, Moniece     Page 24

1   Surprise OMG dolls for are currently eight-years-old
2   and 13-years-old?
3   A. Correct.
4   Q. Okay. Have we talked -- have you -- have
5   you identified for me all of the different people
6   that you bought OMG dolls for?
7   A. Yes.
8   Q. Okay. I know that you've told me about
9   some of the ages that these kids are today.
10   But, obviously, you didn't give them all
11   the gifts today, so I want to sort of understand the
12   period of time that you've been purchasing the dolls.
13   So that's what I want to talk about next.
14   A. Okay.
15   Q. Do you remember when the first time you
16   bought an OMG doll was?
17   A. In 2018.
18   Q. Okay. And how do you remember that?
19   A. I remember that because I went into
20   Wal-Mart and my had a big display and I
21   automatically thought these were associated with, you
22   know, the group OMG Girlz, and I haven't heard their
23   music in a long time and I'm like, okay they have
24   these dolls now and I'm going to buy them because I
25   support them.

---

**2022-11-05**     Campbell, Moniece     Page 25

1   So that's how I remember in 2018.
2   Q. How do you remember that it was 2018 in, I
3   guess, what my question was?
4   A. Oh, I remember it was 2018 because where I
5   was working at the time was close to a Wal-Mart, so
6   that's how I remember that and -- yeah.
7   Also, being that I hadn't heard their music
8   in a while, it was 2018 and I'm like, okay, maybe
9   their music was out in 2015 or 2018. So I'm like,
10   "Okay it's been three or four years that their music
11   hasn't been out." So that's how I remember it was
12   2018 as well.
13   Q. Okay. Is was my question? How do you
14   tell whether it was 2018 or 2017?
15   A. Because of where I worked and the time
16   Q. Okay. And because of where you were working
17   you people worked there in 2018?
18   A. I worked at that store 2017 to 2018. It was
19   right close to that store.
20   Q. And so I described a time when you walked
21   into a Wal-Mart, because it was close to where you
22   were working at the time, and then you saw the LOL
23   Surprise OMG dolls?
24   Q. My question is: Did you purchase any on

---



Page 26

```
 1    that first occasion that you saw them?
 2    A. Yeah.
 3    Q. Okay. And you don't remember which dolls
 4       you purchased that day?
 5    A. Like specifically, I don't remember. Some
 6       of them had blue hair. Some of them had a guitar.
 7       All I just remember, specifically, is that
 8       they were OMG dolls, like OMG LOL Surprise dolls. So
 9       that's all I remember.
10       I mean, other than me saying about the
11       colors of the hair.
12       I specifically purchased them because they
13       were OMG. The OMG is really what sealed the deal.
14    Q. Okay. I want so stay in this first
15       instance of your purchasing the -- the first time that
16       you made a purchase of the LOL Surprise OMG dolls at
17       Wal-Mart.
18       Do you remember how many products you
19       purchased?
20    A. That day, probably -- no, not probably, I
21       know how many I bought, because at that time I was
22       just buying them for my sister's kids and my
23       neighbors, so my neighbor's kids. So that would be a
24       total of eight, I bought each of them a doll.
25       And in 2019 -- yeah, my sister was pregnant
```

Page 27

```
 1    with her last child which is now three. So yes, she
 2    was pregnant, but I bought every one a doll, so yes.
 3    Q. Okay.
 4       So I'm going to call this the Wal-Mart
 5    purchase, the first Wal-Mart purchase so that we can
 6    talk about it and not forget what we're talking
 7    about.
 8       So, at the time of the first Wal-Mart
 9    purchase, you bought eight different LOL -- I'm
10    sorry, eight LOL Surprise OMG products.
11    A. Yeah.
12    Q. Correct?
13    A. Yeah.
14    Q. Okay.
15       One for each of your five nieces, one for
16       your niece on the way?
17    A. Right.
18    Q. And two for your next-door neighbor?
19    A. Yeah.
20    Q. Okay. And did they all get the same doll?
21    A. No, they didn't. It was a variety.
22    Q. Okay.
23       Do you remember if you bought eight
24       different dolls?
25    A. It probably wasn't eight different dolls.
```

Page 28

```
 1    like maybe some of them got duplicate, like, dolls.
 2    But definitely I would say probably five
 3    different dolls.
 4    Q. Okay. Do you remember which ones you
 5       decided to double up on?
 6    A. The ones with the guitar, she had like a
 7       curly mohawk hairstyle. I remember that because I
 8       thought that was in close relation to "Empire"
 9       daughter, Zonnique, that's why I thought she was and
10       I was like, "Oh, I want to buy two of these because
11       this looks like Zonnique."
12    Q. So you bought two of the -- you described
13       her as a curly, mohawk hairstyle?
14    A. Correct.
15    Q. You bought two or three --
16    A. Oh, so I remember, I got about two or maybe
17       three. I did it like at separate Wal-Marts.
18    Q. Oh, okay.
19    Q. So I don't remember --
20    A. And I'm building on you bought or did
21       you not build on -- you bought or else
22       dollars in packages or was it -- do you remember?
23    A. They were --
24    Q. The individual dolls --
25    A. All I just remember being in those
```

Page 29

```
 1    Q. But sometime you can buy, like, a four pack of
 2       replicas and sometimes like a multi doll --
 3    A. Okay.
 4    Q. -- so I'm trying to understand if you remember
 5       whether you bought the single dollar packages --
 6    A. I remember them being a single doll packages.
 7    Q. All of them?
 8    A. I don't remember any multiples.
 9    Q. Okay.
10       Were these Christmas gifts that were you
11       shopping for?
12    A. It was around like -- it was rough,
13       I say it was around Christmas.
14    Q. Right. It was around Christmas.
15    Q. Do you know what the occasion was that you
16       were looking for gifts for your nieces and neighbors?
17    A. There was no occasion. I just saw that and
18       that was the newest things and I was like, "You guys
19       have to have them."
20    Q. Okay.
21       Do you remember if you purchased them, even
22       if it wasn't like near Christmastime or the holidays,
23       do you remember if you purchased them and sort of
24       held on to them until Christmas or did you gift them
25       right away?
```

| 2022-11-05 | Campbell, Moniece | Page 30 |
|---|---|---|

1  A.  I gifted them right away.
2  Q.  Okay.
3      Your nieces, you have two 12-year-old, twin
4      nieces and the youngest is three-years-old.
5      What about the other three nieces that sort
6      of fall in the middle.
7      How old are they today?
8  A.  Okay.  So the twins are 12.  One, she's
9      nine.  So that would be -- it's literally 12, nine,
10     eight and six.  Twelve, nine, eight, six.  Twelve,
11     nine -- yeah, eight and six.
12 Q.  And then three?
13 A.  Yeah, three.  Yes.
14     That's a lot to keep up with, so I just
15     have to make sure it's right, but yes.
16 Q.  Do you remember when you bought the --
17     okay.
18     So 2019, that's about three years ago.  So
19     your -- do you remember if your 12-year-old, twin
20     nieces were nine at the time.
21     Does that sound right?
22 MS. RANAHAN:  Let me just say, I mean this
23     is -- the exact age on the date you gave them, it's
24     really kind of a memory test that you are asking her.
25     You can give your best estimate about the

| 2022-11-05 | Campbell, Moniece | Page 31 |
|---|---|---|

1      age and I think you are doing a great job and have
2      done that.
3      But to the extent you're not being asked
4      like, you know, when they are not even associated
5      with a Christmas or a birthday or anything, like what
6      age were they when you handed it to them, when
7      birthdays are constantly happening, I just think it's
8      -- you know, do your best, but you don't have to
9      precisely remember these things.
10 THE WITNESS:  Okay.
11 MS. RANAHAN:  This is an extreme memory
12     test that she is putting you under right now, so do
13     your best.
14 MS. LACHMAN:  Yeah, Ms. Campbell, you can
15     always say, "I don't remember," or you can give me
16     your best guess.
17     And, Ms. Ranahan, if you want to state that
18     the objection calls -- you know, if you want to state
19     an objection succinctly instead of making a long
20     speech.
21 MS. RANAHAN:  Yeah, I would love to.  Sure.
22     Let me make it again.
23     I'm objecting that you've already asked the
24     ages of these kids.  You've asked them repeatedly.
25     She's given you a great timeframe.  She's identified

| 2022-11-05 | Campbell, Moniece | Page 32 |
|---|---|---|

1      their ages and now you are just like trying narrow in
2      on an age at which a certain doll was handed.
3      It's just so far afield, so I'm going to
4      just object that it's inappropriate, it's harassing,
5      it's badgering the witness.
6      And I think she's answered the question how
7      old they are.  So we should just move on from asking
8      how old these nieces and neighbors are.  I think
9      we've got a sense.
10 MS. LACHMAN:  Ms. Campbell, I'm entitled to
11     your best recollection.  Ms. Ranahan is right.  It's
12     not a memory test and I'm not trying to get, you
13     know, a photographic memory and nor are you required
14     to have one.
15     But to the extent that are you able to
16     answer my questions, I'm entitled to your best
17     testimony today and I have only one chance to take
18     your testimony and that's today, so I'm just trying
19     to get through this.
20     If you don't remember, let me know.  If
21     there's something that you could look at that might
22     help you remember something, also let me know.
23 THE WITNESS:  Okay.  Three years ago, they
24     are 12 now, so yes, they were nine three years ago.
25     And the last child wasn't born yet.  And whoever

| 2022-11-05 | Campbell, Moniece | Page 33 |
|---|---|---|

1      else, the other children, however they all are old
2      now, three years ago if that's how old they were, so
3      yes.
4  MS. LACHMAN:  Okay.
5      BY MS. LACHMAN:
6  Q.  So we've talked about the first time you
7      purchased LOL Surprise OMG dolls.  And that was at
8      Wal-Mart, you believe to be in 2019.
9  A.  Yes.
10 Q.  Correct so far?
11 A.  Yes.
12 Q.  Great.

| 2022-11-05 | Campbell, Moniece | Page 34 |
|---|---|---|

1　[redacted]
2　[redacted]
3　[redacted]
4　[redacted]
5　Q.　Okay.  I'm not trying to -- I got that, so
6　　　I'm going to ask some clarifying questions.
7　　　Do you remember -- okay.  So if I
8　　　understood your testimony correctly -- and please
9　　　correct me if I got it wrong.
10　[redacted]
11　[redacted]
12　[redacted]
13　[redacted]
14　Q.　Okay.  Okay.  What do you mean by that?
15　　　You meant like the same sort of -- you know, so that
16　　　the MGA -- so that OMG dolls are like, you know, 11,
17　　　12 inches approximately, you know, they're fashion
18　　　dolls.
19　　　Would you call them a fashion doll?
20　A.　Yes.
21　Q.　All right.
22　[redacted]
23　[redacted]
24　[redacted]
25　[redacted]

| 2022-11-05 | Campbell, Moniece | Page 35 |
|---|---|---|

1　[redacted]
2　[redacted]
3　[redacted]
4　[redacted]
5　[redacted]
6　[redacted]
7　[redacted]
8　[redacted]
9　[redacted]
10　[redacted]
11　[redacted]
12　[redacted]
13　[redacted]
14　[redacted]
15　[redacted]
16　[redacted]
17　[redacted]
18　[redacted]
19　[redacted]
20　[redacted]
21　[redacted]
22　[redacted]
23　[redacted]
24　[redacted]
25　[redacted]

| 2022-11-05 | Campbell, Moniece | Page 36 |
|---|---|---|

1　[redacted]
2　[redacted]
3　[redacted]
4　[redacted]
5　[redacted]
6　[redacted]
7　[redacted]
8　[redacted]
9　[redacted]
10　[redacted]
11　[redacted]
12　Q.　Okay.  So am I correct that you did not
13　　　purchase any LOL Surprise OMG dolls online?
14　A.　No.
15　[redacted]
16　A.　No.  I did not.  No, I did not purchase any
17　　　OMG dolls online.
18　Q.　Okay.  And all of the in-store purchases of
19　　　the OMG dolls that you made occurred at Wal-Mart?
20　A.　Yes.
21　Q.　Do you remember when you saw the other LOL
22　　　Surprise products that did not say OMG?  Do you
23　　　remember what it was that you saw, what product
24　　　specifically?
25　A.　They were just different dolls.  They

| 2022-11-05 | Campbell, Moniece | Page 37 |
|---|---|---|

1　　　didn't look like the ones that I purchased.
2　　　They -- they were just different dolls.  I
3　　　don't think they were as tall and I think they had
4　　　some little baby ones -- baby dolls LOL Surprise.
5　　　But they weren't OMG LOL Surprise.  They were just
6　　　LOL Surprise.
7　Q.　Okay.
8　A.　So they just had different types of dolls.
9　Q.　And could you see -- were the dolls in a
10　　　box or were the they dolls that were in a ball, do
11　　　you remember?
12　A.　Yeah, they were in a ball.  They were in a
13　　　box.  Some of them were in the multi packs.  They had
14　　　all different types of -- what threw me off is that
15　　　they had all different types of products now.  They
16　　　had, like, big boxes of multiple dolls.  And little
17　　　ones in a ball.  They were just LOL surprise, yeah.
18　Q.　This time that you were in Wal-Mart in 2021
19　　　and saw LOL Surprise products that were -- did not
20　　　say OMG, this 2021 visit to Wal-Mart, had you ever
21　　　seen any of those LOL Surprise products before that
22　　　time?
23　A.　No.
24　Q.　Okay.  Have you ever purchased an LOL
25　　　Surprise ball?



| 2022-11-05 | Campbell, Moniece | Page 38 |
|---|---|---|

1    A.  No.

[The following lines are redacted]

| 2022-11-05 | Campbell, Moniece | Page 40 |
|---|---|---|

[Lines 1-7 redacted]

8    Q.  Does your sister live in Atlanta?

9    A.  No.  Not currently, no.

10   Q.  In the time that you have been buying dolls

11        for your sister's daughters, has she lived in

12        Pittsburgh?

13   A.  No, she lives in New York.

14   Q.  And in the time that you've been giving

15        your nieces the OMG dolls, have they always lived in

16        New York during that time?

17   A.  I mean, yes, like permanent living

18        situation, yes, because they would just go visit

19        Atlanta so...

20   Q.  Okay.  Did you ask your sister to send you

21        pictures of the dolls?

22   A.  No, I didn't.  She was busy, but she just

23        knows they're a lot.  I didn't ask for pictures

24        because I didn't know if I should get her involved.

25        I didn't know what the situation was.  We

| 2022-11-05 | Campbell, Moniece | Page 39 |
|---|---|---|

[Lines redacted]

| 2022-11-05 | Campbell, Moniece | Page 41 |
|---|---|---|

1         had a conversation.

2    Q.  And other than the duplicate doll that you

3         mentioned with the curly mohawk that your sister was

4         able to say, "Yes, I see those, those are here," was

5         she able to identify for you any other dolls that you

6         had purchased?

7    A.  Like the — no, no.  She wasn't able to

8         identify, because like I said, she said there was a

9         lot.

10   Q.  Okay.

11   A.  She couldn't.  I didn't ask for specifics.

12        I just asked her, "Do you have all of those dolls

13        that I've been buying?"  And she was like, "Yeah."

14        And specifically the ones with the mohawk.

15   Q.  And you did not ask her to go ahead and

16        send you pictures of the dolls.

17   A.  No.

18   Q.  Is that correct?

19   A.  Yes, you are correct.  I didn't ask her to

20        send it.  She has six kids and I didn't want to hold

21        her up on...

22   Q.  How many conversations did you have with

23        your sister about trying to figure out which dolls

24        you had purchased -- which OMG dolls you had

25        purchased for them?

| 2022-11-05 | Campbell, Moniece | Page 42 |
|---|---|---|

1   A.  Just one conversation.

2   Q.  Okay.

3       At one point did you call your cousins to

4       try to figure out which dolls you had purchased for

5       them?

