| | |
|---|---|
| David C. Scheper (SBN: 120174)<br>DScheper@winston.com<br>Erin R. Ranahan (SBN: 235286)<br>eranahan@winston.com<br>Jiepu (Bobby) Li (SBN: 342224)<br>BLi@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone:  (213) 615-1700<br><br>Cesie C. Alvarez (*pro hac vice*)<br>calvarez@winston.com<br>WINSTON & STRAWN LLP<br>101 California St.<br>San Francisco, CA 94111<br>Telephone:  (415) 591-1000 | Chante B. Westmoreland (*pro hac vice*)<br>cwestmoreland@sheppardmullin.com<br>Sheppard Mullin Richter Hampton LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002<br>Telephone: 713-431-7100 |

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and *Counter-Claimants* GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>    Cross-Complainants,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>    Counter-Defendants. | **Case No.  2:20-cv-11548-JVS-AGR**<br><br>**OFFER OF PROOF REGARDING CHELSEA GREEN**<br><br><br><br><br>Complaint Filed: December 20, 2020<br>Judge: Hon. James V. Selna |

      Defendants and Counter-claimants ("The Grand Parties") respectfully submit this offer of proof regarding the live testimony of MGA employee Chelsea Green. The Grand Parties seek to briefly call Chelsea Green as a live witness to offer testimony regarding the design process for OMG Dolls, MGA's policies and procedures regarding intellectual property, marketing strategies to consumers, and design document preservation consistent with the scope of her deposition.

      Chelsea Green is the Senior Global Director of Creative and Brand for MGA. She was deposed in this case on May 26, 2022. During that deposition, she testified that she took over the role of overseeing the design team for the OMG line of dolls at issue in this case after former lead designer Blanche Consorti left MGA in 2021. Ms. Green was also a participant on a 2019 email thread from MGA evidencing internal confusion within MGA's employees between the OMG Dolls and the OMG Girlz.

      Ms. Green was inadvertently omitted from the witness list but was timely subpoenaed for trial on January 13, 2023. In addition, Ms. Green was designated as a witness 48 hours in advance to testify on January 25, 2023, pursuant to the parties' agreement. Thus, there would be no prejudice from allowing her to testify given that she is an MGA witness that has been subpoenaed and has already been deposed.

      For the reasons described above, the Grand Parties respectfully request that the Court allow the Grand Parties to briefly call MGA employee Chelsea Green as a live witness.

Dated: January 24, 2023        WINSTON & STRAWN LLP

By: */s/ Erin Ranahan*
Erin R. Ranahan

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC