| 2022-03-18 | Robinson, Christina | Page 2 |
|---|---|---|

```
 1        UNITED STATES DISTRICT COURT
 2        CENTRAL DISTRICT OF CALIFORNIA
 3
 4    MGA ENTERTAINMENT, INC.,   )
 5    a California corporation,  )
 6        Plaintiff,    ) vs.      )Case No. 2:20-cv-
 7    CLIFFORD "T.I." HARRIS, an  )11548-JVS-AGR
 8    individual; TAMEKA "TINY"  ) HARRIS, an individual;  )
 9    OMG GIRLZ LLC, a Delaware  ) limited liability company;  )
10    and DOES 1-10, inclusive,  )
11        Defendants.    ))
12    GRAND HUSTLE, LLC, PRETTY  )
13    HUSTLE, LLC, and OMG GIRLZ )
14    LLC,
15        Cross-Complainants,  ) vs.     )
16    MGA ENTERTAINMENT, INC.,   )
17    ISAAC LARIAN, and DOES 1-10, )
18    inclusive,        )
19        Counter-Defendants. )
                            )
20        *** CONFIDENTIAL ***
21    Remote Video Deposition of CHRISTINA ROBINSON,
22    taken remotely via Zoom Conference Video,
23    commencing at 11:43 a.m. Eastern Daylight Time,
24    Friday, March 18, 2022, before Renee Harris,
25    CSR No. 14168, Registered Professional Reporter.
```

| 2022-03-18 | Robinson, Christina | Page 3 |
|---|---|---|

```
 1    APPEARANCES OF COUNSEL:
 2    For Plaintiff and Counter-Defendants MGA
 3    ENTERTAINMENT INC., and ISAAC LARIAN:
 4        UMBERG ZIPSER LLP BY: MARK A. FINKELSTEIN, ESQ.
 5        1920 Main Street, Suite 750 Irvine, California 92614
 6        (310) 203-8080 mfinkelstein@umbergzipser.com
 7        -and- MGA ENTERTAINMENT, INC
 8        BY: LAURENCE CHENG, ESQ. 9220 Winnetka Avenue
 9        Chatsworth, California 91311 laurence.cheng@mgae.com
10
11    For Defendants Defendants CLIFFORD "T.I." HARRIS, TAMEKA
      "TINY" HARRIS, OMG GIRLZ LLC, and
12    Counter-Claimants GRAND HUSTLE, Pretty Hustle, LLC and OMG
      GIRLZ LLC:
13        WINSTON & STRAWN LLP
14        BY: ERIN R. RANAHAN, ESQ.
15        333 S. Grand Avenue
16        Los Angeles, California 90071-1543 (213) 615-1700
17        eranahan@winston.com -and-
18        BY: CHANTE B. WESTMORELAND, ESQ.
19        800 Capitol St., Suite 2400
20        Houston, Texas 77002 (713) 651-2794
21        cwestmoreland@winston.com (213) 615-1700
22        eranahan@winston.com
23
24    Also Present:
25        Kimberlee Decker, Videographer
```

| 2022-03-18 | Robinson, Christina | Page 4 |
|---|---|---|

```
 1            INDEX
 2    EXAMINATION BY:        PAGE
 3    MR. FINKELSTEIN
 4
 5
 6
 7
 8
 9
10
11        EXHIBITS
12    EXHIBIT NO.   DESCRIPTION        PAGE
13
14    Exhibit 1  Amended Response to Deposition Notice  42
15    Exhibit 2  Responses to Isaac Larian's First Set  61
16        of Interrogatories
17    Exhibit 3  Answer to Third Amended Counterclaims  103
18    Exhibit 4  Catalog of OMG dolls (with doll names)  114
19    Exhibit 5  Grand Parties Supplemental Responses  126
20        to Isaac Larian's 1st Set of
21        Interrogatories 6, 15, & 16
22    Exhibit 6  Grand Parties Amended Resp to MGA  197
23        Special Interrogatories Set One
24    Exhibit 7  OMG_GIRLZ0204        207
25    Exhibit 8  OMG_GIRLZ0394        210
```

FILED
CLERK, U.S. DISTRICT COURT
1/24/23
CENTRAL DISTRICT OF CALIFORNIA
BY: eva   DEPUTY

| 2022-03-18 | Robinson, Christina | Page 5 |
|---|---|---|

```
 1        EXHIBITS (continued)
 2    EXHIBIT NO.   DESCRIPTION        PAGE
 3
 4    Exhibit 9   OMG_GIRLZ0480        211
 5    Exhibit 10  OMG_GIRLZ0007        218
 6    Exhibit 11  OMG_GIRLZ0004        223
 7
 8
 9    Reviewed 1-24-23
10
11    O/R = overrule
12
13
14    S = sustained.
15
16
17    All objections overrule
18
19
20    unless indicated
21
22
23    other wise
24
25
```

| 2022-03-18 | Robinson, Christina | Page 6 |
|---|---|---|

1  THE VIDEOGRAPHER: Good morning. We are
2  on the record at 11:43 a.m. on March 18th of
3  2022.
4  All participants are attending remotely.
5  Audio and video recording will continue to
6  take place unless all parties agree to go off
7  the record.
8  This is Media Unit 1 of the recorded
9  deposition of Christina Robinson taken by
10  counsel for the plaintiff, counterclaim
11  defendants in the matter of MGA
12  Entertainment, Inc., vs. Clifford
13  T.I. Harris, et al., filed in the U.S.
14  District Court in the Central District of
15  California, case number 2:20-CV-11548.
16  My name is Kimberlee Decker from Veritext
17  Legal Solutions, and I am the videographer.
18  The court reporter is RenÃ©e Harris.
19  I am not related to any party in this
20  action nor am I financially interested in the
21  outcome.
22  Counsel and all present will now state
23  their appearances and affiliations for the
24  record. If there are any objections to
25  proceeding, please state them at the time of

| 2022-03-18 | Robinson, Christina | Page 7 |
|---|---|---|

1  your appearance, beginning with the noticing
2  attorney.
3  MR. FINKELSTEIN: Good morning. This is
4  Mark Finkelstein with the law firm Umberg
5  Zipser, and I represent the Plaintiff MGA
6  Entertainment and Counter-Defendants MGA
7  Entertainment and Isaac Larian.
8  THE WITNESS: Good morning. I'm
9  Christina Robinson. I'm a witness for
10  Pretty Hustle.
11  MS. RANAHAN: Good morning. Erin
12  Ranahan, I'm here representing the
13  Counter-Claimants and Defendants in this
14  action, Pretty Hustle, Grand Hustle and OMG
15  Girlz, and also here representing the witness
16  today, Christina Robinson.
17  THE VIDEOGRAPHER: We also have present
18  Laurence Cheng and Chante Westmoreland.
19  Will the court reporter please swear in
20  the witness.
21  MS. RANAHAN: I think actually Chante
22  dropped. Just for the record, Chante's
23  dropped.
24  THE VIDEOGRAPHER: Her name -- she looks
25  like she's still here.

| 2022-03-18 | Robinson, Christina | Page 8 |
|---|---|---|

1  MS. RANAHAN: Oh, she is? Okay. Never
2  mind.
3  --oOo--
4
5  APPEARING VIRTUALLY FROM MCDONOUGH, GEORGIA;
6  FRIDAY, MARCH 18, 2022; 11:43 A.M.
7
8      CHRISTINA ROBINSON,
9  called as a witness and having been first duly
10  sworn by the Certified Shorthand Reporter, was
11  examined and testified as follows:
12
13
14      EXAMINATION
15
16  BY MR. FINKELSTEIN:
17  Q. Good morning.
18  A. Good morning.
19  Q. Can you please state and spell your name
20  for the record.
21  A. My name is Christina Robinson,
22  C-h-r-i-s-t-i-n-a, Robinson, R-o-b-i-n-s-o-n.
23  Q. Good morning, Ms. Robinson. And you are
24  physically located in Georgia; is that correct?
25  A. Yes.

| 2022-03-18 | Robinson, Christina | Page 9 |
|---|---|---|

1  Q. What city in Georgia?
2  A. I am in McDonough, Georgia.
3  M-c-D-o-n-o-u-g-h.
4  Q. Have you ever had your deposition taken
5  before?
6  A. No.
7  Q. Have you ever testified in -- in court
8  before?
9  A. Yes.
10  Q. -- to your knowledge? You have.
11  And in what capacity did you testify in
12  court before?
13  A. For witnesses. As a witness.
14  Q. In what kind of a case was that?
15  A. Divorce. And I was a part of a -- I
16  think it was a -- what would I say, it was
17  corporate.
18  Q. Tell me about the corporate case. What
19  was that involving?
20  A. It was -- it had something to do -- it
21  was so long ago. It had something to do with
22  the -- you know, I don't think -- I don't think I
23  would consider it corporate. It was, like,
24  someone was -- it was like I would consider it a
25  car accident, but it had something to do with an

| 2022-03-18 | Robinson, Christina | Page 10 |
| --- | --- | --- |

1     entertainer.

2   Q. A car accident and something to do with

3     what?

4   A. An entertainer. It was -- it was kind of

5     like a compilation thing. She was hit by a car

6     but she was suing because -- she was suing because

7     it had something to do with her career.

8   Q. And who was the entertainer?

9   A. Who was it? Kandi.

10   Q. I'm sorry, Kandi?

11   A. Kandi Burruss.

12   Q. Can you spell that?

13   A. K-a-n-d-i, B-u-r-r-u-s-s, and I think it

14     was like 20 years ago or something like that.

15   Q. Okay. So let me just go through -- I'm

16     sure you've had an opportunity to speak with your

17     counsel, but I want to go through a few sort of

18     ground rules of the deposition.

19   A. Okay.

20   Q. The first and probably most important

21     thing is that you've sworn to tell the truth under

22     penalty of perjury.

23     Do you understand that?

24   A. Yes.

25   Q. And you understand that even though this

| 2022-03-18 | Robinson, Christina | Page 11 |
| --- | --- | --- |

1     is an informal proceeding where it looks like

2     you're in your home and we are all doing this via

3     Zoom, that the oath you gave has the same force

4     and effect as if we were in a courtroom in front

5     of a judge and a jury.

6     Do you understand that?

7   A. Yes.

8   Q. To the extent that you change your

9     testimony or say something that's inconsistent

10     with what you say today, I can comment upon that

11     at the time of trial and it might affect your

12     credibility.

13     Do you understand that?

14   A. Yes.

15   Q. So it's in your best interest to give

16     your most complete and accurate testimony here

17     today.

18     Do you understand that?

19   A. Yes.

20   Q. Okay. Is there any reason why you can't

21     give your best and most complete accurate -- and

22     accurate testimony today?

23   A. To the best of my knowledge and what I

24     know, yes, I can do that today.

25   Q. You're feeling fine?

| 2022-03-18 | Robinson, Christina | Page 12 |
| --- | --- | --- |

1   A. Yes.

2   Q. You're not under the influence of any

3     drugs or alcohol or medication that would affect

4     your ability to testify or recall, are you?

5   A. No.

6   Q. We have a court reporter here who is

7     taking down everything that's being said. And

8     because of that, there's a few sort of ground

9     rules I'd like us to follow.

10     One is if we can please only have one

11     person speak at a time. That's because it's

12     difficult for her it take down two people speaking

13     at once. Okay?

14   A. Yes.

15   Q. So if you would please wait till I finish

16     my question before you answer, and I will do my

17     best to make sure you've finished your answer

18     before I ask my next question. Okay?

19   A. Okay.

20   Q. Your counsel may interpose objections,

21     but unless she instructs you not to answer, just

22     go ahead and -- and give me your answer. Okay?

23   A. Yes.

24   Q. I'm not here to try to trick you in any

25     way. I'm going to try to ask clear questions.

| 2022-03-18 | Robinson, Christina | Page 13 |
| --- | --- | --- |

1     But if you don't understand a question I ask, will

2     you tell me that?

3   A. Yes.

4   Q. So if you answer a question I ask, I'm

5     going to assume that you understood the question.

6     Is that fair?

7   A. Yes. I mean, you're going to assume that

8     I understood the question but that still could be

9     some things that I may answer thinking that I

10     understood and it could be different.

11     But I'm going to answer what I

12     understand, and you could ask the question in a

13     way and I could misinterpret it.

14     But I would give you a best answer that I

15     know.

16   Q. Right. And if you don't understand a

17     question, if you have some confusion, you'll let

18     me know; right?

19   A. If there's some confusion, yes.

20   Q. Now, are you -- are you there by

21     yourself?

22   A. Yes.

23   Q. Okay. You're in your home?

24   A. Yes.

25   Q. In front of you, you've got a computer

**Page 14** — 2022-03-18 — Robinson, Christina

```
1     for the Zoom; correct?
2  A. Yes.
3  Q. Do you have any other electronic devices
4     in front of you?
5  A. My phone is on the side of me.
6  Q. Is it -- are you looking at your phone?
7  A. No. I'm looking at you.
8  Q. Can you please -- but I'm saying, could
9     you see the screen of your phone?
10 A. I could, yes.
11 Q. Could you please turn your phone over so
12    you're not looking at your phone so you can't
13    communicate?
14 A. Okay.
15 Q. Okay. So it's important that because we
16    are in this remote setting, it's important that --
17    that we make sure that this is being done and
18    there's no outside communications --
19 A. Okay.
20 Q. -- that you're giving your answers and
21    nobody else's. Okay?
22 A. Okay.
23 Q. I want to talk about your background,
24    please, Ms. Robinson.
25    First of all, where do you currently
```

**Page 15** — 2022-03-18 — Robinson, Christina

```
1     work?
2  A. I work for the Georgia Department of
3     Revenue for the State of Georgia.
4  Q. And what do you do for the Georgia
5     Department of Revenue?
6  A. I process unemployment claims. And we do
7     multiple things -- I guess it would be the same
8     thing. I process unemployment claims.
9  Q. How long have you worked for the Georgia
10    Department of Revenue?
11 A. Prior to this, I worked there almost two
12    years.
13 Q. Is it a full-time job?
14 A. Yes, it is.
15 Q. And where did you work before the Georgia
16    Department of Revenue?
17 A. Well, I was actually self-employed, and I
18    was really a homemaker. I have four children, and
19    my youngest daughter recently moved to L.A. and
20    that's when I decided to go back to work and go to
21    school.
22 Q. When you said you were self-employed
23    before working for the Georgia Department of
24    Revenue, what were you self-employed doing?
25 A. Well, I did various things, because I
```

**Page 16** — 2022-03-18 — Robinson, Christina

```
1     sew, I make and design clothes, I can do hair, I
2     interior decorate. I know how to negotiate
3     contracts. I did some management for Tiny's
4     group, Xscape, and we would go out on the road and
5     travel and do various things. They were --
6  Q. Was -- I'm sorry.
7  A. They were an entertainment group called
8     Xscape. And I worked with Tamar Braxton in the
9     music industry. I did work for Kandi Burruss
10    outside of Xscape, and I did work for Tiny outside
11    of Xscape.
12 Q. When you say "Tiny," are you talking
13    about Tiny Harris?
14 A. Yes.
15 Q. Is she also called Tameka?
16 A. Yes.
17 Q. Did you attend college?
18 A. I'm in college now.
19 Q. What college are you at?
20 A. I go to -- I can't remember the
21    college -- I'm in paralegal college right now.
22 Q. Do you remember any --
23 A. I was -- I could look it up if you want
24    me to.
25 Q. That's okay. So you're currently getting
```

**Page 17** — 2022-03-18 — Robinson, Christina

```
1     your paralegal certificate?
2  A. Well, no. I was going to get a
3     bachelor's.
4  Q. Okay. Prior to your current -- well,
5     when did you start going to the college that
6     you're in currently?
7  A. It's been over a year also.
8  Q. Prior to that, did you attend any
9     colleges?
10 A. I went to Savannah Tech. And being in
11    the military, we can take various courses. I
12    was --
13 Q. Where did -- when did you go to Savannah
14    Tech?
15 A. I really don't know -- I really don't
16    know the year. But it was years ago when we were
17    stationed Savannah. My husband was stationed in
18    Savannah. I was just recently medically
19    discharged from the military. So it was still in
20    the 70s, maybe early '80s. Could have been the
21    '80s.
22 Q. Can I ask you, can you turn your speaker
23    up at all? Is anyone else having -- I'm having a
24    little problem hearing you. I don't know if it's
25    on my end or your end.
```

| 2022-03-18 | Robinson, Christina | Page 18 |
|---|---|---|

1    Maybe your mic, if you can put your mic
2    up a little bit, is that possible?
3  A. Let me see -- oh.
4  Q. Just crank that all the way up.
5    MS. RANAHAN: Is anyone else having
6    trouble?
7    THE WITNESS: It's all the way up.
8    BY MR. FINKELSTEIN:
9  Q. It is? Okay. Okay.
10  A. I'm sorry.  Can you hear me better if I
11    just speak up more?
12  Q. Yeah, maybe that would be helpful.
13  A. Okay.  That's fine.
14  Q. Thank you.
15    Did you get a degree from Savannah Tech?
16  A. No.
17  Q. What year did you graduate high school?
18  A. '79.
19  Q. And then you said you were in the
20    military?
21  A. Yes.
22  Q. What branch?
23  A. Army.
24  Q. When did you join the army?
25  A. '83 or '86, something like that.  Maybe

| 2022-03-18 | Robinson, Christina | Page 19 |
|---|---|---|

1    '83 through '86.  And I was medically discharged.
2    I am a disabled veteran.
3    (Reporter clarifying.)
4    THE WITNESS: I'm a disabled veteran.
5    BY MR. FINKELSTEIN:
6  Q. Did you serve in combat?
7  A. No, I did not.
8  Q. What was your -- sorry.
9  A. No, go ahead.  I was saying that I was
10    not deployable.
11  Q. What was your rank when you departed the
12    army?
13  A. E3.
14  Q. The rank is 83?
15  A. E3.
16  Q. E3. Excuse me.
17    And -- so it's not like -- I'm used to
18    thing likes sergeant or general or things of that
19    nature.  Is there something that goes in front of
20    the E3?
21  A. Because I broke my collarbone in basic, I
22    was not -- they could not -- I could not go any
23    further that the E3.
24    I couldn't do the training to rank.
25  Q. Is that private E3, is that what that

| 2022-03-18 | Robinson, Christina | Page 20 |
|---|---|---|

1    means?
2  A. Yes.  Enlisted E3 is what it means.
3  Q. Oh, enlisted E3, got it.  And so you
4    were -- is that an honorable discharge then?
5  A. Yes.
6  Q. Are you on social media?
7  A. No.
8  Q. You don't have a Facebook or Instagram
9    account or anything like that?
10  A. No.
11  Q. So you said that you were self-employer
12    and did some work for Ms. Harris?
13  A. Yes.
14  Q. Tiny Harris; correct?
15  A. Yes.
16  Q. When did you start doing work for her?
17  A. It was probably about 23 or 26 years ago.
18  Q. And how did you meet her?
19  A. I actually met her mother first.  We were
20    at a carpet -- we were buying carpet and I had a
21    truck.  My order did not come in, and hers did.
22    And I did not know her but I offered to deliver
23    hers because hers -- her carpet wouldn't fit in
24    her car, and I offered to deliver it and we've
25    been friends since.

| 2022-03-18 | Robinson, Christina | Page 21 |
|---|---|---|

1  Q. What work have you done for Ms. Harris?
2  A. I've done -- I've decorated her home.
3    Done various things, decoration, hair.  I've
4    booked shows, negotiated contracts, taxes.  Just
5    various things.  A lot of things I've done for her
6    over the years.  Like I've been blessed with
7    multi -- many talents and she used -- she's used
8    all of them.
9  Q. And you said -- so you said you've
10    negotiated contracts for her; is that right?
11  A. Yes.
12  Q. What contracts have you negotiated for
13    her?
14  A. For entertainment, I've rehabbed her
15    homes.  She's bought homes.  She's refinanced
16    things, cars.  She -- when she bought automobiles,
17    and when she did different ventures like
18    performances.
19  Q. Now, you're in paralegal school now, but
20    other than that, do you have any legal training?
21  A. That was my training.  Working with them.
22    That was most of my training and my background for
23    legal.  I've done various things, like I'm -- I
24    mean, just growing up in Mississippi, I work
25    with -- I work with -- various things like because

| 2022-03-18 | Robinson, Christina | Page 22 |
|---|---|---|

1    we grew up in a time when things were more
2    segregated, I was involved with a lot of NAACP and
3    things like that and SELC things, even when as a
4    child because my parents were involved. I --
5    Q. Do you have -- I'm sorry.
6       Do you have any formal legal training?
7    A. Any training, no. Not any training.
8       More so experience.
9    Q. Okay. You don't have any formal legal
10      schooling, is what I'm getting at?
11   A. No. No.
12   Q. Are you --
13   A. Other than what they teach you in the
14      military. I'm sorry. They do teach you various
15      things. We take courses in the military about
16      various things.
17   Q. Did you take legal courses in the
18      military?
19   A. They are not considered -- they are not
20      called legal courses but they do reference the
21      law.
22   Q. Are you an entertainer?
23   A. No, I'm not.
24   Q. You're aware of the lawsuit that brings
25      us to this deposition; right?

| 2022-03-18 | Robinson, Christina | Page 24 |
|---|---|---|

1    Q. How do you know that entity?
2    A. Because it's a record label. It's
3       well-known.
4    Q. Have you done any work for Grand Hustle,
5       LLC?
6    A. No.
7    Q. And you don't have any ownership interest
8       in Grand Hustle, LLC, do you?
9    A. No.
10   Q. Do you know who owns Grand Hustle, LLC?
11   A. I don't know specifically who the
12      owners are. I just know what they relay to the
13      public.
14   Q. And what do they relay to the public?
15   A. That Clifford Harris is the owner of
16      Grand Hustle, but I don't know that
17      professionally.
18   Q. Have you ever heard of the entity called
19      Pretty Hustle, LLC?
20   A. Yes.
21   Q. What is Pretty Hustle, LLC?
22   A. That's Tiny's company. Tameka Harris
23      company.
24   Q. When you say it's her company, she is the
25      owner, to your knowledge?

| 2022-03-18 | Robinson, Christina | Page 23 |
|---|---|---|

1    A. Yes.
2    Q. And you're aware there are certain
3       parties to that lawsuit; correct?
4    A. I'm aware there are parties, yes.
5    Q. And Tameka Harris is one of the
6       defendants; you know that?
7    A. Yes.
8    Q. And also there's a person named Clifford
9       T.I. Harris that's a defendant. Do you know who
10      that is?
11   A. Her husband, yes.
12   Q. And do you know him personally?
13   A. I know him personally but we're -- I'm
14      not a friend of his, but I'm not an enemy, but I
15      know him personally, yes, because he's her
16      husband.
17   Q. Have you done any business work for
18      Mr. Harris, Clifford T.I. Harris?
19   A. No.
20   Q. Do you know the entity called Grand
21      Hustle, LLC?
22   A. I know of it, yes.
23   Q. Do you have any relationship with Grand
24      Hustle, LLC?
25   A. No.

| 2022-03-18 | Robinson, Christina | Page 25 |
|---|---|---|

1    A. To my knowledge, she's the owner.
2    Q. She owns 100 percent?
3    A. I don't know because I didn't create
4       that.
5    Q. Do you know who created it?
6    A. I can't tell you the name but she had a
7       business management company she was working with
8       at the time of the creation.
9    Q. Ugly creation?
10   A. Of the creation.
11   Q. Is that a name --
12   A. It was created -- she had a business
13      management company she was working with and they
14      created a lot of entities for her and that was one
15      of them.
16   Q. What was the name of the business
17      management company, if you know?
18   A. I just know it was Wealth Management,
19      from my understanding.
20   Q. Do you have any involvement in Wealth
21      Management?
22   A. No.
23   Q. Do you have any ownership interest in
24      Pretty Hustle?
25   A. No.

| 2022-03-18 | Robinson, Christina | Page 26 |
|---|---|---|

1   Q. Are you employed by Pretty Hustle?
2   A. No.
3   Q. Have you ever been employed by Pretty
4      Hustle?
5   A. Not as an employer. I mean, employee,
6      I'm sorry.
7   Q. Have you ever done work for Pretty
8      Hustle?
9   A. Yes.
10  Q. Have you been paid by Pretty Hustle?
11  A. Yes.
12  Q. What work have you done for Pretty
13     Hustle?
14  A. The things that I've just named for you.
15     Did contracts and various contracts. That would
16     be the most -- the things that I was most paid
17     for, to be her day-to-day person. So they just
18     gave me a stipend, monthly stipend to just -- that
19     they can call on me for day-to-day things and they
20     all vary.
21  Q. So when you are the day-to-day person for
22     Ms. Harris, you sort of viewed that as also
23     working for her company, Pretty Hustle?
24  A. Well, working -- because I understand the
25     difference between a contractor and an employee, I

| 2022-03-18 | Robinson, Christina | Page 27 |
|---|---|---|

1      was never an employee.
2   Q. You were an independent contractor?
3   A. Right.
4   Q. For Pretty Hustle and for Ms. Harris?
5   A. The same, yes.
6   Q. Okay. Do you know the company OMG Girlz,
7      LLC?
8   A. Yes.
9   Q. Do you know who owns that company?
10  A. I can only give you my understanding, and
11     that would be Ms. Harris.
12  Q. Do you have any ownership interest in OMG
13     Girlz, LLC?
14  A. No.
15  Q. Have you ever been employed by OMG Girlz,
16     LLC?
17  A. No.
18  Q. Have you ever done work for OMG Girlz,
19     LLC?
20  A. No.
21  Q. You said you've done contracts for
22     Ms. Harris and -- and in her past, also Pretty
23     Hustle. Did you do any work for Ms. Harris or
24     Pretty Hustle in connection with the band called
25     OMG Girlz?

| 2022-03-18 | Robinson, Christina | Page 28 |
|---|---|---|

1   A. No.
2   Q. So for instance, you didn't help with any
3      contracts involving the OMG Girlz, did you?
4   A. No.
5   Q. Do you know who did the contracts
6      involving the OMG Girlz?
7   A. No. Not specifically. Because I wasn't
8      involved in the business side.
9   Q. Are you currently working for Pretty
10     Hustle or Tameka Harris?
11  A. No. If she calls me and asks me to do
12     things for her, I will. But as far as being on
13     payroll, no.
14  Q. So are you currently being paid by Pretty
15     Hustle or Tameka Harris?
16  A. No.
17  Q. So right now, your source of income is
18     working for the State of Georgia?
19  A. Right.
20  Q. Do you know how it is that you became
21     involved in this lawsuit?
22  A. Because I received a text with a picture
23     of the dolls, and they asked me to forward it to,
24     Tameka Harris.
25  Q. Who sent you a text?

| 2022-03-18 | Robinson, Christina | Page 29 |
|---|---|---|

1   A. Crystal Braham.
2   Q. Can you spell that?
3   A. I probably couldn't spell her last name
4      correctly, but Crystal Braham is the best I can
5      tell you.
6   Q. Is Braham, is it B-r-a-h-a-m, something
7      like that?
8   A. It could be.
9   Q. Who is Crystal Braham?
10  A. Well, Crystal is someone that's been
11     involved with the group Xscape, and she would
12     maintain their websites and things like that, and
13     she would just consider herself keeping them
14     relevant. Because the group itself disbanded 20
15     years ago, and during the course of that time, she
16     kept them relevant, which worked out for the
17     better because when they -- when they decided to
18     do a reunion tour, they sold out arenas all over.
19  Q. How do you know Crystal Braham?
20  A. I know her just for the fact that she
21     works with Xscape handling their social media.
22     But I've never met her in person.
23  Q. And Ms. -- oh, you've never met her?
24  A. Not in person.
25  Q. And Ms. Braham sent you a text?

**Page 30** — 2022-03-18 — Robinson, Christina

1　A.　Yes. We've been communicating for quite
2　　　some years.
3　Q.　On just various issues with Xscape?
4　A.　Right. She would -- sometimes I will
5　　　send her pictures or anything that I think would
6　　　be relevant to post on their social media. And
7　　　she would maintain -- she maintained some social
8　　　media for -- for Tameka Harris, also.
9　Q.　And when did Ms. Braham send you a text?
10　A.　I really can't tell you the exact date,
11　　　but I know it was in 2020, and I don't know the
12　　　exact date. But I know it was towards the end of
13　　　the year in 2020.
14　Q.　And what was the nature of this text?
15　A.　Because a fan sent -- e-mailed the Xscape
16　　　website saying that Target was saying OMG dolls,
17　　　and they wanted to make sure that the dolls were a
18　　　part of the OMG franchise.
19　Q.　And then Ms. Braham forwarded that text
20　　　to you?
21　A.　Yes. She wanted to know because they
22　　　said -- they wanted to know if it was them, it
23　　　looked like them and they wanted to support it if
24　　　it was them.
25　Q.　And what did you do with that text?

**Page 31** — 2022-03-18 — Robinson, Christina

1　A.　I forward it to Tameka and I asked her to
2　　　look at it and I asked her if she released any
3　　　dolls and she said no, and I said, well, can you
4　　　get with your attorney and see what is really
5　　　going on.
6　　　And she asked me to -- she asked me would
7　　　I would get an attorney and speak with him and
8　　　present information to him to see --
9　MS. RANAHAN:　I just want to caution you,
10　Christina, anything that you said with your
11　attorney would be privileged or anything that
12　you discussed with your attorney. So I just
13　want to make sure that as you've described
14　this story, just don't reveal any
15　attorney-client privileges which would apply
16　to anything that happened with any attorneys
17　you talked to about the case --
18　THE WITNESS:　Okay.
19　MS. RANAHAN:　-- or me or anyone.
20　THE WITNESS:　Okay.
21　MS. RANAHAN:　And with that -- you
22　haven't said anything over the line yet, I
23　just want to caution you going forward.
24　THE WITNESS:　I guess I'm done.
25　MS. RANAHAN:　Thank you.

**Page 32** — 2022-03-18 — Robinson, Christina

1　　　BY MR. FINKELSTEIN:
2　Q.　So you found an attorney for Ms. Harris?
3　A.　I know several attorneys, yes.
4　Q.　Did you find an attorney for Ms. Harris
5　　　for this dispute?
6　A.　I found someone that gave her some
7　　　advice.
8　Q.　And who was that person?
9　A.　His name was Bill Buckner.
10　Q.　Can you spell the last name?
11　A.　Yes. It's B-u-c-k-n-e-r, Buckner.
12　Q.　Was Mr. Buckner your attorney?
13　A.　No.
14　Q.　Tell me about the conversations you had
15　　　with Mr. Buckner.
16　MS. RANAHAN:　Again, this is -- Mr. -- if
17　she's working to try to help Ms. Harris to
18　try to find an attorney, that would be a
19　privileged agent and that would be in the
20　privilege zones. If anything that -- every
21　conversation you had in an effort to get
22　Ms. Harris an attorney for this case, I would
23　just caution you not to reveal those --
24　THE WITNESS:　Okay. Thank you.
25　MR. FINKELSTEIN:　So Ms. Ranahan, you're

**Page 33** — 2022-03-18 — Robinson, Christina

1　going to instruct her not to answer that even
2　though she testified Mr. Buckner was not her
3　attorney?
4　MS. RANAHAN:　Well, she also said she
5　does various things and she was working on
6　behalf of Ms. Harris for that. So whether
7　it's official or not, if she was serving as
8　an agent to try to find Ms. Harris an
9　attorney, Mark, I think you can tell -- so I
10　don't think in probing into the confidential
11　privileged communications because she's not a
12　formal employee is appropriate.
13　So yeah -- so yes, I instruct you not to
14　reveal any communications that you had in
15　your capacity of looking for an attorney for
16　Ms. Harris. Any discussions you had with the
17　attorneys, I would instruct you not to
18　answer.
19　THE WITNESS:　Okay.
20　　　BY MR. FINKELSTEIN:
21　Q.　So you've described how you sort of got
22　　　involved in this case, and how is it that you
23　　　continue to be involved in this case? Are you
24　　　being compensated? Did she ask you to do it?
25　A.　I did -- they -- she -- they were

| 2022-03-18 | Robinson, Christina | Page 34 |
| --- | --- | --- |

1   instructed that because I've been so involved in
2   it, that I should be paid as a consultant. But I
3   just gathered all of the documents for the case
4   for them and I did a lot of research for them on
5   the case.
6   Because, although I wasn't working for
7   Ms. Harris and anyone at the time that she had OMG
8   Girlz, I was very familiar with what was going on,
9   but not so much business wise, but because my
10  daughter was involved and we're friends with the
11  girls, so they were around each other a lot. We
12  don't live far from each other, so we communicated
13  a lot as friends, and because of my background and
14  the various things that I know how to do, I was
15  just exposed to them for various reasons. So I'm
16  very familiar with what went on in a lot of the
17  capacities but not all of them, because I was not
18  employed.
19  Q. Have you been -- I'm sorry, say that
20     again.
21  A. I was not contracted to work with them.
22  Q. Have you been compensated for any work
23     you've done for Ms. Harris in connection with this
24     lawsuit?
25  A. Yes.

| 2022-03-18 | Robinson, Christina | Page 35 |
| --- | --- | --- |

1   Q. And how were you compensated for that?
2   A. They paid me for gathering documents on
3      some of the documents because it was just -- I had
4      to get help on going through and doing a lot of
5      research, and they really paid me to pay other
6      people to come in and help.
7   Q. Are you paid like a monthly payment? An
8      hourly payment or --
9   A. I was paid one payment one time of
10     $20,000.
11  Q. Have you been paid anything else other
12     than $20,000 in connection with your work for this
13     case?
14  A. No.
15  Q. Do you expect to be paid anything going
16     forward for any time you're putting into this
17     case?
18  A. I was told that I could be but that
19     was -- that's not been nothing negotiated, no
20     contract or no amount set for different things for
21     just my work.
22  Q. Were you told that if -- if there was a
23     recovery in this case, that you might get part of
24     that recovery?
25  A. I was told that not by Ms. Harris

| 2022-03-18 | Robinson, Christina | Page 36 |
| --- | --- | --- |

1   herself, but other people said it was said, but
2   she and I have not had that conversation as to she
3   would compensate or any amount that I would be
4   given for this case. It wasn't an amount yet
5   because she can't get an amount, because she don't
6   even know if she's getting anything.
7   Q. But some people have told you that if
8      Ms. Harris wins this case, you'll be compensated?
9   A. I've had people to say that it was said,
10     but that would be hearsay.
11  Q. Who told you that?
12  A. Her mother said it and her business
13     manager, Tony, said it but it was -- that was not
14     a conversation that so much -- because when Tameka
15     and I talked about it, we have spoken about it,
16     there was no amount said that I should be paid for
17     this because this case is not interfering with my
18     life so much that it matters to me.
19  Q. But if Ms. Harris were to prevail in this
20     case and recover millions of dollars, would you
21     expect to be paid?
22  MS. RANAHAN: Objection. She's answered
23     that question. She's answered the question
24     as best she can. Restating it another way.
25     So I think she's answered the question, Mark.

| 2022-03-18 | Robinson, Christina | Page 37 |
| --- | --- | --- |

1   BY MR. FINKELSTEIN:
2   Q. You can answer that question.
3   A. One person is saying answer and one
4      person is saying don't answer.
5   MS. RANAHAN: She's already answered the
6      question, Mark. She's already answered that.
7      You've just rephrased it another way. If you
8      want to repeat your same answer, Christina,
9      but you've already answered this question.
10  MR. FINKELSTEIN: Okay. Ms. Ranahan,
11     don't coach the witness. If you want to
12     instruct her not to answer, that's
13     prerogative. Please don't coach her.
14  MS. RANAHAN: Well, we are wasting time
15     if we're going to be asking the same
16     questions in different ways. So Christina if
17     you want to -- why don't you --
18  MS. FINKELSTEIN: No, no. Don't coach
19     the witness and tell her what to say. That's
20     not appropriate.
21  MS. RANAHAN: I'm not coaching. She's
22     already answered the question.
23  THE WITNESS: Well, what I expect and if
24     I was paid -- if I was offered any money,
25     would I accept it? Yes. But do I expect,

| 2022-03-18 | Robinson, Christina | Page 38 |
|---|---|---|

1   there's a strong chance that I could not be
2   compensated.
3   BY MR. FINKELSTEIN:
4   Q. So you don't know if you'll be
5   compensated one way or the other if Ms. Harris
6   wins; is that --
7   A. I'm not --
8   MS. RANAHAN: Objection. Asked and
9   answered.
10   BY MR. FINKELSTEIN:
11   Q. You can answer. What were you saying?
12   A. I said I'm not sure.
13   Q. You said you did a lot of research for
14   this case. What research have you done for this
15   case?
16   A. Like, I just looked up things on the
17   background of the OMG Girlz, like their status and
18   different things like that. Like the fact that
19   they -- the magazine articles that they were in,
20   and the different types of collaborations they
21   did, tours, and videos, and things like that. I
22   just looked those things up.
23   And the record labels they were signed
24   with, things that -- that really is all on the
25   internet. So that's where I got it. I got the

| 2022-03-18 | Robinson, Christina | Page 40 |
|---|---|---|

1   Q. I'm asking if you looked at any laws in
2   connection to this case.
3   A. I mean, I've looked at laws but I can't
4   say it connected to the case because I'm not the
5   attorney.
6   Q. So when you say you've done research for
7   this case, you're talking about internet research
8   on the background of the girls who are in the --
9   A. Right.
10   Q. OMG Girlz band?
11   A. Mm-hmm.
12   Q. That's correct?
13   A. Yes. But I also -- I mean -- I mean, I
14   don't -- I mean, I looked up laws because I --
15   that's my -- that's my interest. But I don't
16   think that the laws that I looked up would make
17   any bearing on this case because I never
18   represented the case. The case was represented by
19   the first attorney and now the new attorney. So
20   me looking up laws would be irrelevant.
21   Q. You're friends with Tameka Harris?
22   A. I consider myself a friend.
23   Q. Do you consider her a close friend?
24   A. I consider her a close friend, yes. But
25   we don't -- she's young, so it's not someone that

| 2022-03-18 | Robinson, Christina | Page 39 |
|---|---|---|

1   information from the internet.
2   Q. Can you --
3   A. And -- go ahead.
4   Q. I'm sorry, I thought you were done.
5   Please finish.
6   A. No, go ahead.
7   Q. Have you done any legal research for this
8   case?
9   A. Oh, legally, like, what? In what
10   capacity would be legal?
11   Q. I'm just asking, have you, like, looked
12   up laws or anything like that? When you say
13   you've done research, you mean on the internet,
14   factual research for the girls?
15   A. Have I looked up laws in reference to
16   what?
17   Q. I'm just trying to understand, when you
18   said you've done a lot of research for this
19   case --
20   A. When I said -- when I said I did
21   research, I also said I did research that -- that
22   is on the internet. So what laws are you
23   referencing?
24   Q. I'm asking if you did any --
25   A. Like trademark?

| 2022-03-18 | Robinson, Christina | Page 41 |
|---|---|---|

1   I would hang out with. But as a friend, yes. But
2   there are a lot of people that I consider a friend
3   and that's it. But I am not -- I don't hang out
4   with them. I'm married. I have four children.
5   And so I don't know her friends. They go to
6   parties with her and I don't party with them or
7   anything like that. I may go to a family
8   gathering or something like that. So it would be
9   more like a family friend.
10   Q. Okay. So you consider Tameka Harris a
11   family friend?
12   A. Yes.
13   Q. Okay. I'm going to try to introduce an
14   exhibit. Okay. Let's see if it works. And I'm
15   still -- I'll let you know when I've done it.
16   A. Okay.
17   Q. It just takes a second to do it. And I'm
18   just going to start with No. 1, okay, and we'll
19   try to be sequential.
20   MS. RANAHAN: Okay.
21   THE WITNESS: Is it up yet?
22   MR. FINKELSTEIN: Not yet.
23   THE WITNESS: Okay.
24   (Exhibit 1 was received and marked
25   for identification on this date and is

| 2022-03-18 | Robinson, Christina | Page 42 |
| --- | --- | --- |

1        attached hereto.)
2        BY MR. FINKELSTEIN:
3    Q.  Okay. So it's been introduced. So you
4        should see -- everyone should see on Exhibit Share
5        a document that's been marked as Exhibit 0001.
6        It's entitled Defendants and Counterclaimant's
7        Amended Consolidated Objections to Notice of
8        Deposition of Grant Hustle, LLC, Pretty Hustle,
9        LLC, and OMG Girlz, LLC, Pursuant to Rule
10       30(b)(6). Ms. Robinson, if you can let me know if
11       you've seen the document.
12   A.  I can see the document, yes.
13   Q.  Have you ever seen this document before?
14   A.  This is what I can say. I've seen
15       documents that look like this and I can't say, oh,
16       I've seen this particular document before. I
17       don't know. But I've seen things similar to this,
18       yes.
19       MS. RANAHAN: So I actually know -- I
20       realize I have a totally different -- I have
21       a bunch of exhibits from a totally separate
22       case apparently that was on a long time ago,
23       so I do not have the right list of exhibits.
24       And I think the person that can help is now
25       gone, is that right? Or is there anyone that

| 2022-03-18 | Robinson, Christina | Page 43 |
| --- | --- | --- |

1        knows --
2        THE VIDEOGRAPHER: Do you want to go off
3        the record?
4        MR. FINKELSTEIN: Yeah, let's go off the
5        record.
6        THE VIDEOGRAPHER: We are off the record
7        at 12:21 p.m.
8        (Short break taken.)
9        THE VIDEOGRAPHER: We are on the record
10       at 12:33 p.m.
11       MR. FINKELSTEIN: Okay. Erin, you can
12       see the documents now?
13       MS. RANAHAN: Yes.
14       MR. FINKELSTEIN: Okay.
15       BY MR. FINKELSTEIN:
16   Q.  So Ms. Robinson, directing to you Exhibit
17       1 --
18   A.  Right. Let me go to -- okay.
19   Q.  Do you understand that you've been
20       designated to testify on behalf of Grant Hustle --
21       excuse me, on behalf of Pretty Hustle, LLC, and
22       OMG Girlz, LLC, as to topics 1, 6 and 7?
23   A.  Do I -- yes.
24   Q.  Okay. That's your understanding?
25   A.  That's my understanding. That's the

| 2022-03-18 | Robinson, Christina | Page 44 |
| --- | --- | --- |

1        testimony that I'm giving now or the testimony
2        that I am to give later, is what you're asking?
3    Q.  Just, you know, throughout the day today,
4        you understand that at this deposition today,
5        you're going to be testifying as a corporate
6        witness on behalf of Pretty Hustle, LLC, and OMG
7        Girlz, LLC, as to the topics in this notice 1, 6
8        and 7?
9    A.  I understand it now.
10   Q.  What did you do, if anything, to prepare
11       to testify as to topics 1, 6 and 7 other than
12       speak with counsel?
13   A.  Nothing.
14   Q.  As to Topic 1, you'll see that's on Page
15       2, and kind of --
16   A.  On top with Grant Hustle parties --
17   Q.  So if you scroll down on this document,
18       there's something called general objections, and
19       then there's something called consolidated
20       objections and responses on Page 2, about
21       two-thirds the way down the page.
22   A.  Is it numbered?
23   Q.  The very bottom of the page has a page
24       numbered 2 on it?
25   A.  Uh-huh.

| 2022-03-18 | Robinson, Christina | Page 45 |
| --- | --- | --- |

1    Q.  And there's something called deposition
2        topic No. 1. Do you see that?
3    A.  You said the very bottom of Page 2.
4    Q.  Towards the bottom -- towards the bottom
5        of Page 2, there's a topic called deposition topic
6        No. 1. Do you see that, Ms. Robinson?
7    A.  Okay. I see it. Okay.
8    Q.  And you see the topic is, "All offers
9        that MGA made regarding the OMG Girlz."
10       Do you see that?
11   A.  Yes.
12   Q.  And do you see that your counsel has
13       changed that had to say, "All public statements
14       that MGA made regarding the OMG Girlz."
15       Do you see that?
16   A.  On the amended response?
17   Q.  Yeah.
18   A.  Okay.
19   Q.  Are you prepared to testify today as to
20       all public statements that MGA made regarding the
21       OMG Girlz on behalf of Pretty Hustle and OMG
22       Girlz?
23   A.  As far as I know. I don't know of MGA
24       making these statements.
25       MS. RANAHAN: And I'll just say, Mark, I

2022-03-18    Robinson, Christina    Page 46

1   think that was rephrased it to not be offers.
2   And I think even then looking into this last
3   night, I thought obviously the witness isn't
4   going to know if MGA made public statements
5   that she doesn't know about; right? So we
6   are really trying to gear that particular
7   statement I think that we both know about.
8   So that was our miss -- you know, the way
9   that we phrased that objection I would say is
10   not perfect. But the point was that it was
11   not necessarily an offer, but she would
12   testify about it --
13   THE WITNESS: I can testify that a
14   statement was made, but I can't testify that
15   MGA, per se, made a statement, no.
16   BY MR. FINKELSTEIN:
17   Q. Okay. So let's -- I'm going to -- you
18   can testify that a statement was made?
19   A. A statement was made in reference to an
20   offer, but it was -- but I can't testify saying
21   MGA made a statement as to an offer, no.
22   Q. Okay. Well, let me -- let's break that
23   down, Ms. Robinson. Let me just ask you a
24   question.
25   Are you aware of any offers that MGA made

2022-03-18    Robinson, Christina    Page 47

1   regarding the OMG Girlz?
2   A. Not any offers as in writing. I just
3   know that a third-party made a statement, but I
4   can't say that MGA actually did it, no.
5   Q. Are you aware of any statements that MGA
6   made regarding the OMG Girlz?
7   A. No.
8   Q. Okay. So you say a third-party said
9   something --
10   A. Right. I can't say it was from MGA, per
11   se, because I can't say if I heard it was hearsay
12   because someone repeated that an offer was made,
13   but I cannot say -- testify and say it was made by
14   MGA, no.
15   Q. Who is this third-party you're referring
16   to?
17   A. Someone named Keisha made a statement
18   saying that -- she didn't even -- I don't even
19   remember -- years ago, who she referenced as to an
20   offer for Brent Stalls. I can't even say who she
21   spoke with. I just know that she made a statement
22   and that was it, but I cannot say it was MGA, no.
23   Q. What's Keisha's last name?
24   A. I don't -- I can't recall right now. I
25   just can't recall it offhand because I don't know,

2022-03-18    Robinson, Christina    Page 48

1   right.
2   Q. Do you -- do you personally know Keisha?
3   A. I've known Keisha. I've met Keisha. But
4   I have not -- Keisha is not someone that I
5   communicated with on the regular. She's not my
6   friends or someone that I associated with -- I
7   associated with. But -- and that's been over ten
8   years.
9   Q. And Keisha made a statement to somebody
10   about Bratz?
11   A. She -- because there was -- there was
12   a -- there was a Bratz doll giveaway by the OMG
13   Girlz for Christmas and they were giving away
14   Bratz dolls through the radio station, and she
15   made a statement that there could possibly be a
16   line of OMG Bratz dolls. I remember that
17   statement being made. I thought it was just -- I
18   thought it was great for the girls. It was a
19   great look.
20   Q. Did Keisha make that statement to you?
21   A. She made the statement publically and I
22   heard her make the statement. She wasn't talking
23   to me directly, no.
24   Q. Where -- okay. Is this all in connection
25   with the radio giveaway?

2022-03-18    Robinson, Christina    Page 49

1   A. Yes.
2   Q. Okay. So let's talk about that.
3   A. Okay. Do you want me to go back or you
4   want me to stay on --
5   Q. No, you can say on that. That's fine.
6   A. Okay.
7   Q. So there was a radio event called Saving
8   Our Daughter's Bratz Toy Giveaway; correct?
9   A. Right. Mm-hmm. Yes.
10   Q. And that was in 2010?
11   A. I assume.
12   Q. I'm sorry, you said you're not --
13   A. I know that there was an event, but the
14   exact day and time, I can only say if I was
15   looking at it and reminded of it, but I don't have
16   anything in front of me to say, yes, that's when
17   it happened.
18   Q. And that event was put on by a radio
19   station?
20   A. Yes.
21   Q. And it was a charity event, wasn't it?
22   A. Yes.
23   Q. And it's an annual charity event put on
24   by the radio station?
25   A. From my understanding. I've seen just

| 2022-03-18 | Robinson, Christina | Page 50 |
| --- | --- | --- |

```
 1      from looking on the internet that there were --
 2      they had more than that particular one, yes.
 3   Q. How many times have you event -- attended
 4      that event?
 5   A. Once.
 6   Q. Why did you attend the event that one
 7      time?
 8   A. Because the OMG Girlz were performing.
 9   Q. Are you aware why Bratz dolls were given
10      away at that event?
11   A. At the time, I was not aware but I am
12      more aware now.
13   Q. And how are you more aware now?
14   A. Because I asked a question, because they
15      kept -- they do the event all the time and I know
16      it's a nonprofit.
17      And from my understanding, the owner of
18      the nonprofit organization, it has something to do
19      with his -- his daughter being such a fan of the
20      Bratz dolls that they supply his event with dolls
21      when he has the event.
22   Q. So to your knowledge, does MGA sponsor
23      that event?
24   A. That is my understanding. But that's all
25      I can say is that that's my understanding, because
```

| 2022-03-18 | Robinson, Christina | Page 51 |
| --- | --- | --- |

```
 1      I was -- from my understanding, that they
 2      sponsored each one that they have had.
 3   Q. And what makes you think that?
 4   A. Because that's what I was told. I asked
 5      the question, and that's what I was told, and that
 6      MGA sponsors directly.
 7   Q. Who told -- who told you that?
 8   A. There's a photographer and he does a lot
 9      of social media called Freddy O.
10   Q. And Freddy O. told you that MGA sponsors
11      that event?
12   A. Yes. Because I -- was it direct from --
13      I didn't even say the word "MGA." I asked him,
14      did the dolls come directly from the supplier
15      that -- that creates the dolls, and he said, yes.
16      So I don't know how he knows, but I know that he
17      actually covers the events. That's why I asked
18      him.
19   Q. In his conversation with the
20      photographer, Freddy O., is that the only basis
21      for your belief that MGA sponsors that Radio One
22      event?
23   A. Yes.
24   Q. Who else from --
25   A. But he did not use the name MGA. He just
```

| 2022-03-18 | Robinson, Christina | Page 52 |
| --- | --- | --- |

```
 1      said, the company that creates the dolls, and we
 2      didn't -- we didn't use the name MGA, but the
 3      company that creates the doll -- the doll is what
 4      he said.
 5   Q. Other than you, who else from the Pretty
 6      Hustle, OMG Girlz, LLC, side was at that 2010
 7      radio event?
 8   A. I really don't know who was there other
 9      than the OMG Girlz, because it was a private
10      giveaway, and I can't remember who -- where
11      they -- where the kids came from or anything. I
12      don't -- I didn't know any of the people there.
13   Q. Was Tameka Harris there?
14   A. Yes. She was there.
15   Q. Was Chris Harris there? I'm sorry,
16      Clifford Harris there?
17   A. I don't think so.
18   Q. Other than Tameka Harris and the OMG
19      Girlz, did you know anyone else at the event?
20   A. My daughter was there.
21   Q. What's your daughter's name?
22   A. Jasmine Robinson.
23   Q. How old is she now?
24   A. 26.
25   Q. So at the time of the event, she was then
```

| 2022-03-18 | Robinson, Christina | Page 53 |
| --- | --- | --- |

```
 1      like 14?
 2   A. Possibly.
 3   Q. Okay. Anyone else that you knew at that
 4      event? I'm talking about the 2010 Radio One --
 5   A. That I knew personally, the only -- that
 6      I knew that was there were the OMG Girlz and
 7      Tameka was there. I know Keisha was there. My
 8      daughter was there. And I think -- I'm not sure
 9      if -- that -- I mean, for sure, that's all I know.
10      I think they other -- they had two other
11      members that were a part of the OMG Girlz. I
12      think they were there. Because when we left the
13      event, they all rolled -- they rolled with me in
14      my car. So I just know about the OMG Girlz being
15      there. That I can just remember. It was just so
16      long.
17   Q. Who you say the OMG Girlz, who
18      specifically from that band was there?
19   A. The OMG Girlz, that was Bahja, Zonnique
20      and Breaunna.
21   Q. Bahja Rodriguez?
22   A. Yes.
23   Q. Zonnique Pullins?
24   A. Yes.
25   Q. And Breaunna Womack?
```

| 2022-03-18 | Robinson, Christina | Page 54 |
|---|---|---|

1  A. Yes.
2  Q. And Zonnique Pullins is Tameka's
3     daughter; correct?
4  A. Yes.
5  Q. Tameka Harris's daughter?
6  A. Yes.
7  Q. And they performed at that event?
8  A. Yes.
9  Q. Do you know how it came about that they
10    were performing at that event?
11 A. No.
12 Q. Were any other former or current OMG
13    Girlz band members at the event?
14 A. That's what I was thinking about, but I
15    can't remember because if they left with me, it --
16    they would not have all been able to get in my
17    car. Because -- so it had to have been the three
18    girls, my daughter and myself because that's the
19    capacity of my car.
20    So I was thinking about that, but I --
21    I'm not sure. I'm just not sure.
22 Q. And you said Keisha made a statement
23    involving MGA; is that correct?
24 A. I did not say MGA. She made a statement
25    of the possibility of -- of Bratz, OMG Bratz doll

| 2022-03-18 | Robinson, Christina | Page 56 |
|---|---|---|

1  A. I couldn't come close to tell you for
2     sure.
3  Q. Was it more than a hundred?
4  A. No.
5  Q. More than 50?
6  A. It could have been more or less. I'm not
7     sure.
8  Q. So about 50 people?
9  A. I'm not going to say for sure 50 people
10    because it could have been less. It could have
11    been 25. I just don't know.
12 Q. So -- and I understand you don't know
13    exactly, but your best estimate, Ms. Robinson, is
14    25 to 50 people attended the --
15    (Reporter clarifying.)
16 Q. Let me finish the question. You've done
17    such a marvelous job up until now, so let's try to
18    continue to let me finish my question so the court
19    reporter can get it down. Let me ask the question
20    again and then you can answer.
21 A. Mm-hmm.
22 Q. So Ms. Robinson, is it a fair statement
23    to say that your best estimate is 25 to 50 people
24    attended the -- attended the Saving Our Daughter's
25    Bratz Toy Giveaway at Radio One Atlanta in or

| 2022-03-18 | Robinson, Christina | Page 55 |
|---|---|---|

1     collection.
2  Q. Okay.
3  A. She referenced it. I can't quote her
4     word from word.
5  Q. Okay. So Keisha made some sort of
6     statement about an OMG Bratz doll collection;
7     correct?
8  A. Yes.
9  Q. And where were you when she made this
10    statement?
11 A. I was just in -- in the area. I can't --
12    I don't know where I was at the time. Like, we're
13    speaking so many years ago. It was just a small
14    room and there was a small group of people there.
15    So I was just there.
16 Q. Was it outside or inside?
17 A. Inside.
18 Q. Where was it held?
19 A. I don't know the exact address but it was
20    just a small place. It could have been in the
21    same building already her station was in, but it
22    was just in -- in a corporate building downtown
23    Atlanta.
24 Q. And how many people would you estimate
25    were in that building for the event?

| 2022-03-18 | Robinson, Christina | Page 57 |
|---|---|---|

1     about 2010?
2  A. Correct.
3  Q. And you said Keisha made a statement
4     about an OMG Bratz doll collection; correct?
5  A. Right.
6  Q. Did she have a microphone when she made
7     this statement?
8  A. The place was -- I don't even think the
9     event was large enough that it required a
10    microphone.
11 Q. So she wasn't on a stage or anything
12    speaking to everybody when she made this?
13 A. It was not a stage event.
14 Q. Could you tell who she was making the
15    statement to?
16 A. It appeared to me that she was just
17    making an announcement.
18 Q. To the entire group of people there?
19 A. Well, the entire group of people, that's
20    a possibility that was not in the room at the time
21    of the statement, because there were other areas
22    that people would venture off into during this
23    event. So I don't know how many people was in the
24    area when she made the statement.
25 Q. So tell me in your own words the best of

| 2022-03-18 | Robinson, Christina | Page 58 |
|---|---|---|

```
 1    your recollection exactly what Keisha said.
 2  A. Well, she was making an announcement of
 3    the OMG Girlz, about the OMG Girlz, and then she
 4    was speaking on the Bratz doll, and then she made
 5    a statement that there was talks of -- of an offer
 6    made that there would be a Bratz doll -- I mean,
 7    an OMG collection. But that would be OMG dolls.
 8    She just mentioned there would be OMG dolls, yes.
 9  Q. Involving Bratz?
10  A. Yes.
11  Q. Did you think that Keisha worked for MGA
12    when she made that statement?
13  A. No.
14  Q. Do you know if Keisha ever spoke with
15    anybody from MGA?
16  A. I would have no idea.
17  Q. Do you know where Keisha got the idea
18    that there could or should be a Bratz doll
19    involving OMG?
20  A. No.
21  Q. Have you -- other than this conversation
22    with Keisha -- strike that.
23    Did you have a direct conversation with
24    Keisha about the statement she made?
25  A. No.
```

| 2022-03-18 | Robinson, Christina | Page 60 |
|---|---|---|

```
 1    Christina. But, Mark --
 2    BY MR. FINKELSTEIN:
 3  Q. What did you say, Ms. Robinson? I think
 4    you answered but I couldn't hear.
 5  A. I would not know, no. I can't even
 6    remember, but no, I don't remember everything
 7    that --
 8  Q. You've told me all you can remember about
 9    this comment that Keisha made; is that correct?
10  A. Yes.
11  Q. The next deposition topic that you're
12    designated to testify on is deposition topic 6 and
13    then deposition topic 7, and if you scroll to Page
14    4 of Exhibit 1, you'll see that.
15  A. Okay.
16  Q. And you're prepared to testify as to the
17    discover responses in this lawsuit given by the
18    OMG Girlz, LLC, and Pretty Hustle, LLC?
19  A. Yes.
20  Q. And you're prepared to testify as to the
21    efforts that the OMG Girlz, LLC, and Pretty
22    Hustle, LLC, have done to gather documents for
23    this case?
24  A. Yes.
25  Q. And is it fair to say that other than
```

| 2022-03-18 | Robinson, Christina | Page 59 |
|---|---|---|

```
 1  Q. So you've never spoken with Keisha about
 2    where she came up with this idea or this concept
 3    about OMG dolls?
 4  A. No.
 5  Q. Other than this statement that you heard
 6    Keisha make, are you aware of any other statements
 7    prior to the filing of this lawsuit involving the
 8    OMG Girlz having some sort of doll line with Bratz
 9    or MGA?
10  A. No.
11  Q. The next -- let me just ask one more
12    question.
13    So are you aware then of any offers that
14    MGA has ever made regarding the OMG Girlz?
15  A. Other than Keisha's conversation, no. Or
16    her announcement, no.
17  Q. Do you know why Keisha made that
18    announcement?
19  A. I don't know.
20  Q. And was she making it to the entire group
21    or just to a select group of people, could you
22    tell?
23    MS. RANAHAN: This is asked and answered.
24    It seems like you're just repeating the same
25    several questions. You can answer again,
```

| 2022-03-18 | Robinson, Christina | Page 61 |
|---|---|---|

```
 1    speak to your counsel, you haven't done anything
 2    to prepare yourself to testify as to those two
 3    topics; correct?
 4  A. No.
 5  Q. That's correct?
 6  A. I mean, that's correct. I'm sorry.
 7  Q. So I want to introduce to the next
 8    document.
 9  A. You want me to go to Exhibit Share?
10  Q. Yeah. Yeah. Sorry. I'm just looking at
11    one thing. I'll introduce it in one moment.
12  A. Okay.
13       (Exhibit 2 was received and marked
14        for identification on this date and is
15        attached hereto.)
16    BY MR. FINKELSTEIN:
17  Q. I've introduced Exhibit 2. Let me know
18    when you see it.
19  A. It's going to be on the share exhibit tab
20    or the Exhibit Share tab? There's a share tab and
21    then there's an Exhibit Share. Is that the one?
22  Q. Yeah, I'm not sure which tab you should
23    go to. It should be the same place where you saw
24    the other exhibit, and there should be another
25    exhibit there.
```

**2022-03-18** — Robinson, Christina — Page 62

1  A. Looks like it might be -- it says
2  "deposition"? Okay. So the second one. Is it
3  the top one or bottom one?
4  Q. It should be Exhibit 2?
5  A. Okay. I see. Okay. Sorry. Okay. I
6  see it.
7  Q. Okay. Exhibit 2 is Defendant and
8  Counter-Claimant's OMG Girlz, LLC's, Response to
9  Counter Defendant Isaac Larian's First Set of
10  Interrogatories to OMG Girlz, LLC.
11  Do you see that?
12  A. Yes.
13  Q. And just if you could scroll to the very
14  last page of the document?
15  A. Yes.
16  Q. And it's entitled Verification of
17  Responses.
18  Do you see that?
19  A. Yes.
20  Q. Is that your signature, Ms. Robinson?
21  A. Yes, it is.
22  Q. So you, on January 7, 2022, verified
23  under penalty of perjury that these responses are
24  true and correct to the best of your knowledge,
25  information and belief; correct?

**2022-03-18** — Robinson, Christina — Page 63

1  A. When I received this signature page,
2  that's what I received was a signature page.
3  Q. Did you receive the document that
4  accompanied the signature page?
5  A. If I did, I don't know, because I
6  received so many documents that was sent to me,
7  but I can't verify and say, oh, I received this
8  particular one, because there were so many things
9  sent to me and the signature page was separate
10  from the documents.
11  So what I'm signing and what I -- what
12  was sent in along with the signature page, I can't
13  verify.
14  Q. So did you review Exhibit 2 before you
15  signed your verification that's on the very last
16  page?
17  A. I can't testify and say that I reviewed
18  this in particular document because I do know
19  that -- and I wasn't comfortable with it, is the
20  reason why I'm not going to say in particular that
21  I signed something and that I verified it because
22  the signature page was separate and I was not
23  comfortable with that.
24  Q. So let me make sure I understand. There
25  is a signature page here?

**2022-03-18** — Robinson, Christina — Page 64

1  A. That's separate. That came to me
2  separate in a separate e-mail from the other
3  pages, and you can look at it and tell because
4  that's why there's a line through it --
5  Q. But you signed --
6  A. Was not attached to them.
7  Q. But you signed it anyway?
8  A. I signed it, something saying what I was
9  told that I was -- that I was signing from my
10  understanding because they needed the information
11  to go through because it was time sensitive and
12  that if it wasn't signed, that the case could be
13  dropped.
14  Q. So do you -- you don't know then if you
15  read Exhibit 2 before you signed the verification
16  that's shown on the last page?
17  A. What I read and what could have been sent
18  in that was -- that said I read, could be two
19  different things.
20  Q. You're just not sure one way or the other
21  if you've ever read Exhibit 2 or if you read it
22  before signing --
23  A. I have not -- the one you're showing me,
24  I cannot say for sure that I read this particular
25  one.

**2022-03-18** — Robinson, Christina — Page 65

1  MS. RANAHAN: I think -- I'm just going
2  to object belatedly that that
3  mischaracterizes her statement. She's saying
4  she received a bunch of documents, Mark, but
5  she's not sure if the one that was sent to
6  you is the same one that she reviewed.
7  THE WITNESS: Right. Because I was sent
8  so many.
9  BY MR. FINKELSTEIN:
10  Q. Ms. Robinson, were you involved in
11  forming the band called the OMG Girlz?
12  A. I wasn't involving in forming the band or
13  picking the members of the band, because all of
14  the young ladies were my daughter's friends.
15  Did I know them prior to the band? Yes.
16  Q. But you weren't involved in actually
17  creating the band, were you?
18  A. No.
19  Q. Were you involved in selecting the name?
20  A. No.
21  Q. Do you know who selected the name?
22  A. The day that the name was selected --
23  because when they were going to -- they were
24  filming the girls, and Tameka had two girl groups.
25  She had an adult girl group and she had the OMG

| 2022-03-18 | Robinson, Christina | Page 66 |
|---|---|---|

1  Girlz. Her intentions were -- was to put out the
2  adult girl group because she felt they were more
3  prepared to be released, and she said she would
4  put the younger group in artist development. So
5  when they were filming the show, the audience tend
6  to have taken such -- the OMG Girlz made -- the
7  young ladies receive so much attention that they
8  were saying that she had to name them before they
9  finished filming the show. So I went outside and
10  I told Tameka they're ready for the girls to
11  perform, you have to give them a name. And when I
12  told her that she said, oh, just tell them OMG
13  Girlz. That is my -- that -- that is how it
14  went, because they was -- they didn't have a name,
15  so she had to name them before they took the
16  stage. And it's -- and she said, we'll just
17  change it later if we have to. And that's how it
18  came up.
19  Q. What event are you talking about? When
20  did this occur?
21  A. Because they had a show called the Tiny
22  and Toya Show, and they were -- that was the story
23  line was that Tameka was to release two groups.
24  The younger group and an older group. And at the
25  time, she didn't even feel the girls were ready,

| 2022-03-18 | Robinson, Christina | Page 67 |
|---|---|---|

1  aut they overshadowed the older group, and just --
2  it just moved on from there. So I don't know if
3  that was intentional, but she just said a name so
4  they could introduce them to perform that day for
5  T.D.
6  Q. Do you know who the members of the band
7  were at the time for the Tiny and Toya Show?
8  A. Yes, I do. I know it was Zonnique,
9  Bahja, Lourdes and Reginae.
10  Q. Lourdes Rodriguez and Reginae Carter?
11  A. Yes.
12  Q. We already went over, it's Bahja
13  Rodriguez and Zonnique Pullins; correct?
14  A. Yes.
15  Q. Are you aware of the band changing over
16  time the members?
17  A. Yes.
18  Q. And so the band started with those four
19  members --
20  A. Yes.
21  Q. -- Zonnique Pullins, Bahja Rodriguez,
22  Lourdes Rodriguez and Reginae Carter; correct?
23  A. Reginae.
24  Q. Reginae. Excuse me. Reginae Carter;
25  correct?

| 2022-03-18 | Robinson, Christina | Page 68 |
|---|---|---|

1  A. Yes.
2  Q. And Bahja and Lourdes Rodriguez are
3  sisters; right?
4  A. Correct.
5  Q. Do you know how old any of the bands
6  members were at that time of the Tiny and Tanya CK
7  [sic] Show?
8  A. I want to say they was between 9 and 13.
9  Q. And your daughters were friends with all
10  of them?
11  A. Yes.
12  Q. Now, you said you had four kids. Which
13  daughter was friends with them?
14  A. My youngest daughter.
15  Q. What's her name?
16  A. Her name is Jasmine Robinson. She
17  actually choreographed the first performance.
18  Q. And was the first performance at the Tiny
19  and Tanya CK Show?
20  A. The Tiny -- yeah, the Tiny and Toya Show.
21      (Reporter clarifying.)
22  THE WITNESS: My mouth is so dry, I'm
23  sorry. The Tiny and Toya. Toya, T-O-Y-A.
24  I'm sorry.
25      ///

| 2022-03-18 | Robinson, Christina | Page 69 |
|---|---|---|

1  BY MR. FINKELSTEIN:
2  Q. Oh, Toya. I thought it was Tanya. Tiny
3  and Toya Show.
4  MS. RANAHAN: Toya.
5  THE WITNESS: Toya, T-O-Y-A.
6  MS. RANAHAN: Like LaToya, right, but
7  then you just take off the "Toya." Toya.
8  BY MR. FINKELSTEIN:
9  Q. Okay. So at the Tiny and Toya Show. And
10  do you know what year this was?
11  A. Probably was 2009, around that time.
12  Probably 2009. It might have been 2008. I'm not
13  sure. But it was between 2008 and 2009. I'm not
14  sure. Because I remember them filming and then
15  the release was later, so I get the two confused.
16  So I'm not sure.
17  Q. And the band changed over time; correct?
18  A. Yes.
19  Q. How did the band change over time in
20  terms of the members?
21  A. Well, first Reginae followed Lil Wayne.
22  He removed Reginae from the group.
23  Q. And do you know how long after this
24  opening performance at the Tiny and Toya Show that
25  Reginae Carter was removed from the group?

| 2022-03-18 | Robinson, Christina | Page 70 |
|---|---|---|

1  A. No, I don't.

2  Q. Was it months, years, do you know?

3  A. It could have been. It could have been a

4     year but I'm not sure.

5  Q. And then when Reginae Carter was removed,

6     then there were three members?

7  A. Right.

8  Q. Zonnique Pullins, Bahja and Lourdes

9     Rodriguez?

10 A. Correct.

11 Q. And then what was the next change?

12 A. The next change is when they replaced

13    Lourdes with Breaunna.

14 Q. And do you know why that was done?

15 A. I really -- I don't know.

16 Q. Do you know when that happened?

17 A. It was -- it was right before the Radio

18    One -- the TV -- the Radio One performance

19    because -- with the Bratz doll giveaway, because

20    that was the first performance Bre had -- Bre did

21    with them, and that's why it was important that --

22    and I wanted to see them together.

23 Q. And you're sure that before Lourdes was

24    replaced with Breaunna, Reginae Carter left?

25 A. Reginae Carter left first, yes.

| 2022-03-18 | Robinson, Christina | Page 71 |
|---|---|---|

1  Q. So then by the time of the Radio One

2     announcement, the band members were Zonnique

3     Pullins, Bahja RodrÃguez and Breaunna Womack?

4  A. Right. Correct.

5  Q. And then did the band change at all

6     again?

7  A. No.

8  Q. And when did the band break up, to your

9     knowledge?

10 A. The thing of it is, I -- I don't -- I

11    don't consider in the entertainment business that

12    when they say bands break up, because they still

13    continue to do -- perform, and they consider to do

14    business together.

15    So I think that the announcement may have

16    been made, but they still did things together

17    at -- together after as to OMG Girlz. So just

18    like I was explaining earlier, because in -- in

19    the entertainment business, the Jackson 5 will

20    always be the Jackson 5. The OMG Girlz will

21    always be the OMG Girlz, no matter what, even if

22    they say, okay, we broke up, but even the group

23    Xscape, Tiny, Tameka Harris is in a group called

24    Xscape. They considered to have been broken up 20

25    years and came back and did a worldwide -- they

| 2022-03-18 | Robinson, Christina | Page 72 |
|---|---|---|

1  did a tour and sold out arenas.  So you can't

2  really say in the business -- in the entertainment

3  business, oh, they broke up, because no one else

4  is going to be a musical group called the OMG

5  Girlz other than the OMG Girlz.  The name is still

6  going to be the name.

7  Q. Do you know when there was an

8  announcement the OMG Girlz were breaking up?

9  A. I don't really remember if it was 2015 or

10 '16, I'm just not sure, but I know it was along

11 that time between 2014 to 2016 but I'm not really

12 sure the exact time.

13 Q. If you could go to the Exhibit 2.

14 A. Mm-hmm.

15 Q. I want you to focus on Interrogatory 3.

16 A. Okay.

17 Q. And you'll see on Page 3, there's

18    something labeled Interrogatory No. 3.

19 A. Response 3, or the question?

20 Q. Let's start with the question.

21    Do you see the question, Ms. Robinson?

22 A. Mm-hmm.

23 Q. Okay. So the question is, "Please

24    describe, with particularity, every trade dress

25    associated with the OMG Girlz that you contend MGA

| 2022-03-18 | Robinson, Christina | Page 73 |
|---|---|---|

1  has infringed, including as alleged in Paragraph

2  20 of your third amended counterclaim."

3  Do you see that?

4  A. Yes.

5  Q. And then you'll see there's a response,

6  and the response starts on Page 3 and goes over to

7  Page 4.

8  Do you see that?

9  A. Okay.

10 Q. First of all, are you aware that there's

11 an allegation that MGA has infringed trade dress

12 associated with the OMG Girlz?

13 A. Yes.

14 Q. Do you have an understanding of what

15 trade dress is?

16 A. I have an understanding but I would like

17 for you to explain to me your interpretation so I

18 make sure that if you are asking a question, I can

19 correctly respond to it.

20 Q. Well, without me -- you signed -- this

21    document says that you signed under penalty of

22    perjury.

23    When you signed it, if you did, signed

24    this document, did you have an understanding what

25    trade dress was when you signed this?

| 2022-03-18 | Robinson, Christina | Page 74 |
|---|---|---|

1  A. What the trade -- as if they were
2  infringing on the OMG Girlz trademark is what my
3  understanding, of the OMG Girlz brand, that was my
4  understanding, was it infringed upon.
5  MS. RANAHAN: I'm just -- I'm just going
6  to object to the extent these are calling for
7  legal conclusions.
8  THE WITNESS: That is what I was
9  thinking, too.
10  BY MR. FINKELSTEIN:
11  Q. This response says -- and I'm focusing on
12  Page 4.
13  A. Mm-hmm.
14  Q. You'll see there's some lines on the
15  left-hand side that starts 1, goes all the way
16  down.
17  You see that?
18  A. Right. Yeah.
19  Q. And at Line 4 it says [as read], "Without
20  waiving this objection, the trade dress at issue
21  without limitation includes," and then there's a
22  number of things.
23  Do you see that?
24  A. Yes.
25  Q. And it starts with, "The combination of

| 2022-03-18 | Robinson, Christina | Page 76 |
|---|---|---|

1  I would think that they look very similar to what
2  I saw the Brat -- the OMG collection from MGA
3  looked like, if that's what you're asking.
4  Q. Well, do you think that the OMG Girlz
5  have a specific look and feel?
6  A. Yes.
7  Q. And how would you describe that?
8  A. That they are -- they are a group of
9  girls that dress in bright colors and they wear a
10  various style of clothing that uniquely defines
11  them. They have a look that defines who they are,
12  because if I was to say, I'm going to dress as an
13  OMG Girl, there is a style that's associated with
14  them.
15  Q. Anything else?
16  A. You mean other than the hair and the
17  clothes?
18  Q. Yeah.
19  A. I mean, as far as the style of music and
20  the style of performance, yes, there is a style
21  associated with them. They have a lot that
22  identifies them as the OMG Girlz, if that's -- if
23  that's what you're asking, yes.
24  Q. How would you describe their style of
25  clothing?

| 2022-03-18 | Robinson, Christina | Page 75 |
|---|---|---|

1  elements of the name acronym OMG."
2  Do you see that?
3  A. Yes.
4  Q. So I want to try to break this down.
5  Then you believe that MGA is somehow violating the
6  OMG Girlz's rights because they are using the name
7  OMG?
8  MS. RANAHAN: Objection to the extent
9  this is again calling for legal conclusion.
10  So she's reviewed on a factual basis and the
11  way that we are framing it legally is not
12  something that she's here to testify about.
13  She's told you that. But go ahead,
14  Christina, you can answer to the best of your
15  knowledge.
16  BY MR. FINKELSTEIN:
17  Q. Go ahead, you can answer and then I'll
18  have another question. Go ahead.
19  A. I mean, that is what -- what she just
20  explained is what I'm saying, is that that would
21  be something of law and I don't want to quote any
22  laws. But I'm just saying to the best of my
23  knowledge, if I saw -- when I saw the OMG dolls,
24  did I think that it reminded me of the OMG Girlz,
25  yes. They put out dolls that were OMG Girl dolls,

| 2022-03-18 | Robinson, Christina | Page 77 |
|---|---|---|

1  A. I would just describe their style of
2  clothing that it was more of a colorful, urban
3  look, because it was something they created that
4  wasn't a specific name for it. But they are very
5  colorful, urban group of girls that wore layers
6  and layers of different design clothing at the
7  same time, colors and designs at the same time.
8  Q. Did they design their own clothing?
9  A. Not that I'm aware of, they did not. The
10  girls did not design their clothing, but just
11  being around Tameka and because I sew and I've
12  made things for her, she's very specific in what
13  she wants, so I know how she is when she is
14  coming, like, even with her hair and her make up,
15  she has specific makeup artist, specific
16  hairstylist and specific style list that she would
17  use to do things because she knows what she wants
18  and she loves color.
19  Q. So this discovery response says that the
20  OMG Girlz had, "Unique hair color combinations and
21  non monochromatic and contrasting colors,
22  primarily in pink, purple and blue."
23  Do you see that?
24  A. Yes.
25  Q. And do you agree with that?

| 2022-03-18 | Robinson, Christina | Page 78 |
| --- | --- | --- |

```
 1    A.  I agree that they have a unique color
 2        combination of colors and they had a specific hue,
 3        yes.
 4    Q.  And do you think their unique color
 5        combination was?
 6    A.  Well, they use very -- they had the --
 7        the basic was supposed to have been the pink, the
 8        purple and the blue. But then when they started
 9        performing and going out on the road, they
10        introduced various other various colors and
11        hairstyle that still fit into the same type of
12        image that the OMG Girlz had.
13    Q.  What other colors did they introduce out
14        on the road other than pink, purple and blue?
15    A.  They did lime. Zonnique wore lime and
16        black, and I think Bahja had a two-tone pink, hot
17        pink and black, and Breaunna had a -- like a
18        purple with highlights of light pink in hers that
19        was different. And they had various hairstylists
20        that you knew -- you still knew it was unique to
21        be the OMG Girlz, because people could -- even
22        when they performed in concerts, if you went to
23        the concerts, the people would bring their kids
24        dressed as an OMG girl. They came with the tutus.
25        They came with the lyric clothing. They came with
```

| 2022-03-18 | Robinson, Christina | Page 80 |
| --- | --- | --- |

```
 1        long, thick hair that was associated with them.
 2        And then there were times when they wore short
 3        bobs.
 4    Q.  So is it fair to say that the OMG Girlz
 5        hairstyle would change over time and change
 6        depending what concert they were doing?
 7    A.  No. It didn't change depending what
 8        concert they was doing.
 9    Q.  But is it something --
10    A.  They went out on the road, sometimes the
11        color may change because they may not get the
12        color finished coloring their hair before they hit
13        the stage. And so there are some performances
14        that may have been performed without the specific
15        color but they still had a specific look.
16    Q.  So sometimes they would wear their hair
17        with one color one day and sometimes be a
18        different color another day?
19    A.  Not one day and then another day or
20        something like that. I'm not out there on the
21        road but I see the pictures and I know they was
22        like, we couldn't get color in it in time, the
23        hair wasn't the right time.
24        But as far as their identity is
25        concerned, that wasn't relevant. Because nobody
```

| 2022-03-18 | Robinson, Christina | Page 79 |
| --- | --- | --- |

```
 1        the colored hair. They came with the different
 2        types of sneakers that --
 3    Q.  So do you think the OMG Girlz then had a
 4        distinctive hairstyle?
 5    A.  Not a -- it had -- if you wore a -- if
 6        you had a style, it wasn't one distinctive
 7        hairstyle. They had a distinctive image that
 8        portrayed the line of who they were presenting.
 9        Just say, like, with me, you're looking at my hair
10        and it's curly today but even if I went with a
11        looser curl, or I went with more of a 'fro look,
12        it's still the same. But it's just a different
13        curl pattern or something like that.
14        I don't know quite exactly what you're
15        asking but that's what it would be.
16    Q.  Well, how would you describe the
17        hairstyle of the OMG Girlz?
18    A.  It's still what I would call more of a --
19        because see, at one point, they had what they
20        called the silky look with the large, loose curls,
21        but then sometimes they would go with the more
22        curly look, and sometimes they went with the more
23        exotic, big look. They had big hair. They had a
24        lot of it. Because it was a weave, they would use
25        as much as three or four packs of hair. They had
```

| 2022-03-18 | Robinson, Christina | Page 81 |
| --- | --- | --- |

```
 1        is going to wear the same color every day because
 2        they have to get their hair done at one point.
 3    Q.  And you said they used -- they used
 4        weaves for their hair color?
 5    A.  They used weaves for their -- to extend
 6        their hair but they actually dyed their hair.
 7    Q.  So they weren't wigs. They would dye
 8        their hair?
 9    A.  They wore wigs, also, but as far as the
10        dye is concerned, yes, they actually died their
11        natural hair.
12    Q.  So sometimes they would dye their natural
13        hair; correct?
14    A.  Right.
15    Q.  Sometimes they would include hair
16        extenders; correct? And sometimes they would wear
17        wigs; is that right?
18    A.  They have worn wings when they --
19        certain -- to look good every day is not that
20        easy. So on the road, there are times when they
21        possibly had to wear wigs because of interviews or
22        shows that would come back to back. And they just
23        probably could not get their hair done in time for
24        whatever reason. But nobody wears the same every
25        day, and expects not to -- for them, for their
```

| 2022-03-18 | Robinson, Christina | Page 82 |
| --- | --- | --- |

1  type schedule, there could have been some change
2  day-to-day but it had nothing to do with their
3  base style or their basic look still was the same.
4  Q.  And can you just describe to me what
5  their basic style and basic look is?
6  MS. RANAHAN: I'm just going to object to
7  the extent this was asked and answered
8  already. I understand that you're attempting
9  to get different, you know, answers because
10  that's part of the case but she's answered
11  this now several times, so I'm just going to
12  object that this asked and answered.
13  BY MR. FINKELSTEIN:
14  Q.  You can answer the question.
15  A.  Say that again. I'm sorry, can you ask
16  it again?
17  Q.  Yeah. What is the OMG Girlz style and
18  look? How would you describe it?
19  A.  It's an urban look where they wear bright
20  colors, and as far as their hair was concerned,
21  they wore bright colored hair and they had layers
22  and layers of colorful clothes. And that the
23  colors had different colors and various designs.
24  They just -- it was like a hip-hop look.
25  Q.  Do you know who came up with that look?

| 2022-03-18 | Robinson, Christina | Page 83 |
| --- | --- | --- |

1  A.  I wasn't there for everything but just,
2  like I said, from working with Tameka, I know how
3  specific she is.
4  Q.  Do you think it was Tameka that came up
5  with their look?
6  A.  The looks that I'm familiar with, yes, I
7  can see her coming up with them. I wasn't there.
8  Q.  So if I break this down, they had bright
9  color hair, we've talked about that. You said
10  sometimes the hair color would change, though;
11  right?
12  A.  I didn't say that -- the image of the
13  group stayed the same. If the hair color changed,
14  it could have been because they didn't get it in
15  time for them to be -- but as far as the group, I
16  didn't see -- I saw when they did -- the only time
17  I saw a major change is what they came back and
18  did the performance in 2000 -- it was New Year's
19  between 2017 and '18. So we were ending in '17
20  and bringing in '18. That's when I saw a little
21  change and they came out with a look but they
22  still was true to the colorful look. You still
23  knew it was an OMG girl from you saw them.
24  Q.  And what change did you observe when they
25  did this New Year's Day 2017 to 2018 performance?

| 2022-03-18 | Robinson, Christina | Page 84 |
| --- | --- | --- |

1  A.  Bahja had half-pink and half-blue and
2  Zonnique had lime green and black hair.
3  Q.  And that was a departure from how Bahja
4  had typically styled her hair?
5  MS. RANAHAN: I would just object to that
6  that -- that's what she said. She's
7  basically saying that there was different
8  colors of the hair and the colors changed,
9  but departure is trying to, you know -- I'm
10  just going to object that that's --
11  MR. FINKELSTEIN: Okay. Just object then
12  and please don't coach the witness.
13  BY MR. FINKELSTEIN:
14  Q.  Ms. Robinson, you testified that you
15  observed what you called a change in the New
16  Year's performance --
17  A.  No. I would say Bahja still kept her
18  same hot pink OMG Girl look, if that's what you're
19  asking.
20  Q.  Well, I'm asking, why did you think --
21  when you say you observed what you called a major
22  change --
23  A.  I didn't say it was a major change. I
24  said it was a change. Bahja still was the one
25  that was known to have hot pink hair and she still

| 2022-03-18 | Robinson, Christina | Page 85 |
| --- | --- | --- |

1  had hot pink hair.
2  Q.  And how did Bahja change then?
3  A.  As far as the OMG Girlz image, I can't
4  say that she really changed it because even though
5  she wore the hot pink hair, she wore different
6  styles of pink in, you know, the same color pink
7  and she just wore it in different styles all the
8  time. So I just know that she had the hot pink
9  hair like the OMG Girlz that was her color was
10  supposed to be hot pink. The only one that really
11  changed was Zonnique and she had lime green
12  instead of the blue.
13  Q.  So Zonnique normally had blue hair and
14  this time she had lime green hair?
15  A.  Yeah, she had lime green hair. She
16  normally would wear blue. And then Breaunna was
17  purple. Now, however they did different things
18  with the color purple, Breaunna may have had some
19  lilac streaks or some pink streak, but she still
20  stayed true to her purple like Bahja still stayed
21  true to her hot pink.
22  Q.  Okay. So typically Bahja would have a
23  pink color hair, Zonnique would have blue color
24  hair, and Breaunna would have purple color hair;
25  is that right?

| | |
|---|---|
| 2022-03-18     Robinson, Christina     Page 86 | 2022-03-18     Robinson, Christina     Page 88 |

**Page 86**

1  A. That's basically yes.

2  Q. And did you ever observe Breaunna with

3  hair other than purple?

4  A. Just because I didn't see it don't mean

5  anything, but I know that she stayed true to it

6  unless she just wore black hair. I don't know. I

7  don't -- I didn't see her like that all the time.

8  Q. Did you ever see her perform with hair

9  other than purple?

10  A. Not that I'm aware of.

11  Q. And did you ever see Zonnique perform

12  with hair other than blue?

13  A. Yes.

14  Q. When did you see her perform with hair

15  other than blue?

16  A. Once her hair was blue, because they

17  didn't finish dying it and it was blue and it was

18  blonde. And she had had to perform with the

19  blonde hair, and -- but it was blue underneath.

20  Q. I'm sorry, keep going.

21  A. The hair was blue under the blonde hair

22  but they just didn't finish it that night. I

23  remember her having to go on stage with blonde

24  waiting to dye it blue.

25  Q. Okay. And of course she was in lime

**Page 88**

1  not have come out exactly like they had been doing

2  and they had to run with it. So I don't know.

3  Q. So the interrogatory talks about non

4  monochromatic and contrasting colors. Does that

5  mean because each person had -- when together they

6  are non monochromatic because one was purple, one

7  was blue and one was pink, or do they ever combine

8  it so, like, Breaunna would be purple and blue, or

9  Bahja would be pink and blue, or something like

10  that?

11  (Reporter clarifying.)

12  Q. When you speak of non monochromatic and

13  contrasting colors in this discovery response, are

14  you referring to each individual member of the OMG

15  Girlz or the band as a whole?

16  A. See, to me, non mono is, it would be -- I

17  would think that when they think of mono colors, I

18  think of muted colors. That -- that was my

19  interpretation. So non -- non mono would be that

20  it wasn't muted. They were bright. That is what

21  I thought that meant.

22  Q. So this is saying that they use bright

23  color -- they had bright color hair?

24  A. Right.

25  Q. Are you aware of any other entertainers

| | |
|---|---|
| 2022-03-18     Robinson, Christina     Page 87 | 2022-03-18     Robinson, Christina     Page 89 |

**Page 87**

1  green hair for that performance for New Year's

2  2017 to 2018; right?

3  A. Correct.

4  Q. Other than the time you could remember

5  her performing with blonde hair and lime green

6  hair, could you remember Zonnique performing with

7  hair other than blue?

8  A. I really couldn't say. I don't know. I

9  don't even remember. She could have but I don't

10  remember. I can't say whether she did or not. I

11  don't remember because I did not see every

12  performance they did, more than likely.

13  Q. And are you aware of any performances

14  Bahja did with hair other than pink hair?

15  A. Not that I'm aware of. I don't know.

16  Q. What about like photo shoots, when they

17  did photo shoots, were their hair always purple,

18  blue and pink?

19  A. I don't know all of their photo shoots.

20  But -- but I don't know. I really couldn't answer

21  that question. I don't know if all their photo

22  shoots they had the same color hair in all their

23  photo shoots. But -- but the way things go in

24  this business, there's a slight chance that maybe

25  they could have changed the color or the dye may

**Page 89**

1  that have bright color hair?

2  A. Yes.

3  Q. What other entertainers are you aware of,

4  Ms. Robinson, that have bright color hair?

5  A. But it wasn't their image. There's a

6  difference of someone wearing bright color hair

7  than it being their image. I don't know of any

8  other entertainment -- entertainer that the bright

9  color hair was their image, no.

10  Q. Okay. But you are aware of entertainers

11  that had bright color hair?

12  A. That they have worn it but the OMG Girlz

13  was not just a group with bright colored hair.

14  The combination of the clothes, the makeup, and

15  the hair is what made them the OMG Girlz. Not

16  just one specific thing. So if someone else -- if

17  I came to this with a hot pink wig, that didn't

18  mean that I was copying OMG Girlz. I just wore a

19  hot pink wig because the combination of the style

20  of the clothing, the hair, and the makeup is what

21  made the OMG Girlz who they were. Not just one

22  specific thing.

23  Q. Okay. But still, tell me what

24  entertainers you're aware of that wear bright

25  color hair?

| 2022-03-18 | Robinson, Christina | Page 90 |
| --- | --- | --- |

1  A. If they wear it or if it's their image?
2  Q. The first one. If they have ever worn
3  it.
4  MS. RANAHAN: I'm just going to object
5  that this is -- Mark, she's not going to
6  testify about other band's hair, but you can
7  answer to the extent you know. But this is
8  just -- I would think this would be, Mark,
9  your job to find the other bands --
10  THE WITNESS: EVEN when I think about the
11  rappers, I don't know about any bright color
12  hair. I know they wore soft color hair but I
13  don't know about the bright colors --
14  BY MR. FINKELSTEIN:
15  Q. A few minutes -- a few minutes ago I
16  asked the question, are you aware of any
17  entertainers that had bright color hair. You
18  answered yes.
19  A. They had bright color hair but it wasn't
20  their image and they could have worn the bright
21  color hair, but what you define as bright and what
22  I define as bright could be two different things.
23  Q. That's what I'm asking you. You said --
24  A. But they wear the same color as the OMG
25  Girlz, no, I don't know of any. But did they wear

| 2022-03-18 | Robinson, Christina | Page 91 |
| --- | --- | --- |

1  colored hair, yes. But they didn't make them --
2  that was not the same image, no. I don't know of
3  that and I'm not saying it don't happen, but I
4  don't -- I'm not in the entertainment industry,
5  like, on that end where I -- where I follow other
6  artists.
7  Q. You said that the OMG Girlz have unique
8  makeup, that's part of their image?
9  A. I said they have a unique makeup that --
10  that defines their image.
11  Q. When you say makeup, you mean, like,
12  applying makeup to your face or you mean, like,
13  together makeup?
14  A. Together makeup.
15  Q. Okay. You don't mean applying --
16  A. No.
17  Q. -- applying stuff to the face? Okay.
18  A. Right. No.
19  Q. You're saying their clothes and their
20  hair together comprised --
21  (Reporter clarifying.)
22  THE WITNESS: Sorry. I'm sorry.
23  BY MR. FINKELSTEIN:
24  Q. Okay. So you think their clothes and
25  their hair is what uniquely defines the OMG Girlz

| 2022-03-18 | Robinson, Christina | Page 92 |
| --- | --- | --- |

1  and separates them from other bands?
2  A. Correct.
3  Q. Other than their clothes and their hair,
4  is there anything else unique about the OMG Girlz
5  that separates them from other bands?
6  A. I mean, in -- in the music industry, your
7  music is going to separate you, your style of
8  dancing, because the way they were choreographed
9  and the way they perform, that separated them from
10  other bands. That's my opinion.
11  Q. Okay. Anything else other than their
12  clothes, their hair and their music and their
13  style of dancing that you think separated the OMG
14  Girlz from other bands?
15  A. Just who they -- who they were, who they
16  were as collectively as a group separated them
17  from other bands. That's why you don't have the
18  same image of more than one band released at the
19  same time. There's lanes in this business.
20  So another group that would look like
21  them and have a style like them, if the OMG Girlz
22  came out first, they would not make. They would
23  just look like they are copying OMG Girlz. No one
24  wants to copy Janet Jackson. You don't want
25  anyone to come out -- a label couldn't even

| 2022-03-18 | Robinson, Christina | Page 93 |
| --- | --- | --- |

1  support that because it would be confusing to the
2  public --
3  Q. And you describe --
4  A. -- nobody else looks like her.
5  Q. And you would describe their style of
6  clothing as layered; is that correct?
7  A. Yes. When you wear layers like a vest
8  and the shirt and the vest, and you wear the pants
9  with the skirt over the pants, and maybe more than
10  one pair of socks, and you can have the pants and
11  tights and things like that. That's considered
12  layers. They layered their clothes.
13  Q. And you think that unique layering style
14  is what's part of what makes the OMG Girlz
15  unique --
16  A. Not -- yes. Not just because they wore a
17  vest but the color and the fabric that was in the
18  vest or something like that, or the color and the
19  stockings and the socks and the tutus, those
20  things, the combination of it made them the OMG
21  Girlz.
22  Q. And could you observe the OMG Girlz
23  always wore the same style of clothing?
24  A. They stayed in their lane.
25  Q. And what was their lane?

---

**2022-03-18 — Robinson, Christina — Page 94**

1  A.  They were more of an urban, layered type,
2     bright colored group. Either they wore the bright
3     colored hair, sometimes they may wear a white
4     outfit but they would wear the bright color hair
5     to define them.  And may wear a black and silver
6     outfit and they would still have the hair, the
7     bright color hair that would define them.
8  Q.  And how would you define their music?
9     You said that made them unique.
10 A.  Well, their music was -- it was hip-hop.
11    It was more of -- yeah, it was hip-hop, it was
12    young hip-hop because they had the rap and the
13    singing, and that would put them hip-hop category.
14 Q.  Do you think that created a new kind of
15    category or brand of music, or did they have music
16    similar to other bands?
17 A.  I think they are sound was uniquely to
18    them.
19 Q.  But the style was something that's been
20    done before?
21 A.  I'm not going to say the style itself,
22    because I felt just, like I said, this is my
23    opinion, the style is what made them different.
24    If you hear a song on the radio and they did not
25    introduce the artist, you're supposed to know who

---

**2022-03-18 — Robinson, Christina — Page 95**

1     the artist is.  So if they played an OMG Girlz
2     song on the radio, I could identify it as an OMG
3     Girlz song.
4  Q.  You also said they had a unique style of
5     dancing; is that right?
6  A.  Yes.
7  Q.  How would you describe their style of
8     dancing?
9  A.  It's a hip-hop style, but what happens in
10    the -- what happens in the music industry, and I'm
11    only speaking in my experience, is when you have a
12    style of dancing, the choreographer would -- you
13    have a choreographer that creates a style that's
14    uniquely for you, and that choreographer would
15    really stick with you, because that created what
16    the audience would expect to see you perform as.
17    So they pretty much stuck with the same
18    choreographer that would take them, just their
19    moves, and he would create their shows.  So if I
20    would have three artists on my record label, if I
21    had a record label, I wouldn't use the same
22    choreographer for all three acts, because it would
23    look too -- too much alike.  So I would give
24    different choreographers.  My daughter is an
25    entertainer, so I would -- and she worked with

---

**2022-03-18 — Robinson, Christina — Page 96**

1     them, but I would use separate different
2     choreographers for her so that she would look like
3     she was performing the same type of moves that the
4     OMG Girlz did.
5  Q.  So you, though, described the style of
6     dancing of the OMG Girlz as hip-hop style?
7  A.  Yes.
8  Q.  Any other way that you would describe the
9     style?
10 A.  Unless you want to use the word urban,
11    you can, but it's still like haters to that same
12    community, because the -- I mean, if you were go
13    to go dance class, hip-hop would be the class for
14    that style.
15 Q.  I want to ask you one other question just
16    to orient you, I want to go back to that 2010
17    radio event that we talked about earlier where
18    Keisha spoke.
19    Do you recall that?
20 A.  Yes, mm-hmm.  Yes.
21 Q.  Do you have -- do you know if anyone from
22    MGA was at the 2010 Saving Our Daughter's Bratz
23    Toy Giveaway --
24 A.  No.
25 Q.  -- at Radio One Atlanta.

---

**2022-03-18 — Robinson, Christina — Page 97**

1     (Reporter clarifying.)
2     BY MR. FINKELSTEIN:
3  Q.  Let me ask the question again and then
4     just wait --
5  A.  Okay.
6  Q.  -- for the answer -- okay.
7     Ms. Robinson, at the Radio One Atlanta
8     event in December 2010 called Saving Our
9     Daughter's Bratz Toy Giveaway, do you know if
10    anyone from MGA was present?
11 A.  No.
12    (Reporter clarifying.)
13    MR. FINKELSTEIN:  This is a great time.
14    Why don't we take a five-minute break.
15    THE WITNESS:  Okay.
16    MR. FINKELSTEIN:  Okay, thanks.  That's
17    fine.
18    THE VIDEOGRAPHER:  We are off the record
19    at 1:38 p.m.
20    (Short break taken.)
21    THE VIDEOGRAPHER:  We are on the record
22    at 1:47 p.m.
23    BY MR. FINKELSTEIN:
24 Q.  Okay.  So Ms. Robinson --
25 A.  Yes.

| 2022-03-18 | Robinson, Christina | Page 98 |
| --- | --- | --- |

1  Q. -- just to make sure I understand your
2     testimony, the things that make the look and style
3     of the OMG Girlz unique is their hair, their
4     clothing, their music and their dance, in
5     combination together?
6  A. Right.
7  Q. And for their hair, it's because the hair
8     was bright colors and typically it was the colors
9     of pink, purple and blue; correct?
10 A. Right. Correct.
11 Q. And their clothing, it was because it was
12    urban and hip-hop and layered; correct?
13 A. In the color scheme that matched that fit
14    along with the hair.
15 Q. Okay. So the clothing was urban,
16    hip-hop, layered and brightly colored?
17 A. Right. And it -- yeah. I would say
18    that.
19 Q. Did the clothing always match the hair
20    color?
21 A. No.
22 Q. Did the clothing ever match the hair
23    color?
24 A. You mean they may have -- they may
25    have -- if they had pink hair, they may have pink

| 2022-03-18 | Robinson, Christina | Page 99 |
| --- | --- | --- |

1     in her outfit, but that wouldn't be the only
2     color.
3  Q. And then the -- then the unique music was
4     a hip-hop with unique sound; correct?
5  A. Their sound was unique for them, yes.
6  Q. And can you describe that sound or it's
7     just you know when had you hear?
8  A. Yeah, it be would be one that I would say
9     I would know it when I hear it, just like I can't
10    describe Aretha Franklin. I know her when I hear
11    her.
12 Q. And then their distance was unique, was
13    again, a hip-hop style of -- hip-hop, urban style
14    of dance; correct?
15 A. Right. It was a unique style that they
16    performed, yes.
17 Q. And again, could you describe it in words
18    other than hip-hop, unique style, or again, you
19    just know --
20 A. I couldn't because I know that Sean
21    Bankhead created that for them and I know him,
22    because my -- we -- my daughter grew up in dance
23    also, so I just -- because that's how I know it so
24    well.
25 Q. Who is the person that created the style

| 2022-03-18 | Robinson, Christina | Page 100 |
| --- | --- | --- |

1     of dance?
2  A. He didn't create the style. I said he
3     did a style that was uniquely that defined them
4     that was their choreographer. He was the
5     choreographer. But you don't really create --
6     when a choreographer -- maybe I used the wrong
7     word, because when a choreographer comes to you,
8     they come to you and they ask you what direction
9     are you going, and you give them pointers and then
10    they come up with moves that fit the song and the
11    group.
12    But as far as creating the style-style,
13    I would not say that. Maybe I used the wrong --
14    you know, the wrong word. But he did come up with
15    something but he had to have some type of
16    direction because choreographers don't just come
17    in and hear a song and say, okay, so I'm going to
18    do this for this artist. Because he has to know
19    if they are even capable of doing the moves.
20    So just say, it could be, see the moves
21    that Ciara -- Ciara can do, the OMG Girlz may not
22    even be able to perform on that same capacity. So
23    it has to be defined by the -- for the group.
24 Q. What was the name of the choreographer
25    for the OMG Girlz?

| 2022-03-18 | Robinson, Christina | Page 101 |
| --- | --- | --- |

1  A. Sean Bankhead.
2  Q. Can you spell that?
3  A. I don't know how he spells Sean because
4     it's spelt so many different ways, but I know his
5     last was definitely Bankhead.
6  Q. How do you spell the last name?
7  A. B-a-n-k-h-e-a-d.
8     (Reporter clarifying.)
9     THE WITNESS: B-a-n-k-h-e-a-d.
10    (Reporter clarifying.)
11    THE WITNESS: Is that better? This is a
12    first that someone say I'm not loud.
13    (Reporter clarifying.)
14    THE WITNESS: I know. My mouth is so dry
15    today, I don't know why. I guess I'm not
16    used to all this talking.
17    BY MR. FINKELSTEIN:
18 Q. So would you say that the unique look and
19    style of the OMG Girlz then is hair, clothing,
20    music and dance all put together; correct?
21 A. With them collectively as a group, I
22    would say it uniquely defines them. Their style
23    uniquely defines them.
24 Q. And if somebody else had, for instance,
25    one or two of these things, would that then remind

| 2022-03-18 | Robinson, Christina | Page 102 |
| --- | --- | --- |

1    you of the OMG Girlz, or that might be a different
2    band?
3    MS. RANAHAN: Just object that that calls
4    for speculation and it's a hypothetical and
5    it's not what she's here to testify about.
6    BY MR. FINKELSTEIN:
7    Q. You can testify. You can answer.
8    A. Say it again. I'm sorry, can you ask the
9    question again?
10    Q. So my was if some other band had some of
11    these attributes, for instance, the music and
12    dance like the OMG Girlz, but not the hair and
13    clothing the OMG Girlz, would you be able to
14    recognize the music and dance separate from the
15    hair and clothing?
16    MS. RANAHAN: I'm still going to object
17    that that calls for speculation and it
18    calls -- it's a hypothetical, and it is
19    compound, and it is -- misstates the
20    testimony.
21    But if you can answer, go ahead and
22    answer, Christina.
23    THE WITNESS: I'm sorry, can you ask me
24    again? I don't -- I want to make sure that
25    I'm answering correct, but can you can me

| 2022-03-18 | Robinson, Christina | Page 103 |
| --- | --- | --- |

1    again one more time?
2    BY MR. FINKELSTEIN:
3    Q. Sure. And Ms. Ranahan, your objections
4    will apply, 'cause I think that's maybe causing
5    it. So your objections will apply. Let me just
6    ask the question.
7    MS. RANAHAN: Thank you, Judge
8    Finkelstein, my objections will apply.
9    BY MR. FINKELSTEIN:
10    Q. If some other group had certain of these
11    attributes, for instance, the same music and dance
12    of the OMG Girlz but not the hair and the
13    clothing, would you be able to recognize those
14    attributes apart from all these four things
15    together?
16    MS. RANAHAN: I'm just restate the
17    objections without getting specific. Okay.
18    THE WITNESS: Separate -- separate, I
19    don't know. I can't say separate. I really
20    can't answer that and say, if I have, I can
21    say yes. If I could, I can't say. If it did
22    not happen, I can't say.
23    (Exhibit 3 was received and marked
24    for identification on this date and is
25    attached hereto.)

| 2022-03-18 | Robinson, Christina | Page 104 |
| --- | --- | --- |

1    BY MR. FINKELSTEIN:
2    Q. So if you look at Exhibit 3 which I've
3    now put into the Exhibit Share.
4    A. Okay. Okay.
5    MS. RANAHAN: How do you get -- it seems
6    to show up later for me. I can still only
7    see Exhibit 1 or 2. How do you --
8    THE WITNESS: You have to go out and come
9    back in.
10    MS. RANAHAN: It just showed up. I got
11    it. Okay. Thank you.
12    BY MR. FINKELSTEIN:
13    Q. So this is the answer and counter claims,
14    and I just want to ask you a few questions about
15    it.
16    So the first, if you go to exhibit --
17    excuse me, Page 3, you'll see something called
18    Exhibit 1. It's a colored picture of three women.
19    Do you see that?
20    A. Yes.
21    Q. And who -- what is that a picture of,
22    Exhibit 1?
23    A. The OMG Girlz.
24    Q. And can you identify them kind of from
25    left-to-right who they are?

| 2022-03-18 | Robinson, Christina | Page 105 |
| --- | --- | --- |

1    A. Okay. From left with the pink, that's
2    Bahja Rodriguez. With the purple, that is
3    Breaunna Womack. And last with the blue hair,
4    blue and pink hair is Zonnique Pullins.
5    Q. And would you say this is an example of
6    them showing their unique style?
7    A. That's one example.
8    Q. And I notice in Zonnique's hair, it's
9    blue but there's other colors in there. Is that
10    part of her style to have multi colored hair?
11    A. That's what I was saying. As long as
12    they -- they usually keep with the basic. Her
13    basic color is blue. Like Breaunna's basic color
14    is purple, and Bahja's basic color is pink because
15    even Bahja has different shades of pink and look
16    like Breaunna could be just solid, but she could
17    have some other color in there. And so they still
18    stuck with their basic color scheme, so you knew
19    that Zonnique was the one that wore the blue hair.
20    So whoever the hairstylist was, it could be a case
21    where she didn't have enough hair in blue to make
22    it big enough and she could have added the other
23    colors to make the -- create the style to make it
24    big enough. So I don't know what made them add
25    the other colors. They could not have had enough

| 2022-03-18 | Robinson, Christina | Page 106 |
| --- | --- | --- |

1  of the same color to make it big enough to create
2  the style.
3  Q.  Does Zonnique typically have blue hair
4  but sometimes included other colors; correct?
5  A.  All of them, their basic color stayed the
6  same, but then you knew that Breaunna may have
7  purple with some lilac or purple with some pink,
8  but you knew that Breaunna's basic color was
9  purple, you knew that Bahja basic color was hot
10  pink, and you knew that Zonnique's basic color was
11  blue.
12  Q.  So if you go a few pages down to this
13  exhibit to Page 6, you'll see some other pictures.
14  There's Exhibit 2 --
15  A.  Mm-hmm.
16  Q.  -- of a box.
17  Do you know what Exhibit 2 is?
18  A.  Yes.
19  Q.  What is Exhibit 2?
20  A.  That's the -- that's the dolls that the
21  OMG Girlz -- I mean, that the -- the OMG
22  collection doll box.
23  Q.  Have you ever seen that OMG collection
24  doll box --
25  A.  Yes.

| 2022-03-18 | Robinson, Christina | Page 108 |
| --- | --- | --- |

1  I don't remember that.
2  BY MR. FINKELSTEIN:
3  Q.  So you didn't buy it in connection with
4  the lawsuit.  Is that a fair statement?
5  A.  It wasn't in connection with the lawsuit,
6  but I knew -- I knew about what was going on with
7  the dolls, but I still thought it was still cute
8  as -- as a female, I still wanted to play with it.
9  Q.  And then what is Exhibit 3 on this
10  document?
11  A.  That is --
12  Q.  What's that?
13  A.  That's Bahja Rodriguez.
14  Q.  So the woman on the left is Bahja?
15  A.  Yes.
16  Q.  And what color hair would you say she has
17  in this picture?
18  A.  Well, she has pink and black but that's
19  still her basic pink, hot pink color that
20  solidifies her as an OMG Girl.
21  Q.  And then Exhibit 4 on the next page.
22  Do you see that?
23  A.  Yes.
24  Q.  And who is that on the left side?
25  A.  On the left side, you want Exhibit 4?

| 2022-03-18 | Robinson, Christina | Page 107 |
| --- | --- | --- |

1  Q.  -- like, live?
2  A.  Yes.
3  Q.  Do you have one?
4  A.  I don't have it personally but I did want
5  one.
6  Q.  Have you ever actually physically touched
7  it?
8  A.  Yes.  I actually bought one but I gave it
9  away.
10  Q.  Who did you give it to?
11  A.  I gave it to Toya's daughter.
12  Q.  When did you buy it?
13  A.  I can't remember but it may have been --
14  it had to be before COVID.  Before COVID became --
15  no, COVID was in.  I don't -- I can't remember.  I
16  can't remember.  But I know I did buy it because I
17  think --
18  Q.  Before --
19  A.  I really think it's nice.
20  Q.  Did you buy it before or after this
21  lawsuit was filed?
22  A.  It may have been --
23  MS. RANAHAN:  If you don't remember --
24  THE WITNESS:  I don't remember.  I really
25  don't remember because I can't tell you that.

| 2022-03-18 | Robinson, Christina | Page 109 |
| --- | --- | --- |

1  That's Zonnique with the green.
2  Q.  Right.  So she's got -- here, I thought
3  you said Zonnique is generally blue hair?
4  A.  She did.  But after they went on a
5  hiatus, when they came back, like, I wasn't there.
6  I just -- at the concert, and Zonnique came with
7  green hair.  There are times when you can't get
8  the color you're looking for.  Like, I can't tell
9  you the reason why Zonnique ended up with the
10  green.  It could have been that the basic blue,
11  they couldn't find in time to get them on stage,
12  'cause some things are last minute --
13  MS. RANAHAN:  You don't have to guess if
14  you don't know.
15  THE WITNESS:  Right.  I can't say that.
16  BY MR. FINKELSTEIN:
17  Q.  This picture of Zonnique with the lime
18  green hair, do you know when it was taken?
19  A.  It was taken at the concert that was New
20  Year's between 2017 and '18.  It was New Year's
21  night.  I don't know if it was eve, December the
22  31st, or January the 1st, but --
23  Q.  Is that -- is that the same with Exhibit
24  3 with Bahja Rodriguez also taken that same tight?
25  A.  Yes.

| 2022-03-18 | Robinson, Christina | Page 110 |
| --- | --- | --- |

1 Q. And were the -- was there a performance
2   going on that night?
3 A. Yes.
4 Q. And what was the performance?
5 A. They actually opened for -- they were on
6   the Xscape tour performance here in Atlanta and
7   they performed that night.
8 Q. Did they perform as the OMG Girlz --
9 A. Yes.
10 Q. -- or as individual performers?
11 A. They performed as the OMG Girlz.
12 Q. Other than this night when Zonnique wore
13   her hair lime, if you can call it, have you ever
14   seen her with lime hair?
15 A. Not that I can remember. I don't know.
16   She could have.
17 Q. Other than this night where Bahja wore
18   her hair sort of two-tone, half pink, half black,
19   have you ever seen Bahja Rodriguez with hair
20   two-tone, half pink, half black?
21 A. I can't really testify to that either,
22   because they change so much. I could have seen
23   it -- I don't remember if I can say yay or nay
24   it's that. I don't want to say -- I don't want to
25   say and then you see a picture with -- I don't

| 2022-03-18 | Robinson, Christina | Page 111 |
| --- | --- | --- |

1   know.
2 Q. The next exhibit on this Page 7 is
3   Exhibit 5.
4 A. Yes.
5 Q. Is that Breaunna Womack?
6 A. Yes, it is.
7 Q. Do you know when this picture was taken?
8 A. Not exactly when the picture was taken,
9   no.
10 Q. Was it taken the same 2017 New Year's Eve
11   concert?
12 A. No.
13 Q. And then Exhibit 6, who is that on the
14   left-hand side?
15 A. With the pink hair?
16 Q. Yeah. So if you look at Exhibit 6,
17   there's three pictures; right? There's --
18 A. Right.
19 Q. -- a woman on the left, a doll in the
20   middle and a woman on the right. First of all,
21   the woman on the left and the right is the same
22   person; right?
23 A. Say that again.
24 Q. Let's just break this down. So you see
25   Exhibit 6?

| 2022-03-18 | Robinson, Christina | Page 112 |
| --- | --- | --- |

1 A. Yes.
2 Q. In this exhibit we're looking at, which
3   is Exhibit 3 to the deposition?
4 A. Yes.
5 Q. And Exhibit 6 has a picture of a woman on
6   the left, a picture of a doll in the middle, and a
7   picture of a woman on the right.
8   Do you see that?
9 A. Right.
10 Q. Who is the woman on the left?
11 A. From me looking at it, Bahja with the
12   pink hair.
13 Q. And who is the woman on the right?
14 A. That's Zonnique.
15 Q. So the woman on the left has pink hair,
16   that's Bahja. Do you know when that picture was
17   taken?
18 A. I don't know the exact time that picture
19   was taken, no.
20 Q. What about the woman on the right,
21   Zonnique, do you know when that picture was taken?
22 A. No.
23 Q. And in the picture of the woman on the
24   right, Zonnique is in -- what color would you
25   describe her hair?

| 2022-03-18 | Robinson, Christina | Page 113 |
| --- | --- | --- |

1 A. It looks like that's her natural hair.
2   --
3 Q. Blonde --
4 A. Yeah. It looks like what they tall a T,
5   and it looks like it is, and you want to be more
6   specific, look like a 1B -- it look like it could
7   be called what they call a 1B, I want to say 30,
8   because it looks like it's blonde, like it's a
9   shade of blonde on the bottom.
10 Q. And speaking on behalf of the OMG Girlz,
11   LLC, and Pretty Hustle, LLC, as the corporate
12   representative, do you believe that all of the OMG
13   dolls put out by MGA look like the unique look and
14   feel of the OMG Girlz?
15 A. I can't say that because I don't even
16   know if I've seen all of the dolls. I don't know
17   if I've seen them all, so I can't say they all
18   look like OMG Girlz.
19 Q. Have you ever seen any OMG dolls that you
20   don't think look like the OMG Girlz?
21 A. You want me to go back -- let me go back
22   to the box and see what you're asking.
23   Because I've seen the girls do various
24   things, I think that the ones just on this box
25   could look like them at different times, because

---

**2022-03-18** — Robinson, Christina — Page 114

1  even when you look at the one with the blue, Bahja
2  has worn her hair like that and so has Zonnique.
3  So I can't say, no, they don't resemble the girls,
4  because I've seen them in so many stages.
5  Q. So, I'm sorry, you're looking at
6  Exhibit 2 --
7  A. Right.
8  Q. -- on Page 6, there's that box --
9  A. Right --
10  Q. -- the OMG remix box, and you're
11  referring to the doll on the far left?
12  A. With the blue. I've seen them wear their
13  hair like that, even in that color.
14  Q. You've seen them -- you've seen them wear
15  their hair up like that in that color?
16  A. Right. That's called a mohawk.
17    (Exhibit 4 was received and marked
18    for identification on this date and is
19    attached hereto.)
20  BY MR. FINKELSTEIN:
21  Q. I've just introduced Exhibit 4, which is
22  a catalog of dolls with some names attached to
23  them.
24  Have you ever seen a catalog of
25  OMG L.O.L. Surprise! OMG dolls?

---

**2022-03-18** — Robinson, Christina — Page 115

1  A. No. Not a catalog. I don't -- I'm not
2  sure what you're asking, so I really can't answer
3  and say have I seen a catalog, no.
4  Q. Well, have you ever seen anything that
5  looks like Exhibit 4 before, with or without the
6  names of the dolls?
7  A. I have seen the doll -- they are on the
8  Internet, yes.
9  Q. Look through -- let's start with Page 1
10  of Exhibit 4. They are not numbered but the first
11  page of Exhibit 4 that starts with the doll Swag
12  in the upper left.
13  Do you see that?
14  A. The doll is that's called Swag?
15  Q. Well, this page. I'm looking at this
16  page. Do you see this?
17  A. Yes.
18  Q. Do you think all of the dolls on this
19  page look like the OMG Girlz?
20  MS. RANAHAN: I don't have this exhibit
21  yet, Mark. Can you just hold -- I don't know
22  why it takes a minute for mine to load. Did
23  you say --
24  THE VIDEOGRAPHER: You just need to
25  refresh. Either click on the folder or

---

**2022-03-18** — Robinson, Christina — Page 116

1  refresh your browser.
2  MS. RANAHAN: Okay. Let me see if that
3  works. Now where did it go. Oh, there it
4  is. Okay. It just showed up. All right.
5  BY MR. FINKELSTEIN:
6  Q. Okay. The question --
7  MS. RANAHAN: If you don't do anything,
8  it eventually does just show up. Okay.
9  BY MR. FINKELSTEIN:
10  Q. The question pending was, Ms. Robinson,
11  do you believe all the dolls on this first page of
12  Exhibit 4 look like the OMG Girlz?
13  A. All the dolls may not look identical to
14  the OMG Girlz, but -- but what they would do is
15  the dolls themselves do reflect the style and the
16  image of what the girls did at their -- they did,
17  that it does reflect that. Because even when you
18  look at the one that's called something Chick,
19  Roller Chick, I've seen Bahja do that same look.
20  I've seen Zonnique wear her hair with the buns.
21  I've seen Zonnique wear her hair with the one with
22  the cutoff jeans but -- because I've seen more of
23  them than probably what most people have seen.
24  There are days where things like this would
25  reflect their image still.

---

**2022-03-18** — Robinson, Christina — Page 117

1  Q. So --
2  A. I can't say do they look like all of the
3  dolls, but some days they look pretty similar to
4  it and it's -- the image of what it portrays, yes.
5  Q. So let's -- let's start with the first
6  page, the first doll on the far left, Swag. Do
7  you see that doll?
8  A. I don't know who you're calling
9  Swag because -- oh, okay. I'm sorry. Swag with
10  that -- that -- the red?
11  Q. Yes.
12  A. I've seen the outfit -- it would be hard
13  because I've seen the outfit similar to this, yes,
14  Zonnique has worn the big blonde hair. And as far
15  as the red sweat suit is concerned, I can't really
16  say, yeah, nay, that don't look like the OMG Girlz
17  because I know that publically, there are people
18  have -- they just look at the dolls in a whole and
19  they look at the OMG Girlz in a whole. They don't
20  separate them. So I can't go line-by-line and
21  say, oh, this doll don't look like OMG Girlz, this
22  doll don't -- that's just like, what's the purpose
23  of having a collection?
24  So when you do a collection, you're doing
25  a collection and you're comparing it to a group.

| 2022-03-18 | Robinson, Christina | Page 118 |
|---|---|---|

1   So if you compare it, you've got to compare it
2   with the group. If you -- if you ask the
3   question, would the OMG Girlz have ever dressed
4   like this, that's a strong possibility because it
5   falls along with the line of their look, yes. Did
6   they? I don't know. But if I look at it, I would
7   say it's pretty similar to the style.
8   Q. So for instance, let's take the first
9   doll, Swag. You see that in the blonde hair in
10   the right outfit; correct?
11   A. Right.
12   Q. And you believe Swag looks like the style
13   of the OMG Girlz --
14   A. That looks like a style because that's a
15   sweat suit. I'm sorry for speaking over you. I
16   am so sorry. Did I mean to do that.
17   Q. So the question is, you believe Swag
18   mimics the style of the OMG Girlz band; correct?
19   A. If you look at that and you look at the
20   white sweat suit outfit, you can say, yes, if they
21   wore a red -- white sweat suit, they would wear a
22   red sweat suit. So it could be -- it could be,
23   but that's not the gist of what probably the
24   conversation should be. The thing of it is, like,
25   my niece one day -- my sister asked her, well,

| 2022-03-18 | Robinson, Christina | Page 119 |
|---|---|---|

1   what do you want to be for Halloween. She said, I
2   want to look like aunty Tina. So we all wanted to
3   look -- to define, what did she see in me to think
4   she could dress like me and be me for Halloween.
5   So you can't say, well, would this one doll look
6   like it or would this one doll, because she never
7   saw me the same every time she saw me. But she
8   saw something unique. So there's something unique
9   in the OMG Girlz. There's something unique in
10   these dolls that make it look like a pattern, yes.
11   Varies collectively, yes, there is a pattern, to
12   me.
13   Q. Okay. So -- so just so I'm clear, it's
14   your testimony that for instance, the Swag
15   doll copies the look and feel of the OMG Girlz
16   band; correct?
17   A. It's not my testimony that the Swag doll
18   copies. I said collectively as a group of
19   dolls, and collectively as the group OMG Girlz,
20   the style emulates each other. It could be and it
21   could be mistaken. And I can't say individually,
22   so it don't -- you can't single them out and say
23   I'm singling out and say, oh, Swag looks like them
24   and Royal Bee looks like them, and -- no, I'm not
25   saying that. I'm saying collectively, the style

| 2022-03-18 | Robinson, Christina | Page 120 |
|---|---|---|

1   of the images, they are -- there's a pattern
2   there. But not separate. I'm not going to say
3   that.
4   Q. So it's your testimony that collectively
5   the style of the L.O.L. Surprise! OMG doll
6   collection mimics the style of the OMG Girlz band?
7   A. Right.
8   Q. And -- but you don't believe -- well, do
9   you believe that any of the dolls individually
10   mimic the style of the OMG Girlz band?
11   A. I'm not going to say -- I'm not going to
12   separate them because I didn't -- I'm not
13   separating them. I'm saying collectively because
14   that's how -- I mean, it didn't just -- it wasn't
15   just me. That's how it was sent to us because of
16   the -- because it -- it reflected the image. They
17   wore so many things, you're talking about over
18   years, they had different costumes they wore.
19   They had different things they did just like the
20   dolls, but it does the pattern, yes. The pattern
21   of the image of them as a group, it do. It will
22   confuse -- I think it will confuse the public, if
23   that's what you're asking.
24   Q. So Ms. Robinson, though, specifically to
25   each individual doll, speaking on behalf, again,

| 2022-03-18 | Robinson, Christina | Page 121 |
|---|---|---|

1   as a representative of Pretty Hustle and the OMG
2   Girlz, LLC, is it your testimony that any of the
3   individual dolls shown in Exhibit 4 mimic the
4   style, the unique style of the OMG Girlz band?
5   A. No. I'm not saying individually. I'm
6   saying collectively, they could -- even if you put
7   them out in groups, like, you didn't put them out
8   individually, they are out in a group. Like, if
9   you go to -- what page, 1, 2, 3 -- Page 3, and
10   then you have them with the musical instruments
11   and then you even have the little boy with the
12   girl with the blue hair, Zonnique had blue hair,
13   her boyfriend had long hair just like this and
14   they were on tour together. So you can't -- and
15   that is the one that's called -- what his name,
16   Rocker Roll -- Rocker Roll. They even had someone
17   in the group called Rock Roll, and her boyfriend
18   had long hair just like this. So -- and she had
19   blue hair when they were on tour. So I wouldn't
20   separate it. I would say that the pattern of them
21   collectively shows a pattern of what the people
22   would think that they were OMG, and the fact that
23   they have the name OMG.
24   Q. I think I understand your testimony. I
25   just want to repeat the question and make sure I

| 2022-03-18 | Robinson, Christina | Page 122 |
| --- | --- | --- |

1   understand.
2   So Ms. Robinson, it's your testimony then
3   that, again, collectively as a group, you believe
4   the L.O.L. Surprise! OMG dolls mimic the unique
5   look and style of the OMG Girlz band; correct?
6   A. Right.
7   Q. But you don't believe that individually
8   any specific L.O.L. OMG doll mimics the style and
9   look -- the unique style and look of the OMG Girlz
10  band; is that correct?
11  A. I did not stay is that.
12  MS. RANAHAN: Objection. Misstating the
13  testimony. Mark, there's a difference
14  between you trying to get her to go one by
15  one -- we've already gone one by one on the
16  complaint. Obviously she identified those
17  dolls, so this is misstating the testimony.
18  She knows there's some that obviously look
19  exactly like -- we just talked about them.
20  So I get what you're trying to do here, Mark,
21  but it's misstating her testimony.
22  MR. FINKELSTEIN: I'm going to ask you
23  again, please don't coach the witness.
24  BY MR. FINKELSTEIN:
25  Q. Ms. Robinson, then are there any

| 2022-03-18 | Robinson, Christina | Page 124 |
| --- | --- | --- |

1   This was asked and answered. We went through
2   the ones in the complaint. You're then -- I
3   mean, this is just you're going at it from
4   all these different angles to try to get what
5   you want that hear, Mark. But she's gone
6   through the ones in the complaint that are
7   identified, and then now she said she's not
8   going to separate it, she recognizes
9   elements, and so what -- I just don't think
10  this is an appropriate way to try to get
11  these admissions that you're looking for.
12  MR. FINKELSTEIN: Okay. I'm asking now
13  for like the fifth time, stop coaching the
14  witness. It's improper and you know it.
15  Please stop.
16  MS. RANAHAN: But it's also improper to
17  continue to badger and ask the same question
18  18 different ways because you're looking for
19  a certain answer. That's not appropriate
20  either. So I'm going to object, I've been
21  pretty quiet, especially for me. It's
22  amazing actually. So I haven't been speaking
23  the whole time. I'm limiting my objections.
24  I just don't -- you're trying to ask her the
25  same question over and over and over with

| 2022-03-18 | Robinson, Christina | Page 123 |
| --- | --- | --- |

1   individual L.O.L. OMG dolls that you believe mimic
2   the unique style and look of the OMG Girlz band?
3   A. Because there are different things on
4   each doll that could, say like they have worn
5   their hair like this, or they have worn that
6   outfit, I can't say just one all-in-all doll and
7   say, oh, this doll look nothing like the OMG
8   Girlz. I just can't make that testimony because I
9   have seen them in so many different variations,
10  and I'm looking at these dolls and I look at them
11  collectively as a whole. I don't want to be in a
12  position to try to separate them because I think
13  they do mimic the girls.
14  Q. But I'm asking you to separate them for
15  your testimony --
16  A. But I can't separate them.
17  Q. Is there any -- so just tell me yes or
18  no.
19  Do you believe any doll individually of
20  the L.O.L. OMG dolls mimics the unique look and
21  style of the OMG Girlz band, yes or no?
22  A. Do they -- yes.
23  Q. Which -- which dolls?
24  A. That look --
25  MS. RANAHAN: I'm just going to object.

| 2022-03-18 | Robinson, Christina | Page 125 |
| --- | --- | --- |

1   different ways. I'm just objecting to that.
2   BY MR. FINKELSTEIN:
3   Q. Ms. Robinson, as somebody who signed a
4   discovery response under penalty of perjury, I'm
5   asking you to tell me which dolls individually
6   look like --
7   A. So this is in --
8   Q. Hold on. Hold on. Let me finish the
9   question.
10  What is your testimony in terms of which
11  L.O.L. OMG dolls you believe individually look
12  like the OMG Girlz band members?
13  MS. RANAHAN: Again, I'm going to object
14  to that. We went over the ones on the
15  complaint. This, also, Mark, this document
16  doesn't have the most recent. This is dated.
17  There's a whole new line out, too, so I
18  wouldn't want her to bind herself to this.
19  It's not updated. We need to get --
20  MR. FINKELSTEIN: We'll go over more -- I
21  have more -- I have more exhibits, don't
22  worry.
23  BY MR. FINKELSTEIN:
24  Q. Of the dolls in Exhibit 4, we'll limit it
25  to that, point out by name which individual dolls

| 2022-03-18 | Robinson, Christina | Page 126 |
|---|---|---|

1    you believe, testifying as the corporate witness
2    of Pretty Hustle, LLC, and OMG Girlz, LLC, mimics
3    the unique look and style of the OMG Girlz?
4    MS. RANAHAN: She's not testifying on
5    this topic, Mark. That's not the topic she's
6    testifying about as the represent.
7    MR. FINKELSTEIN: Okay. If you don't
8    think so, I'll do this.
9    MS. RANAHAN: And she's already testified
10   about it anyway, so we are just repeating
11   now. We are just going back.
12   MR. FINKELSTEIN: No, no.
13   MS. RANAHAN: She's gone through the
14   individuals in the complaint and told you
15   how -- who they are and what they look like.
16   We have done that already. And then now
17   you're showing her the overall and she's
18   telling you why she believes it goes beyond
19   that including the name and all the other
20   things. So what else -- she's explained it.
21   So what else -- we've gone through the
22   individuals in the complaint.
23   (Exhibit 5 was received and marked
24   for identification on this date and is
25   attached hereto.)

| 2022-03-18 | Robinson, Christina | Page 127 |
|---|---|---|

1    BY MR. FINKELSTEIN:
2    Q. Ms. Robinson, I've just introduced
3    Exhibit 5. Let me know when you've seen that.
4    A. Okay.
5    Q. Did you -- is that your signature on the
6    second-to-last page under verification?
7    A. Yes.
8    Q. So you verified these answers under
9    penalty of perjury two days ago; correct?
10   A. I guess so, yes.
11   Q. Did you review these answers before you
12   declared under penalty of perjury they were true
13   and accurate?
14   A. Yes, I guess.
15   Q. I want you to look at the question, the
16   first question is Interrogatory 8.
17   A. Mm-hmm.
18   Q. And the question asks the OMG Girlz, LLC,
19   to identify the specific MGA dolls and/or animated
20   videos that are infringing which specific trade
21   dress.
22   Do you see that?
23   A. Wait a minute, where are you? What page
24   are you on?
25   Q. It's not numbered, but it's the second

| 2022-03-18 | Robinson, Christina | Page 128 |
|---|---|---|

1    page, Interrogatory No. 8.
2    A. Okay. Go ahead.
3    Q. And it asks for identification of which
4    specific MGA dolls infringe the trade dress at
5    issue in this case.
6    Do you see that?
7    A. Yes.
8    Q. And the supplemental response starting at
9    the bottom of that page going over says the entire
10   line of L.O.L. Surprise! Dolls --
11   MS. RANAHAN: I'm going to object.
12   If you can take the time to read the
13   response, you don't have to accept counsel's
14   representation of the response. If you want
15   to take your time, Christina, to review the
16   response.
17   THE WITNESS: Because that goes back to
18   what I'm saying. If you look at the entire
19   line, collectively, it looks -- reflects the
20   OMG Girlz collectively.
21   BY MR. FINKELSTEIN:
22   Q. So I understand that, but if you go --
23   A. I did not say individually.
24   Collectively, they do reflect then in various
25   ways. They may have on an outfit that one wore,

| 2022-03-18 | Robinson, Christina | Page 129 |
|---|---|---|

1    they may have a hairstyle that one wore, but to go
2    through all of them individually, if I had to
3    prove it to you something I've seen over the time,
4    I couldn't do that. So I don't want to say, oh,
5    that doll look just like the OMG Girlz because
6    what it looks like to me is just me, that's my
7    opinion.
8    Q. So if you look at Exhibit 5 on the third
9    page, which is the supplemental response
10   Interrogatory No. 8 at Line 5, there's a sentence
11   that begins, "The L.O.L. Surprise! OMG Girlz line of
12   dolls." Let me know when you've seen that.
13   A. Where it says on Line 8, "Including but
14   not limited to"?
15   Q. So it's actually Line 5 on the --
16   A. Where it says, "The winter 2022 for which
17   MGA has" --
18   Q. Yes --
19   A. -- not include documents.
20   Q. Yes --
21   A. -- although --
22   Q. Yes. The next sentence begins, "The
23   L.O.L. Surprise! OMG Girlz line of dolls
24   individually and/or collectively employ and rely
25   on the unique combination of elements comprised in

| 2022-03-18 | Robinson, Christina | Page 130 |
|---|---|---|

1    the trade dress owned by the OMG Girlz, including
2    but not limited to," and then it goes on.
3    Do you see that?
4   A.   That's exactly what I'm saying to you
5    now. Individually, like I said, you're asking me,
6    do they -- do they look like them, even the one
7    with the red sweat suit, yes, the girls would wear
8    something like that. Yes, that goes along with
9    their image, and that's why I'm not separating
10    them because they -- they do look like something
11    that they've worn. But if you want me to say, can
12    you find an outfit that the OMG Girlz had on this
13    particular -- that look like this? No. That's
14    why I'm not answering you and saying, oh, this
15    doll look like them, because each doll, if you go
16    back to the dolls, I can point out different
17    things that collectively remind you of the girls.
18    When you put it together, like if you put an
19    outfit together, it will still have a pattern of
20    an image that will reflect the style of the OMG
21    Girlz if that's -- that's what you're asking,
22    that's what I'm -- that's what I'm saying. The
23    style of the OMG Girlz is still reflected in the
24    dolls.
25   Q.   Do you believe, Ms. Robinson, do you

| 2022-03-18 | Robinson, Christina | Page 131 |
|---|---|---|

1    believe any of the dolls individually employ and
2    rely on the unique combination of elements
3    comprised in the trade dress owned by the OMG
4    Girlz?
5    MS. RANAHAN: Object. This is asked and
6    answered. We went through the individual
7    examples in the complaint, we went through
8    them. So I don't know why you're trying to
9    get her to say that there's -- she's gone
10    through this --
11    MR. FINKELSTEIN: Stop coaching the
12    witness, Ms. Ranahan.
13    MS. RANAHAN: Well, we've gone through
14    this, though. You're trying to trick her out
15    of staying that.
16    MR. FINKELSTEIN: I'm not trying to trick
17    her into doing anything. She's verified
18    under penalty of perjury a response. She's
19    --
20    MS. RANAHAN: Yes. She said
21    individual --
22    MR. FINKELSTEIN: Excuse me. Let me
23    finish. Stop coaching the witness.
24    She is the 30(b)(6) witness for this
25    response. The response says, "The L.O.L.

| 2022-03-18 | Robinson, Christina | Page 132 |
|---|---|---|

1    Surprise! OMG line of dolls individual and/or
2    collectively" --
3    MS. RANAHAN: Yes.
4    MR. FINKELSTEIN: -- "employ and rely on
5    the unique combination of elements."
6    MS. RANAHAN: Yes.
7    BY MR. FINKELSTEIN:
8   Q.   My question to you, Ms. Robinson, is the
9    following: Do you believe, and when you testified
10    under penalty of perjury, when you signed this
11    document under penalty of perjury --
12   A.   Right.
13   Q.   -- that any of the L.O.L. Surprise! OMG
14    line of dolls individually employ and rely on the
15    unique combination of elements comprised in the
16    trade dress owned by the OMG Girlz?
17   A.   You're saying owned by the OMG Girlz or
18    do it reflect the OMG Girlz?
19   Q.   Owned by the OMG Girlz as set forth in
20    this -- in this document.
21    Do you believe any of the L.O.L.
22    Surprise! OMG line of dolls individually employ
23    and rely on the unique combination of elements
24    comprised in the trade dress owned by the OMG
25    Girlz?

| 2022-03-18 | Robinson, Christina | Page 133 |
|---|---|---|

1   A.   Are you -- what are you asking me,
2    because i can go through the dolls that you're
3    asking me individually, do they look like the OMG
4    Girlz at one time, yes. I don't know what you're
5    asking me, because they have worn outfits or they
6    have worn hairstyles that resemble the dolls.
7    They just resemble the dolls. They don't
8    necessarily saying, oh, well, we saw them on that
9    day also and then we copy the doll. But do it
10    resemble? Yes.
11   Q.   Do you think --
12   A.   I don't know how many times you want me
13    to say yes.
14   Q.   Well, you said the collection together
15    resembles them. And I'm asking you --
16   A.   Because you want to separate the image
17    and the style of the girls, and you can't separate
18    the image and the style of the -- of the outfit.
19    If I wore an outfit and I completed it, the outfit
20    with the hair and everything, and the style and
21    everything, that's what makes it complete. And
22    yes, there are variations from each one of these
23    dolls that these girls have worn. There was a
24    time when Zonnique wore the light pink bob
25    identical to the one that says Crystal Star, and

**2022-03-18**   Robinson, Christina   Page 134

1  Zonnique's name was Star.
2  Q. Do you believe any of the L.O.L.
3  Surprise! OMG dolls individually employ and rely
4  on the unique combination of elements compromising
5  the trade dress owned by the OMG Girlz, yes or no?
6  MS. RANAHAN: Objection. This has been
7  asked and answered so many times, Mark. And
8  the way that you're -- she just verified the
9  response and read it to you. We've gone over
10  the complaint once and then now she's
11  answering. You're continuing to ask the same
12  questions over and over and over.
13  MR. FINKELSTEIN: Because I'm not getting
14  an answer.
15  BY MR. FINKELSTEIN:
16  Q. Yes or no to that question, Ms. Robinson?
17  A. Well, you're just not getting the answer
18  you want.
19  Q. Please answer yes or no to my question.
20  A. That's not a yes-or-no question.
21  Q. Okay. So you're not able to tell me if
22  you believe any of the L.O.L. Surprise! OMG Girlz
23  dolls individually employ and rely on the unique
24  combination of elements comprised the trade dress
25  owned by the OMG Girlz; is that correct?

**2022-03-18**   Robinson, Christina   Page 136

1  employ and rely on the unique combination of
2  elements comprised the trade dress owned by the
3  OMG Girlz, yes or no?
4  MS. RANAHAN: Again, I'll object. She
5  did that with the complaint. We went through
6  the examples, she's done that. And the
7  answer, you can read the response we just
8  went --
9  MR. FINKELSTEIN: Stop coaching the
10  witness. You need to stop that now.
11  BY MR. FINKELSTEIN:
12  Q. Ms. Robinson, what's your testimony?
13  What's your answer?
14  MS. RANAHAN: We just went through it
15  Mark. The individuals, and she identified
16  the ones from the complaint that were
17  individual and now she's telling you --
18  MR. FINKELSTEIN: No, we went through --
19  that's not true, Ms. Ranahan. We went
20  through -- she identified the people in the
21  band. We didn't talk about the dolls. So
22  now I'm talking about the dolls --
23  MS. RANAHAN: The doll pictures -- no.
24  She said that she bought the dolls, she's
25  looked at the picture of the dolls, she said

**2022-03-18**   Robinson, Christina   Page 135

1  MS. RANAHAN: Again, I'm going to object
2  again, Mark. We went through the complaint,
3  or she went through individual dolls and gave
4  you names and dates and hairstyles, and now
5  you're taking her through the catalog. So
6  you're -- she went through the individual
7  ones and gave you names, and then she signed
8  this response. So I don't know what you're
9  trying to get her to change her testimony.
10  BY MR. FINKELSTEIN:
11  Q. Please answer the question, Ms. Robinson.
12  A. You're asking me -- that's not a
13  yes-or-no question.
14  Q. Right. So I you asked a different one.
15  I asked you, yes or no, and you said you can't
16  answer yes or no. So I asked you a new
17  question --
18  A. Because I --
19  Q. You need to stop -- we have to not speak
20  over each other.
21  A. Okay. That's okay. I'm sorry.
22  Q. I'm asking you a different question.
23  A. Mm-hmm.
24  Q. My question is: Can you tell me if any
25  of the L.O.L. Surprise! OMG dolls individually

**2022-03-18**   Robinson, Christina   Page 137

1  she bought it for Zonnique because it look
2  like Zonnique. Of course --
3  MR. FINKELSTEIN: No, that's not true.
4  And you need to stop coaching the witness.
5  MS. RANAHAN: What are you talking about?
6  That's what she just testified to.
7  MR. FINKELSTEIN: Okay. I'm going to
8  take this transcript to the court then,
9  Ms. Ranahan. You need to stop coaching the
10  witness. I've warned you over and over
11  again.
12  MS. RANAHAN: Mark --
13  Q. Ms. Robinson, do you have the question in
14  mind or do you need to have it read back to you?
15  A. You want to read the question back to me
16  again?
17  Q. Well, I didn't get an answer. So I'll
18  read it again.
19  A. Mm-hmm.
20  Q. Can you tell me if any of the L.O.L.
21  Surprise! OMG dolls individually employ and rely
22  on the unique combination of elements comprised
23  the trade dress owned by the OMG Girlz?
24  MS. RANAHAN: I'm again going to object.
25  This is asked and answered over and over and

| 2022-03-18 | Robinson, Christina | Page 138 |
| --- | --- | --- |

1    over. She already told you that. We went
2    through the complaint, Mark.
3    THE WITNESS: I think my compute- -- here
4    we go. My computer's frozen.
5    BY MR. FINKELSTEIN:
6   Q. Do you have the question in mind,
7    Ms. Robinson?
8   A. No. You can ask me again, but I don't
9    know -- I don't know what to do. You say answer
10    it and she objects. I really don't know what you
11    want me to do, because if I'm -- I can't --
12    there's no mediation to say, oh, you have to
13    answer the question. I don't know what you're
14    asking for.
15   Q. Unless Ms. Ranahan instructs you not to
16    answer the question, you must answer.
17    MS. RANAHAN: Well, she's already
18    answered this one, Mark. She's already
19    answered this over and over and over.
20    MR. FINKELSTEIN: She actually has not.
21    So what I'm asking you --
22    MS. RANAHAN: Mark, you just read the
23    answer that literally read into the complaint,
24    it says, "individually and/or collectively."
25    So she's answered. She wrote it. She

| 2022-03-18 | Robinson, Christina | Page 140 |
| --- | --- | --- |

1    because I've seen them look like that. That's why
2    I said that I've seen them wear that particular
3    look.
4   Q. Which doll -- which OMG girl do you think
5    Swag most closely resembles?
6   A. Zonnique. Actually, also different
7    variations, I've seen Zonnique do with the afro
8    puffs, the pony tails, the light pink hair, the
9    blonde hair. She's done each one of these
10    uniquely.
11   Q. So do you believe that, still looking at
12    Exhibit 4, the doll called Royal Bee (cross
13    talk) --
14   A. If you're asking me --
15   Q. You gotta let me finish my question.
16   A. Go ahead.
17   Q. Do you believe that Royal Bee, the doll
18    shown in Exhibit 4, employs and relies on the
19    unique combination of elements comprised the trade
20    dress owned by the OMG Girlz?
21   A. Have I seen an OMG Girl look like that
22    with the -- the curly looking -- the curly looking
23    hair in that color? I've seen it but I've seen
24    probably more than you have seen.
25   Q. Do you think the public then would

| 2022-03-18 | Robinson, Christina | Page 139 |
| --- | --- | --- |

1    confirmed that was her understanding. She's
2    testified about the individual ones in the
3    complaint. We have now gone through the
4    catalog. She's explained the theory of that.
5    So there's no -- you're trying to get her to
6    make some statement that you're going to use
7    out of context and it's just not appropriate.
8    MR. FINKELSTEIN: That's entirely untrue.
9    Her testimony --
10    THE WITNESS: Right now -- right now,
11    you're showing me dolls that I didn't see.
12    I've never seen some of these dolls before.
13    I know the collection that I thought was the
14    entire collection, but I've not seen some of
15    these dolls before that you're showing me
16    now. And then I'm being told that there's
17    more. Did I not know that.
18    BY MR. FINKELSTEIN:
19   Q. Let's just, again, go -- we'll do this
20    one at a time then.
21    Do you believe on Exhibit 4 the doll
22    named Swag individually employs and relies on the
23    unique combination of elements comprised the trade
24    dress owned by the OMG Girlz?
25   A. If you're asking me, I would say yes,

| 2022-03-18 | Robinson, Christina | Page 141 |
| --- | --- | --- |

1    associate Royal Bee with the OMG Girl -- with the
2    OMG Girlz?
3   A. I can't tell you what the public will do.
4    But I know what I see. I can only tell you what I
5    think and what I see, and that's it. What I --
6   Q. And you -- and you believe the doll Royal
7    Bee employs the unique combination of elements
8    comprised the trade dress owned by the OMG Girlz?
9   A. Have I seen them dress like this, similar
10    to this, yes. I've seen them dress similar to
11    that. But based on the name, I would say Beyonce.
12   Q. You think Royal Bee reminds you on
13    Beyonce?
14   A. If you want to base it on the name and do
15    people dressed like Beyonce, yes. But I've seen
16    the OMG Girlz dress like this, also, with the
17    funky looking glasses and the curly hair that
18    resembles how I'm wearing my hair today.
19   Q. Which OMG Girl do I think Royal Bee looks
20    most closely to?
21   A. Like I said, most of them I would still
22    have to say it would be Zonnique, because she did
23    most of the unique different looks more so than
24    the other girls. I've seen her more than the
25    other girls because I'm around her more.

| 2022-03-18 | Robinson, Christina | Page 142 |
| --- | --- | --- |

1    Q.  Do you think the Royal Bee doll looks
2         closer to Beyonce or Zonnique Pullins?
3    A.  I said because of the name I would say
4         that's what would make -- what make people think
5         of Beyonce, because it's called Royal Bee, because
6         of the name of her fans.
7         But I've seen Zonnique look like this.
8    Q.  What about the look of the Royal Bee
9         doll, do you think the look of the Royal Bee doll
10        more closely resembles Beyonce or Zonnique
11        Pullins?
12   A.  The look of the -- there are days when
13        Beyonce didn't even look like Beyonce.  There are
14        days when Zonnique didn't even look like Zonnique.
15        So I can't really say, but I've seen -- I said
16        because of the name, that's what I would say.  But
17        I've seen Zonnique carry this look.
18   Q.  What about the next doll, Neonlicious, do
19        you think Neonlicious employs and relies on the
20        unique combination of elements comprised the trade
21        dress owned by the OMG Girlz?
22   A.  Tameka -- Zonnique has worn her hair that
23        color and Zonnique's grandfather has a group
24        called The Tams.  And has Zonnique carried this
25        look before?  Yes, because of The Tams.  Because

| 2022-03-18 | Robinson, Christina | Page 143 |
| --- | --- | --- |

1         the group is called The Tams, and the family has
2         all gone out with The Tams from one time to
3         another time.
4    Q.  So you think Neonlicious --
5    A.  They wore the neon clothes.  I mean, I've
6         seen them with the neon clothes before with the
7         glasses.  I don't know if you understand us.
8         Do you understand when you say -- when
9         someone say you dress business attire; right?
10        When you come in in a suit and they say, come into
11        the courtroom in a business attire, you know what
12        that look is supposed to be; right.
13   Q.  I understand, yeah.
14   A.  Well, that's the same with these dolls.
15        There's a look.
16   Q.  Right.  So you -- but --
17   A.  But --
18   Q.  Do you think the look of these dolls is
19        unique and owned only by the OMG Girlz?
20   A.  Do you think when you go to court and you
21        dress in a suit and they say business attire, do
22        you think that's unique for business attire?
23   Q.  I don't think anybody individually owns
24        the right to wear a suit, and I can't tell someone
25        else not to wear a suit.

| 2022-03-18 | Robinson, Christina | Page 144 |
| --- | --- | --- |

1    A.  I know, but the business attire, do you
2         know what you're supposed to look like?  It's been
3         established so --
4         MS. RANAHAN:  Mark, obviously this is not
5         about telling anyone not to dress a certain
6         way.  This is about dolls that are being sold
7         for money for billions of dollars, and we're
8         trying to -- they are named OMG.  So this
9         whole -- you can continue to do this, but the
10        response is listed in the answer.  She's gone
11        over the ones in the complaint, and you know,
12        obviously no one is disputing there are some
13        that are spitting images and some that are
14        trading on the name or the overall look.  No
15        one is disputing that.  So I don't think you
16        need to waste everyone's time going through
17        each and every one.  If you want to, that's
18        fine.
19        THE WITNESS:  I'm not going to be able do
20        it because it's almost 3 o'clock.
21        BY MR. FINKELSTEIN:
22   Q.  So let's go to the second-to-last page on
23        this Exhibit 4.  There's a doll called Cool Lev.
24        Do you see that?
25   A.  I've never seen this before.

| 2022-03-18 | Robinson, Christina | Page 145 |
| --- | --- | --- |

1    Q.  Okay.  Well, you're just looking at it
2         now.  Do you believe the doll Cool Lev employs and
3         relies on the unique combination of elements
4         comprised in the trade dress owned by the OMG
5         Girlz?
6    A.  Okay.  You see those pants?  That -- I
7         can't even remember the name of those pants.  But
8         dancers wear those automatically, and I -- I wish
9         I knew the name of them so I could tell you.  So I
10        know that they have been worn because that's a
11        standard dance-type style pants and they come with
12        variations of colors.  But I've never seen these
13        dolls before.  So -- I'm sorry, say that again.
14   Q.  But do you believe that the Cool Lev doll
15        employs and relies on the unique combination of
16        elements comprised the trade dress owned by the
17        OMG Girlz girls?
18   A.  Is this a boy doll?
19   Q.  I'm just asking you what -- just take a
20        look at the doll and do you believe that doll --
21   A.  OMG -- it says, OMG, is that a g-u-y-s
22        series, it's a guy series?
23   Q.  It says "OMG Guy series one," the doll is
24        called Cool Lev, L-e-v.  Do you believe the Cool
25        Lev doll shown on Exhibit 4 to this deposition

| 2022-03-18 | Robinson, Christina | Page 146 |
| --- | --- | --- |

1    individually employs and relies on the unique
2    combination of elements comprised the trade dress
3    owned by the OMG Girlz?
4   A.   If you're talking about the elements of
5    it, have they dressed like this before, they have
6    dressed like this before.
7   Q.   Okay. So let me ask you this: Do you
8    think some of the dolls -- or let me say it
9    another way.
10    If you look at the counter claims, which
11    is Exhibit 3 --
12   A.   On which -- where am I going?
13   Q.   Go to Exhibit 3 to this deposition.
14   A.   Mm-hmm.
15   Q.   And before we went through some pictures,
16    exhibits 3 -- 2, 3, 4, 5 and 6.
17   A.   Mm-hmm.
18   Q.   And I had asked you who the people were
19    in these pictures.
20   A.   Yeah.
21   Q.   Do you recall that testimony?
22   A.   Yes.
23   Q.   And you'll see in these documents -- in
24    these exhibits, there's also next to exhibits 3,
25    4, 5 and 6, there's dolls.

| 2022-03-18 | Robinson, Christina | Page 147 |
| --- | --- | --- |

1    Do you see that?
2   A.   Yes.
3   Q.   Do you know that -- if these are L.O.L.
4    OMG dolls by MGA?
5   A.   Do I know if the -- I've seen them
6    before.
7   Q.   Okay. Do you believe these are -- are
8    the OMG dolls that MGA puts out?
9   A.   I bought them.
10   Q.   Okay. Do you believe these dolls
11    represent sort of the best examples of dolls
12    individually looking like the OMG Girlz?
13   A.   Individually, do they best represent? I
14    can't answer saying that it best represent.
15    You're asking me for technical questions that
16    my -- my opinion is just my opinion, has nothing
17    to do with the facts.
18   Q.   Well, it's more than your opinion --
19   A.   If I was to actually look at this -- no,
20    it's not all my opinion because my opinion of
21    what's legal and not legal don't matter.
22   Q.   Which of the OMG dolls do you believe
23    most closely resemble the OMG Girlz?
24   A.   It appears on what day you're looking at
25    the OMG Girlz. If you're saying that, which one?

| 2022-03-18 | Robinson, Christina | Page 148 |
| --- | --- | --- |

1    You want me to go back to the Exhibit 4? Or you
2    want me on Exhibit 3?
3   Q.   If you'd like to. I'm trying to just
4    speed this up. If you want to go through
5    Exhibit 4 and tell me which dolls in Exhibit 4
6    most closely resemble the OMG Girlz, we can do
7    that --
8    MS. RANAHAN: Mark, are you asking about
9    the name of the doll, or are you asking to
10    point somewhere? I mean, we've gone through
11    the complaint exhibits. Obviously she
12    thought those resembled them. I don't think
13    that's any question.
14    THE WITNESS: One of the things that's
15    important, too, is the name OMG, attraction
16    to the dolls regardless. The name is going
17    to say, oh, it's OMG and there's dolls,
18    because you can't say a doll look exactly
19    like a human. It's a doll.
20    BY MR. FINKELSTEIN:
21   Q.   So if you look at the complaint, which is
22    Exhibit 3, so do you believe Exhibit 3, the doll
23    on the right resembles Bahja Rodriguez, the woman
24    on the left?
25   A.   Do it resemble her? I think that Bahja

| 2022-03-18 | Robinson, Christina | Page 149 |
| --- | --- | --- |

1    Rodriguez is a human and a doll is a doll. If
2    that's what you're asking, as far as could the
3    public be confused? There's a possibility. I
4    can't really say, oh, this doll look just like
5    Bahja, or this doll looks just like Zonnique.
6    It's the dolls individually and collectively they
7    are asking do -- is there some type of a
8    confusion? Yes, there could be some type of
9    confusion. That's just based on my opinion that,
10    yeah, there's some type of confusion, if that's
11    what you're asking me to answer. But as far as me
12    going through all of these dolls, you could ask me
13    all day long, which I don't have time for, which
14    individual doll does this and which individual
15    doll does that. I've seen these girls since they
16    were born, so I know the different looks, and I
17    know the different styles because I sold -- I used
18    to make Mardi Gras costumes, I sold for Miss
19    America pageant. So I'm very in tune to fabric
20    and the styles and different things. I don't know
21    if y'all can hear that thunder. Can you hear it?
22    MS. RANAHAN: Yeah.
23    BY MR. FINKELSTEIN:
24   Q.   Yeah. Keep going. We're listening.
25   A.   So that's -- that's the reason why I

2022-03-18                    Robinson, Christina                    Page 150

1    understood the style and that's why I say that the
2    style can be confusing.
3    Q.  So I think I understand your testimony.
4    So if you looked at, say, all the dolls in
5    Exhibit 4, what you'd say is while those dolls
6    have different styles, you have seen the OMG Girlz
7    dress in similar styles at one point or another in
8    their lives; is that right?
9    A.  I don't think they have a different
10   style.  I think they still are -- as far as a
11   style-style itself, I still would say there needs
12   to be a category that would be -- I think they
13   resemble the girls and I think there could be some
14   confusion there if the girls -- if someone was to
15   purchase them.
16   Q.  So looking at Exhibit 4 again, could you
17   tell me, Ms. Robinson, and maybe you can't tell
18   me, but do you think any of these dolls most
19   closely resemble one of the OMG Girlz?
20   A.  I told you before.  I think they are
21   humans and I think they are dolls.  They are just
22   human and they are dolls.  And what makes people
23   also look at the fact that they are called OMG.
24   And there could be -- there's some similarity to
25   the look and the style of what they represent.

2022-03-18                    Robinson, Christina                    Page 151

1    Q.  But can you tell me, and maybe you can't,
2    which doll in Exhibit 4 most closely resembles the
3    unique combination of elements comprised the trade
4    dress owned by the OMG Girlz?
5    A.  When you're saying the elements, are you
6    meaning the style of the girl?
7    Q.  Yeah --
8    A.  -- the style of the girls is still really
9    close to the style.  I would say that it's not --
10   there's not no individual doll that say, okay,
11   this doll looks like Breaunna, because to know
12   that, you would you have to know the girls,
13   understand the style and understand -- you're
14   asking me to dumb myself down to something that I
15   just understand.  I understand fashion and I
16   understand imaging, and I been in the industry for
17   years.  So I don't know what you want me to do.  I
18   can't dumb myself down and say, oh, that look just
19   like Zonnique because it's a doll.
20   Q.  Do you think --
21   A.  But because I know Zonnique, and because
22   I know the OMG Girlz, I can't say individually
23   because when you -- when I look back, the other
24   exhibit you showed me, it brought back more
25   things, more ways I've seen Zonnique look, and I

2022-03-18                    Robinson, Christina                    Page 152

1    was just surprised when I saw what I saw today.
2    That there's even more things that I'm surprised
3    at.
4    Q.  So for Exhibit 4, could you point out
5    which doll, if you can, maybe you can't --
6    A.  You want me to go back to Exhibit 4?
7    Q.  Yeah, look at Exhibit 4.  I thought we
8    could short circuit this by looking at the
9    complaint, Exhibit 3, but apparently we can't.  So
10   look at Exhibit 4.  And do you think that --
11   A.  I'm sorry.
12   Q.  I'll let you get there and then I'll ask
13   the question?
14   A.  I was on the wrong one.  I'm sorry.  I'm
15   on Exhibit 4.
16   Q.  Do you believe, Ms. Robinson, that any
17   one of these dolls most closely resembles the
18   unique look and style of the OMG Girlz?
19   A.  If one doll -- you asking me do one doll
20   look like three girls?
21   Q.  Or look like the style of the OMG Girlz.
22   Do any of the dolls individually look like the
23   style of the OMG Girlz?
24   A.  You're asking me something that the
25   public even confuse themselves on.  When they

2022-03-18                    Robinson, Christina                    Page 153

1    sent -- they even said the same thing.  So I don't
2    know why you would not understand that the style
3    of the OMG Girlz, it has a style.  If you have a
4    style, you just have a style.  I don't know how I
5    can explain it.  Even the one that I have never
6    seen her before with the pink hair and the pink
7    pants, that's those same dance pants that girls
8    wear.  Then you have the one called Major Lady and
9    I've seen Zonnique's mom, her name was Major Girl,
10   and I've seen her look like this also.  So you
11   can't say, oh, well, they saw Major Girl and they
12   made Major Lady.
13   Q.  So you believe the doll Major Lady looks
14   like Tiny Harris?
15   A.  Yes.  Her name is Major Girl.  Did you
16   know that?
17   Q.  So you believe the Major Lady doll
18   resembles Tameka Harris?
19   A.  Yes.  I've seen her look like this when
20   she hosted -- she wears the orange hair but so
21   does Zonnique.  Zonnique has worn her hair like
22   this also.
23   Q.  If I were to ask you, though -- and maybe
24   you can't, identify the dolls that most closely
25   resemble the OMG Girlz, could you do that?

---

**Page 154** — 2022-03-18 — Robinson, Christina

1  A.  But if you say most closely, are you
2     saying that the other ones don't resemble them at
3     all?
4  Q.  I'm not saying that. I'm just saying
5     which ones would you pick as the ones that most
6     closely resemble, the best examples?
7  A.  But see, that's what I'm saying. When
8     you say what's the best examples of them that most
9     closely look like them, are you trying to
10    alleviate the ones that still have the same
11    characteristics -- the characteristics of the
12    style that the girls carry. And that's not fair.
13    That's not fair for -- that's why I tried to use
14    the -- tried to explain to you, when they say this
15    is attire, you know what it is. When they say
16    hip-hop, you know what it is. And if they carried
17    a unique look, you know he what it is. So for you
18    to single it out is just not fair.
19 Q.  Okay. So if you look at the examples in
20    the complaint, which is Exhibit 3, there's an
21    example of --
22 A.  Wait. Go back to Exhibit 3?
23 Q.  Yeah. Let's try to do it this way.
24 A.  Okay.
25 Q.  Do you believe that the four dolls shown

---

**Page 155** — 2022-03-18 — Robinson, Christina

1     there in picture --
2  A.  Oh, I'm sorry. You mean Exhibit 2?
3  Q.  No, Exhibit 3.
4  A.  Oh, Exhibit 3, but it's in it's
5     Exhibit 2 --
6  Q.  Oh, I'm sorry -- the pictures, there's an
7     Exhibit 2 picture and then Exhibit 3, 4, 5, 6.
8     Do you think these dolls shown on these
9     exhibits are the ones that -- well, first of all,
10    do you think those dolls are examples of dolls
11    that employ and rely on the unique look and feel
12    of the OMG Girlz?
13 A.  Yes.
14 Q.  Do you think these are the best examples
15    of dolls that employ and rely on the unique look
16    and feel of the OMG Girlz?
17 A.  If they -- if they best but they not the
18    only.
19    MS. RANAHAN: And I'll just object. We
20    haven't seen some. There are some that
21    haven't been released and shown in this
22    picture. So I understand one of those maybe,
23    but that's fine.
24    BY MR. FINKELSTEIN:
25 Q.  From the dolls that you've seen --

---

**Page 156** — 2022-03-18 — Robinson, Christina

1  A.  I think that these -- I think that these
2     are a good example, but I don't think -- I can't
3     say they are the best, and I can't say they are
4     the only. So that would be, like, that's another
5     thing that I think is just not in proportion.
6     But being a costumer, I've had to make
7     people look like other things all my life. I
8     mean, I got my first sewing machine when I was
9     four years old. So that's something I've been
10    doing since I was in, really, elementary school.
11    So when I look at something, I may look at it in a
12    different light. Even when I watch TV, I don't
13    watch it probably like normal people because I'm
14    looking at things in the background saying that
15    don't fit, why didn't they do that, they shooting
16    one side in the daylight and the other side in the
17    dark.
18    (Reporter clarifying.)
19    THE WITNESS: Okay. Well, I'm just
20    saying because of the things that I know,
21    you're asking me something that is just not
22    fair for me to answer because of what I see,
23    and my answer would be that those -- those
24    dolls do represent the OMG Girlz image and
25    their style of dressing.

---

**Page 157** — 2022-03-18 — Robinson, Christina

1  Q.  So if you continue looking at Exhibit 5.
2  A.  On the --
3  Q.  It's deposition Exhibit 5 which is the
4     interrogatory responses.
5  A.  Okay.
6  Q.  So we talked about the response to 8.
7     For 15, it asks about misappropriating the names
8     and/or likenesses of the OMG Girlz.
9  A.  Mm-hmm.
10 Q.  And then, again, it just says the entire
11    line. If you look at lines 14 on the next page,
12    lines 14 to 18, it talks about the entire line
13    again, individually and collectively. So I
14    assume -- before we were talking about trade dress
15    and sort of the unique look and style, then if
16    this talks about actually the likeness, what the
17    girls actually look like, not their style but what
18    they look like. Is your testimony the same as we
19    discussed before, that is you believe that
20    collectively the dolls look like the individual
21    members of the OMG Girlz?
22 A.  The OMG Girlz started a trend. And do
23    the dolls fall in line of the trend? Yes.
24    They started a fad and I watched kids
25    dress like them and look like them and they are --

2022-03-18 — Robinson, Christina — Page 158

1    they have a unique thing that identifies the OMG
2    Girlz and, in my opinion, yes, the dolls favor
3    them and they fall in line with the trend. Maybe
4    using the word "styled" is confusing or using the
5    word that the girls had a unique look and it was
6    hip-hop, but they had a trend. They started and
7    it did catch.
8    Q. What about the girls themselves, do you
9    think the dolls actually look like the likeness of
10   the girls?
11   A. Again, you -- you comparing a doll to a
12   human, and I think if they did not, there would
13   not be any confusion. But I do think that they --
14   there are some confusion there, because you're
15   talking about a doll versus a human being.
16   Because when they made the Diana Ross doll, it
17   looked like a Diana Ross doll. You can say, okay,
18   that's Diana Ross.
19   Q. I understand that one is a doll and one
20   is a human, but do you believe the OMG Girlz look
21   like the individual band members, not now their
22   unique style and look, but actually look like the
23   girls themselves?
24   A. I don't think any doll looks like a
25   human.

2022-03-18 — Robinson, Christina — Page 160

1    OMG Girlz? It's a different question.
2    MS. RANAHAN: Like their individual faces
3    you're saying?
4    MR. FINKELSTEIN: There's a claim for
5    misappropriation of likeness, and in response
6    to Interrogatory No. 15 --
7    MS. RANAHAN: Well, the band likeness;
8    right?
9    BY MR. FINKELSTEIN:
10   Q. -- you testified under penalty of perjury
11   that all of the dolls -- all of the dolls
12   infringed the likeness of the -- of the OMG Girlz.
13   MS. RANAHAN: OMG Girlz. Yeah, the band.
14   Now you're talking about individual's faces,
15   and I think that's a difference -- that's out
16   of bounds.
17   BY MR. FINKELSTEIN:
18   Q. Ms. Robinson, do you think any of the OMG
19   Girlz individually look like any of the OMG Girlz
20   band members?
21   A. I'm even not quite sure what you're
22   asking at this point.
23   MS. RANAHAN: She answered the
24   question -- the doll -- you answered him.
25   She told you that the dolls, they have giant

2022-03-18 — Robinson, Christina — Page 159

1    Q. Okay.
2    A. But I do think that -- that there's some
3    confusion there. When you say look like them, you
4    mean, the big eyes? There's no human being with
5    that size -- with the structure of the dolls with
6    the big eyes, the way that they are structured on
7    the -- that they are designed. But they could, if
8    there was a line of Bratz formed dolls, then they
9    nailed it.
10   Q. And again, if I were to try to ask you,
11   and I want to just re-plow the same old ground, if
12   any of the individual dolls look, or if you could
13   tell me which dolls look most like the individual
14   band members, could you -- could you tell me that?
15   MS. RANAHAN: I'm going to object to
16   asked and answered -- the answer -- she's
17   told you this. This is the 20th time you've
18   come back to this.
19   MR. FINKELSTEIN: Stop, Ms. Ranahan.
20   BY MR. FINKELSTEIN:
21   Q. I asked you before about the look and
22   style. I'm trying to now switch and say, if I ask
23   you not their look and style, but actually their
24   physical attributes, do you believe any individual
25   dolls look like the individual band members of the

2022-03-18 — Robinson, Christina — Page 161

1    eyes, they don't resemble just by the face.
2    It's the other elements obviously.
3    BY MR. FINKELSTEIN:
4    Q. Okay. So you don't -- you believe then,
5    Ms. Robinson, that the faces of the OMG dolls do
6    not resemble the OMG Girlz because one is a doll
7    and one is a human; correct?
8    A. One is a doll and one's a human, but the
9    body language, the way they are presented, the
10   girls do the body language and the style of
11   clothing that is that era. I really don't know
12   what answer you're looking for. I just don't
13   know. I wish I did so we could move on, but I
14   just don't know what you're asking. So it's hard
15   for me to answer based on what I know. But --
16   Q. Do you believe that -- you said the OMG
17   Girlz started a trend; correct?
18   A. Yes.
19   Q. So do you think the OMG Girlz are well
20   known?
21   A. Yes. Just based on the reaction that
22   I've seen when they performed, when they came out
23   on that stage in 2000 -- between 2017 and 2018,
24   that crowd went crazy. They knew who they were
25   and they -- they are popular. Do I think they are

**2022-03-18 — Robinson, Christina — Page 162**

1   popular? Yes.
2   Q. And do you --
3   A. When they go places, they are recognized.
4   Q. Okay. So you think the OMG Girlz are
5   popular; right?
6   A. Yes.
7   Q. Do you believe that the public can
8   recognize the unique look and style of the OMG
9   Girlz?
10  A. Yes.
11  Q. You said before, you talked about whether
12  there could be confusion. Are you aware of
13  anybody confusing any of the OMG dolls with the
14  OMG Girlz and believing that the dolls, in fact,
15  are, look like or mimic the style of the OMG
16  Girlz?
17  A. That's how this case started. I was --
18  because someone was confused.
19  Q. And that was that text you received?
20  A. Yes.
21  Q. And how do you know that person was
22  confused?
23  A. Because they said they were confused.
24  They -- they sent it and wanted to know, was that
25  Tameka's line of dolls. Does -- the actual e-mail

**2022-03-18 — Robinson, Christina — Page 163**

1   came from someone that I don't know. They just
2   tapped into the site and asked the question. Now,
3   the text came from Crystal, and I know Crystal,
4   but Crystal received it from someone that we don't
5   know. They saw them at Target and they asked the
6   question.
7   Q. So you're aware that somebody who you
8   don't know sent an e-mail to the Xscape Facebook
9   page that Crystal Braham forwarded to you; right?
10  A. I don't think it was the Facebook page.
11  I think it was the website. She managed a
12  website. I think it was the website because she
13  as an e-mail that's associated with the site and
14  you can't do that with Facebook.
15  Q. Are you aware of any other examples of
16  people being confused between the OMG Girlz on the
17  one hand, and the L.O.L. Surprise! OMG dolls on
18  the other hand other than this e-mail that went to
19  Crystal Braham and she forwarded it to you?
20  A. From people -- individual people that
21  have said, are these dolls theirs that spoke on
22  it? Yes.
23  Q. Who are you aware of?
24  A. I don't even -- see, I don't even know
25  because even when I bought -- I had the box in the

**2022-03-18 — Robinson, Christina — Page 164**

1   buggy, I literally had to leave the store because
2   they were -- people were just talking about it.
3   So I left the store.
4   Q. So can you name anybody other than the
5   person who sent the e-mail that Crystal Braham
6   forwarded to you that were confused between, and
7   believing that the OMG dolls mimic the unique look
8   and style of the OMG Girlz?
9   A. Not offhand. But I do know that people
10  have said it, but not, like, right now, because I
11  don't have the list of names in front of me, and
12  I'm the worst with the names. But yes, people
13  have said it.
14  Q. So I know you just said you're the worse
15  with the names, but I do want to run through a few
16  names with you now and just tell me who these
17  people are.
18  A. Okay.
19  Q. So Latosha Wright, W-r-i-g-h-t, who is
20  that?
21  A. Latosha Wright?
22  Q. Latosha Wright.
23  A. She's a makeup artist.
24  Q. For who?
25  A. She's been a makeup artist for several

**2022-03-18 — Robinson, Christina — Page 165**

1   people -- she -- but she did -- she was a makeup
2   artist for -- she was one for the OMG Girlz, yes.
3   Q. Who is -- oh, is it -- who is Suan
4   Nelson, S-u-a-n?
5   A. Suan.
6   Q. Suan Nelson. Who is that?
7   A. She's a stylist.
8   Q. For the OMG Girlz?
9   A. She has styled the OMG Girlz, but she's
10  another person who has styled several people in
11  the entertainment business.
12  Q. Who is Tanisha Hair?
13  A. Who?
14  Q. Do you know who Tanisha Hair is?
15  MS. RANAHAN: I would guess, Mark, that
16  was, like, Tanisha, she does hair. I don't
17  know. I'm just trying to help. I don't know
18  if that was the right last name.
19  THE WITNESS: Oh, oh, I don't know. I
20  don't know. I'm not saying that she don't do
21  hair. But I know someone named TT. See, a
22  lot of times they use their nickname and not
23  their government name.
24  So I may or may not know, but I know
25  there was someone named TT and maybe that's

| 2022-03-18 | Robinson, Christina | Page 166 |
| --- | --- | --- |

1    what the nickname's for, Tanisha, but I'm not
2    sure.  I'm not sure.
3        BY MR. FINKELSTEIN:
4    Q.  Who it TT?
5    A.  That was someone that did hair for them,
6    but I don't know if that's her government name
7    that you're asking about.  I'm not sure.
8    Q.  Who is Michael Maulden, M-a-u-l-d-e-n?
9    A.  Well, Michael Maulden was the manager of
10    the girls.  He was their manager.
11        Do you know who Jermaine Dupri is?
12    Q.  Do I know who what is?
13    A.  Jermaine Dupri.
14    Q.  No.  Can you spell that?
15    A.  I don't know how you spell his name, but
16    Dupri, I guess you would say D-u-p-r-e-e.
17    But he was a rapper and they owned a
18    company called So So Def.  They owned a record
19    label called So So Def, and Michael Maulden did
20    management for various artists.
21    Q.  Did Michael Maulden manage the OMG Girlz?
22    A.  Yes.
23    Q.  Do OMG Girlz currently have a manager do
24    you know?
25    A.  No, I don't know.  But that's not unusual

| 2022-03-18 | Robinson, Christina | Page 167 |
| --- | --- | --- |

1    for people in the entertainment business.  After
2    you've been seasoned, you don't necessarily have
3    to have a manager because people will start
4    contacting people who know you to book you.
5    Like Kandi, don't necessarily have to
6    have a manager.  Tiny don't necessarily have to
7    have a manager.  People will contact them.
8    T.I. don't necessarily have to have a manager.
9    It's not necessary.
10    MR. FINKELSTEIN:  Why don't we go off the
11    record for a minute.
12    THE VIDEOGRAPHER:  E are off the record
13    at 3:10 p.m.
14        (Short break taken.)
15    THE VIDEOGRAPHER:  We are on the record
16    at 3:31 p.m.
17        BY MR. FINKELSTEIN:
18    Q.  Ms. Robinson, if I can take you back to
19    Exhibit 5, please.
20    A.  Okay.  Let me go back.  Okay.
21    Q.  And you'll see in response to
22    Interrogatories 8 as well as 15 and 16, there's a
23    reference to a website where it says, including --
24    like, for instance, exhibit -- for response to
25    Interrogatory No. 8.

| 2022-03-18 | Robinson, Christina | Page 168 |
| --- | --- | --- |

1    A.  A website?
2    Q.  You see it says the dolls available at a
3    website https.www.LOLSurprise.com.
4    Do you see that?
5    A.  Yes.  Do you want me to click on it?
6    Q.  No, no, don't click on it.  You don't
7    have to.  My question is:  Have you ever visited
8    that had website before today?
9    A.  I haven't visited today.  I don't know if
10    I have visited or not.
11    Q.  Do you --
12    A.  I'd have to look and see.  I don't know.
13    Q.  Do you recall reviewing that website
14    before you signed your verification two days ago?
15    A.  I don't know if I looked at that
16    particular website.
17    Q.  So earlier in the day, you testified that
18    the dolls shown in the claims went through the
19    exhibits are good examples of dolls that
20    essentially mimic the unique and distinctive
21    appearance, styles of the OMG Girlz.  Do you
22    recall that testimony?
23    A.  Yes, I think they resemble the OMG Girlz.
24    Q.  You called the good examples but you
25    couldn't say they were the best examples; right?

| 2022-03-18 | Robinson, Christina | Page 169 |
| --- | --- | --- |

1    A.  I didn't say all of them were the best
2    examples.
3    Q.  All right.  But you called them good --
4    good examples.  Do you recall that testimony?
5    A.  They could be considered good examples,
6    yes.
7    Q.  Looking back at Exhibit 4, I want you to
8    go through each doll shown there and tell me if
9    any of those dolls are also good examples of
10    individual dolls that employ the unique
11    combination of elements compromising the trade
12    dress of the OMG Girlz?
13    A.  Are you asking me when I go through these
14    dolls to specifically point out what the elements
15    are?  What are you asking me to do?  Because if I
16    go through all of the dolls, and if these are all
17    the dolls from the website, even if I visited the
18    website, don't mean I went through the website
19    thoroughly to go through and see everything that
20    went on with the OMG dolls.  Like, I'm in school
21    and I work full-time.  So I don't really -- I'm
22    not really as in tune with all of this and I did
23    not work for Tameka during the time of the OMG
24    Girlz.  So I'm not that in tune with everything
25    that's going on.  I know what I've seen when I've

| 2022-03-18 | Robinson, Christina | Page 170 |
| --- | --- | --- |

1  have seen them around and that's all I can testify
2  to.  So do the girls remind -- do the dolls remind
3  me of the OMG Girlz?  Yes.  And it's not just them
4  individually.  It's how they pose.  It's a lot of
5  things that is considered to say, yes, that is
6  like them.
7  But like I said, I have not seen all of
8  these dolls.
9  Q.  I'm not asking you if the dolls remind
10  you of them.  I'm asking you if any of the dolls
11  shown in Exhibit 4 individually employ the unique
12  combination of elements that is being -- is
13  alleged to be the trade dress of the OMG Girlz?
14  And here it's called the distinctive physical
15  appearance, hairstyles, hair colors, outfits,
16  clothing, similar trade names and themes of music,
17  positivity and empowerment.  That's what it says
18  in discovery response.  But --
19  A.  But do you want me to describe it?
20  Q.  You don't need to describe it.  Just tell
21  me which dolls individually in Exhibit 4 you
22  believe are examples of dolls that individually
23  employ that trade dress.
24  A.  When you say the trade dress, you're
25  talking about the image and the likeness of the

| 2022-03-18 | Robinson, Christina | Page 171 |
| --- | --- | --- |

1  girls' style if someone was to dress up as an OMG
2  Girl, if they look like one of these dolls, would
3  that remind me of the OMG Girlz, is that what
4  you're asking?
5  Q.  The interrogatory response says that all
6  of the dolls individually and/or collectively
7  employ the unique combination of trade dress
8  including but not limited to the distinctive
9  physical appearances, hairstyles, hair colors,
10  outfits, clothing, similar trade names and themes
11  of music, positivity and empowerment?
12  A.  Right.
13  Q.  So my question to you is:  Which dolls in
14  Exhibit 4 are examples of dolls that individually
15  employ that trade dress?
16  A.  But I've answered that, and I told you
17  that to me looking at the dolls, they fall along
18  the lines of individually and collectively,
19  individually and collectively of the lines of
20  things that I've seen the OMG Girlz wear.  Just
21  like I said, when you wear a black business suit,
22  it's a black business suit.  When you're wear
23  hip-hop, you wear hip-hop.  When you are looking
24  at an image of someone and say someone dressed
25  like them, that's just like someone gothic, you

| 2022-03-18 | Robinson, Christina | Page 172 |
| --- | --- | --- |

1  gonna say that's gothic, because, you know, they
2  got to be in the black.
3  So you know what that looks like.  So if
4  I say, do they look like the OMG Girlz?  I'm still
5  saying yes, they remind me of the OMG Girlz.
6  Q.  Every single doll in Exhibit 4?
7  A.  I can't say every -- I did not go through
8  all of the dolls and I did not see all of the
9  dolls prior to today, not all of them.  But -- and
10  I have not just sat here and gone through all of
11  the dolls to say, yeah, all of them remind me of
12  them, but they do have a resemblance of the style
13  that the girls carry.  I've seen them do things
14  similar to a lot of the looks that I'm seeing.
15  Q.  So I'm not asking you for resemblance of
16  something they once wore.  I'm asking you which
17  dolls in Exhibit 4, you know, based on the sworn
18  discovery response you gave, individually employ
19  the unique combination of elements that is being
20  claimed to be the trade dress in this case?  And I
21  know you haven't done it until now.  I'm asking
22  you to do it now.  Go through Exhibit 4 and tell
23  me by name which dolls you believe individually
24  employ the unique trade dress owned by the OMG
25  Girlz, which is described in this -- at least in

| 2022-03-18 | Robinson, Christina | Page 173 |
| --- | --- | --- |

1  your sworn discovery response, as the distinctive
2  physical appearances, hairstyles, hair colors,
3  outfits, clothing, similar trade names and themes
4  of music, positivity and empowerment.
5  A.  Like --
6  MR. RANAHAN:  Let me just object to this
7  again, because this is just the same question
8  that we've been asking now for over an hour
9  where you just keep asking the same question.
10  She's answered it.  I think she's made --
11  she's explained it many different ways.  So I
12  think it this is just asked and answered
13  again.  Like, you can -- you can do the best
14  you can, Christina.  But this -- she's gone
15  through the name and the positivity -- she's
16  gone through it, and now you're still trying
17  to get her to pick it apart.  And I think,
18  you know, you can do it to the best you can,
19  Christina, and I think you've pointed to the
20  examples.  But I just feel like this is just
21  an exercise to get her to say, you know, what
22  you want her to say, which you guys can do in
23  your case.  It's not -- I don't understand
24  the point of this.
25  BY MR. FINKELSTEIN:

| 2022-03-18 | Robinson, Christina | Page 174 |
| --- | --- | --- |

1   Q.  Please answer the question, Ms. Robinson.
2        Take as much time as you need.
3   A.  I'm really not understanding the
4        question, is the thing.  If I understood it, maybe
5        I can answer because you asking me, do the
6        girls -- you asking me, did the girl look more
7        like Beyonce more so than, like, Zonnique. I
8        don't even know what you want me to say when I
9        have said several times, the dolls act -- they --
10       they do individually and collectively carry the
11       look. I don't know what you want me to say about
12       this, because if I -- just like when you saw the
13       picture with Zonnique hair up and it's blue and it
14       still had highlights of pink, did that make
15       Zonnique not look like Zonnique?
16  Q.  So if you look, let me try to -- try to
17       orient you.  Look at Exhibit 5.  AND look at the
18       supplemental response to Interrogatory No. 8.
19  A.  Mm-hmm.
20  Q.  And read the lines to yourself or out
21       loud, lines 5 to 10, beginning with the "L.O.L.
22       Surprise! OMG line of dolls," end with
23       "empowerment."
24  A.  So I don't -- I don't know what you want
25       me to say.

| 2022-03-18 | Robinson, Christina | Page 175 |
| --- | --- | --- |

1   Q.  Are you finished reading that?
2   A.  Yes.
3   Q.  Okay.  So you signed under penalty of
4        perjury two days ago that this answer was true;
5        correct? Do you recall that?
6   A.  To the best of my ability, yes.
7   Q.  And you are the witness here today on
8        behalf of the OMG Girlz and Pretty Hustle, LLC, to
9        provide testimony on behalf of these companies as
10       to these answers. Do you understand that.
11  A.  I understand what you are saying.
12  Q.  So I'm asking you now, looking at
13       Exhibit 4, which dolls individually employ and
14       rely on the unique combination of elements
15       comprising the trade dress owned by the OMG Girlz
16       as alleged in this response to Interrogatory
17       No. 8?
18  A.  So if I -- if I told you --
19       MS. RANAHAN: Put an objection on the
20       record because, Mark, she's designated for
21       different topics. I realize she signed these
22       interrogatories, but when you say she's
23       designated to testify, she's designated to
24       testify on not this topic. She's designated
25       to testify about other topics. You can ask

| 2022-03-18 | Robinson, Christina | Page 176 |
| --- | --- | --- |

1        about her response, but --
2        MR. FINKELSTEIN: That's not true. She's
3        designated on topic 6 and 7, and 6 is your
4        discovery responses.
5        MS. RANAHAN: Right. Gathering
6        documents -- preparing the responses. But
7        now you're asking -- you're --
8        MR. FINKELSTEIN: 7 is gathering
9        documents. 6 is the responses themselves.
10       MS. RANAHAN: Right. Right. But --
11       MR. FINKELSTEIN: So this is a discovery
12       response. She wore under penalty of perjury
13       it's accurate, I'm asking her questions about
14       it.
15       MS. RANAHAN: Mark, you've said that 25
16       times. You know she's sworn under penalty of
17       perjury, you continue to say that, I don't
18       know what you're doing with that. But she
19       knows that. But I'm just saying, when you
20       say she's designated to testify on behalf of
21       the company on this topic, that's not.
22       MR. FINKELSTEIN: Okay.
23       MS. RANAHAN: She's designated to talk
24       about the discovery responses. I just want
25       to make that clear for the record, because I

| 2022-03-18 | Robinson, Christina | Page 177 |
| --- | --- | --- |

1        don't want you to suggest to her that she's
2        been designated to testify about everything
3        under the sun in this can. It's very limited
4        what she's designated to testify -- she can
5        give her testimony and she can talk about
6        these responses, but she's not designated to
7        testify about this for the case.
8        MR. FINKELSTEIN: She absolutely is.
9        She's the witness for Topic 6.
10       MS. RANAHAN: Of her discovery response,
11       right, which she's given you her answers.
12       MR. FINKELSTEIN: And this is the
13       discovery response and I'm asking --
14       MS. RANAHAN: Right. But you're going
15       beyond that. You're asking about other
16       things and you're saying that she's
17       designated under oath to talk a out --
18       MR. FINKELSTEIN: Well, we can have that
19       fight another day, Ms. Ranahan.
20       MS. RANAHAN: Well, we're here right now
21       --
22       BY MR. FINKELSTEIN:
23  Q.  Ms. Robinson -- Ms. Robinson, in this
24       discovery response, it talks about dolls
25       individually and/or collectively employing trade

| 2022-03-18 | Robinson, Christina | Page 178 |
|---|---|---|

1    dress. So take as much time as you need. I'd
2    like you to look at Exhibit 4 and tell me which
3    dolls in Exhibit 4 individually employ and rely on
4    the trade dress owned by the OMG Girlz.
5  A.  Okay. In the beginning I told you, your
6    interpretation of what I signed and my
7    interpretation of what I signed may have two
8    different meanings. Because I'm not understanding
9    what you're asking me. So it could be the
10   difference in what I understood that I was signing
11   and what you understanding that I was signing.
12   Because as far as I understood what I was signing,
13   was collectively, do they look like them,
14   collectively and individually, yes. But did --
15   didn't say, well, you got to go in detail to each
16   one of these dolls, no. I didn't even think that
17   was the question on there that I was answering.
18   Like, okay, can you go through each one of these
19   individually and describe everything? I didn't
20   even know that was the gist of the question when I
21   signed off on it. That was not my interpretation
22   of the question.
23  Q.  Do you --
24  A.  That's why I'm not able to answer your
25   question because I'm not even understanding it

| 2022-03-18 | Robinson, Christina | Page 179 |
|---|---|---|

1    because that wasn't my interpretation. I based it
2    on my knowledge and what I know and that's all I
3    could give you. And my knowledge of what I know
4    is these dolls, I didn't even know it was this
5    many dolls until today. So now you want me to go
6    through them individually and tell you what I
7    think today? That's not even fair. Because what
8    you interpreted to be individually and
9    collectively and my interpretation of individually
10   and collectively are just two different things.
11  Q.  What's your interpretation of
12   individually --
13  A.  When you said -- okay, I'm sorry, 'cause
14   she has to. Well, my interpretation was
15   individually and collectively is when they were
16   saying -- as when they were individual dolls
17   that look like the girls, yes. And collectively,
18   yes, because they -- they carried the unique style
19   of the girls. But to go through each doll and
20   point out what it is, I didn't know that that was
21   something I had to do because did I not even bring
22   forth each doll and say, oh, yeah, that looked
23   like them, yes, that look liked them. I didn't
24   even think that's what I was answering.
25  Q.  I'm not asking you tell me which trade

| 2022-03-18 | Robinson, Christina | Page 180 |
|---|---|---|

1    dress, at least at this point, the dolls look like
2    or point out the similarities. I'm just asking
3    you, can you go through Exhibit 4 and tell me
4    which individual doll employs the unique style and
5    look that is alleged to be owned by the OMG Girlz
6    in this case?
7  A.  But if I leave out a doll, that don't
8    mean at any point that it didn't look like the OMG
9    Girlz or carried the line or the style of the --
10   the trend they created. That's what I keep
11   saying. It goes along with the trend. So I don't
12   know what you're asking me, because in my mind,
13   that's what I was thinking that I was signing off
14   on. Even the one that's called -- the girl called
15   Ivy Curl, I've seen that -- Zonnique has -- did
16   the picture with the -- what they call the -- I
17   guess it's called a ski hat. She has pictures
18   with that. Her -- she's done The Tams. Those
19   things like that went along with the style of the
20   trend they created. So I don't -- I really don't
21   know if -- what the relevance of other than the
22   fact you want me to perjure myself and say, oh,
23   you lied. I didn't lie on what I thought was the
24   truth, what I believe the truth was. I didn't --
25   maybe your interpretation, what your

| 2022-03-18 | Robinson, Christina | Page 181 |
|---|---|---|

1    interpretation of the question is different from
2    my interpretation of the question. It's just
3    different. So I'm not understanding it. And I'm
4    not going to say, oh, no, I perjured myself.
5    That's never going to happen because I did not.
6    And I keep looking at it and I'm trying to figure
7    out, what is it that you want me to say. So we
8    can sit here and talk about this till 5:00. If
9    you want to, we can.
10  Q.  Ms. Robinson, earlier you testified that
11   the dolls in the complaint were good examples of
12   dolls individually look like the OMG Girlz.
13   Do you remember that?
14  A.  And collectively.
15  Q.  But do you think the dolls in the
16   complaint individually look like the style of the
17   OMG Girlz?
18  A.  So what you're asking me, if they sold
19   the dolls individual, that said L.O.L. OMG, that
20   would not confuse public, it's only because they
21   sold them collectively?
22  Q.  Are you asking me a question or is that
23   your testimony?
24  A.  I'm asking you a question because I'm
25   trying to get a clear understanding of how long --

| 2022-03-18 | Robinson, Christina | Page 182 |
| --- | --- | --- |

1      why you keep asking me this --
2  Q.  I'm trying -- I'm trying to find out what
3      dolls the OMG Girlz believe infringes the trade
4      dress.
5  A.  I don't know what the OMG Girlz believe.
6      I'm just talking about what I felt, which has
7      nothing to do with what the OMG Girlz believe.
8  Q.  What about what Pretty Hustle, LLC,
9      believes, you can't testify to that?
10 A.  I can't testify what Pretty Hustle
11     believes because you're asking me what I thought.
12     Like I told you, I was not even working for Pretty
13     Hustle at that time.  I wasn't even doing any
14     business with them.  I did no business with the
15     OMG Girlz.  So I'm limited.
16     I was not there on the day-to-day, but
17     I've been around them and I've seen them dress.
18     And if I was to say, this is a trend, yes, that's
19     a trend.  And --
20 Q.  So --
21 A.  -- one of them reminds me of the trend,
22     just like if you wore business attire to the
23     courtroom, everybody know what business attire is.
24     And when you have a trend that was associated with
25     the OMG Girlz, these dolls represent that, to me.

| 2022-03-18 | Robinson, Christina | Page 183 |
| --- | --- | --- |

1  Q.  So you're not prepared to testify, Ms.
2      Robinson, on behalf of Pretty Hustle, LLC, or OMG
3      Girlz, LLC, in terms of what they are alleging to
4      be the individual dolls that copy the trade
5      dress; is that true?
6  A.  I don't know, because I don't know what
7      the requirements are for you to even ask me
8      questions.  I don't know what the requirements are
9      for me to testify.  Because I saw them or because
10     I worked for them?  I don't know what the
11     requirements are so I can't say -- I can't
12     testify.
13 Q.  All right.  Well, we can -- we can figure
14     out later on that issue.
15     But are you able to go through Exhibit 4
16     and tell me if you believe any of the individual
17     dolls copy the look and feel that the OMG Girlz
18     created and owned?
19 A.  If I had to say they copied the trend, I
20     would say the same, I'm not changing anything.
21     That I would say that all of them, that is a part
22     of the trend.
23 Q.  Every single doll shown in Exhibit 4?
24 A.  I can't say every -- I didn't see every
25     single doll until today, some of them are new to

| 2022-03-18 | Robinson, Christina | Page 184 |
| --- | --- | --- |

1      me, so I -- go through --
2  Q.  Can you look at it now and tell me?  Only
3      a few pages.
4  A.  I know, but for me to look at them
5      individually, like, what I'm seeing, I would have
6      to blow it up because some of these outfits to me
7      just look like, okay, is that a white skirt with
8      pleats that look like a tennis skirt?  I don't
9      know what that looks like, because I would have to
10     be able to blow it up to see what it is.  And I
11     only knew -- I know some of them.  I don't know
12     all of them because I don't recognize all the
13     details of what they do.  Like, what they look
14     like.  I'm only looking at them from a distance.
15 MS. RANAHAN:  Mark, we'll just say again,
16     these are not updated.  There's a new -- new
17     images came out.  So if she does go through
18     some, it wouldn't be complete anyway.
19 MR. FINKELSTEIN:  Ms. Ranahan, are you
20     telling me that Ms. Robinson is not the
21     30(b)(6) witness for this topic and that's
22     Ms. Harris instead?
23 MS. RANAHAN:  What topic are you talking
24     about?  Are you talking about the 30(b)(6)
25     topic?

| 2022-03-18 | Robinson, Christina | Page 185 |
| --- | --- | --- |

1  MR. FINKELSTEIN:  Yes.  Which dolls
2      infringe.
3  MS. RANAHAN:  That's not a topic that
4      we've designated Christina on.  She's talking
5      about the responses and then statement,
6      right?  I don't think we've designated her,
7      unless we designated her on the responses,
8      preparing documents and then also the
9      statement from the Bratz.  So I don't think
10     we designated her for --
11 MR. FINKELSTEIN:  Okay.  I'm going to try
12     this one more time --
13 MS. RANAHAN:  We have provided responses
14     that she verified so -- and we've given
15     you -- we're going to meet-and-confer about
16     those if you're still not satisfied, we are
17     happy to try to, you know.
18     BY MR. FINKELSTEIN:
19 Q.  Ms. Robinson, I want to go through, I'm
20     going to ask you one more time, please go through
21     Exhibit 4 and take as much time as you need, we've
22     got hours and hours left in this deposition if
23     necessary, and tell me which dolls in Exhibit 4
24     you believe employ the unique combination of
25     elements comprised the trade dress owned by the

| 2022-03-18 | Robinson, Christina | Page 186 |
|---|---|---|

1 OMG Girlz, including but not -- but not limited to
2 the distinctive physical appearances, hairstyles,
3 hair colors, outfits, clothing, similar trade
4 names and themes of music, positivity and
5 empowerment.
6 MS. RANAHAN: I'll just object that this
7 is asked and answered again. She has talked
8 about the name repeatedly. They are all sold
9 under the same name. She's talked about how
10 they all have a similar look -- so you can --
11 THE WITNESS: Like -- go ahead.
12 MS. RANAHAN: Go ahead.
13 THE WITNESS: Like the one that says
14 Missy Meow, I can't even tell what she looks
15 like. I don't know what that looks like,
16 because it's -- and I can't tell what the --
17 some of them, I can't even tell you what they
18 look like because I'm looking at them from a
19 distance. I don't know what these are
20 wearing except the ones that I'm familiar
21 with.
22 I'm just not familiar with all of them,
23 and I don't want it to look like I'm saying,
24 if I pick certain ones that some of them may
25 not look like the OMG Girlz, because I can't

| 2022-03-18 | Robinson, Christina | Page 187 |
|---|---|---|

1 say it because I can't see them fully to even
2 see what they look like. I don't even know
3 what the one that says Miss Royale, I don't
4 even know what that hairstyle look like. I
5 don't know where her hair stop. I don't know
6 where her outfit starts. I can't even tell
7 from the picture.
8 So I'm saying you're asking me to do
9 something that I really cannot do based on
10 just what I'm looking at. It's just not
11 enough. I can't really see it like you
12 think.
13 BY MR. FINKELSTEIN:
14 Q. So you can blow it up if that's helpful.
15 You can enlarge it if you like, if that's helpful
16 to you, Ms. Robinson. If you kind of hold your
17 mouse, pull your mouse down a little bit, there's
18 a way to hit the little plus sign with the --
19 A. Yeah, I know, and then I can blow them up
20 and see. I've seen Icy Gurl. I've seen Zonnique
21 do a similar look to that.
22 Big Wig, I've seen the OMG Girlz do a
23 similar look to that.
24 Shadow, of course.
25 The Downtown B.B., I've seen them do a

| 2022-03-18 | Robinson, Christina | Page 188 |
|---|---|---|

1 look similar to that.
2 And I don't know about the Uptown Girl,
3 if you -- I've seen Zonnique do a look similar to
4 Crystal Star. I've seen them where the -- like
5 Snowlicious, I've seen them wear like similar --
6 similar look to that. But like I said, I can't
7 pick them all out.
8 I've seen Swag, some similar to that.
9 But these are just things that I've seen, but I
10 don't know if you mean professionally or
11 unprofessionally.
12 Q. Are there any dolls in Exhibit 4 that you
13 believe do not individually employ or rely on the
14 unique trade dress owned by the OMG Girlz?
15 A. Because I'm not sure as to what this
16 looks like, the Miss Meow, I don't know, I've not
17 seen anything similar to that. And see, if you
18 talk about The Boss, I've seen them look like this
19 but not with that particular hat. The --
20 MS. RANAHAN: Mark, I assume you're
21 excluding the name. I mean, they are all
22 traded under this name, so you're not
23 including that in your question, or are you?
24 THE WITNESS: Maybe Long Star.
25 BY MR. FINKELSTEIN:

| 2022-03-18 | Robinson, Christina | Page 189 |
|---|---|---|

1 Q. Are you meaning dolls that you do not
2 believe look or do look --
3 A. I have not seen. That don't mean that I
4 -- what I believe or I don't believe because I
5 still believe they all look like them still, but
6 you still want me to just point something out that
7 I haven't seen that exact look, but you're not
8 going to be happy and you're not going to move on
9 until I pick something out, so I'm just going to
10 pick something out under duress. 'Cause we are
11 not going to move forward.
12 Q. I'm just asking you if what your
13 testimony is in terms of individual dolls whether
14 you believe each individual doll is employing the
15 trade dress of the OMG Girlz, and if the answer is
16 no, then which dolls do not individually.
17 A. I mean, you're asking me something
18 that -- I feel like it have nothing to do with the
19 case, but okay --
20 MS. RANAHAN: You're excluding the name,
21 right, Mark? You're excluding the name?
22 Like, we can all stipulate that they are all
23 traded under the OMG name, right?
24 THE WITNESS: Right. Are you talking
25 about the look or the name and that's --

| 2022-03-18 | Robinson, Christina | Page 190 |
| --- | --- | --- |

```
1    that's what I was trying to explain earlier.
2    If it carries the name OMG, that's still the
3    public are going to say, oh, okay.
4        BY MR. FINKELSTEIN:
5    Q.  The discovery response I'm looking at,
6    again, says, "The L.O.L. Surprise! OMG line of
7    dolls individually and/or collectively employ and
8    rely on the unique combination of elements
9    comprised in the trade dress owned by the OMG
10   Girlz including but not limited to the distinctive
11   physical appearances, hairstyles, hair colors,
12   outfits, clothing, similar trade names and themes
13   of music, positivity and empowerment."
14   A.  I know.
15   Q.  My question, Ms. Robinson, is -- hold
16   on --
17   A.  Go ahead.
18   Q.  -- is, which L.O.L. Surprise! OMG dolls
19   individually do that?  And you can name them and
20   I'm asking you specifically to look at Exhibit 4.
21   MS. RANAHAN:  So you are including the
22   name, though?  That's the first time I've
23   heard you describe the name is included, so I
24   just want to clarify because this is very
25   confusing.  So you are including the name the
```

| 2022-03-18 | Robinson, Christina | Page 192 |
| --- | --- | --- |

```
1    Q.  I'm just asking you to explain the
2    discovery response.  I'm trying to understand it.
3    A.  But I'm trying to understand what you're
4    asking.  Because I'm not understanding what you're
5    asking because I don't know how you can separate
6    this.
7    Q.  When you say can't separate, you can't
8    separate the doll individually from the collective
9    line; is that --
10   A.  Not if they're OMG.  If they're called
11   OMG, they're called them OMG.
12   Q.  Do you think the OMG Girlz have the
13   exclusive rights to the phrase "OMG"?
14   A.  They have it to the OMG dolls.  And --
15   and that's not up to me to make that decision.
16   That's got to be up to the judge to make a
17   decision should they have exclusive rights should
18   someone come out with that, but even the OMG is
19   similar to the way OMG Girlz did it, also, because
20   that's what reminded me of that also, it was on --
21   that's why the confusion is there.  It still
22   reminds me of it.  But like I said, your
23   interpretation of what I was answering and my
24   interpretation could very well be different.  So I
25   don't know how I could exclude a doll because it
```

| 2022-03-18 | Robinson, Christina | Page 191 |
| --- | --- | --- |

```
1    way you just phrased it.  Just so you know.
2    MR. FINKELSTEIN:  Stop coaching the
3    witness.
4        MS. RANAHAN:  I'm not coaching the (cross
5        talk) --
6    MR. FINKELSTEIN:  I'm reading the sworn
7    discovery response, Ms. Ranahan --
8    MS. RANAHAN:  Right.  Exactly -- capture
9    that portion of it which obviously they are
10   OMG dolls.  I mean, that's the whole
11   overarching thing and the positivity.  But go
12   ahead, Christina.
13   THE WITNESS:  That's what I was
14   explaining to you because of the name OMG,
15   they will all confuse the public because the
16   name is there and it likes very -- that looks
17   how -- similar to some of the way that the
18   name OMG was marketed.  So all of them --
19   that's what I've -- that's why I kept telling
20   you, I'm confused as to -- asking me to do.
21       BY MR. FINKELSTEIN:
22   Q.  Every single --
23   A.  If you want to pick out -- do you want to
24   pick out how the dolls look and pretend that the
25   name OMG is not there.
```

| 2022-03-18 | Robinson, Christina | Page 193 |
| --- | --- | --- |

```
1    don't look like them and then the name OMG is
2    still on their box.
3    Q.  Okay.  So do you think any of the dolls
4    in Exhibit 4 do not look like the OMG Girlz?
5    A.  I already gave you a few but it don't
6    even matter if it don't look like them or they --
7    the box is the box going to carry the name OMG.
8    Q.  Just I'm asking, don't give me a few,
9    tell me going through one by one which dolls in
10   Exhibit 4 do not look like the OMG Girlz.
11   A.  They are dolls.  So I don't know why you
12   think that is an interpretation.  Just like if
13   someone carries a Louis Vuitton bag or a knock
14   off.  I know the difference.
15   So this is a knock-off of them and there
16   is a difference, but we wouldn't even be here if
17   it wasn't confusing to the public.
18   Q.  Do you think each doll individually is
19   what you're calling a knock-off of the OMG Girlz,
20   or just collectively as a group?
21   A.  I think any box that has the name OMG on
22   it is going to -- when you look at it, you know
23   how, like, it's -- well, I don't even know how to
24   use -- I'm just using a hypothetical example.
25   Like a lot of people when they get pregnant, they
```

| 2022-03-18 | Robinson, Christina | Page 194 |
|---|---|---|

1    don't start having morning sickness until they
2    know. So when you have something that's
3    identifying something, they are going to look for
4    the similarities because it's there in their eyes
5    of what the similarity is because of the name
6    also.
7    So if I look at something -- if someone
8    looks at my daughter and say when she's with me,
9    your daughter looks just like you. And then when
10    she's with her father, oh, your daughter look just
11    like you. So who does she look like, me or her
12    dad? So you can't just pinpoint it like. That's
13    why I'm saying what you're asking me to do is not
14    fair, because I know what the OMG Girlz style is
15    and I know what they look like. This is just what
16    I think. But that don't make it the law.
17   Q. And what you think is each doll looks
18    like the style of the OMG Girlz; is that right?
19   A. I think the collection of the dolls have
20    a resemblance to the trend.
21   Q. Do you think any doll individually has a
22    resemblance to the trend of the OMG Girlz?
23   A. That's --
24    MS. RANAHAN: Mark, this is -- she's gone
25    over that. We've done -- this is just -- we

| 2022-03-18 | Robinson, Christina | Page 196 |
|---|---|---|

1    and answered. Christina, you're free to
2    answer again IT if you want to. This is --
3    THE WITNESS: I still don't understand
4    what he's asking because a trend is a trend
5    to me. So I don't even know if you quite
6    understand what a trend is. They started a
7    trend and if -- if someone, if someone wanted
8    to look like an OMG Girl and they dress like
9    any of these dolls, people would probably
10    say, oh, you dress like the OMG Girlz.
11    Do I believe that? Yes.
12    BY MR. FINKELSTEIN:
13   Q. So Ms. Robinson, is it correct that the
14    reason you believe that people are confused is
15    because the name OMG is on the box?
16   A. That's part of it.
17   Q. If the name OMG was not on the box, would
18    that change your opinion on confusion?
19   A. My opinion on confusion?
20   Q. Yes.
21   A. Or the style and the trend on the
22    confusion?
23   Q. Your opinion on whether there's
24    confusion.
25   A. I'm not sure if that would change people,

| 2022-03-18 | Robinson, Christina | Page 195 |
|---|---|---|

1    went over the complaint. We've done this
2    already, Mark. This is just harassing --
3    BY MR. FINKELSTEIN:
4   Q. Which dolls in Exhibit 4 do you think
5    resemble the trend of the OMG Girlz?
6    MS. RANAHAN: Do you want her to rename
7    the ones from the complaint? She said they
8    were good examples, I don't know if they were
9    the best examples. I don't know if you want
10    her to find the ones that she talked about in
11    the complaint in this thing? I mean, what
12    are you asking?
13    BY MR. FINKELSTEIN:
14   Q. Can you answer the question,
15    Ms. Robinson?
16    MS. RANAHAN: Is that what you want her
17    to do? Is that the question?
18    MR. FINKELSTEIN: Ms. Harris, can you
19    please read back the last question.
20    (Record read.)
21    THE WITNESS: Are you asking me to answer
22    that?
23    BY MR. FINKELSTEIN:
24   Q. Yes.
25    MS. RANAHAN: I'll just object as asked

| 2022-03-18 | Robinson, Christina | Page 197 |
|---|---|---|

1    if it did not happen, I can't say that would
2    eliminate the confusion on what people would
3    think. I can't testify what someone else would
4    think. And I don't know if it would cause any
5    confusion because I've heard people throughout the
6    years that say the OMG -- the -- you dressing like
7    the OMG Girlz. I've seen the little kids doing
8    the shows and they may not have looked identical
9    to them, but they were trying to dress like that,
10    that's their interpretation of what the girls look
11    like of the trend they started. So -- and they
12    all look different.
13    So that's why I said it's really, unless
14    you understand what happens when someone starts a
15    trend, that's -- I don't know what else to say.
16    It's just not a fair question. So I don't even
17    know how to answer it and be honest and give you
18    an honest answer.
19    (Exhibit 6 was received and marked
20    for identification on this date and is
21    attached hereto.)
22    BY MR. FINKELSTEIN:
23   Q. All right. I've introduced Exhibit 6.
24    Tell me when you've had a chance to review it,
25    please, Ms. Robinson.

| 2022-03-18 | Robinson, Christina | Page 198 |
|---|---|---|

1   A.  Okay.  You want me to read the whole
2        document or is there --
3   Q.  No.  You have it in front of you?
4   A.  Yes, mm-hmm.
5   Q.  Okay.  I just want to make sure you could
6        get it.
7        So again, the second-to-last page has a
8        verification.  Can you confirm that's your
9        signature?
10  A.  Yes.
11  Q.  If we go to supplemental response to
12       Exhibit 2 -- Interrogatory No. 1, which is on the
13       second page, there's a list of people?
14  A.  Mm-hmm.
15  Q.  And one -- people, I think we've gone
16       through these people.  Tanisha Bullocks is listed
17       as the hairstylist.  Is that -- that was one of
18       the hairstylists for --
19  A.  Maybe I think.  I'm not sure, but I think
20       that's who she is.  Because that's why -- that's
21       who is called TT.  That would be her name,
22       Bullocks.  I remember the last name vaguely, but I
23       didn't know the first name.  Like, if her name was
24       Tanisha, but I do remember her as a hairstylist.
25       And when I asked about her, I was like, who is

| 2022-03-18 | Robinson, Christina | Page 199 |
|---|---|---|

1        this, and she was called TT.  So that -
2   Q.  Who is Lucy -- who is Lucy Raloof,
3        R-a-l-o-o-f?
4   A.  Raloof?  Lucy Raloof was the manager that
5        was the partner with Michael Maulden.  I'm not
6        sure -- yeah, she was the partner for the
7        management of the girls.  She ran artistic control
8        and the management company for the girls.
9   Q.  Who is Tamara Whitaker?
10  A.  Tamara Whitaker was the road manager when
11       they went on tour.
12  Q.  If you look at the response to
13       Interrogatory 4.
14  A.  Mm-hmm.
15  Q.  This says, "People with
16       knowledge concerning license agreements and
17       offered a license to the OMG Girlz band."
18       And this discusses the Saving Our
19       Daughter's Bratz Toy Giveaway.  That's what we
20       discussed earlier with Keisha Miller; correct?
21       With Keisha -- with Keisha, remember?  This is
22       what you discussed earlier in the day about Keisha
23       gave a --
24  A.  You mean -- well, now I'm confused.  Her
25       name is Keisha?

| 2022-03-18 | Robinson, Christina | Page 200 |
|---|---|---|

1   Q.  Keisha.  Isn't that what you told me her
2        name was, Keisha?
3   A.  Yeah.
4   Q.  Is her last name -- is her last name
5        Miller?
6   A.  You're saying --
7        MS. RANAHAN:  You were saying Keisha,
8        Mark.  I think that was the confusion.
9        BY MR. FINKELSTEIN:
10  Q.  Oh, K-e-i -- K-e-i-s-h-a.
11  A.  I guess that would be Keisha but -- I
12       guess is would be her last name became I wasn't
13       quite sure, but yes, I know Keisha.  But I don't
14       know Keisha like that -- like that.
15       But what are you asking?
16  Q.  The supplemental response here says at
17       this event, the OMG -- excuse me.
18       "MGA publically announced MGA's intention
19       to launch a line of dolls modelled on the OMG
20       Girlz."
21       Do you see that?
22  A.  Yes I see that.
23  Q.  And this is -- I think we already covered
24       this.  Just to be clear, in fact, you have no
25       knowledge that MGA announced anything of the sort;

| 2022-03-18 | Robinson, Christina | Page 201 |
|---|---|---|

1        isn't that true?
2   A.  I can't say if they were there or if they
3        were not there.  From my understanding, what I'm
4        signing off, just -- just my recollection of what
5        happened, it was other people that they talked to.
6        So if -- if Tameka say MGA was there, then maybe
7        they was, but I was not sure who MGA was.
8        The name MGA didn't even, at that time, I
9        don't know -- I don't even remember the name of
10       who owned the dolls back then.  I did not know the
11       name who owned the dolls.  It was when they came
12       forth and start saying, yes, MGA made an
13       announcement that something I was told that --
14       that it could have been MGA was there.  So I don't
15       know if they were there or not, but someone was
16       there that probably was a decision-making person,
17       in my opinion, but I'm not going to say, oh, yeah
18       MGA was there, because I don't know who was there.
19       But someone was there who could make a decision as
20       to whether or not she could -- she can even say
21       what she said, because I remember in the middle of
22       her saying it, she looked over at someone and then
23       she was, like, wondering if she could complete
24       the -- the statement, and I don't know if they
25       gave her the green light or whatever.  I don't --

| 2022-03-18 | Robinson, Christina | Page 202 |
| --- | --- | --- |

1    I'm not going to say for sure that it was just MGA
2    announcement, because it was Keisha -- I don't
3    know if that's her name, Keisha Miller, but I
4    guess, she was the one that made the announcement.
5  Q. So my only question is, Ms. Robinson, is
6    in this response, this discussion of MGA made an
7    announcement, this is referring to the Keisha
8    announcement that you testified to earlier in the
9    day; correct?
10 A. Sorry, say that -- yes, I said Keisha
11    made the announcement.
12 Q. Okay. And that's what you testified to
13    earlier in the day; correct? We already talked
14    about this, remember?
15 A. Mm-hmm.
16 Q. Yes?
17 A. Yes.
18 Q. If you look at the response to No. 14 a
19    little further on, can you scroll down to response
20    -- to 14?
21 A. Oh, I'm sorry. (Sotto voce).
22    Is that what you want me to read?
23 Q. Well, this is -- the question is,
24    "Identify any instance of actual confusion." And
25    then this discusses an administrative -- website

| 2022-03-18 | Robinson, Christina | Page 203 |
| --- | --- | --- |

1    administrator of a fan group getting a message
2    from -- with a contemporary text message to
3    Christina Robinson. Do you see this?
4  A. I'm sorry, say that -- the administrator
5    of the website --
6  Q. So the question --
7  A. I'm part of the administrator of the web
8    side, so get --
9  Q. I believe this response to exhibit -- the
10    supplemental response to Interrogatory 14 is
11    referring to the text message you got from Crystal
12    Braham; right?
13 A. Braham.
14 Q. Braham. Correct?
15 A. Right.
16 Q. And this is the only instance of actual
17    confusion that you are aware of with respect to
18    people confusing the L.O.L. Surprise! Dolls with
19    the OMG Girlz brand. Correct?
20 A. In writing, that's the only one. But
21    I've had other people to say I brought these dolls
22    for my daughter and I have had heard them talk
23    about them in conversations. But anything in
24    writing, that was the first thing in writing. But
25    then I've heard other people bring them up, and I

| 2022-03-18 | Robinson, Christina | Page 204 |
| --- | --- | --- |

1    didn't realize that is what they were talking
2    about when they said my -- my -- I bought these
3    dolls for my children and they -- then people were
4    saying they bought the dolls for their children, I
5    didn't identify the dolls because I had not seen
6    them until when Crystal said that to me, I said,
7    then I started thinking back that that must have
8    been the conversation they were talking about the
9    dolls, because no one sent in their picture prior
10    to when Crystal sent me the picture, but I've had
11    past conversations with people on various things.
12    As a matter of fact, I mean, I couldn't say who
13    they are now, but I could look back and see and
14    say just get a reminder of the conversation.
15    So I've heard people say it, but it was
16    not anything in writing and I didn't receive any
17    pictures until the website sent me the pictures
18    and that's when I saw it and I was surprised.
19 Q. And I think we talked about this before,
20    but you can't tell me what people you heard say
21    that; correct?
22 A. Yeah. I don't know offhand where I can
23    say that this particular person said and there was
24    a few people that their children really liked the
25    dolls.

| 2022-03-18 | Robinson, Christina | Page 205 |
| --- | --- | --- |

1  Q. Other than their children liking the
2    dolls, what makes you think they were -- there was
3    some confusion between the OMG Girlz and the OMG
4    dolls?
5  A. What makes them think that?
6  Q. Yeah.
7  A. Because it was said.
8  Q. Who said it?
9  A. One, the person that sent it into the
10    website, and then that was just one person. And
11    only because just from general conversations that
12    I heard people have, but it wasn't, like, an
13    elaboration on it. They was like, they look like
14    the girls. I even told you when I was in the
15    store buying them myself that I've had people to
16    walk up to me and comment on it. But it wasn't
17    like I was like, can you text that to me so I can
18    make sure we use it as proof.
19 Q. And what do these people tell you?
20 A. That they do remind them of the girls.
21    They look like the OMG Girlz. As a matter of
22    fact, they thought that's who it was, the OMG
23    Girlz. Some of them said that, they know the OMG
24    Girlz. But yeah -- but, like, that was here in
25    Atlanta. They are from Atlanta.

| 2022-03-18 | Robinson, Christina | Page 206 |
|---|---|---|

1   Q.  So this says -- do you have the text
2        message that Christina -- excuse me, that Crystal
3        Braham sent to you?
4   A.  Do I still have it? I can look. For
5        some reason when my phone updated the last time,
6        it deleted some of my old conversations, but I can
7        look if you want me to.
8   Q.  Well, I'm just asking.
9        MR. FINKELSTEIN: Ms. Ranahan, it's say,
10       "This document shall be produced." So has it
11       been produced yet?
12       THE WITNESS: It has been --
13       MS. RANAHAN: We did produce the
14       document -- right, the Crystal Braham
15       document, we did produce that. Obviously if
16       we can find the text, that's great. So
17       Christina, if you could --
18       THE WITNESS: I saw the text because
19       she -- I mean, I know that the text was
20       there. I can look in my text -- you talking
21       about when I screenshot-ed -- when I
22       screenshot the text, I have a copy of the
23       screenshot on my computer if I need to send
24       it to someone, but not on the computer that
25       I'm on.

| 2022-03-18 | Robinson, Christina | Page 207 |
|---|---|---|

1        MR. FINKELSTEIN: So I want to take a
2        break --
3        MS. RANAHAN: Mark, we did produce that.
4        MR. FINKELSTEIN: Was that in just the
5        most recent production?
6        MS. RANAHAN: No. It was produced
7        before.
8        MR. FINKELSTEIN: Okay. I know we need
9        to take a break for Renee, so why don't we
10       take a five minute break.
11       THE WITNESS: Okay.
12       THE VIDEOGRAPHER: We are off the record
13       at 4:18 p.m.
14           (Short break taken.)
15       THE VIDEOGRAPHER: We are on the record
16       at 4:25 p.m.
17           (Exhibit 7 was received and marked
18           for identification on this date and is
19           attached hereto.)
20       BY MR. FINKELSTEIN:
21   Q.  Ms. Robinson, I have introduced Exhibit 7
22       into the Exhibit Share. Is that the text message
23       you received from Ms. Braham --
24   A.  Braham.
25   Q.  -- Braham?

| 2022-03-18 | Robinson, Christina | Page 208 |
|---|---|---|

1   A.  Let me see -- wait, it's not showing.
2        MS. RANAHAN: You said it's Exhibit 7,
3        Mark?
4        MR. FINKELSTEIN: Yes.
5        THE WITNESS: I have to go out and come
6        back in.
7        MS. RANAHAN: Yeah, it's not showing up
8        for me -- there it is, okay.
9        THE WITNESS: It looks like, with that
10       picture on it, looks like the text message.
11       BY MR. FINKELSTEIN:
12   Q.  Okay. So this is the text that
13       Ms. Braham sent to you?
14   A.  Right.
15   Q.  Did you have any conversations with
16       Ms. Braham about this?
17   A.  When she sent it to me, she just text it
18       to me.
19   Q.  My question is whether you had any
20       conversations with Ms. Braham about this matter?
21   A.  I mean, yes.
22   Q.  You talked to her about this?
23   A.  Yeah. Because I asked her who sent it to
24       her.
25   Q.  And what did she tell you?

| 2022-03-18 | Robinson, Christina | Page 209 |
|---|---|---|

1   A.  She said it was a fan.
2   Q.  Okay. So a fan sent this picture to
3        Ms. Braham, and then she forwarded it on to you
4        via text?
5   A.  Right.
6   Q.  Did you have any other -- did you have
7        any other conversations with Ms. Braham about this
8        text?
9   A.  Yes. Because she sent me two of them,
10       and when they needed the original e-mail, she
11       walked me through it so I could pull the original
12       e-mail that was associated with it, because I had
13       to see what the person said.
14   Q.  And did you see the original e-mail?
15   A.  Yes.
16   Q.  What did the e-mail say, if you can
17       remember?
18   A.  It said that -- it was just saying, the
19       OMG Girlz are a Target. It was two e-mails
20       that -- I really -- I can't quote. I don't want
21       to misquote and then you asking about it, but I
22       know that that OMG Girlz at Target was on the
23       original e-mail, and I'm not -- I can't -- I don't
24       know. Because I don't know if it came from
25       Crystal or them, they was saying, can they do

| 2022-03-18 | Robinson, Christina | Page 210 |
| --- | --- | --- |

1    this.
2        (Exhibit 8 was received and marked
3        for identification on this date and is
4        attached hereto.)
5    BY MR. FINKELSTEIN:
6    Q.  I've introduced Exhibit 8.
7    A.  Okay.
8    Q.  Is -- you see this Exhibit 8,
9        Ms. Robinson?
10   A.  Uh-hum.
11   Q.  And is qtposse@yahoo.com, is that your
12       e-mail address?
13   A.  Yes.
14   Q.  So is this an e-mail that you received?
15   A.  Yes.
16   Q.  Is it something you received or you sent?
17   A.  No.  I received it.
18   Q.  And this is a picture of the OMG Girlz?
19   A.  Yes.
20   Q.  And do you know what event this was
21       associated with?
22   A.  It was Xscape party, but the reason why I
23       received it is because Qt Jazz is my daughter.
24   Q.  I'm sorry, who is your daughter?
25   A.  See on the bottom, they have other

| 2022-03-18 | Robinson, Christina | Page 211 |
| --- | --- | --- |

1    artists?  And Qt Jazz, that's my daughter.
2    Q.  Oh, Qt Jazz.
3    A.  Yes.  I'm sorry.  I didn't receive it but
4        look like I'm sending it out to someone, but I
5        didn't receive it from someone.
6        (Exhibit 9 was received and marked
7        for identification on this date and is
8        attached hereto.)
9    BY MR. FINKELSTEIN:
10   Q.  Okay.  I'm introducing Exhibit 9.
11   A.  Okay.  Okay.
12   Q.  This is another e-mail, looks like was
13       sent to you from somebody named Dirty Macon,
14       M-a-c-o-n?
15   A.  In Macon, Georgia.
16   Q.  And this Qt Jazz, that's a picture of
17       your daughter?
18   A.  Yes.
19   Q.  And what is this regarding?
20   A.  Because on the song, Babydoll was on the
21       phone -- song -- says I would like the graphics
22       (sottó voce).  Oh.  They were just correcting the
23       image.  The flyer.
24   Q.  So is this something where Qt Jazz was
25       doing some collaboration with the OMG Girlz?

| 2022-03-18 | Robinson, Christina | Page 212 |
| --- | --- | --- |

1    A.  With Babydoll of the OMG Girlz, yes.
2    Q.  And who is Babydoll?
3    A.  That's Breaunna from the OMG Girlz.
4    Q.  So your daughter was doing some sort of
5        collaboration with her in 2013?
6    A.  Yes.  They were doing -- they did a song
7        together called Heels Bags.
8    Q.  And was Babydoll part of the OMG Girlz at
9        the time?
10   A.  Yes.  They were all in the video.
11   Q.  So there's a song called Heels Bags, it's
12       a video with your daughter and the entire OMG
13       Girlz?
14   A.  Yes.
15   Q.  Is that the only time your daughter
16       collaborated with the OMG Girlz?
17   A.  On a particular song that was released.
18       They did some other things that was not released.
19   Q.  And you said there's a video that goes
20       along with the song?
21   A.  Mm-hmm.  If you -- how do I -- let me
22       see.  How did I get --
23   Q.  You don't have to do it now, but you can
24       probably Google it or something and find it?
25   A.  You can Google it.  It's there.

| 2022-03-18 | Robinson, Christina | Page 213 |
| --- | --- | --- |

1    Q.  Are you familiar with any merchandise the
2        OMG Girlz did?  Is that something you would have
3        been involved in?
4    A.  I wasn't involved in it, but when they
5        were on tour, they had an agreement, I think the
6        company is called Bravo or someone, and they had a
7        merchandise agreement with someone, but you should
8        have a copy of that, also.  I'm not saying you do.
9        I'm saying you should.
10   Q.  Did you have any involvement in any
11       merchandise with the OMG Girlz?
12   A.  No.
13   Q.  Were you the person that collected
14       documents to respond to the document requests in
15       this case?
16   A.  I just -- I gave them -- yeah, I gave
17       them documents, yes.
18   Q.  When you say you gave them documents, who
19       did you give the documents to?
20   A.  Peter.
21   Q.  Peter Haviland?
22   A.  Yes.  But I'm not sure if I gave him all
23       the documents he have because I don't know what it
24       was, but I gave him what I had.  But there were
25       other people giving him documents, too.

| 2022-03-18 | Robinson, Christina | Page 214 |
|---|---|---|

1   Q. So were you just in charge of collecting
2      your own documents, or did you collect documents
3      for other people?
4   A. I don't understand what you're saying.
5      Did I collect documents from other people to give
6      to Peter, or did Peter collect documents from
7      other people that he received from other people,
8      is that what you're asking?
9   Q. I'm asking what your involvement was in
10     collecting documents that went to --
11  A. I only collected what I had. But anyone
12     else that had anything to offer the situation,
13     they sent it directly to Peter themselves.
14  Q. Okay. So that is, you were involved with
15     collecting your own documents, but you had no
16     involvement in collecting documents from anybody
17     else; correct?
18  A. No. I wasn't -- not that I wasn't
19     involved, and I don't have an e-mail, but the
20     documents that I have, because at one time, a lot
21     of the boxes and boxes of things I have, they were
22     asking me, did I have them, and I just happened to
23     have some things. And whatever I had, I just gave
24     them what I had. So it wasn't like -- yeah, I
25     guess you could say I was collecting them. But I

| 2022-03-18 | Robinson, Christina | Page 215 |
|---|---|---|

1      had a lot of paperwork. But other people had a
2      lot of paperwork, too.
3   Q. For instance, did you collect e-mails
4      from Tameka Harris?
5   A. No.
6   Q. Or collect e-mails from Clifford Harris?
7   A. No.
8   Q. Did you collect your own e-mails?
9   A. Only my own e-mails but some of the
10     e-mails I have could have Tameka Harris in them,
11     because over the course of the period of time, a
12     lot of things forwarded to me, so what I was
13     trying to do was make sure that he had a -- that
14     Peter had a copy of everything I had that
15     reflected anything with the OMG Girlz, because my
16     daughter was friends with them and they also
17     performed on the same show, they had a lot of
18     things -- I only could collect what -- I only had
19     documents that people sent me, that -- well, I
20     won't say only, because I have a few things that
21     later on when Tameka hired a consultant and people
22     sent me documents, but not for this particular
23     case. I just happened to have documents that were
24     sent to me.
25  Q. You said Tameka hired a consultant?

| 2022-03-18 | Robinson, Christina | Page 216 |
|---|---|---|

1   A. This was, like, when -- during the OMG
2      Girlz time. This was, like, over ten years ago.
3      She had someone that was helping her, you know,
4      put things in order, because what happened was
5      when she started with the OMG Girlz, they took
6      off, she didn't expect to release them but they
7      became so popular so quick, she needed help
8      putting everything in order.
9   Q. So turning to the document, the
10     collection you did for yourself, what did you do
11     to make sure that you had all the relevant
12     documents turned over to Mr. Haviland?
13  A. I just did a search through all my
14     e-mails.
15  Q. And did you come up with the search terms
16     yourself or did counsel give them to you?
17  A. I came up with the date that was on it
18     and where I received it from.
19     MS. RANAHAN: Just because I don't think
20     she's referring to the search terms that we
21     provided you, that's different. That was
22     not -- just to clarify. I don't know -- when
23     you say "search terms," I don't know what
24     you're trying to refer to, but.
25     THE WITNESS: I'm just searching through

| 2022-03-18 | Robinson, Christina | Page 217 |
|---|---|---|

1      the e-mails.
2      BY MR. FINKELSTEIN:
3   Q. How did you search through them, Ms.
4      Robinson? Did you use, like, words that you
5      searched, or did you --
6   A. If you look at it, I said "OMG Girlz,"
7      and that's how I searched it. That's the search
8      term that this particular one we're looking at,
9      the search term was "OMG Girlz."
10  Q. So you just did a search through your
11     e-mails for "OMG Girlz"?
12  A. That's not the only one. That's for this
13     particular one. But if you look at other ones, it
14     will tell you what search term I used.
15  Q. How would I know what search term you
16     used?
17  A. Because the same place that I have "OMG
18     Girlz," that where I put the search term for the
19     other e-mails.
20  Q. I don't think I'm understanding. So for
21     instance, let's look at Exhibit 8.
22  A. Okay.
23  Q. Does this tell me what search term you
24     used?
25  A. Yes. "OMG Girlz."

| 2022-03-18 | Robinson, Christina | Page 218 |
|---|---|---|

1    Q.  Oh, at the bottom where it says, "2009
2        OMG Girlz"?
3    A.  Right.  That was the year and that was
4        the search term.
5    Q.  So other than searching for "OMG Girlz,"
6        did you do any other searches through your
7        e-mails?
8    A.  No.  I did other searches through my
9        e-mails other than -- other than for the OMG
10       Girlz, or anything reference to the case, is that
11       what you're asking?
12   Q.  I'm asking you what did you do to make
13       sure that you gathered all relevant documents.
14   A.  Whatever term I used, whatever term I
15       wrote, that's what I used to do the search.  And I
16       don't know, I can't remember.  Like, I'm not
17       looking at them offhand, did I use another term.
18       But for the most part, I think most of them were
19       "OMG," but I could have used another search term,
20       or whatever term I used I highlighted it on the
21       page.  Or after the e-mail was complete, I
22       highlighted it.
23           (Exhibit 10 was received and marked
24           for identification on this date and is
25           attached hereto.)

| 2022-03-18 | Robinson, Christina | Page 219 |
|---|---|---|

1        BY MR. FINKELSTEIN:
2    Q.  I have just introduced Exhibit 10.  So is
3        this -- let me know when you have a chance to look
4        at it.
5    A.  Okay, I'm looking at it.
6    Q.  So this looks like it -- it says
7        divastarqtposse@yahoo.com.  I think we established
8        qtposse@yahoo.com is your e-mail address; right?
9    A.  Right.
10   Q.  And did you then go by the name
11       Diva Star?
12   A.  It wasn't my name.  Diva was Qt posse,
13       Tiny's daughter and my daughter was in a group
14       called Qt Posse.  Star was a nickname that she
15       used on stage, and Diva was the name my daughter
16       used on stage.  And they were a group.
17   Q.  I'm sorry, who was a group, your daughter
18       was in a group with somebody, one of the --
19   A.  Zonnique from the OMG Girlz.  They were
20       in a group called QT Posse.
21   Q.  Okay.  QT Posse was made up of your
22       daughter and Zonnique Pullins?
23   A.  Right.
24   Q.  Was your daughter ever invited to join
25       the OMG Girlz?

| 2022-03-18 | Robinson, Christina | Page 220 |
|---|---|---|

1    A.  They spoke of it but -- they spoke about
2        it, about her being a part of the OMG Girlz, but
3        that wasn't anything that ever happened.
4    Q.  And this exhibit -- strike that.
5        Do you know why that never happened?
6    A.  It just didn't happen.  They picked the
7        girls they wanted in the group and that was
8        Tameka's decision, I was fine with it.  Did my
9        daughter audition to be in the OMG Girlz?  No.
10   Q.  So this is an e-mail saying -- is this
11       from you?
12   A.  To artistic control.  Yes.  Because --
13       MS. RANAHAN:  I'm sorry.  What exhibit
14       are we on now, Mark?  Exhibit --
15       MR. FINKELSTEIN:  Ten.
16       THE WITNESS:  Ten.  This is the one
17       that's to Juice at Artistic Control.  She
18       was, like, the manager.
19       BY MR. FINKELSTEIN:
20   Q.  So was this right when the group was
21       started, because you said, "Did you see the show?
22       I know you should heard the Tiny has put together
23       a group with Zonnique, Lil Wayne's daughter, and
24       two of her friends called OMG Girlz" --
25   A.  Yes.

| 2022-03-18 | Robinson, Christina | Page 221 |
|---|---|---|

1    Q.  -- "to perform with Lil Wayne last
2        night."
3        Do you see that?
4    A.  Yes.
5    Q.  And so is this then -- this was the Tiny
6        and Toya Show you were referring to?
7    A.  No.  This was BET.  That was on a BET
8        Show where I think it was -- I'm not sure, don't
9        quote me on it, that there was a tribute to
10       Michael Jackson.
11   Q.  And this -- there's two pictures here.
12       What does this top picture show?
13   A.  They are on their way to performance.
14   Q.  Can you name the four girls here?
15   A.  If you are looking from the right, that's
16       Zonnique, and then Lourdes, Bahja and Reginae.
17   Q.  Okay.  So from right to left, it's
18       Zonnique?
19   A.  Mm-hmm.  With the tutu.  And then
20       Lourdes.  And then Bahja.
21   Q.  And then far left is who, Reginae?
22   A.  Yes.  That's Lil Wayne's daughter.
23   Q.  What then about the bottom picture, who
24       are those people?
25   A.  The bottom picture, that is Zonnique from

| 2022-03-18 | Robinson, Christina | Page 222 |
| --- | --- | --- |

1    the left.
2    Q. Okay. So now we are going the other
3    side. So, with the --
4    A. No, Zonnique has on the yellow skirt.
5    I'm sorry. From the right. I'm so sorry.
6    Q. So Zonnique's on the right?
7    A. With the yellow skirt. And then next
8    that is Lourdes. And then Tiny, Reginae, and
9    Bahja.
10    Q. And do you know when that bottom picture
11    was taken?
12    A. That bottom picture was taken when they
13    did a first episode of the Tiny and Toya Show.
14    Q. Is that what they wore on Tiny and Toya
15    Show; do you know?
16    A. That is the outfit.
17    (Reporter clarifying.)
18    MR. FINKELSTEIN: Sure.
19    THE VIDEOGRAPHER: We are off the record
20    at 4:45 p.m.
21    (Short break taken.)
22    THE VIDEOGRAPHER: We are on the record
23    at 4:50 p.m.
24    (Exhibit 11 was received and marked
25    for identification on this date and is

| 2022-03-18 | Robinson, Christina | Page 223 |
| --- | --- | --- |

1    attached hereto.)
2    BY MR. FINKELSTEIN:
3    Q. Ms. Robinson, I've marked as Exhibit 11
4    an e-mail.
5    A. Okay.
6    Q. It's a series of e-mails, but if you
7    could take a look at Exhibit 11, Bates stamped OMG
8    Girlz 4 to 5.
9    A. Okay. I'm on them.
10    Q. And again, this is an e-mail, it looks
11    like to qtposse@yahoo.com. That's to you, right?
12    A. Right.
13    Q. Who is Stephanie Wilson?
14    A. She is just someone that would get people
15    work. Like, people will call her if they -- she
16    would book people and get them on different
17    performances. And I sent it to her.
18    Q. And you wrote an e-mail in September
19    2019?
20    A. 2009.
21    Q. I'm sorry, 2009, about Kandi, Qt Jazz and
22    the OMG Girlz. Do you see that?
23    A. Right.
24    Q. What show is this referring to?
25    A. See, my daughter used to -- she would

| 2022-03-18 | Robinson, Christina | Page 224 |
| --- | --- | --- |

1    perform for several schools. So that's what she's
2    talking about, a particular school that is
3    probably wanting artists to come and talk to the
4    kids. They do it so that the -- it encourage the
5    kids to come to school. They just want something
6    to, you know, to build up the morale of the
7    schools. So she used to go to a lot of schools.
8    Q. Okay. This wasn't for pay, this was just
9    to go to schools to entertain them and build up
10    morale?
11    A. Right.
12    Q. And then did your daughter perform with
13    the OMG Girlz at a middle school in 2009?
14    A. She probably did perform but that wasn't
15    the performance at the bottom, but she -- they
16    have done shows -- they have been on the same
17    show.
18    Q. So if you turn to the next page, the
19    second page -- excuse me -- Bates stamped No. 5,
20    it looks like there's a couple pictures there.
21    Do you see that?
22    A. Yes.
23    Q. Do you know what these pictures are?
24    A. That was a performance that the girls did
25    somewhere. It wasn't in Atlanta and it wasn't a

| 2022-03-18 | Robinson, Christina | Page 225 |
| --- | --- | --- |

1    show that my daughter was a part of, but it was a
2    performance they did. That's what that --
3    Q. And OMG Girlz performed -- this was an
4    OMG Girlz performance?
5    A. Yes. That was a live performance.
6    Q. And do you know was it a school?
7    A. This wasn't at a school. This could
8    have -- I'm not sure, but this could have been a
9    paid gig for them.
10    Q. Do you know how it came about that you
11    got these pictures?
12    A. They shared a lot of pictures with me
13    when the girls performed. I was sent a lot of
14    pictures, most -- you know, most of their
15    performances we were sent pictures because we all
16    supported each other. I supported the girls in
17    whatever they did, and they supported my daughter
18    in whatever she was doing.
19    Q. So the top picture, it looks like there's
20    three performers in the top picture; is that
21    right?
22    A. All of them was there but you just can't
23    see Bahja.
24    Q. Oh, I think I do see the fourth in the
25    back. Okay. So let's look. Who is the far

| 2022-03-18 | Robinson, Christina | Page 226 |
|---|---|---|

1   right, kind of all pink on the far right with the
2   black and white -- who is that?
3   A. The first picture with the black and pink
4   tutu, or the one with the --
5   Q. The top picture with the black and white
6   tutu on the right?
7   A. That's Reginae.
8   Q. And then who is in the yellow in the
9   front?
10   A. That's Zonnique.
11   Q. And then who is in the black and pink
12   tutu on the left?
13   A. That's Lourdes.
14   Q. And it looks like there's somebody in the
15   back you can't really see. If you go to the
16   bottom picture, the girl on the far right?
17   A. That's Bahja with the jeans on.
18   Q. Okay. And it looks at the top picture,
19   she's sort of just a little bit to the right of
20   Zonnique in the picture, that's Bahja; correct?
21   A. Yeah, sure is.
22   Q. So this is obviously taken when there
23   were four girls in the band?
24   A. Yes. And it looks like they were filming
25   for the TV show because I'm looking at the camera

| 2022-03-18 | Robinson, Christina | Page 227 |
|---|---|---|

1   guy.
2   Q. So which TV show were they filming for
3   here?
4   A. That would be for the Tiny and Toya Show.
5   Q. Oh, is this the first show where they
6   performed?
7   A. No. No. The first show, that was one of
8   the things that shows you how they just took off.
9   The first performance was the one you asked me
10   about prior to this when Tiny was in the middle of
11   them. That was the first performance they had
12   ever done.
13   Q. So I note in these pictures their hair is
14   not colored. Do you agree with that? Looks like
15   their natural hair color?
16   A. You can't see the stripes but that's why
17   I don't like, like, going just by pictures. But
18   they have the color clips in their hair because --
19   and that was one of the reasons why they went with
20   the more mature group because they were just using
21   different colors of clips in their hair, but for
22   some reason you can't see them but they are there.
23   And another reason I know that they are there,
24   because that's what they were doing in the
25   beginning, was using the different colors of

| 2022-03-18 | Robinson, Christina | Page 228 |
|---|---|---|

1   clips-ins in their hair, but they did have color in
2   their hair. But when they decided to go with a
3   solid color and dye their hair, they wanted the
4   girl to be older because you didn't -- just didn't
5   want to dye a 10-year-old's hair solid pink or
6   blue. And that was one of the decisions they made
7   was --
8   Q. I see. So when the band started, the
9   girls just wore colored hair clips in their hair?
10   A. Right.
11   Q. And at some point in the future, they
12   started dying their hair?
13   A. Right.
14   Q. Do you know when they switched from hair
15   clips to dying their hair?
16   A. I know it was around the time of the
17   Bratz Giveaway. I think it was during that time
18   when they decided to give each one of them an
19   individual color.
20   Q. That was in about December of 2010?
21   A. Yes. That was when Breaunna joined the
22   group is when the decision was made that they were
23   going to go with solid colors.
24   Q. And do you know how they chose which
25   person would have which color hair?

| 2022-03-18 | Robinson, Christina | Page 229 |
|---|---|---|

1   A. I wasn't there, but that -- I wasn't
2   around when the decision was made, who would wear
3   what color.
4   Q. Have you had any conversations with Lil
5   Wayne about this lawsuit?
6   A. No.
7   Q. Or with the parents of Zonnique or --
8   excuse me, of Bahja or Lourdes?
9   A. Sham has reached out to me but I didn't
10   discussed the case with them.
11   Q. When did she reach out to you?
12   A. It had to be in the past, I would say in
13   the past month, she's called me a few times.
14   Q. Have you spoken with her?
15   A. Yeah, I spoke with her. But I
16   couldn't -- I didn't discuss the case with her.
17   Q. What did you guys talk about?
18   A. She mentioned some things that she asked
19   some questions that I couldn't answer.
20   Q. Not about the lawsuit though?
21   A. Yes. But I couldn't answer the questions
22   because one, I didn't have the answer.
23   Q. Did you discuss the lawsuit with her?
24   A. No.
25   Q. Okay. You were talking about some other

| 2022-03-18 | Robinson, Christina | Page 230 |
| --- | --- | --- |

1    subject matter?
2  A.  Well, we had other subjects, but she did
3    talk about that. And we talked about our kids and
4    she has a daughter, Lourdes is in law school. And
5    Bahja is doing things, and we talked about the
6    children. And that was it.
7  Q.  Have you spoke with Breaunna Womack's
8    parents about this case?
9  A.  Mm-hmm.
10  Q.  Have you spoken with any of the former
11    OMG Girlz about this case, Zonnique, Bahja,
12    Reginae, Lourdes or Breaunna?
13  A.  No.
14  Q.  Have you spoken with your daughter about
15    this case?
16  A.  Yes.
17  Q.  And what discussions have you had with
18    your daughter about this case?
19  A.  I mean, nothing in particular, because
20    I've asked her, did she remember certain things,
21    and she helped facilitate me going through some of
22    the e-mails and things like that. Like, to gather
23    up some information, she was helping me with that.
24  Q.  So she was part of the -- helping you,
25    then, with the document production in this case?

| 2022-03-18 | Robinson, Christina | Page 231 |
| --- | --- | --- |

1  A.  She was helping me put some things
2    together, I think. Well, she was the one that
3    actually, like, she and I put the content together
4    for her to create the video.
5  Q.  What video?
6  A.  Erin.
7    MS. RANAHAN: I think we just produced it
8    to you, actually, in the production that just
9    came. That's part of the new production.
10    BY MR. FINKELSTEIN:
11  Q.  I'm sorry. So you and your daughter --
12    MS. RANAHAN: It's a compilation video
13    just showing some of these different
14    similarities. Assuming that's what we're
15    talking about, we just produced that. It's
16    not a secret, Mark. We just produced it to
17    you.
18    BY MR. FINKELSTEIN:
19  Q.  Okay. And you and your daughter put that
20    video together?
21  A.  Yes. Tameka asked us to.
22  Q.  When did Tameka ask you to put
23    together -- or what did Tameka ask you to do
24    specifically?
25  A.  She just asked could we put together a

| 2022-03-18 | Robinson, Christina | Page 232 |
| --- | --- | --- |

1    video and she knew that I could do it and she knew
2    my daughter could do it.
3  Q.  Put together a video of what, though?
4    What did she ask you to put together a video of?
5  A.  Of the looks, the different looks with
6    the case.
7  Q.  And so is this a video to show sort of
8    the closest resemblance of dolls to the OMG Girlz,
9    or what was the purpose?
10  A.  She just wanted to put together a video.
11    She hasn't used it, so I really don't know. She
12    just asked would we do it and I just said yes.
13  Q.  I know. But she asked you to put
14    together a video of what, what were the
15    instructions?
16  A.  She gave us the pictures and she just
17    wanted something short, not anything long. She
18    just said, can you put together a few pictures of
19    the -- the -- what's going on. And I was like,
20    yes.
21  Q.  Okay. Just -- so Tameka Harris sent you
22    some pictures and asked you to put a video
23    together of those pictures?
24  A.  Yes.
25  Q.  And do you know what those pictures were

| 2022-03-18 | Robinson, Christina | Page 233 |
| --- | --- | --- |

1    supposed to have resembled?
2  A.  You're asking were they of the OMG Girlz
3    and the dolls, and the OMG dolls, is that what
4    you're asking?
5  Q.  I'm asking if she told you what the
6    pictures were supposed to be?
7  A.  Yes, she did. She sent several pictures
8    but all the pictures wasn't used because you can
9    only -- if you're going to upload something on
10    Instagram, it had to be really short. So she just
11    sent some pictures and then some of the pictures
12    was used and some of them were not.
13    It's after 5:00. I am so sorry.
14    MS. RANAHAN: Christina has to go because
15    she's traveling.
16    MR. FINKELSTEIN: Okay. Okay. I
17    understand you're traveling. I understand
18    that we're cut off. Okay. I don't agree
19    that we're done, but I understand you have to
20    leave for the day. So thank you for your
21    time. And Ms. Ranahan and I can work on
22    dealing with this matter in the future. So
23    just for the record, I'm not finished but I
24    understand you need to go and I want to be
25    respectful of you, Ms. Robinson.

| 2022-03-18 | Robinson, Christina | Page 234 |
|---|---|---|

1  THE WITNESS: Thank you.  It was nice
2  meeting everybody.
3  MR. FINKELSTEIN: Okay.
4  MS. RANAHAN: Thanks, Christina.  Safe
5  travels.
6  MR. FINKELSTEIN: Thank you.
7  THE WITNESS: Thank you so much.  All
8  right.  Bye-bye.
9  THE VIDEOGRAPHER: We are off the record
10  at 5:02 p.m., and this concludes today's
11  testimony given by Christina Robinson.  The
12  total number of media units used was six and
13  will be retained by Veritext Legal Solutions.
14       (Time noted: 5:02 p.m.)
15
16
17
18
19
20
21
22
23
24
25

| 2022-03-18 | Robinson, Christina | Page 235 |
|---|---|---|

1  STATE OF CALIFORNIA   )
2            (   Ss.
3  COUNTY OF LOS ANGELES  )
4
5       I, RENEE HARRIS, do hereby certify that I
6  am a licensed Certified Shorthand Reporter, duly
7  qualified and certified as such by the State of
8  California;
9       That prior to being examined, the witness named
10  in the foregoing deposition was by me duly sworn
11  to testify to tell the truth, the whole truth, and
12  nothing but the truth;
13       That the said deposition was by me recorded
14  stenographically;
15       And the foregoing pages constitute a full,
16  true, complete and correct record of the testimony
17  given by the said witness;
18       That I am a disinterested person, not
19  being in any way interested in the outcome of said
20  action, or connected with, nor related to any of
21  the parties in said action, or to their respective
22  counsel, in any manner whatsoever.
23       DATED: March 29, 2022
24  <%25025,Signature%>
25       Renee Harris, CSR 14168, RPR

| 2022-03-18 | Robinson, Christina | Page 236 |
|---|---|---|

1  ERIN R. RANAHAN, ESQ.
2  eranahan@winston.com
3            March 29,
4  RE: MGA ENTERTAINMENT, INC. vs. HARRIS
5  MARCH 18, 2022 CHRISTINA ROBINSON, JOB NO. 5118605
6  The above-referenced transcript has been
7  completed by Veritext Legal Solutions and
8  review of the transcript is being handled as follows:
9  __ Per CA State Code (CCP 2025.520 (a)-(e)) Â– Contact Veritext
10  to schedule a time to review the original transcript at
11  a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) Â– Locked .PDF
13  Transcript - The witness should review the transcript and
14  make any necessary corrections on the errata pages included
15  below, notating the page and line number of the corrections.
16  The witness should then sign and date the errata and penalty
17  of perjury pages and return the completed pages to all
18  appearing counsel within the period of time determined at
19  the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21  Counsel - Original transcript to be released for signature
22  as determined at the deposition.
23  __ Signature Waived Â– Reading & Signature was waived at the
24  time of the deposition.
25

| 2022-03-18 | Robinson, Christina | Page 237 |
|---|---|---|

1  xx Federal R&S Requested (FRCP 30(e)(1)(B)) Â– Locked .PDF
2  Transcript - The witness should review the transcript and
3  make any necessary corrections on the errata pages included
4  below, notating the page and line number of the corrections.
5  The witness should then sign and date the errata and penalty
6  of perjury pages and return the completed pages to all
7  appearing counsel within the period of time determined at
8  the deposition or provided by the Federal Rules.
9  __ Federal R&S Not Requested - Reading & Signature was not
10  requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| 2022-03-18 | Robinson, Christina | Page 238 |
|---|---|---|

1    DECLARATION UNDER PENALTY OF PERJURY

2

3        I, CHRISTINA ROBINSON, do hereby certify

4    under penalty of perjury that I have read the

5    foregoing transcript of my deposition taken

6    on March 18, 2022; that I have made such

7    corrections as appear noted herein; that my

8    testimony as contained herein, as corrected,

9    is true and correct.

10

11    DATED this    day of        , 2022, at

12            ,          .

13

14

15

16        _____

17        CHRISTINA ROBINSON

18

19

20

21

22

23

24

25

| 2022-03-18 | Robinson, Christina | Page 239 |
|---|---|---|

1    RE: MGA ENTERTAINMENT, INC. vs. HARRIS

2    CHRISTINA ROBINSON (JOB NO. 5118605)

3

4        E R R A T A  S H E E T

5    PAGE_____ LINE_____ CHANGE_____

6    _____

7    REASON_____

8    PAGE_____ LINE_____ CHANGE_____

9    _____

10    REASON_____

11    PAGE_____ LINE_____ CHANGE_____

12    _____

13    REASON_____

14    PAGE_____ LINE_____ CHANGE_____

15    _____

16    REASON_____

17    PAGE_____ LINE_____ CHANGE_____

18    _____

19    REASON_____

20    PAGE_____ LINE_____ CHANGE_____

21    _____

22    REASON_____

23

24    _____    _____

25    CHRISTINA ROBINSON        Date

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3

       --------------------------x
 4     MGA ENTERTAINMENT, INC.,    )

 5     a California corporation,   )

 6                   Plaintiff,    )

          v.                       )  Case No.
 7     CLIFFORD "T.I." HARRIS,     )  2:20-cv-11548-JVS-AGR

 8     an individual; TAMEKA       )

 9     "TINY" HARRIS, an           )

       individual; OMG GIRLZ LLC, )
10     a Delaware limited          )

11     liability company; and      )

12     DOES 1-10, inclusive,       )

13                   Defendants.   )
       --------------------------x
14     AND RELATED CROSS-ACTION    )
       --------------------------x
15

16           REMOTE VIDEOTAPED DEPOSITION OF

17                 CHRISTINA ROBINSON

18                   MAY 6, 2022

19          5:32 P.M. PACIFIC STANDARD TIME

20

21     Reported by:

22     Leslie A. Todd, CSR No. 5129 and RPR

23     JOB No.: 5208716

24

25     PAGES 1 - 162

                                          Page 1
```

```
 1                    A P P E A R A N C E S

 2

 3     ON BEHALF OF PLAINTIFF:

 4

 5         MARK A. FINKELSTEIN, ESQUIRE

 6         UMBERG ZIPSER LLP

 7         1920 Main Street, Suite 750

 8         Irvine, California 92614

 9         (949) 679-0052

10

11     ON BEHALF OF DEFENDANTS AND COUNTER-COMPLAINANTS:

12

13         CHANTE B. WESTMORELAND, ESQUIRE

14         WINSTON & STRAWN LLP

15         800 Capitol Street

16         Suite 2400

17         Houston, Texas 77002

18         (713) 651-2794

19

20     ALSO PRESENT:

21         JEFF NICHOLS, Videographer

22

23

24

25

                                                    Page 2
```

```
 1                       C O N T E N T S

 2    EXAMINATION OF CHRISTINA ROBINSON            PAGE

 3         By Mr. Finkelstein                         5

 4

 5

 6                       E X H I B I T S

 7                (Attached to transcript)

 8    ROBINSON DEPOSITION EXHIBITS                 PAGE

 9

10    Exhibit 1   Defendants and Counter-Claimants

11                Amended Consolidated Objections to

12                Notice of Deposition of Grand

13                Hustle LLC; Pretty Hustle LLC;

14                and OMG Girlz LLC Pursuant to

15                Rule 30(b)(6)                      19

16    Exhibit 12  Defendant and Counterclaimants

17                OMG Girlz LLC's Second

18                Supplemental Responses to Counter-

19                Defendant Isaac Larian's First Set

20                of Interrogatories Nos. 8, 15 & 16   84

21    Exhibit 13  Appendix A: OMG Girlz LLC's Second

22                Supplemental Responses to Counter-

23                Defendant Isaac Larian's First Set

24                of Interrogatories Nos. 8, 15 & 16   89

25
```

Page 3

```
 1                    P R O C E E D I N G S

 2                    -------------------

 3           THE VIDEOGRAPHER:  Good afternoon.  We

 4   are going on the record at 5:32 p.m. on May 6th,

 5   2022.  This is media unit 1 of the video recorded

 6   deposition of Christina Robinson, and Christina

 7   Robinson as the person most knowledgeable of OMG

 8   Girlz LLC and Pretty Hustle LLC taken by counsel

 9   for plaintiff in the matter of MGA Entertainment,

10   Inc., versus Clifford T.I. Harris, et al., filed

11   in the United States District Court for the

12   Central District of California.  The case number

13   is 2:20-cv-11548-JVS-AGR.

14           This deposition is being held virtually

15   via Zoom.  My name is Jeff Nichols from the firm

16   Veritext Legal Solutions, and I am the

17   videographer.  The court reporter is Leslie Todd

18   from the firm Veritext Legal Solutions.

19           Counsel will now please state their

20   appearances and affiliations for the record.

21           MR. FINKELSTEIN:  Good afternoon.  This

22   is Mark Finkelstein from Umberg Zipser.  We

23   represent MGA and Mr. Larian.

24           MS. WESTMORELAND:  Good afternoon.

25   Chante Westmoreland from the law firm of Winston &
```

Page 4

```
 1    Strawn.  I'm here defending the witness
 2    Ms. Robinson today, and I represent defendants and
 3    counter-claimants OMG Girlz LLC, Grand Hustle,
 4    Pretty Hustle, Mr. Clifford T.I. Harris, and
 5    Ms. Tameka Harris.
 6              THE VIDEOGRAPHER:  Thank you.
 7              Will the court reporter please swear in
 8    the witness.
 9                   CHRISTINA ROBINSON,
10         and having been first duly sworn,
11        was examined and testified as follows:
12              THE REPORTER:  Thank you very much.
13              All right, Counsel.
14              MR. FINKELSTEIN:  Thank you.
15                   EXAMINATION
16    BY MR. FINKELSTEIN:
17         Q    Good afternoon, Ms. Robinson.
18         A    Good afternoon.  How are you?
19         Q    Good.  It's nice to see you again.
20              You recall that I deposed you once in
21    this case earlier?
22         A    Mm-hmm.  Yes, I do.
23         Q    Do you remember all -- do you remember
24    all of the sort of admonitions, kind of the rules
25    of the road, or should I go over those again?
```

Page 5

1          A     Oh, you can go over them again if you

2     like.

3          Q     Okay.  Just to make sure -- make sure

4     you understand.

5          A     Yes.

6          Q     First of all, probably the most

7     important thing is you've sworn to tell the truth.

8                You understand that?

9          A     Yes.

10         Q     And so you understand your testimony

11    here today has the same weight and force and

12    effect as if we were in a court of law in front of

13    a judge or jury.

14               You understand that?

15         A     Yes.

16         Q     Is there any reason you can't give your

17    best testimony here today?

18         A     No.

19         Q     You feel fine?

20         A     I feel fine.

21         Q     Are you under the influence of any drugs

22    or medication or alcohol that would affect your

23    ability to testify or recall things?

24         A     No.

25         Q     So a few sort of basic parameters, and

                                              Page 6

1    you probably remember this, is we have a court

2    reporter who's taking down everything that's being

3    said, and because of that, there's a few things we

4    should follow.  One of which is we need to answer

5    audibly.  So shakes of the head, nods of the head,

6    uh-huh, uh-uh, can be ambiguous on the record.  So

7    I'm going to ask you to answer audibly, and

8    sometimes if you say something like "uh-huh," I

9    might say, Is that a "yes"?  I'm not trying to be

10   rude.  I just want to make sure it's clear what

11   you're saying.  Okay?

12        A    Okay.

13        Q    The second thing is, is we should try

14   our hardest not to speak over each other.  It's

15   difficult for the court reporter to take down two

16   people speaking at once.  So I will try my very

17   best to make sure you're done with your answer

18   before I ask my next question, and if you could

19   please make sure I'm done with my question before

20   you answer, even if you know where I'm going.

21   Just let me finish, and then you can answer, okay?

22        A    Okay.

23        Q    From time to time, Ms. Westmoreland may

24   make objections.  If she does make an objection,

25   again, let's make sure she can get that on the

                                              Page 7

1    record, and then unless she instructs you not to

2    answer the question, just go ahead and give an

3    answer.  Okay?

4        A    Okay.

5        Q    If I ask a question that you don't

6    understand, will you tell me to repeat it or

7    rephrase it or reconstruct it in some way?

8        A    I will.

9        Q    Okay.  So if you answer a question I

10    ask, I'm going to assume that the question to you

11    was clear and understandable.  Okay?

12        A    Okay.

13        Q    Because this is a remote deposition, I

14    just want to find out about your surroundings.

15    Are you in -- you're in your home it looks like?

16        A    Yes.

17        Q    And what city and state are you in?

18        A    McDonough, Georgia.

19        Q    Is anybody in the -- in the house with

20    you?

21        A    Not at the moment.

22        Q    And do you have a phone with you?

23        A    I do.

24        Q    Is it on right now?

25        A    It is, it's on airplane mode.

Page 8

1      Q     Okay.  So it's not transmitting any

2   information?

3      A     Oh, no, no, no.  No.

4      Q     Okay.  So if you would please make sure

5   you put that aside so that we're not interrupted

6   during the deposition, okay?

7      A     Okay.

8      Q     And then physically you're looking

9   obviously at a computer because we're on Zoom,

10   right?

11      A     Right.

12      Q     Do you have any messaging apps or e-mail

13   apps open on your computer?

14      A     No.

15      Q     Do you have any -- and I would like you

16   to keep those closed throughout the course of the

17   deposition, okay?

18      A     Okay.

19      Q     That is, it's important that you not

20   communicate with other people outside the

21   deposition process while we're on the record.

22      A     I understand.

23      Q     Do you have any notes with you or

24   anything like that?

25      A     No.

Page 9

```
 1          Q    Okay.  So, Ms. Robinson, have you done
 2    anything to prepare for today's deposition?
 3          A    Not really, no.
 4          Q    When you say, "Not really, no," does
 5    that mean you've done something?
 6          A    I mean nothing that -- I've just -- I
 7    will -- I just -- nothing just specifically for
 8    the deposition.  I've just been conversating about
 9    things that may come up, but not anything in
10    particular for a deposition.  Can't prepare
11    because no one knows -- we don't know what you're
12    going to ask.
13          Q    Okay.  So you didn't do anything to
14    prepare for the deposition, but you have had
15    conversations about --
16          A    Just about the case, period.  But I
17    don't know if you consider that preparing, but in
18    my mind, it could have been, but, no, not
19    specifically for the deposition.
20              MS. WESTMORELAND:  And I will just
21    caution the witness not to reveal any
22    conversations with counsel.
23    BY MR. FINKELSTEIN:
24          Q    And, Ms. Robinson, I know you know where
25    I was headed with that question, but remember to
```

                                              Page 10

1    let me finish my question before you answer,

2    please, okay?

3              So who have you had conversations with

4    regarding this case?

5         A    Tameka Harris and the attorneys.

6         Q    And when you had the conversations with

7    Tameka -- when you say -- I'm sorry, when you say

8    "the attorneys," you mean attorneys for Winston &

9    Strawn?

10        A    Yes.

11        Q    Who specifically?

12        A    Okay.  I'm not going to remember the

13   last name, but it's Erin and Chante that's with us

14   now.

15        Q    And the two of them were together with

16   you?

17        A    Sometimes but not all the times.

18        Q    You had several conversations with

19   Ms. Westmoreland and Ms. Erin Ranahan?

20        A    I can't define what you call several,

21   but we've had some conversations.

22        Q    When you had the conversations with

23   Ms. Harris, were any attorneys with you on those

24   conversations?

25        A    Sometimes we were on three-way.

                                        Page 11

1          Q     And sometimes you were talking with

2    Ms. Harris, just the two of you?

3          A     Yes.

4          Q     And tell me about the occasions when you

5    spoke with Ms. Harris, just the two of you,

6    regarding this case.  When did those conversations

7    happen?

8          A     When did it happen?

9          Q     Yes.

10         A     We had some things -- I want to say

11   she's -- the last time we spoke was last night,

12   and it was pertaining to the case.

13         Q     And what did the two of you talk about?

14         A     She was just talking about -- well, I

15   can't even remember.  She -- well -- I can't

16   remember what in particular we were talking about,

17   but it wasn't anything -- I don't think it -- it

18   was about the case, but it wasn't anything that

19   held any value to the case or anything like that.

20   She was just wishing me luck today and hoping --

21   to see if I was okay and was ready to re-depo

22   today.  But not anything that I think was so much

23   about the case case.

24         Q     How long did -- how long did the

25   conversation last?

                                        Page 12

1      A      Well, the conversation wasn't just about

2   the case, because she's doing other things that we

3   discussed.  So it wasn't just about the case.  And

4   we probably talked about 10 minutes, and she got

5   lost, she missed her exit.  So she said, I'm going

6   to call you back, and she never called me back.

7      Q      So you discussed -- how long did you

8   discuss the case with Ms. Harris last night?

9      A      Really it wasn't no more than about one

10  or -- maybe a few minutes.  I can't really say for

11  sure.  It was only a few minutes, and she was just

12  wishing me well and saying that, you know, good

13  luck and everything, and seeing if I was feeling

14  okay, because when you're going through menopause,

15  you just don't have a lot of good days.

16     Q      Did she tell you questions she thought

17  you might be asked?

18     A      No.  Not Tameka.

19     Q      Did she tell you answers she wanted you

20  to give?

21     A      No.  Not to me.  She wouldn't --

22     Q      Did you --

23     A      No.  I'm sorry.

24     Q      When -- what other -- other than last

25  night, what other occasions have you spoken with

Page 13

```
 1    Ms. Harris about this case without attorneys
 2    present?
 3         A    Actually, I don't remember without them
 4    being present.  Most of the time they were
 5    present.  So I just can't really say, Oh, we
 6    talked about the case without them being present.
 7    Most of the time they were present.  I don't
 8    even --
 9         Q    Can you --
10         A    Sorry.
11         Q    Can you recall any -- other than the
12    conversation you had last night with Ms. Harris,
13    can you recall any conversation you had with
14    Ms. Harris about this lawsuit when your lawyers
15    were not present?
16         A    I can't recall specifically what we
17    talked about if -- if we did.  I just remembered
18    last night they weren't on the phone because most
19    of the time they're there.  So I just can't say,
20    Oh, I remember this day she called and they
21    weren't there, because most of the conversations
22    they were present.
23         Q    So is it fair to say you cannot recall
24    any conversations that you had with Ms. Harris
25    about this case when your lawyers weren't present
```

Page 14

1    other than the short conversation you had with her

2    last night?

3            A     That was --

4                  MS. WESTMORELAND:  Objection -- sorry,

5    Christina -- asked and answered.

6                  She's repeatedly stated her answer to

7    that question.

8    BY MR. FINKELSTEIN:

9            Q     You can answer, Ms. Robinson.

10           A     I mean, I'm saying the same thing over

11   and over.  If I was to say, yeah, we had -- yes,

12   we had a conversation, I could -- I could not give

13   you any details of the conversation because I just

14   really -- I don't know.  I would say they were

15   present most of the time.

16           Q     Other than the conversation you had with

17   Ms. Harris last night and other than conversations

18   you had with your counsel, did you do anything

19   else to prepare for today's deposition?

20           A     No.

21           Q     You didn't speak to anybody else?

22           A     No.

23           Q     When you had the conversations with

24   Ms. Harris, did you do that to gather information

25   to respond to the corporate docket -- topics that

                                              Page 15

```
 1    you are designated here for today?

 2         A    I -- no, because I don't know what I'm

 3    designated here for today.

 4         Q    Did you review any documents to prepare

 5    for today's deposition?

 6         A    No.

 7         Q    Have you reviewed any deposition

 8    transcripts from this matter?

 9         A    No.

10         Q    Did you review your deposition

11    transcript from the first deposition?

12         A    No.

13         Q    Have you been paid any additional money

14    by Ms. Harris or anyone associated with Ms. Harris

15    for your work in connection with this lawsuit?

16         A    No.

17         Q    Have you been promised any additional

18    money from Ms. Harris or anyone associated with

19    Ms. Harris for your work in connection with this

20    lawsuit?

21         A    I think -- when we talked about it

22    before, I explained to you she said that she would

23    like to give me something, but she can't be

24    specific because she don't even know what her

25    numbers are, and I don't want her making any
```

Page 16

1    promises or anything like that that where she

2    would be uncomfortable.  But, no, not for my work.

3    She was just appreciative of me just doing what I

4    do.

5        Q    Let me ask it a little differently.

6    Since the time of your first deposition, have you

7    had further conversations with Ms. Harris

8    regarding any compensation you may get in

9    connection with this lawsuit?

10       A    No, not about -- no.

11       Q    Are you aware that Ms. Harris and her

12   daughter Zonnique Pullins posted on Instagram

13   regarding this lawsuit?

14       A    Yes.

15       Q    Were you -- did you have any involvement

16   in creating those posts?

17       A    Not for the posts, no.

18       Q    Did you have some other involvement in

19   connection with those posts?

20       A    Probably prior to it.  I found different

21   pictures and sent them in that I've seen, but, no,

22   I -- the posts wasn't done by me, had nothing to

23   do by me.

24       Q    So you had nothing to do with the

25   Instagram posts?

Page 17

```
1          A    Not the -- you're talking about the
2    pictures that was posted -- no, not as far as I
3    say, Y'all should post these pictures, no.
4          Q    Did you have any conversations with
5    Ms. Harris or Ms. Pullins regarding the Instagram
6    posts before they posted them?
7          A    No, I didn't even know -- I was
8    surprised when I saw it.
9          Q    I was going to ask you, you have seen
10   the Instagram posts?
11         A    Yes.
12         Q    And your reaction was surprise?
13         A    Yes, I was surprised when I saw it.
14         Q    Why were you surprised?
15         A    Because I didn't know that they were
16   going to take this public.  I was surprised.
17         Q    Do you have the exhibit share up,
18   Ms. Robinson?  Remember that from the first
19   deposition?
20         A    Where do you go to share?  I mean, if
21   you walk me through it, I can -- I found it the
22   last -- oh, it says "Share screen"?  No, that's --
23         Q    No, no, no, that's the share of your
24   video screen.  So there should be -- you should
25   have gotten an exhibit share invite and you should
```

Page 18

```
 1    go to the one for today, Christina Robinson,
 2    5/6/22.
 3         A    Oh, wait, you sent me two links, and I
 4    only opened one.  You want me to go into it and
 5    open the other link, is that what I have to do?
 6              MR. FINKELSTEIN:  Why don't we go off
 7    the record for a moment, and we'll get it done.
 8              THE VIDEOGRAPHER:  We're going off the
 9    record.  The time is 5:47.
10              (Recess.)
11              THE VIDEOGRAPHER:  We are back on the
12    record.  The time is 6:13.
13    BY MR. FINKELSTEIN:
14         Q    Okay.  We are back on the record after
15    some technical issues.
16              So, Ms. Robinson, I have posted to this
17    deposition exhibit share Exhibit 1.  This is the
18    same Exhibit 1 that was in your prior deposition.
19              (Exhibit 1 was marked for
20              identification.)
21    BY MR. FINKELSTEIN:
22         Q    Do you see Exhibit 1?
23         A    Yes.
24         Q    And do you recall seeing this at your
25    first deposition?
```

Page 19

1    A    Okay, I'm going to say this.  I recall

2    seeing something like this, but I'm always -- I

3    get so many of these.  So if you could just

4    present me with your question.

5    Q    Sure.  So this is -- this is a document

6    that your lawyers drafted which shows their

7    objections to certain deposition topics under a

8    Rule 30(b)(6), and they say in response to three

9    of the topics that you are the person that is

10   going to testify on behalf of certain parties.

11        So I'm going to push you -- if you could

12   scroll down to topic 1.  It's on --

13   A    General objections?

14   Q    Pardon me?

15   A    Where it says "General Objections"?

16   Q    Yeah, if you keep going down, it will

17   say on page 2, "Consolidated Objections and

18   Responses."  Do you see that?

19   A    Yes.

20   Q    And do you see there is a deposition

21   topic number 1?

22   A    Amended response?

23   Q    It says, "Deposition topic number 1,"

24   and underneath it, it says:  "All offers that MGA

25   made regarding the OMG Girlz."

Page 20

```
 1           A     Yes, I --

 2           Q     Do you see that?

 3           A     Yes.

 4           Q     And then if you scroll to the next page,

 5     it says:  "Subject to the foregoing objections,

 6     the Grand parties designate Christina Robinson on

 7     behalf of both Pretty Hustle LLC and OMG Girlz

 8     LLC," and then talks about Clifford Harris, but

 9     regarding this topic.

10                 Do you see that?

11           A     Right.

12           Q     So do you understand that you have been

13     designated to testify on behalf of Pretty Hustle

14     LLC and OMG Girlz LLC as to deposition topic

15     number 1?

16           A     Okay.  Yes.

17           Q     Are you --

18                 MS. WESTMORELAND:  Sorry.  If I can just

19     clarify for the record, it's deposition topic 1 as

20     amended, so instead of "offers," I believe we

21     changed it to "public statements" instead of

22     "offers."

23                 MR. FINKELSTEIN:  Okay.  Thank you.

24     BY MR. FINKELSTEIN:

25           Q     Are you prepared to testify as to
```

Page 21

```
 1    deposition topic number 1 regarding public
 2    statements that MGA regarding the OMG Girlz on
 3    behalf of Pretty Hustle LLC and OMG Girlz LLC?
 4         A    The topics about a statement was made by
 5    MGA or just the topic that a statement was made?
 6         Q    So just -- I'm not asking any questions
 7    about the topic.  I'm just saying are you prepared
 8    today to testify regarding this topic?  You
 9    testified last time regarding the topic.  I just
10    want to make sure you're testifying again today
11    regarding the topic.
12         A    If I testified the last time, okay.
13         Q    Okay.  The next topic that you were
14    designated last time and still designated this
15    time is topic number 6.  And that's on page 4.
16    Your discovery responses in this lawsuit.
17         A    You say on page 6?
18         Q    No, it's topic number 6 on page 4.
19         A    Okay.
20         Q    And are you prepared again today to
21    testify as to this topic number 6 on behalf of OMG
22    Girlz LLC and Pretty Hustle LLC?
23         A    Grand -- about -- okay.  I mean, I'm
24    prepared to answer to the best of my knowledge.
25    Okay.
```

Page 22

1          Q     And then deposition topic number 7, your

2    efforts to gather documents in response to

3    document requests in this lawsuit, again you are

4    the person designated to testify on behalf of OMG

5    Girlz LLC and Pretty Hustle LLC.  Do you see that?

6          A     Yes.

7          Q     And are you prepared to testify as to

8    deposition topic number 7 on behalf of those

9    entities?

10         A     Yes.

11         Q     Did you do anything to testify -- to

12   prepare to testify as to deposition topics 1, 6 or

13   7 today?

14         A     No.

15         MS. WESTMORELAND:  Other than meetings

16   with counsel, Mr. Finkelstein, is that what you're

17   asking?

18   BY MR. FINKELSTEIN:

19         Q     I'm going to specifically ask you some

20   questions about deposition topic number 7,

21   Ms. Robinson.

22         What have you done since your last

23   deposition -- strike that.

24         What has OMG Girlz LLC and Pretty Hustle

25   LLC done since your last deposition to gather

Page 23

1    documents in response to document requests in this

2    lawsuit?

3         A    I can't tell you everything that they've

4    done because I'm not a part of the process of them

5    gathering all of the information, so I don't know

6    everything you have.

7              But I know that the same information

8    that was -- that I -- that we went over about how

9    my e-mails and the documents of some -- a couple

10   of contracts, anything I had I went through them

11   and I sent them over.

12             So that -- I didn't even -- I'm not even

13   aware if they had them prior to the first

14   deposition or when I sent them again on the --

15   after the first deposition.  Because they were --

16   they were done prior to the -- this legal team

17   starting.

18             So I can't tell you was it they -- if

19   they were seeing them for the first time or you

20   were seeing them for the first time, but I know

21   the last time they were in the documentation that

22   was sent to them, you had some of my e-mails, and

23   I didn't do anything differently.

24             Is that confusing?

25        Q    Let me -- let me ask you another

                                              Page 24

1    question, Ms. Robinson.

2         A    Mm-hmm.

3         Q    Other than efforts to gather your own

4    documents for this lawsuit, are you aware of any

5    other efforts made by anyone on behalf of OMG

6    Girlz LLC or Pretty Hustle LLC to gather documents

7    for this lawsuit?

8         A    If someone else gathered any documents,

9    no.

10        Q    So that is you're aware of efforts

11   you've made, but not aware of efforts other people

12   may have made to gather documents for this

13   lawsuit; is that right?

14        A    No.   You're right, correct.   I don't

15   know what anyone else done -- has done.

16        Q    So let's talk about efforts that you

17   have made to gather documents for this lawsuit.

18   Have you gathered -- well, first of all, what

19   categories of documents have you gathered

20   personally for this lawsuit?

21        A    I just -- the e-mails that I had that

22   pertained to the OMG Girlz or MGA, that is what I

23   put together.   And I had a box of a few things

24   that had a few contracts in it, and I just put

25   those together, and I sent them over also.

Page 25

```
 1        Q    Anything else?  Any other categories of
 2   documents other than e-mails or that box of
 3   documents?
 4        A    The box of documents had several
 5   different things.  It had tax returns, different
 6   -- and it had contracts as far as the Girlz
 7   contract.  And it was really from -- it was
 8   Zonnique's box from the business management
 9   company, and so it was a lot of documents.
10             I mean, if you want to specifically ask
11   me about a document, you probably would come out
12   better just asking me, and I could tell you if it
13   was in the box or not.
14        Q    Other than gathering e-mails and turning
15   over this box of documents, are there any other
16   categories of documents that you personally
17   gathered in connection with this lawsuit?
18             MS. WESTMORELAND:  Objection to -- vague
19   and ambiguous as to "categories of documents."
20             THE WITNESS:  Yes, what -- what category
21   are you asking me about?  Because there were a lot
22   of things that -- there were a lot of pages, so I
23   don't know --
24   BY MR. FINKELSTEIN:
25        Q    Okay.  Let me ask a new question.
```

Page 26

1        A      Okay.

2        Q      Other than your e-mails and that box of

3    documents, which I'll get into in a moment, did

4    you turn over any other documents in connection

5    with this lawsuit?

6        A      Anything that I personally had?   I

7    wouldn't even have anything personally that I know

8    of other than things like -- other than the

9    research that I saw over the internet of the

10   pictures and things like that.   So I don't know

11   what -- I'm not quite sure what you're asking,

12   because I -- I don't know.   I don't know what

13   you're asking.

14              You can ask me about a specific

15   document, and I will tell you whether or not I

16   turned it over.   Because there are so many

17   documents, I just -- I just forwarded an e-mail.

18   So I can't even tell you everything that was even

19   in it because I didn't even know anything was in

20   it they could use.   So I don't know what you're

21   asking.

22       Q      Let's talk about how you gathered

23   e-mails.   Did you gather them or did you turn them

24   over to counsel and let someone else gather them?

25       A      My e-mails, I went through my e-mails

Page 27

 1    myself.

 2         Q    And did somebody tell you how to search

 3    your e-mails for documents responsive to this

 4    case?

 5              MS. WESTMORELAND:  I'm going to object

 6    to the extent that it calls for discussions with

 7    counsel.

 8              MR. FINKELSTEIN:  She can say if someone

 9    told her or not.

10              MS. WESTMORELAND:  Well, Mr.

11    Finkelstein, without going back into everything,

12    we -- we've been going back and forth on this in

13    various depositions about legal holds and things

14    like that, and it's been a struggle to ask similar

15    questions of MGA witnesses.  So...

16              MR. FINKELSTEIN:  Are you instructing

17    her not to answer the question, Ms. Westmoreland?

18              MS. WESTMORELAND:  I'm going to advise

19    her that if it's going to require discussions or

20    conversations with counsel, I'm cautioning the

21    witness.

22    BY MR. FINKELSTEIN:

23         Q    Okay.  So the question, Ms. Robinson, is

24    did somebody tell you how to search your e-mails

25    for documents responsive to this case?

                                           Page 28

1      A     My e-mails, I knew how to do it.  You

2   know that I'm in school.

3      Q     So you did it on your own; is that

4   correct?

5      A     I did what was asked me to do, and they

6   wanted -- yeah, but I knew how to do it.  I was --

7   that's one of my courses.

8      Q     My question is, how -- did you use like

9   a word search to find relevant e-mails or how did

10  you know what e-mails to find?

11     A     Yes, I used a word search.  You asked me

12  this the last time.

13     Q     And who gave you those words to search?

14     A     I guess if you want to -- no one had to

15  give me any words to search.  If I'm going to look

16  up documentations for OMG Girlz, I know I'm going

17  to put "OMG Girlz" in my search.

18     Q     Any other words you searched other than

19  "OMG Girlz" for your e-mails?

20     A     I did search MGA.  I could have searched

21  the Girlz individually.  I did a lot of different

22  ways to make sure that I pulled all of the e-mails

23  that had anything to do with the Girlz.

24     Q     But the e-mail searching you did

25  yourself, someone else didn't do it for you,

Page 29

1    correct?

2         A    No one else had -- no, no one else did

3    it for me, no.

4         Q    Did you turn over your computer that had

5    your e-mails on it to counsel?

6         A    No.  I wouldn't have to turn over my

7    computer that has e-mails.

8         Q    Did anybody ever -- do you know what a

9    litigation hold is?

10        A    No.

11        Q    Has anybody ever told you to preserve

12   documents that might be relevant to this lawsuit?

13        A    No.

14        Q    Do you ever use -- do you ever send text

15   messages to Tameka Harris?

16        A    Yes.

17        Q    And do you ever send text messages to

18   Tameka Harris relevant to the OMG Girlz?

19        A    Yes.

20        Q    Did anybody ever ask you to search your

21   text messages for documents that might be

22   responsive to this case?

23             MS. WESTMORELAND:  Then I'm going to

24   object to the extent that it calls for

25   conversations with attorneys.

Page 30

1    BY MR. FINKELSTEIN:

2         Q    You can answer.

3              MS. WESTMORELAND:  To the extent that it

4    does not require you to divulge confidential or

5    privileged information.

6              THE WITNESS:  Right.  No one

7    specifically asked me to search my -- well, no, I

8    don't even know -- okay.  Really, you know what, I

9    really don't remember someone specifically said

10   search.  That's -- that's just the way I've always

11   done things, like I will search my texts a lot

12   because I know that I keep a lot of texts, and I

13   could -- I search my texts a lot, because -- even

14   when I transfer phones, I keep all of my texts.

15             So even if someone would have asked, I

16   probably would have paid it no attention if they

17   was asking me for something, the first thing I

18   would have probably searched.  So I don't know of

19   anyone specifically saying search your e-mail or

20   your texts.  I can't say yea or nay.  It could

21   have happened, but right off the top of my head, I

22   don't know.

23   BY MR. FINKELSTEIN:

24        Q    Did you turn your phone over to counsel

25   so they could search your text messages in this

Page 31

1    case?

2         A    No.

3         Q    Do you have -- the e-mails that you

4    have, what e-mail service do you use, like Gmail

5    or Yahoo?

6         A    Yahoo.  I have a Gmail account, but

7    Yahoo would be the more -- it would be the most --

8    the one that would have most of the OMG Girlz

9    information in it, because of the fact that at

10   that time I only had one e-mail and that was the

11   QTPosse@Yahoo.com.  But the other -- since my

12   other e-mails were after the fact of the OMG

13   Girlz.

14        Q    So when -- when the OMG Girlz were --

15   well, strike that.

16             So you believe the only documents you

17   would have relative to this lawsuit would be on

18   your Yahoo account?

19        A    Oh, no, no, no.  Okay.  So if you're

20   talking about the original e-mail that was -- that

21   was sent to the Xscape website, yes, I have access

22   to that.  I just don't use it.  So I just -- it

23   wasn't -- it's not a normal use.

24             So when I saw -- when I was -- when I

25   saw the picture of the Girlz -- of the OMG Girlz

                                              Page 32

1    that was sent to me by Crystal, I did log in to

2    that particular e-mail just to find that e-mail,

3    and I forwarded it to my QT Posse e-mail.

4         Q    Let me ask you this, Ms. Robinson:   When

5    you did these searches of your e-mails for this

6    lawsuit, what e-mail accounts did you search?

7         A    I did -- well, actually, when you do a

8    search -- because I have three e-mail addresses

9    attached to my computer.   When you do a search,

10   it's going to pull from all of them at one time.

11   So if I put a topic in, it could pull from any of

12   those e-mails.

13        So I -- I can't really -- it shows on

14   there which ones I've actually pulled from, but I

15   also did have -- I forwarded the e-mail -- I

16   forwarded the e-mail from the website -- from the

17   Xscape website to the QT Posse so that everyone

18   could read the full e-mail.   So that still would

19   have fallen under the category of when I searched,

20   I did the -- use the QT Posse e-mail address.

21        But when I did the search, I really

22   can't tell you if anything was in another e-mail

23   because there were so many things that people sent

24   me over the years pertaining to the OMG Girlz,

25   it's a possibility it could have fallen under

Page 33

1     C.Robinson or So Jazzy Entertainment, but I just
2     don't know.  I just did a search, period.
3          Q     So what are the three e-mail addresses
4     that you -- that you use?
5          A     That I have?
6          Q     Yeah.
7          A     I -- I don't know the e-mail addresses
8     to the Xscape website.  Now that I don't know
9     because I think that was -- when I logged in, it
10    was under the Crystal Branham (phonetic) one, but
11    I don't know that e-mail.
12          But I have QTPosse@yahoo.com, I have
13    c.robinson@yahoo.com, and I have
14    sojazzyent@yahoo -- I mean @gmail.com.  Sorry.
15          Q     And you believe that when you did an
16    e-mail search on your computer, it would have
17    pulled e-mails from all three e-mail accounts?
18          A     It does -- it will do that.  When I do
19    a -- when I search anything I'm looking for
20    something, it's going to pull from -- you know, it
21    don't matter where -- what e-mail I'm under, if --
22    it will pull from other e-mail addresses.
23          Q     Do these e-mails -- any of those e-mail
24    accounts, yahoo.com, QTPosse@yahoo.com -- strike
25    that.  Let me say that again.

                                            Page 34

```
 1              You named three e-mail addresses:
 2    QTPosse@yahoo.com; C.Robinson@yahoo.com, and
 3    sojazzy@gmail.com, right?
 4         A    So Jazzy E-N-T.
 5         Q    So Jazzy E-N-T?
 6         A    Uh-huh, @gmail.  Those are the ones I
 7    have, but, I mean, if I can -- if I was looking at
 8    it, I can tell you exactly where it came from.
 9    But I'm just not looking at them, so I really
10    wouldn't know.
11         Q    And do you ever get notices from Gmail
12    that your e-mail is full and you need to either
13    pay money to store it or delete e-mails?
14         A    No.  I don't use that Gmail account
15    enough.
16         Q    What about Yahoo, have you ever had to
17    delete any Yahoo e-mails?
18         A    Mmm, I have deleted some, but it wasn't
19    mandatory.
20         Q    Okay.  So you -- you've deleted Yahoo
21    e-mails from time to time?
22         A    Some of the spam.
23         Q    What about do you ever delete
24    substantive e-mails?
25         A    If it's something --
```

Page 35

```
 1              MS. WESTMORELAND:  Objection --
 2    Ms. Robinson, let me object.
 3              Object.  Vague and ambiguous.
 4    BY MR. FINKELSTEIN:
 5         Q    Do you ever delete e-mails that aren't
 6    spam e-mails?
 7         A    I can't tell you what over the -- I've
 8    had this e-mail for so many years, I can't say
 9    whether I've deleted any.  I probably have.  I've
10    had it over 20 years, so I probably have deleted
11    some that I felt were irrelevant.  But when people
12    send me e-mails, I usually keep them.  They go
13    back pretty far.
14         Q    Have you deleted any e-mails on any of
15    your e-mail accounts that are not spam since
16    December 20th, 2020?
17         A    I've deleted some, yes, because there
18    were -- there were some that come that are
19    monotonous, and I've deleted a few.  But I can't
20    say that I have not deleted anything.  I can't say
21    that.
22         Q    Do you know if you deleted any e-mails
23    relatively to the OMG Girlz since December 20,
24    2020?
25         A    I -- if I did, it wasn't intentionally.
```

Page 36

```
1        Q    But nobody told you not to delete
2   e-mails related to OMG Girlz, right?
3        A    No.  Nobody told me not to delete any,
4   no.
5        Q    Did you -- since the time of our last
6   deposition, have you done anything on behalf of
7   OMG Girlz LLC or Pretty Hustle LLC to find
8   financial documents?
9        A    Have I -- have I done anything to find
10  financial documents since -- any research to find
11  financial documents?
12       Q    Yeah.  Has -- let me ask this:  Has OMG
13  Girlz LLC or Pretty Hustle LLC done anything to
14  gather financial documents since your last
15  deposition?
16            MS. WESTMORELAND:  Objection.  Asked and
17  answered.
18  BY MR. FINKELSTEIN:
19       Q    Are you thinking, Ms. Robinson?
20       A    Well, she said, "Objection."  I don't
21  know what to do.
22       Q    Oh, I'm sorry.
23       A    I'm sorry.
24       Q    You will recall from the beginning when
25  I went over sort of the ground rules, if
```

Page 37

1    Ms. Westmoreland does not instruct you not to

2    answer a question, just go ahead and give me an

3    answer.  Okay?

4            So in that instance, she made an

5    objection.  She did not instruct you not to

6    answer, so I'm entitled to an answer.

7            So you want me to ask the question

8    again?

9        A    Yes, please.

10       Q    Has OMG Girlz LLC or Pretty Hustle LLC

11   done anything to gather financial documents since

12   the time of your last deposition?

13           MS. WESTMORELAND:  And for the record,

14   objection.  Asked and answered.

15           THE WITNESS:  I -- that's -- the thing

16   of it is that's not my responsibility, if that's

17   what you're asking.  It wasn't my responsibility

18   to gather anything.  So I -- right off the top of

19   my head, nothing was asked for me to gather any

20   financial documents.  I may have assisted and

21   said, Okay, this is an area you might want to look

22   under to find financial documents, but I wasn't

23   the person that gathered financial documents.  The

24   answer would be no.

25   BY MR. FINKELSTEIN:

                                          Page 38

```
 1          Q     So do you know if anybody else has done
 2     anything to gather financial documents since the
 3     time of your last deposition on behalf of OMG
 4     Girlz LLC or Pretty Hustle LLC?
 5          A     I don't know if anyone else has gathered
 6     any documents as far as finding anything as far as
 7     the LLC is concerned that's new to me.
 8                See, I don't know what's new to you, but
 9     as far as me gathering anything new since our last
10     deposition, you may see something new and think
11     that it was newly gathered, but as far as I'm
12     concerned, it was not newly gathered.
13          Q     Let me make it broader then.  Are you
14     aware of any efforts OMG Girlz LLC or Pretty
15     Hustle LLC has done to gather financial documents
16     at any point for this lawsuit?
17          A     Other than the fact that -- I really
18     don't know.  I know it -- there was -- that the
19     question has been asked, but it was not my
20     responsibility to find any financial documents.
21                Now, as far as me just pulling the
22     documents from the box that I received, I don't
23     know if you considered those financial documents
24     that I had to gather.  But those were done of
25     quite some time ago, and I didn't go over those
```

Page 39

```
 1    documents to say, Oh, these are the financial

 2    documents.

 3         Q    So, Ms. Robinson, you said it was not

 4    your responsibility to find financial documents.

 5         A    No one has asked me to find any

 6    financial documents.

 7         Q    Whose responsibility was it, if you

 8    know, to find financial documents relevant to this

 9    lawsuit?

10         A    That would be a question for the

11    attorney who they asked to find financial

12    documents.  Not me.

13         Q    You're talking about like

14    Ms. Westmoreland or Ms. --

15         A    Right, she would know who -- who was

16    responsible, but not me.

17         Q    Do you know who Michael Mauldin is?

18         A    Yes, I do.

19         Q    Have you -- when is the last time you

20    spoke to Mr. Mauldin or anybody within his

21    company?

22         A    I haven't spoken to Michael Mauldin in

23    years.  Now, I did speak to Lucy.  She and I keep

24    in touch from time to time.

25         Q    And Lucy, that's Lucy Rafaloff?
```

O/R

                                             Page 40

```
 1          A     Rafaloff.

 2          Q     R-A-F-A-L-O-F-F?

 3          A     Yes.

 4          Q     Is that Mr. Mauldin's sister?

 5          A     Yes.

 6          Q     And also his like assistant or business

 7    associate?

 8          A     Yes.

 9          Q     And when is the last time you spoke with

10    Ms. Rafaloff?

11          A     It's been months.  We -- we speak

12    periodically and say we're going to do lunch, or

13    something like that.

14          Q     Have you ever spoken to Ms. Rafaloff

15    about anything related to this lawsuit or the OMG

16    Girlz?

17          A     I think I -- I'm pretty sure -- I mean,

18    I asked her at one point did she have any

19    information from the tour, and she said no.

20          Q     And when did you make that ask of her?

21          A     Oh, that was 2021.

22          Q     Let me ask you this:  Since the last

23    months or so since April 6, 2022, have you

24    personally done -- made any efforts to obtain OMG

25    Girlz financial information from Mr. Madlen --
```

                                              Page 41

1       Mauldin or his company?

2            A     Not -- no, I haven't asked that.

3            Q     Are you -- are you aware of anybody else

4       who has made any efforts since April 6, 2022, to

5       obtain OMG Girlz financial information from

6       Mr. Mauldin or his company?

7            A     That wouldn't be -- that's not a

8       question for me.  I'm so sorry.

9            Q     I'm asking if you're aware of anybody.

10           A     Oh, no, I'm not aware of any of that.

11      I'm not aware that someone was appointed to ask,

12      but if -- it could have been, but that would --

13      that would be a question for the attorneys.

14           Q     Okay.  So just to be clear, you're not

15      aware of anybody making any efforts since April 6,

16      2022, to gather OMG Girlz financial information

17      from Mr. Mauldin or his company, correct?

18               MS. WESTMORELAND:  Objection.  Asked and

19      answered.

20               Sorry about cutting you off on the

21      "correct" part.

22               THE WITNESS:  I haven't spoken to

23      Michael Mauldin, so I wouldn't know.

24      BY MR. FINKELSTEIN:

25           Q     I want to talk about this box of

Page 42

```
 1       documents that you mentioned earlier.
 2            A    Okay.
 3            Q    Where did this box of documents come
 4    from?
 5            A    It came from Wealth Management.
 6            Q    And how did it come into your
 7    possession?
 8            A    Tameka's mother asked me to -- if -- to
 9    go through it.
10            Q    But do you -- you physically have it in
11    your possession?
12            A    Yes.
13            Q    And somebody sent it to you?
14            A    Yes.
15            Q    Who sent it to you, if you know?
16            A    Tameka's mother.
17            Q    What's her name?
18            A    Dianne Pope -- Diane Cottle Pope.  I'm
19    sorry.
20            Q    And do you know where she got the box of
21    documents?
22            A    From Wealth Management.
23            Q    How do you know she got it from Wealth
24    Management?
25            A    That was the address on the box when
```

Page 43

1    they mailed it to her.

2         Q    And then she mailed it to you?

3         A    Well, she lives near me.  She -- I was

4    at her house, and she asked me to take it home,

5    bring it home.

6         Q    And can you describe the box, like was

7    it a bankers box, or what did it looks like?

8         A    It was in one of -- you know, how you

9    buy the boxes from the store and they're flat, and

10   then you can put the box together and put files in

11   them, it was a box like that.

12        Q    So approximately how -- how many --

13   couple of feet wide?

14        A    Probably 2 feet wide.

15        Q    And what -- could you carry it yourself?

16        A    Oh, yes.

17        Q    Was it very heavy?

18        A    No.

19        Q    And you said it came from Wealth

20   Management because you could see that was in the

21   return address?

22        A    Right.

23        Q    Other than it saying Wealth Management

24   in the return address, what other reason do you

25   have to think it came from Wealth Management?

                                        Page 44

```
 1          A    None.

 2          Q    And was there a date on it when Wealth

 3     Management sent this box to Ms. Harris's mother?

 4          A    I'm sure there was, but I don't -- I

 5     never looked at it.  So I can't tell you what the

 6     date was.

 7          Q    And do you still have that box?

 8          A    Yes, I do.

 9          Q    Is that with you in the house?

10          A    Not in my house, no.  I have some boxes

11     packed outside my house.

12          Q    So this box that we're talking about,

13     you physically have it somewhere in your

14     possession outside the house?

15          A    Right.

16          Q    Is the box currently empty?

17          A    No.  It still have all the documents in

18     it.  I only made copies.

19          Q    Did you make a copy of the documents

20     that were in the box?

21          A    Yes.

22          Q    And so the box contained just paper

23     copies?

24          A    Yes.

25          Q    And how did you make a copy of the
```

O/R

                                          Page 45
```

1    contents of the box?

2         A    I took the paperwork to Office Depot --

3    it was either Office Depot or Office Max, one of

4    those companies, and I copied the items in the box

5    and scanned them in, and I saved them on a jump

6    drive.

7         Q    And did you copy all the items or only

8    some of the items?

9         A    I didn't copy all of the items, no.

10        Q    How did you decide which items to copy

11   and which items not to copy?

12        A    The ones I did not copy was -- now that

13   you mentioned finances, I did not copy like bank

14   statements, some of the bank statements, and I

15   just didn't copy them.

16        Q    Other than bank statements, can you

17   recall any documents that were in that box that

18   you received from Ms. Harris's mother that you did

19   not copy?

20        A    I really don't know.  I would have to

21   look.

22        Q    But you believe there are documents

23   other than bank statements that you did not copy?

24        A    There could be.

25        Q    Did somebody tell you which documents to

                                              Page 46

1    copy and which documents not to copy?

2         A    No.

3         Q    And then -- and then once the documents

4    were copied, you kept the original box, which is

5    still in your possession, correct?

6         A    Right.  Yes.

7         Q    And what did you do with the copies?

8         A    I -- that -- those are the copies that I

9    uploaded and created one file along with the

10   e-mails that I have to send out.

11        Q    And who did you send that to?

12        A    I send it -- I sent it to the -- well,

13   you know, this is not the first counsel.  I

14   originally sent it to Peter and Tameka Harris

15   herself, and I sent it to Nick and Tony.

16        Q    So you sent it to Tameka Harris, Peter

17   Haviland, correct?

18        A    Yes.

19        Q    And what's Nick's last name?

20        A    Rose -- Roses -- I don't know if it's

21   Rose or Roses, but it's something similar to that.

22        Q    And who -- and the other person is Tony?

23        A    Tony Smalls.

24        Q    And why did you send the box to those

25   four people, Tameka Harris, Peter Haviland, Nick

                                            Page 47

1    Rose, and Tony Smalls?

2         A    Because -- well, Peter was their

3    attorney, and Nick is -- I'm not sure.  I know

4    he's Tameka's agent, but I know he was actively

5    involved in the case, so I sent it to him.  And

6    because I know a lot of times they have meetings,

7    and I'm not -- I'm not a part of the meetings, and

8    Tony works for Tameka also.  They work for her

9    currently.

10        Q    Did somebody tell you to send it to

11   those four people or did you decide on your own

12   that those are the four people you should send it

13   to?

14        A    No, they -- we were -- they were

15   specific -- they've asked that anything you send

16   to everybody regardless.  So I knew that they were

17   the ones to send it to because we have a group

18   e-mail together.  We had a group e-mail together.

19        Q    When did you send this -- these

20   documents to Tameka Harris, Peter Haviland, Nick

21   Rose and Tony Smalls?

22        A    Really, I don't even know.  It was so

23   long ago.  I can -- the only time -- the only way

24   I can give you a date is if I looked it up.  I

25   have no idea.

Page 48

```
1          Q     More than a year ago?

2          A     No, it has not been a year.

3          Q     Was it in 2022, do you think, more than

4     six months ago?

5          A     I don't think it was in 2022.  I want to

6     say it was in 2021.

7          Q     It was when Mr. Haviland was still

8     counsel, correct?

9          A     Right.  Correct.

10         Q     And you believe it was in 2021 that you

11    sent these documents to Mr. Haviland, Ms. Harris,

12    Mr. Rose, and Mr. Smalls?

13         A     Correct.

14         Q     Do you recall what was in this box of

15    documents, not that you kept but that you --

16    strike that.

17               Do you recall what was in the documents

18    that you copied and you sent on to Mr. Haviland,

19    Mr. Rose, Mr. Smalls, and Ms. Harris?

20         A     Do I recall --

21               MS. WESTMORELAND:  Object -- sorry.

22    Excuse me.

23               Objection.  Vague and ambiguous.

24    BY MR. FINKELSTEIN:

25         Q     Yeah, what were the documents you
```

Page 49

1  copied?  What were they?

2      A    The same thing I told you earlier.

3  There were contracts, receipts, and some of them

4  may have been a few bank statements, and -- and

5  maybe certificates of, you know, for corporation

6  certificates and contracts.

7      Q    You said tax returns too.  Do you recall

8  saying that?

9      A    Yes.

10      Q    Do you recall seeing tax returns in that

11  box?

12      A    I saw tax returns in that box, yes.

13      Q    How many tax returns do you recall

14  seeing?

15      A    I don't know.  I don't know how many,

16  but I -- I've seen -- I saw some.

17      Q    More than one?

18      A    You know what, it could have been.  I

19  want to say it was, but I'm not quite sure.

20      Q    Do you recall who the tax return was

21  for?

22      A    I don't know, because some of the tax

23  returns that I found were on the e-mail.  So I

24  wasn't -- I'm not quite sure if it's -- if I found

25  them in the box or there was something -- it was

Page 50

1    something that was e-mailed to me or someone asked

2    me my opinion about something that was on the tax

3    return.  So it could have -- I can't tell you

4    which was which because I know that from time to

5    time they've e-mailed me tax returns to look at.

6         Q    When you say "they e-mailed you tax

7    returns," who is the "they" that sent the e-mails?

8         A    It could have been any -- well, more

9    than likely, it would have been Tameka's mom.

10   Ms. Diane would have sent me something to look at

11   if she had a question.

12        Q    And what did you do with those tax

13   returns?

14        A    If it was an e-mail, it's still sitting

15   in the e-mail.  If it was in the box, it's still

16   sitting in the box.

17        Q    If there was a tax return in your

18   e-mail, is that one of the e-mails you would have

19   sent on to counsel to be produced in this case?

20        A    That's a possibility, yes.

21        Q    You say it's a possibility.  So is it a

22   possibility you did not send it on?

23        A    I -- if -- I'm -- you know, when you're

24   asking something that you did, I know you want a

25   detailed answer, but there is a strong possibility

                                        Page 51

1    that if I saw it when I was doing a search, I sent

2    it.

3          Q     But you're not sure or you're not

4    certain.

5          A     I'm not sure if it was from the e-mail

6    or if it was from the box, but if I saw it and I

7    had it, I forwarded as much information as I

8    could.

9          Q     How many tax returns from the --

10   relative to the OMG Girlz do you recall seeing

11   either in e-mails or in that box of documents that

12   you received from Ms. Harris's mother?

13         A     I don't know.  Because she sent me so

14   many tax returns, I really don't know which -- how

15   many that I actually down -- you know, actually

16   copied and downloaded and forwarded over to

17   counsel or anyone.  I really don't know how many.

18         Q     So you say Ms. Harris's mother sent you

19   so many tax returns, like more than five?

20         A     I'm not sure.  Not pertaining to this.

21   She sent me tax returns about different things,

22   and when she had different questions about things

23   that may not even be pertaining to this case.  So

24   I don't know.

25         Q     How many tax returns do you recall

                                              Page 52

1    seeing in any form, either in the box or in

2    e-mails or some other form relative to the OMG

3    Girlz?

4         A    I don't know.  I know it was -- I

5    know -- the only thing I can say is I -- I know it

6    was over two, but I don't know how many.

7         Q    And do you still have these tax returns

8    either in the box or in e-mails?

9         A    Yes.

10        Q    So if you wanted to retrieve them, you

11   could do that easily?

12        A    Well, I still have the e-mail.  And I

13   still have the jump drive.  I'm not going to say

14   easily.  I could do a search and try.

15        Q    When you did the search for your

16   e-mails, would that search have uncovered tax

17   returns?

18        A    Yes.

19        Q    How do you know that?

20        A    Because they would have -- it would have

21   said "OMG Girlz."  So it could have said "OMG

22   Girlz" or it could have said Money Team, I just

23   don't know, because I don't know how many searches

24   I did.

25             And so anything that's pertaining to

                                        Page 53

```
 1    them, if I saw something that triggered another

 2    search, I'm look, Oh, let me search this, because

 3    I see this in an e-mail so I try to search -- use

 4    another search.  So I don't know, but, yes, I've

 5    seen some -- some of those.

 6         Q    When you did your e-mail search, did you

 7    search for Money Team?

 8         A    I could have, but I'm not sure.  But I

 9    could have.  That's why I said I just can't really

10    say how many searches I did.  I -- I searched for

11    days.

12         Q    Have you asked -- I know you said you

13    got this box I guess from Wealth Management.  Have

14    you asked anyone from Wealth Management for

15    documents that are relevant to this case?

16         A    No.

17         Q    Have you asked Tony Smalls for documents

18    that are relevant to this case?

19         A    No.

20         Q    Have you asked Chris Benson for

21    documents that are relevant to this case?

22         A    Who is Chris Benson?

23         Q    Okay.  You don't know who Chris Benson

24    is?

25         A    Are you talking about Chris Benson that
```

                                            Page 54

1    is -- that's Tony Smalls' partner, Chris --

2         Q    Yes.

3         A    Is that the Chris?

4              Oh, I didn't even know his last name was

5    Benson.  No, I -- oh, no.

6         Q    Are you aware of any efforts that anyone

7    else has made on behalf of OMG Girlz LLC or Pretty

8    Hustle LLC to obtain relevant documents to this

9    case from Wealth Management?

10        A    I just -- I wasn't -- I know I was not a

11   part of that conversation.  That's all I can say.

12   I don't -- I don't know.

13        Q    Are you aware of any efforts that anyone

14   else has made on behalf of OMG Girlz LLC or Pretty

15   Hustle LLC to gather documents relevant to this

16   case from Tony Smalls?

17        A    I'm not sure if Tony -- I'm not sure,

18   because Tony Smalls is Tameka's current business

19   manager.  So if she asked him to do anything,

20   she -- I'm not saying that she did not ask.

21   There's a strong possibility that she probably did

22   ask him to get some information, because that's

23   his job.  He handles business, so he should be --

24   he has the credentials to do the search and pull

25   documents.

                                          Page 55

```
 1          Q     So, Ms. Robinson, I'm not asking you to
 2     guess what may have happened.  I'm asking you if
 3     you're aware of any efforts that anyone else has
 4     made on behalf of OMG Girlz LLC or Pretty Hustle
 5     LLC to gather documents relevant to this lawsuit
 6     from Tony Smalls.
 7          A     They -- I'm going to say they could have
 8     asked him to do something because he would be more
 9     of the person that works for her now currently as
10     the business manager.  So if they were going to
11     gather information, it would be from Tony Smalls.
12     I told you a lot of times I'm not a part of those
13     conversations.
14          Q     Right.  So I'm asking you if you
15     personally are aware of any efforts anyone has
16     made to gather documents relevant to this case
17     from Tony Smalls.
18               MS. WESTMORELAND:  Objection.  Asked and
19     answered.
20               THE WITNESS:  When we're on a
21     conversation, a group thing, and they -- they ask
22     a general question of everyone that's in the
23     group, I -- I'm not going to say it was
24     specifically, Tony, I need you to gather up
25     information, I need you to do this.
```

Page 56

```
 1              They ask can anyone in the group

 2      contribute to any research, yes, they've asked

 3      that, and he's been on the call.  If that's what

 4      you want to know.

 5      BY MR. FINKELSTEIN:

 6          Q    Do you know if Tony Smalls has actually

 7      searched for documents relevant to this lawsuit?

 8          A    All -- yes, all of us have searched for

 9      documents, yes.

10          Q    What searches has Tony Smalls done to

11      gather documents relevant to this lawsuit?

12          A    I don't know what -- what Tony Smalls

13      has actually done as far as the lawsuit, because I

14      don't even know of anything that has been

15      presented from him.

16          Q    That's what I was asking.  Do you know

17      if Tony Smalls has produced any documents or

18      turned over any documents relevant to this

19      lawsuit?

20          A    I'm not sure.  I haven't -- I don't

21      know.  I'm not -- if -- if I answer the question

22      right now while we're talking, I would say that

23      I'm not aware of anything that he has produced

24      that -- that they needed in this lawsuit as far as

25      anything that he has produced as a document.
```

Page 57

```
1          Q    So I want to go back.  You said

2     something earlier, you said you were on these

3     group conversations.  So are these phone

4     conversations you're on or are these text -- like

5     e-mail group conversations?

6               MS. WESTMORELAND:  Mr. Finkelstein, I'm

7     going to -- obviously, you know, I'm allowing all

8     of these conversations to take place, but you're

9     now starting to ask questions about conversations

10    that she's already said attorneys and counsel have

11    been present on.

12              So if this is going to continue to drill

13    down on to the types of conversations or the

14    contents of conversations that she's had where

15    attorneys were present, then I'm going to object,

16    and I am going to instruct the witness not to

17    answer.

18              THE WITNESS:  Okay.  Thank you.

19              MR. FINKELSTEIN:  So the question was --

20              MS. WESTMORELAND:  So if the question is

21    going -- just to clarify, Ms. Robinson, if he asks

22    a question that's not asking to divulge

23    conversations with counsel, that's all I'm saying.

24    I'm not -- I'm not giving you an instruction until

25    Mr. Finkelstein asks the question.
```

Page 58

1      BY MR. FINKELSTEIN:

2          Q     And I'm not trying to reveal things you

3      may have discussed with counsel.  I'm trying to

4      understand these conversations specifically

5      involving Mr. Smalls.

6               So when you had conversations with

7      Mr. Smalls, these group conversations, was that on

8      the phone or was that in some other form?

9          A     All three.

10         Q     "All three" meaning on the phone, and

11     what else?

12         A     E-mail and texts.  We all have group

13     texts, we have phone conversations, and we've had

14     e-mails where we are all involved with group

15     e-mails.

16         Q     So for the group e-mails, who are the

17     people that are on those group e-mails?

18         A     Some of the people on the group e-mails,

19     I don't know them, and I don't know -- I don't

20     recognize the names, and I'm not aware of who they

21     are or their title.

22               But the same names I've mentioned to you

23     before that the group e-mails would have been

24     Tony, myself, Nick, Tameka, and counsel.  And some

25     of the e-mails had other people that I don't know

                                              Page 59

1    them.

2           Q    Were you ever on group e-mails or any

3    e-mails with Tony that counsel was not on?

4           A    No, I don't think so, because I don't

5    see the purpose of it.

6           Q    For the texts -- the group texts, is the

7    same group of people on the group text messages?

8           A    Yes.

9           Q    So when you say --

10          A    And some of -- I'm sorry.  I don't mean

11   to talk over you.  I'm so sorry.

12               Some of the texts would not have

13   included some people that I don't know, but I know

14   the e-mails may have included some people I don't

15   know.  But a few of the texts included people, but

16   the main texts was with all of us together.

17          Q    So the text messaging when you were on

18   with Tony Smalls, was counsel always on those text

19   messages?

20          A    Yes.

21          Q    And the phone conversations you had with

22   Tony Smalls on the phone, was counsel always on

23   those phone calls?

24          A    Pretty much, yes.  Yes.  You know what,

25   yes, because we don't have a reason to conversate

                                          Page 60

```
 1      outside -- if it's about this case, outside of the
 2      counsel being there.  So I'm not sure if --
 3          Q    To your knowledge, would Tameka Harris
 4      be able to ask Tony Smalls to get documents
 5      relevant to this lawsuit?
 6          A    Yes.
 7          Q    And do you know if she's done that?
 8          A    I -- I can't say whether she -- I did
 9      not hear her specifically tell him to get specific
10      documents.  Like I said, when we're together as a
11      group, there's topics that have come up and they
12      ask for anyone to look for documents.  Not no one
13      in particular.  They would like if anyone has
14      anything to contribute, they want the documents.
15          Q    When you say "they would ask," and I
16      don't want to get into anything that's
17      privileged --
18          A    The attorney -- I'm sorry.
19          Q    That when -- the "they" is the attorney,
20      and I don't want to inquire into privileged stuff.
21      I just want to understand --
22          A    Right.
23          Q    -- you said, "They would ask."
24          A    Right, they would ask if we needed -- or
25      Tameka would ask do we need anything -- because
```

Page 61

1      she's aware of the case and she's more aware of

2      the case than anyone, and she would ask if anyone

3      has anything to contribute.

4            Q     Do you know who Mr. Norwood is?

5            A     Mr. or Ms. Norwood?

6            Q     Well, do you know anyone with the last

7      name Norwood associated with Tameka Harris?

8            A     Yes.

9            Q     And what's -- what's this person

10     Norwood's first name?

11           A     Sonia.

12           Q     So it's a woman, Ms. Norwood.

13           A     Right.

14           Q     And who is Sonia Norwood?

15           A     She was a consultant for Tameka at one

16     point.

17           Q     Do you know -- have you ever asked

18     Ms. Norwood for documents that might be relevant

19     to this case?

20           A     No, not -- not me.

21           Q     Do you know if anybody has asked

22     Ms. Norwood for documents that might be relevant

23     to this case?

24           A     I can't answer that, say whether that

25     I'm sure or not, but I don't see why they would

                                          Page 62

```
 1   not have asked her.
 2        Q    Okay.  But you don't know one way or the
 3   other?
 4        A    No.
 5        Q    Do you know who Rian Parish is?
 6   R-I-A-N.
 7        A    Yes, that was Tameka's assistant.
 8        Q    Whose assistant?
 9        A    Tameka's.  Tameka Harris.  She was her
10   assistant.
11        Q    And have you asked Rian Parish for any
12   documents that are relevant to this lawsuit?
13        A    Yes.
14        Q    When did you ask Ms. Parish for
15   documents that are relevant to this lawsuit?
16        A    I can't tell you exactly when, but I
17   have asked because -- I've asked, yes.
18        Q    And what documents did you ask
19   Ms. Parish for?
20        A    Did she have a copy of any of the
21   contracts, any contracts.  It was like pertaining
22   to the Girlz.
23        Q    So you specifically asked for contracts?
24        A    Yes.
25        Q    Did you ask for anything else other than
```

Page 63

1      contracts pertaining to the OMG Girlz?

2           A    I -- when they were gathering documents,

3      I could have -- not specific documents.  Whether

4      she had anything that they -- that they needed --

5      that she felt they would need for the case, if she

6      had any e-mails or anything that they may need for

7      the case that she -- because she was more involved

8      with them than I was, so she would have known.  So

9      I did ask her one time did she have anything, but

10     she said no.

11          Q    When did you make this ask of her?

12          A    I think when it first started, I asked

13     her -- because we were looking for the management

14     contract for Michael Mauldin, and I want to say

15     she provided that.  But anything else, I don't

16     think she had any -- from my understanding, I

17     don't remember her providing anything else.

18          Q    Do you know if Ms. Parish searched her

19     e-mails?

20          A    I -- when she was looking for the --

21     that contract, I don't know what method she used

22     to present the contract, but that was -- that

23     was -- that's the only thing that I know of that

24     she presented.

25          Q    So do you know if she searched for

                                              Page 64

1    e-mails that might be relevant to this lawsuit?

2         A    I'm not aware of any e-mails she

3    searched for, other than that particular thing.

4    And that's what we specifically asked for.  I'm

5    not aware of them if she had -- has.

6         Q    Since the time of your last deposition,

7    have you spoken to -- and other than the

8    conversation with Ms. Harris and other than any

9    conversation with counsel, have you spoken to

10   anyone about this case?

11        A    Probably asking -- well, probably to --

12   well, not in depth about the case.  I've asked

13   for -- I've asked Tameka's mother did she have any

14   documents or anything.

15             But if I spoke with anyone, it was

16   something I was instructed to do, and just by you

17   asking me the question out of the blue, I really

18   don't know -- I'm -- I -- I don't think -- I don't

19   do as much work on this case as you probably think

20   I do because I am in school full time and I work

21   full time.  So that -- that takes up a lot of my

22   time.

23        Q    Well, how much work do you do on this

24   case in an average week?

25        A    It's not an average week.  I may set

                                           Page 65

1     aside some time, and then -- I'm not on this case
2     weekly.  So I can't say on an average week because
3     I can go a month and not do anything.

4          Q    You said you asked Tameka's mother for
5     documents relevant to this case?

6          A    Right, because that was the address that
7     everyone used and that Tameka used to -- for
8     everything to go to her address.

9          Q    And when did you ask Tameka's mother for
10    documents?

11         A    Well, we -- just on an average, if we
12    speak, I ask her does she have anything else, but
13    most of the -- all of the documents that she
14    gathered for the case other than that box, and
15    that was -- she gave me the box prior to the case
16    so that had nothing to do with the case -- she
17    gave to Tony Smalls.

18         Q    Do you know what Tameka Harris did to
19    gather documents related to this case?

20         A    What did Tameka do?

21         Q    Tameka's mother.  What did Tameka's
22    mother do -- sorry, let me ask a new question.

23              Do you know what -- let me ask it so
24    it's a clear question.

25         A    Mm-hmm.  Okay.

                                            Page 66

1        Q     Do you know what Tameka Harris's mother

2    did to gather documents related to this case?

3        A     Her mother -- as far as I know, her

4    mother gathered documents for the case because she

5    just have a lot of paperwork at her house, and she

6    have different files.

7              And anyone that wants to know anything

8    that even was outside of this case, we would ask

9    her, Do you have this?  And she would have it,

10   because most -- that's what she -- she's the

11   gatekeeper.

12       Q     And to your knowledge, Ms. Harris's

13   mother did this on her own.  She didn't have

14   someone with her helping her?

15       A     I -- I don't think so.  Well, I don't

16   know.  I wouldn't know because I wouldn't -- I'm

17   not there.

18       Q     Do you know how Ms. Harris's mother

19   decided what documents were relevant and what

20   documents were not relevant to this case?

21       A     She just put together everything that

22   she just -- she's not going to read the documents

23   to see what was relevant or not relevant.  She's

24   just going to box everything up and say, Read it.

25       Q     Do you know what -- but are you guessing

                                        Page 67

```
1    now or do you know what she did?
2         A    I'm just guessing.  I don't know what
3    she did.  I just know her -- how -- what she would
4    do in the past if you asked for anything.  She's
5    not going to go through and read everything.
6    She's going to put it together, and then she'll
7    say, I have a lot of things.  You can look and see
8    if it's in this box.
9         Q    And do you know what Ms. Harris did with
10   documents that she found that were relevant to
11   this case?
12             I'm sorry, let me ask -- I keep saying
13   Ms. Harris.
14             Do you know what Tameka Harris's mother
15   did with the documents she found that were
16   relevant to this case?
17        A    I know she gave a lot of the documents
18   to Tony Smalls, because he's Tameka's business
19   manager.
20             Anything that I had, I had prior to the
21   case, but she would tell me that, Yes, I gave it
22   to Tony.  He has everything I have.
23        Q    And do you know what Tony Smalls did
24   with the documents that he had obtained that were
25   relevant to this lawsuit?
```

Page 68

```
1          A    No, I don't.

2               MS. WESTMORELAND:  I think --

3     Mr. Finkelstein, would now be an okay time for a

4     break?  We've been going about an hour.

5               MR. FINKELSTEIN:  Yeah, that's fine.

6               THE VIDEOGRAPHER:  We're going off the

7     record.  The time is 7:06.

8               (Recess.)

9               THE VIDEOGRAPHER:  We are back on the

10    record.  The time is 7:18.

11    BY MR. FINKELSTEIN:

12         Q    Ms. Robinson, earlier in this deposition

13    I asked you about if you had spoken with Ms. Lucy

14    Rafaloff about anything related to this lawsuit,

15    the OMG Girlz, and you said that in 2021, you're

16    pretty sure you asked her at one point did she

17    have any information from before, and she said no.

18               Do you recall that testimony?

19         A    Yes.

20         Q    What specifically did you ask

21    Ms. Rafaloff for in terms of documents relevant to

22    this lawsuit?

23         A    Well, they were management.  I just

24    asked her did she -- how long did she keep her

25    records.  So it wasn't specific, that I just
```

Page 69

Case 2:20-cv-11548-JVS-AGR   Document 561   Filed 01/24/23   Page 130 of 157   Page ID
#:31003
Case 2:20-cv-11548-JVS-AGR   Document 553-2 (Ex Parte)   Filed 01/23/23   Page 132 of
226   Page ID #:30022

1    wanted to know how long she kept her records, and

2    she said she don't go back past seven years.  And

3    this was ten years ago.  And she said she don't

4    have -- she didn't have anything.

5           But I'm not -- you know, I'm not quite

6    sure exactly when it was that I asked her, but --

7    I can't remember when it was.  It could have been

8    the beginning of 2022, but it was during the time

9    when Peter was counsel, and she said that she --

10   she only went back seven years, and she didn't

11   even -- she automatically just responded and said

12   she only go back seven years.  So...

13       Q    So she said because the OMG Girlz

14   touring was more than seven years ago, she would

15   have not kept the records?

16       A    Well --

17            MS. WESTMORELAND:  Objection -- hang on,

18   sorry.

19            Objection.  Mischaracterizes the

20   witness's testimony.

21   BY MR. FINKELSTEIN:

22       Q    What did she tell you, Ms. Robinson?

23       A    She just say she don't keep records past

24   ten years -- I mean seven years.

25       Q    And so she said she didn't have any

                                          Page 70

1    records relative to the OMG Girlz because they're
2    destroyed after seven years?
3         A    She -- she only maintained records for
4    seven years.
5         Q    Do you know when the last time the OMG
6    Girlz did a tour?
7         A    No, I really don't.
8         Q    So if the OMG Girlz toured in 2014, then
9    Ms. Rafaloff would have had those records in 2021.
10   Is that a fair characterization?
11        A    I don't know how she maintains.  I know
12   she just -- I know that she is meticulous about
13   things, and she's very good at what she does, and
14   if she said she didn't have anything, she -- I'm
15   sure she searched.
16        Q    But she told you it's because she
17   destroys records after seven years?
18        A    Yes.
19        Q    Do you know if anyone told her in
20   December 2020 that she needed to maintain records
21   relevant to this lawsuit?
22        A    No, I don't.
23        Q    Do you know when she would have done
24   that document destruction regarding documents
25   relevant to the OMG Girlz?

Page 71

```
 1              MS. WESTMORELAND:  Objection.
 2    Mischaracterizes the witness's testimony.
 3              THE WITNESS:  I -- I don't know.  I
 4    don't know.
 5    BY MR. FINKELSTEIN:
 6         Q    Is it possible that Ms. Rafaloff
 7    destroyed documents relevant to the OMG Girlz in
 8    the year 2021?
 9         A    I don't think so.  I -- she didn't --
10    she wasn't even -- I don't even think now she is
11    aware of what's going on.  She did not know
12    anything of what's going on.
13         Q    Right.  Nobody told her about this
14    lawsuit; is that right?
15         A    I'm not sure if anyone told her about
16    the lawsuit.  I just know that I just asked did
17    she have any documents, and I didn't go in details
18    of the lawsuit.  I just asked her.
19         Q    Oh, you didn't tell her about the
20    lawsuit.  You just said, Do you have any documents
21    relevant to the OMG Girlz?
22         A    Right.  Does she have any documents in
23    reference to the OMG Girlz, did she maintain
24    anything.
25         Q    And she said she destroys documents
```

                                            Page 72

1   after seven years, so she doesn't have anything.

2          A      Right.

3          Q      Did she tell -- did she tell you when

4   the OMG Girlz documents were destroyed?

5          A      No.

6          Q      Did you ask her for any e-mails relevant

7   to the OMG Girlz?

8          A      No.

9          Q      Do you know if she ever searched for

10  e-mails relevant to the OMG Girlz?

11         A      No.   I don't know.

12         Q      I want to go back to the box of

13  documents that you said you still have that you

14  got from Tameka Harris's mother that you think

15  came from Wealth Management.

16                Do you recall that box of documents?

17         A      Yes.

18         Q      And you said there were some bank

19  statements in there that you didn't bother copying

20  for counsel.

21                Do you recall that testimony?

22         A      Yes.

23         Q      So those bank statements that were not

24  copied for counsel, have they ever been shown to

25  counsel for this lawsuit?

Page 73

1        A     Not that I'm aware of.   They wouldn't
2   have been -- when -- unless someone has the
3   documents out of my presence, I don't think so.   I
4   don't know.
5        Q     You never showed -- the box of documents
6   you have in your possession, the bank statements,
7   you've never shown them to anybody; is that right?
8        A     No.   Right.   Correct.
9        Q     And what are those bank statements for,
10  do you remember?
11       A     This box was Zonnique's from the OMG
12  Girlz, and it was -- I -- I don't even think it
13  was just like a few papers.   It wasn't even a
14  complete year or two years or however many years'
15  worth of bank statements.   So I was like, okay,
16  that's irrelevant.   But I think it was her
17  personal bank statements.
18       Q     Do you know what business the bank
19  statements were associated with?
20       A     No.   I actually did not pay attention.
21  So sorry.
22       Q     But you think those bank statements had
23  to do with Zonnique when she was part of the OMG
24  Girlz.
25       A     Yes.

                                            Page 74

1      Q    Ms. Robinson, have you ever seen a --
2   I'm going to call it O.M.G. Doll, but an L.O.L.
3   Surprise O.M.G. Doll?
4      A    Yes.
5      Q    I'll just call it O.M.G. Doll for
6   purposes of this case just because the
7   deposition -- it just takes too long to say the
8   L.O.L. Surprise O.M.G. Doll, okay?
9      A    Okay.
10     Q    You'll know what I'm referring to if I
11  call it O.M.G. Doll?
12     A    Yes.
13     Q    So have you ever seen in person an
14  O.M.G. Doll?
15     A    Yes.
16     Q    When's the first time you saw an O.M.G.
17  Doll in person?
18     A    I actually purchased them.
19     Q    And when did you purchase one?
20     A    I really don't know, but I know it -- it
21  was sometime probably -- more than likely in 2021.
22     Q    After the lawsuit?
23     A    Yes.
24     Q    Did you purchase any O.M.G. Dolls before
25  the lawsuit?

                                        Page 75

1       A    No.  My daughters are all adults.

2       Q    Did you ever see an O.M.G. Doll in

3   person before the lawsuit?

4       A    No.

5       Q    Which O.M.G. Doll did you purchase?

6       A    I purchased the kit that has -- I don't

7   know what they call it, but it had four dolls and

8   they were like entertainers.

9       Q    The Super Surprise Remix kit?

10      A    Yeah, that could have been it.  I

11  purchased the kit, and then I purchased the one

12  that had the blue hair.

13      Q    Do you remember the name of that doll?

14      A    No, I don't.

15      Q    Do you still have those dolls with you?

16      A    No.

17      Q    What did you --

18      A    I don't play with them.  But Tameka's

19  daughter has them.  She had a fit, and I gave them

20  to her.

21      Q    You gave them to -- to Zonnique Pullins?

22      A    No, she has a young -- Tiny -- Tameka

23  has a younger daughter that's Heiress, and she's

24  five years old now.

25      Q    And you gave them to -- her name is

Page 76

1    Aris, A-R-I-S?

2         A     Heiress, yes.

3         Q     Harris?

4         A     Right.  And she spell it like heiress,

5    like the heir of a throne.  She spells it like

6    that.

7         Q     H-E-I-R-I-S?

8         A     Yes.

9         Q     Okay.

10        A     You know how people change the name how

11   they spell things, but she -- something like that,

12   yes.

13        Q     So did you give it to Heiress -- Heiris

14   as a gift?

15        A     Yes.  I just told her she could have

16   them.

17        Q     And did Heiress -- Heiris say anything

18   about those dolls?

19        A     When she received them, she just grabbed

20   them and started playing with them.  I -- I left.

21   I was -- I was again at Tameka's mother's house,

22   and Heiress was there, and I was showing her the

23   dolls.  And Heiress didn't want me to leave with

24   the dolls, so I gave them to her.

25        Q     Were you at the performance that

                                        Page 77

1   Zonnique Pullins did with Bahja Rodriguez and

2   Breaunna Womack on New Year's Eve 2017?

3        A    Yes.

4        Q    And you were there to watch Xscape?

5        A    No.  Actually, I was working for Xscape.

6        Q    How many people were at that show?

7        A    Oh, I don't know, but it sold out.  It

8   was the Philips Arena -- well, I think they called

9   it the -- it was an arena, so they sold out.  I'm

10  not sure.

11       Q    And was it announced that the OMG Girlz

12  were going to play beforehand?

13       A    If it was announced, it was announced

14  closer to the date of the show because they were

15  not originally going to perform.  And then when

16  they came -- when -- as they were in Atlanta --

17  because they were trying to think of who could

18  perform, and I think one of the acts that was

19  opening the acts could not participate.  So the --

20  the OMG -- they asked the OMG Girlz to perform.

21       Q    And when they performed, did they

22  perform -- did they announce that these are the

23  OMG Girlz?

24       A    Yes.

25       Q    And how many songs did they sing, do you

                                        Page 78

```
 1    remember?
 2         A    I'm not exactly sure because, as I said,
 3    I was working.  So I saw them, but I didn't see
 4    the whole set.  I had to leave and go --
 5         Q    Have you seen the OMG Girlz perform live
 6    since that New Year's Eve show in 2017?
 7         A    No.
 8         Q    Have you ever seen any -- any of the
 9    members of the OMG Girlz play musical instruments?
10         A    Yes.
11         Q    And have you ever seen them play musical
12    instruments as part of the OMG Girlz band?
13         A    No, I have not, but I don't see all of
14    their shows.
15         Q    So when you say you've seen them play
16    musical instruments, you're saying as individual
17    performers?
18         A    No, I'm -- I know that they're trying to
19    play musical instruments.  I saw it in their --
20    their training, during their training.  I
21    didn't -- I didn't go to the show, so I wouldn't
22    know.
23         Q    For the OMG Girlz shows you've seen, did
24    the members of the band OMG Girlz ever play
25    musical instruments?
```

Page 79

1        A    No, but I did not see a lot of their

2    shows.  I did not --

3        Q    Did you -- I'm sorry.  What's that?

4        A    I did not travel with them.  So I --

5        Q    Are you finished with your answer?

6        A    Yes.  I'm sorry.  Yes.

7        Q    Did you have any involvement in any

8    marketing or advertising for the OMG Girlz?

9        A    When you say "marketing," they were --

10   if you consider the video they did with my

11   daughter, they were there.  I know -- there were

12   some things that they -- if they participate at

13   the same event that my daughter was a part of,

14   yes, I was a part of the marketing.  But as far as

15   marketing them other than that, no.

16       Q    Did you have any involvement with any

17   advertising for the OMG Girlz?

18       A    Only if it was affiliated with what they

19   did with my daughter.

20       Q    Are you aware of how much money the OMG

21   Girlz spent on advertising?

22       A    No, I don't.

23       Q    Were you -- do you know how the OMG

24   Girlz picked out their outfits?

25       A    Well, I mean, I've been there when

                                              Page 80

```
 1      Tameka was getting things together for them for

 2      when they first started, yes.  Just Tameka

 3      would -- she -- like I said, she likes color,

 4      so -- but I wasn't around for any -- sometimes

 5      when I saw them, I just knew that that's something

 6      that Tameka would have picked out.

 7              So I wasn't around like for the -- all

 8      of the creation, but I do know that I was there,

 9      and she was specific about things and what colors

10      she wanted them to wear.  I've heard her describe

11      those things when people were picking out -- when

12      they were picking out clothes and the color of the

13      hair.

14          Q    You're saying Tameka Harris would pick

15      out the outfits and the color of the hair?

16          A    She would detail what she -- you know,

17      what she wanted, the look.

18          Q    And do you know if anybody else was

19      involved in picking out outfits for the OMG Girlz?

20          A    With her instructions, that's all I

21      know.  I was there when she was -- but I know -- I

22      know how she is.  That's -- I was there with her

23      instructions, but if anyone picked it out or she

24      was talking on the phone to anyone, I wasn't -- I

25      don't know.  I wasn't -- I don't know what their
```

Page 81

1    conversation -- part of the conversation was.

2         Q    And do you know if anybody else was

3    involved in picking out the color of any of the

4    OMG Girlz's hair?

5         A    Not that I am aware of, but I'm not --

6    like I didn't -- I wasn't working for her.  I

7    wasn't privileged to all of the conversations.  I

8    know they -- based on what I know, when it was

9    described to me the look they -- when she

10   described the look, it was just her telling me.

11        Q    It was Tameka Harris telling you?

12        A    Yes.  I'm sorry.

13        Q    Do you know if the band members had any

14   input into the clothes they would wear?

15        A    I don't know.  I don't know.  I sew and

16   I do clothes for my -- I create outfits for my

17   daughter, and she has some input, and a lot of

18   times she would ask me, so -- I mean, I don't know

19   if they have input or not.

20             But I know in my relationship with my

21   daughter, she has something she say, but the final

22   look would be what is approved -- would have been

23   approved by me or their final look would have been

24   approved my Tameka.

25        Q    How do you know that Tameka would have

                                        Page 82

1  approved the OMG Girlz final look?

2      A    Just from being around her and knowing

3  her personality, I know she was particular about

4  how she wanted them to look.

5      Q    Do you know if the band members, the OMG

6  Girlz had any input into the color of their hair?

7      A    I don't know.

8      Q    So you said that you weren't involved in

9  the Instagram posts that Zonnique Pullins and

10  Tameka Harris did about this case, right?

11         MS. WESTMORELAND:  Objection.

12  Mischaracterizes the witness's testimony.

13         THE WITNESS:  What I --

14         MS. WESTMORELAND:  You can answer.

15         THE WITNESS:  What I was saying was that

16  I -- when the posts came up, that was -- okay.

17  The one --

18  BY MR. FINKELSTEIN:

19      Q    I mean -- you're right.  I apologize,

20  Ms. Robinson.  I think you said -- and I didn't

21  try to change it.  I think you said you helped put

22  together the pictures, but you weren't involved in

23  actually doing the postings, correct?

24      A    Right.  Putting together what they

25  posted, right.

Page 83

1      Q    Have you had any involvement in

2   reviewing comments from those Instagram posts?

3      A    I read the comments, if that's what

4   you're asking, but it had -- I just read them on

5   my own because I was curious to know what people

6   were saying about the -- the photos.

7      Q    Have you followed up with anybody or in

8   conversations or communications with anybody who's

9   done postings as to those -- excuse me -- has

10  posted comments in response to Instagram posts of

11  Zonnique Pullins and Tameka Harris did about this

12  case?

13     A    Not anyone on the posts because I

14  don't -- I wouldn't have known them anyway.

15          MR. FINKELSTEIN:  I'm going to mark as

16  next -- I think we're up to Exhibit 12.  Let me

17  just double-check that, one second.

18          (Exhibit 12 was marked for

19          identification.)

20          MR. FINKELSTEIN:  It's not there yet.

21  Let me see -- oh, that's why.

22  BY MR. FINKELSTEIN:

23     Q    Okay.  I've just introduced Exhibit 12.

24  It should be there now.

25     A    Okay.

                                        Page 84

```
 1          Q    Do you recognize Exhibit 12?

 2          A    To me it looks just like the other

 3     exhibit.  It says Exhibit 12.  Okay, go ahead.

 4          Q    Have you ever seen this document before?

 5          A    I'm going to go on the record by saying

 6     I've seen several documents that look like this,

 7     but yes.

 8          Q    Well let's do this, if you go to the

 9     very last page -- excuse me -- it's the second to

10     last page, it's page 20 -- on page 20 of 22, the

11     third --

12          A    I see that page.

13          Q    20 -- I'm sorry, it's page 21 of 22.

14          A    Okay.

15          Q    Are you there?

16          A    Yes.

17          Q    It says, "Verification interrogatory

18     answers."  Do you see that?

19          A    Yes.

20          Q    And it says:  "I, Christina Robinson,

21     believe that the foregoing answers are true and

22     correct to the best of my knowledge, information

23     and belief.  I verify under penalty of perjury

24     under the laws of the United States that the

25     foregoing is true and correct.  Executed on
```

Page 85

```
 1    April 8th, 2022," and there's a signature there.
 2              Do you see that?
 3         A    Yes.
 4         Q    Is that your signature?
 5         A    It looks like it, yes.
 6         Q    Do you recall signing this document on
 7    April 8th, 2022?
 8         A    I recall signing a document, yes.
 9         Q    Did you review this document before you
10    signed it?
11         A    I read over it.
12         Q    To your knowledge, are you authorized to
13    make this verification on behalf of OMG Girlz LLC?
14         A    Yes.
15         Q    And who gave you that authorization, do
16    you know?
17         A    I actually spoke with Tameka about it.
18         Q    Tameka Harris?
19         A    Yes.
20         Q    And what did she tell you?
21         A    She said go ahead, that that's -- she
22    had gone over it and -- she had gone over it, and
23    that she -- that's what she wanted presented.
24         Q    And she gave you authorization to make
25    this verification on behalf of OMG Girlz LLC?
```

Page 86

1      A    Right.  Correct.  I'm sorry.

2      Q    And did you rely just on what she said

3    or did you independently review this and verify

4    that it was true?

5      A    I relied on what she said.  I did skim

6    over it, but as far as doing everything based on

7    memory, because when this is created, as I

8    explained, it's not created based on my facts.

9    It's created based on her facts.

10     Q    So when you verified that you believe

11   the answers are true and correct, how did you know

12   the answers are true and correct if you only

13   skimmed the answers?

14     A    Well, because it was based on her

15   conversation, because she was the one that was

16   questioned about a lot of them, and some of the

17   things she knew that I was aware of, and she was

18   saying that those are the things that happened to

19   the best of her knowledge, and I just wanted to

20   make sure that she was okay with everything.

21     Q    And then you'll see in this response

22   that it references an Appendix A.  Like, for

23   instance, if you're on -- go to page 4 of 22.

24     A    Where on the top of the page on

25   page 4?

Page 87

1      Q     Different page -- 4 of 22 and go to

2    line 7.  Do you see those numbered lines on the

3    left?

4      A     Numbered lines.

5      Q     So there's no numbers on this document.

6    If you -- so it's actually response -- Second

7    Supplemental Response to Interrogatory No. 8, and

8    page 4 of 22, it starts on the page, "Wardrobes

9    and Makeup."  Do you see that?

10     A     "Wardrobes and Makeup."  Okay, I see it,

11   yes.

12     Q     And do you see at line 7, there's a

13   sentence about two-thirds of the way on that line

14   that starts, "Specific side-by-side descriptions."

15   Do you see that?

16     A     Right.

17     Q     And it says:  "Specific side-by-side

18   descriptions of which O.M.G. Dolls infringe which

19   elements of the OMG Girlz likeness, trade dress

20   and trademark rights of the Grand parties are

21   shown and described in Appendix A to the Second

22   Supplemental Interrogatory Responses."

23           Do you see that?

24     A     Yes.

25     Q     And have you seen that Appendix A before

Page 88

1    today?

2        A     Yes.

3        Q     Did you review that Appendix A before

4    you signed this?

5        A     Yes.

6        Q     And did you agree with the way

7    Appendix A was laid out before you signed this?

8        A     I skimmed over it.  Are you -- can you

9    show me what you're talking about?

10       Q     Sure.  I will just --

11       A     Show me.

12       Q     Yeah, that's fine.

13       A     What page is it on?  My --

14       Q     Let me -- it's a different document, so

15   I'm going to introduce it.

16       A     Okay.  Okay.

17       Q     Hold on a second.

18             (Exhibit 13 was marked for

19             identification.)

20   BY MR. FINKELSTEIN:

21       Q     Okay.  I've introduced that as

22   Exhibit 13.

23       A     Okay.  Oh, yes, I've seen it.

24       Q     And did you review what's been marked as

25   Exhibit 13 before you signed the verification for

                                          Page 89

```
 1    what's been marked as Exhibit 12?
 2          A    Yes.
 3          Q    And do you agree that Exhibit 13 sets
 4    forth the side-by-side comparisons --
 5          A    I reviewed --
 6          Q    Sorry, I wasn't quite finished.  Sorry,
 7    I'm trying to get it.
 8          A    I'm sorry.
 9          Q    So let me say it again.  Do you believe
10    that Exhibit 13 sets forth the side-by-side
11    descriptions of which O.M.G. Dolls infringe which
12    elements of the OMG Girlz likeness, trade dress
13    and trademark rights of the Grand parties?
14          A    Yes.  Because I've seen these Girlz look
15    so many different ways.  And that's what I was
16    saying before, that they resembled things that
17    they've done and how they've worn their hair and
18    the colors over the years.
19               But, see, I've seen -- been with them
20    for years.  I know different times when I've seen
21    them do things similar to these things in photo
22    shoots, and just -- from just going to the mall
23    different ways and doing their own things, I've
24    just seen a lot that resembles a lot of the things
25    they -- that they've done over the years.
```

Page 90

1      Q    When you say that you've seen the OMG

2   Girlz look so many different ways, what do you

3   mean by that?

4      A    That the difference in the hair colors,

5   that they've had -- like Zonnique wore the blue

6   hair, and then for the 2017 event when they opened

7   for Xscape, she had the yellowish-lime green hair,

8   and then she had the black roots, and you can see

9   it.  So I've seen them do that.

10          I've seen them wear like different --

11   like Zonnique wear the Mohawk hair.  And I'm just

12   talking as I scroll.  And I've seen Zonnique with

13   the blonde hair.  Most of it has been Zonnique.

14          I've seen Baby Doll with the purple

15   hair, with the lavender hair, with the purple and

16   pink hair.  I've seen her like that.  And I know

17   that Zonnique wears the blue hair.

18          And Ray Ray, her boyfriend, had long

19   straight hair when they were on tour.  I knew he

20   had long straight hair.

21      Q    Have you seen OMG Girlz dress in

22   different ways over the years?

23      A    Oh, yes.

24      Q    And what are the different ways you've

25   seen them dress?

                                        Page 91

1       A       Okay.  One of them, the dance doll with

2   the pink pants, those are dance pants.  Those were

3   very famous -- that look was very famous in the

4   dance world.  And Zonnique had pink ones and black

5   ones, and that's what they used to wear.  So I've

6   seen that.

7           And I've seen when they were -- when

8   Zonnique was on tour, I've seen her wear like the

9   cutoff denim shorts with the boots.  That was one

10  of her looks that looked like that when she was on

11  tour.  She opened for Xscape.  She toured with us.

12      Q       When you say, Those dance pants are very

13  famous, which dance pants are you referring to?

14      A       The one with -- let me see if I can tell

15  you.  I wish I remember the name of the pants.  I

16  can't even remember the name of them, but they had

17  a name, and even the guys wore them because they

18  were unisex.

19          But on here, one of the dolls -- it's

20  called the dance doll, whichever one is called

21  dance something.  I can't find her now.  Oh, my

22  goodness.  Whatever the doll name that's called

23  dance, those are -- they -- those were the tight

24  pants that everyone -- that most of the dancers

25  wore those pants.

Page 92

1          They had them in white -- I'm so sorry,

2     I cannot find that picture again.  The dolls are

3     not popping up.  Like if I scroll, some of the

4     pages are blank now.  Let me see if I can get to

5     where it's --

6          Q     So they're showing for me.  They're not

7     showing for you?

8          A     Some of them, they showed, and then like

9     if I scroll too fast, it stops.

10          Q     It takes a moment to load.

11          A     Right, it's not loading as fast.  But

12     the doll that has on the pink -- oh, here she is.

13     The Dance Dance Dance --

14          Q     What page are you on?

15          A     See, it's not giving me pages.  You said

16     it was, but --

17          Q     Oh, if you look at -- if you look at the

18     bottom of your screen, like for me it will say

19     page 22 of 34 has --

20          A     See, it's not doing that.  Mine is

21     saying 3 of 3 files, and that's all it's saying.

22     It's not giving me a page number.  That's why I

23     keep asking for the page number because it will

24     just say -- it's just saying 3 of 3 files.  It's

25     not --

Page 93

1       Q     What's -- what's the name of the doll

2    you're looking at?

3       A     Surprise -- L.O.L. Surprise OMG Dance

4    Dance Dance.

5       Q     Okay.  I believe that's a doll, Miss --

6    and it says "Miss Royale Fashion Doll"?

7       A     Yes.

8       Q     Okay.  So for the record, that's on

9    page -- the last doll on page 12 of 34, "L.O.L.

10   Surprise OMG Dance Dance Dance, Miss Royale

11   Fashion Doll with 15 surprises."

12            And you're saying those pants that that

13   doll is wearing is reminiscent of very famous

14   pants that were popular?

15      A     Yes.

16            MS. WESTMORELAND:  Objection.

17   Mischaracterizes the witness's testimony.

18   BY MR. FINKELSTEIN:

19      Q     Was that a "yes"?

20      A     They are -- they were -- they wore

21   those, they were dance pants.

22      Q     And they were very popular among whom,

23   in your opinion?

24      A     Dancers.

25      Q     So in your experience, lots of dancers

                                              Page 94

1   wore dance pants similar to the dance pants being

2   worn by the Miss Royale Fashion Doll here?

3         A    Well, they came in various colors.  Like

4   when the OMG Girlz wore them, they wore the real

5   colorful ones, but for the most part, people who

6   took dance, they wore them in black or they didn't

7   wear the bright, bright colors, but you can buy

8   them in bright colors.

9         Q    I just want to make sure I understand

10  what this chart is showing.

11        So if we just go to the top page, just

12  the very first page.

13        A    Mm-hmm.

14        Q    And for instance, you got the very first

15  doll which is the Bhad Gurl doll.

16        A    That's what you have on your first page?

17        Q    Yeah.  You don't have that, the first

18  page of Appendix A?

19        A    It says -- it's the green with the lime

20  green --

21        Q    Yeah.  Yeah.  And it says -- you'll see

22  it says product name, and then it says, "OMG Remix

23  Rock individual dolls, Bhad Gurls."  B-H-A-D,

24  G-U-R-L.

25        Do you see that?

Page 95

```
 1            A    Oh, at the bottom it says -- you know,
 2    I'm looking at the top part.  Okay, I see.  What
 3    do you want to ask me?
 4            Q    So I just want to go through this chart
 5    and make sure I understand.  So you have the name
 6    of the product, and then you have the image of the
 7    doll, and then there's a column that says "Right
 8    of Publicity."
 9                 Do you know what that means?
10            A    Yes.
11            Q    What does that column represent?
12            A    I didn't create this and I didn't title
13    it, but -- so I'm not sure -- I could have my own
14    rendition of what it means, and someone else can
15    have theirs.  But each one is a description of the
16    right of publicity.  It's a description of -- I'm
17    just from my understanding, when -- I know this
18    particular one is when it was worn and by one of
19    the OMG Girlz this look.
20            Q    And so this is saying which -- which OMG
21    Girlz looks like this doll?
22            A    Right.  I -- like I said, I didn't
23    create this, but as -- if I had to look at it, I
24    would say it looked liked Zonnique, and Zonnique
25    is Ms. Pullins.
```

                                                Page 96

```
1          Q     So it says, "Right of Publicity, OMG
2     Girlz and/or Ms. Pullins."  Do you know what that
3     means?
4          A     OMG Girlz, and it reads, "Zonnique
5     Pullins of the OMG Girlz"?
6          Q     That's what you believe it means?
7          A     That's my understanding of that
8     particular one, yes.
9          Q     So you believe, for instance, this Bhad
10    Gurl doll has the same likeness as Zonnique
11    Pullins does.
12         A     She -- she has the likeness she had when
13    she did the concert for Xscape.  When she opened
14    for Xscape, she had the likeness at that time.
15         Q     So she looks -- she looks like Zonnique
16    Pullins looked on that one New Year's Eve concert.
17         A     Her hair was -- was the same color, and
18    it appears to be the detail of the look of her
19    hair at the --
20         Q     Was -- sorry.  I didn't mean to cut you
21    off.
22         A     No, it's okay.  No, go ahead.
23         Q     At that concert -- you said you were
24    there, correct?
25         A     Yes.
```

Page 97