David C. Scheper (SBN: 120174)
DScheper@winston.com
Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
Jiepu (Bobby) Li (SBN: 342224)
BLi@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

Cesie C. Alvarez (*pro hac vice*)
calvarez@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-1000

Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
Sheppard Mullin Richter Hampton LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: 713-431-7100

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA
"TINY" HARRIS, OMG GIRLZ LLC, and
*Counter-Claimants* GRAND HUSTLE, LLC,
PRETTY HUSTLE, LLC and OMG GIRLZ LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br><br>**DEFENDANTS' / COUNTERCLAIMANTS' REPLY IN SUPPORT OF ITS OFFER OF PROOF REGARDING THE APOLLO THEATER VIDEO**<br><br>Complaint Filed: December 20, 2020<br>Final Pretrial Conference Date: January 5, 2023<br>**TRIAL DATE: JANUARY 17, 2023 AT 9:00 A.M.** |

1  MGA's opposition fails to address or explain the fact that they showed a modified version of a Tik Tok video to the jury that was neither disclosed nor produced. They used the video with a witness, not as impeachment and not as substantive evidence, but simply to sling mud at Ms. Pullins in open court. (Rough Trial Tr. Day 3 AM 20:10-22:16). As stated in the opening brief, but for MGA's counsel line of cross examination questions, the Grand Parties would not have sought to introduce this video.

MGA has also created its own special carve out of documents called the "consumer deposition documents," meaning the documents that MGA's counsel selectively showed their consumers who were confused between the OMG Dolls and OMG Girlz. These documents were <u>not</u> produced during discovery, were <u>not</u> shown to any witnesses other than one of the five third-party consumers who was deposed on January 2, 2023. In other words, the Grand Parties saw these documents for the first time 15 days before trial and are prejudiced because there was no opportunity to examine MGA's witnesses about these documents. MGA attempts to use and has used these documents (that were never produced during discovery) with witnesses other than the five consumers. Specifically, MGA introduced these during the cross examinations of Ms. Pullins and Ms. Harris, over the Grand Parties' objections.

MGA should not have it both ways—they cannot on the one hand be able to introduce videos and images that were never produced in discovery, and on the other hand prevent the Grand Parties from using a single video that is actually relevant to the underlying facts of the case and MGA's explicit theme that the OMG Girlz were "nowhere." It would be unfair and prejudicial to prevent this video from being shown given the line of questioning by MGA's counsel and given the long leash that MGA has been granted to parade in prejudicially-late produced evidence.

For these and the reasons described in our opening brief, the Grand Parties respectfully request that the Court allow the Grand Parties to present the Apollo Video.

| | | |
|---|---|---|
| 1 | Dated: January 24, 2023 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: */s/ Erin Ranahan*<br>Erin R. Ranahan |
| 4 | | *Attorneys for Defendants* CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC |