UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**ORDER GRANTNIG COUNTER-DEFENDANTS' REQUEST FOR JUDICIAL NOTICE (FRE 201)**<br>**[555]** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>Counter-Defendants. | Complaint Filed: December 20, 2020<br>Trial Date:   January 17, 2023 |

The Court, having read and considered Counter-Defendants' request for judicial notice, and for good cause appearing, GRANTS the request and takes judicial notice of the following documents:

1. Exhibit A to the Declaration of Mark A. Finkelstein: A copy of the argument included in an Office Action response submitted to the United States Patent and Trademark Office by OMG Girlz LLC on March 7, 2013, in connection with their application to register the trademark OMG GIRLZ, Application Serial No. 85/638,201.

2. Exhibit B to the Finkelstein Decl.: A copy of the Office Action response submitted to the United States Patent and Trademark Office by OMG Girlz LLC on March 7, 2013 (without exhibits), in connection with their application to register the trademark OMG GIRLZ, Application Serial No. 85/638,201.

3. Exhibit C to the Finkelstein Decl.: A copy of the Office Action response submitted to the United States Patent and Trademark Office by OMG Girlz LLC on March 7, 2013 (with exhibits), in connection with their application to register the trademark OMG GIRLZ, Application Serial No. 85/638,201.

4. Exhibit D to the Finkelstein Decl.: A copy of the status page for the mark OMG GIRLZ, Application Serial No. 85/638,201.

5. Exhibit E to the Finkelstein Decl.: A copy of the status page for the mark OMG GIRLZ, Application Serial No. 85/624,072.

6. Exhibit F to the Finkelstein Decl.: A copy of the status page for the mark OMG GIRLZ, Application Serial No. 85/283,423.

7. Exhibit G to the Finkelstein Decl.: A copy of the status page for the mark OMG GIRLZ, Application Serial No. 85/164,158.

8. Exhibit H to the Finkelstein Decl.: A copy of the status page for the mark OMG GIRLZ, Application Serial No. 77/805,535.

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{248420.2}                              1

CASE NO. 2:20-CV-11548-JVS-AGR
COUNTER-DEFENDANTS' RJN

9. Exhibit I to the Finkelstein Decl.: A copy of the status page for the mark OMG GIRLZ, Application Serial No. 90/349,525.

IT IS SO ORDERED.

Dated: January 26, 2023 _____

Hon. James V. Selna
United States District Judge

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{248420.2}

2

CASE NO. 2:20-CV-11548-JVS-AGR
COUNTER-DEFENDANTS' RJN