# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>　　　　　Counter-Claimants,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>　　　　　Counter-Defendants. | **Case No.  2:20-cv-11548-JVS-AGR**<br><br>**ORDER GRANTING DEFENDANTS AND COUNTER-CLAIMANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [552]** |

1  The Court, having considered Defendants Clifford "T.I." Harris, Tameka "Tiny"
2  Harris, and OMG GIRLS LLC ("Defendants") and Counter-Claimants Grand Hustle,
3  LLC, Pretty Hustle, LLC, and OMG Girlz LLC ("Counter-Claimants") Application for
4  Leave to File Documents Under Seal, and for good cause appearing, hereby grants the
5  Application and ORDERS the following documents to be filed under seal:

| Document | Portions to be sealed |
|---|---|
| DEFENDANTS' AND COUNTER-CLAIMANTS' NOTICE OF PARTIES' DEPOSITION DESIGNATIONS FOR CHRISTINA ROBINSON DAY 1 AND DAY 2 | Exhibits A and B |

IT IS SO ORDERED.

Dated: January 27, 2023

_____
Honorable James V. Selna
United States District Judge