# DENIED
BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Cross-Complainants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | **Case No. 2:20-cv-11548-JVS-AGR**<br><br>**[PROPOSED] ORDER GRANTING THE GRAND PARTIES' NOTICE AND *EX PARTE* APPLICATION FOR RECONSIDERATION OF THE COURT'S RULING REGARDING EMOTIONAL DAMAGES** |

1  The Court, having considered Defendants Clifford "T.I." Harris, Tameka "Tiny"
2  Harris, and OMG GIRLS LLC ("Defendants") and Counter-Claimants Grand Hustle,
3  LLC, Pretty Hustle, LLC, and OMG Girlz LLC ("Counter-Claimants") *Ex Parte*
4  Application For Reconsideration of the Court's Ruling Regarding Emotional Damages,
5  hereby GRANTS the application.

**IT IS SO ORDERED.**

**DENIED**

Dated:_February 2, 2023        BY ORDER OF THE COURT
                               Honorable James V. Selna
                               United States District Court Judge

1
[PROPOSED] ORDER GRANTING THE GRAND PARTIES' NOTICE AND EX PARTE APPLICATION FOR
RECONSIDERATION OF THE COURT'S RULING REGARDING EMOTIONAL DAMAGES