UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11548-JVS (AGRx) | Date | February 2, 2023 |
|---|---|---|---|
| Title | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chase Scolnick | David Scheper |
| Jennifer Keller | John Keville |
| Mark Finkelstein | Erin Ranahan |
| | Chante Westmoreland |

**Proceedings:** **Status Conference**

    Cause is called for hearing and counsel make their appearances.  Court and counsel confer.  The parties are ordered to file briefs regarding the order to show cause as discussed on the record within 2 weeks.

    The Court directs the parties within 60 days to meet with the Magistrate Judge or a private mediator for further settlement discussions.

    The jury trial is set for May 9, 2023 at 8:30 a.m.

                                                                              : 20

Initials of Preparer    eva