UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>　　　　Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**ORDER GRANTNIG COUNTER-DEFENDANTS' SECOND REQUEST FOR JUDICIAL NOTICE (FRE 201) [582]** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>　　　　Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>　　　　Counter-Defendants. | Complaint Filed:  December 20, 2020<br>Trial Date:   January 17, 2023 |

The Court, having read and considered Counter-Defendants' request for judicial notice, and for good cause appearing, GRANTS the request and takes judicial notice of the following documents:

1. Exhibit A to the Finkelstein Decl.: A copy of the Request for Express Abandonment for the mark OMG GIRLZ, Application Serial No. 85/164,158, submitted to the USPTO on March 23, 2011.

2. Exhibit B to the Finkelstein Decl.: A copy of the status page for the mark L.O.L. SURPRISE! O.M.G. OUTRAGEOUS MILLENNIAL GIRLS REMIX, Application Serial No. 97/020,183.

3. Exhibit C to the Finkelstein Decl.: A copy of the status page for the mark L.O.L. SURPRISE! REMIX, Application Serial No. 97/020,207.

4. Exhibit D to the Finkelstein Decl.: A copy of the status page for the design mark L.O.L. SURPRISE!, Application Serial No. 87/461,400.

5. Exhibit E to the Finkelstein Decl.: A copy of the status page for the mark L.O.L. SURPRISE!, Application Serial No. 87/461,324.

IT IS SO ORDERED.

Dated: February 09, 2023

Hon. James V. Selna
United States District Judge

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{248954.1}                                1

CASE NO. 2:20-CV-11548-JVS-AGR
ORDEDR ON COUNTER-DEFENDANTS' RJN