KELLER / ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
18300 Von Karman Ave., Ste. 930
Irvine, California 92612
Telephone: (949) 476-8700

UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
1920 Main Street, Suite 750
Irvine, California 92614
Telephone: (949) 679-0052

MGA ENTERTAINMENT, INC.
Elizabeth Lachman (SBN 261644)
ELachman@mgae.com
Laurence Cheng (SBN 306299)
Laurence.cheng@mgae.com
9220 Winnetka Avenue
Chatsworth, California 91311
Telephone: (818) 894-2525

*Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants,<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**PLAINTIFF AND COUNTER-DEFENDANTS' RESPONSE TO OSC AND OFFER OF PROOF AS TO THE ADMISSIBILITY OF CERTAIN EVIDENCE**<br><br>Complaint Filed: December 20, 2020<br>Trial Date:      May 9, 2023 |

As directed by the Court at the February 2, 2023 status conference, Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendant Isaac Larian ("MGA") submit this response to OSC and offer of proof regarding certain evidence which MGA intends to present at the retrial. In particular, MGA intends to present evidence of (1) defendant Clifford "T.I." Harris' profane and misogynistic lyrics, (2) Zonnique Pullins' profane lyrics and social media posts, (3) Ms. Pullins' arrest for unlawful gun possession (4) Mr. Harris' criminal history, and (5) allegations of sexual misconduct against Mr. Harris and defendant Tameka "Tiny" Harris.

### 1. Mr. Harris' Profane and Misogynistic Lyrics

Counter-Claimants' claims are based on the theory that the OMG Girlz are a ripe source of inspiration and/or copying for a line of children's dolls such as MGA's L.O.L. Surprise! O.M.G. dolls. Counter-Claimants' evidence also showed that the OMG Girlz's brand is inextricably intertwined with the brand and image of Mr. and Mrs. Harris. The OMG Girlz's public image cannot be divorced or separated from that public image of Mr. and Mrs. Harris. Even if Counter-Claimants tried to distance these brands hoping to sanitize the OMG Girlz's image, this would be a factual issue which MGA must be permitted to pursue. Whether MGA's designers knew of the OMG Girlz or not, MGA must be able to rebut Counter-Claimants' assertion that the OMG Girlz's brand is compatible with the MGA dolls claimed to have been inspired by, copies of, and confused with the OMG Girlz. Nor must MGA acquiesce to or accept Counter-Claimants' self-serving portrayal of themselves simply because most MGA designers had no awareness of the OMG Girlz before this lawsuit.

Counter-Claimants' opening statement and the evidence they presented highlighted that the OMG Girlz's biggest source of public exposure was through their presence on reality television shows featuring Mr. and Mrs. Harris. For example, Counter-Claimants' counsel asserted that "*the OMG Girlz were frequently presented in 2011 and for the next several years* showing themselves off to the audience that Mom and Dad had on their reality TV show – *millions of eyeballs* on that as well."

Scolnick Decl., Ex. A (1/18/23 AM RT) at 41:18-21 (emphasis added). Counter-Claimants' opening statement further claimed Mr. Harris not only was "encouraging" and "supportive" of the OMG Girlz but he also "provided the television show platform." *Id*. at 55:4-6. During her direct examination, Mrs. Harris echoed these assertions. She stated the OMG Girlz not only appeared on her initial reality show, the Tiny & Toya Show, but that the OMG Girlz "were actually created on the Tiny & Toya show." Scolnick Decl., Ex. C (1/19/23 AM RT) at 104:16-24. Mrs. Harris further testified the OMG Girlz were "pretty much all over" the next iteration of the Harris family's reality show, which was Mr. and Mrs. Harris' "T.I. and Tiny Show." *Id*. at 106:25-107:5.

Besides the reality shows, Mr. Harris also appeared in the OMG Girlz's most viewed music video ("Where the Boys At"), wrote lyrics on one of their songs, allowed them to use his music studio, and promoted them to his fans. *See, e.g.*, Scolnick Decl., Ex. A (1/18/23 AM RT) at 114:1-115:2. Counter-Claimants assert MGA was paying attention to these developments and ultimately incorporated the OMG Girlz's brand into their dolls. For example, Counter-Claimants' opening statement claimed that "someone [who] worked at MGA Entertainment" followed the OMG Girlz's "reunion" show and "later translated" the OMG Girlz's outfits at that show into MGA's dolls. *Id*., Ex. A (1/18/23 AM RT) at 46:10-15.

