Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
Cesie Alvarez (*pro hac vice*)
calvarez@winston.com
Jiepu (Bobby) Li (SBN: 342224)
bli@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: 713-431-7100

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS,
OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC,
PRETTY HUSTLE, LLC and OMG GIRLZ LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Cross-Complainants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br><br>**DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF DEFENDANTS' / COUNTERCLAIMANTS' OPPOSITION TO MOTION FOR FURTHER SANCTIONS** |

1.     I am a Partner at the law firm of Winston & Strawn LLP, and Winston & Strawn LLP is counsel of record for Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counter-Claimants Grand Hustle, LLC, Pretty Hustle LLC and OMG Girlz LLC (collectively "Defendants") in this matter. I have personal knowledge of the following facts, an if called as a witness, I could and would testify competently to these facts under oath. I submit this declaration in support of the Grand Parties' Opposition to MGA's Motion for Further Sanctions.

2.     I was present during the January 18, 2023 cross-examination of Ms. Zonnique Pullins conducted by Ms. Jennifer Keller. I observed Ms. Keller raise her arm with her middle finger raised when she questioned Ms. Pullins.

3.     I also was present during the January 19, 2023 cross-examination of Ms. Zonnique Pullins conducted by Ms. Jennifer Keller. I observed Ms. Keller repeatedly use the N-word in her examination of Ms. Pullins.  My clients, the attorneys on our team, and many other observers expressed discomfort and shock by excessive the N-word questioning by Ms. Keller.

4.     On January 20, 2023, two young black IP attorneys, that I had never spoken to before, spoke to me during a break in the courthouse eating area. They informed me that they attended the proceedings on January 19, 2023 and left the courtroom because of Ms. Keller's use of the N-word during her cross-examination of Ms. Pullins made them feel so uncomfortable.

5.     I understand that MGA is somehow seeking to attribute multiple filings and a press statement to me personally in an effort to continue its relentless campaign to have me personally sanctioned, disciplined, and impede by ability to meaningfully participate in representing my clients in this case.  But the statements in the opposition to MGA's motion for mistrial, the joint press statement in response to the mistrial and the *ex parte* application regarding emotional damages were collective pleadings and statements that were done in good faith amongst counsel on behalf of our clients. Unlike the personal vitriol that has been thrown upon me by MGA, from Mr. Larian's

1  deposition through the Keller Anderle firm coming aboard in November 2022, none of
2  these litigation efforts were aimed at causing harm to any attorney's reputation,
3  vocation, or standing with the Court.
4        6.      On January 25, 2023, I requested the opportunity to speak, and understood
5  the Court responded that I could speak in connection with the discussion about the
6  mistrial, and in particular the suggestion that we intended to include the testimony that
7  was deemed to be too prejudicial to MGA to continue. The transcript stated:
8        MS. RANAHAN: Your Honor, could I just be heard
9        briefly?
10       THE COURT: Please.
11       MS. RANAHAN: So, Your Honor, we did not even
12       oppose that motion because we don't actually believe that
13       that theme is helpful for our side or for the jury here
14       either. In fact, when that came out, I believe there was
15       visible wincing.
16       THE COURT: I'm not sure what you're taking about.
17       MS. RANAHAN: The statement that was -- the
18       inflammatory statement that is being held as being unable to
19       be unrung.
20       THE COURT: Okay.
21       MS. RANAHAN: Actually we believe the impact of a
22       statement like that hurts our case, and there was visible
23       reaction to that statement.
24       We did not even oppose that motion in limine,
25       Your Honor. We do not want that theme before this jury in
26       particular. This is not Los Angeles. There's not a single
27       black member on the jury. We actually do not even believe
28       it's helpful to us.

I can visibly see the jury wincing, so we would not
have wanted that before the jury. And we don't believe that
the prejudicial effect of that statement is going to impact
their ability to be fair. If anything, it could have the
opposite effect.

THE COURT: Ms. Ranahan, didn't I hear Mr. Scheper
fully on this issue? Please be seated.

Following that instruction from the Court, I immediately sat down without any further comment. Given the magnitude of the mistrial ruling, I understood the Court was allowing me to make a comment for the record, but the moment it became clear that the Court did not want to hear any more from me, I said no more. I was thus surprised to hear the Court raise this particular instance against me on February 2, or that MGA would include it as part of their latest effort to sanction me personally.

7. On January 25, 2023, I provided a statement prepared by the clients, with input from several members of the trial team, to respond to any inquiries regarding the mistrial on behalf of our clients. We all had the same statement and intended to each send out to whichever inquiries we received. I am aware that at least three different attorneys on my team sent out the same statement, including Ms. Alvarez, Ms. Westmoreland and myself. Attached hereto as **Exhibit A** is a true and correct copy of the January 25, 2023 where Ms. Westmoreland emailed to Law360 the same statement prepared by the trial team to a media reporter.

I declare under penalty of perjury, under the laws of the United States that the above is true and correct. Executed on February 17, 2023 at Newport Beach, California.

WINSTON & STRAWN LLP

By:/s/ Erin R. Ranahan
Erin R. Ranahan

DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF DEFENDANTS' / COUNTERCLAIMANTS' OPPOSITION