UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 20-11548-JVS(AGRx) | Date | March 7, 2023 |
| Title | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] Order Re Motions for Sanctions

<u>MGA Entertainment Inc. v. Clifford T.I. Harris et al., AND RELATED</u> COUNTERCLAIMS, 2:20-cv-11548-JVS (AGRx)

<u>Minute Order re Motions for Sanctions</u>

  MGA Entertainment, Inc. ("MGA") has filed a Motion for Further Sanctions. (Docket No. 599.) Clifford ("T.I.") Harris, *et. al.,* have filed an opposition (Docket No 601), and MGA has replied (Docket No. 607).

  The Court takes the Motion under submission, and vacates the March 13, 2023 hearing date.

                      :

               Initials of Preparer    eva