Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
Jiepu (Bobby) Li (SBN: 342224)
BLi@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

Cesie C. Alvarez (*pro hac vice*)
calvarez@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111
Telephone: (415) 591-1000

John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
Sheppard Mullin Richter Hampton LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: (713) 431-7100

*Attorneys for Defendants CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MGA ENTERTAINMENT, INC., a California corporation,

Plaintiff,

vs.

CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,

Defendants.

GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,

Counter-Claimants,

vs.

MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,

Counter-Defendants.

**Case No. 2:20-cv-11548-JVS-AGR**

**LETTER IN SUPPORT OF WINSTON & STRAWN'S OPPOSITION TO MGA'S MOTION FOR SANCTIONS**

Complaint Filed: December 20, 2020

**TRIAL DATE: MAY 9, 2023 AT 8:30 A.M.**

Sheppard Mullin counsel has recently taken over as lead counsel in this case. We understand from the attorneys involved and from the hearing held on February 2, 2023 that there were issues in how the proceedings up to and through the first trial unfolded. As new lead counsel, we take responsibility for the conduct going forward and hope to reassure the Court that Defendants/Counter-Claimants will follow the Court's rulings and engage with opposing counsel with civility and professionalism. We also agree with the opposition brief filed by our co-counsel—there is no need for additional sanctions or admonishments. The Court made clear its thoughts about the conduct that occurred at the first trial. The second trial will not proceed in the same manner.

We also note that the Sanctions Motion begins "[t]his is not a motion MGA envisioned having to bring," but MGA is no stranger to sanctions motions. From a brief review of two dockets, MGA appears to regularly seek monetary sanctions against opposing counsel and/or the opposing party. For example, in *Art Attacks, Inc. v. MGA Entertainment*, Case No. 3:04-cv-1035-JAH-BLM, MGA moved for sanctions (including the cost of preparing the then-pending motion) at least three times. (*See* 3:04-cv-1035, Dkts. 127, 138, 202). Each of these requests were denied. (Dkts. 158, 213, 286). Similarly, in *Bryant v. Mattel*, 2:04-cv-09049-DOC-RNB (in which MGA Entertainment was an intervenor defendant), MGA moved for sanctions at least seven times (*See* 2:04-cv-09049, Dkts. 4190, 4385-30, 6112, 7056, 7087, 7677, 8258). Each of the publicly available orders for these motions show that they were either denied, or, in one instance, withdrawn. (Dkts. 4237, 4385-31, 6611, 7299, 7333). Defendants/Counter-Claimants hope that the pattern of repeated sanctions motions, and other motions, does not spill over to this case. We respectfully request that the Court deny the current Motion.

Dated: March 9, 2023

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ John R. Keville
John R. Keville

*Attorneys for Defendants CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC*

# CERTIFICATE OF SERVICE

**United States District Court for the Central District of California**

**CASE NO. 2:20-CV-11548-JVS-AGR**

I am a resident of the State of Texas, employed in the County of Harris; I am over the age of eighteen years and not a party to the within action; my business address is 700 Louisiana, Suite 2750 Houston, TX 77008. On March 9, 2023, I served on the interested parties in this action the within document(s) entitled: Letter in Support of Winston & Strawn's Opposition To MGA's Motion For Sanctions.

[ X ] **BY EMAIL:** The document was sent electronically to each of the individuals at the email addresses(es) indicated on the attached service list, pursuant to C.C.P. Section 1010.6 and C.R.C. Rules 2.256 and 2.251. The transmission as made with no error reported.

[ ] **BY U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Mark A. Finkelstein,<br>mfinkelstein@umbergzipser.com<br>Umberg Zipser LLP<br>1920 Main Street, Suite 750<br>Irvine, CA 92614 | Laurence Cheng<br>Laurence.cheng@mgae.com<br>Elizabeth Lachman<br>ELachman@mgae.com<br>MGAE Entertainment, Inc.<br>9220 Winnetka Avenue<br>Chatsworth, California 91311 |
| KELLER / ANDERLE LLP<br>Jennifer L. Keller<br>jkeller@kelleranderle.com<br>Chase A. Scolnick<br>cscolnick@kelleranderle.com | |

| Jay P. Barron<br>jbarron@kelleranderle.com<br>18300 Von Karman Avenue, Suite 930<br>Irvine, California 92612 Telephone:<br>(949) 476-8700 | |
|---|---|

I declare under penalty of perjury, under the laws of the United States that the above is true and correct. Executed on March 9, 2023 at Houston, Texas.

By: /s/ John R. Keville
John R. Keville