| | |
|---|---|
| 1 | Erin R. Ranahan (SBN: 235286) |
| | eranahan@winston.com |
| 2 | Cesie Alvarez (*pro hac vice*) |
| | calvarez@winston.com |
| 3 | Jiepu (Bobby) Li (SBN: 342224) |
| | bli@winston.com |
| 4 | WINSTON & STRAWN LLP |
| | 333 S. Grand Avenue |
| 5 | Los Angeles, CA 90071-1543 |
| | Telephone:  (213) 615-1700 |
| 6 | |
| 7 | John R. Keville (*pro hac vice*) |
| | jkeville@sheppardmullin.com |
| 8 | Chante B. Westmoreland (*pro hac vice*) |
| | cwestmoreland@sheppardmullin.com |
| 9 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | 700 Louisiana Street, Suite 2750 |
| 10 | Houston, TX 77002 |
| | Telephone: 713-431-7100 |

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS,
OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC,
PRETTY HUSTLE, LLC and OMG GIRLZ LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation, | **Case No.  2:20-cv-11548-JVS-AGR** |
| Plaintiff, | **NOTICE OF SATISFACTION OF PAYMENT REGARDING COURT ORDER** |
| vs. | |
| CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC, | |
| Cross-Complainants, | |
| vs. | |
| MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive, | |
| Counter-Defendants. | |

NOTICE OF SATISFACTION OF PAYMENT REGARDING COURT ORDER

The Grand Parties' counsel, Erin Ranahan, files this notice to correct and respond to the claims by MGA that the $1000 sanctions had not been paid to MGA.

MGA has now confirmed receipt of the $1000 payment from Ms. Ranahan. Ranahan Decl. ¶ 10 and Ex. 11.

The Court's Order regarding sanctions was internally circulated on January 26, which gave 30 days to comply, which fell on a Saturday, making the earliest deadline Monday, February 27.[1]

Ms. Ranahan communicated extensively and in good faith with MGA's counsel since February 10 about to whom and where to make the payment. [Ranahan Decl. ¶¶ 2-10, Ex. 1-11.]  After MGA did not respond for four days to the inquiry Ms. Ranahan made on February 10, Ms. Ranahan again followed up. [*Id.* at ¶¶ 2-3 and Ex.1-2.] Ms. Ranahan subsequently asked on February 24 whether there was a way to instantly make the payment through various electronic payment options such as Venmo, Zelle or some other means, and was told that was not possible, but to send the payment in a check through the mail.  Ms. Ranahan put the payment in the mail on February 25, 2023. [*Id.* at ¶ 6 and Ex. 6.] Ms. Ranahan also asked MGA's counsel to let her know if they did not receive payment. *Id.* at Ex. 2.

MGA's counsel never indicated during any communications with counsel that they believed the payment was overdue or that they had not received the payment until the public filing on March 10, 2023, in response to the one-page filing by Mr. Keville. Upon reading MGA's filing on March 10, Ms. Ranahan immediately emailed counsel to see if she could personally deliver another payment on Friday, March 10, but was told that the office was closed until Monday morning, March 13.  *Id.* at ¶ 9 and Ex. 10. Thus, Ms. Ranahan had the payment personally delivered on the morning of March 13, which has now been confirmed. *Id.* at ¶ 10 and Ex. 11.

This is simply another example of MGA being opportunistic and wasting the

---

[1] The Order was published on February 7, and thus another interpretation was that payment was 30 days from the publication of the order.

Court's time on issues that could have been better worked out between counsel if that was indeed the goal, as opposed to filing yet another inflammatory pleading smearing counsel in this case.

Dated: March 13, 2023                        WINSTON & STRAWN LLP

                                             By: /s/ *Erin R. Ranahan*
                                                  Erin R. Ranahan

                                             *Attorney for Defendants*
                                             *CLIFFORD "T.I." HARRIS, TAMEKA*
                                             *"TINY" HARRIS, OMG GIRLZ LLC, and*
                                             *Counter-Claimants GRAND HUSTLE, LLC,*
                                             *PRETTY HUSTLE, LLC and OMG GIRLZ*
                                             *LLC*