UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 20-11548-JVS (AGRx) | Date | May 1, 2023 |
| Title | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS]** Order re Further Sanctions [599]

<u>MGA Entertainment Inc. v. Clifford T.I. Harris et al.</u>, AND RELATED COUNTERCLAIMS, 2:20-cv-11548-JVS (AGRx)

<u>Minute Order re Further Sanctions</u>

MGA Entertainment, Inc. ("MGA") has filed a Motion for Further Sanctions. (Docket No. 599.) Clifford "T.I." Harris, *et al.* ("OMG Parties) have filed an opposition (Docket No. 601), and MGA has responded (Docket No. 607).

By its nature, the Motion invokes–either directly and indirectly–the sound discretion of the Court. The Court declines to exercise its discretion.

The Motion is denied.

The new trial turns a new leaf. The Court will hold the parties to the highest ethical and professional standards.

| | : | 0 |
|---|---|---|
| Initials of Preparer | eva | |