# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11548-JVS (AGRx) | Date | May 4, 2023 |
|---|---|---|---|
| Title | MGA Entertainment Inc. v. Clifford T.I. Harris, et al. | | |

Present: The Honorable **Alicia G. Rosenberg, United States Magistrate Judge**

| n/a | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs & Counter Defendants: | Attorneys Present for Defendants & Counter Claimants: |
| n/a | n/a |

**Proceedings:** **(IN CHAMBERS) ORDER AFTER *IN CAMERA* REVIEW**

Pursuant to the Report and Recommendation dated May 1, 2023 (Dkt. No. 654), Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, and OMG Girlz LLC, and Counterclaimants Grand Hustle, LLC, Pretty Hustle, LLC and OMG Girlz LLC (hereinafter collectively "Harris Parties") submitted documents for *in camera* review. The documents submitted consisted of emails from the 1majorgirl account that were located after applying the agreed search terms but were deemed nonresponsive and irrelevant to Plaintiff's document requests.

The court has reviewed the documents *in camera*. The vast majority of the documents are wholly irrelevant to OMG Girlz and the claims or defenses in this case.

Out of an abundance of caution, IT IS ORDERED that the Harris Parties produce to Plaintiff, by May 5, 2023, the *in camera* documents that begin with bates stamp numbers 1115, 1117 and 1152. The remaining documents need not be produced.

cc: District Judge James V. Selna

Initials of Preparer   kl