UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 20-11548-JVS(AGRx)                             Date   May 8, 2023

Title   MGA Entertainment, Inc. v. Clifford T.I. Harris, et al

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS]** Order Re Order to Show Cause

<u>MGA Entertainment Inc. v. Clifford T.I. Harris et al.</u>, AND RELATED COUNTERCLAIMS, 2:20-cv-11548-JVS (AGRx)

<u>Minute Order re Order to Show Cause</u>

At the February 2, 2023, the Court ordered MGA Entertainment, Inc. ("MGA") to show cause with an offer of proof why it should be permitted to offer evidence on certain topics. (Tr. Feb. 2, 2023, pp. 8-9.) In its response, MGA summarizes the topics:

> (1) defendant Clifford "T.I." Harris' profane and misogynistic lyrics, (2) Zonnique Pullins' profane lyrics and social media posts, (3) Ms. Pullins' arrest for unlawful gun possession (4) Mr. Harris' criminal history, and (5) allegations of sexual misconduct against Mr. Harris and defendant Tameka "Tiny" Harris.

(Docket No. 600, Response of OSC and Offer of Proof, p. 1 ("Tendered Evidence").) Clifford "T.I." Harris, *et al.* ("OMG Parties") have filed an opposition (Docket No. 614), and MGA filed a response (Docket No. 618-1 (sealed)).

Although presented under a number of different theories, at heart this is a theft of intellectual property case, a trade dress case. (Docket No. 16, First Amended Complaint; Docket No. 63, Third Amended Counterclaims.) MGA's rationale for the Tendered Evidence is that it supports the theory that it would never have copied a group

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11548-JVS(AGRx) | Date | May 8, 2023 |
|---|---|---|---|
| Title | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al | | |

with such tawdry elements in its activities and associations. That theory is supported by MGA designer Lora Stephens:

> Based on my awareness, I can unequivocally state that neither MGA nor I would design a doll that would be directly or indirectly affiliated or associated with T.I. or the OMG Girlz. That is because T.I.'s music uses profanity, embraces illegal hard drug use, and, most importantly, is disrespectful and demeaning to women. I also am aware of accusations against him and his wife, Tameka "Tiny" Harris for sexual assault and trafficking against women, including one of their employees. I was aware of these allegations when I and others at MGA designed LOL Surprise! OMG dolls, including the "Queens" segment which was released to the market in Spring 2022.

(Docket No. 600-11, Stephens Decl., ¶ 5.)  This is a viable theory, but only to the extent MGA was aware of this information at the time of the creation of OMG dolls.

The Court will allow Stephens to testify to the matters in her declaration. However, there are potential Rule 403 issues even within the scope of her testimony. As a prophylactic measure, the Court will require MGA to present her direct to the Court out of the presence of the jury. This will alleviate the need for objections during her examination and will allow the Court to consider the appropriate metes and bounds within the scope of Rule 403.

The Court bars all other evidence on the topics whether offered as corroboration of Stephens' testimony or otherwise. The Tendered Evidence is prejudicial in the extreme, and most people would find it offensive and some of it despicable.  It sheds absolutely no light on whether the OMG parties' intellectual property has been unlawfully misappropriate.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 20-11548-JVS(AGRx)                                          Date   May 8, 2023

Title     MGA Entertainment, Inc. v. Clifford T.I. Harris, et al

      The Court intends to keep the focus of this case on the intellectual property, and will not allow the case to descend into a mire of distracting salacious activities and conduct.  To this end, once having heard Stephens' direct, the Court will likely impose a time limit on her testimony.

                                                    :    0

Initials of Preparer     eva