# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 20-11548-JVS(AGRx)                    Date   May 08, 2023

Title      MGA Entertainment, Inc. v. Clifford T.I. Harris, et al

Present: The Honorable   **James V. Selna, U.S District Court Judge**

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chase Scolnick | John Keville |
| Jennifer Keller | B'Ivory LaMarr |
| | Jiepu Li |

**Proceedings:**   Status Conference re Witness Testimony [Evidentiary]

Cause called and counsel make their appearances.   The Court and counsel confer. Lora Stephens is sworn and testifies in the evidentiary hearing regarding her potential trial testimony.  Matter is argued.

The Court rules the witness' testimony is limited to only the subjects reflected in the notes of the official court reporter and incorporated herein by reference.

|  | 0 | : | 46 |
|---|---|---|---|
| Initials of Preparer | | eva | |