# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 20-11548-JVS(AGRx) |
| Title: | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al |
| Date | May 10, 2023 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Chase Scolnick, Jennifer Keller, Mark Finkelstein | John Keville, Chante Westmoreland, B'Ivory LaMarr |

\_\_\_ Day Court Trial        2nd Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    X Held & continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

X Opening statements made by    Plaintiff and Defendant

X Witnesses called, sworn, and testified.    X Exhibits Identified    X Exhibits admitted.

\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court pre-instructs jury.

\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.    \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists    \_\_\_ Filed jury notes.    \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for _____    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Case submitted.    Briefs to be filed by _____

\_\_\_ Motion to dismiss by _____ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.

\_\_\_ Motion for mistrial by _____ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by _____ is    \_\_\_ granted.    \_\_\_ denied.    \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X Case continued to    May 11, 2023, at 8:30 a.m.    for further trial/further jury deliberation.

X Other:    Court exhibit 3 & 4 filed under seal.

6 : 02

Initials of Deputy Clerk    eva

cc: