# EXHIBIT 1

## **EXCLUDED TESTIMONY OF TAMEKA HARRIS**

Absent the Court's ruling on certain social media evidence, Ms. Harris would have testified to the following as to authenticity and actual confusion:

*Experience with Instagram, Bots, and Comments from Real Humans*

- Ms. Harris regularly uses Instagram and is familiar with "bot" accounts, which respond to her posts with nonsensical comments or advertisements having nothing to do with her post.

- Ms. Harris had seen Exhibit 358 (redacted), which shows a comment from "roy__gaulden006" stating it would give money to the first seven people to respond. This post was consistent with a "bot" in her experience.

- Ms. Harris could identify that users are likely to be humans if they have profile pictures, names in their bio page or other identifying personal information, and had been active for multiple years, as bots do not normally have these and are often removed quickly from the platform.

- Real human users would also submit comments that directly addressed and responded substantively to the content in her posts.

*Comments from Users Who Identified Themselves Through Direct Message to Ms. Harris's Account and Whose Comment Shows They Were Confused as to the Source of the OMG Dolls and/or Their Use of the OMG Girlz Name, Likeness, and Identity*

- Exhibit 262.B shows a comment from "nicole_8299" stating: "I thought that was based off them … ." This user responded to a direct message from Ms. Harris's account and stated her name was Nicole White. The comment was

consistent with one a human would provide, as was the response to the direct message. The comment shows that this individual mistakenly believed the OMG Dolls were affiliated with the OMG Girlz and that the dolls bear their likeness.

- Exhibit 320.B shows a comment from missnikki_babyy stating: "I ain't gone lie I thought these were they dolls !!!! [four surprised-face emojis]." This user responded to a direct message from Ms. Harris's account and stated her name was Nicole Mudarris. The comment was consistent with one a human would provide, as was the response to the direct message. This individual had been confused as to the source of the OMG Dolls, believing they were the OMG Girlz dolls.

- Exhibit 322.B shows a comment from nicolehouston10 stating: "So OMG Girlz did not make those OMG Dolls?? [surprised emoji] wow." This user responded to a direct message from Ms. Harris's account and stated her name was Nicole M. The comment was consistent with one a human would provide, as was the response to the direct message. This individual was confused and believed the OMG Dolls were made by the OMG Girlz.

- Exhibit 323.B shows a comment from tashabaldwin40 stating: "I thought it was their doll's. That was the only reason I brought [sic] them I thought I was supporting them." This user responded to a direct message from Ms. Harris's account and stated her name was Letasha Bright. The comment was consistent with one a human would provide, as was the response to the direct message. This individual was confused and believed the OMG Girlz had made the OMG Dolls. They purchased OMG dolls based on that confusion.

- Exhibit 323.B also shows a comment from ladi_e77 stating: "I'd get them all

for my baby girl!! [two heart emojis] Baddie is our song [emoji]." This user responded to a direct message from Ms. Harris's account and stated her name was Erin Terrell. The comment was consistent with one a human would provide, as was the response to the direct message. This individual purchased OMG Dolls because they mistakenly affiliated the dolls with the OMG Girlz. The individual and their daughter enjoyed the OMG Girlz' song "Baddie" and associated it with the OMG Dolls.

- Exhibit 323.B also shows a comment from jelovemusic stating: "Wait.. are y'all involved with the dolls at all [question mark emoji] [confused emoji]." This user responded to a direct message from Ms. Harris's account and stated her name was Jessica Stewart. The comment was consistent with one a human would provide, as was the response to the direct message. This individual was confused because they had believed there was an association between the OMG Girlz and the OMG Dolls, and asked a question to try and resolve their confusion about the source of the dolls.

- Exhibit 325.B shows a comment from charma_ne.gee stating: "That [sic] that was them." This user responded to a direct message from Ms. Harris's account and stated her name was Charmaine. The comment was consistent with one a human would provide, as was the response to the direct message. This individual thought (appearing as the typo "that") that the OMG Dolls were of the OMG Girlz.

- Exhibit 327.B shows a comment from itsebonyalexis stating: "TINY I THOUGHT THOSE WERE THEIR DOLLSSSSS [surprised emoji] oh hell nah! [sad emoji]." This user responded to a direct message from Ms. Harris's account and stated her name was Ebony Tompkins. The comment

was consistent with one a human would provide, as was the response to the direct message. This individual told Ms. Harris they had been confused into believing that the OMG Dolls were the OMG Girlz and was sad to learn there was no affiliation.

- Exhibit 332.B shows a comment from carlydub82 stating: "I always thought the dolls were based on the girls. Only reason I started buying them for my daughter." This user responded to a direct message from Ms. Harris's account and stated her name was Carlena Purnell. The comment was consistent with one a human would provide, as was the response to the direct message. This individual had always mistakenly believed that the OMG Dolls were based on the OMG Girlz name, likeness, and identity, and that they had only purchased the dolls because they believed they were affiliated with the OMG Girlz.

- Exhibit 334.B shows a comment from sharontwinallday stating: "I always thought this was your doing after them@ majorgirl." This user responded to a direct message from Ms. Harris's account and stated her name was Leona Horst. The comment was consistent with one a human would provide, as was the response to the direct message. This individual had mistakenly believed that the OMG Girlz made the OMG Dolls.

- Exhibit 354.B shows a comment from smithkebe64 stating: "I'm slow all this time I thought the OMG girls owned LOL dolls [emoji]…"." This user responded to a direct message from Ms. Harris's account and stated her name was Gail Smith-Hughes. The comment was consistent with one a human would provide, as was the response to the direct message. This individual had mistakenly believed that the OMG Girlz made the OMG

Dolls.

- Exhibit 354.B further shows a comment from blackberri83 stating: "I said to myself when my girls got these dolls for Christmas.. These dolls look like the Omg girls no capp." This user responded to a direct message from Ms. Harris's account and stated her name was Monique Jones. The comment was consistent with one a human would provide, as was the response to the direct message. This individual has associated the OMG Dolls with the OMG Girlz name, likeness, and identity and had purchased OMG Dolls as Christmas presents because of the affiliation.

*Comments from Users Whose Accounts have Corroborating Evidence of Authenticity and Whose Comment Shows They Were Confused as to the Source of the OMG Dolls and/or The Use of the OMG Girlz Name, Likeness, and Identity*

- Exhibit 263.C shows a comment from bngranger87 stating: "I thought that was where the dolls came from." Ms. Harris looked at this individual's account and saw the name Brittany Granger in the bio page. She also saw it has been active since December 2018 and had 30 posts and over 130 followers. All of this was consistent with human accounts in her experience. This individual was confused as to the source of the OMG Dolls, believing that they came from the OMG Girlz.

- Exhibit 320.C shows a comment from kay_kay0889 stating: "Yeah when the [sic] came out I thought you were part owner but I never seen y'all post." Ms. Harris looked at this individual's account and saw the name Kay in the bio page. She also saw it has been active since January 2020 and had 13 posts and over 64 followers. All of this was consistent with human accounts in her experience. This individual was confused as to the source of the OMG

Dolls, mistakenly believing that they came from the OMG Girlz.

- Exhibit 322.C shows a comment from thatss_nooniee stating: "… I'm buying these Dolls for my mother in my head I'm thinking OMG Girls are the owners." Ms. Harris looked at this individual's account and saw the name Ar-Monie Marie in the bio page, which appeared to be the name of the individual's daughter based on a separate linked account named armoniemariecollection_. This separate account contained pictures of the daughter and confirmed the name. The account has been active since 2012, had over 500 posts, and had nearly 3,000 followers. All of this was consistent with human accounts in her experience. This individual was confused as to the source of the OMG Dolls, mistakenly believing that they came from the OMG Girlz.

- Exhibit 323.C shows a comment from mzparkerrrr stating: "I always thought they were their dolls." Ms. Harris looked at this individual's account and saw the name Sheree in the bio page. She also saw it has been active since April 2012 and had 200 posts and over 1500 followers. All of this was consistent with human accounts in her experience. This individual was confused as to the source of the OMG Dolls, mistakenly believing that they came from the OMG Girlz because they used their name, likeness, and identity.

- Exhibit 324.C shows a comment from for_ever_tymaine95 stating: "I thought these were they're dolls oh wow." Ms. Harris looked at this individual's account and saw pictures of an adult and children and a reference to a child in the bio page. She also saw it has been active since August 2012 and had over 1,000 posts. All of this was consistent with

human accounts in her experience. This individual was confused as to the source of the OMG Dolls, mistakenly believing that they came from the OMG Girlz.

- Exhibit 328.C shows a comment from kimmie2happy4u stating: "I honestly thought that y'all had came out with them." Ms. Harris looked at this individual's account and saw the name Kimberly MickGriff in the bio page. She also saw a linked YouTube page that features many videos of her with her family. The Instagram account was active since July 2012. All of this was consistent with human accounts in her experience. This individual was confused as to the source of the OMG Dolls, mistakenly believing that the OMG Girlz had come out with (i.e., offered and sold) the dolls.

- Exhibit 334.C shows a comment from mzhugoboss707 stating: "Wait these aren't they dolls [emoji]…" Ms. Harris looked at this individual's account and saw the name Toya B. in the bio page. She also saw it has been active since August 2021. All of this was consistent with human accounts in her experience. This individual asked a question as to source of the dolls because they were confused, having believed that they were the OMG Girlz dolls.

Ms. Harris would further testify that this confusion upset her, as many consumers had wrongly associated the infringing OMG Dolls with the OMG Girlz, thereby exploiting the OMG Girlz fan base for profit.