KELLER / ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Telephone: (949) 476-8700

UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
1920 Main Street, Suite 750
Irvine, California 92614
Telephone: (949) 679-0052

MGA ENTERTAINMENT, INC.
Elizabeth Lachman (SBN 261644)
ELachman@mgae.com
9220 Winnetka Avenue
Chatsworth, California 91311
Telephone: (818) 894-2525

*Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants,<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: The Hon. James V. Selna<br><br>**PLAINTIFF AND COUNTER-DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**<br><br>Complaint Filed: December 20, 2020<br>Trial Date: May 9, 2023 |

{254798.2}

# SPECIAL VERDICT FORM

*Harris, et al. v. MGA Entertainment*

**SECTION I:**

1. **Do you find the Harris Parties have proven that they own protectible trade dress in a clearly articulated design or combination of elements that they have consistently used?**

   Yes _____        No _____

   [*If you answered "Yes" to Question 1, proceed to Question 2.  If you answered "No" to Question 1, proceed to Question 10 in Section II.*]

2. **Do you find the Harris Parties have proven that their trade dress has acquired distinctiveness through secondary meaning?**

   Yes _____        No _____

   [*If you answered "Yes" to Question 2, proceed to Question 3.  If you answered "No" to Question 2, proceed to Question 10 in Section II.*]

3. **Do you find the Harris Parties have proven that their trade dress is not functional?**

   Yes _____        No _____

   [*If you answered "Yes" to Question 3, proceed to Question 4.  If you answered "No" to Question 3, proceed to Question 10 in Section II.*]

4. **Do you find the Harris Parties have proven that MGA Entertainment infringed the Harris Parties' trade dress by creating a substantial likelihood of confusion among reasonably prudent consumers of MGA Entertainment's L.O.L. Surprise! O.M.G. doll(s) regarding the origin or source of those dolls?**

   Yes _____        No _____

   [*If you answered "Yes" to Question 4, proceed to Question 5.  If you answered "No" to Question 6, proceed to Question 10 in Section II.*]

5. **Do you find that MGA Entertainment has proven that its L.O.L. Surprise! O.M.G. dolls are protected by the First Amendment?**

   Yes _____        No _____

   [*If you answered "Yes" to Question 5, you are done with this section and can proceed to Question 10 in Section II.  If you answered "No" to Question 5, proceed to Question 6.*]

**6. Do you find that MGA Entertainment has proven that the Harris Parties abandoned their trade dress?**

 Yes _____  No _____

*[If you answered "Yes" to Question 6, you and done with this section and can proceed to Question 10 in Section II.  If you answered "No" to Question 6, proceed to Question 7.]*

**7. Please refer to ATTACHMENT A to this form.  Please check the box next to each L.O.L. Surprise! O.M.G. doll which you find infringes the Harris Parties' trade dress.**

**8. (a) Do you find that the Harris Parties have proven MGA Entertainment acted willfully in infringing the Harris Parties' trade dress for any of the doll(s) you have identified in response to Question 7 and on ATTACHMENT A?**

 Yes _____  No _____

**(b) If you answer "Yes" to Question 8(a), please write the number associated with each doll for which you find MGA Entertainment acted willfully in infringing the Harris Parties' trade dress.**

 No(s)._____

*[If you answered "Yes" to Question 8(a), proceed to Question 9.  If you answered "No" to Question 8(a), proceed to Question 10 in Section II.]*

**9. Please state the amount of net profits, if any, that you find MGA Entertainment earned on the L.O.L. Surprise! O.M.G. dolls you identified in response to Question 8(b) above which are attributable to those dolls' willful infringement of the Harris Parties' trade dress.**

 $_____

*[Proceed to Question 10 in Section II on the next page.]*

**SECTION II:**

**10. Do you find the Harris Parties have proven that MGA Entertainment has misappropriated the name, likeness or identity of the OMG Girlz by creating dolls that are readily identifiable as the OMG Girlz?**

Yes _____     No _____

[*If you answered "Yes" to Question 10, proceed to Question 11.  If you answered "No" to Question 10, you are done with the questions on the verdict form.  Please sign and date this form at the end where indicated and return it to the bailiff.*]

**11. Do you find the Harris Parties have proven that MGA Entertainment used the OMG Girlz' name, likeness, or identity to gain a commercial benefit?**

Yes _____     No _____

[*If you answered "Yes" to Question 11, proceed to Question 12.  If you answered "No" to Question 11, you are done with the questions on the verdict form.  Please sign and date this form at the end where indicated and return it to the bailiff.*]

**12. Do you find the Harris Parties have proven they were harmed by MGA's use of the OMG Girlz' name, likeness, or identity?**

Yes _____     No _____

[*If you answered "Yes" to Question 12, proceed to Question 13.  If you answered "No" to Question 12, you are done with the questions on the verdict form.  Please sign and date this form at the end where indicated and return it to the bailiff.*]

**13. Do you find that MGA Entertainment has proven that its L.O.L. Surprise! O.M.G. dolls are protected by the First Amendment?**

Yes _____     No _____

[*If you answered "Yes" to Question 13, you are done with the questions on the verdict form.  Please sign and date this form at the end where indicated and return it to the bailiff.  If you answered "No" to Question 13, proceed to Question 14.*]

**14. Please refer to ATTACHMENT A to this form.  Please check the box next to each L.O.L. Surprise! O.M.G. doll which you find misappropriated the name, likeness, or identity of the OMG Girlz.**

**15. Please state how much money, if any, is necessary to reasonably compensate the Harris Parties for the harm attributable to the misappropriation of the OMG Girlz' name, likeness, or identity by the L.O.L. Surprise! O.M.G. doll(s) you identified in response to Question 14 and on ATTACHMENT A.**

$_____

*[If you completed Question 15 with an amount greater than $0, please proceed to Question 16.  If you completed Question 15 with an amount of $0, you are done with the questions on the verdict form.  Please sign and date this form at the end where indicated and return it to the bailiff.]*

**16. Do you find that the Harris Parties have proven by clear and convincing evidence that MGA Entertainment acted with malice, oppression, or fraud in misappropriating the OMG Girlz' name, likeness, or identity?**

Yes _____           No _____

*[You are done with the questions on this verdict form.  Please sign and date this form at the end where indicated and return it to the bailiff.]*

*When you have completed this Verdict Form, please sign and date the verdict form where indicated below.*

Dated: _____        Signature: _____

# ATTACHMENT A

| Number | Image of L.O.L. Surprise! O.M.G. doll | Trade Dress Infringement? | Misappropriation of Name/ Likeness/Identity? |
|---|---|---|---|
| (1) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (2) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (3) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (4) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| Number | Image of L.O.L. Surprise! O.M.G. doll | Trade Dress Infringement? | Misappropriation of Name/ Likeness/Identity? |
|---|---|---|---|
| (5) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (6) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (7) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (8) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| Number | Image of L.O.L. Surprise! O.M.G. doll | Trade Dress Infringement? | Misappropriation of Name/ Likeness/Identity? |
|---|---|---|---|
| (9) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (10) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (11) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (12) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| Number | Image of L.O.L. Surprise! O.M.G. doll | Trade Dress Infringement? | Misappropriation of Name/ Likeness/Identity? |
|---|---|---|---|
| (13) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (14) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (15) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (16) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| Number | Image of L.O.L. Surprise! O.M.G. doll | Trade Dress Infringement? | Misappropriation of Name/ Likeness/Identity? |
|---|---|---|---|
| (17) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (18) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (19) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (20) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| Number | Image of L.O.L. Surprise! O.M.G. doll | Trade Dress Infringement? | Misappropriation of Name/ Likeness/Identity? |
|---|---|---|---|
| (21) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (22) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (23) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (24) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| Number | Image of L.O.L. Surprise! O.M.G. doll | Trade Dress Infringement? | Misappropriation of Name/ Likeness/Identity? |
|---|---|---|---|
| (25) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (26) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (27) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (28) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| Number | Image of L.O.L. Surprise! O.M.G. doll | Trade Dress Infringement? | Misappropriation of Name/ Likeness/Identity? |
|---|---|---|---|
| (29) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (30) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (31) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| (32) | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |