Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
Cesie Alvarez (*pro hac vice*)
calvarez@winston.com
Jiepu (Bobby) Li (SBN: 342224)
bli@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

John R. Keville (pro hac vice)
jkeville@sheppardmullin.com
Chante B. Westmoreland (pro hac vice)
cwestmoreland@sheppardmullin.com
Robert L. Green
rgreen@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: (713) 431-7100

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and *Counter-Claimants* GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | **Case No. 2:20-cv-11548-JVS-AGR**<br><br>**DEFENDANTS' / COUNTERCLAIMANTS' PROPOSED VERDICT FORM**<br><br>Complaint Filed: December 20, 2020<br>Final Pretrial Conference Date: May 2, 2023<br><br>Trial Date: May 9, 2023 |

1

DEFENDANTS'/COUNTERCLAIMANTS' VERDICT FORM

We the jury, being first duly empaneled and sworn in the above-entitled cause, do find as follows:

### Section I. Liability

1) On the OMG Girlz' claim for trade dress infringement, do you find that at least one of MGA's L.O.L. Surprise! OMG dolls infringed the OMG Girlz' trade dress?

_____ Yes          _____ No

2) On the OMG Girlz' claim for misappropriation of their name, likeness, or identity, do you find that at least one of MGA's L.O.L. Surprise! OMG dolls misappropriated the OMG Girlz' name, likeness, or identity?

_____ Yes          _____No

*If you answered "Yes" to any of the preceding questions, please proceed to Section II of this form. If you did not answer "Yes" to any of the preceding questions, please sign and date this verdict form on page 16 and return it to the bailiff.*

## Section II.   Specification by Doll

Complete this section of the Verdict only if you said "Yes" to Question 1 or Question 2 above. In the chart on the following pages, there is a list of each L.O.L. Surprise! OMG doll at issue in this case. For each L.O.L. Surprise! OMG doll, there is the name of the doll with the individual doll name and a picture of the doll as sold. For each doll, please check "Yes" in the first column if you found that the OMG Doll in that row infringes the OMG Girlz' trade dress (Question 1 above), and check "Yes" in the second column if you found that the OMG Doll in that row misappropriates the OMG Girlz' name, likeness, or identity (Question 2 above). If you do not find for the OMG Girlz on either claims for a particular OMG Doll, then check "No." When you have finished the chart, you will have checked either "Yes" or "No" for each OMG Doll under each of the columns for trade dress infringement and misappropriation of name, likeness, or identity.

| Product Name | Image | Trade Dress Infringement | Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock" "Bhad Gurl" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| L.O.L. Surprise! O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock" "Metal Chick" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| | | | | |
|---|---|---|---|---|
| O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock" "Ferocious" | | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock" "Fame Queen" | | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| LOL Surprise OMG Fashion Doll with 20 Surprises "Downtown B.B." | | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| | | | | |
|---|---|---|---|---|
| LOL Surprise OMG fashion doll with 20 surprises<br><br>"Uptown Girl" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
| LOL Surprise! O.M.G. Winter Disco Bigger Surprise with 5 Exclusive Dolls and 60+ Surprises<br><br>"Shadow" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
| LOL Surprise OMG Series 3 Fashion Doll with 20 Surprises<br><br>"Chillax" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |

6
DEFENDANTS'/COUNTERCLAIMANTS' VERDICT FORM

| | | | | |
|---|---|---|---|---|
| LOL Surprise OMG Series 2 Fashion Doll with 20 Surprises<br><br>"Roller Chick" | | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| LOL Surprise OMG Series 3 Fashion Doll with 20 Surprises<br><br>"Class Prez" | | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| LOL Surprise OMG Queens fashion doll with 20 Surprises<br><br>"Runway Diva" | | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| | | | | |
|---|---|---|---|---|
| LOL Surprise OMG Queens fashion doll with 20 Surprises<br><br>"Miss Divine" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
| LOL Surprise OMG Queens fashion doll with 20 Surprises<br><br>"Prism" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
| LOL Surprise OMG Remix 2 Pack -2 Fashion Dolls with Music<br><br>"Rocker Boi" and "Punk Grrrl" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |

| # | Product | Image | | |
|---|---|---|---|---|
| 1-6 | LOL Surprise OMG Fashion Doll<br><br>"Lady Diva" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| 7-13 | LOL Surprise OMG Fashion Doll Series 4 Doll with 20 Surprises<br><br>"Sweets" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| 14-20 | LOL Surprise OMG Fashion Doll - Series 4 Doll with 20 Surprises<br><br>"Spicy Babe" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| | | | | |
|---|---|---|---|---|
| LOL Surprise OMG Dance Dance Dance Fashion Doll with 15 Surprises<br><br>"Miss Royale" | | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| LOL Surprise OMG Dance Dance Dance Fashion Doll with 15 Surprises<br><br>"B-Gurl" | | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| LOL Surprise OMG Dance Dance Dance Fashion Doll with 15 Surprises<br><br>"Virtuelle" | | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| | | | |
|---|---|---|---|
| LOL Surprise OMG Fashion Doll-Series 2<br><br>"Honeylicious" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| LOL Surprise OMG Dance Dance Dance Fashion Doll with 15 Surprises<br><br>"Major Lady" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| LOL Surprise OMG Winter Disco Fashion Doll<br><br>"Cosmic Nova" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| | | | | |
|---|---|---|---|---|
| LOL Surprise OMG Winter Disco fashion doll with 20 surprises<br><br>"Winter Disco 24K D.J." | | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
| LOL Surprise OMG Winter Disco fashion doll<br><br>"Snowlicious" | | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
| L.O.L. Surprise! O.M.G. Fashion Doll with 20 Surprises<br><br>"Miss Independent" | | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |

| Product | Image | | |
|---|---|---|---|
| LOL Surprise OMG Fashion Doll- Series 2 "Candylicious" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
| LOL Surprise OMG Present Surprise Fashion Doll "Miss Glam" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
| LOL Surprise OMG Movie fashion doll with 25 surprises "Gamma Babe" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
| LOL Surprise OMG World Travel fashion doll with 15 surprises "City Babe" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |

| LOL Surprise OMG Doll dress up doll set with 20 surprises<br><br>"Moonlight B.B. Fashion" | | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No | \_\_\_\_\_Yes<br><br>\_\_\_\_\_No |
|---|---|---|---|

Case 2:20-cv-11548-JVS-AGR   Document 716   Filed 05/15/23   Page 15 of 16   Page ID
#:37623

**Section III. Monetary Recovery**

3) If you found that MGA infringed the OMG Girlz' trade dress, the OMG Girlz may recover MGA's profits which are determined by deducting MGA's expenses from MGA's gross revenue due to its use of the OMG Girlz' trade dress. What amount should the OMG Girlz recover for MGA's trade dress infringement?

$_____

4) If you found that MGA infringed the OMG Girlz' trade dress, what amount should the OMG Girlz be awarded for mental suffering and emotional distress from MGA's infringement of their trade dress?

$_____

5) Do you find that MGA acted maliciously, fraudulently, deliberately, or willfully with regard to its infringement of the OMG Girlz' trade dress?

_____ Yes        _____ No

6) If you found that MGA misappropriated the OMG Girlz' name, likeness, or identity, the OMG Girlz may recover MGA's profits which are determined by deducting MGA's expenses from MGA's gross revenue due to its use of the OMG Girlz' name, likeness, or identity. What amount should the OMG Girlz recover for MGA's misappropriation of the OMG Girlz' name, likeness, or identity?

$_____

15
DEFENDANTS'/COUNTERCLAIMANTS' VERDICT FORM

7) If you found that MGA misappropriated the name, likeness, or identity of the OMG Girlz, what amount should the OMG Girlz be awarded for mental suffering and emotional distress from MGA's misappropriation?

$_____

8) Do you find based on clear and convincing evidence that MGA acted oppressively, fraudulently, or maliciously with regard to its misappropriation of the OMG Girlz name, likeness, or identity?

\_\_\_\_\_ Yes       \_\_\_\_\_ No

9) If you answered Yes to Question 8, what amount (if any) should MGA be ordered to pay as punitive damages?

$_____

The presiding juror should sign and date this verdict form.

Dated this _____ day of _____ 2023.

_____
Presiding Juror