| | |
|---|---|
| KELLER / ANDERLE LLP<br>Jennifer L. Keller (SBN 84412)<br>jkeller@kelleranderle.com<br>Chase A. Scolnick (SBN 227631)<br>cscolnick@kelleranderle.com<br>Jay P. Barron (SBN 245654)<br>jbarron@kelleranderle.com<br>18300 Von Karman Avenue, Suite 930<br>Irvine, California  92612<br>Telephone: (949) 476-8700 | |
| UMBERG ZIPSER LLP<br>Mark A. Finkelstein (SBN 173851)<br>mfinkelstein@umbergzipser.com<br>1920 Main Street, Suite 750<br>Irvine, California  92614<br>Telephone: (949) 679-0052 | MGA ENTERTAINMENT, INC.<br>Elizabeth Lachman (SBN 261644)<br>ELachman@mgae.com<br>9220 Winnetka Avenue<br>Chatsworth, California  91311<br>Telephone:  (818) 894-2525 |

*Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: The Hon. James V. Selna<br><br>**PLAINTIFF AND COUNTER-DEFENDANTS' OBJECTIONS TO DEFENDANTS AND COUNTER-CLAIMANTS' NOTICE OF PARTIES' DEPOSITION DESIGNATIONS FOR MAXINE WAGNER**<br><br>Complaint Filed:  December 20, 2020<br>Trial Date:   May 9, 2023 |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>Counter-Defendants. | |

Plaintiff and Counter-Defendants ("MGA") file this objection to the Harris Parties' Notice of Parties' Deposition Designations for Maxine Wagner. (Dkt. No. 717) After MGA returned its counter-designations and objections to the Harris Parties' initial designations, the Harris Parties inserted additional unauthorized "counter-counter-designations" and returned it to MGA at 11:20 p.m. on May 15, 2023, which did not allow MGA time to review and object to the Harris Parties' counter-counter-designations.

MGA objects to the testimony appearing at 98:18-99:9, following the word "yes." The witness's testimony after "yes" was nonresponsive to the question, which called for a "yes" or "no" answer. MGA preserved this objection on the record immediately after the nonresponsive portion. *See* 99:10-11 ("Objection. Nonresponsive. Move to strike.") Importantly, the Court already sustained this precise objection and struck the witness's answer after "yes" at the last trial. *See* Dkt. No. 557, page 26 of 51. In addition to being nonresponsive, this testimony is irrelevant and unfairly prejudicial. *See* FRE 401, 403. If the Court is not inclined to grant this objection, MGA withdraws its counter-designation at 97:8-9, which is the purported basis for the Harris Parties' counter-counter-designation at pages 98-99.

Dated: May 16, 2023

KELLER/ANDERLE LLP

By: _____

Chase A. Scolnick

Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

-1-

CASE NO. 2:20-CV-11548-JVS-AGR
PLAINTIFF AND COUNTER-DEFENDANTS' OBJECTIONS TO DEFENDANTS AND COUNTER-CLAIMANTS' NOTICE OF PARTIES' DEPOSITION DESIGNATIONS FOR MAXINE WAGNER