# EXHIBIT 1

**Publicly Available Images of MGA Dolls in Exhibit 5513**

1. Bratz Hollywood --

   https://bratz.fandom.com/wiki/Hollywood_Style?file=Hollywood_Style.jpg

2. Bratz i-Candy

   https://bratz.fandom.com/wiki/I-Candy?file=Bratz_I._Candy_Dolls.jpg

3. Bratz Pretty N Punk (photo appears on back of packaging)

   https://bratz.fandom.com/wiki/ Pretty_%27N%27_Punk?file=Pretty_%2527N%2527_Punk_-_Meygan_% 2528Reverse%2529.jpg#Description

4. Bratz Feelin' Pretty

   https://bratz.fandom.com/wiki/Feelin%27_Pretty?file=Feelin%2527_Pretty.png

5. Bratz Princess

   https://bratz.fandom.com/wiki/Princess

6. Bratz, Adventure Girlz

   https://bratz.fandom.com/wiki/Adventure_Girlz

7. Bratz Be-Bratz

   https://www.amazon.com/Bratz-Be-Bratz-Brunette-USB-mouse/dp/B001FVE50O

   https://bratz.fandom.com/wiki/Be-Bratz?file=Be-Bratz_-_Wallpaper_%25284% 2529.jpg

8. Bratz Birthday

    https://www.amazon.com.au/MGA-354703-Bratz-Birthday-Yasmin/dp/B000RHM8C4

9. Bratz Passion 4 Fashion

    https://bratz.fandom.com/wiki/Passion_4_Fashion_(3rd_Edition)?file=Passion_4_Fashion_%25283rd_Edition%2529.jpg

10. Bratz, Sweet Hearts

    https://bratz.fandom.com/wiki/Sweet_Heart_(4th_Edition)?file=Sweet_Heart_%25284th_Edition%2529_-_Sasha_%2528Doll%2529.png

11. Bratz, Magic Hair

    https://www.ebay.com/itm/333683298517 (Photo on the left is featured in this ebay listing)

12. Bratz, Dance Crews

    https://www.walmart.com/ip/Bratz-Dance-Crewz-4-Pc-Asst/10854408
    https://bratz.fandom.com/wiki/Dance_Crewz?file=Dance_Crewz.jpg

13. Bratz Magic Hair Cut

    https://www.lookinbratz.com/database/bratz-2009/dolls

14. Bratz Party

    https://www.flickr.com/photos/48107123@N05/4410516153
    https://www.flickr.com/photos/48107123@N05/4411283302/in/photostream/
    https://www.flickr.com/photos/glamgeko/3265527070

15. Bratz, Pampered Petz

    https://bratz.fandom.com/wiki/Pampered_Petz

16. Moxie Girlz Best Friend

    https://moxiegirlz.fandom.com/wiki/Best_Friends_(1st_Edition)?file=Best_Friends_-_Sophina_and_Avery.jpg

17. Moxie Girlz, Magic Hair

    https://www.ebay.com/itm/275016142919

18. Bratz, Magic Hair

    https://www.worthpoint.com/worthopedia/bratz-magic-hair-funky-fashion-81453994
    https://www.lookinbratz.com/database/bratz-2009/ffm-heads