# EXHIBIT 2

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3
       MGA ENTERTAINMENT, INC., a        ).
 4     California corporation,           )
                                         )
 5              Plaintiff,               )
                                         )
 6     VS.                               ) Case No:
                                         ) 2:20-cv-11548-JVS-AGR
 7     CLIFFORD "T.I." HARRIS, an        )
       individual; TAMEKA "TINY"         )
 8     HARRIS, an individual; OMG        )
       GIRLZ LLC, a Delaware limited     )
 9     liability company; and DOES       )
       1-10, inclusive,                  )
10                                       )
                Defendants.              )
11     _____  )
       GRAND HUSTLE, LLC, PRETTY         )
12     HUSTLE, LLC, and OMG GIRLZ LLC,   )
                                         )
13              Counter-Claimants,       )
                                         )
14     vs.                               )
                                         )
15     MGA ENTERTAINMENT, INC., ISAAC    )
       LARIAN, and DOES 1-10,            )
16     inclusive,                        )
                                         )
17              Defendants.              )
       _____  )
18

19         VIDEOTAPED DEPOSITION OF ELIZABETH LACHMAN

20                  Monday, May 15, 2023

21                   Irvine, California

22

23     REPORTED BY:

24     GRACE CHUNG, CSR No. 6246, RMR, CRR

25     FILE NO.: 129233
```

Page 2

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3
MGA ENTERTAINMENT, INC., a        ).
4   California corporation,        )
                                   )
5          Plaintiff,              )
                                   )
6   VS.                            ) Case No:
                                   ) 2:20-cv-11548-JVS-AGR
7   CLIFFORD "T.I." HARRIS, an     )
    individual; TAMEKA "TINY"      )
8   HARRIS, an individual; OMG     )
    GIRLZ LLC, a Delaware limited  )
9   liability company; and DOES    )
    1-10, inclusive,               )
10                                 )
           Defendants.             )
11  _____)
    GRAND HUSTLE, LLC, PRETTY      )
12  HUSTLE, LLC, and OMG GIRLZ LLC, )
                                   )
13         Counter-Claimants,      )
                                   )
14  vs.                            )
                                   )
15  MGA ENTERTAINMENT, INC., ISAAC )
    LARIAN, and DOES 1-10,         )
16  inclusive,                     )
                                   )
17         Defendants.             )
    _____)
18

19         Videotaped Deposition of ELIZABETH

20  LACHMAN, taken on behalf of Defendants, at 18300

21  Von Karman Avenue, Suite 930, Irvine, California,

22  beginning at 1:53 p.m. and ending at 5:06 p.m., on

23  Monday, May 15, 2023, before GRACE CHUNG, CSR No.

24  6246, RMR, CRR, CLR.

25

---

Page 3

1          A P P E A R A N C E S

2

3   For the Plaintiff:

4   KELLER/ANDERLE

5   BY: REUBEN CAMPER CAHN, ESQ.

6      JAY P. BARRON, ESQ.

7   18300 Von Karman Avenue

8   Suite 930

9   Irvine, California 92612

10  (949) 476-8700

11  rcahn@kelleranderle.com

12

13  For the Defendants:

14  SHEPPARD MULLIN RICHTER & HAMPTON

15  BY: JOHN R. KEVILLE, ESQ.

16     ROBERT GREEN, ESQ.

17  700 Louisiana Street

18  Suite 2750

19  Houston, Texas 77002

20  (713) 431-7100

21  jkeville@sheppardmullin.com

22

23  Also Present:   CURT NORRIS, Videographer

24

25

---

Page 4

1              I N D E X

2   WITNESS   EXAMINATION              PAGE

3   ELIZABETH LACHMAN

4      BY MR. KEVILLE            6

5      BY MR. CAHN              112

6      BY MR. KEVILLE            114

7

8              EXHIBITS

9   NO.     DESCRIPTION            PAGE

10  Exhibit 1   Publicly Available Images of MGA Dolls  7

11     in Exhibit 5513

12  Exhibit 2   Screen capture of documents       116

13     QUESTIONS INSTRUCTED NOT TO ANSWER

14        PAGE  LINE

15        116   2

16        116   14

17

18

19

20

21

22

23

24

25

---

Page 5

1          Irvine, California

2          Monday, May 15, 2023

3          1:53 p.m.

4          THE VIDEOGRAPHER:  Here begins Media Unit

5   Number 1 in the deposition of Elizabeth Lachman in

6   the matter of MGA versus Harris, et al., in the

7   United States District Court, Central District of

8   California, Case Number 2:20-cv-11548-JVS-AGR.

9          Today's date is May 15, 2023.  The video

10  specialist today is Curt Norris of Trust Point One.

11  The time on the monitor is 1:54 p.m. Pacific.  This

12  deposition is being held at Keller/Anderle, 18300 Von

13  Karman Avenue, Irvine, California.

14          Would all counsel please state their

15  appearances and affiliations, after which the court

16  reporter will swear in the witness.

17          MR. KEVILLE:  For the OMG Girlz, John

18  Keville and Rob Green.

19          MR. CAHN:  On behalf of the witness,

20  Reuben Cahn, Keller/Anderle.

21          MR. BARRON:  Also on behalf of the witness,

22  Jay Barron of Keller/Anderle.

23          MR. CAHN:  And in and out of the room will

24  be Chase Skolnick, also of Keller/Anderle.

25          ELIZABETH LACHMAN,

Page 6

1          having been first duly sworn or affirmed, was
2               examined and testified as follows:
3
4                    EXAMINATION
5   BY MR. KEVILLE:
6       Q.  Ma'am, could you introduce yourself.
7       A.  My name is Elizabeth Lachman.
8       Q.  Ms. Lachman, where do you work?
9       A.  I work at MGA Entertainment.
10      Q.  And what is your position at MGA
11  Entertainment?
12      A.  I am vice president of litigation.
13      Q.  Okay.  I'm going to hand you a couple of
14  things that we are going to talk about in your
15  deposition.
16          First, I'm going to hand you a copy of your
17  declaration, which is Docket Number 649-1.
18          Second, I'm going to hand you a copy of
19  Exhibit A to your declaration.  That is Docket Number
20  652-2.
21          Third, I'm going to hand you a copy of what
22  has been marked as Trial Exhibit 5513.
23          And lastly, I would ask the reporter to
24  mark as Exhibit 1 to the deposition a document
25  produced to us with your declaration or shortly

Page 7

1   after.  They are titled "Publicly Available Images of
2   MGA Dolls in Exhibit 5513."
3          (Deposition Exhibit 1 was marked for
4          identification by the reporter and is
5          attached hereto.)
6          (Miscellaneous comments.)
7   BY MR. KEVILLE:
8       Q.  Okay.  Ready?
9          Ms. Lachman, you are familiar with your
10  declaration, which is Docket 649-1; correct?
11      A.  That's right.
12      Q.  Okay.  Is there anything at the start of
13  this deposition that you want to correct in your
14  declaration?
15      A.  No.
16      Q.  Okay.  According to paragraph 3 of your
17  declaration, you conducted a search for publicly
18  available images of dolls MGA released and sold in
19  and before 2009.  You then compiled the images you
20  found to create Trial Exhibit 5513; correct?
21      A.  That's a paraphrase, but generally, yes.
22      Q.  Okay.  What search did you do to find the
23  images in 5513?
24      A.  So the images in 5513 are -- I began the
25  search on the internet.  I don't know exactly what

Page 8

1   the Google query was, but probably something like
2   "MGA Bratz dolls."  I found several of the images
3   in 5513 on websites on the internet.  The -- and
4   others I found inside of MGA's final whites
5   library.
6       Q.  Okay.  If we look at 5513, which ones did
7   you find on the internet and which ones are from
8   the MGA internal library?
9       A.  So looking at Exhibit 5513, the very top
10  of the first page, I found on the internet.  The
11  second photograph at the bottom of the first page,
12  also on the internet.  If you turn the page, it
13  says "Trial Exhibit 5513.002."  The top photograph
14  is from MGA's final whites library.  The bottom
15  photograph on the same page, I found on the
16  internet.
17          The -- on the next page, which is page 3 of
18  the exhibit, the top photograph, I found on the
19  internet.  The bottom photograph on the same page is
20  from MGA's final whites library.
21          Next page, page 4, the top photograph is
22  from MGA's final whites library.  The bottom image is
23  from -- I found on the internet.
24          If we turn to page 5, both photographs on
25  page 5 are from MGA's final whites library.

Page 9

1          If you turn to page 6 of Exhibit 5513, the
2   top photograph is an image I found on the internet.
3   The bottom photograph of page 6 is from MGA's final
4   whites library.
5          Page 7 of 5513, this is from MGA's final
6   whites library.
7          Page 8 of 5513, the top photograph is from
8   MGA's final whites library.  The bottom photograph is
9   also from MGA's final whites library.
10          If you turn the page, page 9, the top
11  photograph is from MGA's final whites library.  Also,
12  the bottom photograph is MGA's final whites library.
13          If you turn the page -- I think we are on
14  page 10 now -- the top photograph is from MGA's final
15  whites library, as well as the bottom photograph from
16  MGA's final whites library.
17          Page 11, the top photograph is from MGA's
18  final whites library, as well as also the two images
19  at the bottom of page 11.
20          And, finally, page 12, that image is also
21  from MGA's final whites library.
22      Q.  What is MGA's final whites library?
23      A.  I guess you can call it a photo library or
24  an archive of final whites, what we call "final
25  whites photographs."  It's an abbreviation for or a

Page 10

1  shorthand for final product on white.

2      When a product is ready to be sold into

3  the market, MGA photographs the product. Several

4  photographs -- takes several photographs of the

5  product, and those photographs are then shared with

6  our retail partners for consumer-facing copy for

7  purposes of advertising or marketing the product in

8  their -- wherever they would market it, whether

9  it's print catalog or online.

10     Q.  What did you do to check the digital

11  history of all of the photo images that you say are

12  from MGA's final whites library?

13     A.  So in the final whites library, for each

14  photograph, you are able -- one is able or I

15  personally viewed -- associated with each

16  photograph is metadata, I guess you could call it.

17  It tells you when the photograph was created. It

18  gives you a date.

19     Q.  And did you look at the metadata for every

20  one of these photos in Exhibit 5513?

21     A.  For every photo that was sourced from the

22  final whites -- from MGA's final whites library, I

23  did look at the metadata for that photograph.

24     Q.  And you have not produced that metadata to

25  us; correct?

Page 11

1      A.  No, we have not.

2      Q.  Okay.

3      A.  And I'm not aware that it was requested,

4  but we have not.

5      Q.  Who assisted you in doing the search for

6  the images in 5513?

7      A.  I conducted the search.

8      Q.  What were you looking for when you did

9  your search?

10     A.  Publicly available images of dolls that

11  MGA released and sold in and before 2009.

12     Q.  Are all of the photos in 5513 that you've

13  identified as from MGA's final whites library --

14  MGA's final whites library is not public; correct?

15     A.  No.

16     Q.  So no member of the public could access

17  these photos?

18     A.  No.

19     Q.  When did you do this search?

20     A.  Sometime between the first trial and -- I

21  guess this exhibit was first filed in March -- on

22  March 13th, so sometime between the first trial and

23  March 13th.

24     Q.  Did anyone assist you?

25     A.  No.

Page 12

1      Q.  Did you do the searching on your work

2  computer?

3      A.  Yes.

4      Q.  What model is your work computer?

5      A.  I think I have an IBM workstation, work

6  pad, something like that, ThinkPad.

7      Q.  Did you discuss your search strategy with

8  anyone before you did it?

9          MR. CAHN:  I object on the basis of

10  privilege. We have not waived privilege. And

11  instruct the witness not to answer to the extent an

12  answer would disclose privileged conversations.

13  BY MR. KEVILLE:

14     Q.  Did you have discussions with counsel from

15  Keller/Anderle, without telling me the scope of the

16  conversations, before you started your search?

17         MR. CAHN:  And I instruct the witness, you

18  can answer yes or no to that question.

19     A.  Yes.

20  BY MR. KEVILLE:

21     Q.  Okay. When did you first discuss that

22  search that you just said yes to? When did you

23  have that discussion relative to when you started

24  searching?

25     A.  I can't recall an exact date. I can't

Page 13

1  recall an exact date.

2      Q.  Who chose what images to include in Trial

3  Exhibit 5513?

4      A.  I'm not sure that I can answer that

5  question without getting into communications that

6  are privileged.

7      Q.  I just want to know the names of the

8  people. Are you able to answer the question

9  without revealing a privileged conversation?

10     A.  I don't think so.

11     Q.  Okay. In your declaration, you stated

12  that "most of the images in Exhibit 5513 exist on

13  the internet." And I think today in your

14  deposition, you have pointed out three or four out

15  of some 20-odd images. Why the change?

16         MR. CAHN:  Objection to the

17  mischaracterization of the witness's testimony.

18     A.  I guess I don't understand your question.

19  I don't see the two statements as inconsistent.

20  BY MR. KEVILLE:

21     Q.  There are 23 images in Exhibit 5513.

22  You've identified four that you found on the

23  internet today; correct?

24     A.  Today, I have found -- I testified that

25  four of them were sourced from the internet;

Page 22

1   not appear on the website link that you gave us?
2       A.  So it looks like we are just looking at a
3   landing page.  If you navigate to the photographs,
4   we could -- if you click on the actual photograph
5   just under "Adventure Girlz."  So that is -- and
6   then you can navigate to the right, I suppose,
7   yeah.
8           So these are the actual dolls.  That is
9   the picture, for example, of the Chloe doll, only
10  here it shows with her accessories.
11      Q.  Sure.  My question is a little simpler.
12      A.  Okay.
13      Q.  The image that's provided in Exhibit 5513
14  at the bottom of page 3 for the Bratz Adventure
15  Girlz does not appear on the website link that you
16  gave us; correct?
17      A.  I don't know.  We would have to look.  But
18  to be clear, my declaration says most of the images
19  in 5513 exist on the internet, so it's not all of
20  the images.  So I -- we were not representing that
21  the links -- you know, that each link will take you
22  to the exact same image, if that makes sense.
23      Q.  It kind of doesn't.  Let me ask why, this
24  question, to clear up.  You said in your
25  declaration "Most of the images in Exhibit 5513

Page 23

1   exist on the internet, and at the Harris parties'
2   request, we provided a link of those websites."
3           So you are talking about the websites
4   where the images can be found; correct?
5       A.  Where those -- most images can be found.
6       Q.  Right.  And so -- but here, you gave us a
7   link, and the image that you provide in
8   Exhibit 5513 cannot be found on that website link;
9   correct?
10      A.  Because I say most of the images in 5513
11  can be found on the internet, and so for those
12  images that can be found on the internet, we
13  provided a link.
14          It looks also like Mr. Skolnick included a
15  link for every single image so that you could
16  presumably substantiate that there are other
17  similar pictures of the dolls.
18      Q.  And -- okay.  Let's just see if we can be
19  clear.  The image in Exhibit 5513, the Bratz
20  Adventure Girlz on page 3, does not exist on the
21  internet on the page you provided?
22      MR. CAHN:  Do you want to review the
23  entire page before you answer that?
24      A.  If you could click on the pictures and
25  then just scroll to the right.  Okay.  I think you

Page 24

1   can stop now.
2           So having reviewed those photographs, the
3   website contains several of MGA's final whites that
4   depict each one of the four Bratz Adventure Girlz
5   depicted in Exhibit 5513.
6           However, this exact image with the four
7   dolls side by side and not with their accessories, I
8   did not see that on the website that you just showed
9   me.
10  BY MR. KEVILLE:
11      Q.  And so we agree that MGA has provided no
12  evidence to authenticate Exhibit 5513, page 3, was
13  publicly available; correct?
14      MR. CAHN:  Objection.  Misstates the
15  witness's testimony and mischaracterizes the
16  evidence.
17      A.  I would disagree with that.
18  BY MR. KEVILLE:
19      Q.  What part of that do you disagree?  Where
20  is the evidence that the Exhibit 5513, page 3,
21  Bratz Adventure Girlz, was publicly available that
22  you have provided?
23      A.  So the photograph -- specifically this
24  photograph is a final white photograph that MGA
25  took.  I did not do an exhaustive search of all of

Page 25

1   the photographs on the internet.  It may also be
2   that this photograph was featured in print
3   catalogs.
4       Q.  It may be, but you have provided no
5   evidence of that; correct?
6       MR. CAHN:  Objection.  Misstates the
7   witness's testimony.
8       A.  Also, the -- I did not do an exhaustive
9   search of the internet.  So I don't know whether
10  this exact photograph is otherwise available on the
11  internet.  The purpose of the links, I believe,
12  were just to demonstrate that these dolls had been
13  released and are publicly available.
14  BY MR. KEVILLE:
15      Q.  So you agree, Ms. Lachman, that you have
16  provided no evidence that the image of the Bratz
17  Adventure Girlz in Trial Exhibit 5513 was publicly
18  available?
19      MR. CAHN:  Objection.  Misstates the
20  witness's testimony.  Asked and answered.
21  Argumentative.
22      A.  I guess I would refer you to my last
23  response.
24  BY MR. KEVILLE:
25      Q.  No, ma'am, you didn't answer my question.

Page 26

1   And if we have to get the judge on the line, we
2   will.
3          MR. CAHN:  If you want to get the judge on
4   the line, get the judge on the line.  She's
5   answered your question.
6          MR. KEVILLE:  Counsel, I will talk about
7   your coaching if we do that, too.
8          MR. CAHN:  Fine.
9          MR. KEVILLE:  My simple question --
10         MR. CAHN:  Get the judge on the line, if
11  you want, but I'm objecting.  Asked and answered.
12  Misstates the witness's testimony.  And
13  argumentative.
14  BY MR. KEVILLE:
15     Q.  Ms. Lachman --
16         MR. CAHN:  Go ahead, Ms. Lachman.
17     A.  So I think I already testified that I did
18  not see this specific image of these Bratz
19  Adventure Girlz on the website that you just showed
20  me.
21         I did testify that the same website shows
22  several of MGA's final whites photographs that were
23  taken during the same photo session, depicting these
24  four particular Bratz Adventure Girlz dolls with or
25  without accessories in packaging.

Page 27

1          So, in other words, these dolls in these
2   outfits, there are images of them publicly available,
3   and we provided a link that demonstrates that.
4   BY MR. KEVILLE:
5      Q.  I'm sorry, ma'am.  Maybe my question is
6   not clear because you're not answering it.  Did you
7   or did you not provide evidence that the image that
8   is shown in Exhibit 5513, page 3, of the Bratz
9   Adventure Girlz, that specific image, did you
10  provide any evidence or did you not provide
11  evidence that was publicly available?
12     A.  I would refer you to my last response
13  where I said that I did not see this specific image
14  on the website that you just showed me.
15     Q.  And if you didn't see it on the website,
16  you have provided no evidence otherwise that this
17  image was publicly available?
18         MR. CAHN:  Objection.  Misstates the
19  witness's testimony.  Argumentative.  Asked and
20  answered.
21         You can answer if you are able.
22     A.  I don't know how to answer it any
23  differently.
24  BY MR. KEVILLE:
25     Q.  Sure.  List all the evidence, other than

Page 28

1   the website images that you have provided, that the
2   Bratz Adventure Girlz image in 5513 was publicly
3   available, listed.
4      A.  Okay.  So it's not here.  It's not on
5   Exhibit 1.  I don't know whether -- I didn't do an
6   exhaustive search on the internet.  It may be that
7   we could find one, but it's not on this
8   particular -- it's not listed here on Exhibit 1.
9      Q.  And it's not listed anywhere.  You have
10  not listed evidence to us anywhere that image of
11  the Bratz Adventure Girlz in 5513 is publicly
12  available; correct?
13     A.  Correct.
14     Q.  Okay.  And now you said you believe this
15  was -- the images on the link you gave us were in
16  the same photo session.
17         Now, Ms. Lachman, you started at MGA about
18  two years ago; correct?
19     A.  Approximately.
20     Q.  You have no idea what photo session this
21  came from or what other images were taken in that
22  photo session; correct?
23     A.  Not correct.
24     Q.  Okay.  How do you know that the image in
25  5513 is in the same photo session as other images

Page 29

1   on the internet?
2      A.  So the way that I know that the images --
3   that the Bratz Adventure Girlz photograph in 5513
4   is from the same photo shoot as several of the
5   photographs that we just saw on the website that
6   you pulled up is because I've seen all of the Bratz
7   Adventure Girlz photographs from that final whites
8   photo shoot.  They are all together.
9      Q.  Who took those photos?
10     A.  Somebody in MGA's photo department.
11     Q.  Who specifically?
12     A.  I believe Benson Ng.
13     Q.  You don't know for sure?
14     A.  Either Benson Ng or somebody working under
15  him.
16     Q.  Did you talk to Benson Ng or anyone
17  working under him about this photo that you put in
18  Exhibit 5513?
19         MR. CAHN:  I'm going to object.
20         To the extent that this is inquiring into
21  any privileged conversation, I instruct you not to
22  reveal any privileged conversations.
23     A.  I had conversations with Benson Ng
24  prior -- or, I guess, concerning the general
25  subject matter that we are discussing, but I can't

1  reveal any specific --
2  BY MR. KEVILLE:
3      Q.  And I take it, then, you can't reveal any
4  conversation you had with Benson Ng or anyone else
5  at MGA about this particular photo, the Bratz
6  Adventure dolls -- Girlz?
7      MR. CAHN:  Same instruction to the
8  witness.
9      A.  That's right.
10 BY MR. KEVILLE:
11     Q.  All right.  Let's go to page 4 in
12 Exhibit 5513.  Not 4.  Hold on.  Sorry.  Page 8.
13     You see the image of the Bratz Magic Hair
14 dolls.  Do you see that?
15     A.  I do.
16     Q.  And then if we go to your Exhibit 1, the
17 list of links that were provided, number 11 is the
18 link for -- no, not that one.
19     MR. CAHN:  Sir, do you intend to put
20 page 8 of 5513 up on the screen?  Because that's
21 not what we are seeing.
22     MR. KEVILLE:  Okay.  We can put that up if
23 it --
24     THE WITNESS:  Sorry.  It's page 8 here.
25     MR. CAHN:  Oh, I see.  I'm looking at the

1  document page.
2  BY MR. KEVILLE:
3      Q.  All right.  And, Ms. Lachman, if you turn
4  in Exhibit 1, the list of links that you and MGA
5  provided, Link Number 13, I believe, corresponds to
6  this.  Is it Link 13 or Link 11 that corresponds to
7  it?
8      A.  You'd have to click on the link for me to
9  be able to confirm that.
10     Q.  Go to 11, maybe.  Okay.  Yeah, that's it.
11     So if we look at the link that you have
12 provided, look in bratz.com, do you agree that the
13 image provided in Exhibit 5513 of the Bratz Magic
14 Hair dolls does not appear on the link that you have
15 provided?
16     A.  Could you scroll down just a wee bit?  Go
17 up again.  Okay.
18     MR. CAHN:  Do you want to look at the
19 entire site before you...
20     A.  Okay.  And then do you mind just stopping
21 at the -- where you had been before.  Okay.
22     If you could repeat your question.
23 BY MR. KEVILLE:
24     Q.  Sure.  You agree that the link that MGA
25 provided to find the image of the Bratz Magic Hair

1  dolls that's shown in Exhibit 5513 at page 8, that
2  link does not contain the image that you provided?
3      A.  I would agree.  I don't see the specific
4  image here.  I do see the three different dolls
5  that are pictured in Exhibit 5513 on page 8, the
6  Bratz Magic Hair dolls, in their packaging, as well
7  as a link to a commercial where the segment was
8  publicly advertised.
9      Q.  Sure.  I have a simple question.
10     A.  I understand your question.  And like I
11 said, it's not the same exact picture.
12     Q.  Okay.  And you have not provided any other
13 evidence that you are aware of to say the picture
14 in Exhibit 5513 at page 8 of the Bratz Magic Hair
15 dolls was publicly available?
16     A.  I guess when you say "evidence," I'm
17 confused.  This picture was from MGA's email whites
18 library, which are taken in order to be provided to
19 retailers for -- and for MGA's own advertising.
20 The only reason that these photographs would be
21 taken is when the product is ready to go to market
22 and be advertised.
23     It's possible that if I did a more
24 exhaustive search, I could find this exact image on
25 the internet, but I didn't do that.  So to say that

1  it doesn't exist on the internet or some other
2  publicly available location, I'm uncomfortable
3  saying that.  But you are correct that in this
4  particular link, this image is not pictured.
5      Q.  I'm sorry.  Again, maybe I'm not clear in
6  my questions.  I wasn't asking you what's possible
7  that it exists somewhere.  I'm simply asking:  You
8  and MGA have provided no evidence that this image
9  on page 8 of Exhibit 5513 was publicly available?
10     MR. CAHN:  Objection.  Argumentative.
11 Asked and answered.
12     A.  Right.  So the link that I just looked at
13 does not have that image.
14 BY MR. KEVILLE:
15     Q.  Right.  And I will try it the other way we
16 did it before --
17     A.  Well, let me ask you this.  I guess I'm
18 not sure -- I mean, this Exhibit 5513 was attached
19 to also the declaration of Paula Garcia before it
20 was referenced in my declaration.  For the purpose
21 of saying -- I think her declaration says that
22 these are dolls made by Bratz and Moxie Girlz dolls
23 made by MGA.
24     I think it was only in connection with my
25 declaration, which was in response to a brief filed

Page 38

```
1     A.  I don't state in my declaration, I don't
2  think, that the specific links are used necessarily
3  by retailers.  A lot of these dolls came out many,
4  many years ago, so they would not be currently
5  advertised necessarily.  You can find a lot of
6  these dolls advertised by resellers.
7        And a lot of the final whites photographs
8  that I sourced from the MGA library have been sort
9  of otherwise disseminated on the internet, and you
10 can find them.
11    Q.  Ma'am, I'm not asking what I might be able
12 to do.  You're here under oath.
13    A.  Well, if you take me one by one, I can
14 answer your questions more specifically.
15    Q.  Let's stay right where we are on the dolls
16 at the bottom of page 8 in Exhibit 5513.
17        Can you tell us all the evidence that you
18 can tell us today specifically where this image was
19 publicly available?
20    A.  I can tell you -- I can refer you to
21 paragraph 4 of my declaration.
22    Q.  So that's all the evidence you have?
23    A.  And the -- and what I describe to you
24 about my knowledge of the final whites library and
25 that this photograph was sourced from the final
```

Page 39

```
1  whites library and that the photographs in the
2  final whites library are provide by MGA to
3  retailers and used by MGA in its own marketing and
4  advertising copy.
5        The fact that I am able to -- that we were
6  able to find or I was able to find almost exact or
7  exact images as those in 5513 confirms that.
8  Oftentimes, the links that you -- for example, the
9  links to the Adventure Bratz doll, while it didn't
10 have the exact same doll, it had photographs from
11 the same final whites session showing the exact
12 same doll.
13    MR. KEVILLE:  Move to strike the entire
14 answer as nonresponsive.
15    Q.  Ma'am, can you identify one retailer that
16 publicly used the image on the bottom of 5513,
17 page 8, at any time?
18    A.  Sitting here right now, no, nor do I claim
19 to in my declaration, which I'm aware is what the
20 scope of this deposition is meant to do.
21    Q.  Ma'am, can you provide specifically the
22 date and time and identification of any MGA
23 marketing material that was released and that had
24 the specific image that's at the bottom of
25 Exhibit 5513, page 8?
```

Page 40

```
1     A.  I don't know if it's this specific image.
2     Q.  Thank you.
3     A.  But if you visit MGA's websites, you can
4  see historical advertisements or, I guess, product
5  promotions.
6        MR. KEVILLE:  Move to strike everything
7  after "I don't know for this specific image."
8     Q.  Let's turn to page 12 in Trial
9  Exhibit 5513.
10        Maybe we can shorten this, Ms. Lachman.
11 Would you agree that on the two links that you
12 provided, which are 18 in Exhibit 1, for this image,
13 neither one contains this specific image?
14    A.  If you wouldn't mind visiting the links.
15    Q.  Sure.  Let's go to the first link.
16    A.  I'm sorry.  You're looking at the links
17 for number --
18    Q.  18, the Bratz Magic Hair.  That's what
19 goes with page 12 in 5513; correct?
20    A.  Okay.  I think I see the second link.  I
21 think the second link that was provided is what
22 you've clicked on and what I see now.
23    Q.  Yeah.  You are on the second link.  Okay.
24        This is the first link you provided;
25 correct?
```

Page 41

```
1        MR. CAHN:  So we have a clear record,
2  could you just identify which number on Exhibit 1
3  it is that you are talking about?  Because I'm not
4  clear.
5        MR. KEVILLE:  Sure.
6     Q.  Okay.  Ms. Lachman, we are talking about
7  the image on page 12 of Exhibit 5513; correct?
8     A.  Correct.
9     Q.  Okay.  And the links you provided to show
10 that that was publicly available are number 18 in
11 Exhibit 1; correct?
12    A.  Yes.  Now that you've clicked on those two
13 links, I see that those are the -- they feature
14 these products, yes.
15    Q.  My question is:  On either of those two
16 links, there is no image that is the same as what
17 is in 5513; correct?
18    A.  So -- you are being very particular,
19 Mr. Keville.  I see the same bust of the -- the
20 Chloe.  For example, on the worthpoint.com website,
21 I see the Chloe bust, which is what's on page 12 of
22 5513.  Only the one on the internet has also
23 pictured her accessories.
24    Q.  Right.  So it's not the same photo that's
25 in 5513 on page 12; correct?
```

Page 46

1    A.  I think the image on eBay is an image of
2   this exact same product.
3    Q.  I'm not asking that.  I'm asking:  Is it
4   the same image?  Not is it an image of the same
5   product?
6    A.  It's an image of the same product.  I
7   don't see any -- I don't see any differences.
8    Q.  To be clear, the image on eBay from the
9   link you provided is not the same image at the
10   bottom of Trial Exhibit 5513, page 11; correct?
11    A.  The image that I see on eBay is of this
12   exact same product in packaging.
13    Q.  Is it the same image?
14    A.  It is a publicly available image of this
15   product.
16    Q.  Is it the same image?
17    A.  I don't see any differences, but if you
18   do, if you could point them out to me.
19    Q.  I'm just asking you:  Is it the same
20   image?
21    A.  To me, it is.
22    Q.  Okay.  How is a listing on eBay valid to
23   authenticate the date on images publicly available?
24    A.  My declaration does not aim to
25   authenticate dates for these images.

Page 47

1    Q.  Okay.  So you've have not provided, by
2   providing this eBay link, a date in which the Moxie
3   Girl Magic Hair is available; correct?
4    A.  My declaration states that I conducted a
5   search for publicly available images of dolls MGA
6   released and sold in and before 2009 and that all
7   of the images that I -- in 5513 are of products
8   that MGA released in or before 2009.
9    Q.  Let me ask this way.  The image that's in
10   5513 on page 11 at the bottom, can you list off the
11   evidence you have provided when that image was
12   publicly available?
13    A.  That image -- I refer you to paragraph 4.
14   This particular image is sourced -- actually, all
15   three images on page 11 of Exhibit 5513 are sourced
16   from the -- from MGA's final whites library.
17       Paragraph 4 of my declaration, I state
18   that "many of the Bratz and Moxie Girlz images in
19   Exhibit 5513 are images that MGA and its retail
20   partners used in consumer-facing materials to
21   market those dolls at the time the dolls were
22   released.  These marketing photographs were created
23   by MGA's photography studio in the ordinary course
24   of business at or around the time that those dolls
25   were released for public sale.  And MGA provided

Page 48

1   those marketing photographs to its retail partners,
2   who then used those images in publicly facing
3   advertisements, including catalogs and websites."
4    Q.  Who took the images on Exhibit 5513,
5   page 11, and when did they take them?
6    A.  It would have been taken by somebody in
7   MGA's photography studio, likely Benson Ng or
8   somebody working under his supervision, and they
9   would have been taken at or near the time that the
10   products were released to market.
11    Q.  And that is all the information you are
12   able to give us?
13    A.  About what specifically?  About when the
14   images were taken?
15    Q.  And who took them.
16    A.  So who took them, it would be an MGA
17   employee, likely Benson Ng, who is the director of
18   the photography studio, or someone working under
19   his direct supervision, and they would have been
20   taken at or near the time that the products were
21   released.  And I confirmed that when I looked at
22   these images and the metadata associated with them.
23    Q.  Tell me everything you spoke to Benson Ng
24   about regarding the images on page 11 of Trial
25   Exhibit 5513.

Page 49

1       MR. CAHN:  I'm going to object on
2   privilege grounds and instruct the witness not to
3   answer revealing any specific privileged
4   conversations.
5       To the extent that you can answer the
6   question without revealing privileged conversation,
7   you are free to do so.
8    A.  I don't think I can answer the question
9   without revealing the contents of a privileged
10   conversation.
11   BY MR. KEVILLE:
12    Q.  Okay.  Does the eBay listing provide any
13   information which can authenticate when this
14   product was first available?
15    A.  What do you mean, "first available"?
16    Q.  Let me ask it a different way.  That's a
17   fair question.
18       Does the eBay listing provide any
19   information that shows when the product for sale
20   was actually released to the public?
21    A.  You mean initially by MGA?
22    Q.  Yes.
23    A.  And your question refers to:  Does the
24   eBay listing contain any information about when MGA
25   made these available for sale?

Page 50

1    Q.  Yes.
2    A.  I don't -- without reviewing the entire
3    website, I don't know.
4    Q.  Okay.  The other link that you provided
5    for the images on page 11 is -- page 11 of
6    Exhibit 5513 is found in Exhibit 1 at number 16,
7    Moxie Girlz Best Friend; correct?
8    A.  Okay.  One second.
9        Based on the description, I think that
10   link should be -- is associated with the top image
11   of page 11.
12       Does that answer your question?
13   A.  Yes, ma'am.
14   Q.  Okay.
15   Q.  Okay.  Let's go to that link.  That link
16   takes us to the image but in reverse; correct?
17       MR. CAHN:  Do you want to see 5513?  I'm
18   going to show her 5513 so she can --
19       MR. KEVILLE:  Sure.
20       THE WITNESS:  I have it.
21       MR. CAHN:  Okay.
22   A.  Yes, I see the same two dolls pictured,
23   Sophina and Avery.  In Exhibit 5513, the blonde
24   doll with the green strip in her hair is on the
25   left.  And on the website you just showed me, she

Page 51

1    is standing to the right of the other doll.
2    BY MR. KEVILLE:
3    Q.  And the hair color is slightly different;
4    correct?  It's a little darker in the website
5    image?
6    A.  I guess that's subjective.  I guess a
7    lot -- I don't think I can accurately answer that
8    question, because I guess a lot depends on the
9    printer that printed Exhibit 5513 and the quality
10   of the monitor that we are looking at.  But,
11   generally, I see that the dolls, you know -- the
12   dolls pictured are consistent in the website and in
13   Exhibit 5513.
14   Q.  Okay.  And if we click out of the picture
15   on the link you gave us and go to the website, and
16   we go to the "History" -- by the way, are you
17   familiar with this wiki moxiegirlz.fandom.com?
18   A.  I mean, I have visited.  I don't know what
19   you mean by "familiar."
20   Q.  Okay.  Let's go to "History."  And if you
21   look, you can see, Ms. Lachman, that this wiki was
22   created on October 28th, 2021, by a user named
23   "Devoted Lunatic."  Do you see that?
24   A.  I see that the website says that, yeah.
25   Q.  Are you aware of any other information

Page 52

1    that would indicate when this wiki was created?
2    A.  I don't know how to read this sort of,
3    like, website code.  I'm guessing that when it says
4    "created," that's what that's referring to, that
5    the actual, I guess, post was created.  But I don't
6    have any independent knowledge of any of that.
7    Q.  Okay.  And the next revision after the
8    creation shows that the image was added to the wiki
9    page the same day, October 28, 2021.  Do you see
10   that?
11   A.  I see the dates that you are referring to.
12   I don't know what these -- I don't know what these
13   things mean.
14   Q.  You agree that a wiki created in 2021
15   cannot be evidence to authenticate an image as
16   existing in 2009; correct?
17       MR. CAHN:  Objection.  Argumentative.
18   Calls for a legal conclusion.
19       You can answer if you are able.
20   A.  I guess -- could you rephrase your
21   question or ask it in a different way?
22   BY MR. KEVILLE:
23   Q.  Sure.  A wiki that was created in 2021
24   cannot authenticate an image as having been created
25   in 2009; correct?

Page 53

1    A.  I don't know how to answer your question.
2    But I can tell you where the image came from in
3    Exhibit 5513, and I can refer you to my
4    declaration, and I can refer you to Paula Garcia's
5    declaration, which states that these are dolls --
6    you know, the dolls pictured in the images in
7    Exhibit 5513 are dolls created and released by MGA
8    in or prior to 2009.
9    Q.  You agree that the trial exhibit you are
10   trying to put into evidence is 5513 and its images;
11   correct?
12   A.  I agree that 5513 is on the trial -- is on
13   the trial exhibit list.
14   Q.  And what's not on a trial exhibit list is
15   amorphous dolls that were created at the same time;
16   right?  The exhibit -- the marked trial exhibit is
17   5513 and its images; correct?
18   A.  I'm aware of Exhibit 5513.  I think that
19   there is other trial exhibits which may contain
20   different pictures of these dolls, but -- so I want
21   to make sure that I'm, I guess, accurately
22   responding to your question.
23   Q.  Okay.  As to the image of the Moxie Girlz
24   Best Friend shown at the top of page 11 of
25   Exhibit 5513, do you agree that a wiki created in

Page 54

1  2021 cannot authenticate the image in 5513 as
2  having been available in 2009?
3       A.  No.
4       Q.  Okay.  How is the website that you
5  provided, moxiegirlz.fandom.com, that wiki, how is
6  that evidence that the image at the top of page 11
7  of 5513 existed in that form in 2009?
8       MR. CAHN:  Objection.  Mischaracterizes
9  the declaration.
10       But if you are able to answer that
11  question, go ahead.
12       A.  So I guess I would refer you, again, to
13  paragraph 4 of my declaration.
14  BY MR. KEVILLE:
15       Q.  Ma'am, I've read your declaration.
16       A.  Right.  So that's -- if you could let me
17  finish.  That paragraph 4 explains why photo whites
18  exist, final whites exist at MGA, what they are
19  used for, and how they are distributed and how they
20  are shared with our retail partners.
21       The fact that images from the same photo
22  shoot are available on the internet corroborates
23  that those images are actually used in
24  public-facing copy.
25       We are not -- with respect to

Page 55

1  authenticating the image pictured in 5513, I can
2  authenticate it.  I believe that I have.  I have
3  explained where it came from and how I know when it
4  was created.
5  BY MR. CAHN:
6       Q.  Okay.  Let's go through that.  You have
7  provided no metadata for the images in 5513;
8  correct?
9       A.  I reviewed the metadata for the images in
10  5513, and the metadata is consistent with the
11  release date of the product.
12       Q.  I'm sorry, ma'am.  Maybe you didn't hear
13  my question.  You have provided to us, counsel for
14  the OMG Girlz, no metadata for the images in 5513;
15  correct?
16       A.  I'm unaware that you requested any
17  metadata for the images in 5513, but I can testify
18  that the images in 5513 were created by MGA at or
19  near the time that the products pictured therein
20  were released.
21       Q.  And you have no personal knowledge of
22  that.  Any knowledge you have of that comes through
23  Benson Ng; correct?
24       A.  Incorrect.  My personal knowledge of that
25  is I personally reviewed the MGA final whites

Page 56

1  library, and when I selected each one of these
2  images from the final whites library, I reviewed
3  the associated metadata, which was available to me.
4       Q.  Tell me exactly what the metadata for the
5  images on 5513, page 11, showed.
6       A.  On page 11 -- I don't recall the exact
7  date of the photographs, but they were consistent
8  with the release date of the product.  This product
9  was released in 2009, and the metadata would have
10  shown that the picture was taken before or near the
11  time that the product was released.
12       Q.  Okay.  For every photo in 5511, tell me
13  what the metadata showed specifically about who
14  took the photo, when they took it, and what
15  alterations were made after the date it was taken.
16       MR. CAHN:  You mean 5513?
17       MR. KEVILLE:  Yeah.  What did I say?
18       MR. CAHN:  "5511," you said.
19  BY MR. KEVILLE:
20       Q.  Ma'am, for every photo in Exhibit 5513,
21  provide us the specific metadata for each photo,
22  including the name of the person who took it, the
23  exact date it was taken, and every alteration that
24  was made since the date of the photo and who made
25  the alteration.

Page 57

1       A.  I can tell you that in Exhibit 5513, for
2  those pictures that I have identified to you as
3  having been sourced from MGA's final whites
4  library, I personally reviewed those photographs
5  and the information associated with those
6  photographs, which I guess we are referring to as
7  metadata.
8       The creation date of the photographs, I do
9  not recall specifically sitting here, but I can
10  tell you that I reviewed it, and it was consistent
11  with being taken at or near the time that the
12  product was released.
13       The images pictured in 5513 are of MGA
14  products that were released, many of which are in
15  this room, and we can look at them, if you would
16  like.  They are -- the images are representative of
17  the product that was sold to the public.
18       Q.  Is that all you can tell us about the
19  metadata for each of the photos in Exhibit 5513,
20  what you just said?
21       A.  In terms of the metadata that I can
22  recall, sitting here, that I viewed, the
23  photographs were created by MGA.  They were taken
24  at or near the time that the product pictured was
25  released.

Page 58

1    Q.  And that is the extent of what you can
2  tell us about the metadata for every one of the
3  photos in Exhibit 5513?
4    A.  That is the extent of what I can recall
5  about the metadata right now.
6    Q.  Okay.
7    A.  And only with respect to the photographs
8  in 5513 that I sourced from the MGA final whites
9  library.
10    Q.  Do you post to the moxiegirlz.fandom.com
11  wiki?
12    A.  No.
13    Q.  Does anyone at MGA post to the
14  moxiegirlz.fandom.com wiki?
15    A.  I don't have any knowledge of that.
16    Q.  Do you know who uses the username "Devoted
17  Lunatic"?
18    A.  No.
19    Q.  Do you know who uses the name
20  "Ms. Popular"?
21    A.  When you say name, are you talking about
22  like a posting name?
23    Q.  Yes, ma'am.
24    A.  No.
25    Q.  Okay.  So any information posted by user

Page 59

1  "Devoted Lunatic" or "Ms. Popular," you can't speak
2  for whether that's authentic information or not;
3  correct?
4    A.  I don't know what information you are
5  referring to.  I didn't rely on any of the
6  information in this website.  It's not referenced
7  in my declaration.  Any dates or segment names, I
8  know independently and from MGA sources.
9    Q.  Can you list off, for all of the images in
10  5513, the specific retailers who used these images,
11  the exact images in 5513, and when they used them?
12    A.  I can tell you that I cannot answer that
13  question because I've never done that work.
14    Q.  Okay.  Thank you, ma'am.
15    A.  I can tell you --
16    Q.  That's fine.  You've answered the
17  question.
18    A.  I can tell you who our retailers -- sorry.
19    MR. CAHN:  Allow the witness to please
20  finish her answer.
21    A.  I can tell you who our retailers were at
22  or around that time.
23  BY MR. KEVILLE:
24    Q.  If I want to know that, I will ask you, or
25  if your counsel wants to know that, he will ask

Page 60

1  you, ma'am.  I have a limited time limit, so if you
2  would just answer my questions.
3    Q.  Let's turn to page 8 of in Trial
4  Exhibit 5513.  Looking at the top image on 5513, do
5  you see that, ma'am?
6    A.  Yes.
7    Q.  And if we look at Exhibit 1, which is the
8  list of links that were provided to us where the
9  images can be found on the internet, we are looking
10  at Link Number 12, the Bratz Dance Crewz, as
11  associated with 5513, page 8 at the top; correct?
12    A.  Excuse me.  Okay.  So right now, you have
13  up the Walmart link?
14    Q.  Yes, ma'am.
15    A.  Okay.  Yes, I see the Walmart link for
16  Bratz Dance Crewz.
17    Q.  And that appears to have versions of three
18  of the dolls in a different order and wearing
19  different outfits; correct?
20    A.  If you could click on the link, the
21  photograph below.  So there's two pictures on this
22  website --
23    Q.  Uh-huh.
24    A.  -- of the product, of the MGA's Dance
25  Crewz.  And the second of the photographs depicts

Page 61

1  three of the dolls in Exhibit 5513 in the exact
2  same outfits.  And then the other picture that you
3  had clicked on before, that would be -- I guess
4  their second outfits.  Sometimes the dolls come
5  with multiple outfits.
6    Q.  Okay.  And you would agree that this
7  website, the walmart.com, provides us no
8  information as to when the image in 5513 was
9  publicly available; correct?
10    A.  Probably not, but I can provide that to
11  you.
12    Q.  Let's go to the second link.  That takes
13  us to bratz.fandom.com wiki.  And that has a
14  different image than what is shown in Exhibit 5513
15  on page 8; correct?
16    A.  The one that -- the image you are showing
17  me right now is slightly different.  The dolls --
18  two of the dolls -- I'm sorry.  Could you go back?
19  Two -- I guess three of the dolls pictured on the
20  website are wearing their accessories, their hats,
21  and the picture in 5513 of the same doll assortment
22  does not have them wearing hats.
23    Q.  Okay.  And this wiki, if we click out of
24  this, indicates a release date of 2009.  Do you see
25  that?

Page 62

1    A. I see that the wiki says that these Bratz
2  dolls released in 2009.  Yes, I see that.
3    Q. And what is MGA's basis for contending, if
4  you are, that the bratz.fandom.com web pages are a
5  reliable source for release dates?
6    A. I don't think that that is a contention.
7    Q. Does MGA have any connection to the wiki
8  bratz.fandom.com?
9    A. Not to my knowledge.
10    Q. Does MGA have any control over the wiki
11  bratz.fandom.com?
12    A. Not to my knowledge.
13    Q. Do any MGA employees, as part of their
14  work for MGA, post to, edit, or otherwise alter any
15  bratz.fandom.com wiki pages?
16    A. Not to my knowledge.
17    Q. Okay.  And if we look at the history for
18  this page that you provided, this shows that the
19  wiki was created on February 11th, 2021; correct?
20    A. I can read the same words that you are
21  reading.  I don't know what that means.  I see that
22  on February 11th, 2021, things were done on this
23  web page.  I just -- I'm not trying to be
24  difficult.  I don't know what that means, but I
25  agree that it says that.

Page 63

1    Q. Okay.  And that was during this lawsuit;
2  correct?
3    A. Yes.  2021 would have been during this
4  lawsuit.
5    Q. And it was created by a username
6  cartoonboy77.  Do you know who posts on the
7  username cartoonboy77?
8    A. I do not.
9    Q. Do you know whether that's an MGA
10  employee?
11    A. I do not.
12    Q. Okay.  And you would agree that a wiki
13  created in 2021 is not evidence that an image
14  existed in 2009; correct?
15    A. I'm certainly not relying on this wiki.
16    Q. Okay.  And this image was added in
17  March 15th, 2023, the one that we are looking at
18  for the Girlz with the hats.  Do you see that?
19        The link that you provided us as the Dance
20  Crewz, that image was provided in March 2023.  Do you
21  have any explanation for that?
22    A. I don't know.  I guess you are making a
23  representation, But I don't know that that's the
24  case.  I just see something highlighted that says
25  "Revision as of 13-18-15, March 2023."  I don't

Page 64

1  know if that -- if that revision means that a photo
2  was added or a description was changed.  I don't
3  know anything about that.
4    Q. Okay.  We can go to the one prior to that,
5  October 31st, 2021.  And you see there is no image
6  under the Dance Crewz; correct?
7    A. Could you scroll down.  I see various
8  images of the Dance Crewz.
9    Q. Right.  But that image of the four dolls
10  is not there; correct?
11    A. Not on this page, no.
12    Q. And then if we go forward to the next
13  date, March 15, 2023, you see that image now
14  appears; correct?
15    A. I see now that there is an image up.  I
16  don't know.  I can't tell you that I understand
17  that these words mean those things.
18    Q. On behalf of MGA, do you know whether
19  anyone at MGA posted this photo onto this wiki in
20  March 2023 right around the time that MGA tried to
21  make this a Trial Exhibit?
22    A. No.
23        MR. CAHN:  When you are saying "this," you
24  are referring to 5513, not to this website.
25        MR. KEVILLE:  That is correct.

Page 65

1    Q. Who told you that you could find the Bratz
2  Dance Crewz image in Trial Exhibit 5513 at page 8
3  on this wiki, bratz.fandom.com?
4        MR. CAHN:  Objection.  Assumes facts not
5  in evidence, argumentative, and may call for
6  privileged conversations.  So to the extent to
7  which it involves a revelation of any specific,
8  privileged conversations, I would instruct the
9  witness not to include that in any answer.  But
10  with that, if you can answer, go ahead.
11    A. Nobody told me that I could find it on
12  this website.  I likely did a search for -- a
13  Google search for Bratz Dance Crewz and then
14  selected on images and then probably tried to find
15  a publicly available image that was either exactly
16  the same or similar to the one sourced from the
17  photo whites library.
18    Q. You don't remember specifically how you
19  came upon this website that was provided to us?
20    A. No.  As I just described, I very likely --
21  I have a -- I can't tell you what date it happened.
22  but I --
23    Q. You are saying "very likely," and so I'm
24  trying to understand.  Do you have a specific
25  memory that you found this image on this wiki,

1  bratz.fandom.com, or did someone provide you this
2  link?
3      A.  I found it.
4      Q.  Okay.  And do you remember when and what
5  search you did?
6      A.  Very likely, based on my memory, it was a
7  Google search that started off something like
8  "MGA's Bratz Dance Crewz," and I would have gone to
9  images, image results, and I would have seen if I
10  could find an exact or near match.
11      Q.  Is it a complete coincidence that this
12  image appears on this bratz.fandom.com wiki, which
13  is very close to the image in 5513, right around
14  the time that a declaration was submitted in this
15  case?
16          MR. CAHN:  Objection.  Argumentative.
17      A.  I can't answer that.
18  BY MR. KEVILLE:
19      Q.  How long have you known of the website we
20  were looking at, bratz.fandom.com?
21      A.  I can't give you an exact date.  I don't
22  think I visited it before I worked at MGA.
23      Q.  How did you first hear about it?
24      A.  I probably discovered it on my own,
25  looking for something.

1      Q.  Does MGA have a social media department or
2  employees who are responsible for social media?
3          MR. CAHN:  I'm going to object that this
4  is beyond the scope of the declaration.
5          You can answer if you are able.
6      A.  MGA has various social media accounts, and
7  people at MGA, I guess -- I don't know if it's only
8  at MGA or MGA with an agency, but in collaboration,
9  I guess, they are managed.
10  BY MR. KEVILLE:
11      Q.  Do those people at MGA or the agencies
12  that MGA applies ever edit or add to the
13  bratz.fandom.com wiki?
14      A.  I have no knowledge of that.
15      Q.  Who are the people that -- inside MGA who
16  could edit social media such as the
17  bratz.fandom.com wiki?
18          MR. CAHN:  Objection.  Misstates the
19  witness's testimony and suggests facts not in
20  evidence.
21          Go ahead and answer if you are able.
22      A.  Well, I don't -- I don't know enough about
23  the bratz.fandom.com website to know who can edit
24  it.
25  BY MR. KEVILLE:

1      Q.  In general, who are the people within MGA
2  who edits social media for Bratz?
3      A.  So, I don't know if this website -- I
4  don't believe this website is a Bratz -- is an MGA
5  social media account.  I think maybe that's where
6  the disconnect is.
7      Q.  Sure.  And I understood that disconnect;
8  that's why I asked it more generally.  Who are the
9  people within MGA who can work on social media
10  related to the Bratz?
11      A.  I don't know specifically their names, and
12  I don't know that this is an MGA-owned and
13  -operated website.  I suspect that it's not.
14      Q.  Okay.  Who are the agencies that MGA uses
15  to address social media for the Bratz?
16      A.  I don't know.
17      Q.  Okay.  I take it you don't know whether
18  any MGA employee is currently an administrator of
19  this wiki, bratz.fandom.com?
20      A.  This is not -- this does not appear to be
21  an MGA website.
22      Q.  No, I didn't ask whether it's an MGA
23  website.  I asked, do you know if any employee of
24  MGA is currently or has been in the past an
25  administrator of the wiki, bratz.fandom.com?

1      A.  I have no knowledge of any affiliation or
2  relationship between MGA and this website.
3      Q.  And you have no knowledge of who the user
4  on bratz.fandom.com named "Devoted Lunatic" is?
5      A.  I do not.
6      Q.  All right.  Let's turn to page 1 in Trial
7  Exhibit 5513.  And if go to Deposition Exhibit 1,
8  the list of image links that were provided to us by
9  MGA, if we go to link number 1, that should be the
10  link to this image; correct?
11      A.  I still see 5513.  Okay.
12      Q.  And this time, we see the same image;
13  correct?
14      A.  That's right.
15      Q.  All right.  And if we click out of the
16  image, you see this page indicates a release date
17  of 2005; correct?
18      A.  I see that -- I see that, yes.
19      Q.  Okay.  Now, you don't know who this wiki
20  is or who this author or administrator of it is;
21  correct?
22      A.  Correct.
23      Q.  So that's not any evidence we can rely on
24  to show when this photo was actually released;
25  correct?

Page 74

1    BY MR. KEVILLE:
2        Q.   No, ma'am.  Your counsel can ask you
3    questions.  Your entire answer was nonresponsive.
4            As to the image --
5            MR. CAHN:  Objection to the commentary.
6    If you have a question, ask your question.
7            MR. KEVILLE:  Counsel, you are wasting my
8    time, and I have limited time.
9            MR. CAHN:  You are wasting my time, too.
10   BY MR. KEVILLE:
11       Q.   As to the image on top of page 1 of
12   Exhibit 5513 -- I don't want to hear about dolls
13   and other things -- I want to know, with that
14   image, list off specific dates, times, and uses
15   where that image was publicly available.
16       A.   You can find the image on MGA's website.
17       Q.   And you have not provided that link to us;
18   correct?
19       A.   It's publicly available.  You can search
20   it.
21       Q.   And you have not provided that link to us;
22   correct?
23       A.   It is not in this document, no.
24       Q.   It is not in any document that you
25   provided us; correct?

Page 75

1        A.   It is not in Exhibit 1.
2        Q.   It is not in any document that you
3    provided to us; correct?
4        A.   Not that I personally provided to you, no.
5        Q.   And you're not aware of anybody at MGA who
6    provided that to us; correct?
7        A.   I am not aware of anyone else -- I'm not
8    aware if anyone else provided you with any
9    additional links.
10       Q.   Okay.  And if we look back on the link you
11   did give us to the bratz.fandom.com and look at
12   when this wiki was created, you see that this was
13   created in November 2014.  Do you see that, ma'am?
14       A.   I do.
15       Q.   Okay.  And --
16       A.   I don't -- I see what you are
17   highlighting, what your colleague is highlighting.
18   I don't know what that refers to, if that refers to
19   the image that we were looking at or something
20   specific on the web page that we were looking at or
21   anything else on the bratz.fandom.  I have no way
22   of knowing what those dates are referring to.
23       Q.   Why did you give us this list of links,
24   many of which refer to the bratz.fandom.com wiki,
25   if you have no way to tell us what it means?

Page 76

1        A.   That's --
2            MR. CAHN:  Object --
3        A.   That's not what I testified to just now.
4    What I'm saying is:  Your colleague is highlighting
5    certain information about, I guess, when certain
6    things -- certain changes were made on this
7    website.  I don't know that that's what those
8    things mean.
9    BY MR. KEVILLE:
10       Q.   Did you --
11       A.   I can't -- I can't confirm that, and so I
12   can't really answer your question.
13       Q.   Did you make any effort to find out when
14   these images were posted to the various wikis, the
15   images in 5513, before you provided your
16   declaration?
17       A.   No.  The only effort that I made with
18   respect to dates was to confirm that the dolls
19   pictured in these images were released by MGA in or
20   prior to 2009.
21       Q.   And have you told me all of the evidence
22   you have to support the representation you just
23   made that these images were released prior to 2009
24   --
25           MR. CAHN:  Objection --

Page 77

1    BY MR. KEVILLE:
2        Q.   -- or is that something else we haven't
3    heard about?
4            MR. CAHN:  Misstates the witness's
5    testimony.
6            Go ahead.  You can answer.
7        A.   I believe that in addition to finding this
8    exact image on MGA's website, which you can access
9    through the Wayback Machine for those early 2000
10   years, I believe I also found these individual
11   images of these dolls and these poses on MGA's
12   final whites library, but not all together as
13   pictured in the image, the first image of 5513.
14   BY MR. KEVILLE:
15       Q.   So the image on the top or the first --
16   the images on the first page of 5513, you're saying
17   those don't exist in MGA's final whites library?
18       A.   No.
19       Q.   So you don't know who made these images?
20           MR. CAHN:  I don't think the witness was
21   done with her answer.
22       A.   This exact image, the top image on
23   Exhibit 5513, is on MGA's website, publicly facing
24   website, and you can access that through the
25   Wayback Machine.

Page 86

1    Q.  Okay.  Let me ask you to list the date and
2    the places and the people who were involved in
3    the -- this the image, not the dolls, this image,
4    being publicly available and when it happened?
5    A.  So the top image on the second page of
6    5513 features the Bratz Pretty N Punk dolls.  As I
7    stated in paragraph 4 of my declaration, this is a
8    marketing photograph created by MGA's photography
9    studio in the ordinary course of business at or
10   around the time that those dolls were released for
11   public sale.
12       MGA provided those marketing photos to its
13   retail partners, who then used those images in
14   publicly-facing advertisements, including catalogs
15   and websites.
16   Q.  Okay.  Can you tell us for this particular
17   image that's on the screen, the image at the top of
18   page 2 of 5513, the specific retailers who used
19   this image, what they used it in, and when they
20   used it in?
21   A.  No.
22       MR. KEVILLE:  Why don't we take our second
23   break here.
24       MR. CAHN:  Yeah.  We've been going for
25   about an hour.

Page 87

1        THE VIDEOGRAPHER:  We are off the record
2    at 3:59 p.m.
3        (Recess taken from 3:59 p.m. to 4:18 p.m.)
4        THE VIDEOGRAPHER:  Here begins Media Unit
5    Number 2.  We are back on the record at 4:18 p.m.
6    BY MR. KEVILLE:
7    Q.  Ms. Lachman, we are back from a break.  Is
8    there anything you want to change about your prior
9    testimony?
10   A.  You asked me whether -- or why in the
11   links provided to you by Mr. Skolnick was an MGA --
12   was the link to this very first picture on
13   Exhibit 5513.  I mentioned that I was also able to
14   find it on the MGA website via the Wayback Machine,
15   that I found it on the web.  I located it -- this
16   image on the MGA website via the Wayback Machine
17   after Mr. Skolnick sent that email.
18   Q.  Okay.  All right.  Let's look at
19   Exhibit 5513 at the second page, in the bottom
20   image.  I believe you said at the start of the
21   deposition that you found that one on the internet.
22   A.  Yes.
23   Q.  And so you did not find that in the final
24   whites of MGA?
25   A.  I guess, to be clear, this image I sourced

Page 88

1    it from the link provided.
2        MR. CAHN:  Do you need Exhibit 1?
3        THE WITNESS:  No.  I have it here.
4        MR. CAHN:  Okay.
5    A.  Yes.  This image, on the bottom of page 2
6    of Exhibit 5513, I found on the internet.
7    BY MR. KEVILLE:
8    Q.  At the link provided in Exhibit 1, number
9    4, Bratz Feelin' Pretty?
10   A.  I believe that's right.  If you click on
11   the link, then I can -- yeah, that's right.
12   Q.  Okay.  What did you do to search to find
13   that image?
14   A.  I don't recall specifically when the
15   search occurred.  It was probably the Google search
16   that I discussed earlier, MGA Bratz dolls, and then
17   I would have, you know --
18   Q.  This bratz.fandom.com wiki page shows the
19   image at the bottom of page 2 of 5513; correct?
20   A.  Yes.
21   Q.  And it says the release date is 2006.  You
22   didn't do anything to confirm that was accurate,
23   did you?
24   A.  No.  I do know that the -- I'm sorry.  No,
25   that is not correct.  I independently confirmed

Page 89

1    that the Bratz Feelin' Pretty dolls were released
2    in 2006.
3    Q.  Sure.  But as to this image, you have no
4    personal knowledge whatsoever that this image was
5    available in 2006; correct?
6    A.  I don't know if specifically this image
7    was -- when this was available on this website.  I
8    know that MGA photographs its products and makes
9    the final whites publicly available when the
10   product is being marketed, so at the time that the
11   product is released.
12   Q.  I'm sorry, ma'am.  I thought you said this
13   wasn't in the final whites, the images at the
14   bottom of page 2 of 5513.
15   A.  It was not sourced in the final whites,
16   but it is an image of dolls made and released by
17   MGA in 2006.
18   Q.  So to be clear, you have no idea when the
19   image on the bottom half of page 5513, page 2, you
20   have no idea when that was released to the public,
21   that image?
22   A.  I don't know when this specific image was
23   released to the public.  I know that MGA would have
24   publicly released images of this exact line when
25   the line was released in 2006.

Page 90

1    Q.   To be clear, you have no personal
2   knowledge whatsoever when the image shown at the
3   bottom of page 2 of Exhibit 5513, when that
4   particular image was released to the public?
5        MR. CAHN:  Objection.  Asked and answered.
6    A.   I think I answered the question.
7   BY MR. KEVILLE:
8    Q.   No, ma'am, you didn't.
9    A.   Yes, I did.  It says, "I don't know when
10  this specific image was released to the public.  I
11  know that MGA would have publicly released images
12  of this exact line when the line was released in
13  2006."
14   Q.   So I will strike everything after you
15  don't know when this image was released to the
16  public.  You agree with that; correct?
17       MR. CAHN:  No, we are not agreeing to
18  strike.  You can raise that with the judge.  She's
19  answered your question.  If you have another
20  question, you can ask it.
21  BY MR. KEVILLE:
22   Q.   Tell me the date the image -- that
23  particular image on the second page, the bottom of
24  Trial Exhibit 5513, was released to the public?
25   A.   I can tell you that images of these dolls

Page 91

1   would have been released in 2006, when the dolls
2   themselves were released.
3    Q.   Tell me, ma'am, when the image in Trial
4   Exhibit 5513, page 2, bottom, was released to the
5   public, that particular image.
6    A.   I don't have an exact date.
7    Q.   Thank you, ma'am.
8        All right.  Now, if we look at the website
9   that you say you found this on, and we go to the
10  history, you can see that this bratz.fandom.com wiki
11  was created on February 11th, 2021.  Do you see that?
12   A.   I see that you are telling me that.  I
13  don't know that that's the portion of the website
14  that your colleague just highlighted means that.
15   Q.   So you provided us these links, but you
16  don't understand how this wiki is created or how
17  it's operated?
18   A.   In providing you the links, I didn't make
19  any representations about this website.  I believe
20  this is an image of MGA dolls that were released
21  prior to 2009.
22   Q.   Okay.
23   A.   In and prior to 2009.
24   Q.   And you would agree that a website that --
25  assuming that this is accurate, that says "created

Page 92

1   on February 11th, 2021," is not evidence of when a
2   photo was available before that; correct?
3        MR. CAHN:  Objection.  Argumentative.
4   Calls for a legal conclusion.  Assumes facts not in
5   evidence.
6        If you are able to answer, you can answer.
7    A.   I guess I will just have to reread your
8   question.  Sorry.
9        I am not relying on this website as to when
10  that image was created.  It's an image of dolls that
11  were made and publicly sold by MGA in 2006.  And I
12  have evidence of that if you want to hear it.
13  BY MR. KEVILLE:
14   Q.   And you have no evidence that this image,
15  shown on 5513, page 2, bottom half, you have no
16  evidence of when that particular image was released
17  to the public?
18   A.   I think I testified that it was likely
19  released in 2006, but I don't have an exact date,
20  so I can't answer your question.
21   Q.   Okay.  Now, let's look at when this photo
22  was added to the bratz.fandom.com wiki.
23       So if we look at this wiki, we can see that
24  as of May 12, 2023, at 1838, there was no image there
25  of this grouping of dolls, correct, the Bratz Feelin'

Page 93

1   Pretty dolls?
2    A.   I can't agree with that.  I don't know
3   what those mean.
4    Q.   Can you scroll down and let me know if you
5   seed image anywhere, ma'am.
6    A.   I don't see a picture of the image on this
7   site that you just navigated to.
8    Q.   Okay.  And then let's go to the next
9   revision.
10       Now, two minutes later, at 18:40 on
11  May 12th, the image appears, posted by Devoted
12  Lunatic.
13       Can you explain how the image appeared on
14  this website after your declaration, ma'am?
15   A.   Of course not.
16   Q.   Do you know who Devoted Lunatic is who
17  posted this image?
18   A.   I don't know.
19   Q.   Can you explain how you say you found this
20  image on a website that shows it was posted on
21  May 12th, after your declaration?
22       MR. CAHN:  Objection.  Assumes facts not
23  in evidence And argumentative.
24   A.   I don't know that that's when this picture
25  was posted to that website.

BY MR. KEVILLE:

Q.  When was this picture posted to the bratz.fandom.com wiki?

A.  I don't know.

Q.  The image on the top of page 3 of Exhibit 5513, you found that on the internet; correct?

A.  Yes.

Q.  Can you tell us what specific date that image was publicly available?

A.  No.

Q.  Okay.

Q.  But looking at Exhibit 1, I think that they sent you the wrong link for where I found that image.

Q.  Okay.  I want to go to the bottom image on page 5513, page 3, which is the Bratz Adventure Girlz; correct?

A.  Yes.

Q.  And you said, "We have the dolls available here."

Are those these three, ma'am?

A.  Those three dolls are Bratz Adventure Girlz.

Q.  And so that's what you are referring to

when you say, "We have the dolls here"?

A.  Yes.

MR. CAHN:  And just a second.  If we are going to refer to things in the deposition, I would like them to be marked as exhibits so that --

MR. KEVILLE:  I'm going to talk about all that, Counsel.

MR. CAHN:  You are going to talk about the dolls without making them exhibits?

MR. KEVILLE:  Counsel, if you want to ask questions, you can later.

MR. CAHN:  All right.  I will mark them as exhibits later.

BY MR. KEVILLE:

Q.  Ms. Lachman, you provided three Bratz Adventure Girlz.  I'm going to hand them to you in just a second.

A.  Sure.

Q.  And these have Exhibit stickers on them.  One is Exhibit 14031.  One is Exhibit 17516.  and the third one is Exhibit 18709.

These are exhibits from some other lawsuit?

A.  Correct.

Q.  Okay.  Can we refer to the exhibit stickers that aren't on here from some prior

lawsuit to identify them?

A.  I think it would be confusing because there's three different exhibits that you just read off.

Q.  Why would it be confusing, ma'am?

A.  Are they all --

Q.  They have three different stickers.

A.  Okay.  Don't they have -- I thought you read other -- see, there is a sticker, an exhibit sticker just above those?  But --

Q.  Well, there are many stickers on here.

A.  Right; okay.  Sure.

You can refer to them by the blue and yellow exhibit sticker.  Yeah, that works.

Q.  Okay.  I will hand this to you.

Can you arrange those so they can be seen in the video, ma'am?

MR. CAHN:  You want the boxes to face the camera?

MR. KEVILLE:  Yes.

Q.  All right.  Comparing those three boxes to the image, the 5513, page 3 at the bottom, you would agree those are very different visuals; correct?

MR. CAHN:  Objection.  Vague.

A.  Can I look at them?

BY MR. KEVILLE:

Q.  Sure.

A.  Okay.  And the question is.

Q.  The image of the three boxes versus the image at the bottom of 5513, page 3, those are very different; correct?

A.  What I'm looking at are real-life dolls and packaging, and the picture is of the dolls out of packaging.

Q.  Right.  So it's not the same image; correct?

A.  Well, I'm looking at an image, and I'm looking at real-life dolls and packaging.

Q.  And the dolls and packaging, those three boxes that have exhibit stickers from some prior litigation, those were not marked as trial exhibits in this case; correct?

A.  I don't know if those have been marked as trial exhibits.  I know we have made them available to you.

Q.  It's not my question.  They have not been marked as trial exhibits --

A.  The answer is --

MR. CAHN:  Objection --

Page 102

1   accessories, yes.

2       Q.   Sure.  But for the image you want to use

3   in this case on 5513, page 9, that image does not

4   appear on this internet site; correct?

5       A.   This internet site does not have a picture

6   of the four dolls side by side without their pets.

7       Q.   And this wiki was created, if we look at

8   the history, May 17th of 2021, again by the Devoted

9   Lunatic.  And, ma'am, you have no idea who the

10  Devoted Lunatic is; correct?

11      A.   Only that they are devoted.

12      Q.   Okay.  And you have no basis to say a wiki

13  created in 2021 is any evidence of when even the

14  images that it has were made public; correct?

15      MR. CAHN:   Objection.  Assumes facts that

16  are not in evidence.

17      But you are free to answer if you are able.

18      A.   So I'm not relying on the -- anything that

19  you just highlighted from the website.  But I

20  see -- I recognize that the pictures of these dolls

21  on this website are final whites by MGA that were

22  taken in the same session as Exhibit 5513, page 9,

23  because, as I state in paragraph 4 of my

24  declaration, that MGA provides the marketing

25  photographs to its retail partners at and near the

Page 103

1   time that the dolls are released for public sale.

2   These photographs would have been available at or

3   near the time that these dolls were offered for

4   sale.

5       Q.   The brand here is Bratz Pampered Petz,

6   correct, Ms. Lachman?

7       A.   The brand is Bratz, and Pampered Petz

8   would be a segment or the name of the doll line,

9   this specific release.

10      Q.   And we saw in each of those individuals

11  there is a pet with the Bratz doll; correct?

12      A.   That's right.

13      Q.   Okay.  Did -- and since the brand segment

14  was Pampered Petz, did MGA ever produce images

15  without the pets for its retail partners?

16      A.   MGA would have provided all of the

17  photographs to retail partners.  Ultimately, the

18  retail partners decide what to feature in their

19  print or online advertising.

20      Q.   That's not my question.  When you were

21  marketing the brand segment, Bratz Pampered Petz,

22  did you release images with no pets in them?

23      A.   So this particular image that we are

24  looking at on the bottom of page 9 of Exhibit 5513

25  is an image of all four dolls without their pets.

Page 104

1       Q.   Okay.

2       A.   And it's a final white image that I found

3   in MGA's final whites library.  It would have been

4   provided along with the others taken in that same

5   photo shoot to MGA's retail partners.

6       Q.   But you have, again, no idea when or if

7   the actual image of the brand segment, Bratz

8   Pampered Petz, when the image on the bottom of

9   page 9 of 5513 was publicly released?  You don't

10  know that date other than it's around the time of

11  the dolls?

12      A.   In or around the time that the dolls were

13  released; correct.

14      Q.   Okay.  And you can't identify any specific

15  retail partner or other way this image was made

16  public?

17      A.   So it was made public by MGA when it was

18  shared with its retail partners.  MGA may have also

19  used it in its own marketing or consumer-facing

20  copy.

21      With respect to the retailers, I gave you a

22  list of retailers that I'm aware of.  But I can't

23  tell you when a particular retailer used this

24  specific image in a publicly facing copy.

25      Q.   And you can't tell me if MGA -- if and

Page 105

1   when MGA used these two pages on page 9 of Exhibit

2   5513, when they used it in public-facing

3   advertising or retailing?

4       A.   I know that MGA would have shared it with

5   its retail partners in and around the time the

6   dolls were released.

7       Q.   Has MGA produced any catalogs or retail

8   websites that contain any of the images in

9   Exhibit 5513?

10      A.   When you say "produced retail websites,"

11  what do you mean?

12      Q.   Let's start with catalogs.  Has MGA

13  produced any catalogs that contain any of the

14  images, the specific images in Trial Exhibit 5513?

15      A.   When you say "catalogs," are you talking

16  about like an MGA internal catalog of dolls?

17      Q.   I'm not talking about internal things.

18  I'm talking about public-facing things.

19      A.   Oh.  Like a Target catalog you are talking

20  about?

21      Q.   That would be an example.  I'm talking

22  any.

23      A.   No, we have not produced any catalogs or

24  retail websites that I'm aware, unless there's

25  something linked in Exhibit 1.

Page 114

1  declaration.  Is that right?
2       A.  Correct.
3       Q.  And are you familiar with her declaration,
4  Ms. Garcia's declaration?
5       A.  I am.
6       Q.  And were you aware of the contents of
7  Ms. Garcia's declaration when you signed your
8  declaration that's the subject of this deposition?
9       A.  Yes, I was.
10      Q.  And what does Ms. Garcia's declaration say
11 about the images in what is now Trial Exhibit 5513?
12          MR. KEVILLE:  Objection.  Hearsay.
13      A.  I believe it states that the images in
14 551 -- that we are referring to as 5513 were
15 Exhibit A to her declaration, are images of Bratz
16 and Moxie Girlz lines released by MGA in or prior
17 to 2009.
18          MR. CAHN:  Thank you.  No further
19 questions.
20          MR. KEVILLE:  A few follow-ups.
21              FURTHER EXAMINATION
22 BY MR. KEVILLE:
23      Q.  Ms. Lachman, the dolls that you just
24 discussed with your counsel, you agree, were never
25 produced in discovery in this litigation; correct?

Page 115

1       A.  The physical dolls?
2       Q.  Yes.
3       A.  I agree they were not produced in the
4  discovery phase, but they also were not requested.
5       Q.  And you would agree that you made them
6  first available to us in the last few days;
7  correct?
8       A.  I don't think that's correct.  I think
9  they were offered to you perhaps in connection
10 with -- I don't know if it was in connection with
11 Ms. Garcia's declaration or mine.  I think it was
12 prior -- a couple of days ago.
13      Q.  In the last few weeks was the first time
14 you made the dolls available to us that you are
15 saying would be the dolls that are related in some
16 way to the images in 5513?
17      A.  I think a couple -- I think weeks is more
18 correct, yes.
19      Q.  Did you have any discussions in creating
20 your declaration with Paula Garcia?
21          MR. CAHN:  And I'm going to object on
22 privileged grounds.
23          But you can answer the question yes or no.
24      A.  So I've had communications with Paula
25 Garcia generally on the subject of my declaration.

Page 116

1  BY MR. KEVILLE:
2       Q.  And what did you discuss with Paula Garcia
3  on the subject of your declaration?
4       A.  That I can't answer --
5          MR. CAHN:  I'm going to object --
6          THE WITNESS:  Sorry.
7          MR. CAHN:  Objection.  Privilege.
8  BY MR. KEVILLE:
9       Q.  Did you have discussions with Paula Garcia
10 about the subject matter of her declaration?
11         MR. CAHN:  You can answer yes or no.
12      A.  Yes.
13 BY MR. KEVILLE:
14      Q.  And what did you discuss with Paula Garcia
15 about the subject matter of her declaration?
16         MR. CAHN:  Objection.  Privileged.
17 Instruct the witness not to answer.
18      A.  I will follow the instruction.
19      Q.  No further questions.
20         Oh, wait, stop.  Before we go off, we've
21 taken a screen capture of everything you were looking
22 at.  I'm marking that as Exhibit 2 to this
23 declaration.
24         (Deposition Exhibit 2 was marked for
25         identification by the reporter and is

Page 117

1        attached hereto.)
2       A.  What do you mean, everything I was looking
3  at?
4  BY MR. KEVILLE:
5       Q.  The screen that's in front of you -- no,
6  the screen that's in front of you --
7       A.  Sure.
8       Q.  -- when we were asking questions about the
9  various websites, that's all been captured, and I'm
10 going to mark that as Exhibit 2.
11         MR. CAHN:  I assume you will send those
12 along to us?
13         MR. KEVILLE:  Of course.
14         MR. CAHN:  Okay.
15         THE VIDEOGRAPHER:  And before we go off,
16 Mr. Keville, would you like your video synced with
17 the transcript?
18         MR. KEVILLE:  Yeah, please.
19         THE VIDEOGRAPHER:  And expedited?
20         MR. KEVILLE:  Yes, please.
21         THE VIDEOGRAPHER:  And, Mr. Cahn, would
22 you like video?
23         MR. CAHN:  Yes, exact same.
24         THE VIDEOGRAPHER:  Thank you.  Here ends
25 Media Unit 2 of 2.  We are off the record at 5:06

Page 118

1   p.m.
2        THE REPORTER:  And, Counsel, would you
3   like to order a rough draft?
4        MR. CAHN:  Yes, please.
5        (Proceedings adjourned at 5:06 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 119

1   STATE OF  CALIFORNIA        )
                               ) SS
2   COUNTY OF LOS ANGELES      )
3
4        I hereby certify that the witness in the
5   foregoing deposition was by me duly sworn to
6   testify to the truth, the whole truth and nothing
7   but the truth, in the within-entitled cause; that
8   said deposition was taken at the time and place
9   herein named; and that the deposition is a true
10  record of the witness's testimony as reported by
11  me, a duly certified shorthand reporter and a
12  disinterested person, and was thereafter
13  transcribed into typewriting by computer.
14        I further certify that I am not
15  interested in the outcome of the said action, nor
16  connected with nor related to any of the parties in
17  said action, nor to their respective counsel.
18        IN WITNESS WHEREOF, I have hereunto set
19  my hand.
20  Reading and Signing was:
21  ___ requested  __ waived  _x__ not requested
22
23  _____
24  Grace Chung, CSR. NO. 6246, RMR, CRR
25