# EXHIBIT 4



1:42:44



1:42:46



1:42:52





1:59:23



1:59:28