| | |
|---|---|
| Erin R. Ranahan (SBN: 235286)<br>eranahan@winston.com<br>Cesie Alvarez (*pro hac vice*)<br>calvarez@winston.com<br>Jiepu (Bobby) Li (SBN: 342224)<br>bli@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700 | John R. Keville (*pro hac vice*)<br>jkeville@sheppardmullin.com<br>Robert L. Green (*pro hac vice*)<br>rgreen@sheppardmullin.com<br>Chante B. Westmoreland (*pro hac vice*)<br>cwestmoreland@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002<br>Telephone: 713-431-7100 |

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and
*Counter-Claimants* GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | **Case No. 2:20-cv-11548-JVS-AGR**<br><br>**DEFENDANTS' / COUNTERCLAIMANTS' SUPPLEMENT TO NARROW ISSUES REGARDING COUNTER-DEFENDANTS' OBJECTIONS TO PROPOSED CROSS-EXAMINATION EXHIBITS TO BE USED WITH ELIZABETH LACHMAN** |

## SUPPLEMENTAL BRIEF REGARDING NARROWED ISSUES FOR OBJECTIONS TO LACHMAN CROSS EXAMINATION EXHIBITS

MGA has objected to certain proposed exhibits the OMG Girlz intend to use with MGA witness Elizabeth Lachman. Dkt. 730. The OMG Girlz filed a response on May 19, 2023. Dkt. 738. To simplify the issues, the OMG Girlz want to update the Court of the following:

- The only cross exhibit the OMG Girlz intend to use with Ms. Lachman is a redacted email from MGA's counsel that attached a list of "Publicly Available Images of MGA Dolls in Exhibit 5513." The email is redacted except for the one paragraph discussing the list. This email plus attachment will be Trial Exhibit 700 and is attached hereto as Ex. 1 for the Court's convenience.
- Absent MGA using it on direct, the OMG Girlz no longer intend to cross examine Ms. Lachman on Ex. A to her declaration; and
- The OMG Girlz do not intend to offer Ms. Lachman's declaration as a trial exhibit.

As discussed in the OMG Girlz response to MGA's objections, the only exhibit at issue does not relate to MGA's excluded "copying" theory. The redacted email and attachment only relate to the public availability of certain images—a topic the Court stated could be explored on cross examination. 5/17 AM Tr. 7:13-28.

Dated:  May 21, 2023

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ *John R. Keville*
      John R. Keville

*Attorney for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

1