# EXHIBIT 1

| | |
|---|---|
| **From:** | Chase Scolnick |
| **To:** | John Keville; Chante Westmoreland |
| **Cc:** | Jennifer Keller; Jay Barron; Leobardo Cano; Elizabeth Lachman; mfinkelstein@umbergzipser.com; blamarr@lamarrfirm.com; Ranahan, Erin |
| **Subject:** | RE: MGA v. Harris -- Discovery Requests |
| **Date:** | Wednesday, April 26, 2023 3:56:50 PM |
| **Attachments:** | image001.jpg |
| | RE Follow up from Discovery Conference-- MGA v. Harris et al. 220-cv-11548-JVS-AGR.msg |
| | Publicly Available Images of MGA Dolls.pdf |

John,

[redacted]

[REDACTED]

I identified MGA's doll lines depicted in Exhibit 5513 and their approximate date of release. I explained MGA pulled some from public websites and others from its marketing materials, which are also publicly used (and available) by MGA's retail partners when they sell and market dolls. While I explained MGA keeps the doll images in the normal course of business, I also offered to identify where the dolls' images can be found online. To that end, please find attached a list of the doll lines referenced in Exhibit 5513 and websites where their images can be found. I asked whether you would agree to MGA's use of doll images found on those publicly available websites, but you said you were not interested. I also explained multiple MGA witnesses could sponsor Exhibit 5513 at trial. Finally, I informed you I would not disclose my privileged communications with my client regarding MGA's location of the images in Exhibit 5513 or its production.

[REDACTED]

Best,

**Chase A. Scolnick**
**Partner**



18300 Von Karman Ave., Suite 930   |   Irvine, California 92612-1057
949.476.8700   |   Fax 949.476.0900
cscolnick@kelleranderle.com   |   www.kelleranderle.com   |

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at info@kelleranderle.com or by telephone at 949.476.8700 and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** John Keville <JKeville@sheppardmullin.com>
**Sent:** Wednesday, April 26, 2023 12:42 PM
**To:** Chante Westmoreland <CWestmoreland@sheppardmullin.com>
**Cc:** Chase Scolnick <cscolnick@kelleranderle.com>; Jennifer Keller <jkeller@kelleranderle.com>; Jay Barron <jbarron@kelleranderle.com>; Leobardo Cano <lcano@kelleranderle.com>; Elizabeth Lachman <ELachman@mgae.com>; mfinkelstein@umbergzipser.com; blamarr@lamarrfirm.com; Ranahan, Erin <ERanahan@winston.com>
**Subject:** Re: MGA v. Harris -- Discovery Requests

Chase:

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████████
████

█████████████████████████████████████
███████████████████████████████████████
████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████

███████████████████████████████████████
██████████████

Best,
John

Sent from my mobile device

> On Apr 26, 2023, at 9:38 AM, Chante Westmoreland <CWestmoreland@sheppardmullin.com> wrote:
>
> Chase,
>
> ███████████████████████████████████████
> ████
>
> █████████████████████████████████████
> ███████████████████████████████████████
> ███████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████

█████████████████████████████████████

█████████████████████████████████████

Sincerely,

**Chante B. Westmoreland**
+1 713-431-7121 | direct
CWestmoreland@sheppardmullin.com | Bio



700 Louisiana Street, Suite 2750
Houston, TX 77002
+1 713-431-7100 | main
www.sheppardmullin.com | LinkedIn | Twitter

---

**From:** Chase Scolnick <cscolnick@kelleranderle.com>
**Sent:** Tuesday, April 25, 2023 9:03 PM
**To:** John Keville <JKeville@sheppardmullin.com>; Chante Westmoreland <CWestmoreland@sheppardmullin.com>; Jennifer Keller <jkeller@kelleranderle.com>; Jay Barron <jbarron@kelleranderle.com>; Leobardo Cano <lcano@kelleranderle.com>; Elizabeth Lachman <ELachman@mgae.com>; mfinkelstein@umbergzipser.com
**Cc:** blamarr@lamarrfirm.com; Ranahan, Erin <ERanahan@winston.com>
**Subject:** MGA v. Harris -- Discovery Requests

Counsel,

███████████████████████████████████████████████
███████████████████████████████████████████████
█████

█████████████████████████████████████

███████████████████████████████████████████████
█████████████████

███████████████████████████████████████████████
███████████████████████████████████

██████████████████████████████████████████████
██████████████████████████████████████████████

Best,

**Chase A. Scolnick**
Partner
<image001.jpg>

18300 Von Karman Ave., Suite 930   |   Irvine, California 92612-1057
949.476.8700   |   Fax 949.476.0900
cscolnick@kelleranderle.com   |   www.kelleranderle.com   |   <~WRD3470.jpg>
<~WRD3470.jpg>

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at info@kelleranderle.com or by telephone at 949.476.8700 and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**Publicly Available Images of MGA Dolls in Exhibit 5513**

1. Bratz Hollywood  --

   https://bratz.fandom.com/wiki/Hollywood_Style?file=Hollywood_Style.jpg

2. Bratz i-Candy

   https://bratz.fandom.com/wiki/I-Candy?file=Bratz_I._Candy_Dolls.jpg

3. Bratz Pretty N Punk (photo appears on back of packaging)

   https://bratz.fandom.com/wiki/ Pretty_%27N%27_Punk?file=Pretty_%2527N%2527_Punk_-_Meygan_%_2528Reverse%2529.jpg#Description

4. Bratz Feelin' Pretty

   https://bratz.fandom.com/wiki/Feelin%27_Pretty?file=Feelin%2527_Pretty.png

5. Bratz Princess

   https://bratz.fandom.com/wiki/Princess

6. Bratz, Adventure Girlz

   https://bratz.fandom.com/wiki/Adventure_Girlz

7. Bratz Be-Bratz

   https://www.amazon.com/Bratz-Be-Bratz-Brunette-USB-mouse/dp/B001FVE50O

   https://bratz.fandom.com/wiki/Be-Bratz?file=Be-Bratz_-_Wallpaper_%25284%_2529.jpg

8. Bratz Birthday

    https://www.amazon.com.au/MGA-354703-Bratz-Birthday-Yasmin/dp/B000RHM8C4

9. Bratz Passion 4 Fashion

    https://bratz.fandom.com/wiki/Passion_4_Fashion_(3rd_Edition)?file=Passion_4_Fashion_%25283rd_Edition%2529.jpg

10. Bratz, Sweet Hearts

    https://bratz.fandom.com/wiki/Sweet_Heart_(4th_Edition)?file=Sweet_Heart_%25284th_Edition%2529_-_Sasha_%2528Doll%2529.png

11. Bratz, Magic Hair

    https://www.ebay.com/itm/333683298517 (Photo on the left is featured in this ebay listing)

12. Bratz, Dance Crews

    https://www.walmart.com/ip/Bratz-Dance-Crewz-4-Pc-Asst/10854408
    https://bratz.fandom.com/wiki/Dance_Crewz?file=Dance_Crewz.jpg

13. Bratz Magic Hair Cut

    https://www.lookinbratz.com/database/bratz-2009/dolls

14. Bratz Party

    https://www.flickr.com/photos/48107123@N05/4410516153
    https://www.flickr.com/photos/48107123@N05/4411283302/in/photostream/
    https://www.flickr.com/photos/glamgeko/3265527070

15. Bratz, Pampered Petz

    https://bratz.fandom.com/wiki/Pampered_Petz

16. Moxie Girlz Best Friend

    https://moxiegirlz.fandom.com/wiki/Best_Friends_(1st_Edition)?file=Best_Friends_-_Sophina_and_Avery.jpg

17. Moxie Girlz, Magic Hair

    https://www.ebay.com/itm/275016142919

18. Bratz, Magic Hair

    https://www.worthpoint.com/worthopedia/bratz-magic-hair-funky-fashion-81453994
    https://www.lookinbratz.com/database/bratz-2009/ffm-heads