**F I L E D**
CLERK, U.S. DISTRICT COURT

5/26/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA Entertainment, Inc., | **CV 20-11548 JVS(AGRx)** |
| vs. | COURT'S TRIAL LOG |
| Clifford T.I. Harris, etal. | |

1

*MGA v. Harris* Trial Log

| Day | Witness | Harris Parties' Time | MGA Time | Comment |
|---|---|---|---|---|
| *Time beginning of trial.* | | 26.30 | 26.30 | |
| | *Harris Case in Chief* | | | |
| | | | | |
| May 10, 2023 | Tamekaa Harris | | | |
| | Direct | 1:37 | | |
| | Cross | | 1:45 | |
| *Time remaining at end of day.* | | 24:53 | 24:45 | |
| | | | | |
| May 11, 2023 | Tamekaa Harris | | | |
| | Cross (con'td) | | I:53 | |
| | Redirect | :20 | | |
| | Recross | | :03 | |
| | | | | |
| | Breaunna Womack | | | |
| | Direct | 1:20 | | |
| | Cross | | 1:27 | |
| *Time remaining at end of day.* | | 23:13 | 21:22 | |
| | | | | |
| May 12, 2023 | Dominique Alexander | | | Taken out of order. |
| | Direct | :22 | | |

1

|  |  |  |  |  |
|---|---|---|---|---|
|  | Cross |  | :59 |  |
|  | Redirect | :01 |  |  |
|  |  |  |  |  |
|  | Moniece Campbell |  |  |  |
|  | Direct | :26 |  |  |
|  | Cross |  | :48 |  |
|  | Redirect | :02 |  |  |
|  | Recross |  | :02 |  |
|  |  |  |  |  |
|  | Windellyn Osborne |  |  |  |
|  | Direct | :31 |  |  |
|  | Cross |  | :48 |  |
|  | Redirect | :02 |  |  |
|  | Recross |  | :01 |  |
|  |  |  |  |  |
|  | Breaunna Womack |  |  |  |
|  | Cross (cont'd) |  | :57 |  |
|  |  |  |  |  |
| *Time remaining at end of day.* |  | 21:49 | 17:49 |  |
|  |  |  |  |  |
| *May 16, 2023* | Breaunna Womack |  |  |  |
|  | Cross (cont'd) |  | :03 |  |
|  | Redirect | :06 |  |  |
|  | Recross |  | :01 |  |
|  |  |  |  |  |
|  | Zonique Pullens |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Direct | 1:21 |  |  |
|  | Cross |  | 1:41 |  |
|  | Redirect | :08 |  |  |
|  | Recross |  | :02 |  |
|  |  |  |  |  |
|  | Christian Tregillis |  |  |  |
|  | Direct | :56 |  |  |
|  | Cross |  | :42 |  |
|  | Redirect | :01 |  |  |
|  |  |  |  |  |
| *Time remaining at end of day.* |  | 18:17 | 15:20 |  |
|  |  |  |  |  |
| *May 17, 2023* | Clifford Harris |  |  |  |
|  | Direct | :39 |  |  |
|  | Cross |  | :28 |  |
|  | Redirect | :03 |  |  |
|  | Recross |  | :02 |  |
|  |  |  |  |  |
|  | Maxine Wagner | :32 | :26 | via deposition; in absence of split per parties agreement |
|  |  |  |  |  |
|  | *Harris Parties Rest* |  |  |  |
|  |  |  |  |  |
|  | Blanche Consorti |  |  |  |
|  | Direct |  | 1:27 | Corrected |

3

|  |  |  |  |  |
|---|---|---|---|---|
| *Time remaining at end of day.* |  | 17:04 | 12:55 | Corrected |
|  |  |  |  |  |
| May 19, 2023 | Blanche Consorti |  |  |  |
|  | Direct (cont'd) |  | 4:50 |  |
|  | Cross | :30 |  |  |
| *Time remaining at end of day.* |  | 16:34 | 8:05 | Corrected |
|  |  |  |  |  |
| May 23, 2023 | Blanche Consorti |  |  |  |
|  | Cross (cont'd) | 1:13 |  |  |
|  | Redirect |  | :25 |  |
|  | Recross | :20 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Elizabeth Lachman |  |  |  |
|  | Direct |  | :25 |  |
|  | Cross | :38 |  |  |
|  | Redirect |  | :10 |  |
|  | Recross | :04 |  |  |
|  |  |  |  |  |
|  | Lora Stephens |  |  |  |
|  | Direct |  | :37 |  |
|  | Cross | :39 |  |  |
|  | Redirect |  | :04 |  |
|  | *Time remaining at end of day.* | 13:40 | 6:24 |  |

|  |  |  |  |  |
|---|---|---|---|---|
| *May 24, 2023* | Lora Stephens |  |  |  |
|  | Redirect (cont'd) |  | :16 |  |
|  | Recross | :13 |  |  |
|  | Follow up |  | :01 |  |
|  |  |  |  |  |
|  | Rachel Mosche |  |  |  |
|  | Direct |  | :21 |  |
|  | Cross | :23 |  |  |
|  | Redirect |  | :03 |  |
|  | Recross | :01 |  |  |
|  |  |  |  |  |
|  | Bruce Isaacson |  |  |  |
|  | Direct |  | :41 |  |
|  | Cross | :50 |  |  |
|  | Redirect |  | :06 |  |
|  | Recross | :01 |  |  |
|  |  |  |  |  |
|  | Isaac Larian |  |  |  |
|  | Direct |  | 1:26 |  |
|  | Cross | :33 |  |  |
| *Time remaining at end of day.* |  | 11:39 | 3:30 |  |
|  |  |  |  |  |
| *May 25, 2023* | Isaac Larian |  |  |  |
|  | Cross (cont'd) | 1:37 |  |  |
|  | Redirect |  | :39 |  |

|  | Recross | :17 |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  | Russell Mangum |  |  |  |
|  | Direct |  | :36 |  |
|  | Cross | :53 |  |  |
|  |  |  |  |  |
|  | *MGA rests it case in chief.* |  |  |  |
|  |  |  |  |  |
|  | *OMG Girlz rebuttal case.* |  |  |  |
|  | Susan McDonald |  |  |  |
|  | Direct | :33 |  |  |
|  | Cross |  | :58 |  |
|  | Redirect | :01 |  |  |
|  | Recross |  | :01 |  |
|  |  |  |  |  |
|  | Christian Tregillis | :06 |  |  |
|  | Direct |  | :05 |  |
|  | Cross | :01 |  |  |
|  | *Time remaining at end of the case:* | 9:11 | 1:11 |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |