KELLER / ANDERLE LLP
Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
18300 Von Karman Ave., Ste. 930
Irvine, California 92612
Telephone: (949) 476-8700

UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052

MGA ENTERTAINMENT, INC.
Elizabeth Lachman (SBN 261644)
ELachman@mgae.com
9220 Winnetka Avenue
Chatsworth, CA 91311
Telephone: (818) 894-2525

Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>　　　　Defendants,<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>　　　　Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>　　　　Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br>ASSIGNED TO: The Hon James V. Selna<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON POST-JUDGMENT MOTIONS**<br><br><br>Complaint Filed: December 22, 2020<br>Trial Date: May 9, 2023 |

1   WHEREAS, following the jury trial, Final Judgment was entered in this case on June 13, 2023 (Dkt. No. 777);

2   WHEREAS, Plaintiff and Counter-Defendants intend to file a motion for attorneys' fees;

3   WHEREAS, Defendants and Counter-Claimants intend to file a motion for new trial and renew their Rule 50 motion for judgment as a matter of law;

4   WHEREAS, the parties have met and conferred and, in light of various holidays and personal schedules, have agreed to the following briefing schedule on these contemplated post-trial motions:

- Opposition briefs shall be due three weeks after the motion is filed;
- Reply briefs shall be due two weeks after the opposition brief is filed; and
- The hearing shall be scheduled to take place no earlier than two weeks after the reply briefs are due, consistent with the Local Rules.

IT IS SO STIPULATED.

Dated: June 22, 2023          UMBERG ZIPSER LLP

  */s/ Mark A. Finkelstein*
Mark A. Finkelstein
Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

Dated: June 22, 2023          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

  */s/ Robert Green*
Robert Green
Attorneys for Defendants and Counter-Claimants