| | |
|---|---|
| KELLER / ANDERLE LLP<br>Jennifer L. Keller (SBN 84412)<br>jkeller@kelleranderle.com<br>Chase A. Scolnick (SBN 227631)<br>cscolnick@kelleranderle.com<br>Jay P. Barron (SBN 245654)<br>jbarron@kelleranderle.com<br>18300 Von Karman Ave., Ste. 930<br>Irvine, California 92612<br>Telephone: (949) 476-8700 | |
| UMBERG ZIPSER LLP<br>Mark A. Finkelstein (SBN 173851)<br>mfinkelstein@umbergzipser.com<br>1920 Main Street, Suite 750<br>Irvine, CA  92614<br>Telephone: (949) 679-0052 | MGA ENTERTAINMENT, INC.<br>Elizabeth Lachman (SBN 261644)<br>ELachman@mgae.com<br>9220 Winnetka Avenue<br>Chatsworth, CA  91311<br>Telephone: (818) 894-2525 |

Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>vs.<br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>　　　　　Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>ASSIGNED TO: The Hon James V. Selna<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON POST-JUDGMENT MOTIONS** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>　　　　　Counter-Claimants,<br>vs.<br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>　　　　　Counter-Defendants. | Complaint Filed:  December 22, 2020<br>Trial Date:   May 9, 2023 |

| | |
|---|---|
| 1 | Having considered the parties Joint Stipulation Regarding Briefing Schedule |
| 2 | on Post-Judgment Motions, and finding good cause, hereby GRANTS the stipulation |
| 3 | and Orders as follows as to the motions described in the stipulation: |
| 4 | • Opposition briefs shall be due three weeks after the motion is filed; |
| 5 | • Reply briefs shall be due two weeks after the opposition brief is filed; |
| 6 | and |
| 7 | • The hearing shall be scheduled to take place no earlier than two weeks |
| 8 | after the reply briefs are due, consistent with the Local Rules. |
| 9 | IT IS SO ORDERED. |
| 10 | |
| 11 | Dated:_____       _____ |
| 12 |                                   Honorable James V. Selna |
|    |                                   United States District Judge |