1

1

2

3

4          UNITED STATES DISTRICT COURT

5          CENTRAL DISTRICT OF CALIFORNIA

6               SOUTHERN DIVISION

7                    - - -

8      THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

9

10     MGA ENTERTAINMENT, INC.,      )CERTIFED TRANSCRIPT
                       Plaintiff,  )
11          vs.                     )
                                    )  CV-20-11548-JVS
12     CLIFFORD T.I. HARRIS, et al., )
                       Defendants ) TRIAL DAY 9, VOL. I
13     ------------------------------)

14

15        REPORTER'S TRANSCRIPT OF PROCEEDINGS

16             Santa Ana, California

17             May 24, 2023

18

19             SHARON A. SEFFENS, RPR
               United States Courthouse
20             411 West 4th Street, Suite 1-1053
               Santa Ana, CA  92701
21             (612) 804-8655

22

23

24

25

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
1    APPEARANCES OF COUNSEL:

2    For the Plaintiff:

3    JENNIFER L. KELLER
     CHASE SCOLNICK
4    KELLER ANDERLE, LLP
     18300 Von Karman Avenue, Suite 930
5    Irvine, CA  92612
     (949) 476-8700
6
     For the Defendants:
7
     JOHN R. KEVILLE
8    CHANTE B. WESTMORELAND
     SHEPPARD MULLIN RICHTER HAMPTON, LLP
9    700 Lousiana Street, Suite 2750
     Houston, TX  77002
10   (713) 431-7100

11   ERIN R. RANAHAN
     WINSTON STRAWN, LLP
12   333 South Grand Avenue, 38th Floor
     Los Angeles, CA  90071-1543
13   (213) 615-1700

14   B'IVORY LAMARR
     THE LAMARR FIRM, PLLC
15   5718 Westheimer road, Suite 1000
     Houston, TX  77057
16   (800) 679-4600

17

18

19

20

21

22

23

24

25
```

```
1

2                              I-N-D-E-X

3

4    PLAINTIFF'S
     WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS
5
     LORA STEPHENS
6      (Continued)                              16         27
                                                37
7    RACHEL MOSHE            38       52        71         73
     BRUCE ISAACSON         74      103
8
     PLAINTIFF'S
9    EXHIBITS:                               MARKED    RECEIVED

10   Exhibit 1584                                       17
     Exhibit 1718                                       17
11   Exhibit 1650                                       17
     Exhibit 1649                                       18
12   Exhibit 1586                                       18
     Exhibit 1585                                       18
13   Exhibits 1651, 1652                                19
     Exhibit 6043                                       22
14
     DEFENSE
15   WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS

16    (None)

17   DEFENSE
     EXHIBITS:                               MARKED    RECEIVED
18
     Exhibit 704                                        35
19   Exhibit 471                                        54
     Exhibit 500, page 12                               56
20   Exhibit 500, page 9                                57
     Exhibit 427, page 8                                59
21   Exhibit 407-1                                      66

22

23

24

25
```

4

SANTA ANA, CALIFORNIA; WEDNESDAY, MAY 24, 2023; 8:42 A.M.

08:28    2    (Jury not present)

08:42    3    THE CLERK:  Calling Item 1, CV-20-11548-JVS, MGA

08:42    4    Entertainment, Inc., versus Clifford T.I. Harris, et al.

08:42    5    Counsel, please state your appearances for the

08:42    6    record plaintiff.

08:42    7    MS. KELLER:  Good morning, Your Honor.  Jennifer

08:42    8    Keller and Chase Scolnick for MGA and Mr. Larian.

08:42    9    THE COURT:  Good morning.

08:42    10    MR. KEVILLE:  Good morning, Your Honor.  For the

08:42    11    defendants and counterclaimants John Keville, B'Ivory

08:42    12    LaMarr, and Chante Westmoreland.

08:42    13    THE COURT:  Good morning.

08:42    14    MS. KELLER:  Your Honor, before we begin, pursuant

08:42    15    to our conversation yesterday at the charging conference we

08:42    16    would move that --

08:42    17    THE COURT:  Let me state one thing before we get

08:42    18    to that.

08:42    19    With respect to the First Amendment defense, you

08:43    20    were going to invite me to make a finding.  I went back and

08:43    21    read the summary judgment order dealing with that topic, and

08:43    22    I am presently of the view that that's an issue for the

08:43    23    jury, and 27(b) at least approaches it in that fashion.

08:43    24    27(a) does not.  So if you want to make the motion for the

08:43    25    record to invite the Court to find a predicate as a matter

08:43  1    of law, please do that, but I'm not inclined at this point

08:43  2    to make that finding in view of the summary judgment ruling.

08:43  3              Ms. Keller.

08:43  4              MS. KELLER:  Yes, Your Honor.  We would ask that

08:43  5    the Court make a finding that the MGA parties' work -- the

08:43  6    L.O.L. Surprise! O.M.G. dolls are an expressive work that is

08:43  7    protected by the First Amendment.

08:44  8              THE COURT:  Anyone want to be heard on that?

08:44  9              MR. GREEN:  Yes, Your Honor.  Robert Green for the

08:44  10   OMG Girlz.

08:44  11             As you said, we believe that it's a fact issue for

08:44  12   the jury based on the summary judgment order.  Certainly

08:44  13   they can -- there may be some evidence of it, but there is

08:44  14   contrary evidence to where it could not be found to be

08:44  15   qualifying as a First Amendment defense.  I am happy to go

08:44  16   through more.

08:44  17             THE COURT:  No.  That's my current view, so I'm

08:44  18   going to deny the motion.  I think the parties ought to now

08:44  19   focus on 27(b) and the adequacy of the first couple of

08:44  20   paragraphs in setting up the predicate question for the

08:44  21   doctrine.

08:44  22             MR. GREEN:  Understood, Your Honor.  Do you want

08:44  23   us to update the instruction and work with opposing counsel?

08:44  24             THE COURT:  See if you can come up with, one, is

08:44  25   27(b) adequate to deal with the threshold issue?  If not,

08:45   1   come up with either joint or individual proposals to how we
08:45   2   cure that.
08:45   3           MR. GREEN:  Understood, Your Honor.
08:45   4           MS. KELLER:  In light of the Court's changed view,
08:45   5   would we be permitted to submit a very short brief?  We
08:45   6   hadn't planned to because I thought --
08:45   7           THE COURT:  Well, so did I.
08:45   8           MS. KELLER:  Is that okay if we submit it?
08:45   9           THE COURT:  Sure.  Thus far I have only received
08:45  10   two filings at least as of 30 minutes ago.
08:45  11           MR. GREEN:  Yes, those are the both from us, Your
08:45  12   Honor.  One is the topic we talked about yesterday that we
08:45  13   file short briefs.  I think every one of ours are two pages
08:45  14   or less, and then there was an instruction question that we
08:45  15   discussed.
08:45  16           THE COURT:  Right.  If there is more to come,
08:45  17   there is more to come.
08:45  18           MR. GREEN:  I expect we will want to respond to
08:45  19   anything they submit.
08:45  20           THE COURT:  Okay.  Change of plans, we can spend
08:46  21   some time to complete or get near completion of the
08:46  22   instructions this afternoon.
08:46  23           MR. GREEN:  Understood.
08:46  24           THE COURT:  I plan to tell the jurors that the
08:46  25   case is going to be submitted to them either tomorrow

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:46  1    afternoon or at the latest on Friday morning.  Is that

08:46  2    agreeable?

08:46  3                MR. KEVILLE:  Yes, that's agreeable to us, Your

08:46  4    Honor.

08:46  5                MS. KELLER:  Yes, Your Honor.

08:46  6                THE COURT:  Okay.  Remind me again of which juror

08:46  7    had her nonrefundable Disneyland ticket?

08:47  8                MR. KEVILLE:  I think it was Ms. C.H. who sits in

08:47  9    the front row to the left.

08:47  10               THE COURT:  Okay.  The current witness,

08:47  11   Ms. Stephens, I understand from our discussion has a special

08:47  12   needs child, and she will need some kind of paper from the

08:47  13   Court directing her to be here or so informing the school

08:47  14   about the program, so I had asked that something be

08:47  15   submitted.

08:47  16               MR. SCOLNICK:  We will, Your Honor.

08:47  17               THE COURT:  When does she need it?

08:47  18               MR. SCOLNICK:  I'm not sure.  I think she probably

08:47  19   needs it in the next couple of days.

08:47  20               THE COURT:  Okay.  That's an important matter.  I

08:48  21   want to make sure we attend to in a way that does what she

08:48  22   needs.

08:48  23               MR. SCOLNICK:  Thank you, Your Honor.

08:48  24               THE COURT:  Okay.  I understand that Mr. Key is

08:48  25   not going to testify in rebuttal, so what do we have in

8

08:48  1    rebuttal then?

08:48  2            Ms. Westmoreland.

08:48  3            MS. WESTMORELAND:  Yes, Your Honor.  We met and

08:48  4    conferred briefly with opposing counsel this morning and

08:48  5    explained we are still kind of figuring that out right now.

08:48  6            We disclosed Dr. Susan McDonald and Chris

08:48  7    Tregillis, the damages expert.  Susan McDonald is a rebuttal

08:48  8    to their survey expert.  Mr. Harris is another person we

08:48  9    disclosed for potential rebuttal and Ms. Maia Smith.  She

08:49  10   was one of the consumers whose video didn't get played.  We

08:49  11   will have a more solid answer when we see what comes in

08:49  12   today, and we can meet and confer with them again today.

08:49  13           THE COURT:  Why is she rebuttal evidence?  If she

08:49  14   is another consumer witness, why shouldn't she have been put

08:49  15   on in your case-in-chief?

08:49  16           MS. WESTMORELAND:  Ms. Maia Smith is being played

08:49  17   predominantly to rebut some of the testimony about the Bratz

08:49  18   dolls and the L.O.L. Surprise! Tots, so that is what we

08:49  19   would offer her for.

08:49  20           MR. SCOLNICK:  May I be heard briefly?

08:49  21           THE COURT:  Sure.

08:49  22           MR. SCOLNICK:  I understand that some of these

08:49  23   issues will be better developed after our record and our

08:49  24   case is complete, but one we can nip in the bud.  I spoke to

08:49  25   opposing counsel about Mr. Harris.  Apparently he wants to

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

9

08:49  1   testify about the allegations that Ms. Stephens discussed.

08:49  2   We think that would be unfair.

08:49  3        The Court limited those allegations not for the

08:50  4   truth of the matter asserted but just to the effect on her.

08:50  5   Him responding to those would be beyond the scope, and had

08:50  6   we known that that was fair game, we would have called a lot

08:50  7   more witnesses.  We would have called witnesses who had

08:50  8   subsequently testified about those allegations.  It doesn't

08:50  9   seem appropriate now given the limited scope.

08:50  10       THE COURT:  Well, you did hue to the Court's

08:50  11  direction to the scope of testimony you elicited, but I

08:50  12  can't understand why there shouldn't be a possibility of

08:50  13  some response.

08:50  14       MR. SCOLNICK:  Because it doesn't rebut her state

08:50  15  of mind, and that's the only issue, here state of mind, Your

08:50  16  Honor.  We specifically stated this is not for the truth of

08:50  17  the matter asserted.  It's just what she heard.  That's the

08:50  18  only reason --

08:50  19       THE COURT:  Whether it's true or not, she heard

08:50  20  it.

08:50  21       MR. SCOLNICK:  Exactly.  I basically said that in

08:50  22  my questions.  If he is going to come in and deny it, then I

08:51  23  think that would open the door, and we don't want to go down

08:51  24  that road.  If we do, we would be happy to, but I think I

08:51  25  have been trying to comply with the Court's order.

08:51  1          THE COURT:  I think that would be my view, but
08:51  2  let's come back to it when you rest.

08:51  3          MR. SCOLNICK:  Thank you, Your Honor.

08:51  4          Just quickly as to the other issues.  Obviously as
08:51  5  to Mr. Tregillis, we are trying to cut this case down and
08:51  6  not present a damages expert.  He is their damages expert
08:51  7  who would be rebutting our damages expert.  We are not
08:51  8  calling him, so I don't see that there could possibly be an
08:51  9  appropriate reason to call Mr. Tregillis.

08:51  10         If they are going to call him again, then perhaps
08:51  11  we would have to call an expert to address what his
08:51  12  subsequent opinions are that he didn't testify to.  As it
08:51  13  stands now, we determined based on his testimony in their
08:51  14  case that they chose to present that we are not going to
08:51  15  rebut him.  If that changes --

08:51  16         THE COURT:  Again, let's see what the state of the
08:51  17  evidence is at the close of your case.

08:52  18         MR. SCOLNICK:  Finally, as to Ms. Smith, I will
08:52  19  take a look at the designations, but this doesn't seem to be
08:52  20  a relevant witness now if she is going to testify about the
       21  L.O.L. Surprise! line.  This is a woman who testified she
       22  purchased dolls, but the dolls that she purchased were not
       23  L.O.L. Surprise! O.M.G. dolls.  They were L.O.L. Surprise!
       24  Tot dolls.  She confirmed that she purchased all the dolls
       25  from the L.O.L. line in or before 2018.  The O.M.G. line

|    |    |
|----|----|
| 1  | wasn't release until 2019.  So I think it would be confusing |
| 2  | to the jury to put that in front of them about dolls that |
| 3  | weren't even an issue. |
| 08:52  4  | THE COURT:  I tend to agree.  Let's look at this |
| 08:52  5  | again when your case is completed. |
| 08:52  6  | MR. SCOLNICK:  Yes, Your Honor. |
| 08:52  7  | THE COURT:  Ms. Westmoreland. |
| 08:52  8  | MS. WESTMORELAND:  Your Honor, if I may bring up a |
| 08:52  9  | separate issue on witnesses? |
| 08:52  10 | THE COURT:  Sure. |
| 08:52  11 | MS. WESTMORELAND:  Yesterday I believe |
| 08:52  12 | Dr. Isaacson's demonstratives were disclosed, and we were |
| 08:52  13 | able to meet and confer on them, but there was one I wanted |
| 08:53  14 | to bring to the Court's attention. |
| 08:53  15 | THE COURT:  Okay. |
| 08:53  16 | MS. WESTMORELAND:  May I approach, Your Honor? |
| 08:53  17 | THE COURT:  Please. |
| 08:53  18 | MS. WESTMORELAND:  It's slide 22 in the deck. |
| 08:53  19 | THE COURT:  Okay. |
| 08:53  20 | MS. WESTMORELAND:  This appears to be a collection |
| 08:53  21 | of simulated celebrities that are playing other celebrities |
| 08:53  22 | or other public figures, and there is nothing disclosed |
| 08:53  23 | about -- there were no opinions disclosed that would lend |
| 08:53  24 | itself to this type of demonstrative in Dr. Isaacson's |
| 08:54  25 | deposition.  From the meet and confer, I understand that it |

08:54   1   didn't result in any particular cite or explanation other

08:54   2   than MGA thinks it's proper.

08:54   3           THE COURT:  Tell me where this fits in.

08:54   4           MS. KELLER:  Your Honor, it's only intended to

08:54   5   illustrate what he has been talking about as to comparisons,

08:54   6   comparisons of people who are readily identifiable with

08:54   7   somebody else.  It just goes to his expert testimony.  It's

08:54   8   not an exhibit.  It's just to aid in his discussion.

08:54   9           THE COURT:  What is it supposed to prove or show?

08:54   10          MS. KELLER:  It's going to show his analysis of

08:54   11  likelihood of confusion of a living person with somebody who

08:54   12  looks like that person and intentionally looks like that

08:54   13  person.  As the Court can see, here is somebody that isn't

08:55   14  Elvis Presley but looks like him, somebody who isn't

08:55   15  Marilyn Monroe but looks like her, somebody who isn't

08:55   16  Abraham Lincoln but looks like him.  It's just part of his

08:55   17  likelihood of confusion analysis.  It's not going to be

08:55   18  admitted as an exhibit.  It's just a visual aid for his

08:55   19  testimony.

08:55   20          THE COURT:  Sharpen it up.  How is he going to

08:55   21  apply this to this case?

08:55   22          MS. KELLER:  Because he is having to discuss the

08:55   23  underlying premise of a likelihood of confusion survey and

08:55   24  the sorts of things that you take into account when you are

08:55   25  dealing with likelihood of confusion involving human beings.

08:55  1          This is a hybrid of course.  It's a doll and a

08:55  2  human being.  In order to illustrate the types of confusion

08:55  3  you might expect when you're talking about humans like the

08:56  4  OMG Girlz, he wanted to use this slide to illustrate famous

08:56  5  people who could be confused with someone else.  That's all.

08:56  6  It's about maybe a 30-second comparison.

08:56  7          THE COURT:  I will allow it.

08:56  8          MS. KELLER:  Thank you.

08:56  9          MS. WESTMORELAND:  May I add one more objection?

08:56  10          THE COURT:  No.

08:56  11          MS. WESTMORELAND:  Okay.

08:56  12          THE COURT:  Okay, anything else then?

08:56  13          MR. SCOLNICK:  Not from us, Your Honor.

08:56  14          THE COURT:  I'm making progress going through the

08:56  15  next revision of the jury instructions, and I will get it

08:56  16  out to you right after the lunch hour exactly where we are,

08:56  17  which I hope is a complete set.

08:56  18          MR. KEVILLE:  Thank you, Your Honor.

08:56  19          MR. SCOLNICK:  Thank you.

08:56  20          There is one additional thing.  We are going to

08:56  21  seek to admit all the dolls that are at issue, and I have

08:56  22  been meeting and conferring with Mr. Keville about some of

08:56  23  the documents that are identified and not admitted.  He

08:57  24  asked me for citations, and in fairness, I was able to give

08:57  25  him the citations a few minutes ago.

14

08:57  1          THE COURT:  We will come back to this.

08:57  2          MR. SCOLNICK:  This is a witness that we are going

08:57  3  to seek to admit them through.  I guess out of an abundance

08:57  4  of caution I will just seek to admit all of them really

08:57  5  quickly.  I don't think there is any issue as to whether

08:57  6  these are actually the dolls.

08:57  7          THE COURT:  Mr. Keville.

08:57  8          MR. KEVILLE:  I understood yesterday he was going

08:57  9  to provide cites where they came -- if he is saying this

08:57  10  witness is going introduce them and authenticate them, then

08:57  11  that should come in through this witness and there is no

08:57  12  issue.

08:57  13          MR. SCOLNICK:  It would save a little time if we

08:57  14  can --

08:57  15          MR. KEVILLE:  I understand, but I asked you for

08:57  16  the cite yesterday, and you just gave them to me in an

08:57  17  e-mail.  It would have saved time, but that's where we are.

08:57  18          MR. SCOLNICK:  We are all very busy.

08:57  19          THE COURT:  Okay, we will be in recess until the

08:57  20  jury is up here.

08:57  21          (Recess)

09:12  22          THE COURT:  Let's bring the jury in, please.

09:12  23          (Jury present)

09:13  24          THE COURT:  Good morning, ladies and gentlemen.

09:13  25          We are moving right along.  We are pretty close to

| | | |
|---|---|---|
| 09:13 | 1 | completing all the evidence.  The case will be submitted to |
| 09:13 | 2 | you if not Thursday afternoon with instruction and argument |
| 09:13 | 3 | first thing Friday morning. |
| 09:13 | 4 | Who had the tickets? |
| 09:13 | 5 | Okay, Ms. C.N., I'm afraid you are going to have |
| 09:13 | 6 | to be here, but the parties have agreed to split 50/50 your |
| 09:13 | 7 | costs, so hopefully you can have another day at Disneyland. |
| 09:13 | 8 | So could you bring in just almost anything that |
| 09:13 | 9 | shows what the day ticket costs? |
| 09:13 | 10 | JUROR C.N.:  Yes. |
| 09:13 | 11 | THE COURT:  Okay, where is our witness? |
| 09:13 | 12 | MR. SCOLNICK:  She is fresh off the 405 just |
| 09:13 | 13 | making her way into the courtroom.  She will be here in |
| 09:14 | 14 | 30 seconds. |
| 09:14 | 15 | (Pause in proceedings) |
| 09:14 | 16 | MR. SCOLNICK:  Your Honor, apparently we are |
| 09:15 | 17 | dealing with the loss of a shoe. |
| 09:15 | 18 | THE COURT:  Who lost the shoe? |
| 09:15 | 19 | MR. SCOLNICK:  It's not my shoe I can assure you. |
| 09:15 | 20 | It's Ms. Stephens.  She was racing in to get here and got |
| 09:15 | 21 | here and realized she is missing a shoe, the Cinderella |
| 09:15 | 22 | thing. |
| 09:15 | 23 | THE COURT:  Okay.  Let's take a brief break here, |
| 09:15 | 24 | ladies and gentlemen. |
| 09:15 | 25 | (Recess) |

| | | |
|---|---|---|
| 09:18 | 1 | MR. SCOLNICK:  Thanks for the break, Your Honor. |
| 09:19 | 2 | We appreciate that. |
| 09:22 | 3 | THE CLERK:  You're reminded that you are still |
| 09:22 | 4 | under oath that you previously took. |
| 09:22 | 5 | LORA STEPHENS, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN |
| 09:22 | 6 | DIRECT EXAMINATION (Continued) |
| 09:22 | 7 | BY MR. SCOLNICK: |
| 09:22 | 8 | Q    Good morning, Ms. Stephens. |
| 09:22 | 9 | A    Good morning. |
| 09:22 | 10 | Q    Most importantly, you found both of your shoes. |
| 09:22 | 11 | A    Thank you for being patient.  I always wanted to be |
| 09:22 | 12 | Cinderella. |
| 09:22 | 13 | Q    I want to start out by introducing in evidence the |
| 09:22 | 14 | dolls. |
| 09:22 | 15 | A    Okay. |
| 09:23 | 16 | Q    Can you see that far away?  They are on the table. |
| 09:23 | 17 | A    Yes. |
| 09:23 | 18 | Q    Let's start with someone who we discussed last week. |
| 09:23 | 19 | Is this a true and correct doll for Cosmic Queen? |
| 09:23 | 20 | A    Yes. |
| 09:23 | 21 | Q    This is Exhibit 1584.  And was Cosmic Queen released in |
| 09:23 | 22 | or around Spring of 2017 in that line? |
| 09:23 | 23 | A    Yes. |
| 09:23 | 24 | MR. SCOLNICK:  Move to admit. |
| 09:23 | 25 | MR. KEVILLE:  No objection. |

| | | |
|---|---|---|
| 09:23 | 1 | THE COURT:  The exhibit will be received. |
| 09:23 | 2 | (Exhibit 1584 received in evidence) |
| 09:23 | 3 | BY MR. SCOLNICK: |
| 09:23 | 4 | Q    Next, looking at Exhibit 1718, does Exhibit 1718 appear |
| 09:23 | 5 | to be a Surreal Babe doll? |
| 09:23 | 6 | A    Yes. |
| 09:23 | 7 | Q    Was Surreal Babe, was she released in or around Spring |
| 09:24 | 8 | 2020? |
| 09:24 | 9 | A    Yes. |
| 09:24 | 10 | MR. SCOLNICK:  Move to admit 1718. |
| 09:24 | 11 | MR. KEVILLE:  No objection. |
| 09:24 | 12 | THE COURT:  1718 will be received. |
| 09:24 | 13 | (Exhibit 1718 received in evidence) |
| 09:24 | 14 | BY MR. SCOLNICK: |
| 09:24 | 15 | Q    Next we have Sugar and her big sister Sweets.  Showing |
| 09:24 | 16 | you 1650, does that appear to be true and correct copy of |
| 09:24 | 17 | the Sugar doll who was released in or around the fall of the |
| 09:24 | 18 | '17 line? |
| 09:24 | 19 | A    Yes. |
| 09:24 | 20 | MR. SCOLNICK:  Move to admit. |
| 09:24 | 21 | MR. KEVILLE:  No objection. |
| 09:24 | 22 | THE COURT:  1650 will be received. |
| 09:24 | 23 | (Exhibit 1650 received in evidence) |
| 09:24 | 24 | BY MR. SCOLNICK: |
| 09:24 | 25 | Q    Does this appear to be a true and correct copy of the |

| | | |
|---|---|---|
| 09:24 | 1 | Sweets doll? |
| 09:24 | 2 | A    Yes. |
| 09:24 | 3 |           MR. SCOLNICK:  Move admit 1649. |
| 09:24 | 4 |           MR. KEVILLE:  No objection. |
| 09:24 | 5 |           THE COURT:  1649 will be received. |
| 09:25 | 6 |           (Exhibit 1649 received in evidence) |
| 09:25 | 7 | BY MR. SCOLNICK: |
| 09:25 | 8 | Q    Next we have D.J. and her big sister 24k D.J.  Showing |
| 09:25 | 9 | you Exhibit 1586, does that appear to be D.J. the doll? |
| 09:25 | 10 | A    Yes. |
| 09:25 | 11 | Q    Did D.J. come out in or around the fall '17 line? |
| 09:25 | 12 | A    Yes. |
| 09:25 | 13 |           MR. SCOLNICK:  Move to admit DJ, 1586. |
| 09:25 | 14 |           MR. KEVILLE:  No objection. |
| 09:25 | 15 |           THE COURT:  1586 will be received. |
| 09:25 | 16 |           (Exhibit 1586 received in evidence) |
| 09:25 | 17 | BY MR. SCOLNICK: |
| 09:25 | 18 | Q    1585 is 24K D.J.  Does that appear to be 24K D.J.? |
| 09:25 | 19 | A    Yes. |
| 09:25 | 20 | Q    Was she released in around the fall '18 line? |
| 09:25 | 21 | A    Yes. |
| 09:25 | 22 |           MR. SCOLNICK:  Move to admit 1585. |
| 09:25 | 23 |           MR. KEVILLE:  No objection. |
| 09:25 | 24 |           THE COURT:  1585 will be received. |
| 09:25 | 25 |           (Exhibit 1585 received in evidence) |

```
09:25    1    BY MR. SCOLNICK:

09:25    2    Q    We spoke about these girls extensively last week.  Does

09:26    3    1652 appear to be Spice doll?

09:26    4    A    Yes.

09:26    5    Q    And does 1651 appear to be Spice doll's big sister

09:26    6    Spicy Babe in the L.O.L. Surprise! line?

09:26    7    A    Yes.

09:26    8    Q    Was Spice -- does it sound right she was released in

09:26    9    the fall '17 line?

09:26   10    A    Yes.

09:26   11    Q    And big sister Spicy Babe, does it sound right to you

09:26   12    she was released in the spring '21 line?

09:26   13    A    Yes.

09:26   14            MR. SCOLNICK:  Move to admit 1651 and 1652.

09:26   15            MR. KEVILLE:  No, objection.

09:26   16            THE COURT:  1651 and 1652 are received.

09:26   17            (Exhibits 1651 and 1652 received in evidence)

09:26   18            MR. SCOLNICK:  I think all the dolls are now

09:26   19    admitted, but I will double-check.

09:26   20    BY MR. SCOLNICK:

09:26   21    Q    You were asked a few questions yesterday afternoon

09:27   22    about copying.  Do you copy?

09:27   23    A    No.

09:27   24    Q    You were asked about your definition for copying and

09:27   25    you said a precise copy, same color, style, patterns, right?
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:27   1    A     Yes.

09:27   2    Q     Is it your practice that you change just one thing and

09:27   3    you create a doll based on that?

09:27   4    A     No, it isn't.

09:27   5    Q     Is it important to you to include a creative process in

09:27   6    starting from a piece of inspiration and then arriving at

09:27   7    your doll or item of clothing?

09:27   8              MR. KEVILLE:  Objection, leading the witness.

09:27   9              MR. SCOLNICK:  I will rephrase.

09:27   10   BY MR. SCOLNICK:

09:27   11   Q     Tell me the process when you design an article of

09:27   12   clothing starting from a piece of inspiration and end up at

09:27   13   an article of clothing on a doll.

09:27   14   A     First, I look at the Tot and look at what she is

09:27   15   wearing.  Then when I look at my inspiration board, I figure

09:27   16   out what the style and the mood is that I want the big

09:27   17   sister which is the O.M.G. doll to have.

09:27   18              I use many different images that come from

09:28   19   different runway shows and things that I have seen online

09:28   20   that are inspiring that look relatable to the actual doll,

09:28   21   the Tot doll.  From there, I creatively decide what I want

09:28   22   the O.M.G. doll to wear, but it's not from an exact -- it's

09:28   23   never an exact copy of any inspiration that I have used.

09:28   24   Q     Okay.  We looked at Pinterest posts yesterday.

09:28   25   Mr. Keville showed you that; do you remember?

09:28  1    A    Yes.

09:28  2    Q    Is that your current Pinterest account?

09:28  3    A    No.

09:28  4    Q    You were shown I think one of four pictures on that

09:28  5    account that were put up on the screen, right?

09:28  6    A    Yes.

09:28  7    Q    And it's your understanding that Mr. Keville suggested

09:28  8    that picture of Breaunna Womack was the inspiration for the

09:29  9    Runway Diva doll?

09:29  10   A    That's what he said.

09:29  11   Q    Were there more than just three or four pictures that

09:29  12   you were shown yesterday on that account?

09:29  13   A    There are many, many pictures on that account.

09:29  14   Q    I want to take a look at that account.  Can we show

09:29  15   just the witness 6043, please.

09:29  16            Are you looking at 6043?

09:29  17   A    Not yet.

09:29  18            MR. SCOLNICK:  Ms. Vargas, is it possible to just

09:30  19   have it on the witness's screen?

09:30  20            THE CLERK:  Yes.

09:30  21            THE WITNESS:  I see it.

09:30  22   BY MR. SCOLNICK:

09:30  23   Q    Does that appear to be the Pinterest page we were

09:30  24   looking at yesterday?

09:30  25   A    Yes.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:30   1    Q    And does it include many, many pictures?

09:30   2    A    Yes, it does.

09:30   3    Q    About 53 pages?

09:30   4    A    Yes.

09:30   5         MR. SCOLNICK:  Move to admit 6043.

09:30   6         MR. KEVILLE:  No objection.

09:30   7         THE COURT:  6043 will be received.

09:30   8         (Exhibit 6043 received in evidence)

09:30   9    BY MR. SCOLNICK:

09:30   10   Q    Can we turn to page 2, please?  And we are looking at a

09:30   11   number of pictures of hair?

09:30   12   A    Yes.

09:30   13   Q    Do you know who all those people are?

09:30   14   A    No.

09:30   15   Q    How do you find these pictures to put on Pinterest?

09:30   16   A    Pinterest has all the pictures uploaded.  You use a key

09:30   17   word search for what you are looking for in order to find

09:31   18   hair, color, food, fashion.

09:31   19   Q    Would you turn to page 2, please?  Are there more hair

09:31   20   colors?

09:31   21   A    Yes.

09:31   22   Q    What were you interested in?  What are the key word

09:31   23   searches?  Just hair?

09:31   24   A    At the time, I was coloring my hair a lot.  It was

09:31   25   mainly protective hairstyles, hombre hair, rainbow hair,

09:31  1    colored hair, blue hair, pink hair, new hairstyles, braids.

09:31  2    Q    Let's flip through a few more.  So we didn't see all

09:31  3    these pictures yesterday?

09:31  4    A    Right.

09:31  5    Q    And do you know who all these women are?

09:31  6    A    No.

09:31  7    Q    Did any one of these images inspire you to create the

09:31  8    Runway Diva doll?

09:32  9    A    No.

09:32  10   Q    Are these your inspirations for the Runway Diva doll?

09:32  11   A    No.

09:32  12   Q    Are these inspirations for any of your L.O.L. Surprise!

09:32  13   dolls?

09:32  14   A    No, they are not.

09:32  15   Q    Are there about 1,200 different images of hair in this

09:32  16   lineup?

09:32  17   A    Yes.

09:32  18   Q    And have you seen this in years?

09:32  19   A    Not in many years.  I would say at least four or

09:32  20   five years.

09:32  21   Q    Now, the first page says this was accessed about

09:32  22   two years ago.  Do you recall accessing this two years ago?

09:32  23   A    No, I don't.

09:32  24   Q    Is it fair to say that there are hundreds of pictures

09:32  25   of women with purple hair in here?

| 09:32 | 1 | A    Yes. |
| 09:32 | 2 | Q    Because you haven't looked at it in years, is it |
| 09:32 | 3 | possible that there could be another image of an OMG Girl in |
| 09:32 | 4 | there? |
| 09:32 | 5 | A    There could be a possibility of another. |
| 09:32 | 6 | Q    Regardless of whether or not that's true, were any of |
| 09:32 | 7 | the women featured in the 1,200 images hair direct or |
| 09:33 | 8 | indirect inspiration for the Runway Diva doll? |
| 09:33 | 9 | A    No, it was not. |
| 09:33 | 10 | Q    When we look at the inspiration for the Runway Diva |
| 09:33 | 11 | doll, do you believe the Runway Diva doll is similar to the |
| 09:33 | 12 | Breaunna Womack picture that we saw in one of the 1,200 |
| 09:33 | 13 | pictures on that Pinterest site? |
| 09:33 | 14 | A    No. |
| 09:33 | 15 | Q    If we could call out a comparison between the picture |
| 09:33 | 16 | of Ms. Womack -- on the right side of this picture, we have |
| 09:33 | 17 | got what appears to be Ms. Womack, and on the left we have |
| 09:33 | 18 | got the Runway Diva doll. |
| 09:33 | 19 |           Can you tell us how the hair is different between |
| 09:34 | 20 | Ms. Womaack and the doll? |
| 09:34 | 21 | A    Runway Diva does not have hombre hair.  She has colored |
| 09:34 | 22 | black hair.  That means like 85 percent of her hair is |
| 09:34 | 23 | rooted a darker violet purple, and the front portion of her |
| 09:34 | 24 | hair is rooted in a reddish purple and is braided together |
| 09:34 | 25 | in a high ponytail with curls. |

09:34　　1　　　　Ms. Womack has her hair down with a side part.

09:34　　2　Her hair is flipped back in a '70s look.  It's hombre from a

09:34　　3　deep purple to a light pink or even a light lavender I would

09:34　　4　say.

09:34　　5　Q    Now, are these important differences for a fashion

09:34　　6　designer?

09:34　　7　A    Yes.

09:34　　8　Q    How is the message that's being created with your hair

09:34　　9　in the lab different from the one we are seeing on the

09:34　10　right?

09:34　11　A    The message of Runway Diva who's on the left is to

09:34　12　coincide with her Little Tot sister Bling Queen, who also

09:35　13　has a side ponytail with braids and purple hair.

09:35　14　　　　The two do not match.  Ms. Womack's hairstyle is

09:35　15　not an inspiration for Runway Diva.  The styles are

09:35　16　different.  The colors are different.  I don't get looking

09:35　17　at Ms. Womack's hair to be inspired to do what I did for

09:35　18　Runway Diva.

09:35　19　Q    Runway Diva's hair is at least down to her feet?

09:35　20　A    Yes.

09:35　21　Q    Does it look like Ms. Womack's hair is down to her

09:35　22　feet?

09:35　23　A    No.  It appears to be at her stomach.

09:35　24　A    Runway Diva doll's hair is braided?

09:35　25　A    One big braid.

```
09:35   1   Q    And does it appear that Ms. Womack's hair is braided?

09:35   2   A    She doesn't have any braids.

09:35   3   Q    Runway Diva doll looks like she has two distinct colors

09:35   4   of hair that are contrasting?

09:35   5   A    Yes.

09:35   6   Q    Does Ms. Womack have two distinct colors of hair that

09:36   7   are contrasting?

09:36   8   A    No.  She has two distinct hair colors that are blended

09:36   9   together.

09:36   10  Q    I think you've seen this one before.

09:36   11       Mr. Keville also asked you about someone named

09:36   12  Heiress Harris.  Do you remember that?

09:36   13  A    Yes.

09:36   14  Q    He asked you about Heiress Harris's Instagram I

09:36   15  believe, right?

09:36   16  A    Yes.

09:36   17  Q    Do you remember him saying that Heiress Harris has

09:37   18  pictures all up and down her Instagram account of the OMG

09:37   19  Girlz?  Is that what he said yesterday?

09:37   20  A    Yes.

09:37   21  Q    Since yesterday have you gone back and looked at

09:37   22  Heiress Harris's Instagram account?

09:37   23  A    Yes.

09:37   24  Q    Did you see pictures all up and down her account of the

09:37   25  OMG Girlz?
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:37   1    A     No, I did not.

09:37   2    Q     Finally, Mr. Keville showed you images of the Runway

09:37   3    Diva doll next to or above an image of Ms. Womack in an

09:37   4    outfit.

09:37   5          Is it your understanding that they are suggesting

09:37   6    you copied Ms. Womack when you made the Runway Diva doll?

09:37   7    A     I understand that's they are claiming.

09:37   8    Q     How do you respond to those allegations?

09:37   9    A     I'm angry about it because I feel like they are

09:37   10   stealing from me.  My doll was not inspired by any of the

09:37   11   OMG Girlz.  I feel like they are trying to mislead the

09:37   12   narrative of what our O.M.G dolls are, and I am just

09:38   13   standing up for my creativity.  I'm an artist.

09:38   14          MR. SCOLNICK:  Nothing further.

09:38   15          THE COURT:  Mr. Keville.

09:38   16          MR. KEVILLE:  Thank you, Your Honor.

09:38   17                    RECROSS-EXAMINATION

09:38   18   BY MR. KEVILLE:

09:38   19   Q     Ms. Stephens, how much time did you spend with counsel

09:39   20   last night or this morning preparing for your testimony you

09:39   21   just gave?

09:39   22   A     Not even two minutes.

09:39   23   Q     Not even two minutes, okay.

09:39   24          You talked about Surreal Babe coming out in the

09:39   25   Spring of 2020.  That came out at the same time as the big

09:39   1    sister, correct?

09:39   2    A    No.

09:39   3    Q    The Tot doll was not early enough -- it's not a 2017,

09:39   4    2018 release that inspired the later O.M.G., correct?

09:39   5    A    Yes.

09:39   6    Q    It is?

09:39   7    A    The Tot came years before the O.M.G. doll came out.

09:39   8    They did not come out the same year.

09:39   9    Q    I want to talk for a minute about your Instagram.

09:39   10           What you have just been shown shows you accessed

09:40   11   and last pinned two years ago, correct?

09:40   12   A    You mean the Pinterest account?

09:40   13   Q    The Pinterest account shows you last accessed and

09:40   14   pinned two years ago, correct?

09:40   15   A    Yes, that's what it shows.

09:40   16   Q    You changed your Pinterest account during this

09:40   17   litigation?

09:40   18   A    No.

09:40   19   Q    You have a new Pinterest account that you have used

09:40   20   during this litigation?

09:40   21   A    I have Pinterest that I have used since 2017 called

09:40   22   BoutiqueKey.

09:40   23   Q    So you took your name off your Instagram account --

09:40   24   your Pinterest account and used a different one?

09:40   25   A    No, I didn't take my name off the Pinterest account.

09:40  1    The original one stayed there, the Lora Stephens Pinterest

09:40  2    account.  BoutiqueKey was something I was trying to create

09:40  3    on my own when I was not working at any toy company during

09:40  4    the five years I was laid off between 2012 and 2017.  It was

09:41  5    an app I was going to create, and I made a Pinterest account

09:41  6    loading different things I liked under that name.

09:41  7    Q    And you and your counsel never identified this

09:41  8    BoutiqueKey account to use in this litigation, correct?

09:41  9    A    Correct.

09:41  10   Q    And that's the one you've been using in this

09:41  11   litigation, correct?

09:41  12            MR. SCOLNICK:  Objection, vague as to using in

09:41  13   this litigation.

09:41  14   BY MR. KEVILLE:

09:41  15   Q    That's the one you've used during the time period this

09:41  16   litigation has been going on?

09:41  17   A    Yes.

09:41  18   Q    And that's the account you say you used designing

09:41  19   Runway Diva?

09:41  20   A    Yes.

09:41  21   Q    You did not turn over any of the pages from that

09:41  22   Pinterest account?

09:41  23            MR. SCOLNICK:  Objection, Your Honor.  This is

09:41  24   misleading.  This was not requested in discovery.  They had

09:41  25   the ability to ask that of this witness.  They didn't.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:41   1          MR. KEVILLE:  This is relevant.  We asked for all

09:41   2   the inspiration, all of the documents, that they used to

09:41   3   design these dolls.  She testified her Pinterest account is

09:41   4   where she gets references from.

09:41   5          THE COURT:  Overruled.

09:41   6   BY MR. KEVILLE:

09:41   7   Q    So you did not turn those over in this litigation?

09:41   8   A    I did.  Those images that I took from Pinterest are on

09:42   9   her inspiration board.  Not every image on my Pinterest

09:42   10  account was used for inspiration for Runway Diva.

09:42   11  Q    I'm sorry.  Maybe my question wasn't clear.

09:42   12         You didn't turn over either the name of your

09:42   13  Pinterest account or the boards that you used in this

09:42   14  Pinterest account in this litigation, did you?

09:42   15  A    I turned in my inspiration board that was used for

09:42   16  Runway Diva as it was asked of.  I did not give my Pinterest

09:42   17  account because it was not asked of giving my source of

09:42   18  where I get my things.  I have named in my deposition where

09:42   19  I do look for images.  I said Instagram.  I said Google, and

09:42   20  I have said Pinterest.

09:42   21  Q    During that time you didn't give us the name of this

09:42   22  new Pinterest account, correct?

09:42   23  A    I didn't give you the name of any Pinterest account.

09:42   24  You didn't ask for it, sir.

09:42   25  Q    Listen to my question.  In this litigation, you had one

09:42  1    Pinterest account that we have seen that's under your name
09:43  2    that says you posted last in two years?
09:43  3    A    Yes, that's what it says.
09:43  4    Q    You've now identified for the first time in this
09:43  5    litigation a second Pinterest account that you say you used
09:43  6    during the design process, correct?
09:43  7    A    No.  You are asking me about my Pinterest account as of
09:43  8    yesterday.  You never inquired about my Pinterest account in
09:43  9    any other setting before.  When you brought up the Lora
09:43  10   Stephens account, I was surprised to see it because I
09:43  11   haven't seen it in over five years.  I have not looked at
09:43  12   it.  I haven't pinned to it.
09:43  13         I know it says two years, but I don't even know
09:43  14   how that is possible because I can't even have access to get
09:43  15   into that account.  I created the BoutiqueKey account in
09:43  16   2017, and I have been working for MGA since 2017.  That's
09:43  17   where I have boards where I'm looking for whatever type of
09:43  18   images for whatever assignments I'm designing for, and I use
09:43  19   those images and put them on an inspiration board that I
09:44  20   then show my team.
09:44  21   Q    We can't tell if there are other pictures or Breaunna
09:44  22   Womack or Bajha Rodriguez or Zonnique Pullins on your
09:44  23   Pinterest account because you never identified it or turned
09:44  24   it over in this litigation, correct?
09:44  25         MR. SCOLNICK:  Objection, this is misleading.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:44    1              THE COURT:  Overruled.

09:44    2    BY MR. KEVILLE:

09:44    3    Q    Is that correct?

09:44    4    A    Incorrect.  You never asked for my Pinterest accounts.

09:44    5    You did your own search and only found half of me.

09:44    6    Q    Your counsel never asked you to turn over your

09:44    7    Pinterest account that you used during this litigation,

09:44    8    correct?

09:44    9              MR. SCOLNICK:  Objection.  Not only is that

09:44   10    misleading but it's privileged.

09:44   11              THE WITNESS:  Incorrect.

09:44   12              MR. KEVILLE:  She already answered.

09:44   13              MR. SCOLNICK:  Counsel knows better than to ask

09:44   14    questions about my communications.

09:44   15              THE COURT:  No speeches, please.

09:44   16              The answer will be stricken.  You are to disregard

09:44   17    that answer, ladies and gentlemen.

09:45   18    BY MR. KEVILLE:

09:45   19    Q    As part of this litigation, regardless of whether I

09:45   20    asked you, you never turned over to anyone the Pinterest

09:45   21    account you used during this litigation or during the

09:45   22    creation of Runway Diva, correct?

09:45   23    A    Correct.

09:45   24    Q    You said you went back and looked at Heiress Harris's

09:45   25    Instagram account.  Do you remember that?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:45  1    A    Yes.

09:45  2    Q    You said you took Tameka Harris out of your Instagram

09:45  3    because it was populating too much, correct?

09:45  4    A    Yes.

09:45  5    Q    Do you understand that Heiress's account is linked to

09:45  6    Tameka Harris's account, so any population you get from

09:45  7    Ms. Harris you would also get the same from Heiress?

09:45  8    A    I understand you're telling me it's linked, but I'm

09:45  9    telling you Ms. Harris doesn't come up in my news feed.  I

09:45  10   haven't seen her in awhile until today.

09:46  11   Q    How is it that you are not following Ms. Harris but

09:46  12   they're linked, and you didn't see all Heiress's posts?  How

09:46  13   did that happen?

09:46  14          MR. SCOLNICK:  Objection, calls for speculation

09:46  15   and vague and ambiguous.

09:46  16          THE COURT:  Overruled.

09:46  17          THE WITNESS:  I don't know how that happened.  I'm

09:46  18   not a technician that runs algorithms.  However, Tiny

09:46  19   Heiress was the one that came up more than Heiress Harris in

09:46  20   my news feed, and I deleted Ms. Harris along with other

09:46  21   celebrities on a particular day because I got tired of

09:46  22   seeing more celebrities than my family and friends in my

09:46  23   news feed.

09:46  24   BY MR. KEVILLE:

09:46  25   Q    Yesterday, I handed you Exhibit 704, the front page of

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:46  1    Heiress Harris's Instagram.  Do you still have that?

09:46  2    A    No, I don't.

09:46  3            MR. KEVILLE:  Your Honor, I don't have another

09:46  4    copy because I handed it to her yesterday.

09:47  5            MR. KEVILLE:  May I just display it to her?

09:47  6            MR. SCOLNICK:  For completeness, I think the

09:47  7    entire feed needs to be displayed to the witness under the

09:47  8    rule of completeness 106.  It's a single page, and I think

09:47  9    it's misleading.

09:47  10            MR. KEVILLE:  If counsel wants to fill in the

09:47  11    record he can, but he brought this up, and she testified she

09:47  12    saw it this morning.

09:47  13            THE COURT:  He doesn't get another chance.  Put

09:47  14    the whole thing in.

09:47  15            MR. KEVILLE:  I can have the whole thing printed

09:47  16    later.  Right now I have the screenshot showing the first

09:47  17    page.  That's literally how we have been handling things

09:47  18    with screenshots.

09:47  19            THE COURT:  Proceed.

09:47  20            MR. KEVILLE:  Can you put 704 on the screen?

09:47  21    BY MR. KEVILLE:

09:47  22    Q    Ms. Stephens, Exhibit 704 is the front page of Heiress

09:47  23    Harris's Instagram, correct?

09:47  24    A    Yes.

09:47  25    Q    And what's right down there on the bottom right --

09:48    1            MR. KEVILLE:  Your Honor, I would move to admit

09:48    2    704.

09:48    3            MR. SCOLNICK:  We would object.  It's just one

09:48    4    page.  We think it's misleading.

09:48    5            THE COURT:  Overruled.  Exhibit 704 will be

09:48    6    received.

09:48    7            MR. SCOLNICK:  Your Honor --

09:48    8            THE COURT:  704 will be received.  Be seated.

09:48    9            (Exhibit 704 received in evidence)

09:48   10    BY MR. KEVILLE:

09:48   11    Q    Looking at Heiress Harris's Instagram, this is what you

09:48   12    reviewed this morning?

09:48   13    A    Yes.

09:48   14    Q    What's on the bottom right?

09:48   15    A    Their child, Heiress Harris.

09:48   16    Q    Yesterday you talked about the last time you saw her

09:48   17    she was on a baking show.  What's in the first row right

09:48   18    there at the top?  Is that Heiress Harris baking?

09:48   19    A    Yes.

09:48   20    Q    You've seen her very recently?

09:48   21    A    No.  I said she was much younger the last time I saw

09:48   22    her.  She was starting some sort of YouTube channel, and she

09:48   23    was much smaller.  I have never seen this picture of her

09:48   24    until you showed me yesterday, and I reviewed her page this

09:48   25    morning.  It wasn't this.  She was much smaller.

09:49   1   Q   In the top right, there is a picture of her dressed --

09:49   2   three versions of herself dressed as OMG Girlz, pink, purple

09:49   3   and blue?

09:49   4           MR. SCOLNICK:  Objection, assumes facts.

09:49   5           THE COURT:  Overruled.

09:49   6           THE WITNESS:  I don't know who she is dressed

09:49   7   liked.  It looks like she is just wearing three different

09:49   8   outfits to me.

09:49   9   BY MR. KEVILLE:

09:49   10  Q   Let's look at the bottom right.  What do you see there,

09:49   11  big letters "OMG"?

09:49   12  A   Yes, I see that.

09:49   13          MR. KEVILLE:  Your Honor, may I have permission to

09:49   14  play a snippet of the video?

09:49   15          MR. SCOLNICK:  I haven't seen this, Your Honor.

09:49   16          MR. KEVILLE:  They brought it back into evidence.

09:49   17  Yesterday she said she hadn't seen this.  Today she said

09:49   18  she's reviewed it.  I wasn't expecting to go back to this

09:49   19  because she hadn't seen it, but they have opened the door.

09:49   20          THE COURT:  Proceed.

09:49   21          (Clip of videotape played)

09:49   22  BY MR. KEVILLE

09:49   23  Q   So you would have seen reels like this, and there are

09:50   24  many of them on here where she is promoting the OMG Girlz as

09:50   25  recently as a few weeks ago, and you said you follow this

37

09:50   1   account?  You've seen things like this in the many other

09:50   2   posts she has of the OMG Girlz?

09:50   3   A    I follow over 1,200 accounts.  This hasn't came in my

09:50   4   news feed.  This was not promoted.  I have never seen this

09:50   5   video until just now.

09:50   6            MR. KEVILLE:  No further questions.

09:50   7            MR. SCOLNICK:  Your Honor, may I ask a few

09:50   8   follow-up questions on this exhibit?

09:50   9            THE COURT:  Yes.

09:50  10                 REDIRECT EXAMINATION (Further)

09:50  11   BY MR. SCOLNICK:

09:50  12   Q    Ms. Stephens, the page we are looking at, is it your

09:50  13   understanding that those would be the most recent photos

09:50  14   from this young girl's account?

09:50  15   A    Yes.

09:50  16   Q    And you reviewed all the photos this morning you said

09:50  17   on the Instagram account, correct?

09:51  18   A    I only went so far down, scrolled down to look at some

09:51  19   images.

09:51  20   Q    Was that one of the only images of the OMG Girlz in the

09:51  21   entire account?

09:51  22   A    Yes, because I didn't see the OMG Girlz on any pictures

09:51  23   scrolling through all the pictures that were loaded on

09:51  24   Pinterest -- I mean on her Instagram.  I didn't click that

09:51  25   picture to see if there was even a video.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 09:51 | 1 | Q    Was that added just before this trial; do you know? |
| 09:51 | 2 | A    I don't know.  I don't know about it. |
| 09:51 | 3 | Q    Regardless, scrolling down all of the other pictures, |
| 09:51 | 4 | did you see photographs other than the ones that were just |
| 09:51 | 5 | shown on the cover, photographs all the way up and down the |
| 09:51 | 6 | account of the OMG Girlz? |
| 09:51 | 7 | A    No, I did not. |
| 09:51 | 8 |         MR. SCOLNICK:  Your Honor, I would move perhaps |
| 09:51 | 9 | not now but just to complete the record -- I would move for |
| 09:51 | 10 | all the photographs in that account to be introduced. |
| 09:51 | 11 |         THE COURT:  First of all, produce them. |
| 09:51 | 12 |         MR. KEVILLE:  We are happy to do that, Your Honor. |
| 09:51 | 13 |         THE COURT:  Okay.  We will come back to this. |
| 09:51 | 14 |         Anything further? |
| 09:52 | 15 |         You may step down.  Thank you. |
| 09:52 | 16 |         MR. SCOLNICK:  Your Honor, we call as our next |
| 09:52 | 17 | witness Rachel Moshe. |
| 09:52 | 18 |         RACHEL MOSHE, PLAINTIFF'S WITNESS, SWORN |
| 09:55 | 19 |         THE CLERK:  Could you please state your full name |
| 09:55 | 20 | spelling your first and last name for the record. |
| 09:55 | 21 |         THE WITNESS:  Rachel Moshe, R-a-c-h-e-l M-o-s-h-e. |
| 09:55 | 22 |         THE COURT:  Mr. Scolnick. |
| 09:55 | 23 |         MR. SCOLNICK:  Thank you, Your Honor. |
| 09:55 | 24 |                     DIRECT EXAMINATION |
| 09:55 | 25 | BY MR. SCOLNICK: |

39

| | | |
|---|---|---|
| 09:55 | 1 | Q    Good morning, Ms. Moshe.  How are you? |
| 09:55 | 2 | A    Good. |
| 09:55 | 3 | Q    Have you ever been here in federal court testifying |
| 09:55 | 4 | before? |
| 09:55 | 5 | A    No. |
| 09:55 | 6 | Q    Are you a little nervous to be here? |
| 09:55 | 7 | A    Yes. |
| 09:55 | 8 | Q    We will start out with some background information.  I |
| 09:55 | 9 | want to keep things moving because we are running out of |
| 09:55 | 10 | time in our case. |
| 09:55 | 11 |          Did you work at MGA between 2010 and 2021? |
| 09:55 | 12 | A    Yes. |
| 09:55 | 13 | Q    Did you work on the L.O.L. Surprise! line? |
| 09:55 | 14 | A    Yes. |
| 09:55 | 15 | Q    Do you know someone named Blanche Consorti? |
| 09:56 | 16 | A    Yes. |
| 09:56 | 17 | Q    How do you know Ms. Blanche Consorti? |
| 09:56 | 18 | A    We met at MGA, and she is my best friend. |
| 09:56 | 19 | Q    For how long has she been your best friend? |
| 09:56 | 20 | A    Probably a few years after we met, so ten years. |
| 09:56 | 21 | Q    And as being her best friend, do you spend time with |
| 09:56 | 22 | her? |
| 09:56 | 23 | A    Every week. |
| 09:56 | 24 | Q    Do you talk about music? |
| 09:56 | 25 | A    Sometimes. |

40

| | | | |
|---|---|---|---|
| 09:56 | 1 | Q | Do you talk about pop culture? |
| 09:56 | 2 | A | Sometimes. |
| 09:56 | 3 | Q | Do you talk about things she likes? |
| 09:56 | 4 | A | Yes. |
| 09:56 | 5 | Q | Now, I want to talk to you about the first time you |
| 09:56 | 6 | | heard of the OMG Girlz group, okay? |
| 09:56 | 7 | | Could we put up 407, please. |
| 09:56 | 8 | | Before we discuss this exhibit, the L.O.L. |
| 09:57 | 9 | | Surprise! O.M.G. dolls were released in 2019; is that right? |
| 09:57 | 10 | A | Yes. |
| 09:57 | 11 | Q | And were they in planning since 2018? |
| 09:57 | 12 | A | Yes. |
| 09:57 | 13 | Q | During the years of 2018 and 2019, did you discuss |
| 09:57 | 14 | | those dolls with Ms. Consorti? |
| 09:57 | 15 | A | Yes. |
| 09:57 | 16 | Q | In all of that 2018 to 2019, did Ms. Consorti talk |
| 09:57 | 17 | | about the group called OMG Girlz? |
| 09:57 | 18 | A | No. |
| 09:57 | 19 | Q | Did she talk about music from the OMG Girlz? |
| 09:57 | 20 | A | No. |
| 09:57 | 21 | Q | Did she talk about the style of the OMG Girlz? |
| 09:57 | 22 | A | No. |
| 09:57 | 23 | Q | Did she talk about going to concerts of the OMG Girlz? |
| 09:57 | 24 | A | No. |
| 09:57 | 25 | Q | Do you recall her ever playing music of the OMG Girlz? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:57    1    A    No.

09:57    2    Q    Before 2019, had you ever heard of the OMG Girlz?

09:57    3    A    No.

09:57    4    Q    And I assume -- you said you met Ms. Consorti in 2010,

09:57    5    so just to be clear, between 2010 and 2019, that nine-year

09:58    6    period, during that entire nine-year period had Ms. Consorti

09:58    7    ever brought up a girl group called the OMG Girlz?

09:58    8    A    No.

09:58    9    Q    No posters in her house, anything like that?

09:58    10    A    No.

09:58    11    Q    Does she go around the country following the OMG Girlz

09:58    12    group as far as you know?

09:58    13    A    No.

09:58    14    Q    And do you have a pretty good idea of what music she

09:58    15    likes?

09:58    16    A    Yes.

09:58    17    Q    Let's talk about 407.  This is e-mail we have been

09:58    18    looking at from December of 2019, right?  Can you see that?

09:58    19    A    Yes.

09:58    20    Q    Why don't we start at the bottom.

09:58    21         The bottom is an e-mail from you, and it says:

09:58    22    "Like an O.M.G. doll on the beauty."  Did I read that

09:58    23    correctly?

09:58    24    A    Yes.

09:58    25    Q    And there is a link there?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 09:58 | 1 | A    Yes. |
| 09:59 | 2 | Q    Can you tell us how this e-mail came about? |
| 09:59 | 3 | A    I heard from someone on our research team that he was |
| 09:59 | 4 | driving and heard a song talking about our O.M.G. dolls, so |
| 09:59 | 5 | I searched for it to try to find it.  So we thought someone |
| 09:59 | 6 | was talking about the dolls we just launched. |
| 09:59 | 7 | Q    So in 2019, were the L.O.L. Surprise! O.M.G. dolls -- |
| 09:59 | 8 | the L.O.L. Surprise! dolls all together, was that a pretty |
| 09:59 | 9 | big part of your life? |
| 09:59 | 10 | A    Yes. |
| 09:59 | 11 | Q    Were you working around the clock on these dolls with |
| 09:59 | 12 | your team? |
| 09:59 | 13 | A    Yes. |
| 09:59 | 14 | Q    When you heard the name OMG in any context, did it |
| 09:59 | 15 | remind you of your dolls? |
| 09:59 | 16 | A    Yes. |
| 09:59 | 17 | Q    So what did you do after you heard there is a song that |
| 09:59 | 18 | mentions the words "OMG"? |
| 09:59 | 19 | A    I got excited, so I sent it to Blanche and Chelsea, and |
| 09:59 | 20 | I said O.M.G. doll in the music video, and I thought they |
| 10:00 | 21 | were talking about our dolls, so I was just excited that |
| 10:00 | 22 | someone was referencing us. |
| 10:00 | 23 | Q    Was it the fact that "OMG" -- that term was used? |
| 10:00 | 24 | A    Yes. |
| 10:00 | 25 | Q    Was "OMG" common in 2019, that term? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| 10:00 | 1  | A     Yes. |
| 10:00 | 2  | Q     Were you familiar with many products and items that |
| 10:00 | 3  | shared the name OMG? |
| 10:00 | 4  | A     Yes. |
| 10:00 | 5  | Q     What happened next? |
| 10:00 | 6  | A     That was it.  I just sent the link, and we had an |
| 10:00 | 7  | e-mail exchange, and that was the end of it. |
| 10:00 | 8  | Q     Okay.  Why don't we work our way up this e-mail |
| 10:00 | 9  | exchange. |
| 10:00 | 10 |        It looks like you've got people saying what, "That |
| 10:00 | 11 | is rad"?  Chelsea Green, that is an MGA employee, right? |
| 10:00 | 12 | A     Yes. |
| 10:00 | 13 | Q     And then you've got Ms. Consorti saying, "OMG, OMG, |
| 10:00 | 14 | OMG," right?  And then you respond on the top of page 3: |
| 10:01 | 15 | "The song isn't kid friendly but a pretty amazing cool |
| 10:01 | 16 | factor"? |
| 10:01 | 17 | A     Yes. |
| 10:01 | 18 | Q     Were there any visual images in this music video that |
| 10:01 | 19 | reminded you of the OMG Girlz? |
| 10:01 | 20 | A     No. |
| 10:01 | 21 | Q     Was it just the fact that the words "OMG" were used? |
| 10:01 | 22 | A     Yes. |
| 10:01 | 23 | Q     Let me scroll up and talk more about Brock Hart.  Turn |
| 10:01 | 24 | to page one, the second e-mail down.  I believe that's |
| 10:01 | 25 | Ms. Consorti who says:  "Brock Hart, it's like a perfect pop |

10:01  1  singer name.  He needs to be splashed on a J-14 magazine."

10:01  2  Q    You sent a follow-up.  Can you tell me first what you

10:01  3  said in the follow-up?

10:01  4  A    I said:  "Ha ha ha.  I think Brock was wrong.  They

10:01  5  were talking about OMG Girlz, not O.M.G. dolls."  Sad face.

10:02  6  Q    And you sent the link?

10:02  7  A    Yes.

10:02  8  Q    Why did you send the link?

10:02  9  A    I don't remember, but I think I was trying to find the

10:02  10  reference to the dolls, and then I wasn't able to, so I

10:02  11  found this link and I sent it.

10:02  12  Q    When you sent that link, did you think anyone at MGA

10:02  13  including these two people on the e-mail had heard of the

10:02  14  OMG Girlz?

10:02  15  A    No.

10:02  16  Q    Is that one of reasons why you sent the link, to

10:02  17  suggest that perhaps they are talking about the OMG Girlz?

10:02  18  A    Exactly.

10:02  19  Q    Did you view the link?  Do you remember seeing any part

10:02  20  of it?

10:02  21  A    I don't remember what it is now even if you clicked on

10:02  22  it, and I don't think I watched the entire video.

10:02  23  Q    From what you remember your seeing, did you see any

10:02  24  images that reminded you of the L.O.L. Surprise! O.M.G.

10:02  25  dolls?

| | | |
|---|---|---|
| 10:02 | 1 | A    No.  It was very clear that they weren't talking about |
| 10:02 | 2 | the dolls. |
| 10:02 | 3 | Q    Were you confused between the L.O.L. Surprise! O.M.G. |
| 10:03 | 4 | dolls and the images you saw in the video? |
| 10:03 | 5 | A    No. |
| 10:03 | 6 | Q    Did it seem like the video was current? |
| 10:03 | 7 | A    No. |
| 10:03 | 8 | Q    Why not? |
| 10:03 | 9 | A    I don't remember the date of the video, but I do |
| 10:03 | 10 | remember that it was definitely a few years prior to the |
| 10:03 | 11 | dolls launching, and they would have to be talking -- if |
| 10:03 | 12 | they were talking about us, it wouldn't have been a few |
| 10:03 | 13 | years ago because we just launched in July 2019. |
| 10:03 | 14 | Q    At this point were you concerned about any confusion |
| 10:03 | 15 | between the girls that you saw in the video and the L.O.L. |
| 10:03 | 16 | Surprise! O.M.G. dolls you were working on? |
| 10:03 | 17 | A    No. |
| 10:03 | 18 | Q    Why not? |
| 10:03 | 19 | A    We just didn't know who the OMG Girlz were.  There was |
| 10:03 | 20 | no confusion to me. |
| 10:03 | 21 | Q    Now, after you saw this video and you knew about the |
| 10:04 | 22 | OMG Girlz, going forward were you concerned there would be |
| 10:04 | 23 | confusion between the L.O.L. Surprise! dolls that you were |
| 10:04 | 24 | creating and a girl group from four or five years earlier |
| 10:04 | 25 | called the OMG Girlz? |

| 10:04 | 1  | A    No. |
| 10:04 | 2  | Q    There has been a suggestion here that the logo on the |
| 10:04 | 3  | boxes of the L.O.L. Surprise! O.M.G. dolls were changed in |
| 10:04 | 4  | light of this e-mail exchange.  Is that true? |
| 10:04 | 5  | A    No. |
| 10:04 | 6  | Q    Could we have a box of the O.M.G. dolls, please? |
| 10:04 | 7  |       Okay, I want to talk about this.  Now, we've heard |
| 10:04 | 8  | that the boxes were changed in early 2020, around there. |
| 10:04 | 9  | Does that sound about right? |
| 10:04 | 10 | A    Yes. |
| 10:04 | 11 | Q    And did the reason for changing the logo on the L.O.L. |
| 10:05 | 12 | Surprise! O.M.G. dolls -- did that have anything to do with |
| 10:05 | 13 | the OMG Girlz group? |
| 10:05 | 14 | A    No. |
| 10:05 | 15 | Q    Here we are looking at a box.  This is 1617.  This has |
| 10:05 | 16 | been admitted into evidence, but we are looking at the logo |
| 10:05 | 17 | here that includes the L.O.L. Surprise! O.M.G., and |
| 10:05 | 18 | underneath it, it says Outrageous Millennial Girlz? |
| 10:05 | 19 | A    Yes. |
| 10:05 | 20 | Q    Do you remember why this was added? |
| 10:05 | 21 | A    I believe there was a trademark in South America that |
| 10:05 | 22 | had OMG in it, so in order to protect our L.O.L. Surprise! |
| 10:05 | 23 | O.M.G. trademark, we had to say what O.M.G. meant for us. |
| 10:05 | 24 | Q    So there was another company that was using the term |
| 10:05 | 25 | "OMG"? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

47

| | | |
|---|---|---|
| 10:05 | 1 | A    Yes. |
| 10:05 | 2 | Q    Did that have anything to do with the OMG Girlz group |
| 10:05 | 3 | from five years earlier? |
| 10:05 | 4 | A    No. |
| 10:06 | 5 | Q    What was your position at MGA with respect to the |
| 10:06 | 6 | L.O.L. Surprise! O.M.G. line? |
| 10:06 | 7 | A    I was the marketing director. |
| 10:06 | 8 | Q    As part of being the marketing director, were you |
| 10:06 | 9 | involved in product placement? |
| 10:06 | 10 | A    Yes. |
| 10:06 | 11 | Q    What is product placement? |
| 10:06 | 12 | A    Placement of product within entertainment, whether it's |
| 10:06 | 13 | a TV show or music video or some other form outside of our |
| 10:06 | 14 | brand. |
| 10:06 | 15 | Q    Is product placement also putting the products on |
| 10:06 | 16 | shelves? |
| 10:06 | 17 | A    Yes. |
| 10:06 | 18 | Q    Now, these are considered fashion dolls, right? |
| 10:06 | 19 | A    Yes. |
| 10:06 | 20 | Q    What's a fashion doll? |
| 10:06 | 21 | A    A fashion doll is described as a doll that has fashions |
| 10:06 | 22 | that you can exchange.  You can brush the hair.  The taller |
| 10:07 | 23 | doll versus our L.O.L. dolls were a small collectible. |
| 10:07 | 24 | Q    So you've got collectibles on the one hand and fashion |
| 10:07 | 25 | dolls on the other? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:07 | 1 | A    Yes. |
| 10:07 | 2 | Q    So the taller doll like the L.O.L. Surprise! O.M.G., |
| 10:07 | 3 | you said that was a fashion doll? |
| 10:07 | 4 | A    Yes. |
| 10:07 | 5 | Q    And then we have got the Tot dolls that are |
| 10:07 | 6 | collectibles? |
| 10:07 | 7 | A    Yes. |
| 10:07 | 8 | Q    Typically in the toy industry, are fashion dolls -- do |
| 10:07 | 9 | they appear on the shelf with the collectibles? |
| 10:07 | 10 | A    No. |
| 10:07 | 11 | Q    Is it typically the case that you have got fashion |
| 10:07 | 12 | dolls in one area and the collectibles may be in another |
| 10:07 | 13 | aisle or another part of the store? |
| 10:07 | 14 | A    Yes. |
| 10:07 | 15 | Q    What about the L.O.L. Surprise! O.M.G. dolls?  Were |
| 10:07 | 16 | these placed like other fashion dolls apart from the |
| 10:07 | 17 | collectibles. |
| 10:07 | 18 | A    No.  Because the L.O.L. Surprise! O.M.G. dolls fell |
| 10:07 | 19 | under the L.O.L. Surprise! brand, they were next to the |
| 10:07 | 20 | L.O.L. Surprise! Tots, so the entire brand is together.  So |
| 10:07 | 21 | you had collectibles and fashion dolls all under the L.O.L. |
| 10:08 | 22 | Surprise! umbrella. |
| 10:08 | 23 | Q    Was that unusual? |
| 10:08 | 24 | A    Yes. |
| 10:08 | 25 | Q    Why was it important to you that these products be |

| | | |
|---|---|---|
| 10:08 | 1 | placed with the L.O.L. Surprise! Tots? |
| 10:08 | 2 | A    At the time when we launched L.O.L. Surprise! O.M.G., |
| 10:08 | 3 | L.O.L. Surprise! was the number one toy brand.  So in order |
| 10:08 | 4 | to promote the L.O.L. Surprise! O.M.G. dolls, we wanted to |
| 10:08 | 5 | associate closely to the L.O.L. Surprise! brand, so they |
| 10:08 | 6 | were the older sisters of the Tots. |
| 10:08 | 7 | Q    So you were trying to capitalize on the already very |
| 10:08 | 8 | successful L.O.L. Surprise! Tots when you brought these |
| 10:08 | 9 | dolls to market? |
| 10:08 | 10 | A    Exactly. |
| 10:08 | 11 | Q    Speaking of the ways you tried to associate that to |
| 10:08 | 12 | consumers, was one of them product placement which you just |
| 10:08 | 13 | described? |
| 10:08 | 14 | A    Yes. |
| 10:08 | 15 | Q    Was another one putting the Tot dolls on the boxes? |
| 10:08 | 16 | A    Yes. |
| 10:08 | 17 | Q    Did you also try to make that association with the |
| 10:08 | 18 | brand name itself? |
| 10:08 | 19 | A    Yes. |
| 10:09 | 20 | Q    As part of your job in marketing, did you also sit in |
| 10:09 | 21 | on some designer meetings? |
| 10:09 | 22 | A    Yes. |
| 10:09 | 23 | Q    During any of the designer meetings for the L.O.L. |
| 10:09 | 24 | Surprise! Outrageous Millennial Girls did you hear the OMG |
| 10:09 | 25 | Girlz mentioned? |

| | | |
|---|---|---|
| 10:09 | 1 | A     No. |
| 10:09 | 2 | Q     Did you hear them referenced in any way? |
| 10:09 | 3 | A     No. |
| 10:09 | 4 | Q     Is it your understanding that any of the L.O.L. |
| 10:09 | 5 | Surprise! O.M.G. dolls are based on the OMG Girlz? |
| 10:09 | 6 | A     No. |
| 10:09 | 7 | Q     Is it your understanding that the entire line of L.O.L. |
| 10:09 | 8 | Surprise! Outrageous Millenial Girls is based on a band |
| 10:09 | 9 | called the OMG Girlz, the group? |
| 10:09 | 10 | A     No. |
| 10:09 | 11 | Q     We talked about this e-mail, and by the way, were you |
| 10:10 | 12 | asked about this e-mail last year or the year before? |
| 10:10 | 13 | A     Yes. |
| 10:10 | 14 | Q     Did you ever even remember this e-mail when you were |
| 10:10 | 15 | asked about it? |
| 10:10 | 16 | A     When I was asked about it.  But before then, no. |
| 10:10 | 17 | Q     So this was 2019, December.  You said you left in 2021? |
| 10:10 | 18 | A     Yes. |
| 10:10 | 19 | Q     Between the time of December 2019 and 2021, did you |
| 10:10 | 20 | discuss the OMG Girlz further with MGA employees? |
| 10:10 | 21 | A     No. |
| 10:10 | 22 | Q     Did Ms. Consorti speak with you about the OMG Girlz |
| 10:10 | 23 | between 2019 and this e-mail and this lawsuit? |
| 10:10 | 24 | A     No. |
| 10:10 | 25 | Q     How many times have you been to Ms. Consorti's house? |

```
10:10   1    A    Countless.  I can't tell you how many.
10:10   2    Q    And during all those times you've been to her house
10:11   3    have you seen like a poster of the OMG Girlz group?
10:11   4    A    No.
10:11   5    Q    Have you seen posters of Tiny or T.I. Harris up on the
10:11   6    wall?
10:11   7    A    No.
10:11   8    Q    Did you ever see her wear a T-shirt of the OMG Girlz or
10:11   9    anything like that?
10:11   10   A    No.
10:11   11   Q    Did you ever see any reference in her house to the OMG
10:11   12   Girlz?
10:11   13   A    No.
10:11   14   Q    How did you learn about this case?
10:11   15   A    Someone -- I think her name is Erin -- called me while
10:11   16   I was walking my dog and told me that there was a case that
10:11   17   she was going to subpoena me for, and then I received a
10:11   18   subpoena.
10:11   19   Q    What was your reaction learning that you were going to
10:11   20   be subpoenaed?
10:11   21   A    I was shocked.  I asked if I could call Isaac.  Then
10:11   22   I'm here now.
10:11   23   Q    At that point when you got a call from the Harrises'
10:12   24   counsel, did you recall who the OMG Girlz were, and did you
10:12   25   recall an e-mail exchange from 2019?
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:12 | 1 | A    When they told me about the e-mail, I remembered it, |
| 10:12 | 2 | but prior to that I didn't know even know who the OMG Girlz |
| 10:12 | 3 | were. |
| 10:12 | 4 | Q    Do you think that MGA has based a line of dolls on the |
| 10:12 | 5 | OMG Girlz? |
| 10:12 | 6 | A    No. |
| 10:12 | 7 | Q    Are you confident about that? |
| 10:12 | 8 | A    Yes. |
| 10:12 | 9 | Q    Do you think any dolls are copied off the OMG Girlz? |
| 10:12 | 10 | A    No. |
| 10:12 | 11 | Q    Do you think they are supposed to be based on any of |
| 10:12 | 12 | the OMG Girlz? |
| 10:12 | 13 | A    No. |
| 10:12 | 14 | MR. SCOLNICK:  Pass the witness. |
| 10:12 | 15 | THE COURT:  Ms. Westmoreland. |
| 10:12 | 16 | MS. WESTMORELAND:  Your Honor, may I approach? |
| 10:12 | 17 | THE COURT:  You may. |
| 10:13 | 18 | CROSS-EXAMINATION |
| 10:13 | 19 | BY MS. WESTMORELAND: |
| 10:13 | 20 | Q    Good morning, Ms. Moshe. |
| 10:13 | 21 | A    Good morning. |
| 10:13 | 22 | Q    You no longer work for MGA; is that correct? |
| 10:13 | 23 | A    Correct. |
| 10:13 | 24 | Q    And you're best friends with Ms. Consorti? |
| 10:13 | 25 | A    Yes. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:13 | 1 | Q    Still even though you're no longer coworkers? |
| 10:14 | 2 | A    Correct. |
| 10:14 | 3 | Q    You testified a moment ago that the O.M.G. dolls were |
| 10:14 | 4 | in planning at least in 2018.  Were the O.M.G. dolls in |
| 10:14 | 5 | planning before 2018? |
| 10:14 | 6 | A    Not that I remember. |
| 10:14 | 7 | Q    And the O.M.G. dolls are meant to target an older |
| 10:14 | 8 | consumer than the L.O.L. Surprise! Tots, right? |
| 10:14 | 9 | A    Yes. |
| 10:14 | 10 | Q    The dolls' primary target was kids who were 9 at the |
| 10:14 | 11 | youngest and 14 at the oldest? |
| 10:14 | 12 | A    Yes. |
| 10:14 | 13 | Q    And the O.M.G. dolls targeted a diverse market, right? |
| 10:14 | 14 | A    Yes. |
| 10:14 | 15 | Q    And if will turn in your binder that I just handed you |
| 10:14 | 16 | to Exhibit 471, do you recognize this as e-mail that you |
| 10:14 | 17 | received on January 13, 2021, if you'll look about six lines |
| 10:15 | 18 | down on the right-hand side? |
| 10:15 | 19 | A    Yes.  I don't remember this e-mail, but I must have |
| 10:15 | 20 | received it. |
| 10:15 | 21 | Q    Did you receive it from Kathy Brandon? |
| 10:15 | 22 | A    Yes. |
| 10:15 | 23 |           MS. WESTMORELAND:  Your Honor, move to admit |
| 10:15 | 24 | Exhibit 471. |
| 10:15 | 25 |           MR. SCOLNICK:  No objection. |

| | | |
|---|---|---|
| 10:15 | 1 | THE COURT:  471 will be received. |
| 10:15 | 2 | (Exhibit 471 received in evidence) |
| 10:15 | 3 | BY MS. WESTMORELAND: |
| 10:15 | 4 | Q    Starting at the top, Kathy Brandon is the V.P. of |
| 10:15 | 5 | Research and Consumer Insights; is that right? |
| 10:15 | 6 | A    Yes. |
| 10:15 | 7 | Q    Basically, she runs the Research Department and |
| 10:15 | 8 | conducts all of the research internally at MGA, correct? |
| 10:15 | 9 | A    Yes. |
| 10:15 | 10 | Q    So if you will look sort of down towards the middle of |
| 10:15 | 11 | the document, you will see two recommendations, correct? |
| 10:15 | 12 | A    Yes. |
| 10:16 | 13 | Q    Let's look at the second recommendation.  Do you see |
| 10:16 | 14 | where it says:  "Create solid true to brand P.R. for L.O.L. |
| 10:16 | 15 | Surprise!," and it was suggested that Black History Month |
| 10:16 | 16 | and Juneteenth were two ideal opportunities to highlight |
| 10:16 | 17 | MGA's connection with the culture of MGA's consumers?  Did I |
| 10:16 | 18 | read that correctly? |
| 10:16 | 19 | A    Yes. |
| 10:16 | 20 | Q    Do you recall implementing this recommendation by |
| 10:16 | 21 | promoting positive elements of the brand during Black |
| 10:16 | 22 | History Month? |
| 10:16 | 23 | A    Yes. |
| 10:16 | 24 | Q    And what did you do to promote the positive elements of |
| 10:16 | 25 | the brand during Black History Month? |

| | | |
|---|---|---|
| 10:16 | 1 | A    We had a series on celebrating black hair. |
| 10:16 | 2 | Q    Where was this series? |
| 10:16 | 3 | A    On YouTube. |
| 10:16 | 4 | Q    Do you see sort of back up towards the top of the |
| 10:16 | 5 | e-mail right below the subject line -- do you see there is |
| 10:17 | 6 | an attachment to this e-mail? |
| 10:17 | 7 | A    Sorry, where is it? |
| 10:17 | 8 | Q    So right underneath the subject, it says attachment? |
| 10:17 | 9 | A    Yes. |
| 10:17 | 10 | Q    And it was a PowerPoint, correct? |
| 10:17 | 11 | A    Yes. |
| 10:17 | 12 | Q    If you will look behind Tab 500 in your binder, that's |
| 10:17 | 13 | the PowerPoint that was attached to the e-mail? |
| 10:17 | 14 | A    Yes. |
| 10:17 | 15 | Q    So this is a study dated January 2021, right? |
| 10:17 | 16 | A    Yes. |
| 10:17 | 17 | Q    And it's one that MGA's internal research team |
| 10:17 | 18 | performed, correct? |
| 10:17 | 19 | A    I would assume so.  Yes, that's what it looks like. |
| 10:17 | 20 | Q    And the study is called "L.O.L. O.M.G. Diversity versus |
| 10:17 | 21 | Barbie," right? |
| 10:17 | 22 | A    Yes. |
| 10:17 | 23 | MS. WESTMORELAND:  Move to admit Exhibit 500. |
| 10:18 | 24 | MR. SCOLNICK:  Your Honor, this is the same |
| 10:18 | 25 | document that we looked at yesterday and limited portions |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:18 | 1 | were admitted.  I think it's a 33-page document.  If there |
| 10:18 | 2 | are certain portions, I would have no objection, but |
| 10:18 | 3 | otherwise we have 403 concerns. |
| 10:18 | 4 | MS. WESTMORELAND:  Your Honor, the witness |
| 10:18 | 5 | received this.  She has confirmed that she received it. |
| 10:18 | 6 | This was part of her normal job and business wise as a |
| 10:18 | 7 | marketing person at MGA. |
| 10:18 | 8 | THE COURT:  What page do you want to offer? |
| 10:18 | 9 | MS. WESTMORELAND:  I want to start with page 12. |
| 10:18 | 10 | THE COURT:  Go one by one. |
| 10:18 | 11 | Any objection to 12? |
| 10:18 | 12 | MR. SCOLNICK:  No objection, Your Honor. |
| 10:18 | 13 | THE COURT:  500, page 12, will be received. |
| 10:18 | 14 | (Exhibit 500, page 12, received in evidence) |
| 10:18 | 15 | BY MS. WESTMORELAND: |
| 10:18 | 16 | Q   So at the top, you will see it says:  "According to |
| 10:18 | 17 | this study, O.M.G. is highest among black and |
| 10:18 | 18 | African-American moms, 88 percent?" |
| 10:19 | 19 | A   Yes. |
| 10:19 | 20 | Q   And Hispanic moms 85 percent? |
| 10:19 | 21 | A   Yes. |
| 10:19 | 22 | Q   If you will turn back to page 9 of this PowerPoint. |
| 10:19 | 23 | MS. WESTMORELAND:  Permission to publish page 9? |
| 10:19 | 24 | THE COURT:  Any objection? |
| 10:19 | 25 | MR. SCOLNICK:  No objection. |

| | | |
|---|---|---|
| 10:19 | 1 | THE COURT:  Page 9 will be received. |
| 10:19 | 2 | (Exhibit 500, page 9, received in evidence) |
| 10:19 | 3 | BY MS. WESTMORELAND: |
| 10:19 | 4 | Q    You will see that in part of this slide for this study |
| 10:19 | 5 | MGA reviewed the ethnic breakdown of the sample for the |
| 10:19 | 6 | study? |
| 10:19 | 7 | A    Yes. |
| 10:19 | 8 | Q    And then looked at the ownership of O.M.G. and Barbie |
| 10:19 | 9 | within each ethnic group, right? |
| 10:19 | 10 | A    Yes. |
| 10:19 | 11 | Q    Did you receive any other marketing e-mails during your |
| 10:19 | 12 | time at MGA? |
| 10:19 | 13 | A    No, not that I recall. |
| 10:19 | 14 | Q    Okay.  Besides children ages 9 through 14 and diverse |
| 10:19 | 15 | consumers, you described millennial moms as a tertiary |
| 10:20 | 16 | target for the O.M.G. dolls, correct? |
| 10:20 | 17 | A    Yes. |
| 10:20 | 18 | Q    So, Millennials are usually somewhere in their 20's, |
| 10:20 | 19 | correct? |
| 10:20 | 20 | A    And a little bit older, yeah. |
| 10:20 | 21 | Q    Switching topics, pop culture is in your DNA? |
| 10:20 | 22 | A    Sure. |
| 10:20 | 23 | Q    Do you recall testifying in your deposition? |
| 10:20 | 24 | A    Yes. |
| 10:20 | 25 | Q    And do you recall saying pop culture was in your DNA? |

| | | |
|---|---|---|
| 10:20 | 1 | A    Yes. |
| 10:20 | 2 | Q    And pop culture includes celebrities, right? |
| 10:20 | 3 | A    Yes. |
| 10:20 | 4 | Q    Musicians, influencers? |
| 10:20 | 5 | A    Yes. |
| 10:20 | 6 | Q    And you would agree that pop culture influenced the |
| 10:20 | 7 | O.M.G. dolls, correct? |
| 10:20 | 8 | A    Yes. |
| 10:20 | 9 | Q    And pop culture influenced how you marketed the O.M.G. |
| 10:20 | 10 | dolls, correct? |
| 10:20 | 11 | A    Yes. |
| 10:20 | 12 | Q    And it was important with the O.M.G. brand to have |
| 10:20 | 13 | constant nods to pop culture and winks to adults? |
| 10:21 | 14 | A    Yes. |
| 10:21 | 15 | Q    If you will turn to Exhibit 427 in your binder, this is |
| 10:21 | 16 | an internal document from an offsite that you attended, |
| 10:21 | 17 | correct? |
| 10:21 | 18 | A    Yes. |
| 10:21 | 19 | Q    This is a document that you contributed to, right? |
| 10:21 | 20 | A    Yes. |
| 10:21 | 21 |         MS. WESTMORELAND:  Your Honor, move to admit |
| 10:21 | 22 | Exhibit 427. |
| 10:21 | 23 |         MR. SCOLNICK:  Your Honor, the exhibit is over 100 |
| 10:21 | 24 | pages.  If there are specific pages -- |
| 10:21 | 25 |         MS. WESTMORELAND:  Your Honor, we can start with |

59

| | | |
|---|---|---|
| 10:21 | 1 | page 8. |
| 10:21 | 2 | THE COURT:  Any objection to page 8? |
| 10:21 | 3 | MR. SCOLNICK:  No objection. |
| 10:22 | 4 | THE COURT:  Page 8 will be received. |
| 10:22 | 5 | (Exhibit 427, page 8, received in evidence) |
| 10:22 | 6 | BY MS. WESTMORELAND: |
| 10:22 | 7 | Q    If you can zoom in on where I believe it says |
| 10:22 | 8 | "Culture," it's going to be the right-hand box, and I think |
| 10:22 | 9 | in the second one down it might say "Celebrity." |
| 10:22 | 10 | Do you see where it says "Celebrity," Ms. Moshe? |
| 10:22 | 11 | A    Yes. |
| 10:22 | 12 | Q    What is written in that box?  Your copy might be a |
| 10:22 | 13 | little cleaner to read from. |
| 10:22 | 14 | A    It says:  "Combine Beyonce and Lady Gaga to make one, |
| 10:22 | 15 | not Taylor Swift or JoJo Siwa." |
| 10:22 | 16 | Q    So you combined Beyonce and Gaga into one person to |
| 10:22 | 17 | describe who the O.M.G. dolls would be closest to in |
| 10:22 | 18 | celebrity, correct? |
| 10:22 | 19 | A    No.  This is for the L.O.L. Surprise!  This was not |
| 10:22 | 20 | specifically to O.M.G. |
| 10:22 | 21 | Q    There wasn't specific to O.M.G.? |
| 10:22 | 22 | A    No. |
| 10:23 | 23 | Q    Were you the one who drafted page 8 of this document? |
| 10:23 | 24 | A    Yes. |
| 10:23 | 25 | Q    As a part of that, what were you getting out when you |

| | | |
|---|---|---|
| 10:23 | 1 | said Beyonce and Lady Gaga here? |
| 10:23 | 2 | A    Part of this was -- the objective of this was to give |
| 10:23 | 3 | to internal teams to understand the brand personality.  And |
| 10:23 | 4 | one of the inputs that I was asked to input was if L.O.L. |
| 10:23 | 5 | Surprise! was a celebrity, who would they be?  And I |
| 10:23 | 6 | couldn't just choose one. |
| 10:23 | 7 | So Beyonce and Lady Gaga are constantly |
| 10:23 | 8 | reinventing themselves.  That's something I feel that -- |
| 10:23 | 9 | with L.O.L. Surprise!, every single season we would reinvent |
| 10:23 | 10 | who we were.  Unfortunately, this was a small space to be |
| 10:23 | 11 | able to elaborate, so I wasn't able to say that. |
| 10:24 | 12 | Q    So you said -- |
| 10:24 | 13 | MR. SCOLNICK:  If the witness could finish her |
| 10:24 | 14 | answer, Your Honor. |
| 10:24 | 15 | THE COURT:  One at a time. |
| 10:24 | 16 | MS. WESTMORELAND:  I'm sorry, Ms. Moshe.  If you |
| 10:24 | 17 | weren't finished, please continue. |
| 10:24 | 18 | THE WITNESS:  I said not Taylor Swift or JoJo |
| 10:24 | 19 | Siwa, because at the time when we were writing this -- I |
| 10:24 | 20 | don't know if this would be applicable today -- they weren't |
| 10:24 | 21 | reinventing themselves.  They were sort of one note, and |
| 10:24 | 22 | that was it.  They just stood for one thing. |
| 10:24 | 23 | BY MS. WESTMORELAND: |
| 10:24 | 24 | Q    So you said you sat in on some of the design meetings. |
| 10:24 | 25 | A    Yes.  I guess my question would be what design meetings |

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
| 10:24 | 1  | specifically?                                              |
| 10:24 | 2  | Q    You sat in on some design meetings?                   |
| 10:24 | 3  | A    Yes.                                                   |
| 10:24 | 4  | Q    You know that your best friend, Ms. Consorti, is a big |
| 10:24 | 5  | Lady Gaga fan?                                             |
| 10:24 | 6  | A    Yes.                                                   |
| 10:24 | 7  | Q    Did you ever see Lady Gaga on mood boards for O.M.G.   |
| 10:24 | 8  | dolls?                                                     |
| 10:24 | 9  | A    Yes.                                                   |
| 10:24 | 10 | Q    Did you ever see Beyonce or Destiny's Child on mood    |
| 10:24 | 11 | boards for O.M.G. dolls?                                   |
| 10:24 | 12 | A    Yes.                                                   |
| 10:24 | 13 | Q    Is it fair to say that Lady Gaga would have also been  |
| 10:25 | 14 | an inspiration for the O.M.G. dolls?                       |
| 10:25 | 15 | A    Yes.  O.M.G. dolls fall under the L.O.L. Surprise!     |
| 10:25 | 16 | brand, but I just want to clarify that was not created just |
| 10:25 | 17 | for O.M.G., but I created this even prior to O.M.G.         |
| 10:25 | 18 | Q    So Lady Gaga was an inspiration to the O.M.G. dolls as |
| 10:25 | 19 | well, correct?                                             |
| 10:25 | 20 | A    Yes, L.O.L. Surprise! and O.M.G.                       |
| 10:25 | 21 | Q    Do you know whether Lady Gaga tweeted about the OMG    |
| 10:25 | 22 | Girlz?                                                     |
| 10:25 | 23 | A    I don't know.                                          |
| 10:25 | 24 | Q    Do you know where Beyonce credited the OMG Girlz with  |
| 10:25 | 25 | naming her first Instagram handle?                         |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:25 | 1 | A    I don't know. |
| 10:25 | 2 | Q    So switching topics, if you could turn to 410 in your |
| 10:25 | 3 | binder, in each series of O.M.G. dolls that were released, |
| 10:25 | 4 | they were released in groups, correct? |
| 10:25 | 5 | A    Yes. |
| 10:25 | 6 | Q    And these groupings are reflected in Exhibit 410? |
| 10:25 | 7 | A    Yes. |
| 10:25 | 8 | Q    And one such grouping -- I believe it's on the last |
| 10:25 | 9 | page -- was the Remix Super Surprise; is that right? |
| 10:26 | 10 | A    That's not what we called it, but, yes, it was a Remix |
| 10:26 | 11 | line. |
| 10:26 | 12 | Q    Look at page 3. |
| 10:26 | 13 | A    Yes. |
| 10:26 | 14 | Q    Do you see underneath the dolls on the bottom it says |
| 10:26 | 15 | Remix Super Surprise? |
| 10:26 | 16 | A    Yes. |
| 10:26 | 17 | Q    Do you know who decided -- well, first, these four |
| 10:26 | 18 | dolls when they were sold as a set came with some of the |
| 10:26 | 19 | Tots, correct? |
| 10:26 | 20 | A    Yes. |
| 10:26 | 21 | Q    Do you know who decided to put these four dolls and |
| 10:26 | 22 | four Tots together in this particular way? |
| 10:26 | 23 | A    Can you elaborate? |
| 10:26 | 24 | Q    Do you know who at MGA contributed to or was |
| 10:26 | 25 | responsible for selecting these four characters to put in |

| | | |
|---|---|---|
| 10:26 | 1 | that box? |
| 10:26 | 2 | A    I helped to create a line list, so Super Surprise was |
| 10:26 | 3 | about unboxing multiple layers of surprises, and it was |
| 10:27 | 4 | supposed to the O.M.G. dolls and the Tots, four Tots, four |
| 10:27 | 5 | dolls, "X" amount of surprises.  We worked together for |
| 10:27 | 6 | that.  But if you are asking specifically about these four |
| 10:27 | 7 | characters, the design team was responsible for designing |
| 10:27 | 8 | these four characters. |
| 10:27 | 9 | Q    So someone from the design team? |
| 10:27 | 10 | A    Yes. |
| 10:27 | 11 | Q    Could it have been Shir-Ami Thompson? |
| 10:27 | 12 | A    I don't recall. |
| 10:27 | 13 | Q    Do you recall helping create the name O.M.G.? |
| 10:27 | 14 | A    Yes. |
| 10:27 | 15 | Q    And ultimately the CEO, Mr. Larian, had final approval |
| 10:27 | 16 | though, right? |
| 10:27 | 17 | A    Yes. |
| 10:27 | 18 | Q    And MGA internally refers to these dolls as O.M.G. |
| 10:27 | 19 | dolls, right? |
| 10:27 | 20 | A    Yes. |
| 10:27 | 21 | Q    Referring to them as O.M.G. dolls has led to some |
| 10:27 | 22 | internal confusion, right? |
| 10:27 | 23 | MR. SCOLNICK:  Objection, misstates the evidence. |
| 10:27 | 24 | THE COURT:  Overruled. |
| 10:27 | 25 | BY MS. WESTMORELAND: |

64

| | | |
|---|---|---|
| 10:27 | 1 | Q    Would you like me to repeat the question? |
| 10:28 | 2 | A    Sure. |
| 10:28 | 3 | Q    Referring to these as O.M.G. dolls has caused some |
| 10:28 | 4 | internal confusion, right? |
| 10:28 | 5 | A    No. |
| 10:28 | 6 | Q    Why don't we look back at Exhibit 407.  It's in the |
| 10:28 | 7 | binder I gave you as well.  I would like to start with the |
| 10:28 | 8 | very last page where you started with your counsel. |
| 10:28 | 9 |      So according to your testimony today, you heard |
| 10:28 | 10 | from Brock Hart.  He was driving and heard a song that he |
| 10:28 | 11 | thought mentioned the O.M.G. dolls, correct? |
| 10:28 | 12 | A    Yes. |
| 10:28 | 13 | Q    So he shared this with you? |
| 10:28 | 14 | A    Yes. |
| 10:28 | 15 | Q    And then you went out and searched for this particular |
| 10:28 | 16 | link, correct? |
| 10:28 | 17 | A    Correct. |
| 10:28 | 18 | Q    Do you recall what you searched when you were trying to |
| 10:28 | 19 | find this link? |
| 10:28 | 20 | A    No. |
| 10:28 | 21 | Q    Do you recall how you came across this link? |
| 10:28 | 22 | A    It was either through Google or YouTube. |
| 10:28 | 23 | Q    Did you search any particular set of words or lyrics |
| 10:29 | 24 | perhaps? |
| 10:29 | 25 | A    I don't remember. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
10:29   1   Q    So you did some independent research to find out that
10:29   2   this particular lyric wasn't referring to the O.M.G. dolls?
10:29   3   A    Yes.
10:29   4   Q    And you watched a full video, right?
10:29   5   A    I believe I watched part of it.  I don't think I
10:29   6   watched the entire thing.
10:29   7            MS. WESTMORELAND:  Your Honor, I have a
10:29   8   four-second clip from the link in this video that I would
10:29   9   like to play.
10:29  10            MR. SCOLNICK:  No objection.
10:29  11            (Clip of videotape played)
10:29  12   BY MS. WESTMORELAND:
10:29  13   Q    Do you recall seeing that?
10:29  14   A    No, but I sent it, so I must have seen that, yes.
10:29  15   Q    Do you remember listening to that song?
10:29  16   A    No.
10:29  17   Q    But you shared the link to it, correct?
10:29  18   A    I must have, but I don't remember this.  This was
10:29  19   four years ago.
10:29  20   Q    You remembered that Brock Hart told you he searched for
10:30  21   it while he was driving?
10:30  22   A    No, he heard the song, so I searched for it.  He didn't
10:30  23   send me the link.
10:30  24   Q    You specifically remember how you heard about the song,
10:30  25   right?
```

```
10:30   1    A    Yes.
10:30   2    Q    But you don't remember whether or not you watched the
10:30   3    video or listened to the song?
10:30   4    A    Correct.
10:30   5    Q    Okay.
10:30   6              MS. WESTMORELAND:  Move to admit that clip as
10:30   7    407-1.
10:30   8              THE COURT:  Any objection?
10:30   9              MR. SCOLNICK:  No objection.
10:30   10             THE COURT:  407-1 will be received.
10:30   11             (Exhibit 407-1 received in evidence)
10:30   12             THE COURT:  I think we will take our mid-morning
10:30   13   break here, ladies and gentlemen.  We will be in recess for
10:30   14   15 minutes.  Please remember the admonition.
10:30   15             (Jury not present)
10:31   16             (Recess)
10:44   17             THE COURT:  Let's bring the jury in, please.
10:44   18             (Jury present)
10:45   19             THE COURT:  Ms. Westmoreland.
10:45   20             MS. WESTMORELAND:  Thank you, Your Honor.
10:45   21   BY MS. WESTMORELAND:
10:45   22   Q    Ms. Moshe, I'd like to return to Document 407.  If you
10:45   23   could go to the first page, please.  Do you see the second
10:45   24   e-mail string there from Blanche to you?
10:45   25   A    Yes.
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:45 | 1 | Q    And this is where she wrote:  "Brock Hart.  It's like a |
| 10:45 | 2 | perfect pop singer name.  He needs to be splashed on a J-14 |
| 10:45 | 3 | magazine," right? |
| 10:45 | 4 | A    Yes. |
| 10:45 | 5 | Q    What is J-14? |
| 10:45 | 6 | A    It's a magazine for teenagers, and it has a bunch of |
| 10:45 | 7 | like teenage heartthrobs in it. |
| 10:46 | 8 | Q    Does it have like popular musicians of the time? |
| 10:46 | 9 | A    Yes. |
| 10:46 | 10 | Q    Celebrities? |
| 10:46 | 11 | A    Exactly. |
| 10:46 | 12 | Q    And usually it was -- was it a big magazine? |
| 10:46 | 13 | A    Not at this time, but when we grew up, yes. |
| 10:46 | 14 | Q    And are you aware that J-14 did an interview with the |
| 10:46 | 15 | OMG Girlz? |
| 10:46 | 16 | A    No. |
| 10:46 | 17 | Q    So going up to the top e-mail, where you wrote:  "Ha, |
| 10:46 | 18 | ha, ha.  I think Brock Hart was wrong.  I think they're |
| 10:46 | 19 | talking about OMG Girlz, not O.M.G. dolls," right? |
| 10:46 | 20 | A    Yes. |
| 10:46 | 21 | Q    And do you recall how you found this link? |
| 10:46 | 22 | A    Like a Google or a YouTube search. |
| 10:46 | 23 | Q    And do you remember what you searched? |
| 10:46 | 24 | A    I don't remember the exact terms I searched, no. |
| 10:46 | 25 | Q    Do you recall whether you came across an interview by |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:46 | 1 | Flo Milli explaining that she was inspired by the OMG Girlz |
| 10:47 | 2 | and their many appearances on "106 & Park"? |
| 10:47 | 3 | A    No. |
| 10:47 | 4 | Q    Do you recall seeing anything about how she wanted to |
| 10:47 | 5 | pay homage to them in her song? |
| 10:47 | 6 | A    No. |
| 10:47 | 7 | Q    Would it refresh your recollection to see something |
| 10:47 | 8 | like that? |
| 10:47 | 9 | A    Perhaps. |
| 10:47 | 10 | MS. WESTMORELAND:  Permission to approach? |
| 10:47 | 11 | THE COURT:  You may. |
| 10:47 | 12 | BY MS. WESTMORELAND: |
| 10:47 | 13 | Q    Do you see that this is an interview by a magazine |
| 10:47 | 14 | called PAPER? |
| 10:47 | 15 | A    Yes. |
| 10:47 | 16 | Q    And I'll let you flip through it for a second and see |
| 10:47 | 17 | if anything about this looks familiar. |
| 10:48 | 18 | A    No. |
| 10:48 | 19 | Q    Will you look at page 5 of this document?  In the |
| 10:48 | 20 | middle underneath -- there's sort of a heading that says -- |
| 10:48 | 21 | it looks like an advertisement or something, but right |
| 10:48 | 22 | underneath that, would you read that to yourself? |
| 10:48 | 23 | A    (Witness reading document) |
| 10:48 | 24 | Okay. |
| 10:48 | 25 | Q    Does that refresh your recollection that -- |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:48 | 1 | MR. SCOLNICK:  Objection.  This witness shouldn't |
| 10:48 | 2 | be testifying about the contents of something that is used |
| 10:48 | 3 | to refresh her recollection. |
| 10:48 | 4 | THE COURT:  Overruled. |
| 10:48 | 5 | BY MS. WESTMORELAND: |
| 10:48 | 6 | Q    Does that refresh your recollection of whether Flo |
| 10:48 | 7 | Milli included the OMG Girlz in her song to pay homage to |
| 10:48 | 8 | them due to their many appearances on "106 & Park"? |
| 10:49 | 9 | A    No, I don't remember this. |
| 10:49 | 10 | Q    You didn't come across anything like that? |
| 10:49 | 11 | A    No. |
| 10:49 | 12 | Q    And yet you were able to make the distinction -- |
| 10:49 | 13 | somehow distinguish that Flo Milli was talking about the OMG |
| 10:49 | 14 | Girlz, not the O.M.G. dolls? |
| 10:49 | 15 | A    Yes. |
| 10:49 | 16 | Q    And you sent Blanche a YouTube link, correct? |
| 10:49 | 17 | A    Yes. |
| 10:49 | 18 | Q    And that link is a link to the OMG Girlz "Where the |
| 10:49 | 19 | Boys At?" music video, right? |
| 10:49 | 20 | A    Yes. |
| 10:49 | 21 | Q    And if we can put 407 back up, that top portion. |
| 10:49 | 22 | You didn't explain to Blanche, oh, this is a girl |
| 10:49 | 23 | group or, you know, it looks like a random group I've never |
| 10:49 | 24 | heard of?  You didn't say anything like that in this e-mail, |
| 10:49 | 25 | right? |

| | | |
|---|---|---|
| 10:49 | 1 | A    No. |
| 10:49 | 2 | Q    And you just knew Blanche, your best friend, would |
| 10:49 | 3 | understand who the OMG Girlz were without any further |
| 10:49 | 4 | explanation? |
| 10:49 | 5 | A    Because I had the YouTube link that showed who they |
| 10:50 | 6 | were. |
| 10:50 | 7 | Q    And Blanche never responded and asked, oh, who are the |
| 10:50 | 8 | OMG Girlz? |
| 10:50 | 9 | A    I don't remember if the e-mail went further than this. |
| 10:50 | 10 | Q    All right.  Do you remember if she ever asked you |
| 10:50 | 11 | outside of the e-mail who are the OMG Girlz? |
| 10:50 | 12 | A    No. |
| 10:50 | 13 | Q    And you didn't raise any of these similarities of the |
| 10:50 | 14 | name with anyone at MGA? |
| 10:50 | 15 | A    No. |
| 10:50 | 16 | Q    You didn't take any efforts to change how the O.M.G. |
| 10:50 | 17 | dolls were marketed to distinguish them from the OMG Girlz? |
| 10:50 | 18 | A    No, there was no need. |
| 10:50 | 19 | Q    MGA has worked with brand partners before, right? |
| 10:50 | 20 | A    Yes. |
| 10:50 | 21 | Q    Like Tori Spelling and Ciara? |
| 10:50 | 22 | A    Yes. |
| 10:50 | 23 | Q    Did you ever ask the OMG Girlz to be brand partners? |
| 10:50 | 24 | A    No. |
| 10:50 | 25 |     MS. WESTMORELAND:  Pass the witness. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 10:50 | 1  | REDIRECT EXAMINATION                                          |
| 10:50 | 2  | BY MR. SCOLNICK:                                              |
| 10:50 | 3  | Q    Do you believe MGA had any interest in partnering with |
| 10:50 | 4  | the OMG Girlz?                                                |
| 10:50 | 5  | A    No, we didn't know who they were.                       |
| 10:50 | 6  | Q    And by the time this e-mail was exchanged, would you   |
| 10:51 | 7  | accept my representation that they disbanded four or five    |
| 10:51 | 8  | years earlier?                                               |
| 10:51 | 9  | MS. WESTMORELAND:  Objection, lack of foundation.            |
| 10:51 | 10 | THE COURT:  Overruled.                                        |
| 10:51 | 11 | THE WITNESS:  Sorry, can you repeat the question?            |
| 10:51 | 12 | BY MR. SCOLNICK:                                              |
| 10:51 | 13 | Q    Do you have any reason to doubt that this girl group    |
| 10:51 | 14 | called OMG Girlz disbanded four or five years before that    |
| 10:51 | 15 | exchange we are looking at in December of '19?               |
| 10:51 | 16 | A    No.                                                      |
| 10:51 | 17 | Q    You'd never seen or heard of the OMG Girlz before this  |
| 10:51 | 18 | e-mail exchange, right?                                       |
| 10:51 | 19 | A    Correct.                                                 |
| 10:51 | 20 | Q    And we talked a little bit about some of the dolls.     |
| 10:51 | 21 | We've met them a number of times, but does this appear to be |
| 10:51 | 22 | two dolls from the series that Ms. Westmoreland asked you    |
| 10:51 | 23 | about?                                                        |
| 10:51 | 24 | A    Yes.                                                     |
| 10:51 | 25 | Q    This is the Super Surprise series, right?               |

72

| | | |
|---|---|---|
| 10:51 | 1 | A    Remix, yes. |
| 10:51 | 2 | Q    Remix, okay.  And on the back of the box, what are we |
| 10:51 | 3 | looking at here? |
| 10:51 | 4 | A    The Super Sonix. |
| 10:51 | 5 | Q    What are the Super Sonix? |
| 10:51 | 6 | A    They are the O.M.G. girls band that we made. |
| 10:51 | 7 | Q    Is it the L.O.L. Surprise! O.M.G.? |
| 10:51 | 8 | A    L.O.L. Surprise! O.M.G. |
| 10:51 | 9 | Q    And do they play R&B music? |
| 10:52 | 10 | A    No, they play rock music. |
| 10:52 | 11 | Q    And when you say they play rock music, do they really |
| 10:52 | 12 | play music? |
| 10:52 | 13 | A    Yeah, the album, yes. |
| 10:52 | 14 | Q    So this band has an album? |
| 10:52 | 15 | A    Yes. |
| 10:52 | 16 | Q    And was it produced with Sony? |
| 10:52 | 17 | A    Yes. |
| 10:52 | 18 | Q    And did you have real musicians play the parts for |
| 10:52 | 19 | these dolls? |
| 10:52 | 20 | A    Yes. |
| 10:52 | 21 | Q    Okay.  And were you involved in some of the packaging |
| 10:52 | 22 | for these dolls? |
| 10:52 | 23 | A    Yes. |
| 10:52 | 24 | Q    I don't know if this one does it, but the packages |
| 10:52 | 25 | themselves actually play music like a record, right? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:52 | 1 | A    Yes. |
| 10:52 | 2 | Q    We talked with Ms. Consorti and Ms. Stephens a lot |
| 10:52 | 3 | about the thought that goes into producing and creating each |
| 10:52 | 4 | doll, but does that type of effort also go into packages |
| 10:52 | 5 | like this that play music for the consumers? |
| 10:52 | 6 | A    Yes. |
| 10:52 | 7 | Q    And this is going to go back to the jury room, so the |
| 10:52 | 8 | jury will be able to play it if they wish, but is it clear |
| 10:53 | 9 | on both the individual boxes for these dolls and on the |
| 10:53 | 10 | larger four-pack that we looked at that the band is a rock |
| 10:53 | 11 | band, all of the Super Sonix? |
| 10:53 | 12 | A    Yes, it's pretty clear to me. |
| 10:53 | 13 | MR. SCOLNICK:  Nothing further. |
| 10:53 | 14 | THE COURT:  Okay. |
| 10:53 | 15 | RECROSS-EXAMINATION |
| 10:53 | 16 | BY MS. WESTMORELAND: |
| 10:53 | 17 | Q    Ms. Moshe, you were easily able to find the OMG Girlz |
| 10:53 | 18 | in 2019, right, when you searched for them? |
| 10:53 | 19 | A    I believe so. |
| 10:53 | 20 | Q    And you knew that their name was spelled with a "z", |
| 10:53 | 21 | right, Girlz with a "z"? |
| 10:53 | 22 | A    When I found the link, yes. |
| 10:53 | 23 | Q    And what genre of music are the OMG Girlz? |
| 10:53 | 24 | A    I believe rock music. |
| 10:53 | 25 | Q    What are you basing that belief on? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:53 | 1 | A    Based on that one video that I found. |
| 10:54 | 2 | MS. WESTMORELAND:  No further questions. |
| 10:54 | 3 | MR. SCOLNICK:  Shall we call our next witness? |
| 10:54 | 4 | THE COURT:  Yes. |
| 10:54 | 5 | You may step down.  Thank you. |
| 10:54 | 6 | MS. KELLER:  Your Honor, we call Bruce Isaacson. |
| 10:54 | 7 | BRUCE ISAACSON, PLAINTIFF'S WITNESS, SWORN |
| 10:55 | 8 | THE CLERK:  If you could please state your full |
| 10:55 | 9 | name spelling your first and last name for the record. |
| 10:56 | 10 | THE WITNESS:  My name is Bruce Isaacson.  My first |
| 10:56 | 11 | name is spelled B-r-u-c-e.  My last name is Isaacson, |
| 10:56 | 12 | I-s-a-a-c-s-o-n. |
| 10:56 | 13 | THE COURT:  Ms. Keller. |
| 10:56 | 14 | MS. KELLER:  Thank you, Your Honor. |
| 10:56 | 15 | DIRECT EXAMINATION |
| 10:56 | 16 | BY MS. KELLER: |
| 10:56 | 17 | Q    Dr. Isaacson, what is your occupation? |
| 10:56 | 18 | A    I'm president of a marketing research and consulting |
| 10:56 | 19 | firm.  The name of the firm is MMR Strategy Group. |
| 10:56 | 20 | Q    And what are you here to talk about today? |
| 10:56 | 21 | A    I'm here to talk about two surveys that I conducted.  I |
| 10:56 | 22 | believe there is a slide that describes those two surveys. |
| 10:56 | 23 | One of the surveys is a likelihood of confusion |
| 10:56 | 24 | survey, and that survey measured whether consumers are |
| 10:56 | 25 | likely to be confused between the L.O.L. Surprise! O.M.G. |

10:56  1   dolls and the OMG Girlz.  And then the second survey that I

10:56  2   conducted is a likeness survey, and that survey measured

10:56  3   whether consumers are likely to mistakenly identify the

10:57  4   L.O.L. Surprise! O.M.G. dolls as the OMG Girlz.  And between

10:57  5   the two surveys, I interviewed 2,782 consumers, and I

10:57  6   measured ten different items, which are either dolls, dolls

10:57  7   with packages, or packages.

10:57  8   Q    Dr. Isaacson, tell us a little bit about your

10:57  9   background -- tell us a lot about your background.

10:57  10  A    Sure.  So as I mentioned, I run a marketing research

10:57  11  and consulting firm.  The firm conducts research mostly in

10:57  12  the form of surveys, and we use the research to help our

10:57  13  clients understand what their customers are doing or what

10:57  14  their customers are thinking.

10:57  15       And we work in three different practice areas.

10:57  16  One area in which we work is we conduct surveys like the

10:57  17  surveys that I will talk about today for litigation, and

10:57  18  sometimes those are conducted for private parties.  For

10:58  19  example, we've conducted surveys for Monster Energy Company

10:58  20  and for Jeep, which is a division of Fiat Chrysler of

10:58  21  America.

10:58  22       We also conduct those kinds of surveys for

10:58  23  agencies of the federal government.  So I've conducted

10:58  24  surveys for the Federal Trade Commission looking at whether

10:58  25  consumers have been deceived or misled.  I've conducted

| | | |
|---|---|---|
| 10:58 | 1 | surveys for the Department of Justice looking at matters in |
| 10:58 | 2 | which the federal government has been sued generally on |
| 10:58 | 3 | behalf of an agency like the United States Postal Service. |
| 10:58 | 4 | And then I've conducted surveys on behalf of the Patent and |
| 10:58 | 5 | Trademark Office generally in matters where they're deciding |
| 10:58 | 6 | whether or not to grant a trademark. |
| 10:58 | 7 | In addition to the litigation surveys that we |
| 10:58 | 8 | conduct, we conduct surveys that companies use to help them |
| 10:58 | 9 | evaluate the claims that they make.  These are statements |
| 10:58 | 10 | that they make in advertising and on packages. |
| 10:58 | 11 | And finally, we conduct research for commercial |
| 10:59 | 12 | companies that are looking to grow brands or evaluate |
| 10:59 | 13 | product lines.  And over the years our clients in that area |
| 10:59 | 14 | have included companies like Allstate and Nestle. |
| 10:59 | 15 | Q    Okay.  So you do both surveys and you also do marketing |
| 10:59 | 16 | research and all the things associated with those two, true? |
| 10:59 | 17 | A    Correct. |
| 10:59 | 18 | Q    Now, you said you also do some litigation consulting |
| 10:59 | 19 | work for law firms. |
| 10:59 | 20 | A    Correct. |
| 10:59 | 21 | Q    Can you discuss that a little bit? |
| 10:59 | 22 | A    Sure.  I've worked over the years for a wide range of |
| 10:59 | 23 | law firms, including Winston & Strawn, one of the law firms |
| 10:59 | 24 | involved in this matter. |
| 10:59 | 25 | Q    Over on this side of the table? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:59 | 1 | A    That's correct. |
| 10:59 | 2 | Q    And what did they retain you for? |
| 10:59 | 3 | A    To conduct a survey and to testify about the results of |
| 10:59 | 4 | the survey. |
| 10:59 | 5 | Q    In a different case obviously. |
| 10:59 | 6 | A    Correct. |
| 10:59 | 7 | Q    Now, when you conduct surveys for different law firms, |
| 11:00 | 8 | do you use the same principles or different principles? |
| 11:00 | 9 | A    It's always the same principles.  The methods will vary |
| 11:00 | 10 | according to the context and what's at issue in the matter, |
| 11:00 | 11 | but the principles of a survey remain constant regardless of |
| 11:00 | 12 | the context. |
| 11:00 | 13 | Q    And I'm wondering whether if you come up with a survey |
| 11:00 | 14 | that is at odds with the law firm that retained you, their |
| 11:00 | 15 | position in the case, do you still stick to your guns? |
| 11:00 | 16 | A    Yes.  It's often the case that a survey will come out |
| 11:00 | 17 | in a way that the law firm that retained me hoped it came |
| 11:00 | 18 | out differently, and that's what happens sometimes with |
| 11:00 | 19 | surveys. |
| 11:00 | 20 | Q    So how many surveys has MMR conducted while you've been |
| 11:00 | 21 | president? |
| 11:00 | 22 | A    I've been president -- it will be 18 years in June. |
| 11:00 | 23 | And during that time, we've conducted more than a thousand |
| 11:00 | 24 | surveys, and I've been involved in the vast majority of |
| 11:00 | 25 | them. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:00  1    Q    How many people work at MMR and what are their

11:01  2    backgrounds?

11:01  3    A    The firm is 14 people, including myself.  There are

11:01  4    five people, including myself, who have a Ph.D. or a

11:01  5    doctorate, the equivalent of a Ph.D.  And then there are

11:01  6    seven people who have Master's Degrees.  And those degrees,

11:01  7    the Ph.D.s or doctorates and Master's Degrees are in fields

11:01  8    such as marketing, public health, consumer behavior,

11:01  9    communications, and even food science.

11:01  10    Q    So in addition to your 17 years running MMR Strategy

11:01  11    Group, do you have any other work experience in consulting

11:01  12    and marketing?

11:01  13    A    Yes.  I've worked at an international consulting firm

11:01  14    called the Boston Consulting Group, and I ran marketing and

11:01  15    strategy functions at three different companies before

11:01  16    coming to MMR.

11:01  17    Q    Before you talk about your survey, let's discuss your

11:01  18    education.  Can you tell us about that?

11:01  19    A    Sure.  I have a Bachelor of Science Degree in

11:02  20    Engineering that's from Northwestern University.  I have an

11:02  21    MBA.  That's a Master of Business Administration Degree.

11:02  22    That's from Harvard Business School.  And I also have a DBA.

11:02  23    That's a Doctor of Business Administration Degree.  That's a

11:02  24    doctorate in Marketing also from Harvard Business School.

11:02  25    Q    Are you on any editorial boards?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:02  1    A    I'm on the editorial boards of two journals that

11:02  2    publish scholarly research.  One of them is the Journal of

11:02  3    Business-to-Business Marketing that publishes research in

11:02  4    marketing, and then the Trademark Reporter, which publishes

11:02  5    research about trademarks and other intellectual property

11:02  6    issues.

11:02  7    Q    Have you also been a guest lecturer before any groups

11:02  8    about these topics?

11:02  9    A    I frequently speak about these topics.  Earlier this

11:02  10   year, for example, I spoke before two law school classes on

11:03  11   the use of surveys in litigation.

11:03  12   Q    And how about publishing any articles about the

11:03  13   likelihood of confusion?  Have you done that?

11:03  14   A    I have.  Two or three years ago, I published an article

11:03  15   about the technique for measuring likelihood of confusion

11:03  16   that I'll be talking about in my confusion survey today.

11:03  17   Q    How many times have you served as an expert witness and

11:03  18   where?

11:03  19   A    I've provided testimony in more than a hundred matters,

11:03  20   and the testimony that I've provided in the past has been in

11:03  21   federal courts, in state courts, in municipal courts.  I've

11:03  22   provided testimony in matters involving the Patent and

11:03  23   Trademark Office, and also in matters involving some

11:03  24   specialized courts like the Court of Federal Claims, which

11:03  25   is where you'd go to sue the federal government, the

| 11:03 | 1 | International Trade Commission, and also the National |
| 11:04 | 2 | Advertising Division, which is a Division of the Better |
| 11:04 | 3 | Business Bureau that deals with false advertising. |
| 11:04 | 4 | Q    How many surveys about the likelihood of confusion have |
| 11:04 | 5 | you conducted for litigation matters like this one? |
| 11:04 | 6 | A    I've been retained to either conduct or comment on a |
| 11:04 | 7 | likelihood of confusion survey in 75 matters, and I've |
| 11:04 | 8 | provided testimony about likelihood of confusion surveys in |
| 11:04 | 9 | 50 matters. |
| 11:04 | 10 | Q    So we talked a little bit about sometimes being |
| 11:04 | 11 | retained by a party that doesn't like your conclusion.  I |
| 11:04 | 12 | take it that in those cases you don't end up being called to |
| 11:04 | 13 | testify by that party; is that true? |
| 11:04 | 14 | A    That's correct. |
| 11:04 | 15 | Q    Have you ever conducted a likeness survey before, not a |
| 11:04 | 16 | likelihood of confusion survey of the type you've already |
| 11:04 | 17 | discussed but a likeness survey? |
| 11:05 | 18 | A    Before this matter, I hadn't ever conducted a likeness |
| 11:05 | 19 | survey before. |
| 11:05 | 20 | Q    Why is that? |
| 11:05 | 21 | A    Because likeness surveys are rare.  They're not |
| 11:05 | 22 | conducted very often. |
| 11:05 | 23 | Q    How much has your firm been paid for your work in this |
| 11:05 | 24 | matter? |
| 11:05 | 25 | A    For the two surveys that I'll talk about, my firm |

| | | |
|---|---|---|
| 11:05 | 1 | billed a total of $135,000.  And then my hourly work after |
| 11:05 | 2 | the surveys is billed at $850 an hour. |
| 11:05 | 3 | Q    Why so expensive? |
| 11:05 | 4 | A    There's a lot of work in two surveys like this.  We |
| 11:05 | 5 | surveyed almost 2,800 consumers.  We had to design all the |
| 11:05 | 6 | things that were shown in the course of the survey, and |
| 11:05 | 7 | there's a lot of data analysis that follows up after a |
| 11:05 | 8 | survey like that. |
| 11:05 | 9 | Q    Do you get paid more if the survey comes out in MGA's |
| 11:05 | 10 | favor? |
| 11:05 | 11 | A    No, I have no financial interest in the outcome of the |
| 11:05 | 12 | case. |
| 11:05 | 13 | Q    Okay.  You mentioned you conducted two surveys.  Before |
| 11:05 | 14 | this, had you personally ever heard of the OMG Girlz or the |
| 11:06 | 15 | L.O.L. Surprise! O.M.G. dolls, either one? |
| 11:06 | 16 | MS. WESTMORELAND:  Objection, Your Honor, 403. |
| 11:06 | 17 | THE COURT:  Overruled. |
| 11:06 | 18 | THE WITNESS:  Before this matter, I had never |
| 11:06 | 19 | heard of the OMG Girlz.  I believe that I had heard of the |
| 11:06 | 20 | dolls, but I can't say that I was very familiar with them. |
| 11:06 | 21 | BY MS. KELLER: |
| 11:06 | 22 | Q    Okay.  What does your confusion survey measure? |
| 11:06 | 23 | A    My confusion survey measures whether consumers are |
| 11:06 | 24 | likely to be confused between the dolls and the OMG Girlz, |
| 11:06 | 25 | and that means whether they think that the dolls came from |

82

| | | |
|---|---|---|
| 11:06 | 1 | the OMG Girlz or were given permission or approval by the |
| 11:06 | 2 | OMG Girlz. |
| 11:06 | 3 | Q    What kind of confusion survey did you conduct? |
| 11:06 | 4 | A    The format that I used for the likelihood of confusion |
| 11:06 | 5 | survey is a format called Eveready, and that name comes from |
| 11:06 | 6 | the first matter when it was ever used, which is about 45 |
| 11:07 | 7 | years ago in 1976.  It's a format in which you show one |
| 11:07 | 8 | thing to a consumer to see whether they think that it's |
| 11:07 | 9 | something else or they associate it with something else. |
| 11:07 | 10 | Q    And what dolls and packages did you show in your |
| 11:07 | 11 | confusion survey? |
| 11:07 | 12 | A    I believe that there's a slide that lists the items |
| 11:07 | 13 | that I showed in the confusion survey. |
| 11:07 | 14 | Q    So is that slide 4? |
| 11:07 | 15 | A    Yes. |
| 11:07 | 16 | Q    All right.  And can you review that quickly? |
| 11:07 | 17 | A    Sure.  So if we look in the middle column that shows |
| 11:07 | 18 | what I measured in the likelihood of confusion survey, there |
| 11:07 | 19 | was a total of nine items that I measured in this survey, |
| 11:07 | 20 | including Bhad Gurl, Chillax, Metal Chick, and Shadow. |
| 11:07 | 21 | Those were all individual dolls.  And the Super Surprise |
| 11:07 | 22 | package.  Then I measured four dolls that were the doll with |
| 11:07 | 23 | the package, Miss Independent, Downtown B.B., Uptown Girl, |
| 11:08 | 24 | Punk Grrrl, and Rocker Boi.  And that was the total of what |
| 11:08 | 25 | I measured in the likelihood of confusion survey. |

| 11:08 | 1 | Q | Let's look at slides 5 through 13 just to make sure |
| 11:08 | 2 | we're all thinking of the same ones. |
| 11:08 | 3 | A | Yes.  So what you're seeing here is exactly what was |
| 11:08 | 4 | shown in the course of the survey.  My survey measured |
| 11:08 | 5 | pictures of the items as opposed to the actual items.  So |
| 11:08 | 6 | here's Bhad Gurl. |
| 11:08 | 7 | Q | Let's have the next slide. |
| 11:08 | 8 | A | This is Chillax. |
| 11:08 | 9 | Q | Next slide. |
| 11:08 | 10 | A | This is Metal Chick. |
| 11:08 | 11 | Q | Next. |
| 11:08 | 12 | A | This is Shadow. |
| 11:08 | 13 | Q | Next one. |
| 11:08 | 14 | A | This is the Super Surprise package. |
| 11:08 | 15 | Q | And next. |
| 11:08 | 16 | A | This is Miss Independent. |
| 11:08 | 17 | Q | Next one. |
| 11:08 | 18 | A | This is Downtown B.B. |
| 11:08 | 19 | Q | And next slide. |
| 11:08 | 20 | A | This is Uptown Girl. |
| 11:08 | 21 | Q | Okay.  Now -- |
| 11:08 | 22 | A | And there's also Punk Grrrl and Rocker Boi, the last |
| 11:08 | 23 | item. |
| 11:08 | 24 | Q | We don't want to forget about them. |
| 11:09 | 25 | Did people interviewed in your surveys see all the |

84

| 11:09 | 1 | dolls and all the packages? |
| 11:09 | 2 | A    No.  They only saw one of the pictures that we just |
| 11:09 | 3 | viewed, and they were randomly assigned after they qualified |
| 11:09 | 4 | for the survey to see one of the nine items that we just |
| 11:09 | 5 | looked at. |
| 11:09 | 6 | Q    So why did you measure these particular dolls and |
| 11:09 | 7 | packages? |
| 11:09 | 8 | A    Well, these were the dolls and packages that had been |
| 11:09 | 9 | identified at the very start of the case as being the most |
| 11:09 | 10 | concerning to the OMG Girlz.  Some of these were identified |
| 11:09 | 11 | in a document called the counterclaims, and some of these |
| 11:09 | 12 | were identified by Ms. Tameka Harris at her deposition. |
| 11:09 | 13 | Q    Did your survey consider that the OMG Girlz are a |
| 11:09 | 14 | musical group? |
| 11:09 | 15 | A    Yes.  And the way that it did that is I measured some |
| 11:09 | 16 | dolls that had instruments.  You can see on the screen now a |
| 11:09 | 17 | duo, a package that has two dolls in it both with |
| 11:09 | 18 | instruments like a duo.  And then I also measured the Super |
| 11:10 | 19 | Surprise package in the survey, which shows two groups of |
| 11:10 | 20 | four dolls each of which have musical instruments. |
| 11:10 | 21 | Q    Okay.  Now let's talk about your interviews.  Who did |
| 11:10 | 22 | you interview in your confusion survey? |
| 11:10 | 23 |         If we could see slide 14. |
| 11:10 | 24 | A    Sure.  This lists the people that I interviewed in the |
| 11:10 | 25 | confusion survey.  I interviewed people who were going to be |

11:10    1    likely to buy dolls, so these are the major qualification

11:10    2    criteria for the survey.

11:10    3    Q    Any dolls or a particular type of doll?

11:10    4    A    Fashion dolls.

11:10    5    Q    Okay.

11:10    6    A    And the reason that I interviewed people who were --

11:10    7    you can see on Point No. 2 that they were likely to purchase

11:10    8    a fashion doll for a child in the next 12 months.  I used

11:10    9    that criteria because eight of the nine packages for the

11:10    10    dolls that I measured in my survey specifically say on them

11:10    11    that this is a fashion doll, so I used that term in my

11:10    12    survey.

11:10    13         And then I -- you can see under No. 3 I included

11:11    14    in my survey a mix of ages, genders, and geography, parts of

11:11    15    the country, that would match consumers who buy fashion

11:11    16    dolls.

11:11    17    Q    How did you find the people to interview, and how did

11:11    18    you get them to agree to participate?

11:11    19    A    I found the people online.  I conducted the survey

11:11    20    online.  To locate the people for the survey, I used a

11:11    21    specialized service that specializes in providing potential

11:11    22    respondents for a survey like this.  To get them to

11:11    23    participate, we offered a small incentive.  The amount of

11:11    24    incentive that they got was a way to thank them for their

11:11    25    time and to encourage them to participate, but the amount of

86

| | | |
|---|---|---|
| 11:11 | 1 | the incentive they got was not dependent on how they |
| 11:11 | 2 | answered the survey. |
| 11:11 | 3 | Q    Okay.  So you interviewed people who purchased fashion |
| 11:11 | 4 | dolls. |
| 11:11 | 5 | Why not interview fans of the OMG Girlz instead of |
| 11:12 | 6 | doll buyers? |
| 11:12 | 7 | A    Because that would be the wrong audience to interview |
| 11:12 | 8 | for a survey like this.  My survey was measuring whether |
| 11:12 | 9 | people who encounter the dolls are likely to be confused |
| 11:12 | 10 | with the OMG Girlz.  And the people who are most likely to |
| 11:12 | 11 | encounter the dolls are people who are going to be likely to |
| 11:12 | 12 | buy fashion dolls.  That's who one would interview in a |
| 11:12 | 13 | survey like this.  That's who the appropriate audience would |
| 11:12 | 14 | be to interview. |
| 11:12 | 15 | Q    And if you interviewed only people who buy L.O.L. |
| 11:12 | 16 | Surprise! O.M.G. dolls or only fans of the OMG Girlz group, |
| 11:12 | 17 | you'd have a biased audience, right? |
| 11:12 | 18 | A    That's correct.  You wouldn't want to interview |
| 11:12 | 19 | customers of either party.  You'd want to interview |
| 11:12 | 20 | customers in the category to which the dolls belong. |
| 11:12 | 21 | Q    Okay.  So in your opinion, do researchers and the |
| 11:12 | 22 | literature generally agree on the approach you use? |
| 11:12 | 23 | A    Absolutely. |
| 11:12 | 24 | Q    After somebody qualified for the confusion survey, what |
| 11:13 | 25 | happened next? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:13 | 1 | A    After they qualified for the confusion survey, they |
| 11:13 | 2 | were randomly assigned to see one of the images that we saw |
| 11:13 | 3 | just a few minutes ago, and then I asked questions in the |
| 11:13 | 4 | survey to measure the likelihood of confusion. |
| 11:13 | 5 | Q    And what questions did your survey ask? |
| 11:13 | 6 | A    I believe there's a slide coming up that lists -- in |
| 11:13 | 7 | fact, this is the slide that lists the questions that I |
| 11:13 | 8 | asked.  So these three questions that you see on the screen |
| 11:13 | 9 | are all questions that measure confusion as to source, |
| 11:13 | 10 | meaning where the dolls come from. |
| 11:13 | 11 | So Question 1 asks:  Who do you believe makes or |
| 11:13 | 12 | puts out the -- and the survey used the right language |
| 11:13 | 13 | according to what they were looking at -- but let's say the |
| 11:13 | 14 | doll or package that you just viewed? |
| 11:13 | 15 | And then Question 3 asked:  Are you aware of any |
| 11:13 | 16 | other products or services made or put out by whoever makes |
| 11:13 | 17 | or puts out the doll and/or package you just viewed? |
| 11:13 | 18 | And then if they answered yes to Question 3, they |
| 11:14 | 19 | were asked Question 4:  What other products or services do |
| 11:14 | 20 | you think are made or put out by whoever makes or puts out |
| 11:14 | 21 | the doll and/or package that you just viewed? |
| 11:14 | 22 | So this is some of the questions.  There's one |
| 11:14 | 23 | more slide with some additional questions, and these |
| 11:14 | 24 | questions are measuring confusion as to permission or |
| 11:14 | 25 | approval. |

11:14    1          So Question 6 asks whether they think that whoever
11:14    2    makes or puts out the doll did or did not receive permission
11:14    3    or approval from another company or person to make or put
11:14    4    out the doll or package.  And then if they said yes, we
11:14    5    asked them what company or person they think gave permission
11:14    6    or approval.
11:14    7    Q    Okay.  So for this first one, the confusion survey, not
11:14    8    the likeness survey, how many people did you interview who
11:14    9    were actually shown dolls, packages, or dolls with packages,
11:14   10    once you qualified them?
11:14   11    A    Close to a thousand people who saw the dolls or
11:14   12    packages the way that they're showed in the marketplace.
11:15   13    Q    In your business, is that considered a large number of
11:15   14    interviews?
11:15   15    A    It's a very large number of interviews.  It's among the
11:15   16    largest surveys that I can remember conducting in the recent
11:15   17    past.
11:15   18    Q    And what does that large number tell you?
11:15   19    A    It tells me that I can have confidence in the results
11:15   20    of the survey because I have lots of interviews.  It also
11:15   21    tells me that the survey is going to represent broadly the
11:15   22    country as a whole, including all kinds of consumers within
11:15   23    the country.
11:15   24    Q    And the service that you used to find all of those
11:15   25    people, is that what they do?  They get a diverse group of

| | | |
|---|---|---|
| 11:15 | 1 | people from around the country? |
| 11:15 | 2 | A    Yes, and it's supposed to represent the population as a |
| 11:15 | 3 | whole, including the diversity of the population. |
| 11:15 | 4 | Q    So you said you conducted the interviews.  Did you |
| 11:15 | 5 | personally conduct them yourself? |
| 11:15 | 6 | A    No, I didn't actually conduct all of the interviews. |
| 11:15 | 7 | They were conducted by a computer. |
| 11:15 | 8 | Q    AI is going to take over your profession, isn't it? |
| 11:15 | 9 | A    I hope not, but they were conducted by a computer |
| 11:16 | 10 | program. |
| 11:16 | 11 | Q    Okay.  So your confusion survey asked questions to |
| 11:16 | 12 | measure confusion that people answered in their own words. |
| 11:16 | 13 | How did you decide what responses indicated |
| 11:16 | 14 | whether someone was confused? |
| 11:16 | 15 | A    Well, you can see -- so, for example, what we're |
| 11:16 | 16 | looking at on the screen now, that first question, who do |
| 11:16 | 17 | you believe makes or puts out, people answered that in their |
| 11:16 | 18 | own words.  So I could look at the answers to that question, |
| 11:16 | 19 | and I could see if they mentioned the OMG Girlz that I knew |
| 11:16 | 20 | they were confused.  If they mentioned any current or former |
| 11:16 | 21 | member of the OMG Girlz, I knew that they were confused. |
| 11:16 | 22 | And if they didn't mention the OMG Girlz and didn't mention |
| 11:16 | 23 | any members of the OMG Girlz, then I knew that they were not |
| 11:16 | 24 | confused. |
| 11:16 | 25 | Q    Can we see some examples of responses on slide 17? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:16   1    A    So these are some of the actual responses that people

11:16   2    provided in their own words.  So they're taking the survey

11:17   3    and they're typing in these responses.  They're each

11:17   4    identified in an anonymous manner by an ID number.  So ID

11:17   5    No. 115 said L.O.L. Surprise!  ID 117 said Bratz.  152 said

11:17   6    O.M.G. dolls.  169 said MGA Entertainment Company.

11:17   7              I won't read all of the responses on the screen,

11:17   8    but these are the kinds of things that people actually typed

11:17   9    in in the survey in response to this particular question.

11:17   10   Q    Why don't any of these examples refer to the OMG Girlz

11:17   11   group?

11:17   12   A    Because nobody in the survey referred to the OMG Girlz,

11:17   13   and nobody in the survey referred to any member of the OMG

11:17   14   Girlz.

11:17   15   Q    Not a single person?

11:17   16   A    Not one.

11:17   17   Q    So what are the measures from your confusion survey?

11:17   18   A    Those are on the next slide, I believe.

11:17   19   Q    Slide 18?

11:17   20   A    Yes.  And you can see that this is based on 966

11:18   21   interviews, and it's zero percent.  Zero percent confused as

11:18   22   to source.  Zero percent confused as to products or

11:18   23   services, and zero percent confused as to permission or

11:18   24   approval.  And that goes back to nobody mentioning the OMG

11:18   25   Girlz and nobody mentioning any of the current or former

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| 11:18 | 1 | members of the OMG Girlz. |
| 11:18 | 2 | Q    Again, how many interviews are these findings based on? |
| 11:18 | 3 | A    966 interviews. |
| 11:18 | 4 | Q    With consumers who were shown a picture of an L.O.L. |
| 11:18 | 5 | Surprise! O.M.G. doll, a package, or a doll with the |
| 11:18 | 6 | package? |
| 11:18 | 7 | A    Correct. |
| 11:18 | 8 | Q    Now, in your experience, what percentage is typically |
| 11:18 | 9 | considered to be high enough to indicate a substantial |
| 11:18 | 10 | likelihood of confusion? |
| 11:18 | 11 | A    It varies depending on the matter, but I would say that |
| 11:18 | 12 | in most matters there's agreement that -- |
| 11:18 | 13 | MS. WESTMORELAND:  Your Honor, I'm going to |
| 11:18 | 14 | object.  I didn't see this disclosed in his report. |
| 11:18 | 15 | MS. KELLER:  This was in his deposition. |
| 11:19 | 16 | THE COURT:  Overruled. |
| 11:19 | 17 | MS. WESTMORELAND:  Do you have a page and line? |
| 11:19 | 18 | MS. KELLER:  I don't, but I -- |
| 11:19 | 19 | THE COURT:  Proceed. |
| 11:19 | 20 | BY MS. KELLER: |
| 11:19 | 21 | Q    Doctor, please continue with your answer. |
| 11:19 | 22 | A    Sure.  So it depends on the matter, but I would say in |
| 11:19 | 23 | general, there's agreement that numbers above 20 percent are |
| 11:19 | 24 | generally taken as indicating a substantial level of |
| 11:19 | 25 | confusion. |

11:19    1    Q    Now, so out of the thousand people you interviewed in

11:19    2    this slide, nobody mentioned the OMG Girlz or their members.

11:19    3            Did they mention the L.O.L. Surprise! O.M.G.

11:19    4    dolls?

11:19    5    A    They did.

11:19    6    Q    And how common was that response?

11:19    7    A    Well, what I did with the responses that people

11:19    8    provided is I organized them into groups, and this is that

11:19    9    same 966 consumers.  You can see zero percent for OMG Girlz

11:19    10   at the top of the screen.  You can see the second row, and

11:19    11   that's L.O.L. Surprise! O.M.G. dolls.  That's 38.1 percent.

11:19    12   Then you can see that people mentioned other toy brands or

11:20    13   other toy companies.  That's 9.2 percent.  And then some

11:20    14   people just said OMG without specifying any further, and

11:20    15   that's three percent.

11:20    16   Q    Was it also zero percent among African-Americans?

11:20    17   A    It was.

11:20    18   Q    Are you confident that there were enough

11:20    19   African-American respondents in the database to confirm that

11:20    20   the results for that group are zero as well?

11:20    21   A    Yes.

11:20    22   Q    So what did you conclude based on your confusion

11:20    23   survey?

11:20    24   A    There are two ways to explain the results of the

11:20    25   likelihood of confusion survey.  One way to explain the

| | | |
|---|---|---|
| 11:20 | 1 | results of the survey is that when people see the L.O.L. |
| 11:20 | 2 | Surprise! O.M.G. dolls, they don't believe that those dolls |
| 11:20 | 3 | -- they don't confuse those dolls with the OMG Girlz, and |
| 11:20 | 4 | they don't confuse those dolls with any members of the OMG |
| 11:20 | 5 | Girlz.  That's one possible explanation, that they know the |
| 11:20 | 6 | OMG Girlz, and when they see the dolls, they're just not |
| 11:21 | 7 | confused between the dolls and the girls. |
| 11:21 | 8 | There's a second explanation for the results of |
| 11:21 | 9 | the survey, and the other explanation is that they don't |
| 11:21 | 10 | know the OMG Girlz at all.  Under this second explanation, |
| 11:21 | 11 | that would mean that the OMG Girlz are not well known and |
| 11:21 | 12 | are not famous, so that when I conduct a survey like this |
| 11:21 | 13 | and I show the L.O.L. Surprise! O.M.G. dolls, people don't |
| 11:21 | 14 | have in their mind an image of the OMG Girlz to compare |
| 11:21 | 15 | against the dolls. |
| 11:21 | 16 | Either one of these scenarios could be true.  It |
| 11:21 | 17 | could be either that the dolls are not confusingly similar |
| 11:21 | 18 | to the OMG Girlz, or it could simply be that the OMG Girlz |
| 11:21 | 19 | are not famous and are not well known. |
| 11:21 | 20 | Q    Well, when you were designing your survey, did you see |
| 11:21 | 21 | any evidence that the OMG Girlz claimed to be well known or |
| 11:21 | 22 | famous? |
| 11:21 | 23 | A    Yes, I saw lots of evidence, and that's the evidence |
| 11:21 | 24 | that you're seeing up on the screen now.  So these are |
| 11:22 | 25 | statements that all came from or were written on behalf of |

| | | |
|---|---|---|
| 11:22 | 1 | the OMG Girlz.  So, for example, the first statement:  "The |
| 11:22 | 2 | OMG Girlz have achieved nationwide fame and popularity." |
| 11:22 | 3 | Q    And that was in the Complaint -- the Answer to the |
| 11:22 | 4 | Complaint and their Third Amended Counterclaim that they |
| 11:22 | 5 | filed with this very Court, right? |
| 11:22 | 6 | A    That's correct. |
| 11:22 | 7 | Q    Okay.  What else? |
| 11:22 | 8 | A    Well, No. 2, you can see in the third line of No. 2 |
| 11:22 | 9 | they refer to their name as well known, and that's in that |
| 11:22 | 10 | same document. |
| 11:22 | 11 | You can see in No. 3 in the same document they |
| 11:22 | 12 | refer to widespread recognition. |
| 11:22 | 13 | You can see in No. 4 they refer to nationwide |
| 11:22 | 14 | popularity. |
| 11:22 | 15 | And then in No. 5, this is from the deposition of |
| 11:22 | 16 | Tameka Harris, and you can see that she answers that |
| 11:22 | 17 | individual members are well known throughout the United |
| 11:22 | 18 | States. |
| 11:22 | 19 | Q    Okay, let's turn now to your likeness survey.  So you |
| 11:23 | 20 | said that was the second survey that you did.  Remind us |
| 11:23 | 21 | again what the likeness measures. |
| 11:23 | 22 | A    Sure.  The likeness survey was designed to measure |
| 11:23 | 23 | whether consumers are likely to identify or misidentify the |
| 11:23 | 24 | dolls as the OMG Girlz.  So really what it's asking is |
| 11:23 | 25 | whether people think that the dolls look like the OMG Girlz. |

| | | |
|---|---|---|
| 11:23 | 1 | Q    Okay.  So I'm a little confused. |
| 11:23 | 2 |      Is the likeness survey different than the |
| 11:23 | 3 | confusion survey in some way? |
| 11:23 | 4 | A    Yes, and it's different in that one measures likelihood |
| 11:23 | 5 | of confusion.  And likelihood of confusion asks who makes |
| 11:23 | 6 | the dolls or who gave permission or approval to make the |
| 11:23 | 7 | dolls?  Likeness asks who do the dolls look like?  So it's a |
| 11:23 | 8 | different kind of a question in the survey. |
| 11:23 | 9 | Q    So without any reference to who makes them, you just |
| 11:24 | 10 | ask who do these look like to you? |
| 11:24 | 11 | A    That's correct.  And I have a slide that provides an |
| 11:24 | 12 | example of how this process works. |
| 11:24 | 13 | Q    Okay.  And that's slide 22? |
| 11:24 | 14 | A    That's correct.  And what you see on this slide are |
| 11:24 | 15 | people who are not famous people but who look like certain |
| 11:24 | 16 | famous people.  So if I showed any of these pictures and I |
| 11:24 | 17 | asked who does this look like, someone might answer, well, |
| 11:24 | 18 | that looks like Ray Charles in the middle top, or in the |
| 11:24 | 19 | upper left, they might say that looks like Elvis.  Well, |
| 11:24 | 20 | that's not Ray Charles.  That's not Elvis.  None of these |
| 11:24 | 21 | are the actual famous people that people are dressed up to |
| 11:24 | 22 | look like. |
| 11:24 | 23 |      This is what my likeness survey did.  It showed a |
| 11:24 | 24 | picture of the dolls, and it asked who does this look like? |
| 11:24 | 25 | It's the same process by which we might ask who these people |

11:24    1    look like.

11:24    2    Q    And if we could see slide 23, were they the same dolls

11:24    3    that you used in the confusion survey?

11:25    4    A    They were mostly the same dolls.  You can see that the

11:25    5    likeness survey measured eight items.  The confusion survey

11:25    6    measured dolls and packages.  The likeness survey because

11:25    7    it's focused on likeness only measured dolls.  And you can

11:25    8    see that because of that I didn't measure the Super Surprise

11:25    9    package, but I did measure Punk Grrrl.  I didn't measure the

11:25    10    duo, the pair of Punk Grrrl and Rocker Boi, again, because

11:25    11    it's a likeness survey asking who something looks like.

11:25    12    Q    So you just used the dolls, and you didn't take the

11:25    13    package and say who does this look like because you might

11:25    14    have gotten back SpongeBob SquarePants or something, right?

11:25    15    I mean, it wouldn't be a person?

11:25    16    A    Correct.  I'm measuring who -- something that looks

11:25    17    like a person -- what other person that looks like.

11:25    18    Q    And who did you interview for the likeness survey?

11:25    19    A    It was a group that was similar to the group that I

11:25    20    interviewed for the confusion survey.  The difference was --

11:25    21    if you look at Item No. 2, the confusion survey only

11:25    22    interviewed people who would purchase in the future.  The

11:26    23    likeness survey interviewed either people who would purchase

11:26    24    in the future or people who have purchased in the past.

11:26    25            Again, it's focused on fashion dolls for a child,

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:26  1  but the audience, the people that I interviewed in the
11:26  2  likeness survey, is a little bit broader than the group that
11:26  3  I interviewed for the confusion survey.
11:26  4  Q    Was it a whole new group for the second survey, or did
11:26  5  you reuse the same people?
11:26  6  A    No, no.  Once you -- if you participated in one survey,
11:26  7  you couldn't participate in the other survey, so they were
11:26  8  totally separate groups of people.
11:26  9  Q    Okay.  So for the likeness survey, how many dolls were
11:26  10  shown to each consumer?
11:26  11  A    The same process as in the confusion survey.  You were
11:26  12  randomly assigned to see one of the dolls that we were
11:26  13  interviewing, and you would only see one doll in the survey.
11:26  14  Q    And what questions in your survey were asked to measure
11:26  15  whether the L.O.L. Surprise! dolls are likely to be
11:26  16  mistakenly identified as the OMG Girlz group?
11:26  17  A    So these are the questions that were asked in the
11:27  18  likeness survey.  Question 1 is:  Does the doll you just
11:27  19  viewed look like any particular person or people?  If they
11:27  20  answered yes:  Which person or people does the doll look
11:27  21  like?
11:27  22          Question 3 asked:  Besides the person or people
11:27  23  you just mentioned, does the doll you just viewed look like
11:27  24  any other person or people?
11:27  25          Then if they answered yes, they would get Question

| | | |
|---|---|---|
| 11:27 | 1 | 4:   Which other person or people does the doll look like? |
| 11:27 | 2 | Q    And how many people were there for this likeness survey |
| 11:27 | 3 | involving an L.O.L. Surprise! O.M.G. doll? |
| 11:27 | 4 | A    It was 851 people, I believe, in the likeness survey |
| 11:27 | 5 | who saw one of the dolls the way that they're sold in the |
| 11:27 | 6 | marketplace. |
| 11:27 | 7 | Q    Again, is that a lot of interviews? |
| 11:27 | 8 | A    It's, again, a very large database. |
| 11:27 | 9 | Q    Why so big? |
| 11:27 | 10 | A    Well, again, for the same reasons, to have confidence |
| 11:27 | 11 | in the results, to make sure that the results represent the |
| 11:28 | 12 | broad diversity of the population in the country.  Also, I |
| 11:28 | 13 | should mention for both surveys there's a lot of items that |
| 11:28 | 14 | I tested in both surveys, so that also required a large |
| 11:28 | 15 | sample size. |
| 11:28 | 16 | Q    And can you walk us through the results of that |
| 11:28 | 17 | likeness survey and who these look like? |
| 11:28 | 18 | A    Sure.  These are the measures from Question 1.  You can |
| 11:28 | 19 | see up in the top row that it's 851 interviews.  And of the |
| 11:28 | 20 | 851 interviews, 15.5 percent answered, yes, the doll does |
| 11:28 | 21 | look like a particular person or some people.  Then those |
| 11:28 | 22 | people got follow-up questions, and the overall results for |
| 11:28 | 23 | the survey is on the next slide. |
| 11:28 | 24 | Q    Okay, slide 27. |
| 11:28 | 25 | A    And these were the answers that we got in the survey. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:28 | 1 | So once again, it was 0.0 percent, so zero for the OMG |
| 11:28 | 2 | Girlz.  And that includes the OMG Girlz and any current or |
| 11:28 | 3 | former members of the OMG Girlz.  You can see 2.4 percent |
| 11:29 | 4 | mentioned the L.O.L. Surprise! O.M.G. dolls.  4.7 percent |
| 11:29 | 5 | mentioned some other celebrity personality or even a cartoon |
| 11:29 | 6 | character. |
| 11:29 | 7 | Q    Such as? |
| 11:29 | 8 | A    Beyonce, Lady Gaga, Rihanna, Olori Swank, Spice Girls. |
| 11:29 | 9 | There was a wide range.  Those were some of the things that |
| 11:29 | 10 | people mentioned. |
| 11:29 | 11 | Q    Okay. |
| 11:29 | 12 | A    And then you can see that some people said a musician |
| 11:29 | 13 | or music without specifying what they were referring to. |
| 11:29 | 14 | And then we had 1.4 percent who mentioned an ethnic group. |
| 11:29 | 15 | Q    And then 2.8 said don't know? |
| 11:29 | 16 | A    That's correct. |
| 11:29 | 17 | Q    And 1.8 other? |
| 11:29 | 18 | A    That's correct. |
| 11:29 | 19 | Q    And OMG without further specification, zero again? |
| 11:29 | 20 | A    Correct. |
| 11:29 | 21 | Q    So nobody mentioned Tiny Harris, or Zonnique Pullins, |
| 11:29 | 22 | or Breaunna Womack, Bahja Rodriguez, Lourdes Rodriguez, |
| 11:30 | 23 | Reginae Carter?  Nobody mentioned any of those people? |
| 11:30 | 24 | A    Correct. |
| 11:30 | 25 | Q    And nobody mentioned the OMG Girlz? |

11:30    1    A    Correct.

11:30    2    Q    Did the fact that your results were zero cause you to

11:30    3    say to yourself, hey, I don't know about the validity of

11:30    4    this test?

11:30    5    A    No.  These were unusual results, but they point to the

11:30    6    strength of the results for both surveys.  In other words,

11:30    7    that the results are zero for both surveys points to the

11:30    8    strength of the findings.

11:30    9    Q    And what did you conclude based on the likeness survey?

11:30   10    A    It's a similar set of conclusions that would explain

11:30   11    the results of the likeness survey.  There are two possible

11:30   12    explanations for what happened in the likeness survey for

11:30   13    these zero percent measures.  One explanation is that people

11:30   14    see the L.O.L. Surprise! O.M.G. dolls, and they don't think

11:30   15    that they look like the OMG Girlz, and they don't think that

11:31   16    they look like any current or former members of the OMG

11:31   17    Girlz.  That's one possible explanation.

11:31   18         Another possible explanation is that the OMG Girlz

11:31   19    are not well known, and they're not famous.  So when people

11:31   20    see the L.O.L. Surprise! O.M.G. dolls, they don't have

11:31   21    anything in their mind.  They don't have a picture of the

11:31   22    OMG Girlz to compare the dolls against.

11:31   23         So again, it could be that they don't look like --

11:31   24    that the dolls -- they don't think the dolls look like the

11:31   25    OMG Girlz, or it could be that the OMG Girlz are not well

| | | |
|---|---|---|
| 11:31 | 1 | known and not famous, or it could be both of those. |
| 11:31 | 2 | Q    And you can't tell which? |
| 11:31 | 3 | A    No, I can't tell which of those it is. |
| 11:31 | 4 | Q    Thank you, Dr. Isaacson. |
| 11:31 | 5 |      Can you give us just a quick summary if we look at |
| 11:31 | 6 | slide 29 of the two surveys? |
| 11:31 | 7 | A    Sure.  So I have two surveys.  There's a total of 2,782 |
| 11:32 | 8 | consumers.  I talked about today a subset of those |
| 11:32 | 9 | interviews.  Those interviews measured a total of ten dolls |
| 11:32 | 10 | and packages.  There is the likelihood of confusion survey, |
| 11:32 | 11 | and that measured whether the dolls are likely to be |
| 11:32 | 12 | confused with the OMG Girlz.  There is the likeness survey, |
| 11:32 | 13 | and that measured whether the dolls are likely to be |
| 11:32 | 14 | mistakenly identified or identified as the girls.  And |
| 11:32 | 15 | nobody -- the results were zero percent in both surveys for |
| 11:32 | 16 | the OMG Girlz and for any members of the OMG Girlz. |
| 11:32 | 17 |      Based on that, I conclude that the dolls are not |
| 11:32 | 18 | confusingly similar to the OMG Girlz, the OMG Girlz are not |
| 11:32 | 19 | well known and not famous, or both of those are true.  And I |
| 11:32 | 20 | also conclude that consumers are not likely to misidentify |
| 11:32 | 21 | the L.O.L. Surprise! O.M.G. dolls as the OMG Girlz, or the |
| 11:33 | 22 | OMG Girlz are not well known and not famous, or both of |
| 11:33 | 23 | those conditions are true. |
| 11:33 | 24 | Q    In this matter, if there were a relative handful of |
| 11:33 | 25 | confused consumers out there -- let's say one percent of |

102

| 11:33 | 1 | your study turned out to be confused and thought that the |
| 11:33 | 2 | dolls were in fact the OMG Girlz, would that be substantial |
| 11:33 | 3 | or significant in your opinion? |
| 11:33 | 4 | MS. WESTMORELAND:  Objection, Your Honor.  Again, |
| 11:33 | 5 | this is a new opinion that wasn't previously disclosed. |
| 11:33 | 6 | MS. KELLER:  Well, I think it's implied in |
| 11:33 | 7 | everything else he's done, Your Honor. |
| 11:33 | 8 | THE COURT:  Overruled. |
| 11:33 | 9 | THE WITNESS:  It would not be substantial or |
| 11:33 | 10 | significant, and it wouldn't change my opinion in the |
| 11:33 | 11 | matter. |
| 11:33 | 12 | BY MS. KELLER: |
| 11:33 | 13 | Q    And why is that? |
| 11:33 | 14 | A    Because the survey that I conducted represents the |
| 11:33 | 15 | population broadly.  We're talking thousand of interviews. |
| 11:33 | 16 | It's possible that there's a handful of consumers out there |
| 11:33 | 17 | who know the OMG Girlz or who are fans of the OMG Girlz, but |
| 11:34 | 18 | when I say that there is a possibility that the OMG Girlz |
| 11:34 | 19 | are not well-known or not famous, what I'm talking about is |
| 11:34 | 20 | a conclusion that I'm drawing based on thousands of |
| 11:34 | 21 | interviews from across a broad section of the population, |
| 11:34 | 22 | including a wide range of diverse groups. |
| 11:34 | 23 | Q    So you told us the confusion requires that two items |
| 11:34 | 24 | sort of interact in the marketplace, right? |
| 11:34 | 25 | A    That's correct. |

| | | |
|---|---|---|
| 11:34 | 1 | Q    Either in someone's mind, such as when you see it, it |
| 11:34 | 2 | makes you think of something else, or if you see two items |
| 11:34 | 3 | next to each other on a store shelf, right? |
| 11:34 | 4 | A    That's correct. |
| 11:34 | 5 | Q    Does either of those events happen in this case? |
| 11:34 | 6 | A    No.  Based on my survey, it's clear that neither of |
| 11:34 | 7 | those is happening.  People are not -- for either of the two |
| 11:34 | 8 | conclusions that are on the screen now, people don't have |
| 11:34 | 9 | both the dolls and the OMG Girlz in their mind at the same |
| 11:34 | 10 | time.  And at least at the beginning of the case when I went |
| 11:35 | 11 | and visited stores, I didn't see merchandise for the OMG |
| 11:35 | 12 | Girlz next to the L.O.L. Surprise! O.M.G. dolls. |
| 11:35 | 13 | Q    Did you see merchandise for the OMG Girlz at all in the |
| 11:35 | 14 | stores you visited? |
| 11:35 | 15 | A    No. |
| 11:35 | 16 | MS. KELLER:  Thank you.  I have nothing further. |
| 11:35 | 17 | CROSS-EXAMINATION |
| 11:36 | 18 | BY MS. WESTMORELAND: |
| 11:36 | 19 | Q    Good morning, Dr. Isaacson. |
| 11:36 | 20 | A    Good morning. |
| 11:36 | 21 | Q    I'd like to do a quick recap of your conclusions here. |
| 11:36 | 22 | So in this case, you conducted two surveys, |
| 11:36 | 23 | correct? |
| 11:36 | 24 | A    That's correct. |
| 11:36 | 25 | Q    You conducted a likelihood of confusion survey? |

| | | |
|---|---|---|
| 11:36 | 1 | A    That's correct. |
| 11:36 | 2 | Q    And you also conducted a separate likeness survey? |
| 11:36 | 3 | A    That's correct. |
| 11:36 | 4 | Q    And based on those surveys, you concluded that one of |
| 11:36 | 5 | three conditions were true for each one, right? |
| 11:36 | 6 | A    That's correct. |
| 11:36 | 7 | Q    You concluded that one of those conditions was -- only |
| 11:36 | 8 | one of them -- you didn't pick one, right?  You said one of |
| 11:36 | 9 | those three? |
| 11:36 | 10 | A    That's correct. |
| 11:37 | 11 | Q    So of all of the interviews that you just described, |
| 11:37 | 12 | they were self-administered, right? |
| 11:37 | 13 | A    If by self-administered, you mean people completed the |
| 11:37 | 14 | interviews on their own by typing in their own answers, then |
| 11:37 | 15 | I would agree with you. |
| 11:37 | 16 | Q    So what that means is you didn't actually interview |
| 11:37 | 17 | anyone over the internet directly? |
| 11:37 | 18 | A    I didn't conduct the interviews, but I wrote the |
| 11:37 | 19 | questions, and programmed it, and supervised the programming |
| 11:37 | 20 | of the survey that asked the questions. |
| 11:37 | 21 | Q    And you didn't interview anyone face-to-face, right? |
| 11:37 | 22 | A    These were not face-to-face interviews.  That's |
| 11:37 | 23 | correct. |
| 11:37 | 24 | Q    Right.  So your staff also didn't interview anyone to |
| 11:37 | 25 | face-to-face? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:37 | 1 | A    I didn't interview anyone face-to-face, and my staff |
| 11:37 | 2 | did not either. |
| 11:37 | 3 | Q    So someone would log into the internet from wherever |
| 11:37 | 4 | they were, correct? |
| 11:37 | 5 | A    That's correct. |
| 11:37 | 6 | Q    And they would fill out the questions on their own? |
| 11:37 | 7 | A    That's correct. |
| 11:37 | 8 | Q    Typing in their own answers? |
| 11:37 | 9 | A    That's correct. |
| 11:37 | 10 | Q    And you saw none of the respondents, correct? |
| 11:38 | 11 | A    If you're asking did I see the respondents in person, I |
| 11:38 | 12 | did not. |
| 11:38 | 13 | Q    Okay.  And none were deposed, right? |
| 11:38 | 14 | A    No.  The respondents were promised anonymity in filling |
| 11:38 | 15 | out the survey, so they wouldn't have been able to have been |
| 11:38 | 16 | deposed. |
| 11:38 | 17 | Q    So that also means none of them are going to come here |
| 11:38 | 18 | to testify, right? |
| 11:38 | 19 | A    That's correct. |
| 11:38 | 20 | Q    So they can't be cross-examined, right? |
| 11:38 | 21 | A    No.  You'd have to ask counsel, but my understanding is |
| 11:38 | 22 | they're not expecting to be cross-examined. |
| 11:38 | 23 | Q    And you also said that they received an incentive, |
| 11:38 | 24 | right? |
| 11:38 | 25 | A    Yes. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

106

11:38  1    Q    An incentive just for completing a nine-question

11:38  2    survey?

11:38  3    A    It was more than nine questions because they also had

11:38  4    to qualify for the survey, but the basic idea was they

11:38  5    received a small incentive for a short survey.

11:38  6    Q    And could you have reached out to any of these people

11:38  7    for additional comment?

11:38  8    A    It would be unlikely that I would want to.  Typically,

11:39  9    the practice is you've agreed to complete a short survey,

11:39  10   and that's the extent of your obligation.  We needed to in

11:39  11   this case get nearly 2,800 people to participate in a

11:39  12   survey.  It's not an easy task.

11:39  13   Q    So you could have reached out to them, right?

11:39  14   A    I can't say for sure that I could have reached out to

11:39  15   them.  There are times we do follow-ups to some consumers in

11:39  16   surveys, but it's very unusual and very difficult to do.

11:39  17   Q    And it didn't happen here?

11:39  18   A    I didn't do any follow-up with anyone from the survey

11:39  19   except to -- there were some validations and quality control

11:39  20   steps that we do after the survey is complete to make sure

11:39  21   that the person taking the survey is the person that we

11:39  22   think they are.  They've already provided some information,

11:39  23   and we compare the information that they provide in the

11:39  24   survey with the information on file to make sure that it's

11:39  25   not some random person, but htat it's in fact the panelist

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
11:40   1   that we thought we were interviewing.
11:40   2   Q    Sure.  So my question is a little simpler than that.
11:40   3        You could have reached out to someone, but you
11:40   4   didn't, correct?
11:40   5   A    When you say I could have, I don't know why I would
11:40   6   have.  I conducted two surveys, and I was done with the
11:40   7   survey, so I don't know -- I don't understand the question.
11:40   8   Q    You didn't reach out to anyone that took your survey,
11:40   9   correct?
11:40  10   A    Once they completed the survey and we had their
11:40  11   information, the only follow-up we did was quality control,
11:40  12   but that didn't require that we actually speak with them.
11:40  13   Q    Okay.  So your likelihood of confusion survey was
11:40  14   designed to test whether the O.M.G. dolls were likely to be
11:40  15   confused with the OMG Girlz, right?
11:40  16   A    It was designed to test whether the L.O.L. Surprise!
11:40  17   O.M.G. dolls were likely to be confused with the OMG Girlz.
11:40  18   That's correct.
11:40  19   Q    And you believe that your confusion surveys in this
11:40  20   case accurately represented MGA's target market for its
11:41  21   O.M.G. dolls, right?
11:41  22   A    Correct.
11:41  23   Q    So your survey population consisted of future
11:41  24   purchasers of fashion dolls, right?
11:41  25   A    That's correct.
```

| 11:41 | 1  | Q    And you believe your surveys interviewed respondents |
| 11:41 | 2  | that were relevant to the context? |
| 11:41 | 3  | A    That's correct. |
| 11:41 | 4  | Q    And the term "fashion dolls" as you used it could |
| 11:41 | 5  | include dolls like Barbie or American Girl, right? |
| 11:41 | 6  | A    That's correct.  I'm surveying the category, not just |
| 11:41 | 7  | the dolls that are L.O.L. Surprise! O.M.G. dolls. |
| 11:41 | 8  | Q    And you agree that it's likely that some portion of the |
| 11:41 | 9  | respondents never actually purchased a fashion doll, right? |
| 11:41 | 10 | A    It's possible that some people taking the survey |
| 11:41 | 11 | intended to purchase a fashion doll but never had purchased |
| 11:41 | 12 | a fashion doll. |
| 11:41 | 13 | Q    So you don't know that any of them actually have, |
| 11:41 | 14 | correct? |
| 11:41 | 15 | A    I didn't ask them whether -- you're asking me about the |
| 11:41 | 16 | confusion survey now? |
| 11:41 | 17 | Q    The confusion survey. |
| 11:41 | 18 | A    In the confusion survey, I didn't ask them whether they |
| 11:42 | 19 | had purchased in the past, so I don't know that they've |
| 11:42 | 20 | purchased in the past. |
| 11:42 | 21 | Q    Dr. Isaacson, you're not offering any opinions about |
| 11:42 | 22 | MGA's target audience for its O.M.G. dolls, correct? |
| 11:42 | 23 | A    Correct. |
| 11:42 | 24 | Q    Or any opinions about who actually buys O.M.G. dolls? |
| 11:42 | 25 | A    Correct. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:42  1   Q    But that's something you could have done, right?

11:42  2   A    I'm not sure what you're asking me.

11:42  3   Q    Sir, do you feel that you would be qualified to offer

11:42  4   an opinion about MGA's target audience for the O.M.G. dolls?

11:42  5   A    Again, I'm sorry.  I don't understand the question.  I

11:42  6   was asked to conduct two surveys and provide opinions based

11:42  7   on the surveys, and I haven't done any work to provide any

11:42  8   other opinions in the matter.

11:42  9   Q    Did anyone at MGA ask you to do this as a part of it?

11:42  10  A    Ask me to do what?

11:42  11  Q    Ask you to offer an opinion about their target

11:42  12  audience.

11:42  13  A    No.

11:42  14  Q    Do you feel you would have been qualified to do so?

11:42  15  A    I don't know what the assignment would have been, so I

11:43  16  don't know.  It depends on the nature of the assignment.

11:43  17  Q    When you do a likelihood of confusion survey, it's

11:43  18  important to survey the correct audience, right?

11:43  19  A    Yes.

11:43  20  Q    Because if not, the purported results regarding

11:43  21  likelihood of confusion are not reliable, right?

11:43  22  A    They could be.  It depends on how badly you miss the

11:43  23  audience, but it's not good to survey the wrong people in

11:43  24  any survey.

11:43  25  Q    And you didn't look at any data on who MGA targets as

11:43  1    their particular consumer audience for the O.M.G. dolls,

11:43  2    true?

11:43  3    A    Correct, because I didn't need to because of how I

11:43  4    conducted my survey.

11:43  5    Q    So you didn't review it, right?

11:43  6    A    I didn't review it because it would have been different

11:43  7    than what I needed to interview for my survey.

11:43  8    Q    I'm sorry.  I'm sure your counsel will ask, but I'm not

11:43  9    asking whether you needed it.  I'm just asking whether or

11:43  10   not you looked at the data?

11:43  11   A    I apologize.  I thought I answered that.  I said that

11:43  12   that data wouldn't have been relevant to my survey, so I

11:44  13   didn't look at it.

11:44  14   Q    So you didn't look at it?

11:44  15   A    I didn't look at it because it been wouldn't have been

11:44  16   relevant.  That's correct.

11:44  17   Q    Do you recall having a deposition taken in this case?

11:44  18   A    Yes, I do.

11:44  19   Q    Do you recall answering this question differently

11:44  20   during your deposition?

11:44  21   A    No, I don't recall, but I can't say that I remember

11:44  22   everything that I was asked in my deposition.

11:44  23   Q    Would you like to see your answer?

11:44  24   A    If you want to show it to me, I'm happy to look at it,

11:44  25   but I'm not sure why I'd want to see my answer.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:44  1    Q    Sir, I'm just asking the question of whether you looked

11:44  2    at any data on who MGA targets?

11:44  3    A    I don't recall looking at any data on who MGA targets.

11:44  4    Q    And you didn't consider any of MGA's internal documents

11:44  5    showing that they have a non-white base, right?

11:44  6    A    I don't recall any such documents showing that MGA has

11:45  7    a non-white base, so I don't recall, so I wouldn't have

11:45  8    looked at any -- I don't recall any documents like that.

11:45  9    Q    And you didn't consider any of MGA's internal documents

11:45  10   indicating that the audience for O.M.G. fashion dolls skews

11:45  11   black, right?

11:45  12   A    I don't recall any documents like that.  Again, the

11:45  13   audience for the survey that I conducted would have been

11:45  14   different anyway than MGA's target audience or MGA's

11:45  15   documents talking about who they market to.

11:45  16   Q    Were you provided any of these documents?

11:45  17   A    No, but I wouldn't have asked for them because I

11:45  18   wouldn't have needed to consult them.

11:45  19   Q    So you weren't provided them?

11:45  20   A    No, because I wouldn't have asked for them because I

11:45  21   wouldn't have needed to consult them.

11:45  22   Q    So you also didn't review data on who MGA's actual

11:45  23   purchasers are, correct?

11:45  24   A    No, for the same reasons that I've talked about

11:45  25   earlier.

| | | |
|---|---|---|
| 11:45 | 1 | Q    So now talking a little bit about the actual questions |
| 11:46 | 2 | that you asked, your first question was:  Who do you believe |
| 11:46 | 3 | makes or puts out the doll you just viewed, right? |
| 11:46 | 4 | A    Yes. |
| 11:46 | 5 | Q    And some of the samples that you showed in your slide |
| 11:46 | 6 | showed largely MGA L.O.L. Surprise!, things like that, |
| 11:46 | 7 | right? |
| 11:46 | 8 | A    Many people provided answers along those lines.  That's |
| 11:46 | 9 | correct. |
| 11:46 | 10 | Q    And others provided responses like Mattel, American |
| 11:46 | 11 | Girl, Hasbro, right? |
| 11:46 | 12 | A    That's also correct. |
| 11:46 | 13 | Q    So these are all toy companies, right? |
| 11:46 | 14 | A    Yes. |
| 11:46 | 15 | Q    And you said that zero percent said OMG Girlz? |
| 11:46 | 16 | A    Correct. |
| 11:46 | 17 | Q    Are you aware of any celebrity or band or musical group |
| 11:46 | 18 | who manufacturers or puts out their own products? |
| 11:46 | 19 | A    Not that I can think of off the top of my head. |
| 11:46 | 20 | Q    And 44.8 percent of people also answered "I don't know" |
| 11:47 | 21 | to that question, right? |
| 11:47 | 22 | A    That's correct. |
| 11:47 | 23 | Q    And we can agree that MGA's market is relevant for a |
| 11:47 | 24 | forward likelihood of confusion survey, right? |
| 11:47 | 25 | A    The way that I would look at it is MGA's market is |

11:47  1    relevant if you want to understand whether their dolls are

11:47  2    likely to be confused with the OMG Girlz.  It's difficult to

11:47  3    evaluate forward versus reverse confusion, at least it is

11:47  4    for me, in a market where one product is a doll and one

11:47  5    product is a musical group.

11:48  6    Q    Here you were attempting to test MGA's market, correct?

11:48  7    A    If you're asking me what my survey was measuring, it

11:48  8    measured the context relevant to the L.O.L. Surprise! O.M.G.

11:48  9    dolls, buyers of fashion dolls.

11:48  10   Q    So the OMG Girlz' market would have been relevant to a

11:48  11   reverse likelihood of confusion survey, right?

11:48  12   A    The OMG Girlz' market would have been relevant to a

11:48  13   survey in which I would have shown the OMG Girlz to see

11:48  14   whether they're confused in some manner with the dolls.  It

11:48  15   would have been the reverse direction of the survey that I

11:48  16   conducted.

11:48  17   Q    And you assume that MGA's market match the census data,

11:48  18   correct?

11:48  19   A    No, that's not correct.

11:48  20   Q    Did you use census data in selecting the audience for

11:49  21   your survey?

11:49  22   A    I used census data to calibrate the audience for my

11:49  23   survey, but my survey is not -- the audience for my survey

11:49  24   does not match census data.  It matches buyers of fashion

11:49  25   dolls.

114

11:49   1   Q    And if the audience for the O.M.G. dolls skews black or

11:49   2   ethnic, that would be different from census data, right?

11:49   3   A    If the audience for the O.M.G. dolls skews black or

11:49   4   ethnic, that would be different than census data, and it

11:49   5   would be reflected in my survey database as well.  Because

11:49   6   of the nature of how a survey like this works, you ask

11:49   7   people qualification questions, and those who qualify

11:49   8   reflect the demographics that you're looking for for the

11:49   9   context.

11:49   10  Q    Dr. Isaacson, you didn't consider screening consumers

11:49   11  who were likely to purchase fashion dolls that were either

11:50   12  diverse or included a diverse theme, right?

11:50   13  A    That's correct, because at the time I designed my

11:50   14  survey, there was nothing in the materials that I reviewed

11:50   15  that said the OMG Girlz are only well known among a certain

11:50   16  group, and there was nothing in the materials that I

11:50   17  reviewed that said the dolls are only marketed to a certain

11:50   18  group.

11:50   19  Q    And MGA didn't provide you with that information,

11:50   20  right?

11:50   21  A    The material that I saw was the opposite of that.  The

11:50   22  material that I saw was that the L.O.L. Surprise! O.M.G.

11:50   23  dolls are marketed to everybody.

11:50   24  Q    Sir, my question was slightly different.  You weren't

11:50   25  provided with documents such as -- that you just described

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| 11:50 | 1 | saying either the market was skewed one way or the other, |
| 11:50 | 2 | correct? |
| 11:50 | 3 | A    I think I just answered that question to say that the |
| 11:50 | 4 | materials that I saw were the opposite of what you're |
| 11:50 | 5 | implying now.  The materials I saw said that the dolls are |
| 11:50 | 6 | marketed to everybody and not just to specific demographics. |
| 11:50 | 7 | Q    Sure.  So I think I'm just looking for a yes or no. |
| 11:50 | 8 | Were you provided with those materials? |
| 11:51 | 9 | A    I think I just answered that question twice.  I think I |
| 11:51 | 10 | said that the materials that I saw were the opposite of what |
| 11:51 | 11 | you're implying now. |
| 11:51 | 12 | Q    You didn't screen for race or ethnicity in your survey |
| 11:51 | 13 | respondents either, did you? |
| 11:51 | 14 | A    At the time that I did the survey, I didn't ask people |
| 11:51 | 15 | what their race or ethnicity was.  After I completed the |
| 11:51 | 16 | survey, I went back and gathered some data on race and |
| 11:51 | 17 | ethnicity. |
| 11:51 | 18 | Q    But your survey was not specifically designed to |
| 11:51 | 19 | control for that, right? |
| 11:51 | 20 | A    At the time that I did the survey, I didn't ask for |
| 11:51 | 21 | that, but I did gather data on that later.  Those questions |
| 11:51 | 22 | were not designed into my survey at the time.  Again, I |
| 11:51 | 23 | asked about that later. |
| 11:51 | 24 | Q    Do you recall answering that question differently |
| 11:51 | 25 | during your deposition? |

116

| | | |
|---|---|---|
| 11:51 | 1 | A    At the time of my deposition, I hadn't yet gone back to |
| 11:51 | 2 | gather that additional data on race and ethnicity. |
| 11:51 | 3 | Q    So since your deposition, you've went back and looked, |
| 11:52 | 4 | correct? |
| 11:52 | 5 | A    Correct. |
| 11:52 | 6 | Q    Did you provide any of that information to opposing |
| 11:52 | 7 | counsel? |
| 11:52 | 8 | A    I don't know whether that information was provided to |
| 11:52 | 9 | opposing counsel. |
| 11:52 | 10 | Q    So you don't know whether that was disclosed to us or |
| 11:52 | 11 | not prior to your testimony today? |
| 11:52 | 12 | A    I don't know. |
| 11:52 | 13 | Q    So once again, was the survey specifically designed to |
| 11:52 | 14 | control for race or ethnicity? |
| 11:52 | 15 | A    The survey was designed to reflect the broad population |
| 11:52 | 16 | of U.S. consumers, including all races and all ethnicities. |
| 11:52 | 17 | After I did the survey and after my deposition, I went back, |
| 11:52 | 18 | gathered some additional data from the panel that confirmed |
| 11:52 | 19 | that in fact the survey represented a variety of races and |
| 11:52 | 20 | ethnicities. |
| 11:52 | 21 | Q    Which you didn't disclose, correct? |
| 11:52 | 22 | A    I think I just answered that.  I don't know whether |
| 11:52 | 23 | counsel disclosed that or not. |
| 11:52 | 24 | Q    I'd like to play page 116, 13 through 16, of your |
| 11:53 | 25 | deposition. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:53 | 1 | A    I'm sorry.  Would you mind saying again what the pages |
| 11:53 | 2 | are? |
| 11:53 | 3 | Q    Sure.  It's 116, and it's lines 13 through 16. |
| 11:53 | 4 |          MS. KELLER:  Your Honor, I don't think it's |
| 11:53 | 5 | impeaching, but if counsel wants to do it, I think she |
| 11:53 | 6 | should start at page 115, line 25, for completeness. |
| 11:54 | 7 |          MS. WESTMORELAND:  That's fine, Your Honor. |
| 11:54 | 8 |          MS. KELLER:  But it's not impeaching. |
| 11:54 | 9 |          THE COURT:  All right. |
| 11:54 | 10 |          MS. WESTMORELAND:  Start at 115, 25. |
| 11:54 | 11 |          (Clip of videotaped deposition played) |
| 11:54 | 12 | BY MS. WESTMORELAND: |
| 11:55 | 13 | Q    Dr. Isaacson, you did not screen for the ethnicity of |
| 11:55 | 14 | the child that the respondent answered that they were likely |
| 11:55 | 15 | to purchase the fashion doll for in the next year, right? |
| 11:55 | 16 | A    That's correct.  I didn't ask questions about that. |
| 11:55 | 17 | Q    And we've heard testimony here that the target age for |
| 11:55 | 18 | the O.M.G. dolls is somewhere between four-and-a-half to 14 |
| 11:55 | 19 | years old.  You didn't screen for that target audience, |
| 11:55 | 20 | right? |
| 11:55 | 21 | A    You're asking did I screen for the age of the child? |
| 11:55 | 22 | Q    Yes. |
| 11:55 | 23 | A    No.  The question was just phrased as for a child. |
| 11:55 | 24 | Q    Okay.  I'd like to talk a little about the actual |
| 11:56 | 25 | stimuli that you used, the pictures that you showed. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:56    1              Are you aware of whether the OMG Girlz spelled
11:56    2    with a "z" is alleged to be a part of the OMG Girlz trade
11:56    3    dress?
11:56    4    A    I'm aware that the word "OMG" is part of what's
11:56    5    disputed in the matter.  I don't know whether OMG Girlz with
11:56    6    a "z" is part of the dispute as well.
11:56    7    Q    Okay.  And we have a slide for that.  It's been
11:56    8    admitted into evidence.
11:56    9              MS. KELLER:  Counsel, could we have a reference
11:56   10    for that?
11:57   11              MS. WESTMORELAND:  Yes.  It's the three-part trade
11:57   12    dress.
11:57   13              It's 5521 for the record, Your Honor.
11:57   14    BY MS. WESTMORELAND:
11:57   15    Q    Dr. Isaacson, you understand that this is the trade
11:57   16    dress at issue in this case?
11:57   17    A    Well, I see here trade dress, and I see trademark or
11:57   18    name, but I see trade dress here as well.  It's part of
11:57   19    what's on the slide.
11:57   20    Q    And yet many of the dolls that you tested did not
11:57   21    display the elements relevant to the infringement analysis,
11:57   22    right?
11:57   23    A    I'm not sure what you're asking me.
11:57   24    Q    Let's look at a couple of examples.  I'm looking at the
11:57   25    dolls that you listed on page 9 of your report.

| | | |
|---|---|---|
| 11:58 | 1 | You showed some slides that showed the individual |
| 11:58 | 2 | versions of Bhad Gurl, Chillax, Metal Chick, and Shadow? |
| 11:58 | 3 | A    So you're asking me about the images that appear in my |
| 11:58 | 4 | report? |
| 11:58 | 5 | Q    Yes, on page 9. |
| 11:58 | 6 | A    I see those images. |
| 11:58 | 7 | Q    So let's start with Bhad Gurl. |
| 11:58 | 8 | Was Bhad Gurl shown with her packaging? |
| 11:58 | 9 | A    No. |
| 11:58 | 10 | Q    What about Chillax? |
| 11:58 | 11 | A    Chillax was not shown with the package. |
| 11:58 | 12 | Q    Was Metal Chick shown with her packaging? |
| 11:59 | 13 | A    No. |
| 11:59 | 14 | Q    Was Shadow shown with her packaging? |
| 11:59 | 15 | A    No. |
| 11:59 | 16 | Q    And this means that O.M.G. was not present, correct? |
| 11:59 | 17 | A    Correct for those four, but there were nine items |
| 11:59 | 18 | tested and the other five items did have packages and did |
| 11:59 | 19 | have O.M.G. on those packages. |
| 11:59 | 20 | Q    So on these four we just looked at, no element of the |
| 11:59 | 21 | trade dress except perhaps the -- well, I'm sorry.  Let's |
| 11:59 | 22 | look at page 14 of your report. |
| 11:59 | 23 | Alan, if you could just show the dolls that are |
| 11:59 | 24 | shown on page 14 of the report.  If you can zoom in on |
| 11:59 | 25 | those, please. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:59 1            These are also four dolls that you showed in your

12:00 2    survey, correct?

12:00 3    A    Correct.  And just to be clear, these are not part of

12:00 4    the 966 that I described the results from today.  This is

12:00 5    part of a separate group of 500 dolls that I interviewed,

12:00 6    that I made alterations to, to remove the elements of

12:00 7    asserted trade dress in the matter.

12:00 8    Q    So these weren't shown to the 966, right?

12:00 9    A    Correct.  The 966 did not include these images.

12:00 10   Q    So these were shown to half of the half of the big

12:00 11   number that you described earlier, right?

12:00 12   A    The total number of interviews for the confusion survey

12:00 13   was 1,500, and that included 966 who were shown dolls in the

12:00 14   original condition that MGA sells them and then another 500

12:00 15   and some-odd who were shown dolls that were altered to

12:00 16   remove the elements of trade dress that the OMG Girlz are

12:00 17   asserting in the matter.

12:00 18   Q    Okay.  So the 500-ish were shown these, right?

12:01 19   A    Correct.

12:01 20   Q    And then some of the portion of the 966 were shown

12:01 21   dolls without packaging, right?

12:01 22   A    There were nine dolls in total that I tested in the

12:01 23   likelihood of confusion survey.  For those nine dolls in the

12:01 24   966 interviews, five of the dolls were shown with packaging,

12:01 25   and four of the dolls were shown without packaging.  The

12:01  1    reason I did that is because a consumer could encounter

12:01  2    these dolls with packaging or could encounter them without

12:01  3    packaging in the real world.

12:01  4    Q    Sir, my question was a little different.

12:01  5           Some portion of the 966 people saw four dolls --

12:01  6    or saw a doll without packaging, right?

12:01  7    A    That's correct, four of the nine.

12:01  8           THE COURT:  We will take the lunch break here.

12:01  9    We'll resume at 1:30.

12:01  10          Please remember the admonition not to discuss the

12:01  11   case with anyone.  You're not to form any opinions on the

12:01  12   issues in the case until it's submitted to you.  So we'll

12:02  13   see you at 1:30, please.

12:02  14          (Jury not present)

12:02  15          THE COURT:  Okay, we'll be in recess.

12:02  16          (Recess)

       17          (Miriam Baird reported Vol. II)

12:04  18                     *    *    *

       19

       20

       21

       22

       23

       24

       25

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1

 2

 3

 4                          CERTIFICATE

 5

 6         I hereby certify that pursuant to Section 753,

 7    Title 28, United States Code, the foregoing is a true and

 8    correct transcript of the stenographically reported

 9    proceedings held in the above-entitled matter and that the

10    transcript page format is in conformance with the

11    regulations of the Judicial Conference of the United States.

12

13    Date:  May 25, 2023

14

15

16                        /s/   Sharon A. Seffens  5/25/23
                          _____
17                        SHARON A. SEFFENS, U.S. COURT REPORTER

18

19

20

21

22

23

24

25
```

**JUROR C.N.: [1]** 15/10
**MR. GREEN: [6]** 5/9 5/22 6/3 6/11 6/18 6/23
**MR. KEVILLE: [28]** 4/10 7/3 7/8 13/18 14/8
14/15 16/25 17/11 17/21 18/4 18/14 18/23
19/15 20/8 22/6 27/16 30/1 32/12 34/3 34/5
34/10 34/15 34/20 35/1 36/13 36/16 37/6
38/12
**MR. SCOLNICK: [60]** 7/16 7/18 7/23 8/20
8/22 9/14 9/21 10/3 10/18 11/6 13/13 13/19
14/2 14/13 14/18 15/12 15/16 15/19 16/1
16/24 17/10 17/20 18/3 18/13 18/22 19/14
19/18 20/9 21/18 22/5 27/14 29/12 29/23
31/25 32/9 32/13 33/14 34/6 35/3 35/7 36/4
36/15 37/7 38/8 38/16 38/23 52/14 53/25
55/24 56/12 56/25 58/23 59/3 60/13 63/23
65/10 66/9 69/1 73/13 74/3
**MS. KELLER: [19]** 4/7 4/14 5/4 6/4 6/8 7/5
12/4 12/10 12/22 13/8 74/6 74/14 91/15 91/18
102/6 103/16 117/4 117/8 118/9
**MS. WESTMORELAND: [32]** 8/3 8/16 11/8
11/11 11/16 11/18 11/20 13/9 13/11 52/16
53/23 55/23 56/4 56/9 56/23 58/21 58/25
60/16 65/7 66/6 66/20 68/10 70/25 71/9 74/2
81/16 91/13 91/17 102/4 117/7 117/10 118/11
**THE CLERK: [5]** 4/3 16/3 21/20 38/19 74/8
**THE COURT: [96]** 4/9 4/13 4/17 5/8 5/17
5/24 6/7 6/9 6/16 6/20 6/24 7/6 7/10 7/17 7/20
7/24 8/13 8/21 9/10 9/19 10/6 10/16 11/4 11/7
11/10 11/15 11/17 11/19 12/3 12/9 12/20 13/7
13/10 13/12 13/14 14/1 14/7 14/19 14/22
14/24 15/11 15/18 15/23 17/1 17/12 17/22
18/5 18/15 18/24 19/16 22/7 27/15 30/5 32/1
32/15 33/16 34/13 34/19 35/5 35/8 36/5 36/20
37/9 38/11 38/13 38/22 52/15 52/17 54/1 56/8
56/10 56/13 56/24 57/1 59/2 59/4 60/15 63/24
66/8 66/10 66/12 66/17 66/19 68/11 69/4
71/10 73/14 74/4 74/13 81/17 91/16 91/19
102/8 117/9 121/8 121/15
**THE WITNESS: [10]** 21/21 32/11 33/17 36/6
38/21 60/18 71/11 74/10 81/18 102/9

**$**
**$135,000 [1]** 81/1
**$850 [1]** 81/2

**'**
**'17 [3]** 17/18 18/11 19/9
**'18 [1]** 18/20
**'19 [1]** 71/15
**'21 [1]** 19/12
**'70s [1]** 25/2

**/**
**/s [1]** 122/15

**0**
**0.0 percent [1]** 99/1

**1**
**1,200 [4]** 23/15 24/7 24/12 37/3
**1,500 [1]** 120/13
**1-1053 [1]** 1/20
**1.4 percent [1]** 99/14
**1.8 [1]** 99/17
**100 [1]** 58/23
**1000 [1]** 2/15
**103 [1]** 3/7
**1053 [1]** 1/20
**106 [3]** 34/8 68/2 69/8
**115 [2]** 90/5 117/6
**115, 25 [1]** 117/10
**116 [2]** 116/24 117/3
**117 [1]** 90/5
**12 [6]** 3/19 56/9 56/11 56/13 56/14 85/8
**13 [4]** 53/17 83/1 116/24 117/3
**14 [11]** 44/1 53/11 57/14 67/2 67/5 67/14 78/3
84/23 117/18 119/22 119/24
**15 minutes [1]** 66/14

**15.5 percent [1]** 98/20
**1521 [1]** 1/17
**1543 [1]** 1/18
**1584 [3]** 3/10 16/21 17/2
**1585 [5]** 3/12 18/18 18/22 18/24 18/25
**1586 [5]** 3/12 18/9 18/13 18/15 18/16
**16 [3]** 3/6 116/24 117/3
**1617 [1]** 46/15
**1649 [4]** 3/11 18/3 18/5 18/6
**1650 [4]** 3/11 17/16 17/22 17/23
**1651 [5]** 3/13 19/5 19/14 19/16 19/17
**1652 [5]** 3/13 19/3 19/14 19/16 19/17
**169 [1]** 90/6
**17 [5]** 3/10 3/11 78/10 89/25
**1700 [1]** 2/13
**1718 [6]** 3/10 17/4 17/4 17/10 17/12 17/13
**18 [5]** 3/11 3/12 3/12 77/22 90/19
**18300 [1]** 2/4
**19 [1]** 3/13
**1976 [1]** 82/7
**1:30 [2]** 121/9 121/13

**2**
**2,782 [2]** 75/5 101/7
**2,800 [2]** 81/5 106/11
**2.4 percent [1]** 99/3
**2.8 said [1]** 99/15
**20 percent [1]** 91/23
**20's [1]** 57/18
**2010 [3]** 39/11 41/4 41/5
**2012 [1]** 29/4
**2017 [6]** 16/22 28/3 28/21 29/4 31/16 31/16
**2018 [7]** 10/25 28/4 40/11 40/13 40/16 53/4
53/5
**2019 [15]** 11/1 40/9 40/13 40/16 41/2 41/5
41/18 42/7 42/25 45/13 50/17 50/19 50/23
51/25 73/18
**2020 [3]** 17/8 27/25 46/8
**2021 [5]** 39/11 50/17 50/19 53/17 55/15
**2023 [3]** 1/17 4/1 122/13
**213 [1]** 2/13
**22 [3]** 3/13 11/18 95/13
**23 [2]** 96/2 122/15
**24 [2]** 1/17 4/1
**24k [3]** 18/8 18/18 18/18
**25 [3]** 117/6 117/10 122/13
**27 [6]** 3/6 4/23 4/24 5/19 5/25 98/24
**2750 [1]** 2/9
**28 [1]** 122/7
**29 [1]** 101/6

**3**
**30 minutes [1]** 6/10
**30 seconds [1]** 15/14
**30-second [1]** 13/6
**333 [1]** 2/12
**35 [1]** 3/18
**37 [1]** 3/6
**38 [1]** 3/7
**38.1 percent [1]** 92/11
**38th [1]** 2/12

**4**
**4.7 percent [1]** 99/4
**403 [2]** 56/3 81/16
**405 [1]** 15/12
**407 [5]** 40/7 41/17 64/6 66/22 69/21
**407-1 [4]** 3/21 66/7 66/10 66/11
**410 [2]** 62/2 62/6
**411 [1]** 1/20
**427 [4]** 3/20 58/15 58/22 59/5
**431-7100 [1]** 2/10
**44.8 percent [1]** 112/20
**45 [1]** 82/6
**4600 [1]** 2/10
**471 [5]** 3/19 53/16 53/24 54/1 54/2
**476-8700 [1]** 2/5
**4th [1]** 1/22

**5**
**5/25/23 [1]** 122/15
**50 [2]** 15/6 80/9
**50/50 [1]** 15/6
**500 [9]** 3/19 3/20 55/12 55/23 56/13 56/14
57/2 120/5 120/14
**500-ish [1]** 120/18
**52 [1]** 3/7
**53 [1]** 22/3
**54 [1]** 3/19
**5521 [1]** 118/13
**56 [1]** 3/19
**57 [1]** 3/20
**5718 [1]** 2/15
**59 [1]** 3/20

**6**
**6043 [6]** 3/13 21/15 21/16 22/5 22/7 22/8
**612 [1]** 1/21
**615-1700 [1]** 2/13
**66 [1]** 3/21
**679-4600 [1]** 2/16

**7**
**700 [1]** 2/9
**704 [8]** 3/18 33/25 34/20 34/22 35/2 35/5 35/8
35/9
**71 [1]** 3/7
**7100 [1]** 2/10
**713 [1]** 2/10
**73 [1]** 3/7
**74 [1]** 3/7
**75 [1]** 80/7
**753 [1]** 122/6
**77002 [1]** 2/9
**77057 [1]** 2/15

**8**
**800 [1]** 2/16
**804-8655 [1]** 1/21
**85 percent [2]** 24/22 56/20
**851 [3]** 98/4 98/19 98/20
**8655 [1]** 1/21
**8700 [1]** 2/5
**88 percent [1]** 56/18
**8:42 [1]** 4/1

**9**
**9.2 percent [1]** 92/13
**90071-1543 [1]** 2/12
**92612 [1]** 2/5
**92701 [1]** 1/20
**930 [1]** 2/4
**949 [1]** 2/5
**966 [10]** 89/20 91/3 92/9 120/4 120/8 120/9
120/13 120/20 120/24 121/5

**A**
**A.M [1]** 4/1
**ability [1]** 29/25
**able [9]** 11/13 13/24 44/10 60/11 60/11 69/12
73/8 73/17 105/15
**about [111]** 6/12 7/14 8/17 8/25 9/1 9/8 10/20
11/2 11/23 12/5 13/3 13/6 13/22 19/2 19/22
19/24 22/3 23/15 23/21 26/11 26/14 27/9
27/24 28/9 31/7 31/8 32/14 35/16 38/2 39/24
40/1 40/3 40/5 40/17 40/19 40/21 40/23 41/17
42/2 42/4 42/6 42/21 43/23 44/5 44/17 45/1
45/12 45/14 45/21 46/7 46/9 48/15 50/11
50/12 50/15 50/16 50/22 51/14 52/1 52/7
53/17 61/21 63/3 63/6 65/24 67/19 68/4 68/17
69/2 69/13 71/20 71/23 73/3 74/20 74/21 75/8
75/9 75/17 77/3 78/17 78/18 79/8 79/8 79/9
79/12 79/12 79/15 79/16 80/4 80/8 80/10
80/25 82/6 83/24 84/21 100/3 101/8 102/19
108/15 108/21 108/24 109/4 109/11 111/15
111/24 112/1 115/23 117/16 117/24 119/3
119/10
**above [3]** 27/3 91/23 122/9

**A**

above-entitled [1] 122/9
Abraham [1] 12/16
Absolutely [1] 86/23
abundance [1] 14/3
accept [1] 71/7
access [1] 31/14
accessed [3] 23/21 28/10 28/13
accessing [1] 23/22
according [4] 56/16 64/9 77/10 87/13
account [47] 12/24 21/2 21/5 21/12 21/13 21/14 26/18 26/22 26/24 28/12 28/13 28/16 28/19 28/23 28/24 28/25 29/2 29/5 29/8 29/18 29/22 30/3 30/10 30/13 30/14 30/17 30/22 30/23 31/1 31/5 31/7 31/8 31/14 31/15 31/15 31/23 32/7 32/21 32/25 33/5 33/6 37/1 37/14 37/17 37/21 38/6 38/10
accounts [2] 32/4 37/3
accurately [1] 107/20
achieved [1] 94/2
across [4] 64/21 67/25 69/10 102/21
actual [7] 20/20 83/5 90/1 95/21 111/22 112/1 117/24
actually [10] 14/6 72/25 88/9 89/6 90/8 104/16 107/12 108/9 108/13 108/24
add [1] 13/9
added [2] 38/1 46/20
addition [2] 76/7 78/10
additional [5] 13/20 87/23 106/7 116/2 116/18
address [1] 10/11
adequacy [1] 5/19
adequate [1] 5/25
administered [2] 104/12 104/13
Administration [2] 78/21 78/23
admit [18] 13/21 14/3 14/4 16/24 17/10 17/20 18/3 18/13 18/22 19/14 22/5 35/1 53/23 55/23 58/21 66/6
admitted [6] 12/18 13/23 19/19 46/16 56/1 118/8
admonition [2] 66/14 121/10
adults [1] 58/13
advertisement [1] 68/21
advertising [3] 76/10 80/2 80/3
afraid [1] 15/5
African [3] 56/18 92/16 92/19
African-American [2] 56/18 92/19
African-Americans [1] 92/16
after [14] 8/23 13/16 39/20 42/17 45/21 81/1 81/7 84/3 86/24 87/1 106/20 115/15 116/17 116/17
afternoon [4] 6/22 7/1 15/2 19/21
again [21] 7/6 8/12 10/10 10/16 11/5 91/2 94/21 96/10 96/25 98/7 98/8 98/10 99/1 99/19 100/23 102/4 109/5 111/12 115/22 116/13 117/1
against [1] 93/15 100/22
age [2] 117/17 117/21
agencies [1] 75/23
agency [1] 76/3
ages [2] 57/14 85/14
ago [13] 6/10 13/25 23/22 23/22 28/11 28/14 36/25 45/13 53/3 65/19 79/14 82/7 87/3
agree [7] 11/4 58/6 85/18 86/22 104/15 108/8 112/23
agreeable [2] 7/2 7/3
agreed [2] 15/6 106/9
agreement [2] 91/12 91/23
AI [1] 89/8
aid [2] 12/8 12/18
aisle [1] 48/13
al [2] 1/11 4/4
Alan [1] 119/23
album [2] 72/13 72/14
algorithms [1] 33/18
all [49] 10/24 13/5 13/21 14/4 14/18 15/1 19/18 22/13 22/16 23/5 26/18 26/24 30/1 30/2 33/12 37/16 37/23 38/3 38/5 38/10 38/1 40/16 42/8 48/21 51/2 54/8 70/10 73/11 76/16

allegations [4] 9/1 9/3 9/8 27/8
alleged [1] 118/2
allow [1] 13/7
Allstate [1] 76/14
almost [1] 81/5
along [3] 14/25 33/20 112/8
already [5] 32/12 49/7 80/16 106/22
also [32] 25/12 26/11 33/7 47/15 49/17 49/20 61/13 73/4 75/22 76/18 78/18 78/22 78/24 79/7 79/23 80/1 83/22 84/18 88/20 92/16 98/12 98/14 101/20 104/2 104/24 105/17 105/23 106/3 111/22 112/12 112/20 120/1
alterations [1] 120/6
altered [1] 120/15
always [2] 16/11 77/9
am [4] 4/22 5/15 27/7
amazing [1] 43/15
ambiguous [1] 33/15
Amended [1] 94/4
Amendment [2] 4/19 5/7 5/15
America [2] 46/21 75/21
American [4] 56/18 92/19 108/5 112/10
Americans [2] 92/16
Ami [1] 63/11
among [4] 56/17 88/15 92/16 114/15
amount [3] 63/5 85/23 85/25
Ana [3] 1/16 1/20 4/1
analysis [4] 12/10 12/17 81/7 118/21
ANDERLE [1] 2/4
Angeles [2] 2/12
angry [1] 27/9
anonymity [1] 105/14
anonymous [1] 90/4
another [18] 8/14 15/7 24/3 24/5 34/3 34/13 46/24 48/12 48/13 49/15 88/3 100/18 120/14
answer [9] 8/11 32/16 32/17 60/14 91/21 94/3 95/17 110/23 110/25
answered [14] 32/12 86/2 87/18 89/12 89/17 97/20 97/25 98/20 110/11 112/20 115/3 115/9 116/22 117/14
answering [2] 110/19 115/24
answers [6] 89/18 94/16 98/25 104/14 105/8 112/8
any [79] 12/1 14/5 20/23 23/7 23/12 24/6 26/2 27/10 29/3 29/21 30/23 31/9 33/6 37/22 42/14 43/18 44/14 44/15 44/24 49/23 50/2 50/4 51/11 52/9 52/11 56/11 56/24 57/11 59/2 64/23 66/8 70/3 70/13 70/14 71/3 71/13 78/11 78/25 79/7 79/12 85/3 87/15 89/20 89/23 90/10 90/13 90/18 90/25 92/14 93/4 93/21 95/9 95/16 97/19 97/24 99/2 99/23 100/16 101/16 106/6 106/18 108/13 108/21 108/24 109/7 109/24 109/5 111/2 111/3 111/4 111/6 111/8 111/9 111/12 111/16 112/17 116/6 121/11
anyone [12] 5/8 32/20 44/12 70/14 104/17 104/21 104/24 105/1 106/18 107/8 109/9 121/11
anything [13] 6/19 13/12 15/8 38/14 41/9 46/12 47/2 51/9 68/4 68/17 69/10 69/24 100/21
anyway [1] 111/14
apart [1] 48/16
apologize [1] 110/11
app [1] 29/5
apparently [1] 8/25 15/16
appear [12] 17/4 17/16 17/25 18/9 18/18 19/3 19/5 21/23 26/1 48/9 71/21 119/3
appearances [2] 2/1 4/5 68/2 69/8
appears [1] 11/20 24/17 25/23
applicable [1] 60/20
apply [1] 12/21
appreciate [1] 16/2
approach [4] 11/16 52/16 68/10 86/22
approaches [1] 4/23

appropriate [3] 9/9 10/9 86/13
approval [1] 93/15
approve [3] 83/15 83/11 83/25 88/6 90/24 95/6
are [176]
area [3] 48/12 75/16 76/13
areas [1] 75/15
argument [1] 15/2
around [9] 16/22 17/7 17/17 18/11 18/20 41/11 42/11 46/8 89/1
arriving [1] 20/6
article [3] 20/11 20/13 79/14
articles [1] 79/12
artist [1] 27/13
as [69] 4/25 5/11 5/15 6/10 10/4 10/4 10/12 10/18 12/5 12/13 12/18 14/5 27/25 29/12 30/16 31/7 32/19 36/2 36/24 36/25 38/16 39/21 41/12 41/12 47/8 47/21 49/20 53/16 56/6 57/15 59/25 61/18 62/18 63/18 63/21 64/3 64/7 66/6 75/4 75/10 78/8 79/17 83/5 84/9 87/9 87/24 88/22 89/2 90/21 90/22 90/23 91/24 92/20 94/9 94/24 97/11 97/16 96/7 101/14 101/21 103/1 108/4 109/9 109/25 114/5 114/25 117/23 118/6 118/18
ask [20] 5/4 29/25 30/24 32/13 37/7 70/23 87/5 95/10 95/25 105/21 108/15 108/18 109/9 109/10 109/11 110/8 114/6 115/14 115/20 117/16
asked [39] 7/14 13/24 14/15 19/21 19/24 26/11 26/14 30/1 30/16 30/17 32/4 32/6 32/20 50/12 50/15 50/16 51/21 60/4 70/7 70/10 71/22 87/3 87/8 87/15 87/19 88/5 89/11 95/17 95/24 97/14 97/17 97/22 104/20 106/8 110/22 111/17 111/20 112/2 115/23
asking [14] 31/7 63/6 94/24 96/11 105/11 108/15 109/2 110/9 110/9 111/1 113/7 117/21 118/23 119/3
asks [4] 87/11 88/1 95/5 95/7
asserted [3] 120/17
asserting [1] 120/17
assigned [3] 84/3 87/2 97/12
assignment [2] 109/15 109/16
assignments [1] 31/18
associate [3] 49/5 49/11 82/9
associated [1] 76/16
association [1] 49/17
assume [3] 41/4 55/19 113/17
assumes [1] 36/4
assure [1] 15/19
attached [1] 55/13
attachment [2] 55/6 55/8
attempting [1] 113/6
attend [1] 7/21
attended [1] 58/16
attention [1] 11/14
audience [19] 86/7 86/13 86/17 97/1 108/22 109/4 109/12 109/18 109/23 110/1 111/10 111/13 111/14 113/20 113/22 113/23 114/1 114/3 117/19
authenticate [1] 14/10
Avenue [2] 2/4 2/12
aware [5] 67/14 87/15 112/17 118/1 118/4
away [1] 16/16
awhile [1] 33/10

**B**

B'IVORY [2] 2/14 4/11
B-r-u-c-e [1] 74/11
B.B [2] 82/23 83/18
Babe [5] 17/5 17/7 19/6 19/11 27/24
Bachelor [1] 78/19
back [21] 4/20 10/2 14/1 25/2 26/21 32/24 36/16 36/18 38/13 55/4 56/22 64/6 69/21 72/2 73/7 90/24 96/14 115/16 116/3 116/7
background [3] 39/8 75/9 75/9
backgrounds [1] 78/2
badly [1] 109/22
Bahja [1] 30/22
Baird [1] 121/17
Bajha [1] 31/22

**B**

**baking [2]** 35/17 35/18
**band [6]** 50/8 72/6 72/14 73/10 73/11 112/17
**Barbie [3]** 55/21 57/8 108/5
**base [2]** 111/5 111/7
**based [17]** 5/12 10/13 20/3 50/5 50/8 52/4 52/11 74/1 90/20 91/2 92/22 100/9 101/17 102/20 103/6 104/4 109/6
**basic [1]** 106/4
**basically [2]** 9/21 54/7
**basing [1]** 73/25
**be [119]** 5/8 5/13 5/14 5/14 6/5 6/25 7/13 7/14 8/20 8/23 9/2 9/5 9/12 9/24 10/1 10/7 10/8 10/19 11/1 11/20 12/17 13/5 14/19 15/1 15/6 15/13 16/11 17/1 17/5 17/12 17/16 17/22 17/25 18/5 18/9 18/15 18/18 18/24 19/3 19/5 21/23 22/7 24/3 24/5 24/17 25/17 25/23 32/16 34/7 35/5 35/8 35/8 37/13 38/10 39/6 41/5 44/1 45/11 45/22 48/12 48/25 51/20 52/11 54/1 56/13 57/1 59/4 59/8 59/12 59/17 60/5 60/10 60/20 60/25 66/10 66/13 67/2 69/2 70/23 71/21 73/8 74/25 77/22 79/16 81/24 84/25 86/7 86/9 86/11 86/14 91/9 93/16 93/17 93/18 93/21 96/15 97/15 100/23 100/25 101/1 101/11 101/13 102/1 102/2 102/9 105/20 105/22 106/8 107/14 107/17 109/3 109/22 113/2 114/2 114/4 114/5 118/2 120/3 121/15
**beauty [1]** 41/22
**because [41]** 6/6 9/14 12/22 24/2 27/9 30/17 31/10 31/14 31/23 33/3 33/21 34/4 36/19 37/22 39/9 45/13 48/18 60/19 70/5 80/21 85/9 86/7 88/20 90/12 96/6 96/8 96/10 96/3 102/14 106/3 109/20 110/3 110/3 110/6 110/15 111/17 111/20 111/20 114/5 114/13 121/1
**been [42]** 8/14 9/25 12/5 13/22 28/10 29/10 29/16 31/16 34/17 39/3 39/19 41/17 45/12 46/2 46/16 50/25 51/2 61/13 68/8 75/6 76/2 77/20 77/22 77/24 79/7 79/20 80/6 80/23 84/8 105/15 105/15 109/14 109/15 110/6 110/12 110/15 110/15 111/13 113/10 113/12 113/15 118/7
**before [25]** 4/14 4/17 10/25 26/10 28/7 31/9 38/1 39/4 40/8 41/2 50/12 50/16 53/5 70/19 71/14 71/17 78/15 78/17 79/7 79/10 80/15 80/18 80/19 81/13 81/18
**begin [1]** 4/14
**beginning [1]** 103/10
**behalf [3]** 76/3 76/4 93/25
**behavior [1]** 78/8
**behind [1]** 55/12
**being [9]** 8/16 13/2 16/11 25/8 39/21 47/8 80/10 80/12 84/9
**beings [1]** 12/25
**belief [1]** 73/25
**believe [24]** 5/11 11/11 24/11 26/15 43/24 46/21 59/7 62/8 65/5 71/3 73/19 73/24 74/22 81/19 82/12 87/6 87/11 89/17 90/18 93/2 98/4 107/19 108/1 112/2
**belong [1]** 86/20
**below [1]** 55/5
**Besides [2]** 57/14 97/22
**best [6]** 39/18 39/19 39/21 52/24 61/4 70/2
**better [3]** 8/23 32/13 80/2
**between [15]** 24/15 24/19 29/4 39/11 41/5 45/3 45/15 45/23 50/19 50/23 74/25 75/4 81/24 93/7 117/18
**Beyonce [7]** 59/14 59/16 60/1 60/7 61/10 61/24 99/8
**beyond [1]** 9/5
**Bhad [5]** 82/20 83/6 119/2 119/7 119/8
**biased [1]** 86/17
**big [13]** 17/15 18/8 19/5 19/11 20/16 25/25 27/25 36/11 42/9 61/4 67/12 98/9 120/10
**billed [2]** 81/1 81/2
**binder [5]** 53/15 55/12 58/15 62/3 64/7
**bit [7]** 57/20 71/20 75/8 76/21 80/10 97/2 112/1
**black [9]** 24/22 54/15 54/21 54/25 55/1 56/17

**B H [1]** 70/17 42/16
**B.H.J.D [3]** 69/22 70/21
**BIANCHINI [1]** 26/8
**Bling [1]** 25/12
**blue [2]** 23/1 36/3
**board [4]** 20/15 30/9 30/15 31/19
**boards [6]** 30/13 31/17 61/7 61/11 78/25 79/1
**Boi [3]** 82/24 83/22 96/10
**Boston [1]** 78/14
**both [14]** 6/11 16/10 73/9 76/15 84/17 98/13 98/14 100/6 100/7 101/1 101/15 101/19 101/22 103/9
**bottom [6]** 34/25 35/14 36/10 41/20 41/21 62/14
**BoutiqueKey [4]** 28/22 29/2 29/8 31/15
**box [6]** 46/6 46/15 59/8 63/1 72/2
**boxes [4]** 46/3 46/8 49/15 73/9
**Boys [1]** 69/19
**braid [1]** 25/25
**braided [3]** 24/24 25/24 26/1
**braids [3]** 23/1 25/13 26/2
**brand [14]** 47/14 48/19 48/20 49/3 49/5 49/18 54/14 54/21 54/25 58/12 60/3 61/16 70/19 70/23
**Brandon [2]** 53/21 54/4
**brands [2]** 76/12 92/12
**Bratz [2]** 8/17 90/5
**break [4]** 15/23 16/1 66/13 121/8
**breakdown [1]** 57/5
**Breaunna [4]** 21/8 24/12 31/21 99/22
**brief [2]** 6/5 15/23
**briefly [2]** 8/4 8/20
**briefs [1]** 6/13
**bring [5]** 11/8 11/14 14/22 15/8 66/17
**broad [3]** 98/12 102/21 116/15
**broader [1]** 97/2
**broadly [2]** 88/21 102/15
**Brock [7]** 43/23 43/25 44/4 64/10 65/20 67/1 67/18
**brought [5]** 31/9 34/11 36/16 41/7 49/8
**BRUCE [4]** 3/7 74/6 74/7 74/10
**brush [1]** 47/22
**bud [1]** 8/24
**bunch [1]** 67/6
**Bureau [1]** 80/6
**business [9]** 56/6 78/21 78/22 78/23 78/24 79/3 79/3 80/3 88/13
**busy [1]** 14/18
**buy [4]** 85/1 85/15 86/12 86/15
**buyers [3]** 86/6 113/9 113/24
**buys [1]** 108/24

**C**

**C.H [1]** 7/8
**C.N [1]** 15/5
**CA [3]** 1/20 2/5 2/12
**calibrate [1]** 113/22
**CALIFORNIA [3]** 1/5 1/16 4/1
**call [9]** 10/9 10/10 10/11 24/15 38/16 51/21 51/23 74/3 74/6
**called [16]** 9/6 9/7 28/21 40/17 41/7 45/25 50/9 51/15 55/20 62/10 68/14 71/14 78/14 80/12 82/5 84/11
**calling [2]** 4/3 10/8
**calls [1]** 33/14
**came [13]** 14/9 27/25 28/7 28/7 33/19 37/3 42/2 62/18 64/21 67/25 77/17 81/25 93/25
**can [54]** 5/13 5/24 6/20 8/12 8/24 12/13 14/14 15/7 15/19 16/16 21/14 22/10 24/19 34/11 34/15 34/20 41/6 41/18 42/2 44/2 47/22 47/22 58/25 59/7 62/23 69/21 71/11 76/21 78/18 82/16 84/16 85/7 85/13 88/16 88/19 89/25 89/25 90/20 92/9 92/10 92/12 94/8 94/11 94/13 94/16 96/4 96/7 98/18 98/18 99/3 99/12 101/5 112/19 112/23 119/24
**can't [10]** 9/12 31/14 31/21 51/1 81/20 101/2 101/3 105/20 106/14 110/21
**capitalize [1]** 49/7

**Carter [1]** 99/23
**cartoon [2]** 94/1 99/8
**case [27]** 6/25 8/15 8/24 10/5 10/14 10/17 11/5 12/21 15/1 39/10 48/11 51/14 51/16 77/5 77/15 77/16 81/12 84/9 103/5 103/10 103/22 106/11 107/20 110/17 118/16 121/11 121/12
**cases [2]** 80/12
**category [2]** 86/20 108/6
**cause [1]** 100/2
**caused [1]** 64/3
**caution [1]** 14/4
**celebrating [1]** 55/1
**celebrities [6]** 11/21 11/21 33/21 33/22 58/2 67/10
**celebrity [6]** 59/9 59/10 59/18 60/5 99/5 112/17
**census [6]** 113/17 113/20 113/22 113/24 114/2 114/4
**CENTRAL [1]** 1/5
**CEO [1]** 63/15
**certain [4]** 56/2 95/15 114/15 114/17
**Certainly [1]** 5/12
**CERTIFED [1]** 1/9
**CERTIFICATE [1]** 122/4
**certify [1]** 122/6
**chance [1]** 34/13
**change [4]** 6/20 20/2 70/16 102/10
**changed [4]** 6/4 28/16 46/3 46/8
**changes [1]** 10/15
**changing [1]** 46/11
**channel [1]** 35/22
**CHANTE [2]** 2/8 4/12
**character [1]** 99/6
**characters [2]** 62/25 63/7 63/8
**charging [1]** 4/15
**Charles [2]** 95/18 95/20
**CHASE [2]** 2/3 4/8
**check [1]** 19/19
**Chelsea [2]** 42/19 43/11
**Chick [4]** 82/20 83/10 119/2 119/12
**chief [1]** 81/6
**child [8]** 7/12 35/15 61/10 85/8 96/25 117/14 117/21 117/23
**children [1]** 57/14
**Chillax [5]** 82/20 83/8 119/2 119/10 119/11
**choose [1]** 60/6
**chose [1]** 10/14
**Chris [1]** 8/6
**Chrysler [1]** 75/20
**Ciara [1]** 70/21
**Cinderella [2]** 15/21 16/12
**citations [2]** 13/24 13/25
**cite [2]** 12/1 14/16
**cites [1]** 14/9
**claimed [1]** 93/21
**claiming [1]** 27/7
**claims [2]** 76/9 79/24
**clarify [1]** 61/16
**classes [1]** 79/10
**cleaner [1]** 59/13
**clear [7]** 30/11 41/5 45/1 73/8 73/12 103/6 120/3
**click [1]** 37/24
**clicked [1]** 44/21
**clients [2]** 75/13 76/13
**CLIFFORD [1]** 1/11 4/4
**clip [5]** 36/21 65/8 65/11 66/6 117/11
**clock [1]** 42/11
**close [3]** 10/17 14/25 88/11
**closely [1]** 49/5
**closest [1]** 59/17
**clothing [3]** 20/7 20/12 20/13
**Code [1]** 122/7
**coincide [1]** 25/12
**collectible [1]** 47/23
**collectibles [6]** 47/24 48/6 48/9 48/12 48/17 48/21
**collection [1]** 11/20
**color [2]** 19/25 22/18

**C**

**colored** [2] 23/1 24/21
**coloring** [1] 22/24
**colors** [5] 22/20 25/16 26/3 26/6 26/8
**column** [1] 82/17
**Combine** [1] 59/14
**combined** [1] 59/16
**come** [18] 5/24 6/1 6/16 6/17 9/22 10/2 14/1
14/11 18/11 20/18 28/8 33/9 38/13 69/10
77/13 77/16 87/10 105/17
**comes** [3] 8/11 81/9 82/6
**coming** [2] 27/24 78/16 87/6
**comment** [2] 80/6 106/7
**commercial** [1] 76/11
**Commission** [2] 75/24 80/1
**common** [2] 42/25 92/6
**communications** [2] 32/14 78/9
**companies** [6] 76/8 76/12 76/14 78/15 92/13
112/13
**company** [6] 29/3 46/24 75/19 88/3 88/5 90/6
**compare** [3] 93/14 100/22 106/23
**comparison** [2] 13/6 24/15
**comparisons** [2] 12/5 12/6
**Complaint** [2] 94/3 94/4
**complete** [6] 6/21 8/24 13/17 38/9 106/9
106/20
**completed** [4] 11/5 104/13 107/10 115/15
**completeness** [3] 34/6 34/8 117/6
**completing** [2] 15/1 106/1
**completion** [1] 6/21
**comply** [1] 9/25
**computer** [2] 89/7 89/9
**concerned** [2] 45/14 45/22
**concerning** [1] 84/10
**concerns** [1] 56/3
**concerts** [1] 40/23
**conclude** [4] 92/22 100/9 101/17 101/20
**concluded** [2] 104/4 104/7
**conclusion** [2] 80/11 102/20
**conclusions** [3] 100/10 103/8 103/21
**condition** [1] 120/14
**conditions** [3] 101/23 104/5 104/7
**conduct** [14] 75/16 75/22 76/8 76/8 76/11
77/3 77/7 80/6 82/3 89/5 89/6 93/12 104/18
109/6
**conducted** [26] 74/21 75/2 75/18 75/19 75/23
75/25 76/4 77/20 77/23 80/5 80/15 80/18
80/22 81/13 85/19 89/4 89/7 89/9 102/14
103/22 103/25 104/2 107/6 110/4 111/13
113/16
**conducting** [1] 88/16
**conducts** [2] 54/8 75/11
**confer** [3] 8/12 11/13 11/25
**conference** [2] 4/15 122/11
**conferred** [1] 8/4
**conferring** [1] 13/22
**confidence** [2] 88/19 98/10
**confident** [2] 52/7 92/18
**confirm** [2] 92/19
**confirmed** [3] 10/24 56/5 116/18
**conformance** [1] 122/10
**confuse** [2] 93/3 93/4
**confused** [21] 13/5 45/3 74/25 81/24 86/9
89/14 89/20 89/21 89/24 90/21 90/22 90/23
93/7 95/1 101/12 101/25 102/1 107/15 107/17
113/2 113/14
**confusing** [1] 11/1
**confusingly** [2] 93/17 101/18
**confusion** [65] 12/11 12/17 12/23 12/25 13/2
45/14 45/20 45/23 63/22 64/4 74/23 79/13
79/15 79/16 80/4 80/7 80/8 80/16 81/22 81/23
82/3 82/4 82/11 82/13 82/18 82/25 84/22
84/25 86/24 87/1 87/4 87/9 87/24 88/7 89/11
89/12 90/17 91/10 91/25 92/22 92/25 95/3
95/5 95/5 96/3 96/5 96/20 96/21 97/3 97/11
101/10 102/23 103/25 107/13 107/19 108/16
108/17 108/18 109/17 109/21 112/24 113/3
113/11 120/12 120/23
**connection** [1] 54/17

**consider** [4] 84/13 111/4 111/9 114/10
**consideration** [2] 11/18 88/13
**considering** [4] 23/8 91/15 91/16 91/22
**consisted** [1] 7/7
**Consorti** [5] 39/15 39/17 40/14 40/16 41/4
41/6 43/13 43/25 50/22 52/24 61/4 73/2
**Consorti's** [1] 50/25
**constant** [2] 58/13 77/11
**constantly** [1] 60/7
**consult** [2] 111/18 111/21
**consulting** [6] 74/18 75/11 76/18 78/11 78/13
78/14
**consumer** [8] 8/14 53/8 54/5 78/8 82/8 97/10
110/1 121/1
**consumers** [23] 8/10 49/12 54/17 75/5 75/5
74/24 75/3 75/5 75/25 81/5 81/23 85/15 88/22
91/4 92/9 94/23 101/8 101/20 101/25 102/16
106/15 114/10 116/16
**contents** [1] 69/2
**context** [6] 42/14 77/10 77/12 108/2 113/8
114/9
**continue** [2] 60/17 91/21
**Continued** [2] 3/6 16/6
**contrary** [1] 5/14
**contrasting** [2] 26/4 26/7
**contributed** [2] 58/19 62/22
**control** [4] 106/19 107/11 115/19 116/14
**conversation** [1] 4/15
**cool** [1] 43/15
**copied** [2] 27/6 52/9
**copy** [7] 17/16 17/25 19/22 19/25 20/23 34/4
59/12
**copying** [2] 19/22 19/24
**correct** [110] 16/19 17/16 17/25 28/1 28/4
28/11 28/14 29/8 29/9 29/11 30/22 31/6 31/24
32/3 32/8 32/22 32/23 33/3 34/3 37/17 52/22
52/23 53/2 54/8 54/11 55/10 55/18 57/16
57/19 58/7 58/10 58/17 59/18 61/19 62/4
62/19 64/11 64/16 64/17 65/17 66/4 69/16
71/19 76/17 76/20 77/1 77/6 80/14 86/18 91/7
94/6 95/11 95/14 96/16 99/16 99/18 99/20
99/24 100/1 102/25 103/4 103/23 103/24
104/1 104/3 104/6 104/10 104/23 105/4 105/5
105/7 105/9 105/10 105/19 107/4 107/9
107/18 107/22 107/25 108/3 108/6 108/14
108/22 108/23 108/25 109/18 110/3 110/16
111/23 112/9 112/12 112/16 112/22 113/6
113/18 113/19 114/13 115/2 116/4 116/5
116/21 117/16 119/16 119/17 120/2 120/3
120/9 120/19 121/7 122/8
**correctly** [2] 41/23 54/18
**Cosmic** [2] 16/19 16/21
**costs** [2] 15/7 15/9
**could** [38] 5/14 10/8 13/5 15/8 24/3 24/5
24/15 38/19 40/7 46/6 51/21 60/13 62/2 63/11
66/23 74/8 84/23 89/18 89/19 93/16 93/17
93/18 96/2 100/23 100/25 101/1 106/6 106/13
106/14 107/3 107/5 108/4 109/1 109/22 118/9
119/23 121/1 121/2
**couldn't** [2] 60/6 97/7
**counsel** [19] 2/1 4/5 5/23 8/4 8/25 27/19 29/7
32/6 32/13 34/10 51/24 64/8 105/21 110/8
116/7 116/9 116/23 117/5 118/9
**Counterclaim** [1] 94/4
**counterclaimants** [1] 4/11
**counterclaims** [1] 84/11
**Countless** [1] 51/1
**country** [6] 4/11 85/15 88/22 88/23 89/1
98/12
**couple** [4] 5/19 7/19 118/24
**course** [3] 13/1 81/6 83/4
**court** [10] 1/4 4/25 5/5 7/13 9/3 12/13 39/3
79/24 94/5 122/16
**Court's** [1] 6/4 9/10 9/25 11/14
**Courthouse** [1] 1/19
**courtroom** [1] 15/13
**courts** [4] 79/21 79/21 79/21 79/24
**cover** [1] 38/5
**coworkers** [1] 53/1
**create** [7] 20/3 23/7 29/2 29/5 54/14 63/2

63/13
**created** [4] 28/8 91/25 94/16 61/??? (unclear)
**creating** [2] 45/24 73/3
**creation** [1] 32/22
**creative** [1] 20/5
**creatively** [1] 20/5
**creativity** [1] 27/13
**credited** [1] 61/24
**criteria** [2] 85/2 85/9
**cross** [5] 3/4 3/15 52/18 103/17 105/20
105/22
**CROSS-EXAMINATION** [2] 52/18 103/17
**cross-examined** [2] 105/20 105/22
**culture** [49] 40/1 54/17 57/21 57/25 58/2 58/6
58/9 58/13 59/8
**cure** [1] 6/2
**curls** [1] 24/25
**current** [8] 5/17 7/10 21/2 45/6 89/20 90/25
99/2 100/16
**customers** [4] 75/13 75/14 86/19 86/20
**cut** [1] 10/5
**CV** [2] 1/11 4/3
**CV-20-11548-JVS** [2] 1/11 4/3

**D**

**D.J** [6] 18/8 18/8 18/9 18/11 18/18 18/18
**damages** [4] 8/7 10/6 10/6 10/7
**darker** [1] 24/23
**data** [17] 81/7 109/25 110/10 110/12 111/2
111/3 111/22 113/17 113/20 113/22 113/24
114/2 114/4 115/16 115/21 116/2 116/18
**database** [3] 92/19 98/8 114/5
**date** [2] 45/9 122/13
**day** [4] 1/12 15/7 15/9 33/21
**days** [1] 7/19
**DBA** [1] 78/22
**deal** [1] 5/25
**dealing** [3] 4/21 12/25 15/17
**deals** [1] 80/3
**deceived** [1] 75/25
**December** [4] 41/18 50/17 50/19 71/15
**December 2019** [1] 50/19
**Decemeber of** [1] 71/15
**decide** [2] 20/21 89/13
**decided** [2] 62/17 62/21
**deciding** [1] 76/5
**deck** [1] 11/18
**deep** [1] 25/3
**defendants** [3] 1/12 2/6 4/11
**defense** [4] 3/14 3/17 4/19 5/15
**definitely** [1] 45/10
**definition** [1] 19/24
**Degree** [3] 78/19 78/21 78/23
**degrees** [3] 78/6 78/6 78/7
**deleted** [1] 33/20
**demographics** [2] 114/8 115/6
**demonstrative** [1] 11/24
**demonstratives** [1] 11/12
**deny** [2] 5/18 9/22
**Department** [2] 54/7 76/1
**dependent** [1] 86/1
**depending** [1] 91/11
**depends** [3] 91/22 109/16 109/22
**deposed** [2] 105/13 105/16
**deposition** [15] 11/25 30/18 57/23 84/12
91/15 94/15 110/17 110/20 110/22 115/25
116/1 116/3 116/17 116/25 117/11
**describe** [1] 59/17
**described** [7] 47/21 49/13 57/15 104/11
114/25 120/4 120/11
**describes** [1] 74/22
**design** [9] 20/11 30/3 31/6 60/24 60/25 61/2
63/7 63/9 81/5
**designations** [1] 10/19
**designed** [8] 24/22 107/14 107/16 114/13
115/18 115/22 116/13 116/15
**designer** [3] 25/6 49/21 49/23
**designing** [4] 29/18 31/18 63/7 93/20

**D**

**Destiny's [1]** 61/10
**determined [1]** 10/13
**developed [1]** 8/23
**did [107]** 6/7 9/10 18/11 23/7 25/17 26/24
27/1 27/19 28/8 29/21 30/7 30/8 30/14 30/16
32/5 33/13 38/4 38/7 39/11 39/13 40/13 40/16
40/19 40/21 40/23 41/22 42/14 42/17 44/8
44/14 44/19 44/23 45/6 46/11 46/12 47/2
49/17 49/20 49/24 50/2 50/14 50/19 50/22
51/8 51/11 51/14 51/24 51/24 53/21 54/17
54/24 57/11 61/7 61/10 64/23 65/1 67/14
70/23 72/18 77/2 82/3 82/10 83/25 84/6 84/13
84/15 84/21 85/17 85/17 87/5 88/2 88/2 88/8
89/4 89/13 92/3 92/5 92/7 92/22 93/20 94/20
95/23 96/9 96/18 97/4 100/2 100/9 103/13
105/2 105/11 105/12 107/11 109/9 113/20
115/13 115/14 115/20 115/21 116/6 116/17
117/13 117/21 118/20 119/18 119/18 120/9
121/1
**didn't [61]** 8/10 10/12 12/1 23/2 28/25 29/25
30/12 30/21 30/23 30/24 33/12 37/22 37/24
45/19 52/2 65/22 69/10 69/22 69/24 70/13
70/16 71/5 89/6 89/22 89/22 91/14 96/8 96/9
96/12 103/11 104/8 104/16 104/18 104/21
104/24 105/1 106/17 106/18 107/4 107/8
107/12 108/15 108/18 109/25 110/3 110/5
110/6 110/13 110/14 110/15 111/4 111/9
111/22 114/10 114/19 115/12 115/14 115/20
116/21 117/16 117/19
**difference [1]** 96/20
**differences [1]** 25/5
**different [25]** 20/18 20/19 23/15 24/19 25/9
25/16 25/16 28/24 29/6 36/7 75/6 75/15 77/5
77/7 77/8 78/15 95/2 95/4 95/8 110/6 111/14
114/2 114/4 114/24 121/4
**differently [3]** 77/18 110/19 115/24
**difficult [2]** 106/16 113/2
**direct [6]** 3/4 3/15 16/6 24/7 38/24 74/15
**directing [1]** 7/13
**direction [2]** 9/11 113/15
**directly [1]** 104/17
**director [2]** 47/7 47/8
**disbanded [2]** 71/7 71/14
**disclose [1]** 116/21
**disclosed [9]** 8/6 8/9 11/12 11/22 11/23 91/14
102/5 116/10 116/23
**discovery [1]** 29/24
**discuss [7]** 12/22 40/8 40/13 50/20 76/21
78/17 121/10
**discussed [4]** 6/15 9/1 16/18 80/17
**discussion [2]** 7/11 12/8
**Disneyland [2]** 7/7 15/7
**display [2]** 34/5 118/21
**displayed [1]** 34/7
**dispute [1]** 118/6
**disputed [1]** 118/5
**disregard [1]** 32/16
**distinct [3]** 26/3 26/6 26/8
**distinction [1]** 69/12
**distinguish [2]** 69/13 70/17
**DISTRICT [2]** 1/4 1/5
**Diva [19]** 21/9 23/8 23/10 24/8 24/10 24/11
24/18 24/21 25/11 25/15 25/18 25/24 26/3
27/3 27/6 29/19 30/10 30/16 32/22
**Diva's [1]** 25/19
**diverse [6]** 53/13 57/14 88/25 102/22 114/12
114/12
**diversity [3]** 55/20 89/3 98/12
**division [4]** 1/6 75/20 80/2 80/2
**DJ [1]** 18/13
**DNA [2]** 57/21 57/25
**do [105]** 5/1 5/22 7/25 9/24 19/22 20/25 22/13
22/15 23/5 23/22 24/11 25/14 25/17 26/12
26/17 27/8 30/19 32/25 33/5 34/1 36/10 38/1
38/12 39/15 39/17 39/21 39/24 40/1 40/3
40/25 41/14 42/14 42/19 45/9 46/12 46/20
47/2 48/8 52/4 52/9 52/11 53/16 54/13 54/20
54/24 55/4 55/5 56/8 57/23 57/25 59/10 61/21

61/24 62/14 62/17 62/21 62/24 63/13 64/18
64/20 66/15 66/23 67/6 67/20 67/22 68/5
68/4 68/15 70/3 70/18 71/1 72/9 72/11 76/15
76/15 76/18 77/8 77/15 78/11 81/9 86/21
87/11 87/19 88/25 89/16 91/17 95/7 95/10
103/21 106/15 106/16 106/18 106/20 109/3
109/9 109/10 109/14 109/14 109/17 110/17
110/18 110/19 112/2 115/24 117/5
**Doctor [2]** 78/23 91/21
**Doctor of [1]** 78/23
**doctorate [2]** 78/5 78/24
**doctorates [1]** 78/7
**doctrine [1]** 5/21
**document [12]** 54/11 55/25 56/1 58/16 58/19
59/23 66/22 68/19 68/23 84/11 94/10 94/11
**documents [10]** 13/23 30/2 111/4 111/6
111/8 111/9 111/12 111/15 111/16 114/25
**does [39]** 4/24 7/17 7/21 17/4 17/16 17/25
18/9 18/18 19/2 19/5 19/8 19/11 21/23 22/1
22/2 24/21 25/21 26/1 26/6 41/1 46/9 67/8
68/25 69/6 71/21 72/24 73/4 81/22 88/18
95/17 95/24 96/13 97/18 97/20 97/23 98/1
98/20 103/5 113/24
**doesn't [7]** 9/8 9/14 10/19 26/2 33/9 34/13
80/11
**dog [1]** 51/16
**doing [1]** 75/13
**doll [63]** 13/1 16/19 17/5 17/17 18/1 18/9 19/3
20/3 20/7 20/13 20/17 20/20 20/21 20/22 21/9
23/8 23/10 24/8 24/11 24/11 24/18 24/20 26/3
27/3 27/6 27/10 28/3 28/7 41/22 42/20 47/20
47/21 47/21 47/23 48/2 48/3 73/4 82/22 85/3
85/8 85/11 86/6 87/14 87/17 87/21 88/2 88/4
91/5 91/5 97/13 97/18 97/20 97/23 98/1 98/3
98/20 108/9 108/11 108/12 112/3 113/4
117/15 121/6
**doll's [2]** 19/5 25/24
**dolls [197]**
**dolls' [1]** 53/10
**don't [71]** 9/23 10/8 14/5 23/23 25/16 31/13
33/17 34/2 34/3 36/6 38/2 38/22 41/20 43/8
44/9 44/21 44/22 45/9 53/19 60/20 61/23 62/1
63/12 64/6 64/25 65/5 65/18 66/2 67/24 69/9
70/9 72/24 80/12 83/24 90/10 91/18 93/2 93/3
93/4 93/9 93/13 99/15 100/3 100/14 100/15
100/20 100/21 100/23 100/24 103/8 107/5
107/7 107/7 108/13 108/19 109/5 109/15
109/16 110/21 111/3 111/6 111/7 111/8
111/12 112/20 116/8 116/10 116/12 116/22
117/4 118/5
**done [5]** 79/13 102/7 107/6 109/1 109/7
**door [2]** 9/23 36/19
**double [1]** 19/19
**double-check [1]** 19/19
**doubt [1]** 71/13
**down [18]** 9/23 10/5 25/1 25/19 25/21 26/18
26/24 34/25 37/18 37/18 38/3 38/5 38/15
43/24 53/18 54/10 59/9 74/5
**Downtown [2]** 82/23 83/18
**Dr [1]** 108/21
**Dr. [10]** 8/6 11/12 11/24 74/17 75/8 101/4
103/19 114/10 117/13 118/15
**Dr. Isaacson [7]** 74/17 75/8 101/4 103/19
114/10 117/13 118/15
**Dr. Isaacson's [2]** 11/12 11/24
**Dr. Susan McDonald [1]** 8/6
**drafted [1]** 59/23
**drawing [1]** 102/20
**dress [8]** 118/3 118/12 118/16 118/17 118/18
119/21 120/7 120/16
**dressed [4]** 36/1 36/2 36/6 95/21
**driving [3]** 42/4 64/10 65/21
**Du [1]** 69/8
**duo [3]** 84/17 84/18 96/10
**during [19]** 28/16 28/20 29/3 29/15 30/21
31/6 32/7 32/21 32/21 40/13 41/6 49/23 51/2
52/1 54/25 57/11 77/23 110/20 115/25

**E**

**e-email [1]** 43/24

**e-mail [26]** 14/17 41/17 41/21 42/2 43/7 43/8
44/16 46/4 46/14 50/4 50/14 50/23 52/7
52/1 53/16 53/19 55/5 55/6 55/13 66/24 67/17
69/24 70/9 70/11 71/6 71/18
**e-mails [1]** 57/11
**each [8]** 57/9 62/3 73/3 84/20 90/3 97/10
103/3 104/5
**earlier [6]** 45/24 47/3 71/8 79/9 111/25 120/11
**early [2]** 28/3 46/8
**easily [1]** 73/17
**easy [1]** 106/12
**editorial [2]** 78/25 79/1
**education [1]** 78/18
**effect [1]** 9/4
**effort [1]** 73/4
**efforts [1]** 70/16
**eight [2]** 85/9 96/5
**either [18]** 6/1 6/25 30/12 64/22 75/6 80/6
81/15 86/19 93/16 93/17 96/23 103/1 103/5
103/7 105/2 114/11 115/1 115/13
**elaborate [2]** 60/11 62/23
**element [1]** 119/20
**elements [5]** 54/21 54/24 118/21 120/6
120/16
**elicited [1]** 9/11
**else [8]** 12/7 13/5 13/12 82/9 82/9 94/7 102/7
103/2
**Elvis [3]** 12/14 95/19 95/20
**email [1]** 43/24
**employee [1]** 43/11
**employees [1]** 50/20
**encounter [4]** 86/9 86/11 121/1 121/2
**encourage [1]** 85/25
**end [3]** 20/12 43/7 80/12
**Energy [1]** 75/19
**Engineering [1]** 78/20
**enough [3]** 28/3 91/9 92/18
**entertainment [4]** 1/9 4/4 47/12 90/6
**entire [3]** 34/7 37/21 41/6 44/22 48/20 50/7
65/6
**entitled [1]** 122/9
**equivalent [1]** 78/5
**ERIN [2]** 2/11 51/15
**et [2]** 1/11 4/4
**ethnic [1]** 57/5 57/9 99/14 114/2 114/4
**ethnicities [2]** 116/16 116/20
**ethnicity [6]** 115/12 115/15 115/17 116/2
116/14 117/13
**evaluate [3]** 76/9 76/12 113/3
**even [14]** 11/3 25/3 27/22 27/23 31/13 31/14
37/25 44/21 50/14 52/2 53/1 61/17 78/9 99/5
**events [1]** 103/5
**ever [15]** 39/3 40/25 41/2 41/7 50/14 51/8
51/11 61/7 61/10 70/10 70/23 80/15 80/18
81/14 82/6
**Eveready [1]** 82/5
**every [4]** 6/13 30/9 39/23 60/9
**everybody [2]** 114/23 115/6
**everything [2]** 102/7 110/22
**evidence [27]** 5/13 5/14 8/13 10/17 15/1
16/13 17/2 17/13 17/23 18/6 18/16 18/25
19/17 22/8 35/9 36/16 46/16 54/2 56/14 57/2
59/5 63/23 66/11 93/21 93/23 93/23 118/8
**exact [2]** 20/23 67/24
**exactly [6]** 9/21 13/16 44/18 49/10 67/11 83/3
**EXAMINATION [9]** 16/6 27/17 37/10 38/24
52/18 71/1 73/15 74/15 103/17
**examined [2]** 105/20 105/22
**example [5]** 75/19 79/10 89/15 94/1 95/12
**examples [2]** 89/25 90/10 118/24
**except [2]** 106/19 119/21
**exchange [7]** 43/7 43/9 46/4 47/22 51/25
71/15 71/18
**exchanged [1]** 71/6
**excited [2]** 42/19 42/21
**exhibit [46]** 3/10 3/10 3/11 3/11 3/12 3/12
3/13 3/18 3/19 3/24 3/25 3/20 3/21 12/8 12/18
16/21 17/1 17/2 17/4 17/4 17/13 17/23 18/6
18/9 18/16 18/25 22/8 33/25 34/22 35/5 35/9

**E**

exhibit... **[15]**  37/8 40/8 53/16 53/24 54/2 55/23 56/14 57/2 58/15 58/22 58/23 59/5 62/6 64/6 66/11
**Exhibit 1584 [2]**  16/21 17/2
**Exhibit 1586 [1]**  18/9
**Exhibit 1650 [1]**  17/23
**Exhibit 1718 [2]**  17/4 17/4
**Exhibit 407 [1]**  64/6
**Exhibit 410 [1]**  62/6
**Exhibit 427 [2]**  58/15 58/22
**Exhibit 471 [2]**  53/16 53/24
**Exhibit 500 [1]**  55/23
**Exhibit 704 [2]**  34/22 35/5
**EXHIBITS [1]**  3/9 3/13 3/17 19/17
**expect [2]**  6/18 13/3
**expecting [2]**  36/18 105/22
**expensive [1]**  81/3
**experience [2]**  78/11 91/8
**expert [8]**  8/7 8/8 10/6 10/6 10/7 10/11 12/7 79/17
**explain [4]**  69/22 92/24 92/25 100/10
**explained [1]**  8/5
**explaining [1]**  68/1
**explanation [9]**  12/1 70/4 93/5 93/8 93/9 93/10 100/13 100/17 100/18
**explanations [1]**  100/12
**expressive [1]**  5/6
**extensively [1]**  19/2
**extent [1]**  106/10

**F**

**face [9]**  44/5 104/21 104/21 104/22 104/22 104/25 104/25 105/1 105/1
**fact [8]**  5/11 42/23 43/21 87/7 100/2 102/2 106/25 116/19
**factor [1]**  43/16
**facts [1]**  36/4
**fair [3]**  9/6 23/24 61/13
**fairness [1]**  13/24
**fall [5]**  17/17 18/11 18/20 19/9 61/15
**false [1]**  80/3
**fame [1]**  94/2
**familiar [3]**  43/2 68/17 81/20
**family [1]**  33/22
**famous [12]**  13/4 93/12 93/19 93/22 95/15 95/16 95/21 100/19 101/1 101/19 101/22 102/19
**fan [1]**  61/5
**fans [3]**  86/5 86/16 102/17
**far [4]**  6/9 16/16 37/18 41/12
**fashion [29]**  4/23 22/18 25/5 47/18 47/20 47/21 47/24 48/3 48/8 48/11 48/16 48/21 85/4 85/8 85/11 85/15 86/3 86/12 96/25 107/24 108/4 108/9 108/11 108/12 111/10 113/9 113/24 114/11 117/15
**fashions [1]**  47/21
**favor [1]**  81/10
**featured [1]**  24/7
**federal [7]**  39/3 75/23 75/24 76/2 79/21 79/24 79/25
**feed [5]**  33/9 33/20 33/23 34/7 37/4
**feel [5]**  27/9 27/11 60/8 109/3 109/14
**feet [2]**  25/19 25/22
**fell [1]**  48/18
**few [9]**  13/25 19/21 23/2 36/25 37/7 39/20 45/10 45/12 87/3
**Fiat [1]**  75/20
**fields [1]**  78/7
**figure [1]**  20/15
**figures [1]**  11/22
**figuring [1]**  8/5
**file [2]**  6/13 106/24
**filed [1]**  94/5
**filings [1]**  6/10
**fill [2]**  34/10 105/6
**filling [1]**  105/14
**final [1]**  63/15
**finally [3]**  10/18 27/2 76/11

**financial [1]**  81/11
**findout [1]**  78/22
**find [10]**  16/25 22/17 40/8 48/6 49/6 65/1 73/1 73/5 73/10 103/20
**finding [3]**  4/20 5/2 5/5
**findings [2]**  91/2 100/8
**fine [1]**  117/7
**finish [1]**  60/13
**finished [1]**  60/17
**firm [11]**  2/14 74/19 74/19 75/11 75/11 77/14 77/17 78/3 78/13 80/23 80/25
**firms [4]**  76/19 76/23 76/23 77/7
**first [24]**  4/19 5/7 5/15 5/19 15/3 20/14 23/21 31/4 34/16 35/17 38/11 38/20 40/5 44/2 61/25 62/17 66/23 74/9 74/10 82/6 88/7 89/16 94/1 112/2
**fits [1]**  12/3
**five [10]**  23/20 29/4 31/11 45/24 47/3 71/7 71/14 78/4 119/18 120/24
**five years [2]**  23/20 29/4 31/11 45/24 47/3
**flip [2]**  23/2 68/16
**flipped [1]**  25/2
**Flo [3]**  68/1 69/6 69/13
**Floor [1]**  2/12
**focus [1]**  5/19
**focused [2]**  96/7 96/25
**follow [9]**  36/25 37/3 37/8 44/2 44/3 98/22 106/15 106/18 107/11
**follow-up [6]**  37/8 44/2 44/3 98/22 106/18 107/11
**follow-ups [1]**  106/15
**following [2]**  33/11 41/11
**follows [1]**  81/7
**food [2]**  22/18 78/9
**foregoing [1]**  122/7
**forget [1]**  83/24
**form [3]**  47/13 75/12 121/11
**format [4]**  82/4 82/5 82/7 122/10
**former [4]**  89/20 90/25 99/3 100/16
**forward [3]**  45/22 112/24 113/3
**found [5]**  5/14 16/10 32/5 44/11 67/21 73/22 74/1 85/19
**foundation [1]**  71/9
**four [26]**  21/4 21/11 23/19 45/24 62/17 62/21 62/22 62/25 63/4 63/4 63/6 63/8 65/8 65/19 71/7 71/14 73/10 82/22 84/20 117/18 119/17 119/20 120/1 120/25 121/5 121/7
**four years [1]**  65/19
**four-pack [1]**  73/10
**four-second [1]**  65/8
**frequently [1]**  79/9
**fresh [1]**  15/12
**Friday [2]**  7/1 15/3
**friend [5]**  39/18 39/19 39/21 61/4 70/2
**friendly [1]**  43/15
**friends [3]**  33/22 52/24
**front [5]**  7/9 11/2 24/23 33/25 34/22
**full [3]**  38/19 65/4 74/8
**functions [1]**  78/15
**further [12]**  27/14 37/6 37/10 38/14 50/20 70/3 70/9 73/13 74/2 92/14 99/19 103/16 119/20 120/25 121/5 121/7
**future [3]**  96/22 96/24 107/23

**G**

**Gaga [10]**  59/14 59/16 60/1 60/7 61/5 61/7 61/13 61/18 61/21 99/8
**game [1]**  9/6
**gather [2]**  115/21 116/2
**gathered [2]**  115/16 116/18
**gave [5]**  14/16 27/21 64/7 88/5 95/6
**genders [1]**  85/14
**general [1]**  91/23
**generally [4]**  76/2 76/5 86/22 91/24
**genre [1]**  73/23
**gentlemen [4]**  14/24 15/24 32/17 66/13
**geography [1]**  85/14
**get [17]**  4/17 6/21 8/10 13/15 15/20 25/16 30/18 31/14 33/6 33/7 34/13 81/9 85/18 85/22 88/25 97/25 106/11
**gets [1]**  30/4

**getting [1]**  59/25
**girl [9]**  13/18 24/2 89/22 7 118/13 83/20 108/5 112/11
**girl's [1]**  37/14
**girls [8]**  19/2 45/15 49/24 50/8 72/6 93/7 99/8 101/14
**Girlz [133]**
**Girlz' [2]**  113/10 113/12
**give [6]**  13/24 30/16 30/21 30/23 60/2 101/5
**given [2]**  9/9 82/1
**giving [1]**  30/17
**go [9]**  5/15 9/23 36/18 41/11 56/10 66/23 73/4 73/7 79/25
**goes [3]**  12/7 73/3 90/24
**going [32]**  4/20 5/18 6/25 7/25 9/22 10/10 10/14 10/20 12/10 12/17 12/23 13/14 13/20 14/2 14/8 14/10 15/5 29/5 29/16 40/23 45/22 51/17 51/19 59/8 67/17 73/7 84/25 86/11 88/21 89/8 91/13 105/17
**gone [2]**  26/21 116/1
**good [15]**  4/7 4/9 4/10 4/13 14/24 16/8 16/9 39/1 39/2 41/14 52/20 52/21 103/19 103/20 109/23
**Google [3]**  30/19 64/22 67/22
**got [15]**  15/20 24/17 24/18 33/21 42/19 43/10 43/13 47/24 48/5 48/11 51/23 85/24 86/1 98/22 98/25
**gotten [1]**  96/14
**government [3]**  75/23 76/2 79/25
**Grand [1]**  2/12
**grant [1]**  79/7
**Green [2]**  5/9 43/11
**grew [1]**  67/13
**group [32]**  40/6 40/17 41/7 41/12 45/24 46/13 47/2 50/9 51/3 57/9 69/23 69/23 71/13 74/19 78/11 78/14 84/14 86/16 88/25 90/11 92/20 96/19 96/19 97/2 97/4 97/16 99/14 112/17 113/5 114/16 114/18 120/5
**grouping [1]**  62/8
**groupings [1]**  62/6
**groups [6]**  62/4 79/7 84/19 92/8 97/8 102/22
**grow [1]**  76/12
**Grrrl [4]**  82/24 83/22 96/9 96/10
**guess [2]**  14/3 60/25
**guest [1]**  79/7
**guns [1]**  77/15
**Gurl [5]**  82/20 83/6 119/2 119/7 119/8

**H**

**ha [6]**  44/4 44/4 44/4 67/17 67/18 67/18
**had [29]**  7/7 7/14 9/5 9/7 15/4 29/24 30/25 41/2 41/6 43/6 44/13 46/22 46/23 48/21 55/1 63/15 70/5 71/3 81/5 81/14 81/18 81/19 84/8 84/16 99/14 106/3 107/10 108/11 108/19
**hadn't [5]**  6/6 36/17 36/19 80/18 116/1
**hair [32]**  21/1 22/18 22/19 22/23 22/24 22/25 22/25 23/1 23/1 23/1 23/15 23/25 24/7 24/19 24/21 24/22 24/22 24/24 25/1 25/2 25/8 25/13 25/17 25/19 25/21 25/24 26/1 26/6 26/8 47/22 55/1
**hairstyle [1]**  25/14
**hairstyles [2]**  22/25 23/1
**half [4]**  32/5 117/18 120/10 120/10
**HAMPTON [1]**  2/8
**hand [1]**  47/24 53/18 59/8
**handed [1]**  33/25 34/4 53/15
**handful [2]**  101/24 102/16
**handle [1]**  61/25
**handling [1]**  34/17
**happen [3]**  33/13 103/5 106/17
**happened [4]**  33/17 43/5 86/25 100/12
**happening [1]**  103/7
**happens [1]**  77/18
**happy [4]**  5/15 9/24 38/12 110/24
**HARRIS [18]**  1/11 4/4 8/8 8/25 26/12 26/17 33/2 33/7 33/9 33/11 33/19 33/20 35/15 35/18 51/5 84/12 94/16 99/21
**Harris's [7]**  26/14 26/22 32/24 33/6 34/1 34/23 35/11

**H**

**Harrises'** [1] 51/23
**Hart** [4] 43/23 43/25 64/10 65/20 67/1 67/18
**Harvard** [2] 78/22 78/24
**has** [28] 7/11 12/5 22/16 24/21 25/1 25/13
26/3 26/8 26/17 29/16 37/2 39/19 46/2 46/15
47/21 52/4 56/5 63/21 64/3 67/6 70/19 72/14
76/2 77/20 79/20 80/23 84/17 111/6
**Hasbro** [1] 112/11
**hasn't** [1] 37/3
**have** [136]
**haven't** [6] 24/2 31/11 31/12 33/10 36/15
109/7
**having** [2] 12/22 110/17
**he** [27] 8/25 9/22 10/6 10/12 12/5 12/20 12/22
13/4 13/23 14/8 14/9 21/10 26/14 26/19 34/11
34/11 34/13 42/3 44/1 64/10 64/10 64/13
65/20 65/21 65/22 65/22 67/2
**he's** [1] 102/7
**head** [1] 112/19
**heading** [1] 68/20
**health** [1] 78/8
**hear** [2] 49/24 50/2
**heard** [22] 5/8 8/20 9/17 9/19 40/6 41/2 42/3
42/4 42/14 42/17 44/13 46/7 64/9 64/10 65/22
65/24 69/24 71/17 81/14 81/19 81/19 117/17
**heartthrobs** [1] 67/7
**Heiress** [13] 26/12 26/14 26/17 26/22 32/24
33/7 33/19 33/19 34/1 34/22 35/11 35/15
35/18
**Heiress's** [2] 33/5 33/12
**held** [1] 122/9
**help** [2] 75/12 76/8
**helped** [1] 63/2
**helping** [1] 63/13
**her** [49] 7/7 7/13 8/19 9/4 9/14 12/15 15/13
17/15 18/8 24/22 24/23 25/1 25/2 25/12 25/19
25/21 25/23 26/18 26/24 30/3 39/6 34/10 34/4
34/5 35/16 35/20 35/22 35/23 35/24 36/1
37/24 39/21 39/22 40/25 41/9 51/2 51/8 51/11
51/15 56/6 60/13 61/25 68/5 69/3 69/7 84/12
119/8 119/12 119/14
**here** [31] 7/13 9/15 12/13 14/20 15/6 15/13
15/20 15/21 15/23 23/25 36/9 39/6 39/6 46/2
46/15 46/17 51/22 60/1 66/13 72/3 74/20
74/21 83/3 103/21 105/17 106/17 113/6
117/17 118/17 118/18 121/8
**here's** [1] 83/6
**hereby** [1] 122/6
**herself** [1] 31/12
**hey** [1] 100/3
**high** [2] 24/25 91/9
**highest** [1] 56/17
**highlight** [1] 54/16
**him** [8] 9/5 10/8 10/10 10/15 12/14 12/16
13/25 26/17
**his** [9] 10/11 10/13 12/7 12/8 12/10 12/16
12/18 91/14 91/15
**Hispanic** [1] 56/20
**History** [3] 54/15 54/22 54/25
**homage** [2] 68/5 69/7
**hombre** [3] 22/25 24/21 25/2
**Honor** [55] 4/7 4/10 4/14 5/4 5/9 5/22 6/3 6/12
7/4 7/5 7/16 7/23 8/3 9/16 10/3 11/6 11/8
11/16 12/4 13/13 13/18 15/16 16/1 27/16
29/23 34/3 35/1 35/7 36/13 36/15 37/7 38/8
38/12 38/16 38/23 52/16 53/23 55/24 56/4
56/12 58/21 58/23 58/25 60/14 65/7 66/20
74/6 74/14 81/16 91/13 102/4 102/7 117/4
117/7 118/13
**HONORABLE** [1] 1/8
**hope** [2] 13/17 89/9
**hoped** [1] 77/17
**hopefully** [1] 15/7
**hour** [2] 13/16 81/2
**hourly** [1] 81/1
**house** [4] 41/9 50/25 51/2 51/11
**Houston** [2] 2/9 2/15
**how** [44] 6/1 12/20 22/15 24/19 25/8 27/8
27/19 31/14 33/11 33/12 33/17 34/17 39/1
39/2 60/6 60/9 62/5 65/4 66/1 66/9 69/5 71/6
65/24 67/16 74/1 76/18 77/20 78/1 79/12
79/17 80/4 80/23 85/17 85/17 86/1 88/8 89/13
91/2 92/6 95/12 97/9 98/2 109/22 110/3 114/6
**However** [1] 33/18
**htat** [1] 106/25
**hue** [1] 9/10
**human** [2] 12/25 13/2
**humans** [1] 13/2
**hundred** [1] 79/19
**hundreds** [1] 23/24
**hybrid** [1] 13/1

**I**

**I'd** [5] 66/22 103/21 110/25 116/24 117/24
**I'll** [3] 68/16 79/16 80/25
**I'm** [39] 5/1 5/17 7/18 13/14 15/5 27/9 27/13
30/11 31/17 31/18 33/8 33/17 37/14 72/6
74/18 74/21 77/13 79/1 91/13 95/1 96/16
102/19 102/20 108/6 109/2 109/5 110/8 110/8
110/8 110/9 110/24 110/25 111/1 115/7 117/1
118/4 118/23 118/24 119/21
**I've** [14] 69/23 75/23 75/25 76/4 76/22 77/22
77/24 78/13 79/19 79/20 79/21 80/6 80/7
111/24
**I-N-D-E-X** [1] 3/2
**I-s-a-a-c-s-o-n** [1] 74/12
**ID** [3] 90/4 90/4 90/5
**idea** [2] 41/14 106/4
**ideal** [1] 54/16
**identifiable** [1] 12/6
**identified** [11] 13/23 29/7 31/4 31/23 84/9
84/10 84/12 90/4 97/16 101/14 101/14
**identify** [2] 75/3 94/23
**II** [1] 121/17
**illustrate** [3] 12/5 13/2 13/4
**image** [4] 24/3 27/3 30/9 93/14
**images** [18] 20/18 23/7 23/15 24/7 27/2 30/8
30/19 31/18 31/19 37/19 37/20 43/18 44/24
45/4 87/2 119/3 119/6 120/9
**impeaching** [2] 117/5 117/8
**implementing** [1] 54/20
**implied** [1] 102/6
**implying** [2] 115/5 115/11
**important** [6] 7/20 20/5 25/5 48/25 58/12
109/18
**importantly** [1] 16/10
**INC** [2] 1/9 4/4
**incentive** [6] 85/23 85/24 86/1 105/23 106/1
106/5
**inclined** [1] 5/1
**include** [4] 20/5 22/1 108/5 120/9
**included** [5] 69/7 76/14 85/13 114/12 120/13
**includes** [3] 46/17 58/2 99/2
**including** [9] 44/13 76/23 78/3 78/4 82/20
88/22 89/3 102/22 116/16
**Incorrect** [2] 32/4 32/11
**independent** [2] 65/1 82/23 83/16
**indicate** [1] 91/9
**indicated** [1] 89/13
**indicating** [2] 91/24 111/10
**indirect** [1] 24/8
**individual** [5] 6/1 73/9 82/21 94/17 119/1
**industry** [1] 48/8
**influenced** [2] 58/6 58/9
**influencers** [1] 58/4
**information** [8] 39/8 106/22 106/23 106/24
107/11 114/19 116/6 116/8
**informing** [1] 7/13
**infringement** [1] 118/21
**input** [1] 60/4
**inputs** [1] 60/4
**inquired** [1] 31/8
**Insights** [1] 54/5
**inspiration** [15] 20/6 20/12 20/15 20/23 21/8
24/8 24/10 25/15 30/2 30/9 30/10 30/15 31/19
61/14 61/18
**inspirations** [2] 23/10 23/12
**inspire** [1] 23/7
**inspired** [2] 27/19 28/4 68/7
**inspiring** [1] 20/20
**Instagram** [14] 26/14 26/18 26/22 28/9 28/23
30/19 32/25 33/2 34/23 35/11 37/17
37/24 61/25
**instead** [1] 86/5
**instruction** [3] 5/23 6/14 15/2
**instructions** [2] 6/22 13/15
**instruments** [3] 84/16 84/18 84/20
**intellectual** [1] 79/5
**intended** [2] 12/4 108/11
**intentionally** [1] 12/12
**interact** [1] 102/24
**interest** [2] 71/3 81/11
**interested** [1] 22/22
**internal** [7] 55/17 58/16 60/3 63/22 64/4
111/4 111/9
**internally** [2] 54/8 63/18
**international** [2] 78/13 80/1
**internet** [2] 104/17 105/3
**interview** [18] 67/14 67/25 68/13 84/22 85/17
86/5 86/7 86/12 86/14 86/18 86/19 88/8 96/18
104/16 104/21 104/24 105/1 110/7
**interviewed** [16] 75/5 83/25 84/24 84/25 85/6
86/3 86/15 92/1 96/20 96/22 96/23 97/1 97/3
108/1 120/5
**interviewing** [2] 97/13 107/1
**interviews** [22] 84/21 88/14 88/15 88/20 89/4
89/6 90/21 91/2 91/3 98/7 98/19 98/20 101/9
101/9 102/15 102/21 104/11 104/14 104/18
104/22 120/12 120/24
**introduce** [1] 14/10
**introduced** [1] 38/10
**introducing** [1] 16/13
**invite** [2] 4/20 4/25
**involved** [4] 47/9 72/21 76/24 77/24
**involving** [4] 12/25 79/22 79/23 98/3
**Irvine** [1] 2/5
**is** [219]
**Isaac** [1] 51/21
**ISAACSON** [13] 3/7 74/6 74/7 74/10 74/11
74/17 75/8 101/4 103/19 108/21 114/10
117/13 118/15
**Isaacson's** [2] 11/12 11/24
**ish** [1] 120/18
**isn't** [6] 12/13 12/14 12/15 20/4 43/15 89/8
**issue** [11] 4/22 5/11 5/25 9/15 11/3 11/9
13/21 14/5 14/12 77/10 118/16
**issues** [4] 8/23 10/4 79/6 121/12
**it** [195]
**it's** [76] 5/11 9/17 9/19 11/18 12/2 12/4 12/7
12/8 12/10 12/16 12/17 12/18 13/1 13/6 15/19
15/20 20/22 20/22 21/7 25/2 28/3 32/10 33/8
34/8 34/9 35/3 35/4 43/25 47/12 55/17 56/1
59/8 62/8 64/6 67/1 76/13 77/12 77/9 77/16
82/7 82/8 88/15 88/15 89/2 90/21 94/24 95/4
95/7 95/25 96/7 96/11 96/25 98/8 98/19
100/10 102/6 102/16 103/6 106/12 106/16
106/24 106/25 108/8 108/19 109/17 109/23
113/2 117/3 117/3 117/4 117/8 118/7 118/11
118/13 118/18 121/12
**item** [4] 4/3 20/7 83/23 96/21
**items** [13] 43/2 75/6 82/12 82/19 83/5 83/5
84/4 96/5 98/13 102/23 103/2 119/17 119/18
**its** [2] 107/20 108/22
**itself** [2] 11/24 49/18

**J**

**J-14** [4] 44/1 67/2 67/5 67/14
**JAMES** [1] 1/8
**January** [2] 53/17 55/15
**January 13** [1] 53/17
**January 2021** [1] 55/15
**Jeep** [1] 75/20
**JENNIFER** [2] 2/3 4/7
**job** [2] 49/20 56/6
**JOHN** [2] 2/7 4/11
**John Keville** [1] 4/11

**J**

**joint** [1]  6/1
**JoJo** [2]  59/15 60/18
**Journal** [1]  79/2
**journals** [1]  79/1
**JUDGE** [1]  1/8
**judgment** [3]  4/21 5/2 5/12
**Judicial** [1]  122/11
**July** [1]  45/13
**June** [1]  77/22
**Juneteenth** [1]  54/16
**juror** [1]  7/6
**jurors** [1]  6/24
**jury** [14]  4/2 4/23 5/12 11/2 13/15 14/20 14/22 14/23 66/15 66/17 66/18 75/7 73/8 121/14
**just** [71]  9/4 9/17 10/4 12/7 12/8 12/16 12/18 14/4 14/16 15/8 15/12 20/2 21/11 21/15 21/18 22/23 27/12 27/21 28/10 34/5 35/3 36/7 37/5 38/1 38/4 38/9 41/5 42/6 42/21 43/6 43/21 45/13 45/19 49/12 53/15 60/6 60/22 61/16 61/16 70/2 83/1 84/2 84/7 87/14 87/17 87/21 92/14 93/6 95/9 96/12 97/18 97/23 97/23 101/5 104/11 106/1 108/6 110/9 111/1 112/3 114/25 115/3 115/6 115/7 115/9 116/22 117/23 119/20 119/23 120/3
**Justice** [1]  76/1
**JVS** [2]  1/11 4/3

**K**

**Karman** [1]  2/4
**Kathy** [2]  53/21 54/4
**keep** [1]  39/9
**KELLER** [5]  2/3 2/4 4/8 5/3 74/13
**KEVILLE** [9]  2/7 4/11 13/22 14/7 20/25 21/7 26/11 27/2 27/15
**key** [3]  7/24 22/16 22/22
**kid** [1]  43/15
**kids** [1]  53/10
**kind** [4]  7/12 8/5 82/3 95/8
**kinds** [3]  75/22 88/22 90/8
**knew** [6]  45/21 70/2 73/20 89/19 89/21 89/23
**know** [44]  22/13 23/5 31/13 31/13 33/17 36/6 38/1 38/2 38/2 39/15 39/17 41/12 45/19 52/2 52/6 60/20 61/4 61/21 61/23 61/24 62/1 62/17 62/21 62/24 69/23 71/5 72/24 93/5 93/10 99/15 100/3 102/17 107/5 107/7 108/13 108/19 109/15 109/16 112/20 116/8 116/10 116/12 116/12 118/5
**known** [12]  9/6 93/11 93/19 93/21 94/9 94/17 100/19 101/1 101/19 101/22 102/19 114/15
**knows** [1]  32/13

**L**

**L.O.L** [69]  5/6 8/18 10/21 10/23 10/23 10/25 19/6 23/12 39/13 40/8 42/7 42/8 44/24 45/3 45/15 45/23 46/3 46/11 46/17 46/22 47/6 47/23 48/2 48/15 48/18 48/19 48/20 48/21 49/1 49/2 49/3 49/4 49/5 49/8 49/23 50/4 50/7 53/8 54/14 55/20 59/19 60/4 60/9 61/15 61/20 72/7 72/8 74/25 75/4 81/15 86/15 90/5 91/4 92/3 92/11 93/1 93/13 97/15 98/3 99/4 100/14 100/20 101/21 103/12 107/16 108/7 112/6 113/8 114/22
**lab** [1]  25/9
**lack** [1]  7/12
**ladies** [4]  14/24 15/24 32/17 66/13
**Lady** [9]  59/14 60/1 60/7 61/5 61/7 61/13 61/18 61/21 99/8
**laid** [1]  3/4
**LAMARR** [3]  2/14 2/14 4/12
**language** [1]  87/12
**large** [5]  88/13 88/15 88/18 98/8 98/14
**largely** [1]  112/6
**larger** [1]  73/10
**largest** [1]  88/16
**Larian** [2]  4/8 63/15
**last** [15]  16/18 19/2 27/20 28/11 28/13 31/2 35/16 35/21 38/20 50/12 62/8 64/8 74/9 74/11 83/22

**later** [4]  28/4 34/16 115/21 115/23
**laughter** [1]  49/20
**launched** [1]  21/9
**launching** [1]  45/11
**lavender** [1]  25/3
**law** [8]  5/1 76/19 76/23 76/23 77/7 77/14 77/17 79/10
**lawsuit** [1]  50/23
**layers** [1]  63/3
**leading** [1]  20/8
**learn** [1]  51/14
**learning** [1]  51/19
**least** [7]  4/23 6/10 23/19 25/19 53/4 103/10 113/3
**lecturer** [1]  79/7
**led** [1]  63/21
**left** [5]  7/9 24/17 25/11 50/17 95/19
**lend** [1]  11/23
**less** [1]  6/14
**let** [3]  4/17 43/23 68/16
**let's** [21]  10/2 10/16 11/4 14/22 15/23 16/18 23/2 36/10 41/17 54/13 66/17 78/17 83/1 83/7 84/21 87/13 94/19 101/25 118/24 119/7 119/21
**letters** [1]  36/11
**level** [1]  91/24
**life** [1]  42/9
**light** [4]  6/4 25/3 25/3 46/4
**like** [52]  12/12 12/12 12/14 12/15 12/16 13/3 24/22 25/21 26/3 27/9 27/11 36/7 36/23 37/1 41/9 41/22 43/4 48/5 48/2 48/16 51/3 51/9 55/19 64/1 64/7 65/9 66/22 67/1 67/7 67/8 67/22 68/8 68/21 69/10 69/23 69/24 70/21 72/25 73/5 75/16 76/3 76/14 79/24 80/5 80/11 81/4 81/8 84/22 86/8 86/13 93/12 94/25 95/7 95/10 95/15 95/17 95/18 95/19 95/22 95/24 96/1 96/11 96/13 96/21 97/19 97/19 97/21 97/23 98/1 98/17 98/21 100/15 100/16 100/23 100/24 103/21 108/5 110/23 111/8 111/12 112/6 112/10 114/6 116/24 117/24
**liked** [2]  29/6 36/7
**likelihood** [27]  12/11 12/17 12/23 12/25 74/23 79/13 79/15 80/4 80/7 80/8 80/16 82/4 82/18 82/25 87/4 91/10 92/25 95/4 95/5 101/10 103/25 107/13 109/17 109/21 112/24 113/11 120/23
**likely** [19]  74/25 75/3 81/24 85/1 85/7 86/9 86/10 86/11 94/23 97/15 101/11 101/13 101/20 107/14 107/17 108/8 113/2 114/11 117/14
**likeness** [29]  77/25 80/17 80/18 80/21 88/8 94/19 94/21 94/22 95/2 95/7 95/23 96/5 96/6 96/7 96/11 96/18 96/23 97/2 97/9 97/18 98/2 98/4 98/17 100/9 100/11 100/12 101/12 104/2
**likes** [2]  40/3 41/15
**limited** [1]  9/3 9/9 55/25
**Lincoln** [1]  12/16
**line** [20]  10/21 10/25 10/25 16/22 17/18 18/11 18/20 19/6 19/9 19/12 39/13 47/6 50/7 52/4 55/5 62/11 63/2 91/17 94/8 117/6
**line 25** [1]  117/6
**lines** [4]  53/17 76/13 112/8 117/3
**lineup** [1]  23/16
**link** [20]  41/25 43/6 44/6 44/8 44/11 44/12 44/16 44/19 64/16 64/19 64/21 65/8 65/17 65/23 67/21 69/16 69/18 69/18 70/5 73/22
**linked** [1]  33/5 33/8 33/12
**list** [1]  63/2
**listed** [1]  118/25
**Listen** [1]  30/25
**listened** [1]  66/3
**listening** [1]  65/15
**lists** [4]  82/12 84/24 87/6 87/7
**literally** [1]  34/17
**literature** [1]  86/22
**litigation** [19]  28/17 28/20 29/8 29/11 29/13 29/16 30/7 30/14 30/25 31/5 31/24 32/7 32/19

32/21 75/17 76/7 76/18 79/11 80/5
little [11]  9/16 13/10 23/6 37/20 58/5 71/20 75/8 76/21 80/10 95/1 97/2 107/2 112/1 117/24 121/4
living [1]  12/11
LLP [3]  2/4 2/8 2/11
loaded [1]  37/23
loading [1]  29/6
locate [1]  85/20
log [1]  105/3
logo [3]  46/2 46/11 46/16
long [1]  39/19
longer [2]  52/22 53/1
look [52]  10/19 11/4 20/14 20/14 20/15 20/20 21/14 24/10 25/2 25/21 30/19 36/10 37/18 53/17 54/10 54/13 55/12 62/12 64/6 68/19 82/17 83/1 89/18 94/25 95/7 95/10 95/15 95/17 95/22 95/24 96/1 96/13 96/21 97/19 97/20 97/23 98/1 98/21 100/15 100/16 100/23 100/24 101/5 109/25 110/13 110/14 110/15 110/24 112/25 118/24 119/22
looked [14]  20/24 24/2 26/21 31/11 32/24 55/25 57/8 73/10 84/5 110/10 111/1 111/8 116/3 119/20
looking [23]  17/4 21/16 21/24 22/10 22/17 25/16 31/17 35/11 37/12 41/18 46/15 46/16 71/15 72/3 75/24 76/1 76/12 87/13 89/16 111/3 114/8 115/7 118/24
looks [17]  12/12 12/12 12/14 12/15 12/16 26/3 36/7 43/10 55/19 68/17 68/21 69/23 95/18 95/19 96/11 96/16 96/17
LORA [4]  3/5 16/5 29/1 31/9
Los [1]  2/12
loss [1]  15/17
lost [1]  15/18
lot [8]  9/6 22/24 73/2 75/9 81/4 81/7 98/7 98/13
lots [2]  88/20 93/23
Lourdes [1]  99/22
Lousiana [2]  2/9
lunch [2]  13/16 121/8
lyric [1]  65/2
lyrics [1]  64/23

**M**

M-o-s-h-e [1]  38/21
made [6]  27/6 29/5 72/6 87/16 87/20 120/6
magazine [5]  44/1 67/3 67/6 67/12 68/13
Maia [2]  8/9 8/16
mail [26]  14/17 41/17 41/21 42/2 43/7 43/8 44/13 46/4 50/11 50/12 50/14 50/23 51/25 52/1 53/16 53/19 55/5 55/6 55/13 66/24 67/17 69/24 70/9 70/11 71/6 71/18
mails [1]  57/11
mainly [1]  22/25
major [1]  85/1
majority [1]  77/24
make [16]  4/24 4/24 5/2 5/5 7/21 49/17 59/14 69/12 76/9 76/10 83/1 88/3 95/6 98/11 106/20 106/24
makes [9]  87/11 87/16 87/20 88/2 89/17 95/5 95/9 103/2 112/3
making [2]  13/14 15/13
manner [2]  90/4 113/14
manufacturers [1]  112/18
many [23]  20/18 21/3 21/13 22/1 22/1 23/19 36/24 37/1 43/2 50/25 51/1 68/2 69/8 77/20 78/1 79/17 80/4 88/8 91/2 97/9 98/2 112/8 118/20
Marilyn [2]  12/15
Marilyn Monroe [1]  12/15
MARKED [2]  3/9 3/17
market [12]  49/6 53/13 107/20 111/15 112/23 112/25 113/4 113/6 113/10 113/12 113/17 115/1
marketed [5]  58/9 70/17 114/17 114/23 115/6
marketing [14]  47/7 47/8 49/20 56/7 57/11 74/18 75/10 76/15 78/8 78/12 78/14 78/24 79/3 79/4

**M**

marketplace [3]  88/12 98/6 102/24
Master [1]  78/21
Master's [2]  78/6 78/7
match [4]  25/14 85/15 113/17 113/24
matches [1]  113/24
material [2]  114/21 114/22
materials [6]  114/14 114/16 115/4 115/5 115/8 115/10
Mattel [1]  112/10
matter [19]  4/25 7/20 9/4 9/17 76/24 77/10 80/18 80/24 81/18 82/6 91/11 91/22 101/24 102/11 109/8 118/5 120/7 120/17 122/9
matters [9]  76/1 76/5 79/19 79/22 79/23 80/5 80/7 80/9 91/12
may [17]  1/17 4/1 5/13 8/20 11/8 11/16 13/9 34/5 36/13 37/7 38/15 48/12 52/16 52/17 68/11 74/5 122/13
maybe [2]  13/6 30/11
MBA [1]  78/21
McDonald [2]  8/6 8/7
me [34]  4/17 4/20 7/6 12/3 13/24 14/16 20/11 27/10 31/7 32/5 33/8 35/24 36/8 43/23 44/2 45/20 51/15 51/16 51/17 52/1 64/1 65/23 73/12 77/17 88/19 88/21 108/15 109/2 109/10 110/24 113/4 113/7 118/23 119/3
mean [5]  28/12 37/24 93/11 96/15 104/13
meaning [1]  87/10
means [5]  24/22 81/25 104/16 105/17 119/16
meant [2]  46/23 53/7
measure [10]  81/22 84/6 87/4 87/9 89/12 94/22 96/8 96/9 96/9 97/14
measured [18]  74/24 75/2 75/6 82/18 82/19 82/22 82/25 83/4 84/15 84/18 85/10 96/5 96/6 96/7 101/9 101/11 101/13 113/8
measures [6]  81/23 90/17 94/21 95/4 98/18 100/13
measuring [5]  79/15 86/8 87/24 96/16 113/7
meet [3]  8/12 11/13 11/25
meeting [1]  13/22
meetings [5]  49/21 49/23 60/24 60/25 61/2
member [2]  89/21 90/13
members [8]  89/23 91/1 92/2 93/4 94/17 99/3 100/16 101/16
mention [4]  89/22 89/22 92/3 98/13
mentioned [16]  49/25 64/11 75/10 81/13 89/19 89/20 92/22 92/12 97/23 99/9 99/10 99/14 99/21 99/23 99/25
mentioning [2]  90/24 90/25
mentions [1]  42/18
merchandise [2]  103/11 103/13
message [2]  25/8 25/11
met [5]  8/3 39/18 39/20 41/4 71/21
Metal [4]  82/20 83/10 119/2 119/12
methods [1]  77/9
MGA [32]  1/9 4/3 4/8 5/5 12/2 31/16 39/11 39/18 43/11 44/12 47/5 50/20 52/4 52/22 54/8 56/7 57/5 57/12 62/24 63/18 70/14 70/19 71/3 90/6 109/9 109/25 111/2 111/3 111/6 112/6 114/19 120/14
MGA's [16]  54/17 54/17 55/17 81/9 107/20 108/22 109/4 111/4 111/9 111/14 111/14 111/22 112/23 112/25 113/6 113/17
MGA's target [1]  111/14
mid [1]  66/12
mid-morning [1]  66/12
middle [4]  54/10 68/20 82/17 95/18
might [7]  13/3 59/9 59/12 95/17 95/19 95/25 96/13
Millenial [1]  50/8
millennial [3]  46/18 49/24 57/15
Millennials [1]  57/18
Milli [3]  68/1 69/7 69/13
mind [7]  9/15 9/15 93/14 100/21 103/1 103/9 117/1
minute [1]  28/9
minutes [6]  6/10 13/25 27/22 27/23 66/14 87/3
Miriam [1]  121/17

misidentify [2]  94/23 101/20
mislead [17/191]  7/91
misleading [25]  24/25 32/10 34/9 35/4
misled [1]  75/25
miss [3]  82/23 83/16 109/22
Miss Independent [2]  82/23 83/16
missing [1]  15/21
misstates [1]  63/23
mistakenly [3]  75/3 97/16 101/14
mix [1]  85/14
MMR [2]  74/19 77/20 78/1 78/10 78/16
moment [1]  53/3
moms [5]  56/18 56/20 57/15
Monroe [1]  12/15
Monster [1]  75/19
Month [3]  54/15 54/22 54/25
months [1]  85/8
mood [3]  20/16 61/7 61/10
more [17]  5/16 6/16 6/17 8/11 9/7 13/9 21/11 22/19 23/2 33/19 33/22 43/23 77/23 79/19 81/9 87/23 106/3
morning [21]  4/7 4/9 4/10 4/13 7/1 8/4 14/24 15/3 16/8 16/9 27/20 34/12 35/12 35/25 37/16 39/1 52/20 52/21 66/12 103/19 103/20
MOSHE [10]  3/7 38/17 38/18 38/21 39/1 52/20 59/10 60/16 66/22 73/17
most [5]  16/10 37/13 84/9 86/10 91/12
mostly [2]  75/11 96/4
motion [2]  4/24 5/18
move [16]  4/16 16/24 17/10 17/20 18/3 18/13 18/22 19/14 22/5 35/1 38/8 38/9 53/23 55/23 58/21 66/6
move that [1]  4/16
moving [4]  14/25 39/9
Mr. [15]  4/8 7/24 8/8 8/25 10/5 10/9 13/22 14/7 20/25 21/7 26/11 27/2 27/15 38/22 63/15
Mr. Harris [2]  8/8 8/25
Mr. Keville [7]  13/22 14/7 20/25 21/7 26/11 27/2 27/15
Mr. Key [1]  7/24
Mr. Larian [2]  4/8 63/15
Mr. Scolnick [1]  38/22
Mr. Tregillis [2]  10/5 10/9
Ms. [48]  7/8 7/11 8/2 8/9 8/16 9/1 10/18 11/7 15/20 16/8 21/18 24/16 24/17 24/25 25/1 25/14 25/17 25/21 26/1 26/6 27/3 27/6 27/19 33/7 33/9 33/11 33/20 34/22 37/12 39/1 40/14 40/16 41/4 41/6 43/13 43/25 50/22 50/25 52/20 52/24 59/10 66/22 71/22 73/2 73/2 73/17 74/13 84/12
Ms. C.H [1]  7/8
Ms. Consorti [9]  40/14 40/16 41/4 41/6 43/13 43/25 50/22 52/24 73/2
Ms. Consorti's [1]  50/25
Ms. Harris [4]  33/7 33/9 33/11 33/20
Ms. Keller [1]  74/13
Ms. Maia [2]  8/9 8/16
Ms. Moshe [5]  39/1 52/20 59/10 66/22 73/17
Ms. Smith [1]  10/18
Ms. Stephens [8]  7/11 9/1 15/20 16/8 27/19 34/22 37/12 73/2
Ms. Tameka Harris [1]  84/12
Ms. Vargas [1]  21/18
Ms. Westmoreland [3]  8/2 11/7 71/22
Ms. Womaack [1]  24/20
Ms. Womack [6]  24/16 24/17 25/1 26/6 27/3 27/6
Ms. Womack's [4]  25/14 25/17 25/21 26/1
much [6]  27/19 33/3 35/21 35/23 35/25 80/23
MULLIN [1]  2/8
multiple [1]  63/3
municipal [1]  79/21
music [17]  39/24 40/19 40/25 41/14 42/20 43/18 47/13 69/19 72/9 72/10 72/11 72/12 72/25 73/5 73/23 73/24 99/13
musical [4]  84/14 84/20 112/17 113/5
musician [1]  99/12
musicians [3]  58/4 67/8 72/18

must [3]  53/19 65/14 65/18
my [68]  4/22 10/1 16/10 20/15 22/24 27/10 27/13 28/25 29/3 30/9 30/11 30/15 30/16 30/17 30/18 30/18 30/25 31/7 31/8 31/20 32/4 32/14 33/9 33/20 33/22 33/22 37/3 39/18 51/16 60/25 71/7 74/10 74/11 79/16 80/25 81/1 81/23 83/4 85/10 85/11 85/14 86/8 95/23 102/10 103/6 105/1 105/21 107/2 110/4 110/7 110/12 110/22 110/25 112/19 113/7 113/22 113/23 113/23 114/5 114/13 114/24 115/22 116/1 116/17 119/3 121/4
myself [2]  78/3 78/4

**N**

name [27]  28/23 28/25 29/6 30/12 30/21 30/23 31/1 38/19 38/20 42/14 43/3 44/1 49/18 51/15 63/13 67/2 70/14 73/20 74/9 74/9 74/10 74/11 74/11 74/19 82/5 94/9 118/18
named [3]  26/11 30/18 39/15
naming [1]  61/25
narrative [1]  27/12
National [1]  80/1
nationwide [1]  94/2 94/13
nature [2]  109/16 114/6
near [1]  6/21
nearly [1]  106/11
need [4]  7/12 7/17 70/18 110/3
needed [5]  106/10 110/7 110/9 111/18 111/21
needs [6]  7/12 7/19 7/22 34/7 44/1 67/2
neither [1]  103/6
nervous [1]  39/6
Nestle [1]  76/14
never [15]  20/23 29/7 31/8 31/23 32/4 32/6 32/20 35/23 37/3 69/23 70/7 71/17 81/18 108/9 108/11
new [5]  23/1 28/19 30/22 97/4 102/5
news [4]  33/9 33/20 33/23 37/4
next [24]  7/19 13/15 17/4 17/15 18/8 27/3 38/16 43/5 48/19 74/3 83/7 83/9 83/11 83/13 83/15 83/17 83/19 85/8 86/25 90/18 98/23 103/3 103/12 117/15
night [1]  27/20
nine [11]  41/5 41/6 82/19 84/4 85/9 106/1 106/3 119/17 120/22 120/23 121/7
nine-question [1]  106/1
nine-year [2]  41/5 41/6
nip [1]  8/24
no [140]
nobody [5]  90/12 90/13 90/25 92/2 99/21 99/23 99/25 101/15
nods [1]  58/13
non [2]  111/5 111/7
non-white [2]  111/5 111/7
none [5]  3/16 95/20 105/10 105/13 105/17
nonrefundable [1]  7/7
normal [1]  56/6
Northwestern [1]  78/20
not [134]
note [1]  60/21
nothing [6]  11/22 27/14 73/13 103/16 114/14 114/16
now [33]  5/18 8/5 9/9 10/13 10/20 19/18 23/21 25/5 31/4 34/16 37/5 38/9 40/5 44/21 45/21 46/7 47/18 51/22 76/18 77/7 83/21 84/16 84/21 89/16 91/8 92/1 93/24 94/19 103/8 108/16 112/1 115/5 115/11
number [9]  22/11 49/3 71/21 88/13 88/15 88/18 90/4 120/11 120/12
numbers [1]  91/23

**O**

O.M.G [98]  5/6 10/23 10/25 20/17 20/22 27/12 28/4 28/7 40/9 41/22 42/4 42/7 42/20 44/5 44/24 45/3 45/16 46/3 46/6 46/12 46/17 46/23 46/23 47/6 48/2 48/15 48/18 49/2 49/4 50/5 53/3 53/4 53/23 53/25 55/20 56/17 57/8 57/16 58/7 58/9 58/12 59/17 59/20 59/21 61/7 61/11 61/14 61/15 61/17 61/17 61/18 61/20 62/3

**Q**

**O.M.G.. [45]** 63/4 63/13 63/18 63/21 64/3 64/11 65/2 67/19 69/14 70/16 72/6 72/7 72/8 74/25 75/4 81/15 86/16 90/6 91/5 92/3 92/11 93/2 93/13 98/3 99/4 100/14 100/20 101/21 103/12 107/14 107/17 107/21 108/7 108/22 108/24 109/4 110/1 111/10 113/8 114/1 114/3 114/22 117/18 119/16 119/19
**oath [1]** 16/4
**object [2]** 35/3 91/14
**objection [32]** 13/9 16/25 17/11 17/21 18/4 18/14 18/23 19/15 20/8 22/6 29/12 29/23 31/25 32/9 33/14 36/4 53/5 55/21 56/11 56/12 56/24 56/25 59/2 59/3 63/23 65/10 66/8 66/9 69/1 71/9 81/16 102/4
**objective [1]** 60/2
**obligation [1]** 106/10
**obviously [2]** 10/4 77/5
**occupation [1]** 74/17
**odd [1]** 120/15
**odds [1]** 77/14
**off [6]** 15/12 28/23 28/25 29/4 52/9 112/19
**offer [4]** 8/19 56/8 109/3 109/11
**offered [1]** 85/23
**offering [1]** 108/21
**Office [2]** 76/5 79/23
**offsite [1]** 58/16
**often [2]** 77/16 80/22
**oh [2]** 69/22 70/7
**okay [50]** 6/8 6/20 7/6 7/10 7/20 7/24 11/15 11/19 13/11 13/12 14/19 15/5 15/11 15/23 16/15 20/24 27/23 38/13 40/6 43/8 46/7 57/14 66/5 68/24 72/2 72/21 73/14 76/15 81/13 81/22 83/21 84/21 85/5 86/3 86/21 88/7 89/11 94/7 94/19 95/1 95/13 97/9 98/24 99/11 105/13 107/13 117/24 118/7 120/18 121/15
**old [1]** 117/19
**older [3]** 49/6 53/7 57/20
**oldest [1]** 53/11
**Olori [1]** 99/8
**OMG [149]**
**once [5]** 88/10 97/6 99/1 107/10 116/13
**one [82]** 4/17 5/24 6/12 6/13 8/10 8/24 11/13 13/9 13/20 20/2 21/4 23/7 24/12 25/9 25/25 26/10 28/24 29/1 29/10 29/15 30/25 33/19 35/3 37/20 43/24 44/16 47/24 48/12 49/3 49/12 49/15 55/17 56/10 56/10 59/9 59/14 59/16 59/23 60/4 60/6 60/15 60/21 60/22 62/8 72/24 74/1 74/23 75/16 76/23 79/2 80/5 81/15 82/7 83/13 83/17 84/2 84/4 86/12 87/2 87/22 88/7 90/16 92/25 93/5 93/16 95/4 97/6 97/12 97/13 98/5 100/13 100/17 101/25 104/4 104/5 104/7 104/8 104/8 104/18 113/4 113/4 115/1
**one of [1]** 21/4
**one percent [1]** 101/25
**ones [2]** 38/4 83/2
**online [3]** 20/19 85/19 85/20
**only [18]** 6/9 9/15 9/18 12/4 32/5 32/9 37/18 37/20 84/2 86/15 86/16 96/7 96/21 97/13 104/7 107/11 114/15 114/17
**open [1]** 9/23
**opened [1]** 36/19
**opinion [6]** 86/21 102/3 102/5 102/10 109/4 109/11
**opinions [7]** 10/12 11/23 108/21 108/24 109/6 109/8 121/11
**opportunities [1]** 54/16
**opposed [1]** 83/5
**opposing [5]** 5/23 8/4 8/25 116/6 116/9
**opposite [3]** 114/21 115/4 115/10
**order [7]** 4/21 5/12 9/25 13/2 22/17 46/22 49/3
**organized [1]** 92/8
**original [2]** 29/1 120/14
**other [32]** 10/4 11/21 11/22 12/1 31/9 31/21 33/20 37/1 38/3 38/4 47/13 47/25 48/16 57/11 78/11 79/5 87/16 87/19 92/12 92/13 93/9 96/17 97/7 97/24 98/1 99/5 100/6 103/3 109/8 115/1 119/18

**others [1]** 112/10
**otherwise [1]** 56/3
**ought [1]** 4/24
**our [20]** 4/15 7/11 8/23 8/23 10/7 15/11 27/12 38/16 39/10 42/3 42/4 42/21 43/8 46/22 47/13 47/23 66/12 74/3 75/12 76/13
**ours [1]** 6/13
**out [41]** 8/5 13/16 14/3 16/13 18/11 20/16 24/15 27/24 27/25 28/7 28/8 33/2 39/8 39/9 59/25 64/15 65/1 77/16 77/18 81/9 87/12 87/16 87/17 87/20 87/20 88/2 88/4 89/17 92/1 101/25 102/1 102/16 105/6 105/15 106/6 106/13 106/14 107/3 107/8 112/3 112/18
**outcome [1]** 81/11
**outfit [1]** 27/4
**outfits [1]** 36/8
**Outrageous [3]** 46/18 49/24 50/8
**outside [2]** 47/13 70/11
**over [14]** 29/21 30/7 30/12 31/11 31/24 32/6 32/20 37/3 58/23 76/13 76/22 76/25 89/8 104/17
**overall [1]** 98/22
**Overruled [11]** 30/5 32/1 33/16 35/5 36/5 63/24 69/4 71/10 81/17 91/16 102/8
**own [10]** 29/3 32/5 89/12 89/18 90/2 104/14 104/14 105/6 105/8 112/18
**ownership [1]** 57/8

**P**

**P.R [1]** 54/14
**pack [1]** 73/10
**package [14]** 82/22 82/23 83/14 84/17 84/19 87/14 87/17 87/21 88/4 91/5 91/6 96/9 96/13 119/11
**packages [17]** 72/24 73/4 75/7 75/7 76/10 82/10 84/1 84/7 84/8 85/9 88/9 88/9 88/12 96/6 101/10 119/18 119/19
**packaging [10]** 72/21 119/8 119/12 119/14 120/21 120/24 120/25 121/2 121/3 121/6
**page [43]** 3/19 3/20 3/20 21/23 22/10 22/19 23/21 33/25 34/8 34/17 34/22 35/4 35/24 37/12 43/14 43/24 56/1 56/8 56/9 56/13 56/14 56/22 56/23 57/1 57/2 59/1 59/2 59/4 59/5 59/23 62/9 62/12 64/8 66/23 68/9 91/17 116/24 117/6 118/25 119/5 119/22 119/24 122/10
**page 116 [1]** 116/24
**page 12 [2]** 56/9 56/13
**page 14 [2]** 119/22 119/24
**page 2 [2]** 22/10 22/19
**page 3 [2]** 43/14 62/12
**page 5 [1]** 68/19
**page 8 [4]** 59/1 59/2 59/4 59/23
**page 9 [5]** 56/22 56/23 57/1 118/25 119/5
**page one [1]** 43/24
**pages [6]** 6/13 22/3 29/21 58/24 58/24 117/1
**paid [2]** 80/23 81/9
**pair [1]** 96/10
**panel [1]** 116/18
**panelist [1]** 106/25
**paper [2]** 7/12 68/14
**paragraphs [1]** 5/20
**Park [2]** 68/2 69/8
**part [21]** 12/16 25/1 32/19 42/9 44/19 47/8 48/13 49/20 56/6 57/4 59/25 60/2 65/5 109/9 118/2 118/4 118/6 118/18 120/3 120/5
**participate [5]** 85/18 85/23 85/25 97/7 106/11
**participated [1]** 97/6
**particular [12]** 12/1 33/21 62/22 64/15 64/23 65/2 84/6 85/3 90/9 97/19 98/21 110/1
**parties [3]** 5/18 15/6 75/18
**parties' [1]** 5/5
**partnering [1]** 71/3
**partners [2]** 70/19 70/23
**parts [2]** 72/18 85/14
**party [3]** 80/11 80/13 86/19
**Pass [2]** 52/14 70/25
**past [5]** 79/20 88/17 96/24 108/19 108/20
**Patent [2]** 76/4 79/22

**patient [2]** 16/11
**patterns [2]** 91/23 91/25
**Pause [1]** 15/15
**pay [2]** 68/5 69/7
**people [74]** 12/6 13/5 22/13 43/10 44/13 78/1 78/3 78/4 78/6 83/25 84/24 84/25 85/6 85/7 85/19 85/20 86/3 86/9 86/10 86/11 86/15 88/8 88/11 88/25 89/4 89/12 89/17 90/1 90/8 92/1 92/7 92/12 92/14 93/1 93/13 94/25 95/15 95/15 95/16 95/21 95/21 95/25 96/22 96/23 96/24 97/1 97/5 97/8 97/19 97/20 97/22 97/24 98/1 98/2 98/4 98/21 98/22 99/10 99/12 99/23 100/13 100/19 103/7 103/8 104/13 106/6 106/11 108/10 109/23 112/8 112/20 114/7 115/14 121/5
**people who [1]** 85/6
**percent [23]** 24/22 56/18 56/20 90/21 90/21 90/22 90/23 91/23 92/9 92/11 92/13 92/15 92/16 98/20 99/1 99/3 99/4 99/14 100/13 101/15 101/25 112/15 112/20
**percentage [1]** 91/8
**perfect [2]** 43/25 67/2
**performed [1]** 55/18
**perhaps [6]** 10/10 38/8 44/17 64/24 68/9 119/21
**period [3]** 29/15 41/6 41/6
**permission [9]** 36/13 56/23 68/10 82/1 87/24 88/2 88/5 90/23 95/6
**permitted [1]** 6/5
**person [22]** 8/8 12/11 12/12 12/13 56/7 59/16 88/3 88/5 90/15 96/15 96/17 96/17 97/19 97/20 97/22 97/24 98/1 98/21 105/11 106/21 106/21 106/25
**personality [2]** 60/3 99/5
**personally [2]** 41/14 89/5
**Ph.D [2]** 78/4 78/5
**Ph.D.s [1]** 78/7
**photographs [3]** 38/4 38/5 38/10
**photos [2]** 37/13 37/16
**phrased [1]** 117/23
**pick [1]** 104/8
**picture [10]** 21/8 24/12 24/15 24/16 35/23 36/1 37/25 91/4 95/24 100/21
**pictures [20]** 21/4 21/11 21/13 22/1 22/11 22/15 22/16 23/3 23/24 24/13 26/18 26/24 31/21 37/22 37/23 38/3 83/5 84/2 95/16 117/25
**piece [2]** 20/6 20/12
**pink [3]** 23/1 25/3 36/2
**pinned [3]** 28/11 28/14 31/12
**Pinterest [34]** 20/24 21/2 21/23 22/15 22/16 24/13 28/12 28/13 28/16 28/19 28/24 28/24 28/25 29/1 29/5 29/22 30/3 30/8 30/9 30/13 30/14 30/16 30/20 30/22 30/23 31/1 31/5 31/7 31/8 31/23 32/4 32/7 32/20 37/24
**placed [2]** 48/16 49/1
**placement [7]** 47/9 47/11 47/12 47/15 49/12
**plaintiff [3]** 1/10 2/2 4/6
**PLAINTIFF'S [5]** 3/4 3/8 16/5 38/18 74/7
**plan [1]** 6/24
**planned [1]** 6/6
**planning [3]** 40/11 53/4 53/5
**plans [1]** 6/20
**play [11]** 36/14 65/9 72/9 72/10 72/11 72/12 72/18 72/25 73/5 73/8 116/24
**played [5]** 8/10 8/16 36/21 65/11 117/11
**playing [1]** 11/21 40/25
**please [20]** 4/5 5/1 11/17 14/22 21/15 22/10 22/19 32/15 38/19 40/7 46/6 60/17 66/14 66/17 66/23 74/8 91/21 119/25 121/10 121/13
**PLLC [1]** 2/14
**point [5]** 5/1 45/14 51/23 85/7 100/5
**points [1]** 100/7
**ponytail [2]** 24/25 25/13
**pop [9]** 40/1 43/25 57/21 57/25 58/2 58/6 58/9 58/13 67/2
**popular [1]** 67/8
**popularity [2]** 94/2 94/14
**populating [1]** 33/3

**P**

**population [8]** 33/6 89/2 89/3 98/12 102/15 102/21 107/23 116/15
**portion [5]** 24/23 69/21 108/8 120/20 121/5
**portions [2]** 55/25 56/2
**position [2]** 47/5 77/15
**positive [2]** 54/21 54/24
**possibility [3]** 9/12 24/5 102/18
**possible [9]** 21/18 24/3 31/14 93/5 100/11 100/17 100/18 102/16 108/10
**possibly [1]** 10/8
**Postal [1]** 76/3
**posted [1]** 31/2
**poster [1]** 51/3
**posters [2]** 41/9 51/5
**posts [3]** 20/24 33/12 37/2
**potential [2]** 8/9 85/21
**PowerPoint [3]** 55/10 55/13 56/22
**practice [2]** 72/5 75/15 106/9
**precise [1]** 19/25
**predicate [2]** 4/25 5/20
**predominantly [1]** 8/17
**premise [1]** 12/23
**preparing [1]** 27/20
**present [34]** 4/2 10/6 10/14 14/23 66/15 66/18 119/16 121/14
**presently [1]** 4/22
**president [3]** 74/18 77/21 77/22
**PRESIDING [1]** 1/8
**Presley [1]** 12/14
**pretty [5]** 14/25 41/14 42/8 43/15 73/12
**previously [3]** 16/4 16/5 102/5
**primary [1]** 53/10
**principles [4]** 77/8 77/8 77/9 77/11
**printed [1]** 34/15
**prior [4]** 45/10 52/2 61/17 116/11
**private [1]** 75/18
**privileged [1]** 32/10
**probably [2]** 7/18 39/20
**Proceed [1]** 34/19 36/20 91/19
**proceedings [1]** 1/15 15/15 122/9
**process [6]** 20/5 20/11 31/6 95/12 95/25 97/11
**produce [1]** 38/11
**produced [1]** 72/16
**producing [1]** 73/3
**product [8]** 47/9 47/11 47/12 47/15 49/12 76/13 113/4 113/5
**products [7]** 43/2 47/15 48/25 87/16 87/19 90/22 112/18
**profession [1]** 89/8
**program [2]** 7/14 89/10
**programmed [1]** 104/19
**programming [1]** 104/19
**progress [1]** 13/14
**promised [1]** 105/14
**promote [2]** 49/4 54/24
**promoted [1]** 37/4
**promoting [2]** 36/24 54/21
**proper [1]** 12/2
**property [1]** 79/5
**proposals [1]** 6/1
**protect [1]** 46/22
**protected [1]** 5/7
**protective [1]** 22/25
**prove [1]** 12/9
**provide [6]** 14/9 106/23 109/6 109/7 114/19 116/6
**provided [14]** 79/19 79/20 79/22 80/8 90/2 92/8 106/22 111/16 111/19 112/8 112/10 114/25 115/8 116/8
**provides [1]** 95/11
**providing [1]** 85/21
**public [2]** 11/22 78/8
**publish [2]** 56/23 79/2
**published [1]** 79/14
**publishes [2]** 79/3 79/4
**publishing [1]** 79/12
**Pullins [1]** 31/22 99/21

**Punk [4]** 82/24 83/22 96/9 96/10
**purchase [6]** 115/25 96/22 96/23 96/23 96/24 117/15
**purchased [9]** 10/22 10/22 10/24 86/3 96/24 108/9 108/11 108/19 108/20
**purchasers [2]** 107/24 111/23
**purple [6]** 23/25 24/23 24/24 25/3 25/13 36/2
**purported [1]** 109/20
**pursuant [2]** 4/14 122/6
**put [14]** 8/14 11/2 21/5 22/15 31/19 34/13 34/20 40/7 62/21 62/25 69/21 87/16 87/20 88/3
**puts [7]** 87/12 87/17 87/20 88/2 89/17 112/3 112/18
**putting [2]** 47/15 49/15

**Q**

**qualification [2]** 85/1 114/7
**qualified [6]** 84/3 86/24 87/1 88/10 109/3 109/14
**qualify [2]** 106/4 114/7
**qualifying [1]** 5/15
**quality [2]** 106/19 107/11
**Queen [3]** 16/19 16/21 25/12
**question [34]** 4/20 6/14 30/11 30/25 60/25 64/1 71/11 87/11 87/15 87/18 87/19 88/1 89/16 89/18 90/9 95/8 97/18 97/22 97/25 98/18 106/1 107/2 107/7 109/5 110/19 111/1 112/2 112/21 114/24 115/3 115/9 115/24 117/23 121/4
**questions [26]** 9/22 19/21 32/14 37/6 37/8 74/2 87/3 87/5 87/7 87/8 87/9 87/22 87/23 87/24 89/11 91/4 91/17 98/22 104/19 104/20 105/6 106/3 112/1 114/7 115/21 117/16
**quick [2]** 101/5 103/21
**quickly [3]** 10/4 14/5 82/16

**R**

**R-a-c-h-e-l [1]** 38/21
**race [5]** 115/12 115/15 115/16 116/2 116/14
**races [2]** 116/16 116/19
**RACHEL [4]** 3/7 38/17 38/18 38/21
**racing [1]** 15/20
**rad [1]** 43/11
**rainbow [1]** 22/25
**raise [1]** 70/13
**ran [1]** 78/14
**RANAHAN [1]** 2/11
**random [2]** 69/23 106/25
**randomly [3]** 84/3 87/2 97/12
**range [3]** 76/22 99/9 102/22
**rare [1]** 80/21
**Ray [2]** 95/18 95/20
**reach [1]** 107/8
**reached [4]** 106/6 106/13 106/14 107/3
**reaction [1]** 51/19
**read [6]** 4/21 41/22 54/18 59/13 68/22 90/7
**readily [1]** 12/6
**reading [1]** 68/23
**real [2]** 72/18 121/3
**realized [1]** 15/21
**really [3]** 14/4 72/11 94/24
**reason [6]** 9/18 10/9 46/11 71/13 85/6 121/1
**reasons [4]** 44/16 98/10 111/24
**rebut [3]** 8/17 9/14 10/15
**rebuttal [5]** 7/25 8/1 8/7 8/9 8/13
**rebutting [1]** 10/7
**recall [25]** 23/22 40/25 51/24 51/25 54/20 57/13 57/23 57/25 63/12 63/13 64/18 64/21 65/13 67/21 67/25 68/4 110/17 110/19 110/21 111/3 111/6 111/7 111/8 111/12 115/24
**recap [1]** 103/21
**receive [3]** 53/21 57/11 88/22
**received [39]** 3/9 3/17 6/9 17/1 17/2 17/12 17/13 17/22 17/23 18/5 18/6 18/15 18/16 18/24 18/25 19/16 19/17 22/7 22/8 35/6 35/8 35/9 51/17 53/17 53/18 54/2 56/5 56/5 56/13 56/14 57/1 57/2 59/4 59/5 66/10 66/11 105/23 106/5

**recent [2]** 37/13 88/16
**recently [2]** 53/23 30/25
**recess [7]** 14/19 14/21 15/25 66/13 66/16 121/15 121/16
**recognition [1]** 94/12
**recognize [1]** 53/16
**recollection [4]** 68/7 68/25 69/3 69/6
**recommendation [2]** 54/13 54/20
**recommendations [1]** 54/11
**record [9]** 4/6 4/25 8/23 34/11 38/9 38/20 72/25 74/9 118/13
**RECROSS [4]** 3/4 3/15 27/17 73/15
**RECROSS-EXAMINATION [1]** 27/17 73/15
**reddish [1]** 24/24
**REDIRECT [4]** 3/4 3/15 37/10 71/1
**reels [1]** 36/23
**refer [4]** 90/10 94/9 94/12 94/13
**reference [4]** 44/10 51/11 95/9 118/9
**referenced [1]** 50/2
**references [1]** 30/4
**referencing [1]** 42/22
**referred [2]** 90/12 90/13
**referring [4]** 63/21 64/3 65/2 99/13
**refers [1]** 63/18
**reflect [2]** 114/8 116/15
**reflected [2]** 62/6 114/5
**refresh [4]** 68/7 68/25 69/3 69/6
**regarding [1]** 109/20
**regardless [4]** 24/6 32/19 38/3 77/11
**Reginae [1]** 99/23
**regulations [1]** 122/11
**reinvent [1]** 60/9
**reinventing [2]** 60/8 60/21
**relatable [1]** 20/20
**relative [1]** 101/24
**release [1]** 11/1 28/4
**released [9]** 16/21 17/7 17/17 18/20 19/8 19/12 40/9 62/3 62/4
**relevant [11]** 10/20 30/1 108/2 110/12 110/16 112/23 113/1 113/8 113/10 113/12 118/21
**reliable [1]** 109/21
**remain [1]** 77/11
**remember [28]** 20/25 26/12 26/17 32/25 44/9 44/19 44/21 44/23 45/9 45/10 46/20 50/14 53/6 53/19 64/25 65/15 65/18 65/24 66/2 66/14 67/23 67/24 69/9 70/9 70/10 88/16 110/21 121/10
**remembered [2]** 52/1 65/20
**remind [3]** 7/6 42/15 94/20
**reminded [3]** 16/3 43/19 44/24
**Remix [5]** 62/9 62/10 62/15 72/1 72/2
**remove [2]** 120/6 120/16
**repeat [2]** 64/1 71/11
**rephrase [1]** 20/9
**report [5]** 91/14 118/25 119/4 119/22 119/24
**reported [2]** 121/17 122/8
**Reporter [1]** 79/4 122/16
**REPORTER'S [1]** 1/15
**represent [3]** 88/21 89/2 98/11
**representation [1]** 71/7
**represented [2]** 107/20 116/19
**represents [1]** 102/14
**requested [1]** 29/24
**require [1]** 107/12
**required [1]** 98/14
**requires [1]** 102/23
**research [15]** 42/3 54/5 54/7 54/8 55/17 65/1 74/18 75/10 75/11 75/12 76/11 76/16 79/2 79/3 79/5
**researchers [1]** 86/21
**respect [2]** 4/19 47/5
**respond [3]** 6/18 27/8 43/14
**responded [1]** 70/7
**respondent [1]** 117/14
**respondents [8]** 85/22 92/19 105/10 105/11 105/14 108/1 108/9 115/13
**responding [1]** 9/5
**response [2]** 9/13 90/9 92/6
**responses [7]** 89/13 89/25 90/1 90/3 90/7

**R**

responses... [2] 92/7 112/10
responsible [2] 62/25 63/7
rest [1] 10/2
result [1] 12/1
results [18] 77/3 88/19 92/20 92/24 93/1 93/8
98/11 98/11 98/16 98/22 100/2 100/5 100/6
100/7 100/11 101/15 109/20 120/4
resume [1] 77/3
retain [1] 77/2
retained [4] 77/14 77/17 80/6 80/11
return [1] 66/22
reuse [1] 97/5
reverse [3] 113/3 113/11 113/15
review [4] 82/16 110/5 110/6 111/22
reviewed [7] 35/12 35/24 36/18 37/16 57/5
114/14 114/17
revision [1] 13/15
RICHTER [1] 2/8
right [104] 6/16 8/5 13/16 14/25 19/8 19/11
19/25 21/5 23/4 24/16 25/10 26/15 34/16
34/25 34/25 35/14 35/17 36/1 36/10 40/9
41/18 43/11 43/14 46/9 47/18 53/8 53/13
53/18 54/5 55/5 55/8 55/15 55/21 57/9 58/2
58/19 59/8 62/9 63/16 63/19 63/22 64/4 65/4
65/25 67/3 67/19 68/21 69/19 69/25 70/10
70/19 71/18 71/25 72/25 73/18 73/21 82/16
86/17 87/12 94/5 96/14 102/24 103/3 104/5
104/8 104/12 104/21 104/24 105/13 105/18
105/20 105/24 106/13 107/15 107/21 107/24
108/5 108/9 109/1 109/18 109/21 110/5 111/5
111/11 112/3 112/7 112/11 112/13 112/21
112/24 113/11 114/2 114/12 114/20 115/19
117/9 117/15 117/20 118/22 120/8 120/11
120/18 120/21 121/6
right-hand [2] 53/18 59/8
Rihanna [1] 99/8
road [2] 2/15 9/24
Robert [1] 5/9
rock [4] 72/10 72/11 73/10 73/24
Rocker [2] 82/24 83/22 96/10
Rodriguez [3] 31/22 99/22 99/22
room [1] 73/7
rooted [2] 24/23 24/24
row [4] 7/9 35/17 92/10 98/19
RPR [1] 1/19
rule [1] 34/8
ruling [1] 5/2
run [1] 75/10
running [2] 39/9 78/10
runs [2] 33/18 54/7
runway [21] 20/19 21/9 23/8 23/10 24/8 24/10
24/11 24/18 24/21 25/11 25/15 25/18 25/19
25/24 26/3 27/2 27/6 29/19 30/10 30/16 32/22

**S**

Sad [1] 44/5
said [45] 5/11 9/21 19/25 21/10 26/19 30/19
30/19 30/20 32/24 33/2 35/21 36/17 36/17
36/25 37/16 41/4 42/20 44/3 44/4 48/3 50/17
60/1 60/12 60/18 60/24 76/18 88/4 89/9 90/5
90/5 90/5 90/6 92/14 94/20 99/12 99/15 104/8
105/23 110/11 112/15 112/15 114/15 114/17
115/5 115/10
same [19] 19/25 27/25 28/8 33/7 55/24 77/8
77/9 83/2 92/9 94/10 94/11 95/25 96/2 96/4
97/5 97/17 104/3 109/3 111/24
sample [2] 57/5 98/15
samples [1] 112/5
Santa [3] 1/16 1/20 4/1
sat [2] 60/24 61/2
save [1] 14/13
saved [1] 11/7
saw [20] 24/12 34/12 35/16 35/21 45/4 45/15
45/21 84/2 87/2 88/11 93/23 98/5 105/10
114/21 114/22 115/4 115/5 115/10 121/5
121/6
say [25] 23/19 23/24 25/4 29/18 31/5 46/23
59/9 60/11 61/13 69/24 72/11 81/20 85/10
saying [7] 11/10 21/18 40/3 43/13 57/25
115/1 117/1
says [15] 23/21 31/2 31/3 31/13 41/21 43/25
46/18 54/14 55/8 56/16 59/7 59/10 59/14
62/14 68/20
scenarios [1] 93/16
scholarly [1] 79/2
school [4] 7/13 78/22 78/24 79/10
science [2] 78/9 78/19
SCOLNICK [3] 2/3 4/8 38/22
scope [1] 9/5 9/9 9/11
screen [14] 21/5 21/19 34/20 84/16 87/8
89/16 90/7 92/10 93/24 103/8 115/12 117/13
117/19 117/21
screening [1] 114/10
screenshot [1] 34/16
screenshots [1] 34/18
scroll [1] 43/23
scrolled [1] 37/18
scrolling [2] 37/23 38/3
search [2] 42/17 32/5 64/23 67/22
searched [8] 42/5 64/15 64/18 65/20 65/22
67/23 67/24 73/18
searches [1] 22/23
season [1] 60/9
seated [1] 35/8
second [14] 13/6 31/5 43/24 54/13 59/9 65/8
66/23 68/16 75/1 92/10 93/8 93/10 94/20 97/4
seconds [1] 15/14
section [2] 102/21 122/6
see [82] 5/24 8/11 10/8 10/16 12/13 16/16
21/21 23/2 26/24 31/10 33/12 36/10 36/12
37/22 37/25 38/4 41/18 44/23 51/9 51/11
54/11 54/13 55/4 55/5 56/16 57/4 59/10 61/7
61/10 62/14 66/23 68/7 68/13 68/16 82/8
83/25 84/4 84/16 84/23 85/7 85/13 87/2 87/8
89/15 89/19 89/25 90/20 91/14 92/9 92/10
92/12 93/1 93/6 93/20 94/8 94/11 94/13 94/16
95/14 96/2 96/4 96/8 97/12 97/13 98/19 99/3
99/12 100/14 100/20 103/1 103/2 103/11
103/13 105/11 110/23 110/25 113/13 118/7
118/17 118/18 119/6 121/13
seeing [8] 25/9 33/22 44/19 44/23 65/13 68/4
83/3 93/24
seek [3] 13/21 14/3 14/4
seem [3] 9/9 10/19 45/6
seen [18] 20/19 23/18 26/10 31/1 31/11 33/10
35/20 35/23 36/15 36/17 36/19 36/23 37/1
37/4 51/3 51/5 65/14 71/17
SEFFENS [3] 1/19 122/15 122/16
selecting [2] 62/25 113/20
self [2] 104/12 104/13
self-administered [2] 104/12 104/13
sells [1] 120/14
SELNA [1] 1/8
send [2] 44/8 65/23
sent [9] 42/19 43/6 44/2 44/6 44/11 44/12
44/16 65/14 69/16
separate [4] 11/9 97/8 104/2 120/5
series [5] 55/1 55/2 62/3 71/22 71/25
served [1] 79/17
service [3] 76/3 85/21 88/24
services [3] 87/16 87/19 90/23
set [4] 13/17 62/18 64/23 100/10
setting [2] 5/20 31/9
seven [1] 78/6
Shadow [4] 82/20 83/12 119/2 119/14
Shall [1] 74/3
shared [3] 43/3 64/13 65/17
SHARON [3] 1/19 122/15 122/16
Sharpen [1] 12/20
she [64] 7/12 7/17 7/18 7/21 8/9 8/13 8/13
8/14 9/17 9/19 10/20 10/21 10/22 10/24 10/24
15/12 15/13 15/20 15/21 17/12 18/20 19/8
19/12 20/14 24/21 26/2 26/3 26/8 30/3 30/4
32/12 34/11 34/11 35/17 35/21 35/22 35/22
35/25 36/6 36/7 36/17 36/17 36/17 36/19

**36**/24 37/2 39/18 39/19 40/3 40/19 40/21
40/25 42/9 43/24 43/24 43/25 44/25 67/1
68/1 68/4 70/10 94/16 117/5
she's [1] 36/18
shelf [2] 48/9 103/3
shelves [1] 47/16
SHEPPARD [1] 2/8
Shir [1] 63/11
Shir-Ami [1] 63/11
shirt [1] 51/8
shocked [1] 51/21
shoe [4] 15/17 15/18 15/19 15/21
shoes [1] 16/10
short [4] 6/5 6/13 106/5 106/9
should [3] 14/11 98/13 117/6
shouldn't [3] 8/14 9/12 69/1
show [11] 12/9 12/10 21/14 31/20 35/17
47/13 82/7 82/10 93/13 110/24 119/6
showed [14] 20/25 27/2 35/24 70/5 82/13
88/12 95/16 95/23 112/5 112/6 117/25 119/1
119/1 120/1
showing [5] 17/15 18/8 34/16 111/5 111/6
shown [23] 21/4 21/12 28/10 38/5 81/6 83/4
88/9 91/4 97/10 113/13 119/8 119/11 119/12
119/14 119/24 120/8 120/10 120/13 120/15
120/18 120/20 120/24 120/25
shows [7] 15/9 20/19 28/10 28/13 28/15
82/17 84/19
side [5] 24/16 25/1 25/13 53/18 76/25
significant [2] 102/3 102/10
similar [5] 24/11 93/17 96/19 100/10 101/18
similarities [1] 70/13
simpler [1] 107/2
simply [1] 93/18
simulated [1] 11/21
since [5] 26/21 28/21 31/16 40/11 116/3
singer [2] 44/1 67/2
single [3] 34/8 60/9 90/15
sir [5] 30/24 109/3 111/1 114/24 121/4
sister [7] 17/15 18/8 19/5 19/11 20/17 25/12
28/1
sisters [1] 49/6
sit [1] 49/20
site [1] 24/13
sits [1] 7/8
Siwa [2] 59/15 60/19
six [1] 53/17
size [1] 98/15
skewed [1] 115/1
skews [3] 111/10 114/1 114/3
slide [27] 11/18 13/4 57/4 74/22 82/12 82/14
83/7 83/9 83/19 84/23 87/6 87/7 87/23 89/25
90/18 90/19 92/2 95/11 95/13 95/14 96/2
98/23 98/24 101/6 112/5 118/7 118/19
slides [2] 83/1 119/1
slightly [1] 114/24
small [4] 47/23 60/10 85/23 106/5
smaller [2] 35/23 35/25
Smith [3] 8/9 8/16 10/18
snippet [1] 36/14
so [152]
sold [2] 62/18 98/5
solid [2] 8/11 54/14
some [49] 5/13 6/21 7/12 8/17 8/22 9/13
13/22 35/22 37/18 39/8 47/13 49/21 60/24
61/2 62/18 63/21 64/3 65/1 71/20 72/21 76/18
79/23 84/10 84/11 84/15 87/22 87/23 89/25
90/1 92/13 95/3 98/21 99/5 99/9 99/12 106/15
106/19 106/22 106/25 108/8 108/10 112/5
113/14 115/16 116/18 119/1 120/15 120/20
121/5
some-odd [1] 120/15
somebody [6] 12/7 12/11 12/13 12/14 12/15
86/24
somehow [1] 69/13
someone [13] 13/5 16/18 26/11 39/15 42/3
42/5 42/22 51/15 63/9 89/14 95/17 105/3
107/3
someone's [1] 103/1

## S

something [13] 7/14 29/2 60/8 68/7 68/21
69/2 82/9 82/9 96/11 96/14 96/16 103/2 109/1
sometimes [5] 39/25 40/2 75/18 77/18 80/10
somewhere [2] 57/18 117/18
song [10] 42/4 42/17 43/15 64/10 65/15 65/22
65/24 66/3 68/5 69/7
Sonix [3] 72/4 72/5 73/11
Sony [1] 72/16
sorry [8] 30/11 55/7 60/16 71/11 109/5 110/8
117/1 119/21
sort [6] 35/22 54/10 55/4 60/21 68/20 102/24
sorts [1] 12/24
sound [3] 19/8 19/11 46/9
source [3] 30/17 87/9 90/22
South [2] 2/12 46/21
South America [1] 46/21
SOUTHERN [1] 1/6
space [1] 60/10
speak [3] 50/22 79/9 107/12
Speaking [1] 49/11
special [1] 7/11
specialized [2] 79/24 85/21
specializes [1] 85/21
specific [3] 58/24 59/21 115/6
specifically [8] 9/16 59/20 61/1 63/6 65/24
85/10 115/18 116/13
specification [1] 99/19
specifying [2] 92/14 99/13
speculation [1] 33/14
speeches [1] 32/15
spelled [3] 73/20 74/11 118/1
spelling [3] 38/20 70/21 74/9
spend [3] 6/20 27/19 39/21
Spice [4] 19/3 19/5 19/8 99/8
Spicy [2] 19/6 19/11
splashed [2] 44/1 67/2
split [1] 15/6
spoke [3] 8/24 19/2 79/10
SpongeBob [1] 96/14
spring [4] 16/22 17/7 19/12 27/25
SquarePants [1] 96/14
staff [2] 104/24 105/1
standing [1] 27/13
stands [1] 10/13
start [16] 16/13 16/18 39/8 41/20 56/9 58/25
64/7 84/9 117/6 117/10 119/7
started [1] 64/8
starting [2] 20/6 20/12 35/22 54/4
state [8] 4/5 4/17 9/14 9/15 10/16 38/19 74/8
79/21
stated [1] 9/16
statement [1] 94/1
statements [2] 76/9 93/25
STATES [6] 1/4 1/19 76/3 94/18 122/7 122/11
stayed [1] 29/1
stealing [1] 27/10
stenographically [1] 122/8
step [2] 38/15 74/5
STEPHENS [12] 3/5 7/1 9/1 15/20 16/5 16/8
27/19 29/1 31/10 34/22 37/12 73/2
steps [1] 106/20
stick [1] 77/15
still [5] 8/5 16/3 34/1 53/1 77/15
stimuli [1] 117/25
stomach [1] 25/23
stood [1] 60/22
store [2] 48/13 103/3
stores [2] 103/11 103/14
strategy [3] 74/19 78/10 78/15
STRAWN [2] 2/11 76/23
Street [2] 1/20 2/9
strength [2] 100/6 100/8
stricken [1] 32/16
string [1] 66/24
study [6] 55/15 55/20 56/17 57/4 57/6 102/1
style [3] 19/25 20/16 40/21
styles [1] 21/5
subject [2] 55/5 55/8

## T

T-shirt [1] 51/8
T.I [2] 1/11 4/4
T.I. [1] 51/5
T.I. Harris [1] 51/5
Tab [1] 55/12
table [2] 16/16 76/25
take [11] 10/19 12/24 15/23 21/14 28/25
66/12 70/16 80/12 89/8 96/12 121/8
taken [2] 91/24 110/17
taking [3] 90/2 106/21 108/10
talk [19] 28/9 39/24 40/1 40/3 40/5 40/16
40/19 40/21 40/23 41/17 43/23 46/7 74/20
74/21 75/17 78/17 80/25 84/21 117/24
talked [9] 6/12 27/24 35/16 56/11 71/20 73/2
80/10 101/8 111/24
talking [17] 12/5 13/3 42/4 42/6 42/21 44/5
44/17 45/1 45/11 45/12 67/19 69/13 79/16
102/15 102/19 111/15 112/1
taller [2] 47/22 48/2
Tameka [4] 33/2 33/6 84/12 94/16

submit [3] 6/5 6/8 6/19
submitted [1] 6/24 7/15 15/19 21/10
subpoena [5] 4/10 5/2
subpoenaed [1] 51/20
subsequent [1] 10/12
subsequently [1] 9/8
subset [1] 101/8
substantial [4] 91/9 91/24 102/2 102/9
successful [1] 49/8
such [6] 62/8 78/8 99/7 103/1 111/6 114/25
sue [1] 79/25
sued [1] 76/2
Sugar [2] 17/15 17/17
suggest [1] 44/17
suggested [2] 21/7 54/15
suggesting [1] 27/5
suggestion [1] 46/2
Suite [4] 1/20 2/4 2/9 2/15
summary [4] 4/21 5/2 5/12 101/5
Super [11] 62/9 62/15 63/2 71/25 72/4 72/5
73/11 82/21 83/14 84/18 96/8
supervised [1] 104/19
supposed [4] 12/9 52/11 63/4 89/2
sure [28] 6/9 7/18 7/21 8/21 11/10 57/22 64/2
75/10 76/22 78/19 82/17 83/1 84/24 91/22
94/22 98/11 98/18 101/7 106/14 106/20
106/24 107/2 109/2 110/8 110/25 115/7 117/3
118/23
Surprise [74] 5/6 8/18 10/21 10/23 16/9
23/12 33/13 40/9 42/7 42/8 44/24 45/3 45/16
45/23 46/3 46/12 46/17 46/22 47/6 48/2 48/15
48/18 48/19 48/20 48/22 49/1 49/2 49/3 49/4
49/5 49/8 49/24 50/5 50/8 53/8 54/15 59/19
60/5 60/9 61/15 61/20 62/9 62/15 63/2 71/25
72/7 72/8 74/25 75/4 81/15 82/21 83/14 84/19
86/16 90/5 91/5 92/3 92/11 93/2 93/13 96/8
97/15 98/3 99/4 100/14 100/20 101/21 103/12
107/16 108/7 112/6 113/8 114/22
surprised [1] 31/10
surprises [2] 63/3 63/5
Surreal [3] 17/5 17/7 27/24
survey [163]
surveyed [1] 81/5
surveying [1] 108/6
surveys [44] 74/21 74/22 74/23 75/5 75/12
75/16 75/17 75/19 76/2 76/6 76/7 76/7
76/8 76/15 77/7 77/19 77/20 77/24 79/11 80/4
80/8 80/21 80/25 81/2 81/4 81/13 83/25 88/16
98/13 98/14 100/6 100/7 101/6 101/7 101/15
103/22 104/4 106/16 107/6 107/19 108/1
109/6 109/7
Susan [2] 8/6 8/7
Swank [1] 99/8
Sweets [2] 17/15 18/1
Swift [2] 59/15 60/18
switching [2] 57/21 62/2
SWORN [3] 16/5 38/18 74/7

Tameka Harris [2] 33/2 94/16
target [16] 63/7 63/10 54/3 107/20 109/2
109/4 109/11 111/14 117/17 117/19
targeted [2] 53/13
targets [3] 109/25 111/2 111/3
task [1] 106/12
Taylor [2] 59/15 60/18
team [5] 31/20 42/3 42/12 55/17 63/7 63/9
teams [1] 60/3
technician [1] 33/18
technique [1] 79/15
teenage [1] 67/7
teenagers [1] 67/6
tell [6] 6/24 12/3 20/11 24/19 31/21 42/2
44/2 51/1 75/8 75/9 78/18 88/18 101/2 101/3
telling [2] 33/8 33/9
tells [2] 88/19 88/21
ten [3] 39/20 75/6 101/9
ten years [1] 39/20
tend [1] 11/4
term [5] 42/23 42/25 46/24 85/11 108/4
terms [1] 67/24
tertiary [1] 57/15
test [4] 100/4 107/14 107/16 113/6
tested [4] 98/14 118/20 119/18 120/22
testified [5] 9/8 10/21 30/3 34/11 53/3
testify [7] 7/25 9/1 10/12 10/20 77/3 80/13
105/18
testifying [3] 39/3 57/23 69/2
testimony [13] 8/17 9/11 10/13 12/7 12/19
27/20 64/9 79/19 79/20 79/22 80/8 116/11
117/17
than [17] 12/2 21/11 32/13 33/19 33/22 38/4
53/8 70/9 77/23 79/19 95/2 97/2 106/3 107/2
110/7 111/14 114/4
thank [15] 7/23 10/3 13/8 13/18 13/19 16/11
27/16 38/15 38/23 66/20 74/5 74/14 85/24
101/4 103/16
Thanks [1] 16/1
that [558]
that's [79] 4/22 5/17 7/3 7/20 9/15 9/17 13/5
14/17 21/10 24/6 25/8 27/7 28/15 29/10 29/15
29/18 31/1 31/3 31/16 34/17 43/24 55/12
55/19 60/8 62/10 77/1 77/18 78/20 78/21
78/22 78/23 78/23 80/14 86/12 86/13 86/18
92/11 92/11 92/13 92/15 93/5 93/23 94/6 94/9
95/11 95/13 95/14 95/20 95/20 99/16 99/18
100/17 102/25 103/4 103/24 104/1 104/3
104/6 104/10 104/22 105/5 105/7 105/9
105/19 106/10 107/18 107/25 108/3 108/6
109/1 110/16 112/8 112/12 112/22 113/19
114/13 117/7 117/16 121/7
their [32] 8/8 10/6 10/13 35/15 57/18 68/2
69/8 73/20 75/13 75/14 77/14 78/1 85/24
89/12 89/17 90/2 92/2 93/14 94/4 94/9 100/21
103/9 104/14 104/14 105/16 105/8 107/10
109/11 110/1 112/18 113/1 115/15
them [50] 6/25 8/12 11/2 11/13 14/3 14/4
14/10 14/10 14/16 31/19 36/24 38/11 49/12
50/2 63/21 68/5 69/8 70/17 71/21 73/18 76/8
77/25 79/2 81/20 83/24 85/10 85/18 85/22
85/24 85/25 88/10 89/5 92/8 95/9 104/8
105/17 106/13 106/15 107/12 108/13 108/15
108/18 111/17 111/18 111/19 111/20 111/21
120/14 121/2
theme [1] 114/12
themselves [3] 60/8 60/21 72/25
then [42] 6/14 8/1 9/22 10/10 13/12 14/10
20/6 20/15 31/20 43/13 43/14 44/10 48/5
50/16 51/17 51/21 57/8 64/15 75/1 76/4 78/5
79/4 81/1 82/22 84/18 85/13 87/3 87/15 87/18
88/4 89/23 92/12 92/13 94/15 97/25 98/21
99/12 99/19 104/15 104/14 120/14 120/19
there [68] 5/13 5/13 6/14 6/16 6/17 9/12 10/8
11/13 11/22 11/23 13/20 14/5 14/11 20/21
21/11 21/13 22/19 23/15 23/24 24/3 24/4 24/5
29/1 31/21 34/25 35/18 36/1 36/9 36/10 36/23
37/25 41/25 41/25 42/17 43/18 45/19 45/22
46/2 46/8 46/21 46/24 51/16 55/5 56/1 58/24

**T**

**there... [24]** 59/21 66/24 70/18 74/22 78/3
78/5 82/18 92/18 92/24 98/2 99/9 100/11
101/10 101/12 101/24 101/25 102/16 102/18
106/15 106/19 114/14 114/16 119/17 120/22
**there's [13]** 68/20 81/4 81/7 82/12 83/22 87/6
87/22 91/12 91/23 93/8 98/13 101/7 102/16
**these [68]** 8/22 14/6 19/2 22/15 23/3 23/5
23/7 23/10 23/12 25/5 30/3 42/11 44/13 47/18
48/16 48/25 49/8 62/6 62/17 62/21 62/25 63/6
63/8 63/18 64/3 70/13 72/19 72/22 73/6 79/6
79/8 79/9 84/6 84/8 84/10 84/11 85/1 87/8
87/23 90/1 90/3 90/8 90/10 91/2 93/16 93/24
95/10 95/16 95/20 95/25 97/17 98/17 98/18
98/25 100/5 100/13 104/22 106/6 111/16
112/13 119/20 120/1 120/3 120/8 120/9
120/10 120/18 121/2
**they [121]** 5/13 6/19 10/10 10/14 10/23 14/9
16/16 23/14 27/5 27/7 27/9 27/11 28/8 29/24
29/25 30/2 36/16 36/19 40/11 42/20 44/4
44/17 45/1 45/11 45/12 48/9 48/19 49/5 52/1
52/11 60/5 60/20 60/21 60/22 62/4 62/18 70/5
71/5 71/7 72/9 72/10 72/11 72/11 73/8
76/9 76/10 77/2 81/25 82/8 82/9 84/2 84/3
84/3 85/7 85/24 86/1 86/1 87/1 87/1 87/13
87/18 87/18 88/1 88/4 88/5 88/25 88/25 89/7
89/9 89/19 89/20 89/20 89/21 89/22 89/23
92/3 92/5 93/2 93/3 93/4 93/5 93/6 93/9 94/4
94/9 94/11 94/13 95/19 96/2 96/4 97/7 97/19
97/25 97/25 99/13 100/5 100/14 100/15
100/15 100/16 100/20 100/21 100/23 100/24
104/12 105/4 105/6 105/15 105/20 105/23
106/3 106/4 106/22 106/23 107/10 108/18
109/22 111/5 111/15 117/14
**they're [13]** 33/12 67/18 76/5 80/21 88/12
90/2 90/3 90/3 93/6 98/3 98/9 100/9 105/22
113/14
**they've [2]** 106/22 108/19
**thing [10]** 4/17 13/20 15/3 15/22 20/2 34/14
34/15 60/22 65/6 82/8
**things [13]** 12/24 20/19 29/6 30/18 34/17 37/1
39/9 40/3 76/16 81/6 90/8 99/9 112/6
**think [50]** 5/18 6/13 7/8 7/18 9/2 9/23 9/24
10/1 11/1 14/5 19/18 21/4 26/10 34/6 34/8
35/4 44/4 44/9 44/12 44/22 51/15 52/4 52/9
52/11 56/1 59/8 65/5 66/12 67/18 67/18 81/25
82/8 87/20 88/1 88/5 94/25 100/14 100/15
100/24 102/6 103/2 106/22 112/19 115/3
115/7 115/9 115/9 116/22 117/4 117/5
**thinking [2]** 75/14 83/2
**thinks [1]** 12/2
**third [2]** 94/4 94/8
**this [202]**
**this was [1]** 60/2
**Thompson [1]** 63/11
**those [47]** 6/11 9/3 9/5 9/8 22/13 27/8 30/7
30/8 31/19 37/13 40/14 51/2 74/22 75/18
75/22 76/16 78/6 80/12 82/21 88/24 90/18
93/2 93/3 93/4 98/21 99/9 99/23 101/1 101/3
101/8 101/9 101/19 101/23 103/5 103/7 104/4
104/7 104/9 112/8 114/7 115/8 115/21 119/6
119/17 119/19 119/25 120/23
**though [2]** 53/1 63/16
**thought [8]** 6/6 42/5 42/20 64/11 73/3 102/1
107/1 110/11
**thousand [4]** 77/23 88/11 92/1 102/15
**thousands [1]** 102/20
**three [11]** 21/11 36/2 36/7 75/15 78/15 79/14
87/8 92/15 104/5 104/9 118/11
**three percent [1]** 92/15
**three-part [1]** 118/11
**threshold [1]** 5/25
**through [13]** 5/16 13/14 14/3 14/11 23/2
37/23 57/14 64/22 68/16 83/1 98/16 116/24
117/3
**throughout [1]** 94/17
**Thursday [1]** 15/2
**Thus [1]** 6/9
**ticket [2]** 7/7 15/9

**tickets [1]** 15/4
**time [36]** 6/1 14/11 14/17 14/24 27/6 27/25
29/15 30/10 30/19 30/22 30/23 37/21 39/10 39/21
40/5 49/2 50/19 57/12 60/15 60/19 67/8 67/13
71/6 77/23 85/25 103/10 114/13 115/14
115/20 115/22 116/1
**times [4]** 50/25 51/2 71/21 79/17 106/15
**Tiny [3]** 33/18 51/5 99/21
**tired [1]** 33/21
**Title [1]** 122/7
**today [12]** 8/12 8/12 33/10 36/17 60/20 64/9
74/20 75/17 79/16 101/8 116/11 120/4
**together [6]** 24/24 26/9 42/8 48/20 62/22 63/5
**told [4]** 51/16 52/1 65/20 102/23
**tomorrow [1]** 6/25
**too [1]** 33/3
**took [5]** 16/4 28/23 30/8 33/2 107/8
**top [12]** 35/18 36/1 43/14 54/4 55/4 56/16
67/17 69/21 92/10 95/18 98/19 112/19
**topic [2]** 4/21 6/12
**topics [4]** 57/21 62/2 79/8 79/9
**Tori [1]** 70/21
**Tot [8]** 10/24 20/14 20/21 25/12 28/3 28/7
48/5 49/15
**total [7]** 81/1 82/19 82/24 101/7 101/9 120/12
120/22
**totally [1]** 97/8
**Tots [10]** 8/18 48/20 49/1 49/6 49/8 53/8
62/19 62/22 63/4 63/4
**towards [2]** 54/10 55/4
**toy [6]** 29/3 48/8 49/7 92/12 92/13 112/13
**trade [10]** 75/24 80/1 118/2 118/11 118/15
118/17 118/18 119/1 120/7 120/16
**trademark [7]** 46/21 46/23 76/5 76/6 79/4
79/23 118/17
**trademarks [1]** 79/5
**transcript [4]** 1/9 1/15 122/8 122/10
**Tregillis [3]** 8/7 10/5 10/9
**trial [2]** 1/12 38/1
**tried [1]** 49/11
**true [15]** 9/19 16/19 17/16 17/25 24/6 46/4
54/14 76/16 80/13 93/16 101/19 101/23 104/5
110/2 122/7
**truth [2]** 9/4 9/16
**try [2]** 42/5 49/17
**trying [7]** 9/25 10/5 27/11 29/2 44/9 49/7
64/18
**turn [12]** 22/10 22/19 29/21 30/7 30/12 32/6
42/23 53/15 56/22 58/15 62/2 94/19
**turned [4]** 30/15 31/23 32/20 102/1
**TV [1]** 47/13
**tweeted [1]** 61/21
**twice [1]** 115/9
**two [40]** 6/10 6/13 23/22 23/22 25/14 26/3
26/6 26/8 27/22 27/23 28/11 28/14 31/2 31/13
44/13 54/11 54/16 71/22 74/21 74/22 75/5
76/16 79/1 79/10 79/14 80/25 81/4 81/13
84/17 84/19 92/24 100/11 101/6 101/7 102/23
103/2 103/7 103/22 107/6 109/6
**two minutes [1]** 27/22
**two years [3]** 23/22 23/22 28/11
**TX [2]** 2/9 2/15
**type [5]** 11/24 31/17 73/4 80/16 85/3
**typed [1]** 90/8
**types [1]** 13/2
**typically [4]** 48/8 48/11 91/8 106/8
**typing [3]** 90/3 104/14 105/8

**U**

**U.S [2]** 116/16 122/16
**ultimately [1]** 63/15
**umbrella [1]** 48/22
**unboxing [1]** 63/3
**under [9]** 16/4 29/6 31/1 34/7 48/19 48/21
61/15 85/13 93/10
**underlying [1]** 12/23
**underneath [5]** 46/18 55/8 62/14 68/20 68/22
**understand [16]** 7/11 7/24 8/22 9/12 11/25
14/15 27/7 33/5 33/8 60/3 70/3 75/13 107/7

**109/5 113/1 118/15**
**understanding [5]** 21/7 27/5 77/3 95/4 50/7
105/21
**understood [4]** 5/22 6/3 6/23 14/8
**unfair [1]** 9/2
**Unfortunately [1]** 60/10
**UNITED [6]** 1/4 1/19 76/3 94/17 122/7 122/11
**University [1]** 78/20
**unlikely [1]** 106/8
**until [6]** 5/20 14/19 33/10 35/24 37/5 121/12
**unusual [3]** 48/23 100/5 106/16
**up [38]** 5/20 5/24 6/1 11/8 12/20 14/20 20/12
21/5 26/18 26/24 27/13 31/9 33/9 33/19 34/11
37/8 38/5 40/7 41/7 43/8 43/23 44/3 44/3 51/5
55/4 67/13 67/17 69/21 77/13 80/12 81/7 87/6
93/24 95/21 98/19 98/22 106/18 107/11
**update [1]** 5/23
**uploaded [1]** 22/16
**upper [1]** 57/19
**ups [1]** 106/15
**Uptown [2]** 82/23 83/20
**us [18]** 5/23 6/11 7/3 13/13 24/19 30/21 42/2
42/22 45/12 46/23 75/8 75/9 78/18 94/20
98/16 101/5 102/23 116/10
**use [11]** 13/4 20/18 22/16 29/8 31/18 75/12
76/8 77/8 79/11 86/22 113/20
**used [28]** 20/23 28/19 28/21 28/24 29/15
29/18 30/2 30/10 30/13 30/15 31/5 32/7 32/21
42/23 43/21 69/2 82/4 82/6 85/8 85/11 85/20
87/12 88/24 96/3 96/12 108/4 113/22 117/25
**using [3]** 29/10 29/12 46/24
**usually [2]** 57/18 67/12

**V**

**V.P [1]** 54/4
**vague [2]** 29/12 33/15
**validations [1]** 106/19
**validity [1]** 100/3
**Vargas [1]** 21/18
**varies [1]** 91/11
**variety [1]** 116/19
**vary [1]** 77/9
**vast [1]** 77/24
**versions [2]** 36/2 119/2
**versus [4]** 4/4 47/23 55/20 113/3
**very [10]** 6/5 14/18 35/20 45/1 49/7 64/8
80/22 81/20 84/9 88/15 94/5 98/8 106/16
106/16
**video [18]** 8/10 36/14 37/5 37/25 42/20 43/18
44/22 45/4 45/6 45/9 45/15 45/21 47/13 65/4
65/8 66/3 69/19 74/1
**videotape [2]** 36/21 65/11
**videotaped [1]** 117/11
**view [6]** 4/22 5/2 5/17 6/4 10/1 44/19
**viewed [7]** 84/3 87/14 87/17 87/21 97/19
97/23 112/3
**violet [1]** 24/23
**visited [2]** 103/11 103/14
**visual [2]** 12/18 43/18
**VOL [1]** 1/12 121/17
**Von [1]** 2/4
**vs [1]** 1/10

**W**

**walk [1]** 98/16
**walking [1]** 51/16
**wall [1]** 51/6
**want [24]** 4/24 5/8 5/22 6/18 7/21 9/23 16/13
20/16 20/21 21/14 28/9 39/9 40/5 46/7 56/8
56/9 61/16 83/24 86/18 86/19 106/8 110/24
110/25 113/1
**wanted [5]** 11/13 13/4 16/11 49/4 68/4
**wants [3]** 8/25 34/10 117/5
**was [173]**
**wasn't [9]** 11/1 30/11 35/25 36/18 44/10
59/21 60/11 65/2 102/5
**watched [5]** 44/22 65/4 65/5 65/6 66/2
**way [16]** 7/21 15/13 38/5 43/8 50/2 50/11
62/22 77/17 84/15 85/24 88/12 92/25 95/3

**W**

**way...** [3] 98/5 112/25 115/1
**ways** [2] 49/11 92/24
**we** [164]
**we'll** [3] 121/9 121/12 121/15
**we're** [3] 83/2 89/15 102/15
**we've** [5] 46/7 71/21 75/19 77/23 117/17
**wear** [2] 20/22 51/8
**wearing** [2] 20/15 36/7
**WEDNESDAY** [1] 4/1
**week** [3] 16/18 19/2 39/23
**weeks** [1] 36/25
**well** [31] 6/7 9/10 61/19 62/17 64/7 84/8 89/15 92/7 92/20 93/11 93/19 93/20 93/21 94/8 94/9 94/17 95/17 95/19 98/10 100/19 100/25 101/19 101/22 102/6 102/19 114/5 114/15 118/6 118/17 118/18 119/21
**well-known** [1] 102/19
**went** [9] 4/20 32/24 37/18 64/15 70/9 103/10 115/16 116/3 116/17
**were** [138]
**weren't** [7] 11/3 45/1 60/17 60/20 111/19 114/24 120/8
**West** [1] 1/20
**Westheimer** [1] 2/15
**WESTMORELAND** [7] 2/8 4/12 8/2 11/7 52/15 66/19 71/22
**what** [102] 7/21 7/25 8/11 8/18 9/17 10/11 10/16 12/5 12/9 15/9 20/14 20/16 21/21 21/10 22/17 22/22 22/22 24/17 25/17 26/19 27/12 28/10 28/15 31/3 35/11 36/10 41/14 42/17 43/5 43/10 44/2 44/21 44/23 46/23 47/5 47/11 48/15 51/19 54/24 55/19 56/8 59/12 59/25 60/25 62/10 64/18 67/5 72/2 72/5 73/23 73/25 74/17 74/20 75/13 75/13 77/2 77/18 78/1 81/22 82/3 82/10 82/18 82/24 83/3 83/3 86/24 87/5 87/13 87/19 88/5 88/18 88/25 89/13 89/15 90/17 91/8 92/7 92/22 94/7 94/21 94/24 95/14 95/23 96/17 97/14 99/13 100/9 100/12 102/19 104/16 109/2 109/10 109/15 110/7 113/7 115/4 115/10 115/15 117/1 118/23 119/10
**what's** [7] 34/25 35/14 35/17 47/20 77/10 118/4 118/19
**whatever** [2] 31/17 31/18
**when** [40] 7/17 8/11 10/2 11/5 12/24 13/3 20/11 20/15 24/10 27/6 29/3 31/9 42/14 44/12 49/2 49/8 50/14 50/16 51/23 52/1 59/25 60/19 62/18 64/18 67/13 72/11 73/18 73/22 77/7 82/6 93/1 93/6 93/12 93/20 100/19 102/18 103/1 103/10 107/5 109/17
**where** [27] 5/14 12/3 13/16 14/9 14/17 15/11 30/4 30/18 30/18 31/17 31/17 36/24 54/14 55/2 55/7 59/7 59/10 61/24 64/8 67/1 67/17 69/18 76/5 79/18 79/25 87/10 113/4
**wherever** [1] 105/3
**whether** [39] 9/19 14/5 24/6 32/19 47/12 61/21 66/2 67/25 69/6 74/24 75/3 75/24 76/6 77/13 81/23 81/25 82/8 86/8 88/1 89/14 94/23 94/25 97/15 101/11 101/13 107/14 107/16 108/15 108/18 110/9 110/9 111/1 113/1 113/14 116/8 116/10 116/22 118/1 118/5
**which** [23] 7/6 13/17 20/17 49/12 75/6 75/16 75/20 76/2 79/4 79/24 80/2 82/6 82/7 84/19 84/20 86/20 95/25 97/20 98/1 101/2 101/3 113/13 116/21
**while** [3] 51/15 65/21 77/20
**white** [2] 111/5 111/7
**who** [86] 7/8 9/7 10/7 10/21 12/6 12/11 12/14 12/15 13/5 15/4 15/18 16/18 17/17 22/13 23/5 12/22 36/6 43/25 45/19 51/24 52/2 53/10 59/17 59/23 60/5 60/10 62/17 62/21 62/24 70/3 70/5 70/7 70/11 71/5 78/4 78/6 84/21 84/25 85/6 85/15 86/3 86/9 86/10 86/11 86/12 86/13 86/15 87/11 88/8 88/11 89/16 91/4 95/5 95/6 95/7 95/9 95/10 95/15 95/15 95/17 95/24 95/25 96/11 96/13 96/16 96/18 96/22 96/23 96/24 98/5 98/17 99/14 102/17 108/24 109/25 111/2 111/3 111/15 111/22 112/2

12/18 114/7 114/11 120/13 120/15
**whoever** [1] 87/18 88/1
**whole** [5] 34/14 34/15 88/22 89/3 97/4
**whose** [1] 8/10
**why** [21] 8/13 8/14 9/12 41/20 43/8 44/8 44/16 45/8 45/18 46/20 48/25 64/6 80/20 81/3 84/6 86/5 90/10 98/9 102/13 107/5 110/25
**wide** [3] 76/22 99/9 102/22
**widespread** [1] 94/12
**will** [50] 6/18 7/12 7/16 8/11 8/23 10/18 13/7 13/15 14/1 14/4 14/19 15/1 15/13 17/1 17/12 17/22 18/5 18/15 18/24 19/19 20/9 22/7 32/16 35/5 35/8 38/13 39/8 53/15 54/1 54/10 54/11 55/12 56/13 56/16 56/22 57/1 57/4 58/15 59/4 66/10 66/12 66/13 68/19 73/8 75/17 77/9 77/16 77/22 110/8 121/8
**winks** [1] 58/13
**WINSTON** [2] 2/11 76/23
**wise** [1] 56/6
**wish** [1] 73/8
**within** [3] 47/12 57/9 88/22
**without** [9] 70/3 92/14 95/9 99/13 99/19 120/21 120/25 121/2 121/6
**witness** [23] 7/10 8/14 10/20 14/2 14/10 14/11 15/11 16/5 20/8 21/15 29/25 34/7 38/17 38/18 52/14 56/4 60/13 68/23 69/1 70/25 74/3 74/7 79/17
**witness's** [1] 21/19
**witnesses** [5] 3/4 3/15 9/7 9/7 11/9
**Womaack** [1] 24/20
**Womack** [10] 21/8 24/12 24/16 24/17 25/1 26/6 27/3 27/6 31/22 99/22
**Womack's** [4] 25/14 25/17 25/21 26/1
**woman** [1] 10/21
**women** [3] 23/5 23/25 24/7
**won't** [1] 90/7
**wondering** [1] 77/13
**word** [3] 22/17 22/22 118/4
**words** [7] 42/18 43/21 64/23 89/12 89/18 90/2 100/6
**work** [16] 5/5 5/6 5/23 39/11 39/13 43/8 52/22 75/15 75/16 76/19 78/1 78/11 80/23 81/1 81/4 109/7
**worked** [4] 63/5 70/19 76/22 78/13
**working** [4] 29/3 31/16 42/11 45/16
**works** [2] 95/12 114/6
**world** [1] 121/3
**would** [80] 4/16 5/4 6/5 8/19 9/2 9/5 9/6 9/7 9/23 9/24 10/1 10/7 10/11 11/1 11/23 14/13 14/17 22/19 23/19 25/3 33/7 35/1 35/3 36/23 38/8 38/9 45/11 45/22 55/19 56/2 58/6 59/17 60/5 60/9 60/20 60/25 61/13 64/1 64/7 65/8 68/7 68/22 70/2 71/6 85/15 86/7 86/12 86/13 91/11 91/22 93/11 96/22 96/23 97/13 97/25 100/10 102/2 102/9 104/15 105/3 105/6 106/8 106/8 107/5 109/3 109/14 109/15 110/6 110/23 111/13 112/25 113/10 113/12 113/13 113/15 114/2 114/4 114/5 117/1
**wouldn't** [12] 45/12 86/18 96/15 102/10 105/15 110/12 110/15 111/7 111/17 111/18 111/20 111/21
**writing** [1] 60/19
**written** [2] 59/12 93/25
**wrong** [4] 44/4 67/18 86/7 109/23
**wrote** [3] 67/1 67/17 104/18

**Y**

**yeah** [2] 57/20 72/13
**year** [7] 28/8 41/5 41/6 50/12 50/12 79/10 117/15
**years** [30] 23/18 23/19 23/20 23/22 23/22 24/2 28/7 28/11 28/14 29/4 31/2 31/11 31/13 39/20 39/20 40/13 45/10 45/13 45/24 47/3 65/19 71/8 71/14 76/13 76/22 77/22 78/10 79/14 82/7 117/19
**years ago** [1] 28/14
**yes** [197]
**yesterday** [19] 4/15 6/12 11/11 14/8 14/16

19/21 20/24 21/12 21/24 23/5 26/19 26/21 31/8 33/6 34/16 91/3 104/7 126/25
**yet** [4] 21/17 69/12 116/1 118/20
**you** [547]
**you'd** [5] 71/17 79/25 86/17 86/19 105/21
**you'll** [1] 53/17
**you're** [19] 13/3 16/3 33/8 52/24 53/1 83/3 93/24 105/11 108/15 108/21 109/2 113/7 114/8 115/4 115/11 117/21 118/23 119/3 121/11
**you've** [14] 26/10 29/10 29/15 31/4 35/20 37/1 43/10 43/13 47/24 51/2 77/20 80/16 106/9 116/3
**young** [1] 37/14
**younger** [1] 35/21
**youngest** [1] 53/11
**your** [169]
**yourself** [3] 68/22 89/5 100/3
**YouTube** [5] 35/22 55/3 64/22 67/22 69/16 70/5

**Z**

**zero** [14] 90/21 90/21 90/22 90/23 92/9 92/16 92/20 99/1 99/19 100/2 100/7 100/13 101/15 112/15
**zero percent** [8] 90/21 90/22 90/23 92/9 92/16 100/13 101/15 112/15
**Zonnique** [2] 31/22 99/21
**zoom** [2] 59/7 119/24