John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: (713) 431-7100

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA
"TINY" HARRIS, OMG GIRLZ LLC,
and Counter-Claimants
GRAND HUSTLE, LLC, PRETTY
HUSTLE, LLC and OMG GIRLZ LLC

Valerie E. Alter (SBN: 239905)
valter@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Jiepu (Bobby) Li (SBN: 342224)
bli@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | **Case No. 2:20-cv-11548-JVS-AGR**<br><br>**DEFENDANTS' / COUNTERCLAIMANTS' NOTICE OF MOTION AND MOTION FOR NEW TRIAL AND FOR JUDGMENT AS A MATTER OF LAW ON PLAINTIFF / COUNTER-DEFENDANTS' FIRST AMENDMENT DEFENSE**<br><br>Date: August 14, 2023<br>Time: 1:30 P.M.<br>Place: Courtroom 10C<br>Judge: Hon. James V. Selna<br><br>Complaint Filed: December 22, 2020<br>Trial Date: May 9, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 4, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable James V. Selna, United States District Judge, in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants and Counterclaimants will, and hereby do, move the above-entitled Court, before Honorable James V. Selna, for a new trial and for judgment as a matter of law in favor of Defendants-Counterclaimants pursuant to Federal Rule of Civil Procedure 50 and 59 as follows:

1. A new trial because MGA's defense that its L.O.L. Surprise! O.M.G. Dolls were expressive works entitled to First Amendment protection and the accompanying *Rogers* instruction were erroneous based on the recent Supreme Court decision in *Jack Daniel's Prop. Inc. v. VIP Prods. LLC*, 143 S. Ct. 1578, 1587 (2023).

2. Judgment as a matter of law and a new trial on the trade dress and right of publicity claims because MGA's CEO Isaac Larian testified the OMG Dolls express no message.

3. A new trial is because the jury was erroneously instructed that the OMG Girlz were required to establish secondary meaning to prevail.

4. A new trial based on key evidentiary errors that substantially affected the verdict and caused the OMG Girlz prejudice.

The motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities in support thereof, trial transcripts and exhibits, all pleadings and papers on file in this action, such other evidence or arguments as may be presented to the Court, and such other matters of which this Court may take judicial

1 | notice.
2 |       This Motion is made following the conference of counsel pursuant to Local Rule
3 | 7-3, which took place on June 27, 2023.

<div style="margin-left: 3em;">

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ *John R. Keville*
    John R. Keville
    *Attorney for Defendants*
    CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28