| | |
|---|---|
| John R. Keville (*pro hac vice*)<br>jkeville@sheppardmullin.com<br>Robert L. Green (*pro hac vice*)<br>rgreen@sheppardmullin.com<br>Chante B. Westmoreland (*pro hac vice*)<br>cwestmoreland@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002<br>Telephone: (713) 431-7100 | Valerie E. Alter (SBN: 239905)<br>valter@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br><br>Jiepu (Bobby) Li (SBN: 342224)<br>bli@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700 |

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA
"TINY" HARRIS, OMG GIRLZ LLC, and
*Counter-Claimants* GRAND HUSTLE, LLC,
PRETTY HUSTLE, LLC and OMG GIRLZ LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>        Counter-Claimants,<br><br>        vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>        Counter-Defendants. | **Case No. 2:20-cv-11548-JVS-AGR**<br><br>**DEFENDANTS' / COUNTERCLAIMANTS' NOTICE OF APPEAL** |

NOTICE is hereby given that Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, and OMG GIRLZ, LLC and Counterclaimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG GIRLZ, LLC (collectively, "The OMG Girlz") appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Judgment entered on June, 13, 2023 (Dkt. No. 777), together with all subsidiary rulings, orders and decisions underlying that Judgment, including but not limited to: (i) the Court's Summary Judgment Order (Dkts. 323, 326), and denial of reconsideration of the same (Dkt. 325), granting summary judgment against the OMG Girlz on their trademark claims, statutory right of publicity claims, unfair competition claims, and a portion of their trade dress and common law right of publicity claims; (ii) the Court's jury instruction on MGA's First Amendment *Rogers* defense against trade dress infringement (Dkt. 789 [5/26/23(AM)] at 61:19-62:15), including based on the subsequent change in law in *Jack Daniel's Prop. Inc. v. VIP Prods. LLC*, 143 S. Ct. 1578 (2023); (iii) the Court's jury instruction on MGA's First Amendment defense against the common law right of publicity claim (*id.* at 64:1-11); (iv) the Court's jury instruction that the OMG Girlz were required to prove their trade dress had secondary meaning and excluding the option for inherent distinctiveness (*id.* at 55:6-14); (v) the Court's denial of the OMG Girlz' Rule 50(a) motions on MGA's First Amendment defenses (*id.* 28:20-22; 29:1-6, 23), and any subsequent denial of the outstanding Motion for New Trial and for Judgment as a Matter of Law (Dkt. 813); (vi) the Court's pretrial and trial evidentiary rulings (*e.g.*, Dkt. 502; 5/8/23 Tr. at 12:3-22; Dkt. 781 [5/10/23(AM)] at 15:4-14; 5/23/23(PM) at 86:21-87:15; Dkt. 788 at 66:9-67:1; Dkt. 788 at 105:23-106:15); (vii) Order excluding emotional damages (Dkt. 521); and (viii) Order denying spoliation sanctions (Dkt. 478).

| | |
|---|---|
| 1    Dated: July 13, 2023 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |

By: /s/ *John R. Keville*
    John R. Keville

*Attorney for Defendants CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC*