| | |
|---|---|
| John R. Keville (*pro hac vice*)<br>jkeville@sheppardmullin.com<br>Robert L. Green (*pro hac vice*)<br>rgreen@sheppardmullin.com<br>Chante B. Westmoreland (*pro hac vice*)<br>cwestmoreland@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002<br>Telephone: (713) 431-7100 | Valerie E. Alter (SBN: 239905)<br>valter@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br><br>Jiepu (Bobby) Li (SBN: 342224)<br>bli@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700 |

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and *Counter-Claimants* GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | **Case No. 2:20-cv-11548-JVS-AGR**<br><br>**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Ninth Circuit Rule 3-2 states that "a party filing an appeal shall attach to the notice a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel, if any."

Defendants-Appellants Clifford "T.I." Harris, Tameka "Tiny" Harris, and OMG GIRLZ, LLC and Counterclaimants-Appellants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG GIRLZ, LLC are represented by the following counsel:

John R. Keville

jkeville@sheppardmullin.com

Robert L. Green

rgreen@sheppardmullin.com

Chante B. Westmoreland

cwestmoreland@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP

700 Louisiana Street, Suite 2750

Houston, TX 77002

Telephone: (713) 431-7100

Valerie E. Alter (SBN: 239905)

valter@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP

1901 Avenue of the Stars, Suite 1600

Los Angeles, CA 90067

Telephone: (310) 228-3700

Jiepu (Bobby) Li (SBN: 342224)

bli@winston.com

WINSTON & STRAWN LLP

333 S. Grand Avenue

Los Angeles, CA 90071-1543

Telephone: (213) 615-1700

Plaintiffs-Appellees MGA Entertainment, Inc. and Isaac Larian are represented by the following counsel:

Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Chase A. Scolnick (SBN 227631)
cscolnick@kelleranderle.com
Jay P. Barron (SBN 245654)
jbarron@kelleranderle.com
KELLER / ANDERLE LLP
18300 Von Karman Ave., Ste. 930
Irvine, California 92612
Telephone: (949) 476-8700

Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
UMBERG ZIPSER LLP
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052

Elizabeth Lachman (SBN 261644)
ELachman@mgae.com
MGA ENTERTAINMENT, INC.
9220 Winnetka Avenue
Chatsworth, CA 91311
Telephone: (818) 894-2525

| | | |
|---|---|---|
| 2 | Dated: July 13, 2023 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 4 | | By: /s/ *John R. Keville* |
| 5 | | John R. Keville |
| 6 | | *Attorney for Defendants CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC* |