| | |
|---|---|
| John R. Keville (*pro hac vice*)<br>jkeville@sheppardmullin.com<br>Robert L. Green (*pro hac vice*)<br>rgreen@sheppardmullin.com<br>Chante B. Westmoreland (*pro hac vice*)<br>cwestmoreland@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002<br>Telephone: (713) 431-7100 | Valerie E. Alter (SBN: 239905)<br>valter@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br><br>Jiepu (Bobby) Li (SBN: 342224)<br>bli@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700 |

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and
*Counter-Claimants* GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC.,<br>a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | **Case No. 2:20-cv-11548-JVS-AGR**<br><br>**DECLARATION OF CHANTE B. WESTMORELAND IN SUPPORT OF DEFENDANTS' / COUNTERCLAIMANTS' RESPONSE TO MGA'S MOTION FOR ATTORNEYS' FEES** |

1. I am an attorney at the law firm of Sheppard Mullin Richter & Hampton LLP, and counsel of record for Defendants' Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counterclaimants Grand Hustle, LLC, Pretty Hustle LLC and OMG Girlz LLC (collectively, "OMG Girlz") in this matter. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to these facts under oath. I submit this declaration in support of Defendants' and Counterclaimants' Response to MGA's Motion for Attorneys' Fees.

2. I was previously an attorney with Winston & Strawn LLP and joined this case as an associate in February 2022. After changing law firms, I was again retained to continue representing Defendants and Counterclaimants. Following the first trial, John Keville, also from the law firm of Sheppard Mullin, was retained as lead counsel in the case.

3. As of February 2022, MGA had produced just over 3,000 documents. Many of the documents themselves seemed highly irrelevant to the case, and it was difficult to determine which of the OMG Girlz' Requests for Production MGA's existing documents were intended to be responsive to, given that MGA had objected to over half of the RFPs.

4. After meeting and conferring to attempt to reach a joint stipulation, we moved *ex parte* for a brief extension to the schedule to perform the discovery that appeared to be lacking. This extension was granted. Due to the short nature of the extension, we immediately worked to identify deficiencies and communicate these to MGA's counsel. Attached as **Exhibit 1** are true and correct copies of three discovery letters sent from Erin Ranahan to Mark Finkelstein dated February 28, 2022 and March 8, 2022.

5. One deficiency we discovered was in MGA's Supplemental Responses to Counterclaimants Pretty Hustle, LLC's Special Interrogatories, Set One dated January 14, 2022, a true and correct copy of which is attached as **Exhibit 2**.

6. Interrogatory No. 5 asked MGA to state its "annual dollar and unit volume of sales and/or anticipated annual dollar and unit volume of sales, by doll, in the United States for the L.O.L. Surprise! O.M.G. brand dolls starting from 2016 to present." Kathy Brandon, VP of Research and Consumer Insights, was listed as a "person with knowledge" in this interrogatory response. A true and correct copy of Ms. Brandon's Deposition Transcript is attached as **Exhibit 14**. During the deposition of Kathy Brandon, I inquired about her basis for the response, and she explained that the figure provided was showing "point-of-sale" data, meaning "consumers purchasing at a store as opposed to retailers purchasing from [MGA]." MGA's counsel objected several times during this line of questioning, stating that Ms. Brandon was not the person "most knowledgeable" despite the sworn interrogatory response to the contrary. Ex. 14 at 150:2-158:17 .

7. I asked Pedro Crisanti and Nick Conteras about these same issues, and they confirmed that this response did not reflect MGA's revenue or sales. Attached as **Exhibit 12** (30(b)(6) Deposition Transcript of Pedro Cristani dated March 24, 2022) at 70:23-71:4 and **Exhibit 13** (30(b)(6) Deposition Transcript of Nick Contreras dated April 11, 2022) at 79:23-79:25 attached to this declaration.

8. It took three different 30(b)(6) depositions between March and April 2022 to determine that what MGA had provided as its "annual dollar and unit volume of sales" was actually an irrelevant figure that the OMG Girlz had been relying on since January 2022.

9. One impediment to advancing discovery quickly was MGA's insistence that Counterclaimants had failed to identify which dolls were at issue and were therefore limited in what discovery could be sought. We reiterated that the entire line of OMG Dolls had been at issue. Another issue was MGA's reluctance, and sometimes refusal, to provide deposition dates for their witnesses until they had had the opportunity to depose ours. MGA also refused to supplement its RFP responses or negotiate additional

search terms, saying that the prior counsel had agreed to select and run their own searches. MGA also failed to explain how document custodians were selected or why they differed from the individuals disclosed in MGA's initial disclosures.

10. These delays necessitated intervention by Magistrate Judge Rosenberg who encouraged the parties to work together in the abbreviated amount of time remaining, and put further pressure on the parties to conduct nearly 20 depositions in a one month period. Attached as **Exhibit 3** is a true and correct copy of the March 15, 2022 hearing transcript with Magistrate Judge Rosenberg.

11. When documents were produced, they often occurred a day or two before a custodians deposition. Sometimes, documents were not received until after the deposition had concluded. For example, although Lora Stephens was deposed on April 1, 2022, MGA did not produce the majority of her documents until April 12. Blanche Consorti was deposed on April 27, two days after her documents were produced by MGA. Attached as **Exhibit 4** is a true and correct copy of Ms. Consorti's deposition transcript, taken on April 27, 2022 by Zoom.

12. Attached as **Exhibit 5** is a true and correct excerpt of the deposition transcript of Paula Garcia, taken on April 13, 2022 by Zoom.

13. Attached as **Exhibit 6** is a true and correct excerpt of the 30(b)(6) deposition transcript of Kotomi Nanjo, taken on April 1, 2022 by Zoom.

14. Attached as **Exhibit 7** is a true and correct excerpt of the 30(b)(6) deposition transcript of Lora Stephens, taken on April 1, 2022 by Zoom.

15. Attached as **Exhibit 8** is a true and correct excerpt of the deposition transcript of Isaac Larian, taken on April 8, 2022 by Zoom.

16. Attached as **Exhibit 9** is a true and correct excerpt of the Trial Transcript held on the morning of January 18, 2023.

17. Attached as **Exhibit 10** is a true and correct excerpt of the Trial Transcript held on the morning of January 19, 2023.

18. Attached as **Exhibit 11** are true and correct excerpts of Plaintiff's and Counter-Defendants' time entries as filed with the Court (Dkt. 801-1).

19. Attached as **Exhibit 15** is a true and correct copy of the Trial Transcript held on the morning of January 20, 2023.

20. Attached as **Exhibit 16** is a true and correct copy of the Trial Transcript held on the afternoon of May 24, 2023.

21. Attached as **Exhibit 17** is a true and correct copy of the Trial Transcript held on the morning of January 24, 2023.

22. Attached as **Exhibit 18** is a true and correct copy of the Trial Transcript held on the afternoon of May 10, 2023.

23. Attached as **Exhibit 19** is a true and correct copy of the Trial Transcript held on the afternoon of May 23, 2023.

I declare under penalty of perjury, under the laws of the United States that the above is true and correct. Executed on July 17, 2023 at Houston, Texas.

Dated: July 17, 2023

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ *Chante B. Westmoreland*
    Chante B. Westmoreland

*Attorney for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and *Counter-Claimants* GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

DECLARATION OF CHANTE B. WESTMORELAND IN SUPPORT OF DEFENDANTS'/COUNTERCLAIMANTS' RESPONSE TO MGA'S MOTION FOR ATTORNEYS' FEES