1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3           HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE

4    MGA ENTERTAINMENT, INC.,              )
                                           )
5                                          )
                                           )
6                         Plaintiff,       )
                                           )
7                                          )
                                           )
8           Vs.                            )   No. CV20-11548-JVS
                                           )
9                                          )
                                           )
10   CLIFFORD T.I. HARRIS, ET AL.,         )
                                           )
11                                         )
                                           )
12                        Defendants.      )
                                           )
13   _____      )

14

15

16              REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                      *JURY TRIAL, DAY 9*

18                          *VOLUME II*

19                     SANTA ANA, CALIFORNIA

20                   WEDNESDAY, MAY 24, 2023

21

22

23   MIRIAM V. BAIRD, CSR 11893, CCRA
     OFFICIAL U.S. DISTRICT COURT REPORTER
24   350 WEST FIRST STREET
     FOURTH FLOOR
25   LOS ANGELES, CALIFORNIA 90012
     MVB11893@AOL.COM

```
1                    A P P E A R A N C E S

2

3    ON BEHALF OF THE PLAINTIFF,      CHASE SCOLNICK
     MGA ENTERTAINMENT, INC.,:        JENNIFER L. KELLER
4                                     KELLER ANDERLE, LLP
                                      18300 VON KARMAN AVENUE
5                                     SUITE 930
                                      IRVINE, CA 92612
6
                                      - AND -
7
                                      MARK A. FINKELSTEIN
8                                     UMBERG ZIPSER, LLP
                                      1920 MAIN STREET
9                                     SUITE 750
                                      IRVINE, CA 92614
10

11

12

13

14
     ON BEHALF OF THE DEFENDANTS,     ERIN R. RANAHAN
15   CLIFFORD T.I. HARRIS, ET         WINSTON STRAWN, LLP
     AL.,:                            333 SOUTH GRAND AVENUE
16                                    38TH FLOOR
                                      LOS ANGELES, CA 90071--
17
                                      - AND -
18
                                      JOHN KEVILLE
19                                    CHANTE WESTMORELAND
                                      D'IVORY LAMAR
20                                    SHEPPARD MULLIN RICHTER
                                      HAMPTON, LLP
21                                    700 LOUISIANA STREET
                                      SUITE 2750
22                                    HOUSTON, TX 77002

23

24

25
```

1                          <u>INDEX</u>

2    <u>WITNESS:</u>                                    <u>PAGE:</u>

3

4    **Bruce Isaacson, Plaintiff witness, previously**        5
     **sworn**
5    **CROSS-EXAMINATION RESUMED**                           5
     **REDIRECT EXAMINATION**                               22
6    **RECROSS-EXAMINATION**                                26
     <u>**Isaac Larian, Plaintiff witness, sworn**</u>          28
7    **DIRECT EXAMINATION**                                 28
     **CROSS-EXAMINATION**                                  82
8
                                    * * * * *
9

10   <u>EXHIBITS:</u>

11   Exhibit 707 received                          27
     Exhibit 5082 marked for identification        48
12   Exhibit 5082 received                         49
     Exhibit 5083 received                         52
13   Exhibit 5084 received                         53
     Exhibit 5084 received                         54
14   Exhibit 5452 received                         55
     Exhibit 5094 received                         57
15   Exhibit 5095 received                         57
     Exhibit 664 received                          60
16   Exhibit 5099 received                         68
     Exhibit 710 received                          89
17                                  * * * * *

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

|     |     |
| --- | --- |
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 01:31PM | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 01:32PM | 10 |

SANTA ANA, CALIFORNIA; WEDNESDAY, MAY 24, 2023; 1:31 P.M.

---

THE COURT:  Before we resume with the testimony, Ms. Vargas has sent out another iteration of the jury instructions, docket 524, at 2:30 a.m., but that does not reflect the brief at 751 filed at 12:52, and it does not reflect the brief at 750 filed at about 11:50.  And it only partially reflects the brief filed at -- filed very early this morning at 7:47.

I hope to review those this afternoon in the hopes that they will provide further focus for the discussion we have at the end of the court day.

Is anything further coming?

MS. KELLER:  You know, Your Honor, just that I want to correct a misstatement that I made for the record.  This is -- I've -- I shouldn't attribute it to age, but I'm going to.

I misrepresented that my witness's deposition contained the 20 percent figure.  I actually confused it with their expert's deposition that I had read last night again. So I approached Ms. Westmoreland and told her that I had made that mistake.

THE COURT:  How would you like to cure it?

MS. KELLER:  Well, I -- I'm sure Ms. Westmoreland has her ideas.  I'm thinking that on redirect I'll probably

|       |    |                                                                       |
|-------|----|-----------------------------------------------------------------------|
|       | 1  | just ask the witness about the fact that it was in their              |
|       | 2  | witness's deposition.  I can -- well, I can question him              |
|       | 3  | about that.  She talked about 20 percent.  She talked about           |
|       | 4  | 12 percent.                                                           |
| 01:33PM | 5  | THE COURT:  That's fine.                                            |
|       | 6  | Ms. Westmoreland, if you want to handle it in your                    |
|       | 7  | cross, fine.  Otherwise Ms. Keller will take it up --                 |
|       | 8  | whatever you want to do.                                              |
|       | 9  | MS. WESTMORELAND:  Sure.  Thank you.                                  |
| 01:33PM | 10 | THE COURT:  Okay.                                                   |
|       | 11 | Let's bring the jury in, please.                                      |
|       | 12 | THE CLERK:  All rise for the jury.                                    |
|       | 13 | (Open court - jury present)                                           |
|       | 14 | THE COURT:  Ms. Westmoreland.                                         |
| 01:34PM | 15 | MS. WESTMORELAND:  Thank you, Your Honor.                           |
|       | 16 | **CROSS-EXAMINATION RESUMED**                                         |
|       | 17 | **Bruce Isaacson, Plaintiff witness, previously sworn**              |
|       | 18 | BY MS. WESTMORELAND:                                                  |
|       | 19 | Q.   Dr. Isaacson, just before the break we were discussing          |
| 01:34PM | 20 | four of the dolls that you tested in your                           |
|       | 21 | likelihood-of-confusion survey.  Do you remember that?               |
|       | 22 | A.   Yes.                                                            |
|       | 23 | Q.   And it's the four on page 9 of your report?                     |
|       | 24 | A.   Yes.  I see them.                                               |
| 01:35PM | 25 | Q.   This page.  So you agree that for your                         |

|       |                                                                      |
|-------|----------------------------------------------------------------------|
| 1     | likelihood-of-confusion survey, when these individual dolls          |
| 2     | were shown, you did not measure any likelihood of confusion          |
| 3     | as to the OMG Girlz' name, true?                                     |
| 4     | A.    Correct.                                                       |
| 5     | Q.    It wasn't designed to show the name, correct?                  |
| 6     | A.    I'm sorry.  I didn't understand your prior question.  I        |
| 7     | thought you were asking me if the results of the survey were        |
| 8     | zero.                                                                |
| 9     | Q.    Sure.  My question was asking when you showed                  |
| 10    | participants of your survey these four dolls, did you test to       |
| 11    | determine whether or not they were confused by the name?            |
| 12    | A.    I -- for all of the dolls that I showed in the survey, I       |
| 13    | asked the same questions, which would have tested with regard        |
| 14    | to the OMG Girlz in general.                                         |
| 15    |        For these dolls, these four that we're talking                |
| 16    | about, the stimulus, the picture that I showed in the survey,       |
| 17    | did not include the initials OMG.  The initials OMG were            |
| 18    | included in the other five images that I tested in the              |
| 19    | likelihood-of-confusion survey but not in these four.               |
| 20    | Q.    Okay.  I'd like to talk about question six of your             |
| 21    | survey now.  You asked whether respondents think that whoever       |
| 22    | makes or puts out the doll and/or package they were shown           |
| 23    | received permission or approval from another company or             |
| 24    | person, right?  That's at paragraph 74.                             |
| 25    | A.    Yes.  That's correct.                                          |

1    Q.    And the people who said yes to that question or answered

2    affirmatively, they had a chance to explain who they thought

3    provided permission, right?

4    A.    That's correct.

01:37PM    5    Q.    But participants who said anything else, they weren't

6    given a chance to explain who did not give permission,

7    correct?

8    A.    I don't know what it means to explain who did not give

9    permission, but I didn't ask question seven of those people

01:37PM    10    who said "no" or "I don't know" in response to the question

11    asking them whether they think that someone else -- that the

12    maker of the dolls received permission or approval.

13    Q.    So question seven asked who did they believe gave

14    permission, right?

01:37PM    15    A.    Correct -- or approval.

16    Q.    And so is it possible that the people who answered

17    question six saying one did not receive permission, is it

18    possible that they would have been able to answer who they

19    believe did not give permission?

01:38PM    20    A.    I didn't ask people question seven if they said did not

21    receive permission or approval.  The reason I didn't is

22    because that would be a nonsensical question.  The whole

23    universe didn't give permission or approval if you answered

24    no to that question.

01:38PM    25    Q.    So you didn't ask that question?

UNITED STATES DISTRICT COURT

1    A.    I did not ask that question.

2    Q.    Okay.  So switching topics, do you know whether it's

3    possible for a brand to be well known among certain

4    communities but not others?

01:38PM  5    A.    Are you asking me in a legal sense or in a general

6    sense?

7    Q.    How do you take it, just the question?  I'm not sure how

8    to clarify it any more than that.  The question -- I'll

9    repeat it for you.  Do you know whether it's possible for a

01:38PM  10   brand to be well known among certain communities and not

11   others?

12   A.    I guess I'll answer it in a general sense, which is I

13   would expect it's possible that somebody could be well known

14   or something could be well known in one community and not

01:39PM  15   known in another community.

16   Q.    But here you made no independent determination of

17   whether the OMG Girlz would be readily available in the minds

18   of your survey participants, correct?

19   A.    If you're asking me did I do any independent research on

01:39PM  20   that other than my survey, the answer is no, but I believe

21   that my survey sheds light on that particular issue.

22   Q.    So I'll repeat the question.

23         You made no independent determination of whether

24   the OMG Girlz would be readily available in the minds of the

01:39PM  25   survey participants, correct?

|      |     |                                                                                        |
|------|-----|----------------------------------------------------------------------------------------|
|      | 1   | A.   I think my survey was independent verification of                                 |
|      | 2   | whether the OMG Girlz were readily available in the minds of                           |
|      | 3   | survey participants --                                                                  |
|      | 4   | Q.   Was --                                                                             |
| 01:39PM | 5 | A.   -- but I didn't do any measuring of that outside of the                           |
|      | 6   | likelihood of confusion or the likeness survey that I                                  |
|      | 7   | conducted.                                                                              |
|      | 8   | Q.   So the opinion that you just discussed, that was one of                           |
|      | 9   | three possibilities, correct?                                                          |
| 01:40PM | 10 | A.   Really one of two possibilities where both of those                              |
|      | 11  | possibilities could have been true.  But there were three                              |
|      | 12  | outcomes from the survey, that's correct, from each survey.                            |
|      | 13  | Q.   You didn't perform an awareness survey, correct?                                  |
|      | 14  | A.   I did not conduct an awareness survey other than the                              |
| 01:40PM | 15 | confusion survey and the likeness survey that I conducted.                            |
|      | 16  | But I didn't conduct an independent awareness survey.                                  |
|      | 17  | Q.   So you're not definitively saying that the OMG Girlz are                          |
|      | 18  | not well known because you don't have the information to be                            |
|      | 19  | able to state that opinion, right?                                                     |
| 01:40PM | 20 | A.   No, I can't say for sure that they're not well known.                            |
|      | 21  | But if they are well known, then I can say that they're not                            |
|      | 22  | confusingly similar and also that the dolls don't --                                   |
|      | 23  | consumers don't think that the dolls look like the OMG Girlz.                          |
|      | 24  | Q.   Dr. Isaacson, Eveready, the method you used here, it's                            |
| 01:41PM | 25 | appropriate where the senior user is well known among the                             |

```
 1   survey population, right?

 2   A.   It's appropriate in lots of different circumstances, but

 3   one has to be careful about how one interprets it in

 4   scenarios where the senior user isn't well known.

 5   Q.   So in the case of Kreation Juicery, isn't it true that

 6   the Court discounted the weight of your survey because you

 7   had improperly applied the Eveready survey methodology?

 8   A.   The Court in Kreation Juicery did discount the weight of

 9   the survey because of the use of Eveready in that case.

10   Q.   You mentioned when you were speaking with Ms. Keller

11   that you had gone to see O.M.G. dolls at certain retailers,

12   right?

13   A.   Correct.

14   Q.   And you had also performed some online searches, right?

15   A.   Correct.

16   Q.   And you'd searched OMG Girlz on the Walmart* website,

17   right?

18   A.   I believe at my deposition I was shown website pages

19   with searches for OMG Girlz on the -- from the Walmart*

20   website.

21   Q.   Sure.  Let's take a look at that.

22        Do you recall seeing this, Dr. Isaacson?

23   A.   I believe I was shown this at my deposition.

24   Q.   And this is an image of Walmart.com with OMG Girlz in

25   the search bar, correct?
```

01:41PM (line 5)
01:41PM (line 10)
01:42PM (line 15)
01:42PM (line 20)
01:43PM (line 25)

A.    That's correct.

Q.    And then it shows various results for OMG Girlz, correct?

A.    It shows results for OMG Girlz, that's correct, and for L.O.L. Surprise! O.M.G. dolls.

Q.    Let's get to that in a moment.

        MS. WESTMORELAND:  Your Honor, may I publish Exhibit 5 to Dr. Isaacson's deposition?

        THE COURT:  Any objection?

        MS. KELLER:  No objection.

        THE COURT:  You may.

        MS. WESTMORELAND:  So if we can zoom in on the search bar at the top.

BY MS. WESTMORELAND:

Q.    It's pretty small, but you can see that it says OMG Girlz there, correct?

A.    Yes.

Q.    And then down below that, it says results for OMG Girlz?

A.    Yes.

Q.    And let's take a look at the first three results.  It looks like we have two O.M.G. dolls, correct?

A.    We have two L.O.L. Surprise! O.M.G. dolls.  That's correct.

Q.    And their packages, right?

A.    Correct.

```
  1    Q.    And then what's the third result there?

  2    A.    The third result is the OMG Girlz.

  3    Q.    Would this show or demonstrate that the O.M.G. dolls are

  4    sold in proximity to OMG Girlz products?

01:44PM   5    A.    This would be something that could be tested in a survey

  6    if that's what you're asking me.

  7    Q.    It's not.  My question is:  Does this show or

  8    demonstrate that the O.M.G. dolls are sold in proximity to

  9    the OMG Girlz products?

01:44PM  10    A.    It depends what you mean by proximity.  This doesn't

 11    mean that if you go into a Walmart* store, that you would see

 12    OMG Girlz merchandise next to L.O.L. Surprise! O.M.G. dolls.

 13          This also doesn't mean that if you search on

 14    Google, you would see this kind of side-by-side placement.

01:44PM  15    This is one particular context and one particular search.  So

 16    if that's what you mean by proximity, then I'll agree with

 17    you in response to this search at Walmart.com products from

 18    both -- from both parties come up.

 19    Q.    So if you were to search OMG Girlz, with a Z, in Google,

01:45PM  20    for example, do you know whether you could find sponsored

 21    links to MGA's website?

 22    A.    When I searched OMG Girlz on Google.com, I didn't see

 23    links to the dolls.  And when I searched for the dolls on

 24    Google.com, I didn't see links to the OMG Girlz.

01:45PM  25    Q.    You would agree that consumers often use the internet or
```

```
 1    retailers' websites to learn more about products, correct?

 2    A.    Yes.

 3    Q.    Let's talk a little about your likeness survey.  I

 4    believe you told Ms. Keller that this was your first likeness

 5    survey in your career, correct?

 6    A.    Correct.

 7    Q.    Are you aware that the OMG Girlz have accused MGA of

 8    misappropriating their name, image, and likeness?

 9    A.    My understanding is that there is a dispute over all of

10    that, yes.

11    Q.    And you treated the OMG Girlz as celebrities for

12    purposes of this survey, correct?

13    A.    I wouldn't say I treated them as celebrities.  I would

14    say that I did a likeness survey with regard to the OMG

15    Girlz.

16    Q.    Would you please look at paragraph 86 of your expert

17    report.

18    A.    (Witness complies.)

19    Q.    Do you see where it says:  I treated the OMG Girlz as

20    celebrities for purposes of the survey?

21    A.    Yes, I do.

22    Q.    And that means that you treated them as identifiable by

23    consumers on an unaided basis, correct?

24    A.    No, I didn't assume that they're identifiable, but the

25    survey was meant to measure whether the OMG Girlz are
```

1    identifiable when people are shown the O.M.G. dolls, and you

2    referred to that as an unaided test.  I would refer to that

3    as an aided test.

4    Q.    Will you look at -- back at your paragraph 86.

01:47PM    5    A.    (Witness complies.)

6    Q.    Do you see that last sentence where it says meaning

7    without the help of a prompt such as a celebrity name?

8    A.    Yes.  In that sense it's unaided and -- it's both aided

9    and unaided.  It's a little confusing.  It's unaided in the

01:47PM    10    sense that there is no prompt such as the celebrity's name.

11        And that sentence is referring to a reference from

12    someone named Professor McCarthy.  Professor McCarthy is

13    referring to it as an unaided test because there's no prompt

14    with the name.

01:47PM    15        I'd refer to it as an aided test because the prompt

16    is the dolls.  That's the nature of the prompt in the test.

17    So it's both aided in some senses and unaided in other

18    senses.

19    Q.    So you agree that you didn't include their name as a

01:48PM    20    part of the prompt, correct?

21    A.    I did not include the OMG Girlz name as part of the

22    prompt in the likeness survey.

23    Q.    And again, you didn't conduct any awareness survey,

24    true?

01:48PM    25    A.    Correct.  I didn't conduct any independent awareness

```
 1    survey other than the indications from the results of the

 2    confusion survey and the likeness survey.

 3    Q.   And did you review any analytics to try to understand

 4    the OMG Girlz' market?

 5    A.   I'm not sure what you mean by analytics to understand

 6    their market.  My survey didn't measure the OMG Girlz'

 7    market.  It measured the context for the dolls, not for the

 8    OMG Girlz.

 9    Q.   So is that a no, you did not review any data or

10    analytics about the OMG Girlz' market?

11    A.   No, because it wasn't relevant to the surveys I was

12    conducting.

13    Q.   And would it surprise you to know that nearly 70 percent

14    of the OMG Girlz' fans identify as non-white?

15    A.   No, that wouldn't surprise me.

16    Q.   And going back to your likeness survey, each respondent

17    was shown a single doll, correct?

18    A.   In the likeness survey each respondent was shown a

19    single doll.  That's correct.

20    Q.   Okay.  And you didn't show any of these dolls in groups

21    of either three or four in your likeness survey, right?

22    A.   That's correct, because it was a likeness survey.

23    That's correct.

24    Q.   And you didn't show any of MGA's packages either, right?

25    Just the individual dolls?
```

01:48PM (line 5)
01:48PM (line 10)
01:49PM (line 15)
01:49PM (line 20)
01:49PM (line 25)

```
 1    A.    That's correct, again because that's the nature of a
 2    likeness survey.  That's what it tests for, is whether
 3    someone looks like someone else.
 4    Q.    So just to be clear, you didn't test the phrase OMG in
 5    your likeness survey?
 6    A.    That's correct, because the phrase OMG wouldn't be
 7    relevant to a likeness survey.
 8    Q.    I'd like to look at page 22 of the demonstrative that
 9    you used with your counsel.  I think it will come up on the
10    screen in a moment if you don't have it handy.
11          So this example is showing either celebrity
12    impersonators or people who were intentionally dressed up
13    like a particular celebrity, correct?
14    A.    Correct.
15    Q.    And this is what you used in explaining your survey
16    methods here?
17    A.    Yes.
18    Q.    And is this an appropriate analogy here where we're
19    comparing not one human who has given permission to another
20    human to dress up like them, but we're comparing a human and
21    a doll?
22    A.    I'm not sure what the question is.
23    Q.    I asked if this is an appropriate analogy.
24    A.    I think this is a great way to explain how my likeness
25    survey works.
```

01:50PM (line 5)
01:50PM (line 10)
01:50PM (line 15)
01:50PM (line 20)
01:51PM (line 25)

Q.    Are you aware of whether the OMG Girlz are claiming misappropriation of likeness individually as opposed to as a group?

A.    No.

01:51PM   Q.    So your survey didn't test for that, correct?

A.    Didn't test for what?

Q.    For misappropriation of likeness of the group, of the OMG Girlz.

A.    I'll leave that to you and other attorneys to work out.

01:51PM   My survey was relevant to misappropriation of likeness, I believe --

Q.    Sure.  And I'm --

A.    -- based on statutes and precedents relating to misappropriation of likeness.  It's a legal question, I

01:51PM   think, about whether that relates to an individual or a group.  I only measured individuals, though, in the survey.

Q.    Sure.  I'm simply asking you how you designed your survey.  Was your survey designed to test misappropriation of likeness of a group or of individuals?

01:52PM   A.    Everything that I saw about misappropriation for likeness -- for example, in the California Civil Code in McCarthy on trademarks, which we pointed out just a minute ago, talks about whether an individual is readily identifiable.

01:52PM          That's the test that my survey was designed to

test, so I designed the survey consistent with what I understood the code or the relevant guidance to be in treatises and reference materials.

Q.   Are you aware that the code is not at issue in this case?

01:52PM          MS. KELLER:  Objection.  Argumentative.

          THE COURT:  Overruled.

          THE WITNESS:  When I read the counterclaims, I saw claims that were made under the California Civil Code.  And

01:52PM   that was -- that particular section of the civil code was something that I reviewed in designing my survey.

BY MS. WESTMORELAND:

Q.   So your survey was based on what you learned from the code; is that fair?

01:52PM   A.   My survey was designed based on what I learned from the counterclaims from the OMG Girlz.  And then from those counterclaims, I looked at some of the reference documents that were referred to in the counterclaims.

Q.   So just to be clear, your survey did not test for

01:53PM   misappropriation of likeness of a group, correct?

A.   I don't know how to answer the question.  I've given you an answer just now to the best of my ability.  I looked at the codes and I looked at reference materials, and they talk about whether an individual is readily identifiable.  That's

01:53PM   what I measured in the survey.  I'll leave it to you and the

1    attorneys to decide whether that's relevant to a group or

2    not.

3    Q.   Dr. Isaacson, you designed your survey, correct?

4    A.   I did design the survey.

01:53PM  5    Q.   And when you were designing the survey, was it your

6    intention to test whether or not a group had their likeness

7    misappropriated or an individual?

8    A.   I only measured individuals in the survey, but I can't

9    answer the legal question of whether that's --

01:53PM  10   Q.   I'm not asking you a legal question, sir.  I'm just

11   asking you how you designed your survey.

12   A.   Then I don't understand the question.  I'm sorry.  I

13   think I've answered it twice to the best of my ability.

14   Q.   Okay.  So you're not offering any opinions about whether

01:54PM  15   entertainers have iconic looks, right?

16   A.   Correct.

17   Q.   And you're not offering any opinions about whether

18   public figures can have iconic looks?

19   A.   Correct.

01:54PM  20   Q.   And you're not offering any opinions about whether the

21   OMG Girlz had a signature look?

22   A.   Correct.

23   Q.   You're not offering any opinions about whether fame or

24   celebrity status can expire?

01:54PM  25   A.   Correct.

UNITED STATES DISTRICT COURT

```
 1   Q.    And you're not offering any opinions on when or what

 2   time period the OMG Girlz were most popular or most well

 3   known?

 4   A.    Correct.

 5   Q.    Dr. Isaacson, what percentage of your professional time

 6   is spent in litigation matters?

 7   A.    It varies a lot depending on the year and also depending

 8   on the time of year, but it's one of three practice areas in

 9   which I work and that I described earlier today.  I don't

10   know the percentage off the top of my head.

11   Q.    Okay.  Would it be more than 50 percent or less than 50

12   percent?

13   A.    Probably less than 50 percent.

14   Q.    Okay.  But is it a substantial amount of your practice?

15   A.    It is a substantial amount of what I do.

16   Q.    Dr. Isaacson, you're not in a position to comment on

17   whether a survey is a stand-in or a substitute for actual

18   confusion, right?

19   A.    No.  I don't think I could comment on that other than to

20   say that I believe the results of my survey represent the

21   overall population.  So I guess you're asking me a

22   hypothetical.  I'm not sure exactly what you're asking me

23   about.

24   Q.    Sure.  I'm asking whether you feel that you're in a

25   position to comment on whether a survey is a stand-in or a
```

01:54PM — line 5
01:55PM — line 10
01:55PM — line 15
01:55PM — line 20
01:55PM — line 25

1    substitute for actual confusion.

2         MS. KELLER:  Objection, Your Honor.  Beyond the

3    scope of this witness's testimony and calls for a conclusion

4    unsupported by the evidence.

01:56PM  5         THE COURT:  Do you have that opinion?

6         MS. WESTMORELAND:  He was asked about it at his

7    deposition.  I have the page and line.

8         THE COURT:  Overruled.

9         THE WITNESS:  I guess it depends on the nature of

01:56PM 10   the actual confusion that we're talking about.  I testified

11   earlier that a handful of examples of actual confusion

12   wouldn't in my opinion change the -- change my opinions and

13   wouldn't be the same as a survey, which is scientifically

14   conducted among thousands of people.

01:56PM 15        I'm not sure what evidence you're asking me to

16   compare in answering that question.

17   BY MS. WESTMORELAND:

18   Q.   Do you recall previously testifying that you don't think

19   you're in a position to comment on whether a survey is a

01:56PM 20   stand-in or a substitute for actual confusion?

21   A.   Correct, because I don't know what examples you're

22   asking me to compare in terms of the survey, if you're

23   talking about my survey or some other survey, and what

24   examples of actual confusion you're asking me to comment on.

01:57PM 25        Again, as I explained earlier, a handful of

1    examples of actual confusion wouldn't change my mind about

2    the conclusions I've drawn from the survey.

3    Q.    Sure.    I'm asking whether in the context of this case

4    you feel as though you're in a position to comment on whether

01:57PM  5    a survey can stand in for actual confusion.

6    A.    I think I've given you the only answer that I can give

7    you in response to that question.    Again, I don't know about

8    the examples of actual confusion you're asking me to compare.

9    Q.    I'm not asking you to compare anything.    I'm asking

01:57PM  10    whether you feel you were in a position to comment on it, and

11    you previously testified that, no, you weren't.

12            MS. KELLER:    Objection, Your Honor.    Asked and

13    answered several times.

14            THE COURT:    Sustained.

01:58PM  15            MS. WESTMORELAND:    Pass the witness.

16                    **REDIRECT EXAMINATION**

17    BY MS. KELLER:

18    Q.    Dr. Isaacson, you were shown this Exhibit 0005.    Do you

19    have that?

01:58PM  20            MS. KELLER:    Well, before I hand this over to

21    Mr. Stovall --

22    BY MS. KELLER:

23    Q.    That exhibit turned up 47 items, only one of which had

24    anything to do with the OMG Girlz, right?

01:58PM  25    A.    I haven't counted the number of items, but I do see a

page full of items and one item relating to the OMG Girlz on that page.

Q.   And one of the things that turned up was a doll called Sparkle Girlz, G-i-r-l-z, Zuru, Little Friends.  That's on the far right on the first page, correct?

01:59PM

A.   Correct.

Q.   That's not an O.M.G. brand or a band of the girl group, right?

A.   That's correct.  That's another toy company.

01:59PM

Q.   And then if you look on the third page, there's a Sparkle Girlz, with a Z, doll carry case wardrobe for children, right?

A.   Yes.

Q.   And down on the left, Glimma Girlz, with a Z, princess dolls.  Those appear not to be -- not to have anything to do with either party here, right?

01:59PM

A.   That's correct.

Q.   And then if you look over on the far right, you see Moxie Girls Creative Me doll.  That's an MGA product, right?

02:00PM

A.   I don't know who makes Moxie Girls.

Q.   Okay.  I'll represent to you it's an MGA product but not part of the O.M.G. line.

     Then if we look at the next page, we see another Zuru Sparkle Girlz fairy doll, right?

02:00PM

A.   Yes.

1   Q.   And those other dolls presumably, those other little

2   fashion dolls with what looks like colorful hair, right?

3   A.   Yes, in some cases.

4   Q.   The one on the front page, Sparkle Girlz Zuru, has blue

02:00PM  5   hair, pink hair, et cetera, right?

6          MS. KELLER:  Mr. Stovall, could I get your help

7   here.

8   BY MS. KELLER:

9   Q.   And that appears to be by a different doll maker, right?

02:01PM 10   A.   Yes.  It's from a company called Zuru.

11   Q.   And then if we move that over to see next to it the OMG

12   Girlz, are they wearing tutus here or pants?

13          MS. WESTMORELAND:  Objection, Your Honor.  This

14   witness is not here to testify about what these girls are

02:01PM 15   wearing.  This is 403.

16          THE COURT:  Overruled.

17          THE WITNESS:  They all seem to have some kind of

18   pants on.  I can't tell whether one is also wearing a tutu or

19   not.

02:01PM 20   BY MS. KELLER:

21   Q.   Okay.  Going back to the Zuru girls next to them, we see

22   one, two, three, four, maybe five dolls with blue hair.  Is

23   that true, or am I going blind?  Might be four.  And some

24   pink?

02:02PM 25   A.   There are a number of dolls with blue hair and at least

                1    one doll with pink hair.

                2    Q.    So Ms. Westmoreland asked you some questions about the

                3    -- about individual confused consumers, right?  In many

                4    matters involving likelihood-of-confusion surveys,

02:02PM         5    percentages above 20 percent are considered to reflect a

                6    substantial likelihood of confusion, right?

                7    A.    That's correct.  The percentage can vary from matter to

                8    matter, but that's generally correct.

                9    Q.    And sometimes it can be less, right?

02:02PM        10    A.    Correct.

               11    Q.    I know the -- I'll represent to you that the expert for

               12    this side will say it could go down to 12 percent, right?

               13    Does that sound familiar?

               14    A.    I believe I have seen testimony to that effect in this

02:03PM        15    matter.

               16    Q.    But not to zero percent?

               17    A.    I've never seen a matter where zero percent has been

               18    taken as indicating a substantial likelihood of confusion.

               19    Q.    And with respect to the so-called confused consumers,

02:03PM        20    you understand that it's for the jury to evaluate their

               21    credibility, right?

               22    A.    That's my understanding.

               23    Q.    It doesn't have anything to do with your job in this

               24    case, right?

02:03PM        25    A.    Correct.

```
 1   Q.   Same thing, that the jury will determine whether any of

 2   those witnesses actually even bought any L.O.L. Surprise!

 3   O.M.G. dolls, right?

 4   A.   That's my understanding as well.

 5   Q.   And whether they might have been affected by T.I. and

 6   Tiny Harris's celebrity status, right?

 7   A.   The jury --

 8               MS. WESTMORELAND:  Your Honor, objection, 403 as to

 9   this witness.  There's no foundation to discuss this with

10   this witness.

11               THE COURT:  Overruled.

12               THE WITNESS:  My understanding is the jury will

13   evaluate that evidence as well.

14               MS. KELLER:  Thank you.  I have nothing further.

15               THE COURT:  Ms. Westmoreland.

16                        **RECROSS-EXAMINATION**

17               MS. WESTMORELAND:  If we could put up deposition

18   Exhibit 5 again, please.

19   BY MS. WESTMORELAND:

20   Q.   Dr. Isaacson, you have run searches before, correct?

21   A.   I've run online searches.  That's correct.

22   Q.   And in your experience are the most relevant search

23   results shown first?

24               MS. KELLER:  Objection.  No foundation, Your Honor.

25               THE COURT:  Overruled.
```

Timestamps in left margin: 02:03PM (line 5), 02:04PM (line 10), 02:04PM (line 15), 02:04PM (line 20), 02:04PM (line 25)

1          THE WITNESS:  It depends on the nature of the

2    search.

3    BY MS. WESTMORELAND:

4    Q.   And here it looks like Walmart.com displayed the most

02:04PM  5    relevant search results for the search term OMG Girlz as two

6    O.M.G. dolls, then a Walmart* exclusive single for the OMG

7    Girlz, right?

8    A.   Well, again, in the same row I see a product as well

9    from another company, Zuru.

02:05PM 10    Q.   That wasn't my question.  The first three are two dolls

11    and then an exclusive single for the OMG Girlz, right?

12    A.   That's the first three, but I don't want my answer to

13    somehow suggest that those are more important than the fourth

14    item in the row or the next items that would be in the next

02:05PM 15    row.  That's what turned up based on the search engine.

16          MS. WESTMORELAND:  Your Honor, move to admit this

17    document as Exhibit 707.

18          MS. KELLER:  I don't have any objection.

19          THE COURT:  707 will be received.

02:05PM 20          **(Exhibit 707 received)**

21          MS. WESTMORELAND:  No further questions.

22          THE COURT:  Sir, you may step down.  Thank you.

23          THE WITNESS:  Thank you, Your Honor.

24          MS. KELLER:  Your Honor, can we have a five-minute

02:06PM 25    break for our witness to use the facilities?

```
 1                    THE COURT:  Sure.

 2                    Short break, ladies and gentlemen.

 3                    THE CLERK:  All rise.

 4                    (Open court - jury not present)

 5            (Recess taken from 2:06 p.m. until 2:14 p.m.)

 6                    THE COURT:  Let's bring the jury in first.

 7                    THE CLERK:  All rise for the jury.

 8                    (Open court - jury present)

 9                    THE COURT:  Call your next witness, please.

10                    MS. KELLER:  Your Honor, we call Isaac Larian.

11               Isaac Larian, Plaintiff witness, sworn

12                    THE CLERK:  If you could please state your full

13       name, spelling your first and last name for the record.

14                    THE WITNESS:  Isaac Larian, I-s-a-a-c, L-a-r-i-a-n.

15                    THE COURT:  Ms. Keller.

16                         DIRECT EXAMINATION

17       BY MS. KELLER:

18       Q.   Ms. Larian, can you tell us what your occupation is,

19       even though we have our suspicions already.

20       A.   I am the CEO and founder of MGA Entertainment.

21       Q.   Are you the founder, president, and CEO --

22       A.   Yes.

23       Q.   -- all those things?  When you're not engaged in your

24       business or with your family, what other activities do you

25       engage in?
```

02:13PM — line 5
02:15PM — line 10
02:15PM — line 15
02:15PM — line 20
02:16PM — line 25

A.    I am a major philanthropist.  I have endowed

$2.5 million to USC for children's mental health.  I gave

$5 million to MGA Cares to take care of -- during the COVID

to buy PPE material for the first responders and people who

need them.  I'm a big financial supporter of City of Hope for

cancer research.  I'm a big supporter of UCLA Hospital, Mass

General, Massachusetts General Hospital, St. John Hospital.

And those are the ones I remember.

        I am also a major supporter of a group called Hope

Foundation who deals with Persian families from Iran, Persian

families who live here who don't have money for a lot of

things.

Q.    Mr. Larian, have you also recently provided quite a bit

of earthquake relief for Turkey?

A.    Yes.  I came to this country at age of 17.  I had a

one-way ticket, $750, and a blanket which I still have.  When

the earthquake happened in Turkey, it really touched my

heart, went back to my age and having that blanket, and I

purchased and shipped 11,000 blankets to Turkey.  And I put a

video of that on my LinkedIn which became viral.

Q.    I'm not going to go through all the philanthropic

activities, but are you also a big supporter of the LeBron

James Education Foundation in Akron, Ohio?

A.    Yes.  LeBron James is from Akron, Ohio.  We own Little

Tikes, which is based in Hudson, Ohio.  LeBron James has made

|  |  |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 02:18PM | 5 |

a big, big foundation only focused on Akron, Ohio, because he

grew up very poor, to take care of children who don't have,

and he pays for them to go all the way to college.  I'm a

big, big supporter of him and his cause.  As a matter of

fact, on Ellen show he called my name.

6    Q.    On Ellen Degeneres's show?

7    A.    Yes.

8    Q.    So, Mr. Larian, tell us about why you came to the

9    United States when you were 17.

02:19PM    10    A.    I was born in Iran.  My father when I think I was about

11    four years old went bankrupt, and we moved to a place in

12    Tehran called Narmak, which at the time was really the slums

13    of Tehran.  Me and my five siblings and my mother, my

14    parents, lived in one room and one kitchen with no running

02:19PM    15    water and no light.

16            So I remember my mother tutored me under

17    candlelight for writing and math.  I started working.  My dad

18    eventually opened a small textile shop, and I was working at

19    his shop since I was nine years old.  When I became 17, I

02:20PM    20    wanted to get out of that place and do something better.

21            I had watched a movie that maybe a lot of you guys

22    are too young to remember called Easy Rider back then, and I

23    thought America is the best place to go to.  So my mother

24    borrowed $750 from her brother, and I got a one-way ticket

02:20PM    25    and the blanket I mentioned to you and flew over to

Los Angeles.  I came here to live the American dream and do

something better for my life and my family.

Q.    Mr. Larian, how did you get by when you first came here?

A.    The money ran out quickly, so I remember I was down to

25 quarters in my pocket.  I lived in Inglewood back then,

and I walked literally one day 11 miles until I got to Kuru,

Hawthorne and La Brea.

I got a job as a dishwasher at Spires Coffee Shop

making $1.65 an hour.  They gave me that the graveyard shift,

which is from 11:00 p.m. to 7:00 a.m.  So I worked there.  In

the morning I went to school.

Q.    Did you manage to work your way up there?

A.    Yes.  I became a busboy later on.  Then I waited tables

while I was going to college.  I have a civil engineering

degree from Cal State L.A., which is in east L.A., and I

worked, if you remember, at the LAX, that spider building.

There was a restaurant there called Host

International, and I worked there until I graduated college

waiting tables.  That's how I paid for my living.

Q.    Did you go to Cal State L.A. for the whole four years,

or did you go someplace first?

A.    No.  I first went to a community college called L.A.

Southwest College.  I was there for two years.  I was an

honor student.  Then I went to University of Utah for one

year, and from there I came back and went to Cal State L.A.

|   | |
|---|---|
| 1 | to finish my degree. |
| 2 | Q.    What year did you finish your civil engineering degree? |
| 3 | A.    1978. |
| 4 | Q.    Please tell us about when you started MGA. |
| 02:22PM  5 | A.    In 1979 I started a company called Surprise Gift Wagon. |
| 6 | At Surprise Gift Wagon, I was importing brass giftware from |
| 7 | Korea and selling it on mail order.  I put an ad in the |
| 8 | papers and wait for the checks to come, and then I will ship |
| 9 | the product.  That's how the whole company started. |
| 02:23PM  10 | Q.    And then did it become -- did it end up with a different |
| 11 | name in 1982? |
| 12 | A.    Yes.  After that, I got into consumer electronics and |
| 13 | toys, and I changed the company name to ABC International |
| 14 | Traders, Inc.  The reason I picked up the name ABC |
| 02:23PM  15 | International Traders, Inc., was that back then yellow pages |
| 16 | was very common, and I wanted the name of the company to be |
| 17 | up in the front. |
| 18 | Q.    And what kind of products did ABC and -- oh, so ABC |
| 19 | later became? |
| 02:23PM  20 | A.    Micro Games of America.  So I was selling consumer |
| 21 | electronics, walkie talkies.  I sold my first walkie talkie |
| 22 | to Charles Lazarus, who was the founder of Toys 'R' Us, in |
| 23 | 1982. |
| 24 |         Eventually I became the licensee for Nintendo game |
| 02:24PM  25 | and watch.  Those were the handheld games back then, and I |

1    became a distributor for U.S.A.  I brought that merchandise

2    here, changed the company to Micro Games of America.  I

3    repackaged the Nintendo game and watch and sold them to mass

4    retailers such as Walmart*, Toys 'R' Us, Target, Kmart, et

02:24PM  5    cetera.  That's how I got into the toy business.

6    Q.    And some of your first -- you later produced some

7    successful licensed products based on Star Wars, Batman,

8    Power Rangers, Pokemon?

9    A.    Yes.  After Nintendo Game & Watch, I built the Nintendo

02:25PM  10    Game & Watch business to about $23 million back there.  Then

11    Nintendo is from Japan, and they chose to open up Nintendo

12    America U.S.A., so they didn't need me anymore.

13          I went and got other licenses.  I got the license

14    for Star Wars from Lucasfilm.  I got the license for Pac-Man

02:25PM  15    from Namco, which is a Japanese company.  And I got the

16    license for Power Rangers from Saban Entertainment.  And I

17    made toys based on those names and sold them and increased

18    the revenue of the company.

19    Q.    When did MGA make its first doll?

02:25PM  20    A.    In 1996 we made our first doll.  It was called Singing

21    Bouncy Baby.  This was the first doll we ever made, and

22    that's how -- that's how we got into the doll business.

23    Q.    How well did it sell?

24    A.    I'm sorry?

02:26PM  25    Q.    How well did it sell?

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 02:26PM | 5 |

A.   It was -- I've never made a doll before, so this was --

actually this doll came from an inventor, and I said, okay,

I'll try it.  I'll try to do that.  We made this product, and

I remember taking that to retailers.  And Toys 'R' Us said

yes.  Kmart said yes.  Target said yes, and Walmart* said no.

6        Back then if you wanted to make a toy successful,

7   you had to advertise it in Nickelodeon and Fox Kids back

8   then.  And Walmart* said, no, I will not -- we will not buy

9   it.  You need to have four retailers in order to be able to

02:26PM  10   market and sell, to market the product successfully.

11        It was a buyer at Walmart*.  I was doing everything

12   back then.  He said he will not buy them.  I asked him:  Why

13   would you not buy that?  It's only $20 retail.  He said:

14   Your company's name is Micro Games of America.  Who will buy

02:27PM  15   a doll from a company called Micro Games of America?

16        So I said:  Okay.  I'm going to change the company

17   name to MGA, which stands for Micro Games of America.  Later

18   on I added Entertainment to it.  That doll sold over a

19   million pieces and became family fun toy of the year that

02:27PM  20   year.

21   Q.   Now, what are MGA's current brands?

22   A.   We have -- the biggest break for MGA came in 2001 when

23   we launched Bratz, Bratz dolls.  Being an immigrant in this

24   country and my kids were born here, my daughter is Yasmin.  I

02:28PM  25   have a son named Jason.  I have another son named Cameron.

|  |  |
|---|---|
|  | 1 |
|  | 2 |
|  | 3 |
|  | 4 |
| 02:28PM | 5 |

Yasmin always asked why -- at that time Barbie had 98 percent
market share.  Barbie was blond, blue eyes.  And my daughter
asked me why isn't there any doll that looks like me, my
skin, et cetera?

        So we went to work on that, and we saw Bratz -- I
used to bring my kids when they were young to the office.  It
was summer, September 1, 2000.  Yasmin was in my office.
Paula Garcia, who has been with me since then, came to -- I
challenged them to give me a fashion doll that competes with
Barbie that's not like Barbie.

        So she showed me some drawings, and frankly I
thought they were these dolls with big heads, big lips, big
eyes.  I frankly thought they looked alien, so I originally
said no.  When Paula left, my daughter said those are really
cool.  She had a spark in her eyes, so we decided to go and
do those dolls.

        Bratz in the year 2001 sold $24 million in sales
and won the toy-of-the-year award.  Actually Bratz is the
only brand that won toy-of-the-year award, which is by Toy
Association, three years in a row.  And in the year after,
2002, it had retail sales -- retail sales is very important
because retailers buy something for a dollar and they sell it
for two dollars.  They have a margin of 50 percent.

        That doll sold at retail over $800 million.  It
became the biggest phenomenon worldwide, and the rest of that

```
 1   is history.  There are other things that has happened, but I
 2   don't want to bore you.
 3   Q.   Are you still talking about the Bratz doll?
 4   A.   Yes, I am.
 5   Q.   So this was 2002 I think you're talking about?
 6   A.   2001 it was launched.
 7   Q.   Right.
 8   A.   And it did about $23 million.  In 2002 it did retail
 9   over 800 million.  Back then Barbie had 98 percent market
10   share.  By the year 2004, Bratz had 43 percent market share
11   in the U.S.A. and Barbie's market share had dropped to
12   below 50.
13   Q.   When you produced Bratz, what kind of diversity were you
14   aiming for in the dolls?
15   A.   Back then there was no diversity in the fashion doll and
16   doll business, frankly.  So we made four different
17   characters.  One of them was Cloe, which was blond, blue
18   eyes.  Made Jade, which was supposed to be Asian.  Made
19   Yasmin after my daughter, supposed to be Middle Eastern or
20   Latin American.  We really gave them a lot of nationality.
21   We want people to feeling inclusive.  And Sasha was the black
22   doll that we had.  Those four dolls.
23   Q.   You said you also bought the Little -- you own the
24   Little Tikes brand?
25   A.   Yes, we do.  We bought that company.
```

1    Q.    They make the famous Cozy Coupe?

2    A.    That's correct.  That's a yellow and red car that I'm

3    sure -- I have a picture of my son who is now 37 in it when

4    he was four years old.  And he just had his own baby, so I'm

02:32PM    5    sure he's going to give him a Cozy Coupe one day.

6    Q.    Is that one of those little Fred Flintstone cartoon cars

7    that you do with your feet?

8    A.    Yes.  It's foot powered.  I think ABC ran a segment at

9    one time that says it's the number-one selling car in

02:32PM    10    America.  We used to sell 580,000 of those a year, zero gas

11    mileage.  So that was the Little Tikes.

12    Q.    And then what about Lalaloopsy?

13    A.    We made a lot of different brands.  Overall MGA, we are

14    the only company who has created over 100 new brands from

02:32PM    15    zero up.  Out of those, 13 of them have gone to do hundred

16    million dollars or more in sales.  Lalaloopsy was one of

17    them.  Lalaloopsy was a ragdoll.  The idea was that it comes

18    to life.  And I think we did over 600, 700 million dollars in

19    sale in year number three.

02:33PM    20    Q.    What's the focus at MGA when it comes to producing toys?

21    A.    We are -- we pride ourselves on original creativity.

22    You saw two of our designers here.  We have over 60, 70

23    designers that we tell -- I have signs with my sayings all

24    over the building.  One of them is Be Original.  Don't Copy.

02:33PM    25           Creativity is the biggest thing at MGA.  The

retailers know MGA as a company who is innovative and would

bring new things that you have never seen to the market.

Lalaloopsy was one of them.  Another big hit that we had in

2016 was L.O.L. Surprise!  This is one of them (indicating).

02:34PM  This became a major, major hit.  How this came

about was my kids used to always make fun of me, play games,

et cetera.  One day -- and I have insomnia.  I don't sleep

much at night.  So one day they said:  Dad, iPhone unboxing

is a major, major thing.  I thought they were pulling my leg.

02:34PM  So one night in the middle of the night, I went on

YouTube and put "iPhone unboxing."  I could not believe my

eyes.  There were these people who would get an iPhone and

unwrap it, videotape that and put it on YouTube.  And they

had 1 million, 2 million views.

02:35PM  So then next thing I put there was toy unboxing.  I

say, wow, that's another phenomenon that I haven't seen.  So

the next day I was very excited and I went to my team and I

said:  Give me the ultimate unboxing toy.  That's how L.O.L.

came about.  It's in the round shape.  The first prototype

02:35PM  was the doll was wrapped in toilet paper in the shape of a

ball.

Q.   Mr. Larian, have you been given any awards as an

entrepreneur?

A.   Yes.  I am proud to say that I was named two times

02:35PM  entrepreneur, once entrepreneur of California.  The second

        1   time I was named by E&Y as entrepreneur of U.S.A.  I won the

        2   whole competition for the U.S.A., and I competed for

        3   entrepreneur of the year in Monaco.  I didn't win that.

        4   Q.   Okay.  And you said E&Y.  Is that Ernst & Young?

02:36PM 5   A.   That's correct.

        6   Q.   Now, what do you think are the unique strengths that

        7   have contributed to MGA's success over the years?  Is it all

        8   you?

        9   A.   No.  I'm just a cheerleader of the company.  Really the

02:36PM 10  success goes to the MGA employees, especially our creative

        11  people who really, really work hard because they love what

        12  they do.  If you're creative and you're passionate about it,

        13  they work really hard.

        14       I know that during the peak season, which is peak

02:36PM 15  season in toy industry, when you go to see a toy, for

        16  example, this fall, this Christmas, at Walmart* or Target,

        17  that toy was designed and shown to retailers a year before.

        18       So during that what we call show time, peak season,

        19  our designers worked seven days a week sometimes until 10,

02:37PM 20  11, 12 o'clock at night to make it -- make what happened.

        21       So our people really are, whether it's design,

        22  packaging -- I mean, when we made L.O.L., there was never a

        23  doll in a ball that you couldn't see.

        24       As a matter of fact, when we showed this to Target

02:37PM 25  buyer -- the buyer's name was Ryan Gorman -- he said he will

|    |    |
|----|----|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 02:37PM | 5 |

1   not buy this toy.  I asked him why.  Why wouldn't you buy

2   this?  This is going to be hottest toy.  He says nobody would

3   buy a doll that you cannot see.  I said:  That's the whole

4   thing.  It's element of surprise.  Everybody likes element of

5   surprise.  I had to go over his head to his boss to get him

6   to buy it.

7            It's difficult to get an order.  This is about

8   unboxing.  You unbox this.  If you have kids, I'm sure you

9   have had that where you keep unwrapping it and there are

10  surprises, surprises in there until you get the final doll.

11           And the doll itself has a lot of surprises.  One,

12  when you put in the water, sometimes it makes color change.

13  Sometimes you put water in it and you press it, it spits.

14  Sometimes one of them cries.  One of them twinkles.

15           So that became a major, major phenomenon.  Actually

16  L.O.L. Surprise! became bigger than Bratz, but it has an

17  element of Bratz in it.  When we had Bratz, there was -- we

18  had -- we had something called Bratz babies that came after

19  the fashion dolls.

20           And if you look at the Bratz babies and compare

21  them to the L.O.L. Surprise! there's a lot of resemblance of

22  that in there.  And that's what happened with L.O.L.

23  Surprise!

24           MS. KELLER:  Can Mr. Cano approach, Your Honor?

25           Could you bring a Bratz up, too, as well as a Bratz

```
 1    baby.  Put a Bratz to go with it, a bigger one.

 2           THE WITNESS:  Originally -- this was not the

 3    original Bratz.  This was one of -- we made so many different

 4    Bratz versions.  This was one of them.  In the toy industry,

 5    especially for boys and girls, entertainment is important.

 6    Music is very important.

 7           So we came up with Bratz live in concert.  I think

 8    this is 2005, 2006.  But it has a lot of innovation.  Even

 9    back then, this is a CD that you would put -- you put in the

10    package, you would put with what came inside and turn it and

11    play the music.

12           So we were really, really innovative with this

13    line.  And after Bratz dolls became very successful, we

14    changed with Bratz babies.  This came from consumer insight.

15    We have a little what we call bounce back.  Those who are in

16    marketing probably know what that is.  It's a piece of paper

17    that goes in there that consumers fill up and say what else

18    do they want.

19           In there we saw that they are looking for Bratz

20    babies, so we came with Bratz babies and this became a major

21    phenomenon.  Some of the things that we did -- I mean, when

22    you look at this package, nobody ever did that with a safety

23    pin and everything else that goes with it.  So that's how

24    Bratz babies came.

25           Bratz by themselves had many, many different
```

02:39PM (line 5)
02:40PM (line 10)
02:40PM (line 15)
02:40PM (line 20)
02:41PM (line 25)

UNITED STATES DISTRICT COURT

```
  1    versions.  We put the Z at the end of Bratz because when we

  2    got the name, the S -- when we went to research, the mothers

  3    and everybody says Brats is not a good name.  It doesn't have

  4    a good connotation to it.  So we added the Z.  If you have

  5    the logo, we put the little halo on the top to say, hey,

  6    these are not bad girls.  They are angels.

  7            So the Z at the end of the name became very

  8    popular.  As a matter of fact, we came up with Moxie Girlz

  9    with the Z.  In Bratz we had in 2006 a line which I think you

 10    have sample here that said Bratz Girlz In Concert, Girlz In

 11    Concert with a Z at the end.

 12            To be honest with you, I was surprised to hear

 13    Ms. Harris -- I don't know where she is -- to testify that

 14    she is the one who invented girlz with a Z on it.  If you go

 15    back and look, actually MGA came up first with Z at the end

 16    of the name girlz -- a lot things that we did.

 17    Q.    Mr. Larian, in this case we've heard that for the O.M.G.

 18    that -- for L.O.L. Surprise! O.M.G. dolls, we've heard that

 19    the Tots came first and then the big sisters came next.  Did

 20    it work that way with Bratz?

 21    A.    No.  As I testified before, first this came.  I don't

 22    know what -- what do you do with the babies?

 23    Q.    Some of the jurors --

 24    A.    Here it is.  First came the actual fashion dolls.

 25    Babies came next.  You can give this to the jury if they want
```

02:41PM (line 5)
02:42PM (line 10)
02:42PM (line 15)
02:43PM (line 20)
02:43PM (line 25)

1    to see it.  But we reversed that order when we did -- when we

2    did O.M.G.  We first came with the babies, with the small

3    Tots, babies, which you saw.  Then later on we came up with

4    the fashion dolls.

02:43PM  5    Q.   Okay.  So you make it sound pretty easy to have hit

6    toys.  Is it easy?

7    A.   It's not easy.  For every success that we have made,

8    that's what entrepreneurs who have their own companies will

9    do and will happen.  Entrepreneurs are risk takers in design,

02:44PM  10   et cetera.  So for every big success, there is more than 10,

11   20 failures.

12        It takes a lot of -- first of all, it takes a

13   village to make a toy.  It literally takes a village to make

14   a toy.  We have designers.  We have prototype makers.  In the

02:44PM  15   case of dolls we have hair rooters.  You have face painters,

16   packaging.  This is what happens in the toy business.

17        Then once you make that, you take these and show it

18   to the buyers.  And as I mentioned to you, two different

19   buyers told me no on two products.  It's hard to convince

02:45PM  20   them to buy.  Once you get it on the shelf, the work starts.

21   You have to market.

22        I tell people marketing is all about driving

23   consumer demand, because once you get over one hurdle, which

24   is to sell to the buyer, then you have to sell it to the

02:45PM  25   consumer.  If you don't sell it the consumers, you have a

```
 1    failure.  The thing doesn't work.
 2              So marketing is very, very expensive when you do TV
 3    advertising and other things, and over the years we have
 4    taken risks frankly and changed that phenomenon also.
 5              Before L.O.L., dolls were sold by making a TV
 6    commercial and putting it on Nickelodeon.  In 2016 after
 7    seeing the phenomenon of toy unboxing, we hired influencers.
 8    We said we're not going to give the money to Nickelodeon.
 9    We're going to pay these influencers to unbox our toys and
10    put them on YouTube, which was then a lot more famous than
11    Tik Tok.  Tik Tok now has taken over.
12              We went with the times and changed it.  At that
13    time this was a very, very risky thing to do because frankly
14    retailers say it's not going to sell.  You have to have a TV
15    commercial.  And we said, no, we're not going to go on
16    Nickelodeon.  We're going to advertise.  Most of our money --
17    we still did some TV commercials, but we put most of our
18    money on YouTube and unboxing.
19    Q.   So that was a big hit.
20              Now, is MGA Entertainment the biggest privately
21    owned toy company in the world?
22    A.   No, not in the world, but we are the largest privately
23    held toy company in North America.
24    Q.   And who owns the company?
25    A.   I own 82 percent of the company.  My sister, who is
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | here, and her family owns 18 percent.  So it's a family      |
|       | 2  | business.                                                    |
|       | 3  | Q.   How are the risks different when you're a private versus |
|       | 4  | a public company?                                            |

02:47PM  5   A.   When you're a public company, you have to manage quarter

6   by quarter, manage the gross margin.  Public companies have

7   to -- because you have to manage expectation at Wall Street.

8   But in private company you take a risk.  If you own it, it's

9   your money.  You put your own money at risk and to make sure

02:47PM 10   that it becomes successful.

11         Now, it doesn't always happen like that.  There has

12   been years in the history of MGA that we put a lot of money

13   and we were also -- the things didn't work and we were on the

14   verge of bankruptcy.

02:48PM 15         So, I mean, Bratz phenomenon is the biggest thing

16   that I remember in 2001.  We had some toys the year before,

17   in the year 2000.  We were always at the cutting edge of

18   technology.  We made the first dog and the first robotic dog

19   that had voice recognition.  So you can tell the dog to sit

02:48PM 20   down, come, go, roll over.  And it was a big seller.

21         But after Christmas they all came back.  The reason

22   was when you could tell that dog in the quiet day, quiet

23   place, to come and sit and do, that's how voice recognition

24   worked.  And it would listen to you.

02:49PM 25         But what we didn't think about is in the Christmas,

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 02:49PM | 5 |

1    in the morning of Christmas, there are a whole bunch of

2    things, et cetera, running.  One of them said come.  One of

3    them would sit.  So the dog became defective, and all of that

4    merchandise came back.  We almost went out of business with

02:49PM  5    that risk.

6          But we were lucky with the Bratz that came out.

7    And even with Bratz, I remember Toys 'R' Us placed an order

8    for $6 million on FOB.  FOB means free on board.  And in 2001

9    they bought $6 million or gave us an order for $6 million of

02:49PM  10    Bratz toys for that fall.  It was a big deal for us.

11          By October -- you ship the merchandise usually

12    August 1.  September 1 it gets into the market.  By October

13    they said the sales are not there.  They canceled the order.

14    So I went ahead and took a second mortgage on my house, with

02:50PM  15    my wife absolutely being against it, and put another million

16    dollars on marketing and advertising to make Bratz a hit.

17          It could have gone the other way.  Then I wouldn't

18    be here probably to talk to you about it.  But that's the

19    risk that you take in the business.

02:50PM  20  Q.   We're going to try to move a little quicker, and I'm

21    going to ask you -- I'm going to skip ahead a little bit.

22    The Bratz success -- Barbie at the time looked human, right,

23    with -- like a pink princess sort of?  What about the Bratz?

24    How were those characterized?

02:50PM  25  A.   That's a very good question.  When you look at Bratz

|      |     |                                                              |
| ---- | --- | ------------------------------------------------------------ |
|      | 1   | dolls or L.O.L. Tots or even O.M.G. or Moxie Girlz, they     |
|      | 2   | don't have the face of a human.  They're like a caricature.  |
|      | 3   | But Barbie has -- like, Bratz looks like it didn't have any  |
|      | 4   | nose if you look at it.  They had big lips and they had this |
| 02:51PM | 5 | big head, but Barbie looked like humans.                     |

Q.   What about the fashions, the difference in fashions
between Barbie and Bratz?

A.   Barbie's fashion back then was very bland and mostly
pink.  Bratz, we call them the girls with a passion for
fashion.  So they had bold fashions that were very different,
and it sets -- a little girl who buys a fashion doll, the
first thing they do with it when they take it home -- and we
have seen this in a lot of focus groups -- they take the
clothes off and start combing her hair and changing the
clothes.

         So we came with two set of clothes in there which
were urban, which were edgy, which was very different.  And
that was -- that's another big difference between Bratz and
other fashion dolls, including Barbie, that were in the
market.

Q.   We have a slide showing the first four dolls that were
released.

         MS. KELLER:  It was used in the opening,
Your Honor.

         If we could just show it briefly.  It's in tab 3.

BY MS. KELLER:

Q.    Were those the first four?

A.    Yes.

Q.    Can you name which one is which?

02:52PM    A.    Yes.  From -- from right, the first one is Sasha, which was the black doll.  Next to her is Cloe, which was the blond doll.  Next to it is Jade, who was supposed to be Asian.  And next to it is Yasmin, named after my daughter.

Q.    Okay.  So there wasn't anything like them in the market

02:53PM    at the time, and you told us that they went crazy.  They did hundreds of millions of sales.

You kept up that diversity thing when you developed further dolls.  Why is that?

A.    Again, as I mentioned earlier, America is a melting pot.

02:53PM    When you look at America, it's a melting pot.  I'm an immigrant.  There's a lot of immigrants who make -- who are the backbone of this country in my opinion, and they don't look always the same.  They don't look Caucasian.

We wanted to have a diversity for customers so they

02:53PM    can buy dolls and toys in their likeness, not always be same color, blue hair -- I mean, blond hair, blue eyes.

MS. KELLER:  Let's have the Exhibit 5082 marked for identification.  It's in tab 6.

**(Exhibit 5082 marked for identification)**

02:54PM    THE WITNESS:  Are you going to put it on the

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | screen, or should I look?                                       |
|       | 2  | BY MS. KELLER:                                                  |
|       | 3  | Q.   It is in your book if you want to look in your binder      |
|       | 4  | for right now.  It should be the binder that has tab 6 in it.   |
| 02:54PM | 5 | A.   Yes.  I have it.                                           |
|       | 6  | Q.   Okay.  Do you recognize that as Bratz Party, two on the    |
|       | 7  | left, and Bratz Birthday Bash, the two on the right?            |
|       | 8  | A.   That's correct.                                            |
|       | 9  | Q.   And those were just produced last year, right?             |
| 02:54PM | 10 | A.   These dolls?  No.  No, they were not.  These were        |
|       | 11 | produced earlier, I believe.                                    |
|       | 12 | Q.   I think I have a typo in here.  Were they produced in      |
|       | 13 | 2002?                                                           |
|       | 14 | A.   That's correct.                                            |
| 02:55PM | 15 | Q.   Okay.  It said 2022, and I was wondering about that.     |
|       | 16 | MS. KELLER:  I think we've already authenticated               |
|       | 17 | this, Your Honor.  I'd move it into evidence.                   |
|       | 18 | MR. KEVILLE:  No objection.                                     |
|       | 19 | THE COURT:  Exhibit number again, please?                      |
| 02:55PM | 20 | MS. KELLER:  It's Exhibit 5082, Your Honor, at               |
|       | 21 | tab 6.                                                          |
|       | 22 | THE COURT:  5082 will be received.                             |
|       | 23 | **(Exhibit 5082 received)**                                     |
|       | 24 | BY MS. KELLER:                                                  |
| 02:55PM | 25 | Q.   Okay.  So Bratz Party, Bratz Birthday Bash, those were  |

```
 1  released -- obviously 2002 is earlier than 2009, right?
 2  A.   Yes, it is.
 3  Q.   Now, look at tab 7, and we have 5083.
 4  A.   I want to talk about tab 6 for a second if you don't
 5  mind.
 6  Q.   Of course.
 7  A.   If you look at the fashions -- one of the things I heard
 8  the Harris parties to say that they invented tutus and makeup
 9  that is bold.  This is in 2002.  You look at this one at the
10  end.  She's wearing a tutu.  And we have the actual samples
11  here for the jewelry to take a look at.
12         MS. KELLER:  Mr. Cano, can you get those actual
13  dolls that match up with 5083?
14  BY MS. KELLER:
15  Q.   Okay.  So while Mr. Cano is looking for those, you said
16  the dolls have tutus.  What other characteristics that the
17  Harris parties claim are their signature trade dress do we
18  see with these dolls?
19  A.   Well, they definitely have very bold, different makeup.
20  Frankly the Bratz makeup, what happened is that a lot of
21  celebrities actually who grew up with Bratz are using them.
22  There was something called Bratz Challenge.
23         I was here when Ms. Zonnique Pullins was
24  testifying, and on her -- even her in 2020 on her Instagram,
25  she had put a post called Army Bratz.  She didn't call it OMG
```

02:55PM (line 5)
02:56PM (line 10)
02:56PM (line 15)
02:56PM (line 20)
02:57PM (line 25)

| | | |
|---|---|---|
| | 1 | Girlz Bratz.  She had actually changed her makeup to look |
| | 2 | like Bratz.  So Bratz makeup became one of the biggest trends |
| | 3 | that still continues.  It still continues.  When you look at |
| | 4 | a lot of celebrities, we created a trend that has been |
| 02:57PM | 5 | followed for over 20 years, including by the Harris parties. |
| | 6 | MR. KEVILLE:  Your Honor, I'm just going to object |
| | 7 | to the narrative.  I think the way -- the rules require |
| | 8 | question and answer. |
| | 9 | THE COURT:  Next question, please. |
| 02:58PM | 10 | BY MS. KELLER: |
| | 11 | Q.   Take a look at tab 8, Exhibit 5084. |
| | 12 | MS. KELLER:  Your Honor, I would move 5083 into |
| | 13 | evidence. |
| | 14 | THE COURT:  Any objection? |
| 02:58PM | 15 | MS. KELLER:  The Bratz Dance Crewz dolls. |
| | 16 | MR. KEVILLE:  I don't think he's testified about |
| | 17 | that yet. |
| | 18 | THE WITNESS:  I'm sorry.  What tab? |
| | 19 | BY MS. KELLER: |
| 02:58PM | 20 | Q.   Tab 7. |
| | 21 | A.   Tab 7 was 5083. |
| | 22 | Q.   Correct.  Is that the Dance Crewz images? |
| | 23 | A.   That's correct, with a Z at the end. |
| | 24 | Q.   You recognize that? |
| 02:58PM | 25 | A.   Yes. |

Q.   Okay.  And when was that made?

A.   I think sometime around 2005, 2006.

        MS. KELLER:  Move into evidence, Your Honor.

        MR. KEVILLE:  No objection.

02:58PM        THE COURT:  5083 will be received.

        **(Exhibit 5083 received)**

        MS. KELLER:  If we could show those to the -- show

the packages with the actual dolls to the jury.  I've lost

Mr. Cano here.  I think he's retrieving more dolls.

02:59PM        MR. KEVILLE:  Your Honor, I would just object.

They want to publish this to the jury, but this is the things

that they only produced to us during this litigation.  I

think that's improper.  They can show the image.  The image

is what's in evidence.

02:59PM        MS. KELLER:  Your Honor, there's been questions

raised about authenticity.  We think that showing that the

dolls in the box is the same as the image would clear that

up.

        THE COURT:  Overruled.

02:59PM BY MS. KELLER:

Q.   Let's talk while Mr. Scolnick is looking for the actual

doll.  Let's talk about 5083 that we're looking at.  Bratz

Dance Crewz, those dolls were, what, part of a dancing group?

A.   Yes.

02:59PM Q.   And did those dolls do well?

53

A.   Yes.  The whole Bratz franchise did great.

Q.   Let's look -- I think we have Dance Crewz.  They have arrived.

A.   Yes.  This is many years ago, but this boom box actually had a Try-Me pack here.  The battery is gone.  When you press it, it played music.

Q.   So it came with its own boom box?

A.   Yes.

Q.   And that was also pre 2009?

A.   Yes -- 2005, 2006.  Correct.

Q.   If you'll take a look at tab 8, Exhibit 5084, that's Bratz Girlz Really Rock image?

A.   Yes.

Q.   You recognize it?

A.   Yes.

Q.   That was released also before 2009?

A.   That's correct.

        MS. KELLER:  Your Honor, move to admit.

        MR. KEVILLE:  No objection.

        THE COURT:  It will be received.

        **(Exhibit 5084 received)**

        THE COURT:  I think we'll take the mid-afternoon break here, ladies and gentlemen.  Please remember the admonition.

        THE CLERK:  All rise.

```
 1                    (Open court - jury not present)

 2               (Recess taken from 3:01 p.m. until 3:16 p.m.)

 3               THE COURT:  Bring the jury in, please.

 4               (Pause in proceedings)

 5               THE CLERK:  All rise for the jury.

 6               (Open court - jury present)

 7               THE COURT:  Ms. Keller.

 8               MS. KELLER:  Thank you, Your Honor.

 9     BY MS. KELLER:

10     Q.   Mr. Larian, I'm going to try to move fairly quickly

11     through some of these.  Exhibit 5084 you already identified,

12     I think, as Bratz Girlz Really Rock, the image of Cloe and

13     Jade.

14               MS. KELLER:  Your Honor, I would move that in.

15               THE COURT:  5084?

16               MR. KEVILLE:  No objection.

17               THE COURT:  It will be received.

18               (Exhibit 5084 received)

19     BY MS. KELLER:

20     Q.   And what's the theme of the Bratz Girlz Really Rock

21     segment?

22     A.   It's literally music, rock, rock music.

23     Q.   Okay.  Did MGA make other musically themed Bratz dolls

24     before 2010?

25     A.   Yes.  We made many.
```

|   |   |
|---|---|
| 1 | Q.   Look at tab 9, Exhibit 5452. |
| 2 | A.   This one is graphic art that we used for packaging, as |
| 3 | well as we created a lot of cartoons, DVDs that we sold back |
| 4 | then.  And this was a cover of one of them as well as in the |
| 03:17PM 5 | packaging. |
| 6 | Q.   And was that created before 2010? |
| 7 | A.   All of these were produced and sold before 2010. |
| 8 | MS. KELLER:  Move 5452 into evidence, Your Honor. |
| 9 | MR. KEVILLE:  No objection. |
| 03:18PM 10 | THE COURT:  5452 will be received. |
| 11 | **(Exhibit 5452 received)** |
| 12 | BY MS. KELLER: |
| 13 | Q.   And is that the character art for the Bratz Live In |
| 14 | Concert series dolls? |
| 03:18PM 15 | A.   That's correct. |
| 16 | Q.   And you said you made some cartoons also? |
| 17 | A.   Yes.  We made over 250 animated TV shows which are still |
| 18 | going on.  We also made the Bratz movie, live-action movie |
| 19 | that wasn't so good, but... |
| 03:18PM 20 | Q.   Well, nothing is perfect. |
| 21 | Now, let's look at 5089 in tab 10.  This is more |
| 22 | dolls from Bratz Live In Concert series? |
| 23 | A.   Yes. |
| 24 | Q.   Do you recognize 5089? |
| 03:19PM 25 | A.   Yes, I do. |

```
 1    Q.    That was another one produced before 2010?

 2    A.    Yes, long before 2010.

 3    Q.    Okay.

 4          MS. KELLER:  And these dolls, this Live In Concert

 5    series, if we could show the image for 5089.

 6          THE WITNESS:  This doesn't have an exhibit number

 7    on it.

 8          MS. KELLER:  I'm looking now at the scene.  You

 9    could look at the scene if you like.

10          THE WITNESS:  Okay.

11    BY MS. KELLER:

12    Q.    Do these images show the dolls from this MGA series

13    wearing pink, purple, and blue hair?

14    A.    Yes, they do.

15    Q.    And did MGA create these dolls with their blue, pink,

16    and purple hair before the OMG Girlz group was formed in

17    2009?

18    A.    Yes, we did.

19    Q.    And can you name some other Bratz dolls with musical

20    themes that were released before 2009?

21    A.    Bratz Rock Angelz was one of the biggest ones that we

22    did.

23    Q.    Okay.  And look at tab 24, Exhibit 5094.

24    A.    Yes.  We have a sample of that here.

25    Q.    Is that Bratz Rock Angelz?
```

03:19PM (line 5)
03:19PM (line 10)
03:19PM (line 15)
03:19PM (line 20)
03:20PM (line 25)

```
          1    A.    Yes.   Rock Angelz with a Z at the end of Angelz.

          2    Q.    Okay.   There's a Z at the end of Bratz and a Z at the

          3    end of Angelz?

          4    A.    Right.

03:20PM   5                 MS. KELLER:  Move that image in, Your Honor, 5094.

          6                 MR. KEVILLE:  No objection.

          7                 THE COURT:   5094 will be received.

          8                 (Exhibit 5094 received)

          9    BY MS. KELLER:

03:20PM  10    Q.    Is 5095 another Bratz Rock Angelz doll packaging?

         11    A.    It is.

         12                 MS. KELLER:  Move 5095 in, Your Honor.

         13                 MR. KEVILLE:  No objection.

         14                 THE COURT:   5095 will be received.

03:20PM  15                 (Exhibit 5095 received).

         16                 MS. KELLER:  Thank you, Your Honor.

         17                 THE WITNESS:  The actual dolls are also here.

         18                 MR. KEVILLE:  Just to be clear, we're admitting the

         19    image and not the dolls, correct?

03:21PM  20                 THE COURT:  Correct.

         21    BY MS. KELLER:

         22    Q.    Do corresponding Bratz dolls to all these images, are

         23    they here in this courtroom?

         24    A.    They are.

03:21PM  25    Q.    For the musically themed segments, did MGA release any
```

| | |
|---|---|
| 1 | products or play sets along with the fashion dolls? |
| 2 | A.   Yes. |
| 3 | Q.   Did they play musical instruments and go on tour? |
| 4 | A.   Well, they didn't go on real tour.  They went on a |
| 03:21PM 5 | virtual tour in kids' imagination -- and also the cartoon |
| 6 | series that we made. |
| 7 | Q.   I didn't think they came to life and went on a real |
| 8 | tour.  So they went on a pretend tour? |
| 9 | A.   Yes. |
| 03:21PM 10 | Q.   And did they have a pretend tour bus? |
| 11 | A.   Yes, they did.  They had a tour bus, a concert stage. |
| 12 | They had a lot of things.  One of the things is that these |
| 13 | instruments, they're not just a piece of plastic.  They're a |
| 14 | lot instruments that have been made for our toys, including |
| 03:21PM 15 | for O.M.G. dolls, that we made are also working, playing |
| 16 | actual music. |
| 17 | Q.   And the Bratz Rock Angelz, did they release an album? |
| 18 | A.   Yes, they did. |
| 19 | Q.   Could you buy their CD at the time? |
| 03:22PM 20 | A.   Yes.  You could buy it at Walmart*, everywhere.  It |
| 21 | became one of the biggest seller, and I think it's still |
| 22 | being streamed out there. |
| 23 | Q.   I'd like you to look at tab 11, Exhibit 5513. |
| 24 | A.   (Witness complies.) |
| 03:22PM 25 | Q.   Is this an 11-page compilation of pre-2010 Bratz and |

```
           1    Moxie Girlz, with a Z, product?

           2    A.    Yes, they are.

           3    Q.    Okay.  That's already admitted.

           4          So Moxie Girlz, with a Z, was yet another fashion

03:22PM    5    doll that MGA released?

           6    A.    Yes.

           7    Q.    And that was before 2010?

           8    A.    Yes.

           9    Q.    Were the Bratz babies the only dolls that MGA made up

03:23PM   10    until then that were not fashion dolls other than -- well, I

          11    guess you'd made --

          12    A.    Well, I'm sorry.  To your last question, Moxie Girlz I

          13    think is on Bates number 00969.

          14    Q.    Okay.

03:23PM   15    A.    And when you look at these, these are all released

          16    before 2010.  You see they're wearing layered clothing.  You

          17    see they have bold makeup.  You see they have different

          18    colored hair.  So these are what we did long before 2010 and

          19    where OMG Girlz came to existence.

03:23PM   20    Q.    Okay.  So we've already gone through the baby Bratz

          21    dolls.  Does MGA still make Bratz dolls today?

          22    A.    Yes.  We -- 2021 was the 20th anniversary of Bratz, so

          23    we relaunched the original four dolls that was released in

          24    2001, and it became a big, big success and we have extended

03:24PM   25    that.
```

Q.    Okay.  What are some of the down sides of having a really successful product?

A.    A lot of people knock you off and copy you.  I remember sitting in this courtroom and Ms. Harris showed something that was supposed to be her version of Bratz dolls.  They were absolute knockoff -- I mean her version of OMG Girlz, and they were absolute knockoff of Bratz dolls who came from China factories who knock them off.

Q.    Let's take a look in tab 13 at Exhibit 664 and see if you recognize that.

A.    Yes.  These are knockoff.

        MS. KELLER:  Move to admit 664, Your Honor.

        MR. KEVILLE:  No objection.

        THE COURT:  664 will be received.

        **(Exhibit 664 received)**

        MS. KELLER:  And 664, can we show the photograph.

BY MS. KELLER:

Q.    That was what was in the e-mail to Tameka Harris?

A.    That's correct.

Q.    And that was going to be their dolls that were going to be the OMG Girlz dolls?

        MR. KEVILLE:  Objection, Your Honor.
Mischaracterizes the testimony.

        THE COURT:  Overruled.

        THE WITNESS:  Yes, they are.

BY MS. KELLER:

Q.   And you said these are just counterfeits of the Bratz?

A.   Yes.  And I want to take you to OMG Girlz' --

        THE COURT:  Wait a minute.  There's no question

pending.

        THE WITNESS:  Okay.

BY MS. KELLER:

Q.   How can you tell?

        THE WITNESS:  Well, Your Honor, can I talk about

it?  If you go to -- I'm going to show you.

BY MS. KELLER:

Q.   Can you tell us how you can tell that these are

knockoffs?

A.   Well, if you go to MGA -- I mean, OMG Girlz, 3263, I'll

show you.

        MS. KELLER:  Do we have that, Mr. Stovall?

        THE WITNESS:  So these are -- actually what the

factories in China did, on the top is the Bratz doll.  But on

the bottom, if you look at Moxie Girlz and here, so they

knocked off the character art of Moxie Girlz, two different

brands, and put them together.

        THE COURT:  Let's move off this line of questioning

per the Court's prior rulings on certain issues.

        MS. KELLER:  Okay.

```
           1   BY MS. KELLER:
           2   Q.   All right.  We've talked about Moxie Girlz being
           3   released in 2009.  I want to show you -- if you look at tab
           4   11, that's Exhibit 5513.
03:27PM    5   A.   Yes.
           6   Q.   And specifically looking at Moxie Girlz magic hair --
           7   it's on your screen, too, Mr. Larian.
           8   A.   Yes.
           9   Q.   Do you recognize that?
03:27PM   10   A.   Yes.
          11   Q.   What was it?
          12   A.   This was part of the Moxie Girlz brand where we were
          13   selling extensions, hair extensions for the dolls and for the
          14   girls to wear in blue, pink, purple, orange, all kind of
03:27PM   15   colors.  And these were way before 2010.
          16           MS. KELLER:  Move 5513 into evidence, Your Honor.
          17           THE COURT:  Any objection?
          18           MS. KELLER:  It's -- I'm sorry.  It's in.
          19           Thank you.
03:27PM   20   BY MS. KELLER:
          21   Q.   Okay.  Did MGA release more Moxie Girlz dolls than the
          22   ones we see on 9 and 10?
          23   A.   Yes.
          24   Q.   Okay.  And was that through 2015 that you were still
03:28PM   25   releasing those products?
```

```
 1   A.   That's correct.
 2   Q.   Okay.  I want to move on now to the dolls that -- at
 3   least the Little Tots that started the line, the L.O.L.
 4   Surprise! line.  The Little Tots were already in existence
 5   when the Outrageous Millennial Girls dolls came out, true?
 6   A.   That's correct.
 7   Q.   And when were the L.O.L. Surprise! dolls first launched?
 8   A.   2016 at retail.
 9   Q.   And how would you describe those dolls?
10   A.   In 2016?  I think I went over it.
11   Q.   The little collectible dolls?
12   A.   Right.  I think I went over that earlier.
13   Q.   All right.  What other products were released later
14   under the L.O.L. Surprise! brand?
15   A.   We had many, many accessories.  We had pets, little
16   pets, sisters; JK, which was another one; and O.M.G. dolls
17   for sure.
18   Q.   Okay.  Did you release any other -- well, you said the
19   JK, L.O.L. Surprise! JK dolls, that was another extension of
20   the L.O.L. Surprise! dolls?
21   A.   That's correct.
22   Q.   So how successful was that?
23   A.   The whole brand, the L.O.L. Surprise! franchise, has
24   been extremely, extremely successful.  The O.M.G. dolls by
25   themselves have sold more than 45 million pieces worldwide.
```

```
 1    Q.   Have you sometimes described the Tots as babies with

 2    attitude?

 3    A.   Yes, we have.

 4    Q.   And so you have the little sisters, the infants, the

 5    Tots, the pets.  Did they win any industry awards?

 6    A.   Yes.  We won many, many awards for the L.O.L. Surprise!

 7    line, including toy of the year from Toy Association.

 8    Q.   And those are still being sold?

 9    A.   Yes, they are.

10    Q.   Okay.  Now let's move to the Outrageous Millennial

11    Girls.  We've heard that the O.M.G. dolls, the grown-up

12    dolls, were the big sisters of the L.O.L. Surprise! Tots?

13    A.   They are.

14    Q.   And we've already heard that previously you already had

15    brand extensions with the Bratz and the Bratz babies.  How

16    were the L.O.L. Surprise! Outrageous Millennial Girls

17    received?

18    A.   They were received extremely well.  They were

19    ten-and-a-half-inch fashion doll sisters of the Tots.

20    Q.   And does MGA continue to make them today?

21    A.   Yes, we do.

22    Q.   Does MGA have a trademark on certain L.O.L. Surprise!

23    O.M.G. dolls?

24    A.   Yes, we do.

25    Q.   Showing you Exhibit 5509 for identification.
```

03:29PM — line 5
03:30PM — line 10
03:30PM — line 15
03:30PM — line 20
03:31PM — line 25

```
 1    A.    55 --

 2    Q.    That's in tab 17.

 3          MS. KELLER:  Your Honor, to speed things up, this

 4    has already been judicially noticed.

 5          THE WITNESS:  Yes.

 6    BY MS. KELLER:

 7    Q.    Is that a true and correct record of MGA's L.O.L.

 8    Surprise! OMG Remix trademark?

 9    A.    It is.

10    Q.    Was this document published by the United States

11    Patent & Trademark Office?

12    A.    Correct.

13    Q.    And what class -- when MGA applied to the U.S. Patent &

14    Trademark Office for approval to own and use the L.O.L.

15    Surprise! OMG Remix, what class was it in?

16    A.    In class 28, 22, 23, 36, 50.  These are dolls and

17    accessories, dolls' clothing, toy vehicles.

18    Q.    Did the USPTO grant MGA's application?

19    A.    They did.

20    Q.    Now, at one point the logo on the box changed, and we've

21    heard about that.

22    A.    Yes.

23    Q.    And the phrase Outrageous Millennial Girls was added?

24    A.    That's correct.

25    Q.    Did that have anything to do with the OMG Girlz?
```

03:31PM (line 5)
03:31PM (line 10)
03:31PM (line 15)
03:32PM (line 20)
03:32PM (line 25)

|     |     |
| --- | --- |
| 1 | A.    Absolutely nothing to do with the OMG Girlz. |
| 2 | Q.    Why did it change? |
| 3 | A.    The trademark laws in some other countries are |
| 4 | different.  Somebody in Brazil had the trademark for O.M.G., |
| 03:32PM 5 | and they told us that that's going to be confusing in Brazil. |
| 6 |           We had a similar situation in UK, so we changed the |
| 7 | name to put L.O.L. Surprise! Outrageous Millennial Girls, |
| 8 | O.M.G. |
| 9 | Q.    Okay.  Before we move on, I wanted to ask you about |
| 03:33PM 10 | something that you probably heard Ms. Westmoreland talking to |
| 11 | Mr. Isaacson a little while ago, and she said that the O.M.G. |
| 12 | dolls, that line, quote, skews black, unquote.  Do you |
| 13 | remember hearing that? |
| 14 | A.    I'm sorry.  Can you repeat that. |
| 03:33PM 15 | Q.    She said the O.M.G. line skews black.  In other words, |
| 16 | it has more black buyers than -- |
| 17 | A.    That's absolutely incorrect.  But 13.6 percent of the |
| 18 | U.S. population is black, and our O.M.G. dolls sell to across |
| 19 | all races.  And to the best of my recollection, only |
| 03:34PM 20 | 18 percent of our customers for O.M.G. dolls are black. |
| 21 | Q.    So that's still a bigger percentage than the census |
| 22 | percentage of 13.6 percent? |
| 23 | A.    It is. |
| 24 | Q.    And then are roughly 50 percent Caucasian purchases as |
| 03:34PM 25 | far as you can tell? |

|   |   |
|---|---|
| 1 | A.   That's correct. |
| 2 | Q.   And then are there also large groups of purchasers who |
| 3 | are Latino and Asian? |
| 4 | A.   They are. |
| 5 | Q.   So when you made the O.M.G. dolls, was it your intent to |
| 6 | capture the market for African-American dolls? |
| 7 | A.   No.  We wanted to -- same thing with Bratz doll, we |
| 8 | wanted to appeal to a cross-section of all customers. |
| 9 | MS. KELLER:  Your Honor, on a different note could |
| 10 | we have permission to clear the marks that are on the |
| 11 | witness's screen?  It looks like there's some marks up there. |
| 12 | I have no idea how to do it. |
| 13 | BY MS. KELLER: |
| 14 | Q.   Is MGA the only toy company that makes fashion dolls |
| 15 | with brightly-colored hair or colorful fashion? |
| 16 | A.   Absolutely not. |
| 17 | Q.   In your role as CEO of MGA, do you keep up with products |
| 18 | that are similar by other toy companies? |
| 19 | A.   I do. |
| 20 | Q.   And I want to show you Exhibit 5099. |
| 21 | A.   What's the tab number? |
| 22 | Q.   Tab 18. |
| 23 | A.   Yes. |
| 24 | Q.   I think this was -- actually something very similar is |
| 25 | already in evidence in this Walmart thing we were just shown |

03:34PM — line 5
03:35PM — line 10
03:35PM — line 15
03:35PM — line 20
03:35PM — line 25

```
 1    during Mr. Isaacson's testimony.

 2            Does this fairly and accurately show a set of Hair

 3    Doable dolls made by one of your competitors?

 4    A.   Yes.  This is a line that was in the market called Hair

 5    Doables by a toy company called Just Play.

 6    Q.   And when did that roughly hit the market?

 7    A.   I don't remember the exact date, but I think about 2011,

 8    2012.

 9            MS. KELLER:  Your Honor, move Exhibit 5099 into

10    evidence.

11            MR. KEVILLE:  No objection.

12            THE COURT:  5099 will be received.

13            (Exhibit 5099 received)

14    BY MS. KELLER:

15    Q.   Now, so these dolls have bright-colored hair, pink,

16    purple, and blue?

17    A.   That's correct.

18    Q.   And are the dolls styled in fun, edgy, and urban

19    clothing?

20    A.   Yes, they are.

21    Q.   Do they have bold and over-the-top accessories?

22    A.   Yes, they do.

23    Q.   Do you have any reason to believe these dolls were also

24    based on the OMG Girlz?

25    A.   I don't think so.
```

|  |  |
|--|--|
| | 1 |

```
          1              MR. KEVILLE:  Objection, Your Honor.  Calls for
          2    speculation.
          3              THE COURT:  Sustained.
          4    BY MS. KELLER:
03:36PM   5    Q.   Well, Mr. Larian, given your familiarity with the toy
          6    market, what do you think about these dolls in terms of what
          7    they reflect in the outside world of popular culture?
          8    A.   They have different color hair including blue, pink,
          9    green, purple, blond, afro, et cetera.  I know this line
03:37PM  10    specifically myself very well because the people at Just Play
         11    are our competitors.
         12              When they came up with this and it was at retail,
         13    so they have clothing.  They're wearing layers, makeup which
         14    is bold, all of the things that frankly the Hustle -- the
03:37PM  15    Harris group is claiming is their trade dress.
         16    Q.   Now, Mr. Larian, the other side has suggested that you
         17    were perhaps rude or combative at your deposition.  Do you
         18    agree with that?
         19    A.   I was angry.
03:38PM  20    Q.   Did you sometimes let it get the best of you?
         21    A.   Yes, I do.
         22    Q.   And why were you angry?
         23    A.   Because I was dragged in with a case that is frivolous.
         24    It's nonsense.  And I was pulled into this deposition with
03:38PM  25    this lawyer who was obnoxious, asking questions over and
```

|    |    |
|----|----|
|  | 1 |
|  | 2 |
|  | 3 |
| 03:38PM | 5 |

          1  over, interrupting me all the time.  She didn't even know the

          2  difference between revenue and profit, and I got angry.  I

          3  shouldn't have, but I got angry.

          4  Q.   Did she question you as to why you didn't hire a huge

03:38PM   5  law firm like hers to handle your case instead of hiring a

          6  small firm like mine?

          7  A.   Yes, she did.

          8  Q.   And did that make you mad, too?

          9  A.   Yes, it did.

03:38PM  10  Q.   Okay.  Moving on.  When was the first time you learned

         11  about the OMG Girlz' existence?

         12  A.   When I got the letter.  I got a demand letter.

         13  Q.   Let's look at Exhibit 19 in tab 19.

         14         MS. KELLER:  I think that's already in, Your Honor.

03:39PM  15  BY MS. KELLER:

         16  Q.   Before you got this, had you ever heard not just of OMG

         17  Girlz but of Zonnique Pullins?

         18  A.   Never.

         19  Q.   Tameka Harris?

03:39PM  20  A.   Never.

         21  Q.   T.I. Harris?

         22  A.   Never.

         23  Q.   Now, you heard counsel for the OMG Girlz describe this

         24  letter and heard them characterize your response as

03:39PM  25  aggressive.  Do you recall that?

A.    Yes, I remember.

Q.    The Harrises asked for a response to the letter, and what did they get in response?  Nothing.  MGA's response was they sued us, right?

03:39PM  A.    That's correct.

Q.    Now, was this letter a kindly request to sit down and discuss a possible misunderstanding?

A.    No.  It was -- it was frankly a shakedown, extortion. Pay by this time at noon or else.  It's somewhere in the
03:40PM  letter.

Q.    Let's look at the first paragraph of Exhibit 19.

A.    Yes.

Q.    It says:  This firm is litigation counsel for T.I. and Tameka Tiny Harris and their affiliated entities and persons,
03:40PM  the Harris parties, who hold intellectual property and related rights to the OMG Girlz brand.  Please direct all further communication concerning this matter to the undersigned.

      And the undersigned was a lawyer, right?

03:40PM  A.    Right -- not T.I. Harris.

Q.    Right.  It didn't say please give Tameka, you know, or T.I. Harris a call and maybe you could have a sweet chat, right?

A.    Yes.

03:40PM  Q.    So any further discussions you're told are to be with

1    litigation counsel, correct?

2    A.    Yes.    Correct.

3    Q.    Now, let's look at the second paragraph:    We have become

4    aware of MGA Entertainment, Inc's, and its affiliate's, MGA

03:41PM    5    or you, distribution of a line of, quote, O.M.G. dolls

6    merchandise.    The distribution follows a prior announcement

7    by MGA of its intention to release a line of dolls based on

8    the unique appearance and popularity of the OMG Girlz musical

9    recording and performance group, a group created and

03:41PM    10    developed by the Harris parties.

11            Had there ever been such an announcement of any

12    kind?

13    A.    No.    That's a absolute total lie.

14    Q.    We understand that while MGA never secured a licensing

03:41PM    15    agreement with the Harris parties, MGA has nevertheless

16    proceeded to manufacture dolls modeled after the OMG Girlz

17    without the Harris parties' consent.    Was that true?

18    A.    It's absolutely not true, 100 percent not true.

19    Q.    And so the distribution follows the prior announcement

03:42PM    20    isn't true, and the discussion of a licensing agreement, that

21    was not true either?

22    A.    Absolute lie.

23    Q.    Is this one of the reasons that you were so angry?

24    A.    Yes, I was.    It was -- it was an extortion.    It was a

03:42PM    25    shakedown for somebody who had done nothing about the

```
 1   popularity of these dolls, and now they were coming here

 2   making something out of nothing like a house of cards and

 3   asking for money.

 4   Q.   What about the part of the letter that said MGA had

 5   approached the OMG Girlz at an event in Atlanta in 2010 about

 6   making a doll line after them?  Any truth in that?

 7   A.   Absolutely 1,000 percent a lie.  And Ms. Harris actually

 8   later on recanted that even though they put it in their

 9   complaint a few times.

10   Q.   And is it your understanding that she recanted after

11   they were unable to prove it and you were able to disprove

12   it?

13   A.   That's correct.

14   Q.   Now, did anyone you know at MGA ever come to you and

15   say, hey, I saw this girl group perform in Atlanta and they'd

16   be great for a doll line?

17   A.   Never.

18   Q.   And would it be a customary practice of MGA to scope out

19   emerging acts at local events to license?

20   A.   No, we don't.

21   Q.   Do you have offices in Atlanta?

22   A.   I'm sorry.  We don't have an office in Atlanta.

23   Q.   Mr. Keville said in his opening that the Harrises simply

24   asked for a response.  In her testimony I think you heard

25   Ms. Harris testify that when they sent you this letter, they
```

03:42PM (line 5)
03:42PM (line 10)
03:43PM (line 15)
03:43PM (line 20)
03:43PM (line 25)

just expected you to come sit down with them and come to some

sort of business arrangement.  Did you hear that?

A.   I did.

Q.   And she said -- and I'm referring to tab C.  This is the

03:43PM  May 10th afternoon session at page 35.

A.   Where do I look?

Q.   This is in tab C in the trial testimony.

A.   Yes.

Q.   So she was asked:

03:44PM       "Question:  What did you expect would happen when

you sent all of these similarities to MGA?

       "Answer:  Well, I was hoping that maybe, you know,

the head of the company did not know that this was happening

and maybe just, you know, someone designed it or, you know,

03:44PM  because sometimes when you're head of the company, you don't

actually know everything that's going on, you know, that's

being done.

       "So I was hoping that maybe I could show him that

there was some kind of mixup where there was too much of a

03:44PM  confusion, a look-alike with the name and the looks, you

know, the lifestyle.  I was just hoping that maybe he would

see that there was something here and we could maybe try to

find a way to maybe figure out how we could work together for

the duration, because these dolls are still going to be sold

03:45PM  and that these girls have created this brand and they're

```
 1    nowhere a part of this.

 2              "Question:  Did you ever get a letter back from

 3    MGA?

 4              "Answer:  I did not."

 5              Do you remember that testimony?

 6    A.    Yes, I do.

 7    Q.    Okay.  Let's take a look back at paragraph three of

 8    Exhibit 19 and just exactly what the Harrises asked you for

 9    at the time:  Demand is hereby made that you cease and desist

10    from further distribution of O.M.G. dolls without entering

11    into a licensing agreement and providing an accounting of

12    revenues and profits to the Harris parties.  Please confirm

13    your compliance with this demand not later than Tuesday,

14    December 22nd, 2020, by 12:00 noon Pacific time or the Harris

15    parties are prepared to pursue all available legal remedies.

16              What did you understand that threat to be?

17    A.    That if we don't give into their shakedown and extortion

18    by 12:00 o'clock December 22nd, they're going to sue us.

19    Q.    So did you have any intention of opening up your books?

20    A.    No, I did not.

21    Q.    And this agree or I demand or we'll pursue all legal

22    remedies, did you have any intention of doing that either?

23    A.    That is correct.  I did not.

24    Q.    Even if you could have gotten rid of it for nuisance

25    value, much less than you have had to spend to pursue this
```

case, you were not going to do it?

A.   I would not do it.  I'm an immigrant who built my

business from washing dishes to here.  I will not give in to

extortion.

03:46PM  Q.   Now let's look at the first two paragraphs on page 2 at

Exhibit 19:  The OMG Girlz were first introduced in commerce

as artists in music, touring, television, and social media

performances well before the release of MGA's O.M.G. dolls.

A comparison of the promotional materials and advertisements

03:47PM  for the OMG Girlz with those for MGA's O.M.G. dolls makes

obvious that your O.M.G. dolls are based on the unique look

and commercial appeal of the OMG Girlz.

         Further, MGA has publicly admitted as early as 2010

its intention to release a line of O.M.G. dolls specifically

03:47PM  intended to resemble the OMG Girlz.

         Is that another lie?

A.   It's absolutely 1,000 percent a lie, which Ms. Harris

later on at her deposition was forced to recant.

Q.   And pivot to a different theory?

03:47PM  A.   That's correct.  They made up -- they made up this case

as they went along.

Q.   The letter references a Saving Our Daughters Bratz toy

giveaway.  Did MGA ever sponsor such an event?

A.   We did not.

03:48PM  Q.   Let's go back to page 2 of Exhibit 19, and let's look at

|   |   |
|---|---|
|          | 1 | -- oh, I jumped ahead.  Let's look to the first paragraph at |
|          | 2 | page 7 of Exhibit 19.  This is where the Harrises describe |
|          | 3 | the supposed licensing negotiations in greater detail.  They |
|          | 4 | say that:  At a Saving Our Daughters Bratz toy giveaway held |
| 03:48PM  | 5 | at Radio One Atlanta on December 18th, 2010, MGA |
|          | 6 | representatives publicly announced MGA's intention to launch |
|          | 7 | a line of dolls modeled on the OMG Girlz. |
|          | 8 |         So that little extra bit of detail about the Bratz |
|          | 9 | toy giveaway, that also didn't happen? |
| 03:48PM  | 10 | A.    Yes.  It was an absolute lie.  We were not in Atlanta. |
|          | 11 | We were not at this event.  It was an absolute made-up lie. |
|          | 12 | Q.    Now let's go back to page 2 of Exhibit 19 and look at |
|          | 13 | the third paragraph:  The willful and malicious |
|          | 14 | misappropriation subjects you to liability for, without |
| 03:49PM  | 15 | limitation, disgorgement of profits you obtained from the |
|          | 16 | unlawful sales of these infringing products, lost business |
|          | 17 | opportunities for the Harris parties, punitive damages, and |
|          | 18 | attorneys' fees. |
|          | 19 |         Now, what did you understand that threat to mean? |
| 03:49PM  | 20 | A.    A shakedown.  Shakedown.  Extortion.  Pay me or else. |
|          | 21 | Q.    So does the letter explain anywhere how the OMG Girlz' |
|          | 22 | look is unique -- |
|          | 23 | A.    No, it does not. |
|          | 24 | Q.    -- or original? |
| 03:49PM  | 25 | A.    No, it does not. |

```
          1    Q.    Other than pasting a bunch of images into the letter,

          2    does it explain how the images are similar?

          3    A.    No.

          4    Q.    It just goes on to say there are these substantial

03:50PM   5    similarities, right?

          6    A.    Yes.

          7    Q.    Then it says on page 10 of Exhibit 19, the letter, the

          8    top two paragraphs:  The substantial similarities of the name

          9    and likeness of the OMG Girlz and the O.M.G. dolls,

03:50PM  10    particularly in light of MGA's public announcement of MGA's

         11    intention to create a line of O.M.G. dolls fashioned after

         12    the OMG Girlz, do not require further articulation.  We

         13    reiterate our demand for a response not later than Tuesday,

         14    December 22nd, 2020, by 12:00 noon Pacific time.

03:50PM  15          By the way, in your deposition you were asked

         16    whether you saw similarities to these images, and you

         17    responded by saying you were offended even by the question.

         18    Do you remember that?

         19    A.    Yes, I do.

03:51PM  20    Q.    Why did you respond that way?

         21    A.    Because our line of Outrageous Millennial Girls has

         22    nothing, nothing to do with the OMG Girlz.  I know that for

         23    fact.  They know that for fact.  It was a shakedown.  It is a

         24    shakedown, and I was not going to give in to extortion.

03:51PM  25    Q.    Is that why, instead of responding to their plea to
```

1    meet, you filed your suit for declaratory relief?

2    A.    Yes, I did.

3    Q.    And when you say you're asking for declaratory relief,

4    are you asking for $1 from them?

03:51PM  5    A.    No.    We're asking for this Court to -- declaratory

6    relief means to declare that based on evidence and everything

7    else that we have, that the O.M.G. dolls have nothing to do

8    with the OMG Girlz.

9            Frankly, I hope that this Court will give us our

03:52PM  10    legal fees or a portion of it to discourage extortionists and

11    people like the Harrises to do this again to somebody else.

12    Q.    Mr. Larian, how have you reacted to seeing your

13    designers, your creatives, essentially accused of stealing

14    the OMG Girlz' signature look and copying it?

03:52PM  15    A.    I was -- I know those designers, and you saw two of

16    them.    There's many more.    I know how hard they work.    I know

17    how creative they are.    And I saw Mr. -- I don't know how to

18    pronounce his name, Keville, how he viciously went after

19    Blanche, viciously accusing her of being Nazi and all kind of

03:53PM  20    nonsense to the point that she started crying.    That really,

21    really, really hit a nerve with me.

22            It's not okay.    It's not okay to do something like

23    that.

24    Q.    You also got angry during your deposition when counsel

03:53PM  25    asked you whether you were upset with the American legal

```
           1   system.  Do you remember that?

           2   A.   Yes, I did.

           3   Q.   And did you give an answer that you regret?

           4   A.   I'm sorry?

03:53PM    5   Q.   Did you give an answer that you regret?

           6   A.   (No response).

           7   Q.   Well, be honest.

           8   A.   Frankly, for a civil case like this, to be here,

           9   especially in this case, I am angry with the American legal

03:54PM   10   system for a case, a frivolous case like this to come here,

          11   for us to sit down in trial, spend all this money and time to

          12   deal with something that everybody knows is a lie.

          13   Q.   Mr. Larian, despite your --

          14          MR. KEVILLE:  Your Honor, object and move to

03:54PM   15   strike.  They've moved for summary judgment on all these

          16   claims.  This Court has let this go to trial.  He can't

          17   testify in this narrative way.

          18          THE COURT:  The last answer is stricken.

          19   BY MS. KELLER:

03:54PM   20   Q.   Mr. Larian, do you believe in the jury system?

          21   A.   Yes, I do.

          22   Q.   And do you believe in these people sitting over here to

          23   give you a fair shake?

          24   A.   Yes, I do.

03:54PM   25   Q.   And that's despite the fact that you have your issues
```

1    with the American legal system, true?

2    A.    That's correct.

3    Q.    What does it mean to you -- well, let me back up a

4    second.

03:55PM    5           You know a little bit about trademarks and trade

6    dress from your years in the business, right?

7    A.    That's correct.

8    Q.    What does it mean to you that the OMG Girlz announced in

9    2015 that they were disbanding and would no longer be

03:55PM    10    pursuing a career as a group?

11    A.    That to me as a layman means that they have abandoned

12    their trademark.

13           MR. KEVILLE:   Objection, Your Honor.  He's

14    testifying now to a legal matter.

03:55PM    15           THE COURT:   The answer will be stricken.

16           You're to disregard the answer, ladies and

17    gentlemen.

18    BY MS. KELLER:

19    Q.    The allegations that we saw in the demand letter that

03:55PM    20    you said were all false, did those also appear in the

21    counterclaim -- in other words, their own lawsuit that the

22    Harris parties filed against you when you asked for

23    declaratory relief, to be declared the owner of your own

24    property?

03:56PM    25    A.    Yes.  When we sent that, when we filed the lawsuit,

1    Mr. and Mrs. Harris never picked up the phone to call me and

2    say, you know what, you're right.  We made a mistake.

3    Instead they doubled down and filed this frivolous, frivolous

4    counterclaim against MGA and me myself.

03:56PM   5    Q.    Mr. Larian, I have one last question.  How many

6    employees does MGA have?

7    A.    Today we have 1,500 employees.

8         MS. KELLER:  Thank you, Your Honor.  Nothing

9    further.

03:56PM  10         THE COURT:  Mr. Keville.

11         MR. KEVILLE:  Thank you, Your Honor.

12         Your Honor, may I approach?  I've got one more

13   volume.

14         (Document handed to the Court)

03:57PM  15         THE COURT:  Thank you.

16         MR. KEVILLE:  May I approach again, Your Honor?

17         THE COURT:  You may.

18         (Document handed to the witness)

19                          **CROSS-EXAMINATION**

03:58PM  20   BY MR. KEVILLE:

21   Q.    Mr. Larian, we heard a lot about Bratz dolls yesterday

22   and in your testimony today, correct?

23   A.    Yes.

24   Q.    Do the Bratz dolls look like the O.M.G. dolls that are

03:58PM  25   accused of trade dress infringement?

```
 1    A.    No, they don't.
 2    Q.    Are the Bratz dolls you talked about comparable to the
 3    O.M.G. dolls that are accused of infringement in this case?
 4    A.    A certain portion of them are -- the clothing, the
 5    makeup, their tutus.  They are.
 6    Q.    Okay.  So the Bratz dolls have portions of what the OMG
 7    Girlz claim as trade dress, correct?
 8    A.    That's correct.
 9    Q.    And the Bratz dolls are comparable to the O.M.G. dolls,
10    correct?
11    A.    What do you mean by that?
12    Q.    Well, you just said the Bratz dolls have very similar
13    fashions to the O.M.G. dolls --
14    A.    No.  I said they have fashions such as tutus, urban,
15    over-the-top makeup, lipstick, that your client is claiming
16    they invented.  They also claim that they invented the name
17    girlz with a Z.
18    Q.    I don't think anyone has ever said that.  And I think
19    you said you came up with the Z for Bratz.  You were the
20    first one to do it?
21    A.    No, I didn't say that.
22    Q.    Well --
23    A.    Excuse me.  Can I finish my answer?
24    Q.    Of course you can, sir.
25    A.    Okay.  In this -- I've been sitting here in this trial
```

|   | |
|---|---|
| 1 | from the beginning, and you can go back and look at the |
| 2 | record.  Ms. Tameka Harris testified that she came up with |
| 3 | the name Girlz with a Z.  That's my recollection. |
| 4 | Q.    But you're not saying you came up with the Z for Bratz? |
| 5 | A.    Bratz with a Z, no, I did not. |
| 6 | Q.    There was Boyz in the Hood, Boyz to Men, many things |
| 7 | with Zs before your Bratz, right? |
| 8 | A.    I don't know who Boyz in the Hood are, but I'm not |
| 9 | claiming that we were the first one to come up with it. |
| 10 | Q.    Okay.  You agree that the Bratz dolls -- let me ask |
| 11 | this.  The trade dress, things that you're saying were in the |
| 12 | Bratz dolls, that you say are also in the O.M.G. dolls? |
| 13 | A.    Some portion of them are. |
| 14 | Q.    And they're also in the OMG Girlz, correct? |
| 15 | A.    No.  There is no such trade dress.  You cannot go to H&M |
| 16 | and Forever 21 and other places and buy a whole bunch of |
| 17 | open-market clothes, wear it in layers -- the OMG Girlz |
| 18 | didn't invent layers. |
| 19 | Q.    Sir -- |
| 20 | A.    -- and claim that those are trade dress.  It's nonsense. |
| 21 | Q.    Sir, you don't -- you understand you don't get to decide |
| 22 | the law, correct? |
| 23 | A.    I'm not deciding the law.  I'm just -- |
| 24 | Q.    You don't get to say what's nonsense in the trade dress |
| 25 | and what is not nonsense.  Do you understand that? |

04:00PM (line 5)
04:00PM (line 10)
04:00PM (line 15)
04:00PM (line 20)
04:01PM (line 25)

1    A.    I'm sorry?

2    Q.    You don't get to say what is nonsense in the trade dress

3    or what is not nonsense?

4    A.    I get to express my opinion.

04:01PM  5    Q.    And you've said that certain things like fun and edgy

6    clothing and bold makeup and all that, that's in the Bratz

7    and it's also in the O.M.G. dolls, correct?

8    A.    That's correct.

9    Q.    And it's also in the trade dress of the OMG Girlz.

04:01PM  10   You've seen that, that that's what they allege and those are

11   things they wore.

12   A.    It is in their alleged.  The key word is alleged --

13   Q.    And it's also in --

14   A.    Excuse me.  Are you going to let me finish?

04:01PM  15   Q.    Sir, this is a question-and-answer session --

16   A.    I am trying to answer you, but you're interrupting me.

17         THE COURT:  Sir, you're limited to responding to

18   his questions.

19         THE WITNESS:  Okay.

04:01PM  20         THE COURT:  Limit your answers to his questions.

21   Do you understand that?

22         THE WITNESS:  Okay.  Go ahead.

23         THE COURT:  Do you understand that, sir?

24         THE WITNESS:  Yes, sir.

25

```
 1    BY MR. KEVILLE:
 2    Q.   The things that you're saying, the portions of the
 3    alleged trade dress of the OMG Girlz, what you've seen on the
 4    screen, you've said some of that is in the Bratz and some of
 5    that is in the OMG Girlz, correct?
 6    A.   That's correct.
 7    Q.   And you've also seen it in the many pictures of the OMG
 8    Girlz that you saw, correct?
 9    A.   The alleged trade dress of the OMG Girlz?  Yes, I have.
10    Q.   You've seen many of those things, the bold makeup,
11    you've seen it in the pictures of the OMG Girlz, correct?
12    A.   Yes.
13    Q.   And you've seen the puffy skirts and the tutus in the
14    pictures of the OMG Girlz, correct?
15    A.   I have seen it in some of theirs.
16    Q.   And you've seen the layered clothing in some of their
17    pictures, correct?
18    A.   Yes, I have.
19    Q.   The colored hair, you've seen that, correct?
20    A.   Yes, I have.
21    Q.   So we've seen all these things that carry over that you
22    say are in the Bratz and in the O.M.G. dolls, but they're
23    also in the OMG Girlz, correct?
24    A.   Yes.
25    Q.   And yet you've said under oath there are zero
```

1    similarities between the OMG Girlz and the O.M.G. dolls,

2    correct?

3    A.   I did say that.

4    Q.   You were wrong when you said that because now you've

04:03PM   5    just said many of the things that are in the trade dress are

6    in both the OMG Girlz and in the O.M.G. dolls, correct?

7    A.   That is not correct.  When you take the O.M.G. dolls --

8    Q.   Sir --

9    A.   -- as a whole compared to OMG Girlz as a whole, you

04:03PM   10    cannot compare them.  The faces, the nose, the lips, none of

11    them looks like your client.

12         MR. KEVILLE:  Your Honor, may the witness be

13    instructed to just answer the question.

14         THE WITNESS:  I did.

04:03PM   15         THE COURT:  Sir, you don't go beyond the parameters

16    of the question put to you.  Your counsel will have an

17    opportunity to bring out anything that she thinks

18    appropriate, okay?

19         THE WITNESS:  I think I did that, Your Honor.

04:03PM   20         THE COURT:  Sir, follow that instruction, please.

21         THE WITNESS:  Yes, sir.

22    BY MR. KEVILLE:

23    Q.   So when you said there were no similarities whatsoever

24    and when your designers said there were not one similarity

04:03PM   25    between the OMG Girlz and the O.M.G. dolls, you now admit

```
 1   that was incorrect?
 2   A.   That is not what I'm admitting, no.
 3   Q.   You admit there are many similarities in what the trade
 4   dress in this case is between the O.M.G. dolls and the OMG
 5   Girlz?
 6   A.   No.
 7           MS. KELLER:  Objection, Your Honor.  I think that
 8   should be alleged trade dress.
 9           THE COURT:  No.  Overruled.
10           MR. KEVILLE:  Thank you, Your Honor.
11           THE WITNESS:  I answered no.
12   BY MR. KEVILLE:
13   Q.   Both the OMG Girlz and the O.M.G. dolls, you've seen
14   pictures where they wear fun and edgy clothing?
15   A.   Yes.
16   Q.   In both the OMG Girlz and the O.M.G. dolls you've seen
17   colored hair?
18   A.   Yes.
19   Q.   Both the OMG Girlz and the O.M.G. dolls, you've seen
20   urban, edgy outfits?
21   A.   Yes.
22   Q.   You've seen layered clothing between those, correct?
23   A.   Yes.
24   Q.   What we've never seen in anything else is those things
25   combined with the O.M.G. name.  The only things you've seen
```

```
 1   that have the O.M.G. name, the hair colors, and the fun and
 2   edgy clothing, or the layers and the tutus, the only things
 3   that have all those three are your O.M.G. dolls and these OMG
 4   Girlz, correct?
 5   A.   No.
 6   Q.   Certainly the Bratz were never sold under the O.M.G.
 7   name, correct?
 8   A.   Correct.
 9   Q.   And the Moxie Girlz were never sold under the O.M.G.
10   name, correct?
11   A.   Correct.
12   Q.   Okay.  I'd like to show you one of your press releases.
13        MR. KEVILLE:  May I approach, Your Honor?
14        THE COURT:  You may.
15        (Document handed to the witness)
16   BY MR. KEVILLE:
17   Q.   Do you recognize that as a press release issued by your
18   company, Mr. Larian?
19   A.   That's what it says.  I don't remember it.
20        MR. KEVILLE:  Your Honor, I'd like to mark this
21   Exhibit 710 and move it into evidence.
22        THE COURT:  Any objection?
23        MS. KELLER:  No objection.
24        THE COURT:  710 will be received.
25        (Exhibit 710 received)
```

04:05PM (line 5)
04:05PM (line 10)
04:05PM (line 15)
04:06PM (line 20)
04:06PM (line 25)

BY MR. KEVILLE:

Q.   In 710 you're talking about the L.O.L. Surprise! O.M.G. dolls, correct?

A.   Yes.

Q.   And you said in the third paragraph:  L.O.L. Surprise! O.M.G. dolls represent what has been lacking in the market today, real fashion dolls that are on trend and relatable to kids.  That's what you said, correct?

A.   That statement is attributed to me, yes.

Q.   Okay.  And you're not denying you said that, right?

A.   I don't remember if I did that or my PR department wrote it, but...

Q.   So it's you or your company's statement?

A.   I'm sorry?

Q.   It's either your or your company's statement?

A.   That's correct.

Q.   Okay.  And then if we go to the end of that paragraph, again quoting you, it says:  I've never seen anything like it.  There's no other doll in the market that compares to the L.O.L. Surprise! O.M.G. dolls.

     That's your statement, correct?

A.   That's what it says.

Q.   Okay.  And we heard Dr. Isaacson saying he surveyed people who buy Barbies and American Girl dolls and Bratz and many other things, but you said in your press release

```
 1   there are no other dolls in the market that compare to the
 2   O.M.G. dolls, correct?
 3   A.   That's what this statement says.
 4   Q.   Right.  And so Dr. Isaacson surveyed the wrong people
 5   because he should have surveyed the buyers of the O.M.G.
 6   dolls only because according to you, there are no other dolls
 7   like that in the market?
 8            MS. KELLER:  Objection.  Argumentative.
 9            THE WITNESS:  No.
10            THE COURT:  Overruled.
11   BY MR. KEVILLE:
12   Q.   You surveyed the wrong buyers because since the O.M.G.
13   dolls are like nothing else in the market, according to you,
14   you needed to survey the buyers of just the O.M.G. dolls, not
15   buyers of Barbies and American Girl dolls?
16   A.   That's not correct.
17   Q.   The only comparison that should be at issue in this case
18   is the OMG Girlz and their trade dress versus the O.M.G.
19   dolls, because according to you there are no other dolls in
20   the market like the O.M.G. dolls?
21   A.   No.
22   Q.   Do you stand by your statement in Exhibit 710?
23   A.   Again, I don't remember if I wrote this.  Most likely it
24   was done by our PR department, but the buck stops at me.  I
25   stand by it.
```

```
 1    Q.   Do you know how many designers have been involved with

 2    the O.M.G. dolls?

 3    A.   A lot.  I don't remember exact numbers.

 4    Q.   And you don't know what any of the designers look at

 5    when they're designing the O.M.G. dolls, correct?

 6    A.   That's correct.

 7    Q.   Do you know if the L.O.L. dolls are tied to or comment

 8    on pop culture?

 9    A.   Frankly I don't know what pop culture is.

10    Q.   Okay.  Let's look at --

11              MR. KEVILLE:  Your Honor, may I approach?

12              THE COURT:  You may.

13              (Document handed to the witness)

14    BY MR. KEVILLE:

15    Q.   That's your face right there on that article; correct,

16    Mr. Larian?  You were interviewed for License Global?

17    A.   That's my face.

18              MR. KEVILLE:  Your Honor, I'd move that in as

19    Exhibit 711.

20              MS. KELLER:  Objection.  Hearsay.  We also haven't

21    had a chance to review it.

22              THE COURT:  Sustained.

23    BY MR. KEVILLE:

24    Q.   Can you turn in that article -- do you remember having

25    reviewed this now, that this was an article that you were
```

04:09PM (line 5)
04:09PM (line 10)
04:10PM (line 15)
04:10PM (line 20)
04:11PM (line 25)

|       | 1  | interviewed for? |
|-------|----|------------------|
|       | 2  | A.   No. |
|       | 3  | Q.   Do you remember giving an interview to License Global? |
|       | 4  | A.   I don't. |
| 04:11PM | 5  | Q.   Okay.  Do you remember stating in this article that: |
|       | 6  | Since we, MGA, are privately owned and operate more nimbly |
|       | 7  | than other toy companies, we have the ability to quickly |
|       | 8  | create toys identified from key pop culture trends? |
|       | 9  | A.   I don't remember this interview or the article.  I don't |
| 04:11PM | 10 | know where you're reading from. |
|       | 11 |         MR. KEVILLE:  Can you put that up on his screen, |
|       | 12 | please. |
|       | 13 | BY MR. KEVILLE: |
|       | 14 | Q.   Does that refresh your recollection that you said that, |
| 04:12PM | 15 | sir? |
|       | 16 | A.   No, it doesn't. |
|       | 17 | Q.   Does MGA have the ability to quickly create toys |
|       | 18 | identified from key pop culture trends? |
|       | 19 | A.   I still don't know what -- what did you call it -- pop |
| 04:12PM | 20 | culture.  I don't know what that means. |
|       | 21 | Q.   Okay.  Let's look at 427, which is in evidence already. |
|       | 22 | If we could turn to page 8. |
|       | 23 | A.   It's hard to read on the screen.  Say again?  Can you |
|       | 24 | tell me where to look for it. |
| 04:13PM | 25 | Q.   Sure.  On the likes portion -- |

UNITED STATES DISTRICT COURT

```
 1    A.    Sorry?

 2    Q.    On the likes tab.  No, no, sir.  On the screen.

 3    A.    Where does it say likes?  Okay.

 4          Go ahead.  Yes, I see it.

 5    Q.    Is that one of the things about MGA and part of the plan

 6    for L.O.L. dolls?  Always extra.  Set trends.  Don't follow

 7    internet, pop culture.  Everything fashion?

 8    A.    That's what it says.

 9    Q.    And you yourself, sir, you scoured the internet and you

10    scour YouTube to see what kids like, correct?

11    A.    I did for unboxing toys.

12    Q.    Okay.  Have you stopped scouring YouTube?  Is that what

13    you're saying?

14    A.    No.  I still go on YouTube.

15    Q.    Okay.  In fact, MGA has a department dedicated to

16    searching and discovering trends on YouTube, correct?

17    A.    Not that I know of.

18    Q.    Did you say in an interview that MGA focuses on

19    discovering burgeoning trends on YouTube and social media

20    platforms like Instagram?  The company has a department

21    dedicated to these searches?

22    A.    Again, I don't remember.  Are you reading from this

23    exhibit?

24    Q.    No, sir.  I'm just asking you if you've said that?

25    A.    I don't recall saying that.
```

```
 1   Q.   Mr. Larian, from your scouring of YouTube, you
 2   understand that the OMG Girlz' songs have been viewed on
 3   YouTube over 50 million times?
 4   A.   I have never looked at their YouTube or anything like
 5   that, so I don't know.
 6   Q.   Okay.  So you scour YouTube, you're looking for pop
 7   culture trends, you're searching for things that kids like,
 8   and you've missed the OMG Girlz' 50 million views on YouTube?
 9   A.   I never --
10        MS. KELLER:  Objection.  Assumes facts not in
11   evidence.
12        THE COURT:  Overruled.
13        THE WITNESS:  I have never looked up or seen OMG
14   Girlz on YouTube or other places.
15        Your Honor, can I please ask for water?
16        THE COURT:  Sure.
17        Would you bring him some water, please.
18   BY MR. KEVILLE:
19   Q.   I want to skip over to the Harrises' letter since we
20   don't have too much time today, and we'll talk about that for
21   a minute.
22        Exhibit 19 is the letter that you received from the
23   Harrises' attorney, correct?
24   A.   Yes.
25   Q.   You remember you testified you received this letter, but
```

```
 1    you didn't even recall reading it?
 2    A.   That's correct.  That's what I testified at my
 3    deposition.  But during the course of this litigation, I have
 4    gone and looked at it very carefully.
 5    Q.   Okay.  But now counsel has testified as soon as you saw
 6    the letter, you -- counsel has suggested to you that as soon
 7    as you saw the letter, that you were very offended and angry
 8    about this portion about manufacturing and a potential
 9    agreement, correct?
10    A.   After going back and reading it -- first of all, I don't
11    think my counsel testified.  I think you misspoke.
12            But nevertheless, after going back and reading this
13    letter and refreshing my memory, yes.
14    Q.   So this offensiveness that -- this anger that you got
15    about reading that paragraph, that came during this
16    litigation when you were getting prepared?
17    A.   That's correct.
18    Q.   Okay.  So that wasn't something that happened early on
19    that you reacted when you got the letter?
20    A.   I don't remember if it was --
21    Q.   In fact -- sorry?
22    A.   I don't remember if it was or not.
23    Q.   Right.  Until your deposition last year, you didn't even
24    recall reading the letter before that deposition?
25    A.   I -- I said, yes, I have received the letter.  I don't
```

```
 1   recall if I read it or not.  That's what I said in my

 2   deposition.

 3   Q.   And even though you didn't recall reading it, you recall

 4   the extortion?

 5   A.   It is an extortion.

 6   Q.   If a famous person alerts you that a doll appears to

 7   look like them, your first reaction is emotional and

 8   defensive?

 9   A.   No.  Our dolls look nothing like your client.

10   Q.   Do you remember you answered that question differently

11   in your deposition?

12   A.   I don't remember.

13           MR. KEVILLE:  Can you play page 199, lines 6 to 14.

14           MS. KELLER:  May I have a moment?

15           THE COURT:  Just a minute.

16           MS. KELLER:  May I have a moment to review it,

17   Your Honor.

18           THE COURT:  Yes.

19           MR. KEVILLE:  Page 199, lines 6 to 14.

20           MS. KELLER:  Your Honor, this references something

21   that the Court had ruled on previously.  This would -- this

22   is the same subject matter that would violate that.

23           THE COURT:  Just a minute.

24           MS. KELLER:  If the Court could take a look at --

25           THE COURT:  Just a minute, please.
```

04:17PM (line 5)
04:17PM (line 10)
04:18PM (line 15)
04:19PM (line 20)
04:19PM (line 25)

```
 1            MR. KEVILLE:  I only want to play one portion.
 2   Page 199, lines 6 to 14.  I understand the order.
 3            THE COURT:  I don't believe there's any basis in
 4   the Court's ruling to exclude it.
 5            MR. KEVILLE:  Thank you, Your Honor.
 6            MS. KELLER:  Your Honor, it directly follows from
 7   something the Court has excluded.
 8            MR. KEVILLE:  He was asked a different question.
 9            MS. KELLER:  If the Court looks at 198, you'll see
10   what I'm talking about.
11            THE COURT:  Proceed.
12            MR. KEVILLE:  Thank you.
13            Can you play that, please.
14            (Portion of videotaped deposition played)
15   BY MR. KEVILLE:
16   Q.   That's how you answered that in your deposition, right?
17   A.   I did.
18   Q.   Okay.  When you felt MGA's intellectual property in the
19   past was being used without permission, you and MGA have sent
20   cease-and-desist letters, correct?
21   A.   We have.
22   Q.   And you understand that records of your prior lawsuits
23   are public?  You understand that?
24   A.   Yes.
25   Q.   Do you recall sending a cease-and-desist letter to a man
```

```
 1    named Allen Brown at a company in the UK named Toy Depot,

 2    claiming they sold mini trendy teen dolls that were knocked

 3    off of Bratz?

 4              MS. KELLER:  Your Honor, this is a violation of the

 5    Court's order on other litigation.

 6              MR. KEVILLE:  It is not.  Your Honor, the Court's

 7    order had to do with litigation against MGA.  This is their

 8    statements made in other --

 9              THE COURT:  Overruled.

10              THE WITNESS:  I don't even know who this guy Allen

11    or Toy Depot is.  I don't recall.

12    BY MR. KEVILLE:

13    Q.   Let's refresh your recollection.  Can you turn to 13561,

14    which is in one of your books?

15    A.   I'm sorry.  What's the number?

16    Q.   13561.

17    A.   Is it in one of the books that you gave me or --

18    Q.   It is, sir.  It's in Volume 2.

19    A.   Say that again.

20    Q.   Volume 2, 13561.

21    A.   Yes.

22    Q.   Okay.  If you would turn to 13561.0112.

23              MR. KEVILLE:  Your Honor, may I publish?  These are

24    his records from another litigation that he was involved in.

25              THE WITNESS:  Can you show me where it is?
```

BY MR. KEVILLE:

Q.    Yes.  It's in Exhibit 13561 at page 0112.

MS. KELLER:  Objection.  Irrelevant.

THE COURT:  Overruled.

04:23PM    MR. KEVILLE:  May I publish?

THE COURT:  You may.

MR. KEVILLE:  Thank you.

BY MR. KEVILLE:

Q.    Okay.  It's on your screen, Mr. Larian.  You demanded

04:23PM    that Mr. Brown and Toy Depot respond in one week agreeing to

certain undertakings or you would initiate proceedings and

seek injunctive relief, damages, and legal costs, correct?

A.    I -- personally I did not.

Q.    This was sent with your knowledge on behalf of MGA?

04:24PM    A.    I don't remember this.

Q.    Okay.  We'll see your knowledge in just a moment.

The undertakings, if we look at pages 41 to 42,

required Mr. Brown and Toy Depot to stop selling Mini Trendy

Teenz dolls, destroy all Mini Trendy Teenz dolls and

04:24PM    inventory, and pay damages or an accounting of profits plus

MGA's legal costs.  That's what you demanded of Mr. Brown and

Toy Depot, correct?

A.    That's what the paper says.

Q.    Do you recall that before MGA sent that cease-and-desist

04:24PM    letter to Mr. Brown and Toy Depot, you and another MGA

```
 1    employee, Mitchell Kamarck, were told that Toy Depot was a,

 2    quote, very small trading operation run by a husband and wife

 3    team?  Do you recall?

 4    A.   I don't recall that or I don't recall Mitch -- whatever

 5    Mitch is called.

 6    Q.   Mitchell Kamarck was an MGA employee, correct?

 7    A.   I don't remember.

 8    Q.   Okay.  If we look at page 38, paragraph one, you were

 9    told that Mr. Brown's wife Tracy Brown incorporated the

10    company with a share capital of only one British pound.

11    Small company, correct?

12    A.   Yes.

13    Q.   Okay.  And do you recall, if we look at page 37, that in

14    response to being told that Mr. Brown and his wife had very

15    little money, you wrote back to Mr. Kamarck and you said,

16    quote:  Damn these people.

17         Then you wrote:  Ray, we need to hurt them so the

18    word gets out.  Don't settle for just stopping and paying

19    10,000 pounds.

20         That's what you said?

21    A.   That's what the paper says.

22    Q.   Okay.  And by stopping, you meant enjoining them,

23    prohibiting them from selling any more dolls, correct?

24    A.   Yes.

25    Q.   Here MGA filed a lawsuit two weeks after the Harrises'
```

1    letter.  Was it your decision to file a complaint against our

2    clients after receiving that letter?

3    A.    I'm sorry?

4    Q.    Was it your decision to file a lawsuit two weeks after

04:26PM  5    receiving the Harrises' letter?

6    A.    I think it was our legal department's decision.

7    Q.    Okay.  You didn't respond to the Harrises' letter before

8    filing this lawsuit?

9    A.    No, I did not.

04:26PM  10    Q.    You didn't call the Harrises to discuss the letter?

11    A.    I did not.

12    Q.    You made no attempt whatsoever to try and see and work

13    with them or talk to them?

14    A.    There was nothing to work with or talk to.

04:26PM  15    Q.    Even though you started this lawsuit, do you remember

16    when you were deposed, you said you weren't even sure what

17    claims were at issue in this case?

18    A.    I don't recall.

19    Q.    You claim you've never heard of T.I. Harris or Tameka

04:26PM  20    Harris then or now, correct?

21    A.    I have not.  Well, I have heard of them during this

22    litigation but not before that.  I have not.

23    Q.    After receiving the letter, you made no effort to

24    understand who they are.  You just sent the letter to your

04:26PM  25    lawyers, correct?

```
         1    A.   That's correct.

         2    Q.   And when you were questioned in this case, do you

         3    remember you said:  Trust me.  The OMG Girlz are nowhere?

         4    A.   That's correct.  I stand by that.

04:27PM  5    Q.   With having done no investigation -- now you stand by

         6    that.  You say the OMG Girlz are nowhere.  Despite all the

         7    testimony you've seen, the tours they went on, the hard work

         8    they did, the effort they put in, the crowds that were

         9    cheering their name, you stand by saying they're nowhere?

04:27PM 10    A.   That's correct because they disbanded in 2015.

        11    Q.   And you said that, that you knew that.  Your counsel

        12    said when you were looking at trademarks, you had a knowledge

        13    of what's called abandonment and that you can't talk about

        14    that.  That's legal issue.  But you knew when you adopted the

04:27PM 15    O.M.G. mark that the OMG Girlz had disbanded in 2015?

        16    A.   That's not correct.

        17    Q.   How did you know that in such a way that you would say

        18    they weren't using the mark?

        19         MS. KELLER:  Objection, Your Honor.  Calls for a

04:27PM 20    legal conclusion.  The Court previously ruled he could not do

        21    that.

        22         MR. KEVILLE:  I just want to know where his

        23    knowledge came from.

        24         THE COURT:  Other than from counsel.

04:28PM 25         THE WITNESS:  It came from the counsel.
```

```
 1    BY MR. KEVILLE:
 2    Q.   Did you look at the photos in the Harrises' letter to
 3    see how similar the OMG Girlz and the dolls were?
 4    A.   I don't recall if I did or not.
 5    Q.   Okay.  Do you remember you testified differently to
 6    that?
 7    A.   No.
 8         MR. KEVILLE:  Can you play his deposition at 159,
 9    lines 16 to 25.
10         THE COURT:  Just a minute.
11         MR. KEVILLE:  Yes.  159, 16 to 25.
12         MS. KELLER:  No objection.
13         (Portion of videotaped deposition played)
14    BY MR. KEVILLE:
15    Q.   Now you agree they are similar?
16    A.   They are not.
17    Q.   Certain things --
18    A.   They are not.  Your allegation is insulting.
19    Q.   Certain things in the trade dress, sir, are similar
20    between the OMG Girlz and the O.M.G. dolls.
21    A.   They are not.
22         MR. KEVILLE:  Your Honor, this might be a good time
23    to break.
24         THE COURT:  Okay.
25         We're going to adjourn for the evening, ladies and
```

```
 1    gentlemen.  We'll resume tomorrow at 9:00 o'clock.  I want to

 2    reiterate this case will get to you, if not tomorrow

 3    afternoon, first thing Friday morning.  We've got to complete

 4    the evidence and see where we are, and I need some time with

 5    counsel to finalize the instructions.

 6            So we'll see you in the morning.  Please remember

 7    the admonition not to discuss the case with anyone and not to

 8    form any opinions on the issues in the case until it's

 9    submitted to you.  See you in the morning.

10            THE CLERK:  All rise.

11            (Open court - jury not present)

12            THE COURT:  What's the estimate on completing the

13    evidence?

14            MR. KEVILLE:  Adjustment on --

15            THE COURT:  All the evidence.  Do we have anybody

16    after Mr. Larian?

17            MS. KELLER:  We do not.

18            THE COURT:  Okay.

19            MR. KEVILLE:  Two hours -- an hour of him and a

20    short two witnesses on rebuttal maybe.  So probably after the

21    morning break, I would think.  By lunch.

22            THE COURT:  Well, my current plan would be to

23    finish the evidence, and then we sit down and finalize the

24    instructions.  I don't see how we can get that done between

25    this afternoon and one final session, motions, et cetera, and
```

1    move to argument tomorrow.

2         MR. KEVILLE:  You know, we can plow through as much

3    of the instructions this evening as --

4         THE COURT:  Yeah.  I plan on doing that.

04:31PM  5         MR. KEVILLE:  Then, you know, I will work to -- as

6    I have throughout this case, I've tried to keep it as quick

7    as I can.  And I will see if there's anything more I can do

8    tonight.

9         THE COURT:  Okay.

04:32PM  10         Mr. Scolnick?

11         MR. SCOLNICK:  Thank you, Your Honor.  We'd just

12    like to be heard as to that rebuttal case to make sure we can

13    move this case along even more quickly.  Obviously there's

14    going to be Ms. McDonald who is going to testify as a

04:32PM  15    rebuttal expert as to Mr. Isaacson.

16         It sounds like the rebuttal list has been trimmed

17    down even more.  I've reviewed the rebuttal list.  In

18    addition to Ms. McDonald, it doesn't appear to me that any

19    witnesses would be appropriate for rebuttal, Your Honor.

04:32PM  20         THE COURT:  At this point who do you propose to

21    call in addition in the rebuttal case?

22         MR. KEVILLE:  In fairness, Your Honor, it's the

23    same list we gave you this morning, but I plan on trimming it

24    if I can.  It would be Susan McDonald.  It's presently

04:32PM  25    Mr. Harris.  It's presently Mr. Tregillis, the damages

1   witness, and he will be very short.  And we may play one

2   video.

3          THE COURT:  I'm going to exclude Mr. Harris.  I

4   don't see how he can rebut her state of mind.  That's what

04:33PM  5   that evidence came in for.

6          MR. KEVILLE:  That's fair.  I was close to

7   deciding, but you've made the decision.

8          THE COURT:  Did that help you along?

9          MR. KEVILLE:  Thank you.  I appreciate the help.

04:33PM  10         THE COURT:  Okay.

11         MR. KEVILLE:  Then it's McDonald, Tregillis, and

12  the potential one video.

13         MR. SCOLNICK:  Your Honor, again, for

14  Mr. Tregillis, he is their expert as to damages or

04:33PM  15  disgorgement.  He testified in their case.  They had the

16  opportunity to ask him all the questions they wanted.

17         He then said if we present an expert, he would be a

18  rebuttal expert.  We didn't.  We're trying to move this case

19  along.  There's no appropriate basis to call him again in

04:33PM  20  rebuttal.

21         THE COURT:  I don't see anything in the MGA case to

22  rebut if MGA didn't call a damage expert.

23         MR. KEVILLE:  Your Honor, Mr. Tregillis testified

24  that from their list of will-call witnesses, they had several

04:34PM  25  financial people on in addition to their damages expert.  He

1    spoke to the jury and said:  I cannot give you my full

2    opinion until I hear what the evidence they put in is.  Then

3    I can come back and give you the rest of my opinion.

4         That's all he's going to do.  It's going to be very

04:34PM  5    short because they didn't put in any evidence.

6         THE COURT:  Well, he's going to be excluded.  I

7    mean, if all he's going to say is, you know, the people I was

8    prepared to rebut didn't come on, therefore I have nothing to

9    say, I mean, that's not a useful use of time.

04:34PM 10         MR. KEVILLE:  But it's the back and forth of this,

11    right?  We have the burden.  We come in and show the revenue.

12    They have to come in and show deductions.

13         THE COURT:  Right.

14         MR. KEVILLE:  And then our expert says here's -- in

04:34PM 15    response to their deductions, here's what my number would be.

16    Since they have not put on any deductions, he hasn't had the

17    chance to say here's my final opinion, and that's the order

18    it has to go in.

19         They made a decision not to put in any of that

04:35PM 20    evidence.  That's fine.  He can very shortly clean this up,

21    and it will be a matter of probably five minutes.  But I

22    think he has to testify because of the process that this

23    goes.  He couldn't finish his testimony because they had a

24    burden, and then now he can respond.

04:35PM 25         THE COURT:  I'll allow him to testify to that

```
 1    narrow point.
 2              MR. KEVILLE:  That's all it will be.
 3              Thank you, Your Honor.
 4              MS. KELLER:  Your Honor, then we'd have to call our
 5    damages expert.  We have no choice.  We made a tactical
 6    decision to rely on their not calling -- on their putting in
 7    the evidence they put in, and we decided based on that we
 8    wouldn't call our damages expert.  It would be grossly unfair
 9    for that person to come back now unrebutted.  And I hate to
10    do it because --
11              THE COURT:  Your choice.
12              MS. KELLER:  Yes.
13              THE COURT:  Your choice.
14              MS. KELLER:  All right.  Then we'll call our
15    damages expert so it is --
16              MR. KEVILLE:  Okay.
17              MS. KELLER:  It's going to have to go longer.
18    We're going to have to make sure he's available.  We've just
19    never anticipated this happening, that there would be
20    rebuttal where there was nothing to rebut.
21              MR. KEVILLE:  Your Honor --
22              THE COURT:  You have -- in your own case-in-chief
23    on the counterclaim, I think you can call him and make that
24    point.
25              MR. KEVILLE:  Well, Your Honor, we can stipulate
```

that the -- that MGA has put in no evidence of deductions and

costs from revenue.  And if we stipulate to that, then we

might be able to not have to call him.

        MS. KELLER:  He already gave the number,

Your Honor.  He already said that unless we came in and

provided evidence to a cost to deduct, this was his number.

He already gave it.

        THE COURT:  Well, why can't you just take it up in

argument?

        MS. KELLER:  They could.

        THE COURT:  I'm talking to --

        MR. KEVILLE:  Let me look at how it was said.  And

then if I can, I will just take it up in argument.  Let me

just see the transcript and make sure.

        I don't want them to come in in closing and say,

you know, he had every opportunity to testify in this and he

didn't, and now for some reason his testimony is improper.  I

think a stipulation that says they have not put in any

evidence of deductions and then --

        THE COURT:  But isn't that the state of the --

present state of the record?

        MR. KEVILLE:  As long as they're willing to say

that.  But I don't want them to come in and say --

        THE COURT:  Is there a basis for them to argue

that?

```
 1          MR. KEVILLE:  I think they would argue about his

 2    report and discovery and, you know, he said I didn't find

 3    these numbers reliable but I have to wait and see.  I don't

 4    want it to be squishy.

 5          THE COURT:  Okay.  Well, let's just see where we

 6    are in the morning.

 7          MS. KELLER:  We're not planning to argue that.  My

 8    argument is there are no damages.  That's our argument.

 9          MR. KEVILLE:  If that's their only argument and

10    they're not going to say they get to deduct anything from the

11    revenue, I'm fine.

12          THE COURT:  They're basically going to say his

13    number is faulty, therefore disregard it.

14          MS. KELLER:  No.  I'm going to say there are no

15    damages and the OMG Girlz contributed nothing to the success

16    of these dolls.  Therefore, you know, the value is not there.

17          THE COURT:  Okay.  I think you can say that.

18          MR. KEVILLE:  If that's the case and they're not

19    going to be allowed to say anything about, no, the number

20    isn't this high, it's this low because -- something, then I'm

21    fine.

22          THE COURT:  Okay.

23          MR. KEVILLE:  Okay.  And we don't need

24    Mr. Tregillis.

25          THE COURT:  Okay.  I assume we don't need to call
```

04:37PM   5
04:38PM  10
04:38PM  15
04:38PM  20
04:38PM  25

|   | |
|---|---|
| 1 | MGA's damage expert, which is your current strategy. |
| 2 | MR. SCOLNICK:  Correct, Your Honor. |
| 3 | THE COURT:  Okay. |
| 4 | MR. SCOLNICK:  Then that just leaves us with the |
| 5 | deposition transcript.  It sounds like based on counsel's |
| 6 | proffer this morning, they want to call that witness just to |
| 7 | testify as to the Bratz. |
| 8 | So if it's limited to the Bratz, we'll take a look |
| 9 | at their transcripts.  Sounds like they're not going to be |
| 10 | designating anything relating to the L.O.L. Surprise! dolls, |
| 11 | which is all that witness purchased.  So if that's the case, |
| 12 | then we'll take a look at it. |
| 13 | MR. KEVILLE:  I didn't represent that.  They did |
| 14 | put the Tots very much in evidence.  They've been putting |
| 15 | everyone out there.  So I will look at this tonight, |
| 16 | Your Honor, and I will get it as narrow as I can. |
| 17 | THE COURT:  Okay.  Let's take about ten minutes and |
| 18 | then assemble for the instructions. |
| 19 | (Proceedings adjourned at 4:39 p.m.) |

UNITED STATES DISTRICT COURT

```
1                        CERTIFICATE

2    I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

3    TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN

4    THE ABOVE MATTER.

5    FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

6    REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

7    REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

8

9    /s/ Miriam V. Baird            07/28/2023

10   MIRIAM V. BAIRD                       DATE
     OFFICIAL REPORTER
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$1.65** [1] - 31:8
**$20** [1] - 34:12
**$23** [2] - 33:9, 36:7
**$24** [1] - 35:16
**$750** [2] - 29:15, 30:23
**$800** [1] - 35:23

## '

**'R'** [4] - 32:21, 33:3, 34:3, 46:6

## /

**/s** [1] - 113:9

## 0

**0005** [1] - 22:17
**00969** [1] - 59:13
**0112** [1] - 100:2
**05/25/2023** [1] - 113:9

## 1

**1** [5] - 35:6, 38:13, 46:11, 79:4
**1,000** [2] - 73:7, 76:17
**1,500** [1] - 82:7
**10** [5] - 39:18, 43:9, 55:21, 62:22, 78:7
**10,000** [1] - 101:19
**100** [2] - 37:13, 72:18
**10th** [1] - 74:5
**11** [4] - 31:5, 39:19, 58:23, 62:4
**11,000** [1] - 29:18
**11-page** [1] - 58:25
**11893** [1] - 1:23
**11:00** [1] - 31:9
**11:50** [1] - 4:6
**12** [3] - 5:3, 25:11, 39:19
**12:00** [3] - 75:14, 75:18, 78:14
**12:52** [1] - 4:5
**13** [2] - 37:14, 60:9
**13.6** [2] - 66:17, 66:22
**13561** [4] - 99:13, 99:16, 99:20, 100:2
**13561.0112** [1] - 99:22
**14** [3] - 97:13, 97:19, 98:2
**159** [2] - 104:8, 104:11
**16** [2] - 104:9, 104:11
**17** [4] - 29:14, 30:8, 30:18, 65:2
**18** [3] - 44:25, 66:20, 67:22
**18300** [1] - 2:4
**18th** [1] - 77:5

**19** [10] - 70:13, 71:11, 75:8, 76:6, 76:25, 77:2, 77:12, 78:7, 95:22
**1920** [1] - 2:8
**1978** [1] - 32:2
**1979** [1] - 32:4
**198** [1] - 98:9
**1982** [2] - 32:10, 32:22
**199** [3] - 97:13, 97:19, 98:2
**1996** [1] - 33:19
**1:31** [1] - 4:1

## 2

**2** [6] - 38:13, 76:5, 76:25, 77:12, 99:18, 99:20
**2.5** [1] - 29:1
**20** [5] - 4:18, 5:2, 25:4, 43:10, 51:5
**2000** [2] - 35:6, 45:16
**2001** [6] - 34:21, 35:16, 36:5, 45:15, 46:7, 59:24
**2002** [6] - 35:20, 36:4, 36:7, 49:13, 50:1, 50:9
**2004** [1] - 36:9
**2005** [3] - 41:7, 52:2, 53:10
**2006** [4] - 41:7, 42:8, 52:2, 53:10
**2009** [6] - 50:1, 53:9, 53:16, 56:17, 56:20, 62:3
**2010** [12] - 54:24, 55:6, 55:7, 56:1, 56:2, 59:7, 59:16, 59:18, 62:15, 73:5, 76:13, 77:5
**2011** [1] - 68:7
**2012** [1] - 68:8
**2015** [4] - 62:24, 81:9, 103:10, 103:15
**2016** [4] - 38:3, 44:5, 63:8, 63:10
**2020** [3] - 50:24, 75:14, 78:14
**2021** [1] - 59:22
**2022** [1] - 49:15
**2023** [2] - 1:20, 4:1
**20th** [1] - 59:22
**21** [1] - 84:16
**22** [3] - 3:5, 16:7, 65:16
**22nd** [3] - 75:14, 75:18, 78:14
**23** [1] - 65:16
**24** [3] - 1:20, 4:1, 56:23
**25** [3] - 31:4, 104:9, 104:11
**250** [1] - 55:17
**26** [1] - 3:6
**27** [1] - 3:11
**2750** [1] - 2:21
**28** [3] - 3:6, 3:7, 65:16
**2:06** [1] - 28:4
**2:14** [1] - 28:4
**2:30** [1] - 4:4

## 3

**3** [1] - 47:24
**3263** [1] - 61:14
**333** [1] - 2:15
**35** [1] - 74:5
**350** [1] - 1:24
**36** [1] - 65:16
**37** [2] - 37:2, 101:13
**38** [1] - 101:8
**38TH** [1] - 2:16
**3:01** [1] - 54:2
**3:16** [1] - 54:2

## 4

**403** [2] - 24:14, 26:7
**41** [1] - 100:17
**42** [1] - 100:17
**427** [1] - 93:21
**43** [1] - 36:9
**45** [1] - 63:25
**47** [1] - 22:22
**48** [1] - 3:11
**49** [1] - 3:12
**4:39** [1] - 112:19

## 5

**5** [5] - 3:4, 3:5, 11:7, 26:17, 29:2
**50** [9] - 20:10, 20:12, 35:22, 36:11, 65:16, 66:24, 95:3, 95:8
**5082** [7] - 3:11, 3:12, 48:22, 48:24, 49:20, 49:22, 49:23
**5083** [4] - 3:12, 50:3, 50:13, 51:12, 51:21, 52:5, 52:6, 52:22
**5084** [8] - 3:13, 3:13, 51:11, 53:11, 53:21, 54:11, 54:15, 54:18
**5089** [3] - 55:21, 55:24, 56:5
**5094** [5] - 3:14, 56:23, 57:5, 57:7, 57:8
**5095** [5] - 3:15, 57:10, 57:12, 57:14, 57:15
**5099** [5] - 3:16, 67:20, 68:9, 68:12, 68:13
**52** [1] - 3:12
**524** [1] - 4:4
**53** [1] - 3:13
**54** [1] - 3:13
**5452** [5] - 3:14, 55:1, 55:8, 55:10, 55:11
**55** [2] - 3:14, 65:1
**5509** [1] - 64:25
**5513** [3] - 58:23, 62:4, 62:16
**57** [2] - 3:14, 3:15
**580,000** [1] - 37:9

## 6

**6** [10] - 46:7, 46:8, 48:23, 49:4, 49:21, 50:4, 97:13, 97:19, 98:2
**60** [2] - 3:15, 37:21
**600** [1] - 37:17
**664** [6] - 3:15, 60:9, 60:12, 60:14, 60:15, 60:16
**68** [1] - 3:16

## 7

**7** [4] - 50:3, 51:20, 51:21, 77:2
**70** [2] - 15:12, 37:21
**700** [2] - 2:21, 37:17
**707** [4] - 3:11, 27:16, 27:18, 27:19
**710** [6] - 3:16, 89:21, 89:24, 89:25, 90:2, 91:22
**711** [1] - 92:19
**74** [1] - 6:23
**750** [2] - 2:9, 4:6
**751** [1] - 4:5
**77002** [1] - 2:22
**7:00** [1] - 31:9
**7:47** [1] - 4:8

## 8

**8** [3] - 51:11, 53:11, 93:22
**800** [1] - 36:8
**82** [2] - 3:7, 44:24
**86** [2] - 13:15, 14:3
**89** [1] - 3:16

## 9

**9** [4] - 1:17, 5:22, 55:1, 62:22
**90012** [1] - 1:25
**90071** [1] - 2:16
**92612** [1] - 2:5
**92614** [1] - 2:9
**930** [1] - 2:5
**98** [2] - 34:25, 36:8
**9:00** [1] - 105:1

## A

**a.m** [2] - 4:4, 31:9
**abandoned** [1] - 81:11
**abandonment** [1] - 103:13
**ABC** [5] - 32:12, 32:13, 32:17, 37:7
**ability** [4] - 18:21, 19:12, 93:7, 93:17
**able** [5] - 7:17, 9:18, 34:8, 73:11, 110:3
**ABOVE** [1] - 113:4

**absolute** [6] - 60:6, 60:7, 72:13, 72:22, 77:10, 77:11
**absolutely** [7] - 46:14, 66:1, 66:17, 67:16, 72:18, 73:7, 76:17
**accessories** [3] - 63:15, 65:17, 68:21
**according** [3] - 91:6, 91:13, 91:19
**accounting** [2] - 75:11, 100:20
**accurately** [1] - 68:2
**accused** [4] - 13:6, 79:13, 82:25, 83:3
**accusing** [1] - 79:19
**action** [1] - 55:18
**activities** [2] - 28:23, 29:21
**acts** [1] - 73:19
**actual** [16] - 20:16, 20:25, 21:9, 21:10, 21:19, 21:23, 21:25, 22:4, 22:7, 42:23, 50:10, 50:12, 52:8, 52:21, 57:17, 58:16
**ad** [1] - 32:6
**added** [3] - 34:17, 42:3, 65:23
**addition** [3] - 106:18, 106:21, 107:25
**adjourn** [1] - 104:25
**adjourned** [1] - 112:19
**adjustment** [1] - 105:14
**admit** [5] - 27:15, 53:18, 60:12, 87:25, 88:3
**admitted** [2] - 59:3, 76:13
**admitting** [2] - 57:18, 88:2
**admonition** [2] - 53:24, 105:7
**adopted** [1] - 103:14
**advertise** [2] - 34:6, 44:15
**advertisements** [1] - 76:9
**advertising** [2] - 44:2, 46:15
**affected** [1] - 26:4
**affiliate's** [1] - 72:4
**affiliated** [1] - 71:14
**affirmatively** [1] - 7:1
**African** [1] - 67:6
**African-American** [1] - 67:6
**afro** [1] - 69:9
**afternoon** [5] - 4:9, 53:22, 74:5, 105:3, 105:25
**age** [2] - 4:15, 29:14, 29:17
**aggressive** [1] - 70:25
**ago** [3] - 17:22, 53:4, 66:11
**agree** [8] - 5:24, 12:15, 12:24, 14:18, 69:18, 75:21, 84:10, 104:15
**agreeing** [1] - 100:10
**agreement** [4] - 72:15, 72:20, 75:11, 96:9

**ahead** [5] - 46:13, 46:20, 77:1, 85:22, 94:4
**aided** [4] - 14:2, 14:7, 14:14, 14:16
**aiming** [1] - 36:13
**Akron** [3] - 29:22, 29:23, 29:25
**AL** [2] - 1:10, 2:15
**album** [1] - 58:17
**alerts** [1] - 97:6
**alien** [1] - 35:12
**alike** [1] - 74:20
**allegation** [1] - 104:18
**allegations** [1] - 81:19
**allege** [1] - 85:10
**alleged** [5] - 85:12, 86:3, 86:9, 88:8
**Allen** [2] - 99:1, 99:10
**allow** [1] - 108:25
**allowed** [1] - 111:19
**almost** [1] - 46:3
**America** [11] - 30:22, 32:19, 33:1, 33:11, 34:13, 34:14, 34:16, 37:9, 44:22, 48:14, 48:15
**American** [8] - 30:25, 36:19, 67:6, 79:25, 80:9, 81:1, 90:24, 91:15
**amount** [2] - 20:13, 20:14
**ANA** [2] - 1:19, 4:1
**analogy** [2] - 16:17, 16:22
**analytics** [3] - 15:2, 15:4, 15:9
**AND** [3] - 2:6, 2:17, 113:2
**AND/OR** [1] - 113:6
**ANDERLE** [1] - 2:4
**Angeles** [1] - 30:25
**ANGELES** [2] - 1:25, 2:16
**angels** [1] - 42:5
**Angelz** [7] - 56:21, 56:25, 57:1, 57:3, 57:10, 58:17
**anger** [1] - 96:14
**angry** [8] - 69:19, 69:22, 70:2, 70:3, 72:23, 79:24, 80:9, 96:7
**animated** [1] - 55:17
**anniversary** [1] - 59:22
**announced** [2] - 77:6, 81:8
**announcement** [4] - 72:6, 72:11, 72:19, 78:10
**answer** [20] - 7:17, 8:11, 8:19, 18:20, 18:21, 19:8, 22:5, 27:11, 51:8, 74:12, 75:4, 80:3, 80:5, 80:8, 81:15, 81:16, 83:23, 85:15, 85:16, 87:13
**answered** [8] - 6:25, 7:15, 7:22, 19:12, 22:12, 88:11, 97:10, 98:16
**answering** [1] - 21:15

**answers** [1] - 85:20
**anticipated** [1] - 109:19
**ANY** [1] - 113:5
**appeal** [2] - 67:8, 76:12
**appear** [3] - 23:14, 81:20, 106:18
**appearance** [1] - 72:8
**application** [1] - 65:18
**applied** [2] - 10:6, 65:13
**appreciate** [1] - 107:9
**approach** [5] - 40:23, 82:12, 82:16, 89:13, 92:11
**approached** [2] - 4:20, 73:5
**appropriate** [7] - 9:24, 10:1, 16:17, 16:22, 87:18, 106:19, 107:19
**approval** [6] - 6:22, 7:11, 7:14, 7:20, 7:22, 65:14
**ARE** [1] - 113:6
**areas** [1] - 20:7
**argue** [3] - 110:24, 111:1, 111:7
**argument** [6] - 106:1, 110:9, 110:13, 111:8, 111:9
**argumentative** [2] - 18:5, 91:8
**Army** [1] - 50:25
**arrangement** [1] - 74:2
**arrived** [1] - 53:3
**art** [3] - 55:2, 55:13, 61:20
**article** [5] - 92:15, 92:24, 92:25, 93:5, 93:9
**articulation** [1] - 78:12
**artists** [1] - 76:7
**Asian** [3] - 36:17, 48:7, 67:3
**assemble** [1] - 112:18
**Association** [2] - 35:19, 64:7
**assume** [2] - 13:23, 111:25
**assumes** [1] - 95:10
**Atlanta** [6] - 73:5, 73:15, 73:21, 73:22, 77:5, 77:10
**attempt** [1] - 102:12
**attitude** [1] - 64:2
**attorney** [1] - 95:23
**attorneys** [2] - 17:8, 18:25
**attorneys'** [1] - 77:18
**attribute** [1] - 4:15
**attributed** [1] - 90:9
**August** [1] - 46:11
**authenticated** [1] - 49:16
**authenticity** [1] - 52:16
**available** [5] - 8:16, 8:23, 9:1, 75:15, 109:18
**AVENUE** [2] - 2:4, 2:15
**award** [2] - 35:17, 35:18
**awards** [3] - 38:21, 64:5, 64:6
**aware** [4] - 13:6, 16:25, 18:3, 72:4

**awareness** [5] - 9:12, 9:13, 9:15, 14:22, 14:24

## B

**babies** [13] - 40:17, 40:19, 41:13, 41:19, 41:23, 42:21, 42:24, 43:1, 43:2, 59:9, 64:1, 64:15
**baby** [5] - 37:3, 40:25, 59:20
**Baby** [1] - 33:20
**backbone** [1] - 48:17
**bad** [1] - 42:5
**BAIRD** [2] - 1:23, 113:10
**Baird** [1] - 113:9
**ball** [2] - 38:20, 39:22
**band** [1] - 23:6
**bankrupt** [1] - 30:10
**bankruptcy** [1] - 45:13
**bar** [2] - 10:24, 11:12
**Barbie** [10] - 34:25, 35:1, 35:9, 36:8, 46:21, 47:2, 47:4, 47:6, 47:18
**Barbie's** [1] - 36:10, 47:7
**Barbies** [2] - 90:24, 91:15
**based** [13] - 17:12, 18:12, 18:14, 27:14, 29:24, 33:6, 33:16, 68:24, 72:7, 76:11, 79:6, 109:7, 112:5
**Bash** [2] - 49:7, 49:25
**basis** [4] - 13:22, 98:3, 107:19, 110:24
**Bates** [1] - 59:13
**Batman** [1] - 33:6
**battery** [1] - 53:5
**became** [18] - 29:19, 30:18, 31:12, 32:18, 32:23, 32:25, 34:18, 35:24, 38:4, 40:14, 40:15, 41:12, 41:19, 42:6, 46:2, 51:2, 58:21, 59:24
**become** [2] - 32:9, 72:3
**becomes** [1] - 45:9
**beginning** [1] - 84:1
**BEHALF** [2] - 2:3, 2:14
**behalf** [1] - 100:14
**below** [2] - 11:17, 36:11
**best** [5] - 18:21, 19:12, 30:22, 66:19, 69:20
**better** [2] - 30:19, 31:1
**between** [9] - 47:6, 47:17, 70:2, 87:1, 87:25, 88:4, 88:22, 104:20, 105:24
**beyond** [2] - 21:1, 87:15
**big** [22] - 29:4, 29:5, 29:21, 29:25, 30:3, 35:11, 38:2, 42:18, 43:9, 44:18, 45:19, 46:9, 47:3, 47:4, 47:17, 59:24, 64:12
**bigger** [3] - 40:15, 40:25, 66:21

**biggest** [8] - 34:21, 35:24, 37:24, 44:19, 45:14, 51:2, 56:21, 58:21
**binder** [2] - 49:3, 49:4
**Birthday** [2] - 49:7, 49:25
**bit** [4] - 29:12, 46:20, 77:8, 81:5
**black** [7] - 36:20, 48:6, 66:12, 66:15, 66:16, 66:18, 66:20
**Blanche** [1] - 79:19
**bland** [1] - 47:7
**blanket** [3] - 29:15, 29:17, 30:24
**blankets** [1] - 29:18
**blind** [1] - 24:22
**blond** [5] - 35:1, 36:16, 48:6, 48:21, 69:9
**blue** [12] - 24:3, 24:21, 24:24, 35:1, 36:16, 48:21, 56:13, 56:15, 62:14, 68:16, 69:8
**board** [1] - 46:7
**bold** [8] - 47:9, 50:9, 50:19, 59:17, 68:21, 69:14, 85:6, 86:10
**book** [1] - 49:3
**books** [3] - 75:19, 99:14, 99:17
**boom** [2] - 53:4, 53:7
**bore** [1] - 36:1
**born** [2] - 30:9, 34:23
**borrowed** [1] - 30:23
**boss** [1] - 40:4
**bottom** [1] - 61:19
**bought** [4] - 26:1, 36:22, 36:24, 46:8
**bounce** [1] - 41:14
**Bouncy** [1] - 33:20
**box** [4] - 52:17, 53:4, 53:7, 65:20
**boys** [1] - 41:4
**Boyz** [3] - 84:6, 84:8
**brand** [11] - 8:2, 8:9, 23:6, 35:18, 36:23, 62:12, 63:14, 63:23, 64:15, 71:16, 74:25
**brands** [4] - 34:20, 37:12, 37:13, 61:21
**brass** [1] - 32:5
**Brats** [1] - 42:2
**Bratz** [104] - 34:22, 35:4, 35:16, 35:17, 36:2, 36:9, 36:12, 40:15, 40:16, 40:17, 40:19, 40:24, 40:25, 41:2, 41:3, 41:6, 41:12, 41:13, 41:18, 41:19, 41:23, 41:24, 41:25, 42:8, 42:9, 42:19, 45:14, 46:5, 46:6, 46:9, 46:15, 46:21, 46:22, 46:24, 47:2, 47:6, 47:8, 47:17, 49:6, 49:7, 49:25, 50:20,

50:21, 50:22, 50:25, 51:1, 51:2, 51:15, 52:22, 53:1, 53:12, 54:12, 54:20, 54:23, 55:13, 55:18, 55:22, 56:19, 56:21, 56:25, 57:2, 57:10, 57:22, 58:17, 58:25, 59:9, 59:20, 59:21, 59:22, 60:5, 60:7, 61:2, 61:18, 64:15, 67:7, 76:22, 77:4, 77:8, 82:21, 82:24, 83:2, 83:6, 83:9, 83:12, 83:19, 84:4, 84:5, 84:7, 84:10, 84:12, 85:6, 86:4, 86:22, 89:6, 90:24, 99:3, 112:7, 112:8
**Brazil** [2] - 66:4, 66:5
**Brea** [1] - 31:6
**break** [7] - 5:18, 27:24, 28:1, 34:21, 53:23, 104:23, 105:21
**brief** [3] - 4:5, 4:6, 4:7
**briefly** [1] - 47:24
**bright** [1] - 68:15
**bright-colored** [1] - 68:15
**brightly** [1] - 67:15
**brightly-colored** [1] - 67:15
**bring** [8] - 5:10, 28:5, 35:5, 38:1, 40:24, 54:3, 87:17, 95:17
**British** [1] - 101:10
**brother** [1] - 30:23
**brought** [1] - 32:25
**Brown** [2] - 99:1, 100:10, 101:9
**brown** [4] - 100:18, 100:21, 100:25, 101:14
**brown's** [1] - 101:9
**Bruce** [2] - 3:4, 5:16
**buck** [1] - 91:24
**building** [2] - 31:15, 37:23
**built** [2] - 33:8, 76:2
**bunch** [4] - 45:25, 78:1, 84:16
**burden** [2] - 108:11, 108:24
**burgeoning** [1] - 94:19
**bus** [2] - 58:10, 58:11
**busboy** [1] - 31:12
**business** [13] - 28:23, 33:4, 33:9, 33:21, 36:15, 43:15, 45:1, 46:3, 46:18, 74:2, 76:3, 77:16, 81:6
**but..** [2] - 55:19, 90:12
**buy** [16] - 29:3, 34:7, 34:11, 34:12, 34:13, 35:21, 39:25, 40:2, 40:5, 43:19, 48:20, 58:19, 58:20, 84:16, 90:24
**buyer** [3] - 34:10, 39:24, 43:23
**buyer's** [1] - 39:24
**buyers** [7] - 43:17, 43:18, 66:16, 91:5, 91:12, 91:14,

91:15
**buys** [1] - 47:10
**BY** [54] - 5:17, 11:13, 18:11, 21:16, 22:16, 22:21, 24:7, 24:19, 26:18, 27:2, 28:16, 48:1, 49:2, 49:24, 50:14, 51:10, 51:19, 52:20, 54:9, 54:19, 55:12, 56:11, 57:9, 57:21, 60:17, 61:1, 61:7, 61:11, 62:1, 62:20, 65:6, 67:13, 68:14, 69:4, 70:15, 80:19, 81:18, 82:20, 86:1, 87:22, 88:12, 89:16, 90:1, 91:11, 92:14, 92:23, 93:13, 95:18, 98:15, 99:12, 100:1, 100:8, 104:1, 104:14

**C**

**CA** [3] - 2:5, 2:9, 2:16
**Cal** [3] - 31:14, 31:19, 31:24
**California** [3] - 17:20, 18:8, 38:24
**CALIFORNIA** [4] - 1:2, 1:19, 1:25, 4:1
**Cameron** [1] - 34:24
**canceled** [1] - 46:12
**cancer** [1] - 29:5
**candlelight** [1] - 30:16
**cannot** [4] - 40:2, 84:15, 87:10, 108:1
**Cano** [4] - 40:23, 50:12, 50:15, 52:9
**capital** [1] - 101:10
**capture** [1] - 67:6
**car** [2] - 37:1, 37:8
**cards** [1] - 73:2
**care** [2] - 29:2, 30:1
**career** [2] - 13:4, 81:10
**careful** [1] - 10:2
**carefully** [1] - 96:4
**Cares** [1] - 29:2
**caricature** [1] - 47:1
**carry** [2] - 23:10, 86:21
**cars** [1] - 37:5
**cartoon** [2] - 37:5, 58:5
**cartoons** [2] - 55:3, 55:16
**case** [34] - 10:4, 10:8, 18:4, 22:2, 23:10, 25:23, 42:16, 43:14, 69:23, 70:5, 76:1, 76:20, 80:8, 80:9, 80:10, 83:3, 88:4, 91:17, 102:17, 103:2, 105:2, 105:7, 105:8, 106:6, 106:12, 106:13, 106:21, 107:15, 107:18, 107:21, 109:22, 111:18, 112:11
**case-in-chief** [1] - 109:22
**cases** [1] - 24:2
**Caucasian** [2] - 48:18, 66:24

**CCRA** [1] - 1:23
**CD** [2] - 41:8, 58:19
**cease** [4] - 75:9, 98:20, 98:25, 100:24
**cease-and-desist** [1] - 98:20, 98:25, 100:24
**celebrities** [5] - 13:10, 13:12, 13:19, 50:21, 51:4
**celebrity** [5] - 14:6, 16:10, 16:12, 19:23, 26:5
**celebrity's** [1] - 14:9
**census** [1] - 66:21
**CENTRAL** [1] - 1:2
**CEO** [3] - 28:19, 28:20, 67:17
**certain** [10] - 8:2, 8:9, 10:10, 61:23, 64:22, 83:4, 85:5, 100:11, 104:17, 104:19
**certainly** [1] - 89:6
**CERTIFICATE** [1] - 113:1
**CERTIFY** [1] - 113:2
**cetera** [8] - 24:4, 33:4, 35:3, 38:6, 43:9, 46:1, 69:9, 105:25
**Challenge** [1] - 50:22
**challenged** [1] - 35:8
**chance** [4] - 7:1, 7:5, 92:21, 108:17
**change** [6] - 21:11, 21:25, 34:15, 40:11, 66:2
**changed** [8] - 32:12, 33:1, 41:13, 44:3, 44:11, 51:1, 65:20, 66:6
**changing** [1] - 47:13
**CHANTE** [1] - 2:19
**character** [2] - 55:13, 61:20
**characteristics** [1] - 50:16
**characterize** [1] - 70:24
**characterized** [1] - 46:23
**characters** [1] - 36:16
**CHARGED** [1] - 113:5
**Charles** [1] - 32:21
**CHASE** [1] - 2:3
**chat** [1] - 71:22
**checks** [1] - 32:7
**cheering** [1] - 103:9
**cheerleader** [1] - 39:8
**chief** [1] - 109:22
**children** [2] - 23:11, 30:1
**children's** [1] - 29:1
**China** [2] - 60:8, 61:18
**choice** [3] - 109:5, 109:11, 109:13
**chose** [1] - 33:10
**Christmas** [4] - 39:15, 45:20, 45:24, 45:25
**CIRCUIT** [1] - 113:5
**circumstances** [1] - 10:1
**City** [1] - 29:4
**Civil** [2] - 17:20, 18:8

**civil** [4] - 18:9, 31:13, 32:1, 80:8
**claim** [5] - 50:17, 83:7, 83:16, 84:20, 102:19
**claiming** [5] - 16:25, 69:15, 83:15, 84:9, 99:2
**claims** [3] - 18:8, 80:16, 102:17
**clarify** [1] - 8:7
**class** [3] - 65:13, 65:15, 65:16
**clean** [1] - 108:20
**clear** [5] - 16:3, 18:18, 52:17, 57:18, 67:10
**CLERK** [7] - 5:11, 28:2, 28:6, 28:11, 53:25, 54:5, 105:10
**client** [3] - 83:15, 87:11, 97:9
**clients** [1] - 102:2
**CLIFFORD** [2] - 1:10, 2:15
**Cloe** [3] - 36:16, 48:6, 54:12
**close** [1] - 107:6
**closing** [1] - 110:15
**clothes** [4] - 47:13, 47:14, 47:15, 84:17
**clothing** [10] - 59:16, 65:17, 68:19, 69:13, 83:4, 85:6, 86:16, 88:14, 88:22, 89:2
**Code** [2] - 17:20, 18:8
**code** [4] - 18:1, 18:3, 18:9, 18:13
**codes** [1] - 18:22
**Coffee** [1] - 31:7
**collectible** [1] - 63:11
**college** [4] - 30:2, 31:13, 31:17, 31:21
**College** [1] - 31:22
**color** [3] - 40:11, 48:21, 69:8
**colored** [5] - 59:18, 67:15, 68:15, 86:19, 88:17
**colorful** [2] - 24:1, 67:15
**colors** [2] - 62:15, 89:1
**combative** [1] - 69:17
**combined** [1] - 88:25
**combing** [1] - 47:13
**coming** [2] - 4:12, 73:1
**comment** [8] - 20:15, 20:18, 20:24, 21:18, 21:23, 22:3, 22:9, 92:7
**commerce** [1] - 76:6
**commercial** [3] - 44:5, 44:14, 76:12
**commercials** [1] - 44:16
**common** [1] - 32:15
**communication** [1] - 71:17
**communities** [2] - 8:3, 8:9
**community** [3] - 8:13, 8:14, 31:21
**companies** [4] - 43:7, 45:5, 67:18, 93:7

**company** [33] - 6:22, 23:8, 24:9, 27:8, 32:4, 32:8, 32:12, 32:15, 33:1, 33:14, 33:17, 34:14, 34:15, 36:24, 37:13, 37:25, 39:8, 44:20, 44:22, 44:23, 44:24, 45:3, 45:4, 45:7, 67:14, 68:5, 74:13, 74:15, 89:18, 94:20, 99:1, 101:10, 101:11
**company's** [3] - 34:13, 90:13, 90:15
**comparable** [2] - 83:2, 83:9
**compare** [7] - 21:15, 21:21, 22:7, 22:8, 40:19, 87:10, 91:1
**compared** [1] - 87:9
**compares** [1] - 90:19
**comparing** [2] - 16:18, 16:19
**comparison** [2] - 76:9, 91:17
**competed** [1] - 39:1
**competes** [1] - 35:8
**competition** [1] - 39:1
**competitors** [2] - 68:3, 69:11
**compilation** [1] - 58:25
**complaint** [2] - 73:9, 102:1
**complete** [1] - 105:3
**completing** [1] - 105:12
**compliance** [1] - 75:13
**complies** [3] - 13:17, 14:4, 58:24
**concerning** [1] - 71:17
**concert** [2] - 41:6, 58:11
**Concert** [5] - 42:9, 42:10, 55:14, 55:22, 56:4
**conclusion** [2] - 21:2, 103:20
**conclusions** [1] - 22:1
**conduct** [4] - 9:13, 9:15, 14:22, 14:24
**conducted** [3] - 9:6, 9:14, 21:13
**conducting** [1] - 15:11
**CONFERENCE** [1] - 113:7
**confirm** [1] - 75:12
**CONFORMANCE** [1] - 113:6
**confused** [4] - 4:18, 6:10, 25:2, 25:18
**confusing** [2] - 14:8, 66:5
**confusingly** [1] - 9:17
**confusion** [20] - 5:20, 5:25, 6:1, 6:18, 9:5, 9:14, 15:1, 20:17, 20:25, 21:9, 21:10, 21:19, 21:23, 21:25, 22:4, 22:7, 25:3, 25:5, 25:17, 74:20
**connotation** [1] - 42:3
**consent** [1] - 72:17
**considered** [1] - 25:4
**consistent** [1] - 17:25
**consumer** [5] - 32:11, 32:19, 41:13, 43:22, 43:24

**consumers** [7] - 9:22, 12:24, 13:22, 25:2, 25:18, 41:16, 43:24
**contained** [1] - 4:18
**context** [3] - 12:14, 15:6, 22:2
**continue** [1] - 64:20
**continues** [2] - 51:3
**contributed** [2] - 39:6, 111:15
**convince** [1] - 43:18
**cool** [1] - 35:14
**Copy** [1] - 37:23
**copy** [1] - 60:3
**copying** [1] - 79:14
**correct** [137] - 4:14, 6:3, 6:4, 6:24, 7:3, 7:6, 7:14, 8:17, 8:24, 9:8, 9:11, 9:12, 10:12, 10:14, 10:24, 10:25, 11:2, 11:3, 11:15, 11:20, 11:22, 11:24, 12:25, 13:4, 13:5, 13:11, 13:22, 14:19, 14:24, 15:16, 15:18, 15:21, 15:22, 15:25, 16:5, 16:12, 16:13, 17:4, 18:19, 19:2, 19:15, 19:18, 19:21, 19:24, 20:3, 21:20, 23:4, 23:5, 23:8, 23:16, 25:6, 25:7, 25:9, 25:24, 26:19, 26:20, 37:1, 39:4, 49:8, 49:14, 51:22, 51:23, 53:10, 53:17, 55:15, 57:19, 57:20, 60:19, 63:1, 63:6, 63:21, 65:7, 65:12, 65:24, 67:1, 68:17, 71:5, 72:1, 72:2, 73:13, 75:23, 76:20, 81:2, 81:7, 82:22, 83:7, 83:8, 83:10, 84:14, 84:22, 85:7, 85:8, 86:5, 86:6, 86:8, 86:11, 86:14, 86:17, 86:19, 86:23, 87:2, 87:6, 87:7, 88:22, 89:4, 89:7, 89:8, 89:10, 89:11, 90:3, 90:8, 90:16, 90:21, 91:2, 91:16, 92:5, 92:6, 92:15, 94:10, 94:16, 95:23, 96:2, 96:9, 96:17, 98:20, 100:12, 100:22, 101:6, 101:11, 101:23, 102:20, 102:25, 103:1, 103:4, 103:10, 103:16, 112:2
**CORRECT** [1] - 113:2
**corresponding** [1] - 57:22
**cost** [1] - 110:6
**costs** [3] - 100:12, 100:21, 110:2
**counsel** [13] - 16:8, 70:23, 71:13, 72:1, 79:24, 87:16, 96:5, 96:6, 96:11, 103:11, 103:24, 103:25, 105:5

**counsel's** [1] - 112:5
**counted** [1] - 22:24
**counterclaim** [3] - 81:21, 82:4, 109:23
**counterclaims** [4] - 18:7, 18:15, 18:16, 18:17
**counterfeits** [1] - 61:2
**countries** [1] - 66:3
**country** [3] - 29:14, 34:23, 48:17
**Coupe** [2] - 36:25, 37:4
**course** [3] - 50:6, 83:24, 96:3
**Court** [11] - 10:5, 10:7, 79:5, 79:9, 80:16, 82:14, 97:21, 97:24, 98:7, 98:9, 103:20
**court** [7] - 4:11, 5:12, 28:3, 28:7, 54:1, 54:6, 105:11
**COURT** [105] - 1:1, 1:23, 4:2, 4:22, 5:4, 5:9, 5:13, 11:8, 11:10, 18:6, 21:4, 21:7, 22:13, 24:15, 26:10, 26:14, 26:24, 27:18, 27:21, 27:25, 28:5, 28:8, 28:14, 49:19, 49:22, 51:9, 51:14, 52:5, 52:19, 53:20, 53:22, 54:3, 54:7, 54:15, 54:17, 55:10, 57:7, 57:14, 57:20, 60:14, 60:24, 61:4, 61:22, 62:17, 68:12, 69:3, 80:18, 81:15, 82:10, 82:15, 82:17, 85:17, 85:20, 85:23, 87:15, 87:20, 88:9, 89:14, 89:22, 89:24, 91:10, 92:12, 92:22, 95:12, 95:16, 97:15, 97:18, 97:23, 97:25, 98:3, 98:11, 99:9, 100:4, 100:6, 103:24, 104:10, 104:24, 105:12, 105:15, 105:18, 105:22, 106:4, 106:9, 106:20, 107:3, 107:8, 107:10, 107:21, 108:6, 108:13, 108:25, 109:11, 109:13, 109:22, 110:8, 110:11, 110:20, 110:24, 111:5, 111:12, 111:17, 111:22, 111:25, 112:3, 112:17
**Court's** [4] - 61:23, 98:4, 99:5, 99:6
**courtroom** [2] - 57:23, 60:4
**cover** [1] - 55:4
**COVID** [1] - 29:2
**Cozy** [2] - 36:25, 37:4
**crazy** [1] - 48:10
**create** [4] - 56:15, 78:11, 93:8, 93:17
**created** [6] - 37:13, 51:4, 55:3, 55:6, 72:9, 74:25
**creative** [3] - 39:9, 39:11, 79:17
**Creative** [1] - 23:18

**creatives** [1] - 79:13
**creativity** [2] - 37:20, 37:24
**credibility** [1] - 25:20
**Crewz** [4] - 51:15, 51:22, 52:23, 53:2
**cries** [1] - 40:13
**cross** [2] - 5:6, 67:8
**CROSS** [4] - 3:5, 3:7, 5:15, 82:19
**CROSS-EXAMINATION** [4] - 3:5, 3:7, 5:15, 82:19
**cross-section** [1] - 67:8
**crowds** [1] - 103:8
**crying** [1] - 79:20
**CSR** [1] - 1:23
**culture** [8] - 69:7, 92:8, 92:9, 93:8, 93:18, 93:20, 94:7, 95:7
**cure** [1] - 4:22
**current** [3] - 34:20, 105:22, 112:1
**customary** [1] - 73:18
**customers** [3] - 48:19, 66:20, 67:8
**cutting** [1] - 45:16
**CV20-11548-JVS** [1] - 1:8

# D

**D'IVORY** [1] - 2:19
**dad** [2] - 30:16, 38:7
**damage** [2] - 107:22, 112:1
**damages** [11] - 77:17, 100:12, 100:20, 106:25, 107:14, 107:25, 109:5, 109:8, 109:15, 111:8, 111:15
**damn** [1] - 101:16
**Dance** [4] - 51:15, 51:22, 52:23, 53:2
**dancing** [1] - 52:23
**data** [1] - 15:8
**date** [1] - 68:7
**DATE** [1] - 113:10
**daughter** [5] - 34:23, 35:1, 35:13, 36:18, 48:8
**Daughters** [2] - 76:22, 77:4
**DAY** [1] - 1:17
**days** [1] - 39:18
**deal** [2] - 46:9, 80:12
**deals** [1] - 29:9
**December** [4] - 75:14, 75:18, 77:5, 78:14
**decide** [2] - 18:25, 84:21
**decided** [2] - 35:14, 109:7
**deciding** [2] - 84:23, 107:7
**decision** [6] - 102:1, 102:4, 102:6, 107:7, 108:19, 109:6
**declaratory** [4] - 79:1, 79:3,

79:5, 81:23
**declare** [1] - 79:6
**declared** [1] - 81:23
**dedicated** [2] - 94:15, 94:21
**deduct** [2] - 110:6, 111:10
**deductions** [5] - 108:12, 108:15, 108:16, 110:1, 110:19
**defective** [1] - 46:2
**defendants** [1] - 1:12
**DEFENDANTS** [1] - 2:14
**defensive** [1] - 97:8
**definitely** [1] - 50:19
**definitively** [1] - 9:16
**Degeneres's** [1] - 30:5
**degree** [3] - 31:14, 31:25, 32:1
**demand** [7] - 43:22, 70:12, 75:9, 75:13, 75:21, 78:13, 81:19
**demanded** [2] - 100:9, 100:21
**demonstrate** [2] - 12:2, 12:7
**demonstrative** [1] - 16:7
**denying** [1] - 90:10
**department** [4] - 90:11, 91:24, 94:15, 94:20
**department's** [1] - 102:6
**deposed** [1] - 102:16
**DEPOSIT** [1] - 113:6
**deposition** [23] - 4:17, 4:19, 5:1, 10:17, 10:22, 11:7, 21:6, 26:16, 69:17, 69:24, 76:18, 78:15, 79:24, 96:3, 96:23, 96:24, 97:2, 97:11, 98:14, 98:16, 104:8, 104:13, 112:5
**Depot** [7] - 99:1, 99:11, 100:10, 100:18, 100:22, 100:25, 101:1
**describe** [3] - 63:9, 70:23, 77:2
**described** [2] - 20:8, 64:1
**design** [3] - 19:3, 39:20, 43:8
**designating** [1] - 112:10
**designed** [10] - 6:4, 17:16, 17:17, 17:24, 17:25, 18:14, 19:2, 19:10, 39:16, 74:14
**designers** [5] - 37:21, 37:22, 39:18, 43:13, 79:13, 79:15, 87:24, 92:1, 92:4
**designing** [3] - 18:10, 19:4, 92:5
**desist** [4] - 75:9, 98:20, 98:25, 100:24
**despite** [3] - 80:13, 80:25, 103:6
**destroy** [1] - 100:19
**detail** [2] - 77:3, 77:8
**determination** [2] - 8:15,

8:22
**determine** [2] - 6:10, 25:25
**developed** [2] - 48:12, 72:10
**difference** [3] - 47:5, 47:17, 70:2
**different** [19] - 10:1, 24:8, 32:9, 36:15, 37:12, 41:2, 41:24, 43:17, 45:2, 47:9, 47:16, 50:19, 59:17, 61:20, 66:4, 67:9, 69:8, 76:19, 98:8
**differently** [2] - 97:10, 104:5
**difficult** [1] - 40:6
**direct** [1] - 71:16
**DIRECT** [2] - 3:7, 28:15
**directly** [1] - 98:6
**disbanded** [2] - 103:10, 103:15
**disbanding** [1] - 81:9
**discount** [1] - 10:7
**discounted** [1] - 10:5
**discourage** [1] - 79:10
**discovering** [2] - 94:16, 94:19
**discovery** [1] - 111:2
**discuss** [4] - 26:8, 71:7, 102:10, 105:7
**discussed** [1] - 9:7
**discussing** [1] - 5:18
**discussion** [2] - 4:10, 72:20
**discussions** [1] - 71:25
**disgorgement** [2] - 77:15, 107:15
**dishes** [1] - 76:3
**dishwasher** [1] - 31:7
**displayed** [1] - 27:3
**disprove** [1] - 73:11
**dispute** [1] - 13:8
**disregard** [2] - 81:16, 111:13
**distribution** [4] - 72:5, 72:6, 72:19, 75:10
**distributor** [1] - 32:25
**DISTRICT** [4] - 1:1, 1:2, 1:3, 1:23
**diversity** [4] - 36:12, 36:14, 48:12, 48:19
**Doable** [1] - 68:3
**Doables** [1] - 68:5
**docket** [1] - 4:4
**Document** [4] - 82:14, 82:18, 89:15, 92:13
**document** [2] - 27:16, 65:10
**documents** [1] - 18:16
**dog** [5] - 45:17, 45:18, 45:21, 46:2
**doll** [43] - 6:21, 15:16, 15:18, 16:20, 23:2, 23:10, 23:18, 23:23, 24:8, 24:25, 33:18, 33:19, 33:20, 33:21, 33:25, 34:1, 34:14, 34:17, 35:2,

35:8, 35:23, 36:2, 36:14, 36:15, 36:21, 38:19, 39:22, 40:2, 40:9, 40:10, 47:10, 48:6, 48:7, 52:22, 57:10, 59:5, 61:18, 64:19, 67:7, 73:6, 73:16, 90:19, 97:6
**dollar** [1] - 35:21
**dollars** [4] - 35:22, 37:15, 37:17, 46:15
**dolls** [170] - 5:19, 5:25, 6:9, 6:11, 6:14, 7:11, 9:21, 9:22, 10:10, 11:4, 11:20, 11:21, 12:2, 12:7, 12:11, 12:22, 13:25, 14:15, 15:6, 15:19, 15:24, 23:14, 23:25, 24:1, 24:21, 24:24, 26:2, 27:5, 27:9, 34:22, 35:11, 35:15, 36:13, 36:21, 40:18, 41:12, 42:17, 42:23, 43:3, 43:14, 44:4, 46:25, 47:18, 47:20, 48:13, 48:20, 49:10, 50:13, 50:16, 50:18, 51:15, 52:8, 52:9, 52:17, 52:23, 52:25, 54:23, 55:14, 55:22, 56:4, 56:12, 56:15, 56:19, 57:17, 57:19, 57:22, 58:1, 58:15, 59:9, 59:10, 59:21, 59:23, 60:5, 60:7, 60:20, 60:21, 62:13, 62:21, 63:2, 63:5, 63:7, 63:9, 63:11, 63:16, 63:19, 63:20, 63:24, 64:11, 64:12, 64:23, 65:16, 66:12, 66:18, 66:20, 67:5, 67:6, 67:14, 68:3, 68:15, 68:18, 68:23, 69:6, 72:5, 72:7, 72:16, 73:1, 74:24, 75:10, 76:8, 76:10, 76:11, 76:14, 77:7, 78:9, 78:11, 79:7, 82:21, 82:24, 83:2, 83:3, 83:6, 83:9, 83:12, 83:13, 84:10, 84:12, 85:7, 86:22, 87:1, 87:6, 87:7, 87:25, 88:4, 88:13, 88:16, 88:19, 89:3, 90:3, 90:6, 90:7, 90:20, 90:24, 91:1, 91:2, 91:6, 91:13, 91:14, 91:15, 91:19, 91:20, 92:2, 92:5, 92:7, 94:6, 97:9, 99:2, 100:19, 101:23, 104:3, 104:20, 111:16, 112:10
**dolls'** [1] - 65:17
**done** [5] - 72:25, 74:17, 91:24, 103:5, 105:24
**doubled** [1] - 82:3
**down** [13] - 11:17, 23:13, 25:11, 27:21, 31:3, 45:19, 60:1, 71:6, 74:1, 80:11, 82:3, 105:23, 106:17
**Dr** [11] - 5:18, 9:23, 10:21,

11:7, 19:2, 20:4, 20:15, 22:17, 26:19, 90:23, 91:4
**dragged** [1] - 69:23
**drawings** [1] - 35:10
**drawn** [1] - 22:1
**dream** [1] - 30:25
**dress** [19] - 16:19, 50:17, 69:15, 81:6, 82:25, 83:7, 84:11, 84:15, 84:20, 84:24, 85:2, 85:9, 86:3, 86:9, 87:5, 88:4, 88:8, 91:18, 104:19
**dressed** [1] - 16:11
**driving** [1] - 43:21
**dropped** [1] - 36:10
**duration** [1] - 74:24
**during** [9] - 29:2, 39:13, 39:17, 52:12, 68:1, 79:24, 96:3, 96:15, 102:21
**DVDs** [1] - 55:3

## E

**E&Y** [2] - 38:25, 39:3
**e-mail** [1] - 60:18
**early** [3] - 4:7, 76:13, 96:18
**earthquake** [2] - 29:13, 29:16
**east** [1] - 31:14
**Eastern** [1] - 36:18
**easy** [3] - 43:4, 43:5, 43:6
**Easy** [1] - 30:21
**edge** [1] - 45:16
**edgy** [6] - 47:16, 68:18, 85:5, 88:14, 88:20, 89:2
**Education** [1] - 29:22
**effect** [1] - 25:13
**effort** [2] - 102:23, 103:8
**either** [7] - 15:20, 15:23, 16:10, 23:15, 72:21, 75:22, 90:15
**electronics** [2] - 32:11, 32:20
**element** [3] - 40:3, 40:16
**Ellen** [2] - 30:4, 30:5
**emerging** [1] - 73:19
**emotional** [1] - 97:7
**employee** [2] - 101:1, 101:6
**employees** [3] - 39:9, 82:6, 82:7
**end** [12] - 4:11, 32:9, 41:25, 42:6, 42:10, 42:14, 50:10, 51:23, 57:1, 57:2, 57:3, 90:17
**endowed** [1] - 28:25
**engage** [1] - 28:24
**engaged** [1] - 28:22
**engine** [1] - 27:14
**engineering** [2] - 31:13, 32:1
**enjoining** [1] - 101:22
**entering** [1] - 75:10

**entertainers** [1] - 19:14
**Entertainment** [5] - 28:19, 33:15, 34:17, 44:19, 72:4
**ENTERTAINMENT** [2] - 1:4, 2:3
**entertainment** [1] - 41:4
**entities** [1] - 71:14
**entrepreneur** [5] - 38:22, 38:24, 38:25, 39:2
**entrepreneurs** [2] - 43:7, 43:8
**ERIN** [1] - 2:14
**Ernst** [1] - 39:3
**especially** [2] - 39:9, 41:4, 80:9
**essentially** [1] - 79:13
**estimate** [1] - 105:12
**ET** [2] - 1:10, 2:15
**et** [8] - 24:4, 33:3, 35:3, 38:6, 43:9, 46:1, 69:9, 105:25
**evaluate** [2] - 25:19, 26:12
**evening** [2] - 104:25, 106:3
**event** [3] - 73:5, 76:23, 77:11
**events** [1] - 73:19
**eventually** [2] - 30:17, 32:23
**Eveready** [3] - 9:23, 10:6, 10:8
**everywhere** [1] - 58:20
**evidence** [28] - 21:3, 21:14, 26:12, 49:17, 51:13, 52:3, 52:14, 55:8, 62:16, 67:25, 68:10, 79:6, 89:21, 93:21, 95:11, 105:4, 105:13, 105:15, 105:23, 107:5, 108:2, 108:5, 108:20, 109:7, 110:1, 110:6, 110:19, 112:14
**exact** [2] - 68:7, 92:3
**exactly** [2] - 20:21, 75:8
**EXAMINATION** [10] - 3:5, 3:5, 3:6, 3:7, 3:7, 5:15, 22:15, 26:15, 28:15, 82:19
**example** [4] - 12:19, 16:10, 17:20, 39:15
**examples** [5] - 21:10, 21:20, 21:23, 21:25, 22:7
**excited** [1] - 38:16
**exclude** [2] - 98:4, 107:3
**excluded** [2] - 98:7, 108:6
**exclusive** [2] - 27:5, 27:10
**excuse** [2] - 83:23, 85:14
**Exhibit** [54] - 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 11:7, 22:17, 26:17, 27:16, 27:19, 48:22, 48:24, 49:20, 49:23, 51:11, 52:6, 53:11, 53:21, 54:11, 54:18, 55:1, 55:11, 56:23, 57:8, 57:15, 58:23, 60:9,

60:15, 62:4, 64:25, 67:20, 68:9, 68:13, 70:13, 71:11, 75:8, 76:6, 76:25, 77:2, 77:12, 78:7, 89:21, 89:25, 91:22, 92:19, 95:22, 100:2
**exhibit** [4] - 22:22, 49:19, 56:6, 94:23
**eXHIBITS** [1] - 3:10
**existence** [3] - 59:19, 63:4, 70:11
**expect** [2] - 8:12, 74:10
**expectation** [1] - 45:6
**expected** [1] - 74:1
**expensive** [1] - 44:1
**experience** [1] - 26:21
**expert** [13] - 13:15, 25:10, 106:15, 107:14, 107:17, 107:18, 107:22, 107:25, 108:14, 109:5, 109:8, 109:15, 112:1
**expert's** [1] - 4:19
**expire** [1] - 19:23
**explain** [6] - 7:1, 7:5, 7:7, 16:23, 77:21, 78:2
**explained** [1] - 21:24
**explaining** [1] - 16:14
**express** [1] - 85:4
**extended** [1] - 59:24
**extension** [1] - 63:19
**extensions** [3] - 62:13, 64:15
**extortion** [8] - 71:8, 72:24, 75:17, 76:4, 77:20, 78:24, 97:4, 97:5
**extortionists** [1] - 79:10
**extra** [2] - 77:8, 94:6
**extremely** [3] - 63:24, 64:18
**eyes** [6] - 35:1, 35:12, 35:14, 36:17, 38:11, 48:21

## F

**face** [4] - 43:14, 47:1, 92:15, 92:17
**faces** [1] - 87:10
**facilities** [1] - 27:24
**fact** [9] - 4:25, 30:4, 39:23, 42:7, 78:23, 80:25, 94:15, 96:21
**factories** [2] - 60:8, 61:18
**facts** [1] - 95:10
**failure** [1] - 43:25
**failures** [1] - 43:10
**fair** [3] - 18:13, 80:23, 107:6
**fairly** [2] - 54:10, 68:2
**fairness** [1] - 106:22
**fairy** [1] - 23:23
**fall** [2] - 39:15, 46:9
**false** [1] - 81:20
**fame** [1] - 19:22
**familiar** [1] - 25:12

**familiarity** [1] - 69:5
**families** [2] - 29:9, 29:10
**family** [5] - 28:23, 31:1, 34:18, 44:25
**famous** [3] - 36:25, 44:9, 97:6
**fans** [1] - 15:13
**far** [3] - 23:4, 23:17, 66:25
**fashion** [18] - 24:1, 35:8, 36:14, 40:18, 42:23, 43:3, 47:7, 47:9, 47:10, 47:18, 58:1, 59:4, 59:10, 64:19, 67:14, 67:15, 90:7, 94:7
**fashioned** [1] - 78:11
**fashions** [6] - 47:5, 47:9, 50:7, 83:13, 83:14
**father** [1] - 30:9
**faulty** [1] - 111:13
**FEE** [1] - 113:5
**fees** [2] - 77:18, 79:10
**FEES** [1] - 113:5
**feet** [1] - 37:6
**felt** [1] - 98:18
**few** [1] - 73:9
**figure** [2] - 4:18, 74:23
**figures** [1] - 19:17
**file** [2] - 102:1, 102:4
**filed** [9] - 4:5, 4:6, 4:7, 79:1, 81:22, 81:25, 82:3, 101:25
**filing** [1] - 102:8
**fill** [1] - 41:16
**final** [2] - 40:9, 105:25, 108:17
**finalize** [2] - 105:5, 105:23
**financial** [2] - 29:4, 107:25
**fine** [5] - 5:4, 5:6, 108:20, 111:11, 111:21
**finish** [6] - 31:25, 32:1, 83:23, 85:14, 105:23, 108:23
**FINKELSTEIN** [1] - 2:7
**firm** [3] - 70:5, 70:6, 71:13
**FIRST** [1] - 1:24
**first** [41] - 11:19, 13:3, 23:4, 26:22, 27:9, 27:11, 28:5, 28:12, 29:3, 31:2, 31:20, 31:21, 32:20, 33:5, 33:18, 33:19, 33:20, 38:18, 42:14, 42:18, 42:20, 42:23, 43:1, 43:11, 45:17, 47:11, 47:20, 48:2, 48:5, 63:7, 70:10, 71:11, 76:5, 76:6, 77:1, 83:20, 84:9, 96:10, 97:7, 105:3
**five** [5] - 6:17, 24:21, 27:23, 30:12, 108:21
**five-minute** [1] - 27:23
**flew** [1] - 30:24
**Flintstone** [1] - 37:5
**FLOOR** [2] - 1:24, 2:16

**FOB** [2] - 46:7
**focus** [3] - 4:10, 37:19, 47:12
**focused** [1] - 29:25
**focuses** [1] - 94:18
**follow** [2] - 87:20, 94:6
**followed** [1] - 51:5
**follows** [3] - 72:6, 72:19, 98:6
**foot** [1] - 37:7
**FOR** [1] - 113:5
**forced** [1] - 76:18
**FOREGOING** [1] - 113:2
**Forever** [1] - 84:16
**form** [1] - 105:8
**formed** [1] - 56:16
**forth** [1] - 108:10
**foundation** [3] - 26:8, 26:23, 29:25
**Foundation** [2] - 29:9, 29:22
**founder** [3] - 28:19, 28:20, 32:21
**four** [17] - 5:19, 5:22, 6:9, 6:14, 6:18, 15:20, 24:21, 24:22, 30:10, 31:19, 34:8, 36:15, 36:21, 37:3, 47:20, 48:2, 59:23
**FOURTH** [1] - 1:24
**fourth** [1] - 27:12
**Fox** [1] - 34:6
**franchise** [2] - 53:1, 63:23
**frankly** [11] - 35:10, 35:12, 36:15, 44:3, 44:12, 50:20, 69:14, 71:8, 79:9, 80:8, 92:9
**Fred** [1] - 37:5
**free** [1] - 46:7
**Friday** [1] - 105:3
**Friends** [1] - 23:3
**frivolous** [4] - 69:23, 80:10, 82:3
**front** [2] - 24:3, 32:16
**full** [3] - 22:25, 28:11, 108:1
**fun** [6] - 34:18, 38:5, 68:18, 85:5, 88:14, 89:1

## G

**game** [2] - 32:23, 33:2
**Game** [2] - 33:8, 33:9
**Games** [5] - 32:19, 33:1, 34:13, 34:14, 34:16
**games** [2] - 32:24, 38:5
**Garcia** [1] - 35:7
**gas** [1] - 37:9
**general** [3] - 6:13, 8:4, 8:11
**General** [2] - 29:6
**generally** [1] - 25:7
**gentlemen** [4] - 28:1, 53:23, 81:17, 105:1
**Gift** [2] - 32:4, 32:5

**giftware** [1] - 32:5
**Girl** [2] - 90:24, 91:15
**girl** [3] - 23:6, 47:10, 73:15
**Girls** [8] - 23:18, 23:19, 63:5, 64:11, 64:16, 65:23, 66:7, 78:21
**girls** [7] - 24:13, 24:20, 41:4, 42:5, 47:8, 62:14, 74:25
**girlz** [3] - 42:13, 42:15, 83:17
**Girlz** [114] - 6:13, 8:16, 8:23, 9:1, 9:16, 9:22, 10:15, 10:18, 10:23, 11:1, 11:3, 11:15, 11:17, 12:1, 12:3, 12:8, 12:11, 12:18, 12:21, 12:23, 13:6, 13:10, 13:14, 13:18, 13:24, 14:20, 15:7, 16:25, 17:7, 18:15, 19:20, 20:1, 22:23, 22:25, 23:3, 23:10, 23:13, 23:23, 24:3, 24:11, 27:4, 27:6, 27:10, 42:7, 42:9, 46:25, 51:1, 53:12, 54:12, 54:20, 56:16, 59:1, 59:4, 59:12, 59:19, 60:6, 60:21, 61:14, 61:19, 61:20, 62:2, 62:6, 62:12, 62:21, 65:25, 66:1, 68:24, 70:17, 70:23, 71:16, 72:8, 72:16, 73:5, 76:6, 76:10, 76:12, 76:15, 77:7, 78:9, 78:12, 78:22, 79:8, 81:8, 83:7, 84:3, 84:14, 84:17, 85:9, 86:3, 86:5, 86:8, 86:9, 86:11, 86:14, 86:23, 87:1, 87:6, 87:9, 87:25, 88:5, 88:13, 88:16, 88:19, 89:4, 89:9, 91:18, 95:14, 103:3, 103:6, 103:15, 104:3, 104:20, 111:15
**GIRLZ** [1] - 23:3
**Girlz'** [11] - 6:2, 15:3, 15:5, 15:9, 15:13, 61:3, 70:11, 77:21, 79:14, 95:2, 95:8
**giveaway** [3] - 76:23, 77:4, 77:9
**given** [6] - 7:5, 16:18, 18:20, 22:5, 38:21, 69:5
**Glimma** [1] - 23:13
**Global** [2] - 92:16, 93:3
**Google** [2] - 12:13, 12:18
**Google.com** [2] - 12:21, 12:23
**Gorman** [1] - 39:24
**graduated** [1] - 31:17
**GRAND** [1] - 2:15
**grant** [1] - 65:18
**graphic** [1] - 55:2
**graveyard** [1] - 31:8
**great** [3] - 16:23, 53:1, 73:16
**greater** [1] - 77:3
**green** [1] - 69:9

**grew** [2] - 30:1, 50:21
**gross** [1] - 45:5
**grossly** [1] - 109:8
**group** [16] - 17:2, 17:6, 17:15, 17:18, 18:19, 18:25, 19:5, 23:6, 29:8, 52:23, 56:16, 69:15, 72:9, 73:15, 81:10
**groups** [3] - 15:19, 47:12, 67:2
**grown** [1] - 64:11
**grown-up** [1] - 64:11
**guess** [4] - 8:11, 20:20, 21:8, 59:11
**guidance** [1] - 18:1
**guy** [1] - 99:10
**guys** [1] - 30:20

## H

**H&M** [1] - 84:15
**hair** [21] - 24:1, 24:4, 24:21, 24:24, 24:25, 43:14, 47:13, 48:21, 56:13, 56:16, 59:18, 62:6, 62:13, 67:15, 68:15, 69:8, 86:19, 88:17, 89:1
**Hair** [2] - 68:2, 68:4
**half** [1] - 64:19
**halo** [1] - 42:4
**HAMPTON** [1] - 2:20
**hand** [1] - 22:19
**handed** [4] - 82:14, 82:18, 89:15, 92:13
**handful** [2] - 21:10, 21:24
**handheld** [1] - 32:24
**handle** [2] - 5:5, 70:5
**handy** [1] - 16:9
**hard** [6] - 39:10, 39:12, 43:18, 79:16, 93:23, 103:7
**Harris** [29] - 42:12, 50:8, 50:17, 51:5, 60:4, 60:18, 69:15, 70:19, 70:21, 71:14, 71:15, 71:20, 71:22, 72:10, 72:15, 72:17, 73:7, 73:25, 75:12, 75:14, 76:17, 77:17, 81:22, 82:1, 84:2, 102:19, 102:20, 106:25, 107:3
**HARRIS** [2] - 1:10, 2:15
**Harris's** [1] - 26:5
**Harrises** [6] - 71:2, 73:23, 75:8, 77:2, 79:11, 102:10
**Harrises'** [6] - 95:19, 95:23, 101:25, 102:5, 102:7, 104:2
**hate** [1] - 109:9
**Hawthorne** [1] - 31:6
**head** [5] - 20:9, 40:4, 47:4, 74:13, 74:15
**heads** [1] - 35:11
**health** [1] - 29:1

**hear** [3] - 42:11, 74:2, 108:2
**heard** [16] - 42:16, 42:17, 50:7, 64:11, 64:14, 65:21, 66:10, 70:16, 70:23, 70:24, 73:24, 82:21, 90:23, 102:19, 102:21, 106:12
**hearing** [1] - 66:13
**hearsay** [1] - 92:20
**heart** [1] - 29:17
**held** [2] - 44:22, 77:4
**help** [4] - 14:6, 24:5, 107:8, 107:9
**HEREBY** [1] - 113:2
**hereby** [1] - 75:9
**high** [1] - 111:20
**hire** [1] - 70:4
**hired** [1] - 44:6
**hiring** [1] - 70:5
**history** [2] - 35:25, 45:11
**hit** [7] - 38:2, 38:4, 43:4, 44:18, 46:15, 68:6, 79:21
**hold** [1] - 71:15
**home** [1] - 47:11
**honest** [2] - 42:11, 80:7
**honor** [1] - 31:23
**Honor** [73] - 4:13, 5:14, 11:6, 21:1, 22:11, 24:12, 26:7, 26:23, 27:15, 27:22, 27:23, 28:9, 40:23, 47:23, 49:17, 49:20, 51:6, 51:12, 52:3, 52:10, 52:15, 53:18, 54:8, 54:14, 55:8, 57:5, 57:12, 57:16, 60:12, 60:22, 61:9, 62:16, 65:3, 67:9, 68:9, 69:1, 70:14, 80:14, 81:13, 82:8, 82:11, 82:12, 82:16, 87:12, 87:19, 88:7, 88:10, 89:13, 89:20, 92:11, 92:18, 95:15, 97:17, 97:20, 98:5, 98:6, 99:4, 99:6, 99:23, 103:19, 104:22, 106:11, 106:19, 106:22, 107:13, 107:23, 109:3, 109:4, 109:21, 109:25, 110:5, 112:2, 112:16
**HONORABLE** [1] - 1:3
**Hood** [2] - 84:6, 84:8
**Hope** [2] - 29:4, 29:8
**hope** [2] - 4:9, 79:9
**hopes** [1] - 4:9
**hoping** [3] - 74:12, 74:18, 74:21
**Hospital** [2] - 29:5, 29:6
**Host** [1] - 31:16
**hottest** [1] - 40:1
**hour** [2] - 31:8, 105:19
**hours** [1] - 105:19
**house** [2] - 46:13, 73:2
**HOUSTON** [1] - 2:22
**Hudson** [1] - 29:24

**huge** [1] - 70:4
**human** [5] - 16:18, 16:19, 46:21, 47:1
**humans** [1] - 47:4
**hundred** [1] - 37:14
**hundreds** [1] - 48:11
**hurdle** [1] - 43:22
**hurt** [1] - 101:17
**husband** [1] - 101:2
**Hustle** [1] - 69:14
**hypothetical** [1] - 20:21

**I**

**iconic** [2] - 19:14, 19:17
**idea** [2] - 37:16, 67:12
**ideas** [1] - 4:24
**identifiable** [5] - 13:21, 13:23, 13:25, 17:23, 18:23
**identification** [4] - 3:11, 48:23, 48:24, 64:25
**identified** [3] - 54:11, 93:8, 93:18
**identify** [1] - 15:13
**II** [1] - 1:18
**image** [10] - 10:23, 13:7, 52:13, 52:17, 53:12, 54:12, 56:5, 57:5, 57:19
**images** [7] - 6:17, 51:22, 56:12, 57:22, 78:1, 78:2, 78:16
**imagination** [1] - 58:5
**immigrant** [3] - 34:22, 48:16, 76:2
**immigrants** [1] - 48:16
**impersonators** [1] - 16:11
**important** [4] - 27:12, 35:20, 41:4, 41:5
**importing** [1] - 32:5
**improper** [2] - 52:13, 110:17
**improperly** [1] - 10:6
**IN** [2] - 113:3, 113:6
**Inc** [2] - 32:13, 32:14
**INC** [2] - 1:4, 2:3
**Inc's** [1] - 72:4
**inch** [1] - 64:19
**include** [3] - 6:16, 14:18, 14:20
**included** [1] - 6:17
**including** [5] - 47:18, 51:5, 58:14, 64:7, 69:8
**inclusive** [1] - 36:20
**incorporated** [1] - 101:9
**incorrect** [2] - 66:17, 88:1
**increased** [1] - 33:16
**independent** [6] - 8:15, 8:18, 8:22, 8:25, 9:15, 14:24
**INDEX** [1] - 3:1
**indicating** [1] - 25:17

**indicating)** [1] - 38:3
**indications** [1] - 14:25
**individual** [7] - 5:25, 15:24, 17:14, 17:22, 18:23, 19:6, 25:2
**individually** [1] - 17:1
**individuals** [3] - 17:15, 17:18, 19:7
**industry** [3] - 39:14, 41:3, 64:5
**infants** [1] - 64:4
**influencers** [2] - 44:6, 44:8
**information** [1] - 9:17
**infringement** [2] - 82:25, 83:3
**infringing** [1] - 77:16
**Inglewood** [1] - 31:4
**initials** [2] - 6:16
**initiate** [1] - 100:11
**injunctive** [1] - 100:12
**innovation** [1] - 41:7
**innovative** [2] - 37:25, 41:11
**inside** [1] - 41:9
**insight** [1] - 41:13
**insomnia** [1] - 38:6
**Instagram** [2] - 50:24, 94:20
**instead** [3] - 70:5, 78:25, 82:3
**instructed** [1] - 87:13
**instruction** [1] - 87:20
**instructions** [5] - 4:4, 105:5, 105:24, 106:3, 112:18
**instruments** [3] - 58:3, 58:13, 58:14
**insulting** [1] - 104:18
**intellectual** [2] - 71:15, 98:18
**intended** [1] - 76:15
**intent** [1] - 67:5
**intention** [7] - 19:5, 72:7, 75:19, 75:22, 76:14, 77:6, 78:11
**intentionally** [1] - 16:11
**International** [3] - 31:17, 32:12, 32:14
**internet** [3] - 12:24, 94:7, 94:9
**interprets** [1] - 10:2
**interrupting** [2] - 70:1, 85:16
**interview** [3] - 93:3, 93:9, 94:18
**interviewed** [2] - 92:16, 93:1
**introduced** [1] - 76:6
**invent** [1] - 84:18
**invented** [4] - 42:13, 50:8, 83:16
**inventor** [1] - 34:1
**inventory** [1] - 100:20
**investigation** [1] - 103:5
**involved** [2] - 92:1, 99:24

**involving** [1] - 25:3
**iPhone** [3] - 38:7, 38:10, 38:11
**Iran** [2] - 29:9, 30:9
**irrelevant** [1] - 100:3
**IRVINE** [2] - 2:5, 2:9
**IS** [1] - 113:2
**ISAAC** [1] - 28:13
**Isaac** [4] - 3:6, 28:9, 28:10, 28:13
**Isaacson** [14] - 3:4, 5:16, 5:18, 9:23, 10:21, 19:2, 20:4, 20:15, 22:17, 26:19, 66:11, 90:23, 91:4, 106:15
**Isaacson's** [2] - 11:7, 68:1
**issue** [6] - 8:20, 18:3, 91:17, 102:17, 103:14
**issued** [1] - 89:17
**issues** [3] - 61:23, 80:25, 105:8
**item** [2] - 22:25, 27:13
**items** [4] - 22:22, 22:24, 22:25, 27:13
**iteration** [1] - 4:3
**itself** [1] - 40:10

**J**

**Jade** [3] - 36:17, 48:7, 54:13
**JAMES** [1] - 1:3
**James** [3] - 29:22, 29:23, 29:24
**Japan** [1] - 33:10
**Japanese** [1] - 33:14
**Jason** [1] - 34:24
**JENNIFER** [1] - 2:3
**jewelry** [1] - 50:11
**JK** [3] - 63:16, 63:19
**job** [2] - 25:22, 31:7
**JOHN** [1] - 2:18
**John** [1] - 29:6
**JUDGE** [1] - 1:3
**judgment** [1] - 80:15
**JUDICIAL** [1] - 113:7
**judicially** [1] - 65:4
**Juicery** [2] - 10:4, 10:7
**jumped** [1] - 77:1
**jurors** [1] - 42:22
**jury** [22] - 4:3, 5:10, 5:11, 5:12, 25:19, 25:25, 26:6, 26:11, 28:3, 28:5, 28:6, 28:7, 42:24, 52:8, 52:11, 54:1, 54:3, 54:5, 54:6, 80:20, 105:11, 108:1
**JURY** [1] - 1:17

**K**

**Kamarck** [3] - 101:1, 101:6, 101:15

**KARMAN** [1] - 2:4
**keep** [3] - 40:8, 67:17, 106:6
**Keller** [5] - 5:6, 10:9, 13:3, 28:14, 54:7
**KELLER** [101] - 2:3, 2:4, 4:13, 4:23, 11:9, 18:5, 21:1, 22:11, 22:16, 22:19, 22:21, 24:5, 24:7, 24:19, 26:13, 26:23, 27:17, 27:23, 28:9, 28:16, 40:23, 47:22, 48:1, 48:22, 49:2, 49:16, 49:20, 49:24, 50:12, 50:14, 51:10, 51:12, 51:15, 51:19, 52:3, 52:7, 52:15, 52:20, 53:18, 54:8, 54:9, 54:14, 54:19, 55:8, 55:12, 56:4, 56:8, 56:11, 57:5, 57:9, 57:12, 57:16, 57:21, 60:12, 60:16, 60:17, 61:1, 61:7, 61:11, 61:16, 61:24, 62:1, 62:16, 62:18, 62:20, 65:3, 65:6, 67:9, 67:13, 68:9, 68:14, 69:4, 70:14, 70:15, 80:19, 81:18, 82:8, 88:7, 89:23, 91:8, 92:20, 95:10, 97:14, 97:16, 97:20, 97:24, 98:6, 98:9, 99:4, 100:3, 103:19, 104:12, 105:17, 109:4, 109:12, 109:14, 109:17, 110:4, 110:10, 111:7, 111:14
**kept** [1] - 48:12
**Keville** [3] - 73:23, 79:18, 82:10
**KEVILLE** [80] - 2:18, 49:18, 51:6, 51:16, 52:4, 52:10, 53:19, 54:16, 55:9, 57:6, 57:13, 57:18, 60:13, 60:22, 68:11, 69:1, 80:14, 81:13, 82:11, 82:16, 82:20, 86:1, 87:12, 87:22, 88:10, 88:12, 89:13, 89:16, 89:20, 90:1, 91:11, 92:11, 92:14, 92:18, 92:23, 93:11, 93:13, 95:18, 97:13, 97:19, 98:1, 98:5, 98:8, 98:12, 98:15, 99:6, 99:12, 99:23, 100:1, 100:5, 100:7, 100:8, 103:22, 104:1, 104:8, 104:11, 104:14, 104:22, 105:14, 105:19, 106:2, 106:5, 106:22, 107:6, 107:9, 107:11, 107:23, 108:10, 108:14, 109:2, 109:16, 109:21, 109:25, 110:12, 110:22, 111:1, 111:9, 111:18, 111:23, 112:13
**key** [3] - 85:12, 93:8, 93:18
**Kids** [1] - 34:6
**kids** [7] - 34:23, 35:5, 38:5,

40:7, 90:8, 94:10, 95:7
**kids'** [1] - 58:5
**kind** [8] - 12:13, 24:16, 32:17, 36:12, 62:14, 72:12, 74:19, 79:19
**kindly** [1] - 71:6
**kitchen** [1] - 30:13
**Kmart** [2] - 33:3, 34:4
**knock** [2] - 60:3, 60:8
**knocked** [2] - 61:20, 99:2
**knockoff** [3] - 60:6, 60:7, 60:11
**knockoffs** [1] - 61:13
**knowledge** [4] - 100:14, 100:16, 103:12, 103:23
**known** [11] - 8:2, 8:9, 8:12, 8:13, 8:14, 9:17, 9:19, 9:20, 9:24, 10:3, 20:2
**knows** [1] - 80:12
**Korea** [1] - 32:6
**Kreation** [2] - 10:4, 10:7
**Kuru** [1] - 31:5

## L

**L-a-r-i-a-n** [1] - 28:13
**L.A** [5] - 31:14, 31:19, 31:21, 31:24
**L.O.L** [32] - 11:4, 11:21, 12:11, 26:1, 38:3, 38:17, 39:21, 40:15, 40:20, 40:21, 42:17, 44:4, 46:25, 63:3, 63:7, 63:14, 63:19, 63:20, 63:23, 64:6, 64:12, 64:16, 64:22, 65:7, 65:14, 66:7, 90:2, 90:5, 90:20, 92:7, 94:6, 112:10
**lacking** [1] - 90:6
**ladies** [4] - 28:1, 53:23, 81:16, 104:25
**Lalaloopsy** [4] - 37:11, 37:15, 37:16, 38:2
**LAMAR** [1] - 2:19
**large** [1] - 67:2
**largest** [1] - 44:21
**Larian** [24] - 3:6, 28:9, 28:10, 28:13, 28:17, 29:12, 30:7, 31:2, 38:21, 42:16, 54:10, 62:7, 69:5, 69:16, 79:12, 80:13, 80:20, 82:5, 82:21, 89:18, 92:16, 95:1, 100:9, 105:16
**last** [8] - 4:19, 14:5, 28:12, 49:9, 59:12, 80:18, 82:5, 96:23
**Latin** [1] - 36:19
**Latino** [1] - 67:3
**launch** [1] - 77:6
**launched** [3] - 34:22, 36:5, 63:7

**law** [3] - 70:5, 84:22, 84:23
**laws** [1] - 66:3
**lawsuit** [6] - 81:21, 81:25, 101:25, 102:4, 102:8, 102:15
**lawsuits** [1] - 98:22
**lawyer** [2] - 69:25, 71:19
**lawyers** [1] - 102:25
**LAX** [1] - 31:15
**layered** [3] - 59:16, 86:16, 88:22
**layers** [4] - 69:13, 84:17, 84:18, 89:2
**layman** [1] - 81:11
**Lazarus** [1] - 32:21
**learn** [1] - 21:6
**learned** [3] - 18:12, 18:14, 70:10
**least** [2] - 24:24, 63:3
**leave** [2] - 17:8, 18:24
**leaves** [1] - 112:4
**LeBron** [3] - 29:21, 29:23, 29:24
**left** [3] - 23:13, 35:13, 49:7
**leg** [1] - 38:8
**legal** [16] - 8:4, 17:13, 19:8, 19:9, 75:15, 75:21, 79:10, 79:25, 80:9, 81:1, 81:14, 100:12, 100:21, 102:6, 103:14, 103:20
**less** [4] - 20:10, 20:12, 25:8, 75:25
**LESS** [1] - 113:5
**letter** [33] - 70:12, 70:24, 71:2, 71:6, 71:10, 73:4, 73:25, 75:2, 76:22, 77:21, 78:1, 78:7, 81:19, 95:19, 95:22, 95:25, 96:6, 96:7, 96:13, 96:19, 96:24, 96:25, 98:25, 100:25, 102:1, 102:2, 102:5, 102:7, 102:10, 102:23, 102:24, 104:2
**letters** [1] - 98:20
**liability** [1] - 77:14
**License** [2] - 92:16, 93:3
**license** [4] - 33:12, 33:13, 33:15, 73:19
**licensed** [1] - 33:6
**licensee** [1] - 32:23
**licenses** [1] - 33:12
**licensing** [4] - 72:14, 72:20, 75:11, 77:3
**lie** [8] - 72:13, 72:22, 73:7, 76:16, 76:17, 77:10, 77:11, 80:12
**life** [3] - 31:1, 37:17, 58:7
**lifestyle** [1] - 74:21
**light** [3] - 8:20, 30:14, 78:10
**likelihood** [8] - 5:20, 5:25,

6:1, 6:18, 9:5, 25:3, 25:5, 25:17
**likelihood-of-confusion** [4] - 5:20, 5:25, 6:18, 25:3
**likely** [1] - 91:23
**likeness** [26] - 9:5, 9:14, 13:2, 13:3, 13:7, 13:13, 14:21, 15:1, 15:15, 15:17, 15:20, 15:21, 16:1, 16:4, 16:6, 16:23, 17:1, 17:6, 17:9, 17:13, 17:18, 17:20, 18:19, 19:5, 48:20, 78:9
**limit** [1] - 85:20
**limitation** [1] - 77:15
**limited** [2] - 85:17, 112:8
**line** [20] - 21:6, 23:21, 41:12, 42:8, 61:22, 63:3, 63:4, 64:7, 66:12, 66:15, 68:4, 69:9, 72:5, 72:7, 73:6, 73:16, 76:14, 77:7, 78:11, 78:21
**lines** [4] - 97:13, 97:19, 98:2, 104:9
**LinkedIn** [1] - 29:19
**links** [3] - 12:20, 12:22, 12:23
**lips** [3] - 35:11, 47:3, 87:10
**lipstick** [1] - 83:15
**list** [4] - 106:16, 106:17, 106:23, 107:24
**listen** [1] - 45:23
**literally** [3] - 31:5, 43:12, 54:22
**litigation** [10] - 20:5, 52:12, 71:13, 72:1, 96:3, 96:16, 99:5, 99:7, 99:24, 102:12
**Live** [3] - 55:13, 55:22, 56:4
**live** [4] - 29:10, 30:25, 41:6, 55:18
**live-action** [1] - 55:18
**lived** [2] - 30:13, 31:4
**living** [1] - 31:18
**LLP** [4] - 2:4, 2:8, 2:15, 2:20
**local** [1] - 73:19
**logo** [2] - 42:4, 65:20
**look** [68] - 9:22, 10:20, 11:19, 13:15, 14:3, 16:7, 19:20, 23:9, 23:17, 23:22, 40:19, 41:21, 42:14, 46:24, 47:3, 48:15, 48:18, 49:1, 49:3, 50:3, 50:7, 50:9, 50:11, 51:1, 51:3, 51:11, 53:2, 53:11, 55:1, 55:21, 56:9, 56:23, 58:23, 59:15, 60:9, 61:19, 62:3, 70:13, 71:11, 72:3, 74:6, 74:20, 75:7, 76:5, 76:11, 76:25, 77:1, 77:12, 77:22, 79:14, 82:24, 84:1, 92:4, 92:10, 93:21, 93:24, 97:7, 97:9, 97:24,

100:17, 101:8, 101:13, 104:2, 110:12, 112:8, 112:12, 112:15
**look-alike** [1] - 74:20
**looked** [9] - 18:16, 18:21, 18:22, 35:12, 46:21, 47:4, 95:4, 95:13, 96:4
**looking** [8] - 41:18, 50:15, 52:21, 52:22, 56:8, 62:6, 95:6, 103:12
**looks** [12] - 11:20, 16:2, 19:14, 19:17, 24:1, 27:3, 35:2, 47:2, 67:11, 74:20, 87:11, 98:9
**LOS** [2] - 1:25, 2:16
**Los** [1] - 30:25
**lost** [2] - 52:8, 77:16
**LOUISIANA** [1] - 2:21
**love** [1] - 39:10
**low** [1] - 111:20
**Lucasfilm** [1] - 33:13
**lucky** [1] - 46:5
**lunch** [1] - 105:21

## M

**mad** [1] - 70:8
**made-up** [1] - 77:11
**magic** [1] - 62:6
**mail** [2] - 32:6, 60:18
**MAIN** [1] - 2:8
**major** [9] - 28:25, 29:8, 38:4, 38:8, 40:14, 41:19
**maker** [2] - 7:11, 24:8
**makers** [1] - 43:13
**makeup** [11] - 50:8, 50:19, 50:20, 51:1, 51:2, 59:17, 69:13, 83:5, 83:15, 85:6, 86:10
**malicious** [1] - 77:13
**man** [1] - 98:25
**Man** [1] - 33:13
**manage** [4] - 31:11, 45:4, 45:5, 45:6
**manufacture** [1] - 72:16
**manufacturing** [1] - 96:8
**margin** [2] - 35:22, 45:5
**MARK** [1] - 2:7
**mark** [3] - 89:20, 103:15, 103:18
**marked** [3] - 3:11, 48:22, 48:24
**market** [26] - 15:3, 15:5, 15:6, 15:9, 34:9, 35:1, 36:8, 36:9, 36:10, 38:1, 43:20, 46:11, 47:19, 48:9, 67:6, 68:4, 68:6, 69:6, 84:17, 90:6, 90:19, 91:1, 91:7, 91:13, 91:20
**marketing** [4] - 41:15, 43:21,

44:1, 46:15
**marks** [2] - 67:10, 67:11
**Mass** [1] - 29:5
**mass** [1] - 33:2
**Massachusetts** [1] - 29:6
**match** [1] - 50:13
**material** [1] - 29:3
**materials** [3] - 18:2, 18:22, 76:9
**math** [1] - 30:16
**MATTER** [1] - 113:4
**matter** [11] - 25:6, 25:7, 25:14, 25:16, 30:3, 39:23, 42:7, 71:17, 81:14, 97:22, 108:21
**matters** [2] - 20:5, 25:3
**MAY** [2] - 1:20, 4:1
**McCarthy** [3] - 14:11, 17:21
**McDonald** [4] - 106:14, 106:18, 106:24, 107:11
**mean** [17] - 12:9, 12:10, 12:12, 12:15, 15:4, 39:21, 41:20, 45:14, 48:21, 60:6, 61:14, 77:19, 81:3, 81:8, 83:11, 108:7, 108:9
**meaning** [1] - 14:5
**means** [6] - 7:7, 13:21, 46:7, 79:6, 81:11, 93:20
**meant** [3] - 13:24, 101:22
**measure** [3] - 6:1, 13:24, 15:5
**measured** [4] - 15:6, 17:15, 18:24, 19:7
**measuring** [1] - 9:4
**media** [2] - 76:7, 94:19
**meet** [1] - 79:1
**melting** [2] - 48:14, 48:15
**memory** [1] - 96:13
**Men** [1] - 84:6
**mental** [1] - 29:1
**mentioned** [4] - 10:9, 30:24, 43:17, 48:14
**merchandise** [5] - 12:11, 32:25, 46:3, 46:10, 72:6
**method** [1] - 9:23
**methodology** [1] - 10:6
**methods** [1] - 16:15
**MGA** [63] - 1:4, 2:3, 13:6, 23:18, 23:20, 28:19, 29:2, 32:3, 33:18, 34:16, 34:21, 37:12, 37:19, 37:24, 37:25, 39:9, 42:14, 44:19, 45:11, 54:23, 56:12, 56:15, 57:25, 59:5, 59:9, 59:21, 61:14, 62:21, 64:20, 64:22, 65:13, 67:14, 67:17, 72:4, 72:7, 72:14, 72:15, 73:4, 73:14, 73:18, 74:11, 75:3, 76:13, 76:23, 77:5, 82:4, 82:6, 93:6, 93:17, 94:5, 94:15,

94:18, 98:19, 99:7, 100:14, 100:24, 100:25, 101:6, 101:25, 107:21, 107:22, 110:1
**MGA's** [15] - 12:20, 15:23, 34:20, 39:6, 65:7, 65:18, 71:3, 76:8, 76:10, 77:6, 78:10, 98:18, 100:21, 112:1
**micro** [1] - 32:19
**Micro** [4] - 33:1, 34:13, 34:14, 34:16
**mid** [1] - 53:22
**mid-afternoon** [1] - 53:22
**Middle** [1] - 36:18
**middle** [1] - 38:9
**might** [4] - 44:22, 26:4, 104:22, 110:3
**mileage** [1] - 37:10
**miles** [1] - 31:5
**Millennial** [6] - 63:5, 64:10, 64:16, 65:23, 66:7, 78:21
**million** [9] - 29:1, 29:2, 33:9, 34:18, 35:16, 35:23, 36:7, 36:8, 37:15, 37:17, 38:13, 46:7, 46:8, 46:14, 63:25, 95:3, 95:8
**millions** [1] - 48:11
**mind** [3] - 21:25, 50:5, 107:4
**minds** [3] - 8:16, 8:23, 9:1
**mine** [1] - 70:6
**mini** [1] - 99:2
**Mini** [2] - 100:18, 100:19
**minute** [8] - 17:21, 27:23, 61:4, 95:21, 97:15, 97:23, 97:25, 104:10
**minutes** [2] - 108:21, 112:17
**MIRIAM** [2] - 1:23, 113:10
**Miriam** [1] - 113:9
**misappropriated** [1] - 19:6
**misappropriating** [1] - 13:7
**misappropriation** [8] - 17:1, 17:6, 17:9, 17:13, 17:17, 17:19, 18:19, 77:14
**mischaracterizes** [1] - 60:23
**misrepresented** [1] - 4:17
**missed** [1] - 95:8
**misspoke** [1] - 96:11
**misstatement** [1] - 4:14
**mistake** [2] - 4:21, 82:2
**misunderstanding** [1] - 71:7
**Mitch** [2] - 101:4, 101:5
**Mitchell** [2] - 101:1, 101:6
**mixup** [1] - 74:19
**modeled** [2] - 72:16, 77:7
**moment** [5] - 11:5, 16:9, 97:14, 97:16, 100:16
**Monaco** [1] - 39:2
**money** [11] - 29:10, 31:3, 44:7, 44:15, 44:17, 45:8,

45:11, 73:3, 80:11, 101:15
**morning** [10] - 4:8, 31:10, 45:25, 105:3, 105:6, 105:9, 105:21, 106:23, 111:6, 112:6
**mortgage** [1] - 46:13
**most** [7] - 20:1, 26:21, 27:3, 44:15, 44:16, 91:23
**mostly** [1] - 47:7
**mother** [3] - 30:12, 30:15, 30:22
**mothers** [1] - 42:1
**motions** [1] - 105:25
**move** [25] - 24:10, 27:15, 46:19, 49:17, 51:12, 52:3, 53:18, 54:10, 54:14, 55:8, 57:5, 57:12, 60:12, 61:22, 62:16, 63:2, 64:10, 66:9, 68:9, 80:14, 89:21, 92:18, 106:1, 106:13, 107:18
**moved** [2] - 30:10, 80:15
**movie** [3] - 30:20, 55:18
**moving** [1] - 70:10
**Moxie** [14] - 23:18, 23:19, 42:7, 46:25, 59:1, 59:4, 59:12, 61:19, 61:20, 62:2, 62:6, 62:12, 62:21, 89:9
**MR** [83] - 49:18, 51:6, 51:16, 52:4, 52:10, 53:19, 54:16, 55:9, 57:6, 57:13, 57:18, 60:13, 60:22, 68:11, 69:1, 80:14, 81:13, 82:11, 82:16, 82:20, 86:1, 87:12, 87:22, 88:10, 88:12, 89:13, 89:16, 89:20, 90:1, 91:11, 92:11, 92:14, 92:18, 92:23, 93:11, 93:13, 95:18, 97:13, 97:19, 98:1, 98:5, 98:8, 98:12, 98:15, 99:6, 99:12, 99:23, 100:1, 100:5, 100:7, 100:8, 103:22, 104:1, 104:8, 104:11, 104:14, 104:22, 105:14, 105:19, 106:2, 106:5, 106:11, 106:22, 107:6, 107:9, 107:11, 107:13, 107:23, 108:10, 108:14, 109:2, 109:16, 109:21, 109:25, 110:12, 110:22, 111:1, 111:9, 111:18, 111:23, 112:2, 112:4, 112:13
**MS** [116] - 4:13, 4:23, 5:8, 5:14, 5:17, 11:6, 11:9, 11:11, 11:13, 18:5, 18:11, 21:1, 21:5, 21:16, 22:11, 22:14, 22:16, 22:19, 22:21, 24:5, 24:7, 24:12, 24:19, 26:7, 26:13, 26:16, 26:18, 26:23, 27:2, 27:15, 27:17, 27:20, 27:23, 28:9, 28:16,

40:23, 47:22, 48:1, 48:22, 49:2, 49:16, 49:20, 49:24, 50:12, 50:14, 51:10, 51:12, 51:15, 51:19, 52:3, 52:7, 52:15, 52:20, 53:18, 54:8, 54:9, 54:14, 54:19, 55:8, 55:12, 56:4, 56:8, 56:11, 57:5, 57:9, 57:12, 57:16, 57:21, 60:12, 60:16, 60:17, 61:1, 61:7, 61:11, 61:16, 61:24, 62:1, 62:16, 62:18, 62:20, 65:3, 65:6, 67:9, 67:13, 68:9, 68:14, 69:4, 70:14, 70:15, 80:19, 81:18, 82:8, 88:7, 89:23, 91:8, 92:20, 95:10, 97:14, 97:16, 97:20, 97:24, 98:6, 98:9, 99:4, 100:3, 103:19, 104:12, 105:17, 109:4, 109:12, 109:14, 109:17, 110:4, 110:10, 111:7, 111:14
**MULLIN** [1] - 2:20
**music** [7] - 41:5, 41:10, 53:6, 54:22, 58:16, 76:7
**musical** [3] - 56:19, 58:3, 72:8
**musically** [2] - 54:23, 57:25
**MVB11893@AOL.COM** [1] - 1:25

## N

**Namco** [1] - 33:14
**name** [36] - 6:2, 6:4, 6:10, 13:7, 14:6, 14:9, 14:13, 14:18, 14:20, 28:12, 30:4, 32:10, 32:12, 32:13, 32:15, 34:13, 34:16, 39:24, 42:1, 42:2, 42:6, 42:15, 48:4, 56:19, 66:7, 74:20, 78:8, 79:18, 83:16, 84:3, 88:25, 89:1, 89:7, 89:10, 103:9
**named** [8] - 14:11, 34:24, 38:23, 38:25, 48:8, 99:1
**names** [1] - 33:16
**Narmak** [1] - 30:11
**narrative** [2] - 51:7, 80:17
**narrow** [2] - 109:1, 112:16
**nationality** [1] - 36:19
**nature** [4] - 14:15, 15:25, 21:8, 26:25
**Nazi** [1] - 79:19
**nearly** [1] - 15:12
**need** [7] - 29:4, 33:11, 34:8, 101:17, 105:4, 111:23, 111:25
**needed** [1] - 91:14
**negotiations** [1] - 77:3
**nerve** [1] - 79:21

**never** [19] - 25:16, 33:25, 38:1, 39:21, 70:18, 70:20, 70:22, 72:14, 73:17, 82:1, 88:24, 89:6, 89:9, 90:18, 95:4, 95:9, 95:13, 102:19, 109:19
**nevertheless** [2] - 72:15, 96:12
**new** [2] - 37:13, 38:1
**next** [15] - 12:11, 23:22, 24:10, 24:20, 27:13, 28:8, 38:14, 38:16, 42:18, 42:24, 48:6, 48:7, 48:8, 51:9
**Nickelodeon** [4] - 34:6, 44:5, 44:7, 44:15
**night** [5] - 4:19, 38:7, 38:9, 39:19
**nimbly** [1] - 93:6
**nine** [1] - 30:18
**Nintendo** [6] - 32:23, 33:2, 33:8, 33:10
**nobody** [2] - 40:1, 41:21
**non** [1] - 15:13
**non-white** [1] - 15:13
**none** [1] - 87:10
**nonsense** [7] - 69:24, 79:20, 84:20, 84:24, 84:25, 85:2, 85:3
**nonsensical** [1] - 7:21
**noon** [3] - 71:9, 75:14, 78:14
**North** [1] - 44:22
**nose** [2] - 47:3, 87:10
**note** [1] - 67:9
**nothing** [16] - 26:13, 55:20, 66:1, 71:3, 72:25, 73:2, 78:22, 79:7, 82:8, 91:13, 97:9, 102:14, 108:8, 109:20, 111:15
**noticed** [1] - 65:4
**nowhere** [4] - 75:1, 103:3, 103:6, 103:9
**nuisance** [1] - 75:24
**number** [14] - 22:24, 24:24, 37:8, 37:18, 49:19, 56:6, 59:13, 67:21, 99:15, 108:15, 110:4, 110:6, 111:13, 111:19
**number-one** [1] - 37:8
**numbers** [2] - 92:3, 111:3

## O

**o'clock** [3] - 39:19, 75:18, 105:1
**O.M.G** [70] - 10:10, 11:4, 11:20, 11:21, 12:2, 12:7, 12:11, 13:25, 23:6, 23:21, 26:2, 27:5, 42:16, 42:17, 43:1, 46:25, 58:15, 63:16, 63:24, 64:11, 64:23, 66:4,

66:8, 66:11, 66:15, 66:18, 66:20, 67:5, 72:5, 75:10, 76:8, 76:10, 76:11, 76:14, 78:9, 78:11, 79:7, 82:24, 83:3, 83:9, 83:13, 84:12, 85:7, 86:22, 87:1, 87:6, 87:7, 87:25, 88:4, 88:13, 88:16, 88:19, 88:25, 89:1, 89:3, 89:6, 89:9, 90:2, 90:6, 90:20, 91:2, 91:5, 91:12, 91:14, 91:18, 91:20, 92:2, 92:5, 103:15, 104:20
**oath** [1] - 86:25
**object** [2] - 51:6, 52:10, 80:14
**objection** [32] - 11:8, 11:9, 18:5, 21:1, 22:11, 24:12, 26:7, 26:23, 27:17, 49:18, 51:14, 52:4, 53:19, 54:16, 55:9, 57:6, 57:13, 60:13, 60:22, 62:17, 68:11, 69:1, 81:13, 88:7, 89:22, 89:23, 91:8, 92:20, 95:10, 100:3, 103:19, 104:12
**obnoxious** [1] - 69:25
**obtained** [1] - 77:15
**obvious** [1] - 76:11
**obviously** [2] - 50:1, 106:13
**occupation** [1] - 28:17
**October** [2] - 46:10, 46:11
**OF** [7] - 1:2, 1:16, 2:3, 2:14, 113:3, 113:7
**offended** [2] - 78:17, 96:7
**offensiveness** [1] - 96:14
**offering** [5] - 19:13, 19:16, 19:19, 19:22, 19:25
**office** [3] - 35:5, 35:6, 73:22
**Office** [2] - 65:11, 65:14
**offices** [1] - 73:21
**OFFICIAL** [2] - 1:23, 113:10
**often** [1] - 12:24
**Ohio** [4] - 29:22, 29:23, 29:24, 29:25
**old** [3] - 30:10, 30:18, 37:3
**OMG** [108] - 6:2, 6:13, 6:16, 8:16, 8:23, 9:1, 9:16, 9:22, 10:15, 10:18, 10:23, 11:1, 11:3, 11:14, 11:17, 12:1, 12:3, 12:8, 12:11, 12:18, 12:21, 12:23, 13:6, 13:10, 13:13, 13:18, 13:24, 14:20, 15:3, 15:5, 15:7, 15:9, 15:13, 16:3, 16:5, 16:25, 17:7, 18:15, 19:20, 20:1, 22:23, 22:25, 24:10, 27:4, 27:5, 27:10, 50:25, 56:16, 59:19, 60:6, 60:21, 61:3, 61:14, 65:8, 65:15, 65:25, 66:1, 68:24, 70:11, 70:16, 70:23, 71:16, 72:8, 72:16,

73:5, 76:6, 76:10, 76:12, 76:15, 77:7, 77:21, 78:9, 78:12, 78:22, 79:8, 79:14, 81:8, 83:6, 84:14, 84:17, 85:9, 86:3, 86:5, 86:7, 86:9, 86:11, 86:14, 86:23, 87:1, 87:6, 87:9, 87:25, 88:4, 88:13, 88:16, 88:19, 89:3, 91:18, 95:2, 95:8, 95:13, 103:3, 103:6, 103:15, 104:3, 104:20, 111:15
**ON** [2] - 2:3, 2:14
**once** [4] - 38:24, 43:16, 43:19, 43:22
**one** [76] - 7:16, 8:13, 9:7, 9:9, 10:2, 12:14, 16:18, 20:7, 22:22, 22:25, 23:2, 24:3, 24:17, 24:21, 24:25, 29:15, 30:13, 30:23, 31:5, 31:23, 36:16, 37:4, 37:5, 37:8, 37:15, 37:23, 38:2, 38:3, 38:6, 38:7, 38:9, 40:10, 40:13, 40:25, 41:2, 41:3, 42:13, 43:22, 46:1, 48:4, 48:5, 50:7, 50:9, 51:2, 55:2, 55:4, 56:1, 56:21, 58:12, 58:21, 63:16, 65:20, 68:3, 72:23, 82:5, 82:12, 83:20, 84:9, 87:24, 89:12, 94:5, 98:1, 99:14, 99:17, 100:10, 101:8, 101:10, 105:25, 107:1, 107:12
**One** [1] - 77:5
**one-way** [2] - 29:15, 30:23
**ones** [3] - 29:7, 56:21, 62:22
**online** [2] - 10:13, 26:20
**open** [2] - 33:10, 84:17
**Open** [6] - 5:12, 28:3, 28:7, 54:1, 54:6, 105:11
**open-market** [1] - 84:17
**opened** [1] - 30:17
**opening** [3] - 47:22, 73:23, 75:19
**operate** [1] - 93:6
**operation** [1] - 101:2
**opinion** [9] - 9:7, 9:18, 21:4, 21:11, 48:17, 85:4, 108:2, 108:3, 108:17
**opinions** [7] - 19:13, 19:16, 19:19, 19:22, 19:25, 21:11, 105:8
**opportunities** [1] - 77:17
**opportunity** [3] - 87:17, 107:16, 110:16
**opposed** [1] - 17:1
**orange** [1] - 62:14
**order** [11] - 32:6, 34:8, 40:6, 42:25, 46:6, 46:8, 46:12, 98:2, 99:5, 99:7, 108:17

**original** [4] - 37:20, 41:2, 59:23, 77:24
**Original** [1] - 37:23
**originally** [2] - 35:12, 41:1
**otherwise** [1] - 5:6
**ourselves** [1] - 37:20
**outcomes** [1] - 9:11
**outfits** [1] - 88:20
**Outrageous** [6] - 63:5, 64:10, 64:16, 65:23, 66:7, 78:21
**outside** [2] - 9:4, 69:7
**over-the-top** [2] - 68:21, 83:15
**overall** [2] - 20:20, 37:12
**overruled** [12] - 18:6, 21:7, 24:15, 26:10, 26:24, 52:19, 60:24, 88:9, 91:10, 95:12, 99:9, 100:4
**own** [12] - 29:23, 36:22, 37:3, 43:7, 44:24, 45:7, 45:8, 53:7, 65:14, 81:21, 81:23, 109:22
**owned** [2] - 44:20, 93:6
**owner** [1] - 81:23
**owns** [2] - 44:23, 44:25

## P

**p.m** [6] - 28:4, 31:9, 54:2, 112:19
**P.M** [1] - 4:1
**Pac** [1] - 33:13
**Pac-Man** [1] - 33:13
**Pacific** [2] - 75:14, 78:14
**pack** [1] - 53:5
**package** [3] - 6:21, 41:9, 41:21
**packages** [3] - 11:23, 15:23, 52:8
**packaging** [5] - 39:21, 43:15, 55:2, 55:5, 57:10
**page** [23] - 5:22, 5:24, 16:7, 21:6, 22:25, 23:1, 23:4, 23:9, 23:22, 24:3, 74:5, 76:5, 76:25, 77:2, 77:12, 78:7, 93:22, 97:13, 97:19, 98:2, 100:2, 101:8, 101:13
**PAGE** [1] - 3:2
**pages** [3] - 10:17, 32:14, 100:17
**paid** [1] - 31:18
**painters** [1] - 43:14
**pants** [2] - 24:11, 24:17
**paper** [4] - 38:19, 41:15, 100:23, 101:21
**papers** [1] - 32:7
**paragraph** [12] - 6:23, 13:15, 14:3, 71:11, 72:3, 75:7, 77:1, 77:13, 90:5, 90:17,

96:15, 101:8
**paragraphs** [2] - 76:5, 78:8
**parameters** [1] - 87:15
**parents** [1] - 30:13
**part** [8] - 14:19, 14:20, 23:21, 52:23, 62:12, 73:4, 75:1, 94:5
**partially** [1] - 4:7
**participants** [5] - 6:9, 7:4, 8:17, 8:24, 9:2
**particular** [5] - 8:20, 12:14, 16:12, 18:9
**particularly** [1] - 78:10
**parties** [11] - 12:17, 50:8, 50:17, 51:5, 71:15, 72:10, 72:15, 75:12, 75:15, 77:17, 81:22
**parties'** [1] - 72:17
**Party** [2] - 49:6, 49:25
**party** [1] - 23:15
**pass** [1] - 22:14
**passion** [1] - 47:8
**passionate** [1] - 39:11
**past** [1] - 98:19
**pasting** [1] - 78:1
**Patent** [2] - 65:11, 65:13
**Paula** [2] - 35:7, 35:13
**Pause** [1] - 54:4
**pay** [4] - 44:8, 71:9, 77:20, 100:20
**paying** [1] - 101:18
**pays** [1] - 30:2
**peak** [3] - 39:13, 39:17
**pending** [1] - 61:5
**people** [22] - 6:25, 7:8, 7:15, 7:19, 13:25, 16:11, 21:13, 29:3, 36:20, 38:11, 39:10, 39:20, 43:21, 60:3, 69:10, 79:11, 80:22, 90:24, 91:4, 101:16, 107:25, 108:7
**per** [1] - 61:23
**percent** [24] - 4:18, 5:2, 5:3, 15:12, 20:10, 20:11, 20:12, 25:4, 25:11, 25:15, 25:16, 34:25, 35:22, 36:8, 36:9, 44:24, 44:25, 66:17, 66:20, 66:22, 66:24, 72:18, 73:7, 76:17
**percentage** [5] - 20:4, 20:9, 25:6, 66:21, 66:22
**percentages** [1] - 25:4
**perfect** [1] - 55:20
**perform** [2] - 9:12, 73:15
**performance** [1] - 72:9
**performances** [1] - 76:8
**performed** [1] - 10:13
**perhaps** [1] - 69:17
**period** [1] - 20:1
**permission** [13] - 6:22, 7:2, 7:5, 7:8, 7:11, 7:13, 7:16,

7:18, 7:20, 7:22, 16:18, 67:10, 98:19
**Persian** [2] - 29:9
**person** [4] - 6:23, 97:6, 109:9
**personally** [1] - 100:13
**persons** [1] - 71:14
**pets** [3] - 63:15, 63:16, 64:5
**phenomenon** [7] - 35:24, 38:15, 40:14, 41:20, 44:3, 44:6, 45:14
**philanthropic** [1] - 29:20
**philanthropist** [1] - 28:25
**phone** [1] - 82:1
**photograph** [1] - 60:16
**photos** [1] - 104:2
**phrase** [3] - 16:3, 16:5, 65:23
**picked** [2] - 32:13, 82:1
**picture** [2] - 6:15, 37:2
**pictures** [5] - 86:7, 86:11, 86:14, 86:17, 88:14
**piece** [2] - 41:15, 58:13
**pieces** [2] - 34:18, 63:25
**pin** [1] - 41:22
**pink** [10] - 24:4, 24:23, 24:25, 46:22, 47:8, 56:13, 56:15, 62:14, 68:15, 69:8
**pivot** [1] - 76:19
**place** [4] - 30:10, 30:19, 30:22, 45:22
**placed** [1] - 46:6
**placement** [1] - 12:13
**places** [2] - 84:16, 95:14
**Plaintiff** [5] - 1:6, 3:4, 3:6, 5:16, 28:10
**PLAINTIFF** [1] - 2:3
**plan** [4] - 94:5, 105:22, 106:4, 106:23
**planning** [1] - 111:7
**plastic** [1] - 58:13
**platforms** [1] - 94:20
**play** [9] - 38:5, 41:10, 58:1, 58:3, 97:13, 98:1, 98:13, 104:8, 107:1
**Play** [2] - 68:5, 69:10
**played** [2] - 53:6, 98:14, 104:13
**playing** [1] - 58:15
**plea** [1] - 78:25
**plow** [1] - 106:2
**plus** [1] - 100:20
**pocket** [1] - 31:4
**point** [5] - 65:20, 79:20, 106:20, 109:1, 109:24
**pointed** [1] - 17:21
**Pokemon** [1] - 33:7
**poor** [1] - 97:14
**pop** [7] - 92:8, 92:9, 93:8, 93:18, 93:19, 94:7, 95:6
**popular** [3] - 20:1, 42:7, 69:7

**popularity** [2] - 72:8, 73:1
**population** [3] - 9:25, 20:20, 66:18
**portion** [6] - 79:10, 83:4, 84:13, 93:25, 96:8, 98:1
**Portion** [2] - 98:14, 104:13
**portions** [2] - 83:6, 86:2
**position** [5] - 20:15, 20:24, 21:18, 22:3, 22:9
**possibilities** [3] - 9:8, 9:9, 9:10
**possible** [6] - 7:15, 7:17, 8:2, 8:8, 8:12, 71:7
**post** [1] - 50:25
**pot** [2] - 48:14, 48:15
**potential** [2] - 96:8, 107:12
**pound** [1] - 101:10
**pounds** [1] - 101:19
**Power** [2] - 33:7, 33:15
**powered** [1] - 37:7
**PPE** [1] - 29:3
**PR** [2] - 90:11, 91:24
**practice** [3] - 20:7, 20:13, 73:18
**pre** [1] - 53:9
**pre-2010** [1] - 58:25
**precedents** [1] - 17:12
**prepared** [3] - 75:15, 96:16, 108:8
**present** [8] - 5:12, 28:3, 28:7, 54:1, 54:6, 105:11, 107:17, 110:21
**presently** [2] - 106:24, 106:25
**president** [1] - 28:20
**press** [5] - 40:12, 53:5, 89:12, 89:17, 90:25
**presumably** [1] - 23:25
**pretend** [2] - 58:8, 58:10
**pretty** [2] - 11:14, 43:4
**previously** [7] - 3:4, 5:16, 21:17, 22:10, 64:14, 97:21, 103:20
**pride** [1] - 37:20
**princess** [2] - 23:13, 46:22
**private** [2] - 45:2, 45:7
**privately** [3] - 44:19, 44:21, 93:6
**proceed** [1] - 98:11
**proceeded** [1] - 72:16
**PROCEEDINGS** [2] - 1:16, 113:3
**proceedings** [2] - 54:4, 100:11
**Proceedings** [1] - 112:19
**process** [1] - 108:22
**produced** [8] - 33:5, 36:12, 49:9, 49:11, 49:12, 52:12, 55:7, 56:1

**producing** [1] - 37:19
**product** [8] - 23:18, 23:20, 27:7, 32:8, 34:2, 34:9, 59:1, 60:2
**products** [12] - 12:3, 12:8, 12:16, 12:25, 32:17, 33:6, 43:18, 58:1, 62:25, 63:13, 67:17, 77:16
**professional** [1] - 20:4
**Professor** [2] - 14:11
**proffer** [1] - 112:6
**profit** [1] - 70:2
**profits** [3] - 75:12, 77:15, 100:20
**prohibiting** [1] - 101:23
**promotional** [1] - 76:9
**prompt** [7] - 14:6, 14:9, 14:12, 14:14, 14:15, 14:19, 14:21
**pronounce** [1] - 79:18
**property** [3] - 71:15, 81:24, 98:18
**propose** [1] - 106:20
**prototype** [2] - 38:18, 43:13
**proud** [1] - 38:23
**prove** [1] - 73:11
**provide** [1] - 4:10
**provided** [3] - 7:2, 29:12, 110:6
**providing** [1] - 75:11
**proximity** [4] - 12:3, 12:7, 12:9, 12:15
**public** [6] - 19:17, 45:3, 45:4, 45:5, 78:10, 98:23
**publicly** [2] - 76:13, 77:6
**publish** [4] - 11:6, 52:11, 99:23, 100:5
**published** [1] - 65:10
**puffy** [1] - 86:13
**pulled** [1] - 69:24
**pulling** [1] - 38:8
**Pullins** [2] - 50:23, 70:17
**punitive** [1] - 77:17
**purchased** [2] - 29:18, 112:11
**purchasers** [1] - 67:2
**purchases** [1] - 66:24
**purple** [5] - 56:13, 56:16, 62:14, 68:16, 69:9
**purposes** [2] - 13:11, 13:19
**pursue** [3] - 75:15, 75:21, 75:25
**pursuing** [1] - 81:10
**put** [35] - 26:16, 29:18, 32:6, 38:10, 38:12, 38:14, 40:11, 40:12, 40:25, 41:8, 41:9, 41:25, 42:4, 44:9, 44:16, 45:8, 45:11, 46:14, 48:25, 50:25, 61:21, 66:7, 73:8, 87:16, 93:11, 103:8, 108:2,

108:5, 108:16, 108:19,
109:7, 110:1, 110:18,
112:14
**puts** [1] - 6:21
**putting** [3] - 44:5, 109:6,
112:14

## Q

**quarter** [2] - 45:4, 45:5
**quarters** [1] - 31:4
**question-and-answer** [1] -
85:15
**questioned** [1] - 103:2
**questioning** [1] - 61:22
**questions** [8] - 6:12, 25:1,
27:20, 52:15, 69:25, 85:18,
85:20, 107:16
**quick** [1] - 106:6
**quicker** [1] - 46:19
**quickly** [5] - 31:3, 54:10,
93:7, 93:17, 106:13
**quiet** [1] - 45:21
**quite** [1] - 29:12
**quote** [4] - 66:12, 72:5,
101:2, 101:16
**quoting** [1] - 90:18

## R

**races** [1] - 66:19
**Radio** [1] - 77:5
**ragdoll** [1] - 37:16
**raised** [1] - 52:16
**ran** [2] - 31:3, 37:7
**RANAHAN** [1] - 2:14
**Rangers** [2] - 33:7, 33:15
**Ray** [1] - 101:17
**reacted** [2] - 79:12, 96:19
**reaction** [1] - 97:7
**read** [4] - 4:19, 18:7, 93:23,
97:1
**readily** [5] - 8:16, 8:23, 9:1,
17:22, 18:23
**reading** [8] - 93:10, 94:22,
96:1, 96:10, 96:12, 96:15,
96:24, 97:3
**real** [3] - 58:4, 58:7, 90:7
**really** [16] - 9:9, 29:16, 30:11,
35:13, 36:19, 39:8, 39:10,
39:12, 39:20, 41:11, 60:2,
79:20, 79:21
**Really** [3] - 53:12, 54:12,
54:20
**reason** [5] - 7:20, 32:13,
45:20, 68:23, 110:17
**reasons** [1] - 72:23
**rebut** [4] - 107:4, 107:22,
108:8, 109:20
**rebuttal** [10] - 105:20,

106:12, 106:15, 106:16,
106:17, 106:19, 106:21,
107:18, 107:20, 109:20
**recant** [1] - 76:18
**recanted** [2] - 73:8, 73:10
**receive** [2] - 7:16, 7:20
**received** [39] - 3:11, 3:12,
3:12, 3:13, 3:13, 3:14,
3:14, 3:15, 3:15, 3:16,
3:16, 6:22, 7:11, 27:18,
27:19, 49:22, 49:23, 52:5,
52:6, 53:20, 53:21, 54:17,
54:18, 55:10, 55:11, 57:7,
57:8, 57:14, 60:14, 60:15,
64:17, 64:18, 68:12, 68:13,
89:24, 89:25, 95:22, 95:25,
96:25
**received)** [1] - 57:15
**receiving** [3] - 102:2, 102:5,
102:23
**recently** [1] - 29:12
**Recess** [2] - 28:4, 54:2
**recognition** [2] - 45:18,
45:22
**recognize** [7] - 49:6, 51:24,
53:14, 55:24, 60:10, 62:9,
89:17
**recollection** [4] - 66:19,
84:3, 93:14, 99:13
**record** [5] - 4:14, 28:12,
65:7, 84:2, 110:21
**RECORDED** [1] - 113:3
**recording** [1] - 72:9
**records** [2] - 98:22, 99:24
**RECROSS** [2] - 3:6, 26:15
**RECROSS-EXAMINATION**
[2] - 3:6, 26:15
**red** [1] - 37:1
**redirect** [1] - 4:24
**REDIRECT** [2] - 3:5, 22:15
**REDUCTION** [1] - 113:6
**refer** [2] - 14:1, 14:14
**reference** [4] - 14:10, 18:2,
18:16, 18:22
**references** [2] - 76:22, 97:20
**referred** [2] - 14:1, 18:17
**referring** [3] - 14:10, 14:12,
74:4
**reflect** [4] - 4:5, 4:6, 25:4,
69:7
**reflects** [1] - 4:7
**refresh** [2] - 93:14, 99:13
**refreshing** [1] - 96:13
**regard** [2] - 6:12, 13:13
**regret** [2] - 80:3, 80:5
**REGULATIONS** [1] - 113:7
**reiterate** [2] - 78:13, 105:2
**relatable** [1] - 90:7
**related** [1] - 71:16
**relates** [1] - 17:14

**relating** [3] - 17:12, 22:25,
112:10
**relaunched** [1] - 59:23
**release** [9] - 57:25, 58:17,
62:21, 63:18, 72:7, 76:8,
76:14, 89:17, 90:25
**released** [9] - 47:21, 50:1,
53:16, 56:20, 59:5, 59:15,
59:23, 62:3, 63:13
**releases** [1] - 89:12
**releasing** [1] - 62:25
**relevant** [7] - 15:10, 16:6,
17:9, 18:1, 18:25, 26:21,
27:4
**reliable** [1] - 111:3
**relief** [6] - 29:13, 79:1, 79:3,
79:6, 81:23, 100:12
**rely** [1] - 109:6
**remedies** [2] - 75:15, 75:22
**remember** [37] - 5:20, 29:7,
30:15, 30:21, 31:3, 31:15,
34:3, 45:15, 46:6, 53:23,
60:3, 66:13, 68:7, 71:1,
75:5, 78:18, 80:1, 89:19,
90:11, 91:23, 92:3, 92:24,
93:3, 93:5, 93:9, 94:22,
95:25, 96:20, 96:22, 97:10,
97:12, 100:15, 101:7,
102:15, 103:3, 104:5,
105:6
**Remix** [2] - 65:8, 65:15
**repackaged** [1] - 33:2
**repeat** [3] - 8:8, 8:21, 66:14
**report** [3] - 5:22, 13:16,
111:2
**REPORTER** [2] - 1:23,
113:10
**REPORTER'S** [1] - 1:16
**represent** [5] - 20:19, 23:20,
25:10, 90:6, 112:13
**representatives** [1] - 77:6
**request** [1] - 71:6
**require** [2] - 51:7, 78:12
**required** [1] - 100:18
**research** [3] - 8:18, 29:5,
42:1
**resemblance** [1] - 40:20
**resemble** [1] - 76:15
**respect** [1] - 25:18
**respond** [4] - 78:20, 100:10,
102:7, 108:24
**responded** [1] - 78:17
**respondent** [2] - 15:15,
15:17
**respondents** [1] - 6:20
**responders** [1] - 29:3
**responding** [2] - 78:25,
85:17
**response** [11] - 7:9, 12:16,
22:6, 70:24, 71:2, 71:3,

73:24, 78:13, 101:14,
108:15
**response)** [1] - 80:6
**rest** [2] - 35:24, 108:3
**restaurant** [1] - 31:16
**result** [2] - 11:25, 12:1
**results** [9] - 6:6, 11:1, 11:3,
11:17, 11:19, 14:25, 20:19,
26:22, 27:4
**resume** [2] - 4:2, 105:1
**RESUMED** [2] - 3:5, 5:15
**retail** [7] - 34:12, 35:20,
35:23, 36:7, 63:8, 69:12
**retailers** [8] - 10:10, 33:3,
34:3, 34:8, 35:21, 37:25,
39:16, 44:13
**retailers'** [1] - 12:25
**retrieving** [1] - 52:9
**revenue** [5] - 33:17, 70:2,
108:11, 110:2, 111:11
**revenues** [1] - 75:12
**reversed** [1] - 42:25
**review** [5] - 4:9, 15:2, 15:8,
92:21, 97:16
**reviewed** [3] - 18:10, 92:25,
106:17
**RICHTER** [1] - 2:20
**rid** [1] - 75:24
**Rider** [1] - 30:21
**rights** [1] - 71:16
**rise** [6] - 5:11, 28:2, 28:6,
53:25, 54:5, 105:10
**risk** [5] - 43:8, 45:7, 45:8,
46:4, 46:18
**risks** [2] - 44:3, 45:2
**risky** [1] - 44:12
**robotic** [1] - 45:17
**Rock** [7] - 53:12, 54:12,
54:20, 56:21, 56:25, 57:10,
58:17
**rock** [3] - 54:22, 57:1
**role** [1] - 67:17
**roll** [1] - 45:19
**room** [1] - 30:13
**rooters** [1] - 43:14
**roughly** [2] - 66:24, 68:6
**round** [1] - 38:18
**row** [4] - 27:7, 27:13, 27:14,
35:19
**rude** [1] - 69:17
**ruled** [2] - 97:21, 103:20
**rules** [1] - 51:7
**ruling** [1] - 98:4
**rulings** [1] - 61:23
**run** [3] - 26:19, 26:20, 101:2
**running** [2] - 30:13, 46:1
**Ryan** [1] - 39:24

# S

**Saban** [1] - 33:15
**safety** [1] - 41:21
**sale** [1] - 37:18
**sales** [7] - 35:16, 35:20, 37:15, 46:12, 48:11, 77:16
**sample** [2] - 42:9, 56:24
**samples** [1] - 50:10
**SANTA** [2] - 1:19, 4:1
**Sasha** [2] - 36:20, 48:5
**Saving** [2] - 76:22, 77:4
**saw** [14] - 17:19, 18:7, 35:4, 37:21, 41:18, 43:2, 73:15, 78:16, 79:15, 79:17, 81:19, 86:8, 96:5, 96:7
**sayings** [1] - 37:22
**scenarios** [1] - 10:3
**scene** [2] - 56:8, 56:9
**school** [1] - 31:10
**scientifically** [1] - 21:12
**SCOLNICK** [5] - 2:3, 106:11, 107:13, 112:2, 112:4
**Scolnick** [2] - 52:21, 106:10
**scope** [2] - 21:2, 73:18
**scour** [2] - 94:10, 95:6
**scoured** [1] - 94:9
**scouring** [2] - 94:12, 95:1
**screen** [9] - 16:9, 49:1, 62:7, 67:11, 86:4, 93:11, 93:23, 94:2, 100:9
**search** [11] - 10:24, 11:12, 12:12, 12:14, 12:16, 12:18, 26:21, 27:1, 27:4, 27:14
**searched** [3] - 10:15, 12:21, 12:22
**searches** [5] - 10:13, 10:18, 26:19, 26:20, 94:21
**searching** [2] - 94:16, 95:7
**season** [3] - 39:13, 39:14, 39:17
**second** [5] - 38:24, 46:13, 50:4, 72:3, 81:4
**section** [2] - 18:9, 67:8
**secured** [1] - 72:14
**see** [42] - 5:23, 10:10, 11:14, 12:10, 12:13, 12:21, 12:23, 13:18, 14:5, 22:24, 23:17, 23:22, 24:10, 24:20, 27:7, 39:14, 39:22, 40:2, 42:25, 50:18, 59:16, 59:17, 60:9, 62:22, 74:22, 94:4, 94:10, 98:9, 100:16, 102:12, 104:3, 105:4, 105:6, 105:9, 105:24, 106:7, 107:4, 107:21, 110:14, 111:3, 111:5
**seeing** [3] - 10:21, 44:6, 79:12
**seek** [1] - 100:12

**seem** [1] - 24:16
**segment** [2] - 37:7, 54:21
**segments** [1] - 57:25
**sell** [10] - 33:22, 33:24, 34:9, 35:21, 37:9, 43:23, 43:24, 44:13, 66:18
**seller** [2] - 45:19, 58:21
**selling** [6] - 32:6, 32:19, 37:8, 62:13, 100:18, 101:23
**SELNA** [1] - 1:3
**sending** [1] - 98:25
**senior** [1] - 9:24, 10:3
**sense** [5] - 8:4, 8:5, 8:11, 14:7, 14:9
**senses** [2] - 14:16, 14:17
**sent** [8] - 4:3, 73:25, 74:11, 81:25, 98:19, 100:14, 100:24, 102:24
**sentence** [2] - 14:5, 14:10
**September** [2] - 35:6, 46:11
**series** [5] - 55:14, 55:22, 56:5, 56:12, 58:6
**session** [3] - 74:5, 85:15, 105:25
**set** [3] - 47:15, 68:2, 94:6
**sets** [2] - 47:10, 58:1
**settle** [1] - 101:18
**seven** [4] - 7:8, 7:12, 7:19, 39:18
**several** [2] - 22:12, 107:24
**shake** [1] - 80:23
**shakedown** [7] - 71:8, 72:25, 75:17, 77:20, 78:23, 78:24
**shape** [2] - 38:18, 38:19
**share** [5] - 35:1, 36:9, 36:10, 101:10
**sheds** [1] - 8:20
**shelf** [1] - 43:19
**SHEPPARD** [1] - 2:20
**shift** [1] - 31:8
**ship** [2] - 32:7, 46:10
**shipped** [1] - 29:18
**shop** [2] - 30:17, 30:18
**Shop** [1] - 31:7
**short** [4] - 28:1, 105:20, 107:1, 108:5
**shortly** [1] - 108:20
**show** [26] - 6:4, 12:2, 12:6, 15:19, 15:23, 30:4, 30:5, 39:17, 43:16, 47:24, 52:7, 52:13, 56:5, 56:12, 60:16, 61:10, 61:15, 62:3, 67:20, 68:2, 74:18, 89:12, 99:25, 108:11, 108:12
**showed** [6] - 6:8, 6:11, 6:15, 35:10, 39:23, 60:4
**showing** [4] - 16:10, 47:20, 52:16, 64:25
**shown** [11] - 6:1, 6:21, 10:17,

10:22, 13:25, 15:16, 15:17, 22:17, 26:22, 39:16, 67:25
**shows** [3] - 11:1, 11:3, 55:17
**siblings** [1] - 30:12
**side** [4] - 12:13, 25:11, 69:16
**side-by-side** [1] - 12:13
**sides** [1] - 60:1
**signature** [3] - 19:20, 50:17, 79:14
**signs** [1] - 37:22
**similar** [9] - 9:21, 66:6, 67:18, 67:24, 78:2, 83:12, 104:3, 104:15, 104:19
**similarities** [7] - 74:11, 78:5, 78:8, 78:16, 87:1, 87:23, 88:3
**similarity** [1] - 87:24
**simply** [2] - 17:16, 73:23
**Singing** [1] - 33:19
**single** [4] - 15:16, 15:18, 27:5, 27:10
**sister** [1] - 44:24
**sisters** [5] - 42:18, 63:16, 64:4, 64:12, 64:19
**sit** [7] - 45:18, 45:22, 46:2, 71:6, 74:1, 80:11, 105:23
**sitting** [3] - 60:4, 80:22, 83:25
**situation** [1] - 66:6
**six** [2] - 6:19, 7:16
**skews** [2] - 66:12, 66:15
**skin** [1] - 35:3
**skip** [2] - 46:20, 95:19
**skirts** [1] - 86:13
**sleep** [1] - 38:6
**slide** [1] - 47:20
**slums** [1] - 30:11
**small** [6] - 11:14, 30:17, 43:1, 70:6, 101:2, 101:11
**so-called** [1] - 25:18
**social** [2] - 76:7, 94:19
**sold** [17] - 12:3, 12:7, 32:20, 33:2, 33:16, 34:17, 35:16, 35:23, 44:4, 55:3, 55:7, 63:25, 64:8, 74:24, 89:6, 89:9, 99:2
**someone** [5] - 7:10, 14:11, 16:2, 74:14
**someplace** [1] - 31:20
**sometime** [1] - 52:2
**sometimes** [8] - 25:8, 39:18, 40:11, 40:12, 40:13, 64:1, 69:20, 74:15
**somewhere** [1] - 71:9
**son** [3] - 34:24, 37:2
**songs** [1] - 95:2
**soon** [2] - 96:5, 96:6
**sorry** [15] - 6:5, 19:11, 33:23, 51:18, 59:12, 62:18, 66:14, 73:22, 80:4, 85:1, 90:14,

94:1, 96:21, 99:15, 102:3
**sort** [2] - 46:22, 74:2
**sound** [2] - 25:12, 43:4
**sounds** [3] - 106:16, 112:5, 112:9
**SOUTH** [1] - 2:15
**Southwest** [1] - 31:22
**spark** [1] - 35:14
**Sparkle** [4] - 23:3, 23:10, 23:23, 24:3
**speaking** [1] - 10:9
**specifically** [2] - 62:6, 69:10, 76:14
**speculation** [1] - 69:2
**speed** [1] - 65:3
**spelling** [1] - 28:12
**spend** [2] - 75:25, 80:11
**spent** [1] - 20:5
**spider** [1] - 31:15
**Spires** [1] - 31:7
**spits** [1] - 40:12
**sponsor** [1] - 76:23
**sponsored** [1] - 12:19
**squishy** [1] - 111:4
**St** [1] - 29:6
**stage** [1] - 58:11
**stand** [9] - 20:16, 20:24, 21:19, 22:4, 91:22, 91:25, 103:4, 103:5, 103:9
**stand-in** [2] - 20:16, 20:24, 21:19
**stands** [1] - 34:16
**Star** [2] - 33:6, 33:13
**start** [1] - 47:13
**started** [7] - 30:16, 32:3, 32:4, 32:8, 63:3, 79:20, 102:15
**starts** [1] - 43:19
**state** [5] - 9:18, 28:11, 107:4, 110:20, 110:21
**State** [3] - 31:14, 31:19, 31:24
**statement** [6] - 90:9, 90:13, 90:15, 90:21, 91:3, 91:22
**statements** [1] - 99:8
**States** [2] - 30:8, 65:10
**STATES** [2] - 1:1, 113:7
**stating** [1] - 93:5
**status** [2] - 19:23, 26:5
**statutes** [1] - 17:12
**stealing** [1] - 79:13
**STENOGRAPHICALLY** [1] - 113:3
**step** [1] - 27:21
**still** [14] - 29:15, 36:2, 44:16, 51:3, 55:17, 58:21, 59:21, 62:24, 64:8, 66:21, 74:24, 93:19, 94:14
**stimulus** [1] - 6:15

stipulate [2] - 109:25, 110:2
stipulation [1] - 110:18
stop [1] - 100:18
stopped [1] - 94:12
stopping [2] - 101:18, 101:22
stops [1] - 91:24
store [1] - 12:10
Stovall [3] - 22:20, 24:5, 61:16
strategy [1] - 112:1
STRAWN [1] - 2:15
streamed [1] - 58:22
STREET [3] - 1:24, 2:8, 2:21
Street [1] - 45:6
strengths [1] - 39:5
stricken [2] - 80:18, 81:15
strike [1] - 80:15
student [1] - 31:23
styled [1] - 68:18
subject [1] - 97:22
subjects [1] - 77:14
submitted [1] - 105:9
substantial [6] - 20:13, 20:14, 25:5, 25:17, 78:4, 78:8
substitute [3] - 20:16, 20:25, 21:19
success [7] - 39:6, 39:9, 43:6, 43:9, 46:21, 59:24, 111:15
successful [7] - 33:6, 34:5, 41:12, 45:9, 60:2, 63:22, 63:24
successfully [1] - 34:9
sue [1] - 75:18
sued [1] - 71:4
suggest [1] - 27:12
suggested [2] - 69:16, 96:6
suit [1] - 79:1
SUITE [3] - 2:5, 2:9, 2:21
summary [1] - 80:15
summer [1] - 35:6
supporter [5] - 29:4, 29:5, 29:8, 29:21, 30:3
supposed [5] - 36:17, 36:18, 48:7, 60:5, 77:3
Surprise [28] - 11:4, 11:21, 12:11, 26:1, 32:4, 32:5, 38:3, 40:15, 40:20, 40:22, 42:17, 63:4, 63:7, 63:14, 63:19, 63:20, 63:23, 64:6, 64:12, 64:16, 64:22, 65:8, 65:15, 66:7, 90:2, 90:5, 90:20, 112:10
surprise [4] - 15:12, 15:14, 40:3, 40:4
surprised [1] - 42:11
surprises [3] - 40:9, 40:10

survey [76] - 5:20, 5:25, 6:6, 6:9, 6:11, 6:15, 6:18, 6:20, 8:17, 8:19, 8:20, 8:24, 8:25, 9:2, 9:5, 9:11, 9:12, 9:13, 9:14, 9:15, 9:25, 10:5, 10:6, 10:8, 12:4, 13:2, 13:4, 13:11, 13:13, 13:19, 13:24, 14:21, 14:22, 14:25, 15:1, 15:5, 15:15, 15:17, 15:20, 15:21, 16:1, 16:4, 16:6, 16:14, 16:24, 17:4, 17:9, 17:15, 17:17, 17:24, 17:25, 18:10, 18:12, 18:14, 18:18, 18:24, 19:2, 19:3, 19:4, 19:7, 19:10, 20:16, 20:19, 20:24, 21:12, 21:18, 21:21, 21:22, 22:1, 22:4, 91:14
surveyed [4] - 90:23, 91:4, 91:5, 91:12
surveys [2] - 15:10, 25:3
Susan [1] - 106:24
suspicions [1] - 28:18
sustained [3] - 22:13, 69:3, 92:22
sweet [1] - 71:22
switching [1] - 8:1
sworn [4] - 3:4, 3:6, 5:16, 28:10
system [4] - 80:1, 80:10, 80:20, 81:1

# T

T.I [8] - 1:10, 2:15, 26:4, 70:21, 71:13, 71:20, 71:22, 102:19
tab [24] - 47:24, 48:23, 49:4, 49:21, 50:3, 50:4, 51:11, 51:18, 51:20, 51:21, 53:11, 55:1, 55:21, 56:23, 58:23, 60:9, 62:3, 65:2, 67:21, 67:22, 70:13, 74:4, 74:7, 94:2
tables [2] - 31:12, 31:18
tactical [1] - 109:5
takers [1] - 43:8
talkie [1] - 32:20
talkies [1] - 32:20
talks [1] - 17:22
Tameka [6] - 60:18, 70:19, 71:14, 71:21, 84:2, 102:19
Target [3] - 33:3, 39:15, 39:23
target [1] - 34:4
team [2] - 38:16, 101:3
technology [1] - 45:17
teen [1] - 99:2
Teenz [2] - 100:19
Tehran [2] - 30:11, 30:12

television [1] - 76:7
ten [2] - 64:19, 112:17
ten-and-a-half-inch [1] - 64:19
term [1] - 27:4
terms [2] - 21:21, 69:6
test [14] - 6:9, 14:1, 14:2, 14:12, 14:14, 14:15, 16:3, 17:4, 17:5, 17:17, 17:24, 17:25, 18:18, 19:5
tested [4] - 5:19, 6:12, 6:17, 12:4
testified [12] - 21:9, 22:10, 42:20, 51:16, 84:2, 95:25, 96:2, 96:5, 96:11, 104:5, 107:15, 107:23
testify [9] - 24:13, 42:12, 73:25, 80:17, 106:14, 108:22, 108:25, 110:16, 112:7
testifying [3] - 21:17, 50:24, 81:14
testimony [12] - 4:2, 21:2, 25:13, 60:23, 68:1, 73:24, 74:7, 75:5, 82:22, 103:7, 108:23, 110:17
tests [1] - 16:1
textile [1] - 30:17
THAT [1] - 113:2
THE [148] - 2:3, 2:14, 4:2, 4:22, 5:4, 5:9, 5:11, 5:13, 11:8, 11:10, 18:6, 18:7, 21:4, 21:7, 21:8, 22:13, 24:15, 24:16, 26:10, 26:11, 26:14, 26:24, 26:25, 27:18, 27:21, 27:22, 27:25, 28:2, 28:5, 28:6, 28:8, 28:11, 28:13, 28:14, 41:1, 48:25, 49:19, 49:22, 51:9, 51:14, 51:18, 52:5, 52:19, 53:20, 53:22, 53:25, 54:3, 54:5, 54:7, 54:15, 54:17, 55:10, 56:6, 56:10, 57:7, 57:14, 57:17, 57:20, 60:14, 60:24, 60:25, 61:4, 61:6, 61:9, 61:17, 61:22, 62:17, 65:5, 68:12, 69:3, 80:18, 81:15, 82:10, 82:15, 82:17, 85:17, 85:19, 85:20, 85:22, 85:23, 85:24, 87:14, 87:15, 87:19, 87:20, 87:21, 88:9, 88:11, 89:14, 89:22, 89:24, 91:9, 91:10, 92:12, 92:22, 95:12, 95:13, 95:16, 97:15, 97:18, 97:23, 97:25, 98:3, 98:11, 99:9, 99:10, 99:25, 100:4, 100:6, 103:24, 103:25, 104:10, 104:24, 105:10, 105:12, 105:15, 105:18, 105:22, 106:4, 106:9,

106:20, 107:3, 107:8, 107:10, 107:21, 108:6, 108:13, 108:25, 109:11, 109:13, 109:22, 110:8, 110:11, 110:20, 110:24, 111:5, 111:12, 111:17, 111:22, 111:25, 112:3, 112:17, 113:2, 113:3, 113:4, 113:6, 113:7
theirs [1] - 86:15
theme [1] - 54:20
themed [2] - 54:23, 57:25
themes [1] - 56:20
themselves [2] - 41:24, 63:25
theory [1] - 76:19
therefore [3] - 108:8, 111:13, 111:16
they've [2] - 80:15, 112:14
thinking [1] - 4:24
thinks [1] - 87:17
third [5] - 11:25, 12:1, 23:9, 77:13, 90:5
THIS [1] - 113:5
thousands [1] - 21:13
threat [2] - 75:16, 77:19
three [12] - 9:8, 9:10, 11:19, 15:20, 20:7, 24:21, 27:9, 27:11, 35:19, 37:18, 75:7, 89:3
throughout [1] - 106:6
ticket [2] - 29:15, 30:23
tied [1] - 92:7
Tik [2] - 44:10
Tikes [3] - 29:24, 36:23, 37:10
Tiny [2] - 26:5, 71:14
today [7] - 20:8, 59:21, 64:20, 82:7, 82:22, 90:7, 95:20
together [2] - 61:21, 74:23
toilet [1] - 38:19
Tok [2] - 44:10
tomorrow [3] - 105:1, 105:2, 106:1
tonight [2] - 106:8, 112:15
took [1] - 46:13
top [7] - 11:12, 20:9, 42:4, 61:18, 68:21, 78:8, 83:15
topics [1] - 8:1
total [1] - 72:13
Tots [10] - 42:18, 43:2, 46:25, 63:3, 63:4, 64:1, 64:5, 64:12, 64:19, 112:14
touched [1] - 29:16
tour [7] - 58:3, 58:4, 58:5, 58:8, 58:10, 58:11
touring [1] - 76:7
tours [1] - 103:7
Toy [9] - 35:18, 64:7, 99:1,

99:11, 100:10, 100:18, 100:22, 100:25, 101:1
**toy** [30] - 23:8, 33:4, 34:5, 34:18, 35:17, 35:18, 38:14, 38:17, 39:14, 39:16, 39:25, 40:1, 41:3, 43:12, 43:13, 43:15, 44:6, 44:20, 44:22, 64:7, 65:17, 67:14, 67:18, 68:5, 69:5, 76:22, 77:4, 77:9, 93:7
**toy-of-the-year** [1] - 35:17, 35:18
**toys** [12] - 32:12, 33:16, 37:19, 43:5, 44:8, 45:15, 46:9, 48:20, 58:14, 93:8, 93:17, 94:11
**Toys** [4] - 32:21, 33:3, 34:3, 46:6
**Tracy** [1] - 101:9
**trade** [18] - 50:17, 69:15, 81:5, 82:25, 83:7, 84:11, 84:15, 84:20, 84:24, 85:2, 85:9, 86:3, 86:9, 87:5, 88:3, 88:8, 91:18, 104:19
**trademark** [5] - 64:22, 65:8, 66:3, 66:4, 81:12
**Trademark** [2] - 65:11, 65:14
**trademarks** [3] - 17:21, 81:5, 103:12
**Traders** [2] - 32:13, 32:14
**trading** [1] - 101:2
**transcript** [2] - 110:14, 112:5
**TRANSCRIPT** [3] - 1:16, 113:3, 113:5
**transcripts** [1] - 112:9
**treated** [4] - 13:10, 13:12, 13:18, 13:21
**treatises** [1] - 18:2
**Tregillis** [5] - 106:25, 107:11, 107:14, 107:23, 111:24
**trend** [2] - 51:4, 90:7
**trends** [7] - 51:2, 93:8, 93:18, 94:6, 94:16, 94:19, 95:7
**trendy** [1] - 99:2
**Trendy** [2] - 100:18, 100:19
**trial** [4] - 74:7, 80:11, 80:16, 83:25
**TRIAL** [1] - 1:17
**tried** [1] - 106:6
**trimmed** [1] - 106:16
**trimming** [1] - 106:23
**TRUE** [1] - 113:2
**true** [13] - 6:2, 9:10, 10:4, 14:23, 24:22, 63:5, 65:7, 72:17, 72:18, 72:20, 72:21, 81:1
**trust** [1] - 103:3
**truth** [1] - 73:6
**Try** [1] - 53:5
**try** [7] - 15:2, 34:2, 46:19,

54:10, 74:22, 102:12
**Try-Me** [1] - 53:5
**trying** [2] - 85:16, 107:18
**Tuesday** [2] - 75:13, 78:13
**Turkey** [3] - 29:13, 29:16, 29:18
**turn** [5] - 41:9, 92:24, 93:22, 99:13, 99:22
**turned** [3] - 22:22, 23:2, 27:14
**tutored** [1] - 30:15
**tutu** [2] - 24:17, 50:10
**tutus** [7] - 24:11, 50:8, 50:16, 83:5, 83:14, 86:13, 89:2
**TV** [5] - 44:1, 44:4, 44:13, 44:16, 55:17
**twice** [1] - 19:12
**twinkles** [1] - 40:13
**two** [23] - 9:9, 11:20, 11:21, 24:21, 27:4, 27:9, 31:22, 35:22, 37:21, 38:23, 43:17, 43:18, 47:15, 49:6, 49:7, 61:20, 76:5, 78:8, 79:15, 101:25, 102:4, 105:19, 105:20
**TX** [1] - 2:22
**typo** [1] - 49:12

## U

**U.S** [4] - 1:3, 1:23, 65:13, 66:18
**U.S.A** [5] - 32:25, 33:11, 36:10, 38:25, 39:1
**UCLA** [1] - 29:5
**UK** [2] - 66:6, 99:11
**ultimate** [1] - 38:17
**UMBERG** [1] - 2:8
**unable** [1] - 73:11
**unaided** [7] - 13:22, 14:1, 14:7, 14:8, 14:12, 14:16
**unbox** [2] - 40:7, 44:8
**unboxing** [8] - 38:7, 38:10, 38:14, 38:17, 40:7, 44:6, 44:17, 94:11
**under** [6] - 18:8, 30:15, 63:14, 86:25, 89:6, 89:9
**undersigned** [2] - 71:18, 71:19
**understood** [1] - 18:1
**undertakings** [2] - 100:11, 100:17
**unfair** [1] - 109:8
**unique** [4] - 39:5, 72:8, 76:11, 77:22
**UNITED** [2] - 1:1, 113:7
**United** [2] - 30:8, 65:10
**universe** [1] - 7:22
**University** [1] - 31:23
**unlawful** [1] - 77:16

**unless** [1] - 110:5
**unquote** [1] - 66:12
**unrebutted** [1] - 109:9
**unsupported** [1] - 21:3
**unwrap** [1] - 38:12
**unwrapping** [1] - 40:8
**up** [47] - 5:6, 12:17, 16:8, 16:11, 16:19, 22:22, 23:2, 26:16, 27:14, 30:1, 31:11, 32:9, 32:13, 32:16, 33:10, 37:14, 40:24, 41:6, 41:16, 42:7, 42:14, 43:2, 48:12, 50:13, 50:21, 52:18, 59:9, 64:11, 65:3, 67:11, 67:17, 69:12, 75:19, 76:20, 77:11, 81:3, 82:1, 83:19, 84:2, 84:4, 84:9, 93:11, 95:13, 108:20, 110:8, 110:13
**upset** [1] - 79:25
**urban** [4] - 47:16, 68:18, 83:14, 88:20
**USC** [1] - 29:1
**useful** [1] - 108:9
**user** [2] - 9:24, 10:3
**USPTO** [1] - 65:18
**Utah** [1] - 31:23

## V

**value** [2] - 75:25, 111:16
**Vargas** [1] - 4:3
**varies** [1] - 20:6
**various** [1] - 11:1
**vary** [1] - 25:6
**vehicles** [1] - 65:17
**verge** [1] - 45:13
**verification** [1] - 8:25
**version** [2] - 60:5, 60:6
**versions** [2] - 41:3, 41:25
**versus** [2] - 45:2, 91:18
**viciously** [2] - 79:18, 79:19
**video** [3] - 29:19, 107:2, 107:12
**videotape** [1] - 38:12
**videotaped** [2] - 98:14, 104:13
**viewed** [1] - 95:2
**views** [2] - 38:13, 95:8
**village** [1] - 43:12
**violate** [1] - 97:22
**violation** [1] - 99:4
**viral** [1] - 29:19
**virtual** [1] - 58:5
**voice** [2] - 45:18, 45:22
**VOLUME** [1] - 1:18
**Volume** [1] - 99:18
**volume** [2] - 82:13, 99:20
**VON** [1] - 2:4
**Vs** [1] - 1:8

## W

**Wagon** [2] - 32:4, 32:5
**wait** [3] - 32:7, 61:4, 111:3
**waited** [1] - 31:12
**waiting** [1] - 31:18
**walked** [1] - 31:5
**walkie** [1] - 32:20
**Wall** [1] - 45:6
**Walmart** [10] - 10:15, 10:18, 12:10, 27:5, 33:3, 34:4, 34:7, 39:15, 58:20, 67:25
**Walmart\*** [1] - 34:10
**Walmart.com** [3] - 10:23, 12:16, 27:3
**wardrobe** [1] - 23:10
**Wars** [2] - 33:6, 33:13
**washing** [1] - 76:3
**watch** [2] - 32:24, 33:2
**Watch** [2] - 33:8, 33:9
**watched** [1] - 30:20
**water** [5] - 30:14, 40:11, 40:12, 95:15, 95:17
**wear** [3] - 62:14, 84:17, 88:14
**wearing** [7] - 24:11, 24:14, 24:17, 50:10, 56:13, 59:16, 69:13
**website** [4] - 10:15, 10:17, 10:19, 12:20
**websites** [1] - 12:25
**WEDNESDAY** [2] - 1:20, 4:1
**week** [2] - 39:18, 100:10
**weeks** [2] - 101:25, 102:4
**weight** [2] - 10:5, 10:7
**WEST** [1] - 1:24
**WESTMORELAND** [18] - 2:19, 5:8, 5:14, 5:17, 11:6, 11:11, 11:13, 18:11, 21:5, 21:16, 22:14, 24:12, 26:7, 26:16, 26:18, 27:2, 27:15, 27:20
**Westmoreland** [7] - 4:20, 4:23, 5:5, 5:13, 25:1, 26:14, 66:10
**whatsoever** [2] - 87:23, 102:12
**white** [1] - 15:13
**whole** [11] - 7:21, 31:19, 32:8, 39:1, 40:2, 45:25, 53:1, 63:23, 84:16, 87:9
**wife** [4] - 46:14, 101:2, 101:9, 101:14
**will-call** [1] - 107:24
**willful** [1] - 77:13
**willing** [1] - 110:22
**win** [2] - 39:2, 64:5
**WINSTON** [1] - 2:15
**WITH** [1] - 113:6

**Witness** [3] - 13:17, 14:4, 58:24

**WITNESS** [31] - 3:2, 18:7, 21:8, 24:16, 26:11, 26:25, 27:22, 28:13, 41:1, 48:25, 51:18, 56:6, 56:10, 57:17, 60:25, 61:6, 61:9, 61:17, 65:5, 85:19, 85:22, 85:24, 87:14, 87:19, 87:21, 88:11, 91:9, 95:13, 99:10, 99:25, 103:25

**witness** [18] - 3:4, 3:6, 4:25, 5:16, 22:14, 24:13, 26:8, 26:9, 27:24, 28:8, 28:10, 82:18, 87:12, 89:15, 92:13, 107:1, 112:6, 112:11

**witness's** [4] - 4:17, 5:1, 21:2, 67:11

**witnesses** [4] - 26:1, 105:20, 106:19, 107:24

**won** [4] - 35:17, 35:18, 38:25, 64:6

**wondering** [1] - 49:15

**word** [2] - 85:12, 101:18

**words** [2] - 66:15, 81:21

**wore** [1] - 85:11

**works** [1] - 16:24

**world** [3] - 44:20, 44:21, 69:7

**worldwide** [2] - 35:24, 63:25

**wow** [1] - 38:15

**wrapped** [1] - 38:19

**writing** [1] - 30:16

**wrote** [4] - 90:11, 91:23, 101:15, 101:17

## Y

**Yasmin** [5] - 34:23, 34:25, 35:6, 36:18, 48:8

**year** [20] - 20:6, 20:7, 31:24, 32:1, 34:18, 34:19, 35:16, 35:17, 35:18, 35:19, 36:9, 37:9, 37:18, 39:2, 39:16, 45:15, 45:16, 49:9, 64:7, 96:23

**years** [12] - 30:10, 30:18, 31:19, 31:22, 35:19, 37:3, 39:6, 44:2, 45:11, 51:5, 53:4, 81:6

**yellow** [2] - 32:14, 37:1

**yesterday** [1] - 82:21

**Young** [1] - 39:3

**young** [2] - 30:21, 35:5

**yourself** [1] - 94:9

**YouTube** [15] - 38:10, 38:12, 44:9, 44:17, 94:10, 94:12, 94:14, 94:16, 94:19, 95:1, 95:3, 95:4, 95:6, 95:8, 95:14

## Z

**zero** [6] - 6:7, 25:15, 25:16, 37:9, 37:14, 86:25

**ZIPSER** [1] - 2:8

**Zonnique** [2] - 50:23, 70:17

**zoom** [1] - 11:11

**Zs** [1] - 84:7

**Zuru** [6] - 23:3, 23:23, 24:3, 24:9, 24:20, 27:8

UNITED STATES DISTRICT COURT