UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 20-11548-JVS(AGRx) | Date September 11, 2023 |
| Title MGA Entertainment, Inc. v. Clifford T.I. Harris, et al | |

| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |
|---|---|

| Elsa Vargas | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chase Scolnick<br>Mark Finkelstein | John Keville<br>B'Ivory LaMarr<br>Robert Green |

**Proceedings:** Defendants /Counter-claimants Motion for New Trial [813]

Cause is called for hearing and counsel make their appearances. The Court's tentative ruling is issued. Motion is argued and taken under submission. A separate order to follow.

: 33

Initials of Preparer  eva