| | |
|---|---|
| 1 | KELLER / ANDERLE LLP |
| | Jennifer L. Keller (SBN 84412) |
| 2 | jkeller@kelleranderle.com |
| | Chase A. Scolnick (SBN 227631) |
| 3 | cscolnick@kelleranderle.com |
| | Jay P. Barron (SBN 245654) |
| 4 | jbarron@kelleranderle.com |
| | 18290 Von Karman Ave., Ste. 930 |
| 5 | Irvine, CA 92612 |
| | Telephone: (949) 476-8700 |
| 6 | |
| | MGA ENTERTAINMENT, INC. |
| 7 | Elizabeth Lachman (SBN 261644) |
| | ELachman@mgae.com |
| 8 | 9220 Winnetka Avenue |
| | Chatsworth, CA 91311 |
| 9 | Telephone: (818) 894-2525 |
| | *Attorneys for Plaintiff and Counter-Defendant MGA* |
| 10 | *Entertainment, Inc., Counter-Defendant Isaac Larian* |
| 11 | [Counsel appearance continues on next page] |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation, | CASE NO. 2:20-cv-11548-JVS-AGR |
| | ASSIGNED TO: The Hon James V. Selna |
| Plaintiff, | |
| vs. | **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MGA'S MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(B) AND A STAY PENDING APPEAL** |
| CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive, | |
| Defendants, | |
| | Complaint Filed: December 22, 2020 |
| | Re-Trial Date: May 9, 2023 |
| GRAND HUSTLE, LLC., PRETTY HUSTLE, LLC and OMG GIRLZ LLC | |
| Counter-Claimants, | |
| vs. | |
| MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10 inclusive, | |
| Counter-Defendants. | |

1  UMBERG ZIPSER LLP
   Mark A. Finkelstein (SBN 173851)
2  mfinkelstein@umbergzipser.com
   1920 Main Street, Suite 750
3  Irvine, CA 92614
   Telephone: (949) 679-0052
4
   WILMER CUTLER PICKERING
5  HALE AND DORR LLP
   Thomas G. Sprankling (SBN 294831)
6  Thomas.Sprankling@wilmerhale.com
   2600 El Camino Real, Suite 400
7  Palo Alto, CA 94306
   Telephone: (650) 858-6062
8
   *Attorneys for Plaintiff and Counter-*
9  *Defendant MGA Entertainment, Inc., and*
   *Counter-Defendant Isaac Larian*
10
   John R. Keville (pro hac vice)
11 jkeville@sheppardmullin.com
   Robert L. Green (pro hac vice)
12 rgreen@sheppardmullin.com
   Chante B. Westmoreland (pro hac vice)
13 cwestmoreland@sheppardmullin.com
   SHEPPARD MULLIN RICHTER &
14 HAMPTON LLP
   700 Louisiana Street, Suite 2750
15 Houston, TX 77002
   Telephone: (713) 431-7100
16
   Valerie E. Alter (SBN: 239905)
17 valter@sheppardmullin.com
   SHEPPARD MULLIN RICHTER &
18 HAMPTON LLP
   1901 Avenue of the Stars, Suite 1600
19 Los Angeles, CA 90067
   Telephone: (310) 228-3700
20
   Jiepu (Bobby) Li (SBN: 342224)
21 bli@winston.com
   WINSTON & STRAWN LLP
22 333 S. Grand Avenue
   Los Angeles, CA 90071-1543
23 Telephone: (213) 615-1700
24
   *Attorneys for Defendants CLIFFORD "T.I."*
25 *HARRIS, TAMEKA "TINY" HARRIS, OMG*
   *GIRLZ LLC, and Counter-Claimants*
26 *GRAND HUSTLE, LLC, PRETTY HUSTLE,*
   *LLC and OMG GIRLZ LLC*
27
28

JOINT STIP RE BRIEFING SCHEDULE                         CASE NO. 2:20-CV-11548-JVS-AGR

Plaintiff and Counter-Defendant MGA Entertainment, Inc., Counter-Defendant Isaac Larian, Defendant and Counter-Claimant OMG Girlz LLC, Defendants Clifford "T.I." Harris and Tameka "Tiny" Harris, and Counter-Claimants Grand Hustle, LLC and Pretty Hustle, LCC, respectfully submit this Stipulation and [Proposed] Order Regarding Briefing Schedule for MGA's Motion for Certification Under 28 U.S.C. § 1292(b) and a Stay Pending Appeal.

WHEREAS, on September 15, 2023, following the jury trial, the Court ordered a new trial (Dkt. No. 860);

WHEREAS, Plaintiff and Counter-Defendants intend to file a motion to certify the new trial order for interlocutory appeal under 28 U.S.C. § 1292(b), and for a stay pending appeal;

WHEREAS, the Parties believe it would benefit the administration of this case to adopt a briefing schedule that allows more time for the Parties to brief issues and for the Court to consider the motion than is contemplated by the default briefing schedule set by the Local Rules:

ACCORDINGLY, the Parties hereby stipulate to extend the briefing schedule as follows:

1. The motion and supporting documents are to be filed on October 6, 2023.
2. The opposition brief is to be filed on or before October 25, 2023.
3. The reply brief is to be filed on or before November 8, 2023.
4. The hearing shall be scheduled for December 4, 2023, or such other date as the Court deems proper.

The Parties have attached a Proposed Order for the Court's consideration.

SO STIPULATED.

1  Dated: October 6, 2023              WILMER CUTLER PICKERING
2                                      HALE AND DORR LLP
3
                                          /s/ Thomas G. Sprankling
4                                       Thomas G. Sprankling
5                                       Attorney for Plaintiff and Counter-
                                        Defendant MGA Entertainment, Inc., and
6                                       Counter-Defendant Isaac Larian
7
8  Dated: October 6, 2023              SHEPPARD, MULLIN, RICHTER &
                                        HAMPTON LLP
9
10
11                                        /s/ Robert Green
                                        Robert Green
12                                      Attorney for Defendants and Counter-
                                        Claimants
13

1  **ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

2  Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing
3  of this document has been obtained from each of the signatories above.

5  Dated: October 6, 2023              By: */s/ Thomas G. Sprankling*
6                                           Thomas G. Sprankling