UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 20-11548-JVS(AGRx) | Date November 27, 2023 |
| Title MGA Entertainment Inc. v. Clifford T.I. Harris et al | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Mark Finkelstein, Thomas Sprankling, Thomas Umberg, Ellen Kim | John Keville, B'Ivory LaMarr |

**Proceedings:** **Plaintiff/Counter Defendant's Motion for Certification [868]**

Cause is called for hearing and counsel make their appearances. The Court's tentative ruling is issued. Motion is argued and taken under submission. A separate order to follow.

: 15

Initials of Preparer   eva