Thomas J. Umberg (SBN 94345)
tumberg@umbergzipser.com
Mark A. Finkelstein
UMBER ZIPSER, LLP (SBN 173851)
mfinkelstein@umbergzipser.com
1920 Main Street, Suite 750
Irvine, California 92614
Telephone: (949) 679-0052

Paul J. Loh (SBN 160541)
ploh@willenken.com
Jason H. Wilson (SBN 140269)
jwilson@willenken.com
Kenneth M. Trujillo-Jamison (SBN 280212)
ktrujillo-jamison@willenken.com
Breeanna N. Brewer (SBN 312269)
bbrewer@willenken.com
WILLENKEN, LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA  90017
Telephone: (213) 955-9240

MGA ENTERTAINMENT, INC.
Elizabeth Lachman (SBN 261644)
ELachman@mgae.com
9220 Winnetka Avenue
Chatsworth, CA 91311
Telephone: (818) 894-2525

*Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian*

Jiepu (Bobby) Li (SBN: 342224)
bli@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700

John  R.  Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: 713-431-7100

*Attorneys for Defendants*
*CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants*
*GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and | **Case No.  2:20-cv-11548-JVS-AGR**<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND PRETRIAL CONFERENCE DATE**<br><br>Complaint Filed:  December 20, 2020<br>Final Pretrial Conference Date:  August 12, 2024<br><br>Trial Date:  September 3, 2024 |

| | |
|---|---|
| 1 | DOES 1-10, inclusive, |
| 2 | Defendants. |
| 3 | |
| 4 | GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC, |
| 5 | Cross-Complainants, |
| 6 | vs. |
| 7 | MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive, |
| 8 | Counter-Defendants. |

# JOINT STIPULATION AND REQUEST TO EXTEND PRETRIAL CONFERENCE DATE

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties, Plaintiff and Counter-Defendant MGA Entertainment, Inc., Counter-Defendant Isaac Larian, Defendant and Counter-Claimant OMG Girlz LLC, Defendants Clifford "T.I." Harris and Tameka "Tiny" Harris, and Counter-Claimants Grand Hustle, LLC and Pretty Hustle, LLC, hereby move the Court to reschedule the Pretrial Conference currently set for August 12, 2024 at 11:00 a.m. (Dkt. No. 879) to August 19, 2024.

WHEREAS, Defendants and Counter-Claimants' lead counsel, John R. Keville is currently scheduled to begin another trial on August 12, 2024.

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST:

| Final Pretrial Conference | August 19, 2024 |
|---|---|

Accordingly, the Parties request that the Court issue an Order granting the request to extend the Pretrial Conference to August 19, 2024.[1]

Dated: July 9, 2024

| SHEPPARD MULLIN RICHTER & HAMPTON LLP | WILLENKEN LLP |
|---|---|
| By: /s/ *John R. Keville* | By: /s/ *Kenneth M. Trujillo-Jamison* |
| John R. Keville | Kenneth M. Trujillo-Jamison |
| *Attorney for Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counter-Claimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG Girlz, LLC* | *Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendant Isaac Larian* |

---

[1] For the sake of clarity, the Parties agree that, to the extent the Court grants this request, the deadlines set forth in the Court's Order for Preparation of Jury Trial (*see* ECF No. 18) and the Court's local rules that are calculated by reference to the date of the final pretrial conference shall be calculated by reference to this date.