Jiepu (Bobby) Li (SBN: 342224)
bli@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700

John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: 713-431-7100

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA
"TINY" HARRIS, OMG GIRLZ LLC,
*and Counter-Claimants*
GRAND HUSTLE, LLC, PRETTY
HUSTLE, LLC and OMG GIRLZ LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>       Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**OMG GIRLZ' LIST OF HOT TOPICS FOR VOIR DIRE AND OBJECTIONS TO MGA'S PROPOSED 58 VOIR DIRE QUESTIONS**<br><br>Complaint Filed:  December 20, 2020<br>Trial Date:   September 3, 2024 |

| | |
|---|---|
| 1 | GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | vs. |
| 5 | MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive, |
| 6 | |
| 7 | Counter-Defendants. |

Below are the proposed "hot topics" that the parties jointly submitted and the Court previously asked during voir dire. The OMG Girlz request that the Court ask these same five questions.

In contrast, MGA has submitted 58 new proposed voir dire questions, many of which are objectionable. The OMG Girlz do not object to question nos. 50-58, but assume the Court will ask those basic questions in its own voir dire. The OMG Girlz object to the remaining questions (question nos. 1-49), which should be asked on MGA's own time.

## I. PROPOSED HOT TOPICS

The OMG Girlz propose that the following hot topics include side bar follow ups—as opposed to further questioning in open Court—if any potential jurors respond affirmatively:

1. *Any familiarity with the parties in this case (through TV shows, social media, music etc.)?*
   i. If YES
      1. Side Bar—what are they/developed any impression/etc.?
2. *Heard any news about this case?*
   i. If YES
      1. Side Bar—what have you heard?
3. *Heard any news about the parties in this case?*
   i. If YES
      1. Side Bar—what have you heard?
4. *Familiarity with the OMG Girlz ' music?*
   i. If YES
      1. Side Bar—what are they/developed any impression/etc.?
5. *Familiarity with the music or rap lyrics of T.I. or Tiny Harris?*

1

i. If YES

1. Side Bar—any lyrics that trouble you?

Dated: August 27, 2024

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ *John R. Keville*

John R. Keville

Attorney for Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counter-Claimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG Girls, LLC

2