| | |
|---|---|
| John R. Keville (*pro hac vice*) <br> jkeville@sheppardmullin.com <br> Robert L. Green (*pro hac vice*) <br> rgreen@sheppardmullin.com <br> Chante B. Westmoreland (*pro hac vice*) <br> cwestmoreland@sheppardmullin.com <br> SHEPPARD MULLIN RICHTER & HAMPTON LLP <br> 700 Louisiana Street, Suite 2750 <br> Houston, TX 77002 <br> Telephone: (713) 431-7100 | Jiepu (Bobby) Li (SBN: 342224) <br> bli@winston.com <br> WINSTON & STRAWN LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071-1543 <br> Telephone: (213) 615-1700 |

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. <br><br> GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC, <br><br> Counter-Claimants, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive, <br><br> Counter-Defendants. | **Case No. 2:20-cv-11548-JVS-AGR** <br><br><br><br> **EXHIBITS 1-5 TO DOCKET NO. 941-1 DECLARATION OF CHANTE B. WESTMORELAND** <br><br><br><br><br> Judge: Hon. James V. Selna <br><br> Complaint Filed: December 20, 2020 <br><br> Trial Date: September 3, 2024 |

1