# EXHIBIT 3

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-09-02 20:53:01 EDT |
| Mark: | L.O.L. SURPRISE! |



| | | | |
|---|---|---|---|
| US Serial Number: | 98675957 | Application Filing Date: | Jul. 31, 2024 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Awaiting Examination  The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| Status: | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. | | |
| Status Date: | Jul. 31, 2024 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | L.O.L. SURPRISE! |
| Standard Character Claim: | No |
| Mark Drawing Type: | 0 - UNKNOWN MARK DRAWING TYPE |
| Description of Mark: | The mark consists of the stylized wording "L.O.L. SURPRISE!" with the letters in "L.O.L." appearing with polka dots and the wording "SURPRISE!" appearing in a drop shadow beneath "L.O.L.". |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | TOYS AND PLAYTHINGS, NAMELY, TOY FIGURES AND PLAYSETS, ACCESSORIES, AND CLOTHING THEREFOR | | |
| International Class(es): | 028 - Primary Class | U.S Class(es): | 022, 023, 038, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Sep. 09, 2016 | Use in Commerce: | Oct. 12, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | MGA Entertainment, Inc. |

**Owner Address:** 9220 Winnetka Avenue
Chatsworth, CALIFORNIA UNITED STATES 91311

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Docket Number:** 2TMR20170049

**Correspondent**

**Correspondent Name/Address:** MGA Entertainment, Inc.
9220 Winnetka Avenue
Chatsworth, CALIFORNIA United States 91311

**Fax:** 818-895-0771

**Correspondent e-mail:** TM@mgae.com barmstrong@mgae.com    **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 31, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** Not Found    **Date in Location:** Not Found

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

Serial Number: 98675957
Filing Date: 07/31/2024

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98675957 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\986\759\98675957\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | L.O.L. SURPRISE! |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the stylized wording "L.O.L. SURPRISE!" with the letters in "L.O.L." appearing with polka dots and the wording "SURPRISE!" appearing in a drop shadow beneath "L.O.L.". |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 467 x 250 |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | MGA Entertainment, Inc. |
| *MAILING ADDRESS | 9220 Winnetka Avenue |
| *CITY | Chatsworth |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 91311 |
| FAX | 818-895-0771 |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | www.mgae.com |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |

Ex. 3-000003

| | |
|---|---|
| **INTERNATIONAL CLASS** | 028 |
| ***IDENTIFICATION** | TOYS AND PLAYTHINGS, NAMELY, TOY FIGURES AND PLAYSETS, ACCESSORIES, AND CLOTHING THEREFOR |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 09/09/2016 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 10/12/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\986\759\98675957\xml1 \ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\986\759\98675957\xml1 \ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\986\759\98675957\xml1 \ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\986\759\98675957\xml1 \ APP0006.JPG |
| **SPECIMEN DESCRIPTION** | Screenshots from online retail sites showing use of the mark |
| **WEBPAGE URL** | Amazon.com: L.O.L. Surprise! Glitter Color Change Pearl Surprise (Turquoise) with 6 Surprises- Exclusive Collectible Doll & Lil Sister, Interactive Playset, Holiday Toy, Great Gift for Kids Ages 4 5 6+ Years Old : Toys & Games |
| **WEBPAGE DATE OF ACCESS** | 07/31/2024 |
| **WEBPAGE URL** | L.O.L. Surprise Lil Sisters Color Change Surprise \| Walgreens |
| **WEBPAGE DATE OF ACCESS** | 07/31/2024 |
| **WEBPAGE URL** | LOL Surprise Bubble Surprise Dolls - Collectible Doll, Surprises, Accessories, Bubble Surprise Unboxing, Glitter Foam Reaction - Great Gift for Girls Age 4+ - Walmart.com |
| **WEBPAGE DATE OF ACCESS** | 07/31/2024 |
| **WEBPAGE URL** | Amazon.com: L.O.L. Surprise! All Star Sports Moves - Cheer-Surprise Doll, Theme, Cheerleading Dolls, Mix and Match Outfits, Shoes, Accessories, Limited Edition Collectible Doll Gift Girls Age 4+ : Toys & Games |
| **WEBPAGE DATE OF ACCESS** | 07/31/2024 |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | MGA Entertainment, Inc. |
| **DOCKET/REFERENCE NUMBER** | 2TMR20170049 |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TM@mgae.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | barmstrong@mgae.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 350 |
| ***TOTAL FEES PAID** | 350 |

| SIGNATURE INFORMATION | |
|---|---|
| **SIGNATURE** | /BRYAN J. ARMSTRONG/ |
| **SIGNATORY'S NAME** | Bryan J. Armstrong |
| **SIGNATORY'S POSITION** | Senior Manager, IP |
| **SIGNATORY'S PHONE NUMBER** | 818-894-2525 x6730 |
| **DATE SIGNED** | 07/31/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98675957**
**Filing Date: 07/31/2024**

### To the Commissioner for Trademarks:

**MARK:** L.O.L. SURPRISE! (stylized and/or with design, see mark)
The literal element of the mark consists of L.O.L. SURPRISE!. The applicant is not claiming color as a feature of the mark. The mark consists of the stylized wording "L.O.L. SURPRISE!" with the letters in "L.O.L." appearing with polka dots and the wording "SURPRISE!" appearing in a drop shadow beneath "L.O.L.".
The applicant, MGA Entertainment, Inc., a corporation of Delaware, having an address of
   9220 Winnetka Avenue
   Chatsworth, California 91311
   United States
   818-895-0771(fax)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 028: TOYS AND PLAYTHINGS, NAMELY, TOY FIGURES AND PLAYSETS, ACCESSORIES, AND CLOTHING THEREFOR

In International Class 028, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/09/2016, and first used in commerce at least as early as 10/12/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screenshots from online retail sites showing use of the mark.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Webpage URL: Amazon.com: L.O.L. Surprise! Glitter Color Change Pearl Surprise (Turquoise) with 6 Surprises- Exclusive Collectible Doll & Lil Sister, Interactive Playset, Holiday Toy, Great Gift for Kids Ages 4 5 6+ Years Old : Toys & Games
Webpage Date of Access: 07/31/2024
Webpage URL: L.O.L. Surprise Lil Sisters Color Change Surprise | Walgreens
Webpage Date of Access: 07/31/2024
Webpage URL: LOL Surprise Bubble Surprise Dolls - Collectible Doll, Surprises, Accessories, Bubble Surprise Unboxing, Glitter Foam Reaction - Great Gift for Girls Age 4+ - Walmart.com
Webpage Date of Access: 07/31/2024
Webpage URL: Amazon.com: L.O.L. Surprise! All Star Sports Moves - Cheer- Surprise Doll, Theme, Cheerleading Dolls, Mix and Match Outfits, Shoes, Accessories, Limited Edition Collectible Doll Gift Girls Age 4+ : Toys & Games
Webpage Date of Access: 07/31/2024


For informational purposes only, applicant's website address is: www.mgae.com

The applicant's current Correspondence Information:
    MGA Entertainment, Inc.
     PRIMARY EMAIL FOR CORRESPONDENCE: TM@mgae.com
     SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): barmstrong@mgae.com
The docket/reference number is 2TMR20170049.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /BRYAN J. ARMSTRONG/   Date: 07/31/2024
Signatory's Name: Bryan J. Armstrong
Signatory's Position: Senior Manager, IP
Signatory's Phone Number: 818-894-2525 x6730
Signature method: Signed directly within the form
Payment Sale Number: 98675957
Payment Accounting Date: 07/31/2024

Serial Number: 98675957
Internet Transmission Date: Wed Jul 31 14:19:51 ET 2024
TEAS Stamp: USPTO/BAS-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20240731141951434757-98675957-
87036da17575e24423682defb126dbdbd147e571
c4168207129558d3bb377c4d-DA-19517335-202
40731141132971457










Ex. 3-000010











Ex. 3-000013







Description

Includes 1 LA, 2 accessories, 1 container, 1 secret message, 1 sticker. 5 Surprises! Styles will vary. I color change! Please keep this address and packaging for reference since it contains important information. Contents including specifications and colors, may vary from photos depicted on package. Instruction included. Please remove all packaging including tags, ties & tacking stitches before giving this product to a child. CE listed. (hashtag)collect LOL. Instagram. Youtube.
Made in China
©2021 MGA Entertainment, Inc.

Product Specifications

**Product Type:** Dolls
**Product Name:** Lil Sisters Color Change Surprise
**Brand:** L.O.L. Surprise
**FSA Eligible:** No
**Size/Count:** 1.0ea
**Item Code:** 355809





Ex. 3-000016







