# EXHIBIT 5

**United States Patent and Trademark Office**



Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**TTABVUE. Trademark Trial and Appeal Board Inquiry System**                                    v2.5.0

# Opposition

**Number:** 91268267                                    **Filing Date:** 03/19/2021
**Status:** Terminated                                   **Status Date:** 06/21/2021
**General Contact Number:** 571-272-8500
**Interlocutory Attorney:** WENDY COHEN
**Paralegal Name:** KELLY M YOUNG

## Defendant

**Name:** Lin Wulin
**Correspondence:** REINE ROONEY
33 WEICHERS ST.
RONKONKOMA, NY 11779
UNITED STATES
reine.glanz@gmail.com, championtek88@gmail.com
Phone: 917-334-7043

**Serial #:** 90171055            Application File                    Assignment
**Application Status:** ABANDONED - AFTER INTER-PARTES DECISION
**Mark:** LOLHOUSE

## Plaintiff

**Name:** MGA Entertainment, Inc.
**Correspondence:** JENNIFER SHEEHAN ANDERSON
BRIDGE INTELLECTUAL PROPERTY SERVICES PLLC
23716 WOODWARD AVE
PLEASANT RIDGE, MI 48069
UNITED STATES
info@bridgeip.net, janderson@bridgeip.net
Phone: 248-284-4094

**Serial #:** 87461324      Application File            Assignment         **Registration #:** 5374188
**Application Status:** CANCELLED - SECTION 8
**Mark:** L.O.L. SURPRISE!

**Serial #:** 87461400      Application File            Assignment         **Registration #:** 5374191
**Application Status:** CANCELLED - SECTION 8
**Mark:** L.O.L. SURPRISE!

## Prosecution History

| # | Date | History Text | Due Date |
|---|------|-------------|----------|
| 6 | 06/21/2021 | TERMINATED | |
| 5 | 06/21/2021 | BD DECISION: OPP SUSTAINED | |
| 4 | 05/09/2021 | NOTICE OF DEFAULT | |
| 3 | 03/19/2021 | INSTITUTED | |
| 2 | 03/19/2021 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 04/28/2021 |
| 1 | 03/19/2021 | FILED AND FEE | |

Ex. 5-1

**Search:**

| .HOME | INDEX| SEARCH | *e*BUSINESS | CONTACT US | PRIVACY POLICY

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

March 19, 2021

Opposition No. 91268267
Serial No. 90171055

REINE ROONEY

33 WEICHERS ST. RONKONKOMA NY 11779

RONKONKOMA, NY 11779

*MGA Entertainment, Inc.*
*v.*

*LIN WULIN*

JENNIFER SHEEHAN ANDERSON
BRIDGE INTELLECTUAL PROPERTY SERVICES PLLC
23716 WOODWARD AVE

PLEASANT RIDGE, MI 48069

**ESTTA1121700**

**NOTICE OF INSTITUTION**
The opposer (plaintiff) identified above has filed a notice of opposition to the registration sought by applicant (defendant) in the above-identified application. This notice of institution is forwarded pursuant to Trademark Rules 2.105(b) and (c), and constitutes service of the notice of opposition on applicant. An electronic version of the notice of opposition is viewable on TTABVUE at http://ttabvue.uspto.gov/ttabvue/. *See* Trademark Rule 2.105(a). The parties should diligently monitor this proceeding via TTABVUE.

**APPLICANT MUST FILE ANSWER THROUGH ESTTA**
As required in the schedule below, **applicant must file an answer within forty (40) days from the date of this order.** Failure to file a timely answer may result

in the entry of default judgment and abandonment of the application. Regarding when a deadline falls on a Saturday, Sunday or federal holiday, *see* Trademark Rule 2.196. Applicant must file the answer through ESTTA - Electronic System for Trademark Trials and Appeals, unless ESTTA is unavailable due to technical problems or extraordinary circumstances are present. An answer filed on paper under these limited circumstances must be accompanied by a Petition to the Director (and the required fee under Trademark Rule 2.6). *See* Trademark Rule 2.106(b)(1). In substance, applicant's answer must comply with Fed. R. Civ. P. 8(b); it must admit or deny the allegations in the notice of opposition, and may include available defenses and counterclaims. Regarding the form and content of an answer, *see* Trademark Rule 2.106(b)(2) and TBMP § 311.

**DUTY TO MAINTAIN ACCURATE CORRESPONDENCE INFORMATION**
Throughout this proceeding, the parties, and their attorneys or representatives, must notify the Board of any correction or update of physical address and email address, and should use the ESTTA change of address form. *See* Trademark Rule 2.18(b); TBMP § 117.

**SERVICE OF ANSWER AND OF ALL SUBMISSIONS**
The service of the answer, and all other submissions in this proceeding, and of all matters that are required to be served but not required to be filed in the proceeding record, **must** be by **email** unless the parties stipulate otherwise. Trademark Rule 2.119(b). In the absence of a stipulation, service may be by other means **only** under the **limited** circumstances and in a manner specified in Trademark Rule 2.119(b). Regarding the signing and service of all submissions, *see* TBMP §§ 113-113.04.

The answer, and all other submissions, **must** include proof of service. As noted in TBMP § 113.03, proof of service may be in the following certificate of service form:

> *I hereby certify that a true and complete copy of the foregoing (insert title of submission) has been served on (insert name of opposing counsel or party) by forwarding said copy on (insert date of mailing), via email (or insert other appropriate method of delivery) to: (set out name, and address or email address of opposing counsel or party).*
>
> *Signature_____*
> *Date_____*

**SUBMIT ALL FILINGS ONLINE VIA ESTTA**
Submissions **must** be filed via ESTTA, the Board's online filing system, unless ESTTA is unavailable due to technical problems or extraordinary circumstances are present. Trademark Rule 2.126(a). Submissions may be filed in paper form **only** under the **limited** circumstances specified in Trademark Rule 2.126(b), with a

*2*

required written explanation. ESTTA is accessible at the Board's web page: http://estta.uspto.gov/. The page has instructions and tips. ESTTA offers various forms, some of which may require attachments and/or a fee. For technical questions, a party may call 571-272-8500 (Mon. - Fri. 8:30 - 5:00 ET) or email ESTTA@uspto.gov. This proceeding involves several deadlines, and due to potential technical issues, parties should not wait until the deadline to submit filings. The Board may **decline to consider** an untimely submission. Moreover, Trademark Rule 2.126 sets forth the required form and format for all submissions (*e.g.*, page limitations), and the Board may **decline to consider** any submission that does not comply with this rule, including, but not limited to motions, briefs, exhibits, and deposition transcripts.

## CONFERENCE, DISCOVERY, DISCLOSURE AND TRIAL SCHEDULE

| | |
|---|---|
| Time to Answer | 4/28/2021 |
| Deadline for Discovery Conference | 5/28/2021 |
| Discovery Opens | 5/28/2021 |
| Initial Disclosures Due | 6/27/2021 |
| Expert Disclosures Due | 10/25/2021 |
| Discovery Closes | 11/24/2021 |
| Plaintiff's Pretrial Disclosures Due | 1/8/2022 |
| Plaintiff's 30-day Trial Period Ends | 2/22/2022 |
| Defendant's Pretrial Disclosures Due | 3/9/2022 |
| Defendant's 30-day Trial Period Ends | 4/23/2022 |
| Plaintiff's Rebuttal Disclosures Due | 5/8/2022 |
| Plaintiff's 15-day Rebuttal Period Ends | 6/7/2022 |
| Plaintiff's Opening Brief Due | 8/6/2022 |
| Defendant's Brief Due | 9/5/2022 |
| Plaintiff's Reply Brief Due | 9/20/2022 |
| Request for Oral Hearing (optional) Due | 9/30/2022 |

## PARTIES ARE REQUIRED TO HOLD DISCOVERY CONFERENCE

The parties are required to schedule and hold a discovery conference by the deadline in the schedule in this order, or as reset by the Board. In the conference, the parties are required to discuss, at a minimum, 1) the nature and basis of their claims and defenses, 2) the possibility of promptly settling, or at least narrowing the scope of claims or defenses, and 3) arrangements for disclosures, discovery, preserving discoverable information and introduction of evidence at trial. For guidance, *see* Fed. R. Civ. P. 26(f), Trademark Rule 2.120(a)(2)(i) and TBMP §§ 401.01 and 408.01(a).

*3*

The parties must hold the conference in person, by telephone or by a means on which they agree. A Board interlocutory attorney or administrative trademark judge will participate in the conference either upon request of any party made no later than ten (10) days prior to the conference deadline, or when the Board deems it useful to have Board involvement. *See* Trademark Rule 2.120(a)(2)(i). A request for Board participation must be made either through ESTTA, or by telephone call to the assigned interlocutory attorney named on the TTABVUE record for this proceeding. A party requesting Board participation should first determine possible dates and times when all parties are available. A conference with a Board attorney's participation will be by telephone in accordance with the Board's instructions.

For efficiency, the parties may stipulate to various procedural and substantive disclosure, discovery and trial matters (*e.g.*, modification of deadlines and obligations) upon written stipulation and approval by the Board. Trademark Rule 2.120(a)(2)(iv) provides a non-exhaustive list of matters to which parties may stipulate. The best practice is to reduce all stipulations to writing. If email service is not practical, such as for voluminous document production in discovery, the parties should discuss in the conference how production will be made. The parties, and their attorneys or representatives, have **a duty to cooperate** in the discovery process. TBMP § 408.01.

## PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION
The Board's Standard Protective Order is automatically imposed in all *inter partes* proceedings, and is available at: https://www.uspto.gov/trademarks-application-process/appealing-trademark-decisions/standard-documents-and-guidelines-0.
During their conference, the parties should discuss whether they will use an alternative or modified protective order, subject to approval by the Board. *See* Trademark Rule 2.116(g) and TBMP § 412. The standard order does not automatically protect confidential information; its provisions for designating confidential information must be utilized as needed by the parties. Trademark Rule 2.126(c) sets forth the procedure for filing confidential submissions.

## ACCELERATED CASE RESOLUTION (ACR)
During their conference, the parties are to discuss whether they wish to seek mediation or arbitration, and whether they can stipulate to the Board's Accelerated Case Resolution (ACR) process for a more efficient and cost-effective means of obtaining the Board's determination of the proceeding. For details, and examples of ACR proceedings, *see* TBMP § 528, and the Board's webpage: http://www.uspto.gov/ttab.

## INITIAL DISCLOSURES AND DISCOVERY

Regarding the deadline for and contents of initial disclosures, *see* Trademark Rules 2.120(a)(1) and (2)(i), and TBMP § 401.02. Regarding deadlines for serving and responding to discovery, *see* Trademark Rule 2.120(a)(3) and TBMP § 403.03. Certain provisions of Fed. R. Civ. P. 26 are applicable in modified form. Note that written discovery (interrogatories, requests for production, requests for admission) must be served **early** enough so that responses will be due **no later than** the close of discovery. Regarding the scope and limits of discovery, *see* TBMP 414; discoverable items may include documents, tangible things, and electronically stored information (ESI).

## MOTIONS

Certain provisions of Fed. R. Civ. P. 11 apply to all submissions in Board proceedings. *See* TBMP § 527.02. Regarding available motions, *see* TBMP Chapter 500. Regarding applicable deadlines to respond to motions, depending on the motion filed, *see* Trademark Rules 2.127(a) and (e)(1). When a party timely files a potentially dispositive motion the proceeding is suspended with respect to all matters not germane to the motion. *See* Trademark Rule 2.127(d). In addressing motions or other filings, if it appears to the Board that a telephone conference would be beneficial, or upon request of one or both parties, the Board may schedule a conference. *See* Trademark Rule 2.120(j)(1) and TBMP § 502.06(a).

## PRETRIAL DISCLOSURES, TRIAL AND BRIEFING

Regarding the procedures and deadlines for pretrial disclosures and trial, and specifically the noticing, taking, serving and submitting of evidence and testimony, *see* Trademark Rules 2.120(k), 2.121, 2.122, 2.123 and 2.125, as well as TBMP Chapter 700. The parties should review these authorities. For example: witness testimony may be submitted in the form of affidavit or declaration subject to the right to oral cross examination; transcripts of testimony depositions, with exhibits, must be served on each adverse party within thirty (30) days after completion of taking the testimony; certified transcripts and exhibits must be filed, with notice of such filing served on each adverse party; and all notices of reliance must be submitted during the submitting party's assigned testimony period and must indicate generally the relevance the evidence and associate it with one or more issues.

Main briefs shall be filed in accordance with Trademark Rules 2.128(a) and (b). An oral hearing is not required, but will be scheduled upon separate notice timely filed pursuant to Trademark Rule 2.129(a). Regarding briefs and oral hearings, *see* TBMP §§ 801-802.

## TIPS FOR FILING EVIDENCE, TESTIMONY, OR LARGE DOCUMENTS

The Board requires each submission to meet the following criteria before it will be considered: 1) pages must be legible and easily read on a computer screen; 2) page

orientation should be determined by its ease of viewing relevant text or evidence, for example, there should be no sideways or upside-down pages; 3) pages must appear in their proper order; 4) depositions and exhibits must be clearly labeled and numbered – use separator pages between exhibits and clearly label each exhibit using sequential letters or numbers - and 5) the entire submission should be text-searchable. Additionally, submissions must be compliant with Trademark Rules 2.119 and 2.126. Submissions failing to meet all of the criteria above may require re-filing. **Note:** Parties are strongly encouraged to check the entire document before filing.[1] The Board will not extend or reset proceeding schedule dates or other deadlines to allow time to re-file documents. For more tips and helpful filing information, please visit the please visit the ESTTA help webpage.

**LEGAL RESOURCES AVAILABLE AT WEB PAGE**
For a general description of Board proceedings, *see* TBMP §102.03. Proceedings are governed by the Trademark Rules of Practice in Parts 2 and 7 of Title 37 of the Code of Federal Regulations. These rules, the Manual of Procedure (TBMP), information on Accelerated Case Resolution (ACR) and Alternative Dispute Resolution (ADR), and many Frequently Asked Questions, are available on the Board's web page, at:
http://www.uspto.gov/ttab. The parties should check the web page for important changes, announcements, etc., many of which apply to proceedings already in progress.

**PARTIES NOT REPRESENTED BY COUNSEL**
This proceeding is similar to a civil action in a federal district court and can be complex. The Board **strongly** advises all parties to secure the services of an attorney who is familiar with trademark law and Board procedure. The Board cannot aid in the selection of an attorney. *See* TBMP § 114.02. The Board requires strict compliance with all applicable authorities whether or not the party is represented by counsel.

**PARTIES WITHOUT A U.S. DOMICILE MUST SECURE U.S. COUNSEL**
Effective August 3, 2019, the USPTO amended its rules to require applicants, registrants or parties to a proceeding whose domicile is not located within the U.S. or its territories to be represented by an attorney who is an active member in good standing of the bar of the highest court of a state in the U.S., including the District of Columbia or any Commonwealth or territory. Attorney information requires applicant's appointed attorney to provide email and bar information as follows: Year of admission, State or territory of admission and, bar number if one is issued. 84 FR 31498 (Requirement of U.S. Licensed Attorney for Foreign Trademark Applicants and Registrants, July 2, 2019). Until ESTTA forms are available which will mask the bar information, an attorney may file the required information through ESTTA

---

[1] To facilitate accuracy, ESTTA provides thumbnails to view each page before submitting.

and select "confidential." A filing under "confidential" is not made available for
public viewing.

## NOTIFY BOARD OF ALL PENDING ACTIONS

If the parties are, or during the pendency of this proceeding become, parties in
another Board proceeding or a civil action involving the same or related marks, or
involving any issues of law or fact which are also in this proceeding, they shall
notify the Board immediately. *See* Trademark Rule 2.106(b)(3)(i). The Board will
consolidate and/or suspend related Board proceedings, as appropriate. *See*
Trademark Rule 2.117(c); TBMP §§ 510 and 511.

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA1121700** |
|---|---|
| Filing date: | **03/19/2021** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | MGA Entertainment, Inc. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | California |
| Address | 9220 WINNETKA AVE<br>CHATSWORTH, CA 91311<br>UNITED STATES | | |

| Attorney informa-<br>tion | JENNIFER SHEEHAN ANDERSON<br>BRIDGE INTELLECTUAL PROPERTY SERVICES PLLC<br>23716 WOODWARD AVE<br>PLEASANT RIDGE, MI 48069<br>UNITED STATES<br>Primary Email: info@bridgeip.net<br>Secondary Email(s): janderson@bridgeip.net<br>2482844094 |
|---|---|
| Docket Number | 458.025942 |

## Applicant Information

| Application No. | 90171055 | Publication date | 03/02/2021 |
|---|---|---|---|
| Opposition Filing<br>Date | 03/19/2021 | Opposition Peri-<br>od Ends | 04/01/2021 |
| Applicant | LIN WULIN<br>502 #254 JINSHANG RD HULI DISTRICT<br>XIAMEN FUJIAN, 361006<br>CHINA | | |

## Goods/Services Affected by Opposition

| Class 028. First Use: 2020/05/20 First Use In Commerce: 2020/05/20<br>All goods and services in the class are opposed, namely: Fantasy character toys; Gift baskets com-<br>prised primarily of imitation toys sports products, namely, toy game balls and accessories therefor; In-<br>flatable float mattresses or pads for recreational use; Inflatable swimming pools; Pinball-type games;<br>Plush toys; Radio controlled toy cars, race cars, airplanes, boats; Swimming rings; Talking toys; Toy<br>telescopes |
|---|

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act Section 2(d) |
|---|---|

## Marks Cited by Opposer as Basis for Opposition

| U.S. Registration<br>No. | 5374188 | Application Date | 05/23/2017 |
|---|---|---|---|

| Registration Date | 01/09/2018 | Foreign Priority Date | NONE |
|---|---|---|---|
| Word Mark | L.O.L. SURPRISE! | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 028. First use: First Use: 2016/09/09 First Use In Commerce: 2016/10/12<br><br>Toys and playthings, namely, toy figures and playsets, accessories, and clothing therefor | | |

| U.S. Registration No. | 5374191 | Application Date | 05/23/2017 |
|---|---|---|---|
| Registration Date | 01/09/2018 | Foreign Priority Date | NONE |
| Word Mark | L.O.L. SURPRISE! | | |
| Design Mark | | | |
| Description of Mark | The mark consists of the stylized wording "L.O.L. SURPRISE!" with the letters in "L.O.L." appearing with polka dots andthe wording "SURPRISE!" appearing in a drop shadow beneath "L.O.L." | | |
| Goods/Services | Class 028. First use: First Use: 2016/09/09 First Use In Commerce: 2016/10/12<br><br>Toys and playthings, namely, toy figures and playsets, accessories, and clothing therefor | | |

| Attachments | Notice of Opposition - lolhouse.pdf(709300 bytes ) |
|---|---|

| Signature | /Jennifer Sheehan Anderson/ |
|---|---|
| Name | Jennifer Sheehan Anderson |
| Date | 03/19/2021 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | | |
|---|---|---|
| MGA Entertainment, Inc. | ) | |
| | ) | |
| Opposer, | ) | |
| | ) | |
| Lin Wulin | ) | Opposition No: |
| | ) | |
| Applicant. | ) | Serial No. 90171055 |

## <u>NOTICE OF OPPOSITION</u>

In the matter of an application filed by Lin Wulin ("**Applicant**") for registration of the trademark LOLHOUSE namely application Serial No. 90171055 filed with the United States Patent and Trademark Office ("**USPTO**") on September 10, 2020, and published for opposition on March 2, 2021 (the "**Application**"):

MGA Entertainment, Inc. ("**MGA**") believes that it will be damaged by registration of the mark shown in said Application ("**Applicant's Mark**"), and hereby files this Notice of Opposition, pursuant to 15 U.S.C. § 1063 and 37 CFR § 2.104(b), to oppose the same.

As grounds for opposition, MGA alleges that:

1.     MGA owns the following U.S. federal trademark registrations for its L.O.L. SURPRISE! marks (collectively, the "**LOL Mark**s"):

| Trademark | Status | Class/Goods |
|---|---|---|
| L.O.L. SURPRISE! | Registered<br>**App** 87461324<br>**App** 23-MAY-2017<br>**Reg** 5374188<br>**Reg** 09-JAN-2018 | **INT. CL. 28** toys and playthings, namely, toy figures and playsets, accessories, and clothing therefor |
| L.O.L. SURPRISE! | Registered<br>**App** 87461400<br>**App** 23-MAY-2017 | **INT. CL. 28** toys and playthings, namely, toy figures and playsets, accessories, and clothing therefor |

| Trademark | Status | Class/Goods |
|---|---|---|
|  | **Reg** 5374191 **Reg** 09-JAN-2018 | |

Printouts from the electronic database records of the USPTO showing the current status and title of Opposer's U.S. Trademark Reg. Nos. 5374188 and 5374191 are attached as <u>Exhibit A</u>. These printouts are offered as evidence of the registrations under the second exception in 37 C.F.R. § 2.122(d).

2.    MGA has used the LOL Marks in connection with toys and playthings, namely, toy figures and playsets, accessories, and clothing therefor since at least as early as September 9, 2016.

3.    MGA has spent significant amounts of revenue and resources in the marketing of its goods under the LOL Marks.

4.    MGA has made extensive and continuous use of its LOL Marks in connection with its goods throughout the United States.  LOL Surprise! toys were the best-selling U.S. toy property in 2020, making it the third year in a row (2018 and 2019) to receive this title. In 2020, MGA's LOL Surprise! toys won the four No. 1 toy class awards in the U.S. list below as a result of the company's 2020 retail sales of LOL Surprise! toys.

- #1 Selling Toy – LOL Surprise™ OMG Doll Assortment
  - Class: Fashion Dolls
- #1 Selling Toy – LOL Surprise™ OMG Styling Head
  - Class: Fashion Role Play & Dressup
- #1 Selling Toy – LOL Surprise™ Doll Assortment
  - Class: Playset Dolls & Collectibles
- #1 Selling Toy – LOL Surprise™ 2-in-1 Glamper
  - Class: Playset Doll Accessories

5.    Through marketing efforts and use of the LOL Marks in connection with toys and playthings, namely, toy figures and playsets, accessories, and clothing, the LOL Marks function as indicators of source, affiliation and sponsorship with respect to MGA and MGA

has developed valuable goodwill the LOL Marks.

6.      On information and belief, Applicant is a Chinese individual with an address of 502 #254 Jinshang Rd Huli District, Xiamen Fujian China 361006.

7.      The Application was filed under Section 1(a) on September 10, 2020, to register the mark LOLHOUSE for use in connection with services described as "*Fantasy character toys; Gift baskets comprised primarily of imitation toys sports products, namely, toy game balls and accessories therefor; Inflatable float mattresses or pads for recreational use; Inflatable swimming pools; Pinball-type games; Plush toys; Radio controlled toy cars, race cars, airplanes, boats; Swimming rings; Talking toys; Toy telescopes*" in International Class 28.

8.      On March 2, 2021, the Application was published for opposition.

9.      The first use dates and application filing dates of MGA's registrations for the LOL Marks are earlier than the first use dates and filing date of the Application.

10.     MGA's actual, continuous and continuing use of its LOL Marks began prior to the filing date of the Application, and, upon information and belief, prior to any use by Applicant of the mark LOLHOUSE.

11.      Applicant's Mark so resembles MGA's LOL Marks as to be likely, when used in connection with the parties' respective goods, to cause confusion, to cause mistake and/or to deceive. Applicant's Mark therefore cannot be registered consistent with 15 U.S.C. § 1052(d).

12.     MGA believes and therefore alleges Applicant was aware of MGA's LOL Marks prior to the adoption or use of the LOLHOUSE mark.

13.     Given the fame and popularity of the LOL Marks, consumers are likely to assume that MGA is the source of Applicant's goods or that Applicant is affiliated with MGA.

14.     Given the similarity of the marks, consumers are likely to believe that the goods offered under Applicant's Mark are related to MGA's goods.

15.     MGA's has sold and continues to sell playsets with doll houses bearing the LOL Marks.

16.     Given the similarity of MGA's goods bearing the LOL Marks with Applicant's Mark, consumers are likely to believe that Applicant's Mark is related to MGA's LOL Marks and goods, including MGA's doll houses.

17.     Consumer's familiar with MGA's LOL Marks are likely to mistakenly believe that Applicant's goods are sponsored, authorized, associated with or otherwise approved by MGA.

18.     Such confusion, mistake and/or deception would cause irreparable harm to MGA, including without limitation loss of control of the LOL Marks and damage to the substantial good will in the LOL Marks.

WHEREFORE, MGA believes that it would be damaged by registration of Applicant's Mark, and prays that the Application be rejected, that no registration be issued thereon to Applicant, and that this opposition be sustained in favor of MGA.

The requisite filing fee of $600.00 is submitted herewith.

Dated: March 19, 2021                      Respectfully submitted,
                                           MGA Entertainment, Inc.


                                           By: _____
                                           Jennifer Sheehan Anderson
                                           Michael A. Lisi
                                           Attorneys for Plaintiff
                                           Bridge Intellectual Property Services PLLC
                                           23716 Woodward Ave
                                           Pleasant Ridge, Michigan 48069-1130
                                           (248) 284-4094
                                           janderson@bridgeip.net

## **CERTIFICATE OF TRANSMITTAL**

I hereby certify that this correspondence is being electronically transmitted in PDF format to the Trademark Trial and Appeal Board through the Electronic System for Trademark Trial and Appeals (ESTTA) on March 19, 2021.

_____

Jennifer Sheehan Anderson

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Notice of Opposition has been served on counsel for Applicant Lin Wulin by U.S. mail and email on March 19, 2021 to the correspondent of record at the correspondence address of record for Application No. 90171055:

REINE ROONEY
33 WEICHERS ST.
RONKONKOMA, NEW YORK 11779
And reine.glanz@gmail.com  championtek88@gmail.com

_____

Jennifer Sheehan Anderson

**Exhibit A**

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE |                    Back to Search        🖨 Print |
|---|---|---|

| **Generated on:** | This page was generated by TSDR on 2021-03-19 11:14:07 EDT |
|---|---|

| **Mark:** | L.O.L. SURPRISE! |
|---|---|

### L.O.L. SURPRISE!

| **US Serial Number:** | 87461324 | **Application Filing Date:** | May 23, 2017 |
|---|---|---|---|
| **US Registration Number:** | 5374188 | **Registration Date:** | Jan. 09, 2018 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active |
|---|---|---|
| | | The trademark application has been registered with the Offic |

| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are d |
|---|---|
| **Status Date:** | Jan. 09, 2018 |
| **Publication Date:** | Oct. 24, 2017 |

## ▲ Mark Information                                               ▲ Collapse All

| **Mark Literal Elements:** | L.O.L. SURPRISE! |
|---|---|
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## ▼ Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| **For:** | Toys and playthings, namely, toy figures and playsets, accessories, and clothing therefor |
|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 09, 2016 | **Use in Commerce:** | Oct. 12, 2016 |

## ▼ Basis Information (Case Level)

Privacy · Terms

Ex. 5-18

| Filed Use: | Yes | | Currently Use: | Yes |
|---|---|---|---|---|
| Filed ITU: | No | | Currently ITU: | No |
| Filed 44D: | No | | Currently 44E: | No |
| Filed 44E: | No | | Currently 66A: | No |
| Filed 66A: | No | | Currently No Basis: | No |
| Filed No Basis: | No | | | |

## ▾ Current Owner(s) Information

| Owner Name: | MGA Entertainment, Inc. | | |
|---|---|---|---|
| Owner Address: | 9220 Winnetka Ave.<br>Chatsworth, CALIFORNIA UNITED STATES 91311 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | CALIFORNIA |

## ▾ Attorney/Correspondence Information

**Attorney of Record**

| Docket Number: | TMR201700048 |
|---|---|

**Correspondent**

| Correspondent Name/Address: | MGA Entertainment, Inc.<br>9220 Winnetka Ave.<br>Chatsworth, CALIFORNIA UNITED STATES 91311 |
|---|---|
| Phone: | 8188942525 |

**Domestic Representative - Not Found**

## ▾ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 03, 2020 | NOTICE OF SUIT | |
| Nov. 03, 2020 | NOTICE OF SUIT | |
| Jun. 22, 2020 | NOTICE OF SUIT | |
| Jun. 19, 2020 | NOTICE OF SUIT | |
| Mar. 26, 2020 | NOTICE OF SUIT | |
| Mar. 12, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Mar. 12, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 12, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 12, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 12, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 09, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 24, 2017 | PUBLISHED FOR OPPOSITION | |

Privacy - Terms

Ex. 5-19

| Oct. 04, 2017 | NOTICE OF PUBLICATION | |
| Aug. 30, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 29, 2017 | EXAMINER'S AMENDMENT MAILED | |
| Aug. 29, 2017 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Aug. 29, 2017 | EXAMINERS AMENDMENT -WRITTEN | 92826 |
| Aug. 22, 2017 | ASSIGNED TO EXAMINER | 92826 |
| May 31, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 26, 2017 | NEW APPLICATION ENTERED IN TRAM | |

## ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | |
|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** Jan. 09, 2018 |

## ▼ Assignment Abstract Of Title Information - Click to Load

## ▼ Proceedings - Click to Load

Privacy - Terms

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | 🖶 Print |
|---|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-03-19 11:15:06 EDT |
| **Mark:** | L.O.L. SURPRISE! |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87461400 | **Application Filing Date:** | May 23, 2017 |
| **US Registration Number:** | 5374191 | **Registration Date:** | Jan. 09, 2018 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Offic |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are o | |
| **Status Date:** | Jan. 09, 2018 | |
| **Publication Date:** | Oct. 24, 2017 | |

## ▼ Mark Information                                   ▲ Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | L.O.L. SURPRISE! |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the stylized wording "L.O.L. SURPRISE!" with the letters in "L.O.L." appearing with po "SURPRISE!" appearing in a drop shadow beneath "L.O.L." |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 25.03.05 - Dotted backgrounds; Backgrounds covered with dots<br>26.01.15 - Three circles; Circles, exactly three circles |

## ▼ Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Toys and playthings, namely, toy figures and playsets, accessories, and clothing therefor | | |
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |

Ex. 5-21

| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Sep. 09, 2016 | Use in Commerce: | Oct. 12, 2016 |

## Basis Information (Case Level)

| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| Owner Name: | MGA Entertainment, Inc. | | |
| Owner Address: | 9220 Winnetka Ave. Chatsworth, CALIFORNIA UNITED STATES 91311 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| Docket Number: | TMR201700049 |

**Correspondent**

| Correspondent Name/Address: | MGA Entertainment, Inc. 9220 Winnetka Ave. Chatsworth, CALIFORNIA UNITED STATES 91311 |
| Phone: | 8188942525 |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 03, 2020 | NOTICE OF SUIT | |
| Nov. 03, 2020 | NOTICE OF SUIT | |
| Jun. 22, 2020 | NOTICE OF SUIT | |
| Jun. 19, 2020 | NOTICE OF SUIT | |
| Mar. 26, 2020 | NOTICE OF SUIT | |
| Mar. 12, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Mar. 12, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |

Ex. 5-22

| Mar. 12, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 12, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 12, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 09, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 24, 2017 | PUBLISHED FOR OPPOSITION | |
| Oct. 04, 2017 | NOTICE OF PUBLICATION | |
| Aug. 30, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 29, 2017 | EXAMINER'S AMENDMENT MAILED | |
| Aug. 29, 2017 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Aug. 29, 2017 | EXAMINERS AMENDMENT -WRITTEN | 92826 |
| Aug. 22, 2017 | ASSIGNED TO EXAMINER | 92826 |
| Jun. 01, 2017 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| May 31, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 26, 2017 | NEW APPLICATION ENTERED IN TRAM | |

## ▾ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Jan. 09, 2018 |

## ▾ Assignment Abstract Of Title Information - Click to Load

## ▾ Proceedings - Click to Load

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

May 9, 2021

Opposition No. 91268267

*MGA Entertainment, Inc.*

*v.*

*LIN WULIN*

<u>NOTICE OF DEFAULT</u>

An answer to the notice of opposition was due in this proceeding on **April 28, 2021**. Inasmuch as it appears that no answer has been filed, nor has Applicant filed a motion to further extend the time to file an answer, notice of default is hereby entered against Applicant pursuant to Fed. R. Civ. P. 55(a).

Accordingly, proceedings are suspended. Applicant is allowed until thirty days from the date of this order to show cause why judgment by default should not be entered against Applicant in accordance with Fed. R. Civ. P. 55(b)(2).

The failure to file a timely answer tolls all deadlines, including the discovery conference, until the issue of default is resolved. *See* Trademark Rule 2.106(a).

The schedule for the discovery conference, initial disclosures, discovery and trial will be reset in the event that the Board resumes proceedings.

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

ky

June 21, 2021

Opposition No. 91268267

*MGA Entertainment, Inc.*

*v.*

*Lin Wulin*

**By the Trademark Trial and Appeal Board:**

On May 9, 2021, the Board issued a notice of default to Applicant because no answer had been filed.

No response to the notice of default has been filed.

Accordingly, judgment by default is hereby entered against Applicant, the opposition is sustained, and registration to Applicant is refused. *See* Fed. R. Civ. P. 55(b), and Trademark Rule 2.106(a).