John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: (713) 431-7100

Jiepu (Bobby) Li (SBN: 342224)
bli@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

**DENIED**
BY ORDER OF THE COURT

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA
"TINY" HARRIS, OMG GIRLZ LLC, and
*Counter-Claimants* GRAND HUSTLE, LLC,
PRETTY HUSTLE, LLC and OMG GIRLZ LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | **Case No. 2:20-cv-11548-JVS-AGR**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' / COUNTER-CLAIMANTS' MOTION FOR PERMISSION TO ALLOW THIRD PARTY CONSUMER WITNESS DOMINQUE ALEXANDER TO TESTIFY LIVE OVER VIDEO**<br><br>Judge: Hon. James V. Selna<br><br>Complaint Filed: December 20, 2020<br><br>Trial Date: September 3, 2024 |

1  The Court, having considered Defendants and Counter-Claimants Clifford Harris, Tameka Harris, OMG Girlz LLC, Grand Hustle, LLC, and Pretty Hustle LLC ("OMG Girlz") Ex Parte Application for Permission to Allow Third Party Consumer Witness Dominique Alexander to Testify Live over Video and Memorandum of Points and Authorities in support and in opposition to the Ex Parte Application, the pleadings and such further evidence, finds the Ex Parte Application is hereby GRANTED.

The Court finds that Defendants and Counter-Claimants may proceed with the testimony Live over Video of Third Party Consumer Witness Dominique Alexander at trial.

**IT IS SO ORDERED**.

Dated: September 5, 2024

**DENIED**
BY ORDER OF THE COURT
Honorable James V. Selna
United States District Judge