F I L E D
CLERK, U.S. DISTRICT COURT
9/5/24
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA Entertainment Inc., ) | **2:20-cv-11548 -JVS(AGRx)** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | COURT'S EXHIBIT A |
| Clifford T.I. Harris et al, ) | |
| ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

In the context of this trial, what does the term impeachment mean?

okay or yeah