**F I L E D**
CLERK, U.S. DISTRICT COURT

9/10/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA Entertainment Inc., | 2:20-cv-11548 -JVS(AGRx) |
| Plaintiff, | |
| vs. | |
| | COURT'S EXHIBIT B |
| Clifford T.I. Harris et al, | |
| Defendant, | |

Can we get clarification on what the actual claim or lawsuit is in this case?