**FILED**
CLERK, U.S. DISTRICT COURT
9/17/24
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA Entertainment Inc.,  ) | **2:20-cv-11548 -JVS(AGRx)** |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | COURT'S EXHIBIT C |
| Clifford T.I. Harris et al,   ) | |
| ) | |
| ) | |
| Defendant,   ) | |
| _____  ) | |

If the scope of the case has been narrowed to the 7-9, why are we going through dolls that are not part of those?