FILED
CLERK, U.S. DISTRICT COURT
9/17/24
CENTRAL DISTRICT OF CALIFORNIA
BY: ____eva____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MGA Entertainment Inc., | ) | **2:20-cv-11548 -JVS(AGRx)** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | COURT'S EXHIBIT D |
| Clifford T.I. Harris et al, | ) | |
| Defendant, | ) | |

How much longer do we have to go w/ this case? Need to let employer know. Bosses are asking.