| | |
|---|---|
| Mark A. Finkelstein (SBN 173851)<br>mfinkelstein@umbergzipser.com<br>UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750<br>Irvine, CA  92614<br>Telephone: (949) 679-0052 | Paul J. Loh (Bar No. 160541)<br>ploh@willenken.com<br>Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>Kenneth M. Trujillo-Jamison<br>(Bar No. 280212)<br>ktrujillo-jamison@willenken.com<br>Breeanna N. Brewer (Bar No. 312269)<br>bbrewer@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240 |

Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>  Counter-Claimants,<br><br>  vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>  Counter-Defendants. | Case No.  2:20-cv-11548-JVS-AGR<br>ASSIGNED TO: Hon James V. Selna<br><br>**MGA'S REVISED PROPOSED VERDICT FORM**<br><br>Complaint Filed:  December 20, 2020<br>Trial Date:  September 3, 2024 |

{276270.4}                                  1

# MGA's Proposed Verdict Form[1]

We the jury, being first duly empaneled and sworn in the above-entitled cause, do find as follows:

## Section I. OMG Girlz' Claims

**A.   Liability**

In the chart on the following pages, there is a list of the seven L.O.L. Surprise! O.M.G. dolls that the OMG Girlz allege infringe their trade dress and/or misappropriate their name, identity, or likeness.  Each row includes the name of the doll, a picture of the box(es) it is sold in, and the accompanying exhibit numbers.

1)   Do you find that the OMG Girlz have proven by a preponderance of the evidence that they have protectible trade dress?

YES _____     NO_____

2)   If you answered "Yes" to Question 1 then, for each doll, please check "Yes" or "No" in the first column depending on whether you find that the OMG Girlz have proven by a preponderance of the evidence that the doll infringes the OMG Girlz' trade dress ("Yes") or does not infringe ("No").

3)   Regardless of your answer to Question 1, for each doll, please check "Yes" or "No" in the second column depending on whether you find that that the OMG Girlz have proven by a preponderance of the evidence that the doll misappropriates the OMG Girlz' name, likeness, or identity ("Yes") or does not misappropriate ("No").

---

[1] MGA contends that the Court should use the verdict form that MGA previously submitted, at Dkt. No. 928-1.  By providing this revised form, MGA does not waive its position and arguments on the verdict form.

{276270.4}

2

| Product Name | Image | Question 2<br>**Trade Dress Infringement** | Question 3<br>**Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Series 3 Fashion Doll with 20 Surprises<br><br>"Chillax" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| L.O.L. Surprise! O.M.G. Series 2 Fashion Doll with 20 Surprises<br><br>"Roller Chick" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| L.O.L. Surprise! O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock"<br><br>"Bhad Gurl" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

| Product Name | Image | Question 2 **Trade Dress Infringement** | Question 3 **Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock" "Metal Chick" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| L.O.L. Surprise! O.M.G. Queens Fashion Doll with 20 Surprises "Miss Divine" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| L.O.L. Surprise! O.M.G. Queens Fashion Doll with 20 Surprises "Runway Diva" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |
| L.O.L. Surprise! O.M.G. Queens Fashion Doll with 20 Surprises "Prism" | | _____Yes<br><br>_____No | _____Yes<br><br>_____No |

**B.     First Amendment (Misappropriation)**

4)   If, pursuant to Question 3, you found that at least one L.O.L. Surprise! O.M.G. doll infringes the OMG Girlz' name, likeness, or identity, do you find that MGA has proven, by a preponderance of the evidence, that its dolls are protected by the First Amendment?

YES _____     NO_____

**C.     Monetary Recovery (Trade Dress)**

If you answered "Yes" to any doll for Question 2 (Trade Dress Infringement Column), please answer Questions 5 and 6.  Otherwise, skip to Questions 7-8.

5)   If you found that MGA infringed the OMG Girlz' trade dress, what amount should the OMG Girlz recover for MGA's trade dress infringement?

$_____

6)   Was MGA's trade dress infringement willful?

YES _____     NO_____

**D.     Monetary Recovery (Name, Likeness or Identity)**

If you answered "Yes" to any doll for Question 3 (Misappropriation of Name, Likeness, or Identity Column), and "No" to Question 4 (First Amendment) please answer Questions 7-8.  Otherwise skip to Question 9.

7)     What amount should the OMG Girlz recover for MGA's misappropriation of the OMG Girlz' name, likeness, or identity?

$_____

8)     Do you find by clear and convincing evidence that MGA acted with oppression, fraud, or malice with regard to its misappropriation of the OMG Girlz' name, likeness, or identity?

YES _____     NO_____

## Section II. MGA's Claims

In the chart on the following pages, there is a list of the twenty-five L.O.L. Surprise! O.M.G. dolls that MGA alleges do not infringe the OMG Girlz trade dress and/or misappropriate their name, identity, or likeness. Each row includes the name of the doll, a picture of the box(es) it is sold in, and the accompanying exhibit numbers.

9) For each doll, please check "Yes" or "No" in the first column depending on whether you find that MGA has proven by a preponderance of the evidence that the doll does not infringe the OMG Girlz' trade dress ("No") or does infringe ("Yes").

10) For each doll, please check "Yes" or "No" in the second column depending on whether you find that MGA has proven by a preponderance of the evidence that the doll does not misappropriate the OMG Girlz' name, likeness, or identity ("No") or does misappropriate ("Yes").

| Product Name | Image | Question 9 Trade Dress Infringement | Question 10 Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock"  "Ferocious" | | _____No  _____Yes | _____No  _____Yes |

| Product Name | Image | Question 9<br>**Trade Dress Infringement** | **Question 10**<br>**Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock"<br><br>"Fame Queen" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll with 20 Surprises<br><br>"Downtown B.B." | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll with 20 Surprises<br><br>"Uptown Girl" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |

| Product Name | Image | Question 9<br>**Trade Dress Infringement** | Question 10<br>**Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Winter Disco Bigger Surprise with 5 Exclusive Dolls and 60+ Surprises<br><br>"Shadow" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Series 3 Fashion Doll with 20 Surprises<br><br>"Class Prez" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Remix 2 Pack -2 Fashion Dolls with Music<br><br>"Punk Grrrl" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |

| Product Name | Image | Question 9 **Trade Dress Infringement** | Question 10 **Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Remix 2 Pack -2 Fashion Dolls with Music  "Rocker Boi" | | _____No  _____Yes | _____No  _____Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll  "Lady Diva" | | _____No  _____Yes | _____No  _____Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll Series 4 Doll with 20 Surprises  "Sweets" | | _____No  _____Yes | _____No  _____Yes |

| Product Name | Image | Question 9 **Trade Dress Infringement** | Question 10 **Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Fashion Doll - Series 4 Doll with 20 Surprises<br><br>"Spicy Babe" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Dance Dance Dance Fashion Doll with 15 Surprises<br><br>"Miss Royale" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Dance Dance Dance Fashion Doll with 15 Surprises<br><br>"B-Gurl" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Dance Dance Dance Fashion Doll with 15 Surprises<br><br>"Virtuelle" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |

| Product Name | Image | Question 9<br>**Trade Dress Infringement** | Question 10<br>**Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Fashion Doll- Series 2<br><br>"Honeylicious" | | \_\_\_\_\_No<br><br>\_\_\_\_\_Yes | \_\_\_\_\_No<br><br>\_\_\_\_\_Yes |
| L.O.L. Surprise! O.M.G. Dance Dance Dance Fashion Doll with 15 Surprises<br><br>"Major Lady" | | \_\_\_\_\_No<br><br>\_\_\_\_\_Yes | \_\_\_\_\_No<br><br>\_\_\_\_\_Yes |
| L.O.L. Surprise! O.M.G. Winter Disco Fashion Doll<br><br>"Cosmic Nova" | | \_\_\_\_\_No<br><br>\_\_\_\_\_Yes | \_\_\_\_\_No<br><br>\_\_\_\_\_Yes |
| L.O.L. Surprise! O.M.G. Winter Disco Fashion Doll with 20 Surprises<br><br>"24K D.J." | | \_\_\_\_\_No<br><br>\_\_\_\_\_Yes | \_\_\_\_\_No<br><br>\_\_\_\_\_Yes |

| Product Name | Image | Question 9<br>**Trade Dress Infringement** | Question 10<br>**Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Winter Disco Fashion Doll<br><br>"Snowlicious" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll with 20 Surprises<br><br>"Miss Independent" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll- Series 2<br><br>"Candylicious" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Present Surprise Fashion Doll<br><br>"Miss Glam" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |

| Product Name | Image | Question 9<br>**Trade Dress Infringement** | **Question 10**<br>**Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Movie Fashion Doll with 25 Surprises<br><br>"Gamma Babe" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. World Travel Fashion Doll with 15 Surprises<br><br>"City Babe" | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll with 20 Surprises<br><br>"Moonlight B.B." | | _____No<br><br>_____Yes | _____No<br><br>_____Yes |

The presiding juror should sign and date this verdict form.

Dated this _____ day of _____ 2024.

_____
Presiding Juror