John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice)*
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: 713-431-7100

Jiepu (Bobby) Li (SBN: 342224)
bli@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

*Attorneys for Defendants*
*CLIFFORD "T.I." HARRIS, TAMEKA*
*"TINY" HARRIS, OMG GIRLZ LLC, and*
*Counter-Claimants GRAND HUSTLE,*
*LLC,, PRETTY HUSTLE, LLC and OMG*
*GIRLZ LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No.  2:20-cv-11548-JVS-AGR** <br><br> **DEFENDANTS AND COUNTER-CLAIMANTS PROPOSED JURY INSTRUCTIONS ON WILLFULNESS AND PUNITIVE DAMAGES** <br><br> Complaint Filed:  December 20, 2020 <br> Trial Date:  September 9, 2024 |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC, <br><br> Counter-Claimants, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive, <br><br> Counter-Defendants. | Judge: Hon. James V. Selna <br><br> Complaint Filed:  December 20, 2020 <br><br> Trial Date:  September 3, 2024 |

1

## The OMG Girlz Proposed Jury Instruction on Willfulness

2

3
If you find that MGA infringed the OMG Girlz' trade dress, you must also determine

4
whether the OMG Girlz have proven that, at the time MGA used the trade dress,

5
MGA acted willfully.

6
MGA acted willfully if it knew that it was infringing the OMG Girlz trade dress or

7
if it acted with indifference to the OMG Girlz' trade dress rights.

8

9

10
**Source:** Fed. Civ. Jury Instr. 7th Cir. 13.6.5 (2021), which is consistent with Ninth

11
Circuit law. *See SAS v. Sawabeh Info. Services Co.*, 2015 WL 12763541, at *7

12
(C.D. Cal. June 22, 2015) ("A Lanham Act plaintiff alleging trademark

13
infringement can establish that defendants acted willfully by showing that: (1)

14
defendants intentionally used the marks knowing they were counterfeit; or (2)

15
defendants "willfully blinded" themselves to facts that should have put them on

16
notice that they were selling counterfeit goods and infringing plaintiffs'

17
trademarks."); *M.I.B. Group LLC v. Aguilar*, No. 5:23-CV-01597-SVW-SHK,

18
2024 WL 3857540, at *19 (C.D. Cal. July 16, 2024) ("District courts have inferred

19
willfulness from evidence showing a defendant acted with an aura of indifference

20
to a plaintiff's trademark rights, or with willful blindness to facts she had cause to

21
suspect would put her on notice that she was infringing another's trademarks."

22
(internal quotations omitted)); *E. & J. Gallo Winery v. Consorzio del Gallo Nero*,

23
782 F. Supp. 472, 475 (N.D. Cal. 1992) ("Use of an infringing mark, in the face of

24
warnings about potential infringement, is strong evidence of wil[l]ful

25
infringement.")

26

27

28

**OMG Girlz' Proposed Jury Instruction on Punitive Damages**

If you decide that MGA's conduct caused the OMG Girlz' harm, you must decide whether that conduct justifies an award of punitive damages. The amount, if any, of punitive damages will be an issue decided later.

At this time, you must decide whether the OMG Girlz have proved that MGA engaged in that conduct with malice, oppression, or fraud. To do this, the OMG Girlz must prove one of the following by clear and convincing evidence:

1. That the conduct constituting malice, oppression, or fraud was committed by one or more officers, directors, or managing agents of MGA who acted on behalf of MGA;

2. That the conduct constituting malice, oppression, or fraud was authorized by one or more officers, directors, or managing agents of MGA; or

3. That one or more officers, directors, or managing agents of MGA knew of the conduct constituting malice, oppression, or fraud and adopted or approved that conduct after it occurred.

"Malice" means that [name of defendant] acted with intent to cause injury or that MGA's conduct was despicable and was done with a willful and knowing disregard of the rights or safety of another. A defendant acts with knowing disregard when the defendant is aware of the probable dangerous consequences of the defendant's conduct and deliberately fails to avoid those consequences.

"Oppression" means that MGA's conduct was despicable and subjected the OMG Girlz to cruel and unjust hardship in knowing disregard of their rights.

"Despicable conduct" is conduct that is so vile, base, or contemptible that it would be looked down on and despised by reasonable people.

PROPOSED JURY INSTRUCTIONS ON WILLFULNESS AND PUNITIVE DAMAGES

"Fraud" means that MGA intentionally misrepresented or concealed a material fact and did so intending to harm the OMG Girlz.

An employee is a "managing agent" if the employee exercises substantial independent authority and judgment in corporate decision making such that the employee's decisions ultimately determine corporate policy.

**Source:** CACI No. 3946 (MGA's proposal omits the third option).

Dated:  September 19, 2024          SHEPPARD MULLIN RICHTER
                                    &     HAMPTON LLP


                                    By: /s/ *John R. Keville*
                                        John R. Keville

                                        *Attorney for Defendants*
                                        *CLIFFORD "T.I." HARRIS, TAMEKA*
                                        *"TINY" HARRIS, OMG GIRLZ LLC, and*
                                        *Counter-Claimants GRAND HUSTLE,*
                                        *LLC, PRETTY HUSTLE, LLC and OMG*
                                        *GIRLZ LLC*

PROPOSED JURY INSTRUCTIONS ON WILLFULNESS AND PUNITIVE DAMAGES