# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 20-11548-JVS(AGRx) |
| Title: | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al |
| Date | September 20, 2024 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Mark Finkelstein, Paul Loh, Kenneth Trujillo-Jamison, Breanna Brewer | John Keville, Chante Westmoreland, Robert Green |

___ Day Court Trial      12th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
X Witnesses called, sworn, and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   X Defendant(s) rest.
X Closing arguments made by   X plaintiff(s)   X defendant(s).   X Court pre-instructs jury.
X Bailiff(s) sworn.   X Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
X Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   X submitted.
___ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to September 23, 2024, at 9:00 a.m. for further trial/further jury deliberation. LA
___ Other:

05 : 08

Initials of Deputy Clerk   eva

cc: