**FILED**
CLERK, U.S. DISTRICT COURT
9/20/204
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA Entertainment Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Clifford T.I. Harris et al, )<br>)<br>)<br>Defendant, )<br>_____ ) | **2:20-cv-11548 -JVS(AGRx)**<br><br><br><br><br>COURT'S EXHIBIT E |

# ADMITTED EXHIBITS AT TRIAL
## AS OF 9/19/24 - Day 11, VOL. 2

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| Dk. 942-1 | Exhibit 1, Dkt.942-1 to Judicial Notice, Dkt. 941, L.O.L. SURPRISE! Trademark 5374188 | 9/5/24 |
| 5 | Email about performance | 9/4/24 |
| 19 | Cease & Desist Letter | 9/4/24 |
| 22 | text message about dolls at Target | 9/4/24 |
| 55 | Email about performance | 9/4/24 |
| 74A | Email about performance | 9/4/24 |
| 95 | 2012.03.08 Lady Gaga on Twitter_Im sort of obsessed with these little cuties_The OMG Girlz - Twitter.pdf | 9/4/24 |
| 98 | 2012.03.21 OMG Girlz On 'Gucci This (Gucci That),' Shopping At Marshalls And Lady Antebellum.pdf | 9/5/24 |
| 103 | 2012.07.12 Seventeen Magazine_OMG Girlz New Single - Where the Boys At.pdf | 9/5/24 |
| 104 | 2012.08.16 [INTERVIEW] The O.M.G Girlz Dish on Music, Fashion, and Daddy T.I o EBONY.pdf | 9/5/24 |
| 105 | 2012.6108.22 OMG Girlz Goes On Tour To Paint Your City Pink, Purple & Blue.pdf (not for the truth) | 9/5/24 |
| 108 | 2013 The OMG Girlz and_Baddie_ Bey _ BET.pdf | 9/4/24 |
| 113 | 2013.05.06 J-14 Exclusive_ The OMG Girlz Talk Nicknames and Mindless Behavior.pdf | 9/5/24 |
| 141 | 2022.01.02 TikTok imanifym.mp4; short clip | 9/5/24 |
| 148 | 85624056.pdf | 9/4/24 |
| 183 | Fwd: Great meeting yesterday! | 9/4/24 |
| 187A | Family Hustle 103.mp4 short clip | 9/4/24 |
| 189 | Family Hustle 113.mp4, short clip | 9/5/24 |
| 190 | Family Hustle 211.mp4 (short clip) | 9/12/24 |
| 191 | Family Hustle 318.mp4, short clip | 9/5/24 |
| 198 | Tiny & Toya 210.mp4 | 9/4/24 |
| 210 | YouTube Where the Boys At.jpg | 9/5/24 |
| 211 | https-www.youtube.com-watch-v- 6GSyrnsn4WI-Apr-13-22-09-14-33-GMT-0500-(CDT)_0.mp4 (short clip) | 9/12/24 |
| 211a | Clip (0 to 20 seconds) from https-www.youtube.comwatch-v-6GSyrnsn4WI-Apr-13-22-09-14-33-GMT-0500-(CDT)_0.mp4 | 9/12/24 |

# ADMITTED EXHIBITS AT TRIAL
## AS OF 9/19/24 - Day 11, VOL. 2

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 211b | Screen shots from https- www.youtube.com-watch-v-6GSymsn4WI-Apr-13-22-09-14-33-GMT-0500-(CDT)_0.mp4 | 9/12/24 |
| 212 | https-www.youtube.com-watch-v- xb81_vJWMc0-Apr-13-22-00-34- 14-GMT-0500-(CDT)_0.mp4, short clip | 9/5/24 |
| 245A | Page from Zonnique Pullins Instagram account with redactions | 9/12/24 |
| 254.CF | Page from Zonnique Pullins Instagram account with redactions | 9/12/24 |
| 262B | Ml.png - Redacted | 9/4/24 |
| 263C | M2.png - Redacted | 9/4/24 |
| 268A | TSR5.png - Redacted | 9/10/24 |
| 272.CF | TSR9.png - Redacted | 9/12/24 |
| 274.CF | TSR11.png - Redacted | 9/12/24 |
| 311.CF | Z29.png - Redacted | 9/12/24 |
| 318A | MajorIG 11.png -Redacted | 9/10/24 |
| 320B | MajorIG12.jpg - Redacted | 9/4/24 |
| 320C | MajorIG12.jpg - Redacted | 9/4/24 |
| 322B | MajorIG13.jpg - Redacted | 9/4/24 |
| 323B | MajorIG14.jpg - Redacted | 9/4/24 |
| 325B | MajorIG16.jpg - Redacted | 9/4/24 |
| 327B | MajorIGl7.jpg - Redacted | 9/4/24 |
| 332B | MajorIG20.jpg - Redacted | 9/4/24 |
| 334B | MajorIG22.jpg - Redacted | 9/4/24 |
| 348 | RayRay2.jpg | 9/12/24 |
| 349 | RayRay3.jpg | 9/12/24 |
| 351.CF | tinypic1.jpg - Redacted | 9/10/24 |
| 354B | tinypic3.jpg - Redacted | 9/4/24 |
| 360 | tinypic9.jpg - Redacted | 9/4/24 |
| 371 | Chartmetric   The | 9/12/24 |
| 385A | Screen shot of "Where The Boys At?" | 9/12/24 |
| 385B | Screen shot from https- www.youtube.com- watch-v- UfbCsulDwRI- Apr-22-22-12-46- 27-GMT-0500-(CDT)_0.mp4, short clip-  timestamps :20-:22 | 9/6/24 |
| 402 | Poll2.jpg (Redacted) | 9/10/24 |
| 404 | Email from Blanche Consorti re Bhaddie skirt | 9/10/24 |
| 407 | Blanche Consorti email re OMG Girlz confusion | 9/4/24 |

# ADMITTED EXHIBITS AT TRIAL
## AS OF 9/19/24 - Day 11, VOL. 2

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 410 (same as 1115) | OMG Dolls Catalogue f19-s22 | 9/5/24 |
| 421 (same as 707) | Walmart Search "OMG Girlz" | 9/18/24 |
| 427 | December 2019 Offsite Slides (Stipulated) | 9/4/24 |
| 440 | Larian Email re market research and demographics | 9/4/24 |
| 452 | OMG Girlz Reunion Look 2018 | 9/5/24 |
| 471 | MGA market research and strategy email | 9/13/24 |
| 500 | Doll Diversity Study Barbie v. OMG (Cover and Pgs 7, 9, 12) | 9/5/24 |
| 533 | IO-39493 LOL SURPRISE! Ethnic Wave 4.pdf | 9/18/24 |
| 580 | OMG Girlz Image C | 9/12/24 |
| 582 | OMG Girlz Image E | 9/4/24 |
| 583 | OMG Girlz Image F | 9/5/24 |
| 587 | OMG Girlz Image J | 9/5/24 |
| 588 | OMG Girlz Image K | 9/4/24 |
| 589 | Photo of OMG Tour | 9/12/24 |
| 591 | OMG Girlz Image N | 9/12/24 |
| 597 | OMG Girlz Image S | 9/4/24 |
| 604 | OMG Girlz Image Y | 9/12/24 |
| 605 | Photograph from the All Around the World Tour | 9/5/24 |
| 605A | Photograph from the All Around the World Tour, Breaunna Womack | 9/5/24 |
| 610 | OMG Girlz Image AF | 9/4/24 |
| 612 | OMG Girlz Image AH | 9/12/24 |
| 616 | OMG Girlz Image AM | 9/11/24 |
| 641 | OMG Girlz Image BK | 9/4/24 |
| 659 | March 30, 2021 Receipt | 9/10/24 |
| 659.1 | Box of Remix Dolls | 9/5/24 |
| 661 | Apollo Backstage Pass: OMG Girlz Performance.mp4 | 9/4/24 |
| 661C | Screen Shot depicting two girls and 1 guy from Apollo Backstage Pass: OMG Girlz Performance.mp4 | 9/12/24 |
| 665 | Image of OMG Girlz NAACP Image Awards Outstanding New | 9/5/24 |

# ADMITTED EXHIBITS AT TRIAL
## AS OF 9/19/24 - Day 11, VOL. 2

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 666 | Scream Tour Next Generation Pt. 2 Tour flier | 9/5/24 |
| 667 | Sesi Magazine cover featuring The OMG Girlz | 9/5/24 |
| 668 | The Hype Magazine cover featuring The OMG Girlz | 9/5/24 |
| 673 | Photo of The OMG Girlz performance at Apollo Theater | 9/5/24 |
| 675 | Image of L.O.L. Surprise! O.M.G. Queens Sways – Doll Box | 9/5/24 |
| 677 | Tiny & Toya (Season 1, Episode 5).mp4 | 9/4/24 |
| 703 | Page from Lora Stephen's Pinterest account with Breaunna Womack's picture | 9/19/24 |
| 710 | Article, MGA, New L.O.L. Surprise! O.M.G. Dolls: The Real Fashion Dolls are Here! Announcement! | 9/5/24 |
| 712 | OMGGirlzPhotoCB | 9/12/24 |
| 714 | OMGGirlzPhotoCD | 9/12/24 |
| 716 | YouTube Gucci This Gucci That -Screenshot | 9/12/24 |
| 717 | YouTube Where the Boys At -Screenshot – REDACTED | 9/5/24 |
| 718 | Poster, The Queens of R&B Tour XSCAPE & SWV with OMG | 9/12/24 |
| 720 | Photo of All Around The World Tour | 9/12/24 |
| 900 | LinkedIn and Zuru cases | 9/5/24 |
| 901 | Tot Doll w/caution tape | 9/20/24 |
| 925 | Clothing drawing for Chillax | 9/11/24 |
| 950 | Chart re OMG Doll Summary of Profit on Sales Allocated to Seven Dolls through April 2024 | 9/12/24 |
| 960 | Apple Music page with OMG Girlz's songs | 9/12/24 |
| 1008 | Screenshots of OMG Girlz's Twitter posts | 9/12/24 |
| 1011 | Screenshot, Scream Tour (Redacted) | 9/12/24 |
| 1021 | Money Team Enterprises 2013 Tax Return | 9/4/24 |
| 1046 | Article "Keke Palmer Partners with Radio One and Saving Our Daughters for 13th Annual Bratz Doll Drive"Save Our Daughter – Bratz Drive (Per Judge Selna "not for the truth but for context") | 9/4/24 |
| 1058 | Design Document: Fabric Color Release: Miss Divine | 9/17/24 |
| 1061 | Design Document: Revised Fabric Color Release: Prism | 9/11/24 |
| 1090 | House of Fire Fashion Doll Study Wave 2 | 9/4/24 |
| 1091 | LOL Surprise Top Secret/OMG Character Preference Final Report | 9/13/24 |
| 1099 | Various images of OMG Girlz at public appearances | 9/12/24 |

# ADMITTED EXHIBITS AT TRIAL
## AS OF 9/19/24 - Day 11, VOL. 2

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 1114 | I Styled Who? Feat. OMG Girlz: A Look at the OMG Girlz Fashions for the BET Awards 2012 | 9/12/24 |
| 1115 (same as 410) | L.O.L Surprise! O.M.G. Master List: Fall 2019 to Spring 2022 with Names | 9/4/24 |
| 1118 | Bhad Gurl Mood Board | 9/17/24 |
| 1119 | Mood Board: Metal Chick | (Stipulated) |
| 1121 | Hair inspiration images for Ferocious | 9/17/24 |
| 1122 | Miss Glam Inspiration and sketches | 9/17/24 |
| 1125 | IMG- 7457.JPG Disco Album Cover | 9/17/24 |
| 1187 | Mood Board: Shadow | 9/17/24 |
| 1188A | – Mood board for F20 OMG Core | 9/10/24 |
| 1191 | F20_OMG_RollerSk8r.jpg | 9/10/24 |
| 1211A | Chillax Drawings | 9/10/24 |
| 1211B | Chillax Drawings | 9/10/24 |
| 1236 | Screen Shot 2019-01 -25 at 3.34.25 PM.png | 9/17/24 |
| 1244 | Mood Board: Miss Royale | 9/17/24 |
| 1247 | Mood Board: Honevlicious | 9/17/24 |
| 1276 | Mood Board: : Miss Independent | 9/17/24 |
| 1277 | Miss Glam Inspiration and sketches | 9/17/24 |
| 1281 | S22_OMG_SURPRISE_QUEENS_SPARKLE_COLOR_CALLOUT.jpg | 9/19/24 |
| 1282 | Runway Diva: Hair Spec Design File | 9/19/24 |
| 1288 | Mood Board: Miss Divine | 9/11/24 |
| 1289 | LOL_S22_Tentpole.pptx | 9/19/24 |
| 1292 | Mood Board: Prism | 9/11/24 |
| 1306 | Fall 2019 Winter Disco Mood Boards: Dollie, Cosmic Nova, 24K D.J., and Snowlicious | 9/17/24 |
| 1307 | Mood Board and Designs for Sweets | 9/17/24 |
| 1464 | Mood Board and Drawings: Gamma Babe | 9/17/24 |
| 1467 | JetSetterOMG.pdf | 9/17/24 |
| 1537 | Mood Board: Moonlight B.B. | 9/17/24 |
| 1568 | L.O.L. Surprise! O.M.G. Release Commercial https://www.youtube.com/watch?v=TI1sDdv1qqk | 9/13/24 |
| 1601 | L.O.L Surprise! O.M.G. Doll: Shadow (w-Box) | 9/5/24 |
| 1601B | L.O.L Surprise! O.M.G. Doll: Shadow (w-Box) – does not contain "Outrageous Millennial Girls" underneath O.M.G. | 9/13/24 |
| 1602 | L.O.L Surprise! Tot: Midnight | 9/5/24 |

## ADMITTED EXHIBITS AT TRIAL
## AS OF 9/19/24 - Day 11, VOL. 2

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 1611 | L.O.L Surprise! O.M.G. Doll: Roller Chick (w/box) | 9/12/24 |
| 1615 | L.O.L Surprise! O.M.G. Doll: Chillax (w/box) | 9/5/24 |
| 1615A | L.O.L Surprise! O.M.G. Doll 2-Pack: Chillax and Roller Chick (w/box) | 9/5/24 |
| 1616 | L.O.L Surprise! Tot: Sleepy Bones | 9/5/24 |
| 1637 | L.O.L Surprise! O.M.G. Doll: Metal Chick (w/box) | 9/12/24 |
| 1639 | L.O.L Surprise! O.M.G. Doll: Fame Queen (w/box) | 9/12/24 |
| 1641 | L.O.L Surprise! O.M.G. Doll: Ferocious (w/box) | 9/12/24 |
| 1643 | L.O.L Surprise! O.M.G. Doll: Bhad Gurl (w/box) | 9/12/24 |
| 1645 | L.O.L Surprise! O.M.G. Doll: Punk Grrrl (w/box) | 9/10/24 |
| 1647 | L.O.L Surprise! O.M.G. Doll: Rocker Boi (w/box) | 9/10/24 |
| 1655 | L.O.L Surprise! O.M.G. Doll: Virtuelle (w/box) | 9/12/24 |
| 1717 | L.O.L Surprise! O.M.G. Doll: Miss Divine (w/box) | 9/5/24 |
| 1721 | L.O.L Surprise! O.M.G. Doll: Prism (w/box) | 9/5/24 |
| 1723 | L.O.L Surprise! O.M.G. Doll: Runway Diva (w/box) | 9/5/24 |
| 1731 | Ferocious Mood Board | 9/17/24 |
| 1756 | Photo of L.O.L Surprise! Tot: Bling Queen | 9/19/24 |
| 1805 | Photo of L.O.L Surprise! Tot: Sleepy Bones | 9/10/24 |
| 1830 | Photo of L.O.L Surprise! O.M.G. Doll: Bhad Gurl | 9/18/24 |
| 1836 | Photo of L.O.L Surprise! O.M.G. Doll: Chillax | 9/10/24 |
| 1837 | Photo of L.O.L Surprise! O.M.G. Doll: City Babe | 9/17/24 |
| 1853 | Photo of L.O.L Surprise! O.M.G. Doll: Honeylicious | 9/11/24 |
| 1877 | Photo of L.O.L Surprise! O.M.G. Doll: Roller Chick | 9/10/24 |
| 1879 | Photo of L.O.L Surprise! O.M.G. Doll: Runway Diva | 9/19/24 |
| 1905 | LOL-Master-20210323-PD-lowRes.pdf | 9/17/24 |
| 2004 | S21_OMG_Dance_FabricArt.jpg | 9/17/24 |
| 2446 | MidnightFamily.ai | 9/17/24 |
| 2452 | F19_WinterBiggerSurprise_OMG_MidnightPlaid.jpg | 9/17/24 |
| 2460 | F19_OMG_Midnight_fashion2.psd | 9/17/24 |
| 2470 | Design file: Uptown Girl (native) | 9/17/24 |
| 2564 | F19_OMG_Shoes_Release_Diva.jpg | 9/10/24 |
| 2592 | Diva 5.jpg | 9/10/24 |
| 2612 | OMG_Diva_fashion1.jpg | 9/10/24 |
| 2659 | LOL_OMG_Diva_FabricArt_Leopard.jpg | 9/10/24 |
| 2798 | RemixOMGAcces-HoneyBunCS2.ai | 9/11/24 |
| 2868 | Sleepy_Sweater.jpg | 9/10/24 |
| 2879 | sleepy bones_front hk master.jpeg | 9/10/24 |

**ADMITTED EXHIBITS AT TRIAL**
**AS OF 9/19/24 - Day 11, VOL. 2**

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 2883 | F20_OMG_TeachersPet_Opt1.psd | 9/17/24 |
| 2887 | Pattern_Roller Skater_REVISED jacket.pdf | 9/10/24 |
| 2890 | Pattern_Sleepy Bones.pdf | 9/11/24 |
| 2893 | F20_OMG_Core_FabricArt_All.ai | (Stipulated) |
| 2896 | F20_OMG_SleepyBones_FabricArt_Engineered.jpg | 9/11/24 |
| 2899 | F20_OMG_SleepyBones_FabricArt_GlitchStripe.jpg | 9/11/24 |
| 2902 | F20_OMG_RollerSk8r_FabricArt_Engineered.jpg | 9/10/24 |
| 2927 | F20_OMG_Core_RollerSk8r_FabricArt_GarmentBag2_TealSquiggle.jpg | 9/10/24 |
| 2930 | F20_OMG_Core_SleepyBones_FabricArt_GarmentBag2_TVSignal.jpg | 9/11/24 |
| 2931 | F20_OMG_Core_RollerSk8r_FabricArt_GarmentBag1_DiscoDot.jpg | 9/10/24 |
| 2934 | F20_OMG_Core_SleepyBones_FabricArt_GarmentBag1_Bones.jpg | 9/11/24 |
| 3070 | F20_OMG_Remix_SuperSurprise_GooGooQueen.psd | 9/17/24 |
| 3107 | OMG_Bonbon_fashion.jpg | 9/17/24 |
| 3337 | F19_OMG_Core_ColorCallouts_Dolls.jpg | 9/10/24 |
| 3404 | F20_OMG_SuperSurprise_ColorCallouts_Dolls_6.23.20.ai | 9/17/24 |
| 3405 | F20_OMG_SuperSurprise_ColorCallouts_Dolls_CS2_4.28.20.ai | 9/18/24 |
| 3426 | F20_OMG_Core_ColorCallouts_Dolls_01_20_20.jpg | 9/11/24 |
| 3435 | F20_OMG_Core_ColorCallouts_Accessories_12_23.jpg | 9/10/24 |
| 3533 | LOL-2017-BrandVision-lowRes-v1.pdf | 9/13/24 |
| 3703 | Eye Spy Sheet | 9/13/24 |
| 3807 | OMG_Inspiration.ai | 9/10/24 |
| 3808 | AMAZE trend boards.ai | 9/17/24 |
| 3907A | Diva Tot w-box | 9/13/24 |
| 4294 | S21OMGCoreSpice.ai | 9/17/24 |
| 4773 | OMG_Super Surprise_MetalBabe_SculptRelease.ai | 9/17/24 |
| 4887 | Screen Shot 2020-03-02 at 4.17.08 PM.png | 9/18/24 |
| 4891 | Screen Shot 2020-03-02 at 4.15.05 PM.png | 9/17/24 |
| 4893_Redacted | OMG Girlz Instagram Post: https://www.instagram.com/p/goAnRLATKn/ | (Stipulated) |
| 4936 | Re: Remix - Super Surprise (bad girls crew) | 9/10/24 |
| 5011 | F21_OMG_dawn+dusk-02.png | 9/17/24 |
| 5018 | House on Fire Barbie vs. OMG Final Report | 9/19/24 |

1023233.1
1023235.1
1023238.1

**ADMITTED EXHIBITS AT TRIAL**
**AS OF 9/19/24 - Day 11, VOL. 2**

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 5019 | S21 L.O.L. Surprise! O.M.G. Dance Dance Dance Ad Test 2.2.2021.pptx | 9/5/25 |
| 5028 | F20 L.O.L. Surprise! O.M.G. Remix 4-in-1 Plane Ad Test.pptx | 9/5/24 |
| 5042 | Avril Lavigne1.jpg | 9/17/24 |
| 5068 | Nicki Minaj3.jpg | 9/17/24 |
| 5072 | TLC2.jpg | 9/6/24 |
| 5073 | TLC3.jpg | 9/6/24 |
| 5096 | Bratz Star Singerz2.jpg | 9/12/24 |
| 5108 | OMG_Inspiration- OMG00021 32056.pdf | 9/19/24 |
| 5147 | 578185C3 LOL Surprise OMG Core Doll Asst Series 4 5 FP 0001.jpg | 9/17/24 |
| 5158 | 567288 LOL Surprise OMG Remix 2 Pack 01.jpg | 9/17/24 |
| 5185 | 559788xx3 567196 LOL Surprise OMG Doll Series 3 Roller Chick FP PKG Fv2.jpg | |
| 5186 | 570165 LOL Surprise OMG Core Doll Chillax FP PKG Fv2.jpg | 09/18/24 |
| 5188 | 570165 LOL Surprise OMG Core Doll Chillax FP 02.jpg | 9/13/24 |
| 5198 | 570165 LOL Surprise OMG Core Doll Chillax FP 06.jpg | 9/13/24 |
| 5204 | 559788xx3 567196 LOL Surprise OMG Doll Series 3 Roller Chick FP 06.jpg | 9/10/24 |
| 5277 | Mood Board and Early Drawings: Major Lady | 9/17/24 |
| 5434 | images of Katy Perry colored hair (First and Last Page, all other conditionally) | 9/11/24 |
| 5438 | images of Lil Kim colored hair | 9/11/24 |
| 5440 | images of Nicki Minaj colored hair | 9/11/24 |
| 5442 | images of Rihanna colored hair | 9/11/24 |
| 5461 | images of LOL OMG Dolls | 9/11/24 |
| 5470 | screenshot of Tameka Harris post | 9/11/24 |
| 5501 | Response to Office Action re Application Serial No. 85638201 (522 pages) | 9/4/24 |
| 5502 | US PTO Status page for mark OMGGIRLZ, Application Serial No. 85638201 | 9/4/24 |
| 5509, para. 9 | US PTO Status page for mark L.O.L. SURPRISE! O.M.G. OUTRAGEOUs MILLENNIAL GIRLSREMIX, Application Serial No. 97020183(Stipulated) | 9/5/24 |
| 5511 | US PTO Status page for mark L.O.L. SURPRISE!, Application Serial No. 87461400 | 9/19/24 |

## ADMITTED EXHIBITS AT TRIAL
## AS OF 9/19/24 - Day 11, VOL. 2

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 5512 | US PTO Status page for mark L.O.L. SURPRISE!, Application Serial No. 87461324 | 9/19/24 |
| 5521 | Demonstrative re OMG Girlz hair and clothing | 9/4/24 |
| 5536 | Photo of Harajuku girls | 9/17/24 |
| 5546.1 | Photos from Amateur Night Holiday Special at Apollo Theater on December 15, 2012 | 9/4/24 |
| 5550 | October 23, 2023 Email Fwd: Dolls from B. Womack to Tameka Harris | 9/4/24 |
| 6002 | Photograph of a Promo | 9/12/24 |
| 6043 | Lora Stephens Pinterest account | 9/19/24 |
| 6054-5 | Exhibit 5 to Mangum Report, Attachment to Exhibit 6054 | 9/12/24 |
| 6055 | MGA Additional SKUs w OMG Dolls_Updated 20240717_ATTORNEYS' EYES ONLY | 9/11/24 |
| 6056 | OMGGirlz_Profitability_EntireLine+Addl_Sent_2024Apr_vJul-ATTORNEYS' EYES ONLY | 9/11/24 |
| 6057 | Corrected Exhibit 5 to Mangum Report | 9/19/24 |
| 7001 | Slide No. 3 of the Harris Parties' Opening Statement | 9/6/24 |
| 7002 | OMG Girlz Instagram Posts | 9/6/24 |
| 7003 | Image of OMGirlzVEVO YouTube Page | 9/6/24 |
| 7004 | Image of OMG Girlz' Facebook account | 9/6/24 |
| 7005 | Image of OMG Girlz' Instagram account (Redacted) | 9/6/24 |
| 7006 | Images of OMG Girlz' recent public appearances, GoodDay Atlanta | 9/6/24 |
| 7007 (same as 1744) | Image of XOMG Group | 9/13/24 |
| 7008 | Email from Blanche to Carmen Ng, et al. re Core - Matrix release | 9/13/24 |
| 7009 | Chillax Matrix | 9/13/24 |
| 7100 | @therealomggirlz twitter account dated December 12, 2012, "TLC is one of our big inspirations. We love their style." | 9/12/24 |
| 7101 | @Zonnique twitter account dated April 12, 2012, "This lady in Golden Corral just asked us if we were the Spice Girls." | 9/12/24 |
| 7102 | Instagram posts - Redacted | 9/12/24 |
| 7103 | OMG Girlz' Apple Music page | 9/12/24 |
| 7104 | OMG Girlz' Spotify page | 9/12/24 |

**ADMITTED EXHIBITS AT TRIAL**
**AS OF 9/19/24 - Day 11, VOL. 2**

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 7125 | Photo of Shir-Ami Thompson from https://shoutoutla.com/meet-shir-ami-thompson-fashion-designer-and-owner-of-s-by-s-valley-made/ | 9/13/24 |
| 7127 | Board re Unique Look? Vibrant, Vivid Hair | 9/19/24 |
| 7128 | Rolling Stone magazine, February 14, 2013 | 9/19/24 |
| 13561 | Raymond Black Affidavit | 9/4/24 |