**FILED**
CLERK, U.S. DISTRICT COURT

9/20/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eva _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MGA Entertainment, Inc., | ) Case No.: CV 20-11548-JVS(AGRx) |
| Plaintiff, | ) |
| v. | ) **AGREEMENT OF COUNSEL TO** |
| | ) **SUBMITTED EXHIBITS TO JURY** |
| Clifford T.I. Harris, et al, | ) |
| Defendant. | ) |

Counsel agree that the exhibits going to the jury for deliberations were reviewed by counsel for Plaintiff(s) and Defendant(s) before submission to the jury. Counsel agree that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): _Kenneth Trujillo-Jamison_

Counsel for Plaintiffs(s) (Signature): _____

Date: _Sept. 20, 2024_

Counsel for Defendant(s) (Printed Name): _Chante Westmoreland_

Counsel for Defendant(s) (Signature): _____

Date: _9/20/2024_