UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>    Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**ORDER GRANTING COUNTER-DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL REGARDING TRIAL BRIEF TO EXCLUDE IMPROPER CHARACTER EVIDENCE REGARDING BLANCHE CONSORTI AND FOR A CURATIVE INSTRUCTION [953]** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>    Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>    Counter-Defendants. | Complaint Filed: December 20, 2020<br>Trial Date: September 3, 2024 |

The Court, having considered Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian's ("Counter-Defendants") Application for Leave to File Documents Under Seal, and for good cause appearing, hereby grants the Application and ORDERS the following document to be filed under seal:

| Document | Portions to be sealed |
|---|---|
| COUNTER-DEFENDANTS' TRIAL BRIEF TO EXCLUDE IMPROPER CHARACTER EVIDENCE REGARDING BLANCHE CONSORTI AND FOR A CURATIVE INSTRUCTION | Highlighted portions of Counter-Defendants' Trial Brief to Exclude Improper Character Evidence Regarding Blanche Consorti And For A Curative Instruction |

IT IS SO ORDERED.

Dated: September 23, 2024

Hon. James V. Selna
United States District Judge

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{275712.1}

1

CASE NO. 2:20-CV-11548-JVS-AGR
GRANTING APPLICATION TO SEAL

# PROOF OF SERVICE

I am a resident of the State of California, employed in the County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 1920 Main Street, Suite 750, Irvine, CA 92614.

On September 5, 2024, I served on the interested parties in this action the within document(s) entitled: **[PROPOSED] ORDER GRANTING COUNTER-DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

[ X ] **BY EMAIL:** The document was sent electronically to each of the individuals at the email addresses(es) indicated on the attached service list, pursuant to C.C.P. Section 1010.6 and C.R.C. Rules 2.256 and 2.251. The transmission as made with no error reported.

| | |
|---|---|
| John R. Keville (pro hac vice) <br> jkeville@sheppardmullin.com <br> Robert L. Green (pro hac vice) <br> rgreen@sheppardmullin.com <br> Chante B. Westmoreland (pro hac vice) <br> cwestmoreland@sheppardmullin.com <br> SHEPPARD MULLIN RICHTER & HAMPTON LLP <br> 700 Louisiana Street, Suite 2750 <br> Houston, TX 77002 <br> Telephone: 713-431-7100 <br><br> Valerie E. Alter (SBN: 239905) <br> valter@sheppardmullin.com <br> SHEPPARD MULLIN RICHTER & HAMPTON LLP <br> 1901 Avenue of the Stars, Suite 1600 <br> Los Angeles, CA 90067 <br> Telephone: (310) 228-3700 <br><br> Jiepu (Bobby) Li (SBN: 342224) <br> bli@winston.com <br> WINSTON & STRAWN LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071-1543 <br> Telephone: (213) 615-1700 | ATTORNEYS FOR Defendants CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC |

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.  Executed on September 5, 2024, at Irvine, California

_Gabriela Gomez-Cruz_

{275712.1}   2

CASE NO. 2:20-CV-11548-JVS-AGR
GRANTING APPLICATION TO SEAL