| | |
|---|---|
| Mark A. Finkelstein (SBN 173851)<br>mfinkelstein@umbergzipser.com<br>UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750<br>Irvine, CA  92614<br>Telephone: (949) 679-0052 | Paul J. Loh (Bar No. 160541)<br>ploh@willenken.com<br>Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>Kenneth M. Trujillo-Jamison<br>(Bar No. 280212)<br>ktrujillo-jamison@willenken.com<br>Breeanna N. Brewer (Bar No. 312269)<br>bbrewer@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240 |

Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

**DENIED**

**BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>  Plaintiff,<br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>  Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**ORDER GRANTNIG COUNTER-DEFENDANTS' REQUEST FOR JUDICIAL NOTICE (FRE 201)** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>  Counter-Claimants,<br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>  Counter-Defendants. | Complaint Filed:  December 20, 2020<br>Trial Date:  September 3, 2024 |

1  The Court, having read and considered Counter-Defendants' request for judicial notice, and for good cause appearing, hereby **GRANTS** the request and takes judicial notice of Exhibit A to the Declaration of Mark A. Finkelstein (a copy of the trademark status and documents for the mark OFFICIALLY MISS GUIDED, U.S. Serial No. 85624056).

**IT IS SO ORDERED.**

Dated: September 23, 2024

**DENIED**
BY ORDER OF THE COURT
Hon. James V. Selna
United States District Judge

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{275417.1}

1

CASE NO. 2:20-CV-11548-JVS-AGR
ORDED ON COUNTER-DEFENDANTS' RJN