UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
9/23/24
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY
```

Case No. CV 20-11548-JVS(AGRx)　　　　　　Date: 9-23-24

Case Name: MGA Entertainment Inc. v. Clifford T.I. Harris et al

　　　　　　　　　　　　　　　　　　　　Time: 1:43

　　　　　　　　　　JURY NOTE NUMBER  2

__X__　　THE JURY HAS REACHED A UNANIMOUS VERDICT

____　　THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

　　　　　　　　　　　　SIGNED: [redacted signature]
　　　　　　　　　　　　　　　　FOREPERSON OF THE JURY