FILED
CLERK, U.S. DISTRICT COURT
9/23/24
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br>ASSIGNED TO: Hon James V. Selna<br><br>**VERDICT FORM**<br><br>Complaint Filed: December 20, 2020<br>Trial Date: September 3, 2024 |

We the jury, being first duly empaneled and sworn in the above-entitled cause, do find as follows:

## Section I. OMG Girlz' Claims

**A.   Liability**

In the chart on the following pages, there is a list of the seven L.O.L. Surprise! O.M.G. dolls that the OMG Girlz allege infringe their trade dress and/or misappropriate their name, identity, or likeness. Each row includes the name of the doll, a picture of the box(es) it is sold in, and the accompanying exhibit numbers.

1)   Do you find that the OMG Girlz have proven by a preponderance of the evidence that they have protectible trade dress?

YES ✓          NO ____

2)   If you answered "Yes" to Question 1 then, for each doll, please check "Yes" or "No" in the first column depending on whether you find that the OMG Girlz have proven by a preponderance of the evidence that the doll infringes the OMG Girlz' trade dress ("Yes") or does not infringe ("No").

3)   Regardless of your answer to Question 1, for each doll, please check "Yes" or "No" in the second column depending on whether you find that that the OMG Girlz have proven by a preponderance of the evidence that the doll misappropriates the OMG Girlz' name, likeness, or identity ("Yes") or does not misappropriate ("No").

2

| Product Name | Image | Question 2 Trade Dress Infringement | Question 3 Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Series 3 Fashion Doll with 20 Surprises<br><br>"Chillax" | | ✓ Yes<br><br>___ No | ✓ Yes<br><br>___ No |
| L.O.L. Surprise! O.M.G. Series 2 Fashion Doll with 20 Surprises<br><br>"Roller Chick" | | ✓ Yes<br><br>___ No | ✓ Yes<br><br>___ No |
| L.O.L. Surprise! O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock"<br><br>"Bhad Gurl" | | ✓ Yes<br><br>___ No | ✓ Yes<br><br>___ No |

3

| Product Name | Image | Question 2 Trade Dress Infringement | Question 3 Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock" "Metal Chick" | | ✓ Yes ___ No | ✓ Yes ___ No |
| L.O.L. Surprise! O.M.G. Queens Fashion Doll with 20 Surprises "Miss Divine" | | ✓ Yes ___ No | ✓ Yes ___ No |
| L.O.L. Surprise! O.M.G. Queens Fashion Doll with 20 Surprises "Runway Diva" | | ✓ Yes ___ No | ✓ Yes ___ No |
| L.O.L. Surprise! O.M.G. Queens Fashion Doll with 20 Surprises "Prism" | | ✓ Yes ___ No | ✓ Yes ___ No |

4

B. **First Amendment (Misappropriation)**

4) If, pursuant to Question 3, you found that at least one L.O.L. Surprise! O.M.G. doll misappropriates the OMG Girlz' name, likeness, or identity, do you find that MGA has proven, by a preponderance of the evidence, that its dolls are protected by the First Amendment?

YES _____    NO ✓

C. **Monetary Recovery (Trade Dress)**

If you answered "Yes" to any doll for Question 2 (Trade Dress Infringement Column), please answer Questions 5 and 6. Otherwise, skip to Questions 7-8.

5) If you found that MGA infringed the OMG Girlz' trade dress, what amount should the OMG Girlz recover for MGA's trade dress infringement?

$ 17,872,253

6) Was MGA's trade dress infringement willful?

YES ✓    NO _____

5

### D. Monetary Recovery (Name, Likeness or Identity)

If you answered "Yes" to any doll for Question 3 (Misappropriation of Name, Likeness, or Identity Column), and "No" to Question 4 (First Amendment) please answer Questions 7-8. Otherwise skip to the next Section.

7) What amount should the OMG Girlz recover for MGA's misappropriation of the OMG Girlz' name, likeness, or identity?

$ 17,872,253

8) Do you find by clear and convincing evidence that MGA acted with oppression, fraud, or malice with regard to its misappropriation of the OMG Girlz' name, likeness, or identity?

YES ✓    NO ___

6

## Section II. MGA's Claims

In the chart on the following pages, there is a list of the twenty-five L.O.L. Surprise! O.M.G. dolls that MGA alleges do not infringe the OMG Girlz trade dress and/or misappropriate their name, identity, or likeness. Each row includes the name of the doll, a picture of the box(es) it is sold in, and the accompanying exhibit numbers.

3) For each doll, please check "Yes" or "No" in the first column depending on whether you find that MGA has proven by a preponderance of the evidence that the doll does not infringe the OMG Girlz' trade dress ("No") or does infringe ("Yes").

4) For each doll, please check "Yes" or "No" in the second column depending on whether you find that MGA has proven by a preponderance of the evidence that the doll does not misappropriate the OMG Girlz' name, likeness, or identity ("No") or does misappropriate ("Yes").

| Product Name | Image | Question 3 Trade Dress Infringement | Question 4 Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Remix Super Surprise – 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock" "Ferocious" | | ✓ No ___ Yes | ✓ No ___ Yes |

7

| Product Name | Image | Question 3 Trade Dress Infringement | Question 4 Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Remix Super Surprise — 70+ Surprises, 4 Fashion Dolls & 4 Dolls "O.M.G. Remix Rock" "Fame Queen" | | ✓ No ___ Yes | ✓ No ___ Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll with 20 Surprises "Downtown B.B." | | ___ No ✓ Yes | ___ No ✓ Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll with 20 Surprises "Uptown Girl" | | ✓ No ___ Yes | ✓ No ___ Yes |

8

| Product Name | Image | **Question 3** Trade Dress Infringement | **Question 4** Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Winter Disco Bigger Surprise with 5 Exclusive Dolls and 60+ Surprises<br><br>"Shadow" | | ____ No<br><br>✓ Yes | ✓ No<br><br>____ Yes |
| L.O.L. Surprise! O.M.G. Series 3 Fashion Doll with 20 Surprises<br><br>"Class Prez" | | ✓ No<br><br>____ Yes | ✓ No<br><br>____ Yes |
| L.O.L. Surprise! O.M.G. Remix 2 Pack -2 Fashion Dolls with Music<br><br>"Punk Grrrl" | | ____ No<br><br>✓ Yes | ____ No<br><br>✓ Yes |

9

| Product Name | Image | Question 3<br>Trade Dress Infringement | Question 4<br>Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Remix 2 Pack -2 Fashion Dolls with Music<br><br>"Rocker Boi" | | ✓ No<br><br>___ Yes | ✓ No<br><br>___ Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll<br><br>"Lady Diva" | | ✓ No<br><br>___ Yes | ✓ No<br><br>___ Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll Series 4 Doll with 20 Surprises<br><br>"Sweets" | | ✓ No<br><br>___ Yes | ✓ No<br><br>___ Yes |

10

| Product Name | Image | Question 3 Trade Dress Infringement | Question 4 Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Fashion Doll - Series 4 Doll with 20 Surprises  "Spicy Babe" | | ✓ No  ___ Yes | ✓ No  ___ Yes |
| L.O.L. Surprise! O.M.G. Dance Dance Dance Fashion Doll with 15 Surprises  "Miss Royale" | | ✓ No  ___ Yes | ✓ No  ___ Yes |
| L.O.L. Surprise! O.M.G. Dance Dance Dance Fashion Doll with 15 Surprises  "B-Gurl" | | ✓ No  ___ Yes | ✓ No  ___ Yes |
| L.O.L. Surprise! O.M.G. Dance Dance Dance Fashion Doll with 15 Surprises  "Virtuelle" | | ___ No  ✓ Yes | ___ No  ✓ Yes |

11

| Product Name | Image | Question 3<br>**Trade Dress Infringement** | Question 4<br>**Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Fashion Doll-Series 2<br><br>"Honeylicious" | | ____ No<br><br>✓ Yes | ____ No<br><br>✓ Yes |
| L.O.L. Surprise! O.M.G. Dance Dance Dance Fashion Doll with 15 Surprises<br><br>"Major Lady" | | ✓ No<br><br>____ Yes | ✓ No<br><br>____ Yes |
| L.O.L. Surprise! O.M.G. Winter Disco Fashion Doll<br><br>"Cosmic Nova" | | ✓ No<br><br>____ Yes | ✓ No<br><br>____ Yes |
| L.O.L. Surprise! O.M.G. Winter Disco Fashion Doll with 20 Surprises<br><br>"24K D.J." | | ✓ No<br><br>____ Yes | ✓ No<br><br>____ Yes |

12

| Product Name | Image | Question 3 **Trade Dress Infringement** | Question 4 **Misappropriation of Name or Likeness or Identity** |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Winter Disco Fashion Doll<br><br>"Snowlicious" |  | ✓ No<br><br>___ Yes | ✓ No<br><br>___ Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll with 20 Surprises<br><br>"Miss Independent" |  | ___ No<br><br>✓ Yes | ___ No<br><br>✓ Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll- Series 2<br><br>"Candylicious" |  | ✓ No<br><br>___ Yes | ✓ No<br><br>___ Yes |
| L.O.L. Surprise! O.M.G. Present Surprise Fashion Doll<br><br>"Miss Glam" |  | ✓ No<br><br>___ Yes | ___ No<br><br>✓ Yes |

13

| Product Name | Image | Question 3 Trade Dress Infringement | Question 4 Misappropriation of Name or Likeness or Identity |
|---|---|---|---|
| L.O.L. Surprise! O.M.G. Movie Fashion Doll with 25 Surprises<br><br>"Gamma Babe" | | ✓ No<br><br>___ Yes | ✓ No<br><br>___ Yes |
| L.O.L. Surprise! O.M.G. World Travel Fashion Doll with 15 Surprises<br><br>"City Babe" | | ___ No<br><br>✓ Yes | ___ No<br><br>✓ Yes |
| L.O.L. Surprise! O.M.G. Fashion Doll with 20 Surprises<br><br>"Moonlight B.B." | | ✓ No<br><br>___ Yes | ✓ No<br><br>___ Yes |

The presiding juror should sign and date this verdict form.

Dated this 23rd day of September 2024.



Presiding Juror

14