**FILED**
CLERK, U.S. DISTRICT COURT
9/23/24
CENTRAL DISTRICT OF CALIFORNIA
BY: eva  DEPUTY

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br>Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br><br>Assigned To: Hon James V. Selna<br><br>PUNITIVE DAMAGES VERDICT |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>Counter-Defendants. | Dated: 9-23-24 |

[signature redacted]

Presiding Juror

SEPTEMBER 20, 2024

# VERDICT

We the jury award the OMG Girlz and against MGA the following amount in punitive damages:

$ __53,616,759__