# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 20-11548-JVS(AGRx) | Title | MGA Entertainment Inc. v. Clifford T.I. Harris et al |
|---|---|---|---|
| **Judge** | James V. Selna | | |
| **Dates of Trial or Hearing** | September 3, 4, 5, 6, 10, 11, 12, 13, 17, 18, 19, 20, 23 | | |
| **Court Reporters or Tape No.** | Sharon Seffens /Debbie Hino-Spaan | | |
| **Deputy Clerks** | Elsa Vargas | | |

**FILED**
CLERK, U.S. DISTRICT COURT
9/23/24
CENTRAL DISTRICT OF CALIFORNIA
BY: cva  DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Mark Finkelstein, Paul Loh, Breanna Brewer, Kenneth Trujillo-Jamison, Jason Wilson | John Keville, Chante Westmoreland, Robert Green |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | (See the attached) | |

# ADMITTED EXHIBITS AT TRIAL

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| Dk. 942-1 | Exhibit 1, Dkt.942-1 to Judicial Notice, Dkt. 941, L.O.L. SURPRISE! Trademark 5374188 | 9/5/24 |
| 5 | Email about performance | 9/4/24 |
| 19 | Cease & Desist Letter | 9/4/24 |
| 22 | text message about dolls at Target | 9/4/24 |
| 55 | Email about performance | 9/4/24 |
| 74A | Email about performance | 9/4/24 |
| 95 | 2012.03.08 Lady Gaga on Twitter_Im sort of obsessed with these little cuties_The OMG Girlz - Twitter.pdf | 9/4/24 |
| 98 | 2012.03.21 OMG Girlz On 'Gucci This (Gucci That),' Shopping At Marshalls And Lady Antebellum.pdf | 9/5/24 |
| 103 | 2012.07.12 Seventeen Magazine_OMG Girlz New Single - Where the Boys At.pdf | 9/5/24 |
| 104 | 2012.08.16 [INTERVIEW] The O.M.G Girlz Dish on Music, Fashion, and Daddy T.I o EBONY.pdf | 9/5/24 |
| 105 | 2012.6108.22 OMG Girlz Goes On Tour To Paint Your City Pink, Purple & Blue.pdf (not for the truth) | 9/5/24 |
| 108 | 2013 The OMG Girlz and_Baddie_ Bey _ BET.pdf | 9/4/24 |
| 113 | 2013.05.06 J-14 Exclusive_ The OMG Girlz Talk Nicknames and Mindless Behavior.pdf | 9/5/24 |
| 141 | 2022.01.02 TikTok imanifym.mp4; short clip | 9/5/24 |
| 148 | 85624056.pdf | 9/4/24 |
| 183 | Fwd: Great meeting yesterday! | 9/4/24 |
| 187A | Family Hustle 103.mp4 short clip | 9/4/24 |
| 189 | Family Hustle 113.mp4, short clip | 9/5/24 |
| 190 | Family Hustle 211.mp4 (short clip) | 9/12/24 |
| 191 | Family Hustle 318.mp4, short clip | 9/5/24 |
| 198 | Tiny & Toya 210.mp4 | 9/4/24 |
| 210 | YouTube Where the Boys At.jpg | 9/5/24 |
| 211 | https-www.youtube.com-watch-v- 6GSyrnsn4WI-Apr-13-22-09-14-33-GMT-0500-(CDT)_0.mp4 (short clip) | 9/12/24 |
| 211a | Clip (0 to 20 seconds) from https-www.youtube.comwatch-v-6GSyrnsn4WI-Apr-13-22-09-14-33-GMT-0500-(CDT)_0.mp4 | 9/12/24 |

# ADMITTED EXHIBITS AT TRIAL

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 211b | Screen shots from https-www.youtube.com-watch-v-6GSymsn4WI-Apr-13-22-09-14-33-GMT-0500-(CDT)_0.mp4 | 9/12/24 |
| 212 | https-www.youtube.com-watch-v-xb81_vJWMc0-Apr-13-22-00-34-14-GMT-0500-(CDT)_0.mp4, short clip | 9/5/24 |
| 245A | Page from Zonnique Pullins Instagram account with redactions | 9/12/24 |
| 254.CF | Page from Zonnique Pullins Instagram account with redactions | 9/12/24 |
| 262B | Ml.png - Redacted | 9/4/24 |
| 263C | M2.png - Redacted | 9/4/24 |
| 268A | TSR5.png - Redacted | 9/10/24 |
| 272.CF | TSR9.png - Redacted | 9/12/24 |
| 274.CF | TSR11.png - Redacted | 9/12/24 |
| 311.CF | Z29.png - Redacted | 9/12/24 |
| 318A | MajorIG 11.png - Redacted | 9/10/24 |
| 320B | MajorIG12.jpg - Redacted | 9/4/24 |
| 320C | MajorIG12.jpg - Redacted | 9/4/24 |
| 322B | MajorIG13.jpg - Redacted | 9/4/24 |
| 323B | MajorIG14.jpg - Redacted | 9/4/24 |
| 325B | MajorIG16.jpg - Redacted | 9/4/24 |
| 327B | MajorIGl7.jpg - Redacted | 9/4/24 |
| 332B | MajorIG20.jpg - Redacted | 9/4/24 |
| 334B | MajorIG22.jpg - Redacted | 9/4/24 |
| 348 | RayRay2.jpg | 9/12/24 |
| 349 | RayRay3.jpg | 9/12/24 |
| 351.CF | tinypic1.jpg - Redacted | 9/10/24 |
| 354B | tinypic3.jpg - Redacted | 9/4/24 |
| 360 | tinypic9.jpg - Redacted | 9/4/24 |
| 371 | Chartmetric   The | 9/12/24 |
| 385A | Screen shot of "Where The Boys At?" | 9/12/24 |
| 385B | Screen shot from https-www.youtube.com-watch-v-UfbCsuIDwRI-Apr-22-22-12-46-27-GMT-0500-(CDT)_0.mp4, short clip- timestamps :20-:22 | 9/6/24 |
| 402 | Poll2.jpg (Redacted) | 9/10/24 |
| 404 | Email from Blanche Consorti re Bhaddie skirt | 9/10/24 |
| 407 | Blanche Consorti email re OMG Girlz confusion | 9/4/24 |

# ADMITTED EXHIBITS AT TRIAL

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 410 (same as 1115) | OMG Dolls Catalogue f19-s22 | 9/5/24 |
| 421 (same as 707) | Walmart Search "OMG Girlz" | 9/18/24 |
| 427 | December 2019 Offsite Slides (Stipulated) | 9/4/24 |
| 440 | Larian Email re market research and demographics | 9/4/24 |
| 452 | OMG Girlz Reunion Look 2018 | 9/5/24 |
| 471 | MGA market research and strategy email | 9/13/24 |
| 500 | Doll Diversity Study Barbie v. OMG (Cover and Pgs 7, 9, 12) | 9/5/24 |
| 533 | IO-39493 LOL SURPRISE! Ethnic Wave 4.pdf | 9/18/24 |
| 580 | OMG Girlz Image C | 9/12/24 |
| 582 | OMG Girlz Image E | 9/4/24 |
| 583 | OMG Girlz Image F | 9/5/24 |
| 587 | OMG Girlz Image J | 9/5/24 |
| 588 | OMG Girlz Image K | 9/4/24 |
| 589 | Photo of OMG Tour | 9/12/24 |
| 591 | OMG Girlz Image N | 9/12/24 |
| 597 | OMG Girlz Image S | 9/4/24 |
| 604 | OMG Girlz Image Y | 9/12/24 |
| 605 | Photograph from the All Around the World Tour | 9/5/24 |
| 605A | Photograph from the All Around the World Tour, Breaunna Womack | 9/5/24 |
| 610 | OMG Girlz Image AF | 9/4/24 |
| 612 | OMG Girlz Image AH | 9/12/24 |
| 616 | OMG Girlz Image AM | 9/11/24 |
| 641 | OMG Girlz Image BK | 9/4/24 |
| 659 | March 30, 2021 Receipt | 9/10/24 |
| 659.1 | Box of Remix Dolls | 9/5/24 |
| 661 | Apollo Backstage Pass: OMG Girlz Performance.mp4 | 9/4/24 |
| 661C | Screen Shot depicting two girls and 1 guy from Apollo Backstage Pass: OMG Girlz Performance.mp4 | 9/12/24 |
| 665 | Image of OMG Girlz NAACP Image Awards Outstanding New | 9/5/24 |

**ADMITTED EXHIBITS AT TRIAL**

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 666 | Scream Tour Next Generation Pt. 2 Tour flier | 9/5/24 |
| 667 | Sesi Magazine cover featuring The OMG Girlz | 9/5/24 |
| 668 | The Hype Magazine cover featuring The OMG Girlz | 9/5/24 |
| 673 | Photo of The OMG Girlz performance at Apollo Theater | 9/5/24 |
| 675 | Image of L.O.L. Surprise! O.M.G. Queens Sways – Doll Box | 9/5/24 |
| 677 | Tiny & Toya (Season 1, Episode 5).mp4 | 9/4/24 |
| 703 | Page from Lora Stephen's Pinterest account with Breaunna Womack's picture | 9/19/24 |
| 710 | Article, MGA, New L.O.L. Surprise! O.M.G. Dolls: The Real Fashion Dolls are Here! Announcement! | 9/5/24 |
| 712 | OMGGirlzPhotoCB | 9/12/24 |
| 714 | OMGGirlzPhotoCD | 9/12/24 |
| 716 | YouTube Gucci This Gucci That -Screenshot | 9/12/24 |
| 717 | YouTube Where the Boys At -Screenshot – REDACTED | 9/5/24 |
| 718 | Poster, The Queens of R&B Tour XSCAPE & SWV with OMG | 9/12/24 |
| 720 | Photo of All Around The World Tour | 9/12/24 |
| 900 | LinkedIn and Zuru cases | 9/5/24 |
| 901 | Tot Doll w/caution tape | 9/20/24 |
| 925 | Clothing drawing for Chillax | 9/11/24 |
| 950 | Chart re OMG Doll Summary of Profit on Sales Allocated to Seven Dolls through April 2024 | 9/12/24 |
| 960 | Apple Music page with OMG Girlz's songs | 9/12/24 |
| 1008 | Screenshots of OMG Girlz's Twitter posts | 9/12/24 |
| 1011 | Screenshot, Scream Tour (Redacted) | 9/12/24 |
| 1021 | Money Team Enterprises 2013 Tax Return | 9/4/24 |
| 1046 | Article "Keke Palmer Partners with Radio One and Saving Our Daughters for 13th Annual Bratz Doll Drive"Save Our Daughter – Bratz Drive (Per Judge Selna "not for the truth but for context") | 9/4/24 |
| 1058 | Design Document: Fabric Color Release: Miss Divine | 9/17/24 |
| 1061 | Design Document: Revised Fabric Color Release: Prism | 9/11/24 |
| 1090 | House of Fire Fashion Doll Study Wave 2 | 9/4/24 |
| 1091 | LOL Surprise Top Secret/OMG Character Preference Final Report | 9/13/24 |
| 1099 | Various images of OMG Girlz at public appearances | 9/12/24 |

## ADMITTED EXHIBITS AT TRIAL

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 1114 | I Styled Who? Feat. OMG Girlz: A Look at the OMG Girlz Fashions for the BET Awards 2012 | 9/12/24 |
| 1115 (same as 410) | L.O.L Surprise! O.M.G. Master List: Fall 2019 to Spring 2022 with Names | 9/4/24 |
| 1118 | Bhad Gurl Mood Board | 9/17/24 |
| 1119 | Mood Board: Metal Chick | (Stipulated) |
| 1121 | Hair inspiration images for Ferocious | 9/17/24 |
| 1122 | Miss Glam Inspiration and sketches | 9/17/24 |
| 1125 | IMG- 7457.JPG Disco Album Cover | 9/17/24 |
| 1187 | Mood Board: Shadow | 9/17/24 |
| 1188A | – Mood board for F20 OMG Core | 9/10/24 |
| 1191 | F20_OMG_RollerSk8r.jpg | 9/10/24 |
| 1211A | Chillax Drawings | 9/10/24 |
| 1211B | Chillax Drawings | 9/10/24 |
| 1236 | Screen Shot 2019-01 -25 at 3.34.25 PM.png | 9/17/24 |
| 1244 | Mood Board: Miss Royale | 9/17/24 |
| 1247 | Mood Board: Honevlicious | 9/17/24 |
| 1276 | Mood Board: : Miss Independent | 9/17/24 |
| 1277 | Miss Glam Inspiration and sketches | 9/17/24 |
| 1281 | S22_OMG_SURPRISE_QUEENS_SPARKLE_COLOR_CALLOUT.jpg | 9/19/24 |
| 1282 | Runway Diva: Hair Spec Design File | 9/19/24 |
| 1288 | Mood Board: Miss Divine | 9/11/24 |
| 1289 | LOL_S22_Tentpole.pptx | 9/19/24 |
| 1292 | Mood Board: Prism | 9/11/24 |
| 1306 | Fall 2019 Winter Disco Mood Boards: Dollie, Cosmic Nova, 24K D.J., and Snowlicious | 9/17/24 |
| 1307 | Mood Board and Designs for Sweets | 9/17/24 |
| 1464 | Mood Board and Drawings: Gamma Babe | 9/17/24 |
| 1467 | JetSetterOMG.pdf | 9/17/24 |
| 1537 | Mood Board: Moonlight B.B. | 9/17/24 |
| 1568 | L.O.L. Surprise! O.M.G. Release Commercial https://www.youtube.com/watch?v=TI1sDdv1qqk | 9/13/24 |
| 1601 | L.O.L Surprise! O.M.G. Doll: Shadow (w-Box) | 9/5/24 |
| 1601B | L.O.L. Surprise! O.M.G. Doll: Shadow (w-Box) – does not contain "Outrageous Millennial Girls" underneath O.M.G. | 9/13/24 |
| 1602 | L.O.L Surprise! Tot: Midnight | 9/5/24 |

1023233.1
1023235.1
1023238.1

## ADMITTED EXHIBITS AT TRIAL

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 1611 | L.O.L Surprise! O.M.G. Doll: Roller Chick (w/box) | 9/12/24 |
| 1615 | L.O.L Surprise! O.M.G. Doll: Chillax (w/box) | 9/5/24 |
| 1615A | L.O.L Surprise! O.M.G. Doll 2-Pack: Chillax and Roller Chick (w/box) | 9/5/24 |
| 1616 | L.O.L Surprise! Tot: Sleepy Bones | 9/5/24 |
| 1637 | L.O.L Surprise! O.M.G. Doll: Metal Chick (w/box) | 9/12/24 |
| 1639 | L.O.L Surprise! O.M.G. Doll: Fame Queen (w/box) | 9/12/24 |
| 1641 | L.O.L Surprise! O.M.G. Doll: Ferocious (w/box) | 9/12/24 |
| 1643 | L.O.L Surprise! O.M.G. Doll: Bhad Gurl (w/box) | 9/12/24 |
| 1645 | L.O.L Surprise! O.M.G. Doll: Punk Grrrl (w/box) | 9/10/24 |
| 1647 | L.O.L Surprise! O.M.G. Doll: Rocker Boi (w/box) | 9/10/24 |
| 1655 | L.O.L Surprise! O.M.G. Doll: Virtuelle (w/box) | 9/12/24 |
| 1717 | L.O.L Surprise! O.M.G. Doll: Miss Divine (w/box) | 9/5/24 |
| 1721 | L.O.L Surprise! O.M.G. Doll: Prism (w/box) | 9/5/24 |
| 1723 | L.O.L Surprise! O.M.G. Doll: Runway Diva (w/box) | 9/5/24 |
| 1731 | Ferocious Mood Board | 9/17/24 |
| 1756 | Photo of L.O.L Surprise! Tot: Bling Queen | 9/19/24 |
| 1805 | Photo of L.O.L Surprise! Tot: Sleepy Bones | 9/10/24 |
| 1830 | Photo of L.O.L Surprise! O.M.G. Doll: Bhad Gurl | 9/18/24 |
| 1836 | Photo of L.O.L Surprise! O.M.G. Doll: Chillax | 9/10/24 |
| 1837 | Photo of L.O.L Surprise! O.M.G. Doll: City Babe | 9/17/24 |
| 1853 | Photo of L.O.L Surprise! O.M.G. Doll: Honeylicious | 9/11/24 |
| 1877 | Photo of L.O.L Surprise! O.M.G. Doll: Roller Chick | 9/10/24 |
| 1879 | Photo of L.O.L Surprise! O.M.G. Doll: Runway Diva | 9/19/24 |
| 1905 | LOL-Master-20210323-PD-lowRes.pdf | 9/17/24 |
| 2004 | S21_OMG_Dance_FabricArt.jpg | 9/17/24 |
| 2446 | MidnightFamily.ai | 9/17/24 |
| 2452 | F19_WinterBiggerSurprise_OMG_MidnightPlaid.jpg | 9/17/24 |
| 2460 | F19_OMG_Midnight_fashion2.psd | 9/17/24 |
| 2470 | Design file: Uptown Girl (native) | 9/17/24 |
| 2564 | F19_OMG_Shoes_Release_Diva.jpg | 9/10/24 |
| 2592 | Diva 5.jpg | 9/10/24 |
| 2612 | OMG_Diva_fashion1.jpg | 9/10/24 |
| 2659 | LOL_OMG_Diva_FabricArt_Leopard.jpg | 9/10/24 |
| 2798 | RemixOMGAcces-HoneyBunCS2.ai | 9/11/24 |
| 2868 | Sleepy_Sweater.jpg | 9/10/24 |
| 2879 | sleepy bones_front hk master.jpeg | 9/10/24 |

## ADMITTED EXHIBITS AT TRIAL

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 2883 | F20_OMG_TeachersPet_Opt1.psd | 9/17/24 |
| 2887 | Pattern_Roller Skater_REVISED jacket.pdf | 9/10/24 |
| 2890 | Pattern_Sleepy Bones.pdf | 9/11/24 |
| 2893 | F20_OMG_Core_FabricArt_All.ai | (Stipulated) |
| 2896 | F20_OMG_SleepyBones_FabricArt_Engineered.jpg | 9/11/24 |
| 2899 | F20_OMG_SleepyBones_FabricArt_GlitchStripe.jpg | 9/11/24 |
| 2902 | F20_OMG_RollerSk8r_FabricArt_Engineered.jpg | 9/10/24 |
| 2927 | F20_OMG_Core_RollerSk8r_FabricArt_GarmentBag2_TealSquiggle.jpg | 9/10/24 |
| 2930 | F20_OMG_Core_SleepyBones_FabricArt_GarmentBag2_TVSignal.jpg | 9/11/24 |
| 2931 | F20_OMG_Core_RollerSk8r_FabricArt_GarmentBag1_DiscoDot.jpg | 9/10/24 |
| 2934 | F20_OMG_Core_SleepyBones_FabricArt_GarmentBag1_Bones.jpg | 9/11/24 |
| 3070 | F20_OMG_Remix_SuperSurprise_GooGooQueen.psd | 9/17/24 |
| 3107 | OMG_Bonbon_fashion.jpg | 9/17/24 |
| 3337 | F19_OMG_Core_ColorCallouts_Dolls.jpg | 9/10/24 |
| 3404 | F20_OMG_SuperSurprise_ColorCallouts_Dolls_6.23.20.ai | 9/17/24 |
| 3405 | F20_OMG_SuperSurprise_ColorCallouts_Dolls_CS2_4.28.20.ai | 9/18/24 |
| 3426 | F20_OMG_Core_ColorCallouts_Dolls_01_20_20.jpg | 9/11/24 |
| 3435 | F20_OMG_Core_ColorCallouts_Accessories_12_23.jpg | 9/10/24 |
| 3533 | LOL-2017-BrandVision-lowRes-v1.pdf | 9/13/24 |
| 3703 | Eye Spy Sheet | 9/13/24 |
| 3807 | OMG_Inspiration.ai | 9/10/24 |
| 3808 | AMAZE trend boards.ai | 9/17/24 |
| 3907A | Diva Tot w-box | 9/13/24 |
| 4294 | S21OMGCoreSpice.ai | 9/17/24 |
| 4773 | OMG_Super Surprise_MetalBabe_SculptRelease .ai | 9/17/24 |
| 4887 | Screen Shot 2020-03-02 at 4.17.08 PM.png | 9/18/24 |
| 4891 | Screen Shot 2020-03-02 at 4.15.05 PM.png | 9/17/24 |
| 4893_Redacted | OMG Girlz Instagram Post: https://www.instagram.com/p/goAnRLATKn/ | (Stipulated) |
| 4936 | Re: Remix - Super Surprise (bad girls crew) | 9/10/24 |
| 5011 | F21_OMG_dawn+dusk-02.png | 9/17/24 |
| 5018 | House on Fire Barbie vs. OMG Final Report | 9/19/24 |

1023233.1
1023235.1
1023238.1

## ADMITTED EXHIBITS AT TRIAL

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 5019 | S21 L.O.L. Surprise! O.M.G. Dance Dance Dance Ad Test 2.2.2021.pptx | 9/5/25 |
| 5028 | F20 L.O.L. Surprise! O.M.G. Remix 4-in-1 Plane Ad Test.pptx | 9/5/24 |
| 5042 | Avril Lavigne1.jpg | 9/17/24 |
| 5068 | Nicki Minaj3.jpg | 9/17/24 |
| 5072 | TLC2.jpg | 9/6/24 |
| 5073 | TLC3.jpg | 9/6/24 |
| 5096 | Bratz Star Singerz2.jpg | 9/12/24 |
| 5108 | OMG_Inspiration- OMG00021 32056.pdf | 9/19/24 |
| 5147 | 578185C3 LOL Surprise OMG Core Doll Asst Series 4 5 FP 0001.jpg | 9/17/24 |
| 5158 | 567288 LOL Surprise OMG Remix 2 Pack 01.jpg | 9/17/24 |
| 5185 | 559788xx3 567196 LOL Surprise OMG Doll Series 3 Roller Chick FP PKG Fv2.jpg | |
| 5186 | 570165 LOL Surprise OMG Core Doll Chillax FP PKG Fv2.jpg | 09/18/24 |
| 5188 | 570165 LOL Surprise OMG Core Doll Chillax FP 02.jpg | 9/13/24 |
| 5198 | 570165 LOL Surprise OMG Core Doll Chillax FP 06.jpg | 9/13/24 |
| 5204 | 559788xx3 567196 LOL Surprise OMG Doll Series 3 Roller Chick FP 06.jpg | 9/10/24 |
| 5277 | Mood Board and Early Drawings: Major Lady | 9/17/24 |
| 5434 | images of Katy Perry colored hair (First and Last Page, all other conditionally) | 9/11/24 |
| 5438 | images of Lil Kim colored hair | 9/11/24 |
| 5440 | images of Nicki Minaj colored hair | 9/11/24 |
| 5442 | images of Rihanna colored hair | 9/11/24 |
| 5461 | images of LOL OMG Dolls | 9/11/24 |
| 5470 | screenshot of Tameka Harris post | 9/11/24 |
| 5501 | Response to Office Action re Application Serial No. 85638201 (522 pages) | 9/4/24 |
| 5502 | US PTO Status page for mark OMGGIRLZ, Application Serial No. 85638201 | 9/4/24 |
| 5509, para. 9 | US PTO Status page for mark L.O.L. SURPRISE! O.M.G. OUTRAGEOUs MILLENNIAL GIRLSREMIX, Application Serial No. 97020183(Stipulated) | 9/5/24 |
| 5511 | US PTO Status page for mark L.O.L. SURPRISE!, Application Serial No. 87461400 | 9/19/24 |

## ADMITTED EXHIBITS AT TRIAL

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 5512 | US PTO Status page for mark L.O.L. SURPRISE!, Application Serial No. 87461324 | 9/19/24 |
| 5521 | Demonstrative re OMG Girlz hair and clothing | 9/4/24 |
| 5536 | Photo of Harajuku girls | 9/17/24 |
| 5546.1 | Photos from Amateur Night Holiday Special at Apollo Theater on December 15, 2012 | 9/4/24 |
| 5550 | October 23, 2023 Email Fwd: Dolls from B. Womack to Tameka Harris | 9/4/24 |
| 6002 | Photograph of a Promo | 9/12/24 |
| 6043 | Lora Stephens Pinterest account | 9/19/24 |
| 6054-5 | Exhibit 5 to Mangum Report, Attachment to Exhibit 6054 | 9/12/24 |
| 6055 | MGA Additional SKUs w OMG Dolls_Updated 20240717_ATTORNEYS' EYES ONLY | 9/11/24 |
| 6056 | OMGGirlz_Profitability_EntireLine+Addl_Sent_2024Apr_vJul-ATTORNEYS' EYES ONLY | 9/11/24 |
| 6057 | Corrected Exhibit 5 to Mangum Report | 9/19/24 |
| 7001 | Slide No. 3 of the Harris Parties' Opening Statement | 9/6/24 |
| 7002 | OMG Girlz Instagram Posts | 9/6/24 |
| 7003 | Image of OMGirlzVEVO YouTube Page | 9/6/24 |
| 7004 | Image of OMG Girlz' Facebook account | 9/6/24 |
| 7005 | Image of OMG Girlz' Instagram account (Redacted) | 9/6/24 |
| 7006 | Images of OMG Girlz' recent public appearances, GoodDay Atlanta | 9/6/24 |
| 7007 (same as 1744) | Image of XOMG Group | 9/13/24 |
| 7008 | Email from Blanche to Carmen Ng, et al. re Core - Matrix release | 9/13/24 |
| 7009 | Chillax Matrix | 9/13/24 |
| 7100 | @therealomggirlz twitter account dated December 12, 2012, "TLC is one of our big inspirations. We love their style." | 9/12/24 |
| 7101 | @Zonnique twitter account dated April 12, 2012, "This lady in Golden Corral just asked us if we were the Spice Girls." | 9/12/24 |
| 7102 | Instagram posts - Redacted | 9/12/24 |
| 7103 | OMG Girlz' Apple Music page | 9/12/24 |
| 7104 | OMG Girlz' Spotify page | 9/12/24 |

**ADMITTED EXHIBITS AT TRIAL**

| Ex. No. | Exhibit Description | Admitted |
|---|---|---|
| 7125 | Photo of Shir-Ami Thompson from https://shoutoutla.com/meet-shir-ami-thompson-fashion-designer-and-owner-of-s-by-s-valley-made/ | 9/13/24 |
| 7127 | Board re Unique Look? Vibrant, Vivid Hair | 9/19/24 |
| 7128 | Rolling Stone magazine, February 14, 2013 | 9/19/24 |
| 13561 | Raymond Black Affidavit | 9/4/24 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants,<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | Case No.: 2:20-cv-11548-JVS-AGR<br>Assigned to: Hon. James V. Selna<br><br>**THIRD AMENDED JOINT WITNESS LIST**<br><br>Pretrial Conference:<br>Date:  August 19, 2024<br>Time:  11:00 A.M.<br>Place:  Courtroom 10C<br><br><br>Complaint Filed: December 20, 2020<br>Trial Date: September 3, 2024 |

THIRD AMENDED JOINT WITNESS LIST

Per the Parties' agreement and to comply with the Court's Jury Trial Order (requiring three copies of a joint witness list to be presented on the first day of trial), and for the convenience of the Court and parties, Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendant (together, "MGA") and Defendant and Counter-Claimant OMG Girlz LLC, Defendants Clifford "T.I." Harris and Tameka "Tiny" Harris, and Counter-Claimants Grand Hustle, LLC and Pretty Hustle, LLC (together, "OMG Girlz" or "Harris Parties") respectfully submit this Third Amended Joint Witness List.

*Indicates that witness will be called only if the need arises.

**Indicates that witness will be called by deposition designation.

I. **OMG GIRLZ' WITNESS LIST**

| No. | Witness's Name and Contact Information | Date Testified |
|---|---|---|
| 1. | **Tameka Harris**<br>c/o Defendants/Counterclaimants' Counsel | 9/4/2024 |
| 2. | **Clifford "T.I." Harris**<br>c/o Defendants/Counterclaimants' Counsel | 9/6/2024 |
| 3. | **Zonnique Pullins**<br>c/o Defendants/Counterclaimants' Counsel | 9/12/2024 |
| 4. | **Breaunna Womack**<br>c/o Defendants/Counterclaimants' Counsel | 9/5/2024 & 9/6/2024 |
| 5. | **Paula Garcia***/** (may call; by deposition)<br>c/o MGA Counsel | |
| 6. | **Maggie Wong*** (may call)<br>c/o MGA Counsel | |
| 7. | **Lora Stephens**<br>c/o MGA Counsel | |
| 8. | **Rachel Moshe***/** (may call; by deposition)<br>c/o MGA Counsel | 9/13/2024 |
| 9. | **Isaac Larian**<br>c/o MGA Counsel | 9/4/2024 & 9/5/2024 |
| 10. | **Blanche Consorti*** (may call)<br>c/o MGA Counsel | 9/10/2024 & 9/11/2024 & 9/13/2024 |

1

THIRD AMENDED JOINT WITNESS LIST

| | | |
|---|---|---|
| 11. | **Dominique Alexander**[1]<br>c/o Defendants/Counterclaimants' Counsel | 9/10/2024 |
| 12. | **Maia Smith**\*/\*\* (may call; by deposition)<br>c/o Defendants/Counterclaimants' Counsel | |
| 13. | **Maxine Wagner**\*/\*\* (may call; by deposition)<br>c/o Defendants/Counterclaimants' Counsel | **Video Deposition 9/10/2024** |
| 14. | **Moniece Campbell**\*\* (by deposition)<br>c/o Defendants/Counterclaimants' Counsel | **Video Deposition 9/6/2024 & 9/10/2024** |
| 15. | **Windellyn Osborne**<br>c/o Defendants/Counterclaimants' Counsel | **Video Deposition 9/10/2024** |
| 16. | **Chris Tregillis**<br>c/o Defendants/Counterclaimants' Counsel | 9/11/2024 & 9/12/2024 & 9/20/2024 |
| 17. | **Susan McDonald**<br>c/o Defendants/Counterclaimants' Counsel | |
| 18. | **Any Witness On MGA's Witness List** | |

## II. MGA'S WITNESS LIST[2]

| No. | Witness's Name and Contact Information | Date Testified |
|---|---|---|
| 1. | **Blanche Consorti**<br>c/o Paul J. Loh<br>Willenken LLP<br>707 Wilshire Blvd., Suite 3850<br>Tel: (213) 955-9240 | 9/17/2024 & 9/18/2024 |
| 2. | **Elizabeth Lachman**\*<br>c/o Paul J. Loh | |

---

[1] The OMG Girlz have filed an *ex parte* application seeking permission to allow Ms. Alexander to testify live over video. (Dkt. No. 930). MGA has opposed that application. (Dkt. No. 933). As of the time when this Third Amended Joint Witness List was filed, the Court had not ruled on the application.

[2] If the Court denies the Harris Parties' *ex parte* application seeking permission to allow Ms. Alexander to testify live over video and if the Harris Parties present her testimony by deposition, MGA reserves the right to amend its witness list to add Mr. Alexander to its witness list and present specific portions of her testimony.

| | | |
|---|---|---|
| | Willenken LLP<br>707 Wilshire Blvd., Suite 3850<br>Tel: (213) 955-9240 | |
| 3. | **Isaac Larian**<br>c/o Paul J. Loh<br>Willenken LLP<br>707 Wilshire Blvd., Suite 3850<br>Tel: (213) 955-9240 | 9/19/2024 |
| 4. | **Rachel Moshe**<br>c/o Paul J. Loh<br>Willenken LLP<br>707 Wilshire Blvd., Suite 3850<br>Tel: (213) 955-9240 | |
| 5. | **Lora Stephens**<br>c/o Paul J. Loh<br>Willenken LLP<br>707 Wilshire Blvd., Suite 3850<br>Tel: (213) 955-9240 | 9/18/2024 & 9/19/2024 |
| 6. | **Dr. Bruce Isaacson**<br>MMR Strategy Group<br>16501 Ventura Blvd., Suite 601<br>Encino, CA 91436<br>Tel. (818) 464-2400 | 09/18/2024 |
| 7. | **Dr. Russell Mangum**<br>Cirque Analytics<br>4 Park Plaza, Suite 1930,<br>Irvine, CA 92614<br>Tel: (949) 594-1600 | 9/19/2024 & 9/20/2024 |
| 8. | **Clifford "T.I." Harris**<br>c/o John Keville<br>Sheppard Mullin Richter & Hampton LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002 | |
| 9. | **Tameka Harris**<br>c/o John Keville<br>Sheppard Mullin Richter & Hampton | |

3
THIRD AMENDED JOINT WITNESS LIST

|   |   |   |
|---|---|---|
|   | LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002 |   |
| 10. | **Zonnique Pullins**<br>c/o John Keville<br>Sheppard Mullin Richter & Hampton LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002 |   |
| 11. | **Christina Robinson\*\***<br>c/o John Keville<br>Sheppard Mullin Richter & Hampton LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002 |   |
| 12. | **Breaunna Womack**<br>c/o John Keville<br>Sheppard Mullin Richter & Hampton LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002 |   |
| 13. | **Maia Smith\*/\*\***<br>c/o John Keville<br>Sheppard Mullin Richter & Hampton LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002 |   |
| 14. | **Moniece Campbell\*\***<br>c/o John Keville<br>Sheppard Mullin Richter & Hampton LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002 |   |
| 15. | **Maxine Wagner\*/\*\***<br>c/o John Keville<br>Sheppard Mullin Richter & Hampton LLP |   |