1

1

2

3                    UNITED STATES DISTRICT COURT

4                   CENTRAL DISTRICT OF CALIFORNIA

5                          SOUTHERN DIVISION

6                              - - -

7         THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

8

          MGA ENTERTAINMENT, INC.,      )CERTIFED TRANSCRIPT
9                    Plaintiff,         )
             vs.                        )
10                                      )  CV-20-11548-JVS
          CLIFFORD "T.I." HARRIS,       )
11        et al., )                     )
                     Defendants.        ) TRIAL DAY 5, VOL. I
12        ------------------------------)
          GRAND HUSTLE, LLC, PRETTY     )
13        HUSTLE, LLC, and OMG GIRLZ,   )
          LLC,                          )
14                   Counter-Claimants, )
             vs.                        )
15        MGA ENTERTAINMENT, INC.,      )
          ISAAC LARIAN, and DOES 1-10,  )
16        inclusive,                    )
                     Counter-Defendants.)
17        ------------------------------)

18

19           REPORTER'S TRANSCRIPT OF PROCEEDINGS

20                   Santa Ana, California

21                   September 10, 2024

22
                             SHARON A. SEFFENS, RPR
23                           United States Courthouse
                             411 West 4th Street, Suite 1-1053
24                           Santa Ana, CA  92701
                             (612) 804-8655
25

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff and Counter-Defendants:

 3   PAUL J. LOH
     JASON H. WILSON
 4   KENNETH MICHAEL TRUJILLO-JAMISON
     BREEANNA N. BREWER
 5   WILLENKEN, LLP
     707 Wilshire Boulevard, Suite 3850
 6   Los Angeles, CA  90017
     (213) 955-9240
 7
     MARK A. FINKELSTEIN
 8   UMBERG ZIPSER, LLP
     1920 Main Street, Suite 750
 9   Irvine, CA  92614
     (949) 679-0052
10

11   For the Defendants and Counter-Claimants:

12   JOHN R. KEVILLE
     ROBERT L. GREEN
13   CHANTE B. WESTMORELAND
     SHEPPARD MULLIN RICHTER & HAMPTON, LLP
14   700 Lousiana Street, Suite 2750
     Houston, TX  77002
15   (713) 431-7100

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2

 3                          I-N-D-E-X

 4

 5   PLAINTIFFS'
     WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS
 6
     DOMINQUE ALEXANDER        28       46
 7
     PLAINTIFFS'
 8   EXHIBITS:                           MARKED      RECEIVED

 9   Exhibit 659                                       35
     Exhibit 351-CF (As redacted)                      40
10   Exhibit 615-A (Withdrawn)                         63
     Exhibit 1615-A                                    63
11   Exhibit 660 (Withdrawn)                           63
     Exhibit 1615-A                                    63
12
     DEFENSE
13   WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS

14    (None)

15   DEFENSE
     EXHIBITS:                           MARKED      RECEIVED
16
     Exhibits 1645, 1647                        61
17
                                                PAGE
18   MONIECE CAMPBELL
       (Via Video Deposition Continued)         16
19   MAXINE WAGNER
       (Via Video Deposition)                   19
20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

|       |    |                                                                         |
|-------|----|-------------------------------------------------------------------------|
|       | 1  | SANTA ANA, CALIFORNIA; TUESDAY, SEPTEMBER 10, 2024; 8:51                 |
|       | 2  | A.M.                                                                     |
| 08:41 | 3  | (Jury not present)                                                      |
| 08:51 | 4  | THE CLERK:  Calling Item 1, CV-20-11548-JVS, MGA                        |
| 08:51 | 5  | Entertainment, Inc., versus Clifford T.I. Harris, et al.                |
| 08:51 | 6  | Counsel, please state your appearances for the                         |
| 08:51 | 7  | record.                                                                 |
| 08:51 | 8  | MR. LOH:  Good morning, Your Honor.  Paul Loh for                      |
| 08:51 | 9  | MGA and Isaac Larian.  With me today are Mark Finkelstein,             |
| 08:51 | 10 | my colleague, Jason Wilson, Breeanna Brewer, and Kenneth               |
| 08:51 | 11 | Trujillo-Jamison.                                                       |
| 08:51 | 12 | THE COURT:  Good morning.                                               |
| 08:51 | 13 | MR. KEVILLE:  Good morning, Your Honor.  For the                       |
| 08:51 | 14 | defendants, John Keville, Chante Westmoreland, and Rob                 |
| 08:51 | 15 | Green.                                                                   |
| 08:51 | 16 | THE COURT:  Good morning.                                               |
| 08:51 | 17 | I understand you have some matters to take up.                         |
| 08:51 | 18 | I have one.  The Clifford parties at Docket 963 filed a                |
| 08:52 | 19 | brief regarding basically internet comments.  I terminated            |
| 08:52 | 20 | at some point offering of such evidence as cumulative.  I'm           |
| 08:52 | 21 | asked to revisit that in light of the importance of evidence          |
| 08:52 | 22 | of confusion.                                                           |
| 08:52 | 23 | I will take this up first thing tomorrow and give                     |
| 08:52 | 24 | the MGA parties a chance to prepare a response, but in the            |
| 08:52 | 25 | meanwhile, how many different instances do you have?  I                |

| | | |
|---|---|---|
| 08:52 | 1 | notice a number of overlaps from category to category. |
| 08:53 | 2 | MR. KEVILLE:  I think Mr. Green can probably talk |
| 08:53 | 3 | to the exact numbers. |
| 08:53 | 4 | MR. GREEN:  Sorry, your Honor, are you asking how |
| 08:53 | 5 | many total comments or how many -- |
| 08:53 | 6 | THE COURT:  No, no.  How many non-overlapping? |
| 08:53 | 7 | You've got several different categories in the attachment, |
| 08:53 | 8 | and some exhibits appear in more than one.  How many net do |
| 08:53 | 9 | you have? |
| 08:53 | 10 | MR. GREEN:  I'm not sure on the exact -- |
| 08:53 | 11 | THE COURT:  Well, tell me tomorrow.  I would like |
| 08:53 | 12 | to know how long you think it would take you to play all of |
| 08:53 | 13 | those. |
| 08:53 | 14 | MR. GREEN:  Understood. |
| 08:53 | 15 | THE COURT:  It seems to me that some of them at |
| 08:53 | 16 | least prima facie don't evidence anything, so I will mark up |
| 08:53 | 17 | Exhibit 1 and have that for you tomorrow morning, the ones I |
| 08:53 | 18 | think just don't qualify. |
| 08:53 | 19 | MR. GREEN:  Understood, Your Honor. |
| 08:53 | 20 | THE COURT:  Mr. Finkelstein. |
| 08:53 | 21 | MR. FINKELSTEIN:  Your Honor, you are giving us a |
| 08:53 | 22 | chance to file an opposition to the whole -- |
| 08:54 | 23 | THE COURT:  If you would like to, yes. |
| 08:54 | 24 | MR. FINKELSTEIN:  We would like to, Your Honor. |
| 08:54 | 25 | Yes, thank you.  We will file it. |

6

08:54   1           THE COURT:  Anything else then?

08:54   2           MR. GREEN:  Yes, Your Honor.  I think MGA has some

08:54   3   objections to some exhibits with the witnesses today.

08:54   4           THE COURT:  Have you got the notebooks so I can

08:54   5   look at the exhibits?

08:54   6           MR. GREEN:  I have copies of them.

08:54   7           MR. TRUJILLO-JAMISON:  Your Honor, if I may

08:54   8   approach.

08:54   9           THE COURT:  Please.

08:54  10           (Exhibit handed to the Court)

08:54  11           THE COURT:  Thank you.  Okay, I have

08:54  12   Exhibit 380-CF.  What does "CF" stand for?

08:54  13           MR. GREEN:  It's just a designator for the fact

08:55  14   it's redacted.

08:55  15           THE COURT:  Okay.

08:55  16           MR. TRUJILLO-JAMISON:  Your Honor, the Harris

08:55  17   parties have proffered this particular exhibit to be used

08:55  18   alongside the deposition video for Ms. Osborne.  This

08:55  19   exhibit was not shown to Ms. Osborne during the deposition,

08:55  20   so we object on that basis.  There is no foundation.  There

08:55  21   is no basis for why this should be shown to the jury when

08:55  22   she was not asked questions about this particular exhibit.

08:55  23   Alternatively, if the Court is inclined to consider it, we

08:55  24   would ask that the comments other than Ms. Osborne's comment

08:55  25   and all likes be redacted.

08:55    1            THE COURT:  Well, if it wasn't -- the purpose of
08:55    2    playing a deposition is to recreate the circumstances at the
08:55    3    deposition.  If she didn't have this at the deposition, I
08:55    4    don't see any point in displaying it while playing the
08:55    5    deposition.
08:55    6            MR. GREEN:  Well, it is her comment as counsel
08:55    7    noted, and she was shown and discussed her comment at the
08:55    8    deposition.  This just includes additional comments that
08:55    9    appeared under it which are also in our offer of proof.
08:55   10    What we are trying to -- to the point of how long it would
08:56   11    take, we are trying to put them in without having to go
08:56   12    through every single one with the witness.
08:56   13            THE COURT:  Well, you're going to need the witness
08:56   14    unless it's stipulated that they can come in without a
08:56   15    witness.
08:56   16            MR. GREEN:  Okay.  We will use 318 instead, which
08:56   17    is just her comment, which I don't think they have any
08:56   18    objection to 318-A.
08:56   19            MR. TRUJILLO-JAMISON:  We don't have any objection
08:56   20    to 318-A which is a partially redacted version.
08:56   21            THE COURT:  Okay.
08:56   22            MR. TRUJILLO-JAMISON:  We have one more exhibit to
08:56   23    discuss.
08:56   24            (Exhibit handed to the Court)
08:56   25            THE COURT:  Okay, I have Exhibit 402.

08:57   1          MS. BREWER:  Your Honor, what we are looking at
08:57   2   here is Exhibit 402.  It's not an actual Instagram post.
08:57   3   It's a story with a survey, which you have already ruled
08:57   4   that this does not qualify as a survey, and you've already
08:57   5   excluded the survey results.  In Trial 1, Day 2, at page 24,
08:57   6   you already excluded the bottom half of Exhibit 402.
08:57   7          This exhibit is particularly problematic because
08:57   8   there are no consumer comments on this survey.  And what the
08:57   9   Harris parties want to do is they want to show this survey
08:57  10   and the results to one of their consumer witnesses who
08:58  11   cannot see the survey results, cannot see this exhibit, and
08:58  12   cannot lay any foundation for the hearsay that is within
08:58  13   this exhibit.  They want to show her that exhibit and have
08:58  14   her talk about the survey that you have already excluded in
08:58  15   the prior trial.
08:58  16          MR. GREEN:  Your Honor, we are not offering this
08:58  17   as a survey.  The witness, Ms. Alexander, voted on this, and
08:58  18   she is going to talk about having seen it and voted on it.
08:58  19   I conferred with counsel in the hall, and we agreed we would
08:58  20   redact these views or likes when they asked, and
08:58  21   additionally the actual statements, "Hope you got paid."
08:58  22   "Nope, don't see it," to remove any hearsay concern.
08:58  23          The poll itself just has the votes and percentages
08:58  24   to help the witness explain what she was actually doing and
08:58  25   voting on in her testimony.  I think there is also --

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:58    1    counsel has an objection that the poll results aren't

08:58    2    visible to the witness, so that we would conditionally admit

08:58    3    because Ms. Pullins is going to testify tomorrow, and she

08:59    4    would be the one who can see the number of votes.

08:59    5        We don't intend to have -- we are not intending to

08:59    6    offer it --

08:59    7        MS. BREWER:  Your Honor, if I may.

08:59    8        THE COURT:  Let Mr. Green finish.

08:59    9        MR. GREEN:  We are not intending to offer it as a

08:59    10    survey or have the consumer who voted on it talk about it in

08:59    11    terms of some kind of survey evidence that they are

08:59    12    objecting to but, rather, to explain what she did, which is

08:59    13    how she came to be here.

08:59    14        THE COURT:  Well, you can only offer roughly the

08:59    15    top half with the image and year and an "X" in the corner.

08:59    16        MR. GREEN:  Sorry, I'm not sure -- I want to make

08:59    17    sure I understand.  The top half I don't think they have any

08:59    18    objection to.

08:59    19        THE COURT:  That's what I am saying, if you only

08:59    20    want to offer that.

08:59    21        MR. GREEN:  We are going to conditionally admit it

09:00    22    on the number of votes because Ms. Pullins can put in the

09:00    23    results.  There has been argument on the other side that we

09:00    24    have cherry-picked or maybe found one person.  It's relevant

09:00    25    that she was one of many who voted on the poll, not showing

09:00    1    the exact statements of the poll, but that she is one of

09:00    2    many that voted on it.  It was not a poll of five people,

09:00    3    for instance, that we grabbed.

09:00    4                THE COURT:  Do you want the bottom line?

09:00    5                MR. GREEN:  The bottom --

09:00    6                THE COURT:  Is that her comment?

09:00    7                MR. GREEN:  The bottom without the statement.  So

09:00    8    there are two kind of statements.  We would agree to redact

09:00    9    those since that's their hearsay objection.

09:00    10                MS. BREWER:  Your Honor, if I may respond.  What

09:00    11    they are wanting to include is not a comment from the

09:00    12    consumer witness.  None of the information on this page is a

09:00    13    comment from the consumer witness.  What they are trying to

09:00    14    get in is the number of votes on a survey.  If I may read

09:00    15    your quote from the prior trial, Trial 2, Day 2 a.m., at

09:01    16    page 25, line 14:

09:01    17                "THE COURT:  If you want to use the top part of

09:01    18    what the witness posted, that's fine but not the comments.

09:01    19    I guess what you are telling me is these are survey

09:01    20    results."

09:01    21                "MS. WESTMORELAND:  Yes, Your Honor."

09:01    22                "THE COURT:  They're out."

09:01    23                The Court previously excluded this for a reason.

09:01    24    These are survey results.  They want to get in the numbers

09:01    25    from the polls.  This witness cannot talk about it.

| | | |
|---|---|---|
| 09:01 | 1 | Ms. Pullins cannot authenticate it.  The underlying analysis |
| 09:01 | 2 | was never provided.  You can have an analysis with these |
| 09:01 | 3 | votes.  That was never produced in this case.  This is |
| 09:01 | 4 | hearsay.  Nobody can lay the foundation for it. |
| 09:01 | 5 | MR. GREEN:  Your Honor, I'm not sure what the |
| 09:01 | 6 | statement -- if we redact the statements, I'm not sure what |
| 09:01 | 7 | the statement being offered for the truth of the matter |
| 09:01 | 8 | asserted is that MGA is concerned about.  This is just the |
| 09:01 | 9 | total number of votes, much like the total number of views |
| 09:02 | 10 | which has come in on other documents because it is relevant |
| 09:02 | 11 | for other purposes, not a survey as it may have been tried |
| 09:02 | 12 | to be offered at the first trial, which I wasn't a part of, |
| 09:02 | 13 | but showing she was one of many who voted on this.  This is |
| 09:02 | 14 | not just some -- |
| 09:02 | 15 | THE COURT:  Who authenticates the number 16,265? |
| 09:02 | 16 | MR. GREEN:  Ms. Pullins can authenticate that. |
| 09:02 | 17 | THE COURT:  How does she do that? |
| 09:02 | 18 | MR. GREEN:  She's the one who posted this.  She's |
| 09:02 | 19 | the one who -- I think they agree she can do that.  She's |
| 09:02 | 20 | the one that took the screenshot.  She has access as |
| 09:02 | 21 | essentially the person who posted it to see what we are |
| 09:02 | 22 | seeing on this exhibit.  The top part is what the consumer |
| 09:02 | 23 | witness saw, and you can see what they voted on, and |
| 09:02 | 24 | additionally admitting the number of votes and having |
| 09:02 | 25 | Ms. Pullins authenticate it much as they have done with a |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:02  1    few exhibits.

09:02  2            MS. BREWER:  If Ms. Pullins is the person who took

09:02  3    the screenshot and produced this document, it's incomplete.

09:02  4    There are survey results that come on the bottom of this

09:03  5    where you can see every person who actually voted, so you

09:03  6    can see people who voted.  We don't have that information.

09:03  7    Mr. Pullins cannot provide that.

09:03  8            Again, this is a 403 prejudicial matter because

09:03  9    the jury is not going to know that they are not using this

09:03  10   as a survey, that they are not using this is a poll.  This

09:03  11   is extremely prejudicial when the Court has already ruled

09:03  12   this is not a proper survey and cannot be included.

09:03  13           THE COURT:  Mr. Green.

09:03  14           MR. GREEN:  So just to be clear, Ms. Pullins --

09:03  15   this is visible from her account.  It sounded like a sort of

09:03  16   a rule of completeness, which is not something they raised

09:03  17   previously.  I don't see how that factors into just what it

09:03  18   shows when you have access to her account how many votes

09:03  19   there were.

09:03  20           Without the numbers, would that make it less

09:03  21   concerning as a survey and just show the total votes?

09:03  22           THE COURT:  How can she authenticate it?  I guess

09:03  23   all she can say is I took this screenshot.  This is what the

09:04  24   screenshot said.

09:04  25           MR. GREEN:  This is what it looks like on my

| | | |
|---|---|---|
| 09:04 | 1 | account after the vote was done. |
| 09:04 | 2 | THE COURT:  What account? |
| 09:04 | 3 | MR. GREEN:  This is her story that was done and |
| 09:04 | 4 | polled on Instagram.  Again, I'm not sure exactly if she |
| 09:04 | 5 | took the screenshot, but it's her account access.  This is |
| 09:04 | 6 | what she would see.  She can authenticate it.  This is what |
| 09:04 | 7 | I see at the end of the poll.  Without the statements of |
| 09:04 | 8 | what they are actually voting on -- and we're getting rid of |
| 09:04 | 9 | that -- it's not really a survey.  We are just showing the |
| 09:04 | 10 | number of votes, and Ms. Alexander can say she participated. |
| 09:04 | 11 | MS. BREWER:  Now, Your Honor, we are getting a new |
| 09:04 | 12 | story that Ms. Pullins may not even be the person who took |
| 09:04 | 13 | this screenshot. |
| 09:04 | 14 | THE COURT:  Well, he is going to have to lay the |
| 09:04 | 15 | foundation with her. |
| 09:04 | 16 | MR. GREEN:  Right.  It will be whatever it is from |
| 09:04 | 17 | the witness.  I just didn't want to -- the point of my |
| 09:04 | 18 | statement was that it is what she can see on her account.  I |
| 09:04 | 19 | didn't want to represent if she logged in and -- |
| 09:05 | 20 | THE COURT:  Well, I think she needs to say she did |
| 09:05 | 21 | see it. |
| 09:05 | 22 | MR. GREEN:  Right, she can say this is what she |
| 09:05 | 23 | sees on her account.  She can authenticate the view of this. |
| 09:05 | 24 | THE COURT:  Take out the last line, and I will |
| 09:05 | 25 | receive it conditionally. |

09:05    1            MS. BREWER:  We would also ask that you take out

09:05    2    the bottom two lines with the vote numbers.

09:05    3            THE COURT:  But if she can say this is an accurate

09:05    4    picture of my account and what the number means, I think she

09:05    5    can do that if the foundation is there.

09:05    6            MR. GREEN:  That's correct, Your Honor.  When you

09:05    7    say take out the last two lines, you mean the statements to

09:05    8    make sure we are redacting the right thing?

09:05    9            THE COURT:  Just don't see 830 votes.

09:05   10            MR. GREEN:  Just that one?  You want that whole --

09:05   11    even the votes on the bottom redacted?

09:05   12            THE COURT:  Just the last line.

09:06   13            MS. BREWER:  Your Honor, I just want to reiterate

09:06   14    that in this case multiple times you've ruled that this is

09:06   15    not a survey.  This is an improper survey.  They are trying

09:06   16    to backdoor this in so that they can argue to the jury that

09:06   17    this is a survey.

09:06   18            THE COURT:  No, all they can argue is there were a

09:06   19    lot of hits or responses, not the results.

09:06   20            MR. GREEN:  Just because they are clearly

09:06   21    concerned about what is being shown, I want to make sure we

09:06   22    are redacting the right thing.  This entire bottom row we

09:06   23    would redact?

09:06   24            THE COURT:  Yes.

09:06   25            MR. GREEN:  Okay.  Understood.

09:06   1          (Counsel conferring)

09:06   2          MS. BREWER:  We are letting in a portion of the

09:06   3   survey but not the other portion?

09:06   4          THE COURT:  They can offer evidence of how many

09:07   5   people responded.

09:07   6          MR. GREEN:  We will redact both the statements

09:07   7   then and just have the votes to show how people responded?

09:07   8          THE COURT:  Right.

09:07   9          MR. GREEN:  Understood, Your Honor.  We will make

09:07   10  sure that change is made.

09:07   11         (Counsel conferring)

09:07   12         MR. GREEN:  I think we are going to talk to

09:07   13  counsel about the housekeeping issue and try to resolve it.

09:07   14         THE COURT:  Okay.

09:07   15         MR. LOH:  One slight housekeeping question, which

09:07   16  is does the Court have an idea when you anticipate having

09:08   17  the charging conference because one of our co-counsel,

09:08   18  Thomas Sprankling from Wilmer Hale, needs to be here for

09:08   19  that?

09:08   20         THE COURT:  Probably early next week.  There are a

09:08   21  lot of other things going on right now on my calendar,

09:08   22  including two injunctions and other matters.  Usually, I do

09:08   23  it at the end of the day after the plaintiff has rested so

09:08   24  we've had all the evidence, but I won't do it until next

09:08   25  week.

09:08  1            MR. LOH:  Okay.  Thank you.

09:08  2            MR. GREEN:  Your Honor, I'm just reminded when we

09:08  3  resume there will be video for Ms. Campbell, and then there

09:08  4  are some readings from the second trial that were exchanged.

09:08  5  We are just going to have someone from our side read in both

09:08  6  the question and answer unless Your Honor has a different

09:08  7  preference.

09:08  8            THE COURT:  That's fine.

09:08  9            MR. GREEN:  Just make it clear that it's the

09:08  10  witness they just watch, not me or somebody.

09:08  11            THE COURT:  Right.

09:08  12            MR. GREEN:  Okay.  Thank you, Your Honor.

09:09  13            (Recess)

09:12  14            THE COURT:  Let's bring the jury in, please.

09:12  15            (Jury present)

09:13  16            THE COURT:  Good morning, ladies and gentlemen.

09:13  17            I believe we left off with a video.

09:13  18            MR. KEVILLE:  Yes, Your Honor.

09:13  19            THE COURT:  All right, let's complete that.

09:13  20            (Video deposition of Moniece Campbell

09:14  21            continued to be played)

09:30  22            MR. KEVILLE:  Your Honor, that concludes that

09:30  23  presentation.

09:30  24            Call your next witness.

09:30  25            MR. KEVILLE:  Our next witness is also -- I'm

| | | |
|---|---|---|
| 09:30 | 1 | sorry, Your Honor.  I apologize.  There is a reading for |
| 09:30 | 2 | that last witness from a prior hearing. |
| 09:30 | 3 | MR. GREEN:  Your Honor, this is prior testimony |
| 09:30 | 4 | that was not videotaped. |
| 09:30 | 5 | (Mr. Green reading deposition |
| 09:30 | 6 | testimony as follows:) |
| 09:30 | 7 | "Q.  would you ever confuse the Bratz dolls with the OMG |
| 09:30 | 8 | Girlz? |
| 09:30 | 9 | A    No. |
| 09:30 | 10 | Q    Ms. Campbell, are you being paid for your testimony, |
| 09:30 | 11 | either at your deposition or at this proceeding? |
| 09:30 | 12 | A    No. |
| 09:30 | 13 | Q    Are you being reimbursed for your expenses to come here |
| 09:30 | 14 | to testify? |
| 09:30 | 15 | A    Yes. |
| 09:30 | 16 | Q    Why did you agree to testify? |
| 09:30 | 17 | A    I agreed because I want to help people who are creative |
| 09:30 | 18 | get what they deserve if that makes sense. |
| 09:30 | 19 | Q    And, in fact, T.I. and Tiny's attorneys are |
| 09:31 | 20 | representing you here, right? |
| 09:31 | 21 | A    Yes.  Thank you for refreshing my memory. |
| 09:31 | 22 | Q    My pleasure. |
| 09:31 | 23 | And by the way, you haven't had to pay for T.I. |
| 09:31 | 24 | and Tiny's attorneys to represent you today, right? |
| 09:31 | 25 | A    No. |

09:31   1    Q    You are going to be reimbursed for your expenses by

09:31   2    Tiny and T.I.'s attorneys, right?

09:31   3    A    Yes.

09:31   4    Q    Do you remember from the show -- did the OMG Girlz have

09:31   5    a distinctive look?

09:31   6    A    Yes.

09:31   7    Q    You've never seen a Bratz doll sold under the name

09:31   8    "OMG" have you?

09:31   9    A    No, I have not.

09:31   10   Q    When you saw the O.M.G. dolls, did you make an

09:31   11   association to the OMG Girlz?

09:31   12   A    Yes.

09:31   13   Q    When you saw the O.M.G. dolls, you didn't make any

09:31   14   association between the O.M.G. dolls and the Bratz dolls,

09:31   15   correct?

09:32   16   A    Not at all.  To me, they looked nothing alike.

09:32   17   Q    That's okay.

09:32   18        When you bought the O.M.G. dolls, did you make any

09:32   19   association between them and the little doll or any other

09:32   20   little dolls like the one he handed you?

09:32   21   A    No.

09:32   22   Q    Why did you buy the O.M.G. dolls?

09:32   23   A    I bought the O.M.G. dolls because they look exactly

09:32   24   like the OMG Girlz with their creative style, their vibrant

09:32   25   hair, their edgy look, and they seemed like they were a

09:32   1   group of some sort and just had that creative characteristic
09:32   2   of the OMG Girlz.
09:32   3   Q    You had no idea that the doll had the same hair pattern
09:32   4   colors as the little sister, right?
09:32   5   A    No.  When I bought the doll, I was just getting the
09:32   6   doll because it looked like an OMG girl.
09:32   7   Q    I'm sorry to interrupt you.
09:32   8   A    I would like to finish my statement.  Is that okay?
09:32   9   Q    Please.
09:33  10   A    When I bought any of these dolls, I associated them
09:33  11   with the OMG Girlz, nothing more than that, not a baby, not
09:33  12   a -- no other that comes with that, just the girls looking
09:33  13   like a teenage girl, looking like me representing teenage
09:33  14   girls all over the world that listen to their music.  They
09:33  15   were creative and fun and had those good memories.  I don't
09:33  16   know who you looked up to when you were younger, but these
09:33  17   girls brought core memories into my life, and I will never
09:33  18   forget them.  I feel like they made their statement as the
09:33  19   OMG Girlz no matter who they are individually, so that's why
09:33  20   I bought these dolls."
09:33  21            MR. GREEN:  That completes the reading, Your
09:33  22   Honor.
09:33  23            MR. KEVILLE:  With that, Your Honor, we will call
09:33  24   our next witness by video deposition, Maxine Wagner.
09:33  25            (Video deposition of Maxine Wagner played)

| | | |
|---|---|---|
| 10:14 | 1 | MR. KEVILLE:  Your Honor, I think that concludes |
| 10:14 | 2 | -- although I think an answer got cut off, but I think that |
| 10:14 | 3 | concludes the designation for Ms. Wagner. |
| 10:14 | 4 | THE COURT:  At some point, would you give me the |
| 10:14 | 5 | agreed split times for the deposition readings? |
| 10:14 | 6 | MR. KEVILLE:  Certainly, Your Honor. |
| 10:14 | 7 | Is this a good time to take a break before we |
| 10:14 | 8 | start with the next witness? |
| 10:14 | 9 | THE COURT:  That's fine. |
| 10:14 | 10 | We will be in recess for 15 minutes, ladies and |
| 10:14 | 11 | gentlemen.  Please remember the admonition. |
| 10:14 | 12 | (Jury not present) |
| 10:14 | 13 | THE COURT:  One of the jurors handed Ms. Vargas a |
| 10:14 | 14 | note that says:  "Can we get clarification of what the |
| 10:14 | 15 | actual claim or lawsuit is in this case?" |
| 10:15 | 16 | I will have copies handed out, and we can discuss |
| 10:15 | 17 | it, but my inclination would be to reread to them |
| 10:15 | 18 | Instruction No. 2, which is the agreed summary of the |
| 10:15 | 19 | parties' claims, but why don't you take a look at the note, |
| 10:15 | 20 | and we will take this up. |
| 10:15 | 21 | (Recess) |
| 10:29 | 22 | THE COURT:  Mr. Loh. |
| 10:29 | 23 | (Jury not present) |
| 10:29 | 24 | MR. LOH:  Your Honor, two issues.  I will address |
| 10:30 | 25 | one of them first, and my colleague will address the second |

| | | |
|---|---|---|
| 10:30 | 1 | one.  The Court dealt with this morning, and I want a |
| 10:30 | 2 | clarification because I'm very concerned.  Exhibit 402, this |
| 10:30 | 3 | is the one you were looking at, Your Honor. |
| 10:30 | 4 | THE COURT:  Sir, I ruled. |
| 10:30 | 5 | MR. LOH:  I'm making a further request because, as |
| 10:30 | 6 | the Court noted, this document and what's redacted can be |
| 10:30 | 7 | shown to the witness because conditionally counsel is going |
| 10:30 | 8 | to bring in Ms. Pullins to lay the foundation of what she |
| 10:30 | 9 | saw in her Instagram account. |
| 10:30 | 10 | THE COURT:  Right. |
| 10:30 | 11 | MR. LOH:  And we all know and the Court has |
| 10:30 | 12 | indicated this is not a survey.  What I want to make sure is |
| 10:30 | 13 | that the jury knows that when they consider this as a |
| 10:30 | 14 | curative instruction that they may consider this as |
| 10:30 | 15 | essentially what Ms. Pullins will say she saw on her |
| 10:30 | 16 | account, but there should be no suggestion in any way that |
| 10:30 | 17 | this is a poll or survey or anything like that.  This is |
| 10:30 | 18 | just what she saw.  They should not be allowed to make |
| 10:30 | 19 | inferences or guesses about what this means. |
| 10:31 | 20 | MR. GREEN:  Your Honor, I'm not sure how to -- the |
| 10:31 | 21 | survey point I think we have addressed as being a poll.  I |
| 10:31 | 22 | mean, the witness needs to be able to say what she saw and |
| 10:31 | 23 | that she picked an option.  It sounds like this goes more to |
| 10:31 | 24 | an argument about -- kind of like a closing argument or some |
| 10:31 | 25 | kind of issue to be raised.  I would say for Ms. Alexander I |

10:31    1    don't believe we even intend to ask her about the bottom

10:31    2    half, so it's not an issue for her.

10:31    3            MR. LOH:  Your Honor, if the document is going to

10:31    4    get admitted or conditionally admitted through her -- and

10:31    5    this is the first time the jury is going to see it -- our

10:31    6    concern is that it not be misconstrued in any way to be

10:31    7    whatever it means.  It's just a screenshot from another

10:31    8    person that is going to later say that's my screenshot.  If

10:31    9    that's the only purpose, that's fine, but it cannot be

10:31    10    misconstrued as a survey because we all know this is not.

10:31    11            MR. GREEN:  I don't know what the curative

10:31    12    instruction is that they are asking for.  We aren't going to

10:32    13    call it a survey today.

10:32    14            MR. LOH:  Very simple, that the jury is instructed

10:32    15    in considering this evidence they are to understand it's

10:32    16    merely a screenshot that Ms. Pullins had taken from her

10:32    17    account and nothing more and nothing less.  Do not infer or

10:32    18    speculate about the meaning of any of these contents.

10:32    19            MR. GREEN:  I don't think that's necessary if we

10:32    20    are not calling attention to it.  On the poll point again,

10:32    21    it is called "The poll" on Instagram is my understanding, so

10:32    22    when the witness says she responded to a poll, that's just

10:32    23    what it is to the witness.  It's not making a legal argument

10:32    24    about a survey issue.  She should be able to say what she

10:32    25    did.  As to the second point, I would think you are calling

| | |
|---|---|
| 10:32 | 1 |
| 10:32 | 2 |
| 10:32 | 3 |
| 10:32 | 4 |
| 10:32 | 5 |

10:32  1    more attention to the issue by doing a curative instruction

10:32  2    than just letting it be out --

10:32  3            MR. LOH:  It's not about calling attention because

10:32  4    the document will be looked at by the jury.  Our suggestion

10:32  5    is a curative instruction.  I don't go into the poll or

10:32  6    anything.  I'm just saying you should consider only that it

10:32  7    is a screenshot from somebody's account, and you should not

10:33  8    consider it for anything else, the meaning behind it or the

10:33  9    purpose of this information, because a survey is a fact of

10:33  10   the likelihood of confusion.  There are certain, sort of,

10:33  11   legal requirements for that, and this doesn't meet that.

10:33  12           MR. GREEN:  We are not offering it as a legal

10:33  13   survey from an expert.  Like I said, this is a poll that was

10:33  14   put up.  She can testify it accurately shows what she sees

10:33  15   as the results of the poll.  We have redacted -- not on this

10:33  16   version but the one we are going to show, we have redacted

10:33  17   the actual statements which should also cure any of this.

10:33  18           MR. LOH:  I heard that Ms. Alexander has no

10:33  19   knowledge.  She has never seen this.  She can't even say

10:33  20   this is the results of the poll.

10:33  21           THE COURT:  Mr. Green concedes that.  That's why

10:33  22   he is asking to offer it and have it received conditionally.

10:33  23           MR. LOH:  That is fine because the jury -- I want

10:33  24   to make sure that they are not trying to infer or speculate

10:33  25   about what this means, because even Ms. Pullins

| | | |
|---|---|---|
| 10:34 | 1 | apparently -- because we don't have the underneath data, all |
| 10:34 | 2 | she can say based on this morning's representation is this |
| 10:34 | 3 | is the picture I snapped from my account.  If that's all |
| 10:34 | 4 | that is, we are fine with that. |
| 10:34 | 5 | MR. GREEN:  It seems like an issue we can take up |
| 10:34 | 6 | with Ms. Pullins' testimony rather than Ms. Alexander. |
| 10:34 | 7 | THE COURT:  Do you really need it with |
| 10:34 | 8 | Ms. Alexander?  Why don't we hold it until we get to |
| 10:34 | 9 | Ms. Pullins. |
| 10:34 | 10 | MR. GREEN:  Can we put the top part up at least |
| 10:34 | 11 | that they don't object to with Ms. Alexander so at least she |
| 10:34 | 12 | can say what she did? |
| 10:34 | 13 | MR. LOH:  The top part meaning? |
| 10:34 | 14 | MR. GREEN:  This, what Ms. Alexander saw. |
| 10:34 | 15 | (Indicating) |
| 10:34 | 16 | MR. LOH:  Everything down to what Mr. Green -- |
| 10:34 | 17 | MR. GREEN:  We will just show what Ms. Alexander |
| 10:34 | 18 | saw for today, and Ms. Pullins can put in the rest.  If |
| 10:34 | 19 | that's the concern, Your Honor, we will take it out. |
| 10:34 | 20 | THE COURT:  Let's do that. |
| 10:34 | 21 | MR. LOH:  Just the image of the screenshot from |
| 10:34 | 22 | what dolls were shown? |
| 10:35 | 23 | THE COURT:  Right. |
| 10:35 | 24 | MR. LOH:  Okay.  For now, that's fine, Your Honor. |
| 10:35 | 25 | THE COURT:  Okay.  Let's see how it goes with |

| | | |
|---|---|---|
| 10:35 | 1 | Ms. Pullins and whether we need a curative instruction. |
| 10:35 | 2 | MR. GREEN:  We have prepared a -- we have already |
| 10:35 | 3 | prepared what it would look like. |
| 10:35 | 4 | MR. LOH:  Can we also delete the views? |
| 10:35 | 5 | MR. GREEN:  I'm not sure what the views -- |
| 10:35 | 6 | MR. LOH:  She won't be able to lay the foundation. |
| 10:35 | 7 | She doesn't know how many actual views there are.  She is |
| 10:35 | 8 | going to say I saw that picture when I -- |
| 10:35 | 9 | MR. GREEN:  We will redact the views.  To the |
| 10:35 | 10 | extent there is concern about whether Ms. Alexander can see |
| 10:35 | 11 | the total views, we will redact them, and we can take it up |
| 10:35 | 12 | with Ms. Pullins on the screenshot. |
| 10:35 | 13 | THE COURT:  That's fine. |
| 10:35 | 14 | MR. LOH:  One more issue, Your Honor, real quick. |
| 10:35 | 15 | MR. TRUJILLO-JAMISON:  Briefly, Your Honor, this |
| 10:35 | 16 | is an issue concerning their order of witnesses.  They are |
| 10:36 | 17 | going to be calling Ms. Alexander first.  Based on counsels' |
| 10:36 | 18 | representation, they expect that will take us to the |
| 10:36 | 19 | noonhour. |
| 10:36 | 20 | The next witness on their list is Ms. Consorti who |
| 10:36 | 21 | based on representations from counsel is going to be |
| 10:36 | 22 | available this afternoon but not this morning.  In the |
| 10:36 | 23 | unlikely likelihood that they don't finish the testimony of |
| 10:36 | 24 | Ms. Alexander before the noonhour, then what I think is on |
| 10:36 | 25 | their list was the video from Ms. Osborne, but we are still |

10:36 | 1 | awaiting the Your Honor's rulings as to the objections on
10:36 | 2 | that, so we just wanted to raise that as an issue in terms
10:36 | 3 | of Ms. Consorti's availability.
10:36 | 4 | THE COURT:  I won't be able to get to the
10:36 | 5 | objections until the noonhour.  Moreover, you're shorting me
10:36 | 6 | on the time that you agreed that I should have to review
10:36 | 7 | those objections.
10:36 | 8 | MR. GREEN:  Yes, Your Honor.  We do apologize.
10:36 | 9 | Ms. Osborne was originally a live call, and it was only
10:36 | 10 | right essentially during trial that we found out she wasn't
10:36 | 11 | going to be able to come.  Then we had already prepared
10:37 | 12 | designations, but there was updates to them, and we were
10:37 | 13 | working with MGA's counsel to get them ready and to get them
10:37 | 14 | filed.  I realize we were one day short for what we would
10:37 | 15 | normally do if they were played tomorrow, but we had hoped
10:37 | 16 | if you had them we could make the changes.  But it sounds
10:37 | 17 | like -- I think Ms. Alexander will take us to the lunch
10:37 | 18 | hour.
10:37 | 19 | MR. KEVILLE:  Can I make a suggestion, Your Honor?
10:37 | 20 | In the chance that Ms. Alexander does not take us to lunch,
10:37 | 21 | can we just let the jury take an earlier lunch?
10:37 | 22 | THE COURT:  All right.
10:37 | 23 | MR. KEVILLE:  Thank you, Your Honor.
10:37 | 24 | Your Honor, just one last housekeeping thing, and
10:37 | 25 | I will announce if it's okay with Your Honor when they come

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| 10:37 | 1 | in the last -- for whatever reason, on the last question, |
|-------|---|---|
| 10:37 | 2 | the answer didn't play.  Can I just say we would like to |
| 10:37 | 3 | play the last question with the answer? |
| 10:37 | 4 | THE COURT:  Sure. |
| 10:37 | 5 | MR. KEVILLE:  Then we will call our next witness. |
| 10:37 | 6 | THE COURT:  Okay. |
| 10:37 | 7 | (Jury present) |
| 10:39 | 8 | THE COURT:  Call your next witness, please. |
| 10:39 | 9 | MR. KEVILLE:  Yes, Your Honor. |
| 10:39 | 10 | Just for the jury, on the last video, we played |
| 10:39 | 11 | the question and not the answer, so we are just going to |
| 10:39 | 12 | play the question and answer, and then we will call our next |
| 10:39 | 13 | witness. |
| 10:39 | 14 | THE COURT:  Very good. |
| 10:39 | 15 | (Video clip continued to be played) |
| 10:39 | 16 | MR. KEVILLE:  That concludes that, Your Honor. |
|       | 17 | Our next witness is a live witness. |
| 10:39 | 18 | MS. WESTMORELAND:  Your Honor, the OMG Girlz call |
| 10:39 | 19 | Dominique Alexander. |
| 10:39 | 20 | May I approach with the binders? |
| 10:39 | 21 | THE COURT:  Please. |
| 10:40 | 22 | THE CLERK:  Would you please stop there and raise |
| 10:40 | 23 | your right hand. |
| 10:40 | 24 | DOMINIQUE ALEXANDER, PLAINTIFFS' WITNESS, SWORN |
| 10:40 | 25 | THE CLERK:  Would you please state your full name, |

| | | |
|---|---|---|
| 10:41 | 1 | spelling your last name for the record. |
| 10:41 | 2 | THE WITNESS:  Dominique Alexander.  Last name, |
| 10:41 | 3 | A-l-e-x-a-n-d-e-r. |
| 10:41 | 4 | DIRECT EXAMINATION |
| 10:41 | 5 | BY MS. WESTMORELAND: |
| 10:41 | 6 | Q    Good morning, Ms. Alexander. |
| 10:41 | 7 | A    Good morning. |
| 10:41 | 8 | Q    Did you comment on a post by Ms. Tameka Harris about |
| 10:41 | 9 | the OMG Girlz and the O.M.G. dolls? |
| 10:41 | 10 | A    Yes, I did. |
| 10:41 | 11 | Q    Did you also participate in a poll on Instagram on |
| 10:41 | 12 | Zonnique Pullins' Instagram story? |
| 10:41 | 13 | MS. BREWER:  Objection, Your Honor, to use of the |
| 10:41 | 14 | word "poll." |
| 10:41 | 15 | THE COURT:  Overruled. |
| 10:41 | 16 | THE WITNESS:  Yes, I did. |
| 10:41 | 17 | BY MS. WESTMORELAND: |
| 10:41 | 18 | Q    When you commented and participated on Instagram, did |
| 10:41 | 19 | you think that you would be sitting here today? |
| 10:41 | 20 | A    No, I did not. |
| 10:41 | 21 | Q    We will talk more about that in a minute. |
| 10:41 | 22 | First, can you introduce yourself to the jury? |
| 10:42 | 23 | Where do you live? |
| 10:42 | 24 | A    My name is Dominique Alexander.  I live in Katy, Texas, |
| 10:42 | 25 | which is a suburb right outside of Houston. |

10:42    1    Q    How old are you, Ms. Alexander?

10:42    2    A    I'm 39.

10:42    3    Q    What do you do for a living?

10:42    4    A    I'm a licensed clinical therapist.  Recently, I

10:42    5    previously was in education for the past 15 years as a math

10:42    6    teacher and middle school counselor.

10:42    7    Q    What education did it take to become a middle school

10:42    8    teacher and counselor?

10:42    9    A    I have a Bachelor of Science Degree, and because

10:42   10    education was not my first pursuit, I went through an

10:42   11    alternative certification program to become a teacher

10:42   12    certified to teach all four courses of math, science, social

10:42   13    studies, ELA in Grades 4 through 8.  And for the school

10:42   14    counselor, I have a Master's Degree in Education and School

10:42   15    Counseling.

10:42   16    Q    You mentioned that you're now a licensed clinical

10:43   17    therapist.

10:43   18        What was involved in getting that certification?

10:43   19    A    Because I already was a counselor, I had an additional

10:43   20    six classes to take onto my Master's Degree and 3,000

10:43   21    supervised hours as an intern.

10:43   22    Q    And so what is your current position again?

10:43   23    A    I'm a clinical intake therapist for a mental health

10:43   24    facility.

10:43   25    Q    What do you do on a day-to-day basis?

| | | |
|---|---|---|
| 10:43 | 1 | A    I meet with all of the new clients, anyone who comes to |
| 10:43 | 2 | be a part of our program.  It's an outpatient therapy |
| 10:43 | 3 | program, so anyone who comes to be a part of our program I |
| 10:43 | 4 | meet with them, kind of basically go over like symptoms and |
| 10:43 | 5 | things like that to identify what level of our program they |
| 10:43 | 6 | should be in, and then create their treatment goals. |
| 10:43 | 7 | Q    And how long have you been at your current job? |
| 10:43 | 8 | A    In this position, I have been there since January of |
| 10:43 | 9 | this year. |
| 10:43 | 10 | Q    And was it particularly difficult for you to get here |
| 10:44 | 11 | to testify today? |
| 10:44 | 12 | A    Yes. |
| 10:44 | 13 | Q    Why is that? |
| 10:44 | 14 | A    One, because I am fairly new to -- I mean, this is |
| 10:44 | 15 | September.  We just started in September.  So I started in |
| 10:44 | 16 | this full-time position in January, and I'm the only intake |
| 10:44 | 17 | therapist at that location, so it's kind of a challenge to |
| 10:44 | 18 | get someone to cover for me if I'm out.  And then also my |
| 10:44 | 19 | daughter -- she kind of was having a bit of anxiety about |
| 10:44 | 20 | flying again.  We went on trip not too long -- about |
| 10:44 | 21 | two years ago, and she had a bad experience with her ears |
| 10:44 | 22 | popping, so she really did not want to fly. |
| 10:44 | 23 | Q    And you mentioned you have one daughter who is here |
| 10:44 | 24 | with you today.  Do you have any other children? |
| 10:44 | 25 | A    Yes, I have one other daughter. |

| | | |
|---|---|---|
| 10:44 | 1 | Q    Is she older or younger? |
| 10:44 | 2 | A    She is older.  She is 18. |
| 10:44 | 3 | Q    How old is your daughter that is here with you today? |
| 10:44 | 4 | A    She is 11. |
| 10:45 | 5 | Q    Have you met the Harris family before coming to trial? |
| 10:45 | 6 | A    No. |
| 10:45 | 7 | Q    Did you know who Tameka "Tiny" Harris was before being |
| 10:45 | 8 | a witness in this case? |
| 10:45 | 9 | A    Yes, I did. |
| 10:45 | 10 | Q    How were you aware of her? |
| 10:45 | 11 | A    Originally from the group Xscape that she is a part of, |
| 10:45 | 12 | and then from the TV show "T.I. & Tiny:  The Family Hustle." |
| 10:45 | 13 | Q    And you mentioned her group Xscape.  Did you follow |
| 10:45 | 14 | Xscape, their music and their performances? |
| 10:45 | 15 | A    Yes. |
| 10:45 | 16 | Q    How many times did you see Xscape perform, if you did? |
| 10:45 | 17 | A    I saw them perform twice in concert. |
| 10:45 | 18 | Q    Where were these concerts? |
| 10:45 | 19 | A    The first one was at the Essence Festival in |
| 10:45 | 20 | New Orleans, and then the other at the Toyota Center in |
| 10:45 | 21 | Houston. |
| 10:45 | 22 | Q    What is the Essence Festival? |
| 10:45 | 23 | A    It is a festival that Essence Magazine I believe |
| 10:45 | 24 | produces or puts on every year in New Orleans, and it's |
| 10:45 | 25 | pretty much they have a lot of like panels and educational |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:46  1    topics and things like that kind of focused to minority

10:46  2    women, and then they also have performers and concerts and

10:46  3    stuff that go along with it.

10:46  4    Q    When did you first hear about the OMG Girlz?

10:46  5    A    On the show, on the "T.I. & Tiny:  The family Hustle"

10:46  6    show.  I can't recall the exact year, but I know I can kind

10:46  7    of just relate it to where we lived at that time and the

10:46  8    house that we lived in that it was prior to 2018.

10:46  9    Q    Was the T.I. & Tiny show popular while you were

10:46  10   watching it?

10:46  11   A    Yes, it was --

10:46  12             MS. BREWER:  Objection, speculation.  Lack of

10:46  13   foundation.

10:46  14             THE COURT:  Overruled.

10:46  15             MS. WESTMORELAND:  Would you like me to repeat the

10:46  16   question?

10:46  17             THE WITNESS:  Yes.

10:46  18   BY MS. WESTMORELAND:

10:46  19   Q    Was the T.I. & Tiny show popular while you were

10:46  20   watching it?

10:46  21   A    Yes, it was very popular.

10:46  22   Q    Did you sometimes watch the T.I. & Tiny show with your

10:47  23   daughters?

10:47  24   A    Yes, mostly with my oldest daughter because she is 18

10:47  25   right now.  The little one was really small back then, but,

| | | |
|---|---|---|
| 10:47 | 1 | yeah, mostly with my older daughter. |
| 10:47 | 2 | Q    Do you recall about how old your older daughter would |
| 10:47 | 3 | have been at that time? |
| 10:47 | 4 | A    Six years ago, so around 11. |
| 10:47 | 5 | Q    Okay.  Do you recall seeing the OMG Girlz on the show? |
| 10:47 | 6 | A    Yes. |
| 10:47 | 7 | Q    Did you see them perform on the show? |
| 10:47 | 8 | A    Yes. |
| 10:47 | 9 | Q    Did you see them working on their music? |
| 10:47 | 10 | A    Yes, most of the time when they were on there, it was |
| 10:47 | 11 | either like recording songs or practicing or like prepping |
| 10:47 | 12 | backstage for the show while performing. |
| 10:47 | 13 | Q    Did you see them working on their look on the show? |
| 10:47 | 14 | A    Yes. |
| 10:47 | 15 | Q    What do you remember about the OMG Girlz from the times |
| 10:47 | 16 | that you saw them on the T.I & Tiny show? |
| 10:47 | 17 | A    They had a really unique style.  It was a girl group, |
| 10:47 | 18 | young girl group.  I think one thing that really stood out |
| 10:48 | 19 | was they were a young girl group, and they had colorful |
| 10:48 | 20 | hair.  That was something that was very distinctive about |
| 10:48 | 21 | them.  They had like a really colorful look just all |
| 10:48 | 22 | together.  It was kind of like a chic or girly rock star |
| 10:48 | 23 | type of look.  They wore like the tutu skirts and a lot of |
| 10:48 | 24 | accessories, and most of the time the girls had -- a lot of |
| 10:48 | 25 | times groups like they all match, but the girls had -- like |

| | | |
|---|---|---|
| 10:48 | 1 | each girl had like a color, so that was what really stood |
| 10:48 | 2 | out. |
| 10:48 | 3 | Q    What about the name?  Did the name stand out to you at |
| 10:48 | 4 | all? |
| 10:48 | 5 | A    It stood out enough for me to remember it. |
| 10:48 | 6 | Q    Would you call yourself a fan of the OMG Girlz group? |
| 10:48 | 7 | A    I wouldn't say I'm a fan.  I thought it was really |
| 10:48 | 8 | cute.  I thought the group was really cute.  I guess it was |
| 10:48 | 9 | kind of like younger for me.  I didn't purchase any of their |
| 10:49 | 10 | music or go to any concerts, so I wouldn't consider myself a |
| 10:49 | 11 | fan.  But I thought they were a really cute group. |
| 10:49 | 12 | Q    What about your daughter?  Are they fans? |
| 10:49 | 13 | A    Yes, they are. |
| 10:49 | 14 | Q    So let's talk about how your younger daughter |
| 10:49 | 15 | encountered the dolls. |
| 10:49 | 16 | Can you tell us how your younger daughter |
| 10:49 | 17 | encountered the O.M.G. dolls? |
| 10:49 | 18 | A    Yes.  She -- for one of her birthdays, she came and |
| 10:49 | 19 | brought me -- I can't remember if it was either -- they used |
| 10:49 | 20 | to mail out like these little booklets that had like toys |
| 10:49 | 21 | and stuff like that from Target, so I can't remember if she |
| 10:49 | 22 | showed it to me from there or online, but she brought me |
| 10:49 | 23 | like an image of the box of the O.M.G. dolls that she wanted |
| 10:49 | 24 | to -- that she wanted to get for her birthday. |
| 10:49 | 25 | Q    What did you do after she showed you the image of what |

| | | |
|---|---|---|
| 10:50 | 1 | she was wanting for her birthday? |
| 10:50 | 2 | A    When she brought it to me, I was like this is the OMG |
| 10:50 | 3 | Girlz.  And like I said, when we used to watch it, she was |
| 10:50 | 4 | younger, so she didn't really watch it as much as me and my |
| 10:50 | 5 | oldest daughter did.  So my oldest daughter and I, we showed |
| 10:50 | 6 | her.  We actually went like on YouTube and pulled up some |
| 10:50 | 7 | things with the OMG Girlz to show her like these are the OMG |
| 10:50 | 8 | Girlz, so that's kind of how she made the connection. |
| 10:50 | 9 | Q    And did you actually purchase any of the O.M.G. dolls |
| 10:50 | 10 | after this conversation? |
| 10:50 | 11 | A    Yes.  I got her the box that she wanted for her |
| 10:50 | 12 | birthday. |
| 10:50 | 13 | Q    Do you recall how you made this purchase? |
| 10:50 | 14 | A    I purchased it online through the Target Circle app. |
| 10:50 | 15 | Q    If you can look in your binder at Exhibit 659, just |
| 10:51 | 16 | briefly, what is this document? |
| 10:51 | 17 | A    This is the receipt.  This is actually on the app, so I |
| 10:51 | 18 | was able to retrieve the receipt because I bought it on the |
| 10:51 | 19 | app.  So this is the actual receipt of my ordering the box. |
| 10:51 | 20 |             MS. WESTMORELAND:  Your Honor, move to admit |
| 10:51 | 21 | Exhibit 659. |
| 10:51 | 22 |             MS. BREWER:  No objection. |
| 10:51 | 23 |             THE COURT:  659 will be received. |
| 10:51 | 24 |             (Exhibit 659 received in evidence) |
| 10:51 | 25 | BY MS. WESTMORELAND: |

36

| | | |
|---|---|---|
| 10:51 | 1 | Q    Do you recall when you made this purchase? |
| 10:51 | 2 | A    March 30, 2021. |
| 10:51 | 3 | Q    I noticed you smiled.  Why is that significant? |
| 10:51 | 4 | A    Her birthday is March 31, so it was like at the last |
| 10:51 | 5 | minute. |
| 10:51 | 6 | Q    I know that you said you purchased it online, and then |
| 10:51 | 7 | you picked it up.  Is that indicated somewhere on the |
| 10:51 | 8 | receipt? |
| 10:51 | 9 | A    Yes.  Right underneath where it says "Reorder," then it |
| 10:51 | 10 | says picked up at the driveup at the Woodlands Target, |
| 10:52 | 11 | picked up 6:20 p.m., March 30, 2021. |
| 10:52 | 12 | Q    Now I'm going to show you Exhibit 659, which is already |
| 10:52 | 13 | in evidence. |
| 10:52 | 14 |         MS. WESTMORELAND:  Your Honor, may I approach? |
| 10:52 | 15 |         THE COURT:  You may. |
| 10:52 | 16 | BY MS. WESTMORELAND: |
| 10:52 | 17 | Q    Is this the physical box of the dolls that you picked |
| 10:52 | 18 | up from Target? |
| 10:52 | 19 | A    Yes, it is. |
| 10:53 | 20 | Q    Did this purchase have a connection to the OMG Girlz |
| 10:53 | 21 | for you? |
| 10:53 | 22 | A    Yes, it did. |
| 10:53 | 23 | Q    Can you tell us about that connection? |
| 10:53 | 24 | A    When I -- when my daughter first brought it to me and |
| 10:53 | 25 | we looked at it, we saw the name, the "OMG" name with the |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:53  1    girls that depict like a girl group, and it to me

10:53  2    represented the OMG Girlz.

10:53  3    Q    Ms. Alexander, how much investigation did you do into

10:53  4    either the box or the product after your youngest daughter

10:53  5    showed you and expressed that she wanted this for her

10:53  6    birthday?

10:53  7    A    I really just looked it up, like I looked it up online.

10:53  8    I noticed the price.  It was a little pricey for dolls, but

10:53  9    then I noticed that it had -- I saw it said like 70 plus, so

10:53  10   I'm like well, okay, it's a lot of pieces in there.  I guess

10:53  11   it will be -- it was for her birthday, so I guess it would

10:54  12   be worth it for the price.

10:54  13         And then I just found which Target it was located

10:54  14   at because I don't live in the Woodlands.  I've never lived

10:54  15   in the Woodlands, so that was the closest one at that time

10:54  16   to where we lived to pick it up.  Other than that, like I

10:54  17   said, I ordered it online, so I didn't really see -- like it

10:54  18   was really big when I went to pick it up.  I didn't realize

10:54  19   it was like that big, but other than that, that was pretty

10:54  20   much all the investigation that I did.

10:54  21   Q    When you looked at the dolls, why did it call to mind

10:54  22   the OMG Girlz?

10:54  23   A    It had "OMG" on there, and then, like I said, it was

10:54  24   like girls, the girl group, and then the girly rock star

10:54  25   look is pretty much the same as depicted there with the

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:54    1    dolls.  They are all really colorful.  They have the

10:54    2    colorful hair, even the split hair, like one color on one

10:54    3    side and then a different color on the other side, and then

10:54    4    they are all different.  It wasn't like one just standard

10:55    5    matchy look.

10:55    6    Q    Did it have any impact on you the fact that there were

10:55    7    four dolls in this box versus three OMG Girlz today?

10:55    8    A    No, I didn't.  I believe at some point there were four

10:55    9    OMG Girlz, like I believe on the show at some point there

10:55   10    were four of them, so that didn't have any impact on me.

10:55   11    Q    Was this the only purchase that you made of the O.M.G.

10:55   12    dolls?

10:55   13    A    It was the only one that we were able to find when this

10:55   14    whole thing come up.  I believe we purchased more, but I

10:55   15    couldn't find anymore of the dolls, and I didn't have any

10:55   16    like receipts or proof or anything like that, but I believe

10:55   17    we purchased more, not like the big box but like the

10:55   18    individual dolls.

10:55   19    Q    Is the doll receipt something that you would normally

10:55   20    keep after you purchase a doll and give it to your daughter?

10:55   21    A    No.  I think this -- because I purchased it on Target,

10:55   22    that was like, I guess, lucky that I found that receipt and

10:56   23    was able to retrieve it and pull it up from the app.

10:56   24    Q    You mentioned that you did purchase some other dolls.

10:56   25         What connection did you make between those dolls

10:56    1    and the OMG Girlz?

10:56    2          MS. BREWER:  Objection, calls for speculation.

10:56    3          THE COURT:  Overruled.

10:56    4          THE WITNESS:  The name, the "O.M.G." dolls to "OMG

10:56    5    Girlz," and then the image of it, the colors, the colorful

10:56    6    hair, the girly rock star look.

10:56    7    BY MS. WESTMORELAND:

10:56    8    Q    Ms. Alexander, do you follow the OMG Girlz on social

10:56    9    media?

10:56   10    A    Not the group.

10:56   11    Q    Do you follow Ms. Tameka Harris on social media?

10:56   12    A    Yes, I do.

10:56   13    Q    Do you follow any of the individual members of the OMG

10:56   14    Girlz on social media?

10:56   15    A    Zonnique.

10:56   16    Q    Are you familiar with their posts and sort of their

10:56   17    Instagram pages generally?

10:56   18    A    From the two of them?

10:56   19    Q    Yes.

10:56   20    A    When I look at it, yeah.

10:57   21    Q    If you can turn in your binder to the -- the tab should

10:57   22    be 351.

10:57   23          What are we looking at, Ms. Alexander?

10:57   24    A    This is a post that was on Instagram on Tiny's page.

10:57   25    Q    And do you remember seeing this post?

| | | |
|---|---|---|
| 10:57 | 1 | A    Yes, I do. |
| 10:57 | 2 | Q    Did you interact with this post in any way? |
| 10:57 | 3 | A    Yes.  I made a comment. |
| 10:57 | 4 | MS. WESTMORELAND:  Your Honor, I move to admit |
| 10:57 | 5 | Exhibit 351-CF as redacted. |
| 10:58 | 6 | MS. BREWER:  Your Honor, no objection to the |
| 10:58 | 7 | exhibit as long as the likes are redacted. |
| 10:58 | 8 | MS. WESTMORELAND:  Apologies, Your Honor.  I |
| 10:58 | 9 | didn't catch that.  We can redact the likes underneath |
| 10:58 | 10 | Ms. Alexander's comment. |
| 10:58 | 11 | THE COURT:  It will be received as redacted. |
| 10:58 | 12 | (Exhibit 351-CF, as redacted, received in |
| 10:58 | 13 | evidence) |
| 10:58 | 14 | BY MS. WESTMORELAND: |
| 10:58 | 15 | Q    Ms. Alexander, if you look down at the bottom, do you |
| 10:58 | 16 | see a series of dots? |
| 10:58 | 17 | A    Yes. |
| 10:58 | 18 | Q    What does that mean? |
| 10:58 | 19 | A    It's on Instagram.  It's a post, so the dots mean that |
| 10:58 | 20 | there are like more or several images attached to the post. |
| 10:58 | 21 | Q    In addition to the image that we are seeing right now, |
| 10:58 | 22 | do you recall seeing any other images on this post? |
| 10:58 | 23 | A    Yes. |
| 10:58 | 24 | Q    If you can look in your binder at 402 -- and we can |
| 10:58 | 25 | leave that on the screen -- do you see the image at the top |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:59 | 1 | on 402 in your binder? |
| 10:59 | 2 | A    Yes. |
| 10:59 | 3 | Q    Is this one of the other images you saw? |
| 10:59 | 4 | A    Yes. |
| 10:59 | 5 | MS. WESTMORELAND:  Can we show just the image, |
| 10:59 | 6 | please.  Let's put it next to her comment. |
| 10:59 | 7 | BY MS. WESTMORELAND: |
| 10:59 | 8 | Q    Is it your Instagram handle, "Janess85?" |
| 10:59 | 9 | A    Yes, it is. |
| 10:59 | 10 | Q    Can you tell us what your comment was, please? |
| 10:59 | 11 | A    My comment was:  "Wait, I always thought these dolls |
| 10:59 | 12 | were them, OMG Girlz, OMG dolls," and then I said:  "My |
| 10:59 | 13 | daughter has a lot of these." |
| 10:59 | 14 | Q    At the time that you posted this comment, did you know |
| 10:59 | 15 | there was any lawsuit going on? |
| 10:59 | 16 | A    No, I didn't. |
| 10:59 | 17 | Q    What was your reaction when you saw the series of |
| 10:59 | 18 | images that caused you to comment? |
| 10:59 | 19 | A    The first reaction was like -- so this was on Tiny's |
| 11:00 | 20 | page, and it said:  "Do these dolls look familiar?"  So my |
| 11:00 | 21 | first reaction was like why is she asking do they look |
| 11:00 | 22 | familiar, because I'm assuming that they represent the girls |
| 11:00 | 23 | the whole time, so that was my first reaction.  Why is she |
| 11:00 | 24 | asking that? |
| 11:00 | 25 | I didn't know if it was like are you really asking |

| | | |
|---|---|---|
| 11:00 | 1 | does it look familiar or trying to get people to like -- |
| 11:00 | 2 | like, hey, by the way, these represent the girls, you know. |
| 11:00 | 3 | And then I started reading the comments, and then I realized |
| 11:00 | 4 | like, oh, she really doesn't know.  Then I'm thinking how |
| 11:00 | 5 | can she not know?  But then I'm like she is also famous, so |
| 11:00 | 6 | maybe she doesn't go to the store, you know. |
| 11:00 | 7 | Q    When you say that she didn't know, what is it that you |
| 11:00 | 8 | felt she didn't know? |
| 11:00 | 9 | MS. BREWER:  Objection, Your Honor.  Speculation. |
| 11:01 | 10 | THE COURT:  Overruled. |
| 11:01 | 11 | THE WITNESS:  That these dolls were -- I mean, |
| 11:01 | 12 | that these dolls were looking like the image of the OMG |
| 11:01 | 13 | Girlz. |
| 11:01 | 14 | BY MS. WESTMORELAND: |
| 11:01 | 15 | Q    Is it fair to say you were thinking if she -- why would |
| 11:01 | 16 | she post this if this is a series of dolls that they were |
| 11:01 | 17 | sponsoring or somehow affiliated with? |
| 11:01 | 18 | A    Yes.  I was thinking once I read the -- seen this and |
| 11:01 | 19 | read the comments, I'm thinking like, oh, they made these |
| 11:01 | 20 | dolls in the image of the OMG Girlz, and she doesn't even |
| 11:01 | 21 | know.  That's just wrong. |
| 11:01 | 22 | Q    So you were just on 402 in your binder.  Again, it was |
| 11:01 | 23 | showing the image on the left here. |
| 11:01 | 24 | Do you recall seeing this image on Ms. Pullins' |
| 11:01 | 25 | Instagram post? |

| | | |
|---|---|---|
| 11:01 | 1 | A    On her story, yes. |
| 11:01 | 2 | Q    What is an Instagram story? |
| 11:01 | 3 | A    The story is like it's there for only 24 hours, so you |
| 11:01 | 4 | post it on your story.  It's there for people to view for |
| 11:02 | 5 | 24 hours, and it goes away.  It's not an actual post on your |
| 11:02 | 6 | page. |
| 11:02 | 7 | Q    To your knowledge, were these posts public for people |
| 11:02 | 8 | to see? |
| 11:02 | 9 | MS. BREWER:  Objection, Your Honor.  Speculation. |
| 11:02 | 10 | MS. WESTMORELAND:  I asked her if -- |
| 11:02 | 11 | THE COURT:  Just a minute.  Overruled. |
| 11:02 | 12 | THE WITNESS:  Yes, as far as I know. |
| 11:02 | 13 | BY MS. WESTMORELAND: |
| 11:02 | 14 | Q    So this particular post that Ms. Pullins put up, were |
| 11:02 | 15 | you able to interact to it in any way? |
| 11:02 | 16 | A    Yes.  It was a poll, so it asks like a question, and |
| 11:02 | 17 | then you can click your response to the poll. |
| 11:02 | 18 | Q    And did you indicate a response one way or another? |
| 11:02 | 19 | A    Yes, I did. |
| 11:02 | 20 | Q    Ms. Alexander, were you deposed in this case? |
| 11:02 | 21 | A    Yes, I was. |
| 11:02 | 22 | Q    Did that come after you commented and interacted with |
| 11:02 | 23 | the post on Instagram? |
| 11:03 | 24 | A    Yes. |
| 11:03 | 25 | Q    Let's back up before the deposition. |

11:03    1              What happened after you commented on the post?

11:03    2    A    When I commented on the post, I got a DM or a message

11:03    3    on Instagram saying that they saw my post and if I would

11:03    4    be willing to like sign something saying that -- you know,

11:03    5    about my confusion between the dolls and the OMG Girlz.

11:03    6    Q    And did you know who it was who reached out to you at

11:03    7    the time they reached out?

11:03    8    A    No, I didn't.

11:03    9    Q    What was your initial reaction when you got that

11:03    10   outreach?

11:03    11   A    I honestly thought it was like a scam at first.  I

11:03    12   thought it was like -- I don't know because it was -- it was

11:03    13   somebody that I wasn't friends with, and it was outside, you

11:03    14   know, the post that I put, so I honestly thought it was a

11:03    15   scam at first.

11:03    16   Q    What did you do next?

11:03    17   A    I messaged -- I believe I took a screenshot of it, and

11:03    18   I messaged back on the page, on Tiny's page, where I put the

11:03    19   comment and like -- you know, I'm paraphrasing, but I was

11:04    20   like, hey, I got this message.  I'm just making sure it's

11:04    21   real, like I wouldn't mind helping if it's real, but I

11:04    22   didn't want to get into any scam type stuff.

11:04    23   Q    Did you eventually receive a document to sign?

11:04    24   A    Yes.

11:04    25   Q    Were you eventually deposed in this case?

| 11:04 | 1  | A     Yes, I was. |
| 11:04 | 2  | Q     Do you recall how you happened to be deposed in this |
| 11:04 | 3  | case? |
| 11:04 | 4  | A     I was subpoenaed to be deposed. |
| 11:04 | 5  | Q     Do you recall where the subpoena came from? |
| 11:04 | 6  | A     From MGA. |
| 11:04 | 7  | Q     Ms. Alexander, I know you mentioned you're from Katy, |
| 11:04 | 8  | Texas. |
| 11:04 | 9  |       Are you being reimbursed for your expenses in |
| 11:04 | 10 | traveling to California to testify? |
| 11:04 | 11 | A     Yes. |
| 11:04 | 12 | Q     Are you being paid in any other way other than being |
| 11:04 | 13 | reimbursed for your time away from work and your expenses? |
| 11:05 | 14 | A     No. |
| 11:05 | 15 | Q     Earlier we talked about how difficult it was for you to |
| 11:05 | 16 | get here. |
| 11:05 | 17 |       Why did you come, Ms. Alexander? |
| 11:05 | 18 | A     Honestly, I -- well, for one, I tried to get me to be |
| 11:05 | 19 | able to participate via Zoom just because of the work issues |
| 11:05 | 20 | and my daughter not really wanting to fly, but it was |
| 11:05 | 21 | denied.  So I felt like when I signed the declaration that |
| 11:05 | 22 | was me agreeing to assist, so I felt like I just needed to |
| 11:05 | 23 | see it all the way through. |
| 11:05 | 24 |       And also since they are here defending themselves, |
| 11:05 | 25 | I just feel like that's only right, that if I needed |

| | | |
|---|---|---|
| 11:05 | 1 | somebody to come to my defense and they were able to help |
| 11:05 | 2 | me, I would want them to do the same thing. |
| 11:05 | 3 | MS. WESTMORELAND:  Pass the witness. |
| 11:06 | 4 | MS. BREWER:  Your Honor, may I take a binder to |
| 11:06 | 5 | the witness? |
| 11:06 | 6 | THE COURT:  Please. |
| 11:06 | 7 | Ms. Brewer. |
| 11:06 | 8 | CROSS-EXAMINATION |
| 11:06 | 9 | BY MS. BREWER: |
| 11:06 | 10 | Q    Good morning, Ms. Alexander. |
| 11:06 | 11 | A    Good morning. |
| 11:06 | 12 | Q    You are represented by an attorney here today, correct? |
| 11:06 | 13 | A    Yes. |
| 11:06 | 14 | Q    Are you represented by the Harris parties' attorney |
| 11:06 | 15 | today? |
| 11:07 | 16 | A    Yes. |
| 11:07 | 17 | Q    And you are not paying the Harris parties' attorney to |
| 11:07 | 18 | represent you today, correct? |
| 11:07 | 19 | A    No. |
| 11:07 | 20 | Q    And I think you already told your counsel that you flew |
| 11:07 | 21 | out here from Texas to California to testify to assist the |
| 11:07 | 22 | Harrises, correct? |
| 11:07 | 23 | A    To -- yeah, to continue with what I started about my |
| 11:07 | 24 | confusion, yes. |
| 11:07 | 25 | Q    So you flew out from out of state to testify in court |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:07 | 1 | here today for the Harrises, correct? |
| 11:07 | 2 | A    Yes. |
| 11:07 | 3 | Q    And you actually flew here with your daughter, correct? |
| 11:07 | 4 | A    Yes.  I didn't really have any other place for her to |
| 11:07 | 5 | be. |
| 11:07 | 6 | Q    The Harrises' attorneys also represented you during |
| 11:07 | 7 | your deposition that was taken in 2022, correct? |
| 11:07 | 8 | A    I believe so. |
| 11:07 | 9 | Q    And you didn't pay the attorneys to represent you |
| 11:07 | 10 | during your 2022 deposition, correct? |
| 11:08 | 11 | A    Correct. |
| 11:08 | 12 | Q    You also previously testified for the Harrises in a |
| 11:08 | 13 | prior proceeding in May 2023, correct? |
| 11:08 | 14 | A    Yes. |
| 11:08 | 15 | Q    And at that prior proceeding, you were again |
| 11:08 | 16 | represented by the Harrises' attorneys/ |
| 11:08 | 17 | A    Yes. |
| 11:08 | 18 | Q    At the prior proceeding in May 2023, you did not have |
| 11:08 | 19 | to pay the Harrises' attorneys to represent you, correct? |
| 11:08 | 20 | A    Correct. |
| 11:08 | 21 | Q    And for the 2023 proceeding, you again were flown out |
| 11:08 | 22 | to California to testify, correct? |
| 11:08 | 23 | A    Yes. |
| 11:08 | 24 | Q    And during that 2023 proceeding, you were flown out |
| 11:08 | 25 | with your kids to California, correct? |

| | | |
|---|---|---|
| 11:08 | 1 | MS. WESTMORELAND:  Objection, Your Honor.  It's |
| 11:08 | 2 | getting cumulative. |
| 11:08 | 3 | THE COURT:  Overruled. |
| 11:08 | 4 | THE WITNESS:  Yeah.  They don't have anywhere else |
| 11:08 | 5 | to be if they are not with me. |
| 11:08 | 6 | BY MS. BREWER: |
| 11:08 | 7 | Q    So your kids came with you when you came to testify in |
| 11:08 | 8 | 2023, right? |
| 11:08 | 9 | A    Yes. |
| 11:08 | 10 | Q    And you were reimbursed for your travel expenses for |
| 11:09 | 11 | you and your kids, correct? |
| 11:09 | 12 | A    Correct. |
| 11:09 | 13 | Q    I think you mentioned earlier you know Ms. Harris from |
| 11:09 | 14 | her group Xscape, correct? |
| 11:09 | 15 | A    Yes. |
| 11:09 | 16 | Q    You are a fan of Ms. Harris's music? |
| 11:09 | 17 | A    Yes, I am a fan. |
| 11:09 | 18 | Q    And you have been a fan of Ms. Harris and Xscape's |
| 11:09 | 19 | music since the late 1990's, right? |
| 11:09 | 20 | A    I would say that's a pretty accurate timeframe. |
| 11:09 | 21 | Q    I think you mentioned earlier you've gone to a couple |
| 11:09 | 22 | of Ms. Harris's concerts, right? |
| 11:09 | 23 | A    Two of them, yes. |
| 11:09 | 24 | Q    You follow Ms. Harris on Instagram, right? |
| 11:09 | 25 | A    Yes, I do. |

11:09  1    Q    And your daughter is a fan of the OMG Girlz, right?

11:09  2    A    Yes.

11:09  3    Q    And you also follow Ms. Zonnique Pullins on Instagram,

11:09  4    correct?

11:09  5    A    Correct.

11:09  6    Q    You watch Ms. Pullins' stories on Instagram?

11:09  7    A    Yes.

11:09  8    Q    Sometimes you even interact with her stories on

11:10  9    Instagram, right?

11:10  10    A    Sometimes, yeah.

11:10  11    Q    Now, I think you previously testified that you have

11:10  12    probably seen every single episode of "T.I. & Tiny:  The

11:10  13    Family Hustle" TV show, correct?

11:10  14    A    Yeah, I believe so.  I have seen most of them.

11:10  15    Q    But you have only seen the OMG Girlz appear on a few

11:10  16    episodes of their TV show, right?

11:10  17    A    I have seen them, yeah.  They weren't on every single

11:10  18    episode of the show, correct.

11:10  19    Q    You previously testified that they only appeared on a

11:10  20    few episodes of The Family Hustle show, correct?

11:10  21    A    You are asking is that what I previously testified?

11:10  22    Q    Yes.  Did you previously testify that you only saw the

11:10  23    OMG Girlz appear on Family Hustle in a few episodes?

11:10  24    A    Yes.

11:10  25    Q    What time did Family Hustle come on TV?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| 11:10 | 1 | A | The time of the day? |
| 11:10 | 2 | Q | Yes.  What time of day did Family Hustle come on? |
| 11:10 | 3 | A | I don't know. |
| 11:11 | 4 | Q | Do you know that The Family Hustle TV show has been |
| 11:11 | 5 | | canceled? |
| 11:11 | 6 | A | I know it's not currently still on.  I do know that. |
| 11:11 | 7 | Q | Do you know if The Family Hustle TV show was popular |
| 11:11 | 8 | | with five to ten year olds? |
| 11:11 | 9 | A | Can you repeat that? |
| 11:11 | 10 | Q | Earlier you testified that Family Hustle is a popular |
| 11:11 | 11 | | show, right? |
| 11:11 | 12 | A | Yes. |
| 11:11 | 13 | Q | Do you know if Family Hustle was a popular show with |
| 11:11 | 14 | | five to ten years old? |
| 11:11 | 15 | A | I don't know. |
| 11:11 | 16 | Q | How old did you say your youngest daughter is? |
| 11:11 | 17 | A | My youngest daughter is 11. |
| 11:11 | 18 | Q | She is 11.  So when the OMG Girlz appeared on Family |
| 11:11 | 19 | | Hustle in 2012, she wasn't born yet? |
| 11:11 | 20 | A | 2012? |
| 11:11 | 21 | Q | Correct. |
| 11:11 | 22 | A | She was born in 2013. |
| 11:11 | 23 | Q | Okay.  So she was a baby. |
| 11:11 | 24 | A | In 2012, she was not born.  She was born in 2013. |
| 11:11 | 25 | Q | Okay.  I want to talk to you about the L.O.L. Surprise! |

| | | |
|---|---|---|
| 11:12 | 1 | line of dolls now. |
| 11:12 | 2 | A    Okay. |
| 11:12 | 3 | Q    You heard about the L.O.L. Surprise! products before |
| 11:12 | 4 | you ever learned about the L.O.L. Surprise! O.M.G. dolls, |
| 11:12 | 5 | correct? |
| 11:12 | 6 | A    I believe so. |
| 11:12 | 7 | Q    And you actually purchased the L.O.L. Surprise! toys |
| 11:12 | 8 | that came inside a little plastic ball, right? |
| 11:12 | 9 | A    Yes. |
| 11:12 | 10 | Q    You didn't believe that the L.O.L. Surprise! dolls that |
| 11:12 | 11 | were in that little plastic ball were in any way affiliated |
| 11:12 | 12 | with the OMG Girlz, correct? |
| 11:12 | 13 | A    Correct.  They didn't look like them at all. |
| 11:12 | 14 | Q    That's what I was just about to ask you. |
| 11:12 | 15 |      You believe that the small L.O.L. Surprise! Tot |
| 11:12 | 16 | dolls look nothing like the L.O.L. Surprise! O.M.G. dolls, |
| 11:12 | 17 | right? |
| 11:12 | 18 | A    The ones that were in the little egg, is that what you |
| 11:12 | 19 | are referring to? |
| 11:12 | 20 | Q    Yes, the small L.O.L. Surprise! Tot dolls that come in |
| 11:12 | 21 | the plastic balls. |
| 11:12 | 22 |      You believe that those dolls look nothing like the |
| 11:12 | 23 | L.O.L. Surprise! O.M.G. dolls, correct? |
| 11:13 | 24 | A    Correct. |
| 11:13 | 25 | Q    We have been talking a lot about how you watched Family |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:13  1    Hustle.

11:13  2              When you watched The Family Hustle show, there

11:13  3    were only three girls in the OMG Girlz, correct?

11:13  4    A    I believe at some point there were four.  At some point

11:13  5    in the show, there were four, and then there were three.

11:13  6    Q    Well, do you remember when you previously testified in

11:13  7    a proceeding in 2023 saying that there were only three girls

11:13  8    in OMG Girlz?

11:13  9    A    Do I remember?  I may have said the same thing, that at

11:13  10   some point there were four and then they were three.

11:13  11   Q    You testified here in a prior proceeding on May 12,

11:13  12   2023, correct?

11:13  13   A    Yes.

11:13  14   Q    You understood you were under oath during that

11:13  15   proceeding, correct?

11:13  16   A    Correct.

11:13  17   Q    You knew it was important to tell the truth, right?

11:13  18   A    Correct.

11:13  19   Q    Would you open up your binder to Tab 1?  This is a

11:13  20   May 12, 2023, proceeding, Day 4 a.m., page 53, lines 21 to

11:14  21   23.

11:14  22              MS. WESTMORELAND:  May I have just a moment, Your

11:14  23   Honor.

11:14  24              (Pause in proceedings)

11:14  25              MS. WESTMORELAND:  No objection.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:14 | 1 | MS. BREWER:  "Q.  And when you saw the reality TV |
| 11:14 | 2 | show, there were only three girls, right? |
| 11:14 | 3 | "A.  Yes." |
| 11:14 | 4 | BY MS. BREWER: |
| 11:14 | 5 | Q    Now, the OMG Girlz were an R&B pop band, right? |
| 11:14 | 6 | A    Are you still reading? |
| 11:14 | 7 | Q    No. |
| 11:14 | 8 | A    Oh.  Can you ask the question again?  I'm sorry. |
| 11:14 | 9 | Q    The OMG Girlz were an R&B pop band, correct? |
| 11:14 | 10 | A    I don't know what genre they are characterized as, but |
| 11:15 | 11 | I would say they went along with those two, but I don't know |
| 11:15 | 12 | what they are actually categorized as. |
| 11:15 | 13 | Q    When you were previously testifying in May of 2023 and |
| 11:15 | 14 | you were asked if the OMG Girlz were an R&B pop band, did |
| 11:15 | 15 | you answer yes? |
| 11:15 | 16 | A    Can I check in here? |
| 11:15 | 17 | Q    Let's go to page 57, lines 1 to 2. |
| 11:15 | 18 | MS. WESTMORELAND:  No objection. |
| 11:15 | 19 | MS. BREWER:  "Q.  Right?  The OMG Girlz were an |
| 11:15 | 20 | R&B pop band, right? |
| 11:15 | 21 | "A.  Yes." |
| 11:15 | 22 | BY MS. BREWER: |
| 11:15 | 23 | Q    Now, you never saw any OMG Girlz wear blond hair on The |
| 11:16 | 24 | Family Hustle television show, correct? |
| 11:16 | 25 | A    Not that I can recall. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:16 | 1 | Q    And you never saw any baby OMG Girlz appear on The |
| 11:16 | 2 | Family Hustle TV show, correct? |
| 11:16 | 3 | A    No. |
| 11:16 | 4 | Q    And you have never heard anyone refer to the OMG Girlz |
| 11:16 | 5 | as a "rock band," correct? |
| 11:16 | 6 | A    I have never heard of anyone refer to them as that, no. |
| 11:16 | 7 | Q    And you have never heard anyone characterize the OMG |
| 11:16 | 8 | Girlz music as heavy metal, correct? |
| 11:16 | 9 | A    Correct. |
| 11:16 | 10 |          MS. BREWER:  Your Honor, I would like to show |
| 11:16 | 11 | Exhibit 1115 which has already been admitted. |
| 11:16 | 12 |          MS. WESTMORELAND:  Can I get a copy? |
| 11:16 | 13 |          (Pause in proceedings) |
| 11:16 | 14 |          MS. WESTMORELAND:  No objection, Your Honor. |
| 11:16 | 15 |          MS. BREWER:  Ryan, can you go to page 3, please, |
| 11:16 | 16 | and blow up the L.O.L. Remix Super Surprise! Series. |
| 11:17 | 17 | BY MS. BREWER: |
| 11:17 | 18 | Q    Ms. Alexander, are these the L.O.L. Remix Super |
| 11:17 | 19 | Surprise! dolls that you purchased? |
| 11:17 | 20 | A    Yes, I believe so.  The one -- yeah, sure. |
| 11:17 | 21 | Q    And if you look at the second doll to the left with the |
| 11:17 | 22 | keytar, is that doll -- does that doll have fair skin? |
| 11:17 | 23 | A    The doll -- yes. |
| 11:17 | 24 | Q    If we look at the fourth doll, Bhad Gurl, does this |
| 11:17 | 25 | doll also have fair skin? |

| | | |
|---|---|---|
| 11:17 | 1 | A    I believe so.  Is this the same doll as in here because |
| 11:17 | 2 | those colors look different?  I don't know if we have the |
| 11:18 | 3 | dolls or if it's just a picture. |
| 11:18 | 4 | Q    These are the same dolls. |
| 11:18 | 5 | A    Okay.  That one looks a different color. |
| 11:18 | 6 | Q    You previously testified that the OMG -- you've never |
| 11:18 | 7 | seen any of the OMG Girlz play a guitar, correct? |
| 11:18 | 8 | A    Correct. |
| 11:18 | 9 | Q    You've never seen any of the OMG Girlz play a guitar |
| 11:18 | 10 | with two necks, right? |
| 11:18 | 11 | A    Correct. |
| 11:18 | 12 | Q    You've never seen the OMG Girlz play a keytar, correct? |
| 11:18 | 13 | A    I don't know what a keytar is. |
| 11:18 | 14 | Q    A keytar is the instrument that Fame Queen, the second |
| 11:18 | 15 | doll, is holding.  It looks like a keyboard and a guitar |
| 11:18 | 16 | combined. |
| 11:18 | 17 | A    Okay. |
| 11:18 | 18 | Q    Have you ever seen the OMG Girlz play a keytar? |
| 11:18 | 19 | A    No. |
| 11:18 | 20 | Q    Have you ever seen any images of the OMG Girlz playing |
| 11:18 | 21 | a keytar? |
| 11:18 | 22 | A    No. |
| 11:18 | 23 | Q    You also haven't seen any images of the OMG Girlz |
| 11:18 | 24 | playing a keyboard, right? |
| 11:18 | 25 | A    Correct. |

11:19    1    Q    You never saw the OMG Girlz on any reality TV show

11:19    2    playing a set of drums, correct?

11:19    3    A    Correct.

11:19    4    Q    You never saw the OMG Girlz on social media playing the

11:19    5    drums, correct?

11:19    6    A    Correct.

11:19    7            MS. BREWER:  I want to circle back and blow up

11:19    8    Bhad Gurl again, the doll on the far right.

11:19    9    BY MS. BREWER:

11:19   10    Q    You would agree that Bhad Gurl, this doll that I'm

11:19   11    showing you right now on the far right, has fair skin,

11:19   12    correct?

11:19   13    A    Correct.

11:19   14    Q    Now, I want you to look at the box that's sitting in

11:19   15    front of you.

11:19   16            The box says that it comes with four dolls,

11:19   17    correct?

11:19   18    A    Yes.

11:19   19    Q    It says it comes with four fashion dolls, correct?

11:19   20    A    Yes.

11:20   21    Q    It says it come with four instruments, correct?

11:20   22    A    Correct.

11:20   23    Q    So the box came with not only the four L.O.L. Surprise!

11:20   24    O.M.G. dolls, but also with the four Little Tots that you

11:20   25    see on the box, correct?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:20  1    A    Yes, it did.

11:20  2    Q    And on the box, you can also see the L.O.L. Surprise!

11:20  3    logo, right?

11:20  4    A    I can see it at the -- small at the top, yes.

11:20  5    Q    And when you purchased the L.O.L. Surprise! O.M.G.

11:20  6    Remix Super Surprise! set, you saw it had a bunch of little

11:20  7    pieces included, right?

11:20  8    A    Yes.

11:20  9    Q    Did you think the little babies, the Little Tots on the

11:20  10   box, were also OMG Girlz?

11:20  11   A    Not the actual girls, but they also had colorful hair.

11:20  12   I just thought that all of the stuff was just extra

11:21  13   accessories in the box.

11:21  14   Q    So you did not think the little babies, the Little

11:21  15   Tots, on the box were OMG Girlz?  Yes or no?

11:21  16   A    No, not the actual girls.

11:21  17        MS. BREWER:  Now, Ryan, can you pull up 402 that

11:21  18   has already been admitted.

11:21  19   BY MS. BREWER:

11:21  20   Q    Earlier when you were talking to your counsel, you said

11:21  21   that you saw this post on Ms. Pullins' Instagram story,

11:21  22   correct?

11:21  23   A    This post -- on her story, yes.

11:21  24   Q    And this post was about these three specific dolls that

11:21  25   you see here, correct?

11:21    1    A    Correct.

11:21    2    Q    And these three specific dolls that you see here, they

11:21    3    are not a part of that Remix Super Surprise! set that you

11:21    4    purchased, right?

11:21    5    A    No, they are not.

11:21    6    Q    Now, Ms. Alexander, you got involved in this case

11:22    7    because you saw one of Ms. Harris's Instagram posts,

11:22    8    correct?

11:22    9    A    I think I got involved when they reached out to me to

11:22   10    sign a declaration.

11:22   11    Q    When the Harrises' attorneys reached out to you to get

11:22   12    a declaration, that's when you got involved?

11:22   13    A    I believe so.

11:22   14    Q    Did you also see one of Ms. Harris's Instagram posts

11:22   15    and comment on it?

11:22   16    A    Yes, but I didn't know I was getting involved in a

11:22   17    lawsuit.

11:22   18    Q    I think your attorney already showed you 351, but I

11:22   19    want to pull that up.

11:22   20          MS. BREWER:  Can you zoom in on the top part.

11:22   21    BY MS. BREWER:

11:22   22    Q    Is this the post that you saw on Ms. Harris's

11:22   23    Instagram?

11:22   24    A    Yes.

        25

| | | |
|---|---|---|
| 11:22 | 1 | MS. BREWER:  Can you call out the dolls on the |
| 11:22 | 2 | top, Mr. Knecht. |
| 11:22 | 3 | BY MS. BREWER: |
| 11:22 | 4 | Q    You previously identified both of these dolls as being |
| 11:22 | 5 | female, correct? |
| 11:22 | 6 | A    Looking at them, they look female, yes. |
| 11:23 | 7 | Q    And you thought the doll on the right was one of the |
| 11:23 | 8 | OMG Girlz, the doll with the long black hair, correct? |
| 11:23 | 9 | A    I don't recall saying that. |
| 11:23 | 10 | Q    Why don't we turn to page 34, Tab 1, line 24, to 35, |
| 11:23 | 11 | line 1. |
| 11:23 | 12 | A    Can you say the page again?  I'm sorry.  I didn't |
| 11:23 | 13 | realize you were telling me to turn. |
| 11:23 | 14 | Q    Page 34, line 24, to 35, line 1. |
| 11:23 | 15 | A    Page 34.  Which line? |
| 11:24 | 16 | Q    24. |
| 11:24 | 17 | A    Okay. |
| 11:24 | 18 | MS. BREWER:  "Q.  Did you think the doll on the |
| 11:24 | 19 | right was one of the OMG Girlz, too? |
| 11:24 | 20 | "A.  Yes." |
| 11:24 | 21 | BY MS. BREWER: |
| 11:24 | 22 | Q    You've never seen the OMG Girlz wear pants where one |
| 11:24 | 23 | leg was striped black and white and one leg was red, |
| 11:24 | 24 | correct? |
| 11:24 | 25 | A    Not that I can remember. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 11:24 | 1 | Q    You've never seen the OMG Girlz wear long black hair |
| 11:24 | 2 | that goes below their waists, right? |
| 11:24 | 3 | A    Correct. |
| 11:24 | 4 | Q    Now I would like you to bring you the two dolls from |
| 11:24 | 5 | the post that you commented on.  That is Exhibits 1645 and |
| 11:24 | 6 | 1647. |
| 11:24 | 7 | A    The post that I commented on had multiple screens of |
| 11:24 | 8 | images. |
| 11:24 | 9 | Q    There is no question pending. |
| 11:24 | 10 | A    Okay. |
| 11:24 | 11 |         MS. BREWER:  Your Honor, may I approach? |
| 11:25 | 12 |         THE COURT:  You may. |
| 11:25 | 13 | BY MS. BREWER: |
| 11:25 | 14 | Q    Ma'am, you can look at the dolls in front of you. |
| 11:25 | 15 |         Do these appear to be the same L.O.L. Surprise! |
| 11:25 | 16 | O.M.G. dolls pictured in Ms. Harris's Instagram post that |
| 11:25 | 17 | you commented on? |
| 11:25 | 18 | A    The dolls that I commented on were not these dolls.  It |
| 11:25 | 19 | was multiple photos on the post of the familiarity.  So if |
| 11:25 | 20 | you are asking me do these dolls look like the ones that are |
| 11:25 | 21 | on this picture, yes, they do. |
| 11:26 | 22 |         MS. BREWER:  Your Honor, ask to admit Exhibits |
| 11:26 | 23 | 1645 and 1647. |
| 11:26 | 24 |         MS. WESTMORELAND:  No objection. |
| 11:26 | 25 |         THE COURT:  1645 and 1647 will be received. |

| | | |
|---|---|---|
| 11:26 | 1 | (Exhibits 1645 and 1647 received in evidence) |
| 11:26 | 2 | BY MS. WESTMORELAND: |
| 11:26 | 3 | Q    Now, did you know that the doll in front of you with |
| 11:26 | 4 | the long black hair is actually a male doll named Rocker |
| 11:26 | 5 | Boi? |
| 11:26 | 6 | A    No, I didn't know that. |
| 11:26 | 7 | Q    If you look at the box, can you see that the box that |
| 11:26 | 8 | the doll comes in actually says that the doll's name is |
| 11:26 | 9 | Rocker Boi? |
| 11:26 | 10 | A    I can see that on the box.  This is my first time |
| 11:26 | 11 | seeing the box, but I can see that on the box. |
| 11:26 | 12 | Q    Ms. Harris's Instagram post did not include the box for |
| 11:26 | 13 | the dolls that are accused, correct? |
| 11:26 | 14 | A    Not on this image. |
| 11:26 | 15 | MS. BREWER:  No further questions. |
| 11:27 | 16 | THE COURT:  Ms. Westmoreland. |
| 11:27 | 17 | MS. WESTMORELAND:  No further questions, Your |
| 11:27 | 18 | Honor. |
| 11:27 | 19 | THE COURT:  You may step down.  Thank you. |
| 11:27 | 20 | THE WITNESS:  Thank you. |
| 11:27 | 21 | MR. KEVILLE:  Your Honor, our next witness is |
| 11:27 | 22 | their witness, Blanche Consorti, who is not available.  If |
| 11:27 | 23 | we could take an earlier lunch break. |
| 11:27 | 24 | THE COURT:  We will do that.  We are going to |
| 11:27 | 25 | break for lunch now, but we will come back at 1:00 rather |

| | | |
|---|---|---|
| 11:27 | 1 | than 1:30 p.m. |
| 11:27 | 2 | Please remember the admonition.  You are not to |
| 11:27 | 3 | discuss the case with anyone.  You are not to form or |
| 11:27 | 4 | express any opinions on the issues in the case until it is |
| 11:27 | 5 | submitted to you.  1:00. |
| 11:27 | 6 | (Jury not present) |
| 11:28 | 7 | THE COURT:  Do you have any thoughts with regard |
| 11:28 | 8 | to the note we received from the jury? |
| 11:28 | 9 | MR. LOH:  Your Honor, I think the Court indicated |
| 11:28 | 10 | -- this is the one you read before the last break. |
| 11:28 | 11 | THE COURT:  Right. |
| 11:28 | 12 | MR. LOH:  I think you indicated you were going to |
| 11:28 | 13 | reread the joint statement, which is fine with us. |
| 11:28 | 14 | MR. KEVILLE:  Does the joint statement say the two |
| 11:28 | 15 | claims are trade dress misappropriation and misappropriation |
| 11:28 | 16 | of name, image, and likeness? |
| 11:28 | 17 | THE COURT:  I would read from page 4 of the |
| 11:28 | 18 | initial jury instructions:  "Grand Hustle, LLC, Pretty |
| 11:28 | 19 | Hustle, LLC, and OMG Girlz, LLC, claim that certain dolls |
| 11:28 | 20 | within MGA's doll product line L.O.L. Surprise! O.M.G. |
| 11:28 | 21 | infringe the trade dress and misappropriate the likeness of |
| 11:29 | 22 | the OMG Girlz." |
| 11:29 | 23 | MR. KEVILLE:  I think that's perfect.  I think |
| 11:29 | 24 | that would answer the question. |
| 11:29 | 25 | MR. LOH:  That's fine. |

| | | |
|---|---|---|
| 11:29 | 1 | THE COURT:  I will read the whole instruction. |
| 11:29 | 2 | Anything for the record at this time? |
| 11:29 | 3 | MS. WESTMORELAND:  Your Honor, there are a couple |
| 11:29 | 4 | of exhibit issues that we discussed over the weekend. |
| 11:29 | 5 | First, during Ms. Womack's testimony, |
| 11:29 | 6 | Exhibit 615-A was admitted.  It was supposed to be 1615-A. |
| 11:29 | 7 | THE COURT:  Any objection to substituting that? |
| 11:29 | 8 | MS. BREWER:  No, Your Honor.  We agree. |
| 11:29 | 9 | (Exhibit 615-A withdrawn. |
| 11:29 | 10 | Exhibit 1615-A received in evidence) |
| 11:29 | 11 | MS. WESTMORELAND:  The second one was also during |
| 11:29 | 12 | Ms. Womack's testimony.  It was recorded as 660, but it |
| 11:29 | 13 | should have been Exhibit 666. |
| 11:29 | 14 | THE COURT:  It will be received as Exhibit 666. |
| 11:30 | 15 | (Exhibit 660 withdrawn. |
| 11:30 | 16 | Exhibit 666 received in evidence) |
| 11:30 | 17 | MS. WESTMORELAND:  Thank you, Your Honor. |
| 11:30 | 18 | MR. KEVILLE:  Your Honor, just on the issue with |
| 11:30 | 19 | these objections to the last video deposition, do you have a |
| 11:30 | 20 | preference on how we do it?  Should we come back early at |
| 11:30 | 21 | the end of lunch?  Do we do it tomorrow morning and play it |
| 11:30 | 22 | out of order?  Whatever Your Honor needs to get that done. |
| 11:30 | 23 | THE COURT:  In the next hour, I will rule on the |
| 11:30 | 24 | objections. |
| 11:30 | 25 | MR. KEVILLE:  Okay.  Thank you. |

64

11:30    1                    THE COURT:  Okay.

11:30    2               (Recess)

         3               (Debbie Hino-Spaan reported Vol. II)

         4                          *    *    *

         5

         6

         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3

4                    **CERTIFICATE**

5

6          **I hereby certify that pursuant to Section 753,**

7    **Title 28, United States Code, the foregoing is a true and**

8    **correct transcript of the stenographically reported**

9    **proceedings held in the above-entitled matter and that the**

10   **transcript page format is in conformance with the**

11   **regulations of the Judicial Conference of the United States.**

12

13   **Date:  September 10, 2024**

14

15                         **/s/   Sharon A. Seffens  9/10/24**

16                         _____

                          **SHARON A. SEFFENS, U.S. COURT REPORTER**

17

18

19

20

21

22

23

24

25

MR. FINKELSTEIN: [2]  5/21 5/24
MR. GREEN: [47]  5/4 5/10 5/14 5/19 6/2 6/6
6/13 7/6 7/16 8/16 9/9 9/16 9/21 10/5 10/7
11/5 11/16 11/18 12/14 12/25 13/3 13/16
13/22 14/6 14/10 14/20 14/25 15/6 15/9 15/12
16/2 16/9 16/12 17/3 19/21 20/22 22/11 22/19
23/12 24/5 24/10 24/14 24/17 25/2 25/5 25/9
26/8
MR. KEVILLE: [18]  4/13 5/2 16/18 16/22
16/25 19/23 20/1 20/6 26/19 26/23 27/5 27/9
27/16 61/21 62/14 62/23 63/18 63/25
MR. LOH: [21]  4/8 15/15 16/1 20/24 21/5
21/11 22/3 22/14 23/3 23/18 23/23 24/13
24/16 24/21 24/24 25/4 25/6 25/14 62/9 62/12
62/25
MR. TRUJILLO-JAMISON: [5]  6/7 6/16 7/19
7/22 25/15
MS. BREWER: [29]  8/1 9/7 10/10 12/2 13/11
14/1 14/13 15/22 28/13 32/12 35/22 39/2 40/6
42/9 43/9 46/4 53/1 53/19 54/10 54/15 56/7
57/17 58/20 58/25 59/18 60/11 60/22 61/15
63/8
MS. WESTMORELAND: [20]  27/18 32/15
35/20 36/14 40/4 40/8 41/5 43/10 46/3 48/1
52/22 52/25 53/18 54/12 54/14 60/24 61/17
63/3 63/11 63/17
THE CLERK: [3]  4/4 27/22 27/25
THE COURT: [85]
THE WITNESS: [8]  28/2 28/16 32/17 39/4
42/11 43/12 48/4 61/20

**/**
/s [1]  65/15

**0**
0052 [1]  2/9

**1**
1-10 [1]  1/15
1-1053 [1]  1/23
10 [4]  1/15 1/21 4/1 65/13
1053 [1]  1/23
11 [4]  31/4 33/4 50/17 50/18
1115 [1]  54/11
12 [2]  52/11 52/20
14 [1]  10/16
15 minutes [1]  20/10
15 years [1]  29/5
16 [1]  3/18
16,265 [1]  11/15
1615-A [4]  3/10 3/11 63/6 63/10
1645 [5]  3/16 60/5 60/23 60/25 61/1
1647 [5]  3/16 60/6 60/23 60/25 61/1
18 [2]  31/2 32/24
19 [1]  3/19
1920 [1]  2/8
1990's [1]  48/19
1:00 [2]  61/25 62/5
1:30 [1]  62/1

**2**
2012 [3]  50/19 50/20 50/24
2013 [2]  50/22 50/24
2018 [1]  32/8
2021 [2]  36/2 36/11
2022 [2]  47/7 47/10
2023 [9]  47/13 47/18 47/21 47/24 48/8 52/7
52/12 52/20 53/13
2024 [3]  1/21 4/1 65/13
21 [1]  52/20
213 [1]  2/6
23 [1]  52/21
24 [5]  8/5 59/10 59/14 59/16 65/15
24 hours [2]  43/3 43/5
25 [1]  10/16
2750 [1]  2/14
28 [2]  3/6 65/7

**3**
3,000 [1]  28/20
30 [2]  36/2 36/11
31 [1]  36/4
318 [1]  7/16
318-A [2]  7/18 7/20
34 [3]  59/10 59/14 59/15
35 [1]  3/9 59/10 59/14
351 [2]  39/22 58/18
351-CF [2]  3/9 40/12
3850 [1]  2/5
39 [1]  2/2

**4**
40 [1]  3/9
402 [8]  7/25 8/2 8/6 21/2 40/24 41/1 42/22
57/17
403 [1]  12/8
411 [1]  1/23
431-7100 [1]  2/15
46 [1]  3/6
4th [1]  1/23

**5**
53 [1]  52/20
57 [1]  53/17

**6**
61 [1]  3/16
612 [1]  1/24
615-A [2]  3/10 63/9
63 [4]  3/10 3/11 3/11
659 [6]  3/9 35/15 35/21 35/23 35/24 36/12
660 [3]  3/11 63/12 63/15
666 [3]  63/13 63/14 63/16
679-0052 [1]  2/9
6:20 [1]  36/11

**7**
70 [1]  37/9
700 [1]  2/14
707 [1]  2/5
7100 [1]  2/15
713 [1]  2/15
750 [1]  2/8
753 [1]  65/6
77002 [1]  2/14

**8**
804-8655 [1]  1/24
830 [1]  14/9
8655 [1]  1/24
8:51 [1]  4/1

**9**
9/10/24 [1]  65/15
90017 [1]  2/6
9240 [1]  2/6
92614 [1]  2/9
92701 [1]  1/24
949 [1]  2/9
955-9240 [1]  2/6
963 [1]  4/18

**A**
a.m [3]  4/2 10/15 52/20
able [11]  21/22 22/24 25/6 26/4 26/11 35/18
38/13 38/23 43/15 45/19 46/1
about [37]  6/22 8/14 8/18 9/10 10/25 11/8
14/21 15/13 21/19 21/24 22/1 22/18 22/24
22/3 23/25 33/15 33/20 34/3 34/12 34/14 36/21
44/5 45/15 46/23 50/25 51/3 51/4 51/14 51/25
57/24
above [1]  65/9
above-entitled [1]  65/9
access [3]  11/20 12/18 13/5
accessories [2]  33/24 57/13

account [13]  12/15 12/18 13/1 13/2 13/5
13/18 13/20 13/25 13/25 14/12 22/17 24/3
accurate [2]  14/3 48/20
accurately [1]  23/14
accused [1]  61/13
actual [9]  8/2 8/21 20/15 23/17 25/7 35/19
43/5 57/11 57/16
actually [11]  8/24 12/5 13/8 35/6 35/9 35/17
47/3 51/7 53/12 61/4 61/8
addition [1]  40/21
additional [7]  7/8 29/19
additionally [2]  8/21 11/24
address [2]  20/24 20/25
addressed [1]  21/21
admit [5]  9/2 9/21 35/20 40/4 60/22
admitted [5]  22/4 22/4 54/11 57/18 63/6
admitting [1]  11/24
admonition [2]  20/11 62/2
affiliated [2]  42/17 51/11
after [8]  13/1 15/23 34/25 35/10 37/4 38/20
43/22 44/1
afternoon [1]  25/22
again [11]  12/8 13/4 22/20 29/22 30/20 42/22
47/15 47/21 53/8 56/8 59/12
ago [2]  30/21 33/4
agree [5]  10/8 11/19 17/16 56/10 63/8
agreed [5]  8/19 17/17 20/5 20/18 26/6
agreeing [1]  45/22
al [2]  1/11 4/5
ALEXANDER [31]  3/6 8/17 13/10 21/25 23/18
24/6 24/8 24/11 24/14 24/17 25/10 25/17
25/24 26/17 26/20 27/19 27/24 28/2 28/6
28/24 29/1 37/3 39/8 39/23 40/15 43/20 45/7
45/17 46/10 54/18 58/6
Alexander's [1]  40/10
alike [2]  18/16
all [24]  5/12 6/25 12/23 14/18 15/24 16/19
18/16 19/14 21/11 22/10 24/1 24/3 26/22
29/12 30/1 33/21 33/25 34/4 37/20 38/1 38/4
45/23 51/13 57/12
allowed [1]  21/18
along [2]  32/3 53/11
alongside [1]  6/18
already [13]  8/3 8/4 8/6 8/14 12/11 25/2 26/11
29/19 36/12 46/20 54/11 57/18 58/18
also [22]  7/9 8/25 14/1 16/25 23/17 25/4
28/11 30/18 32/2 42/5 45/24 47/6 47/12 49/3
54/25 55/23 56/24 57/2 57/10 57/11 58/14
63/11
alternative [1]  29/11
Alternatively [1]  6/23
although [1]  20/2
always [1]  41/11
am [3]  9/19 30/14 48/17
Ana [3]  1/20 1/24 4/1
analysis [2]  11/1 11/2
Angeles [1]  2/6
announce [1]  26/25
another [2]  22/7 43/18
answer [8]  16/6 20/2 27/2 27/3 27/11 27/12
53/15 62/24
anticipate [1]  15/16
anxiety [1]  30/19
any [40]  7/4 7/17 7/19 8/12 8/22 9/17 18/13
18/18 18/19 19/10 21/16 22/6 22/18 23/17
30/24 34/9 34/10 35/9 38/6 38/10 38/15 39/13
40/2 40/22 41/15 43/15 44/22 45/12 47/4
51/11 53/23 54/1 55/7 55/9 55/20 55/23 56/1
62/4 62/7 63/7
anymore [1]  38/15
anyone [6]  30/1 30/3 54/4 54/6 54/7 62/3
anything [7]  5/16 6/1 21/17 23/6 23/8 38/16
57/24
anywhere [1]  48/4
Apologies [1]  40/8
apologize [2]  17/1 26/8
app [4]  35/14 35/17 35/19 38/23
apparently [1]  24/1
appear [5]  5/8 49/15 49/23 54/1 60/15

# A

appearances [2]  2/1 4/6
appeared [3]  7/9 49/19 50/18
approach [4]  6/8 27/20 36/14 60/11
are [91]
aren't [2]  9/1 22/12
argue [2]  14/16 14/18
argument [4]  9/23 21/24 21/24 22/23
around [1]  33/4
as [45]  3/9 4/20 7/6 8/4 8/17 9/9 11/11 11/20
  11/25 12/10 12/21 17/6 19/4 19/18 21/5 21/13
  21/14 21/21 22/10 22/25 23/12 23/15 26/1
  26/2 29/5 29/21 35/4 35/24 37/25 40/5 40/7
  40/7 40/11 40/12 43/12 43/12 53/10 53/12
  54/5 54/6 54/8 55/1 59/4 63/12 63/14
ask [6]  6/24 14/1 22/1 51/14 53/8 60/22
asked [5]  4/21 6/22 8/20 43/10 53/14
asking [8]  5/4 22/12 23/22 41/21 41/24 41/25
  49/21 60/20
asks [1]  43/16
asserted [1]  11/8
assist [2]  45/22 46/21
associated [1]  19/10
association [3]  18/11 18/14 18/19
assuming [1]  41/22
attached [1]  40/20
attachment [1]  5/7
attention [3]  22/20 23/1 23/3
attorney [4]  46/12 46/14 46/17 58/18
attorneys [8]  17/19 17/24 18/2 47/6 47/9
  47/16 47/19 58/11
authenticate [6]  11/1 11/16 11/25 12/22 13/6
  13/23
authenticates [1]  11/15
availability [1]  26/3
available [2]  25/22 61/22
awaiting [1]  26/1
aware [1]  31/10
away [2]  43/5 45/13

# B

babies [2]  57/9 57/14
baby [3]  19/11 50/23 54/1
Bachelor [1]  29/9
back [6]  32/25 43/25 44/18 56/7 61/25 63/20
backdoor [1]  14/16
backstage [1]  33/12
bad [1]  30/21
ball [2]  51/8 51/11
balls [1]  51/21
band [5]  53/5 53/9 53/14 53/20 54/5
based [3]  24/2 25/17 25/21
basically [2]  4/19 30/4
basis [3]  6/20 6/21 29/25
be [52]  6/17 6/21 6/25 9/4 9/13 11/12 12/12
  12/14 13/12 13/16 15/18 16/3 16/21 18/1
  20/10 20/17 21/6 21/16 21/18 21/22 21/25
  22/6 22/6 22/9 22/24 23/2 23/4 25/6 25/17
  25/21 26/4 26/11 27/15 28/19 30/2 30/3 30/6
  35/23 37/11 37/12 39/22 40/11 44/4 45/2 45/4
  45/18 47/5 48/5 60/15 60/25 63/6 63/14
be willing [1]  44/4
because [31]  8/7 9/3 9/22 11/10 12/8 14/20
  15/17 17/17 18/23 19/6 21/2 21/5 21/7 22/10
  22/3 23/9 23/23 23/25 24/1 29/9 29/19 30/14
  32/24 35/18 37/14 38/21 41/22 44/12 45/19
  55/1 58/7
become [2]  29/7 29/11
been [15]  9/23 11/11 30/7 30/8 33/3 48/18
  50/4 51/25 54/11 57/18 63/13
before [7]  20/7 25/24 31/5 31/7 43/25 51/3
  62/10
behind [1]  23/8
being [10]  11/7 14/21 17/10 17/13 21/21 31/7
  45/9 45/12 45/12 59/14
believe [18]  16/17 22/1 31/23 38/8 38/9 38/14
  38/16 44/17 47/8 49/14 51/6 51/10 51/15
  51/22 52/4 54/20 55/1 58/13

# C

below [1]  60/2
between [2]  11/4 38/25
Bhad [1]  2/5
big [3]  37/18 37/19 38/17
binder [7]  35/15 39/21 40/24 41/1 42/22 46/4
  52/19
binders [1]  27/20
birthday [6]  34/24 35/1 35/12 36/4 37/6 37/11
birthdays [1]  34/18
bit [1]  30/19
black [6]  59/8 59/23 60/1 61/4
Blanche [1]  61/22
blond [1]  53/23
blow [2]  54/16 56/7
Boi [2]  61/5 61/9
booklets [1]  34/20
born [4]  50/19 50/22 50/24 50/24
both [3]  15/6 16/5 59/4
bottom [10]  8/6 10/4 10/5 10/7 12/4 14/2
  14/11 14/22 22/1 40/15
bought [3]  18/18 18/23 19/5 19/10 19/20
  35/18
Boulevard [1]  2/5
box [21]  34/23 35/11 35/19 36/17 37/4 38/7
  38/17 56/14 56/16 56/23 56/25 57/2 57/10
  57/13 57/15 61/7 61/7 61/10 61/11 61/11
  61/12
Bratz [1]  17/7 18/7 18/14
break [4]  20/7 61/23 61/25 62/10
BREEANNA [2]  2/4 4/10
BREWER [3]  2/4 4/10 46/7
brief [1]  4/19
briefly [2]  25/15 35/16
bring [3]  16/14 21/8 60/4
brought [5]  19/17 34/19 34/22 35/2 36/24
bunch [1]  57/6
buy [1]  18/22

# C

CA [3]  1/24 2/6 2/9
calendar [1]  15/21
CALIFORNIA [7]  1/4 1/20 4/1 45/10 46/21
  47/22 47/25
call [11]  16/24 19/23 22/13 26/9 27/5 27/8
  27/12 27/12 27/18 34/6 37/21 59/1
called [1]  22/21
calling [5]  4/4 22/20 22/25 23/3 25/17
calls [1]  37/12
came [7]  9/13 34/18 45/5 48/7 48/7 51/8
  56/23
CAMPBELL [4]  3/18 16/3 16/20 17/10
can [70]
can't [4]  23/19 32/6 34/19 34/21
canceled [1]  50/5
cannot [8]  8/11 8/11 8/12 10/25 11/1 12/7
  12/12 22/9
case [10]  11/3 14/14 20/15 31/8 43/20 44/25
  45/3 58/6 62/3 62/4
catch [1]  40/9
categories [1]  5/7
categorized [1]  53/12
category [2]  5/1 5/1
caused [1]  41/18
Center [1]  31/20
CENTRAL [1]  1/4
certain [2]  23/10 62/19
Certainly [1]  20/6
CERTIFED [1]  1/8
CERTIFICATE [2]  29/11 29/18
certified [1]  29/12
certify [1]  65/6
CF [5]  3/9 6/12 6/12 40/5 40/12
challenge [1]  30/17
chance [3]  4/24 5/22 26/20
change [1]  15/10
changes [1]  26/16
CHANTE [2]  2/13 4/14
characteristic [1]  19/1

# C

characterize [1]  54/7
characterized [1]  63/10
charging [1]  15/17
check [1]  53/16
cherry [1]  9/24
cherry-picked [1]  9/24
chic [1]  33/22
children [1]  30/24
circle [2]  35/14 56/7
circumstances [1]  7/2
claim [2]  20/15 62/19
Claimants [2]  1/14 2/11
claims [2]  20/19 62/15
clarification [2]  20/14 21/2
classes [1]  29/20
clear [2]  12/14 16/9
clearly [1]  14/20
click [1]  43/17
clients [1]  30/1
CLIFFORD [3]  1/10 4/5 4/18
clinical [3]  29/4 29/16 29/23
clip [1]  27/15
closest [1]  37/15
closing [1]  21/24
co [1]  15/17
co-counsel [1]  15/17
Code [1]  65/7
colleague [2]  4/10 20/25
color [4]  34/1 38/2 38/3 55/5
colorful [6]  33/19 33/21 38/1 38/2 39/5 57/11
colors [3]  19/4 39/5 55/2
combined [1]  55/16
come [16]  7/14 11/10 12/4 17/13 26/11 26/25
  38/14 43/22 45/17 46/1 49/25 50/2 51/20
  56/21 61/25 63/20
comes [6]  19/12 30/1 30/3 56/16 56/19 61/8
coming [1]  31/5
comment [17]  6/24 7/6 7/7 7/17 10/6 10/11
  10/13 28/8 40/3 40/10 41/6 41/10 41/11 41/14
  41/18 44/19 58/15
commented [8]  28/18 43/22 44/1 44/2 60/5
  60/7 60/17 60/18
comments [8]  4/19 5/5 6/24 7/8 8/8 10/18
  42/3 42/19
complete [1]  16/19
completeness [1]  12/16
completes [1]  19/21
concedes [1]  23/21
concern [4]  8/22 22/6 24/19 25/10
concerned [3]  11/8 14/21 21/2
concerning [2]  12/21 25/16
concert [1]  31/17
concerts [4]  31/18 32/2 34/10 48/22
concludes [1]  16/22 20/1 20/3 27/16
conditionally [6]  9/2 9/21 13/25 21/7 22/4
  22/22
conference [2]  15/17 65/11
conferred [1]  8/19
conferring [2]  15/1 15/11
conformance [1]  65/10
confuse [1]  17/7
confusion [4]  4/22 23/10 44/5 46/24
connection [4]  35/8 36/20 36/23 38/25
consider [6]  6/23 21/13 21/14 23/6 23/8
  34/10
considering [1]  22/15
Consorti [2]  25/20 61/22
Consorti's [1]  26/3
consumer [6]  8/8 8/10 9/10 10/12 10/13
  11/22
contents [1]  22/18
continue [1]  46/23
continued [3]  3/18 16/21 27/15
conversation [1]  35/10
copies [2]  6/6 20/16
copy [1]  54/12
core [1]  19/17
corner [1]  9/15
correct [66]

**C**

**could** [2] 26/16 61/23
**couldn't** [1] 38/15
**counsel** [14] 2/1 4/6 7/6 8/19 9/1 15/1 15/11
15/13 15/17 21/7 25/21 26/13 46/20 57/20
**Counseling** [1] 29/15
**counselor** [4] 29/6 29/8 29/14 29/19
**counsels'** [1] 25/17
**Counter** [4] 1/14 1/16 2/2 2/11
**Counter-Claimants** [2] 1/14 2/11
**Counter-Defendants** [2] 1/16 2/2
**couple** [2] 48/21 63/3
**courses** [1] 29/12
**court** [15] 1/3 6/10 6/23 7/24 10/17 10/22
10/23 12/11 15/16 21/1 21/6 21/11 46/25 62/9
65/16
**Courthouse** [1] 1/23
**cover** [1] 30/18
**create** [1] 30/6
**creative** [4] 17/17 18/24 19/1 19/15
**CROSS** [3] 3/5 3/13 46/8
**CROSS-EXAMINATION** [1] 46/8
**cumulative** [2] 4/20 48/2
**curative** [5] 21/14 22/11 23/1 23/5 25/1
**cure** [1] 23/17
**current** [2] 29/22 30/7
**currently** [1] 50/6
**cut** [1] 20/2
**cute** [3] 34/8 34/8 34/11
**CV** [2] 1/10 4/4
**CV-20-11548-JVS** [2] 1/10 4/4

**D**

**data** [1] 24/1
**Date** [1] 65/13
**daughter** [21] 30/19 30/23 30/25 31/3 32/24
33/1 33/2 34/12 34/14 34/16 35/5 35/5 36/24
37/4 38/20 41/13 45/20 47/3 49/1 50/16 50/17
**daughters** [1] 32/23
**day** [10] 1/11 8/5 10/15 15/23 26/14 29/25
29/25 50/1 50/2 52/20
**dealt** [1] 21/1
**Debbie** [1] 64/3
**declaration** [3] 45/21 58/10 58/12
**defendants** [5] 1/11 1/16 2/2 2/11 4/14
**defending** [1] 45/24
**defense** [3] 3/12 3/15 46/1
**Degree** [3] 29/9 29/14 29/20
**delete** [1] 25/4
**denied** [1] 45/21
**depict** [1] 37/1
**depicted** [1] 37/25
**deposed** [4] 43/20 44/25 45/2 45/4
**deposition** [19] 3/18 3/19 6/16 6/19 7/2 7/3
7/3 7/5 7/8 16/20 17/5 17/11 19/24 19/25 20/5
43/25 47/7 47/10 63/19
**deserve** [1] 17/18
**designation** [1] 20/3
**designations** [1] 26/12
**designator** [1] 6/13
**did** [61] 9/12 13/20 17/16 18/4 18/10 18/18
18/22 22/25 24/12 28/8 28/10 28/11 28/16
28/18 28/20 29/7 30/22 31/17 31/18 31/16
31/16 32/4 32/22 33/7 33/9 33/13 34/3 34/25
35/5 35/9 36/20 36/22 37/8 37/10 37/21 38/6
38/24 38/25 40/2 41/14 43/18 43/19 43/22
44/6 44/16 44/23 45/17 47/18 49/22 49/25
50/2 50/16 53/14 57/1 57/9 57/14 58/14 59/18
61/3 61/12
**didn't** [26] 7/3 13/17 13/19 18/13 27/2 34/9
35/4 37/17 37/18 38/8 38/10 38/15 40/9 41/16
41/25 42/7 42/8 44/8 44/22 47/4 47/9 51/10
51/13 58/16 59/12 61/6
**different** [7] 4/25 5/7 16/6 38/3 38/4 55/2 55/5
**difficult** [2] 30/10 45/15
**DIRECT** [3] 3/5 3/13 28/4
**discuss** [3] 7/23 20/16 62/3
**discussed** [2] 7/7 63/4

**displaying** [1] 7/4
**distinctive** [2] 11/9 53/20
**DIVISION** [1] 1/5
**DM** [1] 44/2
**do** [60] 4/25 5/8 8/9 10/4 11/17 11/19 14/5
15/22 15/24 18/4 22/17 24/7 24/20 26/8 26/15
28/23 29/3 29/3 29/25 29/25 30/24 33/2 33/5
33/15 34/25 35/13 36/1 37/3 39/8 39/11 39/12
39/13 39/25 40/1 40/15 40/22 40/25 41/20
41/21 42/24 44/16 45/2 45/5 46/2 48/25 50/4
50/6 50/7 50/13 52/6 52/9 60/15 60/20 60/21
61/24 62/7 63/19 63/20 63/21 63/21
**Docket** [1] 4/18
**document** [6] 12/3 21/6 22/3 23/4 35/16
44/23
**documents** [1] 11/10
**does** [11] 1/15 6/12 8/4 11/17 15/16 26/20
40/18 42/1 54/22 54/24 62/14
**doesn't** [5] 23/11 25/7 42/4 42/6 42/20
**doing** [2] 8/24 23/1
**doll** [24] 18/7 18/19 19/3 19/5 19/6 38/19
38/20 54/21 54/22 54/22 54/24 54/25 55/2
55/1 55/15 56/8 56/10 59/7 59/8 59/18 61/3
61/4 61/8 62/20
**doll's** [1] 61/8
**dolls** [62] 17/7 18/10 18/13 18/14 18/14 18/18
18/20 18/22 18/23 19/10 19/20 24/22 28/9
34/15 34/17 34/23 35/9 36/17 37/8 37/21 38/1
38/7 38/12 38/15 38/18 38/24 38/25 39/4
41/11 41/12 41/20 42/11 42/12 42/16 42/20
44/5 51/1 51/4 51/10 51/16 51/16 51/20 51/22
51/23 54/19 55/3 55/4 56/16 56/16 56/18 60/1
57/24 58/2 59/1 59/4 60/4 60/14 60/16 60/18
60/18 60/20 61/13 62/19
**Dominique** [4] 27/19 27/24 28/2 28/24
**DOMINQUE** [1] 3/6
**don't** [32] 5/16 5/18 7/4 7/17 7/19 8/22 9/5
9/17 12/6 12/17 14/9 19/15 20/19 22/1 22/11
22/19 23/5 24/1 24/8 24/11 25/23 37/14 44/12
48/4 50/3 50/15 53/10 53/11 55/2 55/13 59/9
59/10
**done** [4] 11/25 13/1 13/3 63/22
**dots** [2] 40/16 40/19
**down** [3] 24/16 40/15 61/19
**dress** [2] 62/15 62/21
**driveup** [1] 36/10
**drums** [2] 56/2 56/5
**during** [8] 6/19 26/10 47/6 47/10 47/24 52/14
63/5 63/11

**E**

**each** [1] 34/1
**earlier** [7] 26/21 45/15 48/13 48/21 50/10
57/20 61/23
**early** [2] 15/20 63/20
**ears** [1] 30/21
**edgy** [1] 18/25
**education** [4] 29/5 29/7 29/10 29/14
**educational** [1] 31/25
**egg** [1] 51/18
**either** [4] 17/11 33/11 34/19 37/4
**ELA** [1] 29/13
**else** [3] 6/1 23/8 48/4
**encountered** [2] 34/15 34/17
**end** [3] 13/7 15/23 63/21
**enough** [1] 34/5
**ENTERTAINMENT** [3] 1/8 1/15 4/5
**entire** [1] 14/22
**entitled** [1] 65/9
**episode** [2] 49/12 49/18
**episodes** [3] 49/16 49/20 49/23
**Essence** [3] 31/19 31/22 31/23
**essentially** [1] 11/21 21/15 26/10
**et** [2] 1/11 4/5
**even** [8] 13/12 14/11 22/1 23/19 23/25 38/2
42/20 49/8
**eventually** [1] 44/23 44/25
**ever** [4] 17/7 51/4 55/18 55/20

**every** [5] 7/12 12/5 31/24 49/12 49/17
**everything** [2] 14/6 15/5
**evidence** [13] 4/20 4/21 5/16 9/11 15/4 15/24
22/15 35/24 36/13 40/13 61/1 63/10 63/16
**exact** [4] 5/3 5/10 10/1 32/6
**exactly** [2] 13/4 18/23
**EXAMINATION** [2] 28/4 46/8
**exchanged** [1] 16/4
**excluded** [4] 8/5 8/6 8/14 10/23
**exhibit** [39] 3/9 3/9 3/10 3/11 3/11 5/17
6/10 6/12 6/17 6/19 6/22 7/22 7/24 7/25 8/2
8/6 8/7 8/11 8/13 11/22 21/2 35/15 35/21
35/24 36/12 40/5 40/7 40/12 54/11 63/4 63/6
63/9 63/10 63/13 63/14 63/15 63/16
**Exhibit 1** [1] 5/17
**Exhibit 1115** [1] 54/11
**Exhibit 351-CF** [1] 40/5
**Exhibit 380-CF** [1] 6/12
**Exhibit 402** [4] 7/25 8/2 8/6 21/2
**Exhibit 615-A** [1] 63/6
**Exhibit 659** [4] 35/15 35/21 35/24 36/12
**Exhibit 660** [1] 63/15
**Exhibit 666** [2] 63/13 63/14
**exhibits** [10] 3/8 3/15 3/16 5/8 6/3 6/5 12/1
60/5 60/22 61/1
**Exhibits 1645** [1] 60/5
**expect** [1] 25/18
**expenses** [5] 17/13 18/1 45/9 45/13 48/10
**experience** [1] 30/21
**expert** [1] 23/13
**explain** [2] 8/24 9/12
**express** [1] 62/4
**expressed** [1] 37/5
**extent** [1] 25/10
**extra** [1] 57/12
**extremely** [1] 12/11

**F**

**facie** [1] 5/16
**facility** [1] 29/24
**fact** [4] 6/13 17/19 23/9 38/6
**factors** [1] 12/17
**fair** [4] 42/15 54/22 54/25 56/11
**fairly** [1] 30/14
**Fame** [1] 55/14
**familiar** [4] 39/16 41/20 41/22 42/1
**familiarity** [1] 60/19
**family** [17] 31/5 31/12 32/5 49/13 49/20 49/23
49/25 50/2 50/4 50/7 50/10 50/13 50/18 51/25
52/2 53/24 54/2
**famous** [1] 42/5
**fan** [7] 34/6 34/7 34/11 48/16 48/17 48/18
49/1
**far** [1] 34/12
**fas** [1] 43/12 56/8 56/11
**fashion** [1] 56/19
**feel** [2] 19/18 45/25
**felt** [3] 42/8 45/21 45/22
**female** [2] 59/5 59/6
**festival** [3] 31/19 31/22 31/23
**few** [4] 12/1 49/15 49/20 49/23
**file** [2] 5/22 5/25
**filed** [2] 4/18 26/14
**find** [2] 38/13 38/15
**fine** [10] 10/18 16/8 20/9 22/9 23/23 24/4
24/24 25/13 62/13 62/25
**finish** [2] 9/8 19/8 25/23
**FINKELSTEIN** [3] 2/7 4/9 5/20
**first** [17] 4/23 11/12 20/25 22/5 25/17 28/22
29/10 31/19 32/4 36/24 41/19 41/21 41/23
44/11 44/15 61/10 63/5
**five** [3] 10/2 50/8 50/14
**flew** [3] 46/20 46/25 47/3
**flown** [2] 47/21 47/24
**fly** [2] 30/22 45/20
**flying** [1] 30/20
**focused** [1] 32/1
**follow** [6] 31/13 39/8 39/11 39/13 48/24 49/3
**follows** [1] 17/6

**F**
foregoing [1] 65/7
forget [1] 19/18
form [1] 62/3
format [1] 65/10
found [4] 9/24 26/10 37/13 38/22
foundation [8] 6/20 8/12 11/4 13/15 14/5 21/8 25/6 32/13
four [12] 29/12 38/7 38/8 38/10 52/4 52/5 52/10 56/16 56/19 56/21 56/23 56/24
fourth [1] 54/24
friends [1] 44/13
front [3] 56/15 60/14 61/3
full [2] 27/25 30/16
full-time [1] 30/16
fun [1] 19/15
further [3] 21/5 61/15 61/17

**G**
generally [1] 39/17
genre [1] 53/10
gentlemen [2] 16/16 20/11
get [19] 1/10 10/24 17/18 20/14 22/4 24/8 26/4 26/13 26/13 30/10 30/18 34/24 42/1 44/22 45/16 45/18 54/12 58/11 63/22
getting [6] 13/8 13/11 19/5 29/18 48/2 58/16
girl [8] 19/6 19/13 33/17 33/18 33/19 34/1 37/1 37/24
girls [14] 19/12 19/14 19/14 33/23 33/25 37/1 37/24 41/22 42/2 52/3 52/7 53/2 57/11 57/16
girly [3] 33/22 37/24 39/6
GIRLZ [61] 1/13 17/8 18/4 18/11 18/24 19/2 19/11 19/19 27/18 28/9 32/4 33/5 33/15 34/6 35/3 35/7 35/8 36/20 37/2 37/22 38/7 38/9 39/1 39/5 39/8 39/14 41/12 42/13 42/20 44/5 49/1 49/15 49/23 50/18 51/12 53/9 53/9 53/14 53/19 53/23 54/1 54/4 54/8 55/7 55/9 55/15 55/18 55/20 55/23 56/4 57/10 57/15 59/8 59/19 59/22 60/1 62/19 62/22
give [3] 4/23 20/4 38/20
giving [1] 5/21
go [8] 7/11 23/5 30/4 32/3 34/10 42/6 53/17 54/15
goals [1] 30/6
goes [4] 21/23 24/25 43/5 60/2
going [25] 7/13 8/18 9/3 9/21 12/9 13/14 15/12 15/21 16/5 18/1 21/7 22/3 22/5 22/8 22/12 23/16 25/8 25/17 25/21 26/11 27/11 36/12 41/15 61/24 62/12
gone [1] 48/21
good [12] 4/8 4/12 4/13 4/16 16/16 19/15 20/7 27/14 28/6 28/7 46/10 46/11
got [11] 5/7 6/4 8/21 20/2 35/11 44/2 44/9 44/20 58/6 58/9 58/12
grabbed [1] 10/3
Grades [1] 29/13
GRAND [1] 1/12 62/18
GREEN [8] 2/12 4/15 5/2 9/8 12/13 17/5 23/21 24/16
group [13] 19/1 31/11 31/13 33/17 33/18 33/19 34/6 34/8 34/11 37/1 37/24 39/10 48/14
groups [1] 33/25
guess [6] 10/19 12/22 34/8 37/10 37/11 38/22
guesses [1] 21/19
guitar [3] 55/7 55/9 55/15
Gurl [3] 54/24 56/8 56/10

**H**
had [24] 15/24 17/23 19/1 19/3 19/3 19/15 22/16 26/11 26/15 26/16 29/19 30/21 33/17 33/19 33/21 34/23 34/25 34/1 34/20 37/9 37/23 57/6 57/11 60/7
hair [11] 18/25 19/3 33/20 38/2 38/2 39/6 53/23 57/11 59/8 60/1 61/4
Hale [1] 15/18
half [4] 8/6 9/15 9/17 22/2
hall [1] 8/19
HAMPTON [1] 2/13

hand [1] 27/23
handed [5] 9/10 12/24 18/20 20/19 20/40
handle [1] 31/4
happened [2] 44/1 45/2
HARRIS [13] 1/10 4/5 6/16 8/9 28/8 31/5 31/7 39/11 46/14 46/17 48/13 48/18 48/24
Harris's [7] 48/16 48/22 58/7 58/14 58/22 60/16 61/12
Harrises [3] 46/22 47/1 47/12
Harrises' [4] 47/6 47/16 47/19 58/11
has [17] 6/2 8/23 9/1 9/23 11/10 11/20 12/11 15/23 16/6 21/11 23/18 23/19 41/13 50/4 54/11 56/11 57/18
have [80]
haven't [2] 17/23 55/23
having [5] 7/11 8/18 11/24 15/16 30/19
he [3] 13/14 18/20 23/22
health [1] 29/23
hear [1] 32/4
heard [5] 23/18 51/3 54/4 54/6 54/7
hearing [1] 17/2
hearsay [4] 8/12 8/22 10/9 11/4
heavy [1] 54/8
held [1] 65/9
help [3] 8/24 17/17 46/1
helping [1] 44/21
her [40] 7/6 7/7 7/7 8/13 8/14 8/25 10/6 12/18 13/3 13/5 13/15 13/18 13/23 21/9 21/15 22/1 22/22 22/4 22/16 30/21 31/10 31/13 34/18 34/24 35/1 35/6 35/7 35/11 35/11 36/4 37/5 37/11 41/6 43/1 43/10 47/4 48/14 49/8 57/23
here [21] 8/2 9/13 15/18 17/13 17/20 28/19 30/10 30/23 31/3 42/23 45/16 45/24 46/12 46/21 47/1 47/3 52/11 53/16 55/1 57/25 58/2
hereby [1] 65/6
hey [2] 42/2 44/20
Hino [1] 64/3
Hino-Spaan [1] 64/3
hits [1] 14/19
hold [1] 24/8
holding [1] 55/15
honestly [3] 44/11 44/14 45/18
Honor [69]
Honor's [1] 26/1
HONORABLE [1] 1/7
Hope [1] 8/21
hoped [1] 26/15
hour [2] 26/18 63/23
hours [3] 29/21 43/3 43/5
house [1] 32/8
housekeeping [3] 15/13 15/15 26/24
Houston [3] 2/14 28/25 31/21
how [34] 4/25 5/4 5/5 5/6 5/8 5/12 7/10 9/13 11/17 12/17 12/18 12/22 15/4 15/7 21/20 24/25 25/7 29/1 30/7 31/3 31/10 31/16 33/2 34/14 34/16 35/8 35/13 37/3 42/4 45/2 45/15 50/16 51/25 63/20
HUSTLE [20] 1/12 1/13 31/12 32/5 49/13 49/20 49/23 50/3 50/7 50/7 50/10 50/13 50/19 52/1 52/2 53/24 54/2 62/18 62/19

**I**
I'm [31] 4/20 5/10 9/16 11/5 11/6 13/4 16/2 16/25 19/7 21/2 21/5 21/20 23/6 25/5 29/2 29/4 29/23 30/16 30/18 34/7 36/12 37/10 41/22 42/4 42/5 42/19 44/19 44/20 53/8 56/10 59/12
I've [1] 37/14
I-N-D-E-X-I [1] 3/3
idea [2] 15/16 19/3
identified [1] 59/4
identify [1] 30/5
II [1] 64/3
image [15] 1/15 24/21 34/23 34/25 39/5 40/21 40/25 41/5 42/12 42/20 42/23 42/24 61/14 62/16
images [7] 40/20 40/22 41/3 41/18 55/20 55/23 60/6

impact [2] 38/6 38/10
importance [1] 6/21
important [1] 52/17
improper [1] 14/15
INC [1] 1/8 1/15 4/5
inclination [1] 20/17
inclined [1] 6/23
include [2] 10/11 61/12
included [2] 12/12 57/7
includes [1] 7/8
including [1] 15/22
inclusive [1] 1/16
incomplete [1] 12/3
indicate [1] 43/18
indicated [4] 21/12 36/7 62/9 62/12
Indicating [1] 24/15
individual [2] 38/18 39/13
individually [1] 19/19
infer [2] 22/17 23/24
inferences [1] 21/19
information [3] 10/12 12/6 23/9
infringe [1] 62/21
initial [2] 44/9 62/18
injunctions [1] 15/22
inside [1] 51/8
Instagram [25] 8/2 13/4 21/9 22/21 28/11 28/12 28/18 39/17 39/24 40/19 41/8 42/25 43/2 43/23 44/3 48/24 49/3 49/6 49/9 57/21 58/7 58/14 58/23 60/16 61/12
instance [1] 10/3
instances [1] 4/25
instead [1] 7/16
instructed [1] 22/14
instruction [7] 20/18 21/14 22/12 23/1 23/5 25/1 63/1
instructions [1] 62/18
instrument [1] 55/14
instruments [1] 56/21
intake [2] 29/23 30/16
intend [2] 9/5 22/1
intending [2] 9/5 9/9
interact [3] 40/2 43/15 49/8
interacted [1] 43/22
intern [1] 29/21
internet [1] 4/19
interrupt [1] 19/7
introduce [1] 28/22
investigation [2] 37/3 37/20
involved [5] 29/18 58/6 58/9 58/12 58/16
Irvine [1] 2/9
is [163]
ISAAC [1] 1/15 4/9
issue [10] 15/13 21/25 22/2 22/24 23/1 24/5 25/14 25/16 26/2 63/18
issues [4] 20/24 45/19 62/4 63/4
it [176]
it's [30] 6/13 6/14 7/14 8/2 8/3 9/24 12/3 13/5 13/9 16/9 22/2 22/7 22/15 22/23 23/3 26/25 30/2 30/17 31/24 37/10 40/19 40/19 43/3 43/4 43/5 44/20 44/21 48/1 50/6 55/3
Item [1] 4/4
Item 1 [1] 4/4
itself [1] 8/23

**J**
JAMES [1] 1/7
JAMISON [2] 2/4 4/11
Janess85 [1] 41/8
January [2] 30/8 30/16
JASON [2] 2/3 4/10
job [1] 30/7
JOHN [2] 2/12 4/14
joint [2] 62/13 62/14
JUDGE [1] 1/7
Judicial [1] 65/11
jurors [1] 20/13
jury [20] 4/3 6/21 12/9 14/16 16/14 16/15 20/12 20/23 21/13 22/5 22/14 23/4 23/23 26/21 27/7 27/10 28/22 62/6 62/8 62/18

**J**
**just [59]** 5/18 6/13 7/8 7/17 8/23 11/8 11/14
12/14 12/17 12/21 13/9 13/17 14/9 14/10
14/12 14/13 14/20 15/7 16/2 16/5 16/9 16/10
19/1 19/5 19/12 21/18 22/7 22/22 23/2 23/6
24/17 24/21 26/2 26/21 26/24 27/2 27/10
27/11 30/15 32/7 33/21 35/15 37/7 37/13 38/4
41/5 42/21 42/22 43/11 44/20 45/19 45/22
45/25 51/14 52/22 55/3 57/12 57/12 63/18
**just say [1]** 27/2
**JVS [2]** 1/10 4/4

**K**
**Katy [2]** 28/24 45/7
**keep [1]** 38/20
**KENNETH [2]** 2/4 4/10
**KEVILLE [2]** 2/12 4/14
**keyboard [2]** 55/15 55/24
**keytar [6]** 54/22 55/12 55/13 55/14 55/18
55/21
**kids [3]** 47/25 48/7 48/11
**kind [12]** 9/11 10/8 21/24 21/25 30/4 30/17
30/19 32/1 32/6 33/22 34/9 35/8
**Knecht [1]** 59/2
**knew [1]** 52/17
**know [41]** 5/12 12/9 19/16 21/11 22/10 22/11
25/7 31/7 32/6 36/6 41/14 41/25 42/2 42/4
42/5 42/6 42/7 42/8 42/21 43/12 44/4 44/6
44/12 44/14 44/19 45/7 48/13 50/3 50/4 50/6
50/6 50/7 50/13 50/15 53/10 53/11 55/2 55/13
58/16 61/3 61/6
**knowledge [2]** 23/19 43/7
**knows [1]** 21/13

**L**
**L.O.L [16]** 50/25 51/3 51/4 51/7 51/10 51/15
51/16 51/20 51/23 54/16 54/18 56/23 57/2
57/5 60/15 62/20
**Lack [1]** 32/12
**ladies [2]** 16/16 20/10
**LARIAN [2]** 1/15 4/9
**last [14]** 13/24 14/7 14/12 17/2 26/24 27/1
27/1 27/3 27/10 28/1 28/2 36/4 62/10 63/19
**late [1]** 48/19
**later [1]** 22/8
**lawsuit [3]** 20/15 41/15 58/17
**lay [5]** 8/12 11/4 13/14 21/8 25/6
**learned [1]** 51/4
**least [3]** 5/16 24/10 24/11
**leave [1]** 40/25
**left [3]** 16/17 42/23 54/21
**leg [2]** 59/23 59/23
**legal [3]** 22/23 23/11 23/12
**less [2]** 12/20 22/17
**let [2]** 9/8 26/21
**let's [8]** 16/14 16/19 24/20 24/25 34/14 41/6
43/25 53/17
**letting [2]** 15/2 23/2
**level [1]** 30/5
**licensed [2]** 29/4 29/16
**life [1]** 19/17
**light [1]** 4/21
**like [90]**
**likelihood [2]** 23/10 25/23
**likeness [2]** 62/16 62/21
**likes [4]** 6/25 8/20 40/7 40/9
**line [11]** 10/4 10/16 13/24 14/12 51/1 59/10
59/11 59/14 59/14 59/15 62/20
**line 1 [2]** 59/11 59/14
**line 14 [1]** 10/16
**line 24 [1]** 59/14
**lines [4]** 14/2 14/7 52/20 53/17
**lines 1 [1]** 53/17
**lines 21 [1]** 52/20
**list [2]** 25/20 25/25
**listen [1]** 19/14
**little [15]** 18/19 18/20 19/4 32/25 34/20 37/8
51/8 51/11 51/18 56/24 57/6 57/9 57/9 57/14
57/14

**lives [1]** 60/6 54/23 28/23 40/4
**lived [4]** 37/24 37/16
**living [1]** 29/3
**LLC [6]** 1/12 1/13 1/13 62/18 62/19 62/19
**LLP [3]** 2/5 2/8 2/13
**located [1]** 37/13
**location [1]** 30/17
**logged [1]** 13/19
**logo [1]** 57/3
**LOH [2]** 2/3 4/8 20/22
**long [5]** 5/12 7/10 30/7 30/20 40/7 59/8 60/1
61/4
**look [30]** 6/5 18/5 18/23 18/25 20/19 25/5
33/13 33/21 33/23 35/15 37/25 38/5 39/6
39/20 40/15 40/24 41/20 41/21 42/1 51/13
51/16 51/22 54/21 54/24 55/2 56/14 59/6
60/14 60/20 61/7
**looked [8]** 18/16 19/6 19/16 23/4 36/25 37/7
37/7 37/21
**looking [7]** 8/1 19/12 19/13 21/3 39/23 42/12
59/6
**looks [3]** 12/25 55/5 55/15
**Los [1]** 2/6
**lot [8]** 14/19 15/21 31/25 33/23 33/24 37/10
41/13 51/25
**Lousiana [1]** 2/14
**lucky [1]** 38/22
**lunch [6]** 26/17 26/20 26/21 61/23 61/25
63/21

**M**
**Ma'am [1]** 60/14
**made [8]** 15/10 19/18 35/8 35/13 36/1 38/11
40/3 42/19
**Magazine [1]** 31/23
**mail [1]** 34/20
**Main [1]** 2/8
**make [15]** 9/16 12/20 14/8 14/21 15/9 16/9
18/10 18/13 18/21 21/12 21/18 23/24 26/16
26/19 38/25
**makes [1]** 17/18
**making [3]** 21/5 22/23 44/20
**male [1]** 61/4
**many [12]** 4/25 5/5 5/5 5/6 5/8 9/25 10/2
11/13 12/18 15/4 25/7 31/6
**March [3]** 36/2 36/4 36/11
**March 30 [2]** 36/2 36/11
**March 31 [1]** 36/4
**mark [3]** 2/7 4/9 5/16
**MARKED [2]** 3/8 3/15
**Master's [2]** 59/14 29/20
**match [1]** 33/25
**matchy [1]** 38/5
**math [2]** 29/5 29/12
**matter [4]** 11/7 12/8 19/19 65/9
**matters [2]** 4/17 15/22
**MAXINE [3]** 3/19 19/24 19/25
**may [21]** 6/7 9/7 10/10 10/14 11/11 13/12
21/14 27/20 36/14 36/15 46/4 47/13 47/18
52/9 52/11 52/20 52/22 53/13 60/11 60/12
61/19
**May 12 [2]** 52/11 52/20
**May 2023 [2]** 47/13 47/18
**maybe [1]** 9/24 42/6
**me [28]** 4/9 5/11 15/10 15/19 16/10 18/16
19/13 20/4 26/5 30/18 32/15 34/5 34/9 34/19
34/22 34/22 35/2 35/4 36/24 37/1 38/10 45/18
45/22 46/2 48/5 58/9 59/13 60/20
**mean [6]** 14/7 21/22 30/14 40/18 40/19 42/11
**meaning [2]** 22/18 23/8 24/13
**means [4]** 14/4 21/19 22/7 23/25
**meanwhile [1]** 4/25
**media [4]** 33/9 39/11 39/14 56/4
**meet [3]** 23/11 30/1 30/4
**members [1]** 39/13
**memories [2]** 19/15 19/17
**memory [1]** 17/21
**mental [1]** 29/23

**mentioned [7]** 29/16 30/23 31/13 38/24 45/7
48/13 48/20
**merely [1]** 22/16
**message [2]** 44/2 44/20
**messaged [2]** 44/17 44/18
**met [1]** 31/5
**metal [1]** 54/8
**MGA [8]** 1/8 1/15 4/4 4/9 4/24 6/2 11/8 45/6
**MGA's [2]** 26/13 62/20
**MICHAEL [1]** 2/4
**middle [2]** 29/6 29/7
**mind [2]** 37/21 44/21
**minority [1]** 32/1
**minute [3]** 28/21 36/5 43/11
**minutes [1]** 20/10
**misappropriate [1]** 62/21
**misappropriation [2]** 62/15 62/15
**misconstrued [1]** 22/6 22/10
**moment [1]** 52/22
**MONIECE [2]** 3/18 16/20
**more [11]** 5/8 7/22 19/11 21/23 22/17 23/1
25/14 28/21 38/14 38/17 40/20
**Moreover [1]** 26/5
**morning [13]** 4/8 4/12 4/13 4/16 5/17 16/16
21/1 25/22 28/6 28/7 46/10 46/11 63/21
**morning's [1]** 24/2
**most [3]** 33/10 33/24 49/14
**mostly [2]** 32/24 33/1
**move [2]** 35/20 40/4
**Mr. [10]** 5/2 5/20 9/8 12/7 12/13 17/5 20/22
23/21 24/16 59/2
**Mr. Finkelstein [1]** 5/20
**Mr. Green [2]** 5/2 9/8 12/13 17/5 23/21 24/16
**Mr. Knecht [1]** 59/2
**Mr. Loh [1]** 20/22
**Mr. Pullins [1]** 12/7
**MS [1]** 10/21
**Ms. [76]**
**Ms. Alexander [26]** 8/17 13/10 21/25 23/18
24/6 24/8 24/11 24/14 24/17 25/10 25/17
25/24 26/17 26/20 28/6 29/1 37/3 39/8 39/23
40/15 43/20 45/7 45/17 46/10 54/18 58/6
**Ms. Alexander's [1]** 40/10
**Ms. Brewer [1]** 46/7
**Ms. Campbell [2]** 16/3 17/10
**Ms. Consorti [1]** 25/20
**Ms. Consorti's [1]** 26/3
**Ms. Harris [7]** 48/13 48/18 48/24
**Ms. Harris's [7]** 48/16 48/22 58/7 58/14 58/22
60/16 61/12
**Ms. Osborne [4]** 6/18 6/19 25/25 26/9
**Ms. Osborne's [1]** 6/24
**Ms. Pullins [17]** 9/3 9/22 11/1 11/16 11/25
12/2 12/14 13/12 21/8 21/15 22/16 23/25 24/9
24/18 25/1 25/12 43/14
**Ms. Pullins' [4]** 24/6 42/24 49/6 57/21
**Ms. Tameka Harris [2]** 28/8 39/11
**Ms. Vargas [1]** 20/13
**Ms. Wagner [1]** 20/3
**Ms. Westmoreland [1]** 61/16
**Ms. Womack's [2]** 63/5 63/12
**Ms. Zonnique [1]** 49/3
**much [7]** 11/9 11/25 31/25 35/4 37/3 37/20
37/25
**MULLIN [1]** 2/13
**multiple [3]** 14/14 60/7 60/19
**music [7]** 19/14 31/14 33/9 34/10 48/16 48/19
54/8
**my [35]** 4/10 12/25 13/17 14/4 15/21 17/21
17/22 19/8 19/17 20/17 20/25 22/8 22/21 24/3
28/24 29/10 29/20 30/18 32/3 35/1 35/4 35/5
35/19 36/24 41/11 41/12 41/20 41/23 44/3
44/5 45/20 46/1 46/23 50/17 61/10
**myself [1]** 34/10

**N**
**name [12]** 18/7 27/25 28/1 28/2 28/24 34/3
34/3 36/25 36/25 39/4 61/8 62/16
**named [1]** 61/4

**N**

necessary [1] 22/19
necks [1] 55/10
need [3] 7/13 24/7 25/1
needed [2] 45/22 45/25
needs [4] 13/20 15/18 21/22 63/22
net [1] 5/8
never [18] 11/2 11/3 18/7 19/17 23/19 37/14 53/23 54/1 54/4 54/6 54/7 56/5 55/9 55/12 56/1 56/4 59/22 60/1
new [5] 13/11 30/1 30/14 31/20 31/24
next [15] 15/20 15/24 16/24 16/25 19/24 20/8 25/20 27/5 27/8 27/12 27/17 41/6 44/16 61/21 63/23
no [44] 5/6 5/6 6/20 6/21 8/8 14/18 17/6 17/16 17/25 18/9 18/21 19/3 19/5 19/12 19/19 21/16 23/18 28/20 31/6 35/22 38/8 38/21 40/6 41/16 44/8 45/14 46/19 52/25 53/7 53/18 54/3 54/6 54/14 55/19 55/22 57/15 57/16 58/5 60/9 60/24 61/6 61/15 61/17 63/8
No. [1] 20/18
No. 2 [1] 20/18
Nobody [1] 11/4
non [1] 5/6
non-overlapping [1] 5/6
None [2] 3/14 10/12
noonhour [3] 25/19 25/24 26/5
Nope [1] 8/22
normally [2] 26/15 38/19
not [84]
note [3] 20/14 20/19 62/8
notebooks [1] 6/4
noted [2] 7/7 21/6
nothing [6] 18/16 19/11 22/17 22/17 51/16 51/22
notice [1] 5/1
noticed [3] 36/3 37/8 37/9
noticed that [1] 37/9
now [18] 13/11 15/21 24/24 29/16 32/25 36/12 40/21 49/11 51/1 53/5 53/23 56/11 56/14 57/17 58/6 60/4 61/3 61/25
number [10] 5/1 9/4 9/22 10/14 11/9 11/9 11/15 11/24 13/10 14/4
numbers [4] 5/3 10/24 12/20 14/2

**O**

O.M.G [19] 18/10 18/13 18/14 18/18 18/22 18/23 28/9 34/17 34/23 35/9 38/11 39/4 51/4 51/16 51/23 56/24 57/5 60/16 62/20
oath [1] 52/14
object [2] 6/20 24/11
objecting [1] 9/12
objection [18] 7/18 7/19 9/1 9/18 10/9 28/13 32/12 35/22 39/2 40/6 42/9 43/9 48/1 52/25 53/18 54/14 60/24 63/7
objections [6] 6/3 26/1 26/5 26/7 63/19 63/24
off [2] 16/17 20/2
offer [7] 7/9 9/6 9/9 9/14 9/20 15/4 23/22
offered [2] 11/7 11/12
offering [3] 4/20 8/16 23/12
oh [3] 42/4 42/19 53/8
okay [26] 6/11 6/15 7/16 7/21 7/25 14/25 15/14 16/1 16/12 18/17 19/8 24/25 24/25 26/25 27/6 33/5 37/10 50/23 50/25 51/2 55/5 55/17 59/17 60/10 63/25 64/1
old [5] 29/1 31/3 33/2 50/14 50/16
older [4] 31/1 31/2 33/1 33/2
oldest [3] 32/24 35/5 35/5
olds [1] 50/8
OMG [67]
once [1] 42/18
one [50] 4/18 5/8 7/12 7/22 8/10 9/4 9/24 9/25 10/1 11/13 11/18 11/19 11/20 14/10 15/15 15/17 18/20 20/13 20/25 21/1 21/3 23/16 25/14 26/14 26/24 30/14 30/23 30/25 31/19 32/25 33/18 34/18 37/15 38/2 38/2 38/4 38/13 41/3 43/18 45/18 54/20 55/5 58/7 58/14 59/7 59/19 59/22 59/23 62/10 63/11

**P**

ones [3] 5/17 51/18 60/20
online [1] 18/12 35/14 36/6 37/1 39/14
only [17] 4/7 4/8 23/6 26/9 30/16 38/11 38/13 43/3 45/25 49/15 49/19 49/22 52/3 52/7 53/2 56/23
open [1] 52/19
opinions [1] 62/4
opposition [1] 5/22
option [1] 21/23
order [2] 25/16 63/22
ordered [1] 37/17
ordering [1] 35/19
originally [2] 26/9 31/11
Orleans [2] 31/20 31/24
Osborne [4] 6/18 6/19 25/25 26/9
Osborne's [1] 6/24
other [21] 6/24 9/23 11/10 11/11 15/3 15/21 15/22 18/19 19/12 30/24 30/25 31/20 37/16 37/19 38/3 38/24 40/22 41/3 45/12 45/12 47/4 47/25 27/12 27/17 30/2 37/19 63/9
out [25] 10/22 13/24 14/1 14/7 20/16 23/2 24/19 26/10 30/18 33/18 34/2 34/5 34/20 44/6 44/7 46/21 46/25 46/25 47/21 47/24 58/9 58/11 59/1 63/22
outpatient [1] 30/2
outreach [1] 44/10
outside [2] 28/25 44/13
over [3] 19/14 30/4 63/4
overlapping [1] 5/6
overlaps [1] 5/1
Overruled [4] 28/15 32/14 39/3 42/10 43/11 48/3

**P**

p.m [2] 36/11 62/1
page [18] 3/17 8/5 10/12 10/16 39/24 41/20 43/6 44/18 44/18 52/20 53/17 54/15 59/10 59/12 59/14 59/15 62/17 65/10
page 24 [1] 8/5
page 25 [1] 10/16
page 3 [1] 54/15
page 34 [3] 59/10 59/14 59/15
page 4 [1] 62/17
page 53 [1] 52/20
page 57 [1] 53/17
pages [1] 39/17
paid [3] 8/21 17/10 45/12
panels [1] 31/25
pants [1] 59/22
paraphrasing [1] 44/19
part [10] 10/17 11/12 11/22 24/10 24/13 30/2 30/3 31/11 58/3 58/20
partially [1] 7/20
participate [2] 28/11 45/19
participated [2] 13/10 28/18
particular [3] 6/17 6/22 43/14
particularly [2] 8/7 30/10
parties [4] 4/18 4/24 6/17 8/9
parties' [3] 20/19 46/14 46/17
Pass [1] 46/3
past [1] 29/5
pattern [1] 19/3
PAUL [2] 2/3 4/8
Pause [2] 52/24 54/13
pay [3] 17/23 47/9 47/19
paying [1] 46/17
pending [1] 60/9
people [8] 10/2 12/6 15/5 15/7 17/17 42/1 43/4 43/7
percentages [1] 8/23
perfect [1] 62/23
perform [3] 31/16 31/17 33/7
performances [1] 31/14
performers [1] 32/2
performing [1] 33/12
person [6] 9/24 11/21 12/2 12/5 13/12 22/8
photos [1] 60/19
physical [1] 36/17

**P**

pick [2] 37/16 37/18
picked [5] 19/2 21/2 36/7 36/10 36/17
picture [1] 14/4 24/3 25/8 55/3 60/21
pictured [1] 60/16
pieces [2] 37/10 57/7
place [1] 47/4
plaintiff [1] 1/9 2/2 15/23
PLAINTIFFS' [3] 3/5 3/7 27/24
plastic [1] 51/8 51/11 51/21
play [9] 5/12 27/2 27/3 27/12 55/7 55/9 55/12 55/18 63/21
played [5] 16/21 19/25 26/15 27/10 27/15
playing [6] 7/2 7/4 55/20 55/24 56/2 56/4
please [4] 4/6 6/9 16/14 19/9 20/11 27/8 27/21 27/22 27/25 41/6 41/10 46/6 54/15 62/2
pleasure [1] 17/22
plus [1] 37/9
point [13] 4/20 7/4 7/10 13/17 20/4 21/21 22/20 22/25 38/8 38/9 52/4 52/4 52/10
poll [20] 8/23 9/1 9/25 10/1 10/2 12/10 13/7 21/17 21/21 22/20 22/22 22/22 23/5 23/13 23/15 23/20 28/11 28/14 43/16 43/17
polled [1] 13/4
polls [1] 10/25
pop [4] 53/5 53/9 53/14 53/20
popping [1] 30/22
popular [6] 32/9 32/19 32/21 50/7 50/10 50/13
portion [2] 15/12 15/3
position [3] 29/22 30/8 30/16
post [27] 8/2 28/8 39/24 39/25 40/2 40/19 40/20 40/22 42/16 42/25 43/4 43/5 43/14 43/23 44/1 44/2 44/3 44/14 57/21 57/23 57/24 58/22 60/5 60/7 60/16 60/19 61/12
posted [4] 10/18 11/18 11/21 41/14
posts [4] 39/16 43/7 58/7 58/14
practicing [1] 33/11
preference [2] 16/7 63/20
prejudicial [2] 12/8 12/11
prepare [1] 4/24
prepared [3] 25/2 25/3 26/11
prepping [1] 33/11
present [6] 4/3 16/15 20/12 20/23 27/7 62/6
presentation [1] 16/23
PRESIDING [1] 1/7
pretty [6] 1/12 31/25 37/19 37/25 48/20 62/18
previously [12] 10/23 12/17 29/5 47/12 49/11 49/19 49/21 49/22 52/6 53/13 55/6 59/4
price [2] 37/8 37/12
pricey [1] 37/8
prima [1] 5/16
prior [9] 8/15 10/15 17/2 17/3 32/8 47/13 47/15 47/18 52/11
probably [3] 5/2 15/20 49/12
problematic [1] 8/7
proceeding [10] 17/11 47/13 47/15 47/18 47/21 47/24 52/7 52/11 52/15 52/20
proceedings [4] 1/19 52/24 54/13 65/9
produced [2] 11/3 12/3
produces [1] 31/24
product [2] 37/4 62/20
products [1] 51/3
proffered [1] 6/17
program [5] 29/11 30/2 30/3 30/3 30/5
proof [2] 7/9 38/16
proper [1] 12/12
provide [1] 12/7
provided [1] 11/2
public [1] 43/7
pull [3] 38/23 57/17 58/19
pulled [1] 35/6
Pullins [19] 9/3 9/22 11/1 11/16 11/25 12/2 12/7 12/14 13/12 21/8 21/15 22/16 23/25 24/9 24/18 25/1 25/12 43/14 49/3
Pullins' [5] 24/6 28/12 42/24 49/6 57/21
purchase [8] 34/9 35/9 35/13 36/1 36/20 38/11 38/20 38/24
purchased [9] 35/14 36/6 38/14 38/17 38/21 51/7 54/19 57/5 58/4

**P**
purpose [3]  7/1 22/9 23/9
purposes [1]  11/11
pursuant [1]  65/6
pursuit [1]  29/10
put [9]  7/11 9/22 23/14 24/10 24/18 41/6 43/14 44/14 44/18
puts [1]  31/24

**Q**
qualify [2]  5/18 8/4
Queen [1]  55/14
question [11]  15/15 16/6 27/1 27/3 27/11 27/12 32/16 43/16 53/8 60/9 62/24
questions [3]  6/22 61/15 61/17
quick [1]  25/14
quote [1]  10/15

**R**
raise [2]  26/2 27/22
raised [2]  12/16 21/25
rather [3]  9/12 24/6 61/25
reached [4]  44/6 44/7 58/9 58/11
reaction [5]  41/17 41/19 41/21 41/23 44/9
read [7]  10/14 16/5 42/18 42/19 62/10 62/17 63/1
reading [5]  17/1 17/5 19/21 42/3 53/6
readings [2]  16/4 20/5
ready [1]  26/13
real [3]  25/14 44/21 44/21
reality [2]  53/1 56/1
realize [3]  26/14 37/18 59/13
realized [1]  42/3
really [20]  13/9 24/7 30/22 32/25 33/17 33/18 33/21 34/1 34/7 34/8 34/11 35/4 37/7 37/17 37/18 38/1 41/25 42/4 45/20 47/4
reason [2]  10/23 27/1
recall [11]  32/6 33/2 33/5 35/13 36/1 40/22 42/24 45/2 45/5 53/25 59/9
receipt [6]  35/17 35/18 35/19 36/8 38/19 38/22
receipts [1]  38/16
receive [2]  13/25 44/23
received [13]  3/8 3/15 23/22 35/23 35/24 40/11 40/12 60/25 61/1 62/8 63/10 63/14 63/16
Recently [1]  29/4
recess [4]  16/13 20/10 20/21 64/2
record [3]  4/7 28/1 63/2
recorded [1]  63/12
recording [1]  33/11
recreate [1]  7/2
RECROSS [2]  3/5 3/13
red [1]  59/23
redact [6]  8/20 10/8 11/6 14/23 15/6 25/9 25/11 40/9
redacted [12]  3/9 6/14 6/25 7/20 14/11 21/6 23/15 23/16 40/5 40/7 40/11 40/12
redacting [2]  14/8 14/22
REDIRECT [2]  3/5 3/13
refer [2]  54/4 54/6
referring [1]  51/19
refreshing [1]  17/21
regard [1]  62/7
regarding [1]  4/19
regulations [1]  65/11
reimbursed [5]  17/13 18/1 45/9 45/13 48/10
reiterate [1]  14/13
relate [1]  32/7
relevant [2]  9/24 11/10
remember [11]  18/4 20/11 33/15 34/5 34/19 34/21 39/25 52/6 52/9 59/25 62/2
reminded [1]  16/2
Remix [4]  54/16 54/18 57/6 58/3
remove [1]  8/22
Reorder [1]  36/9
repeat [2]  32/15 50/9
repeated [2]  64/3 65/8

**REPORTER [1]**  65/16
**REPORTERS [1]**  1/22
represent [2]  41/22 42/2 46/18 47/9 47/19
representation [2]  24/2 25/18
representations [1]  25/21
represented [5]  37/2 46/12 46/14 47/6 47/16
representing [1]  17/20 19/13
request [1]  21/5
requirements [1]  23/11
reread [2]  20/17 62/13
resolve [1]  15/13
respond [1]  10/10
responded [3]  15/15 15/7 22/22
response [3]  4/24 43/17 43/18
responses [1]  14/19
rest [1]  24/18
rested [1]  15/23
results [10]  8/5 8/10 8/11 9/1 9/23 10/20 10/24 12/4 14/19 23/15 23/20
resume [1]  16/3
retrieve [2]  35/18 38/23
review [1]  26/6
revisit [1]  4/21
RICHTER [1]  2/13
rid [1]  13/8
right [49]  13/16 13/22 14/8 14/22 15/8 15/21 16/11 16/19 17/20 17/24 18/2 19/4 21/10 24/23 26/10 26/22 27/23 28/25 32/25 36/9 40/21 45/25 48/8 48/19 48/22 48/24 49/1 49/9 49/16 50/11 51/8 52/17 53/2 53/5 53/19 53/20 55/10 55/24 56/8 56/11 56/11 57/3 57/7 58/4 59/7 59/19 60/2 62/11
Rob [1]  4/14
ROBERT [1]  2/12
rock [4]  33/22 37/24 39/6 54/5
Rocker [2]  61/4 61/9
roughly [1]  9/14
row [1]  14/22
RPR [1]  1/22
rule [2]  12/16 63/23
ruled [4]  8/3 12/11 14/14 21/4
rulings [1]  26/1
Ryan [2]  54/15 57/17

**S**
said [11]  12/24 23/13 35/3 36/6 37/9 37/17 37/23 41/12 41/20 57/25 60/7
same [7]  19/3 37/25 46/2 52/9 55/1 55/4 60/15
Santa [1]  1/20 1/24 4/1
saw [27]  11/23 18/10 18/13 21/9 21/15 21/18 21/22 24/14 24/18 25/8 31/17 33/16 36/25 37/9 41/3 41/17 44/3 49/22 53/1 53/23 54/1 56/1 56/4 57/6 57/21 58/7 58/22
say [24]  12/23 13/10 13/20 13/22 14/3 14/7 21/15 21/22 21/25 22/8 22/24 23/19 24/2 24/12 25/8 27/24 34/7 42/7 42/15 48/20 50/16 53/11 59/12 62/14
saying [6]  9/19 23/6 44/3 44/4 52/7 59/9
says [8]  20/14 22/22 36/9 36/10 56/16 56/19 56/21 61/8
scam [3]  44/11 44/15 44/22
school [3]  29/6 29/7 29/13 29/14
science [2]  29/9 29/12
screen [1]  40/25
screens [1]  60/7
screenshot [13]  11/20 12/3 12/23 12/24 13/5 13/13 22/7 22/8 22/16 23/7 24/21 25/12 44/17
second [6]  16/4 20/25 22/25 54/21 55/14 63/11
Section [1]  65/6
see [36]  7/4 8/11 8/11 8/22 9/4 11/21 11/23 12/5 12/6 12/17 13/6 13/7 13/18 13/21 14/9 22/5 24/25 25/10 31/16 33/7 33/9 33/13 37/17 40/16 40/25 43/8 45/23 56/25 57/2 57/25 58/2 58/14 61/7 61/10 61/11
seeing [7]  11/22 33/5 39/25 40/21 40/22 42/24 61/11

seemed [1]  18/25
seems [2]  9/6 24/5
seen [16]  8/18 18/7 23/19 42/18 49/12 49/14 49/15 49/17 55/7 55/9 55/12 55/18 55/20 55/23 59/22 60/1
sees [2]  13/23 23/14
SEFFENS [3]  1/22 65/15 65/16
SELNA [1]  1/7
sense [1]  17/18
September [5]  1/21 4/1 30/15 30/15 65/13
series [4]  40/16 41/17 42/16 54/16
set [3]  56/2 57/6 58/3
several [2]  5/7 40/20
SHARON [3]  1/22 65/15 65/16
she [88]
She's [3]  11/18 11/18 11/19
SHEPPARD [1]  2/13
short [1]  26/14
shorting [1]  26/5
should [12]  6/21 21/16 21/18 22/24 23/6 23/7 23/17 26/6 30/6 39/21 63/13 63/20
show [37]  8/9 8/13 12/21 15/7 18/4 23/16 24/17 31/12 32/5 32/6 32/9 32/19 32/22 33/5 33/7 33/12 33/13 33/16 35/7 36/12 38/9 41/5 49/13 49/16 49/18 49/20 50/4 50/7 50/11 50/13 52/2 52/5 53/2 53/24 54/2 54/10 56/1
showed [5]  34/22 34/25 35/5 37/5 58/18
showing [5]  9/25 11/13 13/9 42/23 56/11
shown [6]  6/19 6/21 7/7 14/21 21/7 24/22
shows [2]  12/18 23/14
side [4]  9/23 16/5 38/3 38/3
sign [3]  44/4 44/23 58/10
signed [1]  45/21
significant [1]  36/3
simple [1]  22/14
since [4]  10/9 30/8 45/24 48/19
single [3]  7/12 49/12 49/17
Sir [1]  21/4
sister [1]  19/4
sitting [2]  28/19 56/14
six [2]  29/20 33/4
Six years [1]  33/4
skin [3]  54/22 54/25 56/11
skirts [1]  33/23
slight [1]  15/15
small [4]  32/25 51/15 51/20 57/4
smiled [1]  36/3
snapped [1]  24/3
so [61]  5/16 6/4 6/20 9/2 10/7 12/5 12/14 14/16 15/23 19/19 22/2 22/21 24/1 26/2 27/11 29/22 30/3 30/15 30/17 30/22 33/4 34/1 34/10 34/14 34/21 35/4 35/5 35/8 35/17 35/19 36/4 37/9 37/11 37/15 37/17 38/10 40/19 41/19 41/20 41/23 42/5 42/22 43/14 43/16 44/14 45/21 45/22 46/25 47/8 48/7 49/14 50/18 50/23 51/6 54/20 55/1 56/23 57/14 58/13 60/19
social [5]  29/12 39/8 39/11 39/14 56/4
sold [1]  18/7
some [19]  4/17 4/20 5/18 5/15 6/2 6/3 9/11 11/14 16/4 17/4 20/5 21/6 24/5 36/8 38/9 38/24 52/4 52/4 52/10
somebody [3]  16/10 44/13 46/1
somebody's [1]  23/7
somehow [1]  42/17
someone [2]  16/5 30/18
something [4]  12/16 33/20 38/19 44/4
sometimes [3]  32/22 49/8 49/10
somewhere [1]  30/11
songs [1]  33/11
sorry [6]  5/4 9/16 17/1 19/7 53/8 59/12
sort [4]  12/15 19/1 23/10 39/16
sounded [1]  12/15
sounds [2]  21/23 26/16
SOUTHERN [1]  1/5
Spaan [1]  64/3
specific [2]  57/24 58/2
speculate [2]  22/18 23/24
speculation [4]  32/12 39/2 42/9 43/9

**S**

spelling [1] 28/1
split [2] 20/5 38/2
sponsoring [1] 42/17
Sprankling [1] 15/18
stand [2] 6/12 34/3
standard [1] 38/4
star [3] 33/22 37/24 39/6
start [1] 20/8
started [4] 30/15 30/15 42/3 46/23
state [3] 4/6 27/25 46/25
statement [8] 10/7 11/6 11/7 13/18 19/8
  19/18 62/13 62/14
statements [8] 8/21 10/1 10/8 11/6 13/7 14/7
  15/6 23/17
STATES [4] 1/3 1/23 65/7 65/11
stenographically [1] 65/8
step [1] 61/19
still [3] 25/25 50/6 53/6
stipulated [1] 7/14
stood [3] 33/18 34/1 34/5
stop [1] 27/22
store [1] 42/6
stories [2] 49/6 49/8
story [10] 8/3 13/3 13/12 28/12 43/1 43/2 43/3
  43/4 57/21 57/23
Street [3] 1/23 2/8 2/14
striped [1] 59/23
studies [1] 29/13
stuff [4] 32/3 34/21 44/22 57/12
style [2] 18/24 33/17
submitted [1] 62/5
subpoena [1] 45/5
subpoenaed [1] 45/4
substituting [1] 63/7
suburb [1] 28/25
such [1] 4/20
suggestion [3] 21/16 23/4 26/19
Suite [4] 1/23 2/5 2/8 2/14
summary [1] 20/18
Super [4] 54/16 54/18 57/6 58/3
supervised [1] 29/21
supposed [1] 63/6
sure [16] 5/10 9/16 9/17 11/5 11/6 13/4 14/8
  14/21 15/10 21/12 21/20 23/24 25/5 27/4
  44/20 54/20
Surprise [18] 50/25 51/3 51/4 51/7 51/10
  51/15 51/16 51/20 51/23 54/16 54/19 56/23
  57/2 57/5 57/6 58/3 60/15 62/20
survey [31] 8/3 8/4 8/5 8/8 8/9 8/11 8/14 8/17
  9/10 9/11 10/14 10/19 10/24 11/11 12/4 12/10
  12/12 12/21 13/9 14/15 14/15 14/17 15/3
  21/12 21/17 21/21 22/10 22/13 22/24 23/9
  23/13
SWORN [1] 27/24
symptoms [1] 30/4

**T**

T.I [11] 1/10 4/5 17/19 17/23 31/12 32/5 32/9
  32/19 32/22 33/16 49/12
T.I.'s [1] 18/2
tab [3] 39/21 52/19 59/10
Tab 1 [2] 52/19 59/10
take [21] 4/17 4/23 5/12 7/11 13/24 14/1 14/7
  20/7 20/19 20/20 24/5 24/19 25/11 25/18
  26/17 26/20 26/21 29/7 29/20 46/4 61/23
take to [1] 29/7
taken [2] 22/16 47/7
talk [9] 5/2 8/14 8/18 9/10 10/25 15/12 28/21
  34/14 50/25
talked [1] 45/15
talking [2] 51/25 57/20
Tameka [3] 28/8 31/7 39/11
Target [6] 34/21 35/14 36/10 36/18 37/13
  38/21
teach [1] 29/12
teacher [1] 29/6 29/8 29/11
teenage [2] 19/13 19/13

**T** (continued)

television [1] 53/24
tell [5] 7/20 14/9 23 41/10 62/17
telling [1] 59/22
ten [2] 50/8 50/14
ten years [1] 50/14
terminated [1] 4/19
terms [2] 9/11 26/2
testified [12] 47/12 49/11 49/19 49/21 50/10
  52/6 52/11 55/6
testify [11] 9/3 17/14 17/16 23/14 30/11 45/10
  46/21 46/25 47/22 48/7 49/22
testifying [1] 53/13
testimony [8] 8/25 17/3 17/6 17/10 24/6 25/23
  63/5 63/12
Texas [3] 28/24 45/8 46/21
thank [10] 5/25 6/11 16/1 16/12 17/21 26/23
  61/19 61/20 63/17 63/25
that [248]
that's [27] 9/19 10/9 10/18 14/6 16/8 18/17
  19/19 20/9 22/8 22/9 22/9 22/19 22/22 23/21
  24/3 24/19 24/24 25/13 35/8 42/21 45/25
  48/20 51/14 56/14 58/12 62/23 62/25
their [21] 8/10 10/9 18/24 18/24 18/25 19/14
  19/18 25/16 25/20 25/25 30/6 31/14 31/14
  33/9 33/13 34/9 39/16 39/16 49/16 60/2 61/22
them [30] 5/15 6/6 7/11 18/19 19/10 19/18
  20/17 20/25 25/11 26/12 26/13 26/13 26/16
  30/4 31/17 33/7 33/9 33/13 33/16 33/21 38/10
  39/18 41/12 46/2 48/23 49/14 49/17 51/13
  54/6 59/6
themselves [1] 45/24
then [30] 6/1 15/7 16/3 25/24 26/11 27/5
  27/12 30/6 30/18 31/12 31/20 32/2 35/6
  36/9 37/9 37/13 37/23 37/24 38/3 38/3 39/5
  41/12 42/3 42/3 42/4 42/5 43/17 52/5 52/10
  therapist [4] 29/4 29/17 29/23 30/17
therapy [1] 30/2
there [42] 6/20 6/20 8/8 8/25 9/23 10/8 12/4
  12/19 14/5 14/18 15/20 16/3 16/3 17/1 21/16
  23/10 25/7 25/10 26/12 27/22 30/8 33/10
  34/22 37/10 37/23 37/25 38/6 38/8 38/9 40/20
  41/15 43/3 43/4 52/2 52/4 52/5 52/5 52/7
  52/10 53/2 60/9 63/3
these [28] 8/20 10/19 10/24 11/2 19/10 19/16
  19/20 22/18 31/18 34/20 35/7 41/11 41/13
  41/20 42/2 42/11 42/12 42/19 43/7 54/18 55/4
  57/24 58/2 59/4 60/15 60/18 60/20 63/19
they [83]
They're [1] 10/22
thing [8] 4/23 14/8 14/22 26/24 33/18 38/14
  46/2 52/9
things [4] 15/21 30/5 32/1 35/7
think [35] 5/2 5/12 5/18 6/2 7/17 8/25 9/17
  11/19 13/20 14/4 15/12 20/1 20/2 20/2 21/21
  22/19 22/25 25/24 26/17 28/19 33/18 38/21
  46/20 48/13 48/21 49/11 57/9 57/14 58/9
  58/18 59/18 62/9 62/12 62/23 62/23
thinking [4] 42/4 42/15 42/18 42/19
this [131]
this information [1] 23/9
Thomas [1] 15/18
those [8] 5/13 10/9 19/15 26/7 38/25 51/22
  53/11 55/2
thought [9] 34/7 34/8 34/11 41/11 44/11
  44/12 44/14 57/12 59/7
thoughts [1] 62/7
three [8] 38/7 52/3 52/5 52/7 52/10 53/2 57/24
  58/2
through [6] 7/12 22/4 29/10 29/13 35/14
  45/23
time [18] 20/7 22/5 26/6 30/16 32/7 33/3
  33/10 33/24 37/15 41/14 41/23 44/7 45/13
  49/25 50/1 50/2 61/10 63/2
timeframe [1] 48/20
times [5] 14/14 20/5 31/16 33/15 33/25
Tiny [9] 18/2 31/7 31/12 32/5 32/9 32/19
  32/22 33/16 49/12

**T** (continued)

Tiny's [5] 17/19 17/24 39/24 41/19 44/18
title [1] 46/20
today [14] 4/9 6/3 17/24 22/13 24/18 28/19
  30/11 30/24 31/3 38/7 46/12 46/15 46/18 47/1
together [1] 33/22
told [1] 46/20
tomorrow [6] 4/23 5/11 5/17 9/3 26/15 63/21
too [2] 30/20 59/19
took [6] 11/20 12/2 12/23 13/5 13/12 44/17
top [10] 9/15 9/17 10/17 11/22 24/10 24/13
  40/25 57/4 58/20 59/2
topics [1] 32/1
Tot [2] 51/15 51/20
total [5] 5/5 11/9 11/9 12/21 25/11
Tots [3] 56/24 57/9 57/15
Toyota [1] 31/20
toys [2] 34/20 51/7
trade [2] 62/15 62/21
transcript [2] 1/8 1/19 65/8 65/10
travel [1] 48/10
traveling [1] 45/10
treatment [1] 30/6
trial [9] 1/11 8/5 8/15 10/15 10/15 11/12 16/4
  26/10 31/5
tried [2] 11/11 45/18
trip [1] 30/20
true [1] 65/7
TRUJILLO [2] 2/4 4/11
TRUJILLO-JAMISON [2] 2/4 4/11
truth [2] 11/7 52/17
try [1] 15/13
trying [6] 7/10 7/11 10/13 14/15 23/24 42/1
TUESDAY [1] 4/1
turn [3] 39/21 59/10 59/13
tutu [1] 33/23
TV [9] 31/12 49/13 49/16 49/25 50/4 50/7 53/1
  54/2 56/1
twice [1] 31/17
two [12] 10/8 14/2 14/7 15/22 20/24 30/21
  39/18 48/23 53/11 55/10 60/4 62/14
two years [1] 30/21
TX [1] 2/14
type [2] 33/23 44/22

**U**

U.S [1] 65/16
UMBERG [1] 2/8
under [3] 7/9 18/7 52/14
underlying [1] 11/1
underneath [3] 24/1 36/9 40/9
understand [4] 4/17 9/17 22/15
understanding [1] 22/21
understood [5] 5/14 5/19 14/25 15/9 52/14
unique [1] 33/17
UNITED [4] 1/3 1/23 65/7 65/11
unless [2] 7/14 16/6
unlikely [1] 25/23
until [4] 15/24 24/8 26/5 62/4
up [27] 4/17 4/23 5/16 19/16 20/20 23/14 24/5
  24/10 25/11 35/6 36/7 36/10 36/11 36/18 37/7
  37/7 37/16 37/18 38/14 38/23 43/14 43/25
  52/19 54/16 56/7 57/17 58/19
updates [1] 26/12
us [8] 5/21 25/18 26/17 26/20 34/16 36/23
  41/10 62/13
use [3] 7/16 10/17 28/13
used [3] 6/17 34/19 35/3
using [2] 12/9 12/10
Usually [1] 15/22

**V**

Vargas [1] 20/13
version [2] 7/20 23/16
versus [2] 4/5 38/7
very [5] 21/2 22/14 27/14 32/21 33/20
via [3] 3/18 3/19 45/19
vibrant [1] 18/24
video [12] 3/18 3/19 6/18 16/3 16/17 16/20
  19/24 19/25 25/25 27/10 27/15 63/19

**V**

videotaped [1] 17/4
view [2] 13/23 43/4
views [7] 8/20 11/9 25/4 25/5 25/7 25/9 25/11
visible [2] 9/2 12/15
VOL [2] 1/11 64/3
vote [2] 13/1 14/2
voted [9] 8/17 8/18 9/10 9/25 10/2 11/13
11/23 12/5 12/6
votes [13] 8/23 9/4 9/22 10/14 11/3 11/9
11/24 12/18 12/21 13/10 14/9 14/11 15/7
voting [2] 8/25 13/8
vs [2] 1/9 1/14

**W**

WAGNER [4] 3/19 19/24 19/25 20/3
waists [1] 60/2
Wait [1] 41/11
want [24] 8/9 8/9 8/13 9/16 9/20 10/4 10/17
10/24 13/17 13/19 14/10 14/13 14/21 17/17
21/1 21/12 23/23 30/22 44/22 46/2 50/25 56/7
56/14 58/19
wanted [5] 26/2 34/23 34/24 35/11 37/5
wanting [3] 10/11 35/1 45/20
was [110]
wasn't [6] 7/1 11/12 26/10 38/4 44/13 50/19
watch [5] 16/10 32/22 35/3 35/4 49/6
watched [2] 51/25 52/2
watching [2] 32/10 32/20
way [10] 17/23 21/16 22/6 40/2 42/2 43/15
43/18 45/12 45/23 51/11
we [118]
we're [1] 13/8
we've [1] 15/24
wear [3] 53/23 59/22 60/1
week [2] 15/20 15/25
weekend [1] 63/4
well [10] 5/11 7/1 7/6 7/13 9/14 13/14 13/20
37/10 45/18 52/6
went [5] 29/10 30/20 35/6 37/18 53/11
were [61] 12/19 14/18 16/4 18/25 19/15 19/16
21/3 24/22 26/12 26/14 26/15 31/10 31/18
32/9 32/19 33/10 33/19 34/11 38/6 38/8 38/10
38/13 41/12 42/11 42/12 42/15 42/16 42/22
43/7 43/14 43/20 44/25 46/1 47/15 47/21
47/24 48/10 51/11 51/11 51/18 52/3 52/4 52/5
52/5 52/7 52/10 52/10 52/14 53/2 53/5 53/9
53/13 53/14 53/14 53/19 57/10 57/15 57/20
59/13 60/18 62/12
weren't [1] 49/17
West [1] 1/23
WESTMORELAND [4] 2/13 4/14 10/21 61/16
what [82]
what's [1] 21/6
whatever [4] 13/16 22/7 27/1 63/22
when [45] 6/21 8/20 12/11 12/18 14/6 15/16
16/2 18/10 18/13 18/18 19/5 19/10 19/16
21/13 22/22 25/8 26/25 28/18 32/4 33/10 35/2
35/3 36/1 36/24 36/24 37/18 37/21 38/13
39/20 41/17 42/7 44/2 44/9 45/21 48/7 50/18
52/2 52/6 53/1 53/13 57/5 57/20 58/9 58/11
58/12
where [9] 12/5 28/23 31/18 32/7 36/9 37/16
44/18 45/5 59/22
whether [2] 25/1 25/10
which [18] 7/9 7/16 7/17 7/20 8/3 9/12 11/10
11/12 12/16 15/15 20/18 23/17 28/25 36/12
37/13 54/11 59/15 62/13
while [4] 7/4 32/9 32/19 33/12
white [1] 59/23
who [24] 8/10 9/4 9/10 9/25 11/13 11/15
11/18 11/19 11/21 12/2 12/5 12/6 13/12 17/17
19/16 19/19 25/20 30/1 30/3 30/23 31/7 44/6
44/6 61/22
whole [5] 5/22 14/10 38/14 41/23 63/1
why [15] 6/21 17/16 18/22 19/19 20/19 23/21
24/8 30/13 36/3 37/21 41/21 41/23 42/15
45/17 59/10

will [37] 4/23 5/16 5/25 7/16 13/16 13/24 15/6
15/12 19/18 19/23 20/10 20/11 20/20 20/24
20/24 20/25 21/3 23/16 24/17 24/19 25/9
25/11 25/18 26/17 26/25 27/5 27/12 28/21
35/23 37/11 40/11 60/25 61/24 61/25 63/1
63/14 63/23
WILLENKEN [1] 2/5
willing [1] 44/4
Wilmer [1] 15/18
Wilshire [1] 2/5
WILSON [2] 2/3 4/10
withdrawn [4] 3/10 3/11 63/9 63/15
within [2] 8/12 62/20
without [5] 7/11 7/14 10/7 12/20 13/7
witness [34] 7/12 7/13 7/15 8/17 8/24 9/2
10/12 10/13 10/18 10/25 11/23 13/17 16/10
16/24 16/25 17/2 19/24 20/8 21/7 21/22 22/22
22/23 25/20 27/5 27/8 27/13 27/17 27/17
27/24 31/8 46/3 46/5 61/21 61/22
witnesses [5] 3/5 3/13 6/3 8/10 25/16
Womack's [2] 63/5 63/12
women [1] 32/2
won't [3] 15/24 25/6 26/4
Woodlands [3] 36/10 37/14 37/15
word [1] 28/14
wore [1] 33/23
work [2] 45/13 45/19
working [3] 26/13 33/9 33/13
world [1] 19/14
worth [1] 37/12
would [42] 5/11 5/12 5/23 5/24 6/24 7/10 8/19
9/2 9/4 10/8 12/20 13/6 14/1 14/23 17/7 19/8
20/4 20/17 21/25 22/25 25/3 26/14 27/2 27/22
27/25 28/19 32/15 33/2 34/6 37/11 38/19
42/15 44/3 46/2 48/20 52/19 53/11 54/10
56/10 60/4 62/17 62/24
wouldn't [3] 34/7 34/10 44/21
wrong [1] 42/21

**X**

Xscape [5] 31/11 31/13 31/14 31/16 48/14
Xscape's [1] 48/18

**Y**

yeah [8] 33/1 39/20 46/23 48/4 49/10 49/14
49/17 54/20
year [5] 9/15 30/9 31/24 32/6 50/8
years [4] 29/5 30/21 33/4 50/14
yes [91]
yet [1] 50/19
you [321]
you're [4] 7/13 26/5 29/16 45/7
you've [10] 5/7 8/4 14/14 18/7 48/21 55/6
55/9 55/12 59/22 60/1
young [2] 33/18 33/19
younger [6] 19/16 31/1 34/9 34/14 34/16 35/4
youngest [3] 37/4 50/16 50/17
your [120]
yourself [2] 28/22 34/6
YouTube [1] 35/6

**Z**

ZIPSER [1] 2/8
Zonnique [3] 28/12 39/15 49/3
zoom [2] 45/19 58/20