1

```
 1

 2

 3                   UNITED STATES DISTRICT COURT

 4                 CENTRAL DISTRICT OF CALIFORNIA

 5                        SOUTHERN DIVISION

 6                            - - -

 7       THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

 8
           MGA ENTERTAINMENT, INC.,      )CERTIFED TRANSCRIPT
 9                    Plaintiff,         )
              vs.                        )
10                                       )  CV-20-11548-JVS
           CLIFFORD "T.I." HARRIS,       )
11         et al., )                     )
                      Defendants.        )TRIAL DAY 10, VOL. I
12         ------------------------------)
           GRAND HUSTLE, LLC, PRETTY     )
13         HUSTLE, LLC, and OMG GIRLZ,   )
           LLC,                          )
14                    Counter-Claimants, )
              vs.                        )
15         MGA ENTERTAINMENT, INC.,      )
           ISAAC LARIAN, and DOES 1-10,  )
16         inclusive,                    )
                      Counter-Defendants.)
17         ------------------------------)

18

19            REPORTER'S TRANSCRIPT OF PROCEEDINGS

20                    Santa Ana, California

21                    September 18, 2024

22
                            SHARON A. SEFFENS, RPR
23                          United States Courthouse
                            411 West 4th Street, Suite 1-1053
24                          Santa Ana, CA  92701
                            (612) 804-8655
25
```

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff and Counter-Defendants:

 3   PAUL J. LOH
     JASON H. WILSON
 4   WILLENKEN, LLP
     707 Wilshire Boulevard, Suite 3850
 5   Los Angeles, CA  90017
     (213) 955-9240
 6
     MARK A. FINKELSTEIN
 7   UMBERG ZIPSER, LLP
     1920 Main Street, Suite 750
 8   Irvine, CA  92614
     (949) 679-0052
 9

10   For the Defendants and Counter-Claimants:

11   JOHN R. KEVILLE
     ROBERT L. GREEN
12   CHANTE B. WESTMORELAND
     SHEPPARD MULLIN RICHTER & HAMPTON, LLP
13   700 Lousiana Street, Suite 2750
     Houston, TX  77002
14   (713) 431-7100

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1

2

3                          I-N-D-E-X

4

5   PLAINTIFFS'
    WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS
6
     (None)
7
    PLAINTIFFS'
8   EXHIBITS:                                MARKED     RECEIVED

9   Exhibit 5186                                          76
    Exhibit 5185                                          77
10
    DEFENSE
11  WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS

12  BLANCHE CONSORTI
      (Continued)                    28        79
13  BRUCE ISAACSON           95

14
    DEFENSE
15  EXHIBITS:                                MARKED     RECEIVED

16  Exhibit 5507, Paragraph 9                             27
    Exhibit 1830                                          59
17  Exhibit 3405                                          61
    Exhibit 4887                                          68
18

19

20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| | 1 | SANTA ANA, CALIFORNIA; WEDNESDAY, SEPTEMBER 18, 2024; 8:33 |
| | 2 | A.M. |
| 08:23 | 3 | (Jury not present) |
| 08:33 | 4 | THE CLERK:  Calling Item 1, CV-20-11548-JVS, MGA |
| 08:33 | 5 | Entertainment, Inc., versus Clifford T.I. Harris, et al. |
| 08:33 | 6 | Counsel, please state your appearances for the |
| 08:33 | 7 | record. |
| 08:33 | 8 | MR. LOH:  Good morning, Your Honor.  Paul Loh for |
| 08:33 | 9 | MGA and Isaac Larian, and with me is Mark Finkelstein. |
| 08:33 | 10 | MR. FINKELSTEIN:  Good morning, Your Honor. |
| 08:33 | 11 | THE COURT:  Good morning. |
| 08:33 | 12 | MR. KEVILLE:  Good morning, Your Honor.  For the |
| 08:33 | 13 | defendant, John Keville, Chante Westmoreland, and Rob Green. |
| 08:33 | 14 | THE COURT:  Good morning. |
| 08:34 | 15 | I received the Harris parties' brief at Docket 974 |
| 08:34 | 16 | with regard to whether the door has been opened to prior |
| 08:34 | 17 | accusations of copying.  I think the door has been clearly |
| 08:34 | 18 | opened, but I also think it would be an undue expenditure of |
| 08:34 | 19 | time to go into other instances where MGA has been sued. |
| 08:34 | 20 | I propose to give a cautionary instruction to tell |
| 08:34 | 21 | the jury that they heard testimony yesterday with regard to |
| 08:34 | 22 | Ms. Melendez and Lady Gaga not suing.  I would simply |
| 08:34 | 23 | instruct them to disregard that testimony.  It has no |
| 08:34 | 24 | bearing on the issues in this case. |
| 08:34 | 25 | Mr. Keville. |

08:34   1           MR. KEVILLE:  Your Honor, I think it would have to

08:34   2   come with an instruction that says because we were not

08:34   3   allowed to --

08:35   4           THE COURT:  No, I'm not going to get into that.

08:35   5           MR. KEVILLE:  But it gives an impression, you

08:35   6   know, that we are hiding something.  We don't get to rebut

08:35   7   the inference that was out there.

08:35   8           THE COURT:  You don't, but the instruction I would

08:35   9   give would be very clear, and I think the jury would

08:35   10  instantly recall the testimony with regard to Lady Gaga and

08:35   11  Ms. Melendez not suing and understand that they just put it

08:35   12  out of their mind.  At this point particularly, the way this

08:35   13  trial stretched out, I just think going down that path is an

08:35   14  undue expenditure of time.

08:35   15          Mr. Finkelstein.

08:35   16          MR. FINKELSTEIN:  That's acceptable to us, Your

08:35   17  Honor.

08:35   18          MR. KEVILLE:  My worry, Judge, is that it's now

08:35   19  brought back into their mind without any inference of why

08:35   20  they can't, you know, so I just think there should be some

08:36   21  structure to it.  Maybe it should be they weren't supposed

08:36   22  to question on this and they did.  Now it has to be

08:36   23  stricken.  They put us in a box.  They fought this through

08:36   24  discovery successfully, and then they opened the door, and

08:36   25  now it's like, okay, just ignore it, but it doesn't really

08:36  1  address the situation.  Now we are reminding them this came

08:36  2  up and telling them to ignore it.  Maybe it's us that's

08:36  3  wanting them to ignore it, right?  That's the problem we

08:36  4  have.

08:36  5          THE COURT:  It's not a perfect solution, but

08:36  6  that's what I am going to do.  I just think going farther

08:36  7  down that path of who sued or didn't sue isn't worth the

08:36  8  time do it, particularly where we are in this elongated

08:36  9  trial.

08:36  10          MR. KEVILLE:  Understood.  I wasn't trying to --

08:36  11          THE COURT:  No, no.  You want to make your record.

08:36  12          MR. KEVILLE:  I was thinking the curative could

08:36  13  give more explanation.  That's all.

08:36  14          MR. FINKELSTEIN:  Just so the record is clear, we

08:37  15  agree with the instruction.  We disagree with the way

08:37  16  Mr. Keville has characterized what happened in discovery.

08:37  17  What he said isn't accurate, but I don't think we need to

08:37  18  get into those kind of details, and that's the reason I

08:37  19  think Your Honor is right to give the simple instruction and

08:37  20  leave it at that.

08:37  21          THE COURT:  Okay.  I relayed to you the two notes

08:37  22  that were handed in by jurors yesterday.  Thoughts?

08:37  23          MR. FINKELSTEIN:  Your Honor, as to the first note

08:37  24  as to why we were talking about other dolls, we propose the

08:37  25  following response:  As of now, both sides have claims as to

08:37   1   all 32 dolls.  In addition, all of the dolls are relevant to

08:37   2   the determination on the seven to nine dolls.

08:37   3          On the second point, I think --

08:37   4          THE COURT:  Could you hand that up?

08:37   5          MR. FINKELSTEIN:  Sure.

08:38   6          THE COURT:  Have you shared this with Mr. Keville

08:38   7   and Mr. Green?

08:38   8          MR. FINKELSTEIN:  No, we haven't met and conferred

08:38   9   on this either way, Your Honor, so I don't know what their

08:38   10  proposal is.

08:38   11         THE COURT:  Well, both sides don't have claims as

08:38   12  to the 32.

08:38   13         MR. KEVILLE:  That's exactly right.

08:38   14         THE COURT:  Only MGA does, and that's your dec

08:38   15  relief.

08:38   16         MR. FINKELSTEIN:  Actually, as of now, they have

08:38   17  not yet dismissed the other dolls, nor have they amended the

08:38   18  Complaint.  They are seeking damages on the seven to nine.

08:38   19  But the Third Amended Counterclaims, which is the operative

08:38   20  document, remains as to all of the dolls.

08:38   21         MR. GREEN:  That's not correct, Your Honor.  We

08:38   22  are only seeking liability on seven dolls.  We made that

08:38   23  very clear.  In fact, Mr. Finkelstein has said we can

08:38   24  abandon the other dolls.  They don't care because it doesn't

08:38   25  affect their claims.  Mr. Loh said the same thing.  We are

08:38  1   free to ask on the verdict form for our seven.

08:39  2           What you said is exactly how we understood the

08:39  3   structure.  We are asking for -- what we want to ask for is

08:39  4   just seven dolls with damages for the nine potentially.  We

08:39  5   totally understand that the ruling -- they have a dec action

08:39  6   that you are not going to get rid of based on that.  They

08:39  7   are free to ask for the other 25.

08:39  8           That's how we proposed the revised verdict form

08:39  9   that we submitted I believe on Monday.  That's been our

08:39  10  understanding this entire time, and we have a proposed

08:39  11  instruction that is in line with that.  That's what we are

08:39  12  asking for, but they do have their own claim that they are

08:39  13  entitled to go forward on and they're entitled to put

08:39  14  evidence on for.  That's our understanding of the playing

08:39  15  field.

08:39  16          MR. FINKELSTEIN:  I would say we have gone around

08:39  17  and around on this for quite awhile now and several times.

08:39  18  But the fact of the matter is that while they have discussed

08:39  19  these things, they have never actually done anything.  They

08:39  20  haven't filed a request under Rule 41.  They have not filed

08:39  21  a request under Rule 15.  So as of now --

08:39  22          THE COURT:  They earlier abandoned any damage

08:39  23  claim with respect to the 32.  Whether it's -- that's the

08:40  24  record.  They have done that.  It's binding.

08:40  25          MR. FINKELSTEIN:  They have abandoned damages, but

08:40    1    they haven't abandoned liability on the rest.  They have

08:40    2    said they are not seeking damages, but right now their

08:40    3    operative counterclaim seeks liability on all 32 dolls. So

08:40    4    saying --

08:40    5            THE COURT:  Well, the form of special verdict the

08:40    6    Harris parties tendered only asks for money on seven to

08:40    7    nine.

08:40    8            MR. FINKELSTEIN:  I understand they are asking for

08:40    9    money.  They are limiting the damages they are seeking, but

08:40   10    the operative counterclaim seeks liability on all 32 dolls.

08:40   11    I get they are now abandoning damages on 25, but the claims

08:40   12    as they stand seek liability on all of the dolls.  They have

08:40   13    not filed a Rule 15 motion.  They have not filed a Rule 41

08:40   14    request.  They have talked about various vehicles, and every

08:40   15    time they have decided to backtrack because of the possible

08:40   16    repercussions.

08:41   17            MR. GREEN:  Not correct, Your Honor.  We have

08:41   18    repeatedly -- first of all, our verdict form only seeks

08:41   19    liability on seven dolls.

08:41   20            THE COURT:  Right.

08:41   21            MR. GREEN:  We don't ask for a finding on the rest

08:41   22    either.  That's in their claim.  So we have abandoned it

08:41   23    through our verdict form.  I think you noted we have offered

08:41   24    to amend.  They have opposed, so we didn't have leave.  You

08:41   25    did not grant us leave to do it, but we moved to amend.

08:41  1          THE COURT:  No, I don't think you did move to

08:41  2  amend.  You said you were going to think about that.  I

08:41  3  don't think even an oral motion to amend was made to me.

08:41  4          MR. GREEN:  We have offered to -- well, you had

08:41  5  indicated that you would not grant us leave to amend.  We

08:41  6  offered to amend, and they opposed it.  Rule 41 is moot,

08:41  7  because Rule 41 requires us to dismiss the entire action.

08:41  8  We obviously can't do that.  That's not what we're doing.

08:41  9  Either way, our proposed verdict form makes clear that we

08:41  10  only are seeking liability on seven dolls.

08:41  11          MR. FINKELSTEIN:  Your Honor is exactly right.

08:41  12  They haven't actually offered anything.  They talked about

08:41  13  thinking about it.  I'm not sure -- this is the closest we

08:42  14  have heard, but I didn't actually hear an oral motion, and I

08:42  15  don't know thee scope of it.  So how can we oppose something

08:42  16  that has not been made?  If they are now moving to amend, we

08:42  17  would consider it, but as of yesterday --

08:42  18          THE COURT:  I understand you're not only not

08:42  19  seeking damages on the seven plus two, but you've abandoned

08:42  20  the claims as to 32.

08:42  21          MR. GREEN:  That's correct, and we have been clear

08:42  22  on that repeatedly.

08:42  23          THE COURT:  Okay.

08:42  24          MR. GREEN:  They said they had no issue with us

08:42  25  doing that.

08:42    1              THE COURT:  You can put to the jury what you want

08:42    2    to put to the jury.  I think you are perfectly entitled to

08:42    3    abandon the claim.

08:42    4              MR. GREEN:  Thank you, Your Honor.

08:42    5              MR. FINKELSTEIN:  Are they also then asking Your

08:42    6    Honor to enter a Rule 50 judgment?  I know before they said

08:42    7    they wanted to think about that because of repercussions.

08:42    8              MR. GREEN:  We wouldn't move for Rule 50.  That's

08:42    9    for them to do.  We don't move for Rule 50 on our own claim.

08:42    10             THE COURT:  And they didn't move at the end of

08:43    11   plaintiffs' case-in-chief.

08:43    12             MR. GREEN:  If they want to move for Rule 50, they

08:43    13   can do that, but that's not something they have done.

08:43    14             MR. FINKELSTEIN:  Would they oppose such a motion?

08:43    15             MR. GREEN:  What's the motion?  We haven't --

08:43    16             MR. FINKELSTEIN:  Rule 50 on our DJ claim on the

08:43    17   remaining dolls.

08:43    18             THE COURT:  No, no, no, can't do that.

08:43    19             MR. GREEN:  Rule 50 on our claims --

08:43    20             MR. FINKELSTEIN:  It was my understanding what

08:43    21   Your Honor suggested was if they want to --

08:43    22             THE COURT:  Well, I guess you can at the close of

08:43    23   the evidence.  You're entitled to --

08:43    24             MR. FINKELSTEIN:  I'm just trying to understand

08:43    25   procedurally what is happening here.

08:43  1           THE COURT:  Well, I will let you figure out what

08:43  2    to do procedurally.  It seems to me, especially with the

08:43  3    form of special verdict provided by the Harris parties,

08:43  4    there is no claim being advanced against the 32 dolls.

08:43  5           MR. GREEN:  Correct, Your Honor.  So, therefore,

08:43  6    the instruction we have submitted makes clear what our claim

08:43  7    is and what their claim is, and that explains why there are

08:44  8    32 dolls.  They have repeatedly said they wanted to put on

08:44  9    evidence of that for their claim, and that's what you

08:44  10   allowed.  We tried to craft an instruction that made that

08:44  11   clear to the jury why they are hearing about the 25.  It's

08:44  12   because MGA wants them to which they have a right to do.

08:44  13          MR. FINKELSTEIN:  Your Honor, my concern is that

08:44  14   seems to suggest that we're the ones doing this when this

08:44  15   has been a moving target.  We didn't know about this

08:44  16   focusing until opening statement.  We are shifting this

08:44  17   morning.  I heard for the first time something new that they

08:44  18   are I think formally amending the Complaint.  I'm still not

08:44  19   entirely sure.

08:44  20          THE COURT:  No, no.  We will resolve this really

08:44  21   in the form of special verdict we are going to give, and I'm

08:44  22   inclined to give the present form that the Harris parties

08:44  23   are advancing.  Let's take that up when we get down to the

08:44  24   instructions.

08:44  25          Are we still going to do that at the end of the

| | | |
|---|---|---|
| 08:44 | 1 | day today? |
| 08:44 | 2 | MR. FINKELSTEIN:  Yes, Your Honor. |
| 08:44 | 3 | THE COURT:  Okay.  Now, what do tell the jury |
| 08:44 | 4 | about where we are? |
| 08:44 | 5 | MR. FINKELSTEIN:  Did we resolve what we are going |
| 08:44 | 6 | to tell the jury on the seven to nine issue? |
| 08:45 | 7 | THE COURT:  I think I told them the other day that |
| 08:45 | 8 | the 32 -- I guess I told them that the parties had agreed |
| 08:45 | 9 | that all the dolls would come into evidence.  I guess I |
| 08:45 | 10 | haven't told them exactly about the 32. |
| 08:45 | 11 | MR. FINKELSTEIN:  Perhaps we just leave it at |
| 08:45 | 12 | that. |
| 08:45 | 13 | MR. GREEN:  I don't think it clears that up, Your |
| 08:45 | 14 | Honor.  They clearly have a question.  I think they don't |
| 08:45 | 15 | understand what our claim is versus a declaratory judgment |
| 08:45 | 16 | claim.  I think some clarity there would be helpful. |
| 08:45 | 17 | MR. FINKELSTEIN:  Your Honor, if you are looking |
| 08:45 | 18 | at their proposed instruction, we have some comments on |
| 08:45 | 19 | that.  Can I pass up a few if you are thinking about that |
| 08:45 | 20 | one? |
| 08:45 | 21 | THE COURT:  I think I have it. |
| 08:45 | 22 | (Document handed to the Court) |
| 08:46 | 23 | THE COURT:  Any comments with regard to this?  I |
| 08:46 | 24 | would change "seeking damages" and say "only advancing |
| 08:46 | 25 | claims." |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:46  1            MR. GREEN:  I didn't get to see the note they

08:46  2  made, but it sounds like they're saying the OMG Girlz are

08:46  3  only seeking -- are only advancing claims for seven dolls

08:46  4  plus two.

08:46  5            THE COURT:  Right.

08:46  6            MR. LOH:  Your Honor, if I may, since I did the

08:46  7  markup, I think it should say "are now only seeking claims."

08:46  8            THE COURT:  Sir, I'm not going do that.

08:46  9            MR. LOH:  I'm only asking that because it

08:47  10  reflects --

08:47  11            THE COURT:  Make your record.  I'm not going to

08:47  12  say that.  I'm just going to tell them what the current

08:47  13  state of bidding is.  I am not going to emphasize it by

08:47  14  saying "now" or doing anything else.

08:47  15            MR. LOH:  Then there is the other change where we

08:47  16  take away the "however."  I think it should be factual, just

08:47  17  the current state of bidding.

08:47  18            (Counsel conferring)

08:47  19            MR. GREEN:  On Question 2, I don't think this is

08:47  20  what happened.  I think we should simply say "the parties,"

08:47  21  because I know they have rebuttal.  "The parties expect to

08:47  22  present this case to the jury by Friday."  I think that's

08:47  23  still accurate unless --

08:48  24            MR. KEVILLE:  The last we heard is they said they

08:48  25  expected to close Wednesday or finish their evidence, so

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:48    1    Friday is a long stretch from Wednesday.

08:48    2            MR. LOH:  Your Honor, if I may, I think the Court

08:48    3    had asked me how many days --

08:48    4            THE COURT:  Right.  Make an estimate.  I took your

08:48    5    statement as nothing more than a good-faith estimate.

08:48    6            MR. LOH:  I certainly did it in good faith.  I

08:48    7    think it was four to five days.  I can't even remember how

08:48    8    many days to count off of that.  But based on the current

08:48    9    state of things and the pace, I think we are more looking at

08:48    10   submitting the case to them on Friday.  That's my good-faith

08:48    11   estimate now given where we are.

08:48    12           THE COURT:  Well, how long is your rebuttal case

08:48    13   going to be?

08:48    14           MR. KEVILLE:  I expect it will be quite short.

08:48    15           THE COURT:  Meaning?

08:48    16           MR. KEVILLE:  You know, not knowing what they are

08:49    17   doing to do, Your Honor, I would expect a half hour tops.

08:49    18           THE COURT:  And you've got a rebuttal case as

08:49    19   well.

08:49    20           MR. FINKELSTEIN:  Yeah.  I did want to ask you

08:49    21   about that, Your Honor.  Is our rebuttal case limited to

08:49    22   their rebuttal on their claims, or is our rebuttal case open

08:49    23   to their opposition on our claims which would be broader?

08:49    24           THE COURT:  It's a rebuttal as to your claims

08:49    25   only.

08:49   1          MR. FINKELSTEIN:  So we could rebut anything they

08:49   2   brought up in opposition to our claims, and it wouldn't be

08:49   3   limited to their rebuttal on their claims?  Am I

08:49   4   understanding that correctly?

08:49   5          MR. GREEN:  I'm not sure I follow that.

08:49   6          MR. FINKELSTEIN:  Well, they said their rebuttal

08:49   7   would be short, a half hour.  I think they said it would be

08:49   8   just Mr. Tregillis, but that's just on their claims.

08:49   9          Would our rebuttal be limited to that rebuttal, or

08:49   10  would our rebuttal be larger because we could bring up

08:49   11  anything they did in opposition --

08:49   12         THE COURT:  No.  Your rebuttal is the rebuttal

08:49   13  with respect to your case-in-chief, which is just the

08:49   14  declaratory relief claims.  You can't talk about Tregillis.

08:49   15  That doesn't go to your claims.

08:49   16         To be clear, if claims one, two, and three were in

08:50   17  their case-in-chief, you get -- and they're currently have

08:50   18  opposition to claims one, two, and three and claim the basis

08:50   19  for claims four and five, the counterclaims, when we come to

08:50   20  rebuttal for the Harris parties, they can rebut as to claims

08:50   21  one, two, three.  When we come to your case-in-chief, you

08:50   22  can rebut as to claims four and five.  Does that make it

08:50   23  clear?

08:50   24         MR. FINKELSTEIN:  Yes, Your Honor.  Thank you.

08:50   25         MR. GREEN:  Your Honor, it's not clear to me what

08:50   1  they are rebutting.  They are in their case right now.

08:50   2  Tregillis would just be responding on damages.  So they go

08:50   3  again.  It's not clear what they are rebutting.  We haven't

08:50   4  put anything forward since their case ended other than

08:50   5  responding to their damages expert.  So what are they --

08:50   6  there is nothing to rebut.  They just put on their case.  We

08:50   7  didn't go again after them.  Does that make sense?

08:50   8          We put on our case.  They both responded to it and

08:50   9  put on their case, and we get a rebuttal to whatever part of

08:51  10  our case we want to, but there's nothing -- depending on the

08:51  11  scope of that, there is nothing for them to then rebut.

08:51  12  They would just be going back to their original case.  We

08:51  13  haven't responded to their case.  Does that make sense?

08:51  14  That's not why I'm not following.  What witness are they

08:51  15  intending to call on their rebuttal?  It's not clear to me.

08:51  16          MR. FINKELSTEIN:  I don't have a present plan, but

08:51  17  it seems to me they are putting on evidence in opposition to

08:51  18  our DJ claim through cross-examination, through introduction

08:51  19  of exhibits, et cetera.  So to the extent we are going to

08:51  20  rebut anything they've done in opposition to the DJ claim,

08:51  21  as Your Honor said, we are entitled to do it.  Right at this

08:51  22  moment, I can't tell you the scope of that.  I'm just trying

08:51  23  to understand the metes and bounds.

08:51  24          THE COURT:  Let's see where we are at the end of

08:51  25  the day.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:51  1            So I will tell the jury we expect to get the case
08:51  2    to them on Friday.
08:51  3            MR. FINKELSTEIN:  I think that's accurate, Your
08:51  4    Honor.  I don't know if you want to move on to what I think
08:51  5    is the last issue, which is their request for judicial
08:52  6    notice.  I submitted to Your Honor and I gave to the other
08:52  7    side a potential curative instruction on this.
08:52  8            Our concern, Your Honor, is -- and I have got just
08:52  9    one snippet so everyone can follow along.
08:52  10           THE COURT:  Well, I don't think I have that.
08:52  11           MR. FINKELSTEIN:  I'm bringing that up.
08:52  12           (Document handed to the Court)
08:52  13           MR. FINKELSTEIN:  Yesterday I handed you a
08:52  14   proposed curative instruction.  Do you want another copy of
08:52  15   that, too?
08:52  16           THE COURT:  Yes, please.
08:52  17           (Document handed to the Court)
08:52  18           MR. FINKELSTEIN:  During Mr. Keville's questioning
08:52  19   of Mr. Larian, he tried to draw a distinction and a
08:52  20   comparison between claims MGA made against third parties and
08:53  21   claims the OMG Girlz are making in this case.  I've handed
08:53  22   you a copy.
08:53  23           For instance, at lines 6 and 7, Mr. Keville says
08:53  24   to Mr. Larian:  "You said that was trade dress infringement,
08:53  25   correct?"

08:53   1         Later on, on lines 17 to 20, he says:  "All right.

08:53   2 And despite all the differences when you sued somebody, you

08:53   3 said there was absolutely zero similarities or possibility

08:53   4 of confusion between the O.M.G. dolls and OMG Girlz,

08:53   5 correct?"

08:53   6         So they have drawn this comparison and are asking

08:53   7 the jury to make this comparison.  If MGA thinks something

08:53   8 is trade dress infringement when they sue somebody over a

08:53   9 toy, or a car, or whatever it was, that should inform

08:53 10 whether its trade dress infringement in this case.  Of

08:53 11 course that's not true.  We don't know what happened in

08:53 12 those allegations.  We don't know what the findings were.

08:53 13 Totally different cases.

08:54 14         So two things, Your Honor.  I'm concerned that

08:54 15 with this Request for Judicial Notice.  They want to go back

08:54 16 into this.  I don't think they should.  I don't think it's

08:54 17 relevant.  Just because you can take judicial notice of

08:54 18 something doesn't make it relevant.

08:54 19         Secondly, I do think already based on what has

08:54 20 already happened the Court should give the curative

08:54 21 instruction that we have passed up.

08:54 22         MR. GREEN:  I would like to address that.

08:54 23         One thing that jumps out to me on this page I was

08:54 24 handed is I don't see the word "objection" anywhere.  So

08:54 25 this entire questioning happened without objection.

08:54  1                THE COURT:  It did.

08:54  2                MR. GREEN:  It's absolutely relevant.  It goes to

08:54  3      the credibility of MGA to say that they are saying one thing

08:54  4      in this case and that they said something else in another

08:54  5      case.

08:54  6                I think what's quite interesting is that they are

08:54  7      moving separately for judicial notice on the trademark file

08:54  8      history we filed.  That's what they have pending.  The

08:55  9      reason is Mr. Loh said in opening they want that because

08:55  10     they want to say, oh, look, you said that this website that

08:55  11     uses OMG isn't confusing, but now you are saying our dolls

08:55  12     are confusing.

08:55  13               The exact same thing Mr. Finkelstein is saying is

08:55  14     improper is not.  It's trying to show whether a party's

08:55  15     position is consistent.  That's the only reason they want

08:55  16     that stuff in, and that's how Mr. Keville used it without

08:55  17     objection.  There is no basis for a curative.  Even if you

08:55  18     were inclined to think there was something improper -- and

08:55  19     we don't think there is -- it was waived by there being no

08:55  20     objection to the entire line of questioning.

08:55  21               MR. FINKELSTEIN:  I agree we didn't object on the

08:55  22     record at the time, but we are objecting now.  To the extent

08:55  23     they want to bring in this new Request for Judicial Notice,

08:55  24     I'm pre-objecting and offering this curative instruction of

08:55  25     what's happened in the past anticipating what they are

08:55    1    trying to do in the future.

08:55    2         MR. GREEN:  We are not doing anything different

08:55    3    than what they are trying to do with their judicial notice,

08:55    4    which is trying to show inconsistent positions, which is the

08:55    5    heart of the issue.

08:55    6         MR. FINKELSTEIN:  They have made it clear that is

08:55    7    exactly what they want to do.  It's exactly what I said.

08:55    8    They want to draw this analogy if MGA sues somebody over a

08:56    9    Little Tykes car that that should somehow inform whether

08:56   10    there is infringement in this case.

08:56   11         The OMG issue is entirely different.  They told

08:56   12    the government that OMG's comment that people won't get

08:56   13    confused -- that is entirely relevant because OMG Girlz is

08:56   14    one of the elements of trade dress.  Whether MGA thinks some

08:56   15    other Little Tykes' car infringes or doesn't infringe and

08:56   16    what the findings were and what the evidence was, that's a

08:56   17    different lawsuit.

08:56   18         You can't say since MGA alleged that this is trade

08:56   19    dress infringement in some other case, that should inform

08:56   20    whether there is trade dress infringement in this case.  We

08:56   21    object to that, Your Honor.  We do think the curative

08:56   22    instruction is appropriate.

08:56   23         MR. GREEN:  It's not about informing.  It's about

08:56   24    showing inconsistent positions.  We are not saying because

08:56   25    they said this, therefore, we win.  We are making an

08:56   1   argument here.

08:56   2          THE COURT:  At the end of the day yesterday, I

08:56   3   asked you to consider two questions:  One, in a civil case,

08:57   4   it would seem that I am required to accept offers of

08:57   5   judicial notice.  Can the Court follow that mandate and

08:57   6   choose not to give the judicially noticed materials to the

08:57   7   jury?

08:57   8          MR. GREEN:  Your Honor, there was judicial notice

08:57   9   done on a document in Mr. Larian's questioning, and you did

08:57  10   say to the jury then -- whether you have to -- well, we

08:57  11   would like them to be exhibits once they're judicially

08:57  12   noticed.  Otherwise, we're not sure what -- well, the

08:57  13   testimony happened.  The purpose of the judicial notice is

08:57  14   so that it can be recognized as an accurate document that's

08:57  15   used.  The testimony happened without objection.

08:57  16          THE COURT:  I also asked you to identify a couple

08:57  17   of snippets from some of these five exhibits so I know

08:57  18   exactly what you want to do with them.

08:57  19          MR. GREEN:  I think that was actually their large

08:57  20   one that they were going to identify.  But we're happy --

08:58  21   it's the material that Mr. Keville covered with Mr. Larian.

08:58  22   We could narrow it down to what was actually used in

08:58  23   cross-examination.

08:58  24          MR. FINKELSTEIN:  Your Honor, if I may, just

08:58  25   because the Court takes judicial notice of something doesn't

08:58   1   make it relevant.  I could ask Your Honor to take judicial

08:58   2   notice of the average rainfall in Orange County in

08:58   3   September.  Maybe that's something that you could take

08:58   4   judicial notice of.  It doesn't mean I get to now argue that

08:58   5   somehow to the jury.  It would still be irrelevant.

08:58   6           They should not be able to make the false

08:58   7   comparison and confuse the jury as to the legal issues and

08:58   8   the jury instructions and think don't follow the Court's

08:58   9   instructions.  Instead, decide if it's trade dress based on

08:58   10  what MGA alleged in some other case.  That's entirely

08:58   11  inappropriate.  We object to that.  It is what they want to

08:58   12  do.  I showed you what they have already done in this

08:58   13  transcript, and I think Mr. Green made clear they want to do

08:58   14  it again.

08:58   15          MR. GREEN:  We're not saying because they said

08:58   16  something we win.  They are making the argument about

08:59   17  similarities.  We are inclined to show, and did without

08:59   18  objection, that they don't hold themselves to that standard.

08:59   19  They don't really believe that.  It's not credible.  It's a

08:59   20  credibility issue.

08:59   21          MR. FINKELSTEIN:  It's a legal issue.  It's a

08:59   22  legal issue, and they are trying to have the jury shortcut

08:59   23  the jury instructions, and that's not proper.

08:59   24          THE COURT:  I'm going to accept the offer of

08:59   25  judicial notice.  I'm going to direct that none of that be

08:59  1   shared with the jury.  Under 403, it's an undue expenditure

08:59  2   of time.  There is a potential for confusion in that it's

08:59  3   the Court's instructions that control at the end of the day,

08:59  4   not whether a party took a different legal position at a

08:59  5   different time.  That might be relevant in terms of matters

09:00  6   for the Court to consider, but those are not going to go to

09:00  7   the jury, and you will not discuss those other litigations.

09:00  8        MR. FINKELSTEIN:  And to our request for a

09:00  9   curative instruction, would you give that, Your Honor?

09:00  10        THE COURT:  Denied.

09:00  11        MR. KEVILLE:  Your Honor, just so I'm clear,

09:00  12   Mr. Larian was in our case, and then they want to bring him

09:00  13   back in their case.  Does that mean, no, I cannot go back to

09:00  14   his inconsistent statements if he says something different

09:00  15   this time?  That was the whole purpose of those documents.

09:00  16   As Mr. Green said, you are taking one position here, and you

09:00  17   have taken different positions the other way.  I can still

09:00  18   use them for that purpose?

09:00  19        THE COURT:  No, you can't use them for that

09:00  20   purpose.  The issue of what legal position or factual

09:00  21   position they may have taken in other litigations I'm

09:00  22   finding is potentially irrelevant, and certainly vital to

09:00  23   403 in terms of potential jury confusion in that the jury

09:00  24   might assume legal positions take elsewhere constitute the

09:01  25   applicable law, and it's an undue waste of time.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:01 | 1    MR. GREEN:  Your Honor, we understand your ruling,

09:01 | 2  but then all of their discussion on our trademark

09:01 | 3  application should be out as well for the same reason.  It's

09:01 | 4  not this litigation.  There is no trademark in the case

09:01 | 5  anymore.  They are trying to say the exact same thing that

09:01 | 6  they are saying is improper.

09:01 | 7    THE COURT:  I'm not going to make any further

09:01 | 8  rulings on this.

09:01 | 9    MR. LOH:  Your Honor, if I may, I have another RJN

09:01 | 10  issue, but this is actually quite discrete.  Yesterday I

09:01 | 11  asked the Court to take -- the Court has already taken

09:01 | 12  judicial notice of another document.  I apologize.  It

09:01 | 13  turned out I was speaking with about the wrong one.  The one

09:01 | 14  that I'm asking is actually Exhibit 5507.  It was part of

09:02 | 15  the granted Request for Judicial Notice, Docket 575,

09:02 | 16  paragraph nine.  It's merely a two-page document.

09:02 | 17    THE COURT:  So let me go back.  Docket --

09:02 | 18    MR. LOH:  The docket number is 575 that was

09:02 | 19  addressed in paragraph nine of that pleading.

09:02 | 20    THE COURT:  Okay.

09:02 | 21    MR. LOH:  I apologize.  I got them mixed up

09:02 | 22  yesterday.

09:02 | 23    THE COURT:  Well, is that document in fact in the

09:02 | 24  filing?

09:02 | 25    MR. LOH:  Yes, it is.

09:02   1          THE COURT:  I'll take a look at it, and we will

09:02   2   come back to this.

09:02   3          MR. GREEN:  Your Honor, I'm not sure what the

09:02   4   purpose of it is, but consistent with your ruling, we would

09:02   5   make the same relevance, 403, objection.

09:02   6          MR. LOH:  I can make an offer of proof.  This is

09:02   7   -- if you remember testimony about -- the claim was one of

09:02   8   their trademarks had canceled or lapsed because of Covid or

09:03   9   something.  So what happened was they mentioned through

09:03   10  Ms. Tameka Harris that they soon then refiled after

09:03   11  everything got cleared up.  This is the refiling.  That's

09:03   12  all that is.  The filing date is November 30, 2020, so it

09:03   13  follows on the testimony.

09:03   14         MR. GREEN:  The testimony was only in response to

09:03   15  their judicial notice arguments about trademark

09:03   16  applications, which now they said are irrelevant.  It's

09:03   17  different proceedings under a different standard.  The

09:03   18  trademark is not in this case.  They can't have their cake

09:03   19  and eat it, too, keep out the documents that we asked for

09:03   20  judicial notice for the same purpose but then use the ones

09:03   21  they want.

09:03   22         THE COURT:  You can use it.  I take judicial

09:03   23  notice of that document at Docket 575, paragraph nine.

09:03   24         MR. LOH:  So Exhibit 5507 is received, Your Honor?

09:03   25         THE COURT:  As to that one document, paragraph

09:03  1    nine.

09:03  2              (Exhibit 5507, Paragraph 9, is received in

09:03  3    evidence)

09:03  4              MR. LOH:  Thank you, Your Honor.

09:03  5              THE COURT:  When the jury comes in, I will advise

6    them that I expect the case will go to them Friday morning,

7    and I will also advise them as follows with regard to the

8    response to their first question:

9              MGA filed this lawsuit seeking a judgment of no

10    dolls infringe the trade dress or misappropriate the OMG

11    Girlz's name, image, or likeness.  The OMG Girlz now -- wait

12    a minute.  Well, the OMG Girlz have narrowed this case and

13    are only advancing claims for seven dolls plus two when sold

14    for a total nine.  Strike the "However."  MGA is still

15    entitled to present evidence on all 32 dolls.

09:05  16              MR. KEVILLE:  I have one quick thing.  We had some

09:05  17    issues with their slides for the expert who they said

09:05  18    yesterday would be called out of order.  I assume this will

09:05  19    take us up to the morning break, but I just want the -- we

09:05  20    will have to take them up before.  We tried to confer with

09:05  21    them this morning.

09:05  22              THE COURT:  That's fine.

09:05  23              (Recess)

09:05  24              (Jury present)

09:11  25              THE COURT:  Good morning, ladies and gentlemen.

09:11    1          I visited with counsel.  We expect to get the case

09:11    2    to you on Friday if everything runs correctly.  We will

09:11    3    start with the instructions, hear the arguments of the

09:11    4    counsel, and then the case will be submitted to you for

09:11    5    decision.  I expect that will be late morning or early

09:11    6    afternoon that it will be submitted to you.

09:11    7          I want to make sure everyone is clear where we are

09:11    8    in this case and what's in issue.

09:11    9          MGA filed this lawsuit seeking a judgment that no

09:11    10   dolls infringe the trade dress or misappropriate the OMG

09:11    11   Girlz's name, image, or likeness.  The OMG Girlz have

09:12    12   limited their case and are advancing claims only for seven

09:12    13   dolls plus two when sold with them for a total of nine

09:12    14   dolls.  MGA is still entitled to present evidence on all 32

09:12    15   dolls.

09:12    16          Cross-examination, Mr. Keville.

09:12    17          MR. KEVILLE:  Your Honor, may I approach?

09:12    18          THE COURT:  You may.

09:12    19     BLANCHE CONSORTI, DEFENSE WITNESS, PREVIOUSLY SWORN

09:12    20                      CROSS-EXAMINATION

09:12    21   BY MR. KEVILLE:

09:13    22   Q    Are you okay, Ms. Consorti?

09:13    23   A    Yes.

09:13    24   Q    Your counsel asked you many questions over the last few

09:13    25   days about copying, correct?

09:13    1    A    Correct.

09:13    2    Q    Do you understand that consumer confusion doesn't

09:13    3    require copying?

09:13    4    A    I don't know.

09:13    5    Q    You didn't even know MGA sued the OMG Girlz for the

09:13    6    last six months before you resigned, correct?

09:13    7    A    Correct.

09:13    8    Q    And you didn't know about this lawsuit for another year

09:13    9    after you resigned, correct?

09:13   10    A    Approximately, correct.

09:13   11    Q    And somehow you came to believe that this case was

09:13   12    solely about whether you copied, correct?

09:13   13    A    I'm not sure.

09:13   14    Q    Do you believe this case is about whether you copied or

09:14   15    whether consumers are confused?

09:14   16            MR. WILSON:  Objection, asks for a legal

09:14   17    conclusion.

09:14   18            THE COURT:  Overruled.

09:14   19            THE WITNESS:  I'm not sure.

09:14   20    BY MR. KEVILLE:

09:14   21    Q    Do you believe this case is about whether poofy skirts

09:14   22    are unique?

09:14   23    A    I'm not sure.

09:14   24    Q    Do you know there is no claim in this case that anyone

09:14   25    from the OMG Girlz is claiming they invented poofy skirts?

09:14    1    A    I'm not sure.

09:14    2    Q    Do you even know what the trade dress is that's at

09:14    3    issue in this case?

09:14    4    A    I saw the exhibit that you shared with the trade dress

09:14    5    information.

09:14    6    Q    And do you understand today that we are here in this

09:14    7    case about whether consumers are confused between that trade

09:14    8    dress and the dolls that are the seven dolls that are at

09:14    9    issue?

09:14    10    A    Yes.

09:14    11    Q    All right.  On Friday and yesterday, you spent some

09:14    12    time talking about the L.O.L. Tots, right?

09:14    13    A    Yes.

09:15    14    Q    And there are no claims against any Tots in this case,

09:15    15    correct?

09:15    16    A    I don't believe so.

09:15    17    Q    And just for addressing credibility and the harm to the

09:15    18    OMG Girlz, I want to ask about four minutes of questions

09:15    19    regarding the Tots and what you talked about, okay?

09:15    20    A    Okay.

09:15    21    Q    We talked last week about how dolls could represent

09:15    22    people, correct?

09:15    23    A    I'm mentioned that dolls are a representation of a

09:15    24    figure, yes.

09:15    25    Q    Dolls are representations of humans.  That's what you

| | | |
|---|---|---|
| 09:15 | 1 | said, correct? |
| 09:15 | 2 | A    A figure kind of representation but not a human. |
| 09:15 | 3 | Q    Okay.  Do you recall you testified differently a few |
| 09:15 | 4 | days ago? |
| 09:15 | 5 | A    I don't. |
| 09:15 | 6 | MR. KEVILLE:  Allen, could you put up her |
| 09:15 | 7 | testimony from Day 6, Vol. 1, at 37, 16 to 18. |
| 09:16 | 8 | BY MR. KEVILLE: |
| 09:16 | 9 | Q    You were asked: "Do you agree that dolls are generally |
| 09:16 | 10 | representations of humans, correct?" |
| 09:16 | 11 | And you said:  "Yes, a representation." |
| 09:16 | 12 | A    I believe that's what I said, a representation of |
| 09:16 | 13 | humans. |
| 09:16 | 14 | Q    And I want to put this on screen.  Friday, you were |
| 09:16 | 15 | asked this question. |
| 09:16 | 16 | MR. KEVILLE:  Allen, can you put up the transcript |
| 09:16 | 17 | from Day 8, Vol. 1, at 64, 19 to 21. |
| 09:16 | 18 | MR. WILSON:  No objection. |
| 09:16 | 19 | BY MR. KEVILLE: |
| 09:16 | 20 | Q    You were asked a question, and I will put it on the |
| 09:16 | 21 | screen. |
| 09:16 | 22 | "Were any of the Tots meant to be the likeness of |
| 09:16 | 23 | any individual?"  And you said: "No." |
| 09:16 | 24 | Do you recall that? |
| 09:16 | 25 | A    Yes. |

32

09:16    1    Q    Do you stand by that?

09:16    2    A    Yes.

09:16    3    Q    Do you stake your credibility on that?

09:16    4    A    Yes.

09:16    5    Q    Let's look at the Tots in Exhibit 1905, which is in

09:17    6    evidence.

09:17    7            We talked about Goo-Goo Queen.  Do you remember?

09:17    8    A    Yes.

09:17    9    Q    You said this Tot is not a Lady Gaga doll from the

09:17   10    telephone music video.

09:17   11            MR. KEVILLE:  Can we put that up?

09:17   12    BY MR. KEVILLE:

09:17   13    Q    Do you stand by that, that is not a representation of

09:17   14    Lady Gaga?

09:17   15    A    I do.

09:17   16    Q     Let's look down the page on Exhibit 1905.

09:17   17            Below that, there is an Elton John Tot, right?

09:17   18    A    No.  That's the character Piano King.

09:17   19    Q    Right down to the Elton John glasses, correct?

09:17   20    A    No.

09:17   21    Q    You are saying this is not a representation of Elton

09:17   22    John?

09:17   23    A    I am.

09:17   24    Q    Let's go to page 18.

09:17   25            This is a Audrey Hepburn Tot, is it not?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:17    1   A     No.

09:17    2        MR. KEVILLE:   Allen, can you put up a picture of

09:17    3   Audrey Hepburn from the famous movie "Breakfast at

09:17    4   Tiffany's."

09:17    5        MR. WILSON:   Objection, Your Honor.   This is going

09:17    6   beyond the 32.   These are Tots related to dolls beyond the

09:18    7   32.

09:18    8        MR. KEVILLE:   Your Honor, there was much talk

09:18    9   about Tots in their case about how they are all families,

09:18   10   about how they all relate to the dolls.

09:18   11        THE COURT:   Overruled.

09:18   12   BY MR. KEVILLE

09:18   13   Q    So it's your testimony that this Tot is not meant to be

09:18   14   a representation of Audrey Hepburn?

09:18   15   A     Correct.

09:18   16   Q    Okay.   Right down to the tiara, the same glasses, the

09:18   17   same dress, the same choker, all of that, but you say it's

09:18   18   not a representation of Audrey Hepburn?

09:18   19   A     They aren't the same.   I stand by what I said.

09:18   20   Q    No, my question was, was this Tot meant to be a

09:18   21   representation of Audrey Hepburn?

09:18   22   A     Again, I stand by what I said earlier.   No.

09:18   23   Q    Okay.   Let's go back to page 3.

09:18   24        Isn't this a Michael Jackson Tot?

09:18   25   A     No.

| | | |
|---|---|---|
| 09:18 | 1 | Q    Not even with the sparkly one white glove? |
| 09:18 | 2 | A    No. |
| 09:18 | 3 | Q    He was pretty famous for that one white glove, wasn't |
| 09:18 | 4 | he? |
| 09:18 | 5 | A    I don't know. |
| 09:19 | 6 | Q    What is the name of that Tot? |
| 09:19 | 7 | A    Shimone Queen. |
| 09:19 | 8 | Q    Shimone like Michael Jackson says in that famous song |
| 09:19 | 9 | "Bad"?  Is that just a coincidence? |
| 09:19 | 10 | A    I don't know. |
| 09:19 | 11 | Q    You don't know the song "Bad"? |
| 09:19 | 12 | A    I do. |
| 09:19 | 13 | Q    And you know Michael Jackson says Shimone, right? |
| 09:19 | 14 | A    I don't know. |
| 09:19 | 15 |         MR. KEVILLE:  I would like to play a music clip. |
| 09:19 | 16 |         (Music clip played) |
| 09:19 | 17 | BY MR. KEVILLE: |
| 09:19 | 18 | Q    You don't recognize that Michael Jackson song where he |
| 09:19 | 19 | says Shimone? |
| 09:19 | 20 | A    Yes, I recognize that. |
| 09:19 | 21 | Q    Are you saying it's just a coincidence that this Tot |
| 09:19 | 22 | has one white glove and is named Shimone? |
| 09:19 | 23 | A    It's Shimone Queen. |
| 09:19 | 24 | Q    I'm sorry.  Maybe my question wasn't clear. |
| 09:19 | 25 |         Are you saying it's just a complete coincidence |

09:19    1    that this doll has the one white glove and is named Shimone?

09:19    2    A    This is a completely unique character.  This is a girl.

09:19    3    Yes, I believe it's a coincidence.

09:19    4    Q    That's a coincidence, all these connections to Michael

09:19    5    Jackson?

09:19    6    A    Yes.

09:19    7    Q    All right.  The jury can judge your credibility from

09:20    8    that.

09:20    9         Since you talked in your direct examination about

09:20   10    Tots and their surprises and color changes, isn't it true

09:20   11    that when this little Tot is dipped in water it shows cheese

09:20   12    pizza on its back?

09:20   13         MR. WILSON:  Objection.  I believe that's beyond

09:20   14    the 32.

09:20   15         MR. KEVILLE:  Your Honor, they brought in -- she

09:20   16    testified yesterday how these dolls have surprises, some

09:20   17    spit, some change color.

09:20   18         THE COURT:  Overruled.

09:20   19    BY MR. KEVILLE:

09:20   20    Q    Isn't that true, ma'am?

09:20   21    A    I don't know what doll you are holding up.  I can't

09:20   22    see.

09:20   23    Q    It's the Tot right here.  (Indicating)

09:20   24    A    I'm sorry.  I still don't know.

09:20   25    Q    This little Tot right here, do you see this, one of the

09:20  1  Little Tots that you and your team created?

09:21  2  A    I do.

09:21  3  Q    When you put it in water, on it's back, it has a slice

09:21  4  of cheese pizza?  That's one of the surprises?

09:21  5  A    Correct.

09:21  6  Q    Okay.  Isn't it true that this little Tot when dipped

09:21  7  in water is wearing pasties?

09:21  8  A    That's a decoration.  Flowers is her theme.

09:21  9  Q    Okay.  She is wearing pasties, is she not?

09:21  10  A    No, I don't call those pasties.

09:21  11  Q    If you were in Ms. Pullins' shoes, would you want your

09:21  12  eight-year-old sister Heiress to believe an OMG doll was

09:21  13  connected to these Tots?

09:21  14            MR. WILSON:  Objection, 403, Your Honor.

09:21  15            THE COURT:  Sustained.

09:21  16  BY MR. KEVILLE:

09:21  17  Q    You talked a lot about the connection between these

09:21  18  Tots and the dolls.

09:22  19            You said they were all in the family, correct?

09:22  20  A    The Tots, yes, they have families.

09:22  21  Q    Is it fair to say that people might not want to be

09:22  22  connected to these Tots if they are connected to other

09:22  23  dolls?

09:22  24            MR. WILSON:  Objection, 403, Your Honor.

09:22  25            MR. KEVILLE:  Your Honor, it goes to the harm.  It

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:22   1    goes to --

09:22   2              THE COURT:  Overruled.

09:22   3              THE WITNESS:  What is your question?

09:22   4    BY MR. KEVILLE:

09:22   5    Q    Is it fair to say that people would not want to be

09:22   6    connected to these Tots that you have connected to the OMG

09:22   7    dolls?

09:22   8    A    I can't speak for anyone, only myself.

09:22   9    Q    You spoke a lot yesterday.  You talked about consumers

09:22   10   and how you market to consumers, how you want the consumers

09:22   11   to have certain connections.

09:22   12             Is it fair to say that consumers might not want to

09:22   13   have a doll connected to these Tots?

09:22   14   A    Sure.  Not everybody has to like or purchase everything

09:22   15   that we create.

09:22   16   Q    Ms. Consorti, do you remember when we spoke last week I

09:22   17   told you there were only seven dolls that the OMG Girlz

09:23   18   would ask the jury to decide on whether there was trade

09:23   19   dress or misappropriation of name, image, likeness?

09:23   20   A    I remember you said seven, and then there was the nine.

09:23   21   Q    Right.  The two that come in the package, right?

09:23   22   A    Yeah.

09:23   23   Q    Okay.  Do you understand that multiple times since the

09:23   24   start of this trial the OMG Girlz have tried to drop the

09:23   25   other 25 dolls from this suit?

09:23   1          MR. WILSON:  Objection, 403, Your Honor.  Contrary

09:23   2   to your prior ruling.

09:23   3          MR. KEVILLE:  Your Honor, they raised this issue

09:23   4   repeatedly with others about dismissal.

09:23   5          MR. WILSON:  Objection, 403.

09:23   6          THE COURT:  Overruled.

09:23   7   BY MR. KEVILLE:

09:23   8   Q    Do you know Ms. Consorti that multiple times since the

09:23   9   start of the trial the OMG Girlz have tried to drop the

09:23  10   other 25 dolls from this suit to speed things along?

09:23  11   A    I'm not sure.  I heard this morning and I have been

09:23  12   hearing about seven dolls, but I don't know the legal

09:23  13   details.

09:23  14   Q    Do you know that MGA has repeatedly refused to drop the

09:23  15   other 25 dolls from the suit?

09:24  16          MR. WILSON:  Objection, 403, Your Honor.

09:24  17          THE COURT:  Sustained.

09:24  18   BY MR. KEVILLE:

09:24  19   Q    Let's talk about one of the seven dolls.  Let's talk

09:24  20   about Chillax.

09:24  21          Looking at this picture, which is Exhibit 6 in the

09:24  22   OMG Girlz Answer to the Complaint filed by MGA, do you see

09:24  23   similarities in the OMG Girlz' black and white outfits and

09:24  24   Chillax's outfit?

09:24  25   A    No.

| | | |
|---|---|---|
| 09:24 | 1 | Q    Do you think the tops look similar? |
| 09:24 | 2 | A    No. |
| 09:24 | 3 | Q    Do you know that a corporate representative witness for |
| 09:24 | 4 | MGA admitted the tops do look similar? |
| 09:24 | 5 | A    No, I don't know that. |
| 09:24 | 6 | MR. KEVILLE:  Allen, can you play Ms. Wong's |
| 09:24 | 7 | testimony, 30(b)(6), at 56, lines 13 to 17. |
| 09:24 | 8 | (Video clip played) |
| 09:24 | 9 | BY MR. KEVILLE: |
| 09:25 | 10 | Q    Do you agree with the corporate representative that |
| 09:25 | 11 | even though they're not the same they do look similar? |
| 09:25 | 12 | A    I believe because I know exactly what this top looks |
| 09:25 | 13 | like that they do not look similar. |
| 09:25 | 14 | Q    So you disagree with MGA's corporate representative who |
| 09:25 | 15 | said they look similar? |
| 09:25 | 16 | A    That's subjective.  Similar is a subjective word. |
| 09:25 | 17 | Q    And you understand that's what this is about, right, |
| 09:25 | 18 | whether it's similar to the consumers, not whether things |
| 09:25 | 19 | are copied? |
| 09:25 | 20 | MR. WILSON:  Objection, calls for a legal |
| 09:25 | 21 | conclusion. |
| 09:25 | 22 | THE COURT:  Sustained. |
| 09:25 | 23 | BY MR. KEVILLE: |
| 09:25 | 24 | Q    Talking about confusing similarities to consumers, you |
| 09:25 | 25 | say they are not similar, but the corporate representative |

09:25    1    for MGA said they were similar.

09:25    2            So people can find these similar despite your

09:25    3    opinion, correct?

09:26    4    A    I can't speak for other people.  Again, I know what I

09:26    5    know, and I don't think they are similar.

09:26    6    Q    None of your testimony from last Friday and

09:26    7    yesterday -- none of that had anything to do with whether

09:26    8    consumers are likely to be confused, correct?

09:26    9    A    I don't recall.

09:26   10    Q    Do you recall any testimony that you had in that whole

09:26   11    day and a half about whether consumers were likely to be

09:26   12    confused?

09:26   13            MR. WILSON:  Objection, calls for a legal

09:26   14    conclusion.

09:26   15            MR. KEVILLE:  I'm just asking her --

09:26   16            THE COURT:  Overruled.

09:26   17            THE WITNESS:  I don't recall.  I have been on the

09:26   18    stand a lot.

09:26   19    BY MR. KEVILLE:

09:26   20    Q    Yesterday you testified that you did not see this OMG

09:26   21    Girlz' tour outfit when you were designing Chillax, right?

09:26   22    Do you remember that?

09:26   23    A    That's correct.  I never seen it before this.

09:26   24    Q    Do you recall that previously you testified under oath

09:26   25    that when designing Chillax's outfit you searched the trend

09:26  1  forecasting site WSN for sweatsuits?

09:27  2  A    I often refer to that website.  I don't recall

09:27  3  specifically that, but --

09:27  4  Q    Do you recall testifying that it was a place you went

09:27  5  to look for sweatsuits?

09:27  6  A    I don't recall.

09:27  7  Q    Okay.  Do you recall you testified that that site would

09:27  8  have pictures of people wearing different outfits?

09:27  9  A    Yes, that's the basis of that website.

09:27  10  Q    Could there have been a photo of the OMG Girlz' tour

09:27  11  outfit on that website?

09:27  12  A    I'm not sure.

09:27  13  Q    Since you are not sure, then you can't say, no, you

09:27  14  never saw it, correct?

09:27  15  A    Incorrect.  I know I have never seen this image.  I

09:27  16  have never seen these outfits.  I have never heard of these

09:27  17  OMG Girlz.

09:27  18  Q    Could there have been a photo of the OMG Girlz' tour

09:27  19  outfit on that website?

09:27  20        MR. WILSON:  Objection, calls for speculation.

09:27  21        THE COURT:  Sustained.

09:27  22  BY MR. KEVILLE:

09:27  23  Q    Did you previously testify that you didn't know whether

09:28  24  there had been a photo of the OMG Girlz' tour outfit on that

09:28  25  website?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:28  1   A    I can't recall.

09:28  2   Q    Two years ago when you were deposed under oath, you

09:28  3   were not working for MGA at that time, correct?

09:28  4   A    I don't believe so.

09:28  5   Q    So when you were deposed and not working for MGA, you

09:28  6   didn't know if a photo of the OMG Girlz in their tour

09:28  7   outfits was on the site that you searched, but yesterday in

09:28  8   trial, you suddenly have a much better memory, and it wasn't

09:28  9   there?  That's what we are to understand?  That's what we

09:28 10   are to take from your testimony?

09:28 11          MR. WILSON:  Objection, misstates the witness's

09:28 12   testimony.

09:28 13          THE COURT:  Overruled.

09:28 14          THE WITNESS:  I'm not sure what the question is.

09:28 15   BY MR. KEVILLE:

09:28 16   Q    The question is two years ago you testified you didn't

09:28 17   know if a photo of this OMG Girlz' tour outfit was on that

09:28 18   website, and then yesterday in trial, you said, no, I never

09:29 19   saw this before.

09:29 20          Here is the question.  How did you have such a

09:29 21   better memory two years later when you testified yesterday?

09:29 22   A    My memory hasn't changed.  I have never seen this

09:29 23   photograph.  I have never seen these girls.

09:29 24   Q    You can remember everything you've seen?

09:29 25   A    I know what I have not seen.  This is not familiar to

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:29    1    me at all.

09:29    2    Q    Even though it looks according to the corporate

09:29    3    representative of MGA very similar to what Chillax is

09:29    4    wearing?

09:29    5    A    Again, "similar" is a subjective word.  She also said

09:29    6    that it was not the same crop top.

09:29    7    Q    Since it's subjective, consumers could find it

09:29    8    confusingly similar, correct?

09:29    9            MR. WILSON:  Objection, calls for a legal

09:29    10    conclusion.

09:29    11            THE COURT:  Overruled.

09:29    12            THE WITNESS:  I'm not sure what consumers think

09:29    13    and what their knowledge is.  I know what I know, and that's

09:29    14    all I can speak to.

09:29    15    BY MR. KEVILLE:

09:30    16    Q    You testified two years ago under oath that you had to

09:30    17    sign a Nondisclosure Agreement when you left MGA, and then

09:30    18    at trial, you can didn't remember whether you did that,

09:30    19    right?

09:30    20    A    Correct.  I couldn't recall.

09:30    21    Q    So for certain parts of the case that help MGA, your

09:30    22    memory gets better, but for other parts, it gets worse?

09:30    23    Fair?

09:30    24    A    Not fair.

09:30    25    Q    All right.  And what was the reason you had to sign a

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:30  1    Nondisclosure Agreement when you left MGA?

09:30  2    A    So I wouldn't reveal any trade secrets.  Everything we

09:30  3    do is very confidential.  It's a highly competitive

09:30  4    industry.  Everything belongs to MGA.

09:30  5    Q    But we heard Rachel Brenner, and she didn't have to

09:30  6    sign a Nondisclosure Agreement.

09:30  7              MR. WILSON:  Objection, 403.

09:30  8              THE COURT:  Sustained.

09:30  9    BY MR. KEVILLE:

09:30  10   Q    Do you know why you were treated differently than

09:30  11   Ms. Brenner?

09:30  12             MR. WILSON:  Objection, 403.

09:31  13             THE COURT:  Sustained.

09:31  14   BY MR. KEVILLE:

09:31  15   Q    Getting back to your testimony yesterday, the documents

09:31  16   you discussed like Exhibit 1905 with the families, those are

09:31  17   internal to only MGA, correct?

09:31  18   A    Correct.

09:31  19   Q    That's not something that a consumer ever sees, these

09:31  20   connections that are in here?

09:31  21   A    Yes, we do actually showcase that.  We have done an

09:31  22   episode on our YouTube series called "Unboxed" where we

09:31  23   discuss the families, their little sisters or brother, their

09:31  24   pets, and their similarities.

09:31  25   Q    So you at MGA would use YouTube in order to market the

09:31  1  dolls that are at issue in this case?

09:31  2  A    Yes.

09:31  3  Q    Okay.  And are you familiar with the YouTube

09:31  4  advertising of MGA?

09:31  5  A    Only what I was involved in creatively.

09:31  6  Q    And did you know that the OMG Girlz have two songs that

09:31  7  were seen over 50 million times on YouTube?

09:31  8  A    No.

09:31  9  Q    Including the one that you have a very specific memory

09:32  10  you never clicked the link?

09:32  11  A    Still no.

09:32  12  Q    And MGA with all this presence on YouTube, are you

09:32  13  saying they just missed the OMG Girlz?

09:32  14  A    I have never heard of them.  I can only speak to what I

09:32  15  know.  I have never heard them discussed at MGA aside from

09:32  16  this e-mail which it ended.

09:32  17  Q    And you testified the other day -- I think you said I'm

09:32  18  a very curious person.  I like to know what is out there,

09:32  19  right?  You're very curious?

09:32  20  A    Yes.

09:32  21  Q    Yet you get a link -- you're making OMG dolls, and you

09:32  22  get a link that says here is the OMG Girlz.  Here is a

09:32  23  video, and suddenly all of that curiosity goes away?  Is

09:32  24  that how it happened?

09:32  25  A    I wasn't interested, as I testified, once I knew that

09:32   1   this wasn't about our dolls, and my interest stopped there.

09:32   2   Q    But your interest goes to trends.  You said you search

09:33   3   the trend websites, correct?

09:33   4   A    Yes.

09:33   5   Q    And you want to know what young people are doing,

09:33   6   correct?  That's your target market?

09:33   7   A    Honestly, I look at trends that are aspirational and

09:33   8   that are older than the market, and then I bring them down

09:33   9   to the age demographic.

09:33   10   Q    Sure, but yesterday you talked about how when you make

09:33   11   the dolls you want to think about what the consumers are

09:33   12   going to do, how they are going to play with them, and how

09:33   13   the consumers will react to the dolls, right?

09:33   14   A    Yes.

09:33   15   Q    Since you want to know all those things and now you

09:33   16   have a group called the OMG Girlz, how did your curiosity

09:33   17   just go away?

09:33   18   A    There are so many things called OMG, LOL, JK.  It's a

09:33   19   very popular phrase used in daily use in products.  It makes

09:33   20   no difference to me.

09:33   21   Q    Sure, ma'am, but this wasn't just somebody used it on

09:34   22   the street in some other way.  This was one of your

09:34   23   people -- actually two, Brock Hart and Rachel -- three,

09:34   24   Chelsea Green.  They all said, oh, look, OMG Girlz.  It's

09:34   25   not OMG dolls.  So it wasn't just any use.  This was

09:34  1    directly tied to your thinking about the dolls and all your
09:34  2    curiosity just disappeared?  Is that your testimony?
09:34  3    A    You misrepresented the e-mail.  Rachel did not know
09:34  4    that these weren't about our dolls.  This was a misheard
09:34  5    lyric.  All of this started from a misheard lyric.  There
09:34  6    was a moment where we thought we were so cool that somebody
09:34  7    wanted to make a song.  We were obviously a little bit
09:34  8    trapped in our own bubble because that is our world.  And
09:34  9    when we found out that it had nothing to do with our dolls,
09:34  10   it ended there.  That's the truth.
09:35  11   Q    How did you realize it had nothing to do with your
09:35  12   dolls if you didn't listen to the video?
09:35  13   A    Because Rachel mentioned that it's not about dolls in
09:35  14   the e-mail.
09:35  15   Q    I think Rachel said, "I think they are talking about
09:35  16   the OMG Girlz, which is not the dolls," right?
09:35  17   A    Correct, which is not the dolls.
09:35  18   Q    Rachel didn't tell you -- by the way, you said Rachel
09:35  19   came to the party that night?
09:35  20   A    Yes.
09:35  21   Q    And this subject never came up?  She just sent you an
09:35  22   e-mail an hour before and said here is a link to the OMG
09:35  23   Girlz.  Did she say, hey, what did you think of that link?
09:35  24   A    No, absolutely not.
09:35  25   Q    Did she say, hey, look at what I found on the internet?

09:35    1    A      No.

09:35    2    Q      Did you ask her, hey, you sent me something about the

09:35    3    OMG Girlz?  Who are the OMG Girlz?

09:35    4    A      No.

09:35    5    Q      So all the curiosity you have just disappeared?

09:35    6    A      I didn't have anymore curiosity than what you saw in

09:36    7    the e-mail.  Once I understood, my curiosity disappeared.  I

09:36    8    don't have time to learn about everything in the entire

09:36    9    world.  I have also a life.  I had one day off, New Year's

09:36   10    Eve.  It was the evening, and I really just took the night

09:36   11    off and didn't think about work.

09:36   12    Q      You took the night off, and you didn't think about

09:36   13    work, and yet you specifically remember going back

09:36   14    five years, and I never clicked that link?  That's your

09:36   15    testimony?

09:36   16    A      Yes.

09:36   17    Q      Okay.  Let's get back to consumers.  You talked about

09:36   18    1905 and the families.  Have you seen ads like this?

09:36   19                MR. KEVILLE:  Can you put up Exhibit 22, which is

09:36   20    in evidence.  Just focus on that Target ad.

09:36   21    BY MR. KEVILLE:

09:36   22    Q      Have you seen that the dolls are marketed like this

09:37   23    where it just says O.M.G. and pictures of the doll?

09:37   24    A      I'm not in charge of the marketing of the dolls.

09:37   25    Q      I'm sorry.  Maybe my question wasn't clear.

09:37   1           I asked whether you've seen marketing like this

09:37   2   for the dolls or ads like this?

09:37   3   A    I have seen catalogs like this, yes.

09:37   4   Q    And MGA puts out catalogs like that, correct?

09:37   5   A    No.  They're put out by the buyers, the stores.

09:37   6   Q    And MGA doesn't tell those stores, hey, you need to

09:37   7   show the side of the box where there is this little Tot on

09:37   8   the side, do they?

09:37   9           MR. WILSON:  Objection, calls for speculation.

09:37   10          THE COURT:  Overruled.

09:37   11          THE WITNESS:  I'm not sure.

09:37   12  BY MR. KEVILLE:

09:37   13  Q    You've never seen MGA do that?

09:37   14  A    We show the side of the box a lot.  People know that

09:37   15  they are related to the Tots.

09:37   16  Q    I'm trying, ma'am -- maybe it's my fault.  My question

09:37   17  wasn't clear.

09:37   18          You're not aware of MGA ever going to Target or

09:38   19  Walmart and saying, hey, you need to put the side of the box

09:38   20  into this ad?

09:38   21  A    I'm not aware.

09:38   22  Q    You're not aware of MGA ever going in and saying, hey,

09:38   23  you've got to put L.O.L. Surprise! O.M.G. Outrageous

09:38   24  Millennial Girls Remix?  You can't just say O.M.G.?  You're

09:38   25  not aware of that ever happening?

| 09:38 | 1 | A      Usually, it is very strictly L.O.L. Surprise! O.M.G.  I |
| 09:38 | 2 | don't know in this instance because I did not put this ad |
| 09:38 | 3 | together or supply any information. |
| 09:38 | 4 | Q      But you have seen it this way in ads that you have seen |
| 09:38 | 5 | at Target and Walmart and others? |
| 09:38 | 6 | A      I don't believe I have seen it written like this with |
| 09:38 | 7 | just the O.M.G. |
| 09:38 | 8 | Q      And OMG dolls is what customers generally call them, |
| 09:38 | 9 | correct? |
| 09:38 | 10 | A      I'm not sure. |
| 09:38 | 11 | Q      And you testified on Friday that you as a designer see |
| 09:38 | 12 | more than a lay person does.  Do you remember that? |
| 09:38 | 13 | A      Correct. |
| 09:38 | 14 | Q      You talked about your experience at Chloe, and you said |
| 09:38 | 15 | a designer sees more differences than a lay person.  Do you |
| 09:39 | 16 | remember that? |
| 09:39 | 17 | A      I believe so. |
| 09:39 | 18 | Q      MGA O.M.G. dolls, the consumers for those are moms and |
| 09:39 | 19 | daughters.  They are not fashion designers, right? |
| 09:39 | 20 | A      They could be. |
| 09:39 | 21 | Q      They could be.  There might be a rare one in there, but |
| 09:39 | 22 | generally its moms and daughters you're marketing to. |
| 09:39 | 23 | You're not marketing to people who went to the Rhode Island |
| 09:39 | 24 | School of Design? |
| 09:39 | 25 | A      I can't say.  They are a lot of people interested in |

09:39    1    fashion that loves these dolls.

09:39    2    Q    You've seen the marketing.  You know who the consumers

09:39    3    are.  You talked about it.

09:39    4             Generally, the consumers are the moms and their

09:39    5    daughters, correct?

09:39    6    A    Yes, and moms can be fashion designers.  They can be

09:39    7    involved in fashion.  Their children can be very interested

09:39    8    and well-versed in fashion as well.

09:39    9    Q    All right.  How many consumers -- have you ever dealt

09:39    10   with any consumers of MGA?

09:39    11   A    Yes.

09:39    12   Q    And how many of those have you ever met that went to

09:39    13   school and got a fashion design degree?

09:40    14   A    My friends.

09:40    15   Q    Your friends.  Outside of that, the consumers, the

09:40    16   general people who go to Walmart or Target, based on this

09:40    17   ad, they're not fashion designers you're marketing to?

09:40    18   You're marketing to any mom and daughter that goes into

09:40    19   Walmart and Target, right?

09:40    20   A    Yes, these are intended for everybody.

09:40    21   Q    And for much of the day yesterday you picked apart

09:40    22   little differences between the pictures of the OMG Girlz and

09:40    23   the OMG dolls, but based on your experience with consumers,

09:40    24   that's not what consumers would do, right?

09:40    25            MR. WILSON:  Objection, calls for speculation.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:40  1              MR. KEVILLE:  Your Honor --

09:40  2              THE COURT:  Overruled.

09:40  3              THE WITNESS:  I'm not sure.

09:40  4    BY MR. KEVILLE

09:40  5    Q    Let's look at some consumer reaction.

09:40  6              MR. KEVILLE:  Allen, can you put up 322-B, which

09:40  7    is in evidence.

09:40  8    BY MR. KEVILLE:

09:40  9    Q    "So OMG Girlz did not make those OMG dolls?  Wow!"

09:40  10             That's how a consumer might react just to seeing

09:41  11   the doll, correct?

09:41  12             MR. WILSON:  Objection, calls for speculation.

09:41  13   Lacks foundation.

09:41  14             THE COURT:  Overruled.

09:41  15             THE WITNESS:  I'm not sure who this person is.

09:41  16   They might be a mega fan of the OMG Girlz.

09:41  17             MR. KEVILLE:  Your Honor, the witness -- I'm

09:41  18   trying to give her some leeway, but the witness wants to

09:41  19   give statements outside of the question.  Can the witness be

09:41  20   instructed to answer the question?

09:41  21             THE COURT:  Please just answer the question put to

09:41  22   you.

09:41  23   BY MR. KEVILLE:

09:41  24   Q    You have experience dealing with consumers.  You said

09:41  25   that in your direct testimony, correct?  You know what --

09:41    1    you try to look at what consumers are looking for?

09:41    2    A    Yes.

09:41    3    Q    And this is how a consumer might react, just look at

09:41    4    the doll and say:  "Wait, OMG Girlz did not make those OMG

09:41    5    dolls?  Wow!"  You understand that, correct?

09:41    6    A    I see it from this example, yes.

09:41    7    Q    Let's look at another one, 332-B.  This one says:  "I

09:41    8    always thought the dolls with based on the girls.  The only

09:41    9    reason I started buying them for my daughter."

09:42   10            MR. WILSON:  Your Honor, may I have an objection

09:42   11    to this line of questions so I don't have to keep getting

09:42   12    up?  May I have a standing objection?

09:42   13            THE COURT:  Overruled.

09:42   14    BY MR. KEVILLE:

09:42   15    Q    This is how a consumer -- you said consumers are

09:42   16    subjective.

09:42   17            This is how a consumer might see it, just look at

09:42   18    it and say, oh, I thought these were based on the girls,

09:42   19    correct?

09:42   20    A    What's your question?  I'm sorry.

09:42   21    Q    This is how a consumer might look at a doll and say,

09:42   22    oh, this looks like it's based on the girls, correct?

09:42   23    A    Yes, this shows that.

09:42   24    Q    You as a fashion designer might go through and say, oh,

09:42   25    there is one stripe here, and that stripe is not on the

09:42   1   girls' tour outfit.  There is a different belt here.  That's

09:42   2   not on the girls' tour outfit.  That's you as a designer,

09:43   3   right?

09:43   4   A    Yes.

09:43   5   Q    You understand that consumers aren't going to do that,

09:43   6   nitpick apart every detail?  They are just going to look at

09:43   7   the doll and decide whether to buy it or not, correct?

09:43   8              MR. WILSON:  Objection, calls for speculation.

09:43   9   403.

09:43  10              THE COURT:  Overruled.

09:43  11              THE WITNESS:  I don't know, and our packages are

09:43  12   blind, so they wouldn't be able to see the outfit on the

09:43  13   package.

09:43  14   BY MR. KEVILLE

09:43  15   Q    Well, you can if you look close, even at the blind one,

09:43  16   correct?

09:43  17   A    It's a very dark overlay.  It would be really hard to

09:43  18   see.

09:43  19   Q    You are talking about Chillax.  The other ones like the

09:43  20   Queens dolls don't have that, correct?

09:43  21   A    The Queens series is the only series that I know of

09:43  22   that has that kind of packaging where you can see them.

09:43  23   Everything else is blind that I worked on.

09:43  24   Q    Can you look in your notebook at Exhibit -- I think we

09:44  25   are going to get the box.  We will get back to that.

09:44    1              This is Exhibit 1615-A, Ms. Consorti.  Do you

09:44    2    recognize that as the two-pack set of Chillax and Roller

09:44    3    Chick sold together?

09:44    4    A    Yes.

09:44    5    Q    And on that, you can see both dolls, correct?

09:44    6    A    Correct.

09:44    7    Q    So when you said they are always sold blind, that's not

09:44    8    accurate, correct?

09:44    9    A    It was to my knowledge.  I don't work on these kind of

09:44   10    repackaging products.  So as far as my knowledge went, that

09:44   11    was my truth.

09:44   12    Q    Okay, but you recognize this as a way MGA sells Chillax

09:44   13    and Roller Chick, correct?

09:44   14    A    Yes.

09:44   15    Q    And so a consumer would see a big OMG name up there in

09:44   16    the left corner, correct?

09:44   17    A    Yes, they would see L.O.L. Surprise! O.M.G.

09:44   18    Q    And a consumer would see a representation of the

09:45   19    outfits of the dolls, correct?

09:45   20    A    Yes.

09:45   21    Q    And a consumer could associate those with the OMG

09:45   22    Girlz, correct?

09:45   23    A    They could.  Anything is possible.

09:45   24    Q    Do you agree, Ms. Consorti --

09:45   25              MR. KEVILLE:  Going back to Exhibit 6, Allen, from

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:45  1    Docket 63, the Complaint.

09:45  2    BY MR. KEVILLE:

09:45  3    Q    Do you agree that the OMG doll outfits as shown in here

09:45  4    can be considered a signature look for the OMG Girlz?

09:45  5            MR. WILSON:  Objection, calls for a legal

09:45  6    conclusion.

09:45  7            THE COURT:  Overruled.

09:45  8            THE WITNESS:  No.

09:45  9    BY MR. KEVILLE

09:45  10   Q    Do you agree someone can have a signature look even if

09:45  11   the outfit was worn only once at a significant event?

09:45  12   A    I don't think so.

09:45  13           MR. KEVILLE:  I would like to play the corporate

09:45  14   testimony of Maggie Wong at 68, 24, to 69, 5.  This is the

09:46  15   corporate representative of MGA.

09:46  16           (Video clip played)

09:46  17   BY MR. KEVILLE:

09:46  18   Q    That's the corporate position of MGA.  Do you disagree

09:46  19   with it?

09:46  20   A    This is Maggie Wong's opinion, and, yes, I disagree as

09:46  21   I stated.

09:46  22   Q    And Maggie Wong, just to be clear, was testifying as a

09:46  23   corporate representative for MGA.  Do you understand that?

09:46  24   A    I didn't.

09:46  25   Q    And Ms. Pullins testified that these outfits were worn

09:46  1    not only on a well-publicized tour, but they were also shown

09:46  2    on the VH1 show "T.I. and Tiny:  The Family Hustle" which

09:46  3    had millions of viewers.  Do you remember that?  Did you

09:46  4    know that?

09:46  5    A    No.

09:46  6    Q    Did you know that these outfits were worn on a

09:46  7    well-publicized tour?

09:46  8    A    No.

09:46  9    Q    Did you know that they were shown on the VH1 show "T.I.

09:47  10   and Tiny:  The Family Hustle," which had millions of

09:47  11   viewers?

09:47  12   A    No.

09:47  13   Q    Your testimony is despite being a curious person you

09:47  14   missed all of that as well?

09:47  15   A    Yes.

09:47  16   Q    All of your testimony about the details of Chillax's

09:47  17   outfit had nothing to do with whether consumers are likely

09:47  18   to be confused, correct?

09:47  19            MR. WILSON:  Objection, calls for a legal

09:47  20   conclusion.

09:47  21            THE COURT:  Overruled.

09:47  22            THE WITNESS:  I'm not sure.

09:47  23   BY MR. KEVILLE:

09:47  24   Q    You testified last week when we were talking that legal

09:47  25   would do an extensive clearance for each doll to clear any

09:47   1   confusion.  Do you remember that?

09:47   2   A    I don't remember exactly what I said.

09:47   3          MR. KEVILLE:  Allen, can you put up her testimony

09:47   4   from Day 6, Vol. 1, 23, 11 to 14.

09:47   5   BY MR. KEVILLE

09:47   6   Q    "You said yesterday dolls had to be submitted through

09:47   7   legal, and they do an extensive search to clear any

09:47   8   confusion.  Do you remember saying that?"  And you answered:

09:47   9   "Yes."

09:47   10         Does that refresh your recollection?

09:48   11  A    Yes.

09:48   12  Q    And then I asked you who cleared these seven dolls to

09:48   13  make sure there was no confusion, and you said you didn't

09:48   14  know.  Do you remember that?

09:48   15  A    I don't know.

09:48   16  Q    My question is we are here now.  It's a week later.

09:48   17  Can you tell us who, if anyone, at MGA did the extensive

09:48   18  clearance to make sure there was no confusion between the

09:48   19  Chillax doll and the OMG Girlz?

09:48   20         MR. WILSON:  Your Honor, objection, 403.

09:48   21         THE COURT:  Overruled.

09:48   22         THE WITNESS:  I already answered, no, I don't

09:48   23  know.

09:48   24  BY MR. KEVILLE:

09:48   25  Q    That's what I'm saying.  Still a week later you don't

| 09:48 | 1 | know? |
|---|---|---|
| 09:48 | 2 | A    Correct. |
| 09:48 | 3 | Q    Let's talk about Bhad Gurl.  This is Exhibit 1830. |
| 09:48 | 4 |         MR. KEVILLE:  Your Honor, I'm not a hundred |
| 09:48 | 5 | percent sure it's in evidence.  We have talked about Bhad |
| 09:48 | 6 | Gurl, but I would offer 1830. |
| 09:48 | 7 |         MR. WILSON:  No objection. |
| 09:48 | 8 |         THE COURT:  1830 will be received. |
| 09:48 | 9 |         (Exhibit 1830 received in evidence) |
| 09:48 | 10 | BY MR. KEVILLE: |
| 09:48 | 11 | Q    This is Bhad Gurl, correct? |
| 09:48 | 12 | A    Correct. |
| 09:48 | 13 | Q    One of the seven, correct? |
| 09:48 | 14 | A    I believe so. |
| 09:48 | 15 | Q    And Carlos Borja was the designer for Bhad Gurl, |
| 09:48 | 16 | correct? |
| 09:48 | 17 | A    Yes.  I oversaw the design as well. |
| 09:49 | 18 | Q    And the Tot for Bhad Gurl was Bhaddie, correct? |
| 09:49 | 19 | A    Yes. |
| 09:49 | 20 | Q    And Bhaddie was released I think you said yesterday in |
| 09:49 | 21 | the Spring of 2019. |
| 09:49 | 22 | A    I would have to look that up.  Again, I don't recall. |
| 09:49 | 23 |         MR. KEVILLE:  Allen, can we put up 1905.  There we |
| 09:49 | 24 | go. |
| 09:49 | 25 | BY MR. KEVILLE: |

09:49   1    Q    S19, that stands for Spring of '19?

09:49   2    A    Yes.

09:49   3    Q    And Bhaddie was designed by Shir-Ami Thompson, correct?

09:49   4    A    Correct.

09:49   5    Q    And as a Beyonce fan, Shir-Ami Thompson would have

09:49   6    known of the name Baddie because that's the name the OMG

09:49   7    Girlz gave her, correct?

09:49   8         MR. WILSON:  Objection, calls for speculation.

09:49   9         THE COURT:  Overruled.

09:49   10        THE WITNESS:  I don't know.

09:49   11   BY MR. KEVILLE:

09:49   12   Q    Shir-Ami Thompson picked the name Bhaddie because of

09:49   13   Beyonce, correct?

09:49   14   A    I don't know.  I don't know that he came up with the

09:49   15   name.

09:49   16   Q    All right.  Shir-Ami Thompson, do you know he was a

09:49   17   Beyonce fan?

09:49   18   A    Yes.

09:49   19   Q    As a Beyonce fan, he would know about the OMG Girlz

09:50   20   giving her the name Baddie, correct?

09:50   21        MR. WILSON:  Objection, calls for speculation.

09:50   22        THE COURT:  Sustained.

09:50   23        THE WITNESS:  I already stated, no, I don't know.

09:50   24   BY MR. KEVILLE:

09:50   25   Q    There were articles about the OMG Girlz giving Beyonce

| 09:50 | 1 | the name Baddie on BET and others, like Exhibit 108 which is |
| 09:50 | 2 | in evidence.  Were you aware of those articles? |
| 09:50 | 3 | A    No. |
| 09:50 | 4 | Q    Do you know if Shir-Ami Thompson was? |
| 09:50 | 5 | A    I don't know. |
| 09:50 | 6 | Q    Now, for Bhad Gurl, if you would turn in your book to |
| 09:50 | 7 | Exhibit 3405. |
| 09:50 | 8 | A    Okay. |
| 09:50 | 9 | Q    Is 3405 a color drawing for Bhad Gurl? |
| 09:50 | 10 | A    Sorry, a color what? |
| 09:50 | 11 | Q    A color drawing. |
| 09:50 | 12 | A    A color callout, yes. |
| 09:50 | 13 | MR. KEVILLE:  A color callout. |
| 09:50 | 14 | Your Honor, I would offer 3405. |
| 09:51 | 15 | MR. WILSON:  No objection. |
| 09:51 | 16 | THE COURT:  3405 will be received. |
| 09:51 | 17 | (Exhibit 3405 received in evidence) |
| 09:51 | 18 | BY MR. KEVILLE: |
| 09:51 | 19 | Q    In this -- the scalp and hair color was PMS 360 C, |
| 09:51 | 20 | right? |
| 09:51 | 21 | A    Yes. |
| 09:51 | 22 | Q    Which is this very green color, correct? |
| 09:51 | 23 | MR. KEVILLE:  Can we call up 360 C. |
| 09:51 | 24 | BY MR. KEVILLE: |
| 09:51 | 25 | Q    That's the color.  It was a very bright green, correct? |

09:51  1    A    Yes.

09:51  2    Q    And then later we saw a document that you put in, a

09:51  3    color callout, where the color changed to yellow, correct?

09:51  4    A    I don't recall.

09:51  5    Q    Okay.  We looked at yesterday the mood board, 1118,

09:51  6    which is in evidence.

09:51  7         That's the mood board from Carlos Borja, correct?

09:51  8    A    Yes.

09:51  9    Q    And then we see the green Tot.  That's the green color

09:51  10   down on the right, correct?

09:51  11   A    Yes.

09:51  12   Q    But the hair didn't end up green like the Tot's hair

09:51  13   did it?

09:51  14   A    It's a bit of a different shade.  Yes, it's lighter.

09:52  15   Q    Looking back, can you go to Exhibit 4936?  The thought

09:52  16   for Bhad Gurl was that she would be a combination of Billie

09:52  17   Eilish and Lady Gaga with the Tot's green hair, correct?

09:52  18   A    This is the starting point for the inspiration, yes.

09:52  19   Q    Ultimately, Bhad Gurl did not look like Billie Eilish,

09:52  20   correct?

09:52  21   A    No.  The inspiration was for her hair color, the green

09:52  22   and the black.

09:52  23   Q    Ultimately, Bhad Gurl ends up with the similar yellow

09:52  24   hair color, yellow eye makeup, stockings, and striped colors

09:52  25   as Zonnique Pullins in the New Year's Eve OMG Girlz' trade

63

| | | |
|---|---|---|
| 09:52 | 1 | dress, correct? |
| 09:52 | 2 | MR. KEVILLE:  Allen, can you put those side by |
| 09:52 | 3 | side. |
| 09:52 | 4 | BY MR. KEVILLE: |
| 09:52 | 5 | Q    Ultimately, the hair became black roots with the neon |
| 09:53 | 6 | yellow hair that Ms. Pullins had, correct? |
| 09:53 | 7 | A    The doll doesn't have black roots.  It's black bangs. |
| 09:53 | 8 | And to me, the woman on the left doesn't have any black in |
| 09:53 | 9 | her hair. |
| 09:53 | 10 | MR. KEVILLE:  Allen, can you put up 452. |
| 09:53 | 11 | BY MR. KEVILLE: |
| 09:53 | 12 | Q    She has black in her hair, doesn't she? |
| 09:53 | 13 | A    She has black roots. |
| 09:53 | 14 | Q    You testified the lips were not supposed to be purple |
| 09:53 | 15 | yesterday.  Do you remember that? |
| 09:53 | 16 | A    I testified there was an error in the application of |
| 09:53 | 17 | the inside of the lip. |
| 09:53 | 18 | Q    But the lips, the purple lips, are very similar to |
| 09:54 | 19 | Ms. Pullins having the purple lips, correct? |
| 09:54 | 20 | A    No, this is a much darker, more grayish purple, than |
| 09:54 | 21 | Ms. Pullins. |
| 09:54 | 22 | Q    That's a complete coincidence? |
| 09:54 | 23 | A    Yes. |
| 09:54 | 24 | Q    That we have the yellow hair and the purple lips? |
| 09:54 | 25 | A    Yes. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:54　　1　　Q　　Since Mr. Borja designed this and not you, we don't

09:54　　2　　know what his inspiration was for these changes, correct?

09:54　　3　　A　　I oversaw the design.  She is a bad girl.  She has

09:54　　4　　dark-colored lipstick.  Her color scheme has black in it.

09:54　　5　　Q　　I'm sorry.  Maybe my question wasn't clear.

09:54　　6　　　　　Since Mr. Borja designed this and not you, we

09:54　　7　　don't know what was his inspiration was for these changes to

09:54　　8　　go from green to yellow?

09:54　　9　　A　　There was no change in the fashion doll.

09:54　　10　　Q　　It started with a color callout for a very dark green,

09:54　　11　　and it became yellow.  That's a change, is it not?

09:55　　12　　A　　Are you saying that the scalp color -- that the scalp

09:55　　13　　paint color changed?

09:55　　14　　Q　　The hair color changed as well, did it not?

09:55　　15　　A　　We always picked out this color for Bhad Gurl, the

09:55　　16　　fashion doll.  The scalp color is darker than the hair color

09:55　　17　　because we need a darker color underneath the hair so they

09:55　　18　　don't look bald.

09:55　　19　　Q　　Do you see any green under this hair?  If we pull up

09:55　　20　　Exhibit 3404 I believe, which was put in yesterday, the

09:55　　21　　color callout changed to yellow, did it not?

09:55　　22　　A　　Yes.

09:55　　23　　Q　　So you are wrong when you said it never changed from

09:55　　24　　the green?

09:55　　25　　A　　I was asking.  I don't remember every detail, so I was

09:55   1   just asking if it was the paint, and I can see that it is,

09:55   2   and this was done to match the hair color.

09:56   3   Q    Right.  So that's all I was saying, Ms. Consorti,

09:56   4   because Mr. Borja was the designer, not you.

09:56   5        We don't what his inspiration was for the change

09:56   6   from green to yellow do we?

09:56   7   A    I do know because I was overseeing all design as the

09:56   8   creative director, and I worked closely with him.  We looked

09:56   9   at the colors --

09:56   10       MR. KEVILLE:  Your Honor, I object.  We are going

09:56   11  to be talking about hearsay now.

09:56   12  BY MR. KEVILLE:

09:56   13  Q    Mr. Borja is not going to testify is he?

09:56   14  A    I don't know.

09:56   15  Q    We haven't seen any e-mails about this color change

09:56   16  have we?

09:56   17  A    I'm not sure.

09:56   18  Q    We have seen the e-mail between you and Carlos Borja --

09:56   19  that's Exhibit 404 in evidence -- talking about other

09:56   20  changes specifically to the Bhad Gurl skirt, right?

09:56   21  A    Yes.

09:56   22  Q    If we look at this top e-mail you say:  "I hate all the

09:56   23  Karens so much."  Do you see that?

09:56   24  A    Yes.

09:56   25  Q    And by Karens, you meant the mothers who didn't

09:57   1   appreciate the Tots surprises, right?

09:57   2           MR. WILSON:  Objection, 403, Your Honor.

09:57   3           THE COURT:  Sustained.

09:57   4   BY MR. KEVILLE:

09:57   5   Q    Let's talk about Metal Chick.

09:57   6           Metal Babe is the Tot for Metal Chick, correct?

09:57   7   A    Yes.

09:57   8   Q    And Metal Babe's is half pink and half black, correct?

09:57   9   A    Yes.

09:57   10  Q    Metal Babe was also released in Spring '19?

09:57   11  A    Yes.

09:57   12  Q    So the Tot that formed the basis for the O.M.G. dolls

09:57   13  Metal Chick and Bhad Gurl were both released in Spring 2019,

09:57   14  correct?

09:57   15  A    For the O.M.G. dolls, yes.

09:57   16  Q    That's about a year after the OMG Girlz had the reunion

09:57   17  in the Atlanta where they had the pink and black hair and

09:57   18  the yellow and black hair, correct?

09:57   19          MR. WILSON:  Objection, calls for speculation.

09:57   20          THE COURT:  Overruled.

09:57   21          THE WITNESS:  I don't know.

09:57   22  BY MR. KEVILLE:

09:57   23  Q    We saw yesterday the mood board that you created for

09:57   24  Metal Chick.  That's Exhibit 1119 in evidence, correct?

09:58   25  A    Yes.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:58  1   Q    And this mood board has some pretty rough images to

09:58  2   design the toys for children four to ten years old, right?

09:58  3   A    I'm not sure what you mean.

09:58  4   Q    In your inspiration board, in your mood board, we see

09:58  5   shirts with the "F" word, shirts that have suicidal

09:58  6   messages --

09:58  7            MR. WILSON:  Objection, 403, Your Honor.

09:58  8            THE COURT:  Sustained.

09:58  9   BY MR. KEVILLE:

09:58  10  Q    Is the material on this mood board age appropriate for

09:58  11  the target market of your brand?

09:58  12           MR. WILSON:  Objection, 403, Your Honor.

09:58  13           MR. KEVILLE:  Your Honor --

09:58  14           THE COURT:  Overruled.

09:58  15           THE WITNESS:  Then isn't any kind of public

09:58  16  facing, so it wouldn't need to be appropriate.

09:58  17  BY MR. KEVILLE:

09:58  18  Q    Okay.  That wasn't my question.

09:58  19           Is the material on this mood board age appropriate

09:58  20  for the target market of your brand?

09:58  21  A    I'm not sure.

09:58  22  Q    In any event, on this mood board, there are more than

09:59  23  ten pictures of Lady Gaga?

09:59  24  A    Yes, there is a lot of Lady Gaga on this board.

09:59  25  Q    And you are a big Lady Gaga fan, so does your memory

| | | |
|---|---|---|
| 09:59 | 1 | now remember that you saw Lady Gaga's tweet about the OMG |
| 09:59 | 2 | Girlz? |
| 09:59 | 3 | A    No. |
| 09:59 | 4 | Q    With this mood board, we don't know what, if any, |
| 09:59 | 5 | changes were made to it along the way, correct? |
| 09:59 | 6 | A    I'm sorry.  Are you asking if changes were made to the |
| 09:59 | 7 | mood board? |
| 09:59 | 8 | Q    Yes.  Remember we saw the other day the metadata where |
| 09:59 | 9 | you had a creation date and then a last modified date.  We |
| 09:59 | 10 | don't know what changes were made to this mood board along |
| 09:59 | 11 | the way? |
| 09:59 | 12 | A    I'm not sure. |
| 09:59 | 13 | Q    We do have a sketch of Bhad Gurl, and if you look in |
| 09:59 | 14 | your book, can you look at 4887? |
| 10:00 | 15 | A    This is of Metal Chick. |
| 10:00 | 16 | Q    Yes. |
| 10:00 | 17 | A    I'm sorry.  I thought you said Bhad Gurl. |
| 10:00 | 18 | Q    4887, Metal Chick.  Sorry if I said Bhad Gurl. |
| 10:00 | 19 | A    Okay. |
| 10:00 | 20 | Q    Is that a sketch for Metal Chick? |
| 10:00 | 21 | A    Yes. |
| 10:00 | 22 |         MR. KEVILLE:  I would offer Exhibit 4887. |
| 10:00 | 23 |         MR. WILSON:  No objection. |
| 10:00 | 24 |         THE COURT:  4887 will be received. |
| 10:00 | 25 |         (Exhibit 4887 received in evidence) |

BY MR. KEVILLE:

Q    So we have your initial -- an initial sketch for Metal Chick, correct?

A    Yes.

Q    And then yesterday we looked at Exhibit 4891, which is in evidence, and that was the prototype drawing, the prototype of the doll, correct?

A    Yes.

Q    So this is your -- along the process flow chart, you have your initial sketch, and then later you go through the other steps, and you get to the prototype, correct?

A    Yes.

Q    And from the initial sketch to the sample clothing, we can see a change has been made to add those half silver/half black arm pieces, correct?

A    This wasn't a change.  I hadn't designed that piece yet.

Q    And there are no e-mails that we saw where you talked about adding that piece or that change, correct?

A    I'm not sure, but it wasn't a change.

Q    There is nothing like those silver and black arms on your mood board, correct?

A    Are you talking about the jacket?

Q    No, I am talking about the silver and black arms, the arm covers.

| | | |
|---|---|---|
| 10:01 | 1 | A    I'm not sure. |
| 10:01 | 2 | Q    Do you see anything on the mood board? |
| 10:01 | 3 | A    There are some studs.  I believe I had images of studs |
| 10:01 | 4 | on the punk and rocker mood board. |
| 10:02 | 5 | Q    I am asking you about the mood board for Metal Chick. |
| 10:02 | 6 | There is no picture of the silver and black arm |
| 10:02 | 7 | covers is there? |
| 10:02 | 8 | A    No. |
| 10:02 | 9 | Q    If we look at the e-mail we looked at earlier, |
| 10:02 | 10 | Exhibit 4936, page 6, you said:  "Question mark times Gaga |
| 10:02 | 11 | equals Metal Babe.  Not sure what musician or icon she would |
| 10:02 | 12 | be.  Gotta think on that one," right?  That's what you said |
| 10:02 | 13 | in your e-mail? |
| 10:02 | 14 | A    Yes. |
| 10:02 | 15 | Q    You testified yesterday you were telling the team and |
| 10:02 | 16 | you were trying to find inspiration, correct? |
| 10:02 | 17 | A    Yes. |
| 10:02 | 18 | Q    You testified the team was a dozen people or more I |
| 10:02 | 19 | think you said. |
| 10:02 | 20 | A    I think that was specific to maybe not the design team. |
| 10:02 | 21 | I'm not sure what it was in reference to. |
| 10:02 | 22 | Q    I think you talked about how many people are involved |
| 10:02 | 23 | in the creative decisions and the design, and you said it's |
| 10:03 | 24 | a dozen or more? |
| 10:03 | 25 | A    Yes. |

10:03  1    Q    We won't hear from a single one from the dozen or more

10:03  2    people who were involved in the design of Metal Chick other

10:03  3    than you?

10:03  4    A    I'm not sure.

10:03  5    Q    And we can see in a picture that was highly publicized,

10:03  6    at least among their target demographic of young ladies,

10:03  7    Ms. Womack has a very similar arm covering, correct?

10:03  8    A    I'm sorry.  Which one?

10:03  9    Q    Ms. Womack, the one with the purple hair, she has a

10:03  10   very similar arm covering?

10:03  11   A    That looks like a sleeve.

10:03  12   Q    Which is what you have.  You had the covering over the

10:03  13   sleeves, right?

10:03  14   A    I'm sorry.  I'm not sure which part you are referring

10:03  15   to on the image on the right.

10:03  16   Q    I'm referring to the silver and black that's over the

10:03  17   arm.

10:03  18   A    This part with the studs like on the wrist or the

10:03  19   jacket?

10:03  20   Q    On the shoulders going down the arms, the silver and

10:03  21   black.  That's very similar to what Ms. Womack had, correct?

10:04  22   A    Incorrect.

10:04  23   Q    That's not similar?  You've seen that other places

10:04  24   where someone has an arm cover that's half silver and half

10:04  25   black?  It's not part of the jacket?

10:04    1    A    I have never seen anything like what I created.

10:04    2    Q    So that's another coincidence?

10:04    3    A    They don't look similar at all, so to me, it's not even

10:04    4    a coincidence.

10:04    5            MR. KEVILLE:  Can you zoom out on that picture on

10:04    6    the left.

10:04    7    BY MR. KEVILLE:

10:04    8    Q    Ms. Rodriguez has the split pink and black hair,

10:04    9    correct?

10:04    10    A    Yes.

10:04    11    Q    She has the same stockings and striped knee-high boots,

10:04    12    same bright pink eye makeup, right?

10:04    13    A    I believe the only thing you stated that was correct

10:04    14    was the pink and black hair.

10:04    15    Q    All right.  All of that, you just -- because you as a

10:04    16    designer, you see differences, right?

10:04    17    A    It's very clear that she did not have the same

10:04    18    stockings, the same boots.

10:04    19    Q    But for you, you are talking about copying and whether

10:05    20    things are identical, correct?

10:05    21    A    They are not identical, and they are totally different

10:05    22    to me.

10:05    23    Q    But a consumer might look at that and go I remember the

10:05    24    OMG Girlz on New Year's Eve, correct?

10:05    25            MR. WILSON:  Objection, calls for speculation.

| | | |
|---|---|---|
| 10:05 | 1 | THE COURT:  Your Honor, she testified on their |
| 10:05 | 2 | direct about -- |
| 10:05 | 3 | THE COURT:  Overruled. |
| 10:05 | 4 | THE WITNESS:  I don't believe so. |
| 10:05 | 5 | BY MR. KEVILLE: |
| 10:05 | 6 | Q    Even though those comments you saw from people, |
| 10:05 | 7 | correct? |
| 10:05 | 8 | A    I saw two comments, and I still don't believe so. |
| 10:05 | 9 | Q    Ms. Consorti, once the letter was received by the OMG |
| 10:05 | 10 | Girlz, you could have named or renamed the dolls the L.O.L. |
| 10:05 | 11 | Surprise! Big Sisters, correct? |
| 10:05 | 12 | A    I don't know.  I wasn't at the company at that time. |
| 10:05 | 13 | Q    You were at the company at the time that MGA sued the |
| 10:05 | 14 | Harrises and the OMG Girlz, correct? |
| 10:05 | 15 | A    Sorry, I was not aware of the letter. |
| 10:05 | 16 | Q    Right, but I'm saying the company.  You were in the |
| 10:06 | 17 | Design Department.  You could have named or renamed the |
| 10:06 | 18 | dolls the L.O.L. Surprise! Big Sisters, correct? |
| 10:06 | 19 | MR. WILSON:  Objection, calls for speculation. |
| 10:06 | 20 | THE COURT:  Sustained. |
| 10:06 | 21 | BY MR. KEVILLE: |
| 10:06 | 22 | Q    The company in your experience goes through many names. |
| 10:06 | 23 | They try out different names, correct? |
| 10:06 | 24 | A    Correct. |
| 10:06 | 25 | Q    You talked about JK, and you talked about other things |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:06 | 1 | that the company has used.  You talked about Lalaloopsy for |
| 10:06 | 2 | a long time.  Do you remember that? |
| 10:06 | 3 | A    Yes. |
| 10:06 | 4 | Q    Okay.  So the company tries out and uses different |
| 10:06 | 5 | names, correct? |
| 10:06 | 6 | A    I'm not sure what you mean by tries out. |
| 10:06 | 7 | Q    Okay.  In your experience at the company, they have |
| 10:06 | 8 | different names that they use, and they consider different |
| 10:06 | 9 | names, correct? |
| 10:06 | 10 | A    Yes. |
| 10:06 | 11 | Q    Okay.  And so the company could have changed the name |
| 10:06 | 12 | of the dolls to L.O.L. Surprise! Big Sisters, correct? |
| 10:06 | 13 | MR. WILSON:  Objection, calls for speculation. |
| 10:06 | 14 | THE COURT:  Sustained. |
| 10:06 | 15 | BY MR. KEVILLE: |
| 10:06 | 16 | Q    There were many names outside O.M.G. Outrageous |
| 10:07 | 17 | Millennial Girls that the company could have used to brand |
| 10:07 | 18 | these dolls, correct? |
| 10:07 | 19 | MR. WILSON:  Objection, calls for speculation. |
| 10:07 | 20 | THE COURT:  Overruled. |
| 10:07 | 21 | THE WITNESS:  I'm not sure. |
| 10:07 | 22 | BY MR. KEVILLE: |
| 10:07 | 23 | Q    And you made no changes even to the name after Rachel |
| 10:07 | 24 | Brenner sent you the e-mail saying, hey, there's a video |
| 10:07 | 25 | about OMG Girlz? |

| | | |
|---|---|---|
| 10:07 | 1 | A    Correct. |
| 10:07 | 2 | MR. WILSON:  Objection -- |
| 10:07 | 3 | THE COURT:  Overruled. |
| 10:07 | 4 | MR. KEVILLE:  Allen, can you put up -- |
| 10:07 | 5 | BY MR. KEVILLE: |
| 10:07 | 6 | Q    Well, can you look in your book at 5186?  Are you |
| 10:07 | 7 | there, Ms. Consorti? |
| 10:08 | 8 | A    I can't find it. |
| 10:08 | 9 | Q    5186. |
| 10:08 | 10 | A    It's not in -- that I can see. |
| 10:08 | 11 | Q    It should be in order, 5185, then 5186. |
| 10:08 | 12 | A    I don't have anything with a 5 I don't believe.  I'm |
| 10:08 | 13 | sorry.  I can't find it.  I don't think I have that.  I'm |
| 10:08 | 14 | sorry. |
| 10:08 | 15 | Q    Then Exhibit 6054, do you see that? |
| 10:08 | 16 | A    Yes. |
| 10:08 | 17 | Q    Okay.  Right before that one should be 5186.  Go back |
| 10:08 | 18 | one exhibit. |
| 10:08 | 19 | A    Yeah, I don't -- I'm sorry.  I don't have that.  The |
| 10:08 | 20 | one before is 4936. |
| 10:08 | 21 | MR. KEVILLE:  Your Honor, may I approach? |
| 10:09 | 22 | THE COURT:  You may. |
| 10:09 | 23 | (Document handed to the witness) |
| 10:09 | 24 | BY MR. KEVILLE: |
| 10:09 | 25 | Q    Do you recognize 5186 as the last doll in this box? |

| | | |
|---|---|---|
| 10:09 | 1 | A    Yes. |
| 10:09 | 2 | MR. KEVILLE:  Your Honor, I'd offer 5186. |
| 10:09 | 3 | MR. WILSON:  No objection. |
| 10:09 | 4 | THE COURT:  5186 will be received. |
| 10:09 | 5 | (Exhibit 5186 received in evidence) |
| 10:09 | 6 | BY MR. KEVILLE: |
| 10:09 | 7 | Q    Do you agree that this doll is sold under the name |
| 10:09 | 8 | O.M.G. Outrageous Millennial Girls, correct? |
| 10:09 | 9 | A    Incorrect.  It's sold under the name L.O.L. Surprise! |
| 10:09 | 10 | O.M.G. Outrageous Millennial Girls. |
| 10:09 | 11 | Q    And there's a box that says O.M.G. Outrageous |
| 10:09 | 12 | Millennial Girls, correct? |
| 10:09 | 13 | A    Yes, the speech bubble underneath L.O.L. Surprise! |
| 10:09 | 14 | Q    And the biggest thing that's in that whole thing is |
| 10:09 | 15 | O.M.G., correct? |
| 10:09 | 16 | A    Correct. |
| 10:09 | 17 | Q    Okay.  And you agree the doll has vibrant blue hair, |
| 10:10 | 18 | correct? |
| 10:10 | 19 | A    Correct. |
| 10:10 | 20 | Q    And the doll has a fun, edgy, layered wardrobe, |
| 10:10 | 21 | correct? |
| 10:10 | 22 | A    Yes. |
| 10:10 | 23 | Q    Okay.  And the doll has bold accessories like its large |
| 10:10 | 24 | earrings and its sparkly choker? |
| 10:10 | 25 | A    Yes. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 10:10 | 1 | Q    Okay.  Now, let's look at 5185.  That's Roller Chick, |
| 10:10 | 2 | correct? |
| 10:10 | 3 | A    Yes. |
| 10:10 | 4 | MR. KEVILLE:  Your Honor, I'd offer 5185. |
| 10:10 | 5 | THE COURT:  I'm sorry? |
| 10:10 | 6 | MR. KEVILLE:  I'd offer 5185. |
| 10:10 | 7 | MR. WILSON:  Can I have the answer back from the |
| 10:10 | 8 | witness?  I'm sorry. |
| 10:10 | 9 | MR. KEVILLE:  I can reask if you want. |
| 10:10 | 10 | BY MR. KEVILLE: |
| 10:10 | 11 | Q    Is 5185 a picture of Roller Chick in the box? |
| 10:10 | 12 | A    Yes. |
| 10:10 | 13 | MR. WILSON:  No objection. |
| 10:10 | 14 | THE COURT:  5185 will be received. |
| 10:11 | 15 | (Exhibit 5185 received in evidence) |
| 10:11 | 16 | BY MR. KEVILLE: |
| 10:11 | 17 | Q    Like the other one, this one is sold under the name |
| 10:11 | 18 | O.M.G. Outrageous Millennial Girls, correct? |
| 10:11 | 19 | A    Incorrect.  It's sold under L.O.L. Surprise! O.M.G. |
| 10:11 | 20 | Outrageous Millennial Girls. |
| 10:11 | 21 | Q    The biggest thing you see is O.M.G., correct? |
| 10:11 | 22 | A    Yes. |
| 10:11 | 23 | Q    Okay.  And this doll has vibrant hair and shades of |
| 10:11 | 24 | pink, correct? |
| 10:11 | 25 | A    Shades of pink, purple, and orange. |

| | | |
|---|---|---|
| 10:11 | 1 | Q    And this doll has a fun, edgy, layered wardrobe, |
| 10:11 | 2 | correct? |
| 10:11 | 3 | A    I'd say it's fun and layered. |
| 10:11 | 4 | Q    All right.  Not so edgy? |
| 10:11 | 5 | A    Not so much. |
| 10:11 | 6 | Q    Okay.  And the doll has bold accessories like its big |
| 10:11 | 7 | sunglasses and its disco ball earrings, correct? |
| 10:11 | 8 | A    Yes. |
| 10:11 | 9 | Q    All right.  Ms. Consorti, you testified on Friday that |
| 10:11 | 10 | the Winter Disco collection was created because Isaac Larian |
| 10:11 | 11 | asked you to create a winter themed collection.  Do you |
| 10:11 | 12 | remember that? |
| 10:11 | 13 | A    Yes. |
| 10:11 | 14 | Q    What was the theme Mr. Larian suggested for the Queens |
| 10:12 | 15 | dolls? |
| 10:12 | 16 | A    I don't believe he suggested anything that I can |
| 10:12 | 17 | recall. |
| 10:12 | 18 | Q    Do you remember one way or the other? |
| 10:12 | 19 | A    I can't recall. |
| 10:12 | 20 | Q    Okay.  All right.  In any event, who was responsible at |
| 10:12 | 21 | MGA after they received the letter and then sued the OMG |
| 10:12 | 22 | Girlz to make sure that the dolls that came out after that |
| 10:12 | 23 | were not close to the OMG Girlz' trade dress in name, image, |
| 10:12 | 24 | and likeness? |
| 10:12 | 25 | MR. WILSON:  Objection, calls for speculation. |

10:12    1                    THE COURT:  Overruled.

10:12    2                    THE WITNESS:  I don't know.  As I recall, I didn't

10:12    3    know about the letter.

10:12    4    BY MR. KEVILLE:

10:12    5    Q    No, that's not what my question was.

10:12    6                    Who was responsible after MGA received the letter

10:12    7    and sued the OMG Girlz for making sure that the dolls that

10:12    8    came out after that were not close to the OMG Girlz' trade

10:12    9    dress in name, image, and likeness?

10:12    10                    MR. WILSON:  Objection, 403, Your Honor.

10:12    11                    THE COURT:  Overruled.

10:12    12                    THE WITNESS:  I don't know.

10:12    13                    MR. KEVILLE:  Pass the witness, Your Honor.

10:13    14                    MR. WILSON:  May I have a moment with my fellow

10:13    15    counsel?

10:13    16                    THE COURT:  Yes.

10:13    17                    (Defense counsel conferring)

10:13    18                         REDIRECT EXAMINATION

10:13    19    BY MR. WILSON:

10:13    20    Q    Just one question, Ms. Consorti.

10:13    21                    Do you know what the legal standard is for

10:13    22    confusion in a trade dress case?

10:13    23    A    No.

10:13    24                    MR. WILSON:  No further questions.  I pass the

10:13    25    witness.

10:13    1          MR. KEVILLE:  No further questions, Your Honor.

10:13    2          THE COURT:  Okay.

10:13    3          Would you call your next witness, please.

10:14    4          You may step down.  Thank you.

10:14    5          MR. WILSON:  MGA and Isaac Larian call Dr. Bruce

10:14    6    Isaacson as their next witness, but I believe counsel has

10:14    7    some issues that need to be taken up outside the presence of

10:14    8    the jury.

10:14    9          THE COURT:  We'll take our mid-morning break here,

10:14    10    ladies and gentlemen.  Please remember the admonition not to

10:14    11    discuss the case with anyone.  You're not to form any

10:14    12    opinions on the issues in the case until it's submitted to

10:14    13    you.

10:14    14          (Jury not present)

10:14    15          MS. WESTMORELAND:  Apologies, Your Honor.  We were

10:15    16    trying to see if we had a hard copy of opposing counsel's

10:15    17    demonstrative.  Sorry.  Do you want to take them up right

10:15    18    now?

10:15    19          THE COURT:  Yes.

10:15    20          MS. WESTMORELAND:  Okay.  So last night we

10:15    21    received the proposed demonstratives for Dr. Isaacson, and

10:15    22    there are a couple of issues.  We've met and conferred this

10:15    23    morning.

10:15    24          So the first issue that I think can be discussed

10:16    25    without you having the visual right now is it appears that

10:16    1    Dr. Isaacson intends to offer new opinions about the online

10:16    2    consumer comments that came into evidence through the lay

10:16    3    witnesses.  He said in his deposition what he considered and

10:16    4    he did not consider, these particular posts.

10:16    5         Counsel has represented that he intends to talk

10:16    6    about them through survey methodology, but he can do that

10:16    7    without referring -- he can talk about proper survey

10:16    8    methodology without referring to the online comments.  We

10:16    9    have not represented that they are a survey.  If testimony

10:16    10    from lay witnesses came out calling them surveys in the

10:16    11    colloquial sense, that was not --

10:16    12         THE COURT:  They're called polls.

10:16    13         MS. WESTMORELAND:  It's not even the polls, Your

10:16    14    Honor, that are being discussed.  It's the side-by-side

10:16    15    pictures and the comments that appear next to them.  It's

10:17    16    not the question and answer that appeared on the Instagram

10:17    17    story.

10:17    18         THE COURT:  Who's going to respond to this?

10:17    19         MR. WILSON:  I'm going to respond.

10:17    20         Your Honor, they did elicit testimony that it was

10:17    21    a survey, and I draw your attention to Day 2, Vol. 1, the

10:17    22    transcript at page 85, and the answer by Ms. Tameka Harris,

10:17    23    lines 14 through 18:  "I knew that what I was seeing and

10:17    24    what I thought I saw was relevant, that other people thought

10:17    25    the same thing as me.  The whole purpose of doing the

| | | |
|---|---|---|
| 10:17 | 1 | survey, so I could make sure that I'm not just pulling pie |
| 10:17 | 2 | out of the sky and that they can see exactly what I see." |
| 10:17 | 3 | THE COURT:  Okay. |
| 10:17 | 4 | MR. WILSON:  I think since she referred to her |
| 10:18 | 5 | Instagram post as a survey, I'm afraid the jury will be |
| 10:18 | 6 | confused as to whether or not that was equivalent of what |
| 10:18 | 7 | Dr. Isaacson did.  And all he is going to do is discuss |
| 10:18 | 8 | survey methodology, not -- you know, he may say this is not |
| 10:18 | 9 | a proper scientific survey, but that's just directly |
| 10:18 | 10 | responsive to what they decided to put in evidence, and I |
| 10:18 | 11 | don't think they can have it both ways. |
| 10:18 | 12 | MS. WESTMORELAND:  May I respond, Your Honor? |
| 10:18 | 13 | The question was:  "And what was your reaction to |
| 10:18 | 14 | all of the comments?"  The question did not illicit anything |
| 10:18 | 15 | about whether this was a survey.  And then second -- |
| 10:18 | 16 | THE COURT:  Did she use the word "survey"? |
| 10:18 | 17 | MS. WESTMORELAND:  She used the word -- yes, she |
| 10:18 | 18 | did use the word "survey," Your Honor. |
| 10:18 | 19 | THE COURT:  And what did she say again? |
| 10:18 | 20 | MS. WESTMORELAND:  She said in the context of a |
| 10:18 | 21 | much larger answer that spans four lines:  "I just knew that |
| 10:19 | 22 | what I was seeing and what I thought was relevant." |
| 10:19 | 23 | THE COURT:  He can address that testimony. |
| 10:19 | 24 | MR. WILSON:  Thank you very much, Your Honor. |
| 10:19 | 25 | MS. WESTMORELAND:  I think the issue for us is -- |

10:19    1    he's free to address it as the Court says.  It's the slides.
10:19    2    The fact that they actually have -- if we can go to Slide
10:19    3    22, it should be on the screen for you now.  I think there's
10:19    4    four versions of 22, so just keep going until you get to --
10:19    5    the issue is with this slide.  It seems improper.  He can
10:19    6    discuss survey methodology, but he did not offer any
10:19    7    opinions in his deposition or in his report about this.
10:19    8                THE COURT:  She raised it -- Ms. Harris raised it
10:19    9    for the first time in her testimony.
10:19   10                MS. WESTMORELAND:  No, Your Honor.  These posts
10:19   11    have been available publicly and in this case for years.
10:20   12    There's no reason --
10:20   13                THE COURT:  Ms. Harris used the word "survey."  He
10:20   14    can address that.
10:20   15                MS. WESTMORELAND:  Okay.  The second issue is with
10:20   16    the survey population.  I believe it's Slide 20.  So in his
10:20   17    deposition, he said that he did not screen for race and
10:20   18    ethnicity.  And yet here on the slide -- it look likes he
10:20   19    intends to offer testimony that he in fact did screen for
10:20   20    all races and ethnicities.  But his depo at page 115, line
10:20   21    5 --
10:20   22                THE COURT:  You can impeach him.
10:20   23                MR. WILSON:  Your Honor, that's what I said in the
10:20   24    meet and confer.  I mean, if they disagree, that's what
10:20   25    impeachment is for.

10:20   1          MS. WESTMORELAND:  Your Honor, he brought this up

10:20   2  on the stand for the first time in the prior proceeding, and

10:21   3  we briefed the issue at Docket 754, and it was kept out.

10:21   4          MR. WILSON:  I believe that the issue that was

10:21   5  briefed previously is whether or not he could offer the

10:21   6  number of African-Americans, the specific number that he

10:21   7  later discovered was in the survey pool.

10:21   8          THE COURT:  Okay.

10:21   9          MR. WILSON:  He's not going to do that.  He's just

10:21   10 going to say that when he goes to Prologic, he assumes that

10:21   11 they'll get a poll that's representative of the United

10:21   12 States given his survey design, and his survey design was

10:21   13 fashion doll -- consumers who plan to buy fashion dolls

10:21   14 within the next 12 months, and that's what he's going to

10:21   15 testify to.  If they believe he's inconsistent, that's what

10:21   16 impeachment is for.  They can test his credibility, you

10:21   17 know.

10:21   18         THE COURT:  Impeach him.

10:22   19         MS. WESTMORELAND:  Understood, Your Honor.

10:22   20         And then finally, across almost all of the 198

10:22   21 slides, there's a banner that reads that the survey tested

10:22   22 1,900 people and nine dolls or packages, and that's

10:22   23 misleading.  He did two different surveys with a combined

10:22   24 total of 1,500 participants.  And if they want to talk about

10:22   25 it or put it on one slide, you know, again, we can

10:22  1    cross-examine him on those points.  The problem is that this

10:22  2    is a banner that appears on every single -- all 198 slides.

10:22  3               MR. WILSON:  And again, Your Honor, what I said in

10:22  4    the meet and confer is that if that's a point you want to

10:22  5    bring out, then you impeach him.  So I think it's consistent

10:22  6    with the fact that between the two surveys --

10:22  7               THE COURT:  Do they have to impeach him 1,500

10:22  8    times or 100 times, however many slides you have?

10:23  9               MR. WILSON:  I can elicit testimony from him in

10:23  10   the beginning to say that this banner is the combination of

10:23  11   two surveys.  I'm fine with doing that.

10:23  12              THE COURT:  That's fine, but we don't need this on

10:23  13   every single slide.  We don't.

10:23  14              MR. WILSON:  Well, I can see if we can take it

10:23  15   out, but my question is whether or not we can take it out

10:23  16   over the break, which I'm happy to try to do.  I mean, we

10:23  17   could --

10:23  18              THE COURT:  Talk to your technical person.

10:23  19              MR. WILSON:  All right.  All right, Your Honor.

10:23  20   That's fair.  Thank you.

10:23  21              MS. WESTMORELAND:  The very last issue, Your

10:23  22   Honor, there's images -- so the Tots were not part of the

10:23  23   survey, but there are several slides that show -- for

10:23  24   example, Slide 49, shows the Tot next to the OMG doll.

10:23  25   Dr. Isaacson has not rendered any opinions about the Tots.

10:23  1    He did not test the Tots.  It's unclear the relevance of

10:24  2    this for this particular witness.

10:24  3              MR. WILSON:  He's not going to offer any testimony

10:24  4    about the Tots.  If you want us to see if we can blank them

10:24  5    out or in some way do it over the break, I'd be happy to

10:24  6    or --

10:24  7              THE COURT:  Do that, please.

10:24  8              MR. WILSON:  Okay.

10:24  9              THE COURT:  Okay.

10:24  10             MS. WESTMORELAND:  Thank you, Your Honor.

10:24  11             MR. WILSON:  Thank you, Your Honor.

10:24  12             MR. FINKELSTEIN:  Now, we have other issues to

10:24  13   raise maybe after the break.  I see you're getting up.

10:24  14             THE COURT:  Are they related to this witness?

10:24  15             MR. FINKELSTEIN:  No.  It does not, Your Honor.

10:24  16   It relates to something Mr. Keville did in front of -- about

10:24  17   Ms. Consorti.

10:24  18             THE COURT:  Let's take it up now.

10:24  19             MR. FINKELSTEIN:  So obviously, we've had a lot of

10:24  20   discussion about amending the Complaint, dismissing the

10:24  21   Complaint, et cetera.  Mr. Keville said -- I don't know

10:24  22   about the transcript, but my notes are that MGA refused to

10:25  23   consent to dismissal.  That's not true.  It's just not true.

10:25  24             Again, I'm still trying to understand what they've

10:25  25   done.  It kind of sounded like this morning they were

10:25    1    abandoning the claims.  We talked about whether they would

10:25    2    consent to Rule 50.  That wasn't discussed.  This claim that

10:25    3    they somehow filed some Motion to Dismiss and we refused is

10:25    4    just not true.  And Mr. Keville is trying to make the jury

10:25    5    think that we're here trying to waste time.  It's totally

10:25    6    inappropriate.  It was improper, and we're going to want a

10:25    7    curative instruction to correct this.

10:25    8            THE COURT:  I think the advice that I gave the

10:25    9    jury this morning with regard to what claims are at issue

10:25   10    has covered that.

10:25   11            MR. FINKELSTEIN:  Can Your Honor then say to

10:25   12    disregard what Mr. Keville said and reread what you told the

10:25   13    jury this morning because what he said was inconsistent with

10:25   14    that?  It was highly misleading, and it's just inaccurate.

10:25   15            MR. KEVILLE:  It was none of the above, Your

10:25   16    Honor.  It was not inconsistent.  It was not misleading.  It

10:26   17    followed up on testimony that they elicited about whether

10:26   18    claims were dismissed.  And this process of making

10:26   19    objections after the testimony is all done when it wasn't

10:26   20    objected to is improper.  So any objection they had, they

10:26   21    should have made it then.  There's nothing improper about my

10:26   22    questions.

10:26   23            THE COURT:  No contemporaneous objection?

10:26   24            MR. FINKELSTEIN:  Well, I know that Mr --

10:26   25            THE COURT:  No contemporaneous objection, true?

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 10:26 | 1  | MR. FINKELSTEIN:  I'd have to go back and look.               |
| 10:26 | 2  | Mr. Wilson objected a lot of times.  I know Your Honor told   |
| 10:26 | 3  | him you had sustained a lot of objections, to stop           |
| 10:26 | 4  | objecting.  So I'd have to go back.  I can't recall           |
| 10:26 | 5  | specifically on that.  He did object to certain questions    |
| 10:26 | 6  | along these lines.                                           |
| 10:26 | 7  | This statement that we refused to consent to                |
| 10:26 | 8  | dismissal is wrong.  That's just not true.  That's not what  |
| 10:26 | 9  | happened.                                                    |
| 10:26 | 10 | MR. KEVILLE:  Your Honor, it is true.  And right            |
| 10:26 | 11 | in the beginning of this case, Mr. Loh said, hey, I need to  |
| 10:26 | 12 | bring these in.  He said we'll talk about a stipulation.  We |
| 10:27 | 13 | proposed a stipulation to them.  They refused to stipulate.  |
| 10:27 | 14 | We said we'll amend the Complaint to drop these.  They said  |
| 10:27 | 15 | we'll move for a mistrial if you do that.  We'll move for a  |
| 10:27 | 16 | continuance.  And Your Honor's instruction -- it is          |
| 10:27 | 17 | absolutely accurate what I've said, and I don't think        |
| 10:27 | 18 | there's any need to revisit it, nor do I think we should     |
| 10:27 | 19 | when they've passed the time to object.                      |
| 10:27 | 20 | MR. FINKELSTEIN:  I'm happy to show you the                 |
| 10:27 | 21 | stipulation.  The word "dismissal" is not in there.  That's  |
| 10:27 | 22 | not true.  It's just not true.  They've talked about         |
| 10:27 | 23 | focusing and limiting.  Why didn't they file a request for   |
| 10:27 | 24 | dismissal?  They file documents every night.  File a Request |
| 10:27 | 25 | for Dismissal.  File a Rule 15 motion.  They haven't done it |

| | | |
|---|---|---|
| 10:27 | 1 | because they're being strategic, and now they've told the |
| 10:27 | 2 | jury that we refused to consent to dismissal.  That is just |
| 10:27 | 3 | not true.  It's not accurate. |
| 10:27 | 4 | THE COURT:  Are you getting a simultaneous rough? |
| 10:27 | 5 | MR. FINKELSTEIN:  I personally am not, Your Honor. |
| 10:27 | 6 | I don't know if that's possible to do.  I'm happy to if the |
| 10:27 | 7 | reporter -- I don't get the roughs until evening, Your |
| 10:27 | 8 | Honor. |
| 10:28 | 9 | MR. KEVILLE:  Your Honor, we've submitted a |
| 10:28 | 10 | verdict form that only has seven to nine dolls.  I don't |
| 10:28 | 11 | understand this, that we're not dismissing claims or -- |
| 10:28 | 12 | MR. FINKELSTEIN:  Perhaps after we see the |
| 10:28 | 13 | transcript, Your Honor. |
| 10:28 | 14 | THE COURT:  Fine. |
| 10:28 | 15 | MR. FINKELSTEIN:  But can I -- one last issue, or |
| 10:28 | 16 | I can do it later. |
| 10:28 | 17 | Mr. Keville repeatedly said Ms. Wong was a |
| 10:28 | 18 | 30(b)(6) witness.  I don't believe that is accurate.  While |
| 10:28 | 19 | her depo transcript did say 30(b)(6), I've handed Your Honor |
| 10:28 | 20 | an e-mail and I've given it to opposing counsel of my |
| 10:28 | 21 | communications with Ms. Ranahan and Ms. Westmoreland about |
| 10:28 | 22 | all of the witnesses and what topics they will cover, and |
| 10:28 | 23 | you will see Maggie Wong has no topics.  I also did a lot of |
| 10:28 | 24 | objections.  There were 28 different topics covering a wide |
| 10:28 | 25 | range of issues. |

10:28  1          Maggie Wong was not designated to testify as a

10:29  2  corporate witness about the comparison here.  So the

10:29  3  statement, well, she was -- she did work for MGA, but the

10:29  4  implication that she somehow spoke for MGA as a 30(b)(6)

10:29  5  witness is not accurate, and I think that also needs to be

10:29  6  corrected.

10:29  7          MR. KEVILLE:  Your Honor, may I hand you the

10:29  8  transcript?

10:29  9          THE COURT:  Well, sure, but --

10:29  10          MR. KEVILLE:  The transcript is designated

10:29  11  "30(b)(6) Witness for MGA."

10:29  12          THE COURT:  In the transcript?

10:29  13          MR. KEVILLE:  Yes.

10:29  14          THE COURT:  Let's see it.

10:29  15          MR. KEVILLE:  In the beginning of the --

10:29  16          MR. FINKELSTEIN:  And I acknowledge that's what

10:29  17  the transcript says, but I was reviewing it again this

10:29  18  morning.  I don't see any questions about which topics it

10:29  19  covers.  It doesn't look like the 30(b)(6) notice was in

10:29  20  there.  During this time, as you can see from my e-mail to

10:29  21  Ms. Westmoreland and Ms. Ranahan, we were double and triple

10:30  22  tracking during this.  I did not cover this specific

10:30  23  deposition as we were double and triple tracking.

10:30  24          But the fact that the court reporter wrote that

10:30  25  down doesn't change it.  My e-mail to Ms. Ranahan and Ms.

10:30    1    Westmoreland is clear for the various topics, and again,

10:30    2    there were 28 of them minus the two that the magistrate

10:30    3    judge excluded.  We had numerous witnesses.  Maggie Wong is

10:30    4    not listed as any in the e-mail confirmation I sent to

10:30    5    Ms. Westmoreland and Ms. Ranahan.

10:30    6            MR. KEVILLE:  Your Honor, in addition, I checked

10:30    7    to make sure.  I don't know about this e-mail.  I wasn't

10:30    8    involved in the case.  I haven't seen this e-mail.  In the

10:30    9    beginning, it says it on the cover "30(b)(6)."  When the

10:30   10    deposition is started, the court reporter says:  "This is

10:30   11    the Rule 30(b)(6) deposition of Maggie Wong."  There's no

10:30   12    objection and no changing that.  On a break, I think she

10:30   13    says:  "This concludes Tape 1 in the 30(b)(6) deposition of

10:30   14    Maggie Wong."  And then at the end, she says:  "This

10:30   15    concludes the 30(b)(6) deposition of Maggie Wong."  I

10:31   16    haven't seen anything where they submitted an errata or

10:31   17    changes or anything like that.

10:31   18            MR. FINKELSTEIN:  The court reporter saying that

10:31   19    doesn't make it so, and my e-mail makes clear -- and again,

10:31   20    there were, as you can see from my objections, 28 different

10:31   21    topics covering a wide, wide range of different issues.  We

10:31   22    designated numerous witnesses to cover numerous different

10:31   23    topics.

10:31   24            Ms. Wong was not speaking on behalf of the company

10:31   25    when she made those statements.  That may have been her

| 10:31 | 1 | personal belief.  So be it.  But the implication that that's |
| 10:31 | 2 | MGA's now stated position is wrong, and we object to that, |
| 10:31 | 3 | and we want a curative instruction on that as well. |
| 10:32 | 4 | THE COURT:  Well, that's what the court reporter |
| 10:32 | 5 | says, but glancing through the first ten or 20 pages, |
| 10:32 | 6 | typically in a 30(b)(6) deposition, you go through the basis |
| 10:32 | 7 | of the person being presented.  You know, do you understand |
| 10:32 | 8 | you've been designated by the corporation as a 30(b)(6) |
| 10:32 | 9 | witness?  What have you done to prepare?  X,Y, and Z.  I |
| 10:32 | 10 | don't see that in here. |
| 10:32 | 11 | MR. FINKELSTEIN:  Precisely, Your Honor, and I can |
| 10:32 | 12 | tell you having defended many of these, typically what I |
| 10:32 | 13 | would say at the beginning is we are presenting Ms. Stephens |
| 10:32 | 14 | on the following topics or Mr. Contreras on the following |
| 10:32 | 15 | topics so it's clear because, again, there were many topics |
| 10:32 | 16 | and many witnesses.  I did not see that anywhere.  Again, I |
| 10:32 | 17 | was reviewing it.  The court reporter may have said that, |
| 10:32 | 18 | but the court reporter can't change what's so. |
| 10:32 | 19 | MR. KEVILLE:  Your Honor, I haven't reviewed the |
| 10:32 | 20 | entire thing.  I was getting ready for cross.  I looked at |
| 10:32 | 21 | depositions.  This one said "30(b)(6)."  I mean -- |
| 10:33 | 22 | THE COURT:  Well, maybe you believed that in good |
| 10:33 | 23 | faith, but it does not appear to be a 30(b)(6) deposition. |
| 10:33 | 24 | MR. KEVILLE:  We can say Maggie Wong was a witness |
| 10:33 | 25 | who testified on behalf of MGA or as an employee of MGA if |

10:33  1    that's accurate.  I was going off what it said.  But if --

10:33  2                THE COURT:  No, but you characterized it as a

10:33  3    30(b)(6) deposition when it just --

10:33  4                MR. KEVILLE:  It's what it's titled.  I understand

10:33  5    he's saying that now.  I hear you.  But --

10:33  6                THE COURT:  If you want to point me to something

10:33  7    in the transcript that in the words of the witness or the

10:33  8    witness's counsel confirms it's a 30(b)(6) deposition -- I'm

10:33  9    going to give a curative instruction that it wasn't the

10:33  10   testimony of the corporation.  It was the testimony of the

10:33  11   individual.

10:33  12               We don't have to do that right now, so I'll give

10:33  13   you back the transcript, and if there's something I should

10:33  14   look at on that basis --

10:33  15               MR. KEVILLE:  I'll review it for -- if there's

10:33  16   anything else, Your Honor.

10:33  17               MR. FINKELSTEIN:  Thank you, Your Honor.

10:34  18               THE COURT:  Just a minute.

10:34  19               (Pause in proceedings)

10:34  20               THE COURT:  The index doesn't seem to indicate

10:34  21   that there's any statement about the 30(b)(6).  So in any

10:35  22   event, let me know what you find or don't find.

10:35  23               MR. FINKELSTEIN:  Thank you, Your Honor.

10:35  24               (Recess)

10:35  25               (Jury not present)

| | | |
|---|---|---|
| 10:35 | 1 | MR. FINKELSTEIN:  Your Honor, we have an issue |
| 10:35 | 2 | that -- |
| 10:44 | 3 | THE COURT:  Does it relate to the next witness? |
| 10:44 | 4 | MR. FINKELSTEIN:  It relates to the dismissal |
| 10:44 | 5 | issue, Your Honor.  I want to make sure there's no argument |
| 10:44 | 6 | of waiver.  It's just going to be five seconds because they |
| 10:44 | 7 | keep saying waiver.  We will look at the transcript.  We |
| 10:44 | 8 | will propose a potential curative instruction after we've |
| 10:44 | 9 | seen it.  And also we're considering moving for a mistrial |
| 10:44 | 10 | based on what occurred.  I want to see the transcript.  I |
| 10:44 | 11 | want to get that on the record now so there's no record that |
| 10:44 | 12 | I delayed. |
| 10:44 | 13 | THE COURT:  Is there any outstanding issue with |
| 10:45 | 14 | regard to Mr. Harris? |
| 10:45 | 15 | MR. KEVILLE:  It's them that wouldn't release him, |
| 10:45 | 16 | Your Honor, so -- |
| 10:45 | 17 | MR. WILSON:  With respect to whom, Your Honor? |
| 10:45 | 18 | THE COURT:  Mr. Harris. |
| 10:45 | 19 | MR. WILSON:  Before the break, I think we were |
| 10:45 | 20 | talking about Dr. Isaacson. |
| 10:45 | 21 | THE COURT:  No, no, no. |
| 10:45 | 22 | MR. LOH:  Your Honor, because he's out of town, I |
| 10:45 | 23 | understand, so we haven't made the decision yet. |
| 10:45 | 24 | MR. KEVILLE:  Your Honor, if you can just release |
| 10:45 | 25 | Mr. Harris.  It's -- |

| | | |
|---|---|---|
| 10:45 | 1 | THE COURT:  On the mic. |
| 10:45 | 2 | MR. KEVILLE:  Yeah, Mr. Harris was here.  They had |
| 10:45 | 3 | time to -- |
| 10:45 | 4 | THE COURT:  We're not going to take this up now. |
| 10:45 | 5 | Your decision to pull him back here needs to be a timely |
| 10:45 | 6 | one. |
| 10:45 | 7 | Let's bring the jury in, please. |
| 10:45 | 8 | (Jury present) |
| 10:46 | 9 | MR. WILSON:  Your Honor, MGA and Mr. Larian call |
| 10:46 | 10 | Dr. Bruce Isaacson as their next witness. |
| 10:47 | 11 | BRUCE ISAACSON, DEFENSE WITNESS, SWORN |
| 10:47 | 12 | THE CLERK:  Can you please state your full name, |
| 10:47 | 13 | spelling your last name for the record. |
| 10:47 | 14 | THE WITNESS:  Sure.  My name is Bruce Isaacson. |
| 10:47 | 15 | My last name is spelled I-s-a-a-c-s-o-n. |
| 10:48 | 16 | THE COURT:  Mr. Wilson. |
| 10:48 | 17 | DIRECT EXAMINATION |
| 10:48 | 18 | BY MR. WILSON: |
| 10:48 | 19 | Q    Dr. Isaacson, can you tell the jury what your |
| 10:48 | 20 | assignment was in this case? |
| 10:48 | 21 | A    Sure.  I'm here to talk about two surveys that I |
| 10:48 | 22 | conducted.  The first of the two surveys is a likelihood of |
| 10:48 | 23 | confusion survey, and that survey measures the likelihood of |
| 10:48 | 24 | confusion between the L.O.L. Surprise! O.M.G. dolls and the |
| 10:48 | 25 | OMG Girlz.  In other words, it measures whether consumers |

10:48   1   are likely to be confused between the dolls and the girls in
10:48   2   some fashion.
10:48   3           And then I also conducted a likeness survey, and
10:48   4   my likeness survey measures whether consumers believe that
10:48   5   the dolls look like any particular person or people and, if
10:48   6   so, which person or people.  And really what the likeness
10:48   7   survey is measuring is whether consumers think that the
10:48   8   dolls look like the OMG Girlz.
10:48   9   Q    Dr. Isaacson, are you familiar with the legal standard
10:49  10   for likelihood of confusion?
10:49  11   A    I am.
10:49  12   Q    And can you tell the jury what the legal standard is?
10:49  13   A    In the sense -- well, the --
10:49  14   Q    Percentage confused.
10:49  15   A    Sure.  So when conducting a likelihood of confusion
10:49  16   survey, typically the measures that one looks -- the
10:49  17   measures that are produced by the survey -- the survey
10:49  18   creates percentages, and typically one looks for a
10:49  19   percentage that's often at least 20 percent, but generally
10:49  20   is in the range oftentimes of 15 percent for the amount of
10:49  21   confusion in a likelihood of confusion survey to be
10:49  22   considered substantial.  And numbers where you have let's
10:49  23   say below that range would be not considered substantial,
10:49  24   would indicate a lack of confusion, and numbers at or above
10:49  25   that range would typically be considered, at least in my

10:50  1  experience, to indicate a substantial likelihood of

10:50  2  confusion.

10:50  3  Q    Thank you, Dr. Isaacson.

10:50  4        Can we go to your next slide, please, and discuss

10:50  5  a little bit about your professional background?

10:50  6  A    Sure.  I'm president of a marketing research and

10:50  7  consulting firm.  The name of the firm is MMR Strategy

10:50  8  Group.  And what we do is we conduct research typically in

10:50  9  the form of surveys, and we use that research to help our

10:50  10 clients understand what their customers are doing and what

10:50  11 their customers are thinking.

10:50  12       Oftentimes, the research that we conduct is in the

10:50  13 form of a litigation survey like the two surveys that I'll

10:50  14 be talking about today.  And our clients for that work

10:50  15 include both law firms as well as agencies of the federal

10:50  16 government.  So, for example, we conduct surveys for clients

10:50  17 that include the U.S. Federal Trade Commission, the Patent

10:50  18 and Trademark Office, and also the U.S. Department of

10:50  19 Justice.

10:51  20       I have been retained -- I've personally been

10:51  21 retained to conduct surveys in more than 250 matters, and

10:51  22 I've been retained to conduct likelihood of confusion

10:51  23 surveys in more than 75 matters.

10:51  24       I sit on editorial boards for journals that

10:51  25 produce scholarly research, including a journal that goes by

10:51    1    the name "The Trademark Reporter," and they produce research

10:51    2    on issues relating to false advertising and ads and

10:51    3    likelihood of confusion and other issues relating to

10:51    4    trademarks.  And I routinely write and speak on the topics

10:51    5    relating to litigation surveys.

10:51    6             MR. WILSON:  And can we advance the slide.

10:51    7    BY MR. WILSON:

10:51    8    Q    Dr. Isaacson, can you speak a little bit about your

10:51    9    education background?

10:51    10   A    Sure.  My undergraduate degree is as an engineer.  I

10:52    11   have a Bachelor of Science Degree in Engineering from

10:52    12   Northwestern University.  I have two degrees from Harvard

10:52    13   Business School.  One is an MBA or Master of Business

10:52    14   Administration Degree, and then I have a Doctorate in

10:52    15   Marketing.  That's a DBA or Doctor of Business

10:52    16   Administration Degree also from Harvard Business School.

10:52    17            MR. WILSON:  Can we go to the next slide, please.

10:52    18   BY MR. WILSON:

10:52    19   Q    And before we start discussing the likelihood of

10:52    20   confusion survey, you're being paid for your work with

10:52    21   respect to these two surveys?

10:52    22   A    That's correct.

10:52    23   Q    Okay.  And you're being paid by MGA Entertainment and

10:52    24   Mr. Larian?

10:52    25   A    That's correct.

10:52  1  Q    All right.  Thank you.

10:52  2          So moving to the likelihood of confusion survey,

10:52  3  can you please discuss and share with the jury the purpose

10:52  4  of the survey?

10:52  5  A    Well, as I mentioned before, a likelihood of confusion

10:52  6  -- this likelihood of confusion survey measures whether

10:53  7  consumers who purchase fashion dolls are likely to believe

10:53  8  that the L.O.L. Surprise! O.M.G. dolls are associated with

10:53  9  the OMG Girlz.

10:53  10          And when I say associated, what I mean is that the

10:53  11  survey is looking to measure whether consumers are confused

10:53  12  and whether they mistakenly believe, for example, that the

10:53  13  dolls were made by the girls, or in some way come from the

10:53  14  girls, or maybe whether consumers mistakenly believe that

10:53  15  the girls maybe didn't make the dolls, but they gave

10:53  16  permission or authorization or approval of some sort for the

10:53  17  dolls to be made in that particular form.

10:53  18          MR. WILSON:  Next slide, please.

10:53  19  BY MR. WILSON:

10:53  20  Q    So can you please talk about the design of your

10:53  21  likelihood of confusion survey?

10:54  22  A    Sure.  So these -- what you see on the screen now are

10:54  23  the steps that I undertook in developing my likelihood of

10:54  24  confusion survey.  So first, I reviewed documents that would

10:54  25  help me understand what the issues are that are being

10:54    1    disputed in this case, and using those documents, I decided

10:54    2    which elements of trade dress and which dolls I would

10:54    3    measure in the survey.  Then I determined what type of

10:54    4    consumers I needed to interview in the survey.  I

10:54    5    interviewed them, and then analyzed data, and reported the

10:54    6    results.

10:54    7    Q    And so returning to the documents that you reviewed,

10:54    8    what documents did you review in this litigation,

10:54    9    Dr. Isaacson?

10:54    10   A    Well, I designed my survey to measure the things that

10:54    11   were of greatest concern to the -- the things that were of

10:54    12   greatest concern to the OMG Girlz and to the Harrises.  And

10:55    13   the two documents that I relied on most for that is one

10:55    14   document that you see on the screen now, which is called the

10:55    15   counterclaims.  And in the counterclaims, the OMG Girlz

10:55    16   identify the elements that they're concerned about and the

10:55    17   dolls that they're concerned about.

10:55    18         And then I also used material from the deposition

10:55    19   of Ms. Tameka Harris where she identifies both elements of

10:55    20   trade dress that she's concerned about -- I'm sorry, certain

10:55    21   elements of the OMG Girlz that she's concerned about and

10:55    22   also identifies dolls that she's concerned about.

10:55    23   Q    Dr. Isaacson, forgive me.  I forgot to ask you one

10:55    24   question earlier on the purpose slide.

10:55    25         So is the purpose of your surveys overall to

10:55  1  measure scientifically in one survey the likelihood of

10:55  2  confusion?

10:56  3  A    Yes.  And when I say scientifically, what I mean is to

10:56  4  develop a reliable and unbiased measure of whether or not

10:56  5  consumers are confused between the dolls and the OMG Girlz.

10:56  6  Q    Thank you very much.

10:56  7       So I interrupted you when you were about to talk

10:56  8  about the OMG Girlz' allegations of trade dress.  Please

10:56  9  continue.

10:56  10  A    Well, I had mentioned that some of the allegations come

10:56  11  from this document that they had filed in this matter called

10:56  12  the -- that I'll refer to as the counterclaims.  And if we

10:56  13  can click forward one element, you can see that in the

10:56  14  counterclaims they identify certain elements of trade dress

10:56  15  that include the acronym "OMG Girlz," and then they also

10:56  16  identify other elements that include vibrant hair colors,

10:56  17  certain colors, makeup, hairstyling.  And then in one more

10:56  18  box on this screen, you can see that they identify

10:57  19  wardrobes -- fun, urban, and edgy wardrobes -- and makeup.

10:57  20       So we've got elements that include the acronym

10:57  21  "OMG Girlz."  We have hair colors.  We have hairstyling.  We

10:57  22  have wardrobes, and we have makeup.  And so those were the

10:57  23  elements that my likelihood of confusion survey was designed

10:57  24  to measure.

10:57  25  Q    Dr. Isaacson, just for the -- just so we're clear with

10:57   1   the jury, at the time that they filed this Complaint, they

10:57   2   were the defendants, but later on in the litigation, they

10:57   3   were nominated to be the plaintiffs.  Are you familiar with

10:57   4   that?

10:57   5   A    I'm not.  I just -- my understanding was that they were

10:57   6   the defendants and the counterclaimants, and that's why I

10:57   7   refer to this as the counterclaims, but these are legal

10:57   8   issues that are outside of my expertise.

10:57   9   Q    Okay.  So at the time that you did the report, just so

10:57   10  the jury understands, the OMG Girlz were referred to as

10:58   11  defendants.

10:58   12  A    Okay.

10:58   13  Q    All right.  Thank you.

10:58   14          MR. WILSON:  Next slide, please.

10:58   15  BY MR. WILSON:

10:58   16  Q    Can you discuss this slide with the jury, please,

10:58   17  Dr. Isaacson?

10:58   18  A    Sure.  This is a picture from that same document that

10:58   19  we were just looking at, and it shows the OMG Girlz with

10:58   20  those elements that I was just talking about:  the

10:58   21  hairstyling, the hair colors, the wardrobe, the makeup.

10:58   22  Q    Is this image representative of what the OMG Girlz

10:58   23  allege to be their trade dress?

10:58   24  A    I believe so from my reading of the counterclaims.

10:58   25          MR. WILSON:  Next slide, please.

| | | |
|---|---|---|
| 10:58 | 1 | BY MR. WILSON: |
| 10:58 | 2 | Q    Can you take the jury through this slide, please? |
| 10:58 | 3 | A    Well, at the time that I was designing my survey -- and |
| 10:58 | 4 | my work in this matter started nearly three years ago, and |
| 10:58 | 5 | at that time, there were nearly -- there were about I |
| 10:59 | 6 | believe 70 dolls that were under dispute.  And what I |
| 10:59 | 7 | selected to measure in my survey were the dolls that were |
| 10:59 | 8 | identified by the OMG Girlz and by Ms. Tameka Harris as |
| 10:59 | 9 | being the most blatant examples of infringement. |
| 10:59 | 10 | And again, going back to the counterclaims |
| 10:59 | 11 | document, if we can click through, this -- in the middle of |
| 10:59 | 12 | the screen, you see a picture, and it says at the top of |
| 10:59 | 13 | that picture Exhibit 2.  And this is a box called the Remix |
| 10:59 | 14 | or the Super Surprise box, and it says Exhibit 2.  This is |
| 10:59 | 15 | an actual picture that was in the counterclaims, and it was |
| 10:59 | 16 | identified as an item that was of concern to the OMG Girlz |
| 10:59 | 17 | in that document. |
| 10:59 | 18 | Similarly, below that, you see a doll called Metal |
| 10:59 | 19 | Chick.  That was Exhibit 3.  And then on the right, you see |
| 11:00 | 20 | four more dolls:  Exhibit 4, which is a doll called Bhad |
| 11:00 | 21 | Gurl; Exhibit 5, which is a doll called Shadow; and |
| 11:00 | 22 | Exhibit 6, which is a doll called Chillax.  And all of these |
| 11:00 | 23 | were identified and shown in the counterclaims as being |
| 11:00 | 24 | dolls that had been identified by the OMG Girlz as being of |
| 11:00 | 25 | concern to them. |

| | | |
|---|---|---|
| 11:00 | 1 | MR. WILSON:  The next slide, please. |
| 11:00 | 2 | BY MR. WILSON: |
| 11:00 | 3 | Q    Could you please explain to the jury, Dr. Isaacson, the |
| 11:00 | 4 | contents of this slide? |
| 11:00 | 5 | A    Sure.  So this is a section from the deposition of |
| 11:00 | 6 | Ms. Tameka Harris.  In here, she is being asked in the |
| 11:00 | 7 | question whether there is anyone that jumps out to her or |
| 11:00 | 8 | comes to mind as being a ripoff in the phrasing of the |
| 11:00 | 9 | question of the unique look and style or trade dress of the |
| 11:00 | 10 | OMG Girlz, and she responds by referring to a doll with blue |
| 11:00 | 11 | hair in Core Series 2.  And now you see the image from Core |
| 11:01 | 12 | Series 2, and you can see the doll second from the right. |
| 11:01 | 13 | That's a doll called Miss Independent.  So that was another |
| 11:01 | 14 | doll that had been identified by Ms. Harris in her |
| 11:01 | 15 | deposition.  She identified other dolls as well in her |
| 11:01 | 16 | deposition. |
| 11:01 | 17 | Q    Are we done with this slide, Dr. Isaacson?  Can we move |
| 11:01 | 18 | on? |
| 11:01 | 19 | A    Yes. |
| 11:01 | 20 | Q    Thank you. |
| 11:01 | 21 | MR. WILSON:  Next slide, please. |
| 11:01 | 22 | BY MR. WILSON: |
| 11:01 | 23 | Q    Can you please explain to the jury what they're seeing |
| 11:01 | 24 | in this slide? |
| 11:01 | 25 | A    So this is -- now she's -- Ms. Harris is referring to |

| | |
|---|---|
| 11:01 | 1 |
| 11:01 | 2 |
| 11:01 | 3 |
| 11:01 | 4 |
| 11:01 | 5 |
| 11:01 | 6 |
| 11:01 | 7 |
| 11:01 | 8 |
| 11:01 | 9 |
| 11:02 | 10 |

11:01   1   Core Series 2.8, and she's saying that in that image all

11:01   2   three of them infringe on the girls.  This is Core Series

11:01   3   3.8, and these are three dolls, all of which I measured in

11:01   4   my survey as well, again, that had been identified -- that

11:01   5   Ms. Harris identified in her deposition as examples of

11:01   6   infringement.

11:01   7        MR. WILSON:  Next slide, please.

11:01   8   BY MR. WILSON:

11:01   9   Q    And can you please explain this slide to the jury?

11:02  10   A    Sure.  So now she's identifying a pair of dolls, one of

11:02  11   which -- and referring to a blue-haired girl and a guy in a

11:02  12   band.  That's this duo, which is a two-pack, and this is

11:02  13   another pair of dolls that I measured.  This package is a

11:02  14   pair of dolls that I measured in my survey as well.

11:02  15        MR. WILSON:  Next slide, please.

11:02  16   BY MR. WILSON:

11:02  17   Q    Dr. Isaacson, can you take the jury through this slide,

11:02  18   please?

11:02  19   A    Sure.  So a survey like this if we're going -- if I'm

11:02  20   going to measure likelihood of confusion, the idea of the

11:02  21   survey is to replicate the real-world circumstances under

11:02  22   which someone could encounter the dolls.  What are the

11:02  23   conditions under which someone could see these dolls in the

11:02  24   real world?  And one of the ways in which a consumer could

11:02  25   see these dolls is they could see a doll by itself, an

11:03   1   individual doll.

11:03   2           And you can see that there are four dolls that I

11:03   3   measured just the dolls without any package.  It's possible

11:03   4   to see a doll by itself like that without any package.  And

11:03   5   the advantage of that from the standpoint of the survey is

11:03   6   it allows me to measure this without any words on it that

11:03   7   would refer a consumer back to MGA potentially, such as the

11:03   8   name of the doll or the brand name on the package.

11:03   9           I also measured dolls with their packaging.  So I

11:03   10  measured three dolls where it was the doll and the package.

11:03   11  And the advantage of this particular approach is -- you

11:03   12  remember I said earlier that one of the issues that's

11:03   13  disputed, or that was disputed at the time, are the initials

11:03   14  "OMG."  And as you can see on this package, it has those

11:03   15  initials on it.  So I was able to measure those as part of

11:03   16  the survey.

11:03   17          And then finally, because the OMG Girlz are a

11:03   18  group, I measured two packages that show a group.  One of

11:03   19  them is a duo, and the other is four dolls as a group.  And

11:04   20  these are actually -- they're presented on the packages as

11:04   21  musical groups with instruments.  And so the idea was to

11:04   22  measure different kinds of things in the survey that would

11:04   23  all be replicating the ways in which somebody in the real

11:04   24  world could come across these dolls.

11:04   25          MR. WILSON:  Next slide, please.

11:04     1    BY MR. WILSON:

11:04     2    Q    Dr. Isaacson, can you identify for the jury the

11:04     3    individual dolls you measured?

11:04     4    A    Sure.  I measured these dolls each by themselves with a

11:04     5    separate group of people who saw each one of these, and

11:04     6    these are Metal Chick, Bhad Gurl, Chillax, and Shadow.

11:04     7              MR. WILSON:  Next slide, please.

11:04     8    BY MR. WILSON:

11:04     9    Q    And can you take the jury through this slide?

11:04    10    A    Sure.  This is -- these are dolls -- there are three

11:04    11    sets of dolls that I measured where it was the doll and the

11:05    12    package.  And you can see here Miss Independent in the

11:05    13    package, and Downtown B.B. in the package, and then there's

11:05    14    one more on the next slide, and that's Uptown Girl in the

11:05    15    package.  And so for each of these, the consumers in the

11:05    16    survey saw the doll and saw the package that the doll was

11:05    17    sold in at retail.

11:05    18              MR. WILSON:  Next slide, please.

11:05    19    BY MR. WILSON:

11:05    20    Q    Dr. Isaacson, can you explain to the jury what they're

11:05    21    seeing in this slide?

11:05    22    A    Sure.  These are the two -- I mentioned that I measured

11:05    23    two packages that showed groups, musical groups.  And so on

11:05    24    the left, we have the Remix or the Super Surprise package

11:05    25    that has four big dolls and two smaller dolls.  And then

| | | |
|---|---|---|
| 11:05 | 1 | I've got Punk Grrrl and Rocker Boi, which is that duo that I |
| 11:05 | 2 | referred to earlier.  And the Super Surprise package was |
| 11:05 | 3 | just the package.  Punk Grrrl and Rocker Boi, I measured the |
| 11:05 | 4 | dolls with the package. |
| 11:06 | 5 | Q    And while we are -- |
| 11:06 | 6 | MR. WILSON:  Oh, can we go back to this slide. |
| 11:06 | 7 | BY MR. WILSON: |
| 11:06 | 8 | Q    And while we are on these packages, could you point out |
| 11:06 | 9 | for the jury where the branding is from MGA, the L.O.L. |
| 11:06 | 10 | Surprise! branding? |
| 11:06 | 11 | A    Well, you can see, for example, on these two |
| 11:06 | 12 | packages -- on the package on the left, you can see branding |
| 11:06 | 13 | from MGA on the very far left -- thank you very much -- |
| 11:06 | 14 | where it says L.O.L. O.M.G. Remix Super Surprise.  And then |
| 11:06 | 15 | on the package on the right, you can see in the upper right |
| 11:06 | 16 | where it says L.O.L. O.M.G. Remix, and there may be branding |
| 11:06 | 17 | on the left side of the -- somewhere on this package as well |
| 11:06 | 18 | I believe is the word "MGA," but it's too small for me to |
| 11:06 | 19 | locate it right now. |
| 11:06 | 20 | Q    All right.  And too small for me, too.  Thank you very |
| 11:06 | 21 | much. |
| 11:06 | 22 | MR. WILSON:  Let's move on to the next slide, |
| 11:06 | 23 | please. |
| 11:06 | 24 | BY MR. WILSON: |
| 11:06 | 25 | Q    Can you explain to the jury, please, your process for |

11:07    1    interviewing consumers for the confusion survey?

11:07    2    A      Sure.  This is an important part of the survey.  The

11:07    3    survey is measuring likelihood of confusion, whether

11:07    4    consumers are likely to be confused between the dolls and

11:07    5    the OMG Girlz.  And the people that I'm interviewing in the

11:07    6    survey are doll consumers, doll consumers in general, not

11:07    7    consumers of MGA and not fans of the OMG Girlz, although I'm

11:07    8    sure there were people -- and you'll see from responses

11:07    9    later that there were I'm sure people who have had

11:07    10   interactions with both of those parties.  But the survey

11:07    11   didn't specifically look for customers or fans of one side

11:07    12   or the other in this matter.

11:07    13         What I looked for was consumers in general who

11:07    14   were buying fashion dolls.  And the reason I focused on

11:07    15   fashion dolls is because every one of the dolls that I

11:07    16   measured in the survey with one exception, and that was the

11:07    17   duo -- every other doll that I measured in the survey comes

11:08    18   in a package that says "Fashion Doll" on it.  And I'm

11:08    19   measuring confusion that the -- and I'm trying to see

11:08    20   whether the dolls are causing confusion in the marketplace,

11:08    21   so I need to talk to doll consumers in the survey.

11:08    22         So the criteria was at least 18 years old and

11:08    23   likely to purchase a fashion doll.  I measured -- I asked

11:08    24   for their genders and their ages so I could make sure that

11:08    25   matches the kind of people who purchase fashion dolls.  And

11:08   1   then I asked for their zip codes, so I could make sure that

11:08   2   I talked to people who lived in areas that are located

11:08   3   across the United States.

11:08   4   Q    And before we leave this slide, it's children generally

11:08   5   that play with dolls, so why did you set the target age as

11:08   6   18 and over?

11:08   7   A    Because typically at least for the ages of children who

11:08   8   would be playing with these dolls, they typically don't have

11:09   9   their own money.  They need an adult to take them to the

11:09  10   store, or maybe an adult to make the purchase and bring the

11:09  11   purchase home, or make the purchase online so it comes home,

11:09  12   and they need an adult to provide the payment for the item.

11:09  13   So it's the adult who's making the purchase either with or

11:09  14   on behalf of the child.  That's why I interviewed people

11:09  15   18-plus.

11:09  16   Q    And then before we leave this slide, is there a

11:09  17   consequence of your limitation that for purposes of

11:09  18   answering the survey the consumer has to be likely to

11:09  19   purchase a fashion doll in the next 12 months in terms of

11:09  20   who would respond or who would qualify for your survey?

11:09  21   A    Well, I would be -- in the survey, I was talking to

11:09  22   consumers who would be likely to purchase any kind of a

11:09  23   fashion doll.  So anything that would qualify as a fashion

11:09  24   doll, those were the consumers that I was interviewing in

11:10  25   the survey.

| | | |
|---|---|---|
| 11:10 | 1 | Q    All right.  Thank you very much. |
| 11:10 | 2 | MR. WILSON:  Can we move on to the next slide, |
| 11:10 | 3 | please. |
| 11:10 | 4 | BY MR. WILSON: |
| 11:10 | 5 | Q    Can you explain to the jury what's present in this |
| 11:10 | 6 | slide? |
| 11:10 | 7 | A    Sure.  So I've already mentioned the first point, which |
| 11:10 | 8 | is there were likely in the survey people who were fans of |
| 11:10 | 9 | L.O.L. Surprise! or fans of the OMG Girlz, but I didn't |
| 11:10 | 10 | specifically look for them because I wanted to find an |
| 11:10 | 11 | unbiased sample that would represent all fashion doll |
| 11:10 | 12 | buyers.  I did look for consumers in the survey regardless |
| 11:10 | 13 | of their race or ethnicity, and so the survey would have |
| 11:10 | 14 | interviewed consumers of all races and ethnicities, and the |
| 11:10 | 15 | survey did interview more women than men.  It didn't only |
| 11:10 | 16 | interview women.  It's possible that a man might buy one of |
| 11:10 | 17 | these dolls, for example, as a present for somebody.  But |
| 11:10 | 18 | the survey for the likelihood of confusion was approximately |
| 11:11 | 19 | 62 percent men, and the rest were -- I'm sorry, 62 percent |
| 11:11 | 20 | women and the rest were men. |
| 11:11 | 21 | Q    Thank you very much. |
| 11:11 | 22 | MR. WILSON:  Can we go to the next slide, please. |
| 11:11 | 23 | BY MR. WILSON: |
| 11:11 | 24 | Q    Can you describe to the jury where the consumers who |
| 11:11 | 25 | answered your survey were recruited from? |

| | | |
|---|---|---|
| 11:11 | 1 | A    Sure.  I recruited them from a specialized database, |
| 11:11 | 2 | and this is -- think about this as a neutral, unbiased |
| 11:11 | 3 | database.  It's got more than 60 million people in it who |
| 11:11 | 4 | have volunteered to take surveys from time to time.  And |
| 11:11 | 5 | they log into this website for this company called Prodigy, |
| 11:11 | 6 | and they see invitations to take surveys, and they're given |
| 11:11 | 7 | some amount of reward points as an incentive for taking the |
| 11:11 | 8 | survey. |
| 11:11 | 9 | And because it has so many people in it, this |
| 11:11 | 10 | database is able to give me an unbiased sample that |
| 11:11 | 11 | represents the entire United States, and all the kinds of |
| 11:12 | 12 | people who would live in the United States focusing in this |
| 11:12 | 13 | case obviously on fashion doll buyers. |
| 11:12 | 14 | Q    And let me be clear then.  If I'm understanding you, |
| 11:12 | 15 | Dr. Isaacson, you didn't survey followers of Mr. Larian? |
| 11:12 | 16 | A    Well, there were some people in the survey I know from |
| 11:12 | 17 | the responses who know MGA.  I didn't actually -- I didn't |
| 11:12 | 18 | look for people who were fans or detractors of Mr. Larian, |
| 11:12 | 19 | though, in the survey. |
| 11:12 | 20 | Q    And that was my clumsy wording of the question.  But |
| 11:12 | 21 | did you post your survey on, let's say, MGA's website? |
| 11:12 | 22 | A    No, absolutely not. |
| 11:12 | 23 | Q    And why not? |
| 11:12 | 24 | A    Because that would give me a biased group of people. |
| 11:12 | 25 | People coming to the MGA website wouldn't be reflective of |

113

11:12    1    all fashion doll buyers, which is what I wanted to do in the

11:12    2    survey.

11:12    3    Q    And so people who are answering the survey, they don't

11:12    4    know if the survey is done on behalf of Mr. Larian?

11:13    5    A    Correct.

11:13    6    Q    And they don't know if the survey is done on behalf of

11:13    7    MGA?

11:13    8    A    Correct.

11:13    9    Q    And they don't know if the survey is done on behalf of

11:13   10    the OMG Girlz?

11:13   11    A    Correct.

11:13   12    Q    And they don't know if the survey is being done on

11:13   13    behalf of Tameka Harris?

11:13   14    A    Correct.  We call that double-blind.  That means that

11:13   15    they are blind.  They are not knowing who's sponsoring the

11:13   16    survey or why it's being conducted.  And it's being

11:13   17    conducted in a neutral location like this very large

11:13   18    database that I just -- that you can see on this slide.

11:13   19    Q    All right.

11:13   20            MR. WILSON:  Next slide, please.

11:13   21    BY MR. WILSON:

11:13   22    Q    Can you explain to the jury what we see here?

11:13   23    A    My understanding is that this is an Instagram post and

11:13   24    that it was posted with a question.  And you can see the

11:13   25    question at the bottom of the post, which is:  "Do these

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:13    1    dolls look familiar?"  And you can see some pictures, and

11:13    2    then some responses, some posts, on the right side of the

11:14    3    page that were submitted in response to this question:  "Do

11:14    4    these dolls look familiar?"

11:14    5    Q    And if this is purported to be a survey, Dr. Isaacson,

11:14    6    would this be correct survey methodology?

11:14    7    A    No, absolutely not.

11:14    8    Q    Why not?

11:14    9    A    Well, it's -- for a number of reasons.  I just talked

11:14   10    about the principle of double-blind research, having

11:14   11    research that is neutral and unbiased where people are not

11:14   12    aware of who's sponsoring it or why it's being conducted.

11:14   13         And so what you have here is you have a question

11:14   14    at the bottom, which is phrased in a suggestive format:  "Do

11:14   15    these dolls look familiar?"  That has the potential of

11:14   16    suggesting to some people the idea that maybe these dolls

11:14   17    look familiar.

11:14   18         You also have pictures that are shown together

11:14   19    side by side in a way that they may never appear in the real

11:14   20    world.  So we have pictures of the L.O.L. Surprise! O.M.G.

11:15   21    dolls right next to pictures of the OMG Girlz.  And these

11:15   22    pictures were obviously pasted together for the purpose of

11:15   23    this particular post, but there's no reason to believe that

11:15   24    this would reflect what someone would see if they went into

11:15   25    a Target or a Walmart or on Amazon.  And so consequently,

11:15    1    this is a very leading or suggestive post.

11:15    2         And then one last thing that I'll mention, which

11:15    3    is this is posted on a location on Instagram where the kinds

11:15    4    of people who would be coming would be people who might

11:15    5    realize that it's being posted by a member of the OMG Girlz.

11:15    6    Consequently, it would not be an unbiased sample.  It would

11:15    7    be a biased sample because it would tend to attract people

11:15    8    who might be fans of the OMG Girlz.

11:15    9    Q    And would that also be concerning if it was posted by

11:16   10    Tameka Harris, this Instagram post, or reposted by her?

11:16   11    A    Yes, any member, or past member, or anyone associated

11:16   12    with the OMG Girlz where people might realize that this post

11:16   13    is being posted in connection with or on behalf of the OMG

11:16   14    Girlz.

11:16   15         MR. WILSON:  Next slide, please.

11:16   16    BY MR. WILSON:

11:16   17    Q    Okay.  So you used what's called the Eveready survey?

11:16   18    A    Yes, that's the name of the format that I used to

11:16   19    measure likelihood of confusion.

11:16   20    Q    Can you please explain to the jury what the Eveready

11:16   21    survey is and why you used it?

11:16   22    A    Sure.  So it's got an odd name.  That name comes from

11:16   23    the legal matter in which it was first used decades ago.

11:16   24    It's been used many, many times by me and many, many times

11:16   25    by others.  It's one of the most commonly used and widely

11:17    1    respected methods to measure likelihood of confusion.

11:17    2            And in an Eveready survey, it's pretty simple.

11:17    3    You show consumers something, and you ask them who makes it,

11:17    4    and you ask whether any other company -- questions like

11:17    5    whether any other company provided permission or approval

11:17    6    for that to be made.  And so you're showing one thing and

11:17    7    seeing whether it brings to mind for people something else.

11:17    8            In this case, in my Eveready survey in this

11:17    9    matter, it's measuring confusion.  So I'm showing the dolls,

11:17   10    and I'm asking questions to see whether they bring to mind

11:17   11    the OMG Girlz.

11:17   12            And I used the Eveready format for this survey for

11:17   13    two reasons.  One is because the OMG Girlz said in multiple

11:17   14    locations that their trade dress is well known.  And the

11:17   15    second is because I didn't believe that in a survey format

11:18   16    it was appropriate to put the dolls and the OMG Girlz next

11:18   17    to each other, because when I went into stores, I didn't see

11:18   18    them next to each other.

11:18   19    Q    And you used the term "measure likelihood of confusion"

11:18   20    I believe in your last answer.

11:18   21            Can you remind the jury again about what the

11:18   22    appropriate percentage definition of that is?

11:18   23    A    Sure.  The survey generates a percentage measure that's

11:18   24    measuring the likelihood of confusion, and I mentioned

11:18   25    before that a typical range might be approximately --

11:18    1    there's some flexibility on this depending on the court and

11:18    2    the venue, but it might be around 15 to 20 percent to be

11:18    3    considered substantial.

11:18    4    Q    And just so the jury understands it, what if it came

11:18    5    back at one percent?

11:18    6    A    One percent would indicate a lack of confusion.

11:18    7    Q    Two percent?

11:18    8    A    Lack of confusion.

11:18    9    Q    Three percent?

11:18   10    A    Lack of confusion.

11:18   11    Q    And all of this assumes that the survey itself has a

11:19   12    proper design?

11:19   13    A    Yes.

11:19   14    Q    Four percent?

11:19   15    A    Any number below the range that I just mentioned would

11:19   16    be indicative of no substantial likelihood of confusion.

11:19   17    Q    And just to make sure we're clear and the jury

11:19   18    understands the standard, this assumes that someone is using

11:19   19    a properly designed survey that's double-blind?

11:19   20    A    Correct.

11:19   21    Q    And this assumes that the survey is not an informal

11:19   22    survey on an Instagram page posted to someone's fans?

11:19   23    A    Correct.

11:19   24    Q    And the difference between your survey and the

11:19   25    Instagram post here is that it's not a proper survey design

| | | |
|---|---|---|
| 11:19 | 1 | to measure a likelihood of confusion? |
| 11:19 | 2 | A    That's also correct. |
| 11:20 | 3 | Q    All right.  Thank you. |
| 11:20 | 4 | MR. WILSON:  Next slide, please. |
| 11:20 | 5 | BY MR. WILSON: |
| 11:20 | 6 | Q    So can you explain to the jury what they see in this |
| 11:20 | 7 | slide? |
| 11:20 | 8 | A    This is one of the locations -- I mentioned that in |
| 11:20 | 9 | designing my survey I relied in part on the deposition of |
| 11:20 | 10 | Ms. Harris.  And here in her deposition, Ms. Harris is being |
| 11:20 | 11 | asked whether she thinks that individual members, |
| 11:20 | 12 | specifically Bahja Rodriguez, Breaunna Womack, and Zonnique |
| 11:20 | 13 | Pullins, are well known throughout the United States, and |
| 11:20 | 14 | she answers yes.  That's not the only location where the OMG |
| 11:20 | 15 | Girlz or Ms. Harris said that they are well known.  There's |
| 11:20 | 16 | more on the next slide. |
| 11:20 | 17 | Q    And before we move on to the next slide, why is it |
| 11:20 | 18 | important to you -- in choosing the Eveready survey |
| 11:20 | 19 | methodology, why is it important to you that Tameka Harris |
| 11:21 | 20 | said that? |
| 11:21 | 21 | A    It's important to me because when I'm designing the |
| 11:21 | 22 | Eveready survey, I am making a decision about which format |
| 11:21 | 23 | to use.  And I took Ms. Harris at her word and I took the |
| 11:21 | 24 | OMG Girlz at their word that the OMG Girlz and, in this |
| 11:21 | 25 | case, the members of the OMG Girlz, are well known. |

11:21    1    Q    All right.  Thank you.

11:21    2             MR. WILSON:  Can we move on to the next slide,

11:21    3    please.

11:21    4    BY MR. WILSON:

11:21    5    Q    Can you walk the jury through this slide?

11:21    6    A    Sure.  We're back to the counterclaims.  And in the

11:21    7    counterclaims, the OMG Girlz and the Harrises also asserted

11:21    8    a claim that they're well known and famous.  And so if we

11:21    9    can click through, you can see here that in one paragraph

11:21    10   they said that the OMG Girlz have achieved nationwide fame

11:21    11   and popularity.  In another paragraph, they said that they

11:21    12   continue to enjoy a significant fan base.  It talks about a

11:22    13   well-known name and striking visual image and likeness of

11:22    14   the OMG Girlz.  In another paragraph, they claim that the

11:22    15   OMG Girlz received widespread recognition through their

11:22    16   performances.  And then they also said that the OMG Girlz

11:22    17   have nationwide popularity.

11:22    18            So all of these quotes that you see from the

11:22    19   counterclaims are getting to the same point, which is the

11:22    20   OMG Girlz are saying that they are not only well known, but

11:22    21   that they're famous, and they're famous nationwide.

11:22    22            MR. WILSON:  Can we please go to the next slide,

11:22    23   please.

11:22    24   BY MR. WILSON:

11:22    25   Q    Can you explain to the jury, Dr. Isaacson, this slide?

11:22    1    A    Sure.  So I mentioned earlier that one of my decisions

11:22    2    in choosing the Eveready format was whether or not these

11:22    3    items are sold side by side.  So I visited the stores that

11:23    4    you see there, Targets and Walmarts near me, and online, and

11:23    5    in those locations, I did not see the L.O.L. Surprise!

11:23    6    O.M.G. dolls sold near either music or merchandise from the

11:23    7    OMG Girlz.

11:23    8    Q    Thank you.

11:23    9             MR. WILSON:  Next slide, please.

11:23    10   BY MR. WILSON:

11:23    11   Q    Can you take the jury through this slide, please?

11:23    12   A    Sure.  So I want you to imagine that a consumer is in

11:23    13   the survey, and they've been shown a doll, or a package, or

11:23    14   a doll and a package.  And now I'm going to ask a series of

11:23    15   questions to measure whether they're confused.

11:23    16            And so the first question is:  "Who do you believe

11:23    17   makes or puts out" -- and the phrasing of this varied

11:23    18   depending on what they were shown, but let's imagine:  "Who

11:23    19   do you believe makes or puts out the doll you just viewed?"

11:24    20   And then there's follow-up questions:  "Are you aware of any

11:24    21   other products or services made or put out by whoever makes

11:24    22   or puts out" -- let's say -- "the doll that you just

11:24    23   viewed?"  And if they answered yes to that question, they'd

11:24    24   be asked about other products or services.

11:24    25            All of these three questions are measuring

11:24  1    confusion as to source.  Do I think that the dolls come from

11:24  2    the OMG Girlz, or do I think maybe that the dolls are some

11:24  3    kind of other product that the OMG Girlz are making or

11:24  4    putting out?

11:24  5            MR. WILSON:  Next slide, please.

11:24  6            THE WITNESS:  My survey also measured a different

11:24  7    kind of confusion, which is confusion as to permission or

11:24  8    approval.  As I mentioned before, do I think that the OMG

11:24  9    Girlz gave permission or approval?  And so there is a

11:24  10   general question that asks whether I think that -- that

11:24  11   asked the consumer whether they think that whoever makes or

11:25  12   puts out the dolls received permission or approval.  And if

11:25  13   they answer yes, they get this next question.  And this next

11:25  14   question -- if we can click through -- is:  "What company or

11:25  15   person do you think gave permission or approval to whoever

11:25  16   makes or puts out" -- let's say -- "the doll that you just

11:25  17   viewed?"

11:25  18           MR. WILSON:  Next slide, please.

11:25  19   BY MR. WILSON:

11:25  20   Q    Dr. Isaacson, can you explain to the jury what's shown

11:25  21   here?

11:25  22   A    Sure.  This is the dolls that I showed in my survey.

11:25  23   And if you look on the left side of the screen, in the box

11:25  24   on the left side, you can see the dolls as they appear in

11:25  25   the marketplace.  You can also see that I actually showed

11:25  1    these dolls in the survey on a stand.  Sometimes the dolls

11:25  2    were actually in packages, but for the dolls that were shown

11:25  3    by themselves outside of the package, they were on a stand.

11:25  4         I also measured in the survey an entirely separate

11:26  5    set of dolls for which I had removed -- or changed is a

11:26  6    better way to say it -- the clothing that they were in, the

11:26  7    hairstyles, and elements of the makeup.  And so the

11:26  8    difference between the dolls on the left and the dolls on

11:26  9    the right are the things that the OMG Girlz are claiming

11:26  10   rights to in this case.

11:26  11        So by designing it this way, I could make

11:26  12   comparisons between the two and see whether those things

11:26  13   make any difference in terms of consumer confusion.

11:26  14   Q    And let's do a comparison of a couple of these dolls

11:26  15   here.  So I see on the far left Bhad Gurl.  And the

11:26  16   contention in this case, as I understand it, is that MGA

11:26  17   created a likeness of Bhad Gurl -- excuse me, created a

11:26  18   likeness of one of the OMG Girlz by using, among other

11:27  19   things, I guess the yellowish -- I can't really tell from

11:27  20   here what color of hair that is.

11:27  21        Can you go to the Bhad Gurl control doll and

11:27  22   explain to the jury how that control doll from top to bottom

11:27  23   is different than the L.O.L. Surprise! Bhad Gurl fashion

11:27  24   doll?

11:27  25   A    Sure.  They're identical in all the essential ways.

11:27    1    All of the ways that are not in dispute here, they're

11:27    2    identical.  So Bhad Gurl still has the drum set hanging from

11:27    3    her waist.  She still has the drumsticks.  She's in the same

11:27    4    position.

11:27    5            But you'll notice that the control version of Bhad

11:27    6    Gurl is wearing much plainer clothes.  She doesn't have the

11:27    7    multicolored wardrobe that the test version of Bhad Gurl

11:27    8    has.  You'll also notice that the hairstyle for the control

11:27    9    version of Bhad Gurl is much plainer.  It's a different

11:27    10   color, and it's a much plainer color.  And for some of the

11:28    11   dolls -- I don't believe we did it on this one, but for some

11:28    12   of the dolls, we also changed the color of the makeup where

11:28    13   the makeup was particularly bright as well.

11:28    14   Q    And can we go to the doll on the left-hand side, the

11:28    15   L.O.L. Surprise! fashion doll that's down -- one over.

11:28    16   Oops, one over.  Oops.  I believe it -- I can't -- my

11:28    17   glasses -- my eyesight is not as good as it used to be.  I

11:28    18   believe that's Shadow.

11:28    19   A    That's correct.

11:28    20   Q    And you may not know this, but the OMG Girlz are not

11:28    21   focusing on Shadow anymore in this case.  Why did you

11:28    22   measure Shadow?

11:28    23   A    Because at the time that I was designing my survey,

11:29    24   they were a part of the dolls that were in dispute.  Not

11:29    25   only were they part of the dolls that were in dispute, but

11:29  1  Shadow had been identified in the counterclaims and in Ms.

11:29  2  Harris's deposition as being one of the dolls that was of

11:29  3  greatest concern to the OMG Girlz.

11:29  4  Q    And when did you do this study?

11:29  5  A    I did it at the January through -- the interviews I

11:29  6  conducted in January through April of 2022, so --

11:29  7  Q    Okay.  And that was for a prior proceeding,

11:29  8  Dr. Isaacson?

11:29  9  A    Yes.

11:29  10  Q    If -- let me assume a hypothetical here.  If MGA

11:29  11  Entertainment and Mr. Larian just learned at opening

11:29  12  statement that the focus of the Harris's and OMG Girlz'

11:30  13  lawsuit is just seven to nine dolls, would you be able to

11:30  14  replicate your study in the two weeks or so since opening

11:30  15  statement?

11:30  16  A    No.  This study interviewed more than 1,500 consumers

11:30  17  and took months to design and execute.

11:30  18  Q    All right.  Thank you very much.

11:30  19        MR. WILSON:  We can go to the next slide.

11:30  20  BY MR. WILSON:

11:30  21  Q    Can you explain to the jury what we're seeing here in

11:30  22  this slide?

11:30  23  A    This is just an example.  This is that Super Surprise

11:30  24  package, and it's an example of the difference between the

11:30  25  test version and the control version.  The control version,

11:30   1    with the plainer wardrobe and the plainer hairstyle is up at

11:30   2    the top, and the test version, which is the same original

11:30   3    version that was sold in the marketplace, is at the bottom.

11:30   4    Q    And looking at the control version, which is at the

11:31   5    top, can you explain to the jury how you changed the

11:31   6    branding on this package?

11:31   7           MR. WILSON:  Mr. Knecht, it's to the far left of

11:31   8    the box, and can you zoom in on that.

11:31   9           THE WITNESS:  Yes.  If you look up at the top --

11:31  10    actually, let's go down to the same spot on the bottom

11:31  11    package.  You can see in the spot on the bottom package, it

11:31  12    has -- it says L.O.L. and it says O.M.G.  But now if we go

11:31  13    up to the top package, it only says L.O.L.  In fact, it says

11:31  14    it twice but in the same letters, in the same font, in the

11:31  15    same size, in the same colors.

11:31  16         So what I've done here in the control is I've

11:31  17    removed the letters O.M.G., and -- because they're part of

11:31  18    the things that the -- or the elements that the Harrises and

11:31  19    the OMG Girlz are claiming rights to in this matter.

11:31  20    Q    And just to remind the jury, on the left-hand side of

11:32  21    this slide -- on the left-hand side of this slide, why are

11:32  22    you posting the trade dress allegations there?

11:32  23    A    Just reminding the jury that these are the things that

11:32  24    they're claiming rights to.  And the elements that they

11:32  25    claim rights to, as I described earlier, include the letters

11:32    1    "OMG," include the hairstyles, the makeup, the hairstyling,

11:32    2    and the wardrobes.  And so those are the things that I am

11:32    3    changing to create the control box.

11:32    4    Q    And so let me make sure that we're clear about this so

11:32    5    the jury understands your control dolls.  So you removed the

11:32    6    word -- well, you removed the acronym "O.M.G." from the

11:32    7    control dolls?

11:32    8    A    Correct.

11:32    9    Q    You removed vibrant colored hair, whatever color?

11:32   10    A    Correct.

11:32   11    Q    And you also removed the wardrobe that the fashion

11:32   12    dolls were wearing and made it some -- I don't know.  I

11:33   13    don't know how to describe that.

11:33   14    A    I put the plainest clothes on the dolls that I could

11:33   15    possibly find in the plainest colors that I could possibly

11:33   16    find.

11:33   17    Q    All right.  Thank you very much.

11:33   18          MR. WILSON:  Can we move on to the next slide,

11:33   19    please.

11:33   20    BY MR. WILSON:

11:33   21    Q    So can you tell the jury about this slide and what it

11:33   22    shows?

11:33   23    A    Sure.  So this is coming back to the principle of

11:33   24    double-blind.  And in my survey, consumers were never told

11:33   25    who was requesting the survey, and they were never told the

| | | |
|---|---|---|
| 11:33 | 1 | purpose of the survey. |
| 11:33 | 2 | Q    Can the same be true of the Instagram post that we |
| 11:33 | 3 | discussed earlier? |
| 11:33 | 4 | A    Well, I don't believe it's a survey.  I believe it's a |
| 11:33 | 5 | post with some posts in response, but it's likely that a |
| 11:33 | 6 | consumer coming to this site would know whose page it is on |
| 11:33 | 7 | Instagram and would likely know who had posted this.  So |
| 11:34 | 8 | this would not be considered double-blind. |
| 11:34 | 9 | Q    All right.  Thank you very much. |
| 11:34 | 10 | MR. WILSON:  Can we move on to the next slide. |
| 11:34 | 11 | BY MR. WILSON: |
| 11:34 | 12 | Q    Can you discuss for the jury this slide? |
| 11:34 | 13 | A    Well, this is just the point that the Instagram post |
| 11:34 | 14 | was not in a double-blind format. |
| 11:34 | 15 | Q    All right.  We've already discussed that at length |
| 11:34 | 16 | earlier. |
| 11:34 | 17 | MR. WILSON:  We can move on to the next slide. |
| 11:34 | 18 | BY MR. WILSON: |
| 11:34 | 19 | Q    Can you take the jury through this slide, Dr. Isaacson? |
| 11:34 | 20 | A    Well, the survey in addition to being designed in a |
| 11:34 | 21 | double-blind format had a number of elements to make sure |
| 11:34 | 22 | that -- to reduce any sources of bias in the survey.  So as |
| 11:34 | 23 | I mentioned before, we followed double-blind interviewing |
| 11:34 | 24 | procedures.  The survey was pretested, meaning before I did |
| 11:35 | 25 | any interviews, I did some initial interviews and made sure |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:35   1    everything was operating as it was designed to operate.

11:35   2           When people were trying to answer questions to see

11:35   3    whether they could participate in the survey, they didn't

11:35   4    know which answers would actually qualify them for the

11:35   5    survey.  I instructed consumers who I was interviewing not

11:35   6    to guess, and I gave them don't know options.  So if someone

11:35   7    didn't know the answer to a question, they could just

11:35   8    answer, "I don't know."

11:35   9           There were some other procedures that are on the

11:35   10   next slide.  And the survey included the quality control

11:35   11   question.  People had to answer the quality control question

11:35   12   to participate in the survey.  The survey asked for zip

11:35   13   codes, and people had to enter their zip code at the

11:35   14   beginning of the survey and at the end of the survey, and if

11:35   15   those two zip codes didn't match, then people were removed

11:36   16   from the survey database.

11:36   17          We recorded the amount of time that it took every

11:36   18   consumer to take this survey, and if they moved through

11:36   19   suspiciously quickly or suspiciously slowly, we removed them

11:36   20   from the database.

11:36   21          And then at the end, consumers had to affirm.

11:36   22   They had to click on a statement indicating that they

11:36   23   completed the survey on their own and nobody else completed

11:36   24   it for them.

11:36   25          Finally, I had a check to make sure that the data

11:36  1  that they provided us, the answers they gave us on age and

11:36  2  gender, matched some preexisting information that we had on

11:36  3  file at the company where we -- at the database where we

11:36  4  located them from.

11:36  5          MR. WILSON:  Can we go to the next slide, please.

11:36  6  BY MR. WILSON:

11:36  7  Q    So we're going to discuss now for the jury the

11:36  8  likelihood of confusion survey results.

11:36  9          And can you remind me once again what's the

11:37  10 definition of "substantial confusion"?

11:37  11 A    It's in that range that I discussed, which is typically

11:37  12 in the range of 15 to 20 percent.

11:37  13 Q    And that range assumes that it was some sort of

11:37  14 unbiased survey?

11:37  15 A    Yes.

11:37  16 Q    A double-blind survey like your own?

11:37  17 A    Correct.

11:37  18 Q    Okay.  Not an Instagram post to someone's fans?

11:37  19 A    Correct.

11:37  20 Q    All right.  Thank you.

11:37  21         MR. WILSON:  Can we move on, please.

11:37  22 BY MR. WILSON:

11:37  23 Q    So can you take the jury through the responses from --

11:37  24 sorry.  Can you please take the jury through this slide and

11:37  25 what the survey responses were?

| 11:37 | 1 | A     Sure.  So people are answering the questions in the |
|---|---|---|
| 11:37 | 2 | survey in their own words.  They're filling in.  They're |
| 11:38 | 3 | typing an answer.  And when I get the answers back, what I |
| 11:38 | 4 | did was to group these answers into categories.  And these |
| 11:38 | 5 | are the categories of responses that people provided in the |
| 11:38 | 6 | survey in response to Question 1.  And that question you can |
| 11:38 | 7 | see on the screen is:  "Who do you believe makes or puts out |
| 11:38 | 8 | the doll you just viewed?" |
| 11:38 | 9 | And you can see that the greatest category of |
| 11:38 | 10 | responses to that question is L.O.L. Surprise! O.M.G. dolls. |
| 11:38 | 11 | These are people who are mentioning either the terms "L.O.L. |
| 11:38 | 12 | Surprise!" or "O.M.G."  They might have mentioned MGA.  They |
| 11:38 | 13 | might have mentioned other MGA doll lines, for example, like |
| 11:38 | 14 | Bratz or Rainbow High.  So you can see that's 38.1 percent |
| 11:38 | 15 | of people who are answering the survey are giving the |
| 11:38 | 16 | correct answer.  And this applied -- it was pretty similar |
| 11:38 | 17 | both for the dolls that were shown with packages and the |
| 11:39 | 18 | dolls that were shown without packages. |
| 11:39 | 19 | You can see that for responses referencing the OMG |
| 11:39 | 20 | Girlz -- and this includes anyone who mentioned the OMG |
| 11:39 | 21 | Girlz.  This includes anyone who mentioned any current or |
| 11:39 | 22 | former member of the OMG Girlz.  This includes anyone who |
| 11:39 | 23 | mentioned either of the Harrises -- that nobody mentioned |
| 11:39 | 24 | the OMG Girlz.  So it's 0.0 in that top line both for the |
| 11:39 | 25 | test and the control. |

11:39   1          And I just want to point out one more thing about

11:39   2   this slide, and that is if you look at the very top where it

11:39   3   says "Sample Size," you can see there's 966 test interviews

11:39   4   and 538 control interviews.  So there's 1,504 total

11:39   5   interviews that I conducted, and out of this 1,500

11:39   6   interviews, not a single person in response to the survey

11:39   7   mentioned the OMG Girlz or any member of the OMG Girlz.

11:40   8   Q    Dr. Isaacson, before we move on from these test

11:40   9   results, would it be possible that if you ran this survey

11:40   10   again you might get different results to some measure?

11:40   11   A    It's possible that the results might be slightly

11:40   12   different if I ran the survey again.

11:40   13   Q    And by slightly different, can you put a percentage of

11:40   14   what it might be the next time, or would that be asking you

11:40   15   to speculate?

11:40   16   A    The question that you're asking gets to something that

11:40   17   people who conduct surveys refer to as margin of error.  And

11:40   18   the margin of error for this survey is very, very small, and

11:40   19   the reason it's very small is because we have so many

11:40   20   interviews.  This is a very, very large set of interviews

11:40   21   for a survey like this, and that means that if I reran the

11:40   22   survey, I'd be likely to get results that are very similar

11:40   23   to what I got this time.

11:41   24   Q    Now, this survey -- you've done a lot of surveys.  Was

11:41   25   this a very large survey that you did?  Was this a complex

11:41    1    survey?

11:41    2    A    It was a complex survey because it involved a lot of

11:41    3    consumer interviews and a lot of dolls.  There were nine

11:41    4    items that I measured in the likelihood of confusion survey.

11:41    5    Q    And can you tell the jury why you didn't test all 70

11:41    6    dolls that at one time were accused in this matter?

11:41    7    A    Well, as it was, I tested nine items, and we had 1,500

11:41    8    interviews -- more than 1,500 interviews.  If I had tested

11:41    9    70 items, it would have been an astronomical number of

11:41    10   interviews, way too many interviews to be practical.

11:41    11   Q    And the dolls that you -- so you had to choose -- you

11:41    12   had to reduce the number of dolls that you measured?

11:41    13   A    Correct.

11:42    14   Q    And just to remind the jury again, in reducing the

11:42    15   number of dolls that you measured, what were your criteria?

11:42    16   A    I was focusing on -- out of the 70 that were disputed

11:42    17   at the time, I was focusing on those dolls that the OMG

11:42    18   Girlz or Ms. Harris had identified as being of greatest

11:42    19   concern.

11:42    20   Q    And you may know now that the OMG Girlz have reduced

11:42    21   their claim to seven to nine dolls.

11:42    22   A    Yes.

11:42    23   Q    But the reason -- to make sure I understand this, the

11:42    24   reason why we see results outside of those seven to nine but

11:42    25   still within the 32 is because those were dolls that were

11:42   1   relevant at the time of your survey?

11:42   2   A    That's part of the reason.  Those were dolls that were

11:42   3   relevant at the time of my survey.

11:43   4   Q    Any other reasons?

11:43   5   A    Well, my survey focused on the dolls that were of

11:43   6   greatest concern.  And so if now there are a different set

11:43   7   of dolls that the matter might be focused on, the question

11:43   8   is -- in my opinion, because I measured such a wide range of

11:43   9   dolls with such a large number of interviews, I don't see --

11:43   10  and because I focused on the dolls that were of greatest

11:43   11  concern, I don't see anything that says to see me that the

11:43   12  results for any other doll should be different than the

11:43   13  results that I have in this survey.

11:43   14          And it's also very common when I provide surveys

11:43   15  in a litigation matter, I don't measure everything that's in

11:43   16  dispute, but I measure a portion that's in dispute.

11:43   17  Q    All right.  Thank you very much.

11:43   18          MR. WILSON:  Can we go on to the next slide,

11:43   19  please.

11:43   20  BY MR. WILSON:

11:43   21  Q    Can you please explain to the jury what this slide

11:44   22  shows?

11:44   23  A    Sure.  So this is the -- this is actual responses.  So

11:44   24  I said earlier that the way that people answered the survey

11:44   25  was they typed in whatever they wanted to say in response to

11:44  1   the question.

11:44  2          And in the bubble on the left as we go through

11:44  3   these, you'll see the question, and in the bubble on the

11:44  4   right, you'll see the answer that the consumer provided.  So

11:44  5   in this case, the consumer was asked:  "Who do you believe

11:44  6   makes the doll you just viewed?"  And they answered:  "MGA."

11:44  7          In the next slide, you can see that they were

11:44  8   asked -- this same consumer who just answered "MGA" was

11:44  9   asked:  "Why do you think that?"  They answered:  "L.O.L.

11:44  10  dolls are one of my kid's favorite brands."

11:44  11         In the next slide -- again, these will all be the

11:44  12  same two questions:  "Who do you believe makes the doll you

11:44  13  just viewed?"  They answered:  "L.O.L. Surprise!"  And that

11:45  14  same consumer when asked:  "Why do you think that?"  they

11:45  15  answered:  "It says the L.O.L. brand in several places."

11:45  16         And this next consumer:  "Who do you believe makes

11:45  17  the doll you just viewed?"  They answered "L.O.L."  And when

11:45  18  asked why, they answered:  "Most prominent words."

11:45  19         This consumer was asked:  "Who do you believe

11:45  20  makes the doll you just viewed?"  They answered:  "L.O.L."

11:45  21  And when asked why, they answered:  "I can see the brand

11:45  22  clearly displayed."

11:45  23         This consumer was asked:  "Who do you believe

11:45  24  makes the doll you just viewed?"  And they answered:

11:45  25  "L.O.L. dolls made by MGA."  And when asked why, they

11:45  1    answered:  "I am aware of L.O.L. dolls from my nieces."

11:45  2              This consumer was asked:  "Who do you believe

11:45  3    makes the doll you just viewed?"  They answered:  "L.O.L.

11:45  4    Surprise!"  And when asked why, they answered:  "Says on the

11:46  5    box."

11:46  6              And in total, out of all of the consumers who were

11:46  7    shown this version of the Super Surprise box, 42.2 percent

11:46  8    of them identified it in some fashion as an MGA product.

11:46  9    Q    And before we leave the consumer responses, just to be

11:46  10   clear to the jury, this is a double-blind survey?

11:46  11   A    That's correct.

11:46  12   Q    And your earlier criticisms of the Instagram post, do

11:46  13   you know of any other expert that shares your point of view?

11:46  14   A    Yes.

11:46  15   Q    And who is that?

11:46  16   A    Dr. Susan McDonald I believe also views the Instagram

11:46  17   posts the same way I do.

11:46  18   Q    And do you recall that she offered testimony on behalf

11:46  19   of the Harrises and the OMG Girlz when they were the

11:46  20   defendants in this case?

11:46  21              MR. KEVILLE:  Your Honor, objection.  He has

11:46  22   offered no opinions on this, and this is not anything that's

11:46  23   been previewed -- this is not in his expert report, nor is

11:47  24   it anything that's been at issue.

11:47  25              MR. WILSON:  Your Honor, we discussed earlier that

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:47  1    they opened the door to questions about the conduct of

11:47  2    survey methodology, as well as the fact whether or not this

11:47  3    was a survey that was mentioned in Tameka Harris's

11:47  4    testimony.  She used the word "survey."  I think it's fair

11:47  5    game.

11:47  6              MR. KEVILLE:  I don't think that's where the

11:47  7    question went to, Your Honor.

11:48  8              THE COURT:  Overruled.

11:48  9    BY MR. WILSON:

11:48  10   Q    So you were mentioning Susan McDonald, then the survey

11:48  11   expert for the defendants, the Harrises and the OMG Girlz.

11:48  12   Do you recall exactly what she said?

11:48  13             MR. KEVILLE:  Your Honor, it's a different

11:48  14   objection.  We've talked about going into the methodology.

11:48  15   Now he's asking about something completely different.

11:48  16             MR. WILSON:  No, I'm not, Your Honor.  What I

11:48  17   would -- oh, I apologize.

11:48  18             THE COURT:  Overruled.

11:48  19   BY MR. WILSON:

11:48  20   Q    Do you remember off the top of your head about what

11:48  21   defendant expert Susan McDonald said in her deposition when

11:48  22   testifying on behalf of the OMG Girlz?

11:48  23   A    I remember that she said that the Instagram post was

11:49  24   not a survey, and she explained the reasons why she didn't

11:49  25   believe -- I'm using my words now -- that it was reliable,

137

11:49     1     but I don't remember what those reasons were.

11:49     2              MR. WILSON:  Your Honor, I would like to read to

11:49     3     Dr. Isaacson to refresh his recollection from the deposition

11:49     4     of defendants' expert, the OMG Girlz' expert, Susan

11:49     5     McDonald's testimony at page 158, line 14, to page 159,

11:49     6     line 7.

11:49     7              THE COURT:  You may show it to him.

11:49     8              MR. WILSON:  Your Honor, should I just read it

11:49     9     or --

11:49    10              THE COURT:  No.

11:49    11              MR. WILSON:  I'll show it to him.  All right.

11:49    12              THE COURT:  The issue at the moment is whether it

11:49    13     refreshes his recollection.

11:49    14              MR. WILSON:  May I approach?

11:50    15              THE COURT:  You may.

11:50    16              (Document handed to the witness)

11:50    17     BY MR. WILSON:

11:50    18     Q    Dr. Isaacson, does that refresh your recollection as to

11:50    19     what Dr. McDonald said on behalf of the then defendants, the

11:50    20     OMG Girlz?

11:50    21     A    Yes.

11:50    22              MR. WILSON:  Your Honor, may he read it into the

11:50    23     record?

11:50    24              THE COURT:  No.  He can state his refreshed

11:50    25     recollection, however.

11:50    1              MR. WILSON:  Okay.

11:50    2    BY MR. WILSON:

11:50    3    Q    Dr. Isaacson, can you state your refreshed recollection

11:50    4    as to what she said?

11:50    5    A    Sure.  So I said this before, but she said that it's

11:50    6    not a survey.  In her words, she wouldn't credit it as a

11:50    7    survey, and her concerns about it relate to, in her words,

11:50    8    the clarity of the sample, the likelihood of -- I'm sorry.

11:50    9    She said there's no clarity as to the sample, the likelihood

11:51   10    of participating, the probability of participating, or

11:51   11    anything else.  So her concerns were who is participating

11:51   12    and where the people are coming from who are participating.

11:51   13              MR. KEVILLE:  Your Honor, I object and move that

11:51   14    that be stricken.  It didn't refresh his recollection.  He

11:51   15    just read the testimony.

11:51   16              THE COURT:  Overruled.

11:51   17              MR. WILSON:  Thank you.  Thank you for that.

11:51   18              Moving on, can we go to the next part of the slide

11:51   19    here.

11:51   20    BY MR. WILSON:

11:51   21    Q    What else did your results show?

11:51   22    A    Well, no consumers identified the OMG Girlz who were

11:51   23    shown the Super Surprise box.

11:52   24              MR. WILSON:  All right.  Can we go to the next

11:52   25    slide, please.

11:52  1  BY MR. WILSON:

11:52  2  Q    Can you walk the jury through what is shown on this

11:52  3  slide?

11:52  4  A    These are going to be responses among consumers who

11:52  5  participated in the survey and were shown the Chillax doll.

11:52  6  Q    Thank you.  So can we go through the responses, and can

11:52  7  you narrate what the responses were, please?

11:52  8  A    Sure.  So this is the question:  "Who do you believe

11:52  9  makes the doll you just viewed?"  This consumer's response

11:52  10  is:  "L.O.L."  "Why do you think that?"  "I bought one for

11:52  11  my niece."

11:52  12        The next consumer:  "Who do you believe makes the

11:52  13  doll you just viewed?"  "Makers of L.O.L." is the response.

11:52  14  Why?  "She looks like an L.O.L. doll" is the response.

11:52  15        "Who do you believe makes the doll you just

11:52  16  viewed?"  "L.O.L."  In response to why:  "I have purchased

11:53  17  dolls and products before.  This doll has the specific

11:53  18  features and style that this brand is known for."

11:53  19        "Who do you believe makes the doll you just

11:53  20  viewed?" "MGA makes this doll, which is part of its

11:53  21  O.M.G./L.O.L. line."  And when this consumer was asked why,

11:53  22  they answered:  "My daughter collects O.M.G. dolls, and

11:53  23  while I haven't seen this character before, I can tell by

11:53  24  its face, hair, and fashion that it is an O.M.G. doll."

11:53  25        "Who do you believe makes the doll you just

11:53   1   viewed?"  This consumer answered:  "Bratz."  And when

11:53   2   asked --

11:53   3   Q    Can I stop you right there?  Do you have a knowledge as

11:53   4   to who makes Bratz?

11:53   5   A    I do.  My understanding is that Bratz are made by MGA.

11:53   6   Q    Thank you.  You can continue.

11:53   7   A    And when this consumer was asked why, they answered:

11:53   8   "The eye shape and figure shape."

11:53   9        The next consumer was asked:  "Who do you believe

11:54  10   makes the doll you just viewed?"  They answered:  "L.O.L."

11:54  11   And when asked why, they answered:  "Looks like characters

11:54  12   in their puzzles and toys."

11:54  13        And in total, out of the consumers who were shown

11:54  14   the Chillax doll, 43.5 percent identified it as an MGA

11:54  15   product, and no consumers, 0.0 percent, identified the OMG

11:54  16   Girlz.

11:54  17        MR. WILSON:  All right.  Can we move on to the

11:54  18   next slide, please.

11:54  19   BY MR. WILSON:

11:54  20   Q    And can you tell the jury what's shown on this slide?

11:54  21   A    This is -- these are going to be responses to people

11:54  22   who took the survey who were shown the doll Bhad Gurl in the

11:54  23   survey.

11:54  24   Q    And can you narrate the responses that you obtained for

11:55  25   Bhad Gurl?

11:55   1   A     Sure.  So the first consumer was asked:  "Who do you

11:55   2   believe makes the doll you just viewed?"  Their answer was:

11:55   3   "L.O.L."  And when asked why, they answered:  "The vibrant

11:55   4   colors."

11:55   5          The next consumer was asked:  "Who do you believe

11:55   6   makes the doll you just viewed?"  Their answer was:  "L.O.L.

11:55   7   doll."  And when asked why, they answered:  "I have

11:55   8   granddaughters."

11:55   9          The next consumer was asked:  "Who do you believe

11:55  10   makes the doll you just viewed?"  They answered:  "Bratz."

11:55  11   And when asked why, they answered:  "The wilder style

11:55  12   outfit, such as the goth short skirt and the bright hair and

11:55  13   shades."

11:55  14          The next consumer was asked:  "Who do you believe

11:55  15   makes the doll you just viewed?"  They answered:  "L.O.L.

11:55  16   Surprise!"  And when asked why, they answered:  "It's

11:55  17   unique."

11:55  18          The next consumer was asked:  "Who do you believe

11:55  19   makes the doll you just viewed?"  They answered:  "Bahd

11:55  20   Girl," B-a-h-d girl.  And when asked why, they answered:  "I

11:56  21   see that name in the glasses she is wearing."

11:56  22          The next consumer was asked:  "Who do you believe

11:56  23   makes the doll you just viewed?"  They answered:  "L.O.L.

11:56  24   Surprise! doll."  And when asked why, they answered:  "They

11:56  25   have the same style and colors, also the same shapes of the

| | |
|---|---|
| 11:56 | 1 |
| 11:56 | 2 |
| 11:56 | 3 |
| 11:56 | 4 |
| 11:56 | 5 |
| 11:56 | 6 |
| 11:56 | 7 |
| 11:56 | 8 |
| 11:56 | 9 |
| 11:56 | 10 |
| 11:57 | 11 |
| 11:57 | 12 |
| 11:57 | 13 |
| 11:57 | 14 |
| 11:57 | 15 |
| 11:57 | 16 |
| 11:57 | 17 |
| 11:57 | 18 |
| 11:57 | 19 |
| 11:57 | 20 |
| 11:57 | 21 |
| 11:57 | 22 |
| 11:57 | 23 |
| 11:57 | 24 |
| 11:57 | 25 |

1  dolls they sell."

2          The next consumer was asked:  "Who do you believe

3  makes the doll you just viewed?"  They answered:  "Bratz?"

4  with a question mark.  And when asked why, they answered:

5  "It seems to have that punk edge that Bratz dolls do."

6          And in total, out of the respondents, the

7  consumers in the survey who were shown the Bhad Gurl doll,

8  33 percent identified it is an MGA product, and none of

9  them, 0.0 percent, identified the OMG Girlz.

10          MR. WILSON:  Can we move on to the next slide,

11  please.

12  BY MR. WILSON:

13  Q    Can you explain to the jury what this shows?

14  A    This is going to be responses among consumers who were

15  shown Metal Chick in the survey.

16  Q    All right.  And can you narrate for the jury the

17  responses that you got for Metal Chick from your

18  double-blind scientific survey?

19  A    Sure.  So the question is:  "Who do you believe makes

20  the doll you just viewed?"  The response from this consumer

21  is:  "L.O.L."  "Why do you think that?"  The response is:

22  "Because I've bought these before for my granddaughters."

23          "Who do you believe makes the doll that you just

24  viewed?"  This consumer answers:  "L.O.L. doll."  And when

25  asked why, they answer:  "The head shape."

11:57    1        "Who do you believe makes the doll you just

11:57    2    viewed?"  The answer is:  "Bratz."  And when asked why, they

11:57    3    answer:  "It looks very similar to Bratz dolls, eyes, hair

11:57    4    and wardrobe."

11:57    5        This consumer was asked the who question, and they

11:58    6    answered:  "This doll looks like it may be made or produced

11:58    7    by Surprise! L.O.L. dolls."  And when asked why, the

11:58    8    consumer answered:  "The bright hair, eyes, and style,

11:58    9    glittery rocker outfit and guitar, and bright, fashionable,

11:58   10    hot pink and silver glitter style."

11:58   11        This consumer was asked the who question, and they

11:58   12    answered:  "LOLz dolls."  And when asked why, they answered:

11:58   13    "It looks like the dolls I have seen by them."

11:58   14        This consumer was asked:  "Who do you believe

11:58   15    makes the doll you just viewed?"  They answered:  "L.O.L.

11:58   16    dolls."  And when asked why, they answered:  "The face is

11:58   17    very similar to L.O.L. dolls.  They also came out with rock

11:58   18    star themed ones.  The color and outfit look like this

11:58   19    brand."

11:58   20        This consumer was asked:  "Who do you believe

11:58   21    makes the doll you just viewed?"  They answered:  "L.O.L.

11:58   22    dollz" with a "z".  And when asked why, they answered:

11:59   23    "Similar to their style."

11:59   24        And in total, 30.9 percent of consumers who were

11:59   25    shown Metal Chick identified an MGA product, and no

144

11:59  1   consumers who were shown Metal Chick identified the OMG

11:59  2   Girlz.

11:59  3   Q    Thank you very much, Dr. Isaacson.

11:59  4         MR. WILSON:  Can we move on to the next slide,

11:59  5   please.

11:59  6         THE WITNESS:  So these are the responses among

11:59  7   those who were shown the Shadow doll.

11:59  8   BY MR. WILSON:

11:59  9   Q    And just to remind the jury, at the time that you did

11:59  10  this survey, the Shadow doll was identified by the Harrises

11:59  11  and the OMG Girlz as one of the most blatant examples of

11:59  12  infringement of their trade dress?

11:59  13  A    Yes.  Shadow had been identified in both the

11:59  14  counterclaims and Ms. Harris's deposition as one of the

11:59  15  dolls of concern to them.

12:00  16  Q    Can you please take the jury through the consumer

12:00  17  responses to Shadow?

12:00  18  A    Sure.  So the question here is:  "Who do you believe

12:00  19  makes the doll you just viewed?"  The answer is:  "L.O.L."

12:00  20  And when asked why, the consumer said:  "Seen similar."

12:00  21        "Who do you believe makes the doll you just

12:00  22  viewed?"  The answer is:  "L.O.L. Surprise!"  And when asked

12:00  23  why, the consumer answered:  "The look of the doll."

12:00  24        "Who do you believe makes the doll you just

12:00  25  viewed?"  This consumer answered:  "It looks like a Bratz

145

| | | |
|---|---|---|
| 12:00 | 1 | doll."  And when asked why, they answered:  "The eyes are |
| 12:00 | 2 | exactly the same, the same look." |
| 12:00 | 3 | "Who do you believe makes the doll you just |
| 12:00 | 4 | viewed?"  They answered:  "L.O.L."  And when asked why, they |
| 12:00 | 5 | answered:  "Big head." |
| 12:00 | 6 | "Who do you believe makes the doll you just |
| 12:00 | 7 | viewed?"  "L.O.L.  We love it" was the answer.  And when |
| 12:00 | 8 | asked why, they answered:  "Good for girls." |
| 12:01 | 9 | "Who do you believe makes the doll you just |
| 12:01 | 10 | viewed?"  "Bratz" was their answer.  And when asked why, |
| 12:01 | 11 | they said:  "It has the big eyes and big hair I would |
| 12:01 | 12 | associate with the brand."  And I mentioned earlier that |
| 12:01 | 13 | Bratz is an MGA brand. |
| 12:01 | 14 | In total, out of those who saw Shadow, |
| 12:01 | 15 | 35.2 percent identified it as an MGA product, and nobody |
| 12:01 | 16 | identified it as associated with the OMG Girlz. |
| 12:01 | 17 | Q    Dr. Isaacson, just making sure I understand and the |
| 12:01 | 18 | jury understands, you're referring to the big saucer eyes on |
| 12:01 | 19 | the doll? |
| 12:01 | 20 | A    I've seen big saucer eyes on the doll. |
| 12:01 | 21 | Q    Yeah, thank you very much. |
| 12:01 | 22 | MR. WILSON:  Can we go on to the next slide. |
| 12:01 | 23 | BY MR. WILSON: |
| 12:01 | 24 | Q    Can you narrate for the jury as to what we're going |
| 12:01 | 25 | through on this slide? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

146

12:01  1              THE COURT:  Before we do that, why don't we take

12:01  2     the lunch break.

12:02  3              We'll be in recess until 1:30.  Ladies and

12:02  4     gentlemen, please remember the admonition not to discuss the

12:02  5     case with anyone.  You're not to form any opinions on the

12:02  6     issues in the case until it's submitted to you.  So we'll

12:02  7     see you at 1:30, please.

12:02  8              (Jury not present)

12:02  9              THE COURT:  Anything to take up at this time?

12:02  10             MR. KEVILLE:  I don't think so, Your Honor.

12:02  11             MR. WILSON:  No, Your Honor.

12:02  12             THE COURT:  Okay, we'll be in recess.

12:02  13             MR. WILSON:  Thank you.

12:02  14             (Recess)

12:02  15             (Debbie Hino-Spaan reported Vol. II)

12:02  16                        *    *    *

12:02  17

12:02  18

12:02  19

12:02  20

12:02  21

12:02  22

12:02  23

12:02  24

12:02  25

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  September 18, 2024

/s/   Sharon A. Seffens  9/18/24
_____
SHARON A. SEFFENS, U.S. COURT REPORTER

**MR. FINKELSTEIN: [52]** 4/10 5/16 6/14 6/23 7/5 7/8 7/16 8/16 8/25 9/8 10/11 11/5 11/14 11/16 11/20 11/24 12/13 13/2 13/5 13/11 13/17 15/20 16/1 16/6 16/24 17/16 18/3 18/11 18/13 18/18 20/21 21/6 22/24 23/21 24/8 86/12 86/15 86/19 87/11 87/24 88/1 88/20 89/5 89/12 89/15 90/16 91/18 92/11 93/17 93/23 94/1 94/4
**MR. GREEN: [27]** 7/21 9/17 9/21 10/4 10/21 10/24 11/4 11/8 11/12 11/15 11/19 12/5 13/13 14/1 14/19 16/5 16/25 19/22 20/2 21/2 21/23 22/8 22/19 23/15 25/1 26/3 26/14
**MR. KEVILLE: [69]** 4/12 5/1 5/5 5/18 6/10 6/12 7/13 14/24 15/14 15/16 24/11 27/16 28/17 31/6 31/16 32/11 33/2 33/8 34/15 35/15 36/25 38/3 39/6 40/15 48/19 52/1 52/8 52/17 55/25 56/13 58/3 59/4 59/23 61/13 61/23 63/2 63/10 65/10 67/13 68/22 71/6 74/5 74/21 76/2 77/4 77/6 77/9 79/13 80/1 87/15 88/10 89/9 90/7 90/10 90/13 90/15 91/6 92/19 92/24 93/4 93/15 94/15 94/24 95/2 135/21 136/6 136/13 138/13 146/10
**MR. LOH: [14]** 4/8 14/6 14/9 14/15 15/2 15/6 25/9 25/18 25/21 25/25 26/6 26/24 27/4 94/22
**MR. WILSON: [110]** 29/16 31/18 33/5 35/13 36/14 36/24 38/1 38/5 38/16 39/20 40/13 41/20 42/11 43/9 44/7 44/12 49/9 51/25 52/12 53/10 54/8 56/5 57/19 58/20 59/7 60/8 60/21 61/15 66/2 66/19 67/7 67/12 68/23 72/25 73/19 74/13 74/19 75/2 76/3 77/7 77/13 78/25 79/10 79/14 79/24 80/15 81/9 82/4 82/24 83/23 84/4 84/9 85/3 85/9 85/14 85/19 86/3 86/8 86/11 94/17 94/19 95/9 98/6 98/17 99/18 102/14 102/25 104/1 104/21 105/7 105/15 106/25 107/7 107/18 108/6 108/22 111/2 111/22 113/20 115/15 118/4 119/2 119/22 120/9 121/5 121/18 124/19 125/7 126/18 127/10 127/17 129/5 129/21 133/18 135/25 136/16 137/2 137/8 137/11 137/14 137/22 138/1 138/17 138/24 140/17 142/10 144/4 145/22 146/11 146/13
**MS. WESTMORELAND: [13]** 80/15 80/20 81/13 82/12 82/17 82/20 82/25 83/10 83/15 84/1 84/19 85/21 86/10
**THE CLERK: [2]** 4/4 95/12
**THE COURT: [154]**
**THE WITNESS: [24]** 29/19 37/3 40/17 42/14 43/12 49/1 52/3 52/15 54/11 56/8 57/22 58/22 60/10 60/23 66/21 67/15 73/4 74/21 79/2 79/12 95/14 121/6 125/9 144/6

**'**

**'19 [2]** 60/1 66/10

**/**

**/s [1]** 147/16

**0**

**0.0 [2]** 130/24 142/9
**0.0 percent [1]** 140/15
**0052 [1]** 2/8

**1**

**1,500 [6]** 84/24 85/7 124/16 131/5 132/7 132/8
**1,504 [1]** 131/4
**1,900 [1]** 84/22
**1-10 [1]** 1/15
**1-1053 [1]** 1/23
**10 [2]** 1/11 1/15
**100 [1]** 85/8
**1053 [1]** 1/23
**108 [1]** 61/1
**11 [1]** 58/4
**1118 [1]** 62/5
**1119 [1]** 66/24
**115 [1]** 93/9
**12 [2]** 84/14 110/19

**13 [1]** 39/7
**14 [1]** 66/4 139/12
**15 [2]** 138/24 139/12
**15 percent [1]** 96/20
**158 [1]** 137/5
**159 [1]** 137/5
**16 [1]** 31/7
**17 [2]** 19/1 39/7
**18 [8]** 1/21 4/1 31/7 32/24 81/23 109/22 110/6 147/14
**18-plus [1]** 110/15
**1830 [5]** 3/16 59/3 59/6 59/8 59/9
**19 [1]** 31/17
**1905 [5]** 32/5 32/16 44/16 48/18 59/23
**1920 [1]** 2/7
**198 [2]** 84/20 85/2
**1:30 [2]** 146/3 146/7

**2**

**2.8 [1]** 105/1
**20 [3]** 19/1 83/16 92/5
**20 percent [3]** 96/19 117/2 129/12
**2019 [2]** 59/21 66/13
**2020 [1]** 26/12
**2022 [1]** 124/6
**2024 [3]** 1/21 4/1 147/14
**21 [1]** 31/17
**213 [1]** 2/5
**22 [3]** 48/19 83/3 83/4
**23 [1]** 58/4
**24 [1]** 54/16 147/16
**25 [6]** 8/7 9/11 12/11 37/25 38/10 38/15
**250 [1]** 97/21
**27 [1]** 3/16
**2750 [1]** 2/13
**28 [5]** 3/12 89/24 91/2 91/20 147/8

**3**

**3.8 [1]** 105/3
**30 [18]** 26/12 39/7 89/18 89/19 90/4 90/11 90/19 91/9 91/11 91/13 91/15 92/6 92/8 92/21 92/23 93/3 93/8 93/21
**30.9 [1]** 143/24
**32 [16]** 7/1 7/12 8/23 9/3 9/10 10/20 12/4 12/8 13/8 13/10 27/15 28/14 33/6 33/7 35/14 132/25
**322-B [1]** 52/6
**33 percent [1]** 142/8
**332-B [1]** 53/7
**3404 [1]** 64/20
**3405 [6]** 3/17 61/7 61/9 61/14 61/16 61/17
**35.2 percent [1]** 145/15
**360 [2]** 61/19 61/23
**37 [1]** 31/7
**38.1 [1]** 130/14
**3850 [1]** 2/4

**4**

**403 [16]** 24/1 24/23 26/5 36/14 36/24 38/1 38/5 38/16 44/7 44/12 54/9 58/20 66/2 67/7 67/12 79/10
**404 [1]** 65/19
**41 [4]** 8/20 9/13 10/6 10/7
**411 [1]** 1/23
**42.2 percent [1]** 135/7
**43.5 percent [1]** 140/14
**431-7100 [1]** 2/14
**452 [1]** 63/10
**4887 [6]** 3/17 68/14 68/18 68/22 68/24 68/25
**4891 [1]** 69/5
**49 [1]** 85/24
**4936 [3]** 62/15 70/10 75/20
**4th [1]** 1/23

**5**

**50 [7]** 11/6 11/8 11/9 11/12 11/16 11/19 87/2
**50 million [1]** 45/7
**5185 [8]** 3/9 75/11 77/1 77/4 77/6 77/11 77/14 77/15

**5186 [9]** 3/9 75/6 75/9 75/11 75/17 75/25 76/2 76/4 76/5
**538 [1]** 131/4
**5507 [4]** 3/16 25/14 26/24 27/2
**56 [1]** 39/7
**575 [3]** 25/15 25/18 26/23
**59 [1]** 3/16

**6**

**60 million [1]** 112/3
**6054 [1]** 75/15
**61 [1]** 3/17
**612 [1]** 1/24
**62 percent [2]** 111/19 111/19
**63 [1]** 56/1
**64 [1]** 31/17
**679-0052 [1]** 2/8
**68 [2]** 3/17 56/14
**69 [1]** 56/14

**7**

**70 [4]** 103/6 132/5 132/9 132/16
**700 [1]** 2/13
**707 [1]** 2/4
**7100 [1]** 2/14
**713 [1]** 2/14
**75 [1]** 97/23
**750 [1]** 2/7
**753 [1]** 147/7
**754 [1]** 84/3
**76 [1]** 3/9
**77 [1]** 3/9
**77002 [1]** 2/13
**79 [1]** 3/12

**8**

**804-8655 [1]** 1/24
**85 [1]** 81/22
**8655 [1]** 1/24
**8:33 [1]** 4/1

**9**

**9/18/24 [1]** 147/16
**90017 [1]** 2/5
**9240 [1]** 2/5
**92614 [1]** 2/8
**92701 [1]** 1/24
**949 [1]** 2/8
**95 [1]** 3/13
**955-9240 [1]** 2/5
**966 [1]** 131/3
**974 [1]** 4/15

**A**

**A.M [1]** 4/2
**abandon [2]** 7/24 11/3
**abandoned [5]** 8/22 8/25 9/1 9/22 10/19
**abandoning [2]** 9/11 87/1
**able [5]** 23/6 54/12 106/15 112/10 124/13
**about [131]** 6/24 9/14 10/2 10/12 10/13 11/7 12/11 12/15 13/4 13/10 13/19 15/21 16/14 21/23 21/23 23/13 26/17 26/15 28/25 29/8 29/12 29/14 29/21 30/7 30/12 30/18 30/19 30/21 32/7 33/9 33/9 33/10 35/9 36/17 37/9 38/4 38/12 38/19 38/20 39/17 39/24 40/11 46/1 46/10 46/11 47/1 47/4 47/13 47/15 48/2 48/8 48/11 48/12 48/17 50/14 51/3 54/19 57/16 59/3 59/5 60/19 60/25 65/11 65/15 65/19 66/5 66/16 68/1 69/19 69/23 69/24 70/5 70/22 72/19 73/2 73/25 73/25 74/1 74/25 79/3 81/1 81/6 81/7 82/15 83/7 84/24 85/25 86/4 86/16 86/20 86/22 87/1 87/17 87/21 88/12 88/22 89/21 90/2 90/7 91/3 91/7 94/20 95/21 97/5 97/14 98/8 99/20 100/16 100/17 100/20 100/21 100/22 101/7 101/8 102/20 103/5 112/2 114/10 116/21 118/22 119/12 120/24 126/4 126/21 131/1 136/1 136/14 136/15 136/20 138/7
**above [3]** 87/15 96/24 147/10

**A**

**above-entitled [1]** 147/10
**absolutely [6]** 19/3 20/2 47/24 88/17 112/22 114/7
**accept [2]** 22/4 23/24
**acceptable [1]** 5/16
**accessories [2]** 76/23 78/6
**according [1]** 43/2
**accurate [10]** 6/17 14/23 18/3 22/14 55/8 88/17 89/3 89/18 90/5 93/1
**accusations [1]** 4/17
**accused [1]** 132/6
**achieved [1]** 119/10
**acknowledge [1]** 90/16
**acronym [3]** 101/15 101/20 126/6
**across [3]** 84/20 106/24 110/3
**action [2]** 8/5 10/7
**actual [2]** 103/15 133/23
**actually [17]** 7/16 8/19 10/12 10/14 22/19 22/22 25/10 25/14 44/21 46/23 83/2 106/20 112/17 121/25 122/2 125/10 128/4
**ad [4]** 48/20 49/20 50/2 51/17
**add [1]** 69/14
**adding [1]** 69/19
**addition [1]** 7/1 91/6 127/20
**address [5]** 6/1 19/22 82/23 83/1 83/14
**addressed [1]** 25/19
**addressing [1]** 30/17
**Administration [2]** 98/14 98/16
**admitted [1]** 39/4
**admonition [2]** 80/10 146/4
**ads [4]** 48/18 49/2 50/4 98/2
**adult [4]** 110/9 110/10 110/12 110/13
**advance [1]** 98/6
**advanced [1]** 12/4
**advancing [5]** 12/23 13/24 14/3 27/13 28/12
**advantage [2]** 106/5 106/11
**advertising [2]** 45/4 98/2
**advice [1]** 87/8
**advise [2]** 27/5 27/7
**affect [1]** 7/25
**affirm [1]** 128/21
**afraid [1]** 82/5
**African [1]** 84/6
**African-Americans [1]** 84/6
**after [13]** 17/7 26/10 29/9 66/16 74/23 78/21 78/22 79/6 79/8 86/13 87/19 89/12 94/8
**afternoon [1]** 28/6
**again [24]** 17/3 17/7 23/14 33/22 40/4 43/5 59/22 82/19 84/25 85/3 86/24 90/17 91/1 91/19 92/15 92/16 103/10 105/4 116/21 129/9 131/10 131/12 132/14 134/11
**against [3]** 12/4 18/20 30/14
**age [5]** 46/9 67/10 67/19 110/5 129/1
**agencies [1]** 97/15
**ages [2]** 109/24 110/7
**ago [6]** 31/4 42/2 42/16 43/16 103/4 115/23
**agree [9]** 6/15 20/21 31/9 39/10 55/24 56/3 56/10 76/7 76/17
**agreed [1]** 13/8
**Agreement [3]** 43/17 44/1 44/6
**al [2]** 1/11 4/5
**all [87]** 6/13 7/1 7/1 7/20 9/3 9/10 9/12 9/18 13/9 19/1 19/2 25/2 26/12 27/15 28/14 30/11 33/9 33/10 33/17 35/4 39/19 43/1 43/14 43/25 45/12 45/23 46/15 46/24 47/1 47/5 48/5 51/9 57/14 57/16 60/16 65/3 65/7 65/22 72/3 72/15 72/15 78/4 78/9 78/20 82/7 82/14 83/20 84/20 85/2 85/19 85/19 87/19 89/22 99/1 102/13 103/22 105/1 105/3 106/23 108/20 111/1 111/11 111/14 112/11 113/1 113/19 117/11 118/3 119/1 119/18 120/25 122/25 123/1 124/18 126/17 129/12 129/20 132/5 133/17 134/11 135/6 137/11 138/24 140/17 142/16
**allegations [4]** 19/12 101/8 101/10 125/22
**allege [1]** 102/23
**alleged [2]** 21/18 23/10
**Allen [11]** 31/6 31/16 33/2 39/6 52/6 55/25 58/3 59/23 63/2 63/10 75/4
**allow [2]** 107/10 144/3
**allowed [2]** 69/20 146/2
**almost [1]** 84/20
**along [6]** 18/9 38/10 68/5 68/10 69/9 88/6
**already [8]** 19/19 19/20 23/12 25/11 58/22 60/23 111/7 127/15
**also [33]** 4/18 11/5 22/16 27/7 43/5 48/9 57/1 66/10 89/23 90/5 94/9 96/3 97/18 98/16 100/18 100/22 101/15 106/9 114/18 115/9 118/2 119/7 119/16 121/6 121/25 122/4 123/8 123/12 126/11 133/14 135/16 141/25 143/17
**although [1]** 109/7
**always [3]** 53/8 55/7 64/15
**am [12]** 6/6 14/13 16/3 22/4 32/23 69/24 70/5 89/5 96/11 118/22 126/2 135/1
**Amazon [1]** 114/25
**amend [8]** 9/24 9/25 10/2 10/3 10/5 10/6 10/16 88/14
**amended [2]** 7/17 7/19
**amending [2]** 12/18 86/20
**Americans [1]** 84/6
**Ami [5]** 60/3 60/5 60/12 60/16 61/4
**among [6]** 71/6 122/18 139/4 142/14 144/6
**amount [3]** 96/20 112/7 128/17
**Ana [3]** 1/20 1/24 4/1
**analogy [1]** 21/8
**analyzed [1]** 100/5
**Angeles [1]** 2/5
**another [11]** 18/14 20/4 25/9 25/12 29/8 53/7 72/2 104/13 105/13 119/11 119/14
**answer [25]** 38/22 52/20 52/21 77/7 81/16 81/22 82/21 116/20 121/13 128/2 128/7 128/8 128/11 130/3 130/16 134/4 141/2 141/6 142/25 143/2 143/3 143/19 144/22 145/7 145/10
**answered [49]** 58/8 58/22 111/25 120/23 133/24 134/6 134/8 134/9 134/13 134/15 134/17 134/18 134/20 134/21 134/24 135/1 135/3 135/4 139/22 140/1 140/7 140/10 140/11 141/3 141/7 141/10 141/11 141/15 141/16 141/19 141/20 141/21 141/24 142/3 142/4 143/6 143/8 143/12 143/12 143/15 143/16 143/21 143/22 144/25 145/1 145/4 145/5 145/8
**answering [4]** 110/18 113/3 130/1 130/15
**answers [6]** 118/14 128/4 129/1 130/3 130/4 142/24
**anticipating [1]** 20/25
**any [52]** 5/19 8/22 13/23 25/7 30/14 31/22 31/23 40/10 44/2 46/25 50/3 51/10 51/18 57/25 58/7 63/8 64/19 65/15 67/15 67/22 68/4 78/20 80/11 83/6 85/25 86/3 87/20 88/18 90/18 91/4 93/21 94/13 96/5 106/3 106/4 106/6 110/22 115/11 116/4 116/5 117/15 120/20 122/13 127/22 127/25 130/21 131/7 133/4 133/12 133/15 146/5
**anymore [3]** 25/5 48/6 123/21
**anyone [10]** 29/24 37/8 58/17 80/11 104/7 115/11 130/20 130/21 130/22 146/5
**anything [24]** 8/19 10/12 14/14 16/1 16/11 17/4 17/20 21/2 40/7 55/23 70/2 72/1 75/12 78/16 82/14 91/16 91/17 93/16 104/10 133/11 135/22 135/24 138/14 146/9
**anywhere [2]** 19/24 92/16
**apart [2]** 51/21 54/6
**Apologies [1]** 80/15
**apologize [3]** 25/12 25/21 136/17
**appear [4]** 81/15 92/23 114/19 121/24
**appearances [2]** 2/1 4/6
**appeared [1]** 81/16
**appears [2]** 80/25 85/2
**applicable [1]** 24/25
**application [2]** 25/3 63/16
**applications [2]** 26/16
**applied [1]** 130/16
**appreciate [1]** 80/6
**approach [4]** 28/17 75/21 106/11 137/14
**appropriate [6]** 21/22 67/10 67/16 67/19

**approval [7]** 99/8 116/8 121/8 121/9 121/12 121/15
**approximately [3]** 29/10 111/18 116/25
**April [1]** 124/6
**are [224]**
**areas [1]** 110/2
**aren't [2]** 33/19 54/5
**argue [2]** 23/4
**argument [3]** 22/1 23/16 94/5
**arguments [2]** 26/15 28/3
**arm [7]** 69/15 69/25 70/6 71/7 71/10 71/17 71/24
**arms [3]** 69/21 69/24 71/20
**around [2]** 8/16 8/17 117/2
**articles [2]** 60/25 61/2
**as [119]** 6/23 6/24 6/25 6/25 7/11 7/16 7/20 8/21 9/12 10/17 10/20 15/5 15/18 15/24 16/20 16/22 17/21 22/3 24/7 24/16 25/3 26/25 27/7 45/25 50/11 51/8 53/24 54/2 55/2 55/10 55/10 55/12 56/3 56/20 56/22 57/14 59/17 60/5 60/19 62/25 64/14 65/7 72/15 75/25 79/2 80/6 81/25 82/5 82/6 83/1 90/1 90/4 90/20 90/23 91/4 91/20 92/3 92/8 92/25 93/2 95/10 97/15 97/15 98/10 99/5 101/12 102/7 102/10 103/8 103/16 103/23 103/24 104/8 104/15 105/4 105/5 105/14 106/7 106/14 106/15 106/19 106/20 108/17 110/5 110/23 111/17 112/2 112/7 121/1 121/7 121/8 121/24 122/16 128/1 131/17 132/7 132/18 134/2 135/8 136/2 136/2 137/18 138/4 138/6 138/9 140/3 140/14 141/12 144/11 144/14 145/16 145/24
**aside [1]** 45/15
**ask [13]** 8/1 8/3 8/7 9/21 15/20 23/1 30/18 37/18 48/2 100/23 116/3 116/4 120/14
**asked [65]** 15/3 22/3 22/16 25/11 26/19 28/24 31/9 31/15 31/20 49/1 58/12 78/11 104/6 109/23 110/1 118/11 120/24 121/11 128/12 134/5 134/8 134/9 134/14 134/18 134/19 134/21 134/23 134/25 135/2 135/4 139/21 140/2 140/7 140/9 140/11 141/1 141/3 141/5 141/7 141/9 141/11 141/14 141/16 141/18 141/20 141/22 141/24 142/2 142/4 142/6 143/2 143/5 143/7 143/11 143/12 143/14 143/16 143/20 143/22 144/20 144/22 145/1 145/4 145/8 145/10
**asking [6]** 8/3 8/12 9/8 11/5 14/9 19/6 25/14 40/15 64/25 65/1 68/6 70/5 116/10 131/14 131/16 136/15
**asks [3]** 9/6 29/16 121/10
**aspirational [1]** 46/7
**asserted [1]** 119/7
**assignment [1]** 95/20
**associate [2]** 55/21 145/12
**associated [4]** 99/8 99/10 115/11 145/16
**assume [3]** 24/24 27/18 124/10
**assumes [1]** 84/10 117/11 117/18 117/21 129/13
**astronomical [1]** 132/9
**Atlanta [1]** 66/17
**attention [1]** 81/21
**attract [1]** 115/7
**Audrey [5]** 32/25 33/3 33/14 33/18 33/21
**authorization [1]** 99/16
**available [1]** 83/11
**average [1]** 23/2
**aware [9]** 49/18 49/21 49/22 49/25 61/2 73/15 114/12 120/20 135/1
**away [3]** 14/16 45/23 46/17
**awhile [1]** 8/17

**B**

**B-a-h-d [1]** 141/20
**B.B [1]** 107/13
**Babe [3]** 66/6 66/10 70/11
**Babe's [1]** 66/8
**Bachelor [1]** 98/11
**back [29]** 5/19 17/12 19/15 24/13 24/13 25/17

**B**

back... [23] 26/1 26/2 33/23 35/12 36/3 44/15
48/13 48/17 54/25 55/25 62/15 75/17 77/7
88/1 88/4 93/13 95/5 103/10 106/7 108/6
117/5 119/6 126/23 130/3
**background [2]** 97/5 98/9
**backtrack [1]** 9/15
**bad [3]** 34/9 34/11 64/3
**Baddie [3]** 60/6 60/20 61/1
**Bahd [1]** 141/19
**Bahja [1]** 131/12
**bald [1]** 64/18
**ball [1]** 78/7
**band [1]** 105/12
**bangs [1]** 5/24
**banner [3]** 84/21 85/2 85/10
**base [1]** 119/12
**based [10]** 8/6 15/8 19/19 23/9 51/16 51/23
53/8 53/18 53/22 94/10
**basis [6]** 16/18 20/17 41/9 66/12 92/6 93/14
**be [124]** 4/18 5/9 5/20 5/21 5/22 13/16 14/16
15/13 15/14 15/23 16/2 16/7 16/7 16/9 16/10
16/16 17/2 17/12 22/11 22/14 23/5 23/6 23/25
24/5 25/3 27/18 28/4 28/5 28/6 31/22 33/13
33/20 36/21 37/5 40/8 40/11 50/20 50/21
50/21 51/6 51/6 51/7 52/16 52/19 54/12 54/17
56/4 56/22 57/18 58/6 59/8 61/16 62/16 63/14
65/11 67/16 68/24 70/12 75/11 75/17 76/4
77/14 80/7 80/24 82/5 83/3 86/5 90/5 92/1
92/23 94/6 95/5 96/1 96/21 96/23 96/25 97/14
99/17 102/3 102/23 106/23 108/16 109/4
110/8 110/18 110/21 110/22 112/14 112/25
114/5 114/6 115/4 115/4 115/6 115/7 115/8
115/9 116/6 116/25 117/2 117/2 117/16
120/24 123/17 124/13 127/2 127/8 131/9
131/11 131/14 131/14 131/22 132/10 133/7
133/12 134/11 135/9 138/14 139/4 140/21
142/14 143/6 146/3 146/12
**bearing [1]** 4/24
**became [2]** 63/5 64/11
**because [51]** 5/2 7/24 9/15 10/7 11/7 12/12
14/9 14/21 16/10 19/17 20/9 21/13 21/24
22/25 23/15 26/8 39/12 47/8 47/13 50/2 60/6
60/12 64/17 65/4 65/7 72/15 78/10 87/13 89/1
92/15 94/6 94/22 106/17 109/15 110/7 111/10
112/9 112/24 115/7 116/13 116/15 116/17
118/21 123/23 125/17 131/19 132/2 132/25
133/8 133/10 142/22
**been [29]** 4/16 4/17 4/19 8/9 10/16 10/21
12/15 38/11 40/17 41/10 41/18 41/24 69/14
83/11 91/25 92/8 97/20 97/20 97/22 103/24
104/14 105/4 115/24 120/13 124/1 132/9
135/23 135/24 144/13
**before [25]** 11/6 27/20 29/6 40/23 42/19
47/22 75/17 75/20 94/19 98/19 99/5 110/4
110/16 116/25 118/17 121/8 127/23 127/24
131/8 135/9 138/5 139/17 139/23 142/22
146/1
**beginning [6]** 85/10 88/11 90/15 91/9 92/13
128/14
**behalf [11]** 91/24 92/25 110/14 113/4 113/6
113/9 113/13 115/13 115/18 136/22 137/19
**being [24]** 12/4 20/19 57/13 81/14 89/1 92/7
98/20 98/23 99/25 103/9 103/23 103/24 104/6
104/8 113/12 113/16 113/16 114/12 115/15
115/13 118/10 124/2 127/20 132/18
**belief [1]** 92/1
**believe [77]** 8/9 23/19 29/11 29/14 29/21
30/16 31/12 35/3 35/13 36/12 39/12 42/14 50/6
50/17 59/14 64/20 70/3 72/13 73/4 73/8 75/12
78/16 80/6 83/16 84/4 84/15 89/18 96/4 99/7
99/12 99/14 102/24 103/6 108/18 114/23
116/15 116/20 120/16 120/19 123/11 123/16
123/18 127/4 127/4 130/7 134/5 134/12
134/16 134/19 134/23 135/2 135/16 136/25
139/8 139/12 139/15 139/19 139/25 140/9
141/2 141/5 141/9 141/14 141/18 141/22
142/2 142/19 142/23 143/1 143/14 143/20
144/18 144/21 144/24 145/3 145/6 145/9

**believed [1]** 92/22
**belongs... [1]** 107/15
**below [1]** 11/1
**belt [1]** 54/1
**BET [1]** 61/1
**better [4]** 42/8 42/21 43/22 122/6
**between [16]** 18/20 19/4 30/7 36/17 51/22
58/18 65/18 85/6 95/24 96/1 101/5 109/4
117/24 122/8 122/12 124/24
**Beyonce [5]** 60/6 60/10 60/17 60/19 60/25
**beyond [3]** 33/6 33/6 35/13
**Bhad [29]** 59/3 59/5 59/11 59/15 59/18 61/6
61/9 62/16 62/19 62/23 64/15 65/20 66/13
68/13 68/17 68/18 103/20 107/6 122/15
122/17 122/21 122/23 123/2 123/5 123/7
123/9 140/22 140/25 142/7
**Bhaddie [4]** 59/18 59/20 60/3 60/12
**bias [1]** 127/22
**biased [2]** 112/24 115/7
**bidding [2]** 14/13 14/17
**big [12]** 55/15 67/25 73/11 73/18 74/12 78/6
107/25 145/5 145/11 145/11 145/18 145/20
**biggest [2]** 76/14 77/21
**Billie [2]** 62/16 62/19
**binding [1]** 8/24
**bit [4]** 47/7 62/14 97/5 98/8
**black [21]** 38/23 62/22 63/5 63/7 63/7 63/8
63/12 63/13 64/4 66/8 66/17 66/18 69/15
69/21 69/24 70/6 71/16 71/21 71/25 72/8
72/14
**BLANCHE [3]** 3/12 28/19
**blank [1]** 86/4
**blatant [2]** 109/3 144/11
**blind [16]** 54/12 54/15 54/23 55/7 113/14
113/15 114/10 117/19 126/24 127/8 127/14
127/21 127/23 129/16 135/10 142/18
**blue [3]** 76/17 104/10 105/11
**blue-haired [1]** 105/11
**board [17]** 62/5 62/7 66/23 67/1 67/4 67/4
67/10 67/19 67/22 67/24 68/4 68/7 68/10
69/22 70/2 70/4 70/5
**boards [1]** 97/24
**Boi [2]** 108/1 108/3
**bold [2]** 76/23 78/6
**book [3]** 61/6 68/14 75/6
**boots [2]** 72/11 72/18
**Borja [7]** 59/15 62/7 64/1 64/6 65/4 65/13
65/18
**both [12]** 6/25 7/11 17/8 55/5 66/13 82/11
97/15 100/19 100/19 130/17 130/24 144/13
**bottom [6]** 113/25 114/14 122/22 125/3
125/10 125/11
**bought [2]** 139/10 142/22
**Boulevard [1]** 2/4
**bounds [1]** 17/23
**box [17]** 5/23 49/7 49/14 49/19 54/25 75/25
76/11 77/11 101/18 103/13 103/14 121/23
125/8 126/3 135/9 135/7 138/23
**brand [10]** 67/11 67/20 74/17 106/8 134/15
134/21 139/18 143/19 145/12 145/13
**branding [5]** 108/9 108/10 108/12 108/16
125/6
**brands [1]** 134/10
**Bratz [12]** 130/14 140/1 140/4 140/5 141/10
142/3 142/5 143/2 143/3 144/25 145/10
145/13
**break [8]** 27/19 80/9 85/16 86/5 86/13 91/12
94/19 146/2
**Breakfast [1]** 33/3
**Breaunna [1]** 118/12
**Brenner [3]** 44/5 44/11 74/24
**brief [1]** 4/15
**briefed [2]** 84/3 84/5
**bright [6]** 61/25 72/12 123/13 141/12 143/8
143/9
**bring [9]** 16/10 20/23 24/12 46/8 85/5 88/12
95/7 110/10 116/10
**bringing [1]** 18/11
**brings [1]** 116/7

**broader [1]** 15/23
**brock [2]** 4/22
**brother [1]** 44/23
**brought [6]** 5/19 16/2 35/15 84/1
**BRUCE [5]** 3/13 80/5 95/10 95/11 95/14
**bubble [4]** 47/8 76/13 134/2 134/3
**Business [4]** 98/13 98/13 98/15 98/16
**buy [3]** 54/7 84/13 111/16
**buyers [4]** 49/5 111/12 112/13 113/1
**buying [2]** 53/9 109/14

**C**

**CA [3]** 1/24 2/5 2/8
**cake [1]** 26/18
**CALIFORNIA [3]** 1/4 1/20 4/1
**call [8]** 17/15 36/10 50/8 61/23 80/3 80/5 95/9
113/14
**called [15]** 27/18 44/22 46/16 46/18 81/12
100/14 101/1 103/13 103/18 103/20 103/21
103/22 104/13 112/5 115/17
**calling [2]** 4/4 81/10
**callout [5]** 61/12 61/13 62/3 64/10 64/21
**calls [18]** 39/20 40/13 41/20 43/9 49/9 51/25
52/12 54/8 56/5 57/19 60/8 60/21 66/19 72/25
73/19 74/13 74/19 78/25
**came [11]** 6/1 29/11 47/19 47/21 60/14 78/22
79/8 81/2 81/10 117/4 143/17
**can [183]**
**can't [23]** 5/20 10/8 11/18 15/7 16/14 17/22
21/18 24/19 26/18 35/21 37/8 40/4 41/13 42/1
49/24 50/25 75/8 75/13 78/19 88/4 92/18
122/19 123/16
**canceled [1]** 26/8
**cannot [1]** 24/13
**car [3]** 19/9 21/9 21/15
**care [1]** 7/24
**Carlos [3]** 59/15 62/7 65/18
**case [67]** 4/24 11/11 14/22 15/10 15/12 15/18
15/21 15/22 16/13 16/17 16/21 17/1 17/4 17/6
17/8 17/9 17/10 17/12 17/13 18/1 18/21 19/10
20/4 20/5 21/10 21/19 21/20 22/3 23/10 24/12
24/13 25/4 26/18 27/6 27/12 28/1 28/4 28/8
28/12 29/11 29/14 29/21 29/24 30/3 30/7
30/14 33/9 43/21 45/1 79/22 80/11 80/12
83/11 88/11 91/8 95/20 100/1 112/13 116/8
118/25 122/10 122/16 123/21 134/5 135/20
146/5 146/6
**cases [1]** 19/13
**catalogs [2]** 49/3 49/4
**categories [2]** 130/4 130/5
**category [1]** 130/9
**causing [1]** 109/20
**cautionary [1]** 4/20
**CENTRAL [1]** 1/4
**certain [6]** 37/11 43/21 88/5 100/20 101/4
101/17
**certainly [2]** 15/6 24/22
**CERTIFED [1]** 1/8
**CERTIFICATE [1]** 147/5
**certify [1]** 147/7
**cetera [2]** 17/19 86/21
**change [13]** 13/24 14/15 35/17 64/9 64/11
65/5 65/15 69/14 69/16 69/19 69/20 90/25
92/18
**changed [10]** 42/22 62/3 64/13 64/14 64/21
64/23 74/11 122/5 123/12 125/5
**changes [9]** 35/10 64/2 64/7 65/20 68/5 68/6
68/10 74/23 91/17
**changing [2]** 91/12 126/3
**CHANTE [1]** 2/12 4/13
**character [3]** 32/18 35/2 139/23
**characterized [1]** 6/16 93/2
**characters [1]** 140/11
**charge [1]** 48/24
**chart [1]** 69/9
**check [1]** 128/25
**checked [1]** 91/6
**cheese [2]** 35/11 36/4
**Chelsea [1]** 46/24

**C**
Chick [20]  55/3 55/13 66/5 66/6 66/13 66/24 68/15 68/18 68/20 69/3 70/5 71/2 77/1 77/11 103/19 107/6 142/15 142/17 143/25 144/1
chief [4]  11/11 16/13 16/17 16/21
child [1]  110/14
children [4]  51/7 67/2 110/4 110/7
Chillax [11]  38/20 40/21 43/3 54/19 55/2 55/12 58/19 103/22 107/6 139/5 140/14
Chillax's [3]  38/24 40/25 57/16
Chloe [1]  50/14
choker [2]  33/17 76/24
choose [2]  22/6 132/11
choosing [2]  118/18 120/2
circumstances [1]  105/21
civil [1]  22/3
claim [22]  8/12 8/23 9/22 11/3 11/9 11/16 12/4 12/6 12/7 12/9 13/15 13/16 16/18 17/18 17/20 26/7 29/24 87/2 119/8 119/14 125/25 132/21
Claimants [2]  1/14 2/10
claiming [4]  29/25 122/9 125/19 125/24
claims [31]  6/25 7/11 7/25 9/11 10/20 11/19 13/25 14/3 14/7 15/22 15/23 15/24 16/2 16/3 16/8 16/14 16/15 16/16 16/18 16/19 16/20 16/22 18/20 18/21 27/13 28/12 30/14 87/1 87/9 87/18 89/13
claims as [1]  10/20
clarity [3]  13/16 138/8 138/9
clear [32]  5/9 6/14 7/23 10/9 10/21 12/6 12/11 16/16 16/23 16/25 17/3 17/15 21/6 23/13 24/11 28/7 34/24 48/25 49/17 56/22 57/25 58/7 64/5 72/17 91/1 91/19 92/15 101/25 112/14 117/17 126/4 135/10
clearance [2]  57/25 58/18
cleared [2]  26/11 58/12
clearly [3]  4/17 13/14 134/22
clears [1]  13/13
click [5]  101/13 103/11 119/9 121/14 128/22
clicked [2]  45/10 48/14
clients [3]  97/10 97/14 97/16
CLIFFORD [2]  1/10 4/5
clip [4]  34/15 34/16 39/8 56/16
close [5]  11/22 14/25 54/15 78/23 79/8
closely [1]  65/8
closest [1]  10/13
clothes [2]  123/6 126/14
clothing [2]  69/13 122/6
clumsy [1]  112/20
code [2]  128/13 147/8
codes [3]  110/1 128/13 128/15
coincidence [8]  34/9 34/21 34/25 35/3 35/4 63/22 72/2 72/4
collection [2]  78/10 78/11
collects [1]  139/22
colloquial [1]  81/11
color [33]  35/10 35/17 61/9 61/10 61/11 61/12 61/13 61/19 61/22 61/25 62/3 62/3 62/9 62/21 62/24 64/4 64/10 64/12 64/13 64/14 64/15 64/16 64/16 64/17 64/21 65/2 65/15 122/20 123/10 123/10 123/12 126/9 143/18
colored [2]  64/4 126/9
colors [10]  62/24 65/9 101/16 101/17 101/21 102/21 125/15 126/15 141/4 141/25
combination [2]  62/16 85/10
combined [1]  84/23
come [10]  5/2 13/9 16/19 16/21 26/2 37/21 99/13 101/10 106/24 121/1
comes [5]  27/5 104/8 109/17 110/11 115/22
coming [5]  112/25 115/4 126/23 127/6 138/12
comment [1]  21/12
comments [8]  13/18 13/23 73/6 73/8 81/2 81/8 81/15 82/14
Commission [1]  97/17
common [1]  133/14
commonly [1]  115/25
communications [1]  89/21
company [15]  73/12 73/13 73/16 73/22 74/1 74/4 74/7 74/11 74/17 91/24 112/5 116/4

116/5 121/14 129/3
comparison [5]  28/18 19/7 28/7 28/20 122/4 122/7
comparisons [1]  122/12
competitive [1]  44/3
Complaint [8]  7/18 12/18 38/22 56/1 86/20 86/21 88/14 102/1
complete [2]  34/25 63/22
completed [2]  128/23 128/23
completely [2]  35/2 136/15
complex [2]  131/25 132/2
concern [11]  12/13 18/8 100/11 100/12 103/16 103/25 124/3 132/19 133/6 133/11 144/15
concerned [6]  19/14 100/16 100/17 100/20 100/21 100/22
concerning [1]  115/9
concerns [2]  138/7 138/11
concludes [2]  91/13 91/15
conclusion [6]  29/17 39/21 40/14 43/10 56/6 57/20
conditions [1]  105/23
conduct [7]  97/8 97/12 97/16 97/21 97/22 131/17 136/1
conducted [7]  95/22 96/3 113/16 113/17 114/12 124/6 131/5
conducting [1]  96/15
confer [3]  27/20 83/24 85/4
Conference [1]  147/12
conferred [2]  7/8 80/22
conferring [2]  14/18 79/17
confidential [1]  44/3
confirmation [1]  91/4
confirms [1]  93/8
conformance [1]  147/11
confuse [1]  23/7
confused [13]  21/13 29/15 30/7 40/8 40/12 57/18 82/6 96/1 96/14 99/11 101/5 109/4 120/15
confusing [1]  20/11 20/12 39/24
confusingly [1]  43/8
confusion [50]  19/4 24/2 24/23 29/2 58/1 58/8 58/13 58/18 79/22 95/23 95/24 96/10 96/15 96/21 96/21 96/24 97/2 97/22 98/3 98/20 99/2 99/5 99/6 99/21 99/24 101/2 101/23 105/20 109/1 109/3 109/19 109/20 111/18 115/19 116/1 116/9 116/19 116/24 117/6 117/8 117/10 117/16 118/1 121/1 121/7 121/7 121/7 122/13 129/8 129/10 132/4 117/6 122/13 135/11 147/9
connected [6]  36/13 36/22 36/22 37/6 37/6 37/13
connection [2]  36/17 115/13
connections [3]  35/4 37/11 44/20
consent [4]  86/23 87/2 88/7 89/23
consequence [1]  110/17
consequently [2]  114/25 115/6
consider [5]  10/17 22/3 24/6 74/8 81/4
considered [7]  56/4 81/3 96/22 96/23 96/25 117/3 127/8
considering [1]  94/9
consistent [3]  20/15 26/4 85/5
CONSORTI [13]  3/12 28/19 28/22 37/16 38/8 55/1 55/24 65/3 73/9 75/7 78/9 79/20 86/17
constitute [1]  24/24
consulting [1]  97/7
consumer [54]  29/2 44/19 52/5 52/10 53/3 53/15 53/17 53/21 55/15 55/18 55/21 72/23 81/2 105/24 106/7 110/18 120/12 121/11 122/13 127/6 128/18 132/3 134/4 134/5 134/8 134/14 134/16 134/19 134/23 135/2 135/9 139/12 139/21 140/1 140/7 140/9 141/1 141/5 141/9 141/14 141/18 141/22 142/2 142/20 142/24 143/5 143/8 143/11 143/14 143/20 144/16 144/20 144/23 144/25
consumer's [1]  133/14
consumers [64]  29/15 30/7 37/9 37/10 37/10 37/12 39/18 39/24 40/9 40/11 43/7 43/12 46/11 46/13 48/17 50/18 51/2 51/4 51/9 51/10 51/15 51/23 51/24 52/24 53/1 53/15 54/5

57/17 84/13 95/25 96/4 96/7 99/7 99/11 99/14 100/4 101/6 105/6 106/9 109/6 109/6 109/7 109/13 109/21 110/22 110/24 111/12 111/14 111/24 116/3 124/16 126/24 128/5 128/21 135/6 138/22 139/4 140/13 140/15 142/7 142/14 142/24 144/1
contemporaneous [2]  87/23 87/25
contention [1]  122/16
contents [1]  104/4
context [1]  82/20
continuance [1]  88/16
continue [3]  101/9 119/12 140/6
Continued [1]  3/12
Contrary [1]  38/1
Contreras [1]  92/14
control [16]  24/3 122/21 122/22 123/5 123/8 124/25 124/25 125/4 125/16 126/3 126/5 126/7 128/10 128/11 130/25 131/4
cool [1]  47/6
copied [3]  29/12 29/14 39/19
copy [3]  18/14 18/22 80/16
copying [4]  4/17 28/25 29/3 72/19
Core [4]  104/11 104/11 105/1 105/2
corner [1]  55/16
corporate [10]  39/3 39/10 39/14 39/25 43/2 56/13 56/15 56/18 56/23 90/2
corporation [2]  92/8 93/10
correct [138]  7/21 9/17 10/21 12/5 18/25 19/5 28/25 29/1 29/6 29/7 29/9 29/10 29/12 30/6 30/22 31/1 31/10 32/19 33/15 36/5 36/19 40/3 40/8 40/23 41/14 42/3 43/8 43/20 44/17 44/18 46/3 46/6 47/17 49/4 50/9 50/13 51/5 52/11 52/25 53/5 53/19 53/22 54/7 54/16 54/20 55/5 55/6 55/8 55/13 55/16 55/19 55/22 57/18 59/2 59/11 59/12 59/13 59/16 59/18 60/3 60/4 60/7 60/13 60/20 61/22 61/25 62/3 62/7 62/10 62/17 62/20 63/1 63/6 63/19 64/2 66/6 66/8 66/14 66/18 66/24 68/5 69/3 69/7 69/11 69/15 69/19 69/22 70/16 71/7 71/21 72/9 72/13 72/20 72/24 73/7 73/11 73/14 73/18 73/23 73/24 74/5 74/9 74/12 74/18 75/1 76/8 76/12 76/15 76/16 76/18 76/19 76/21 77/2 77/18 77/21 77/24 78/2 78/7 87/7 98/22 98/25 113/5 113/8 113/11 113/14 114/6 117/20 117/23 118/2 123/19 126/8 126/10 129/17 129/19 130/16 132/13 135/11 147/9
corrected [1]  90/6
correctly [2]  16/4 28/2
could [37]  6/12 7/4 16/1 16/10 22/22 23/1 23/3 30/21 31/6 41/10 41/18 43/7 50/20 50/21 55/21 55/23 73/10 73/17 74/1 74/17 82/1 84/5 85/17 104/3 105/22 105/23 105/24 105/25 106/24 108/8 109/24 110/1 122/11 126/11 126/25 128/2 128/23
couldn't [1]  43/20
counsel [12]  2/1 4/6 14/18 28/1 28/4 28/24 79/15 79/17 80/6 81/5 89/20 93/8
counsel's [1]  80/16
count [1]  15/8
Counter [4]  1/14 1/16 2/2 2/10
Counter-Claimants [2]  1/14 2/10
Counter-Defendants [2]  1/16 2/2
counterclaim [2]  9/3 9/10
counterclaimants [1]  102/6
counterclaims [16]  7/19 16/19 100/15 100/15 101/12 101/14 102/7 102/24 103/10 103/15 103/23 119/6 119/7 119/19 124/1 144/14
County [1]  23/2
couple [3]  22/16 80/22 122/14
course [1]  19/11
court [20]  1/3 13/22 15/2 18/12 18/17 19/20 22/5 22/25 24/6 25/11 25/11 83/1 90/24 91/10 91/18 92/4 92/17 92/18 117/1 147/17
Court's [2]  23/8 24/3
Courthouse [1]  1/23
cover [5]  71/24 89/22 90/22 91/9 91/22
covered [2]  22/21 87/10
covering [5]  71/7 71/10 71/12 89/24 91/21
covers [3]  69/25 70/7 90/19

**C**
**Covid** [1] 26/8
**craft** [1] 12/10
**create** [3] 37/15 78/11 126/3
**created** [6] 36/1 66/23 72/1 78/10 122/17 122/17
**creates** [1] 96/18
**creation** [1] 68/9
**creative** [2] 65/8 70/23
**creatively** [1] 45/5
**credibility** [6] 20/3 23/20 30/17 32/3 35/7 84/16
**credible** [1] 23/19
**credit** [1] 138/6
**criteria** [2] 109/22 132/15
**criticisms** [1] 135/12
**crop** [1] 43/6
**cross** [8] 3/5 3/11 17/18 22/23 28/16 28/20 85/1 92/20
**cross-examination** [4] 17/18 22/23 28/16 28/20
**cross-examine** [1] 85/1
**curative** [12] 6/12 18/7 18/14 19/20 20/17 20/24 21/21 24/9 87/7 92/3 93/9 94/8
**curiosity** [6] 45/23 46/16 47/2 48/5 48/6 48/7
**curious** [3] 45/18 45/19 57/13
**current** [4] 14/12 14/17 15/8 130/21
**currently** [1] 16/17
**customers** [4] 50/8 97/10 97/11 109/11
**CV** [2] 1/10 4/4
**CV-20-11548-JVS** [2] 1/10 4/4

**D**
**daily** [1] 46/19
**damage** [1] 8/22
**damages** [10] 7/18 8/4 8/25 9/2 9/9 9/11 10/19 13/24 17/2 17/5
**dark** [3] 14/17 64/4 64/10
**dark-colored** [1] 64/4
**darker** [3] 63/20 64/16 64/17
**data** [2] 100/5 128/25
**database** [7] 112/1 112/3 112/10 113/18 128/16 128/20 129/3
**date** [4] 26/12 68/9 68/9 147/14
**daughter** [3] 51/18 53/9 139/22
**daughters** [3] 50/19 50/22 51/5
**day** [15] 1/11 13/1 13/7 17/25 22/2 24/3 31/7 31/17 40/11 45/17 48/9 51/21 58/4 68/8 81/21
**Day 2** [1] 81/21
**days** [5] 13/3 15/7 15/8 28/25 31/4
**DBA** [1] 98/15
**dealing** [1] 52/24
**dealt** [1] 51/9
**Debbie** [1] 146/15
**dec** [2] 7/14 8/5
**decades** [1] 115/23
**decide** [2] 23/9 37/18 54/7
**decided** [3] 9/15 82/10 100/1
**decision** [4] 28/5 94/23 95/5 118/22
**decisions** [2] 70/23 120/1
**declaratory** [2] 13/15 16/14
**decoration** [1] 36/8
**defendant** [2] 4/13 136/21
**defendants** [10] 1/11 1/16 2/2 2/10 102/2 102/6 102/17 105/20 136/11 137/19
**defendants'** [1] 137/4
**defended** [1] 92/12
**DEFENSE** [5] 3/10 3/14 28/19 79/17 95/11
**definition** [2] 116/22 129/10
**degree** [5] 51/13 98/10 98/11 98/14 98/16
**degrees** [1] 98/12
**delayed** [1] 94/12
**demographic** [2] 46/9 71/6
**demonstrative** [1] 80/17
**demonstratives** [1] 80/21
**Denied** [1] 24/10
**Department** [2] 17/17 97/18
**depending** [3] 17/10 117/1 120/18
**depo** [2] 83/20 89/19

**depposed** [2] 42/2 42/5
**deposed** [20] 38/1 38/4 83/17 90/25 91/4 91/11 91/13 91/22 92/9 92/23 93/3 93/8 118/10 124/2 136/21 137/3 144/14
**depositions** [1] 92/21
**describe** [2] 111/24 126/13
**described** [1] 125/25
**design** [16] 50/24 51/13 59/17 64/3 65/7 67/2 70/20 70/23 71/2 73/17 84/12 84/12 99/20 117/12 117/25 124/17
**designated** [4] 90/1 90/10 91/22 92/8
**designed** [9] 60/3 64/1 64/6 69/16 100/10 101/23 117/19 127/20 128/1
**designer** [7] 50/11 50/15 53/24 54/2 59/15 65/4 72/16
**designers** [1] 50/19 51/6 51/17
**designing** [7] 40/21 40/25 103/3 118/9 118/21 122/11 123/23
**despite** [1] 19/2 40/2 57/13
**detail** [2] 54/6 64/25
**details** [2] 6/18 38/13 57/16
**determination** [1] 7/2
**determined** [1] 100/3
**detractors** [1] 112/18
**develop** [1] 101/4
**developing** [1] 99/23
**did** [71] 5/22 9/25 10/1 13/5 14/6 15/6 15/20 16/11 20/1 22/9 23/17 40/20 41/23 42/20 43/18 45/6 46/16 47/3 47/11 47/23 47/23 47/25 48/2 50/2 52/9 53/4 57/3 57/6 57/9 58/17 62/13 62/19 64/14 64/21 72/17 81/4 81/20 82/7 82/14 82/16 82/18 82/19 83/6 83/17 83/19 84/23 86/1 86/16 88/5 89/19 89/23 90/3 90/22 92/16 100/8 102/9 110/5 111/12 111/15 112/21 120/5 123/11 123/21 124/4 124/5 127/24 127/25 130/4 131/25 138/21 144/9
**didn't** [41] 6/7 9/24 10/14 11/10 12/15 14/1 17/7 20/21 29/5 29/8 41/23 42/6 42/16 43/18 44/5 47/12 47/18 48/6 48/11 48/12 56/24 58/13 62/12 65/25 79/2 88/23 99/15 109/11 111/9 111/15 112/15 112/17 112/17 116/15 116/17 128/3 128/7 132/5 136/24 138/14
**difference** [5] 46/20 117/24 122/8 122/13 124/24
**differences** [4] 19/2 50/15 51/22 72/16
**different** [34] 19/13 21/2 21/11 21/17 24/4 24/5 24/14 24/17 26/17 26/17 41/8 54/1 62/14 72/21 73/23 74/4 74/8 74/8 83/24 89/24 91/20 91/21 91/22 106/22 121/6 122/23 123/9 131/10 131/12 131/13 133/6 133/12 136/13 136/15
**differently** [2] 31/3 44/10
**dipped** [2] 35/11 36/6
**direct** [7] 3/5 3/11 23/25 35/9 52/25 73/2 95/17
**directly** [2] 47/1 82/9
**director** [1] 65/8
**disagree** [5] 6/15 39/14 56/18 56/20 83/24
**disappeared** [3] 47/2 48/5 48/7
**disco** [2] 78/7 78/10
**discovered** [1] 84/7
**discovery** [2] 5/24 6/16
**discrete** [1] 25/10
**discuss** [11] 24/7 44/23 80/11 82/7 83/6 97/4 99/3 102/16 127/12 129/7 146/4
**discussed** [10] 8/18 44/16 45/15 80/24 81/14 87/2 127/3 127/15 129/11 135/25
**discussing** [1] 98/19
**discussion** [2] 25/2 86/20
**dismiss** [2] 10/7 87/3
**dismissal** [8] 38/4 86/23 88/8 88/21 88/24 88/25 89/2 94/4
**dismissed** [2] 7/17 87/18
**dismissing** [2] 86/20 89/11
**displayed** [1] 134/22
**dispute** [6] 103/6 123/1 123/24 123/25 133/16

133/16
**disputed** [4] 90/6 108/3 108/6 132/16
**disregard** [2] 4/23 87/12
**distinction** [1] 18/19
**DISTRICT** [2] 1/3 1/4
**DIVISION** [1] 1/5
**DJ** [3] 11/16 17/18 17/20
**do** [170]
**docket** [4] 4/15 25/15 25/17 25/18 26/23 56/1 84/3
**Doctor** [1] 98/15
**Doctorate** [1] 98/14
**document** [19] 7/20 13/22 18/12 18/17 22/9 22/14 25/12 25/16 25/23 26/23 26/25 62/2 75/23 100/14 101/11 102/18 103/11 103/17 137/16
**documents** [9] 24/15 26/19 44/15 88/24 99/24 100/1 100/7 100/8 100/13
**does** [13] 1/15 7/14 16/22 17/7 17/13 24/13 50/12 58/10 67/25 86/15 92/23 94/3 137/18
**doesn't** [17] 5/25 7/24 16/15 19/18 21/15 22/25 23/4 29/2 49/6 63/7 63/8 63/12 90/19 90/25 91/19 93/20 123/6
**doing** [10] 10/8 10/25 12/14 14/14 15/17 21/2 46/5 81/25 85/11 97/10
**doll** [116] 32/9 35/1 35/21 36/12 37/13 48/23 52/11 53/4 53/21 54/7 56/3 57/25 58/19 63/7 64/9 64/16 69/7 75/25 76/7 76/17 76/20 76/23 77/23 78/1 78/6 84/13 85/24 103/18 103/20 103/21 103/22 104/10 104/12 104/13 104/14 105/25 106/1 106/4 106/8 106/10 107/11 107/16 107/16 109/6 109/6 109/17 109/18 109/21 109/23 110/19 110/23 110/24 111/11 112/13 113/1 120/13 120/14 120/19 120/22 121/16 122/21 122/22 122/24 123/14 123/15 130/8 130/13 133/12 134/6 134/12 134/17 134/20 134/24 135/3 139/5 139/9 139/13 139/14 139/15 139/17 139/19 139/20 139/24 139/25 140/10 140/14 140/22 141/2 141/6 141/7 141/10 141/15 141/19 141/23 141/24 142/3 142/7 142/20 142/23 142/24 143/1 143/6 143/15 143/21 144/7 144/10 144/19 144/21 144/23 144/24 145/1 145/3 145/6 145/9 145/19 145/20
**dolls** [193]
**dollz** [1] 143/22
**don't** [117] 5/6 5/8 6/17 7/9 7/11 7/24 9/21 10/1 10/3 10/15 11/9 13/13 13/14 14/19 17/16 18/4 18/10 19/11 19/12 19/16 19/16 19/24 20/19 23/8 23/18 23/19 29/4 30/16 31/5 34/5 34/10 34/11 34/14 34/18 35/21 35/24 36/10 38/12 39/5 40/5 40/9 40/17 41/2 41/6 42/4 48/8 50/2 50/6 53/11 54/11 54/20 55/9 56/12 58/2 58/15 58/22 58/25 59/22 60/10 60/14 60/14 60/23 61/5 62/4 64/1 64/7 64/18 64/25 65/5 65/14 66/21 68/4 70/2 73/4 73/8 73/12 75/12 75/12 75/13 75/19 75/19 78/16 79/2 79/12 82/11 85/12 85/13 86/21 88/17 89/6 89/7 89/10 89/18 90/18 91/7 92/10 93/12 93/22 110/8 113/3 113/6 113/9 113/12 123/11 126/12 126/13 127/4 128/6 128/8 133/9 133/11 133/15 136/6 137/1 146/1 146/10
**done** [19] 8/19 8/24 11/13 17/20 22/9 23/12 44/21 65/2 86/25 87/19 88/25 92/9 104/17 113/4 113/6 113/9 113/12 125/16 131/24
**door** [4] 4/16 4/17 5/24 136/1
**double** [13] 90/21 90/23 113/14 114/10 117/19 126/24 127/8 127/14 127/21 127/23 129/16 135/10 142/18
**double-blind** [11] 113/14 114/10 117/19 126/24 127/8 127/14 127/21 127/23 129/16 135/10 142/18
**down** [14] 5/13 6/7 12/23 22/22 32/16 32/19 33/16 46/8 62/10 71/20 80/4 90/25 123/15 125/10
**Downtown** [1] 107/13
**dozen** [3] 70/18 70/24 71/1
**Dr** [2] 80/21 131/8
**Dr.** [32] 50/5 81/1 82/7 85/25 94/20 95/10

**D**

**Dr.... [26]** 95/19 96/9 97/3 98/8 100/9 100/23 101/25 102/17 104/3 104/17 105/17 107/2 107/20 112/15 114/5 119/25 121/20 124/8 127/19 135/16 137/3 137/18 137/19 138/3 144/3 145/17
**Dr. Bruce [2]** 80/5 95/10
**Dr. Isaacson [28]** 81/1 82/7 85/25 94/20 95/19 96/19 97/3 98/8 100/9 100/23 101/25 102/17 104/3 104/17 105/17 107/2 107/20 112/15 114/5 119/25 121/20 124/8 127/19 137/3 137/18 138/3 144/3 145/17
**Dr. McDonald [1]** 137/19
**Dr. Susan [1]** 135/16
**draw [3]** 18/19 21/8 81/21
**drawing [3]** 61/9 61/11 69/6
**drawn [1]** 19/6
**dress [27]** 18/24 19/8 19/10 21/14 21/19 21/20 23/9 27/10 28/10 30/24 30/4 30/8 33/17 37/19 63/1 78/23 79/9 79/22 100/2 100/20 101/8 101/14 102/23 104/9 116/14 125/22 144/12
**drop [4]** 37/24 38/9 38/14 88/14
**drum [1]** 123/2
**drumsticks [1]** 123/3
**duo [4]** 105/12 106/19 108/1 109/17
**during [3]** 18/18 90/20 90/22

**E**

**e-mail [17]** 45/16 47/3 47/14 47/22 48/7 65/18 65/22 70/9 70/13 74/24 89/20 90/20 90/25 91/4 91/7 91/8 91/19
**e-mails [2]** 65/15 69/18
**each [5]** 57/25 107/4 107/5 107/15 116/17 116/18
**earlier [14]** 8/22 33/22 70/9 100/24 106/12 108/2 120/1 125/25 127/3 127/16 133/24 135/12 135/25 145/12
**early [1]** 28/5
**earrings [2]** 76/24 78/7
**eat [1]** 26/19
**edge [1]** 142/5
**edgy [4]** 76/20 78/1 78/4 101/19
**editorial [1]** 97/24
**education [1]** 98/9
**eight [1]** 36/12
**eight-year-old [1]** 36/12
**Eilish [2]** 62/17 62/19
**either [7]** 7/9 9/22 10/9 110/13 120/6 130/11 130/23
**element [1]** 101/13
**elements [14]** 21/14 100/2 100/16 100/19 100/21 101/14 101/16 101/20 101/23 102/20 122/7 125/18 125/24 127/21
**elicit [2]** 81/20 85/9
**elicited [1]** 87/17
**elongated [1]** 6/8
**else [8]** 14/14 20/4 54/23 93/16 116/7 128/23 138/11 138/21
**elsewhere [1]** 24/24
**Elton [3]** 32/17 32/19 32/21
**emphasize [1]** 14/13
**employee [1]** 92/25
**encounter [1]** 105/22
**end [9]** 11/10 12/25 17/24 22/2 24/3 62/12 91/14 128/14 128/21
**ended [3]** 17/4 45/16 47/10
**ends [1]** 62/23
**engineer [1]** 98/10
**Engineering [1]** 98/11
**enjoy [1]** 119/12
**enter [2]** 11/6 128/13
**ENTERTAINMENT [5]** 1/8 1/15 4/5 98/23 124/11
**entire [7]** 8/10 10/7 19/25 20/20 48/8 92/20 112/11
**entirely [5]** 12/19 21/11 21/13 23/10 122/4
**entitled [8]** 8/13 8/13 11/2 11/23 17/21 27/15 28/14 147/10

**episode [1]** 44/22
**equals [1]** 102/1
**equivalent [1]** 32/6
**errata [1]** 91/16
**error [3]** 63/16 131/17 131/18
**especially [1]** 12/2
**essential [1]** 122/25
**estimate [3]** 15/4 15/5 15/11
**et [4]** 1/11 4/5 17/19 86/21
**ethnicities [2]** 83/20 111/14
**ethnicity [2]** 83/18 111/13
**Eve [2]** 48/10 62/25 72/24
**even [14]** 10/3 15/7 20/17 29/5 30/2 34/1 39/11 43/2 54/15 56/10 72/3 73/6 74/23 81/13
**evening [2]** 48/10 89/7
**event [4]** 56/11 67/22 78/20 89/21
**Eveready [8]** 115/17 115/20 116/2 116/8 116/12 118/18 118/22 120/2
**every [9]** 9/14 54/6 64/25 85/2 85/13 88/24 109/15 109/17 137/7
**everybody [2]** 37/14 51/20
**everyone [2]** 18/9 28/7
**everything [10]** 26/11 28/2 37/14 42/24 44/2 44/4 48/8 54/23 128/1 133/15
**evidence [26]** 8/14 11/23 12/9 13/9 14/25 17/17 21/16 27/3 27/15 28/14 32/8 52/7 59/5 59/9 61/2 61/17 62/6 65/19 66/24 68/25 69/6 76/5 77/15 81/2 82/10
**exact [2]** 20/13 25/5
**exactly [12]** 7/13 8/2 10/11 13/10 21/17 21/7 22/18 39/12 58/2 82/2 136/12 145/2
**examination [7]** 17/18 22/23 28/16 28/20 35/9 79/18 95/17
**examine [1]** 85/1
**example [9]** 53/6 85/24 97/16 99/12 108/11 111/17 124/23 124/24 130/13
**examples [3]** 103/9 105/5 144/11
**exception [1]** 109/16
**excluded [1]** 91/3
**excuse [1]** 122/17
**execute [1]** 124/17
**exhibit [41]** 3/9 3/9 3/16 3/16 3/17 3/17 25/14 26/24 27/2 30/4 32/5 32/16 38/21 44/16 48/19 54/24 55/1 55/25 59/3 59/9 61/1 61/7 61/17 62/15 64/20 65/19 66/24 68/22 68/25 69/5 70/10 75/15 75/18 76/5 77/15 103/13 103/14 103/19 103/20 103/21 103/22
**Exhibit 108 [1]** 61/1
**Exhibit 1119 [1]** 66/24
**Exhibit 1615-A [1]** 55/1
**Exhibit 1830 [2]** 59/3 59/9
**Exhibit 1905 [3]** 32/5 32/16 44/16
**Exhibit 2 [2]** 103/13 103/14
**Exhibit 22 [1]** 48/19
**Exhibit 3 [1]** 103/19
**Exhibit 3404 [1]** 64/20
**Exhibit 3405 [2]** 61/7 61/17
**Exhibit 4 [1]** 103/20
**Exhibit 404 [1]** 65/19
**Exhibit 4887 [2]** 68/22 68/25
**Exhibit 4891 [1]** 69/5
**Exhibit 4936 [2]** 62/15 70/10
**Exhibit 5507 [3]** 25/14 26/24 27/2
**Exhibit 6 [3]** 38/21 55/25 103/22
**Exhibit 6054 [1]** 75/15
**exhibits [5]** 3/8 3/15 17/19 22/11 22/17
**expect [7]** 14/21 15/14 15/17 18/1 27/6 28/1 28/5
**expected [1]** 14/25
**expenditure [1]** 4/18 5/14 24/1
**experience [6]** 50/14 51/23 52/24 73/22 74/7 97/1
**expert [17]** 17/5 27/17 135/13 135/23 136/11 136/21 137/4 137/4
**expertise [1]** 102/8
**explain [16]** 104/3 104/23 105/9 107/20 108/25 111/5 113/22 115/20 118/6 119/25 121/20 122/22 124/21 125/5 133/21 142/13

**explained [1]** 136/24
**explains [1]** 136/7
**explanation [1]** 6/13
**extensive [3]** 57/25 58/7 58/17
**extent [2]** 17/19 20/22
**eye [6]** 62/24 72/12 140/8
**eyes [6]** 143/3 143/8 145/1 145/11 145/18 145/20
**eyesight [1]** 123/17

**F**

**face [2]** 139/24 143/16
**facing [1]** 67/16
**fact [7]** 7/23 8/18 25/23 83/2 83/19 85/6 90/24 125/13 136/2
**factual [2]** 14/16 24/20
**fair [7]** 36/21 37/5 37/12 43/23 43/24 85/20 136/4
**faith [4]** 15/5 15/6 15/10 92/23
**false [2]** 23/6 98/2
**fame [1]** 119/10
**familiar [8]** 42/25 45/3 96/9 102/3 114/1 114/4 114/15 114/17
**families [5]** 33/9 36/20 44/16 44/23 48/18
**family [3]** 36/19 57/2 57/10
**famous [6]** 33/3 34/3 34/8 119/8 119/21 119/21
**fan [6]** 52/16 60/5 60/17 60/19 67/25 119/12
**fans [8]** 109/7 109/11 111/8 111/9 112/18 115/8 117/22 129/18
**far [4]** 55/10 108/13 122/15 125/7
**farther [1]** 6/6
**fashion [30]** 50/19 51/1 51/6 51/7 51/8 51/13 51/17 53/24 64/9 64/16 84/13 84/13 96/2 99/7 109/14 109/15 109/18 109/23 109/25 110/19 110/23 110/23 111/11 112/13 113/1 122/23 123/15 126/11 135/8 139/24
**fashionable [1]** 143/9
**fault [1]** 49/16
**favorite [1]** 134/10
**features [2]** 139/18
**federal [2]** 97/15 97/17
**fellow [1]** 79/14
**few [3]** 13/19 28/24 31/3
**field [1]** 8/15
**figure [4]** 12/1 30/24 31/2 140/8
**file [6]** 20/7 88/23 88/24 88/24 88/25 129/3
**filed [8]** 8/20 8/20 9/13 9/13 20/8 27/9 28/9 38/22 87/3 101/11 102/1
**filing [2]** 25/24 26/12
**filling [1]** 130/2
**finally [3]** 84/20 106/17 128/25
**find [10]** 40/2 43/7 70/16 75/8 75/13 93/22 93/22 111/10 126/15 126/16
**finding [1]** 9/21 24/22
**findings [2]** 19/12 21/16
**fine [4]** 27/22 85/11 85/12 89/14
**finish [1]** 14/25
**FINKELSTEIN [5]** 2/6 4/9 5/15 7/23 20/13
**firm [2]** 97/7 97/7
**firms [1]** 97/15
**first [14]** 6/23 9/18 12/17 27/8 80/24 83/9 84/2 92/5 95/22 99/24 111/7 115/23 120/16 141/1
**five [6]** 15/7 16/19 16/22 22/17 48/14 94/6
**five days [1]** 15/7
**five years [1]** 48/14
**flexibility [1]** 117/1
**flow [1]** 69/9
**Flowers [1]** 36/8
**focus [2]** 48/20 124/12
**focused [4]** 109/14 133/5 133/7 133/10
**focusing [2]** 12/16 88/23 112/12 123/21 132/16 132/17
**follow [5]** 16/5 18/9 22/5 23/8 120/20
**follow-up [1]** 120/20
**followed [2]** 87/17 127/23
**followers [1]** 112/15
**following [6]** 6/25 17/14 92/14 92/14
**follows [2]** 26/13 27/7

**F**

**font [1]** 125/14

**forecasting [1]** 41/1
**foregoing [1]** 147/8
**forgive [1]** 100/23
**forgot [1]** 100/23
**form [15]** 8/1 8/8 9/5 9/18 9/23 10/9 12/3 12/21 12/22 80/11 89/10 97/9 97/13 99/17 146/5
**formally [1]** 12/18
**format [9]** 114/14 115/18 116/12 116/15 118/22 120/2 127/14 127/21 147/11
**formed [1]** 66/12
**former [1]** 130/22
**forward [3]** 8/13 17/4 101/13
**fought [1]** 5/23
**found [2]** 47/9 47/25
**foundation [1]** 52/13
**four [12]** 15/7 16/19 16/22 30/18 67/2 82/21 83/4 103/20 106/2 106/19 107/25 117/14
**four minutes [1]** 30/18
**Four percent [1]** 117/14
**free [3]** 8/1 8/7 83/1
**Friday [11]** 14/22 15/1 15/10 18/2 27/6 28/2 30/11 31/14 40/6 50/11 78/9
**friends [2]** 51/14 51/15
**front [1]** 86/16
**full [1]** 95/12
**fun [4]** 76/20 78/1 78/3 101/19
**further [3]** 25/7 79/24 80/1
**future [1]** 21/1

**G**

**Gaga [9]** 4/22 5/10 32/9 32/14 62/17 67/23 67/24 67/25 70/10
**Gaga's [1]** 68/1
**game [1]** 136/5
**gave [8]** 18/6 60/7 78/8 99/15 121/9 121/15 128/6 129/1
**gender [1]** 129/2
**genders [1]** 109/24
**general [4]** 51/16 109/6 109/13 121/10
**generally [6]** 31/9 50/8 50/22 51/4 96/19 110/4
**generates [1]** 116/23
**gentlemen [3]** 27/25 80/10 146/4
**get [27]** 5/4 5/6 6/18 8/6 9/11 12/23 14/1 16/17 17/9 18/1 21/12 23/4 28/1 45/21 45/22 48/17 54/25 54/25 69/11 83/4 84/11 89/7 94/11 121/13 130/3 131/10 131/22
**gets [3]** 43/22 43/22 131/16
**getting [6]** 44/15 53/11 86/13 89/4 92/20 119/19
**girl [6]** 35/2 64/3 105/11 107/14 141/20 141/20
**girls [17]** 42/23 49/24 53/8 53/18 53/22 74/17 76/8 76/10 76/12 77/18 77/20 96/1 99/13 99/14 99/15 105/2 145/8
**girls' [2]** 54/1 54/2
**GIRLZ [110]** 1/13 14/2 18/21 19/4 21/13 27/11 27/12 28/11 29/5 29/25 30/18 37/17 37/24 38/9 38/22 41/17 42/6 45/6 45/13 45/22 46/16 46/24 47/16 47/23 48/3 48/3 51/22 52/9 53/4 55/22 56/4 58/19 60/7 60/19 60/25 66/16 68/2 72/24 73/10 73/14 74/25 78/22 79/7 95/25 96/8 99/9 100/12 100/15 100/21 101/5 101/15 101/21 102/10 102/19 102/22 103/8 103/16 103/24 104/10 106/17 109/5 109/7 111/9 113/10 114/21 115/5 115/8 115/12 115/14 116/1 116/13 116/16 118/15 118/24 118/24 118/25 119/7 119/10 119/14 119/15 119/16 119/20 120/7 121/2 121/3 121/9 122/9 122/18 123/20 124/3 125/19 130/20 130/21 130/22 130/24 131/7 132/18 132/20 135/19 136/11 136/22 137/20 138/22 140/16 142/9 144/2 144/11 145/16
**Girlz' [12]** 38/17 24/25 41/10 41/18 41/24 42/17 62/25 78/23 79/8 101/8 124/12 137/4
**Girlz's [2]** 27/11 28/11

**give [15]** 4/20 5/9 6/13 6/19 12/21 12/22 19/10 25/9 33/11 60/3 63/2 83/9 93/9 112/9 112/14
**given [4]** 15/11 84/12 89/20 112/6
**gives [1]** 5/5
**giving [3]** 60/20 60/25 130/15
**glancing [1]** 92/5
**glasses [4]** 32/19 33/16 123/17 141/21
**glitter [1]** 143/10
**glittery [1]** 143/9
**glove [4]** 34/1 34/3 34/22 35/1
**go [42]** 4/19 8/13 16/15 17/12 17/7 19/15 24/6 24/13 25/17 27/6 32/24 33/23 46/17 51/16 53/24 59/24 62/15 64/8 69/10 72/23 75/17 83/2 88/1 88/4 92/6 97/4 98/17 108/6 111/22 119/22 122/21 123/14 124/19 125/10 125/12 129/5 133/18 134/2 138/18 138/24 139/6 145/22
**goes [9]** 20/2 36/25 37/1 45/23 46/2 51/18 73/22 84/10 97/25
**going [57]** 5/5 13/6 6/6 6/8 6/10 12/21 12/25 13/5 14/8 14/11 14/12 14/13 15/13 17/12 17/19 22/20 23/24 23/25 24/6 25/7 33/5 46/12 46/12 48/13 49/18 49/22 54/5 54/6 54/25 55/25 65/10 65/13 71/20 81/18 81/19 82/7 83/4 84/9 84/10 84/14 86/3 87/6 93/1 93/9 94/6 95/4 103/10 105/19 105/20 120/14 129/7 136/14 139/4 140/21 142/14 145/24
**gone [1]** 8/16
**Goo [2]** 32/7 32/7
**Goo-Goo [1]** 32/7
**good [12]** 4/8 4/10 4/11 4/12 4/14 15/5 15/6 15/10 27/25 92/22 123/17 145/8
**good-faith [2]** 15/5 15/10
**got [12]** 15/18 18/8 25/21 26/11 49/23 51/13 101/20 108/1 112/3 115/22 131/23 142/17
**goth [1]** 141/12
**Gotta [1]** 70/12
**government [2]** 21/12 97/16
**GRAND [1]** 1/12
**granddaughters [2]** 141/8 142/22
**grant [2]** 9/25 10/5
**granted [1]** 25/15
**grayish [1]** 63/20
**greatest [7]** 100/11 100/12 124/3 130/9 132/18 133/6 133/10
**green [18]** 2/11 4/13 7/7 23/13 24/16 46/24 61/22 61/25 62/9 62/12 62/17 62/21 64/8 64/10 64/19 64/24 65/6
**group [8]** 46/16 97/8 106/18 106/18 106/19 107/5 112/24 130/4
**groups [3]** 106/21 107/23 107/23
**Grrrl [2]** 108/1 108/3
**guess [5]** 11/22 13/8 13/9 122/19 128/6
**guitar [1]** 143/9
**Gurl [29]** 59/3 59/6 59/11 59/15 59/18 61/6 61/9 62/16 62/19 62/23 64/15 65/20 66/13 122/17 122/21 122/23 123/2 123/6 123/7 123/9 140/22 140/25 142/7
**guy [1]** 105/11

**H**

**had [53]** 10/4 10/24 13/8 15/3 26/8 27/16 40/7 40/10 41/24 43/16 43/25 47/9 47/11 48/9 57/3 57/10 57/17 58/6 63/6 66/16 66/17 68/9 70/3 71/12 71/21 80/16 86/19 87/20 88/3 91/3 95/2 101/10 101/11 103/24 104/14 105/4 109/9 122/5 124/1 127/7 127/21 128/1 128/13 128/21 128/22 128/25 129/2 132/7 132/8 132/11 132/12 132/18 144/13
**hadn't [1]** 69/16
**hair [34]** 61/19 62/12 62/12 62/17 62/21 62/24 63/5 63/6 63/9 63/12 63/24 64/14 64/16 64/17 64/19 65/2 66/17 66/18 71/9 72/8 72/14 76/17 77/23 101/16 101/21 102/21 104/11 122/20 126/9 139/24 141/12 143/3 143/8 145/11
**haired [1]** 105/11
**hairstyle [2]** 123/8 125/1

**hairstyles [2]** 122/7 126/1
**hairstyling [4]** 126/1 122/1 126/1 126/1
**half [9]** 15/17 16/7 40/11 66/8 66/8 69/14 69/14 71/24 71/24
**HAMPTON [1]** 2/12
**hand [5]** 7/4 90/7 123/14 125/20 125/21
**handed [10]** 6/22 13/22 18/12 18/13 18/17 18/21 19/24 75/23 89/19 137/16
**hanging [1]** 123/2
**happened [11]** 6/16 14/20 19/11 19/20 19/25 20/25 22/13 22/15 26/9 45/24 88/9
**happening [2]** 11/25 49/25
**happy [5]** 22/20 85/16 86/5 88/20 89/6
**hard [2]** 54/17 80/16
**harm [2]** 30/17 36/25
**HARRIS [29]** 1/10 4/5 4/15 9/6 12/3 12/22 16/20 26/10 81/22 83/8 83/13 94/14 94/18 94/25 95/2 100/19 103/8 104/6 104/14 104/25 105/5 113/13 115/10 118/10 118/10 118/15 118/19 118/23 132/18
**Harris's [4]** 124/2 124/12 136/3 144/14
**Harrises [3]** 73/14 100/12 119/7 125/18 130/23 135/19 136/11 144/10
**Hart [1]** 46/23
**Harvard [2]** 98/12 98/16
**has [54]** 4/16 4/17 4/19 4/23 5/22 6/16 7/23 10/16 12/15 19/19 25/11 34/22 35/1 36/3 37/14 38/14 54/22 63/12 63/13 64/3 64/4 67/1 69/14 71/7 71/9 71/24 72/8 72/11 74/1 76/17 76/20 76/23 77/23 78/1 78/6 80/6 81/5 85/25 87/10 89/10 89/23 106/14 107/25 110/18 112/9 114/15 117/11 123/2 123/3 123/8 125/12 135/21 139/17 145/11
**hasn't [1]** 42/22
**hate [1]** 65/22
**have [174]**
**haven't [5]** 7/8 8/20 9/1 10/12 11/15 13/10 17/3 17/13 65/15 88/25 91/8 91/16 92/19 94/23 139/23
**having [4]** 63/19 80/25 92/12 114/10
**he [42]** 6/17 18/19 19/1 24/14 34/3 34/4 34/18 60/14 60/16 60/19 65/13 78/16 81/3 81/3 81/4 81/5 81/6 81/7 82/7 82/8 82/23 83/5 83/6 83/13 83/17 83/17 83/18 83/19 84/1 84/5 84/6 84/10 84/10 84/23 86/1 87/13 88/5 88/12 135/21 137/22 137/24 138/14
**he's [9]** 83/1 84/9 84/9 84/14 84/15 86/3 93/5 94/22 136/15
**head [3]** 136/20 142/25 145/5
**hear [4]** 10/14 28/3 71/1 93/5
**heard [9]** 4/21 10/14 12/17 14/24 38/11 41/16 44/5 45/14 45/15
**hearing [2]** 12/11 38/12
**hearsay [1]** 65/11
**heart [1]** 21/5
**Heiress [1]** 36/12
**held [1]** 147/10
**help [3]** 43/21 97/9 99/25
**helpful [1]** 13/16
**Hepburn [5]** 32/25 33/3 33/14 33/18 33/21
**her [29]** 31/6 36/8 40/15 48/2 52/18 58/3 60/7 60/20 62/21 63/9 63/12 64/4 82/4 83/9 89/19 91/25 104/7 104/14 104/15 105/5 115/10 118/10 118/23 123/3 136/21 138/6 138/7 138/7 138/11
**here [39]** 11/25 22/1 24/16 30/6 35/23 35/25 42/20 44/20 45/22 45/22 47/22 53/25 54/1 56/3 58/16 80/9 83/18 87/5 90/2 92/10 95/2 95/5 95/21 104/6 107/12 113/22 114/13 117/25 118/10 119/9 121/21 122/15 122/20 123/1 124/10 124/21 125/16 138/19 144/18
**hereby [1]** 147/7
**hey [8]** 47/23 47/25 48/2 49/6 49/19 49/22 74/24 88/11
**hiding [1]** 5/6
**high [2]** 72/11 130/14
**highly [3]** 44/3 71/5 87/14
**him [13]** 24/12 65/8 83/22 84/18 85/1 85/5 85/7 85/9 88/3 94/15 95/5 137/7 137/11

**H**

Hino [1] 146/15
Hino-Spaan [1] 146/15
his [17] 24/14 64/2 64/7 65/5 81/3 83/7 83/7 83/16 83/20 84/12 84/12 84/16 135/23 137/3 137/13 137/24 138/14
history [1] 20/8
hold [1] 23/18
holding [1] 35/21
home [2] 110/11 110/11
Honestly [1] 46/7
Honor [119] 4/8 4/10 4/12 5/1 5/17 6/19 6/23 7/9 7/21 9/17 10/11 11/4 11/6 11/21 12/5 12/13 13/2 13/14 13/17 14/6 15/2 15/17 15/21 16/24 16/25 17/21 18/4 18/6 18/8 19/14 21/21 22/8 22/24 23/1 24/9 24/11 25/1 25/9 26/3 26/24 27/4 28/17 33/5 33/8 35/15 36/14 36/24 36/25 38/1 38/3 38/16 52/1 52/17 53/10 58/20 59/4 61/14 65/10 66/2 67/7 67/12 67/13 73/1 75/21 76/2 77/4 79/10 79/13 80/1 80/15 81/14 81/20 82/12 82/18 82/24 83/10 83/23 84/1 84/19 85/3 85/19 85/22 86/10 86/11 86/15 87/11 87/16 88/2 88/10 89/8 89/9 89/13 89/19 90/7 91/6 92/11 92/19 93/16 93/17 93/23 94/1 94/5 94/16 94/17 94/22 94/24 95/9 135/21 135/25 136/7 136/13 136/16 137/2 137/8 137/22 138/13 146/10 146/11
Honor's [1] 88/16
HONORABLE [1] 1/7
hot [1] 143/10
hour [3] 15/17 16/7 47/22
Houston [1] 2/13
how [31] 8/2 8/8 10/15 15/3 15/7 15/12 20/16 30/21 33/9 33/10 35/16 37/10 37/10 42/20 45/24 46/10 46/12 46/12 46/16 47/11 51/9 51/12 52/10 53/3 53/15 53/17 53/21 70/22 122/22 125/5 126/13
however [4] 14/16 27/14 85/8 137/25
human [1] 31/2
humans [3] 30/25 31/10 31/13
hundred [1] 59/4
HUSTLE [1] 1/12 1/13 57/2 57/10
hypothetical [1] 124/10

**I**

I'd [8] 76/2 77/4 77/6 78/3 86/5 88/1 88/4 131/22
I'll [7] 26/1 93/12 93/15 97/13 101/12 115/2 137/11
I'm [99] 5/4 10/13 11/24 12/18 12/21 14/8 14/9 14/11 14/12 16/5 17/14 17/22 18/11 19/14 20/24 23/24 23/25 24/11 24/21 25/7 25/14 26/3 29/13 29/19 29/23 30/1 30/23 34/24 35/24 38/11 40/15 41/12 42/14 43/12 45/17 48/24 48/25 49/11 49/16 49/21 50/10 52/3 52/15 52/17 53/20 57/22 58/25 59/4 64/5 65/17 67/3 67/21 68/6 68/12 68/25 70/7 70/21 71/4 71/8 71/14 71/14 71/16 73/16 74/6 74/21 75/12 75/13 75/19 77/5 77/8 81/19 82/1 82/5 85/11 85/16 86/24 88/20 89/6 93/8 95/21 97/6 100/20 102/5 105/19 109/5 109/7 109/9 109/18 109/19 111/19 112/14 116/9 116/10 118/21 120/14 136/16 136/25 138/5
I've [12] 18/21 88/17 89/19 89/20 97/20 97/22 108/1 111/7 125/16 125/16 142/22 145/20
I-N-D-E-X [1] 3/3
I-s-a-a-c-s-o-n [1] 95/15
icon [1] 70/11
idea [1] 105/20 106/21 114/16
identical [4] 72/20 72/21 122/25 123/2
identified [22] 103/8 103/16 103/23 103/24 104/14 104/15 105/4 105/5 124/1 132/18 135/8 138/22 140/14 140/15 142/8 142/9 143/25 144/1 144/10 144/13 145/15 145/16
identifies [2] 100/19 100/22
identify [7] 22/16 22/20 100/16 101/14 101/16 101/18 107/2
identifying [1] 105/10
ignore [3] 5/25 6/2 6/3

**II** [1] 146/15
illicit [1] 122/11
image [2] 84/23 98/24
imagination [1] 71/18
images [3] 67/1 70/3 85/22
imagine [2] 120/12 120/18
impeach [4] 83/22 84/18 85/5 85/7
impeachment [2] 83/25 84/16
implication [2] 90/4 92/1
important [4] 109/2 118/18 118/19 118/21
impression [1] 5/5
improper [7] 20/14 20/18 25/6 83/5 87/6 87/20 87/21
inaccurate [1] 87/14
inappropriate [2] 23/11 87/6
INC [3] 1/8 1/15 4/5
incentive [1] 112/7
inclined [3] 12/22 20/18 23/17
include [7] 97/15 97/17 101/15 101/16 101/20 125/25 126/1
included [1] 128/10
includes [3] 130/20 130/21 130/22
including [2] 45/9 97/25
inclusive [1] 1/16
inconsistent [6] 21/4 21/24 24/14 84/15 87/13 87/16
Incorrect [4] 41/15 71/22 76/9 77/19
Independent [2] 104/13 107/12
index [1] 93/20
indicate [3] 93/20 96/24 97/1 117/6
indicated [1] 10/5
indicating [2] 35/23 128/22
indicative [1] 117/16
individual [5] 31/23 93/11 106/1 107/3 118/11
industry [1] 44/4
inference [2] 5/7 5/19
inform [3] 19/9 21/9 21/19
informal [1] 117/21
information [3] 30/5 50/3 129/2
informing [1] 21/23
infringe [4] 21/15 27/10 28/10 105/2
infringement [9] 18/24 19/8 19/10 21/10 21/19 21/20 103/9 105/6 144/12
infringes [1] 21/15
initial [5] 69/2 69/2 69/10 69/13 127/25
initials [2] 106/13 106/15
inside [1] 63/17
inspiration [7] 62/18 62/21 64/2 64/7 65/5 67/4 70/16
Instagram [14] 81/16 82/5 113/23 115/3 115/10 117/22 117/25 127/2 127/7 127/13 129/18 135/12 135/16 136/23
instance [2] 18/23 50/2
instances [1] 4/19
instantly [1] 5/10
instead [1] 23/9
instruct [1] 4/23
instructed [2] 52/20 128/5
instruction [20] 4/20 5/2 5/8 6/15 6/19 8/11 12/6 12/10 13/18 18/7 18/14 19/21 20/24 21/22 24/9 87/7 88/16 92/3 93/9 94/8
instructions [6] 12/24 23/8 23/9 23/23 24/3 28/3
instruments [1] 106/21
intended [1] 51/20
intending [1] 17/15
intends [3] 81/1 81/5 83/19
interactions [1] 109/10
interest [2] 46/1 46/2
interested [3] 45/25 50/25 51/7
interesting [1] 20/6
internal [1] 44/17
internet [1] 47/25
interrupted [1] 101/7
interview [3] 100/4 111/15 111/16
interviewed [4] 100/5 110/14 111/14 124/16
interviewing [5] 109/1 109/5 110/24 127/23 128/5
interviews [15] 124/5 127/25 127/25 131/3

131/4 131/5 131/6 131/20 131/20 132/3 132/8 132/16 132/20 133/3 133/11 133/17
introduction [1] 17/18
invented [1] 29/25
invitations [1] 112/6
involved [6] 45/5 51/7 70/22 71/2 91/8 132/2
irrelevant [3] 23/5 24/22 26/16
Irvine [1] 2/8
is [361]
ISAAC [4] 1/15 4/9 78/10 80/5
ISAACSON [35] 3/13 80/6 80/21 81/1 82/7 85/25 94/20 95/10 95/11 95/14 95/19 96/9 97/3 98/8 100/9 100/23 101/25 102/17 104/3 104/17 105/17 107/2 107/20 112/15 114/5 119/25 121/20 124/8 127/19 131/8 137/3 137/18 138/3 144/3 145/17
Island [1] 50/23
isn't [8] 6/7 6/17 20/11 33/24 35/10 35/20 36/6 67/15
issue [29] 10/24 13/6 18/5 21/5 21/11 23/20 23/21 23/22 24/20 25/10 28/8 30/3 30/9 38/3 45/1 80/24 82/25 83/5 83/15 84/3 84/4 85/21 87/9 89/15 94/1 94/5 94/13 135/24 137/12
issues [15] 4/24 23/7 27/17 80/7 80/12 80/22 86/12 89/25 91/21 98/2 98/3 99/25 102/8 106/12 146/6
it [265]
it's [114] 5/18 5/25 6/2 6/5 6/23 8/24 12/11 15/24 16/25 17/3 17/15 19/16 20/2 20/14 21/7 21/23 21/23 22/21 23/9 23/19 23/19 23/21 33/17 34/21 34/22 34/25 35/3 35/23 36/3 39/18 43/7 44/3 46/18 46/24 47/13 49/16 53/22 54/17 58/16 59/5 62/14 62/14 63/7 70/23 71/25 72/3 72/17 75/10 76/9 77/19 78/3 80/12 81/13 81/14 81/15 83/1 83/16 85/5 86/1 86/23 87/5 87/14 88/22 89/3 92/15 93/4 93/4 93/8 94/6 94/15 94/25 106/3 108/18 110/4 110/13 111/16 112/3 113/16 113/16 114/9 114/12 115/5 115/22 115/24 115/25 116/2 116/9 117/25 116/9 123/2 123/10 124/24 125/7 127/4 127/4 127/5 129/11 130/24 131/11 131/19 133/14 136/4 136/13 138/5 141/16 146/6
item [3] 4/4 103/16 110/12
Item 1 [1] 4/4
items [4] 120/3 132/4 132/7 132/9
its [19] 19/10 35/12 50/22 76/23 76/24 78/6 78/7 139/20 139/24
itself [3] 105/25 106/4 117/11

**J**

jacket [3] 69/23 71/19 71/25
Jackson [5] 33/24 34/8 34/13 34/18 35/5
JAMES [1] 1/7
January [2] 124/5 124/6
JASON [1] 2/3
JK [2] 46/18 73/25
JOHN [5] 2/11 4/13 32/17 32/19 32/22
journal [1] 97/25
journals [1] 97/24
judge [4] 1/7 5/18 35/7 91/3
judgment [4] 11/6 13/15 27/9 28/9
judicial [19] 18/5 19/15 19/17 20/7 20/23 21/3 22/5 22/8 22/13 22/25 23/1 23/4 23/25 25/12 25/15 26/15 26/20 26/22 147/12
judicially [2] 22/6 22/11
jumps [2] 19/23 104/7
jurors [1] 6/22
jury [89] 4/3 4/21 5/9 11/1 11/2 12/11 13/3 13/6 14/22 18/1 19/7 22/7 22/10 23/5 23/7 23/24 23/22 23/23 24/1 24/7 24/23 24/23 27/5 27/24 35/7 37/18 80/8 80/14 82/5 87/4 87/9 87/13 89/2 93/25 95/7 95/8 95/19 96/12 99/3 102/1 102/10 102/16 102/24 103/4 104/23 105/9 105/17 107/2 107/9 107/20 108/9 108/25 111/5 111/24 113/22 115/20 116/21 117/4 117/17 118/6 119/5 119/25 120/11 121/20 122/22 124/21 125/5 125/20 125/23

**J**

**jury... [20]** 126/5 126/21 127/12 127/19 129/7 129/23 129/24 132/5 132/14 133/21 135/10 139/2 140/20 142/13 142/16 144/9 144/16 145/18 145/24 146/8

**just [126]** 5/11 5/13 5/20 5/25 6/6 6/14 8/4 11/24 13/11 14/12 14/16 16/8 16/8 16/13 17/2 17/6 17/12 17/22 18/8 19/17 22/24 24/11 27/19 30/17 34/9 34/21 34/25 40/15 45/13 46/17 46/21 46/25 47/2 47/21 48/5 48/10 48/20 48/23 49/24 50/7 52/10 52/21 53/3 53/17 54/6 56/22 65/1 72/15 79/20 82/1 82/9 82/21 83/4 84/9 86/23 87/4 87/14 88/8 88/22 89/2 93/3 93/18 94/6 94/24 101/25 101/25 102/5 102/9 102/19 102/20 106/3 108/3 113/18 114/9 117/4 117/15 117/17 120/19 120/22 121/16 124/11 124/13 124/23 125/20 125/23 127/13 128/7 130/8 131/1 132/14 134/6 134/8 134/13 134/17 134/20 134/24 135/3 135/9 137/8 138/15 139/9 139/13 139/15 139/19 139/25 140/10 141/2 141/6 141/10 141/15 141/19 141/23 142/3 142/20 142/23 143/1 143/15 143/21 144/9 144/19 144/21 144/24 145/3 145/6 145/9 145/17

**Justice [1]** 97/19

**JVS [2]** 1/10 4/4

**K**

**Karens [2]** 65/23 65/25

**keep [4]** 26/19 53/11 83/4 94/7

**kept [1]** 84/3

**KEVILLE [14]** 2/11 4/13 4/25 6/16 7/6 18/23 20/16 22/21 28/16 86/16 86/21 87/4 87/12 89/17

**Keville's [1]** 18/18

**kid's [1]** 134/10

**kind [10]** 6/18 31/2 54/22 55/9 67/15 86/25 109/25 110/22 121/3 121/7

**kinds [3]** 106/22 112/11 115/3

**King [1]** 32/18

**Knecht [1]** 125/7

**knee [1]** 72/11

**knee-high [1]** 72/11

**knew [3]** 45/25 81/23 82/21

**know [106]** 5/6 5/20 7/9 10/15 11/6 12/15 14/21 15/16 18/4 19/11 19/12 22/17 29/4 29/5 29/8 29/24 30/2 34/5 34/10 34/11 34/13 34/14 35/21 35/24 38/8 38/12 38/14 39/3 39/5 39/12 40/4 40/5 41/15 41/23 42/6 42/17 42/25 43/13 43/13 44/10 45/6 45/15 45/18 46/5 46/15 47/3 49/14 50/2 51/2 52/25 54/11 54/21 57/4 57/6 57/9 58/14 58/15 58/23 59/1 60/4 60/14 60/14 60/16 60/19 60/23 61/4 61/5 64/2 64/7 65/7 65/14 66/21 68/4 68/10 73/12 79/2 79/3 79/12 79/21 82/8 84/17 84/25 86/21 87/24 88/2 89/6 91/7 92/7 93/22 112/16 112/17 113/4 113/6 113/9 113/12 123/20 126/12 126/13 127/6 127/7 128/4 128/6 128/7 128/8 132/20 135/13

**knowing [2]** 15/16 113/15

**knowledge [4]** 43/13 55/9 55/10 140/3

**known [9]** 60/6 116/14 118/13 118/15 118/25 119/8 119/13 119/20 139/18

**L**

**L.O.L [52]** 30/12 49/23 50/1 55/17 73/10 73/18 74/12 76/9 76/13 77/19 95/24 99/8 108/9 108/14 108/16 111/9 114/20 120/5 122/23 123/15 125/12 133/24 130/10 130/11 134/9 134/13 134/15 134/17 134/20 134/25 135/1 135/3 139/10 139/13 139/14 139/16 139/21 140/10 141/3 141/6 141/15 141/23 142/21 142/24 143/7 143/15 143/17 143/21 144/19 144/22 145/4 145/7

**lack [4]** 96/24 117/6 117/8 117/10

**Lacks [1]** 52/13

**ladies [4]** 27/25 71/6 80/10 146/3

**Lady [9]** 4/22 5/10 32/9 32/14 62/17 67/23 67/24 67/25 68/1

**Lalaloopsy [1]** 74/1

**lapsed [1]** 55/6

**large [2]** 116/24 134/21

**larger [2]** 16/10 82/21

**LARIAN [15]** 1/15 4/9 18/19 18/24 22/21 24/12 78/10 78/14 80/5 95/9 98/24 112/15 112/18 113/4 124/11

**Larian's [1]** 22/9

**last [17]** 14/24 18/5 28/24 29/6 30/21 37/16 40/6 57/24 68/9 75/25 80/20 85/21 89/15 90/25 95/15 115/2 116/20

**late [1]** 28/5

**later [10]** 19/1 42/21 58/16 58/25 62/2 69/10 84/7 89/16 102/2 109/9

**law [2]** 24/25 97/15

**lawsuit [5]** 21/17 27/9 28/9 29/8 124/13

**lay [4]** 50/12 50/15 81/2 81/10

**layered [3]** 76/20 78/1 78/3

**leading [1]** 115/1

**learn [1]** 48/8

**learned [1]** 124/11

**least [5]** 71/6 96/19 96/25 109/22 110/7

**leave [6]** 6/20 9/24 9/25 10/5 13/11 110/4 110/16 135/9

**leeway [1]** 52/18

**left [18]** 43/17 44/1 55/16 63/8 72/6 107/24 108/12 108/13 108/17 121/23 121/24 122/8 122/15 123/14 125/7 125/20 125/21 134/2

**left-hand [3]** 123/14 125/20 125/21

**legal [20]** 23/7 23/21 23/22 24/4 24/20 24/24 29/16 38/12 39/20 40/13 43/9 56/5 57/19 57/24 58/7 79/21 96/19 96/12 102/7 115/23

**length [1]** 127/15

**let [6]** 37/17 93/22 112/14 124/10 126/4

**let's [25]** 12/23 17/24 32/5 32/16 32/24 33/23 38/19 38/19 48/17 52/5 53/7 59/3 66/5 77/1 86/18 90/14 95/7 96/22 108/22 112/21 120/18 120/22 121/16 122/20 123/3

**letter [5]** 73/9 73/15 78/21 79/3 79/6

**letters [3]** 125/14 125/17 125/25

**liability [7]** 7/22 9/1 9/10 9/12 9/19 10/10 110/1

**life [1]** 48/9

**lighter [1]** 62/14

**like [50]** 5/25 14/2 19/22 22/11 34/8 34/15 37/14 39/13 44/16 45/18 48/18 48/22 49/1 49/2 49/3 49/4 50/6 53/22 54/19 56/13 61/1 62/12 62/19 69/21 71/1 71/18 72/1 76/23 77/17 78/6 86/25 90/19 91/17 96/5 96/8 97/13 105/19 106/4 113/17 116/4 129/16 130/13 131/21 137/2 139/14 140/11 143/6 143/13 143/18 144/25

**likelihood [29]** 95/22 95/23 96/10 96/15 96/21 97/1 97/22 98/3 98/19 99/2 99/9 99/21 99/23 101/1 101/23 105/20 109/3 111/18 115/19 116/1 116/9 116/24 117/16 118/1 129/8 132/4 138/8 138/9

**likely [13]** 40/8 40/11 57/17 96/1 99/7 109/4 109/23 110/18 110/22 111/8 127/5 127/17 131/22

**likeness [12]** 27/11 28/11 31/22 37/19 78/24 79/9 96/3 96/4 96/6 119/13 122/17 122/18

**likes [1]** 83/18

**limitation [1]** 110/17

**limited [4]** 15/21 16/3 16/9 28/12

**limiting [2]** 9/9 88/23

**line [8]** 8/11 20/20 53/11 83/20 130/24 137/5 137/6 139/21

**line 14 [1]** 137/5

**line 7 [1]** 137/6

**lines [7]** 18/23 19/1 57/3 81/23 82/21 88/6 130/13

**lines 13 [1]** 39/7

**lines 6 [1]** 18/23

**link [6]** 45/10 45/21 45/22 47/22 47/23 48/14

**lip [1]** 63/17

**lips [5]** 63/14 63/18 63/18 63/19 63/24

**lipstick [1]** 64/4

**listed [1]** 91/4

**listen [1]** 47/12

**litigation [2]** 60/10 83/2

**litigations [2]** 24/7 24/21

**little [12]** 21/9 21/15 35/1 35/25 36/1 36/6 44/23 47/7 49/7 51/22 97/5 98/8

**live [1]** 112/12

**lived [1]** 110/2

**LLC [3]** 1/12 1/13 1/13

**LLP [3]** 2/4 2/7 2/12

**locate [1]** 108/19

**located [2]** 110/2 129/4

**location [3]** 113/17 115/3 118/14

**locations [3]** 116/14 118/8 120/5

**log [1]** 112/5

**LOH [5]** 2/3 4/8 7/25 20/9 88/11

**LOL [1]** 46/18

**LOLz [1]** 143/12

**long [3]** 15/1 15/12 74/2

**look [57]** 20/10 26/1 32/5 32/16 39/1 39/4 39/11 39/13 39/15 41/5 46/7 46/24 47/25 52/5 53/1 53/3 53/7 53/17 53/21 54/6 54/15 54/24 56/4 56/10 59/22 62/19 64/18 65/22 68/13 68/14 70/9 72/3 72/23 75/6 77/1 83/18 88/1 90/19 93/14 94/7 96/5 96/8 104/9 109/11 111/10 111/12 112/18 114/1 114/14 114/15 114/17 121/23 125/9 131/2 143/18 144/23 145/2

**looked [16]** 62/5 65/8 69/5 70/9 92/20 109/13

**looking [8]** 13/17 15/9 38/21 53/1 62/15 99/11 102/19 125/4

**looks [12]** 39/12 43/2 53/22 71/11 96/16 96/18 139/14 140/11 143/3 143/6 143/13 144/25

**Los [1]** 2/5

**lot [13]** 36/17 37/9 40/18 49/14 50/25 67/24 86/19 88/2 88/3 89/23 131/24 132/2 132/3

**Lousiana [1]** 2/13

**love [1]** 145/7

**loves [1]** 51/1

**lunch [1]** 146/2

**lyric [2]** 47/5 47/5

**M**

**ma'am [3]** 35/20 46/21 49/16

**made [25]** 7/22 10/3 10/16 12/10 14/2 18/20 21/6 23/13 68/5 68/6 68/10 69/14 74/23 87/21 91/25 94/23 99/13 99/17 116/6 120/21 126/12 127/25 134/25 140/5 143/6

**Maggie [10]** 56/14 56/20 56/22 89/23 90/1 91/3 91/11 91/14 91/15 92/24

**magistrate [1]** 91/2

**mail [17]** 45/16 47/3 47/14 47/22 48/7 65/18 65/22 70/9 70/13 74/24 89/20 90/20 90/25 91/4 91/7 91/8 91/19

**mails [2]** 65/15 69/18

**Main [1]** 2/7

**make [38]** 6/11 14/11 15/4 16/22 17/7 17/13 19/7 19/18 23/1 23/6 25/7 26/5 26/6 28/7 46/10 47/7 52/9 53/4 58/13 58/18 78/22 82/1 87/4 91/7 91/19 94/5 99/15 109/24 110/1 110/10 110/11 117/17 122/11 122/13 126/4 127/21 128/25 132/23

**Makers [1]** 139/13

**makes [43]** 10/9 12/6 46/19 91/19 116/3 120/17 120/19 120/21 121/11 121/16 130/7 134/6 134/12 134/16 134/20 134/24 135/3 139/9 139/12 139/15 139/19 139/20 139/25 140/4 140/10 141/2 141/6 141/10 141/15 141/19 141/23 142/3 142/19 142/23 143/1 143/15 143/21 144/19 144/22 144/24 145/3 145/6 145/9

**makeup [10]** 62/24 72/12 101/17 101/19 101/22 102/21 122/7 123/12 123/13 126/1

**making [10]** 18/21 21/25 23/16 45/21 79/7 87/18 110/13 118/22 121/3 145/17

**man [1]** 111/16

**mandate [1]** 22/5

**many [20]** 15/3 15/8 28/24 46/18 51/9 51/12

# M

**many... [14]** 70/22 73/22 74/16 85/8 92/12 92/15 92/16 112/9 115/24 115/24 115/24 115/24 131/19 132/10
**margin [2]** 131/17 131/18
**mark [4]** 2/6 4/9 70/10 142/4
**MARKED [2]** 3/8 3/15
**market [6]** 37/10 44/25 46/6 46/8 67/11 67/20
**marketed [1]** 48/22
**marketing [9]** 48/24 49/1 50/22 50/23 51/2 51/17 51/18 97/6 98/15
**marketplace [3]** 109/20 121/25 123/5
**markup [1]** 14/7
**Master [1]** 98/13
**match [2]** 65/2 128/15
**matched [1]** 129/2
**matches [1]** 109/25
**material [4]** 22/21 67/10 67/19 100/18
**materials [1]** 22/6
**matter [11]** 8/18 101/11 103/4 109/12 115/23 116/9 125/19 132/8 133/17 133/15 147/10
**matters [3]** 24/5 97/21 97/23
**may [27]** 14/6 15/2 22/24 24/21 25/9 28/17 28/18 53/10 53/12 75/21 75/22 79/14 80/4 82/8 82/12 90/7 91/25 92/17 108/16 114/19 123/20 132/20 137/7 137/14 137/15 137/22 143/6
**maybe [15]** 5/21 6/2 23/3 34/24 48/25 49/16 64/5 70/20 86/13 92/22 99/14 99/15 110/10 114/16 121/2
**MBA [1]** 98/13
**McDonald [4]** 135/16 136/10 136/21 137/19
**McDonald's [1]** 137/5
**me [34]** 4/9 10/3 12/2 15/3 16/25 17/15 17/17 19/23 25/17 43/1 46/20 48/2 63/8 72/3 72/22 81/25 93/6 93/22 99/25 100/23 106/6 108/18 108/20 112/10 112/14 112/24 115/24 118/21 120/4 122/17 124/10 126/4 129/9 133/11
**mean [9]** 23/4 24/13 67/3 74/6 83/24 85/16 92/21 99/10 101/3
**meaning [2]** 15/15 127/24
**means [2]** 113/14 131/21
**meant [4]** 31/22 33/13 33/20 65/25
**measure [21]** 99/11 100/3 100/10 101/1 101/4 101/24 103/7 105/20 106/6 106/15 106/22 115/19 116/1 116/19 116/23 118/1 120/15 123/22 131/10 133/15 133/16
**measured [21]** 105/3 105/13 105/14 106/3 106/9 106/10 106/18 107/3 107/4 107/11 107/22 108/3 109/16 109/17 109/23 121/6 122/4 132/4 132/12 132/15 133/8
**measures [6]** 95/23 95/25 96/4 96/16 96/17 99/6
**measuring [6]** 96/7 109/3 109/19 116/9 116/24 120/25
**meet [2]** 83/24 85/4
**mega [1]** 52/16
**Melendez [2]** 4/22 5/11
**member [5]** 115/5 115/11 115/11 130/22 131/7
**members [2]** 118/11 118/25
**memory [6]** 42/8 42/21 42/22 43/22 45/9 67/25
**men [3]** 111/15 111/19 111/20
**mention [1]** 115/2
**mentioned [22]** 26/9 30/23 47/13 99/5 101/10 107/22 111/7 116/24 117/15 118/8 120/1 121/8 127/23 130/12 130/19 130/20 130/21 130/23 130/23 131/7 136/3 145/12
**mentioning [2]** 130/11 136/10
**merchandise [1]** 120/6
**merely [1]** 25/16
**messages [1]** 67/6
**met [3]** 7/8 51/12 80/22
**metadata [1]** 68/8
**Metal [20]** 66/5 66/6 66/6 66/8 66/10 66/13 66/24 68/15 68/18 68/20 69/2 70/5 70/11 71/2 103/18 107/6 142/15 142/17 143/25 144/1
**metes [1]** 17/23

**methodology [8]** 81/6 81/8 82/8 83/6 114/6 118/19 132/19 133/1
**methodologies [1]** 118/17
**MGA [82]** 1/8 1/15 4/4 4/9 4/19 7/14 12/12 18/20 19/7 20/3 21/8 21/14 21/18 23/10 27/9 27/14 28/9 28/14 29/5 38/14 38/22 39/4 40/1 42/3 42/5 43/3 43/17 43/21 44/1 44/4 44/17 44/25 45/4 45/12 45/15 49/4 49/6 49/13 49/18 49/22 50/18 51/10 55/12 56/15 56/18 56/23 58/17 73/13 78/21 79/6 80/5 86/22 90/3 90/4 90/11 92/25 92/25 95/9 98/23 106/7 108/9 108/13 108/18 109/7 112/17 112/25 113/7 122/16 124/10 130/12 130/13 134/6 134/8 134/25 135/8 139/20 140/5 140/14 142/8 143/25 145/13 145/15
**MGA's [3]** 39/14 92/2 112/21
**mic [1]** 95/1
**Michael [5]** 33/24 34/8 34/13 34/18 35/4
**mid [1]** 80/9
**mid-morning [1]** 80/9
**middle [1]** 103/11
**might [24]** 24/5 24/24 36/21 37/12 50/21 52/10 52/16 53/3 53/17 53/21 53/24 72/23 111/16 115/4 115/8 115/12 116/25 117/2 130/12 130/13 131/10 131/11 131/14 133/7 130/12 132/20 137/3
**Millennial [7]** 49/24 74/17 76/8 76/10 76/12 77/18 77/20
**million [2]** 45/7 112/3
**millions [2]** 57/3 57/10
**mind [5]** 5/12 5/19 104/8 116/7 116/10
**minus [1]** 91/2
**minute [2]** 27/12 93/18
**minutes [1]** 30/18
**misappropriate [2]** 27/10 28/10
**misappropriation [1]** 37/19
**misheard [2]** 47/4 47/5
**misleading [3]** 84/23 87/14 87/16
**misrepresented [1]** 47/3
**Miss [2]** 104/13 107/12
**Miss Independent [1]** 104/13 107/12
**missed [1]** 57/14
**misstates [1]** 42/11
**mistakenly [1]** 99/12 99/14
**mistrial [2]** 88/15 94/9
**mixed [1]** 25/21
**MMR [1]** 97/7
**modified [1]** 68/9
**mom [1]** 51/18
**moment [1]** 17/22 47/6 79/14 137/12
**moms [4]** 50/18 50/22 51/4 51/6
**Monday [1]** 8/9
**money [3]** 9/6 9/9 110/9
**months [4]** 29/6 84/14 110/19 124/17
**mood [15]** 62/5 62/7 66/23 67/1 67/4 67/10 67/19 67/22 68/4 68/7 68/10 69/22 70/2 70/4 70/5
**moot [1]** 10/6
**more [22]** 6/13 15/5 15/9 50/12 50/15 63/20 67/22 70/18 70/24 71/1 97/21 97/23 101/17 103/20 107/14 111/15 112/3 118/16 124/16 131/1 132/8
**morning [18]** 4/8 4/10 4/11 4/14 12/17 27/6 27/19 27/21 27/25 28/5 38/11 80/9 80/23 86/25 87/9 87/13 90/18
**most [5]** 100/13 103/9 115/25 134/18 144/11
**mothers [1]** 65/25
**motion [7]** 9/13 10/3 10/14 11/14 11/15 87/3 88/25
**move [22]** 10/1 11/8 11/9 11/10 11/12 18/4 88/15 88/15 104/17 108/22 111/2 118/17 119/2 126/18 127/17 129/21 131/8 138/13 140/17 142/10 144/4
**moved [2]** 9/25 128/17
**movie [1]** 33/3
**moving [6]** 10/16 12/15 20/7 94/9 99/2 138/18
**Mr [6]** 87/24 88/11 95/2 112/15 112/18 125/7
**Mr. [42]** 4/25 5/15 6/16 7/6 7/7 7/23 5/18 18/18 18/19 18/23 18/24 20/9 20/13 20/16 22/9 22/21 22/21 23/13 24/12 24/16 28/16

**64/1 64/6 65/4 65/13 78/14 86/16 86/21 87/4 88/2 88/8 90/3 93/6 94/1 94/3 94/25 95/9 95/16 98/24 113/4 124/11**
**Mr. Borja [4]** 64/1 64/6 65/4 65/13
**Mr. Contreras [1]** 92/14
**Mr. Finkelstein [3]** 5/15 7/23 20/13
**Mr. Green [3]** 7/7 23/13 24/16
**Mr. Harris [3]** 94/14 94/18 94/25
**Mr. Keville [12]** 4/25 6/16 7/6 18/23 20/16 22/21 28/16 86/16 86/21 87/4 87/12 89/17
**Mr. Keville's [1]** 18/18
**Mr. Larian [9]** 18/19 18/24 22/21 24/12 78/14 95/9 98/24 113/4 124/11
**Mr. Larian's [1]** 22/9
**Mr. Loh [2]** 7/25 20/9
**Mr. Tregillis [1]** 16/8
**Mr. Wilson [2]** 88/2 95/16
**Ms [10]** 81/22 89/21 89/21 90/21 90/21 90/25 90/25 91/21 104/14 124/1
**Ms. [42]** 4/22 5/11 26/10 28/22 36/11 37/16 38/8 39/6 44/11 55/1 55/24 56/25 63/6 63/19 63/21 65/3 71/7 71/9 71/21 72/8 73/9 75/7 78/9 79/20 83/8 83/13 86/17 89/17 91/5 91/5 92/13 100/19 103/8 104/6 104/25 105/5 118/10 118/10 118/15 118/23 132/18 144/14
**Ms. Brenner [1]** 44/11
**Ms. Consorti [11]** 28/22 37/16 38/8 55/1 55/24 65/3 73/9 75/7 78/9 79/20 86/17
**Ms. Harris [9]** 83/8 83/13 104/25 105/5 118/10 118/10 118/15 118/23 132/18
**Ms. Harris's [1]** 144/14
**Ms. Melendez [2]** 4/22 5/11
**Ms. Pullins [4]** 56/25 63/6 63/19 63/21
**Ms. Pullins' [1]** 36/11
**Ms. Ranahan [1]** 91/5
**Ms. Rodriguez [1]** 72/8
**Ms. Stephens [1]** 92/13
**Ms. Tameka Harris [4]** 26/10 100/19 103/8 104/6
**Ms. Westmoreland [1]** 91/5
**Ms. Womack [3]** 71/7 71/9 71/21
**Ms. Wong [1]** 89/17
**Ms. Wong's [1]** 39/6
**much [22]** 33/8 42/8 51/21 63/20 65/23 78/5 82/21 82/24 101/6 108/13 108/21 111/1 111/21 123/6 123/9 123/10 124/18 126/17 127/9 133/17 144/3 145/21
**MULLIN [1]** 2/12
**multicolored [1]** 123/7
**multiple [3]** 37/23 38/8 116/13
**music [4]** 32/10 34/15 34/16 120/6
**musical [2]** 106/21 107/23
**musician [1]** 70/11
**my [67]** 5/18 11/20 12/13 15/10 33/20 34/24 42/22 46/1 48/7 48/25 49/16 49/16 51/14 53/9 55/9 55/10 55/11 58/16 64/5 67/18 79/5 79/14 85/15 86/22 87/21 89/20 90/20 90/25 91/19 91/20 95/14 95/15 96/4 96/25 98/10 99/23 100/10 101/23 102/5 102/8 102/24 103/3 103/4 103/7 105/4 105/14 112/20 113/23 116/8 118/9 120/1 121/6 121/22 123/16 123/17 123/23 126/24 133/3 133/5 133/8 134/10 135/1 136/25 139/11 139/22 140/5 142/22
**myself [1]** 37/8

# N

**name [31]** 27/11 28/11 34/6 37/19 55/15 60/6 60/6 60/12 60/15 60/20 61/1 74/11 74/23 76/7 76/9 77/17 78/23 79/9 95/12 95/13 95/14 95/15 97/7 98/1 106/8 106/8 115/18 115/22 115/22 119/13 141/21
**named [4]** 34/22 35/1 73/10 73/17
**names [6]** 73/22 73/23 74/5 74/8 74/9 74/16
**narrate [4]** 139/7 140/24 142/16 145/24
**narrow [1]** 22/22
**narrowed [1]** 27/12
**nationwide [3]** 119/10 119/17 119/21
**near [2]** 120/4 120/6

**N**

**nearly [2]** 103/4 103/5
**need [12]** 6/17 49/6 49/19 64/17 67/16 80/7
85/12 88/11 88/18 109/21 110/9 110/12
**needed [1]** 100/4
**needs [2]** 90/5 95/5
**neon [1]** 63/5
**neutral [3]** 112/2 113/17 114/11
**never [20]** 8/19 40/23 41/14 41/15 41/16
41/16 42/18 42/22 42/23 45/10 45/14 45/15
47/21 48/14 49/14 62/13 72/1 114/19 126/24
126/25
**new [6]** 12/17 20/23 48/9 62/25 72/24 81/1
**next [64]** 80/3 80/6 81/15 84/14 85/24 94/3
95/10 97/4 98/17 99/18 102/14 102/25 104/1
104/21 105/7 105/15 106/25 107/7 107/14
107/18 108/22 110/19 111/2 111/22 113/20
114/21 115/15 116/16 116/18 118/4 118/16
118/17 119/2 119/22 120/9 121/5 121/13
121/13 121/18 124/19 126/18 127/10 127/17
128/10 129/5 131/14 133/18 134/7 134/11
134/16 138/18 138/24 139/12 140/9 140/18
141/5 141/9 141/14 141/18 141/22 142/2
142/10 144/4 145/22
**niece [1]** 139/24
**nieces [1]** 135/1
**night [5]** 47/19 48/10 48/12 80/20 88/24
**nine [19]** 7/2 7/18 8/4 9/7 13/6 25/16 25/19
26/23 27/1 27/14 28/13 37/20 84/22 89/10
124/13 132/3 132/7 132/21 132/24
**nitpick [1]** 54/6
**no [100]** 4/23 5/4 6/11 6/11 7/8 10/1 10/24
11/18 11/18 11/18 12/4 12/20 12/20 16/12
20/17 20/19 24/13 24/19 25/4 27/9 28/9 29/24
30/14 31/18 31/23 32/18 32/20 33/1 33/20
33/22 33/25 34/2 36/10 38/25 41/6 41/13
42/18 45/8 45/11 46/20 47/24 48/1 48/4 49/5
56/8 57/5 57/8 57/12 58/13 58/18 58/22 59/7
60/23 61/3 61/15 62/21 63/20 64/9 68/3 68/23
69/18 69/24 70/6 70/8 74/23 76/3 77/13 79/5
79/23 79/24 80/1 83/10 83/12 86/15 87/23
87/25 89/23 91/11 91/12 93/2 94/5 94/11
94/21 94/21 94/21 112/22 114/7 114/23
117/16 124/16 135/22 136/16 137/10 137/24
138/9 138/22 140/15 143/25 146/11
**nobody [3]** 128/23 130/23 145/15
**nominated [1]** 102/3
**Nondisclosure [3]** 43/17 44/1 44/6
**none [6]** 3/6 23/25 40/6 40/7 87/15 142/8
**Northwestern [1]** 98/12
**not [231]**
**note [2]** 6/23 14/1
**notebook [1]** 54/24
**noted [1]** 9/23
**notes [2]** 6/21 86/22
**nothing [9]** 15/5 17/6 17/10 17/11 47/9 47/11
57/17 69/21 87/21
**notice [21]** 18/6 19/15 19/17 20/7 20/23 21/3
22/5 22/8 22/13 22/25 23/2 23/4 23/25 25/12
25/15 26/15 26/20 26/23 90/19 123/5 123/8
**noticed [2]** 22/6 22/12
**November [1]** 26/12
**November 30 [1]** 26/12
**now [52]** 5/18 5/22 5/25 6/1 6/25 7/16 8/17
8/21 9/2 9/11 10/16 13/3 14/7 14/14 15/11
17/1 20/11 20/22 23/4 26/16 27/11 46/15
58/16 61/6 65/11 68/1 77/1 80/18 80/25 83/3
86/12 86/18 89/1 92/2 93/5 93/12 94/11 95/4
99/22 100/14 104/11 104/25 105/10 108/19
120/14 125/12 129/7 131/24 132/20 133/6
136/15 136/25
**number [10]** 25/18 84/6 84/6 114/9 117/15
127/21 132/9 132/12 132/15 133/9
**numbers [2]** 96/22 96/24
**numerous [3]** 91/3 91/22 91/22

**O**

**O.M.G [31]** 19/4 48/23 49/23 49/24 50/1 50/7
50/18 55/17 66/12 66/15 74/16 76/8 76/10
76/11 76/15 77/18 77/19 77/21 95/24 99/8
100/2 100/14 104/22 105/9 123/25 123/25
126/4 126/17 128/14 139/20 139/24
**O.M.G. [1]** 139/21
**O.M.G./L.O.L [1]** 139/21
**oath [4]** 40/24 42/2 43/16
**object [8]** 20/21 21/21 23/11 65/10 88/5 88/19
92/2 138/13
**objected [2]** 87/20 88/2
**objecting [3]** 20/22 20/24 88/4
**objection [56]** 19/24 19/25 20/17 20/20 22/15
23/18 26/5 29/16 33/15 35/13 36/14
36/24 38/1 38/5 38/16 39/20 40/13 41/20
42/11 43/9 44/7 44/12 49/9 51/25 52/12 53/10
53/12 54/8 56/5 57/19 58/20 59/7 60/8 60/21
61/15 66/22 66/19 67/7 67/12 68/23 72/25
73/19 74/13 74/19 75/2 76/3 77/13 78/25
79/10 87/20 87/23 87/25 91/12 135/21 136/14
**objections [4]** 87/19 88/3 89/24 91/20
**obtained [1]** 140/24
**obviously [5]** 10/8 47/7 86/19 112/13 114/22
**occurred [1]** 94/10
**odd [1]** 115/22
**off [6]** 15/8 48/9 48/11 48/12 93/1 136/20
**offer [13]** 23/24 26/6 59/6 61/14 68/22 76/2
77/4 77/6 81/1 83/6 83/19 84/5 86/3
**offered [6]** 9/23 10/4 10/6 10/12 135/18
135/22
**offering [1]** 20/24
**offers [1]** 22/4
**Office [1]** 97/18
**often [2]** 41/2 96/19
**oftentimes [2]** 96/20 97/12
**oh [7]** 20/10 46/24 53/18 53/22 53/24 108/6
136/17
**okay [47]** 5/25 6/21 10/23 13/3 25/20 28/22
30/19 30/20 31/3 33/16 33/23 36/6 36/9 37/23
41/7 45/3 48/17 55/12 61/8 62/5 67/18 68/19
74/4 74/7 74/11 75/17 76/17 76/23 77/1 77/23
78/6 78/20 80/2 80/20 82/3 83/15 84/8 86/8
86/9 98/23 102/9 102/12 115/17 124/7 129/18
138/1 146/12
**old [3]** 36/12 67/2 109/22
**older [1]** 46/8
**OMG [140]** 1/13 14/2 18/21 19/4 20/11 21/11
21/13 27/10 27/11 27/12 28/10 28/11 29/5
29/25 30/18 36/12 37/6 37/17 37/24 38/9
38/22 38/23 40/20 41/10 41/17 41/18 41/24
42/6 42/17 45/6 45/13 45/21 45/22 46/16
46/18 46/24 46/25 47/16 47/22 48/3 48/3 50/8
51/22 51/23 52/9 52/9 52/16 53/4 53/4 55/15
55/21 56/3 56/4 58/19 60/16 60/19 60/25 62/25
66/16 68/1 72/24 73/9 73/14 74/25 78/21
78/23 79/7 79/8 85/24 95/25 96/8 99/9 100/12
100/15 100/21 101/5 101/8 101/15 101/21
102/10 102/19 102/22 103/8 103/16 103/24
104/10 106/14 106/17 109/5 109/7 111/9
113/10 114/21 115/5 115/8 115/12 115/13
116/11 116/13 116/16 118/14 118/24 118/24
118/25 119/17 119/10 119/14 119/15 119/16
119/20 120/7 121/2 121/3 121/8 122/9 122/18
123/20 124/3 124/12 125/19 126/1 130/19
130/20 130/22 130/24 131/7 131/7 132/17
132/20 135/19 136/11 136/22 137/4 137/20
138/22 140/15 142/9 144/1 144/11 145/16
**OMG's [1]** 21/12
**once [6]** 22/11 45/25 48/7 56/11 73/9 129/9
**one [85]** 13/20 16/16 16/18 16/21 18/9 19/23
20/3 21/14 22/3 22/20 24/16 25/13 25/13 26/7
26/25 27/16 34/1 34/3 34/22 35/1 35/25 36/4
38/19 45/9 46/22 48/19 53/22 53/7 53/25
54/15 59/13 70/12 71/1 71/8 71/9 75/17 75/18
75/20 77/7 77/9 77/17 78/18 79/20 84/25 89/5
92/21 95/6 96/16 96/18 98/13 100/13 100/23
101/1 101/13 101/17 105/10 105/24 106/12
106/18 107/5 107/14 109/11 109/15 109/19
111/16 115/2 115/25 116/6 116/13 117/5
117/6 118/8 119/9 120/1 122/18 123/11
123/15 123/16 124/2 131/1 132/6 134/10

**P**

**pace [1]** 15/9
**pack [2]** 55/2 105/12
**package [29]** 37/21 54/13 105/13 106/3 106/4
106/8 106/10 106/14 107/12 107/13 107/13

76/11 76/15 77/18 77/19 77/21 95/24 99/8

139/10 144/11 144/14
**one percent [20]** 87/2 118/7 118/8 118/9
**ones [4]** 12/14 26/20 54/19 143/18
**online [4]** 81/1 81/8 110/11 120/4
**only [32]** 7/14 7/22 9/6 9/18 10/10 10/18
13/24 14/13 14/14 14/9 15/25 20/15 26/14
27/13 28/12 37/8 37/17 44/17 45/5 45/14 53/8
54/21 56/11 57/1 72/13 89/10 111/15 118/14
119/20 123/25 125/13
**Oops [2]** 123/16 123/16
**open [1]** 15/22
**opened [4]** 4/16 4/18 5/24 136/1
**opening [4]** 12/16 20/9 124/11 124/14
**operate [1]** 128/1
**operating [1]** 128/1
**operative [3]** 7/19 9/3 9/10
**opinion [3]** 40/3 56/20 133/8
**opinions [6]** 80/12 81/1 83/7 85/25 135/22
146/5
**oppose [2]** 10/15 11/14
**opposed [2]** 9/24 10/6
**opposing [2]** 80/16 89/20
**opposition [6]** 15/23 16/2 16/11 16/18 17/17
17/20
**options [1]** 128/6
**oral [2]** 10/3 10/14
**orange [2]** 23/2 77/25
**order [3]** 27/18 44/25 75/11
**original [2]** 17/12 125/2
**other [54]** 4/19 6/24 7/17 7/24 8/7 13/7 14/15
17/4 18/6 21/15 21/19 23/10 24/4 24/17 24/21
36/22 37/25 38/10 38/15 40/4 43/22 45/17
46/22 54/19 65/19 68/8 69/11 71/2 71/23
73/25 77/17 78/18 81/24 86/12 95/25 98/3
101/16 104/15 106/19 109/12 109/17 116/4
116/5 116/17 116/18 120/21 120/24 121/3
122/18 128/9 130/13 133/4 133/12 135/13
**others [4]** 38/4 50/5 61/1 115/25
**Otherwise [1]** 22/12
**our [35]** 8/1 8/9 8/14 9/18 9/23 10/9 11/9
11/16 11/19 12/6 13/15 15/21 15/22 15/23
16/2 16/9 16/10 17/8 17/10 17/18 18/8 20/11
24/8 24/12 25/2 44/22 46/1 47/4 47/8 47/8
47/9 54/11 80/9 97/9 97/14
**out [46]** 5/7 5/12 5/13 12/1 19/23 25/3 25/13
26/19 27/18 45/18 47/9 49/4 49/5 64/15 72/5
73/23 74/4 74/6 78/22 79/8 81/10 82/2 84/3
85/5 85/15 85/15 86/5 94/22 104/7 108/8
120/17 120/19 120/21 120/22 121/4 121/12
121/16 130/7 131/1 131/5 132/16 135/6
140/13 142/6 143/17 145/14
**outfit [15]** 38/24 40/21 40/25 41/11 41/19
41/24 42/17 54/1 54/2 54/12 56/11 57/17
141/12 143/9 143/18
**outfits [8]** 38/23 41/8 41/16 42/7 55/19 56/3
56/25 57/6
**Outrageous [7]** 49/23 74/16 76/8 76/10 76/11
77/18 77/20
**outside [7]** 51/15 52/19 74/16 80/7 102/8
122/3 132/24
**outstanding [1]** 94/13
**over [11]** 19/8 21/8 28/24 45/7 71/12 71/16
85/16 86/5 110/6 123/15 123/16
**overall [1]** 100/25
**overlay [1]** 54/17
**Overruled [27]** 29/18 33/11 35/18 37/2 38/6
40/16 42/13 43/11 49/10 52/2 52/14 53/13
54/10 56/7 57/21 58/21 60/9 66/20 67/14 73/3
74/20 75/3 79/1 79/11 136/18 138/18 138/19
**oversaw [2]** 59/17 64/3
**overseeing [1]** 65/7
**own [7]** 8/12 11/9 47/8 110/9 128/23 129/16
130/2

**P**

package... [18]  107/15 107/16 107/24 108/2
108/3 108/4 108/12 108/15 108/17 109/18
120/13 120/14 122/3 124/24 125/6 125/11
125/11 125/13
packages [10]  54/11 84/22 106/18 106/20
107/23 108/8 108/12 122/2 130/17 130/18
packaging [2]  54/22 106/9
page [14]  19/23 25/16 32/16 32/24 33/23
70/10 81/22 83/20 114/3 117/22 127/6 137/5
137/5 147/11
page 115 [1]  83/20
page 158 [1]  137/5
page 159 [1]  137/5
page 18 [1]  32/24
page 6 [1]  70/10
page 85 [1]  81/22
pages [1]  91/5
paid [2]  98/20 98/23
paint [2]  64/13 65/1
pair [3]  105/10 105/13 105/14
paragraph [9]  3/16 25/16 25/19 26/23 26/25
27/2 119/9 119/11 119/14
part [15]  17/6 25/14 71/14 71/18 71/25 85/22
106/15 109/2 118/9 123/24 123/25 125/17
133/2 138/18 139/20
participants [1]  84/24
participate [2]  128/3 128/12
participated [1]  139/5
participating [4]  138/10 138/10 138/11
138/12
particular [6]  81/4 86/2 96/5 99/17 106/11
114/23
particularly [3]  5/12 6/8 123/13
parties [2]  9/6 12/3 12/22 13/8 14/20 14/21
16/20 18/20 109/10
parties' [1]  4/15
parts [2]  43/21 43/22
party [2]  24/4 47/19
party's [1]  20/14
pass [3]  13/19 79/13 79/24
passed [2]  19/21 88/19
past [2]  20/25 115/11
pasted [1]  114/22
pasties [3]  36/7 36/9 36/10
Patent [1]  97/17
path [2]  5/13 6/7
PAUL [2]  2/3 4/8
Pause [1]  93/19
payment [1]  110/12
pending [1]  20/8
people [56]  21/12 30/22 36/21 37/5 40/2 40/4
41/8 46/5 46/23 49/14 50/23 50/25 51/16
70/18 70/22 71/2 73/6 81/24 84/22 96/5 96/6
107/5 109/5 109/8 109/9 109/25 110/2 110/14
111/8 112/3 112/9 112/12 112/16 112/18
112/24 112/25 113/3 114/11 114/16 115/4
115/4 115/7 115/12 116/7 128/2 128/11
128/13 128/15 130/1 130/5 130/11 130/15
131/17 133/24 138/12 140/21
percent [20]  59/5 96/19 96/20 111/19 111/19
117/2 117/5 117/6 117/7 117/9 117/14 129/12
130/14 135/7 140/14 140/15 142/8 142/9
143/24 145/15
percentage [5]  96/14 96/19 116/22 116/23
131/13
percentages [1]  96/18
perfect [1]  6/5
perfectly [1]  11/2
performances [1]  119/16
Perhaps [2]  13/11 89/12
permission [6]  99/16 116/5 121/7 121/9
121/12 121/15
person [4]  45/18 50/12 50/15 52/15 57/13
85/18 92/7 96/5 96/6 121/15 131/6
personal [1]  92/1
personally [2]  89/5 97/20
pets [1]  44/24

photo [5]  41/10 41/18 41/24 42/6 42/17
photograph [1]  41/23
photographs [1]  41/25
phrase [2]  114/13 114/14
phrased [1]  114/14
phrasing [2]  104/8 120/17
Piano [1]  32/18
picked [3]  51/21 60/12 64/15
picture [4]  33/2 38/21 70/6 71/5 72/5 77/11
102/18 103/12 103/13 103/15
pictures [10]  41/8 48/23 51/22 67/23 81/15
114/1 114/18 114/20 114/21 114/22
pie [1]  82/1
piece [2]  69/16 69/19
pieces [1]  69/15
pink [8]  66/8 66/17 72/8 72/12 72/14 77/24
77/25 143/10
pizza [2]  35/12 36/4
place [1]  41/4
places [2]  71/23 134/15
plainer [5]  123/6 123/9 123/10 125/1 125/1
plainest [2]  114/24 126/15
Plaintiff [2]  1/9 2/2
plaintiffs [1]  102/3
plaintiffs' [3]  3/5 3/7 11/11
plan [2]  17/16 84/13
play [5]  34/15 39/6 46/12 56/13 110/5
played [3]  34/16 39/8 56/16
playing [2]  8/14 110/8
pleading [1]  25/19
please [58]  4/6 18/16 52/21 80/3 80/10 86/7
95/7 95/12 97/4 98/17 99/2 99/18 99/20 101/8
102/14 102/16 102/25 103/2 104/1 104/3
104/21 104/23 105/7 105/9 105/15 105/18
106/25 107/7 107/18 108/23 108/25 111/3
111/22 113/20 115/15 115/20 118/4 119/3
119/22 119/23 120/9 120/11 121/5 121/18
126/19 129/5 129/21 129/24 133/19 133/21
138/25 139/7 140/18 142/11 144/5 144/16
146/4 146/7
plus [5]  10/19 14/4 27/13 28/13 110/15
PMS [1]  61/19
point [11]  5/12 7/3 62/18 85/4 93/6 108/8
111/7 119/19 127/13 131/1 135/13
points [2]  85/1 112/7
poll [1]  84/11
polls [2]  81/12 81/13
poofy [2]  29/21 29/25
pool [1]  84/7
popular [1]  46/19
popularity [2]  119/11 119/17
population [1]  83/16
portion [1]  133/6
position [8]  20/15 24/4 24/16 24/20 24/21
56/18 92/2 123/4
positions [4]  21/4 21/24 24/17 24/24
possibility [1]  19/3
possible [7]  9/15 55/23 89/6 106/3 111/16
131/9 131/11
possibly [2]  126/15 126/15
post [15]  82/5 112/21 113/23 113/25 114/23
115/1 115/10 115/12 117/25 127/2 127/5
127/13 129/18 135/12 136/23
posted [7]  113/24 115/3 115/5 115/9 115/13
117/22 127/7
posting [1]  125/22
posts [5]  81/4 83/10 114/2 127/5 135/17
potential [5]  18/7 24/2 24/23 94/8 114/15
potentially [3]  8/4 24/22 106/7
practical [1]  135/24
pre [1]  20/24
pre-objecting [1]  20/24
Precisely [1]  92/11
preexisting [1]  129/2
prepare [1]  92/9
presence [2]  14/22 80/7
present [13]  4/3 12/22 14/22 17/16 27/15
27/24 28/14 80/14 93/25 95/8 111/5 111/17
146/8
presented [2]  92/7 106/20

presenting [1]  92/13
president [1]  92/22
PRESIDING [1]  1/7
pretested [1]  127/24
pretty [5]  1/12 34/3 67/1 116/2 130/16
previewed [1]  135/23
previously [4]  28/19 40/24 41/23 84/5
principle [2]  114/10 126/23
prior [4]  4/16 38/2 84/2 124/7
probability [1]  138/10
problem [2]  6/3 85/1
procedurally [2]  11/25 12/2
procedures [1]  127/24 128/9
proceeding [2]  84/2 124/7
proceedings [4]  1/19 26/17 93/19 147/10
process [3]  69/9 87/18 108/25
Prodigy [1]  112/5
produce [2]  97/25 98/1
produced [2]  96/17 143/6
product [6]  121/3 135/8 140/15 142/8 143/25
145/15
products [4]  46/19 55/10 120/21 120/24
139/17
professional [1]  97/5
Prologic [1]  84/10
prominent [1]  134/18
proof [1]  26/6
proper [5]  23/23 81/7 82/9 117/12 117/25
properly [1]  117/19
proposal [1]  7/10
propose [3]  4/20 6/24 94/8
proposed [7]  8/8 8/10 10/9 13/18 18/14 80/21
88/13
prototype [3]  69/6 69/7 69/11
provide [2]  110/12 133/14
provided [5]  12/3 116/5 129/1 130/5 134/4
public [1]  67/15
publicized [3]  57/1 57/7 71/5
publicly [1]  83/11
pull [2]  64/19 95/5
pulling [1]  82/1
Pullins [5]  56/25 62/25 63/6 63/19 63/21
118/13
Pullins' [1]  36/11
punk [4]  70/4 108/1 108/3 142/5
purchase [10]  37/14 99/7 109/23 109/25
110/10 110/11 110/11 110/13 110/19 110/22
purchased [1]  139/16
purple [7]  63/14 63/18 63/19 63/20 63/24
71/9 77/25
purported [1]  114/5
purpose [22]  22/13 24/15 24/18 24/20 26/4
26/20 81/25 99/3 100/24 100/25 114/22 127/1
purposes [1]  110/17
pursuant [1]  147/7
put [37]  5/11 5/23 8/13 11/1 11/2 12/8 17/4
17/6 17/8 17/9 31/6 31/14 31/16 31/20 32/11
33/2 36/3 48/19 49/5 49/19 49/23 50/2 52/6
52/21 58/3 59/23 62/2 63/2 63/10 64/20 75/4
82/10 84/25 116/16 120/21 126/14 131/13
puts [7]  49/4 120/17 120/19 120/22 121/12
121/16 130/7
putting [2]  17/17 121/4
puzzles [1]  140/12

**Q**

qualify [3]  110/20 110/23 128/4
quality [2]  128/10 128/11
Queen [2]  32/7 34/7 34/23
Queens [3]  54/20 54/21 78/14
question [58]  5/22 13/14 14/19 27/8 31/15
31/20 33/20 34/24 37/3 42/14 42/16 42/20
48/25 49/16 52/19 52/20 52/21 53/20 58/16
64/5 67/18 70/10 79/5 79/20 81/16 82/13
82/14 85/15 100/24 104/7 104/9 112/20
113/24 113/25 114/3 114/13 120/16 120/23
121/10 121/13 121/14 128/7 128/11 128/11
130/6 130/6 130/10 131/16 133/7 134/1 134/3
136/7 139/8 142/4 142/19 143/5 143/11

## Q

**question...** [1] 144/18
**questioning** [4] 18/18 19/25 20/20 22/9
**questions** [18] 22/3 28/24 30/18 53/11 79/24 80/1 87/22 88/5 90/18 116/4 116/10 120/15 120/20 120/25 128/2 130/1 134/12 136/1
**quick** [1] 27/16
**quickly** [1] 128/19
**quite** [4] 87/17 15/14 20/6 25/10
**quotes** [1] 119/18

## R

**race** [2] 83/17 111/13
**races** [2] 83/20 111/14
**Rachel** [8] 44/5 46/23 47/3 47/13 47/15 47/18 47/18 74/23
**Rainbow** [1] 130/14
**rainfall** [1] 23/2
**raise** [1] 86/13
**raised** [3] 38/3 83/8 83/8
**ran** [2] 131/9 131/12
**Ranahan** [4] 89/21 90/21 90/25 91/5
**range** [11] 89/25 91/21 96/20 96/23 96/25 116/25 117/15 129/11 129/12 129/13 133/8
**rare** [1] 50/21
**react** [3] 46/13 52/10 53/3
**reaction** [2] 52/5 82/13
**read** [4] 137/2 137/8 137/22 138/15
**reading** [1] 102/24
**reads** [1] 84/21
**ready** [1] 92/20
**real** [4] 105/21 105/24 106/23 114/19
**real-world** [1] 105/21
**realize** [3] 47/11 115/5 115/12
**really** [7] 5/25 12/20 23/19 48/10 54/17 96/6 122/19
**reask** [1] 77/9
**reason** [13] 6/18 20/9 20/15 25/3 43/25 53/9 83/12 109/14 114/23 131/19 132/23 132/24 133/2
**reasons** [5] 114/9 116/13 133/4 136/24 137/1
**rebut** [5] 5/6 16/1 16/20 16/22 17/6 17/11 17/20
**rebuttal** [17] 14/21 15/12 15/18 15/22 15/22 15/24 16/3 16/6 16/9 16/9 16/10 16/12 16/12 16/20 17/9 17/15
**rebutting** [2] 17/1 17/3
**recall** [21] 5/10 31/3 31/24 40/9 40/10 40/17 40/24 41/2 41/4 41/6 41/7 42/1 43/20 59/22 62/4 78/17 78/19 79/2 88/4 135/18 136/12
**received** [21] 3/8 3/15 4/15 26/24 27/2 59/8 59/9 61/16 61/17 68/24 68/25 73/9 76/4 76/5 77/14 77/15 78/21 79/6 80/21 119/15 121/12
**recess** [5] 27/23 93/24 146/3 146/12 146/14
**recognition** [1] 119/15
**recognize** [5] 34/18 34/20 55/2 55/12 75/25
**recognized** [1] 22/14
**recollection** [7] 58/10 137/3 137/13 137/18 137/25 138/3 138/14
**record** [10] 4/7 6/11 6/14 8/24 14/11 20/22 94/11 94/11 95/13 137/23
**recorded** [1] 128/17
**RECROSS** [2] 3/5 3/11
**recruited** [2] 111/25 112/1
**REDIRECT** [3] 3/5 3/11 79/18
**reduce** [2] 127/22 132/12
**reduced** [1] 132/20
**reducing** [1] 132/14
**refer** [5] 41/2 101/12 102/7 106/7 131/17
**reference** [1] 70/21
**referencing** [1] 134/18
**referred** [3] 82/4 102/10 108/2
**referring** [8] 71/14 71/16 81/7 81/8 104/10 104/25 105/11 145/18
**refiled** [1] 26/11
**refiling** [1] 26/11
**reflect** [1] 114/24
**reflective** [1] 112/25
**reflects** [1] 14/10

**refresh** [4] 58/10 137/3 137/18 138/14
**refreshed** [2] 137/24 138/3
**refreshing** [1] 137/13
**refused** [6] 38/14 86/22 87/3 88/7 88/13 89/2
**regard** [7] 4/16 4/21 5/10 13/23 27/7 87/9 94/14
**regarding** [1] 30/19
**regardless** [1] 111/12
**regulations** [1] 147/12
**relate** [3] 33/10 94/3 138/7
**related** [3] 33/6 49/15 86/14
**relates** [2] 86/16 94/4
**relating** [3] 98/2 98/3 98/5
**relayed** [1] 6/21
**release** [2] 94/15 94/24
**released** [3] 59/20 66/10 66/13
**relevance** [2] 26/5 86/1
**relevant** [11] 7/1 19/17 19/18 20/2 21/13 23/1 24/5 81/24 82/22 133/1 133/3
**reliable** [2] 101/4 136/25
**relied** [2] 100/13 118/9
**relief** [2] 7/15 16/14
**remaining** [1] 11/17
**remains** [1] 7/20
**remember** [30] 15/7 26/7 32/7 37/16 37/20 40/22 42/24 43/18 48/13 50/12 50/16 57/3 58/1 58/2 58/8 58/14 63/15 64/25 68/1 68/8 72/23 74/2 78/12 78/18 80/10 106/12 136/20 136/23 137/1 146/4
**remind** [5] 116/21 125/20 129/9 132/14 144/9
**reminding** [2] 6/1 125/23
**Remix** [5] 49/24 103/13 107/24 108/14 108/16
**removed** [8] 122/5 125/17 126/5 126/6 126/9 126/11 128/15 128/19
**renamed** [2] 73/10 73/17
**rendered** [1] 85/25
**repackaging** [1] 55/10
**repeatedly** [6] 9/18 10/22 12/8 38/4 38/14 89/17
**repercussions** [2] 9/16 11/7
**replicate** [2] 105/21 124/14
**replicating** [1] 106/23
**report** [3] 83/7 102/9 135/23
**reported** [3] 100/5 146/15 147/9
**reporter** [9] 87/9 90/24 91/10 91/18 92/4 92/17 92/18 98/1 147/17
**REPORTER'S** [1] 1/19
**reposted** [1] 115/10
**represent** [2] 30/21 111/11
**representation** [10] 30/23 31/2 31/11 31/12 32/13 32/21 33/14 33/18 33/21 55/18
**representations** [2] 30/25 31/10
**representative** [9] 39/3 39/10 39/14 39/25 43/3 56/15 56/23 84/11 102/22
**represented** [2] 81/5 81/9
**represents** [1] 112/11
**request** [10] 8/20 8/21 9/14 18/5 19/15 20/23 24/8 25/15 88/23 88/24
**requesting** [1] 126/25
**require** [1] 29/3
**required** [1] 22/4
**requires** [1] 10/7
**reran** [1] 131/21
**reread** [1] 87/12
**research** [8] 97/6 97/8 97/9 97/12 97/25 98/1 114/10 114/11
**resigned** [2] 29/6 29/9
**resolve** [2] 12/25 13/5
**respect** [4] 8/23 16/13 94/17 98/21
**respected** [1] 116/1
**respond** [4] 81/18 81/19 82/12 110/20
**responded** [2] 17/8 17/13
**respondents** [1] 142/6
**responding** [2] 17/2 17/5
**responds** [1] 104/10
**response** [14] 6/25 26/24 27/8 114/3 127/5 130/6 131/6 133/25 139/9 139/13 139/14 139/16 142/20 142/21

**responses** [19] 109/8 112/17 114/2 129/23 129/25 130/6 130/11 130/25 130/25 135/9 139/4 139/6 139/7 140/21 140/24 142/14 142/17 144/6 144/17
**responsible** [2] 78/20 79/6
**responsive** [1] 82/10
**rest** [4] 9/1 9/21 111/19 111/20
**results** [10] 100/6 129/8 131/9 131/10 131/11 131/22 132/24 133/12 133/13 138/21
**retail** [1] 107/17
**retained** [3] 97/20 97/21 97/22
**returning** [1] 100/7
**reunion** [1] 66/16
**reveal** [1] 44/2
**review** [2] 93/15 100/8
**reviewed** [3] 92/19 99/24 100/7
**reviewing** [2] 90/17 92/17
**revised** [1] 8/8
**revisit** [1] 88/18
**reward** [1] 112/7
**Rhode** [1] 50/23
**RICHTER** [1] 2/12
**rid** [1] 8/6
**right** [86] 6/3 6/19 7/13 9/2 9/20 10/11 12/12 14/5 15/4 17/1 17/21 19/1 30/1 31/4 32/12 32/17 32/19 33/16 34/13 35/7 35/23 35/25 37/21 37/21 39/17 40/21 43/19 43/25 45/19 46/13 47/16 50/19 51/9 51/19 51/24 54/3 60/16 61/20 62/10 65/3 65/20 66/1 67/2 70/12 71/13 71/15 72/12 72/15 72/16 73/16 75/17 78/4 78/9 78/20 80/7 80/25 85/19 85/19 88/10 93/12 99/1 102/13 103/19 104/12 108/5 108/15 108/19 108/20 111/1 113/19 114/2 114/21 118/3 119/1 122/9 124/18 126/17 127/9 127/15 129/20 133/17 134/4 137/11 138/24 140/3 140/17 142/16
**rights** [4] 122/10 125/19 125/24 125/25
**ripoff** [1] 104/8
**RJN** [1] 25/9
**Rob** [1] 4/13
**ROBERT** [1] 2/11
**rock** [1] 143/17
**rocker** [4] 70/4 108/1 108/3 143/9
**Rodriguez** [2] 72/8 118/12
**Roller** [4] 55/2 55/13 77/1 77/11
**roots** [2] 63/5 63/7 63/13
**rough** [2] 67/1 89/4
**roughs** [1] 89/7
**routinely** [1] 98/4
**RPR** [1] 1/22
**Rule** [15] 8/20 8/21 9/13 9/13 10/6 10/7 11/6 11/8 11/9 11/12 11/16 11/19 87/2 88/25 91/11
**Rule 15** [2] 8/21 9/13
**Rule 30** [1] 91/11
**Rule 41** [4] 8/20 9/13 10/6 10/7
**Rule 50** [6] 11/6 11/8 11/9 11/12 11/16 11/19
**ruling** [4] 8/5 25/1 26/4 38/2
**rulings** [1] 25/8
**runs** [1] 28/2

## S

**S19** [1] 60/1
**said** [93] 6/17 7/23 7/25 8/2 9/2 10/2 10/24 11/6 12/8 14/24 16/6 16/7 17/21 18/24 19/3 20/4 20/9 20/10 21/7 21/25 23/15 24/16 26/16 27/17 31/1 31/11 31/12 32/3 32/9 33/19 33/22 36/19 37/20 39/15 40/1 42/18 43/5 45/17 46/2 46/24 47/15 47/18 47/22 50/14 52/24 53/15 55/7 58/2 58/6 58/13 59/20 64/23 68/17 68/18 70/10 70/12 70/19 70/23 81/3 82/20 83/17 83/23 85/3 86/21 87/12 87/13 88/11 88/12 88/14 88/14 88/17 89/17 92/17 92/21 93/1 106/12 116/13 118/15 118/20 119/10 119/11 119/16 133/24 136/12 136/21 136/23 137/19 138/4 138/5 138/8 144/20 145/11
**same** [35] 7/25 20/13 25/3 25/5 26/5 26/20 33/16 33/17 33/17 33/19 39/11 43/6 72/11 72/12 72/17 72/18 81/25 102/18 119/19 123/3

**S**

**same...** [15]  125/2 125/10 125/14 125/14
125/15 125/15 127/2 134/8 134/12 134/14
135/17 141/25 141/25 142/5 142/2
**sample** [8]  69/13 111/11 112/10 115/6 115/7
131/3 138/8 138/9
**Santa** [3]  1/20 1/24 4/1
**saucer** [2]  145/18 145/20
**saw** [16]  30/4 41/14 42/19 48/6 62/2 66/23
68/1 68/8 69/18 73/6 73/8 81/24 107/5 107/16
107/16 145/14
**say** [42]  8/16 13/24 14/7 14/12 14/20 20/3
20/10 21/18 22/10 25/5 36/14 36/21 37/5
37/12 39/25 41/13 47/23 47/25 49/24 50/25
53/4 53/18 53/21 53/24 65/22 78/3 82/8 82/19
84/10 85/10 87/11 89/19 92/13 92/24 96/23
99/10 101/3 112/21 120/22 121/16 122/6
133/25
**saying** [26]  9/4 14/2 14/14 20/3 20/11 20/13
21/24 23/15 25/6 32/21 34/21 34/25 45/13
49/19 49/22 58/8 58/25 64/12 65/3 73/16
74/24 91/18 93/5 94/7 105/1 119/20
**says** [31]  5/2 18/23 19/1 24/14 34/13 34/13
34/19 45/22 48/23 53/7 76/11 83/1 90/17 91/9
91/10 91/13 91/14 92/5 103/12 103/14 108/14
108/16 109/18 125/12 125/12 125/13 125/13
131/3 133/11 134/15 135/4
**scalp** [4]  61/19 64/12 64/12 64/16
**scheme** [1]  64/4
**scholarly** [1]  97/25
**school** [4]  50/24 51/13 98/13 98/16
**Science** [1]  98/11
**scientific** [2]  82/9 142/18
**scientifically** [2]  101/1 101/3
**scope** [3]  10/15 17/11 17/22
**screen** [7]  31/14 31/21 83/3 83/17 83/19
99/22 100/14 101/18 103/12 121/23 130/7
**search** [2]  46/2 58/7
**searched** [2]  40/25 42/7
**second** [5]  7/3 82/15 83/15 104/12 116/15
**Secondly** [1]  19/19
**seconds** [1]  94/6
**secrets** [1]  44/2
**section** [2]  104/5 147/7
**see** [99]  14/1 17/24 19/24 35/22 35/25 38/22
40/20 50/11 53/6 53/17 54/12 54/18 54/22
55/5 55/15 55/17 55/18 62/9 64/19 65/1 65/23
67/4 69/14 70/2 71/5 72/16 75/10 75/15 77/21
80/16 82/2 82/25 83/14 86/4 86/13 89/12 89/23
90/14 90/18 90/20 91/20 92/10 92/16 94/10
99/22 100/14 101/13 101/18 103/12 103/18
103/19 104/11 104/12 105/23 105/25 105/25
106/2 106/4 106/14 107/12 108/11 108/12
108/15 109/8 109/19 112/6 113/18 113/22
113/24 114/1 114/24 116/10 116/17 118/6
119/9 119/18 120/4 120/5 121/24 121/25
122/12 122/15 125/11 128/2 130/7 130/9
130/14 130/19 131/3 132/24 133/9 133/11
133/11 134/3 134/4 134/7 134/21 141/21
146/7
**seeing** [7]  52/10 81/23 82/22 104/23 107/21
116/7 124/21
**seek** [1]  9/12
**seeking** [11]  7/18 7/22 9/2 9/9 10/10 10/19
13/24 14/3 14/7 27/19 28/9
**seeks** [3]  9/3 9/10 9/18
**seem** [2]  22/4 93/20
**seems** [5]  12/2 12/14 17/17 83/5 142/5
**seen** [28]  40/23 41/15 41/16 42/22 42/23
42/24 42/25 45/7 48/18 48/22 49/1 49/3 49/13
50/4 50/4 50/6 51/2 65/15 61/18 71/23 72/1
91/8 91/16 94/9 139/23 143/13 144/20 145/20
**sees** [2]  44/19 50/15
**SEFFENS** [3]  1/22 147/16 147/17
**selected** [1]  103/7
**sell** [1]  142/1
**sells** [1]  55/12
**SELNA** [1]  1/7
**sense** [4]  17/7 17/13 81/11 96/13

**sent** [4]  47/21 48/2 74/24 91/4
**separate** [2]  109/5 123/4
**separating** [1]  121/7
**September** [4]  1/21 4/1 23/3 147/14
**series** [8]  44/22 54/21 54/21 104/11 104/12
105/1 105/22 124/14
**services** [2]  120/21 120/24
**set** [6]  55/2 110/5 122/5 123/2 131/20 133/6
**sets** [1]  107/11
**seven** [24]  7/2 7/18 7/22 8/1 8/4 9/6 9/19
10/10 10/19 13/6 14/3 27/13 28/12 30/8 37/17
37/20 38/12 38/19 58/12 59/13 89/10 124/13
132/21 132/24
**several** [4]  8/17 85/23 134/15
**shade** [1]  62/14
**shades** [3]  77/23 77/25 141/13
**Shadow** [11]  103/21 107/6 123/18 123/21
123/22 124/1 144/7 144/10 144/13 144/17
145/14
**shape** [3]  140/8 140/8 142/25
**shapes** [1]  141/25
**share** [1]  99/3
**shared** [3]  7/6 24/1 30/4
**shares** [1]  135/13
**SHARON** [3]  1/22 147/16 147/17
**she** [52]  35/15 36/9 36/9 43/5 44/5 47/21
47/23 47/25 62/16 63/12 63/12 63/13 64/3
64/3 70/11 71/9 72/11 72/17 73/1 82/4 82/16
82/17 82/17 82/19 82/20 83/8 90/3 90/3 90/4
91/12 91/14 91/25 100/19 104/6 104/10
104/15 118/11 118/14 123/3 123/6 135/18
136/4 136/12 136/23 136/24 136/24 138/4
138/5 138/6 138/9 139/14 141/21
**she's** [7]  100/20 100/21 100/22 104/25 105/1
105/10 123/3
**SHEPPARD** [1]  2/12
**shifting** [1]  12/16
**Shimone** [7]  34/7 34/8 34/13 34/19 34/22
34/23 35/1
**Shir** [5]  60/3 60/5 60/12 60/16 61/4
**Shir-Ami** [5]  60/3 60/5 60/12 60/16 61/4
**shirts** [2]  67/5 67/5
**shoes** [1]  36/11
**short** [3]  15/14 16/7 141/12
**shortcut** [1]  23/22
**should** [20]  5/20 21/14 14/7 14/16 14/20 19/9
19/16 19/20 21/9 21/19 23/6 25/3 75/11 75/17
83/3 87/21 88/18 93/13 133/12 137/8
**shoulders** [1]  71/20
**show** [14]  20/14 21/4 23/17 49/7 49/14 57/2
57/9 85/23 88/20 106/18 116/3 137/7 137/11
138/21
**showcase** [1]  44/21
**showed** [4]  23/12 107/23 121/22 121/25
**showing** [3]  21/24 116/6 116/9
**shown** [23]  56/3 57/1 57/9 103/23 114/18
120/13 120/18 121/20 122/2 130/17 130/18
135/7 138/23 139/2 139/5 140/13 140/20
140/22 142/7 142/15 143/25 144/1 144/7
**shows** [7]  35/11 53/23 85/24 102/19 126/22
133/22 142/13
**side** [21]  18/7 49/7 49/8 49/14 49/19 63/2
63/3 81/14 81/14 108/17 109/11 114/2 114/19
114/19 120/3 120/3 121/23 121/24 123/14
125/20 125/21
**sides** [2]  6/25 7/11
**sign** [3]  43/17 43/25 44/6
**signature** [2]  56/4 56/10
**significant** [2]  56/11 119/12
**silver** [8]  69/14 69/21 69/24 70/6 71/16 71/20
71/24 143/10
**silver/half** [1]  69/14
**similar** [27]  39/1 39/4 39/11 39/13 39/15
39/16 39/18 39/25 40/1 40/2 40/5 43/3 43/5
43/8 62/23 63/18 71/7 71/21 71/23 72/3
130/16 131/22 143/3 143/17 143/23 144/20
**similarities** [1]  39/3 23/17 38/23 39/24 44/24
**Similarly** [1]  103/18
**simple** [2]  6/19 116/2

**simply** [2]  4/22 14/20
**simultaneously** [1]  84/6
**since** [13]  14/6 17/4 21/18 35/9 37/23 38/8
41/13 43/7 46/15 64/1 64/6 82/4 124/14
**single** [4]  71/1 85/2 85/13 131/6
**Sir** [1]  14/8
**sister** [1]  36/12
**sisters** [4]  44/23 73/11 73/18 74/12
**sit** [1]  97/24
**site** [4]  41/1 41/7 42/7 127/6
**situation** [1]  6/1
**six** [1]  29/6
**six months** [1]  29/6
**size** [2]  125/15 131/3
**sketch** [5]  68/13 68/20 69/2 69/10 69/13
**skirt** [2]  65/20 141/12
**skirts** [2]  29/21 29/25
**sky** [1]  82/2
**sleeve** [1]  71/11
**sleeves** [1]  71/13
**slice** [1]  36/3
**slide** [80]  83/2 83/5 83/16 83/18 84/25 85/13
85/24 97/4 98/6 98/17 99/18 100/24 102/14
102/16 102/25 103/2 104/1 104/4 104/17
104/21 104/24 105/7 105/9 105/15 105/17
106/25 107/7 107/9 107/14 107/18 107/21
108/6 108/22 110/4 110/16 111/2 111/6
111/22 113/18 113/20 115/15 118/4 118/7
118/16 118/17 119/2 119/5 119/22 119/25
120/9 120/11 121/5 121/18 124/19 124/22
125/21 125/21 126/18 126/21 127/10 127/12
127/17 127/19 128/10 129/5 129/24 131/2
133/18 133/21 134/7 134/11 138/18 138/25
139/3 140/18 140/20 142/10 144/4 145/22
145/25
**slides** [6]  27/17 83/1 84/21 85/2 85/8 85/23
**slightly** [2]  131/11 131/13
**slowly** [1]  128/19
**small** [4]  108/18 108/20 131/18 131/19
**smaller** [1]  107/25
**snippet** [1]  18/9
**snippets** [1]  22/17
**so** [179]
**sold** [12]  27/13 28/13 55/3 55/7 76/7 76/9
77/17 77/19 107/17 120/3 120/6 125/3
**solely** [1]  29/12
**solution** [1]  6/5
**some** [41]  5/20 13/16 13/18 21/14 21/19
22/17 23/10 27/16 30/11 35/16 35/17 46/22
52/5 52/18 67/1 70/3 80/7 86/5 87/3 96/2
99/13 99/16 101/10 112/7 112/16 114/1 114/2
114/2 114/16 117/1 121/2 123/10 123/11
126/12 127/5 127/25 128/9 129/2 129/13
131/10 135/8
**somebody** [7]  19/2 19/8 21/8 46/21 47/6
106/23 111/17
**somehow** [5]  21/9 23/5 29/11 87/3 90/4
**someone** [7]  56/10 71/24 105/22 105/23
114/24 117/18 128/6
**someone's** [2]  117/22 129/18
**something** [22]  5/6 10/15 11/13 12/17 19/7
19/18 20/4 20/18 22/25 23/3 23/16 24/14 26/9
44/19 48/2 86/16 93/6 93/13 116/3 116/7
131/16 136/15
**Sometimes** [1]  122/1
**somewhere** [1]  108/17
**song** [4]  34/8 34/11 34/18 47/7
**songs** [1]  45/6
**soon** [1]  26/10
**sorry** [22]  34/24 35/24 48/25 53/20 61/10
64/5 68/6 107/16 68/18 71/8 71/14 73/15 75/13
75/14 75/19 77/5 77/8 80/17 100/20 111/19
129/24 138/8
**sort** [2]  99/16 129/13
**sounded** [1]  86/25
**sounds** [1]  14/2
**source** [1]  121/1
**sources** [1]  127/22
**SOUTHERN** [1]  1/5

**S**

**Spann** [1]  146/15
**spans** [1]  82/21
**sparkly** [2]  34/1 76/24
**speak** [6]  37/8 40/4 43/14 45/14 98/4 98/8
**speaking** [2]  25/13 91/24
**special** [3]  9/5 12/3 12/21
**specialized** [1]  112/1
**specific** [5]  45/9 70/20 84/6 90/22 139/17
**specifically** [7]  41/3 48/13 65/20 88/5 109/11 111/10 118/12
**speculate** [1]  131/15
**speculation** [13]  41/20 49/9 51/25 52/12 54/8 60/8 60/21 66/19 72/25 73/19 74/13 74/19 78/25
**speech** [1]  76/13
**speed** [1]  38/10
**spelled** [1]  95/15
**spelling** [1]  95/13
**spent** [1]  30/11
**spit** [1]  35/17
**split** [1]  72/8
**spoke** [3]  37/9 37/16 90/4
**sponsoring** [2]  113/15 114/12
**spot** [2]  125/10 125/11
**Spring** [4]  59/21 60/1 66/10 66/13
**stake** [1]  32/3
**stand** [9]  9/12 32/1 32/13 33/19 33/22 40/18 84/2 122/1 122/3
**standard** [6]  23/18 26/17 79/21 96/9 96/12 117/18
**standing** [1]  53/12
**standpoint** [1]  106/5
**stands** [1]  60/1
**star** [1]  143/18
**start** [4]  28/3 37/24 38/9 98/19
**started** [5]  47/5 53/9 64/10 91/10 103/4
**starting** [1]  62/18
**state** [7]  4/6 14/13 14/17 15/9 95/12 137/24 138/3
**stated** [4]  56/21 60/23 72/13 92/2
**statement** [8]  12/16 15/5 88/7 90/3 93/21 124/12 124/15 128/22
**statements** [3]  24/14 52/19 91/25
**STATES** [9]  1/3 1/23 84/12 110/3 112/11 112/12 118/13 147/8 147/12
**stenographically** [1]  147/9
**step** [1]  80/4
**Stephens** [1]  92/13
**steps** [2]  69/11 99/23
**still** [15]  12/18 12/25 14/23 23/5 24/17 27/14 28/14 35/24 45/11 58/25 73/8 86/24 123/2 123/3 132/25
**stipulate** [1]  88/13
**stipulation** [3]  88/12 88/13 88/21
**stockings** [3]  62/24 72/11 72/18
**stop** [2]  88/3 140/3
**stopped** [1]  46/1
**store** [1]  110/10
**stores** [4]  49/5 49/6 116/17 120/3
**story** [1]  81/17
**strategic** [1]  89/1
**Strategy** [1]  97/7
**street** [4]  1/23 2/7 2/13 46/22
**stretch** [1]  15/1
**stretched** [1]  5/13
**stricken** [2]  5/23 138/14
**strictly** [1]  50/1
**Strike** [1]  27/14
**striking** [1]  119/13
**stripe** [2]  53/25 53/25
**striped** [2]  62/24 72/11
**structure** [2]  5/21 8/3
**studs** [3]  70/3 70/3 71/18
**study** [3]  124/4 124/14 124/16
**stuff** [1]  20/16
**style** [7]  140/9 139/18 141/11 141/25 143/8 143/10 143/23
**subject** [1]  47/21

**subjective** [5]  39/16 39/16 43/5 43/7 53/16
**submitting** [1]  15/10
**substantial** [6]  96/22 96/23 97/1 117/3 117/16 129/10
**successfully** [1]  5/24
**such** [6]  11/14 42/20 106/7 133/8 133/9 141/12
**suddenly** [2]  42/8 45/23
**sue** [2]  6/7 19/8
**sued** [7]  4/19 6/7 19/2 29/5 73/13 78/21 79/7
**sues** [1]  21/8
**suggest** [1]  12/14
**suggested** [3]  11/21 78/14 78/16
**suggesting** [1]  114/16
**suggestive** [2]  114/14 115/1
**suicidal** [1]  67/5
**suing** [2]  4/22 5/11
**suit** [3]  37/25 38/10 38/15
**Suite** [4]  1/23 2/4 2/7 2/13
**sunglasses** [1]  78/7
**Super** [7]  103/14 107/24 108/2 108/14 124/23 135/7 138/23
**supply** [1]  50/3
**supposed** [2]  5/21 63/14
**sure** [87]  7/5 10/13 12/19 16/5 22/12 26/3 28/7 29/13 29/19 29/23 30/1 37/14 38/11 41/12 41/13 42/14 43/12 46/10 46/21 49/11 50/10 52/3 52/15 57/22 58/13 58/18 59/5 65/17 67/3 67/21 68/12 69/20 70/1 70/11 70/21 71/4 71/14 74/6 74/21 78/22 79/7 82/1 90/9 91/7 94/5 95/14 95/21 96/15 97/6 98/10 99/22 102/18 104/5 105/10 105/19 107/4 107/10 107/22 109/2 109/8 109/24 110/1 111/7 112/1 115/22 116/23 117/17 119/6 120/1 120/12 121/22 122/25 126/4 126/23 127/21 127/25 128/25 130/1 132/23 133/23 138/5 139/8 141/1 142/19 144/18 145/17
**Surprise** [32]  49/23 50/1 55/17 73/11 73/18 74/12 76/9 76/13 77/19 95/24 99/8 103/14 107/24 108/2 108/10 108/14 111/9 114/20 120/5 122/23 123/15 124/23 130/10 130/12 134/13 135/4 135/7 138/23 141/16 141/24 143/7 144/22
**surprises** [4]  35/10 35/16 36/4 66/1
**survey** [160]
**surveys** [19]  81/10 84/23 85/6 85/11 95/21 95/22 97/9 97/13 97/16 97/21 97/23 98/5 98/21 100/25 112/4 112/6 131/17 131/24 133/14
**Susan** [4]  135/16 136/10 136/21 137/4
**suspiciously** [2]  128/19 128/19
**sustained** [12]  36/15 38/17 39/22 41/21 44/8 44/13 60/22 66/3 67/8 72/20 74/14 88/3
**sweatsuits** [2]  41/1 41/5
**SWORN** [2]  28/19 95/11

**T**

**T.I** [4]  1/10 4/5 57/2 57/9
**take** [32]  12/23 14/16 19/17 23/1 23/3 24/24 25/11 26/1 26/22 27/19 27/20 42/10 80/9 80/17 85/14 85/15 86/18 95/4 103/2 105/17 107/9 110/9 112/4 112/6 120/11 127/19 128/18 129/23 129/24 144/16 146/1 146/9
**taken** [4]  24/17 24/21 25/11 80/7
**takes** [1]  22/25
**taking** [2]  24/16 112/7
**talk** [15]  16/14 33/8 38/19 38/19 59/3 66/5 81/5 81/7 84/24 85/18 88/12 95/21 99/20 101/7 109/21
**talked** [23]  9/14 10/12 30/19 30/21 32/7 35/9 36/17 37/9 46/10 48/17 50/14 51/3 59/5 69/18 70/22 73/25 73/25 74/1 87/1 88/22 110/2 114/9 136/14
**talking** [15]  62/24 102/12 39/24 47/15 54/19 57/24 65/11 65/19 69/23 69/24 72/19 94/20 97/14 102/20 110/21

**talks** [1]  119/12
**Tameka Harris** [4]  81/22 113/13 115/10 118/19
**Tameka Harris's** [1]  136/3
**Tape** [1]  91/13
**target** [12]  12/15 46/6 48/20 49/18 50/5 51/16 51/19 67/11 67/20 71/6 110/5 114/25
**Targets** [1]  120/4
**team** [4]  36/1 70/15 70/18 70/20
**technical** [1]  85/18
**telephone** [1]  32/10
**tell** [17]  4/20 13/3 13/6 14/12 17/22 18/1 47/18 49/6 58/17 92/12 95/19 96/12 122/19 126/21 132/5 139/23 140/20
**telling** [2]  6/2 70/15
**ten** [3]  67/2 67/23 92/5
**ten years** [1]  67/2
**tend** [1]  115/7
**tendered** [1]  9/6
**term** [1]  116/19
**terms** [5]  24/5 24/23 110/19 122/13 130/11
**test** [9]  84/16 86/1 123/7 124/25 125/2 130/25 131/3 131/8 132/5
**tested** [3]  84/21 132/7 132/8
**testified** [20]  31/3 35/16 40/20 40/24 41/7 42/16 42/21 43/16 45/17 45/25 50/11 56/25 57/24 63/14 63/16 70/15 70/18 73/1 78/9 92/25
**testify** [4]  41/23 65/13 84/15 90/1
**testifying** [3]  41/4 56/22 136/22
**testimony** [38]  4/21 4/23 5/10 22/13 22/15 26/7 26/13 26/14 31/7 33/13 39/7 40/6 40/10 42/10 42/12 44/15 47/2 48/15 52/25 56/14 57/13 57/16 58/3 81/9 81/20 82/23 83/9 83/19 85/9 86/3 87/17 87/19 93/10 93/10 135/18 136/4 137/5 138/15
**than** [20]  15/5 17/4 21/3 44/10 46/8 48/6 50/12 50/15 63/20 64/16 67/22 71/3 97/21 97/23 111/15 112/3 122/23 124/16 132/8 133/12
**thank** [34]  11/4 16/24 27/4 80/4 82/24 85/20 86/10 86/11 93/17 93/23 97/3 99/1 101/6 102/13 104/20 108/13 108/20 111/1 111/21 118/3 119/1 120/8 124/18 126/17 127/9 129/20 133/17 138/17 138/17 139/6 140/6 144/3 145/21 146/15
**that** [683]
**that's** [126]  5/16 6/2 6/3 6/6 6/13 6/18 7/13 7/14 7/21 8/8 8/9 8/11 8/14 8/23 9/22 10/8 10/21 11/8 11/13 12/9 14/22 15/10 16/8 17/10 18/3 19/11 20/8 20/15 20/16 21/16 22/14 23/3 23/10 23/23 24/25 27/22 30/2 30/25 31/12 32/18 35/4 35/13 36/4 36/8 39/16 39/17 40/23 41/9 42/9 42/9 43/13 44/19 46/6 47/10 48/14 51/24 52/10 54/1 54/2 55/7 56/18 58/25 60/6 61/25 62/7 62/9 63/22 64/11 65/3 65/19 66/16 66/24 70/12 71/16 71/21 71/23 71/24 72/2 76/14 77/1 79/5 82/9 83/23 84/3 84/14 84/15 84/22 85/4 85/12 85/20 86/23 88/8 88/8 88/21 89/6 90/16 92/1 92/4 93/1 96/19 98/15 98/22 98/25 102/6 104/13 105/12 106/12 107/14 110/14 115/18 116/23 117/19 118/2 118/14 123/15 123/18 123/19 130/14 133/2 133/15 133/16 135/11 135/22 135/24 136/6
**thee** [1]  10/15
**their** [73]  5/12 5/19 7/9 7/25 8/12 9/2 9/22 12/7 12/9 13/18 14/25 15/22 15/22 15/23 16/3 16/3 16/6 16/8 16/17 17/1 17/4 17/5 17/6 17/9 17/12 17/13 17/15 18/5 21/3 22/19 24/13 25/2 26/8 26/15 26/18 27/8 27/17 28/12 33/9 35/10 42/6 43/13 44/23 44/24 51/4 51/7 71/6 73/1 80/6 95/10 97/10 97/11 113/16 114/118/24 119/15 128/13 128/23 130/2 132/21 140/12 141/2 141/6 143/23 144/12 145/10
**them** [58]  4/23 6/1 6/2 6/3 11/9 12/12 13/7 13/8 13/10 14/12 15/10 17/7 17/11 18/2 22/11

**T**

them... **[43]**  22/18 24/18 24/19 25/21 27/6
27/6 27/7 27/20 27/21 28/13 45/14 45/15 46/8
46/12 50/8 53/9 54/22 80/17 81/6 81/10 81/15
86/4 88/13 91/2 94/15 100/5 103/25 105/2
106/19 110/9 111/10 112/1 116/3 116/18
128/4 128/6 128/12 128/19 128/24 129/4 135/8 142/9
143/13 144/15

**theme [2]**  83/6 78/14

**themed [2]**  78/11 143/18

**themselves [3]**  23/18 107/4 122/3

**then [54]**  5/24 11/5 14/15 17/11 22/10 24/12
25/2 26/10 26/20 28/22 37/20 41/13 42/18
43/17 46/8 58/12 62/2 62/9 67/15 68/9 69/5
69/10 75/11 75/15 78/22 84/20 84/20 85/5
87/11 87/21 91/14 96/3 98/14 100/3 100/5
100/18 101/15 101/17 103/19 106/17 107/13
107/25 108/14 110/1 110/16 112/14 114/2
115/2 119/16 120/20 128/15 128/21 136/10
137/19

**there [82]**  5/7 5/20 12/4 12/7 13/16 14/15 17/6
17/11 19/3 20/17 20/18 20/19 20/19 21/10
21/20 22/8 24/2 25/4 29/24 30/14 32/17 33/8
37/17 37/18 37/20 41/10 41/18 41/24 42/9
45/18 46/1 46/18 47/5 47/10 49/7 50/21 50/21
53/25 54/1 55/15 58/13 58/18 59/23 60/25
63/16 64/9 67/22 67/24 69/18 69/21 70/3 70/6
70/7 74/16 75/7 80/22 85/23 88/21 89/24
90/20 91/2 91/20 92/15 94/13 103/5 103/5
104/7 106/2 107/10 108/16 109/8 109/9
110/16 111/8 112/16 120/4 121/9 125/22
128/9 132/3 133/6 140/3

**there's [23]**  17/10 74/24 76/11 83/3 83/12
84/21 85/22 87/21 88/18 91/11 93/13 93/15
93/21 94/5 94/11 107/13 114/23 117/1 118/15
120/20 131/3 131/4 138/9

**therefore [2]**  12/5 21/25

**these [72]**  8/19 22/17 33/6 35/4 35/16 36/13
36/17 36/22 37/6 37/13 40/2 41/16 41/16
42/23 44/19 47/4 51/1 51/20 53/18 55/9 56/25
57/6 58/12 64/2 64/7 74/18 81/4 83/10 88/6
88/12 88/14 92/12 98/21 99/22 102/7 103/22
105/3 105/23 105/25 106/20 106/24 107/4
107/5 107/6 107/10 107/15 107/22 108/8
108/11 110/8 111/17 113/25 114/4 114/15
114/16 114/21 119/18 120/2 120/25 122/1
122/14 125/23 130/4 130/4 130/11 131/8
134/3 134/11 139/4 140/21 142/22 144/6

**they [295]**

**they'd [1]**  120/2

**they'll [1]**  84/11

**they're [25]**  8/13 14/2 16/17 22/11 39/11 49/5
51/17 81/12 89/1 100/16 100/17 104/23
106/20 107/20 112/6 119/8 119/21 119/21
120/15 122/25 123/1 125/17 125/24 130/2
130/2

**they've [6]**  17/20 86/24 88/19 88/22 89/1
120/13

**thing [15]**  7/25 19/23 20/3 20/13 25/5 27/16
72/13 76/14 76/14 77/21 81/25 92/20 115/2
116/6 131/1

**things [18]**  8/19 15/9 19/14 38/10 39/18 46/15
46/18 72/20 73/25 100/10 100/11 106/22
122/9 122/12 122/19 125/18 125/23 126/2

**think [90]**  4/17 4/18 5/1 5/9 5/13 5/20 6/6 6/17
6/19 7/3 9/23 10/1 10/2 10/3 11/2 11/7 12/18
13/7 13/13 13/14 13/16 14/2 15/21 14/7 14/16
14/19 14/20 14/22 15/2 15/7 15/9 16/7 18/3
18/4 18/10 19/16 19/16 19/19 20/6 20/18
20/19 21/21 22/19 23/8 23/13 39/1 40/5 43/12
45/17 46/11 47/15 47/15 47/23 48/11 48/12
54/24 56/12 59/20 70/12 70/19 70/20 70/22
75/13 80/24 82/4 82/11 82/25 83/3 85/5 87/5
87/8 88/17 88/18 90/5 91/12 94/19 96/7 112/2
121/1 121/2 121/8 121/10 121/11 121/15
134/9 134/14 136/4 136/6 139/10 142/21
146/10

**thinking [5]**  6/12 10/13 13/19 47/1 97/11

**thinks [3]**  19/7 21/14 118/11

**third [2]**  7/19 18/20

**this [356]**

**Thompson [3]**  60/4 60/8 60/8

**those [39]**  6/18 19/12 24/6 24/7 24/15 36/10
44/16 46/15 49/6 50/18 51/12 52/9 53/4 55/21
61/2 63/2 69/14 69/21 73/6 85/1 91/25 100/1
101/22 102/20 106/14 106/15 109/10 110/24
120/5 122/12 126/2 128/15 132/17 132/24
132/25 133/2 137/1 144/7 145/14

**though [4]**  39/11 43/2 73/6 112/19

**thought [8]**  47/6 53/8 53/18 62/15 68/17
81/24 81/24 82/22

**Thoughts [1]**  6/22

**three [11]**  16/16 16/18 16/21 46/23 103/4
105/2 105/3 106/10 107/10 117/9 120/25

**Three percent [1]**  117/9

**through [34]**  5/23 9/23 17/18 17/18 26/9
53/24 58/6 69/10 73/22 81/2 81/6 81/23 92/5
92/6 103/2 103/11 105/17 107/9 119/5 119/9
119/15 120/11 121/14 124/5 124/6 127/19
128/18 129/23 129/24 134/2 139/2 139/6
144/16 145/25

**throughout [1]**  118/13

**tiara [1]**  33/16

**tied [1]**  47/1

**Tiffany's [1]**  33/4

**time [40]**  4/19 5/14 6/8 8/10 9/15 12/17 20/22
24/2 24/5 24/15 24/25 30/12 42/3 48/8 73/12
73/13 74/2 83/9 84/2 87/5 88/19 90/20 95/3
102/1 102/9 103/3 103/5 106/13 112/4 112/4
123/23 128/17 131/14 131/23 132/6 132/17
133/1 133/3 144/9 146/9

**time to [1]**  95/5

**timely [1]**  95/5

**times [10]**  8/17 37/23 38/8 45/7 70/10 85/8
85/8 88/2 115/24 115/24

**Tiny [2]**  57/2 57/10

**Title [1]**  147/8

**titled [1]**  93/4

**today [1]**  13/1 30/6 97/14

**together [4]**  50/3 55/3 114/18 114/22

**told [10]**  13/7 13/8 13/10 21/11 37/17 87/12
88/2 89/1 126/24 126/25

**too [6]**  18/15 26/19 108/18 108/20 108/20
132/10

**took [9]**  15/4 24/4 48/10 48/12 118/23 118/23
124/17 128/17 140/22

**top [12]**  39/12 43/6 65/22 103/12 122/22
125/2 125/5 125/9 125/13 130/24 131/2
136/20

**topics [11]**  89/22 89/23 89/24 90/18 91/1
91/21 91/23 92/14 92/15 92/15 98/4

**tops [3]**  15/17 39/1 39/4

**Tot [18]**  32/9 32/17 32/25 33/13 33/20 33/24
34/6 34/21 35/11 35/23 35/25 36/6 49/7 59/18
62/9 66/6 66/12 85/24

**Tot's [2]**  62/12 62/17

**total [19]**  27/14 28/13 84/24 131/4 135/6
140/13 142/6 143/24 145/14

**totally [4]**  8/5 19/13 72/21 87/5

**Tots [21]**  30/12 30/14 30/19 31/22 32/5 33/6
33/9 35/10 36/1 36/13 36/18 36/20 36/22 37/6
37/13 49/15 66/1 85/22 85/25 86/1 86/4

**tour [10]**  40/21 41/10 41/18 41/24 42/6 42/17
54/1 54/2 57/1 57/7

**town [1]**  94/22

**toy [1]**  19/9

**toys [2]**  67/2 140/12

**tracking [2]**  90/22 90/23

**trade [28]**  18/24 19/8 19/10 21/14 21/18 21/20
23/9 27/10 28/10 30/2 30/4 30/7 37/18 44/2
62/25 78/23 79/8 79/22 97/17 100/2 100/20
101/8 101/14 102/23 104/9 116/14 125/22
144/12

**trademark [7]**  20/7 25/2 25/4 26/15 26/18
97/18 98/1

**trademarks [2]**  26/8 98/4

**transcript [18]**  1/8 1/19 23/13 31/16 81/22
86/22 89/13 89/19 90/8 90/10 90/12 90/17

**93/7 93/13 94/7 94/10 147/9 147/11**

**trapped [1]**  72/8

**treated [1]**  44/10

**Tregillis [3]**  16/8 16/14 17/2

**trend [2]**  40/25 46/3

**trends [2]**  46/2 46/7

**trial [8]**  1/11 5/13 6/9 37/24 38/9 42/8 42/18
43/18

**tried [5]**  12/10 18/19 27/20 37/24 38/9

**tries [2]**  74/4 74/6

**triple [2]**  90/21 90/23

**true [15]**  19/11 35/10 35/20 36/6 86/23 86/23
87/4 87/25 88/8 88/10 88/22 88/22 89/3 127/2
147/8

**truth [2]**  47/10 55/11

**try [3]**  53/13 73/23 85/16

**trying [18]**  6/10 11/24 17/22 20/14 21/1 21/3
21/4 23/22 25/5 49/16 52/18 70/16 80/16
86/24 87/4 87/5 109/19 128/2

**turn [1]**  61/6

**turned [1]**  25/13

**tweet [1]**  68/1

**twice [1]**  125/14

**two [42]**  6/21 10/19 14/4 16/16 16/18 16/21
19/14 22/3 25/16 27/13 28/13 37/21 42/2
42/16 42/21 43/16 45/6 46/23 55/2 73/8 84/23
85/6 85/11 91/2 95/21 95/22 97/13 98/12
98/21 100/13 105/12 106/18 107/22 107/23
107/25 108/11 116/13 117/7 122/12 124/14
128/15 134/12

**two degrees [1]**  98/12

**Two percent [1]**  117/7

**two years [4]**  42/2 42/16 42/21 43/16

**two-pack [1]**  55/2 105/12

**two-page [1]**  25/16

**TX [1]**  2/13

**Tykes [1]**  21/9

**Tykes' [1]**  21/15

**type [1]**  100/3

**typed [1]**  133/25

**typical [1]**  116/25

**typically [9]**  92/6 92/12 96/16 96/18 96/25
97/8 110/7 110/8 129/11

**typing [1]**  130/3

**U**

**U.S [3]**  97/17 97/18 147/17

**Ultimately [3]**  62/19 62/23 63/5

**UMBERG [1]**  2/7

**unbiased [2]**  101/4 111/11 112/2 112/10
114/11 115/6 129/14

**Unboxed [1]**  44/22

**unclear [1]**  86/1

**under [15]**  8/20 8/21 24/1 26/17 40/24 42/2
43/16 64/19 76/7 76/9 77/17 77/19 103/6
105/21 105/23

**undergraduate [1]**  98/10

**underneath [2]**  64/17 76/13

**understand [26]**  5/11 8/5 9/8 10/18 11/24
13/15 17/23 23/5 29/2 30/6 37/23 39/17 42/9
53/5 54/5 56/23 86/24 89/11 92/7 93/4 94/23
97/10 99/25 122/16 132/23 145/18

**understanding [8]**  8/10 8/14 11/20 16/4 102/5
112/14 113/23 140/5

**understands [5]**  102/10 117/4 117/18 126/5
145/18

**understood [4]**  6/10 8/2 48/7 84/19

**undertook [1]**  99/23

**undue [4]**  4/18 5/14 24/1 24/25

**unique [4]**  29/22 35/2 104/9 141/17

**UNITED [9]**  1/3 1/23 84/11 110/3 112/11
112/12 118/13 147/8 147/12

**University [2]**  14/23

**unless [1]**  14/23

**until [6]**  12/16 80/12 83/4 89/7 146/3 146/6

**up [45]**  6/2 7/4 12/23 13/13 13/19 16/2 16/10
18/11 19/21 25/21 26/11 27/19 27/20 31/6
31/16 32/11 33/2 35/21 47/21 48/19 52/6
53/12 55/15 58/3 59/22 59/23 60/14 61/23

**U**

up... [17] 62/12 62/23 63/10 64/19 75/4 80/7
80/17 84/1 86/13 86/18 87/17 95/4 120/20
125/1 125/9 125/13 146/9
upper [1] 108/15
Uptown [1] 107/14
urban [1] 101/19
us [13] 5/16 5/23 6/2 9/25 10/5 10/7 10/24
27/19 58/17 82/25 86/4 129/1 129/1
use [12] 24/18 24/19 26/20 26/22 44/25 46/19
46/25 74/8 82/16 82/18 97/9 118/23
used [20] 20/16 22/15 22/22 46/19 46/21 74/1
74/17 82/17 83/13 100/18 115/17 115/18
115/21 115/23 115/24 115/25 116/12 116/19
123/17 136/4
uses [2] 20/11 74/4
using [4] 100/1 117/18 122/18 136/25
Usually [1] 50/1

**V**

varied [1] 120/17
various [2] 9/14 91/1
vehicles [1] 9/14
venue [1] 117/2
verdict [9] 8/1 8/8 9/5 9/18 9/23 10/9 12/3
12/21 89/10
versed [1] 51/8
version [10] 123/5 123/7 123/9 124/25 124/25
124/25 125/2 125/3 125/4 135/7
versions [1] 83/4
versus [2] 4/5 13/15
very [46] 5/9 7/23 43/3 44/3 45/9 45/18 45/19
46/19 50/1 51/7 54/17 61/22 61/25 63/18
64/10 71/7 71/10 71/21 72/17 82/24 85/21
101/6 108/13 108/13 108/20 111/1 111/21
113/17 115/1 124/18 126/17 127/9 131/2
131/18 131/18 131/19 131/20 131/20 131/22
131/25 133/14 133/17 143/3 143/17 144/3
145/21
VH1 [2] 57/2 57/9
vibrant [5] 76/17 77/23 101/16 126/9 141/3
video [6] 32/10 39/8 45/23 47/12 56/16 74/24
view [1] 135/13
viewed [34] 120/19 120/23 121/17 130/8
134/6 134/13 134/17 134/20 134/24 135/3
139/9 139/13 139/16 139/20 140/1 140/10
141/2 141/6 141/10 141/15 141/19 141/23
142/3 142/20 142/24 143/2 143/15 143/21
144/19 144/22 144/25 145/4 145/7 145/10
viewers [2] 57/3 57/11
views [1] 135/16
visited [2] 28/1 120/3
visual [2] 80/25 119/13
vital [1] 24/22
VOL [6] 1/11 31/7 31/17 58/4 81/21 146/15
volunteered [1] 112/4
vs [2] 1/9 1/14

**W**

waist [1] 123/3
wait [2] 27/11 53/4
waived [1] 20/19
waiver [2] 94/6 94/7
walk [2] 119/5 139/2
Walmart [5] 49/19 50/5 51/16 51/19 114/25
Walmarts [1] 120/4
want [46] 6/11 8/3 11/1 11/12 11/21 15/20
17/10 18/14 18/14 19/15 20/9 20/10 20/15
20/23 21/7 21/8 22/18 23/11 23/13 24/12
26/21 27/19 28/7 30/18 31/14 36/11 36/21
37/5 37/10 37/12 42/6/5 46/11 46/15 77/9 80/17
84/24 85/4 86/4 87/6 92/3 93/6 94/5 94/10
94/11 120/12 131/1
want to [1] 11/21
wanted [6] 11/7 12/8 47/7 111/10 113/1
133/25
wanting [1] 6/3
wants [2] 12/12 52/18
wardrobe [7] 76/20 78/1 102/21 123/7 125/1
126/11 143/4
wardrobes [4] 78/2 78/13 79/19 101/22
was [139]
wasn't [19] 6/10 34/3 34/24 42/8 45/25 46/1
46/21 46/25 48/25 49/17 64/5 67/18 69/16
69/20 73/12 87/2 87/19 91/7 93/9
waste [2] 24/25 87/5
water [3] 35/11 36/3 36/7
way [20] 5/12 6/15 7/9 10/9 24/17 46/22 47/18
50/4 55/12 68/5 68/11 78/18 86/5 99/13
114/19 122/6 122/11 132/10 133/24 135/17
ways [5] 82/11 105/24 106/23 122/25 123/1
we [264]
we'll [8] 80/9 88/12 88/14 88/15 88/15 146/3
146/6 146/12
we're [18] 10/8 12/14 22/12 22/20 23/15 87/5
87/6 89/11 94/9 95/4 101/25 105/19 117/17
119/6 124/21 126/4 129/7 145/24
we've [7] 80/22 86/19 89/9 94/8 101/20
127/15 136/14
wearing [3] 36/7 36/9 41/8 43/4 123/6 126/12
141/21
website [10] 20/10 41/2 41/9 41/11 41/19
41/25 42/18 112/5 112/21 112/25
websites [1] 46/3
WEDNESDAY [3] 4/1 14/25 15/1
week [5] 30/21 37/16 57/24 58/16 58/25
weeks [1] 124/14
well [60] 7/11 9/5 10/4 11/22 12/1 15/12 15/19
16/8 18/10 22/10 22/12 25/3 25/23 27/12 51/8
51/8 54/15 57/1 57/7 57/14 59/17 64/14 75/6
85/14 87/24 90/3 90/9 92/3 92/4 92/22 96/13
97/15 99/5 100/10 101/10 103/3 104/15 105/4
105/14 108/11 108/17 110/21 112/16 114/9
116/14 118/13 118/15 118/25 119/8 119/13
119/20 123/11 123/6 126/6 127/4 127/13 127/20
132/7 133/5 136/2 138/22
well-known [1] 119/13
well-publicized [2] 57/1 57/7
well-versed [1] 51/8
went [7] 41/4 50/23 51/12 55/10 114/24
116/17 136/7
were [131] 5/2 6/22 6/24 10/2 16/16 19/12
20/18 21/16 22/20 31/9 31/14 31/20 31/22
36/11 36/19 37/17 40/1 40/11 40/21 42/2 42/3
42/5 44/10 45/7 47/6 47/7 49/25 57/5 57/7
57/6 57/9 57/24 60/25 61/2 63/14 66/13 68/5
68/6 68/10 70/16 71/2 73/13 73/16
74/16 78/23 79/8 80/15 85/22 86/25 87/18
89/24 90/21 90/23 91/2 91/20 92/15 94/19
99/13 100/11 100/11 101/7 101/22 102/2
102/3 102/5 102/10 102/19 103/5 103/5 103/6
103/7 103/7 103/23 109/8 109/9 109/14
110/24 111/8 111/8 111/19 111/20 111/25
112/16 112/18 114/3 114/22 120/18 122/2
122/2 122/3 122/6 123/24 123/24 123/25
123/25 126/12 126/24 126/25 128/2 128/9
128/15 129/25 130/17 130/18 132/3 132/6
132/15 132/16 132/25 132/25 133/2 133/2
133/5 133/10 134/7 135/6 135/19 136/10
137/1 138/11 138/22 139/5 139/7 140/13
140/22 142/7 142/14 143/24 144/1 144/7
weren't [2] 5/21 47/4
West [1] 1/23
WESTMORELAND [6] 2/12 4/13 89/21 90/21
91/1 91/5
what [177]
what's [11] 11/15 20/6 20/25 28/8 53/20
92/18 111/5 115/17 121/20 129/9 140/20
whatever [4] 17/9 19/9 126/9 133/25
when [171] 12/14 12/23 16/19 16/21 19/2 19/8
27/5 27/13 28/13 35/11 36/3 36/6 37/16 40/21
40/25 42/2 42/5 42/21 43/17 44/1 46/10 47/9
55/7 57/24 64/23 84/10 87/19 88/19 91/9
91/25 93/3 96/15 99/10 101/3 101/7 116/17
118/21 124/4 128/2 130/3 133/14 134/14
139/21 140/1 140/7 140/11 141/3 141/7
141/11 141/16 141/20 141/24 142/4 142/21
142/25 143/2 143/7 143/12 143/16 143/16
144/20 144/23 145/1 145/4 145/4 145/10
weren't [2] 5/21 47/4

126/11 143/4
wardrobes [4] 78/2 78/13 79/19 101/22
was [139]
wasn't [19] 6/10 34/3 34/24 42/8 45/25 46/1
46/21 46/25 48/25 49/17 64/5 67/18 69/16
69/20 73/12 87/2 87/19 91/7 93/9
waste [2] 24/25 87/5
water [3] 35/11 36/3 36/7
way [20] 5/12 6/15 7/9 10/9 24/17 46/22 47/18
50/4 55/12 68/5 68/11 78/18 86/5 99/13
114/19 122/6 122/11 132/10 133/24 135/17
ways [5] 82/11 105/24 106/23 122/25 123/1
we [264]
we'll [8] 80/9 88/12 88/14 88/15 88/15 146/3
146/6 146/12
we're [18] 10/8 12/14 22/12 22/20 23/15 87/5
87/6 89/11 94/9 95/4 101/25 105/19 117/17
119/6 124/21 126/4 129/7 145/24
we've [7] 80/22 86/19 89/9 94/8 101/20
127/15 136/14
wearing [3] 36/7 36/9 41/8 43/4 123/6 126/12
141/21
website [10] 20/10 41/2 41/9 41/11 41/19
41/25 42/18 112/5 112/21 112/25
websites [1] 46/3
WEDNESDAY [3] 4/1 14/25 15/1
week [5] 30/21 37/16 57/24 58/16 58/25
weeks [1] 124/14
well [60] 7/11 9/5 10/4 11/22 12/1 15/12 15/19
16/8 18/10 22/10 22/12 25/3 25/23 27/12 51/8
51/8 54/15 57/1 57/7 57/14 59/17 64/14 75/6
85/14 87/24 90/3 90/9 92/3 92/4 92/22 96/13
97/15 99/5 100/10 101/10 103/3 104/15 105/4
105/14 108/11 108/17 110/21 112/16 114/9
116/14 118/13 118/15 118/25 119/8 119/13
119/20 123/11 123/6 126/6 127/4 127/13 127/20
132/7 133/5 136/2 138/22
well-known [1] 119/13
well-publicized [2] 57/1 57/7
well-versed [1] 51/8
went [7] 41/4 50/23 51/12 55/10 114/24
116/17 136/7
were [131] 5/2 6/22 6/24 10/2 16/16 19/12
20/18 21/16 22/20 31/9 31/14 31/20 31/22
36/11 36/19 37/17 40/1 40/11 40/21 42/2 42/3
42/5 44/10 45/7 47/6 47/7 49/25 57/5 57/7
57/6 57/9 57/24 60/25 61/2 63/14 66/13 68/5
68/6 68/10 70/16 71/2 73/13 73/16
74/16 78/23 79/8 80/15 85/22 86/25 87/18
89/24 90/21 90/23 91/2 91/20 92/15 94/19
99/13 100/11 100/11 101/7 101/22 102/2
102/3 102/5 102/10 102/19 103/5 103/5 103/6
103/7 103/7 103/23 109/8 109/9 109/14
110/24 111/8 111/8 111/19 111/20 111/25
112/16 112/18 114/3 114/22 120/18 122/2
122/2 122/3 122/6 123/24 123/24 123/25
123/25 126/12 126/24 126/25 128/2 128/9
128/15 129/25 130/17 130/18 132/3 132/6
132/15 132/16 132/25 132/25 133/2 133/2
133/5 133/10 134/7 135/6 135/19 136/10
137/1 138/11 138/22 139/5 139/7 140/13
140/22 142/7 142/14 143/24 144/1 144/7
weren't [2] 5/21 47/4
West [1] 1/23
WESTMORELAND [6] 2/12 4/13 89/21 90/21
91/1 91/5
what [177]
what's [11] 11/15 20/6 20/25 28/8 53/20
92/18 111/5 115/17 121/20 129/9 140/20
whatever [4] 17/9 19/9 126/9 133/25
when [171] 12/14 12/23 16/19 16/21 19/2 19/8
27/5 27/13 28/13 35/11 36/3 36/6 37/16 40/21
40/25 42/2 42/5 42/21 43/17 44/1 46/10 47/9
55/7 57/24 64/23 84/10 87/19 88/19 91/9
91/25 93/3 96/15 99/10 101/3 101/7 116/17
118/21 124/4 128/2 130/3 133/14 134/14
139/21 140/1 140/7 140/11 141/3 141/7
141/11 141/16 141/20 141/24 142/4 142/21
142/25 143/2 143/7 143/12 143/16 143/16
144/20 144/23 145/1 145/4 145/4 145/10

143/2 143/7 143/12 143/16 143/22 144/20
when asked [1] 143/7
when this [1] 139/21
where [37] 4/19 6/8 13/4 14/15 15/11 17/24
28/7 34/18 44/22 47/6 48/23 49/7 54/22 62/3
66/17 68/8 69/18 71/24 91/16 96/22 100/19
106/10 107/11 108/9 108/14 108/16 111/24
114/11 115/3 115/12 118/14 123/12 129/3
129/3 131/2 136/6 138/12
whether [55] 4/16 8/23 19/10 20/14 21/9
21/14 21/20 22/10 24/4 29/12 29/14 29/15
29/21 30/7 37/18 39/18 39/18 40/7 40/11
41/23 43/18 49/1 54/7 57/17 72/19 82/6 82/15
84/5 85/15 87/1 87/17 95/25 96/4 96/7 99/6
99/11 99/12 99/14 101/4 104/7 109/3 109/20
116/4 116/5 116/7 116/10 118/11 120/2
120/15 121/10 121/11 122/12 128/3 136/2
137/12
which [57] 7/19 12/12 15/23 16/13 18/5 21/4
21/4 26/16 32/5 38/21 45/16 47/16 47/17
48/19 52/6 57/2 57/10 61/1 61/22 62/6 64/20
69/5 71/8 71/12 71/14 85/16 90/18 96/6 100/2
100/2 100/14 103/20 103/21 103/22 105/3
105/11 105/12 105/22 105/23 105/24 106/23
108/1 111/7 113/1 113/25 114/14 115/2
115/23 118/22 119/19 121/7 122/5 125/2
125/4 128/4 129/11 129/20
while [5] 8/18 89/18 108/5 108/8 139/23
white [5] 34/1 34/3 34/22 35/1 38/23
who [98] 6/7 27/17 39/14 48/3 50/23 51/2
51/16 52/15 58/12 58/17 65/25 71/2 78/20
79/6 84/13 92/25 99/7 107/5 109/9 109/13
109/25 110/2 110/7 110/20 110/20 110/22
111/8 111/24 112/3 112/12 112/17 112/18
113/3 115/4 115/8 115/8 116/3 120/16 120/18
126/25 127/7 128/5 130/7 130/11 130/15
130/20 130/21 130/22 131/17 134/5 134/8
134/12 134/16 134/19 134/23 135/2 135/5
135/15 138/11 138/12 138/22 139/4 139/8
139/12 139/15 139/19 139/25 140/4 140/9
140/13 140/22 140/22 141/1 141/5 141/9
141/14 141/18 141/22 142/2 142/7 142/14
142/19 142/23 143/5 143/11 143/14 144/8
143/20 143/24 144/1 144/7 144/18 144/21
144/24 145/3 145/6 145/9 145/14
who's [4] 81/18 110/13 113/15 114/12
whoever [3] 120/21 121/11 121/15
whole [4] 24/15 40/10 76/14 81/25
whom [1] 94/17
whose [1] 127/6
why [55] 5/19 6/24 12/7 12/11 17/14 44/10
88/23 102/6 110/5 110/14 112/23 113/16
114/8 114/12 115/21 118/17 118/19 123/1
125/21 132/5 132/24 134/9 134/14 134/18
134/21 134/25 135/6 136/24 139/10 139/14
139/16 139/21 140/7 140/11 141/3 141/7
141/11 141/16 141/20 141/24 142/4 142/21
142/25 143/2 143/7 143/12 143/16 143/22
144/20 144/23 145/1 145/4 145/8 145/10
146/1
wide [4] 89/24 91/21 91/21 133/8
widely [1] 115/25
widespread [1] 119/15
wilder [1] 141/11
will [29] 12/1 12/20 15/14 18/1 24/7 26/1 27/5
27/6 27/7 27/18 27/20 28/2 28/4 28/5 28/6
31/20 46/13 54/25 59/8 61/16 68/24 76/4
77/14 82/5 89/22 89/23 94/7 94/8 134/11
WILLENKEN [1] 2/4
Wilshire [1] 2/4
WILSON [3] 2/3 88/2 95/16
win [2] 21/25 23/16
winter [2] 78/10 78/11
within [2] 84/14 132/25
without [12] 5/19 19/25 20/16 22/15 23/17
80/25 81/7 81/8 106/3 106/4 106/16 140/18
witness [25] 17/14 28/19 39/3 52/17 52/18
52/19 75/23 77/8 79/13 79/25 80/3 80/6 86/2

**W**

**witness...** **[12]** 86/14 89/18 90/2 90/5 90/11
92/9 92/24 93/7 94/3 95/10 95/11 137/16
**witness's [2]** 42/11 93/8
**witnesses [8]** 3/5 3/11 81/3 81/10 89/22 91/3
91/22 92/16
**Womack [4]** 71/7 71/9 71/21 118/12
**woman [1]** 63/8
**women [3]** 111/15 111/16 111/20
**won't [2]** 21/12 71/1
**Wong [11]** 56/14 56/22 89/17 89/23 90/1 91/3
91/11 91/14 91/15 91/24 92/24
**Wong's [2]** 39/6 56/20
**word [14]** 19/24 39/16 43/5 67/5 82/16 82/17
82/18 83/13 88/21 108/18 118/23 118/24
126/6 136/4
**wording [1]** 112/20
**words [8]** 93/7 95/25 106/6 130/2 134/18
136/25 138/6 138/7
**work [7]** 48/11 48/13 55/9 90/3 97/14 98/20
103/4
**worked [2]** 54/23 65/8
**working [2]** 42/3 42/5
**world [6]** 47/8 48/9 105/21 105/24 106/24
114/20
**worn [3]** 56/11 56/25 57/6
**worry [1]** 5/18
**worse [1]** 43/22
**worth [1]** 6/7
**would [92]** 4/18 4/22 5/1 5/8 5/9 5/9 8/16 10/5
10/17 11/14 13/9 13/16 13/24 15/17 15/23
16/7 16/7 16/9 16/10 17/2 17/12 19/22 22/4
22/11 23/5 24/9 26/4 27/18 34/15 36/11 37/5
37/18 41/7 44/25 51/24 54/17 55/15 55/17
55/18 56/13 57/25 59/6 59/22 60/5 60/19 61/6
61/14 62/16 68/22 70/11 80/3 87/1 92/13
96/23 96/24 96/25 99/24 100/2 106/7 106/22
110/8 110/20 110/20 110/21 110/22 110/23
111/11 111/13 112/12 112/24 114/6 114/24
114/24 115/4 115/4 115/6 115/6 115/7 115/9
117/6 117/15 124/13 127/6 127/7 127/8 128/4
131/9 131/14 132/9 136/17 137/2 145/11
**wouldn't [8]** 11/8 16/2 44/2 54/12 67/16 94/15
112/25 138/6
**Wow [2]** 52/9 53/5
**wrist [1]** 71/18
**write [1]** 98/4
**written [1]** 50/6
**wrong [4]** 25/13 64/23 88/8 92/2
**wrote [1]** 90/24
**WSN [1]** 41/1

**X**

**X,Y [1]** 92/9

**Y**

**Yeah [5]** 15/20 37/22 75/19 95/2 145/21
**year [3]** 29/8 36/12 66/16
**Year's [3]** 48/9 62/25 72/24
**years [9]** 42/2 42/16 42/21 43/16 48/14 67/2
83/11 103/4 109/22
**yellow [10]** 62/3 62/23 62/24 63/6 63/24 64/8
64/11 64/21 65/6 66/18
**yellowish [1]** 122/19
**yes [104]** 13/2 16/24 18/16 25/25 28/23 30/10
30/13 30/24 31/11 31/25 32/2 32/4 32/8 34/20
35/3 35/6 36/20 41/9 44/21 45/2 45/20 46/4
46/14 47/20 48/16 49/3 51/6 51/11 51/20 53/2
53/6 53/23 54/4 55/4 55/14 55/17 55/20 56/20
57/15 58/9 58/11 59/17 59/19 60/2 60/18
61/12 61/21 62/1 62/8 62/11 62/14 62/18
63/23 63/25 64/22 65/21 65/24 66/7 66/9
66/11 66/15 66/25 67/24 68/8 68/16 68/21
69/4 69/8 69/12 70/14 70/17 70/25 72/10 74/3
74/10 75/16 76/1 76/13 76/22 76/25 77/3
77/12 77/22 78/8 78/13 79/16 80/19 82/17
90/13 101/3 104/19 115/11 115/18 117/13
118/14 120/23 121/13 124/9 125/9 129/15
132/22 135/14 137/21 144/13

**yesterday [27]** 4/21 6/22 10/17 18/13 22/2
25/16 25/22 26/13 30/4 35/16 37/9 40/7
40/21 42/13 42/21 42/24
58/6 59/20 62/5 63/15 64/20 66/23 69/5 70/15
**yet [6]** 7/17 45/21 48/13 69/17 83/18 94/23
**you [638]**
**you'll [5]** 109/8 123/5 123/8 134/3 134/4
**you're [19]** 10/18 11/23 45/19 45/21 49/18
49/22 49/24 50/22 50/23 51/17 51/18 80/11
86/13 98/20 98/23 116/6 131/16 145/18 146/5
**you've [10]** 10/19 15/18 42/24 49/1 49/13
49/23 51/2 71/23 92/8 131/24
**young [2]** 46/5 71/6
**your [213]**
**your initial [1]** 69/2
**YouTube [5]** 44/22 44/25 45/3 45/7 45/12

**Z**

**zero [1]** 19/3
**zip [4]** 110/1 128/12 128/13 128/15
**ZIPSER [1]** 2/7
**Zonnique [2]** 62/25 118/12
**zoom [2]** 72/5 125/8