6   A.  You said at what point, like specifically

7       when or --

8   Q.  At some point, did you?

9   A.  Oh, yes, at some point, yes.

10   Q.  Okay.

11   A.  The same thing with the neighbors -- the

12       cousins and the neighbors, same thing.

13   Q.  I'm sorry, let's talk -- I'm sorry, let's

14       talk about the call with your cousins.

15   A.  Okay.

16   Q.  You called your cousins' mom?

17   A.  Yes.

18   Q.  Okay. And what was that conversation --

19       what were you able to learn from that conversation?

20   A.  That they still had all the dolls that I

21       had bought them.

22   Q.  Were you able to learn anything about which

23       dolls specifically you had purchased for them?

24   A.  No.

25   Q.  What about the number of dolls that you had

| 2022-11-05 | Campbell, Moniece | Page 43 |
|---|---|---|

1       purchased from -- for them?

2   A.  She said it was probably like twenty dolls.

3       She said same thing, you know, she was explaining to

4       me that the girls tore up the dolls, had everything

5       everywhere.

6       So, it was about twenty dolls.

7   Q.  About twenty dolls. Okay.

8       So the conversation was with your cousin,

9       she was able to tell you that, yes, your two -- your

10       two cousins still have their dolls -- the dolls that

11       you purchased for them?

12   A.  Uh-huh.

13   Q.  That they are about twenty of them.

14       Am I right?

15   A.  Yes.

16   Q.  But you were not -- she was not able to

17       identify for you which particular dolls; correct?

18   A.  Yeah, because I didn't ask. And the reason

19       that I didn't ask is because I just knew they were

20       all OMG dolls -- OMG LOL Surprise dolls.

21       There was really no specifics that I could

22       recall, like, oh, okay, only from the first two dolls

23       that I told you that I bought that were duplicate.

24   Q.  Okay.

25       Have you told me everything that you can

| 2022-11-05 | Campbell, Moniece | Page 44 |
|---|---|---|

1       remember about the conversation with your cousin?

2   A.  Yes.

3   Q.  Okay. Let's talk about at some point did

4       you call your neighbor?

5   A.  Yes.

6   Q.  Okay.

7       And you called your neighbor to ask about

8       the OMG dolls that you had gifted her two daughters.

9   A.  Yes.

10   Q.  And tell me what you -- tell me about what

11       you discussed with her during that conversation?

12   A.  Pretty much the same thing. She didn't

13       give me a specific amount. She just told me there

14       were a lot of dolls just like my cousins, my nieces

15       they tore them up.

16       You know, little girls take things apart.

17       One of them cut the hair on the doll. She didn't say

18       what color the hair was, she didn't give me

19       specifics. She just said there were a lot.

20   Q.  Okay. Did she give you a number?

21   A.  No, she didn't. And I feel like I bought

22       more of the dolls for my nieces because there are six

23       nieces, so I bought a lot of the dolls for them. But

24       most of them, I would say, they all got a lot but

25       most of then went to my nieces.

| 2022-11-05 | Campbell, Moniece | Page 45 |
|---|---|---|

1   Q.  Was your -- were you able to identify any

2       of the dolls that you bought for your two neighbors

3       during this conversation?

4   A.  No, it was a phone call. It wasn't a Face

5       Time call, so no.

6       And like I said, I didn't know if I could

7       share specifics with the case or anything, so I

8       didn't go into detail.

9       Just asked them, "Hey, do you still have

10       those dolls that I bought your daughters," that was

11       it.

12   Q.  [redacted]

13       [redacted]

14   A.  [redacted]

15       [redacted]

16       [redacted]

17       [redacted]

18   Q.  [redacted]

19       [redacted]

20       [redacted]

21   A.  [redacted]

22       [redacted]

23       [redacted]

24       [redacted]

25       [redacted]

| 2022-11-05 | Campbell, Moniece | Page 46 |
| --- | --- | --- |

[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

9   Q. Okay. You mentioned that the call with
10      your neighbor when you -- the call that you had with
11      your neighbor when you called to inquire about
12      whether they still had the OMG dolls that you had
13      given to them, you said it was not a FaceTime call?
14   A. Right.
15   Q. What about the call -- the similar call
16      that you had with your cousin and your sister Kai,
17      were those on FaceTime?
18   A. Only with my cousin. My sister, no. Only
19      with my cousin.
20   Q. Okay.
21   A. She wasn't even home.
22   Q. I'm sorry?
23   A. She wasn't even home. She was just telling
24      me it was a lot of dolls. She wasn't home when I
25      called her on FaceTime.

| 2022-11-05 | Campbell, Moniece | Page 47 |
| --- | --- | --- |

1   Q. Are we talking about your cousin or your
2      sister?
3   A. My cousin. My sister, I called her on the
4      phone, as well as my neighbor.
5      My cousin, I called her on FaceTime, but
6      she wasn't home.
7   Q. Okay. So you were not able to visually see
8      any of the dolls when you called your cousin on
9      FaceTime; am I correct?
10   A. Correct.
11   Q. Other than the -- other than the doll -- so
12      far today the only doll that I remember you
13      identifying as having purchased is you described her
14      as having a brown curly mohawk?
15   A. Yes.
16   Q. Okay. And I'm going to try to find a
17      picture of that doll, so that you and I can make sure
18      that we're talking about the same doll.
19      But I'm going to call her brown curly
20      mohawk doll for now.
21   A. Okay.
22   Q. Other than that doll, which you believe you
23      purchased two of, can you remember any other LOL
24      surprise OMG doll that you purchased?
25      MS. RANAHAN: Let me just -- you just --

| 2022-11-05 | Campbell, Moniece | Page 48 |
| --- | --- | --- |

1      hold on, just for the record, there's two mohawk ones
2      and so I don't -- the way you just described it, you
3      think you've identified which one. Maybe she's
4      purchased both of the mohawk ones but -- and you can
5      show her the photos.
6      But I don't want you to just -- your record
7      just -- there's two mohawk ones, one from 2019 and
8      one from 2020 which you can show her. Maybe she's
9      bought them both, but I don't think we can try to
10      guess which ones without showing her the images.
11      MS. LACHMAN: Okay.
12      MS. RANAHAN: Do you have images to show
13      her? I don't think that's fair to determine that.
14      MS. LACHMAN: Counsel, there is nothing
15      unfair about my question and the witness seems to be
16      understanding exactly what my question was.
17      I'm going to repeat it again so that
18      Ms. Campbell can remember.
19      MS. RANAHAN: I'm talking about your last
20      question where you said the one with the mohawk.
21      There's multiple ones.
22      MS. LACHMAN: I didn't say the one with the
23      mohawk. I said -- okay.
24      MS. RANAHAN: Well, you identified it as a
25      brown curly one and I'd say there's two with a mohawk

| 2022-11-05 | Campbell, Moniece | Page 49 |
| --- | --- | --- |

1      with slightly different colors, so I just want her to
2      see the photos so she can -- and maybe she's
3      purchased them both, we don't know. But I think you
4      should show her because I don't think we can --
5      MS. LACHMAN: I understand.
6      MS. RANAHAN: You are trying to now say
7      it's the brown hair, as opposed to the blonde hair
8      and I don't think that's -- I want her to look at
9      them to see if she's purchased both of them.
10      MS. LACHMAN: Okay. That's fair.
11      BY MS. LACHMAN:
12   Q. Let me do it this way, I'm going to -- I'm
13      going to use the description that you gave me.
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

| 2022-11-05 | Campbell, Moniece | Page 50 |
| --- | --- | --- |

[Lines 1-6: redacted]

7   MS. RANAHAN: Why don't you show her the
8   photos? Wait, go ahead, you can remember any that
9   you can remember off the top of your head, but it
10  would be easier if you show her the photo. And I can
11  do that at the end, Liz, if you are not going to do
12  it, so that's fine.

[Lines 13-23: redacted]

24  MS. LACHMAN: Okay. We've been going for
25  about an hour.

| 2022-11-05 | Campbell, Moniece | Page 51 |
| --- | --- | --- |

1   Would you -- oh, and another thing, of
2   course, anytime that you have to use the restroom
3   break or something, just let me know and we can
4   absolutely take a break.
5   I usually like to take a break about every
6   hour to give the witness and the court reporter a
7   break.
8   THE WITNESS: Okay.
9   MS. RANAHAN: How long do you think you
10  plan to go, Liz?
11  MS. LACHMAN: I don't know.
12  So would you like to take a --
13  MS. RANAHAN: You have no estimate? I
14  mean, that's not --
15  MS. LACHMAN: No, I have no estimate.
16  MS. RANAHAN: How could you have no
17  estimate?
18  MS. LACHMAN: So, would you like to take a
19  five-minute break right now, Ms. Campbell, or do you
20  want me to keep going?
21  THE WITNESS: You can take a five-minute
22  break.
23  MS. LACHMAN: Okay. So let's take a
24  five-minute break. I have 11:01 a.m. here for me, so
25  let's be back here in approximately five minutes.

| 2022-11-05 | Campbell, Moniece | Page 52 |
| --- | --- | --- |

1   Is that okay with the videographer and the
2   court reporter?
3   THE VIDEOGRAPHER: That's okay with me.
4   THE COURT REPORTER: Thank you very much.
5   That's fine.
6   THE VIDEOGRAPHER: This marks the end of
7   Media No. 1. The time is 2:01 p.m.
8   We're off the record.
9   (Brief interruption in proceedings.)
10  THE VIDEOGRAPHER: This marks the beginning
11  of Media No. 2. The time is 2:09 p.m.
12  We're on the record.
13  BY MS. LACHMAN:
14  Q. Ms. Campbell, you testified earlier that
15  when you bought the LOL Surprise -- your first LOL
16  Surprise -- the first time that you bought an LOL
17  Surprise OMG doll, you had already known about the
18  OMG Girlz; is that right?
19  A. Yes.

[Lines 20-25: redacted]

| 2022-11-05 | Campbell, Moniece | Page 53 |
| --- | --- | --- |

[Page 53: redacted]



10    MS. RANAHAN: You're dating yourself, Liz.
11    MS. LACHMAN: That's all right.
12    BY MS. LACHMAN:

7    Q. Yeah, it's one thing, like I wanted to make
8       sure, like I mean, like, pressing follow so that you
9       are, you know, updated regularly on sort of posts
10      that they make versus being curious and just doing
11      like your own research.
12   A. Right.
13   Q. So which one were you referring to?
14   A. I was referring to -- I was referring to
15      both. But if you mean follow, yes, I was following
16      them on social media platforms and subscribed to
17      their YouTube page, to be specific.
18   Q. Okay. And do you think that you followed
19      and subscribed or have you verified that you did, in
20      fact, subscribe and follow?
21   A. No, I verified. I'm sure of that.
22   Q. Did you verify that recently or --
23   A. I mean --
24      MS. RANAHAN: Which one are you talking
25      about, Liz, because now she said she follows. But



**Page 58** — 2022-11-05 — Campbell, Moniece

```
1     then you added subscribed in there, so I don't know
2     which one you are talking about.
3     MS. LACHMAN: I guess I'll just ask -- I'll
4     ask Ms. Campbell.
5     BY MS. LACHMAN:
```

```
24    MS. RANAHAN: Everybody does it.
25    THE WITNESS: Yeah.
```

**Page 59** — 2022-11-05 — Campbell, Moniece

```
1     BY MS. LACHMAN:
```

```
20    Q.   What were your feelings at the time?
21    A.   I don't know. I wouldn't say sad. I was
22    just surprised. I was surprised that they broke up
23    because, you know, the unity they had as a group.
24    They all grew up together, so I just was surprised.
```

**Page 60** — 2022-11-05 — Campbell, Moniece

**Page 61** — 2022-11-05 — Campbell, Moniece

```
13    Q.   They -- they did not know about the OMG
14    Girlz before you told them about them?
15    A.   Correct.
16    MS. RANAHAN: I'll just -- let me just
17    object that are you speculating. But she said she
18    taught them. But I don't know how she would know
19    necessarily what any of them knew before.
20    MS. LACHMAN: That's a good point. Let me
21    ask you a question -- let me ask this question.
22    THE WITNESS: Okay.
23    BY MS. LACHMAN:
```

| 2022-11-05 | Campbell, Moniece | Page 62 |
|---|---|---|

[text redacted]

| 2022-11-05 | Campbell, Moniece | Page 63 |
|---|---|---|

[text redacted]

5 Q. At one point -- at one point you commented
6 on the social media post and that's why we're talking
7 here today.
8 But my question is have you ever commented
9 on any social media posts by "Tiny" Harris before
10 that.
11 A. I believe so, yes.
12 Q. Okay. What about --
13 A. I'm sorry, go ahead.
14 Q. No, you have the floor.
15 A. I was just going to say probably about --
16 mostly about her children, like her daughters. Her
17 daughter she sings, so I know I always comment and
18 say something because she -- her younger daughter can
19 sing.
20 If I can remember specifically, so yes.
21 Q. "Tiny's" younger daughter or youngest
22 daughter?
23 A. Youngest. Youngest.
24 Q. Okay.
25 But you are not talking about Zonnique

| 2022-11-05 | Campbell, Moniece | Page 64 |
|---|---|---|

1 Pullins?
2 A. No.
3 Q. Okay.
4 So you think that you may have commented on
5 social media posts by "Tiny" if they had something to
6 do with her youngest daughter who also sings.
7 A. Yeah, I am.
8 Q. Okay.
9 A. I am.
10 Q. What about "T.I." Harris, have you ever
11 commented on a social media post that "T.I." Harris
12 has made?
13 A. No.
14 Q. What about the OMG Girlz when they were
15 together.
16 Do you remember ever commenting on a social
17 media post?
18 A. Yeah. Definitely when they were together,
19 yes.
20 Q. So you would interact with their social
21 media posts?
22 A. Yeah. Like, like it and share and comment,
23 yes.
24 Q. What about the -- what about the individual
25 members after the group disbanded.

| 2022-11-05 | Campbell, Moniece | Page 65 |
|---|---|---|

1 Did you ever comment on social media posts
2 by Zonnique Pullins?
3 A. Yeah.
4 MS. RANAHAN: Let me just object to the
5 "disbanded" part just for the record because they
6 have been still continuing to do things together and
7 they still have a Facebook page together, so go
8 ahead.
9 THE WITNESS: Okay.
10 BY MS. LACHMAN:
11 Q. Did you understand what I mean when I said
12 the group disbanded?
13 A. Are you talking to me?
14 Q. Yes.
15 A. Oh, yes, I understand.
16 Q. Okay.
17 A. But yes, I commented under Zonnique's post.
18 I was more so invested in Zonnique because
19 she just had a baby, like, around the same time I had
20 my daughter.
21 So, yeah, probably said congratulations or
22 something like that.
23 Yeah.
24 Q. You didn't -- you never bought any LOL
25 Surprise OMG dolls for your own children; is that

| 2022-11-05 | Campbell, Moniece | Page 66 |
|---|---|---|

```
 1        correct?
 2    A.  No, because my daughter is about to be one,
 3        so I was not invested after I learned that they made
 4        other dolls, which was in 2021 when I found out --
 5        when my daughter was born.
 6        I said summer of 2021 I found out. My
 7        daughter was born in December of 2020. I didn't buy
 8        her any dolls.
 9    Q.  Have you ever spoken to "Tiny" Harris?
10    A.  Like personally, no.
11    Q.  In any way?
12    A.  Like -- no.
13    Q.  I'm sorry, I said have you ever spoken to
14        "Tiny" Harris and you said, "personally, no."
15        So I was confused and just wondering have
16        you ever spoken or communicated with her in any way?
17    A.  Oh, no.
18    Q.  Okay.
19        The same question for Mr. "T.I." Harris,
20        have you ever communicated with him in any way?
21    A.  No.
22    Q.  Any individual -- any member of the OMG
23        Girlz, group, have you ever communicated with any of
24        them in any way?
25    A.  No.
```

| 2022-11-05 | Campbell, Moniece | Page 68 |
|---|---|---|

```
 1    Q.  And a more specific question I had, which
 2        is: Do you think that the OMG dolls physically look
 3        like the individual members of the OMG Girlz?
 4    A.  Yes, I think so.
 5    Q.  And you know that there are three members
 6        of the OMG Girlz; correct?
 7    A.  Yes.
 8    Q.  When you purchased the curly mohawk with
 9        the guitar doll that you and I were speaking about
10        earlier, did you think that that doll looked like any
11        particular OMG Girlz member?
12    A.  Yes, as I stated earlier, I thought that
13        doll specifically looked like Zonnique.
14    Q.  Okay.
15        And do you remember if you saw -- if you
16        saw a doll that looked like any of the -- the other
17        two members?
18    A.  No. Like feature-wise, no. But like
19        hairstyles and clothing, yes.
20    Q.  Okay. So you -- did you think -- did you
21        think that there was a -- I'm trying to think of how
22        to refer to the other OMG Girlz members because you
23        don't remember their names.
24        So my understanding is that you have
25        Zonnique Pullins. And then another member, her name
```

| 2022-11-05 | Campbell, Moniece | Page 67 |
|---|---|---|



| 2022-11-05 | Campbell, Moniece | Page 69 |
|---|---|---|

```
 1        was Bahja Rodriguez.
 2        Does that name sound familiar?
 3    A.  Not her full name, no.
 4    Q.  And then Breaunna Womack, does that name
 5        sound familiar?
 6    A.  The Breaunna part, yes.
 7    Q.  Okay.
 8    A.  Not her last name, but yes.
 9    Q.  Okay.
10        MS. RANAHAN:  Do you want to tell her their
11        stage numbers and then maybe she'll remember those
12        better?
13        BY MS. LACHMAN:
14    Q.  Do you remember any of the stage names of
15        the OMG?
16        MS. RANAHAN:  You asked her that, but do
17        you want to tell her -- you just told her the full
18        names. I don't know if it would be helpful to tell
19        her.
20        BY MS. LACHMAN:
21
22
23
24    Q.  Okay.
25        MS. RANAHAN:  You asked her that already,
```



**2022-11-05 — Campbell, Moniece — Page 70**

```
 1    Liz.  I'm asking if you want to give her those so
 2    that she can distinguish.
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
 8    MS. LACHMAN:  Okay.
 9    BY MS. LACHMAN:
10  Q. [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
14    [REDACTED]
        [REDACTED]
16  A. [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
23  Q. Okay.  Okay.
        [REDACTED]
        [REDACTED]
```

**2022-11-05 — Campbell, Moniece — Page 72**

```
 1  Q. Okay.
 2    MS. RANAHAN:  She already testified
 3    originally the OMG name, I just want to -- that's
 4    part of your question, too, right, Liz, or are you
 5    beyond that?
 6    She testified that that was the original
 7    draw, the OMG name everywhere.
 8    So I just want to make sure that if what
 9    you -- if you are intending to refer to that too,
10    that's part of this.
11    MS. LACHMAN:  Thank you.  Sorry, I lost my
12    train of thought.
13    BY MS. LACHMAN:
14  Q. Okay.
15    You said the hairstyles and the clothes?
16  A. Yes.
17  Q. And Ms. Ranahan mentioned that you had also
18    said OMG?
19  A. Yes, the name.
20  Q. Okay.
21    So just to place ourselves back and
22    recenter our conversation, I had asked what was it
23    about the products that you purchased at that
24    Wal-Mart that made you think you were buying dolls of
25    the OMG Girlz and you said hairstyle.
```

**2022-11-05 — Campbell, Moniece — Page 71**

```
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
```

**2022-11-05 — Campbell, Moniece — Page 73**

```
 1    Clothing; is that right?
 2  A. Yes, and you kind of asked me that earlier
 3    too and I said clothing.
 4  Q. Yeah.
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
```

Our Designations          Their Designations



2022-11-05      **Campbell, Moniece**      Page 74

25    Q. And earlier I asked whether you knew what

---

2022-11-05      **Campbell, Moniece**      Page 75

1    the "OMG" in "OMG Girlz" stands for and you testified
2    that you thought it just stood for "Oh, my gosh"?
3    A. Right.

---

2022-11-05      **Campbell, Moniece**      Page 76

---

2022-11-05      **Campbell, Moniece**      Page 77

5    Q. Do you know if you bought any fashion dolls
6    that are not LOL Surprise OMG dolls?
7    A. No.
8    Q. No, you have not or, no, you don't know?
9    A. No, I have not bought any dolls.
10    Q. So you haven't purchased, like, Barbie
11    dolls, for example?
12    A. No.
13    Q. What about there's some fashion dolls out
14    there called "Rainbow High."
15    Have you purchased any Rainbow High dolls?
16    A. No.
17    Q. Do you know what I'm talking about when I
18    say, "Rainbow High"?
19    A. Yes, I do. I don't have it.
20    Q. You've seen it on the shelves?
21    A. Uh-huh. Yes.
22    Q. Was there anything about the hairstyles,
23    the LOL Surprise OMG doll hairstyles that made you
24    think the dolls you were buying were OMG Girlz dolls?
25    A. Specifically, about the hairstyles you mean

---

| 2022-11-05 | Campbell, Moniece | Page 78 |
|---|---|---|

1  like -- okay.
2  Q. Just focusing on the hairstyles.
3  A. Oh, yeah.
4  MS. RANAHAN: Let me just object you've
5  already -- to the extent she's already answered this
6  with the mohawk, the purple, the blue, the pink. She
7  mentioned the pink.
8  MS. LACHMAN: Counsel? Counsel?
9  MS. RANAHAN: But she's mentioned this all
10  and now you are just going around and around and
11  asking the same questions.
12  MS. LACHMAN: I'm going to move on to
13  clothing next. I just want to make sure that I got
14  everything about -- what was it about the hairstyles
15  and so --
16  THE WITNESS: I can answer that.
17  BY MS. LACHMAN:
18  Q. So my question is: Anything else that we
19  haven't talked about the hairstyles?
20  A. No.
21  Q. No, there's not?
22  A. No, there's not. Just what I've already
23  stated.
24  Q. Okay.
25  And this is -- I'm going to move on, so

| 2022-11-05 | Campbell, Moniece | Page 79 |
|---|---|---|

1  this is my last chance to ask you about it which is
2  why I sometimes summarize what I understand you have
3  said. And then I'll ask you is there anything else
4  before we move on.
5  So I want to make sure that you have a
6  chance to tell me everything that made you think that
7  the hairstyle -- something -- anything about the
8  hairstyle that made you think the OMG dolls were
9  dolls of the OMG Girlz?
10  A. Nothing else. Just like I said, the
11  colorful, the different hairstyles. The braids. The
12  buns. Like what we call space buns. The mohawk.
13  The glitter.
14  I don't know. There was a lot so...
15  Q. Okay.
16  A. Specifically --
17  Q. Specifically, the space buns, have you --
18  is that something that the OMG Girlz wore a lot,
19  space buns?
20  A. Yeah, space buns, not a lot I would say.
21  But I've seen them with the space buns.
22  Q. Okay. And I feel like I know what you mean
23  by space buns, but if you could explain it to me so
24  that I make sure I know what you are talking about?
25  A. Yeah, just like two buns in the hair with a

| 2022-11-05 | Campbell, Moniece | Page 80 |
|---|---|---|

1  part down the middle, maybe a bang. Two hair -- like
2  buns in your hair.
3  Q. Do you know why they are called space buns
4  or why you call them space buns?
5  A. I mean that's just like the -- I don't
6  know -- the popular name for them. That's just
7  like -- I don't know -- that's what I've always
8  called them.
9  Q. Okay.
10  A. I don't feel -- that's what every -- I feel
11  like they are called space buns now too because
12  people put glitter in their hair now, so that's why
13  people call them space buns.
14  But if I could just not use a name, I would
15  just say two buns with a bang.

[redacted]

| 2022-11-05 | Campbell, Moniece | Page 81 |
|---|---|---|

[redacted]

5  Q. I'm going to move on to the clothing next.
6  Is there anything else about hairstyles
7  that you haven't told me about?
8  A. No.
9  Q. Okay.
10  So you mentioned that the clothing was also
11  a reason why you believed that the OMG dolls were
12  dolls of the OMG Girlz?
13  A. Yes.
14  Q. What was it about the clothing? And be as
15  specific as you can.
16  A. Okay. You said I can -- I think I have a
17  picture referring to that, the like -- I would have
18  to look at it.
19  I can, like, go toggle through my app.

[redacted]



2022-11-05     Campbell, Moniece     Page 82

5    BY MS. LACHMAN:

19    MS. RANAHAN: We have a lot in this case,
20    Liz. You could show it to her if you wanted to be of
21    help -- I mean, to get this official.
22    I'm going to show them to her.
23    BY MS. LACHMAN:
24    Q. What would you -- you would go on Google
25    right now and you would pull up a picture of the

2022-11-05     Campbell, Moniece     Page 83

1    doll?
2    MS. RANAHAN: It's Chillax. You can look
3    it up by Chillax.
4    BY MS. LACHMAN:
5    Q. Ms. Campbell?
6    A. Yeah.

23    Am I still on camera, like can you guys
24    still see me?
25    THE VIDEOGRAPHER: We cannot see you.

2022-11-05     Campbell, Moniece     Page 84

1    THE WITNESS: Okay. I'm sorry. I'm trying
2    to toggle to the app to see, but I guess I'll do that
3    in a minute.
4    MS. LACHMAN: Okay.
5    BY MS. LACHMAN:
6    Q. My question is: Was there anything --
7    okay.

2022-11-05     Campbell, Moniece     Page 85

22    I do understand, you know, you don't mean
23    colorful clothing as in just, like, rainbow,
24    unicorns. You mean like -- I mean what I mean is,
25    like, clothing with different colors on it, like a



**Page 86** — 2022-11-05 — Campbell, Moniece

1    red shirt and blue pants with -- I don't know -- an
2    orange belt, something like that.
3    I don't mean just colors and stripes.  So
4    different colored clothing.
5    MS. LACHMAN:  Right.
6    BY MS. LACHMAN:
7    Q.  And I guess my question is -- or if you
8    have my question in mind, but I can re-ask it.
9    Whether there are any other fashion dolls
10   that are similar styles to what you just described?
11   A.  I'm sorry, could you restate the question?
12   Q.  Sure.

**Page 88** — 2022-11-05 — Campbell, Moniece

6    Q.  I'm trying to understand it which is why --
7    which is why I'm asking the questions that I'm
8    asking.
9    A.  Okay.

**Page 87** — 2022-11-05 — Campbell, Moniece

**Page 89** — 2022-11-05 — Campbell, Moniece

9    Q.  What about purple hair, blue hair, pink
10   hair, have you ever seen those hair colors on dolls
11   that are not the OMG dolls?
12   A.  You said blue and pink?
13   Q.  Blue, pink, purple.
14   A.  Oh.
15   Q.  Any of those colors or any of them at the
16   same time?
17   A.  At that time, like, no, I haven't
18   because -- I mean if it was somebody with blue and
19   pink hair, no, no.  Not at the time, specifically,
20   no.
21   Like there were no other groups out or
22   people out with that style that were for my age range
23   that I was listening to, so no.
24   Q.  And this is in 2000 and -- you are
25   referring to when the OMG Girlz was together and



| 2022-11-05 | Campbell, Moniece | Page 90 |
|---|---|---|

1    doing their thing --
2    A.  Correct.
3    Q.  -- before they -- okay.
4    A.  So I wasn't listening to things out of my
5    age range, specifically, at that time that I would
6    see --
7    Q.  Okay.  But you bought the dolls in 2019.
8    You started buying the dolls in 2019?
9    A.  Right.

| 2022-11-05 | Campbell, Moniece | Page 91 |
|---|---|---|

8    MS. RANAHAN:  Liz, you've asked that
9    question already.
10    BY MS. LACHMAN:
11    Q.  Am I right?
12    A.  Would I be able to answer the question if
13    you already asked it, I mean?
14    MS. RANAHAN:  Yeah, you can answer it
15    again.  It's just -- this is just --
23    MS. LACHMAN:  I guess I'm trying to
24    understand.
25    //

| 2022-11-05 | Campbell, Moniece | Page 92 |
|---|---|---|

1    BY MS. LACHMAN:
19    Q.  Okay.

| 2022-11-05 | Campbell, Moniece | Page 93 |
|---|---|---|

12    Q.  And did you ever see any advertisements or
13    any marketing to confirm your association?
14    A.  Like, oh, no, I never saw that because I
15    just wasn't vested in, like, stuff around that time,
16    like social media.
17    I was working a lot, so I really wasn't
18    invested in all of that.
19    Q.  So you never saw, for example, "Tiny"
20    Harris post about the OMG dolls being a business
21    venture of hers?
22    A.  I wouldn't know because I wasn't on social
23    media around the time.  I really wasn't.  I was
24    invested in working.  I wouldn't pay attention to
25    that if it was there.

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 25 of 50   Page ID
#:30796
Case 2:20-cv-11548-JVS-AGR   Document 540-1   Filed 01/23/23   Page 27 of 52   Page ID
#:29171

| 2022-11-05 | Campbell, Moniece | Page 94 |
| --- | --- | --- |

1   I mean, I'm pretty sure I saw -- like, you
2   know, I had social media.  It's still there, but I
3   wasn't on it actively.
4   Does that make sense?
5   Q.  You were not on it actively between 2019
6   and 2021?
7   A.  Correct.
8   Q.  You were not on social media actively in
9   2019, '20 or '21?
10  A.  Right.
11  Q.  So, is it your testimony that you were not
12  sort of checking in on the social media posts of
13  Zonnique Pullins, the OMG Girlz or "Tiny" Harris
14  during this time?
15  A.  Yeah, probably, like I said, at the end
16  of -- at the end of 2021 -- I don't know when
17  Zonnique had her daughter.
18  So probably around that time when she had
19  her daughter and I heard the news is when I got back
20  invested into social media.
21  So, I don't know when she had her child,
22  but that is when.
23  But never did I say, oh, let me look and
24  see if these dolls are associated with these girls
25  because I had already thought that.

| 2022-11-05 | Campbell, Moniece | Page 95 |
| --- | --- | --- |

1   So it was no reason -- I wasn't that
2   invested to dig in that deep.
3   Q.  But earlier you testified that you didn't
4   think all of the dolls -- all of the OMG dolls looked
5   like the OMG Girlz?
6   A.  No.  Not all of them, no.  Like features?
7   No.
8   Clothing, hair and makeup and likeness,
9   yes.
10  Q.  What -- what do you mean by features versus
11  likeness?
12  A.  Well, features, you had asked me if any of
13  the dolls, specifically, looked like any of the
14  girls.  You asked me, like, face-wise and I said,
15  yes, only the one doll.
16  What's her name?  I don't know.  The one
17  that Ms. Ranahan had mentioned.
18  Q.  The one that had the mohawk -- curly mohawk
19  with the guitar?
20  A.  Yes.  I specifically said that one looked
21  like Zonnique because of the skin complexion and the
22  hairstyle and the outfit, that looked like something
23  Zonnique would wear, how she would have her hair and
24  the makeup, everything, the features.

| 2022-11-05 | Campbell, Moniece | Page 96 |
| --- | --- | --- |

[Text redacted]

| 2022-11-05 | Campbell, Moniece | Page 97 |
| --- | --- | --- |

[Text redacted]

| 2022-11-05 | Campbell, Moniece | Page 98 |
|---|---|---|

9   Q.   Did you purchase any white dolls?

10   A.   No.

11   MS. LACHMAN: All right. We've been going

12   about another hour. We can take a five-minute break

13   or -- let me just ask the court reporter, because I

14   know I've got to give her hands a break.

15   How are we doing, Court Reporter?

16   THE COURT REPORTER: It's your call really,

17   but I appreciate you asking me.

18   MS. LACHMAN: Okay. So, Ms. Campbell, we

19   can do a five-minute break or a ten minute break.

20   Do you have a preference?

21   THE WITNESS: Ten minutes would be fine for

22   everybody, just -- yeah.

23   MS. RANAHAN: How much longer, Liz, do you

24   estimate?

25   MS. LACHMAN: I don't know. And then

| 2022-11-05 | Campbell, Moniece | Page 99 |
|---|---|---|

1   depending on what you ask, Erin, I'll definitely have

2   more so...

3   MS. RANAHAN: Well, I'm only going to have,

4   like, you know, five minutes of questioning, so I --

5   I mean, this is just -- I'm asking for a -- this is

6   pretty customary to provide an estimate. This is a

7   third-party witness who bought dolls from your

8   client.

9   The idea that you can't give us an estimate

10   for everyone on a Saturday is pretty -- you know, you

11   called me rude. I don't know how you can suggest

12   this isn't rude.

13   Everyone needs to try to plan their day,

14   Liz, so what is the estimate? She has a baby. She

15   has a new baby. She has, you know, obligations, so

16   we need to know how much longer you are going to drag

17   this out.

18   So what's your estimate?

19   MS. LACHMAN: So I would say at least four

20   hours more.

21   THE WITNESS: What? Four hours?

22   MS. RANAHAN: That's ridiculous. We're not

23   -- at some point we are going to be -- that's insane.

24   You are doing this for the --

25   MS. LACHMAN: I mean you are forcing me to

| 2022-11-05 | Campbell, Moniece | Page 100 |
|---|---|---|

1   give you an outer limit as to --

2   MS. RANAHAN: Four hours? This should have

3   been -- we had three hours with Rachel Moshea.

4   There is no way this should be going seven

5   hours, Liz. You are being totally unreasonable. So

6   we're not going to be going four more hours. If you

7   are going to be asking the same questions over and

8   over, we're going to be ending the deposition.

9   So why don't you focus on some new

10   questions, finish this up, this is crazy. You are

11   not going to go four more hours with this witness.

12   That is completely harassing.

13   MS. LACHMAN: I probably -- I probably

14   won't.

15   MS. RANAHAN: Well, then what is your

16   actual prediction, not just an outer limit of your,

17   you know, depo range if you had a real party witness?

18   This is a third party who bought dolls from

19   your client and was confused and mislead by your

20   client's advertising. She already testified to it.

21   Now here we are on a Saturday, she's

22   already sat for two hours.

23   How much lodger are you planning to go,

24   honestly?

25   MS. RANAHAN: Ms. Campbell, we'll come back

| 2022-11-05 | Campbell, Moniece | Page 101 |
|---|---|---|

1   in ten minutes, if that's okay with you or we can

2   come back in five minutes.

3   MS. RANAHAN: No, I think everyone deserves

4   to have a realistic estimate, Liz, not four more

5   hours.

6   MS. LACHMAN: I gave you my estimate and

7   I'm not going to change my answer.

8   MS. RANAHAN: Well, we're not going to be

9   sitting here for four more hours. It's not

10   happening.

11   MS. LACHMAN: Then you can decide to

12   conclude the deposition whenever you wish and you do

13   so at your peril.

14   MS. RANAHAN: Well, I'm going to be asking

15   her a couple of questions, so we'll give you one more

16   hour, Liz.

17   MS. LACHMAN: No.

18   MS. RANAHAN: You asked everything there

19   is.

20   MS. LACHMAN: No, there is not --

21   MS. RANAHAN: Yes, we're going to go one

22   more hour and then I'll ask my questions and we'll

23   call it a day.

24   MS. LACHMAN: No.

25   MS. RANAHAN: You can ask some follow-up

| 2022-11-05 | Campbell, Moniece | Page 102 |
|---|---|---|

1 and we'll call it a day. We're not going four more
2 hours, we're not.
3 MS. LACHMAN: No, you cannot conclude this
4 in one hour.
5 MS. RANAHAN: Excuse me?
6 MS. LACHMAN: You cannot conclude this
7 deposition in one hour. If you do --
8 MS. RANAHAN: Well, we had Rachel Moshea go
9 for three hours and she was actually a MGA witness on
10 a Saturday.
11 And now you are going to badger this
12 witness to say four more hours, it's not happening.
13 MS. LACHMAN: Ms. Ranahan --
14 MS. RANAHAN: So ask your questions. We
15 are going to call this at -- we're going to call your
16 things at 1:30 p.m., you are going to be done with
17 yours --
18 MS. LACHMAN: I still have a lot more for
19 --
20 MS. RANAHAN: -- and we'll do 30 minutes
21 and we'll be done.
22 MS. LACHMAN: I still have a lot more
23 questions.
24 MS. RANAHAN: We are not going to go four
25 more hours, we will not.

| 2022-11-05 | Campbell, Moniece | Page 103 |
|---|---|---|

1 You can tell the judge that you wanted to
2 go seven hours with this witness. You wanted to keep
3 her on a Saturday all day over buying dolls.
4 MS. LACHMAN: No, I don't think --
5 Ms. Ranahan?
6 MS. RANAHAN: You can tell the judge that.
7 MS. LACHMAN: If you would stop
8 interrupting me, I would appreciate it.
9 I do not intend to go all seven hours. So
10 far you have made long speaking objection. I'm
11 trying to get through this examination.
12 MS. RANAHAN: Up to you. Up to you.
13 MS. LACHMAN: I am trying to get through
14 this examination and if you prematurely terminate
15 this deposition -- we are entitled to seven hours
16 under the rule. I do not intend to take seven hours.
17 MS. RANAHAN: You are unbelievable, Liz.
18 Okay. We'll be back in five minutes --
19 MS. LACHMAN: Stop interrupting me.
20 MS. RANAHAN: -- and we're not -- figure
21 out your questions. We're not going four more hours,
22 not a chance. There's not a chance.
23 MS. LACHMAN: If you will stop interrupting
24 me. It is rude. I will not interrupt you if you do
25 not interrupt me.

| 2022-11-05 | Campbell, Moniece | Page 104 |
|---|---|---|

1 I understand Ms. Campbell is a third-party
2 witness. I'm trying to get through this as quickly
3 as possible.
4 We're going to take a ten-minute break and
5 I still have more to my examination and I only have
6 one chance to speak with her.
7 MS. RANAHAN: How could you have more
8 questions? How could you possibly have more
9 questions for this witness, honestly? You should be
10 done by now.
11 So we'll be done with your questions at
12 1:15 and then we will -- I'll ask her my two
13 questions or, you know, 30 minutes and then we will
14 be done.
15 MS. LACHMAN: No, we will not be done in
16 one hour. We will come back in ten minutes. Thank
17 you.
18 Ms. Campbell, if you could come back in ten
19 minutes, that would be great.
20 THE VIDEOGRAPHER: This marks the end of
21 Media No. 2. The time is 3:10 p.m. We're off the
22 record.
23 (Brief interruption in proceedings.)
24 THE VIDEOGRAPHER: This marks the beginning
25 of Media No. 3. The time is 3:25 p.m. We're on the

| 2022-11-05 | Campbell, Moniece | Page 105 |
|---|---|---|

1 record.
2 BY MS. LACHMAN:
14 Q. Okay. Who did you get an email from?
15 A. I don't remember specifically. I don't --
16 unless I can go on my email and look but --
17 Q. Well, I guess did you get a -- how did this
18 person get your email address?
19 A. Through social media.
20 Q. Okay. So was the initial contact between
21 you and this individual in the social media
22 application?
23 A. Yes.
24 Q. Okay.
25 A. But I don't remember who specifically.

| 2022-11-05 | Campbell, Moniece | Page 106 |
|---|---|---|

```
 1   Q.  Okay.  Do you remember -- even if you don't
 2        remember that person's name, do you remember what
 3        they were saying in that first communication?
 4   A.   Yeah, that I made a comment and that
 5        there's a case like, I guess, opening or about to be
 6        opened, would I be willing to testify about it.
 7   Q.   Okay.  And do you -- you don't remember the
 8        name of the -- that individual, but if I rattle off
 9        some names, maybe it will call to mind or it will
10        ring a bell?
11   A.   No, I just don't remember.
12   Q.   Do you remember if the person's name was
13        Bobby Li?
14   A.   No, that doesn't even sound familiar.  I
15        literally don't remember.
16   Q.   Okay.  Do you remember if the person's
17        name -- if it was Ms. Ranahan?
18   A.   No.
19   Q.   It could have been or it definitely wasn't?
20   A.   It definitely wasn't, because I don't
21        remember.
22        MS. RANAHAN:  But she just said she's not
23        going to remember it, Liz, so why don't you just go
24        to the next question because she doesn't remember.
25        MS. LACHMAN:  Okay.
```

| 2022-11-05 | Campbell, Moniece | Page 108 |
|---|---|---|

```
 1   ████████████████████████████████████████
 2   ████████████████████████████
 3   ████████████████████████████████████████
 4   ██████████████████████
 5   █████████
 6   Q.   Okay.  And then what happened?
 7   A.   I gave my phone number in the email as
 8        well.  I said I was willing to make a statement,
 9        here's my contact information.
10        I received a phone call and received some
11        documents in the mail that I had to sign.  And I
12        believed I scanned them over just saying that I'm
13        willing to make this statement and that's it.
14   Q.   Okay.
15        And you said you will got documents in the
16        mail like U.S. mail?
17   A.   Yes.
18   Q.   Or was it email?
19   A.   No, U.S. mail.
20   Q.   Okay.  Who was the conversation with?
21   A.   I don't remember.
22   Q.   Was it a woman or a man?
23   A.   I don't remember.  This was in April.
24        I have a daughter and I do a lot everyday
25        and I work full time as well, so I don't remember.
```

| 2022-11-05 | Campbell, Moniece | Page 107 |
|---|---|---|

```
 1        BY MS. LACHMAN:
 2   Q.   What about Chante Westmoreland, did she
 3        reach out to you?
 4   A.   I don't remember.
 5   Q.   Okay.
 6        So, obviously, you know Ms. Ranahan.
 7        Do you know anyone named Bobby Li?
 8   A.   No.
 9   Q.   What about Chante Westmoreland?
10   A.   No.
11   Q.   What about Cesie Alvarez?
12   A.   No.
     ████████████████████████████████
     ███████████████████
     ████████████████████████████████
     ███████████████████████████
     ██████████████████████████████████████
     █████████████████████████████
     ██████████████████████████████
     ████████████████████████████████
```

| 2022-11-05 | Campbell, Moniece | Page 109 |
|---|---|---|

```
 1   Q.   Okay.
 2   ████████████████████████████████████████
 3   ████████████████
 4   ████████████████████████████████████████
 5   ████████████████████████
 6   ███████████████████████████████
 7   Q.   Okay.
 8   A.   This was in April.
 9   Q.   That's fine.
10   ████████████████████████████████████████
11   ████████████████████████████████████████
12   ████████████████████████████████████████
13   ████████████████████
14   Q.   So, in this case we've been referring to
15        "T.I." and "Tiny" and the OMG Girlz LLC and those
16        parties as the counter-claimants.
17   A.   Okay.
18   Q.   So, you understood that you were speaking
19        to a lawyer representing the counter-claimants in
20        this case?
21   A.   Correct.
22   Q.   Okay.
23        And how many -- did you have any
24        communication -- other than this one phone call, did
25        you have any other communications with lawyers for
```

| 2022-11-05 | Campbell, Moniece | Page 110 |
|---|---|---|

```
1    counter-claimants before you received the papers in
2    the mail?
3  A. Before, no.
4  Q. Okay.
5    So, I want to make sure that
6    chronologically I have it all down.
7    You made a social media post commenting.
8    You were then reached out to by somebody on social
9    media who asked whether you would be willing to
10   submit a statement.  You said yes and gave that
11   person your email address.
12   Next that person emailed you and you gave
13   them your -- your telephone number in response and
14   next you had a phone call with a lawyer for the
15   counter-claimants.
16   Am I correct so far?
17 A. Yes.



24   I gave a statement and that was it.  I
25   received the email confirming that statement that I
```

| 2022-11-05 | Campbell, Moniece | Page 111 |
|---|---|---|

```
1    made and that was months ago.
2    And then I received a call yesterday
3    letting me know that I'll receive documents that I
4    have to sign via email and now we're here today.
5  Q. Okay.
6    What documents did you receive yesterday
7    that you have to sign?
8    MS. RANAHAN: Let me just say -- let me
9    just say now, we are now representing, as you know,
10   Ms. Campbell.  So anything that happens between us
11   now is privileged and that's including as of
12   yesterday, so you don't have to answer these
13   questions.  I'll tell her not to answer.
14   I'm instructing her not to answer that
15   question because that's something that we sent her
16   after we represented her.
17   MS. LACHMAN: Okay.
18   BY MS. LACHMAN:
19 Q. So, Ms. Campbell, it's your understanding
20   that Ms. Ranahan is here today as your attorney?
21 A. Yes.
22 Q. Okay.  And it sounds like yesterday you
23   signed something agreeing to that?
24   MS. RANAHAN: Under -- again, I'm going to
25   just -- nothing that has happened between us since is
```

| 2022-11-05 | Campbell, Moniece | Page 112 |
|---|---|---|

```
1    relevant to your questioning and it's privileged, so
2    you don't have to answer that question.
3    I'm instructing you not to answer that
4    question.
5    BY MS. LACHMAN:
6  Q. Are you going to follow Ms. Ranahan's
7    instruction?
8  A. Yes.
9    MS. RANAHAN: This is not her declaration.
10   This is about us representing her, Liz, so it's not
11   relevant.
12   BY MS. LACHMAN:



17 Q. And she's not your lawyer for any other
18   purpose?
19 A. No.
20 Q. Okay.
21   In this case we served a deposition
22   subpoena.
23   Do you -- I can -- do you know if you've
24   ever seen that? I can make it an exhibit, but I also
25   know that you are going to go have to get an iPad and
```

| 2022-11-05 | Campbell, Moniece | Page 113 |
|---|---|---|

```
1    I don't want to waste anymore time.
2    Did you ever see a subpoena in this case
3    relating to the deposition?
4  A. I'm not sure that I remember.  But if you
5    showed me, I can -- I just went through the documents
6    yesterday.
7  Q. Did anyone send you a copy of document
8    requests that we served in this case?  Basically a
9    list of categories of documents that we would have
10   liked you to have brought to your deposition.
11   Did anyone talk about documents?
12 A. I received, like, a link via email.
13   MS. RANAHAN: Liz, you are asking her --
14   she's aware of the doc request, but you are asking
15   her for privileged communications.
16   Again, we represent her for this
17   deposition, so everything that we discussed yesterday
18   is privileged or in connection with the document
19   request so...
20   MS. LACHMAN: Okay.
21   BY MS. LACHMAN:
22 Q. So, before yesterday --
23   MS. RANAHAN: Which we've objected to as
24   inappropriate and untimely.
25   //
```

| 2022-11-05 | Campbell, Moniece | Page 114 |
| --- | --- | --- |

```
 1        BY MS. LACHMAN:
 2    Q.  Did you look for any documents in
 3        connection with today's deposition?
 4    A.  No, because I didn't have any, so no.
 5    Q.  Okay.
 6        And you didn't have any what? Any
 7        documents?
 8    A.  You mean like photos or anything?
 9    Q.  Well, we sent a list of documents and I
10        can -- I'll just mark it as an exhibit and we can
11        walk through it, although I really don't want to
12        waste your time.
13        Do you have emails with -- that you
14        received or that -- email communications with
15        counter-claimants' lawyers in connection with your
16        declaration?
17    A.  Can you restate the question?
18    Q.  Sure.
19        Did you get a copy -- so when you were --
20        you said you submitted a statement -- you gave a
21        statement on a telephone call and you said that you
22        got an email back from the lawyer that you spoke to
23        confirming that statement.
24    A.  Uh-huh.
25    Q.  Do you have that email?
```

| 2022-11-05 | Campbell, Moniece | Page 115 |
| --- | --- | --- |

```
 1    A.  Yeah, I'm pretty sure I do. Yes.
 2    Q.  Okay.
 3        Were you asked to produce that email or
 4        gather that email?
 5    A.  No.
 6    Q.  How many communications --
 7        MS. RANAHAN: Your request asks for the
 8        drafts and there are no emails of drafts going back
 9        and forth. We said that in the response, Liz, and so
10        our position on the responses is they are untimely
11        and inappropriate. Nevertheless, we asked for a
12        couple of things and beyond that, you can look at
13        responses, we served them.
14        THE WITNESS: Yeah, I don't have any other
15        communications, aside from my statement and just
16        confirming my statement, that's it.
17        MS. LACHMAN: Okay.
18        BY MS. LACHMAN:
19    Q.  So you have a screenshot -- do you have
20        a -- you have a communication that someone, you don't
21        remember who, reached out to you on behalf of the
22        counter-claimants after you made the social media
23        post.
24        So you have that communication; right?
25    A.  No, I didn't say that. No.
```

| 2022-11-05 | Campbell, Moniece | Page 116 |
| --- | --- | --- |

```
 1    Q.  No, I'm asking you --
 2    A.  No.
 3    Q.  -- if you have that?
 4    A.  No, I don't.
 5    Q.  What do you mean you don't have that?
 6    A.  I don't have a screenshot of it in my
 7        phone, no.
 8    Q.  No, not a screenshot.
 9        You have that communication?
10    A.  No. Only -- the only communication I have
11        is what I received via email that I was willing to
12        give my statement here today. That's it.
13    Q.  How were you contacted initially by
14        counter-claimants' lawyers?
15        MS. RANAHAN: This is asked and answered.
16        Move on, Liz, this is how we're --
17        (Speaking simultaneously.)
18        MS. LACHMAN: I'm --
19        MS. RANAHAN: Is this how you want to go
20        four more hours is repeating the same question ten
21        times? Move on.
22        MS. LACHMAN: No, not moving on.
23        MS. RANAHAN: What does it matter? It's
24        privileged. It's done. You've seen the statement.
25        There's no --
```

| 2022-11-05 | Campbell, Moniece | Page 117 |
| --- | --- | --- |

```
 1        MS. LACHMAN: Ms. Ranahan --
 2        MS. RANAHAN: Move on.
 3        MS. LACHMAN: -- I'm talking about the
 4        communications that took place in April which are not
 5        privileged.
 6        Why am I not allowed to ask about those?
 7        MS. RANAHAN: She's already told you the
 8        substance of them and, like, the -- there's nothing
 9        there. She's given you the --
10        MS. LACHMAN: I -- Ms. Ranahan --
11        MS. RANAHAN: She's already answered it.
12        Move on. Asked and answered. Move on. Please move
13        on.
14        You are torturing everybody, I'm sorry.
15        Move on.
16        BY MS. LACHMAN:
```



| 2022-11-05 | Campbell, Moniece | Page 118 |
|---|---|---|

```
21    MS. RANAHAN: We're objecting --

23         BY MS. LACHMAN:
24   Q. But do you have --
25         MS. RANAHAN: Not only that we're objecting
```

| 2022-11-05 | Campbell, Moniece | Page 119 |
|---|---|---|

```
 1    to that, so just move on to the next subject.
 2         BY MS. LACHMAN:
 3   Q. Do you --
 4         MS. RANAHAN: She doesn't have that and
 5    we're not producing them anyway because you don't
 6    have -- your time for asking for documents is long
 7    gone.
 8         BY MS. LACHMAN:


13   Q. Why not?
14   A. Because I received something via U.S. mail
15    and I didn't need the emails.
16    Don't we all delete mail? Like I don't
17    have emails just piling up in my --
```

| 2022-11-05 | Campbell, Moniece | Page 120 |
|---|---|---|

```
 8         BY MS. LACHMAN:


13   Q. Okay.
14    And how many of them were there?
15   A. One.
16   Q. Just one email?
17   A. Just one email.
18   Q. Okay.
19    And you don't remember who it was with?
20   A. No.
21   Q. Okay.
22    So other than --
23         MS. RANAHAN: Liz, this is really -- now
24    you've just spent twenty minutes asking the same
25    thing.
```

| 2022-11-05 | Campbell, Moniece | Page 121 |
|---|---|---|

```
 1    Let's move on. Why don't you get to
 2    anything substantive that you have left so we can all
 3    get on with our day.
 4         BY MS. LACHMAN:
 5   Q. So other than the email communications with
 6    the lawyers who represent the counter-claimants, have
 7    you had any other written communications with them?
 8   A. No.
 9   Q. Well, you said that you got something by
10    U.S. mail; is that right?
11   A. That was the same thing I got via email.
12    The same documents that I got via email, was what I
13    got U.S. mail, that's what I said. I deleted the
14    email.
15   Q. Okay. And do you -- I'm sorry.
16   A. I deleted the email. I have the mail
17    somewhere. It was irrelevant to me after I signed it
18    and they told me they would reach out to me when it
19    comes time to do this and they did. That's it.
20   Q. And what do you remember getting by U.S.
21    mail?
22   A. My statement -- confirmation of my
23    statement.
24   Q. Okay. And you read it?
25   A. Yes.
```

| 2022-11-05 | Campbell, Moniece | Page 122 |
|---|---|---|

1  Q. It was a typed document?
2  A. Yes.
3  Q. Okay. And were there -- was there anything
4     that you asked that be changed in that typed
5     statement?
6  A. No, because everything that I stated was
7     accurate.
8  Q. Everything in the statement was accurate;
9     is that right?
10 A. Yes.
11 Q. Okay. So at no point did you make a change
12    to the statement that was prepared by the
13    counter-claimant's lawyers; is that right?
14 A. Yes. I don't -- I don't recall anything
15    like that.
16 Q. How about -- you got a confirmation
17    statement in an email that was later turned
18    into the document you got by U.S. mail.
19    My question was: Did you have any
20    communications with counter-claimant's lawyers
21    between the email and the document that you got by
22    U.S. mail?
23    MS. RANAHAN: This has been answered now
24    several times, Liz.
25    THE WITNESS: I don't understand what you

| 2022-11-05 | Campbell, Moniece | Page 123 |
|---|---|---|

1     are asking me.
2        BY MS. LACHMAN:
3  Q. Did you ever -- when you got -- when you
4     got a confirmatory email from counter-claimant's
5     lawyers, confirming the conversation that you had
6     with them, did you state to them at any point, no,
7     that needs to be changed or that's not what I said?
8     Did you make any --
9  A. No.
10    MS. RANAHAN: She answered that. Liz, is
11    this --
12    THE WITNESS: I didn't -- I didn't make any
13    changes to it.
14    I don't understand what you are getting at.
15    There's nothing that says I made any changes.
16    Do you see something there, because I don't
17    understand what you are getting at?
18    MS. RANAHAN: No, and we also answered in a
19    request that there was no drafts exchanged. There's
20    not changes.
21    You are clearly just trying to waste the
22    witness' time. A witness who bought products from
23    your client who is now being -- like drug out on this
24    deposition as long as possible. That was a waste of
25    twenty minutes. Please keep moving.

| 2022-11-05 | Campbell, Moniece | Page 124 |
|---|---|---|

1        BY MS. LACHMAN:
2  Q. Am I correct that -- so if you could please
3     open up the software, the Exhibit Share software.
4     I've marked some exhibits that I would like you to
5     look at them.
6  A. Okay.
7     THE WITNESS: Do you have that,
8     Ms. Ranahan? Are you going to pull that up on your
9     end and, like, share it with me or do I have to go
10    through my email?
11    MS. RANAHAN: So it's -- unfortunately it's
12    another link --
13    THE WITNESS: Okay.
14    MS. RANAHAN: -- that you have to go into.
15    I have to go into it separately too, so you may want
16    to get your iPad for this. Okay?
17    THE WITNESS: Okay. One second, I'm going
18    to go turn my camera off and go grab it. One second.
19    MS. RANAHAN: Okay.
20    THE VIDEOGRAPHER: Counsel, would you like
21    to go off the record?
22    MS. LACHMAN: Yes.
23    THE VIDEOGRAPHER: This marks the end of
24    Media No. 3. The time is 3:42 p.m. We're off the
25    record.

| 2022-11-05 | Campbell, Moniece | Page 125 |
|---|---|---|

1        (Brief interruption in proceedings.)
2     THE VIDEOGRAPHER: This marks the beginning
3     of Media No. 4. The time is 3:46 p.m. We're on
4     record.
5        BY MS. LACHMAN:
6  Q. Ms. Campbell, I've gone ahead and marked
7     two exhibits. I'm going to ask you about Exhibit
8     No. 1, which is the Amended Notice of Deposition of
9     Moniece Campbell.
10       (Plaintiff's Exhibit 1 was marked for
11       identification by the Certified Shorthand Reporter
12       and is attached hereto.)
13       BY MS. LACHMAN:
14 Q. Do you see that document?
15 A. Yes.
16 Q. Have you ever seen this document before?
17 A. No, I don't recall.
18 Q. Is it, no, or, no, you don't recall?
19 A. No, let me -- hold on. Hold on. Let me
20    see what I'm looking at here.
21    Now I have to go back.
22    MS. RANAHAN: It might look like your
23    declaration, but it's not, Moniece, so you may not --
24    this would have been something recent, like within
25    the last --

| 2022-11-05 | Campbell, Moniece | Page 126 |
|---|---|---|

1    THE WITNESS: Oh, yeah, I don't -- I don't
2    remember seeing this, because the only thing -- like
3    you said, the declaration.
4    MS. RANAHAN: They look similar. It has a
5    similar cover page and stuff which I know is probably
6    what you're thinking of.
7    THE WITNESS: I mean -- yeah, and that
8    would just be the same thing that I got in the mail,
9    correct?
10    MS. RANAHAN: The other document right and
11    it looks similar, yeah, it would have a similar cover
12    page as this does.
13    THE WITNESS: Yeah, this is not the same
14    thing.
15    MS. LACHMAN: Okay.
16    BY MS. LACHMAN:
17    Q. So you have not seen Exhibit No. 1 before;
18    correct?
19    A. Right.
20    Q. Okay. We can go to Exhibit No. 2 now.
21    (Plaintiff's Exhibit 2 was marked for
22    identification by the Certified Shorthand Reporter
23    and is attached hereto.)
24    THE WITNESS: Okay.
25    //

| 2022-11-05 | Campbell, Moniece | Page 127 |
|---|---|---|

1    BY MS. LACHMAN:
2    Q. Take your time and -- take your time and
3    scroll through this document. It's a subpoena for
4    documents and I'll -- I'll read the caption page.
5    It's an Amended Notice of Subpoena Duces Tecum to
6    Moniece Campbell.
7    Have you ever seen this document before?
8    Take your time to scroll through.
9    A. No.
10    Q. Okay.
11    A. From my understanding, I wasn't subpoenaed
12    like I don't know if that means that I would have had
13    to show up to court because I'm on the east coast, so
14    I don't know how this --
15    Q. So you were subpoenaed. Ms. Ranahan
16    accepted the subpoena on your behalf.
17    A. Okay.
18    Q. And we are able to do this deposition
19    remotely because you are on the east coast, but you
20    are under subpoena.
21    Did you understand that?
22    A. Yes, I understand that. But yeah, I have
23    never seen this before.
24    Q. Okay. Other than the declaration that
25    Ms. Ranahan's office sent to you that you signed and

| 2022-11-05 | Campbell, Moniece | Page 128 |
|---|---|---|

1    the email communications that you and I have spoken
2    about with -- that you had with counter-claimant's
3    lawyers.
4    Have you had any other communications with
5    counter-claimant's lawyers?
6    A. No.
7    Q. What about by text message?
8    A. No.
9    Q. You've never had any text communications
10    with Ms. Ranahan --
11    A. Correct.
12    Q. -- is that your testimony?
13    A. I've never had any -- correct, never had
14    any text messages with Ms. Ranahan, ever.
15    Q. Okay. What about any of Ms. Ranahan's
16    co-workers?
17    A. Nobody. This is -- like I said, it's been
18    dead air up until when I got confirmation that this
19    is happening.
20    I got confirmation that this is happening
21    via email for, like, the Zoom invite and stuff like
22    that. That's it. It's been dead air.
23    Q. What about to prepare for your deposition
24    today?
25    A. No.

| 2022-11-05 | Campbell, Moniece | Page 129 |
|---|---|---|

1    Q. Did you have any communications with
2    Ms. Ranahan?
3    A. No.
4    Q. Did you do anything to prepare for your
5    deposition today?
6    A. Like with myself, yes but...
7    Q. What did you do?
8    A. Just made sure I went over my statement and
9    was very clear on that so I can reiterate whatever I
10    said in my statement.
11    Q. And that was -- and when you say your
12    statement, you are referring to your written
13    declaration; correct?
14    A
15    Q. Have you ever spoken to anyone else on
16    Ms. Ranahan's legal team?
17    A. No.
18    Q. No other attorneys?
19    A. No.
20    Q. So is it fair to say that the only person
21    you've communicated at all with about this case is
22    Ms. Ranahan?
23    A. Correct.



| 2022-11-05 | Campbell, Moniece | Page 130 |
| --- | --- | --- |

8    Q. Okay.

9    MS. RANAHAN: And, Ms. Lachman, you're

10   asking privileged stuff again. I told you, like, we

11   represent her now and you continue to ask her about

12   our discussions. So I just would ask you not to do

13   that. I don't know why you continue to do it, but --

14   and I cannot believe you are still talking about the

15   initial discussions but go on.

16   MS. LACHMAN: Wait. I'm sorry, is it --

17   are you saying I can't ask whether she was instructed

18   to look for documents?

19   MS. RANAHAN: We've already told you that

20   we've objected to that, we've given the responses and

21   you are asking about our conversations. We represent

22   her for this depo.

23   So, yes, you should not be asking her about

24   our specific discussions. Yes, I think that's

25   inappropriate, but I don't want to have a long-winded

| 2022-11-05 | Campbell, Moniece | Page 131 |
| --- | --- | --- |

1    argument. I want to just move forward, please.

2    MS. LACHMAN: I just want --

3    MS. RANAHAN: I'm asking you not ask her

4    about our discussions anymore. I don't know how

5    that's even controversial. You should just say, of

6    course. Move on.

7    MS. LACHMAN: Well, it's not quite -- it's

8    not quite clear to me when you started representing

9    the witness.

10   MS. RANAHAN: In connection with this

11   deposition.

12   MS. LACHMAN: So yesterday?

13   MS. RANAHAN: Yeah, yesterday.

14   MS. LACHMAN: Okay.

15   MS. RANAHAN: And that's when we talked

16   about the documents so it's all privileged. So move

17   on.

18   MS. LACHMAN: Thank you.

19   BY MS. LACHMAN:

20   Q. Ms. Campbell, you mentioned that after some

21   time of purchasing the OMG dolls, you started to

22   question whether they -- whether they were actually

23   dolls of the OMG Girlz, but you kept buying them

24   anyway?

25   A. No, that's not what I said. After -- you

| 2022-11-05 | Campbell, Moniece | Page 132 |
| --- | --- | --- |

1    said OMG Girlz.

2    See, it's been dragging so much, you are

3    confusing me now.

4    Can you repeat the question?

5   Q. Sure.

6    Earlier today you said that at one point

7    you realized or you started to question whether the

8    OMG dolls were actually associated with the OMG

9    Girlz?

10   A. No, I never stated that I was questioned

11   that they were actually associated. I just -- I mean

12   -- or not the OMG dolls.

13   Once they produced LOL Surprise dolls, I

14   questioned whether OMG dolls LOL Surprise were

15   associated with OMG Girlz. Not just OMG LOL

16   Surprise, like, no.

17   The reason why I stop buying them is

18   because they produced LOL Surprise dolls, so I don't

19   know.

| 2022-11-05 | Campbell, Moniece | Page 133 |
| --- | --- | --- |

12   Q. Okay. I'm going to introduce another

13   exhibit. Sorry, it takes a minute to do this.

14   MS. RANAHAN: You have to click in and out

15   sometimes I think, right, like click back and go back

16   to see it.

17   THE VIDEOGRAPHER: I think there's a

18   refresh button.

19   THE WITNESS: Refresh. Okay.

20   MS. RANAHAN: Forward slash.

21   THE WITNESS: Okay. I'm looking at the

22   document.

23   MS. LACHMAN: Okay.



2022-11-05     Campbell, Moniece     Page 134

2022-11-05     Campbell, Moniece     Page 136

1    I mean, no, because it says I purchased over 40 LOL
2    Surprise OMG dolls. Over 40 and I said 60 -- between
3    60 and a hundred. But at that time over 40 would
4    still be the same thing.
5    So, no, nothing that I would want to
6    change.

2022-11-05     Campbell, Moniece     Page 135

15   Q.  Have you had a chance to be read it since
16     then?
17   A.  I mean right now I just read it, yes.
18   Q.  Okay. Well, did you read it yesterday?
19     You said that you read it yesterday in preparation
20     for today?
21   A.  Oh, well, yeah, that too but...
22   Q.  Okay.
23     Was there anything that you saw that you
24     would want to change?
25   A.  Not really because I remember I did say --

2022-11-05     Campbell, Moniece     Page 137

17     MS. RANAHAN: Objection; that's not what
18     that says, so that's misleading.
19     **THE WITNESS: No, that's not what I was**
20     **talking about. I literally was questioning the OMG**
21     **Girlz -- the OMG dolls, I mean.**
22     MS. LACHMAN: Okay.
23     BY MS. LACHMAN:
24   Q.  Can you -- can you --
25   A.  It specifically says, "After some years of

| 2022-11-05 | Campbell, Moniece | Page 138 |
| --- | --- | --- |

1  purchasing LOL Surprise OMG dolls." I only
2  questioned the OMG dolls. I've never questioned the
3  LOL Surprise dolls. I've always just wanted to know
4  if they were in connection in general.
5  Q. Okay.
6  And you said it -- and says, "I started to
7  question whether or not they were related to the OMG
8  dolls"; right?
9  A. Right.
10  Q. And why did you start to question? That's
11  what you.
12  A. Because --
13  Q. Is that what you explain had to me earlier
14  today?
15  A. Yeah, that's exactly what I explained to
16  you earlier today. I started to question, but I
17  continued to buy them because they were popular, the
18  OMG dolls.
19  I never stated in this that I stopped
20  buying them, like, until the LOL Surprise dolls came
21  out individually like without the OMG, they dropped
22  the OMG.
23  I never stated that here, but I just
24  thought that made sense to what I said and what I'm
25  stating today, so I don't understand what you are

| 2022-11-05 | Campbell, Moniece | Page 139 |
| --- | --- | --- |

1  getting at.
2  Q. That's okay. I'm not sure I asked a
3  question.
9  Q. Okay.
10  My question to you is: Why did you start
11  to question, what was it that made you start to
12  question whether the OMG dolls were related to the
13  OMG Girlz?
14  A. Everything I told you about them. If you
15  can see in paragraph four I said I thought the LOL
16  Surprise OMG were OMG Girlz because of the
17  similarities in their hairstyles, hair colors and
18  nicknames.
19  Yeah, so the fact that they -- I guess I
20  forgot to mention that, the fact that they nickpames
21  really stood out to me too, because the girls had
22  nicknames.
23  And I also added to my statements today
24  that it is their clothing and everything else that I
25  added, so yeah.

| 2022-11-05 | Campbell, Moniece | Page 140 |
| --- | --- | --- |

1  Q. So going back to paragraph three, that same
2  sentence that I read a couple of times, "I started to
3  question whether or not they were related to the OMG
4  Girlz."
5  Does that mean that after some years of
6  purchasing the OMG dolls, you started to believe that
7  they were associated with the OMG Girlz?
8  A. No.
9  Q. Or that you did not -- that you no longer
10  believed that they were associated with the OMG
11  Girlz?
12  A. I no longer --
13  MS. RANAHAN: Let's me just object. It
14  says, "started to questions." So now you're asking
15  for a definitive belief and it says, "started to
16  question" which is different than --
17  THE WITNESS: I still continued to buy
18  them, so I don't understand how it's relevant.
19  BY MS. LACHMAN:
20  Q. You still continued to buy them today;
21  correct?
22  A. Not today, no, I didn't say today.
23  Q. Okay. I'm sorry, what do you mean you
24  still continued to buy them?
25  A. After the fact when I started to question

| 2022-11-05 | Campbell, Moniece | Page 141 |
| --- | --- | --- |

1  it, I still continued to buy them until I saw the LOL
2  Surprise dolls individually.
3  It's not like I was in the store everyday
4  seeing the change. But when I did see the change
5  that's when I stopped buying them.
6  So when I meant until is until that moment.
7  Until that moment when I see the transition from the
8  OMG just to straight LOL.
9  Q. Okay. So the moment that you stopped
10  purchasing the LOL Surprise OMG dolis was when you
11  saw the LOL Surprise Mystery Balls?
12  A. And don't they have dolls, I mentioned that
13  earlier too the balls. They have other dolls --
14  Q. Okay.
15  A. -- that aren't OMG dolls.



| 2022-11-05 | Campbell, Moniece | Page 142 |
| --- | --- | --- |

10  Q. No, it's not, I'm sorry, and I feel like
11     we're going in circles, but we're going to get there.
12  A. Okay. I'm explain it to you again.
13  Q. When you said you stopped buying the LOL
14     Surprise LOL OMG dolls, you are talking about the --
15     the fashion dolls that come in the boxes that -- they
16     are like nine-inches tall; right? Not -- not --
17     you've never bought anything in a mystery ball; is
18     that right?
19  A. Right. But don't they have other stuff
20     other than mystery balls?
21  Q. Who's "they"?
22  A. At MGA and the LOL Surprise. Don't --
23     isn't there other stuff? There's a whole -- when you
24     go down that aisle, there's hundreds of things. So I
25     focused on the dolls and there's some things that

| 2022-11-05 | Campbell, Moniece | Page 143 |
| --- | --- | --- |

1     don't say "OMG" on it.  It just says, "LOL Surprise."
2     So there's like baby dolls.  There's balls.
3     There's -- I don't know, like, dollhouses.  There's
4     all that kind of stuff, too.
5     When I saw all that other stuff, I'm like,
6     okay, well, this isn't anything to do with "Tiny," so
7     it must be somebody else behind this.
8  Q. Why did you think -- why did you think this
9     has nothing to do with "T.I." and "Tiny"?
10  A. Because of the OMG name and -- yeah, the
11     OMG name.  The OMG name was taken off.
12  Q. Okay.
13  A. I felt like it was something that was
14     stolen at this point.
15  Q. The OMG name was taken off the OMG dolls,
16     is that what you are saying?
17  A. No.  The products.  The products.  The
18     other products.
19  Q. Okay.  The reason --
20  A. You work for the attorney, so you should
21     know exactly what I'm talking about.

| 2022-11-05 | Campbell, Moniece | Page 144 |
| --- | --- | --- |

| 2022-11-05 | Campbell, Moniece | Page 145 |
| --- | --- | --- |

7  Q. Okay.  That's what I want to talk about.
8  A. Okay.
9  Q. Why were you questioning -- what was it
10     that was causing to you question whether there was
11     actually any relationship between LOL Surprise OMG
12     dolls and the OMG Girlz?
13  A. I already told you, the name.  When I
14     started to realize that there were other products
15     with just LOL Surprise, then that's when I started to
16     question it, like, okay, well, there you go but this
17     didn't come.
18     I didn't even know -- I probably bought,
19     like, one doll after that, that's why I said I
20     continued to buy because you said to be honest,
21     that's what I did.  I continued -- I probably bought
22     one doll after that.
23     After that I said, okay, well I'm not going
24     to support this any longer.  There you go.  It
25     probably was like maybe a couple weeks.  A couple of

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 38 of 50   Page ID
#:30809
Case 2:20-cv-11548-JVS-AGR   Document 540-1   Filed 01/23/23   Page 40 of 52   Page ID
#:29184



| 2022-11-05 | Campbell, Moniece | Page 146 |
| --- | --- | --- |

1   weeks, went back to Wal-Mart, like, oh, okay, I see
2   they've got everything now. I'm not here for the
3   dolls anymore and neither am I here for the other
4   products, because I don't buy the other products
5   anyway, so I'm just going to stop purchasing all
6   together.
7   Does that make sense? Does that make it
8   clear?
9   Okay. Well, I don't understand how to
10   explain it to you, because now you are running me in
11   circles and it's really starting to get me upset,
12   because you -- you clearly don't understand what it's
13   saying here and what I'm saying.
14   Q. Well, I guess what I'm saying --
15   A. I don't know what else --
16   Q. Let me make it more clear. Earlier today
17   you said that when you realized that there were LOL
18   Surprise non-OMG products you stopped buying LOL
19   Surprise OMG dolls?
20   A. Right.

| 2022-11-05 | Campbell, Moniece | Page 147 |
| --- | --- | --- |

19   So I don't know what else to tell you
20   because that's exactly why I'm not going to answer
21   any of the questions. If you are going to keep
22   asking me the same question, I really don't want to
23   do this because it's just annoying for me.
24   Q. So I'm entitled to your best testimony and
25   I'm trying --

| 2022-11-05 | Campbell, Moniece | Page 148 |
| --- | --- | --- |

1   A. And I've given it to you.

| 2022-11-05 | Campbell, Moniece | Page 149 |
| --- | --- | --- |

16   Q. Okay. So, this says that you continued to
17   purchase them because your siblings and nieces liked
18   them.
19   So was it one more that you purchased or
20   more than one?
21   A. No, one more. I mean them as in the dolls
22   in general, like, one more that I purchased. I
23   purchased one more and I specifically told you which
24   one. The one with the half and half hair. She had
25   yellow and black hair or it was green and black,



| 2022-11-05 | Campbell, Moniece | Page 150 |
|---|---|---|

1  something whole hair.
2  MS. RANAHAN: Liz, if you show her the
3  photos -- I can show her some photos. That's what
4  I'm going to do with my one question.
5  THE WITNESS: Yeah, because at this point
6  it's --
7  MS. RANAHAN: It's your memory. You've
8  bought dozens of dolls.
9  THE WITNESS: Yeah, I don't play with
10  dolls. If I did, I would probably be able to show
11  you like -- if you show me some pictures, I'll point
12  them out right now.
13  MS. RANAHAN: I'm going to show you them
14  when Liz is done. Hopefully very soon.
15  THE WITNESS: Okay.
16  MS. LACHMAN: Okay.
17  BY MS. LACHMAN:

23  Q. And who did you buy it for?
24  A. My -- one of -- no, it wasn't my niece. It
25  wasn't my cousin. It was one of the neighbors

| 2022-11-05 | Campbell, Moniece | Page 151 |
|---|---|---|

1  because -- the older one, she had a birthday. There
2  you go. I bought it for her birthday.
3  Q. And is it your testimony that you would not
4  have bought any of the OMG dolls if you had known
5  from the beginning that --
6  A. Yeah.
7  Q. -- they had nothing to do with the OMG
8  Girlz?
9  A. Right, I would have never bought them. I
10  don't even buy Barbie dolls for my nieces because I
11  don't feel like they represent us, so no, I wouldn't
12  have bought them.

| 2022-11-05 | Campbell, Moniece | Page 152 |
|---|---|---|

| 2022-11-05 | Campbell, Moniece | Page 153 |
|---|---|---|

17  specific, like, culture -- like pop culture because
18  they -- they asked African American people how to
19  pop, want to take style, want to wear extensions, all
20  of that, so I felt like it was inclusive, so I felt
21  like it showed a different size. Other than, like,
22  Barbie with her dog and her baby, yes.

| 2022-11-05 | Campbell, Moniece | Page 154 |
|---|---|---|

(redacted)

| 2022-11-05 | Campbell, Moniece | Page 156 |
|---|---|---|

```
 1        do a five-minute break.
 2   A.   No.
 3        MS. RANAHAN: I think she's saying she's
 4        done. Moniece, I think she's saying she's done and
 5        then we'll do ours and then we'll be done.
 6        Is that what you are saying, Liz, I'm
 7        hoping?
 8        MS. LACHMAN: I'm going to look over my
 9        examination, Erin, and I'm going to look at what
10        documents I haven't shown the witness, and I'm going
11        to try to ask whatever questions I have left. And if
12        you ask questions, then as you know, I get to ask
13        questions.
14        MS. RANAHAN: I'm just going to show her
15        the photos and say which of these do you remember
16        purchasing and that's it. And that's going to be my
17        questions. I mean, it might be five minutes.
18        MS. LACHMAN: So let's come back --
19        MS. RANAHAN: I don't know why you would
20        have to follow up on that. I mean, that is -- but if
21        you need to, fine.
22        So we're basically looking at we should be
23        done by 2:00, 5:00 her time, hopefully.
24        THE WITNESS: This is my whole day. I have
25        a baby. I'm leaving.
```

| 2022-11-05 | Campbell, Moniece | Page 155 |
|---|---|---|

(redacted)

```
14   Q.   And you don't think --
15        MS. RANAHAN: Liz, you are repeating the
16        question. Move on.
17        MS. LACHMAN: My different question.
18        BY MS. LACHMAN:
```

(redacted)

```
24   Q.   Okay.
25        MS. LACHMAN: I'm going to -- if we could
```

| 2022-11-05 | Campbell, Moniece | Page 157 |
|---|---|---|

```
 1        MS. LACHMAN: Okay. So let's do this,
 2        let's not take a break.
 3        THE WITNESS: Yeah.
 4        MS. RANAHAN: Let's not. Okay.
 5        THE WITNESS: Okay.
 6        MS. RANAHAN: You need to -- and if you
 7        need to, like, nurse or pump or anything like that.
 8        THE WITNESS: No, I already did that in
 9        preparation.
10        MS. RANAHAN: Okay.
11        THE WITNESS: Thank you.
12        MS. RANAHAN: Okay. Cool. Thank you. I
13        know you are more patient than I am right now and I
14        appreciate it. We're almost done now.
15        THE WITNESS: Okay. I understand. Thank
16        you. I just have stuff to do.
17        MS. RANAHAN: I understand. We all do.
18        Everybody does, especially you.
19        MS. LACHMAN: Ms. Campbell, if you go ahead
20        and refresh that Exhibit Share you should have a
21        fourth document.
22        THE WITNESS: All right. One -- one
23        second.
24        BY MS. LACHMAN:
25   Q.   This is an exhibit that was marked in a
```

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 41 of 50   Page ID
Case 2:20-cv-11548-JVS-AGR   Document 540-2   Filed 01/23/23   Page 43 of 52   Page ID
#:29187
#:30812



| 2022-11-05 | Campbell, Moniece | Page 158 |
|---|---|---|

```
 1    different deposition.
 2  A. Is this the one with the dolls?  Is that
 3    what you see?
 4  Q. I'm showing you -- I'm sorry, was that
 5    question for me?
 6  A. Yes, I'm sorry.
 7    MS. RANAHAN: Yeah, the one with the doll.
 8    There's one doll.
 9    BY MS. LACHMAN:
10  Q. So the document that I'm asking you about
11    is -- in the lower left-hand corner there's a bright
12    yellow sticker and it says Exhibit No. 13.
13    Do you see that, on the very first page of
14    the document?
15    MS. RANAHAN: It's a doll.
16    THE WITNESS: Oh, yes.
17    MS. RANAHAN: It's a doll.
18    THE WITNESS: Yes, sorry.
```

| 2022-11-05 | Campbell, Moniece | Page 160 |
|---|---|---|

```
 8  Q. Okay.
 9  A. So this page --
10    MS. RANAHAN: I only see one page -- one
11    doll on all of these.
12    What are you --
13    THE WITNESS: Some of them have a baby at
14    the bottom.
15    MS. RANAHAN: Oh, I see.
16    MS. LACHMAN: Yeah, I'm only referring to
17    the -- okay.  So let me clarify that.
18    BY MS. LACHMAN:
```

| 2022-11-05 | Campbell, Moniece | Page 159 |
|---|---|---|

| 2022-11-05 | Campbell, Moniece | Page 161 |
|---|---|---|

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 42 of 50   Page ID
#:29813
Case 2:20-cv-11548-JVS-AGR   Document 558-13   Filed 01/23/23   Page 44 of 52   Page ID
#:29188



| 2022-11-05 | Campbell, Moniece | Page 162 |
|---|---|---|

6   MS. LACHMAN: Okay.

7   BY MS. LACHMAN:

8   Q. So you did not purchase the one on page

9   three?

10   MS. RANAHAN: Look on page fifteen.

11   THE WITNESS: One second.

12   MS. LACHMAN: Excuse me, wait, Ms. Ranahan,

13   can you please just let her go in order, that way it

14   will make sense?

15   MS. RANAHAN: Yeah, but it's -- she's

16   going -- it's fine, you can go in order, but we're

17   talking about -- she's looking for the mohawk one

18   that she's looking for.

19   MS. LACHMAN: So when we get there.  Yeah,

20   I just -- I don't want to -- if you skip around, I'll

21   assume that like you --

22   MS. RANAHAN: Okay.

23   MS. LACHMAN: That means she didn't

24   purchase the ones on 14 or 13, so if you go in order.

25   THE WITNESS: Okay.  The one on page seven

| 2022-11-05 | Campbell, Moniece | Page 163 |
|---|---|---|

1   I purchased.

2   MS. LACHMAN: Okay.

3   BY MS. LACHMAN:

17   MS. RANAHAN: And that was the one from

18   2019 that you -- and I'm doing this now so we don't

19   have to do questions at the end.  I don't think we

20   need to now.

21   MS. LACHMAN: So I'll do it for you, Erin,

22   since it's still my examination.

23   BY MS. LACHMAN:

| 2022-11-05 | Campbell, Moniece | Page 164 |
|---|---|---|

| 2022-11-05 | Campbell, Moniece | Page 165 |
|---|---|---|

24   Q. Okay.



**Page 166** — 2022-11-05 — Campbell, Moniece

21   with the group so -- but yeah, because she wore a
22   mohawk in the group too, and it just stood out to me
23   specifically because of that.
24  Q.  Okay.
25   Do you want to look at Exhibit No. 13 one

**Page 167** — 2022-11-05 — Campbell, Moniece

1   more time to see if there's anything else that you
2   recognize? Or what I can do is I want to make sure
3   that my list is correct, so I can read out the
4   numbers and we can just confirm it.
5   I have that you bought --
6   MS. RANAHAN: Let me, for the record, say
7   this is from her memory. She's trying to remember,
8   you know, dozens of dolls she purchased over the last
9   three years, so she's doing the best she can do.
10   But for you to say, like, I want to make
11   sure my list is correct and that's for sure the ones
12   she bought.
13   Also the packaging is different than
14   looking at these dolls, the way that you presented
15   them here, which is outside the packaging and
16   certain, you know, styles, so I just want to, for the
17   record, say she remembers purchasing certain dolls,
18   to the extent some of them were to, you know, 2019,
19   2020, 2021, that is, I think, you know, tough to
20   remember in this context and the way that you are
21   presenting them in these photos, outside of the
22   packaging.
23   BY MS. LACHMAN:

**Page 168** — 2022-11-05 — Campbell, Moniece

**Page 169** — 2022-11-05 — Campbell, Moniece

17   MS. RANAHAN: I think she said 21 and two;
18   right?
19   MS. LACHMAN: I don't -- I don't have 21
20   down.
21   MS. RANAHAN: Oh.
22   BY MS. LACHMAN:
23  Q.  Do you have 21 down?
24  A.  No, I didn't.
25   MS. RANAHAN: Sorry, I thought you said --

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 44 of 50   Page ID
#: 30815
Case 2:20-cv-11548-JVS-AGR   Document 540-15   Filed 01/23/23   Page 46 of 52   Page ID
#:29190

| 2022-11-05 | Campbell, Moniece | Page 170 |
|---|---|---|

```
 1      go ahead.
 2         MS. LACHMAN: Okay.
 3         BY MS. LACHMAN:
```

[redacted]

| 2022-11-05 | Campbell, Moniece | Page 171 |
|---|---|---|

[redacted]

```
 3    Q.  Okay.  So you could have purchased other
 4        dolls.  You just -- obviously, you didn't; right,
 5        because we haven't talked about 60 dolls so --
 6           MS. RANAHAN: Well, no, let me just object
 7        because she said she bought duplicates, so she
 8        combined 60 dolls.  It doesn't mean she bought 60
 9        individual looks.
10        She could have bought, you know, duplicates
11        of many of them, all of them or five or ten or
12        whatever it is.
13           MS. LACHMAN: Okay.  So let me ask it this
14        way --
15           MS. RANAHAN: So buying 60 dolls doesn't
16        mean 60 individual different dolls.
17           BY MS. LACHMAN:
18    Q.  Okay.  So let me ask it this way:  The
19        dolls that you did not call out, do you know that you
20        didn't purchase them or you are not sure whether you
21        purchased them?
22    A.  I'm not sure.
23    Q.  Okay.  And I want to talk about number 18.
24        This is -- this is one doll that you said it didn't
25        require mind you of the OMG girl, but it reminded you
```

| 2022-11-05 | Campbell, Moniece | Page 172 |
|---|---|---|

```
 1        of "Tiny"; is that right?
 2    A.  Yes.
 3    Q.  Is this the only doll that sort of falls
 4        into that category?
 5    A.  That reminded me of "Tiny"?
 6    Q.  Yes.
 7    A.  Yes.  This one specifically reminded me of
 8        "Tiny," yes.
 9    Q.  Okay.
10        And what was it about this doll that
11        reminded you of "Tiny" Harris?
12    A.  The hairstyle.  The outfit.  The
13        complexion.
14    Q.  What is her complexion?
15    A.  I mean she's not -- she's not like white.
16        I don't know.  She's just light skinned.
17    Q.  Okay.  Light skinned.
18        And the hairstyle?
19    A.  Yeah.
20    Q.  This is the hairstyle that "Tiny" Harris
21        wears or --
22    A.  She's had it before when she gets her hair
23        done, so she's had it before.  And the outfit and the
24        shoes, it's just like not specifically the outfit,
25        but like something that she'd wear, like style.
```

| 2022-11-05 | Campbell, Moniece | Page 173 |
|---|---|---|

```
 1        She's very fashion forward, so yes.
 2    Q.  Okay.  So the outfit you are not saying
 3        that it was something that "Tiny" did wear, but it's
 4        something that in your -- you would imagine her
 5        wearing?
 6    A.  Yes, because it's -- yes.  My phone is
 7        dying.  Great.
 8        Okay.  Let me put it on the charger.  I'm
 9        sorry, I have to put off the camera for a second to
10        get my charger.
11           MS. RANAHAN: How much more, Liz?  I
12        thought we were like wrapping up here.
13           MS. LACHMAN: So the only reason that I
14        just -- I want to make sure.  If you want, Erin, you
15        can ask your questions.  I just don't want to --
16           MS. RANAHAN: I'm going to show like a
17        quick thing just to get an explanation on one sort of
18        discrepancy that I just want cleared up -- or not
19        cleared up but just to show why there's a discrepancy
20        and then that's it.
21        I expect it to be like five minutes, so I
22        don't want to break.  I want her to be out of here as
23        soon as possible.  I'm just wondering -- I thought
24        you were going to take five more minutes and take a
25        look at your notes.  And now you have gone over all
```

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 45 of 50   Page ID
#:29816
Case 2:20-cv-11548-JVS-AGR   Document 540-16   Filed 01/23/23   Page 47 of 52   Page ID
#:29191

| 2022-11-05 | Campbell, Moniece | Page 174 |
|---|---|---|

1  the dolls.
2  MS. LACHMAN: Yeah, I didn't -- I didn't
3  take that break to look at my notes, so if you want
4  we can take a quick break, three minutes, I can just
5  look at my notes, make sure I don't have anything
6  else. Or I can -- you know.
7  MS. RANAHAN: Well, do you -- do you think
8  you are going to ask something after I -- do you want
9  me to just do my doll questions --
10  MS. LACHMAN: Go ahead.
11  MS. RANAHAN: Before you look at that? Let
12  me see if I can load this onto the thing. I just --
13  have just one.
14  She's gone over -- I wanted you on record
15  looking at dolls that you purchased. I just have one
16  discrepancy actually because I think -- you did go
17  back and forth on that and I think it was the perfect
18  explanation for it. I just want to make sure we have
19  this one aspect on record which is the two mohawk
20  dolls which you purchased both of.
21  So let me see if I can load. Can I load to
22  the Exhibit Share, even though I'm not the one taking
23  it? This is not for you, Moniece -- this is for --
24  we can go off -- I don't know if we want to go off
25  the record or just keep it going.

| 2022-11-05 | Campbell, Moniece | Page 175 |
|---|---|---|

1  How much time do you have left on your
2  tape, Jocelyn?
3  THE VIDEOGRAPHER: I'm good until 30 more
4  minutes.
5  MS. RANAHAN: Okay. So we should be done
6  then. Okay. So my question is can I load an exhibit
7  to this Exhibit Share.
8  THE COURT REPORTER: I don't believe so.
9  MS. RANAHAN: Okay. So let me try to
10  just -- let's see, but you think I can do a share
11  screen thing. Okay. Hold on.
12  THE VIDEOGRAPHER: This is the
13  videographer. I'm not familiar with Exhibit Share.
14  But the screen share you will be able to do.
15  MS. RANAHAN: I won't?
16  THE VIDEOGRAPHER: You will.
17  MS. RANAHAN: I will. Okay. Let me see if
18  I can do it that way, if I have it on my screen, you
19  are saying.
20  Okay. Let may try to screen share and see
21  if that works.
22  Can you guys see what I'm looking at right
23  now?
24  THE WITNESS: No.
25  THE VIDEOGRAPHER: No. There is a green

| 2022-11-05 | Campbell, Moniece | Page 176 |
|---|---|---|

1  button at the bottom if you expand.
2  MS. RANAHAN: Oh, I see. I see it says
3  share. Actually it's like lit up right now. Screen
4  share. Okay. So let me see if I push this and then
5  open up this document.
6  Okay. So now can you see my screen?
7  THE WITNESS: Yes.
8  MS. RANAHAN: Okay.
9
10  EXAMINATION
11  BY MS. RANAHAN:
12  Q. So let me just -- so this is -- these are
13  dolls. I'm going to just show you because I think --
14  you know -- you recall purchasing both mohawk dolls
15  thinking they looked like Zonnique; right?
16  A. Yes.

[redacted]

| 2022-11-05 | Campbell, Moniece | Page 177 |
|---|---|---|

[redacted]

10  Q. Okay.
11  A. So I -- like I said, it's been a lot of
12  dolls, it's been a long time.
13  So that's the doll I purchased in 2019.
14  But in 2020 I purchased the duplicates of the one
15  with the mohawk and the guitar.
16  Q. Okay.
17  A. So that's the one --
18  Q. Okay.
19  A. -- I initially purchased.
20  Q. That makes sense.
21  A. Yeah.
22  Q. That makes sense to me.
23  Okay. So then these are just dolls that
24  are still in the case. I think Liz has gone over the
25  ones and they are in a similar format.

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 46 of 50   Page ID
#:29817
Case 2:20-cv-11548-JVS-AGR   Document 548-17   Filed 01/23/23   Page 48 of 52   Page ID
#:29192

| 2022-11-05 | Campbell, Moniece | Page 178 |
| --- | --- | --- |

1   So that was my question was -- I thought
2   that's what you were -- were testifying to and I
3   think we've -- all of these were within the scope
4   unless you recognize any others. Let me just go
5   slowly and see if there's any others that weren't for
6   some reason in Liz's --
7   MS. LACHMAN: I'll object, Erin, mine had
8   all the dolls.
9   MS. RANAHAN: Your what? Yours had all the
10  dolls?
11  MS. LACHMAN: Every single doll, yeah.
12  MS. RANAHAN: Okay. I don't remember
13  seeing a couple of them, but maybe I just missed it.
14  It looks like -- yeah, because she went over all of
15  these.
16  BY MS. RANAHAN:
17  Q. Okay. So maybe it was -- even these last,
18  this one, these purple haired ones?
19  A. I don't remember seeing the purple haired
20  ones.
21  Q. I don't either. Those are the two that I
22  thought might not be in Liz's pack.
23  A. And the one with the pink hair under it, I
24  don't -- I didn't see that one either.
25  Q. Right.

| 2022-11-05 | Campbell, Moniece | Page 180 |
| --- | --- | --- |

1   A. No.
2   Q. It looks like they're in here. Let's see.
3   This one you purchased?
4   A. Right.
5   Q. Okay. I think that that's all for that. I
6   just wanted to get that out there because I -- I
7   actually -- these -- there were the two mohawk ones
8   that both resemble Zonnique and were actually in
9   that.
10  A. Yeah.
11  Q. Okay.
12  A. I purchased those two right there.
13  Q. Okay. Cool. And then here's another
14  screen. This is just the way that they were
15  released, so in case it jogs any other memory, but
16  this was the fall 2018 Lady Diva, right here.
17  A. Right.
18  Q. And this is one that looks like her album
19  cover a lot.
20  A. Right.
21  Q. Okay. That's all for me. Anything else,
22  Liz?
23  MS. LACHMAN: Let me just quickly flip
24  through the rest of my outline since I didn't get a
25  chance to do it on the break.

| 2022-11-05 | Campbell, Moniece | Page 179 |
| --- | --- | --- |

[redacted]

4   Q. Okay. So this doll, I'm just going to say
5   the name of it. Let's see, or the -- I'll give you
6   the SKU number. I don't even have the name, but it's
7   574217 and -- are you talking about this doll right
8   here?
9   A. No, I'm sorry, the one under it.
10  Q. This one right here?
11  A. No, sorry, the one under that one.
12  Q. Under it. This one?
13  A. Yes.
14  Q. Okay. Was this one in your travel --
15  MS. LACHMAN: It's page 65 of Exhibit
16  No. 13 that I showed her.
17  MS. RANAHAN: Okay.
18  THE WITNESS: Okay. Well, that's one that
19  I missed. I definitely purchased that one.
20  BY MS. RANAHAN:
21  Q. This one?
22  A. Yeah.
23  Q. Okay. So let me just see if there's any
24  others that -- any others that you don't think that
25  you identified that you might have purchased.

| 2022-11-05 | Campbell, Moniece | Page 181 |
| --- | --- | --- |

1   MS. RANAHAN: Okay.
2   BY MS. RANAHAN:
3   Q. Now, I'll just ask you, Moniece, just for
4   the record, anything else you wanted to say about
5   this or your experience or just, you know, why you
6   feel frustrated about having been, you know, mislead
7   into thinking this was a collaboration between the
8   OMG Girlz and MGA?
9   A. Yeah, I mean, like I stated before, I'm
10  just feeling like -- that the girls' likeness was --
11  it was stolen and, you know, "Tiny" and "T.I." and
12  the girls, as a brand, they didn't get what they
13  deserved. And that happens a lot with our community.
14  We start things and people take them and
15  profit off of them, so that's what made me really
16  frustrated and -- yeah, initially I thought I was
17  doing something by supporting them, but I was not
18  because these dolls were not made by "Tiny" and
19  "T.I." and the OMG Girlz.

[redacted]

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 47 of 50   Page ID
Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 49 of 52   Page ID
#:29193

| 2022-11-05 | Campbell, Moniece | Page 182 |
|---|---|---|



```
 8   Q. Thank you.
 9   A. You're welcome.
10      MS. LACHMAN: I have a few follow-ups.
11
12           FURTHER EXAMINATION
13      BY MS. LACHMAN:
14   Q. You said you purchased over 40 dolls,
15      probably between 60 and a hundred dolls.
16      How much money do you think you spent on
17      these dolls?
18   A. Those -- first of all, sorry, not to be
19      rude, but those dolls are expensive. Yeah, they are
20      expensive, so -- I don't know -- I can't -- how much
21      does a doll average, if I could ask that, because I
22      can't remember what I paid, like 40 -- 30, $40. So I
23      don't know.
24   Q. So hundreds of dollars, maybe even a
25      thousand dollars?
```

| 2022-11-05 | Campbell, Moniece | Page 183 |
|---|---|---|

```
 1   A. Yeah.
 2   Q. Is that a fair estimate, do you think?
 3   A. You are asking me -- wait, let me calculate
 4      here, because -- hold on. To be fair, hold on. I
 5      would just say maybe thousands because -- definitely
 6      not in the hundreds. Yeah.
 7      MS. RANAHAN: You did mention you bought
 8      other stuff besides the dolls. There was some
 9      accessory type of things.
10      THE WITNESS: Yeah.
11      BY MS. LACHMAN:
12   Q. Oh, did you -- did you mention that?
13      MS. RANAHAN: Yes, she did.
14      MS. LACHMAN: Okay.
15      BY MS. LACHMAN:
16   Q. I thought that you just purchased the
17      dolls.
18      What accessories do you remember
19      purchasing?
20   A. Like their little clothing and stuff,
21      that's about it.
22   Q. You separately purchased clothing?
23   A. Like, no -- don't they come, like, in packs
24      and stuff like that, of clothing, like separate?
25   Q. So, the OMG dolls come with clothes in
```

| 2022-11-05 | Campbell, Moniece | Page 184 |
|---|---|---|

```
 1      their box.
 2   A. Oh, okay. Well, then I guess I just
 3      purchased the box with the clothing.
 4      Like some dolls are individual. Don't some
 5      dolls come individual and some dolls come with
 6      clothes in their box? Or do they all comes with
 7      clothes?
 8   Q. They all have clothes in their box.
 9   A. Well, okay, I guess -- hey, I don't play
10      with dolls. I just bought what I bought, like, the
11      ones with the clothes. You know, how some dolls come
12      with their outfit and that's it. And some dolls come
13      with their outfit and more clothes. I don't know.
14   Q. So you think you bought, like, separate
15      clothes that did not have a doll with them.
16      Is at that what you think?
17   A. Yeah, I think so, if they're the clothes
18      that were fitting, you know, the dolls specifically.
19      If they sell that then I definitely bought
20      it, but if it wasn't here -- don't even worry about
21      it, because I definitely bought some extra clothes
22      and stuff.
23   Q. Okay. Well, I want to make sure. It's
24      important because --
25   A. No, I get that.
```

| 2022-11-05 | Campbell, Moniece | Page 185 |
|---|---|---|

```
 1   Q. Because if you are accusing someone of
 2      duping you, we want to make sure that what you think
 3      you were duped about is actually, you know, the thing
 4      that MGA sells.
 5   A. Oh, okay. Well, for the most part I was
 6      duped with what came with the doll, so that's what --
 7      I probably only bought like clothes and stuff for the
 8      dolls once or twice just thinking it came with the
 9      doll.
10      That was something totally different if it
11      wasn't -- if you guys don't sell that. It probably
12      was, it probably wasn't. It was a long time ago. I
13      don't remember.
14      But for the most part I bought the dolls
15      with the clothes in the boxes.
16   Q. Okay. The separate clothes that you
17      bought, did it have anything on the box that would
18      make you think it was LOL Surprise OMG outfit?
19   A. I don't remember. I just bought it because
20      it was a doll. It wasn't Barbie, so yeah.
21      LOL Surprises have it's own aisle. There's
22      like multiple dolls in the aisle.
23   Q. Right.
24   A. So I don't know. The clothes, it doesn't
25      matter because I only bought, like, two things. Two
```

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 48 of 50   Page ID
Case 2:20-cv-11548-JVS-AGR   Document 558-9   Filed 01/23/23   Page 50 of 52   Page ID
#:29194

| 2022-11-05 | Campbell, Moniece | Page 186 |
|---|---|---|

1     accessories, like two boxes of little clothing
2     accessories.
3     Q. Okay. So other than the two boxes of
4     clothing accessories, the only other thing that you
5     bought thinking it was LOL Surprise OMG were the
6     actual dolls themselves?
7     A. Right.
8     Q. Okay. So -- okay. So you spent thousands
9     -- thousands of dollars on the LOL Surprise OMG dolls
10     thinking that they were associated with the OMG
11     Girlz?
12     A. Yes.
13     Q. You thought that you were supporting the
14     OMG Girlz?
15     A. Correct.
16     Q. Even though the OMG Girlz had disbanded in
17     2015?
18     A. Yes, I still thought that they disbanded
19     and made dolls.
20     Q. Even though you didn't see any social media
21     posted by any of the OMG Girlz advertising, hey,
22     these are our dolls?
23     A. I wasn't on social media.
24     Q. Okay.
25     Even though you didn't see anything on

| 2022-11-05 | Campbell, Moniece | Page 187 |
|---|---|---|

1     television, advertising by the OMG Girlz or "T.I."
2     and "Tiny" saying go to Target, go to Wal-Mart, these
3     are our dolls?
4     A. Yeah, because I thought it was something
5     that was maybe sold to a third-party company that had
6     association with them, because if you sell something
7     to a third party company, your face is not going to
8     be a part of it.
9     You are just going to get the money behind
10     the scenes, so that's what I was thinking.
11     Q. Okay. But you didn't understand that they
12     were -- you didn't see any sort of advertising by
13     "T.I.," "Tiny" or the OMG Girlz saying, Hey, we sold
14     our likeness, go get these dolls because you will be
15     supporting us? You didn't see any --
16     A. No, because people don't do that. Some
17     people don't do that.
18     I don't -- I never heard -- I never heard
19     that.
20     Q. Okay.
21     And you -- and when you were spending
22     thousands of dollars, you didn't think to just
23     double-check to make sure that the thousands of
24     dollars were actually going to where you thought they
25     were going?

| 2022-11-05 | Campbell, Moniece | Page 188 |
|---|---|---|

1     A. They were going to where I thought they
2     were going as in my nieces being -- and my nieces and
3     my cousins and neighbors being happy they got a doll.
4     That's it. That's all I was worried about.
5     Q. So it didn't matter whether you were
6     supporting the OMG Girlz because really you just
7     wanted to give gifts to your family?
8     A. No, no, no, no, no. It did matter. I
9     wanted to represent -- I'm saying what mattered to me
10     the most is that, one, I was supporting -- let me go
11     over my answer because you are trying to twist it
12     around.
13     No, that I was supporting because, like I
14     told you before, I taught my nieces and cousins and
15     neighbors about the OMG Girlz when I bought them the
16     dolls. What was most important to me was that they
17     were happy.
18     So yes, I was happy that I was supporting,
19     but I was happy that they were happy.
20     Q. Okay. And you never went to go check to
21     make sure --
22     MS. RANAHAN: Liz, okay, this is just
23     repeating now the same question over and over and
24     over. She's answered this. Let's go. I mean, let's
25     be done with this, Liz.

| 2022-11-05 | Campbell, Moniece | Page 189 |
|---|---|---|

1     MS. LACHMAN: It's just a yes or a no.
2     BY MS. LACHMAN:
3     Q. You didn't check to make sure?
4     MS. RANAHAN: But you are out of questions.
5     BY MS. LACHMAN:
6     Q. You didn't check to make sure?
7     A. No, I didn't check to make sure.
8     Q. Okay. Those are all my questions for
9     today.
10     MS. RANAHAN: Thank you, Moniece, for all
11     your time. I don't have any other questions for you.
12     I appreciate your time and we'll be in touch.
13     THE WITNESS: All right. Do I just hang
14     up?
15     THE VIDEOGRAPHER: One second, Moniece.
16     Counsel --
17     MS. LACHMAN: Oh, wait, wait, wait, I'm
18     sorry. I just have one -- I just have one more
19     question related to the exhibit.
20     BY MS. LACHMAN:
21     Q. On your declaration your name is spelled
22     M-o-n-i-s-e.
23     A. Yeah, the correct spelling, do you need
24     that?
25     Q. That is not the correct spelling?

Case 2:20-cv-11548-JVS-AGR   Document 558   Filed 01/23/23   Page 49 of 50   Page ID
Case 2:20-cv-11548-JVS-AGR   Document 562-20   Filed 01/23/23   Page 51 of 52   Page ID
#:29195

| 2022-11-05 | Campbell, Moniece | Page 190 |
| --- | --- | --- |

1    A.  No.

2    Q.  Have you ever gone by Monise, M-o-n-i-s-e?

3    A.  Yes.

4    Q.  You have?

5    A.  Yes.

6    Q.  Where have you gone by that name?

7    A.  School. Work. It's just -- it's an error

8        on my Social Security card and birth certificate that

9        I'm in the process of getting fixed, but yes.

10   Q.  Okay.

11   A.  The legal spelling of my first name is -- I

12       can spell it to you if you need it.

13   Q.  No, you spelled it earlier.  I just wanted

14       to make sure that I had it right.

15   A.  All right.

16       THE VIDEOGRAPHER: One second,

17       Ms. Campbell.

18       Ms. Lachman, would you like your video

19       ordered standard or expedited?  Standard is ten

20       business days.

21       MS. LACHMAN: Let me check with -- I

22       think -- let me check with the person who actually

23       knows what I need and then I will email you.

24       THE VIDEOGRAPHER: Okay. Please contact

25       Veritext. Do you want me to put no video order at

| 2022-11-05 | Campbell, Moniece | Page 191 |
| --- | --- | --- |

1        the moment?

2        MS. LACHMAN: Yeah, just put no video and

3        then we'll let you know, because I know we're on the

4        verge of trial, so maybe we may -- we may need it

5        expedited, but I don't know, so I'll ask the person.

6        THE VIDEOGRAPHER: Okay.

7        MS. RANAHAN: Can we let the witness go?

8        THE VIDEOGRAPHER: Before that could I get

9        your video order? Would you like one?

10       MS. RANAHAN: Yes, we would like one.

11       THE COURT REPORTER: Would you like that

12       standard or expedited for video?

13       MS. RANAHAN: Just standard.

14       THE VIDEOGRAPHER: Standard. Would you

15       like that synced with transcript?

16       MS. RANAHAN: Yes.

17       THE COURT REPORTER: Synced. Okay. Please

18       stand by.

19       We're off the record at 4:54 p.m. and this

20       concludes today's testimony given by Moniece

21       Campbell.

22       The total number of media unit was four and

23       will be retained by Volkswagen.

24           THE COURT REPORTER: Ms. Ranahan, I assume

25       you want a transcript as well.

| 2022-11-05 | Campbell, Moniece | Page 192 |
| --- | --- | --- |

1            MS. RANAHAN: Sure. Yes, please.

2            (Deposition ended at 4:54 p.m.)

3        ///

4        ///

5        ///

| 2022-11-05 | Campbell, Moniece | Page 193 |
| --- | --- | --- |

1            PENALTY OF PERJURY CERTIFICATE

2

3

4

5            I, MONIECE IRMONI CAMPBELL, do solemnly

6        declare under penalty of perjury, under the laws of

7        the State of California, that the foregoing is my

8        deposition under oath; that these are the questions

9        asked of me and my answers thereto; that I have read

10       same and have made the necessary corrections,

11       additions, or changes to my answers that I deem

12       necessary.

13

14           EXECUTED this _____ day of _____,

15       2022, at _____, California.

16

17

18

19           _____

20           MONIECE IRMONI CAMPBELL

21

22

23

24

25

Case 2:20-cv-11548-JVS-AGR  Document 558  Filed 01/23/23  Page 50 of 50  Page ID
Case 2:20-cv-11548-JVS-AGR  Document 540-1  Filed 01/23/23  Page 52 of 52  Page ID
#:29196

| 2022-11-05 | Campbell, Moniece | Page 194 |
|---|---|---|

```
 1      STATE OF CALIFORNIA   )
 2                           )  SS.
 3      COUNTY OF LOS ANGELES  )
 4           I, Lynda L. Fenn, Certified Shorthand
 5      Reporter No. 12566 for the State of California, do
 6      hereby certify:
 7           That prior to being examined, the witness named
 8      in the foregoing deposition was duly sworn to testify
 9      the truth, the whole truth, and nothing but the
10      truth;
11           That said deposition was taken down by me in
12      shorthand at the time and place therein named and
13      thereafter reduced by me to typewritten form and that
14      the same is a true, correct, and complete transcript
15      of said proceedings.
16           Before completion of the deposition, review of
17      the transcript [ X ] was [ ] was not requested.  If
18      requested, any changes made by the deponent (and
19      provided to the reporter) during the period allowed
20      are appended hereto.
21           I further certify that I am not interested in
22      the outcome of the action.
23           Witness my hand this 20th day of November, 2022.
24      <%20287,Signature%>
25                Lynda L. Fenn, CSR, RPR
```

| 2022-11-05 | Campbell, Moniece | Page 195 |
|---|---|---|

```
 1      ERIN R. RANAHAN, ESQ.
 2      eranahan@winston.com
 3                        November 20, 2022
 4      RE: MGA ENTERTAINMENT, INC. VS. CLIFFORD Ã"T.I.Ã" HARRIS
 5      NOVEMBER 5, 2022, MONIECE IRMONI CAMPBELL, JOB NO.
        5544640
 6      The above-referenced transcript has been
 7      completed by Veritext Legal Solutions and
 8      review of the transcript is being handled as follows:
 9      __ Per CA State Code (CCP 2025.520 (a)-(e)) Ã– Contact Veritext
10      to schedule a time to review the original transcript at
11      a Veritext office.
12      __ Per CA State Code (CCP 2025.520 (a)-(e)) Ã– Locked .PDF
13      Transcript - The witness should review the transcript and
14      make any necessary corrections on the errata pages included
15      below, noting the page and line number of the corrections.
16      The witness should then sign and date the errata and penalty
17      of perjury pages and return the completed pages to all
18      appearing counsel within the period of time determined at
19      the deposition or provided by the Code of Civil Procedure.
20      __ Waiving the CA Code of Civil Procedure per Stipulation of
21      Counsel - Original transcript to be released for signature
22      as determined at the deposition.
23      __ Signature Waived Ã– Reading & Signature was waived at the
24      time of the deposition.
25
```

| 2022-11-05 | Campbell, Moniece | Page 196 |
|---|---|---|

```
 1      _X_Federal R&S Requested (FRCP 30(e)(1)(B)) Ã– Locked .PDF
 2      Transcript - The witness should review the transcript and
 3      make any necessary corrections on the errata pages included
 4      below, noting the page and line number of the corrections.
 5      The witness should then sign and date the errata and penalty
 6      of perjury pages and return the completed pages to all
 7      appearing counsel within the period of time determined at
 8      the deposition or provided by the Federal Rules.
 9      __ Federal R&S Not Requested - Reading & Signature was not
10      requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| 2022-11-05 | Campbell, Moniece | Page 197 |
|---|---|---|

```
 1      RE: MGA ENTERTAINMENT, INC. VS. CLIFFORD Ã"T.I.Ã" HARRIS
 2      MONIECE IRMONI CAMPBELL, JOB NO. 5544640
 3            E R R A T A  S H E E T
 4      PAGE_____ LINE_____ CHANGE_____
 5      _____
 6      REASON_____
 7      PAGE_____ LINE_____ CHANGE_____
 8      _____
 9      REASON_____
10      PAGE_____ LINE_____ CHANGE_____
11      _____
12      REASON_____
13      PAGE_____ LINE_____ CHANGE_____
14      _____
15      REASON_____
16      PAGE_____ LINE_____ CHANGE_____
17      _____
18      REASON_____
19      PAGE_____ LINE_____ CHANGE_____
20      _____
21      REASON_____
22
23      _____     _____
24      WITNESS              Date
25
```