Unable to avoid the interconnection between the OMG Girlz's brand and the Harris family's brand, Counter-Claimants repeatedly used footage from Mr. and Mrs. Harris's reality TV shows to provide a manicured, sanitized, and misleading image of the Harris family. During the direct examination of Mrs. Harris, for example, Counter-Claimants' counsel played a videotape clip from the Harris family's reality show that attempted to portray Mr. and Mrs. Harris is a glowingly positive light. *See* Scolnick Decl., Ex. C (1/19/23 AM RT) at 109:20-110:10; Trial Ex. 187. It would be grossly unfair to permit Counter-Claimants to present this image to the jury to support their claimed inference that the OMG Girlz and Harris family's image were

1  compatible with MGA's doll line, without MGA being permitted to correct and rebut
2  that misleading inference with conflicting evidence.
3      Mr. Harris is famous primarily as a rap artist.  While his music has gained him
4  fame, it also presents an image and brand completely at odds with line of dolls
5  marketed for sale to girls.  Besides frequent use of the "n-word" (which MGA does
6  not intend to focus on during the retrial), Mr. Harris' lyrics are extraordinarily
7  offensive and make explicit, upsetting, and demeaning references to sexual violence.
8  For example, in 2014, Mr. Harris wrote and released a song called "No Mediocre"
9  which includes a chorus of Mr. Harris rapping these lyrics:

> All I fuck is bad bitches
> I don't want no mediocre hoe
> Don't want no mediocre
> I don't want no mediocre no
> Bad bitches only
> Ain't no mediocre hoe
> Don't want no mediocre
> I won't hit no mediocre
> You a bad bitch
> Stuntin' on them mediocre hoe
> On them mediocre
> You stunt on them mediocre
> 7 bitches with me and ain't none of them mediocre
> From they head to they toes they so far from mediocre

Scolnick Decl., Ex. D.  The first verse of the song continues with Mr. Harris rapping the lyrics:

> Right hand in the air
> I solemnly swear
> I never fuck a bitch if she don't do her hair
> No more, you won't get no dick if there's a bush down there
> Girl I should see nothing but pussy when I look down there

*Id*.

In 2013, Mr. Harris also wrote and released a song called "Wit Me," on which he raps with another rapper named Lil Wayne.  The song begins with Lil Wayne rapping the lyrics:

> Bitch! Put my dick in yo' face, put my gun in yo' purse
> Put my work in yo pussy, bitch don't cum on the work

1  Scolnick Decl., Ex. E.

2  In 2013, Mr. Harris also wrote and released a song called "Memories Back
3  Then," which begins with Mr. Harris rapping the lyrics:

> Aye, in my apartment a long time ago
> I knew a bad bitch, but she was kind of slow
> Still gave it up when it's a few of us
> She let me finger fuck her on the school bus
> We used to cut school with her and run train
> She want to hang with us, we want one thing
> Just penetrating her throat, dawg
> She choke on it like smoke, dawg

9  Scolnick Decl., Ex. F.

10  Each of these songs appeared on the Billboard Top 100, including "No
11  Mediocre" peaking at #33 and being on the Top 100 chart for 20 weeks. Scolnick
12  Decl., Ex. H. And each song was released during the same time the OMG Girlz were
13  appearing on Mr. Harris' reality shows.

14  Mr. Harris' lyrics are relevant regardless of whether anyone at MGA was
15  familiar with the OMG Girlz or Mr. Harris during the design of MGA's L.O.L.
16  Surprise! O.M.G. dolls. Counter-Claimants assert the OMG Girlz inspired and were
17  copied by MGA during the design. MGA must be permitted to show that claim's
18  lack of reasonableness or credibility. The OMG Girlz's and Mr. Harris's brands were
19  permanently linked, especially through the time period representing the peak of
20  whatever fame the OMG Girlz achieved. And during that same time, Mr. Harris
21  released music and displayed a persona completely contrarian to the brand and image
22  which any toy manufacturers, including MGA, would desire for a line of dolls.

23  But the evidence at trial also will show that a doll designer at MGA *did* have
24  familiarity with Mr. Harris. Lora Stephens, the designer of the Runway Diva doll at
25  issue, had seen the OMG Girlz on Mr. Harris' reality show. Stephens Decl., ¶ 4. And
26  she was familiar with Mr. Harris' music, including his misogynistic lyrics. *Id.*, ¶ 7.
27  She will testify that she would never design a doll affiliated directly or indirectly with
28  Mr. Harris or any of his affiliated brands, including the OMG Girlz. *Id.*, ¶ 5. Nor

4

would she let anyone else in MGA's design team submit any such design for approval. *Id*.

### 2. Evidence of Zonnique Pullins' Profane Lyrics and Social Media Posts

As with Mr. Harris, Ms. Pullins' lyrics contain profane and offensive lyrics incompatible with a children's doll line. At trial, Counter-Claimants asserted MGA was familiar with all aspects of Ms. Pullins' career and allegedly paid particularly attention to a New Year's Eve performance in 2017 in which the OMG Girlz allegedly reunited, while Ms. Pullins was touring for her solo career.

Counter-Claimants assert MGA stole a hairstyle for one of the dolls from Ms. Pullins "Love Jones" album cover, which was released in 2017. Counter-Claimants showed the jury a demonstrative including the photograph from that album cover next to a photograph of the Lady Diva doll with an arrow indicating "Similar Hair." Scolnick Decl., Ex. I. That very album contains numerous songs with offensive lyrics and themes. For example, on the song "I'm Great," Ms. Pullins sings the lyrics:

> I don't care how you feel bout that
> I'ma step back stay away from the fast, fuck what another bitch said I don't trip about shit like that
> [. . .]
> And I don't really give a fuck cause I was built like that (built like that)
> And I'ma keep stuntin' for sure you better know big bank roll showing out on a bitch like that (gah damn) yeah yeah

Scolnick Decl., Ex. G. Likewise, in 2015, Ms. Pullins' released a single called "My N$***" with a cover art depicting a handgun, which Ms. Pullins acknowledged was not appropriate or appealing for children's toys. *See, e.g.*, Scolnick Decl., Ex. C (1/19/23 AM RT) at 11:12-18, 14:17-21. Counter-Claimants cannot have it both ways. They cannot assert MGA was familiar with Ms. Pullins' music, and copied the images on her album covers, while concealing from the jury the offensive lyrics that make Ms. Pullins' brand repulsive to a toy company and its consumers.

Ms. Pullins' social media posts are relevant for the same reasons. She testified she frequently uses social media to connect with her fans and promote her brands, including the OMG Girlz. Scolnick Decl., Ex. B (1/18/23 PM RT) at 34:6-35:13. And on direct examination, she testified about some of her social media posts, her reasons for certain posts, and how many followers she had on social media. *See, e.g., id.* at 32:14-33: 22. She also acknowledged she frequently uses profanity on those same social media accounts. Scolnick Decl., Ex. C (1/19/23 AM RT) at 23:13-15. Counter-Claimants' reliance on Ms. Pullins' social media presence and selected posts deemed helpful to their case opens the door to MGA examining Ms. Pullins about other posts that present her in a less flattering light and undermine Counter-Claimants' position that the OMG Girlz, of which Ms. Pullins was a key part, were so attractive to MGA it copied or was inspired by their likeness.

### 3. Evidence of Ms. Pullins' Arrest For Unlawful Gun Possession

In 2016, Zonnique Pullins was arrested in Atlanta on weapons charges. During this case, Counter-Claimants have claimed one of MGA's dolls infringe on the OMG Girlz because the doll's hair resembled her hair in her "iconic" mug shot. At trial, Ms. Pullins repeated these claims. She testified that she believes the Ferocious doll infringed on her "iconic signature look" of having a "ponytail laying on top of the head." *See* Scolnick Decl., Ex. C (1/19/23 AM RT) at 33:20-35:23. Although MGA did not introduce the mugshot photograph, Ms. Pullins testified that she believed a "particular photograph" of her with that hairstyle "went viral" and started the trend. *Id*.

Counter-Claimants cannot fairly claim that MGA copied Ms. Pullins' look from a photograph without MGA being able to show that the photograph was a mug shot following Ms. Pullins' arrest. That the publicized photograph came from a mug shot—and gained notoriety only in connection with Ms. Pullins' arrest—undermines any possible inference that MGA would copy from it. The jury would be misled if it

were not provided the critical context in which the photograph allegedly inspiring Ferocious' hairstyle was taken.

The photograph and its origin also rebuts the sanitized image Counter-Claimants and Ms. Pullins aimed to portray of her during trial. Counter-Claimants' promotion at trial of a wholesome and kid-friendly image suggested by curated clips from reality television, and the need to rebut that with critical context (e.g., that the "iconic" photo allegedly copied by MGA came from a mug shot), was not something considered by the Court before trial.

### 4. Evidence of Mr. Harris' Criminal History[1]

As exemplified through his lyrics, Mr. Harris became famous through his history and glorification of drug dealing and violence. *See, e.g.*, Stephens Decl., ¶ 8. He often is credited with popularizing the rap subgenre known as "trap music," and he even named one of his albums, "Trap Musik." This genre of music—"trap music"—is named after crack houses in Atlanta. *Id*. One of Mr. Harris' songs is "Rubber Band Man," which he named after his practice of wearing rubber bands around his hands to carry the money he made from drug dealing. *Id*. And in at least one of his interviews, Mr. Harris bragged about running ten crack houses. Scolnick Decl., ¶ 2.

Mr. Harris' criminal history and convictions also have new relevance given Counter-Claimants' evidence presenting a false, sanitized image of the Harris family. In addition to the videos Counter-Claimants already introduced at trial, they sought to show the jury even more evidence depicting Mr. Harris performing and interacting with the OMG Girlz.

The evidence of Mr. Harris' past criminal history is not improper under FRE 404. MGA does not seek to introduce it to prove Mr. Harris' character or that he acted in accordance with a certain character trait on a certain occasion. Indeed,

---

[1] The Court previously found MGA must make an offer of proof if it wishes to presented evidence of Mr. Harris' prior crimes. *See* Dkt. 502.

whether Mr. Harris actually committed the charged and uncharged crimes in the past is immaterial.  What matters is that he created and cultivated a public persona and image based on drug-dealing and criminal activity, and that his public brand cannot be segregated from the OMG Girlz given the group gained exposure largely due only to their association with Mr. Harris.  And the evidence of Mr. Harris' prior alleged crimes—which were known at least to MGA designer, Lora Stephens—shows MGA had no intent or desire to mimic or copy the OMG Girlz's brand.  *See, e.g.*, Stephens Decl., ¶¶ 7-8.  Such evidence is permissible under FRE 404(b).

### 5.     Allegations of sexual misconduct against Mr. and Mrs. Harris

In early 2021, numerous alleged victims made accusations of sexual assault against Mr. and Mrs. Harris.  *See, e.g.*, https://www.thecut.com/2021/09/ti-tameka-harris-sexual-assault-allegations.html.  More than a dozen women ultimately came forward with allegations "which span from 2005 to 2018" and "include rape, sexual abuse, drugging, kidnapping, false imprisonment, intimidation, assault, and harassment." *Id.*

These allegations were widely reported in the press and on social media.  MGA designer, Lora Stephens, was aware of these allegations, and she will testify that she would never have designed any doll or let anyone else at MGA design a doll associated with such controversial figures.  Stephens Decl., ¶ 5. These allegations arose during the same time that MGA was developing the "Queens" line of L.O.L. Surprise! O.M.G. dolls, one of which Ms. Stephens designed and which Counter-Claimants claim infringe the OMG Girlz's trade dress and likeness.  *Id*.

Further, MGA's dolls typically are purchased by mothers or older female family members for children, most often girls.  These potential consumers would be especially disturbed by any connection between the dolls and Mr. or Mrs. Harris, even more so given the news about the sexual abuse allegations occurred before and contemporaneously with the release of the Queens and other lines of dolls at the center of Counter-Claimants' allegations.  That the Harris's reality TV show was

cancelled in response to the numerous allegations of their sexual misconduct only underscores how offensive their brand would be to potential consumers.

Separately, in 2019, Mr. Harris received a lot of negative publicity because tricked his daughter into unwittingly submitting to a "virginity test," in which her gynecologist apparently examined her hymen to determine whether she had engaged in sexual intercourse.[2]  The fallout from his incident was addressed in multiple episodes of the Harris family's reality television show.[3]  And it was known to MGA designer Lora Stephens, who found Mr. Harris' behavior repugnant. Stephens Decl., ¶ 6.

MGA's dolls are about empowering little girls.  Besides the Harris family and OMG Girlz being especially incompatible with MGA's brand after the sexual abuse allegations, MGA would never have risked boycotts or being "cancelled" by licensing or basing a product on those associated with such controversial figures.

As with Mr. Harris' prior criminal history, this evidence is permissible under FRE 404.  Again, MGA does not seek to admit this evidence to prove Mr. Harris' character, and whether the allegations are true or not is beside the point.  That the many sexual misconduct allegations were asserted and publicized—and known to MGA designers and the doll-consuming public—was more than enough to ensure MGA steered clear of anything having to do with the Harris family or the OMG Girlz.

Dated: February 16, 2023

KELLER/ANDERLE LLP

By: _____
Chase A. Scolnick
Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

---

[2]  *See, e.g.*, https://www.cbsnews.com/news/virginity-testing-rapper-ti-says-he-visits-gynecologist-every-year-with-daughter-deyjah-to-check-her-hymen/

[3]  *See, e.g.*, https://www.etonline.com/tis-daughter-deyjah-gets-candid-about-his-controversial-virginity-comments-148189

**LOCAL RULE 11-6.2 CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian, certifies that this brief contains 2,935 words, which complies with the word limit of L.R. 11-6.1

Dated: February 16, 2023         KELLER/ANDERLE LLP

                        By: _____
                             Chase A. Scolnick
                             Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian