1

```
 1

 2

 3                UNITED STATES DISTRICT COURT

 4               CENTRAL DISTRICT OF CALIFORNIA

 5                     SOUTHERN DIVISION

 6                          - - -

 7       THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

 8
          MGA ENTERTAINMENT, INC.,      )CERTIFED TRANSCRIPT
 9                   Plaintiff,         )
             vs.                        )
10                                      )  CV-20-11548-JVS
          CLIFFORD "T.I." HARRIS,       )
11        et al., )                     )
                     Defendants.        )TRIAL DAY 12, VOL. I
12        -----------------------------)
          GRAND HUSTLE, LLC, PRETTY     )
13        HUSTLE, LLC, and OMG GIRLZ,   )
          LLC,                          )
14                   Counter-Claimants, )
             vs.                        )
15        MGA ENTERTAINMENT, INC.,      )
          ISAAC LARIAN, and DOES 1-10,  )
16        inclusive,                    )
                     Counter-Defendants.)
17        -----------------------------)

18

19            REPORTER'S TRANSCRIPT OF PROCEEDINGS

20                  Santa Ana, California

21                  September 20, 2024

22
                          SHARON A. SEFFENS, RPR
23                        United States Courthouse
                          411 West 4th Street, Suite 1-1053
24                        Santa Ana, CA  92701
                          (612) 804-8655
25
```

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff and Counter-Defendants:

 3   PAUL J. LOH
     JASON H. WILSON
 4   KENNETH MICHAEL TRUJILLO-JAMISON
     WILLENKEN, LLP
 5   707 Wilshire Boulevard, Suite 3850
     Los Angeles, CA  90017
 6   (213) 955-9240

 7   MARK A. FINKELSTEIN
     UMBERG ZIPSER, LLP
 8   1920 Main Street, Suite 750
     Irvine, CA  92614
 9   (949) 679-0052

10   THOMAS GREGORY SPRANKLING
     WILMER CUTLER PICKERING HALE & DORR, LLP
11   2600 El Camino Real, Suite 400
     Palo Alto, A  94306
12   (650) 858-6062

13   For the Defendants and Counter-Claimants:

14   JOHN R. KEVILLE
     ROBERT L. GREEN
15   CHANTE B. WESTMORELAND
     SHEPPARD MULLIN RICHTER & HAMPTON, LLP
16   700 Lousiana Street, Suite 2750
     Houston, TX  77002
17   (713) 431-7100

18

19

20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

3

```
 1

 2

 3                        I-N-D-E-X

 4

 5   PLAINTIFFS' REBUTTAL
     WITNESSES:             DIRECT   CROSS   REDIRECT   RECROSS
 6
     CHRISTIAN TREGILLIS      28      33
 7
     PLAINTIFFS'
 8   EXHIBITS:                               MARKED     RECEIVED

 9    (None)

10   DEFENSE
     WITNESSES:             DIRECT   CROSS   REDIRECT   RECROSS
11
     RUSSELL WALTER MANGUM
12     (Continued)            4       22       26

13   DEFENSE
     EXHIBITS:                               MARKED     RECEIVED
14
      (None)
15
                                                        PAGE
16
     JURY INSTRUCTIONS                                    71
17   CLOSING ARGUMENT BY MR. KEVILLE                     102

18

19

20

21

22

23

24

25
```

|     |     |
| --- | --- |
| | 1 | SANTA ANA, CALIFORNIA; FRIDAY, SEPTEMBER 20, 2024; 8:11 A.M. |
| 07:33 | 2 | (Jury not present) |
| 08:11 | 3 | THE CLERK:  Calling Item 1, CV-20-11548-JVS, MGA |
| 08:11 | 4 | Entertainment, Inc., versus Clifford T.I. Harris, et al. |
| 08:11 | 5 | Counsel, please state your appearances for the |
| 08:11 | 6 | record. |
| 08:11 | 7 | MR. LOH:  Good morning, Your Honor.  Paul Loh for |
| 08:11 | 8 | MGA and Isaac Larian.  With me today are my colleagues Mark |
| 08:11 | 9 | Finkelstein, Kenneth Trujillo-Jamison, and Tom Sprankling. |
| 08:11 | 10 | THE COURT:  Good morning. |
| 08:11 | 11 | MR. KEVILLE:  Good morning, Your Honor.  For the |
| 08:11 | 12 | defendants John Keville, Chante Westmoreland and Rob Green. |
| 08:11 | 13 | THE COURT:  Good morning. |
| 08:11 | 14 | I received your several briefs on the Rule 50(a) |
| 08:11 | 15 | motion.  In formulating your additional remarks, when I take |
| 08:12 | 16 | objections as well as hear the 50(a) motions, you should be |
| 08:12 | 17 | aware that I am fairly likely to exercise my discretion as |
| 08:12 | 18 | contemplated by Rule 50(b) to simply take those motions |
| 08:12 | 19 | under submission. |
| 08:12 | 20 | Let's bring the jury in, please. |
| 08:12 | 21 | (Jury present) |
| 08:13 | 22 | THE COURT:  Good morning, ladies and gentlemen. |
| 08:13 | 23 | Mr. Green. |
| 08:13 | 24 | RUSSELL WALTER MANGUM, DEFENSE WITNESS, PREVIOUSLY SWORN |
| 08:13 | 25 | CROSS-EXAMINATION (Continued) |

08:13    1    BY MR. GREEN:

08:13    2    Q    Good morning, Mr. Mangum.

08:13    3             Do you recall yesterday --

08:13    4    A    Good morning.

08:13    5    Q    Do you recall yesterday you testified that

08:13    6    Mr. Tregillis didn't say anything about needing to replicate

08:13    7    expenses when he was analyzing them?

08:13    8    A    Didn't say anything about needing to replicate?

08:13    9    Q    Do you recall saying that Mr. Tregillis didn't say

08:13   10    anything about needing to replicate expenses when he was

08:13   11    analyzing them?

08:13   12    A    No, not like that.  I remember speaking about his first

08:14   13    report.

08:14   14             MR. GREEN:  Can we put up yesterday afternoon 91,

08:14   15    1 to 15.

08:14   16    BY MR. GREEN:

08:14   17    Q    Do you see you were asked:

08:14   18             "Is it your understanding -- did Mr. Tregillis

08:14   19    drill down more on the other expenses that are on this

08:14   20    document?"

08:14   21             And at the end you said, Mr. Tregillis "didn't say

08:14   22    anything about needing to replicate."

08:14   23             Do you see that?

08:14   24    A    Correct.  This is not about --

08:14   25             MR. GREEN:  Move to strike.  Do you see that?

08:14  1          THE WITNESS:  I do see those words.

08:14  2  BY MR. GREEN:

08:14  3  Q    We're near the end of this.  We have been here

08:14  4  three weeks.  If we could just keep it to yes or no, and I

08:14  5  don't know to try to move this along.  Can you do that?

08:14  6  A    I will do my best.

08:14  7  Q    You went on to say:

08:14  8          "It's only been later that he now said, 'Well, you

08:14  9  know, for costs that are further down, it would bring the

08:14 10  profitability much lower.'  Now he has a concern of

08:14 11  replicating.  So it's a little bit inconsistent."

08:15 12          That's what you said yesterday, right?

08:15 13  A    That's what I said, yes.

08:15 14  Q    That wasn't my recollection, but I wanted to check, so

08:15 15  I looked at Mr. Tregillis's December 20, 2022, report.  Do

08:15 16  you remember receiving that in this case?

08:15 17  A    I do.

08:15 18          MR. GREEN:  Allen, can you put up page 9 of that

08:15 19  report, December 20, 2022.  It's page 10, the pdf page.

08:16 20  BY MR. GREEN:

08:16 21  Q    Mr. Tregillis criticized that "He" -- that's you,

08:17 22  Dr. Mangum -- "has not checked any of the expense

08:17 23  calculations made by Mr. Crisanti."  Do you see that?

08:17 24  A    Yes, in his December report.

08:17 25  Q    2022, nearly two years ago?

08:17  1   A    Correct, but months after his first report.

08:17  2   Q    Not recently, though, that he raised this concern?

08:17  3   A    No, this was December '22, but not in his first report,

08:17  4   not like last week or last month.

08:17  5   Q    Okay.  And what Mr. Tregillis said there is correct,

08:17  6   right?  You can't affirm the accuracy of any of

        7   Mr. Crisanti's calculations can you?

08:17  8   A    No, I'm not recreating the financial statements.

08:17  9   That's not what I have done here.

08:17  10  Q    Right.  So you can't affirm the accuracy of anything

08:17  11  Mr. Crisanti did, right?

08:17  12           MR. TRUJILLO-JAMISON:  Objection, asked and

08:17  13  answer.

08:17  14           MR. GREEN:  I didn't get an answer, Your Honor.

08:17  15  It's a yes or no question.

08:17  16           THE COURT:  Overruled.

08:18  17           THE WITNESS:  I don't think that's correct.  I

08:18  18  have not replicated his math, but I have gone through the

08:18  19  methodologies he described.  I have used my experience on

08:18  20  what people do when they create financial statements, and I

08:18  21  have asked him questions about what he did, so I have

08:18  22  validated it that way, but I have not checked his math.

08:18  23  BY MR. GREEN:

08:18  24  Q    You can't affirm the accuracy of any of the numbers

08:18  25  that are on that document, correct?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:18  1    A    No, not the mathematical calculations.  I cannot affirm

08:18  2    those.

08:18  3    Q    Mr. Crisanti actually created that expense document

08:18  4    before you ever spoke with him, didn't he?

08:18  5    A    Correct.

08:18  6    Q    So only Mr. Crisanti could affirm the accuracy of those

08:18  7    numbers, right?

08:18  8    A    His calculations, that's true.  Yes.

08:18  9    Q    You didn't test if the expenses that he put in there

08:18  10   were related to the O.M.G. line did you?

08:18  11   A    That's incorrect.  I did.

08:18  12         MR. GREEN:  Allen, can you put up his depo at 53,

08:18  13   4 to 11.

08:18  14   BY MR. GREEN:

08:18  15   Q    You were asked:

08:18  16         "Okay, so you didn't necessarily test if whether

08:19  17   the -- any salaries that were included in the overhead costs

08:19  18   actually related to production, sale, or distribution of the

08:19  19   O.M.G. dolls?"

08:19  20         "Correct.  I'm relying on him.  If I tested

08:19  21   something and affirmed it, I wouldn't need to rely.  I could

08:19  22   say, no, I alone can be the one testifying to that.  I did

08:19  23   not do that regarding the costs."

08:19  24         That's what you testified to under oath, correct?

08:19  25   A    Yes, that's correct.

08:19    1    Q    Do you been stand by that?

08:19    2    A    Yes, I do.

08:19    3    Q    But you alone are the only one testifying about these

08:19    4    expenses, aren't you?

08:19    5    A    I think you mean Mr. Tregillis has talked about his

08:19    6    views on expenses, but not Mr. Crisanti if that's what you

08:19    7    mean.

08:19    8    Q    We didn't hear from Mr. Crisanti did we?

08:19    9    A    Correct.

08:19   10              MR. GREEN:  If we go back to Mr. Tregillis's

08:19   11    report, page 37, Allen, paragraph 90.

08:19   12    BY MR. GREEN:

08:19   13    Q    Again, you can see Mr. Tregillis said:  "Given the lack

08:19   14    of investigation and proof that these expenses relate to the

08:20   15    production, sale, and distribution of the dolls at issue" --

08:20   16    then he said he limited the expenses to the ones that he

08:20   17    deducted, correct?

08:20   18    A    Yes, I see that.

08:20   19    Q    So again, he explained that he had concerns about the

08:20   20    lack of any investigation or analysis into those fixed

08:20   21    overhead costs, correct?

08:20   22    A    In this December report, yes.

08:20   23    Q    Sure.  But two years ago?

08:20   24    A    Correct, five or six months after his first report.

08:20   25    Q    So five, six months after his first report is much

08:20    1    later, but two years ago is not that long ago?

08:20    2    A    I don't understand your question.  I'm sorry.

08:20    3    Q    So you came in here yesterday, and you represented that

08:20    4    Mr. Tregillis is being inconsistent.  It was only much later

08:20    5    that he decided to criticize you for not investigating the

08:20    6    costs, but it was in the second report he gave you, wasn't

08:20    7    it?

08:20    8          MR. TRUJILLO-JAMISON:  Objection, argumentative.

08:20    9          THE COURT:  Overruled.

08:20   10          THE WITNESS:  I don't remember the work much.

08:20   11    What I said is he did an analysis, and it was only later

08:20   12    that he questioned having to replicate or validate certain

08:21   13    expenses, but he hadn't earlier.  I don't remember the word

08:21   14    "much."

08:21   15    BY MR. GREEN:

08:21   16    Q    Fair enough.  He raised it two years ago?

08:21   17    A    Yes, in his December report.

08:21   18    Q    Okay.  And despite the lack of your investigation,

08:21   19    Mr. Tregillis actually accepted pretty much all the expenses

08:21   20    that MGA put forward, didn't he?

08:21   21    A    Yes, he did.

08:21   22    Q    So he was being conservative, and you're using that to

08:21   23    claim that he was inconsistent, aren't you?  Yes or no?

08:21   24    A    Yes, it is because he is not doing the same approach

08:21   25    for everything, and he didn't explain why.

08:21    1    Q    I think we just saw in his report that he explained

08:21    2    why, didn't he?

08:21    3    A    If he was conservative in one spot, why isn't he

08:21    4    conservative on others?  He doesn't talk about why he

08:21    5    decided to be conservative sometimes and not conservative on

08:21    6    others.  It's a catchall that you can't nail down.

08:21    7    Q    So in your view, we should throw out all the expense

08:21    8    then?

08:21    9    A    No.  I deduct all the costs on that document.

08:21    10            MR. GREEN:  Move to strike everything after "No."

08:22    11            THE COURT:  It will be stricken.

08:22    12    BY MR. GREEN:

08:22    13    Q    You understand MGA has the burden of proving expenses

08:22    14    and any portion of profit not attributable to the OMG Girlz'

08:22    15    trade dress, correct?

08:22    16            MR. TRUJILLO-JAMISON:  Objection, calls for a

08:22    17    legal conclusion.

08:22    18            THE COURT:  Overruled.

08:22    19            THE WITNESS:  That is my understanding, yes.

08:22    20    BY MR. GREEN:

08:22    21    Q    You would agree that the higher the expenses and the

08:22    22    deductions, the lower the potential damages to MGA?

08:22    23    A    That's correct, yes.  They are deductions, so --

08:22    24    Q    So MGA has an incentive to potentially overstate its

08:22    25    expenses, correct?  Would you agree?

08:22  1   A    If you mean a decreasing profit incentive, I mean,
08:22  2   mathematically it's true.  The more expenses that are
08:22  3   deducted, the lower the profits are.
08:22  4   Q    In this litigation, MGA might have an incentive to
08:22  5   overstate its expenses; would you agree?
08:22  6              MR. TRUJILLO-JAMISON:  Objection, calls for
08:22  7   speculation.
08:22  8              THE COURT:  Overruled.
08:22  9              THE WITNESS:  I don't know about an incentive.  I
08:22  10  realize mathematically that if someone deducts more expenses
08:22  11  that means lower profit.  I don't know about a moral motive
08:22  12  you're talking about or something like that.
08:22  13  BY MR. GREEN:
08:22  14  Q    I didn't say moral.
08:22  15              They may have an incentive to have less damages,
08:23  16  correct?  You can't answer that?
08:23  17  A    I believe they want a proper calculation.  That's what
08:23  18  I was asked to do.  I don't think someone told me I want
08:23  19  something to be lowest, or we have an incentive to do that.
08:23  20  I'm not aware of that.
08:23  21  Q    If they really wanted a proper calculation, they could
08:23  22  have asked you to do it to make sure it was right, correct?
08:23  23  A    Yes.
08:23  24  Q    Okay, thank you.
08:23  25              But you did not do that, correct?

08:23    1    A    I believe I did verify the costs that I've talked about

08:23    2    today, and through the investigation I described, I believe

08:23    3    I did.

08:23    4    Q    The investigation you are talking about is you had some

08:23    5    phone calls with Mr. Crisanti, correct?

08:23    6    A    That's one of the things, yes.

08:23    7    Q    You didn't invite Mr. Tregillis to those phone calls

08:23    8    did you?

08:23    9    A    No, I did not invite him to any of the work that I did.

08:23    10    Q    You didn't provide any of your notes from those phone

08:23    11    calls to Mr. Tregillis did you?

08:23    12    A    That's incorrect.

08:24    13    Q    What we have is -- well, I should say you weren't even

08:24    14    on all those phone calls, correct?  You had some of your

08:24    15    subordinates handle them?

08:24    16    A    I don't think that's accurate.  The phone calls I'm

08:24    17    speaking of to address the questions I have testified to I

08:24    18    was on about the costs and the deductions.  There were other

08:24    19    phone calls about other matters that I was directing staff

08:24    20    to partake in with Crisanti.

08:24    21    Q    There were phone calls to Mr. Crisanti you weren't on?

08:24    22    A    That's true, yes.

08:24    23    Q    For those, you got your staff telling you what

08:24    24    Mr. Crisanti said, and now you are telling us what they

08:24    25    said, correct?

08:24  1    A    No, nothing I've testified to falls under what you just

08:24  2    described.

08:24  3            MR. GREEN:  In Mr. Tregillis's December 4 -- go to

08:24  4    page 32, Allen.

08:24  5    BY MR. GREEN:

08:24  6    Q    Do you see he also discussed the application of the

08:24  7    direct assistance rule?  Do you see that in paragraphs 72

08:24  8    and 73?

08:25  9    A    I'm looking for the direct -- oh, yes, in 73.

08:25  10   Q    That's the standard you say that you applied, right?

08:25  11   A    I believe so.  I referred to that in my report.  That's

08:25  12   what I believe I followed, yes.

08:25  13   Q    Mr. Tregillis went on in paragraph 75.  He actually

08:25  14   looked at -- well, I should say in paragraph 73 he looked at

08:25  15   the source you had cited for the direct assistance rule, the

08:25  16   intellectual property law damages and remedies publication,

08:25  17   didn't he?

08:25  18   A    Yes, I remember that portion of his report.

08:25  19   Q    And in following it down to page 33, paragraph 75, he

08:25  20   explained his understanding that the direct assistance rule

08:25  21   is whether any of the overhead expenses were caused by the

08:25  22   production or sale of the infringing goods, not the

08:25  23   proportioned amount of sales of the goods in relation to

08:26  24   total sales.  That's what Mr. Tregillis said, correct?

08:26  25   That's what he told you in December 2022?

08:26  1  A    I'm trying to read.  Give me a second.

08:26  2            (Witness reading document)

08:26  3            I do see his words.  I remember that being part of

08:26  4  his report, yes.

08:26  5  Q    That's what Mr. Crisanti did, though, wasn't it?  He

08:26  6  used a proportioned amount of goods sold?

08:26  7  A    The cost ratio approach is what Mr. Crisanti did.  I

08:26  8  believe that's appropriate as well.  I can't tie that to a

08:26  9  sentence.  I'm looking at the sentence, and I don't -- the

08:26  10 proportionate portion of, for example, fixed overhead, that

08:26  11 allocation is what Mr. Crisanti did.  I can't tie that to

08:26  12 the sentence right now about how it's phrased by

08:27  13 Mr. Tregillis.

08:27  14 Q    If that's the standard, that it's whether any of the

08:27  15 overhead expenses were caused by the production or sale of

08:27  16 the infringing goods, not the proportioned amount of sales

08:27  17 of the goods in relation to total sales, you didn't follow

08:27  18 that standard, correct -- or Mr. Crisanti didn't I should

08:27  19 say?

08:27  20 A    I agree that to ignore costs that are related to more

08:27  21 than one product that could be allocated by sales -- to

08:27  22 leave those out is not what I did.

08:27  23 Q    So if this is the standard, that was not followed in

08:27  24 your opinion, correct?

08:27  25 A    At least if we read that sentence as to say not to use

08:27    1    the sales ratio rule for overhead costs, if that's what the

08:27    2    standard is, that's not what I followed.

08:27    3    Q    And you served I think three reports since

08:27    4    December 2022, didn't you?

08:27    5    A    Let's see, January of '23, May of -- yes, that's

08:27    6    correct.

08:27    7    Q    In none of those reports did you criticize

08:27    8    Mr. Tregillis's understanding of the direct assistance rule,

08:27    9    did you?

08:28    10    A    I disagree in the sense that I stated exactly what I

08:28    11    thought the rule was and how to go about it, and it did

08:28    12    include allocating expenses that apply to more than one

08:28    13    brand.  I stated that clearly, so I did.

08:28    14    Q    My question is, after you received the December 2022

08:28    15    report, you served three more reports.  You didn't criticize

08:28    16    -- you didn't ever write out and criticize any issues with

08:28    17    Mr. Tregillis's view of the direct assistance rule did you?

08:28    18    A    I don't know if I framed it in the sense of him being

08:28    19    wrong, but I clearly stated what I believe was right in all

08:28    20    those reports.

08:28    21    Q    The fixed overhead that you are deducting in this case,

08:28    22    it includes MGA's legal fees for the attorneys sitting right

08:28    23    here, doesn't it?

08:28    24    A    That's my understanding, yes.

08:28    25    Q    It includes your fees that they are paying you, doesn't

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 08:28 | 1 | it? |
| 08:28 | 2 | A    That is my understanding, yes. |
| 08:28 | 3 | Q    Did you make any dolls, sir? |
| 08:28 | 4 | A    I don't manufacture dolls, no. |
| 08:28 | 5 | Q    You didn't drive a truck with the dolls to a store did |
| 08:28 | 6 | you? |
| 08:28 | 7 | A    No. |
| 08:28 | 8 | Q    Okay.  You weren't even involved in the dolls until |
| 08:29 | 9 | long after they were made and sold in this litigation, |
| 08:29 | 10 | correct? |
| 08:29 | 11 | A    Correct.  It's been involved in this case. |
| 08:29 | 12 | Q    But you're deducting that from MGA's profits in your |
| 08:29 | 13 | analysis, aren't you? |
| 08:29 | 14 | A    Well, I'm deducting fixed overhead, which I understand |
| 08:29 | 15 | would include that, yes. |
| 08:29 | 16 | Q    And there are many other categories that might be in |
| 08:29 | 17 | that fixed overhead, correct? |
| 08:29 | 18 | A    There are, yes. |
| 08:29 | 19 | Q    You can't tell us what all those specific categories |
| 08:29 | 20 | are or the dollar figures can you? |
| 08:29 | 21 | A    No, I don't have a list of all the ledger entries which |
| 08:29 | 22 | would end up in that fixed overhead. |
| 08:29 | 23 | Q    I'm glad you raise that. |
| 08:29 | 24 |     The general ledger would have that information, |
| 08:29 | 25 | wouldn't it? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:29    1    A    Yes, in the general ledger.  Yes.

08:29    2    Q    But you did not look at the general ledger, correct?

08:29    3    A    No.  I relied on Mr. Crisanti who oversees and manages

08:29    4    the general ledger.

08:29    5    Q    Using your profit margin, you actually determined MGA

08:29    6    has lost money every year from 2022 until now on the O.M.G.

08:29    7    dolls, correct?

08:29    8    A    Yes, the L.O.L. Surprise! O.M.G. line from that P&L

08:30    9    statement does show losses for the last two years I believe.

08:30    10    Q    2022, 2023, and so far in 2024, correct?

08:30    11    A    Partial '24, yes, so those three years or partial

08:30    12    years.

08:30    13    Q    That's applying your margin, right?

08:30    14    A    I applied the --

08:30    15    Q    I'll reask the question.

08:30    16        That's if you had applied the profit margin that

08:30    17    you calculated, correct?

08:30    18    A    Yes, but it's the operating profit margin on the

08:30    19    document that I referred to.

08:30    20    Q    You also determined that the Queens dolls at issue --

08:30    21    Runway, Diva Prism, and Miss Divine -- never made money, but

08:30    22    they actually loss $800,000 total based on your

08:30    23    calculations, correct?

08:30    24    A    I don't remember the numbers year by year.  I know it's

08:30    25    in my Exhibit 5, but I don't remember year by year -- I'm

08:30    1    sorry -- doll by doll.

08:30    2    Q    Your Exhibit 5 shows that adding those three up you

08:30    3    determined they lost $800,000.  You wouldn't disagree that

08:30    4    was your analysis, right?

08:30    5    A    No, my corrected Exhibit 5 does go doll by doll and

08:31    6    shows the profits based on the timing the dolls were sold,

08:31    7    et cetera.

08:31    8    Q    Were you ever told that the designer of Runway Diva,

08:31    9    Ms. Lora Stephens, believed that those three dolls were

08:31   10    financial successes?

08:31   11    A    I'm sorry.  I missed the first part of your question.

08:31   12    Q    Were you ever told that the designer of those dolls --

08:31   13    the designer of Runway Diva, Ms. Lora Stephens, believed

08:31   14    that those three dolls were financial successes?  Were you

08:31   15    ever told that?

08:31   16    A    I can't recall.

08:31   17    Q    One last point, yesterday we talked about your

08:31   18    comparison analysis.  You know what I am talking about when

08:31   19    I use that term?

08:31   20    A    I do.  I think I called it the series analysis, yes.

08:31   21    Q    Series analysis.  I think I was going off your slides.

08:31   22    We will call it the series analysis.  Your opinion that you

08:31   23    testified is that none of the profits for the O.M.G. dolls

08:31   24    are attributable to their use of the OMG Girlz' trade dress,

08:31   25    right?

08:31  **1**    A    Correct.

08:31  **2**    Q    So if that's true, then MGA got no economic benefit

08:32  **3**    from using the trade dress, correct?

08:32  **4**    A    What my analysis shows by that comparison and the

08:32  **5**    series is there is no discernible extra sales that were

08:32  **6**    earned on the dolls that allegedly have the trade dress or

08:32  **7**    likeness compared to the dolls that don't.  Yes, that's

08:32  **8**    right.

08:32  **9**    Q    So by using the trade dress, MGA got no economic

08:32  **10**   benefit under your opinion, correct?

08:32  **11**   A    Nothing incremental, nothing extra, that I could find

08:32  **12**   discernible, that's true.

08:32  **13**   Q    They could have not used the trade dress and made the

08:32  **14**   exact same amount of money in your opinion, correct?

08:32  **15**   A    That's one alternative or some other design.

08:32  **16**   Q    You gave that opinion to MGA in October 2022, didn't

08:32  **17**   you?

08:32  **18**   A    I filed a report where I stated that in October 2022.

08:32  **19**   Q    And you worked with MGA's attorneys to make that

08:32  **20**   report, correct?

08:32  **21**   A    Yes, I interacted with them.  It was my report, but,

08:32  **22**   yes, we interacted.

08:32  **23**   Q    So in October 2022, MGA understood that you believed

08:32  **24**   there was no incremental benefit to using the trade dress,

08:32  **25**   correct?

08:32   1   A    Yes, they had my report.  I presume they knew about it.

08:33   2   Q    Guys, you are using this trade dress, and you are not

08:33   3   getting any economic benefit.  Did you know that?

08:33   4   A    I'm sorry.

08:33   5   Q    That's what you told them?  You said, MGA, you're not

08:33   6   getting any economic benefit from this trade dress.  Did you

08:33   7   know that?

08:33   8            MR. TRUJILLO-JAMISON:  Objection, argumentative.

08:33   9            THE COURT:  Overruled.

08:33   10            THE WITNESS:  No, I didn't tell that to anybody.

08:33   11   I filed a report about my opinions and described the

08:33   12   methods.

08:33   13   BY MR. GREEN:

08:33   14   Q    Presumably, the attorneys that you worked with on that

08:33   15   report relayed that to MGA, that there was no economic

08:33   16   benefit to the trade dress, correct?

08:33   17            MR. TRUJILLO-JAMISON:  Objection, calls for

08:33   18   speculation.

08:33   19            THE COURT:  Overruled.

08:33   20            THE WITNESS:  I don't know what they told -- who

08:33   21   they passed that on to.  I just don't know specifically.

08:33   22   BY MR. GREEN:

08:33   23   Q    So despite you deciding two years ago that there is no

08:33   24   economic benefit to using the trade dress, that MGA could

08:33   25   sell dolls without the trade dress and make the exact same

08:33  1   amount of money, MGA continued to litigate this lawsuit that

08:33  2   they filed for two years?

08:33  3          MR. TRUJILLO-JAMISON:  Objection, Your Honor.

08:33  4   Counsel is testifying.

08:34  5          THE COURT:  Sustained.

08:34  6   BY MR. GREEN:

08:34  7   Q    Since you issued your October report, MGA has continued

08:34  8   to litigate this case for two years, correct?

08:34  9   A    October.  Yes, we are almost to two years now.

08:34  10  Q    Despite the fact that you believe that there is no

08:34  11  economic benefit to their continued use of the trade dress,

08:34  12  right?

08:34  13  A    Correct.

08:34  14  Q    That doesn't make any sense does it, sir?

08:34  15         MR. TRUJILLO-JAMISON:  Objection, argumentative.

08:34  16         THE COURT:  Sustained.

08:34  17         MR. GREEN:  Pass the witness.

08:34  18                    REDIRECT EXAMINATION

08:34  19  BY MR. TRUJILLO-JAMISON:

08:34  20  Q    Briefly, Dr. Mangum.

08:34  21         MR. TRUJILLO-JAMISON:  Mr. Knecht, pull up

08:34  22  Exhibit 6056.  If you can sort of zoom in a little bit.

08:34  23  BY MR. TRUJILLO-JAMISON:

08:34  24  Q    Dr. Mangum, on cross, you were asked a lot of questions

08:34  25  about whether you had verified the numbers that are in this

08:34    1    document.  Do you recall those questions?

08:34    2    A    Yes, I do.

08:34    3    Q    I want to make sure we are clear for the record.

08:34    4           In terms of you and Mr. Tregillis, except for

08:34    5    fixed overhead, do you both agree to deduct the costs that

08:35    6    we see on this exhibit here?

08:35    7    A    Yes, all of it except for fixed overhead.

08:35    8    Q    Despite the questions about whether there was backup

08:35    9    documentation for that?

08:35    10    A    Correct.

08:35    11    Q    You were also asked some questions about the costs that

08:35    12    were incurred for the lawyers and for yourself in this case?

08:35    13    A    Yes.

08:35    14    Q    Would you agree that costs the company incurs for

08:35    15    defending a brand like L.O.L. Surprise! O.M.G that that's

08:35    16    caused by or related to the brand itself?

08:35    17    A    Yes, it is.  My understanding is this case began

08:35    18    because MGA wanted to clarify they were able to continue

08:35    19    selling the dolls.  It was a challenge they had to face, and

08:35    20    they have consulting services, legal and my own, as part of

08:35    21    that to try to be able to continue to do what they have been

08:35    22    doing.

08:35    23    Q    This case itself is part and parcel of that defense?

08:35    24    A    Yes.  This is business law about being able to continue

08:35    25    in the business of selling those products.

08:36    1    Q    Those are actual costs that MGA is incurring for this
08:36    2    case?
08:36    3    A    Yes, they are.
08:36    4    Q    You were asked several questions, I think, about the
08:36    5    Queen series of dolls and whether they had been profitable
08:36    6    since they have been released.  Do you recall that line of
08:36    7    questioning?
08:36    8    A    Yes.
08:36    9    Q    In your experience in terms of sort of the ebbs and
08:36   10    flows of doll sales, was that surprising that dolls showed
08:36   11    no profit in those years?
08:36   12            MR. GREEN:  Objection.
08:36   13            THE COURT:  Sustained.
08:36   14    BY MR. TRUJILLO-JAMISON:
08:36   15    Q    Dr. Mangum, one last topic, I believe yesterday you
08:36   16    were asked about your series analysis, and you were asked
08:36   17    some questions about why you didn't do a one-to-one
08:36   18    comparison, one of the dolls that was in the remaining group
08:36   19    versus one that's outside.  Do you recall that line of
08:36   20    questioning?
08:36   21    A    I do, yes.
08:36   22    Q    I believe you testified that in your methodology you
08:36   23    compared the group that remains versus the ones that are
08:37   24    outside the 32.
08:37   25    A    Correct.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:37    1    Q    Can you explain why you used that methodology as

08:37    2    opposed to a one-to-one comparison?

08:37    3    A    Sure.  In my comparison, I wanted to look at a set of

08:37    4    dolls where there was not a question about the trade dress

08:37    5    or likeness.  And I looked at another set that all had

08:37    6    something in common, but they all had the alleged trade

08:37    7    dress or likeness, so that was the comparison I wanted to

08:37    8    perform.

08:37    9         While it would be possible to say, well, let's

08:37   10    look at a subset of one side of that, you could do the

08:37   11    mathematics.  But then you ask, well, would you compare

08:37   12    against another subset of the dolls that are outside the 32?

08:37   13    So looking at a smaller sample size, which is not as

08:37   14    reliable, leads to what are you comparing?  What is your

08:37   15    basis for comparison?

08:37   16         So I wanted to look at all the dolls and what was

08:37   17    common, although the dolls have different features,

08:37   18    different attributes, in the products.  What was common was

08:38   19    that there was an alleged trade dress or likeness there.  I

08:38   20    think it's important to look at that group, that one

08:38   21    commonality, comparing it to a group outside the 32 dolls

08:38   22    that did not have that commonality.

08:38   23    Q    So was there any basis where you could make a line

08:38   24    drawing between one doll that allegedly had the trade dress

08:38   25    and another?

08:38    1    A    Well, outside the 32 is a line you can draw.  There's

08:38    2    not allegations of the trade dress, but of the 32 remaining

08:38    3    dolls, that's all in common.  Even though there's

08:38    4    differences in the doll products, what is common is the

08:38    5    alleged trade dress or likeness.

08:38    6    Q    So in your capacity as an expert if you had done a

08:38    7    one-to-one analysis, would you consider that to be

08:38    8    methodologically sound?

08:38    9    A    No, it wouldn't address the question.  You would be

08:38    10   capturing something specific about that doll, but not

08:38    11   looking at what this common trade dress is among the 32

08:38    12   dolls compared to the dolls outside the 32.

08:38    13              MR. TRUJILLO-JAMISON:  Thank you.

08:38    14              Pass the witness.

08:38    15                      RECROSS-EXAMINATION

08:38    16   BY MR. GREEN:

08:39    17   Q    Dr. Mangum, in addition to your series analysis, you

08:39    18   previously did other analyses to try to allocate the profit

08:39    19   margins to the trade dress, correct?

08:39    20              MR. TRUJILLO-JAMISON:  Objection, outside the

08:39    21   scope of my redirect.

08:39    22              MR. GREEN:  He asked about --

08:39    23              THE COURT:  Overruled.

08:39    24              THE WITNESS:  In earlier reports, I performed

08:39    25   other analyses about looking at factors of the doll sets,

08:39   1   yes.

08:39   2   BY MR. GREEN:

08:39   3   Q    In those analyses, you didn't arrive at zero did you?

08:39   4   A    No, not early on, not the analysis that I performed.

08:39   5   Q    You had higher allocation percentages than zero,

08:39   6   correct?

08:39   7   A    In the analysis that I did, I identified that it could

08:39   8   not be more than a certain percentage above zero, but I

08:39   9   didn't say it was that percentage in that other analysis,

08:39   10  correct.

08:39   11  Q    You didn't provide that testimony in this trial did

08:39   12  you?

08:39   13  A    No, I did not.

08:39   14          MR. GREEN:  No further questions.

08:39   15          THE COURT:  Sir, you may step down.  Thank you.

08:40   16          Would you call your next witness?

08:40   17          MR. LOH:  Your Honor, we rest.

08:40   18          THE COURT:  Very good.

08:40   19          Do the Harris parties have evidence in rebuttal?

08:40   20          MR. GREEN:  The Harris parties call Mr. Tregillis.

08:40   21          THE CLERK:  You are reminded you are still under

08:40   22  oath.

08:40   23          THE WITNESS:  Thank you.

08:40   24    CHRISTIAN TREGILLIS, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

08:40   25                        DIRECT EXAMINATION

08:40    1    BY MR. GREEN:

08:40    2    Q    Hi, Mr. Tregillis.

08:40    3    A    Hello.

08:40    4    Q    You were here for Dr. Mangum's testimony yesterday and

08:40    5    today?

08:40    6    A    Correct.

08:40    7    Q    Did you hear questions that were raised about you

08:40    8    cherry-picking by only including one year of revenue for the

08:40    9    O.M.G. Remix Super Surprise! set?

08:40   10    A    Yes.

08:40   11    Q    What would have happened if you included more years of

08:41   12    revenue?

08:41   13    A    Then the profits would have been higher, so I

08:41   14    conservatively only looked at 2020.

08:41   15    Q    In your years of testifying, have you ever had an

08:41   16    opposing party criticize you for suggesting lower damages

08:41   17    against them?

08:41   18    A    Not that I can recall.

08:41   19    Q    Yesterday and today Dr. Mangum discussed two issues

08:41   20    where I think you and him disagree, including fixed overhead

08:41   21    and Dr. Mangum's we'll call the series analysis.  Do you

08:41   22    remember that?

08:41   23    A    Yes.

08:41   24    Q    Starting with number one, do you agree with

08:41   25    Dr. Mangum's reasoning for including fixed overhead as an

08:41  1    expense?

08:41  2    A    No.

08:41  3    Q    Can you explain why?

08:41  4    A    Well, I was here this morning.  I heard the back and

08:41  5    forth between you and him over the last 15 minutes, and I

08:41  6    think you described the issue.  I think that Dr. Mangum and

08:41  7    I agree on what the standard is, the law.  You identified

08:41  8    that from our case and talked about what the standard is.  I

08:41  9    just disagree with the way that he implemented it.  He

08:42  10   testified that it was not his job to scrutinize by looking

08:42  11   at the general ledger, by looking at the documents, I think

08:42  12   the receipts.  He didn't need to look at the receipts.

08:42  13          I'm a CPA.  My job is to look at the receipts.

08:42  14   That's my job to do the inspection and investigation, check

08:42  15   the numbers, don't just accept them when MGA's

08:42  16   representative says here are the numbers.  So I guess

08:42  17   fundamentally we just have a different understanding of our

08:42  18   jobs.  His job he thinks is not to scrutinize.  I think it

08:42  19   is my job to scrutinize.  That's actually the value that I

08:42  20   bring.

08:42  21   Q    Do you believe it's appropriate to include the legal

08:42  22   fees from this case in expenses for the profits calculation?

08:42  23   A    My understanding is no.  First, like I said, we both

08:42  24   seem to agree that the costs that are deductible are not all

08:42  25   of the costs but, rather, just the costs that are related to

08:43  1   production, sale, and distribution.

08:43  2          So when Dr. Mangum testified yesterday about how

08:43  3   if you don't include all the costs you don't get the total

08:43  4   profit of the company, I agree with that.  If you don't

08:43  5   include all costs, you don't get the total profit of the

08:43  6   company, but that's not the question.  The question is if we

08:43  7   follow what the law tells us are the deductible costs, the

08:43  8   law doesn't say deduct all costs.  It says only deduct the

08:43  9   costs related to production, sale, and distribution.

08:43  10         So I heard him say you have to deduct all the

08:43  11  costs to get to the total profits.  I agree, but that's not

08:43  12  our assignment, and that's why I explained in that December

08:43  13  2022 report that here is the standard.  You don't deduct all

08:43  14  the costs.  I think that the legal fees have not been

08:43  15  demonstrated to be a cost incurred and caused by the

08:43  16  production, sale, and distribution of these dolls.

08:43  17         Secondarily, I think it's actually a question of

08:44  18  law whether in this lawsuit you can deduct the costs of this

08:44  19  lawsuit in calculating the profits.

08:44  20  Q    Do you have any idea what the dollar figures are for

08:44  21  the different categories of expenses MGA put in its fixed

08:44  22  overhead line?

08:44  23  A    No.  Dr. Mangum testified he didn't inspect that, and I

08:44  24  didn't get a chance to find out from Mr. Crisanti what those

08:44  25  were.  He was deposed before we did our reports, and I

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:44    1    didn't have the ability once I saw the numbers that

08:44    2    Dr. Mangum identified as being the proper deductions to be

08:44    3    able to find out what Mr. Crisanti had included, and as

08:44    4    Dr. Mangum said, he didn't inspect that either.  So we don't

08:44    5    know what all of those costs are nor the amount of what

08:44    6    those costs are.  It's a black box.

08:44    7    Q    Having heard Dr. Mangum's testimony in full, do you

08:44    8    stand by your decision to not to deduct the fixed costs --

08:45    9    or the fixed overhead I should say?

08:45    10   A    Yes.  I think you had asked him the question about who

08:45    11   has the burden, who has the responsibility, and my

08:45    12   understanding is it's MGA.  And lacking any investigation of

08:45    13   what's in there, like I said checking the receipts and

08:45    14   scrutinizing, I think it's for the jury to make their own

08:45    15   conclusion about that.  Like I said, I'm really more of a

08:45    16   bean counter, not really in their role.  That's their job.

08:45    17   Q    Thank you.

08:45    18        For the second item, the series analysis, do you

08:45    19   see any flaws in the way that Dr. Mangum has conducted the

08:45    20   analysis?

08:45    21   A    Yes.

08:45    22   Q    Can you explain those?

08:45    23   A    Well, as Dr. Mangum said, he looked at a list of the 32

08:45    24   dolls.  And I understand the list of the 32 was a list

08:45    25   identified by the Court as the dolls that were potentially

08:45   1   in the case, so that put the limit on what could be in the

08:45   2   case, the 32.

08:45   3           So then based on that, ultimately I understand you

08:46   4   have chosen to seek calculations and damages relating to the

08:46   5   seven or the nine, not the 32, given the starting point of

08:46   6   what the Court said.  So Dr. Mangum's analysis doesn't

08:46   7   relate to a comparison of the seven or the nine to the rest.

08:46   8   His was the 32 compared to the rest.  He has no analysis

08:46   9   that pertains to how the seven have performed, and, in fact,

08:46   10  the seven have outperformed the rest.

08:46   11          MR. TRUJILLO-JAMISON:  Objection.  Outside the

08:46   12  scope of his expert reports.

08:46   13          THE COURT:  Overruled.

08:46   14  BY MR. GREEN:

08:46   15  Q    Sticking with the 32, did Dr. Mangum's analysis -- do

08:46   16  you notice anything about it with respect to the higher

08:46   17  revenue dolls?

08:46   18  A    Yes.  The higher revenue dolls were not included.  The

08:46   19  number two most successful product we talked about, the

08:46   20  Remix Super Surprise! product with the band, none of those

08:47   21  are included in Dr. Mangum's analysis.  So as long as you

08:47   22  focus on the dolls that aren't the most successful, then

08:47   23  that's how you get to his analysis.  So I don't think it's

08:47   24  very instructive or insightful to look at the least

08:47   25  successful dolls and reach conclusions about what is

08:47  1  successful and not if you don't talk about the most

08:47  2  successful dolls.

08:47  3          MR. GREEN:  Pass the witness.

08:47  4          THE COURT:  I think that went two rounds.

08:47  5          MR. TRUJILLO-JAMISON:  No, Your Honor.  That was

08:47  6  his direct.

08:47  7          MR. GREEN:  Yes.  We called him.

08:47  8          THE COURT:  Okay.

08:47  9                    CROSS-EXAMINATION

08:47  10  BY MR. TRUJILLO-JAMISON:

08:47  11  Q    Good morning, Mr. Tregillis.

08:47  12  A    Hi, Mr. Trujillo-Jamison.

08:47  13  Q    On direct, you were asked about Dr. Mangum's series

08:47  14  analysis?

08:47  15  A    Yes.

08:47  16  Q    In any of your reports that you issued in this case,

08:47  17  you didn't offer any responsive analysis of your own with

08:48  18  respect to the series analysis, correct?

08:48  19  A    I didn't perform an alternative version of that

08:48  20  calculation.  You are correct.

08:48  21  Q    And the last time that Dr. Mangum presented his

08:48  22  analysis of that was in August, last month?

08:48  23  A    Right.

08:48  24  Q    In your reply report that you issued a week later, you

08:48  25  did not provide any analysis that would respond to

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:48  1  Dr. Mangum's analysis on the series analysis, correct?

08:48  2  A    Nothing new that addressed his series analysis that

08:48  3  hadn't already been raised.

08:48  4  Q    I believe in a prior proceeding you previously

08:48  5  characterized Dr. Mangum's methodology as, quote,

08:48  6  "cherry-picking."

08:48  7  A    Maybe.  I don't know the testimony you are talking

08:48  8  about, but that isn't terribly inconsistent with what I just

08:48  9  described, which is using certain of the data but not other

08:48  10  data.

08:48  11  Q    But again, isn't your decision to focus on seven to

08:49  12  nine out of the 32 really the cherry-picking going on?

08:49  13  A    I think you have a fundamental disagreement with the

08:49  14  Harris parties about their process of choosing which dolls

08:49  15  to assert in this case.  Is that cherry picking?  I would

08:49  16  say it is not cherry-picking.  It's their choice about which

08:49  17  dolls they think embody their trade dress.  The choice to

08:49  18  not assert the rest of the dolls, I don't think that's

08:49  19  cherry-picking.  I think it's deliberate and based on their

08:49  20  analysis of the dolls and where they think their trade dress

08:49  21  is.

08:49  22  Q    One last question, Mr. Tregillis.  Again, you've been

08:49  23  an expert for I assume several years, correct?

08:49  24  A    Yes.

08:49  25  Q    And your testimony has been partially excluded in some

35

08:49    1    cases in the past?

08:49    2    A     Yes.

08:49    3              MR. TRUJILLO-JAMISON:  Pass the witness.

08:49    4              THE COURT:  Mr. Green.

08:49    5              MR. GREEN:  No further questions, Your Honor.

08:50    6              THE COURT:  Sir, you may step down.  Thank you.

08:50    7              Do you have any further evidence in your rebuttal

08:50    8    case?

08:50    9              MR. KEVILLE:  No, Your Honor.

08:50   10              THE COURT:  Do you rest?

08:50   11              MR. KEVILLE:  We do, Your Honor.

08:50   12              THE COURT:  Okay.  Ladies and gentlemen, you've

08:50   13    now heard all of the evidence in the case.  There are

08:50   14    certain matters that I need to take up with counsel.  I

08:50   15    can't take them up until all the evidence is in.  We need to

08:50   16    do that.

08:50   17              We need to have a short discussion about the jury

08:50   18    instructions, but I think it's going to take us about an

08:50   19    hour.  We will go as quickly as we can, but there are

08:50   20    certain things that I just couldn't get to until the

08:50   21    evidence is closed, and it's now closed.  So we will be in

08:50   22    recess, ladies and gentlemen.  Please remember the

08:50   23    admonition.

08:50   24              (Jury not present)

08:50   25              THE COURT:  Are you prepared to discuss the jury

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

08:51   1   instructions, or do you need a break?

08:51   2           MR. GREEN:  No, we can discuss them.

08:51   3           MR. FINKELSTEIN:  Yes, Your Honor, we are

08:51   4   prepared.

08:51   5           THE COURT:  Let's take up your instructions.

08:51   6           MR. TRUJILLO-JAMISON:  May I grab the witness

08:51   7   binder?

08:51   8           THE COURT:  Sure.  The current set of instructions

08:52   9   has on the footer September 20, '24.

08:52  10           Since we concluded our charging conference

08:52  11   yesterday, I received a proposed additional instruction from

08:53  12   the Harris parties at Docket 990 with respect to the

08:53  13   functional aspects of trade dress.  I have accepted that

08:53  14   addition to Instruction No. 15, and I have included that in

08:53  15   Instruction No. 15.

08:53  16           I have also received a request for an additional

08:53  17   instruction from MGA at Docket 987.  I note that it's

08:53  18   received, and I deny it, reject it.

08:53  19           Any further objections or comments with respect to

08:53  20   the jury instructions as they presently exist?

08:53  21           I will say for the record I will deem any party

08:54  22   who has made a prior written objection to the instructions

08:54  23   in this case or in the prior set of instructions, either

08:54  24   written or orally -- all such objections are deemed to have

08:54  25   been made at this point as well.  I note that we have some

08:54  1    additional instructions which I have considered and rejected

08:54  2    from the Harris parties.

08:54  3              Mr. Green.

08:54  4              MR. GREEN:  Your Honor, are you saying you

08:54  5    rejected the instruction which I think is No. 16?

08:54  6              THE COURT:  No.  The instruction --

08:54  7              MR. GREEN:  We had prepared one to 16 as well.

08:54  8    I'm sorry.  I don't know that I have --

08:55  9              THE COURT:  I thought you only made one proposal.

08:55  10             Do you want to add some language to Instruction

08:55  11   No. 16?

08:55  12             MR. GREEN:  Yes.  We thought it was appropriate

08:55  13   given some of the misstatements made in questioning.

08:55  14             THE COURT:  Mr. Finkelstein.

08:55  15             MR. FINKELSTEIN:  Yes, Your Honor.

08:55  16             THE COURT:  The new language is at Document 990 at

08:55  17   page 6.

08:55  18             MR. FINKELSTEIN:  A couple things, Your Honor.

08:55  19   First of all, they are asking for this instruction because

08:55  20   of one question that was objected to, and the objection was

08:55  21   sustained.  There is no reason to pull out one question and

08:55  22   adjust the model instructions based on that.

08:55  23             If we are going to do modifications, we should do

08:55  24   it on something that is much more relevant, for instance,

08:56  25   the survey evidence versus the polls.  On that point, I have

08:56  1    proposed an addition.  If we are going to start making

08:56  2    changes to the model instruction, we should be doing it on

08:56  3    something more relevant.

08:56  4            In addition, Your Honor --

08:56  5            THE COURT:  Well, I'm not going to deviate from

08:56  6    the model instruction.

08:56  7            MR. FINKELSTEIN:  If we're not going to deviate

08:56  8    then, we are not going to accept their change as well?

08:56  9            THE COURT:  Correct.

08:56  10           MR. FINKELSTEIN:  Thank you, Your Honor.

08:56  11           May I -- do you want me to address the other

08:56  12   issues as well at this point?

08:56  13           THE COURT:  Well, let's hear all the plaintiffs'

08:56  14   issues first.

08:56  15           MR. GREEN:  I apologize.  I can't seem to find the

08:56  16   morning -- I didn't realize we had received the morning

08:56  17   instructions.

08:56  18           THE COURT:  It was e-mailed out.

08:56  19           MR. KEVILLE:  Your Honor, I can't find it either.

08:57  20           THE COURT:  Can you resend it, Elsa?

08:57  21           We are resending it right now.  It went out after

08:57  22   7:00, maybe 7:30.

08:57  23           MR. GREEN:  It was from the normal like jvs --

08:57  24           THE CLERK:  Yes.

08:57  25           MR. FINKELSTEIN:  While they are trying to find

08:57  1    that, can I address the functionality?

08:57  2              THE COURT:  Sure.

08:57  3              MR. FINKELSTEIN:  Your Honor, I think for the same

08:57  4    reason you are not going to adjust the model for the

08:57  5    confusion instruction, you also shouldn't adjust the model

08:57  6    instruction for functionality.

08:57  7              THE COURT:  Isn't the additional language in the

08:57  8    model?

08:57  9              MR. FINKELSTEIN:  I don't believe so, no.  I think

08:57  10   that's something they have asked to add.  They have taken

08:57  11   one cite from one case.  I think frankly it doesn't make

08:58  12   sense, because what they want to say -- and I don't disagree

08:58  13   with the concept that the trade dress needs to be viewed as

08:58  14   a whole, but we already have that concept in the definition

08:58  15   of "trade dress."  Frankly, the language they pulled I don't

08:58  16   think most tracks the Fuddruckers case, which is what I

08:58  17   think their authority is, so I don't even agree with that

08:58  18   language.  We would have to say something like --

08:58  19             THE COURT:  Are you going to argue that trade

08:58  20   dress is functional?

08:58  21             MR. FINKELSTEIN:  I mean we are certainly not

08:58  22   waiving that.  I don't think that's going to be a prime

08:58  23   thrust of our claim.

08:58  24             THE COURT:  If you are going to argue it, I'm

08:58  25   going to give it.

08:58  1          MR. FINKELSTEIN:  I understand.  For the record

08:58  2     then, Your Honor, we disagree.  I also think this language

08:58  3     is not consistent with the Fuddruckers case, and I think

08:58  4     there is other instructions that talk about trade dress must

08:58  5     be considered as a whole.  So if we are going to -- I would

08:58  6     object to this.  If you are going to give it, I would at

08:58  7     least say add "potentially" after the word "can."

08:59  8          THE COURT:  Just a minute.  Let me --

08:59  9          MR. FINKELSTEIN:  So "functional elements that are

08:59  10    separately unprotectable can potentially be protected

08:59  11    together as part of a trade dress," which I think is more

08:59  12    accurate.  To be honest, though, Your Honor, if we are going

08:59  13    to do this, I think we should just simply say if they want

08:59  14    to have this concept -- again, I don't think it's

08:59  15    necessary -- the Fuddruckers case says, quote:  "We examine

08:59  16    trade dress as a whole to determine its functionality."

08:59  17    That's the statement, but again I think we already have that

08:59  18    concept elsewhere.  Now we are changing the model..

08:59  19          THE COURT:  I'm going to give this proposed

08:59  20    instruction adding it to Instruction No. 15.  Objection

08:59  21    noted.

08:59  22          MR. FINKELSTEIN:  You're giving it as requested by

08:59  23    the Harris parties?

09:00  24          THE COURT:  Yes, and objection noted.

09:00  25          MR. FINKELSTEIN:  Thank you, Your Honor.

41

| | | |
|---|---|---|
| 09:00 | 1 | THE COURT:  Anything else, Mr. Green? |
| 09:00 | 2 | MR. GREEN:  I'm sorry, Your Honor.  I'm trying |
| 09:00 | 3 | to -- |
| 09:00 | 4 | THE COURT:  Have you got the current copy? |
| 09:00 | 5 | MR. GREEN:  I see the e-email, but I didn't see an |
| 09:00 | 6 | attachment. |
| 09:00 | 7 | MR. KEVILLE:  I just responded.  I think it was |
| 09:00 | 8 | forwarded with the attachment not on it. |
| 09:00 | 9 | THE COURT:  Without? |
| 09:00 | 10 | MR. KEVILLE:  I just got the e-mail from |
| 09:00 | 11 | forwarding, but the attachment is not on there. |
| 09:00 | 12 | MR. GREEN:  Your Honor, I think we were -- I |
| 09:00 | 13 | didn't realize that it hadn't been filed this morning.  We |
| 09:00 | 14 | are filing a written statement similar to what MGA filed. |
| 09:00 | 15 | We are trying to get that on file right now.  That will |
| 09:00 | 16 | cover our objections just so we preserve them.  I think most |
| 09:00 | 17 | of them are probably duplicative of what the Court has |
| 09:00 | 18 | already heard but just so they are in the record in one |
| 09:01 | 19 | place. |
| 09:01 | 20 | THE COURT:  At 989, MGA filed written objections. |
| 09:01 | 21 | MR. GREEN:  I think we are in the process of |
| 09:01 | 22 | filing something similar. |
| 09:01 | 23 | THE COURT:  It will be deemed made at this time. |
| 09:01 | 24 | MR. FINKELSTEIN:  Would you like me to give our |
| 09:01 | 25 | side, or do you want to wait? |

09:01  1          MR. GREEN:  In addition to what you filed?

09:01  2          MR. FINKELSTEIN:  Yes, I want to go through some

09:01  3  issues with the jury instructions that we printed out.  I

09:01  4  don't if you want to do it now or wait for them to print it.

09:01  5  Whatever Your Honor's pleasure.  I'm just trying to --

09:01  6          THE COURT:  Mr. Green needs to have the Court's

09:01  7  set in front of him.

09:01  8          MR. FINKELSTEIN:  Understood.  I will wait, Your

09:01  9  Honor.

09:03  10          THE COURT:  Still haven't got it?

09:03  11          MR. KEVILLE:  No, Your Honor.  Is there any way we

09:03  12  can print a copy?

09:03  13          Opposing counsel, can you print a copy?

09:04  14          MR. FINKELSTEIN:  Do you want us to print an extra

09:04  15  copy?

09:04  16          MR. KEVILLE:  Yes.

09:04  17          MR. FINKELSTEIN:  Sure.  Just give me a moment.

09:04  18  Let me go to my staff.

09:04  19          (Pause in proceedings)

09:04  20          MR. FINKELSTEIN:  I have asked my staff to print

09:04  21  an extra copy.  When it's ready, we will bring it to

09:04  22  opposing counsel, Your Honor.

09:04  23          (Pause in proceedings)

09:04  24          MR. GREEN:  Your Honor, as we are working through

09:06  25  it, I notice in Instruction No. 12 there is a duplicate

09:06  1   paragraph.

09:06  2          THE COURT:  Just a minute.

09:07  3          MR. FINKELSTEIN:  Do you want us to start going

09:07  4   through that?

09:07  5          THE COURT:  Let me catch that.

09:07  6          MR. FINKELSTEIN:  I was going to --

09:07  7          THE COURT:  Just a minute.  Let me catch that

09:07  8   first, please.

09:07  9          MR. FINKELSTEIN:  I was going to address that,

09:07  10  Your Honor.  I think what happened was we talked yesterday

09:07  11  that there were two paragraphs missing, and then instead

09:07  12  this has been duplicated.  So not only do we need to delete

09:07  13  one paragraph, but I believe we both agreed that you need

09:07  14  the additional paragraphs in that model on No. 12.  That's

09:07  15  all I wanted to say on that point, Your Honor.

09:07  16         THE COURT:  I thought this second paragraph was

09:07  17  the paragraph you wanted me to add.

09:07  18         MR. GREEN:  It is.  What's happened is it has been

09:07  19  put in twice.  I think what we discussed yesterday is that

09:07  20  instruction has kind of a predicate of what trade dress is.

09:08  21  It's the overall -- there's like two sentences or so.  So

09:08  22  there is a predicate that's in the model, and then we asked

09:08  23  for the insert, which you gave us.  We are not disputing

09:08  24  that the predicate should still be there, which is trade

09:08  25  dress is the product's total image and overall appearance.

09:08   1   It should have the language.  It's from 15.3 I believe.

09:08   2           MR. SPRANKLING:  Your Honor, it was in the prior

09:08   3   instruction, and it's in the first two paragraphs of the

09:08   4   model.

09:08   5           THE COURT:  So you want me to put the first

09:08   6   paragraph of 15.3 as the first paragraph in Instruction

09:09   7   No. 12; is that correct?

09:09   8           MR. SPRANKLING:  Let me just double-check.  I

09:09   9   think there may have been two paragraphs in the model and in

09:09  10   the prior instruction, but I will confirm right now.

09:09  11           MR. FINKELSTEIN:  I'm looking at it now, Your

09:09  12   Honor.  There are two paragraphs, so I think the solution

09:09  13   would be to add the two paragraphs in the model instruction.

09:09  14   Then add Your Honor's paragraph one time and then conclude

09:09  15   with what you have here at the end.

09:09  16           MR. GREEN:  We don't disagree.  The first instance

09:09  17   of it should be replaced with the model's opening two

09:09  18   paragraphs that we used before.

09:09  19           THE COURT:  The first paragraph of 15?

09:09  20           MR. GREEN:  15.3, "Trade dress is the

09:09  21   nonfunctional" --

09:09  22           THE COURT:  Let me just -- okay, I have got that

09:11  23   now.

09:11  24           What else are we going to do in 12?

09:12  25           MR. FINKELSTEIN:  Your Honor, for No. 12, we would

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:12    1    just again object for the record.  We don't believe this

09:12    2    additional paragraph regarding business is appropriate.  It

09:12    3    deviates from the model instruction.  We don't think it

09:12    4    should be given.

09:12    5          MR. GREEN:  I think he is just preserving his

09:12    6    objection for the record.

09:12    7          MR. FINKELSTEIN:  Yes, to be clear, I was just

09:12    8    preserving it for the record.

09:12    9          THE COURT:  We discussed this previously in the

09:12   10    charging conference.

09:12   11          MR. GREEN:  Correct.

09:12   12          THE COURT:  Do the Harris parties have any other

09:12   13    comments?

09:12   14          MR. GREEN:  Yes.  On Instruction No. 13, the

09:12   15    literal copying insert, we just would ask that some commas

09:12   16    be added for clarity.

09:12   17          THE COURT:  Which line, please?

09:13   18          MR. GREEN:  Line 28 of the first page of Court's

09:13   19    Instruction No. 13, literally copying.  What we were just

09:13   20    proposing is:  "Literal copying, may," comma, "but is not

09:13   21    required," comma, "to establish a violation" --

09:13   22          THE COURT:  Okay.  I've implemented that.

09:13   23          MR. GREEN:  Thank you, Your Honor.

09:13   24          THE COURT:  Anything else?

09:13   25          MR. GREEN:  That's all we have caught so far.  We

09:13  1    are still flipping through.  We can listen to theirs.

09:13  2              THE COURT:  There is one question in the set at

09:13  3    page 27, Instruction No. 20.  The parties asked for a

09:14  4    change.  I just want to make sure I made the change you

09:14  5    wanted.

09:14  6              MR. GREEN:  I think that's functionally what we

09:14  7    wanted.  I might say "using," not "use," but I think that

09:14  8    was the concept..

09:14  9              MR. FINKELSTEIN:  I believe that is the concept.

09:14  10   I might add an apostrophe after the Girlz if we are going to

09:14  11   do small edits, but I believe you captured the concept we

09:14  12   discussed yesterday.

09:14  13             THE COURT:  Line, please.

09:14  14             MR. FINKELSTEIN:  Page 27, line 1.

09:14  15             THE COURT:  Yes.

09:14  16             MR. FINKELSTEIN:  "The OMG Girlz'," apostrophe,

09:14  17   "trade dress."..

09:14  18             THE COURT:  Okay.

09:15  19             MR. FINKELSTEIN:  Would you like me to go through

09:15  20   the remainder of our issues?

09:15  21             THE COURT:  Do I have all of the Harris objections

09:15  22   to the jury instructions at this point?

09:15  23             MR. GREEN:  Except for, like I said, we are doing

09:15  24   a written submission right now that you deemed --

09:15  25             THE COURT:  If there is anything new in there,

09:15  1    would you bring it to my attention now.

09:16  2          MR. GREEN:  The only thing was on the willfulness

09:16  3    instruction.  I haven't gotten there.  Otherwise, you've

09:16  4    heard our position on the others, and I understand the

09:16  5    Court's ruling.

09:16  6          For No. 21, we would object to the final paragraph

09:17  7    about reasonable belief.  That's not in our written

09:17  8    submission, but we will orally object to the inclusion of

09:17  9    that which we think isn't supported.

09:17  10          THE COURT:  Instruction 21.

09:17  11          MR. GREEN:  Instruction 21, the final paragraph,

09:17  12    which is lines --

09:17  13          THE COURT:  Reasonableness.

09:17  14          MR. GREEN:  12 to 15.  We would object to the

09:17  15    inclusion of the reasonable belief addition in the first

09:17  16    paragraph.

09:17  17          THE COURT:  Noted and overruled.

09:17  18          Mr. Finkelstein.

09:17  19          MR. FINKELSTEIN:  Your Honor, first of all, you

09:17  20    said we incorporate the objections we filed at Docket 989.

09:17  21    In addition to what we discussed at Instruction 21, we have

09:17  22    used a preponderance of the evidence standard here.  I

09:17  23    believe in the previous trial we said clear and convincing

09:18  24    evidence.  And just for the record, we would object to that

09:18  25    standard, the preponderance of the evidence standard being

09:18  1    used here.

09:18  2            THE COURT:  Objection noted.  For punitive damages

09:18  3    in federal court, it's preponderance.  Noted.

09:18  4            MR. FINKELSTEIN:  In terms of that last paragraph,

09:18  5    at line 13, we would request rather than "should" they "may

09:18  6    consider" it.  They don't have to.  And then line 14 rather

09:18  7    than "must determine," we would suggest "may consider" for

09:18  8    that as well.

09:18  9            THE COURT:  At line 13, I will substitute "may"

09:18  10   for -- ..

09:18  11           MR. GREEN:  Which instruction are we on?

09:18  12           MR. FINKELSTEIN:  No. 21.

09:18  13           THE COURT:  No. 21 at line 13.  As far as the last

09:19  14   sentence of that paragraph, it reads:  "You must determine

09:19  15   the reasonableness of MGA's conduct both before and after

09:19  16   the notification."  I'm not going to modify that.  Objection

09:19  17   noted..

09:19  18           MR. FINKELSTEIN:  The only other thing we have is

09:19  19   we did do a filing last night about the instructions,

09:19  20   whether there was an omission or not.  I just want again to

09:19  21   raise it in case you didn't see it.

09:19  22           THE COURT:  I'm sorry?

09:19  23           MR. FINKELSTEIN:  We did a filing last night

09:19  24   regarding these instructions.  I don't know the docket

09:19  25   number, but I just wanted to bring that to the Court's

09:19   1    attention.

09:19   2             THE COURT:  Docket 989?

09:19   3             MR. FINKELSTEIN:  No, it was a prior filing.

09:19   4    Mr. Sprankling perhaps has the docket number.

09:19   5             MR. GREEN:  This related to the damages.

09:19   6             MR. FINKELSTEIN:  Do you have a docket number?

09:19   7             MR. GREEN:  No.  I was looking, but if I

09:19   8    understood, there are two issues.  You think the original

09:19   9    instruction was omitted, and then you had separately

09:19   10   proposed the one that previously Your Honor ruled on.

09:19   11            THE COURT:  As I indicated, any objection

09:20   12   previously filed is deemed made at this time.

09:20   13            MR. FINKELSTEIN:  Okay.  I just wanted to raise

09:20   14   this additional filing last night and make sure you saw it,

09:20   15   Your Honor.  Thank you.

09:20   16            THE COURT:  Yes, 989.

09:20   17            MR. FINKELSTEIN:  I will let Mr. Sprankling

09:20   18   address this perhaps, Your Honor.

09:20   19            THE COURT:  Okay.  If there is nothing further, we

09:20   20   are going to go to press and print these.

09:20   21            MR. GREEN:  Your Honor, in 19, I just noticed

09:20   22   there was kind of a floating Instruction No. 19, page 25.

09:20   23   On line 6 or 7, there is like a floating period before the

09:20   24   sentence.  We just caught that when we were going through.

09:20   25            MR. SPRANKLING:  Your Honor, it's Docket 987

09:21    1    regarding the --

09:21    2            THE COURT:  I'm looking at Instruction No. 19.

09:21    3    What alteration are you requesting?

09:21    4            MR. GREEN:  I was just noting on line 6 there's

09:21    5    just kind of a period floating before the sentence.

09:21    6            THE COURT:  All right.  I see what you are saying.

09:21    7            MR. GREEN:  I do want to understand for their

09:21    8    filing we agree that their prior submission was ruled on, is

09:21    9    preserved, et cetera, but it seemed like there was a

09:21    10   separate issue that you believe there's an instruction that

09:21    11   is missing entirely that was in there before?

09:21    12           MR. SPRANKLING:  Your Honor, this is Docket 987.

09:21    13   We just wanted to make sure the Court is aware that there

09:21    14   was a version of the damages instruction that was in prior

09:21    15   iterations that may have or may not have been inadvertently

09:21    16   dropped.  It's currently under the damages instruction for

09:21    17   common law misappropriation other than punitives.  So we

09:21    18   submit you should use our old proposal on that, but right

09:21    19   now there is no --

09:21    20           MR. GREEN:  We don't agree with their old

09:22    21   proposal, but I think we would agree that the prior

09:22    22   instruction should go back in.

09:22    23           MR. SPRANKLING:  We would be fine without it.  We

09:22    24   just want to be sure it's deliberate.  That's all, Your

09:22    25   Honor.

09:22    1            THE COURT:  Well, they asked for damages in the

09:22    2    special verdict.

09:22    3            MR. SPRANKLING:  Okay.  That's completely fine

09:22    4    with us.  We justed want to make sure.

09:22    5            THE COURT:  Okay.

09:22    6            MR. GREEN:  We noticed that --

09:22    7            THE COURT:  Just a minute, please.

09:22    8            MR. GREEN:  Sorry.

09:24    9            THE COURT:  Yes, please.

09:24    10            MR. GREEN:  Your Honor, I will just go back to --

09:24    11    in the prior instructions given -- and this is what MGA

09:24    12    noted -- there was an Instruction No. 22 that explained

09:24    13    damages for our misappropriation of name, likeness,

09:24    14    identity, and it explained the profits calculation, which I

09:24    15    understand they objected to, and it was ruled on.

09:24    16            THE COURT:  The profit calculation is in there.

09:24    17            MR. GREEN:  I think that the issue is that No. 22

09:24    18    was no longer in there.  I was going back to the old final

09:24    19    to see that instruction, but that is my understanding of

09:24    20    what --

09:24    21            MR. SPRANKLING:  Your Honor, there were at one

09:24    22    time two instructions on profits, one on infringement and

09:24    23    one on misappropriation.  It appears to us the

09:24    24    misappropriation one was dropped.  We are completely fine

09:24    25    with excluding it for the reasons Your Honor said, but that

09:25    1    was the point we just wanted to make sure --

09:25    2           THE COURT:  It's the same standard, is it not?

09:25    3           MR. SPRANKLING:  I believe it's similar.  I would

09:25    4    have to double-check.

09:25    5           MR. GREEN:  I believe it was similar, but there

09:25    6    was an instruction for our claim on that that you had ruled

09:25    7    we could seek the profits which they object to, but that was

09:25    8    ruled on.  We don't want to have an instruction where we

09:25    9    have an issue later where there is a claim that there was no

09:25    10    basis given to determine misappropriation of name, likeness,

09:25    11    or identity damages.  We would propose using Instruction

09:25    12    No. 22 that had been in the previous instructions.

09:25    13           THE COURT:  When you say previous instructions,

09:25    14    what do you mean?

09:25    15           MR. GREEN:  The final from the second trial.

09:25    16    That's what I am looking at, which is Docket 764.

09:25    17           MR. SPRANKLING:  Your Honor, we are fine with

09:26    18    excluding it.  We are also fine with using our past

09:26    19    instruction.  We object to this one, but we thought it might

09:26    20    be inadvertent, so we thought we should bring it to opposing

09:26    21    counsel and the Court's attention.

09:26    22           MR. GREEN:  I think it probably was inadvertent.

09:26    23           THE COURT:  Just a minute.  Which instruction?

09:26    24           MR. GREEN:  It's Docket 764, the prior final.  It

09:26    25    was Instruction No. 22.

09:26   1          MR. SPRANKLING:  I believe that's right.  I also

09:26   2   believe it was in the first iteration of instructions that

09:26   3   was handed out on September 18.  We have these docket cites

09:26   4   in our filing as well, Your Honor, at 987.

09:27   5          THE COURT:  I'm looking at the original 22 given.

09:27   6   What is here that is missing from the current set?

09:27   7          MR. SPRANKLING:  Your Honor, I don't want to make

09:27   8   my friend's arguments for him.  We would be fine with

09:27   9   omitting it.  I just wanted to raise the issue.

09:27   10          THE COURT:  What's in the old 22 at the last trial

09:27   11   that's missing?  I'm looking at 22 from the last trial.

09:27   12          MR. GREEN:  So the prior -- I'm looking at the

09:27   13   ones on September 18, which also reflected the final jury

09:27   14   instructions, Docket 764.  What is missing is that they had

09:28   15   the opening to prove their claim and decide how much damage,

09:28   16   and then there was a discussion of recovering profits,

09:28   17   determine the gross, determine the expenses, and all of that

09:28   18   is missing.  It just skips to a punitive damages instruction

09:28   19   instead.  So everything that --

09:28   20          THE COURT:  Let me look.  Okay, I've added 22:

09:29   21   "OMG Girlz must prove the amount of damages," and then it

09:29   22   goes through the gross, net, and concludes the OMG Girlz

09:30   23   have the burden of proving the amount of gross revenue, and

09:30   24   MGA has the burden of proving the amount of expenses..

09:30   25          MR. SPRANKLING:  Your Honor, are you drawing it

09:30   1   directly from the past instruction, or is there a paper

09:30   2   document we could look at to make sure we agree with that?

09:30   3            THE COURT:  It's the past instruction.

09:30   4            MR. SPRANKLING:  It's the past instruction?  Okay,

09:30   5   thank you.

09:30   6            THE COURT:  It's my Word Perfect copy of the final

09:30   7   instructions.

09:30   8            Okay, anything else?

09:30   9            MR. GREEN:  Yes, Your Honor.  I'm concerned -- and

09:30  10   I can't tell because I'm looking at the September 18

09:30  11   version.  At one point, there was an instruction for profit

09:30  12   calculations for trade dress which is 21, and then for

09:30  13   misappropriation which was 22.  And I'm not sure -- I know

09:30  14   you just added one for misappropriation, but I don't think

09:30  15   the profits for either from what we are looking at.

09:30  16            MR. FINKELSTEIN:  They are here.  Current 22 has

09:31  17   that -- I'm sorry, counsel.  Hold on.

09:31  18            MR. GREEN:  No. 21 is willful, and 22 is that

09:31  19   punitives instruction.  It doesn't seem like we have either

09:31  20   of the profits instructions.

09:31  21            MR. FINKELSTEIN:  20 has it.  20 I believe is

09:31  22   related to trade dress.

09:31  23            (Counsel conferring)

09:31  24            MR. GREEN:  I apologize.  So 21 and the additional

09:31  25   I think that addresses it.

09:31  1          MR. FINKELSTEIN:  Your Honor, if I may, two

09:31  2    things.  First of all, the one issue we just talked about,

09:31  3    as Mr. Sprankling said, we disagree that you should give

09:31  4    disgorgement for likeness misappropriation.  I believe that

09:32  5    was borrowed from CACI for statutory misappropriation rather

09:32  6    than common law misappropriation.  So for common law

09:32  7    misappropriation, we provided an instruction we think that

09:32  8    the Court should give, so we do not believe disgorgement is

09:32  9    an appropriate remedy for common law misappropriation.

09:32  10         THE COURT:  Objection noted.

09:32  11         MR. FINKELSTEIN:  The other thing I wanted to

09:32  12   raise just so the record is clear, on this preponderance

09:32  13   versus clear and convincing evidence standard, I would cite

09:32  14   the Court to Pinkette Clothing, Inc., v. Cosmetic Warriors,

09:32  15   Ltd., 2017 WL 6049370, at page 1.  It's a CD Cal. case,

09:32  16   February 16, 2017, and based on that case, we believe that

09:32  17   clear and convincing is the correct standard.

09:32  18         In fact, it says:  "To begin with, the Court

09:32  19   already concluded during its oral decision that CWL failed

09:32  20   to show by clear and convincing evidence that Pinkette

09:33  21   willfully infringed on CWL's mark," et cetera.  So we

09:33  22   believe that it should be clear and convincing and not

09:33  23   preponderance of the evidence for Instruction No. 21.

09:33  24         Those are the only other objections I wanted to

09:33  25   make for the record.

| | | |
|---|---|---|
| 09:33 | 1 | MR. GREEN:  We don't read that as a statement of |
| 09:33 | 2 | the law but rather a recitation about what a Court |
| 09:33 | 3 | concluded.  I think Your Honor is correct on the Lanham Act |
| 09:33 | 4 | willfulness. |
| 09:33 | 5 | THE COURT:  I'm going to give preponderance. |
| 09:33 | 6 | Anything further? |
| 09:33 | 7 | MR. FINKELSTEIN:  Nothing on the jury instructions |
| 09:33 | 8 | from us, Your Honor. |
| 09:33 | 9 | THE COURT:  Okay.  Let me print this so that we |
| 09:33 | 10 | can get them copied. |
| 09:33 | 11 | MR. GREEN:  I would just note that we filed our |
| 09:33 | 12 | objections at 992.  I just note that for the record that |
| 09:34 | 13 | they have been filed with the Court. |
| 09:34 | 14 | THE COURT:  Okay. |
| 09:35 | 15 | Okay, form of special verdict. |
| 09:35 | 16 | MR. FINKELSTEIN:  I will go ahead.  Obviously, we |
| 09:35 | 17 | incorporate our objections from 989.  Our only comments are |
| 09:35 | 18 | really stylistic issues.  I will note on the footer it says |
| 09:35 | 19 | "MGA's Revised Proposed Verdict Form."  We would suggest -- |
| 09:35 | 20 | THE COURT:  I tried to take that out.  It crashed |
| 09:35 | 21 | the document every time I tried to do it. |
| 09:35 | 22 | MR. FINKELSTEIN:  Okay.  Would you like us to try |
| 09:35 | 23 | to do it? |
| 09:35 | 24 | THE COURT:  Yes. |
| 09:35 | 25 | MR. FINKELSTEIN:  Okay.  I will do that right now. |

09:35  1          The other two issues, Your Honor, are it seems
09:35  2    there has been some auto numbering changes when it was
09:35  3    converted I believe.  For instance, if you look at page 5,
09:36  4    the First Amendment question has reverted to Question 1
09:36  5    rather than Question 4, and it has a No. 2 for yes/no.  I
09:36  6    believe that should be omitted and then the same thing on
09:36  7    page 6.  The numbering of the questions should then continue
09:36  8    to No. 5 and No. 6, et cetera.
09:36  9          THE COURT:  Well, they were off, so I just
09:36  10   renumbered per section, but if an internal number is off
09:36  11   rather than the number of the question, tell me that.
09:36  12         MR. GREEN:  I do think there is an issue because
09:36  13   there are internal answers to if you answered, blank, to
09:36  14   question X, and now we have got -- so, for example, right
09:36  15   under that, if you answered yes to any doll for Question 3
09:36  16   or similar, I don't know if those all match now if we don't
09:36  17   have the straight numbering.
09:36  18         MR. FINKELSTEIN:  I didn't see a problem there,
09:36  19   but I did notice -- the only problem I noticed that was
09:36  20   internal, Your Honor -- and we could probably go and try to
09:37  21   fix this, too -- if we go and try and fix the footer issue,
09:37  22   starting on page 7 when you're looking at the verdict form
09:37  23   for MGA's claims, the trade dress infringement and
09:37  24   misappropriation related to Questions 9 and 10, there are no
09:37  25   Questions 9 and 10, so could just remove that.

09:37  1          THE COURT:  Where do you see 9 and 10?

09:37  2          MR. FINKELSTEIN:  On page 7, line 18, in the box,

09:37  3  the column second to the right.

09:37  4          THE COURT:  So it should be 3 and 4, right?

09:37  5          MR. FINKELSTEIN:  Yes.

09:37  6          THE COURT:  All right.

09:37  7          MR. FINKELSTEIN:  So would you like us then to

09:37  8  just change that to 3 and 4 and try to remove this footer?

09:37  9          THE COURT:  Yes.

09:37  10          MR. FINKELSTEIN:  Okay.  Give me one moment.

09:37  11          THE COURT:  Sure.

09:37  12          MR. GREEN:  Your Honor, I'm concerned with the

09:37  13  numbering because now we have multiple No. 3's, and there

09:38  14  are internal references to the numbers.

09:38  15          THE COURT:  I think all the internal references

09:38  16  are correct in the text.

09:38  17          MR. GREEN:  Well, for instance, if you have got a

09:38  18  question that says if you answered, blank, to Question 3 or

09:38  19  to Question 4, and then there is another later Question 3

09:38  20  and 4 after that, it seems like it might be confusing.  I

09:38  21  have to double-check if the internal references work

09:38  22  regardless of that.  That's my concern.  We have got -- the

09:38  23  First Amendment if you answer pursuant to Question 3, then

09:38  24  you've got another --

09:38  25          THE COURT:  What page are you on, please?

09:38  1              MR. GREEN:  Sorry.  I'm looking at first page 5.

09:38  2              THE COURT:  Yeah, I'm at page 5.

09:38  3              MR. GREEN:  The First Amendment question

09:38  4    references:  "If, pursuant to Question 3," which is

09:38  5    correct -- I believe it's referencing the column for

09:38  6    misappropriation, and then I think the monetary is -- but

09:39  7    then you go down to the next monetary recovery -- well,

09:39  8    maybe it's --

09:39  9              I guess where I'm worried is when it goes into

09:39  10   MGA's claims they're numbered 3 and 4 as well instead of

09:39  11   restarting, so we have got references to Question No. 3, and

09:39  12   then later there is another Question No. 3 because we

09:39  13   restarted numbering in some parts but not others.  So MGA's

09:39  14   claims continue the numbering from our monetary recovery

09:39  15   instead of restarting at 1 and 2.

09:39  16             MR. FINKELSTEIN:  We can do it either way.  I'm

09:39  17   having my paralegal make these changes now so whatever Your

09:39  18   Honor wants to do.  I think it's probably clear as it is,

09:39  19   but if Your Honor wants to change it -- whatever Your

09:40  20   Honor's pleasure is.

09:40  21             MR. GREEN:  If the preference is to renumber each

09:40  22   section, I think it just makes more sense when you get to

09:40  23   MGA's that it's strange to start the renumbering again.

09:40  24             MR. FINKELSTEIN:  I'm mostly worried about the

09:40  25   logistics.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 09:40 | 1 | THE COURT:  It's consistent in Section 2. |
| 09:40 | 2 | MR. GREEN:  If they change the Question 9 and 10. |
| 09:40 | 3 | THE COURT:  Yeah. |
| 09:40 | 4 | MR. GREEN:  To 3 and 4 again. |
| 09:40 | 5 | MR. FINKELSTEIN:  We are doing that. |
| 09:40 | 6 | One question, Your Honor.  Would you like us to |
| 09:40 | 7 | e-mail that in Word Perfect, or can we just print it? |
| 09:40 | 8 | THE COURT:  Well, print it because we are going to |
| 09:40 | 9 | copy. |
| 09:40 | 10 | MR. FINKELSTEIN:  We can print copies here.  I'm |
| 09:40 | 11 | just thinking if she has to convert it and send it over |
| 09:40 | 12 | that -- |
| 09:40 | 13 | THE COURT:  Why don't you give Ms. Vargas a hard |
| 09:40 | 14 | copy. |
| 09:40 | 15 | MR. FINKELSTEIN:  Okay.  I will have her print it. |
| 09:40 | 16 | THE COURT:  And we will print the rest of them |
| 09:40 | 17 | from there. |
| 09:40 | 18 | MR. FINKELSTEIN:  Okay.  We will do that.  I will |
| 09:40 | 19 | go do that, and Mr. Sprankling can handle it. |
| 09:41 | 20 | MR. GREEN:  I do notice the formatting of the |
| 09:41 | 21 | charts -- |
| 09:41 | 22 | (Counsel conferring) |
| 09:41 | 23 | MR. GREEN:  I understand the preference for the |
| 09:41 | 24 | numbering and restarting and not restarting.  I will object |
| 09:41 | 25 | just for the record that we think it's confusing and could |

09:41  1    be prejudicial in terms of answering.

09:41  2              THE COURT:  Noted.

09:41  3              MR. FINKELSTEIN:  I will go ask my paralegal to

09:41  4    make those changes.

09:41  5              THE COURT:  Okay.  Let's take up the Rule 50(a)

09:42  6    motions.  Each side has filed a written 50(a) motion, MGA at

09:42  7    Docket 988 and the Harris parties at 991.  I would be happy

09:42  8    to hear any other oral arguments not advanced in the papers.

09:42  9              MR. GREEN:  I don't believe we have any additional

09:42  10   arguments to add to ours, Your Honor.

09:42  11             THE COURT:  Mr. Finkelstein.

09:42  12             MR. FINKELSTEIN:  I don't have anything additional

09:42  13   to add.  I take it you don't to hear any oral argument, Your

09:42  14   Honor.

09:42  15             THE COURT:  I want you to preserve your record.

09:42  16             MR. FINKELSTEIN:  I will just say then, Your

09:42  17   Honor, we have obviously filed a written brief at 988.  Very

09:42  18   briefly, we do think this is different than before in terms

09:42  19   of a few issues.

09:42  20             For one, as to Mr. Larian, Mr. Harris specifically

09:43  21   testified that he didn't think Mr. Larian was responsible,

09:43  22   so how could he be the guiding spirit?  It's not in the

09:43  23   verdict form that we just discussed and finalized.  It's not

09:43  24   in the jury instructions we just discussed and finalized.

09:43  25   Mr. Larian should not be a defendant in this case based on

09:43  1    what's in the papers and what we just discussed on the

09:43  2    record now.

09:43  3            I would also note that there has been a lot of

09:43  4    discussion in this case about the 25 versus 7 versus 32.  We

09:43  5    certainly believe they have abandoned their claims.  They

09:43  6    have said it as to the 25.  We also think through that

09:43  7    abandonment that shows that none of the dolls can

09:43  8    misappropriate the trade dress or infringe -- excuse me,

09:43  9    misappropriate the likeness or infringe the trade dress.  In

09:43  10   fact, some of the dolls they are abandoning are the same

09:43  11   dolls that Tameka Harris constitute are the most egregious

09:43  12   examples of infringement and misappropriation.

09:44  13           I am happy to answer any questions.

09:44  14           THE COURT:  State the relief you want based on

09:44  15   that premise.

09:44  16           MR. FINKELSTEIN:  Well, the relief we want is a

09:44  17   finding, a declaration, that none of the dolls

09:44  18   misappropriate the likeness of the OMG Girlz, and none of

09:44  19   the dolls infringe the trade dress of the OMG Girlz as to

09:44  20   that last portion.

09:44  21           THE COURT:  As I indicated, I'm going to take each

09:44  22   of the 50(a) motions under submission as contemplated by

09:44  23   50(b).

09:44  24           MR. GREEN:  Understood, Your Honor.

09:44  25           MR. FINKELSTEIN:  Understood, Your Honor.

09:44  1          MR. GREEN:  I will note -- I think it's already in

09:44  2  our written objections, but just out of an abundance of

09:44  3  caution, we object on the punitive instruction that's from

09:44  4  CACI because it only has two of the three options for

09:44  5  punitives.  We propose using all three potential ways for

09:44  6  there to be punitive damages.

09:45  7          THE COURT:  Noted.

09:45  8          MR. GREEN:  And overruled?

09:45  9          THE COURT:  Yes.

09:45 10          MR. GREEN:  Thank you, Your Honor.

09:45 11          THE COURT:  Okay.  As soon as we get everything

09:45 12  copied, we will bring the jury in and proceed.

09:45 13          (Recess)

09:45 14          (Jury not present)

09:45 15          MR. SPRANKLING:  I believe they are working on the

09:58 16  verdict form.

09:58 17          MR. FINKELSTEIN:  We just finished printing them.

09:58 18          THE COURT:  Very good.

09:58 19          MR. FINKELSTEIN:  I will give it to opposing

09:58 20  counsel as well to double-check it.

09:58 21          (Document handed to the Court)

09:58 22          THE COURT:  The two changes we discussed have been

09:58 23  made.

09:58 24          Mr. Loh, you had something?

09:58 25          MR. LOH:  Your Honor, yes, a couple of things.

64

09:58  1          One issue, Your Honor, we are waiting to do our

09:59  2    exchange of the closing argument slides.  I am ready to send

09:59  3    it to Mr. Keville.  I know he was still finalizing things

09:59  4    based on the changes on the verdict form and the

09:59  5    instructions.  So I wanted some time for us to mutually

09:59  6    review that before we start charging the jury because I

09:59  7    didn't want to have to go straight into the argument.  That

09:59  8    was one request.

09:59  9          THE COURT:  I'm not going to do that.  If you can

09:59  10   do it now, fine, but once we have all the paperwork to go,

09:59  11   we are going.

09:59  12         MR. LOH:  I just haven't received it.

09:59  13         MR. KEVILLE:  I think we sent it.

09:59  14         I don't have yours either.

09:59  15         MR. LOH:  I haven't gotten it.

09:59  16         THE COURT:  Mr. Sprankling.

09:59  17         MR. SPRANKLING:  We spotted one small issue with

09:59  18   the verdict form.  We are going to get you a replacement.

10:00  19         (Recess)

10:00  20         (Jury not present)

10:01  21         THE COURT:  Mr. Sprankling, there was one more

10:01  22   change in the form of the verdict?

10:01  23         MR. SPRANKLING:  Yes, Your Honor.  There were a

10:01  24   couple of things that were carried over from our proposed

10:01  25   verdict form that ended up in this that we are cutting that

10:01    1    would reference MGA or counsel or things like that, which of

10:01    2    course should not go to the jury.

10:01    3             THE COURT:  I'm not sure what you're saying.  I'm

10:01    4    looking at the version that I sent out this morning.

10:01    5             MR. SPRANKLING:  Your Honor, I haven't been

10:01    6    involved in the preparation of this.  I'm just looking at

10:01    7    what Mr. Finkelstein handed me a second ago.  Perhaps he is

10:01    8    the better person to handle this.

10:01    9             MR. FINKELSTEIN:  I didn't hear the question.  I'm

10:01   10    sorry.

10:01   11             THE COURT:  How far along are you in copying?

10:02   12             MR. FINKELSTEIN:  We are just about done.  We had

10:02   13    to make changes to our Word version, and we noticed that our

10:02   14    Word version had our header on there, our firm name.  We

10:02   15    made those changes.  It's printing right now.

10:02   16             THE COURT:  Okay.

10:02   17             (Recess)

10:03   18             (Jury not present)

10:11   19             MR. FINKELSTEIN:  Your Honor, yesterday at the

10:11   20    charge conference in chambers, we discussed for Question 4,

10:11   21    which is the First Amendment question, that rather than say

10:11   22    O.M.G. doll infringes the name, likeness, or identity,

10:11   23    change that to "misappropriates."  Both sides I think are

10:11   24    fine with that, but we wanted to bring it to Your Honor's

10:12   25    attention.  That's page 5, line 3.

| 10:12 | 1 | THE COURT:  Okay. |
| 10:12 | 2 | MR. FINKELSTEIN:  And then I know we've talked |
| 10:12 | 3 | about the numbering, internal numbering.  I did just find |
| 10:12 | 4 | there is one internal number at page 6, line 4, that asks |
| 10:12 | 5 | the jurors to skip to Question 9, but because we changed the |
| 10:12 | 6 | numbering, there is no Question 9. |
| 10:12 | 7 | Do you want to leave it, or do you want us to |
| 10:12 | 8 | change it to skip to the next section?  What would you |
| 10:12 | 9 | want -- |
| 10:12 | 10 | THE COURT:  Next section. |
| 10:12 | 11 | MR. FINKELSTEIN:  Okay.  We'll make that change |
| 10:12 | 12 | and reprint, Your Honor. |
| 10:12 | 13 | THE COURT:  Okay.  Thank you. |
| 10:12 | 14 | (Recess) |
| 10:12 | 15 | (Jury not present) |
| 10:23 | 16 | THE COURT:  Does there continue to be an issue |
| 10:23 | 17 | with regard to the instructions? |
| 10:23 | 18 | MR. GREEN:  Yes, Your Honor.  I think both parties |
| 10:23 | 19 | spotted two just kind of editing issues.  One is on |
| 10:23 | 20 | Instruction 12 I believe. |
| 10:23 | 21 | THE COURT:  Just a minute.  Let's take them up one |
| 10:23 | 22 | at a time. |
| 10:23 | 23 | THE COURT:  Okay. |
| 10:23 | 24 | MR. GREEN:  We did add in the first part of 15.3, |
| 10:23 | 25 | but we still have duplicates of the business services |

```
10:23   1   insert.  The second and third paragraphs are the same except
10:23   2   for the -- the third one has a typo in the underlying --
10:23   3              THE COURT:  Which one do you want?
10:23   4              MR. GREEN:  The top.  The second one has less
10:23   5   edits needed I think.
10:23   6              THE COURT:  Okay.
10:23   7              MR. GREEN:  The third one can be cut.
10:24   8              THE COURT:  Well, we've got them all copied.
10:24   9   We'll just insert pages or get people to paste and insert.
10:24   10             MR. GREEN:  Yeah.  So if we're redoing 12, it
10:24   11  would be to cut that third paragraph, and then I believe
10:24   12  there is one sentence or two that is missing from 15.3.  So
10:24   13  there was a two-paragraph intro, and we only have half of
10:24   14  it.
10:24   15             THE COURT:  We're going with this.
10:24   16             Anything else then?
10:24   17             MR. FINKELSTEIN:  Just so the record is clear, we
10:24   18  object to the new proposed -- the new Instruction 12 the
10:24   19  Court is going to give.
10:24   20             THE COURT:  Very good.  We'll reprint this page,
10:24   21  and everyone can take one out and insert a new one.
10:24   22             MR. FINKELSTEIN:  Your Honor, I continue to go
10:24   23  through them.  For Instruction 15 -- and I apologize.  I
10:24   24  know I asked for a change to potentially -- I can't recall
10:24   25  if you said you were going to insert it or not insert it.  I
```

68

| | | |
|---|---|---|
| 10:24 | 1 | see it's not inserted here. |
| 10:25 | 2 | MR. GREEN:  My recollection was that one was |
| 10:25 | 3 | denied, but I don't have the transcript. |
| 10:25 | 4 | MR. FINKELSTEIN:  It may have been.  I can't |
| 10:25 | 5 | recall.  I thought we were going to do it, but I may be |
| 10:25 | 6 | mistaken. |
| 10:25 | 7 | THE COURT:  I'm giving 15 as is. |
| 10:25 | 8 | MR. FINKELSTEIN:  Okay. |
| 10:25 | 9 | THE COURT:  If there's an objection, it's noted |
| 10:25 | 10 | and overruled. |
| 10:25 | 11 | MR. FINKELSTEIN:  And then the final thing, Your |
| 10:25 | 12 | Honor, we noticed a typographical error in 22 at lines 4 and |
| 10:25 | 13 | 5.  The words -- |
| 10:25 | 14 | THE COURT:  Just a minute, please. |
| 10:25 | 15 | Okay, line 22, page? |
| 10:25 | 16 | MR. FINKELSTEIN:  Instruction 22, page 29, lines 4 |
| 10:25 | 17 | and 5. |
| 10:26 | 18 | THE COURT:  Well, what's the issue? |
| 10:26 | 19 | MR. FINKELSTEIN:  It says "for violation of |
| 10:26 | 20 | their," and then again it says "of their name and likeness," |
| 10:26 | 21 | so it seems the words "of their" are repeated. |
| 10:26 | 22 | THE COURT:  It may be redundant, but it's not a |
| 10:26 | 23 | typo. |
| 10:26 | 24 | MR. FINKELSTEIN:  Okay.  And we've just now seen |
| 10:26 | 25 | this new Instruction No. 22.  For all the reasons we |

| | | |
|---|---|---|
| 10:26 | 1 | expressed previously, we object to this new Instruction 22. |
| 10:26 | 2 | THE COURT:  Noted and overruled. |
| 10:26 | 3 | Anything else? |
| 10:26 | 4 | MR. GREEN:  I think that's it, Your Honor, with |
| 10:26 | 5 | the correction to No. 12. |
| 10:26 | 6 | THE COURT:  Okay. |
| 10:27 | 7 | (Court and clerk conferring) |
| 10:27 | 8 | MR. KEVILLE:  Your Honor, can we have an estimate |
| 10:27 | 9 | on how long it will take to read the charge? |
| 10:27 | 10 | THE COURT:  Thirty to 35 minutes. |
| 10:27 | 11 | MR. KEVILLE:  I was just wondering whether it |
| 10:27 | 12 | would make sense to ask the jury if they would prefer to |
| 10:28 | 13 | take an early lunch and then have the closings back to back. |
| 10:28 | 14 | I think that would work for the -- |
| 10:28 | 15 | THE COURT:  Well, it's the same amount of time. |
| 10:28 | 16 | I'll ask them. |
| 10:28 | 17 | MR. KEVILLE:  It just doesn't have the break in |
| 10:28 | 18 | between. |
| 10:28 | 19 | THE COURT:  I understand. |
| 10:28 | 20 | MR. LOH:  Your Honor, one question.  May I seek |
| 10:28 | 21 | the Court's permission to argue from the well? |
| 10:28 | 22 | THE COURT:  No. |
| 10:28 | 23 | MR. LOH:  Thank you, Your Honor. |
| 10:28 | 24 | THE COURT:  Everybody argues from the lectern. |
| 10:28 | 25 | Everybody examines from the lectern unless you have some |

10:28  1    demonstrative that the Court allows you to approach the
10:28  2    witness.
10:29  3              (Recess)
10:30  4              (Jury not present)
10:37  5              THE COURT:  Let's bring the jury in, please.
10:37  6              (Jury present)
10:38  7              THE COURT:  Good morning again, ladies and
10:38  8    gentlemen.  I'm sorry it's taken so long to take up the
10:38  9    matters that we needed to do.  Just copying something sounds
10:38  10   like a simple undertaking, but it got more complicated, and
10:38  11   we had some glitches.
10:38  12              The next step is for me to read you the jury
10:38  13   instructions.  It will take me about 35 minutes to do that.
10:38  14   Then we'll hear from Mr. Keville.  That will get us to noon.
10:38  15   I wonder what your preference is.  Jurors often find it
10:39  16   helpful to hear arguments back to back with no pause.  I
10:39  17   could read the jury instructions, and we can take an early
10:39  18   lunch break, or we could proceed with Mr. Keville's closing,
10:39  19   take our lunch break, and then come back.  Do you have a
10:39  20   preference?
10:39  21              (Jurors conferring)
10:40  22              THE COURT:  What do you want to do?
10:40  23              A JUROR:  We'll go to lunch after the first
10:40  24   closing argument.
10:40  25              THE COURT:  Okay.  Very good.

| | |
|---|---|
| 10:40 | 1 |
| 10:40 | 2 |
| 10:40 | 3 |
| 10:40 | 4 |
| 10:40 | 5 |

        Members of the jury:  Now that you have heard all
of the evidence, it is my duty to instruct you on the law
that applies to this case.  Each of you has received a copy
of these instructions that you may take them with you to the
jury room to consult during your deliberations.

        It is your duty to find the facts from all the
evidence in the case.  To those facts you will apply the law
as I give it to you.  You must follow the law as I give it
to you whether you agree with it or not.  And you must not
be influenced by any personal likes or dislikes, opinions,
prejudices, or sympathy.  That means that you must decide
the case solely on the evidence before you.  You will recall
that you took an oath to do so.

        Please do not read into these instructions or
anything that I may say or do or have said or done that I
have an opinion regarding the evidence or what your verdict
should be.

        In these instructions, I will be referring to
Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz,
LLC, Grand Hustle, LLC, and Pretty Hustle, LLC, collectively
as "OMG Girlz."  I will also be referring to MGA
Entertainment and Isaac Larian collectively as "MGA."

        When a party has the burden of proving any claim
or affirmative defense by a preponderance of the evidence,
it means that you must be persuaded by the evidence that the

10:41  1   claim or affirmative defense is more probably true than not

10:42  2   true.

10:42  3        When a party has the burden of proving any claim

10:42  4   or defense by clear and convincing evidence, it means that

10:42  5   the party must present evidence that leaves you with a firm

10:42  6   belief or conviction that it is highly probable that the

10:42  7   factual contentions of the claim or defense are true.  This

10:42  8   is a higher standard of proof than proof by a preponderance

10:42  9   of the evidence, but it does not require proof beyond a

10:42  10  reasonable doubt.

10:42  11        You should base your decision on all of the

10:42  12  evidence, regardless of which party presented it.

10:42  13        You should decide the case as to each party

10:42  14  separately.  Unless otherwise stated, the instructions apply

10:42  15  to all parties.

10:42  16        The evidence you are to consider in deciding what

10:42  17  the facts are consists of:

10:42  18        1.  the sworn testimony of any witness;

10:42  19        2.  the exhibits that are admitted into evidence;

10:42  20        3.  any facts to which the lawyers have agreed;

10:43  21  and

10:43  22        4.  any facts that I have instructed you to accept

10:43  23  as proved.

10:43  24        In reaching your verdict, you may consider only

10:43  25  the testimony and exhibits received into evidence.  Certain

10:43  1    things are not evidence, and you must not consider them in

10:43  2    deciding what the facts are.  I will list them for you:

10:43  3              (1)  Arguments and statements by lawyers are not

10:43  4    evidence.  The lawyers are not witnesses.  What they have

10:43  5    said in their opening statements, closing arguments, and at

10:43  6    other times is intended to help you interpret the evidence,

10:43  7    but it is not evidence.  If the facts as you remember them

10:43  8    differ from the way the lawyers have stated them, your

10:43  9    memory of them controls.

10:43  10             (2)  Questions and objections by lawyers are not

10:43  11   evidence.  Attorneys have a duty to their clients to object

10:43  12   when they believe a question is improper under the rules of

10:43  13   evidence.  You should not be influenced by the objection or

10:44  14   by the Court's ruling on it.

10:44  15             (3)  Testimony that is excluded or stricken, or

10:44  16   that you've been instructed to disregard, is not evidence

10:44  17   and must not be considered.  In addition, some evidence was

10:44  18   received only for a limited purpose; when I have instructed

10:44  19   you to consider evidence only for a limited purpose, you

10:44  20   must do so, and you may not consider that evidence for any

10:44  21   other purpose.

10:44  22             (4)  Anything you may have seen or heard when the

10:44  23   court was not in session is not evidence.  You are to decide

10:44  24   the case solely on the evidence received at the trial.

10:44  25             Some evidence may be admitted for a limited

10:44  1    purpose.

10:44  2           When I instruct you that an item of evidence has

10:44  3    been admitted only for a limited purpose, you may consider

10:44  4    it only for that limited purpose and not for any other

10:44  5    purpose.

10:44  6           Evidence may be direct or circumstantial.  Direct

10:44  7    evidence is direct proof of a fact, such as testimony by a

10:45  8    witness about what that witness personally saw or heard or

10:45  9    did.  Circumstantial evidence is proof of one or more facts

10:45  10   from which you could find another fact.  You should consider

10:45  11   both kinds of evidence.  The law makes no distinction

10:45  12   between the weight to be given to either direct or

10:45  13   circumstantial evidence.  It is for you to decide how much

10:45  14   weight to give to any evidence.

10:45  15          By way of example, if you wake up in the morning

10:45  16   and see that the sidewalk is wet, you may find from that

10:45  17   fact that it rained during the night.  However, other

10:45  18   evidence, such as a turned-on garden hose, may provide a

10:45  19   different explanation for the presence of water on the

10:45  20   sidewalk.  Therefore, before you decide that a fact has been

10:45  21   proved by circumstantial evidence, you must consider all the

10:45  22   evidence in the light of reason, experience, and common

10:45  23   sense.

10:45  24          There are rules of evidence that control what can

10:45  25   be received into evidence.  When a lawyer asks a question or

10:46  1    offers an exhibit into evidence and a lawyer on the other

10:46  2    side thinks that it is not permitted by the rules of

10:46  3    evidence, that lawyer may object.  If I overrule the

10:46  4    objection, the question may be answered or the exhibit

10:46  5    received.  If I sustain the objection, the question cannot

10:46  6    be answered, and the exhibit cannot be received.  When I

10:46  7    sustain an objection to a question, you must ignore the

10:46  8    question and must not guess what the answer might have been.

10:46  9         Sometimes I may order that evidence be stricken

10:46  10   from the record and that you disregard or ignore that

10:46  11   evidence.  That means when you are deciding the case, you

10:46  12   must not consider the stricken evidence for any purpose.

10:46  13        In deciding the facts in this case, you may have

10:46  14   to decide which testimony to believe and which testimony not

10:46  15   to believe.  You may believe everything a witness says, or

10:46  16   part of it, or none of it.

10:47  17        In considering the testimony of any witness, you

10:47  18   may take into account:

10:47  19        (1)  The opportunity and ability of the witness to

10:47  20   see or hear or know the things testified to;

10:47  21        (2)  the witness's memory;

10:47  22        (3)  the witness's manner while testifying;

10:47  23        (4)  the witness's interest in the outcome of the

10:47  24   case, if any;

10:47  25        (5)  the witness's bias or prejudice if any;

10:47  1              (6)   whether other evidence contradicted the

10:47  2     witness's testimony;

10:47  3              (7)   the reasonableness of the witness's testimony

10:47  4     in light of all the evidence; and

10:47  5              (8)   any other factors that bear on believability.

10:47  6         Sometimes a witness may say something that is not

10:47  7     consistent with something else he or she said.  Sometimes

10:47  8     different witnesses will give different versions of what

10:47  9     happened.  People often forget things or make mistakes in

10:47  10    what they remember.  Also, two people may see the same event

10:48  11    but remember it differently.  You may consider these

10:48  12    differences, but do not decide that testimony is untrue just

10:48  13    because it differs from other testimony.

10:48  14         However, if you decide that a witness has

10:48  15    deliberately testified untruthfully about something

10:48  16    important, you may choose not to believe anything that

10:48  17    witness said.  On the other hand, if you think the witness

10:48  18    testified untruthfully about some things but told the truth

10:48  19    about others, you may accept the part you think is true and

10:48  20    ignore the rest.

10:48  21         The weight of the evidence as to a fact does not

10:48  22    necessarily depend on the number of witnesses who testify.

10:48  23    What is important is how believable the witnesses were, and

10:48  24    how much weight you think their testimony deserves.

10:48  25         A deposition is the sworn testimony of a witness

| | | |
|---|---|---|
| 10:48 | 1 | taken before trial.  The witness is placed under oath to |
| 10:49 | 2 | tell the truth, and lawyers for each party may ask |
| 10:49 | 3 | questions.  The questions and answers are recorded. |
| 10:49 | 4 | Insofar as possible, you should consider |
| 10:49 | 5 | deposition testimony, presented to you in court in lieu of |
| 10:49 | 6 | live testimony, in the same way as if the witness had been |
| 10:49 | 7 | present to testify. |
| 10:49 | 8 | You have heard testimony from experts about their |
| 10:49 | 9 | opinions and the reasons for their opinions.  This opinion |
| 10:49 | 10 | testimony is allowed, because of the specialized knowledge, |
| 10:49 | 11 | skill, experience, training, or education of this witness. |
| 10:49 | 12 | Such opinion testimony should be judged just like |
| 10:49 | 13 | any other testimony.  You may accept it or reject it and |
| 10:49 | 14 | give it as much weight as you think it deserves, considering |
| 10:49 | 15 | the witness's specialized knowledge, skill, experience, |
| 10:49 | 16 | training, or education, the reasons given for the opinion, |
| 10:49 | 17 | and all the other evidence in the case. |
| 10:50 | 18 | Trade dress is the nonfunctional physical detail |
| 10:50 | 19 | and design of the product or its packaging which identifies |
| 10:50 | 20 | the product's source and distinguishes it from the products |
| 10:50 | 21 | of others. |
| 10:50 | 22 | In this case, you have heard evidence about the |
| 10:50 | 23 | manner in which OMG Girlz identify their business and |
| 10:50 | 24 | services they sell.  This is the total image of their |
| 10:50 | 25 | business, suggested by the general appearance of their |

10:50    1    business, such as their use of identifying colors, their
10:50    2    business name, overall styling, including the accessories
10:50    3    and dress of members, and other features reflecting on the
10:50    4    total image of the business.
10:50    5            A person who uses the trade dress of another may
10:50    6    be liable for damages.
10:50    7            Counter-Claimants, on behalf of the OMG Girlz,
10:51    8    have brought a claim for trade dress infringement.  On the
10:51    9    OMG Girlz' claim for trade dress infringement, the OMG Girlz
10:51   10    have the burden of proving by a preponderance of the
10:51   11    evidence each of the following elements:
10:51   12            1.  The trade dress at issue, consisting of:  the
10:51   13    name "OMG GIRLZ" coupled with combinations of vibrant hair
10:51   14    color in non-monochromatic and contrasting hues - primarily
10:51   15    in bright pink, vivid purple, and shades of blue -
10:51   16    contrasting wavy and straight hairstyling, and experimental
10:51   17    fun, urban, and edgy wardrobes and makeup, layered clothing,
10:51   18    voluminous skirts (i.e., tutus and other poofy skirts), and
10:51   19    bold, over the top clothing and accessories has acquired
10:51   20    secondary meaning;
10:51   21            2.  The OMG Girlz own the trade dress;
10:51   22            3.  The trade dress is nonfunctional; and
10:52   23            4.  The MGA Parties used trade dress similar to
10:52   24    the OMG Girlz without their consent in a manner that is
10:52   25    likely to cause confusion among ordinary consumers as to the

source, sponsorship, affiliation, or approval of the MGA Parties' goods.

Unregistered trade dress can be valid and provide the trade dress owner with the exclusive right to use that trade dress.

Literal copying may, but is not required, to establish a violation of trade dress rights.

If you find that each of the elements on which the OMG Girlz have the burden of proof has been proved, your verdict should be for the OMG Girlz.  If, on the other hand, the OMG Girlz have failed to prove any of these elements, your verdict should be for MGA.

Trade dress acquires a secondary meaning when it is has been used in such a way that its primary significance in the minds of the prospective consumers is not the product itself, but the identification of the product with a single source, regardless of whether consumers know who or what that source is.  You must find that the preponderance of the evidence shows that a significant number of the consuming public associates the OMG Girlz' trade dress with a single source in order to find that it has acquired secondary meaning.

When you are determining whether the OMG Girlz' trade dress has acquired a secondary meaning, consider the following factors:

1. **Consumer Perception.** Whether the people who purchase the product that bears the claimed trade dress associate the trade dress with the OMG Girlz;

2. **Advertisement.** To what degree and in what manner the OMG Girlz may have advertised under the claimed trade dress;

3. **Demonstrated Utility.** Whether the OMG Girlz successfully used this trade dress to increase the sales and number of consumers of the OMG Girlz' music and entertainment services, and establish their place in the market;

4. **Extent of Use.** The length of time and manner in which the OMG Girlz used the claimed trade dress;

5. **Exclusivity.** Whether the OMG Girlz' use of the claimed trade dress was exclusive;

6. **Copying.** Whether MGA intentionally copied the OMG Girlz' trade dress; and

7. **Actual Confusion.** Whether MGA's use of the OMG Girlz' trade dress has led to actual confusion among a significant number of consumers.

8. **Direct Consumer Testimony.** The amount of testimony from consumers that would indicate, in the minds of the public, the primary significance of the OMG Girlz' claimed trade dress is to identify the source of the product rather than the product itself;

10:55  1            9.   Unsolicited Media.   Whether the OMG Girlz

10:55  2   received unsolicited media attention.

10:55  3            The presence or absence of any particular factor

10:55  4   should not necessarily resolve whether the OMG Girlz' trade

10:55  5   dress has acquired secondary meaning.

10:55  6            The OMG Girlz have the burden of proving that the

10:55  7   OMG Girlz' trade dress has acquired a secondary meaning.

10:56  8            For a product's design to be protected under trade

10:56  9   dress law, the design must be nonfunctional.

10:56  10           A claimed trade dress has aesthetic functionality

10:56  11   if it serves an aesthetic purpose wholly independent of any

10:56  12   source identifying function, such that the trade dress's

10:56  13   protection under trade dress law would impose a significant

10:56  14   non-reputation-related competitive disadvantage on its

10:56  15   owner's competitors.  The inquiry is whether, if one seller

10:56  16   were given exclusive rights to use the claimed trade dress,

10:56  17   other sellers would be forced to use alternative designs

10:56  18   that make their products more costly to sell, or for which

10:56  19   consumers' willingness to pay would be lower for reasons

10:57  20   having nothing to do with the reputation of any source

10:57  21   (e.g., the alternative designs would not have as much

10:57  22   intrinsic aesthetic appeal).

10:57  23           The fact that that individual elements of the

10:57  24   trade dress may be functional does not necessarily mean that

10:57  25   the trade dress as a whole is functional; rather, functional

| | | |
|---|---|---|
| 10:57 | 1 | elements that are separately unprotectable can be protected |
| 10:57 | 2 | together as part of a trade dress. |
| 10:57 | 3 | OMG Girlz have the burden of proving |
| 10:57 | 4 | nonfunctionality by a preponderance of the evidence in order |
| 10:57 | 5 | to show that the trade dress is valid and protected from |
| 10:57 | 6 | infringement. |
| 10:57 | 7 | If you find that MGA has used OMG Girlz' trade |
| 10:58 | 8 | dress, you must determine whether such use is likely to |
| 10:58 | 9 | cause confusion about the source of MGA's goods. |
| 10:58 | 10 | I will suggest some factors you should consider in |
| 10:58 | 11 | deciding this.  The presence or absence of any particular |
| 10:58 | 12 | factor that I suggest should not necessarily resolve whether |
| 10:58 | 13 | there was a likelihood of confusion, because you must |
| 10:58 | 14 | consider all relevant evidence in determining this.  As you |
| 10:58 | 15 | consider the likelihood of confusion, you should examine the |
| 10:58 | 16 | following: |
| 10:58 | 17 | (1)  Strength or Weakness of the OMG Girlz' trade |
| 10:58 | 18 | dress.  The more the consuming public of MGA's L.O.L. |
| 10:58 | 19 | Surprise! O.M.G. dolls recognizes the OMG Girlz' trade dress |
| 10:58 | 20 | as an indication of origin of the OMG Girlz, the more likely |
| 10:58 | 21 | it is that consumers would be confused about the source of |
| 10:59 | 22 | MGA's goods if MGA uses a similar trade dress. |
| 10:59 | 23 | (2)  MGA's Use of the Trade Dress.  If the OMG |
| 10:59 | 24 | Girlz and MGA use the trade dress in the same, related, or |
| 10:59 | 25 | complimentary ways, there may be a greater likelihood of |

10:59 1    confusion about the source of the L.O.L. Surprise! O.M.G.
10:59 2    dolls than otherwise.
10:59 3            (3)  Similarity.  If the overall impression
10:59 4    created by the OMG Girlz' trade dress in the marketplace is
10:59 5    similar to that created by MGA's L.O.L. Surprise! dolls in
10:59 6    appearance, there is a greater chance that consumers are
10:59 7    likely to be confused by MGA's use of the trade dress.
11:00 8    Similarities in appearance, sound, or meaning weigh more
11:00 9    heavily than differences in finding the trade dress is
11:00 10   similar.
11:00 11           (4)  Actual Confusion.  If use by MGA of the OMG
11:00 12   Girlz' trade dress has led to instances of actual confusion,
11:00 13   this strongly suggests a likelihood of confusion.  However,
11:00 14   actual confusion is not required for a finding of likelihood
11:00 15   of confusion.  Even if actual confusion did not occur, MGA's
11:00 16   use of the trade dress may still be likely to cause
11:00 17   confusion.  As you consider whether the trade dress used by
11:00 18   MGA creates for consumers a likelihood of confusion with the
11:00 19   OMG Girlz OMG Girlz' trade dress, you should weigh any
11:00 20   instances of actual confusion against the opportunities for
11:00 21   such confusion.  If the instances of actual confusion have
11:01 22   been relatively frequent, you may find that there has been
11:01 23   substantial actual confusion.  If, by contrast, there is a
11:01 24   very large volume of sales, but only a few isolated
11:01 25   instances of actual confusion, you may find that there has

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:01  1   not been substantial actual confusion.

11:01  2          (5)  MGA's Intent.  Knowing use by MGA of the OMG

11:01  3   Girlz' trade dress to identify similar goods may strongly

11:01  4   show an intent to derive benefit from the reputation of the

11:01  5   OMG Girlz' trade dress, suggesting an intent to cause a

11:01  6   likelihood of confusion.  On the other hand, even in the

11:01  7   absence of proof that MGA acted knowingly, the use of the

11:02  8   OMG Girlz' trade dress to identify similar goods may

11:02  9   indicate a likelihood of confusion.

11:02  10         (6)  Marketing/Advertising Channels.  If the

11:02  11  parties' brands are likely to be seen in similar stores or

11:02  12  marketplaces, or advertised in similar media, this may

11:02  13  increase the likelihood of confusion.

11:02  14         (7)  Consumer's Degree of Care.  The more

11:02  15  sophisticated the potential buyers of the goods or the more

11:02  16  costly the goods, the more careful and discriminating the

11:02  17  reasonably prudent purchaser exercising ordinary caution may

11:02  18  be.  They may be less likely to be confused by similarities

11:02  19  in the parties' trade dress.

11:02  20         (8)  Product Line Expansion.  When the parties'

11:02  21  products differ, you may consider how likely the OMG Girlz

11:02  22  are to begin selling the products for which MGA is using the

11:02  23  OMG Girlz' trade dress, such as their own line of dolls or

11:02  24  other characters based on the OMG Girlz in the metaverse.

11:03  25  If there is a strong possibility of expanding into the other

11:03     1    party's market, there is a greater likelihood of confusion.

11:03     2              (9)   Survey Evidence.   Any survey evidence

11:03     3    introduced by the parties regarding whether there is a

11:03     4    likelihood of confusion.

11:03     5              The OMG Girlz cannot exclude others from using the

11:03     6    alleged trade dress if it has been abandoned.

11:03     7              The MGA Parties contend that the trade dress has

11:03     8    become unenforceable because the OMG Girlz abandoned it.

11:03     9    The MGA parties have the burden of proving abandonment by a

11:03    10    clear and convincing evidence.

11:03    11              The owner of a trade dress abandons the right to

11:03    12    exclusive use of the dress when the owner:

11:04    13              1.   discontinues its use in the ordinary course of

11:04    14    trade, intending not to resume using it; or

11:04    15              2.   acts or fails to act so that the trade dress'

11:04    16    principal significance to prospective consumers has become

11:04    17    the entertainment product itself and not the producer of the

11:04    18    entertainment.

11:04    19              Evidence of non-use of trade dress for three

11:04    20    consecutive years is prima facie evidence of abandonment.

11:04    21    When the MGA Parties prove the necessary consecutive years

11:04    22    of non-use, the burden shifts to the OMG Girlz to go forward

11:04    23    with evidence to prove that circumstances do not justify the

11:04    24    inference of intent not to resume use.   "Use" of a mark

11:04    25    means the bona fide use of such mark made in the ordinary

11:04  1    course of trade, and not merely to reserve a right in the

11:04  2    mark.

11:05  3            The OMG Girlz claim that MGA misappropriated their

11:05  4    name, likeness, or identity.  To establish this claim, the

11:05  5    OMG Girlz must prove all of the following:

11:05  6            1.   That MGA used the OMG Girlz' name, likeness,

11:05  7    or identity;

11:05  8            2.   That the OMG Girlz did not consent to this

11:05  9    use;

11:05  10           3.   That MGA gave gained a commercial benefit by

11:05  11   using the OMG Girlz' name, likeness, or identity;

11:05  12           4.   That the OMG Girlz were harmed; and

11:05  13           5.   That MGA's conduct was a substantial factor in

11:05  14   causing the OMG Girlz harm.

11:05  15           The MGA parties claim that they have not violated

11:05  16   the OMG Girlz' rights to their name, likeness, or identity,

11:06  17   and that the L.O.L. Surprise! O.M.G. dolls are an expressive

11:06  18   work that is protected by the First Amendment.

11:06  19           To succeed on this affirmative defense, the MGA

11:06  20   Parties must prove either of the following.

11:06  21           1.   That the L.O.L. Surprise! O.M.G. dolls add

11:06  22   something new to the OMG Girlz' likeness, giving it a new

11:06  23   expression, meaning, or message; or

11:06  24           2.   That the value of the L.O.L. Surprise! O.M.G.

11:06  25   dolls does not result primarily from the OMG Girlz' fame.

11:06   1          It is the duty of the Court to instruct you about
11:06   2   the measure of damages.  By instructing you on damages, the
11:06   3   Court does not mean to suggest for which party your verdict
11:07   4   should be rendered.
11:07   5          If you determine the OMG Girlz have proved that
11:07   6   one or more of the L.O.L. Surprise! O.M.G. dolls infringe
11:07   7   the OMG Girlz' trade dress, then the OMG Girlz are entitled
11:07   8   to any profits earned by MGA that are attributable to the
11:07   9   infringement by those dolls.  OMG Girlz are not entitled to
11:07  10   any profits earned by MGA from L.O.L. Surprise! O.M.G. dolls
11:07  11   that the OMG Girlz have not proved infringe the OMG Girlz'
11:07  12   trade dress.
11:07  13          Profit is determined by deducting all expenses
11:07  14   from gross revenue.
11:07  15          Gross revenue is all of MGA's receipts from using
11:07  16   the OMG Girlz' trade dress in the sale of any infringing
11:08  17   L.O.L. Surprise! O.M.G. dolls.  The OMG Girlz have the
11:08  18   burden of proving MGA's gross revenue from any L.O.L.
11:08  19   Surprise! O.M.G. doll that infringes the OMG Girlz' trade
11:08  20   dress.
11:08  21          Expenses are all operating, overhead, and
11:08  22   production costs incurred in producing the gross revenue.
11:08  23   MGA has the burden of proving the expenses and the portion
11:08  24   of its profit from any L.O.L. Surprise! O.M.G. doll that
11:08  25   infringes the OMG Girlz' trade dress that is attributable to

| | | |
|---|---|---|
| 11:08 | 1 | factors other than use of the OMG Girlz' trade dress. |
| 11:08 | 2 | Unless you find that a portion of the profit from |
| 11:08 | 3 | the sale of the L.O.L. Surprise! O.M.G. dolls that the use |
| 11:09 | 4 | of the OMG Girlz' trade dress is attributable to factors |
| 11:09 | 5 | other than use of the OMG Girlz' trade dress, you should |
| 11:09 | 6 | find that the total profit of any such dolls is attributable |
| 11:09 | 7 | to the infringement. |
| 11:09 | 8 | This instruction relates to the Harris Parties' |
| 11:09 | 9 | claim that MGA willfully violated their trade dress rights. |
| 11:09 | 10 | MGA committed willful trade dress infringement if |
| 11:09 | 11 | the Harris Parties prove, by a preponderance of the |
| 11:09 | 12 | evidence, that MGA knowingly and intentionally or acted with |
| 11:09 | 13 | indifference, acted with reckless disregard for, or willful |
| 11:09 | 14 | blindness in infringing the Harris Parties' trade dress. |
| 11:09 | 15 | You must also consider whether MGA reasonably |
| 11:09 | 16 | believed it was not infringing the Harris Parties' trade |
| 11:09 | 17 | dress.  Then MGA's conduct was not willful.  You may |
| 11:09 | 18 | consider the effect of the Harris Parties' notification of |
| 11:10 | 19 | their claim of infringement.  You must determine the |
| 11:10 | 20 | reasonableness of MGA's conduct both before and after the |
| 11:10 | 21 | notification. |
| 11:10 | 22 | This instruction relates to the Harris Parties' |
| 11:10 | 23 | claim for violation of their name and likeness rights. |
| 11:10 | 24 | The OMG Girlz must prove the amount of their |
| 11:10 | 25 | damages.  The OMG Girlz do not have to prove the exact |

11:10    1    amount of damages that will provide reasonable compensation

11:10    2    for the harm.  However, you must not speculate or guess in

11:10    3    awarding damages.

11:10    4            The following are the specific items of damages

11:10    5    claimed by the OMG Girlz.

11:10    6            The OMG Girlz may recover any profits that MGA

11:10    7    received from the use of the OMG Girlz' name or identity or

11:10    8    likeness that have not already been taken into account with

11:10    9    regard to the above damages.  To establish the amount of

11:11   10    these profits, you must:

11:11   11            i.  Determine the gross, or total, revenue that

11:11   12    MGA received from the use;

11:11   13            ii.  Determine the expenses that MGA had in

11:11   14    obtaining the gross revenue; and

11:11   15            iii.  Deduct MGA's expenses from the gross

11:11   16    revenue.

11:11   17            The OMG Girlz have the burden of proving the

11:11   18    amount of gross revenue, and MGA has the burden of proving

11:11   19    the amount of expenses.

11:11   20            If you decide that MGA's conduct caused the Harris

11:11   21    Parties harm by violating their name and likeness rights,

11:11   22    you must decide whether that conduct justifies an award of

11:11   23    punitive damages.  The amount, if any, of punitive damages

11:11   24    will be an issue decided later.

11:11   25            At this time, you must decide whether the Harris

11:11  1    Parties proved that MGA engaged in that conduct with malice,

11:11  2    oppression, or fraud.  To do this, the Harris Parties must

11:12  3    prove one of the following by clear and convincing evidence:

11:12  4            1.  That the conduct constituting malice,

11:12  5    oppression, or fraud was committed by one or more officers,

11:12  6    directors, or managing agents of MGA who acted on behalf of

11:12  7    MGA; or

11:12  8            2.  That the conduct constituting malice,

11:12  9    oppression, or fraud was authorized by one or more officers,

11:12  10   directors, or managing agents of MGA.

11:12  11           "Malice" means that MGA acted with intent to cause

11:12  12   injury or that MGA's conduct was despicable and was done

11:12  13   with a willful and knowing disregard of the rights or safety

11:12  14   of another.  A defendant acts with knowing disregard when

11:12  15   the defendant is aware of the probable dangerous

11:12  16   consequences of the defendant's conduct and deliberately

11:12  17   fails to avoid those consequences.

11:12  18           "Oppression" means that MGA's conduct was

11:13  19   despicable and subjected the Harris Parties to cruel and

11:13  20   unjust hardship in knowing disregard of their rights.

11:13  21           "Despicable conduct" is conduct that is so vile,

11:13  22   base, or contemptible that it would be looked down on and

11:13  23   despised by reasonable people.

11:13  24           "Fraud" means that MGA intentionally

11:13  25   misrepresented or concealed a material fact and did so

11:13   1   intending to harm the Harris Parties.

11:13   2           An employee is a "managing agent" if the employee

11:13   3   exercises substantial independent authority and judgment in

11:13   4   corporate decision making such that the employee's decisions

11:13   5   ultimately determine corporate policy.

11:13   6           If you decide that MGA's conduct caused the Harris

11:13   7   Parties harm, you must decide whether that conduct justifies

11:13   8   an award of punitive damages.  The amount, if any, of

11:14   9   punitive damages will be an issue decided later.

11:14   10          Because you must base your verdict only on the

11:14   11  evidence received in the case and on these instructions, I

11:14   12  remind you that you must not be exposed to any other

11:14   13  information about the case or to the issues it involves.

11:14   14  Except for discussing the case with your fellow jurors

11:14   15  during your deliberations:

11:14   16          Do not communicate with anyone in any way and do

11:14   17  not let anyone else communicate with you in any way about

11:14   18  the merits of the case or anything to do with it.  This

11:14   19  includes discussing the case in person, in writing, by

11:14   20  phone, tablet, computer, or any other means, via e-mail, via

11:14   21  text messaging, or any internet chat room, blog, website or

11:14   22  application, including but not limited to, Facebook,

11:14   23  YouTube, Twitter, Instagram, LinkedIn, Snapchat, TikTok, or

11:14   24  any other forms of social media.  This applies to

11:15   25  communicating with your family members, your employer, the

11:15   1   media or press, and the people involved in the trial.  If

11:15   2   you are asked or approached in any way about your jury

11:15   3   service or anything about this case, you must respond that

11:15   4   you have been ordered not to discuss the matter and to

11:15   5   report the contact to the Court.

11:15   6        Do not read, watch, or listen to any news or media

11:15   7   accounts or commentary about the case or anything to do with

11:15   8   it.  Do not do any research, such as consulting

11:15   9   dictionaries, searching the internet, or using other

11:15   10   reference materials; and do not make any investigation or in

11:15   11   any other way try to learn about the case on your own.  Do

11:15   12   not visit or view any place discussed in this case, and do

11:15   13   not use internet programs or other devices to search for or

11:15   14   view any place discussed during the trial.  Also, do not do

11:16   15   any research about this case, the law, or the people

11:16   16   involved - including the parties, the witnesses, or the

11:16   17   lawyers - until you have been excused as jurors.  If you

11:16   18   happen to read or hear anything touching on this case in the

11:16   19   media, turn away and report it to me as soon as possible.

11:16   20        These rules protect each party's right to have

11:16   21   this case decided only on evidence that has been presented

11:16   22   here in court.  Witnesses here in court take an oath to tell

11:16   23   the truth, and the accuracy of their testimony is tested

11:16   24   through the trial process.  If you do any research or

11:16   25   investigation outside the courtroom, or gain any information

11:16  1  through improper communications, then your verdict may be
11:16  2  influenced by inaccurate, incomplete, or misleading
11:16  3  information that has not been tested by the trial process.
11:17  4  Each of the parties is entitled to a fair trial by an
11:17  5  impartial jury, and if you decide the case based on
11:17  6  information not presented in court, you will have denied the
11:17  7  parties a fair trial.  Remember, you have taken an oath to
11:17  8  follow the rules, and it is very important that you follow
11:17  9  these rules.
11:17  10         A juror who violates these restrictions
11:17  11  jeopardizes the fairness of these proceedings.  If any juror
11:17  12  is exposed to any outside information, please notify the
11:17  13  Court immediately.
11:17  14         If it becomes necessary during your deliberations
11:17  15  to communicate with me, you may send a note through the
11:17  16  bailiff, signed by your presiding juror or by one or more
11:17  17  members of the jury.  No member of the jury should ever
11:17  18  attempt to communicate with me except by a signed writing;
11:17  19  I will communicate with any member of the jury on anything
11:18  20  concerning the case only in writing, or here in open court.
11:18  21  If you send out a question, I will consult with the parties
11:18  22  before answering it, which may take some time.  You may
11:18  23  continue your deliberations while waiting for the answer to
11:18  24  any question.  Remember that you are not to tell anyone -
11:18  25  including me - how the jury stands, numerically or

| | | |
|---|---|---|
| 11:18 | 1 | otherwise, until after you have reached a unanimous verdict |
| 11:18 | 2 | or have been discharged.  Do not disclose any vote count in |
| 11:18 | 3 | any note to the Court. |
| 11:18 | 4 | A verdict form has been prepared for you.  After |
| 11:18 | 5 | you have reached unanimous agreement on a verdict, your |
| 11:18 | 6 | foreperson should complete the verdict form according to |
| 11:18 | 7 | your deliberations, sign, and date it, and advise the |
| 11:18 | 8 | bailiff that you are ready to return to the courtroom. |
| 11:19 | 9 | Ladies and gentlemen, we're going to take just a |
| 11:19 | 10 | ten-minute break here so that we don't have to interrupt |
| 11:19 | 11 | Mr. Keville.  So we'll be in recess for ten minutes.  Please |
| 11:19 | 12 | remember the admonition. |
| 11:19 | 13 | (Jury not present) |
| 11:19 | 14 | THE COURT:  For reasons I can't discern, the Ninth |
| 11:19 | 15 | Circuit's unanimity instruction was not included in the |
| 11:19 | 16 | packet.  I propose to read the unanimity instruction when |
| 11:19 | 17 | they come back and then proceed with the closing. |
| 11:19 | 18 | MR. KEVILLE:  Of course.  No objection. |
| 11:19 | 19 | MR. LOH:  Your Honor, we do have some issues with |
| 11:19 | 20 | Mr. Keville's slides. |
| 11:19 | 21 | THE COURT:  I'll take it up right now. |
| 11:20 | 22 | Okay, Mr. Loh. |
| 11:20 | 23 | MR. LOH:  Yes, Your Honor.  Thank you. |
| 11:20 | 24 | Your Honor, our concern starts with Slides 1 |
| 11:20 | 25 | through 10 where it's a continued suggestion that we are the |

| | | |
|---|---|---|
| 11:20 | 1 | ones keeping the jury here talking about dolls beyond the |
| 11:20 | 2 | seven.  You know, we've discussed this round and round |
| 11:20 | 3 | because we have a dec relief action.  There's 25 that they |
| 11:20 | 4 | haven't agreed to, you know, take a judgment on, so I don't |
| 11:20 | 5 | think that's a proper way to characterize what's happened in |
| 11:20 | 6 | this case, Your Honor. |
| 11:20 | 7 | MR. KEVILLE:  Your Honor, I'm just showing the |
| 11:20 | 8 | seven dolls and the instruction that the Court gave |
| 11:21 | 9 | explaining it to them.  There's nothing that they haven't |
| 11:21 | 10 | seen or heard. |
| 11:21 | 11 | THE COURT:  Well, we're here to decide the claims. |
| 11:21 | 12 | I don't infer anything more than that from this title why |
| 11:21 | 13 | we're here. |
| 11:21 | 14 | MR. KEVILLE:  Right. |
| 11:21 | 15 | THE COURT:  Okay.  Next problem. |
| 11:21 | 16 | MR. LOH:  Your Honor, at Slide 33 -- |
| 11:21 | 17 | THE COURT:  Just a minute, please. |
| 11:21 | 18 | These don't seem to be numbered. |
| 11:21 | 19 | MR. LOH:  They should be numbered in the -- |
| 11:21 | 20 | MR. KEVILLE:  Bottom right corner. |
| 11:21 | 21 | MR. LOH:  In the bottom right in the black part of |
| 11:21 | 22 | it, the numbers are in white. |
| 11:21 | 23 | MR. KEVILLE:  It's on the screen. |
| 11:21 | 24 | THE COURT:  Well, on my copy at least in the |
| 11:21 | 25 | bottom right in black, the last part of whatever the number |

| | | |
|---|---|---|
| 11:22 | 1 | is is not there. |
| 11:22 | 2 | MR. LOH:  Maybe we could ask to put up Slide -- |
| 11:22 | 3 | MR. KEVILLE:  It's on the screen, Your Honor. |
| 11:22 | 4 | THE COURT:  All right. |
| 11:22 | 5 | MR. LOH:  That's not the 33 I have, though. |
| 11:22 | 6 | Your Honor, the concern is 245, it came in |
| 11:22 | 7 | redacted as 245-A, and this is the 245 unredacted version. |
| 11:22 | 8 | MR. KEVILLE:  Your Honor, this was shown in |
| 11:22 | 9 | exactly the unredacted format with their witness, |
| 11:22 | 10 | Dr. Isaacson.  They put it up. |
| 11:22 | 11 | THE COURT:  You can use it. |
| 11:22 | 12 | MR. LOH:  Your Honor, Slide 166 -- maybe I could |
| 11:23 | 13 | have the gentleman put it up. |
| 11:23 | 14 | MR. KEVILLE:  Is this it? |
| 11:23 | 15 | MR. LOH:  I'm double-checking on mine, sir.  Thank |
| 11:23 | 16 | you. |
| 11:23 | 17 | That's right.  I think the photographs up top have |
| 11:23 | 18 | not been produced in this case. |
| 11:23 | 19 | THE COURT:  Well, I'm looking at -- |
| 11:23 | 20 | MR. LOH:  166.  It's also up on the screen, Your |
| 11:23 | 21 | Honor. |
| 11:23 | 22 | THE COURT:  Yes, what's on the screen says -- |
| 11:23 | 23 | okay, now it says 166.  All right. |
| 11:23 | 24 | MR. LOH:  They are photographs previously |
| 11:23 | 25 | unproduced.  I don't see this in the exhibits. |

| | | |
|---|---|---|
| 11:23 | 1 | THE COURT:  Mr. Keville. |
| 11:23 | 2 | MR. KEVILLE:  I believe every one of those |
| 11:23 | 3 | photographs was produced.  I'm not certain every one of them |
| 11:23 | 4 | was in evidence, but I believe they are.  It was the |
| 11:23 | 5 | timeline that we showed in opening.  It's been used with |
| 11:23 | 6 | witnesses. |
| 11:23 | 7 | MR. LOH:  I have no record of that.  In fact, 166 |
| 11:23 | 8 | to 171 is a recurring problem.  If Mr. Keville has the |
| 11:24 | 9 | exhibit cite, I'd be happy to confirm it. |
| 11:24 | 10 | MR. KEVILLE:  I mean, you can recognize many of |
| 11:24 | 11 | those pictures, the Chillax one, the images of Beyonce from |
| 11:24 | 12 | the note, the OMG Girlz on the red carpet. |
| 11:24 | 13 | THE COURT:  The objection is overruled. |
| 11:24 | 14 | MR. LOH:  Your Honor, Slides 214 and 215, again, |
| 11:24 | 15 | this is the so-called Lingerie-Gate issue.  The Court has |
| 11:24 | 16 | expressed its views about that and very much limited mention |
| 11:24 | 17 | and reference to that thereafter.  We dealt with it with the |
| 11:24 | 18 | Court, and this is being highlighted again. |
| 11:24 | 19 | MR. KEVILLE:  This is a very limited mention, Your |
| 11:24 | 20 | Honor.  It's -- |
| 11:24 | 21 | THE COURT:  It's in the record.  What's in the |
| 11:24 | 22 | record is usable.  I directed the parties to be sparing in |
| 11:25 | 23 | its use.  This was received.  It's in evidence.  It's fair |
| 11:25 | 24 | to use. |
| 11:25 | 25 | MR. LOH:  All right, Your Honor.  And the little |

11:25  1  Tot that's the subject of the issue is not one of their

11:25  2  seven.

11:25  3          MR. KEVILLE:  The little Tot was what was talked

11:25  4  about in that testimony.  It was shown on the Elmo in this

11:25  5  form, and it was marked as an exhibit.

11:25  6          THE COURT:  The objection is overruled.

11:25  7          MR. LOH:  All right.  Thank you, Your Honor.

11:25  8          THE COURT:  Would you make sure that you lodge a

11:25  9  copy of these slides that has the numbering so any reviewing

11:25  10  Court will know what we've just been talking about?

11:25  11          MR. LOH:  Sure.  Will do.  Thank you.

11:25  12          MR. KEVILLE:  Your Honor, do I have enough time

11:25  13  for a quick restroom break.

11:25  14          THE COURT:  You do.

11:25  15          MR. KEVILLE:  Thank you, Your Honor.

11:25  16          (Recess)

11:35  17          THE COURT:  Mr. Loh.

11:35  18          MR. LOH:  Your Honor, one more issue, and maybe

11:35  19  with the gentleman's help to show it to the Court, Slide

11:35  20  215, and this comes on the heels of our prior discussion

11:35  21  regarding Lingerie-Gate.  This is their argument about, I

11:35  22  guess, harm in the context of the misappropriation claim.

11:35  23  In the bottom of 215 -- are you on 215?  Okay.  It says 215,

11:35  24  but there's a box.  It's a quote box.  There you go.  Thank

11:35  25  you.  I guess 214 is on the screen.

| | |
|---|---|
| 11:35 | 1 | Basically, there's a question and answer that |
| 11:36 | 2 | says: |
| 11:36 | 3 | "Q.  Is it fair to say that people would not want |
| 11:36 | 4 | to be connected to these Tots that you have connected to the |
| 11:36 | 5 | O.M.G. dolls? |
| 11:36 | 6 | "A.  I can't speak for anyone, only myself." |
| 11:36 | 7 | I want to make sure, Your Honor, because I -- in |
| 11:36 | 8 | trying to infer from the different slides I have -- |
| 11:36 | 9 | THE COURT:  Is there an objection? |
| 11:36 | 10 | MR. LOH:  Yes, there is.  My objection is if the |
| 11:36 | 11 | damages theory that they are propagating is that somehow the |
| 11:36 | 12 | OMG Girlz are harmed being associated with our brand because |
| 11:36 | 13 | of the Lingerie-Gate issue, that would be an inappropriate, |
| 11:36 | 14 | undisclosed damages theory, and there's a Court ruling about |
| 11:36 | 15 | this in a prior MIL. |
| 11:36 | 16 | THE COURT:  What are you going to do with this, |
| 11:36 | 17 | Mr. Keville? |
| 11:36 | 18 | MR. KEVILLE:  There's no undisclosed damages |
| 11:36 | 19 | theory.  The damages are what they are.  They're right |
| 11:36 | 20 | before this.  There is an economic damages slide.  This is |
| 11:36 | 21 | just simply another issue of harm that we're not seeking any |
| 11:36 | 22 | economic damages for.  The economic damages are what they |
| 11:36 | 23 | are, and they come right before this slide. |
| 11:37 | 24 | MR. LOH:  I'm failing to see the relevance.  There |
| 11:37 | 25 | are clear guidelines, and if this Court has given the |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:37   1    instructions about what damages you get for a

11:37   2    misappropriation claim, then why is this harm relevant?

11:37   3            MR. KEVILLE:  Because an element of the claim is

11:37   4    harm, so in addition to the financial harm, this is another

11:37   5    element of harm.  Ms. Consorti talked about it, and it's

11:37   6    just an issue that was brought in this case.

11:37   7            MR. LOH:  If it's --

11:37   8            MR. KEVILLE:  It is not an economic damage.  We're

11:37   9    not seeking economic damages for it.

11:37   10           MR. LOH:  It sounds like -- sorry.

11:37   11           THE COURT:  Eliminate it, please.

11:37   12           MR. LOH:  Your Honor, and I ask that they be

11:37   13   instructed not to mention this.

11:37   14           MR. KEVILLE:  I'm not going to use that.

11:37   15           THE COURT:  Okay.

11:37   16           MR. LOH:  I just want to make it clear that my

11:37   17   request is that he be instructed not to argue this theory of

11:37   18   harm in any shape or fashion.  There's a prior MIL No. 4,

11:38   19   Docket 502, talking about no undisclosed theories of

11:38   20   damages.

11:38   21           MR. KEVILLE:  It's not an undisclosed theory of

11:38   22   damages, Your Honor.  We're not seeking any remedy for it.

11:38   23   It's just part of --

11:38   24           THE COURT:  He's not going to use that Q and A,

11:38   25   and I assume you're not going to talk about that Q and A.

| 11:38 | 1 | MR. KEVILLE:  No, I won't, Your Honor. |
| 11:38 | 2 | THE COURT:  Okay. |
| 11:38 | 3 | MR. LOH:  Thank you, Your Honor. |
| 11:38 | 4 | THE COURT:  The unanimity instruction is here. |
| 11:38 | 5 | Did I skip over it, 23? |
| 11:39 | 6 | MR. FINKELSTEIN:  If you're talking about |
| 11:39 | 7 | instructions skipped over, if I may assist, I think you |
| 11:39 | 8 | failed to read Instruction 23.  I had it in my book -- |
| 11:39 | 9 | THE COURT:  Well, that's what I'm asking. |
| 11:39 | 10 | MR. FINKELSTEIN:  Would you like me to bring it up |
| 11:39 | 11 | to you? |
| 11:39 | 12 | THE COURT:  No, I have it.  I have the Ninth |
| 11:39 | 13 | Circuit instruction. |
| 11:39 | 14 | All right, I'm going to read it now.  I was |
| 11:39 | 15 | mistaken that it wasn't in the packet.  I apparently just |
| 11:39 | 16 | skipped the instruction.  Okay, I'm going to read this and |
| 11:39 | 17 | then Mr. Keville. |
| 11:39 | 18 | (Jury present) |
| 11:39 | 19 | THE COURT:  Ladies and gentlemen, I have one more |
| 11:40 | 20 | instruction for you.  You're not to give this instruction |
| 11:40 | 21 | any additional significance due to the fact that I am |
| 11:40 | 22 | reading it now.  In fact, I skipped one page when I was |
| 11:40 | 23 | turning pages, so this instruction should be considered |
| 11:40 | 24 | along with all the other instructions. |
| 11:40 | 25 | Before you begin your deliberations, elect one |

| | | |
|---|---|---|
| 11:40 | 1 | member of the jury as your presiding juror.  The presiding |
| 11:40 | 2 | juror will preside over the deliberations and serve as the |
| 11:40 | 3 | spokesperson for the jury in court. |
| 11:40 | 4 | You shall diligently strive to reach agreement |
| 11:41 | 5 | with all of the other jurors if you can do so.  Your verdict |
| 11:41 | 6 | must be unanimous. |
| 11:41 | 7 | Each of you must decide the case for yourself, but |
| 11:41 | 8 | you should do so only after you've considered all of the |
| 11:41 | 9 | evidence, discussed it fully with the other jurors, and |
| 11:41 | 10 | listened to their views. |
| 11:41 | 11 | It is important that you attempt to reach a |
| 11:41 | 12 | unanimous verdict but, of course, only if each of you can do |
| 11:41 | 13 | so after having made your own conscientious decision.  Do |
| 11:41 | 14 | not be unwilling to change your opinion if the discussion |
| 11:41 | 15 | persuades you that you should.  But do not come to a |
| 11:41 | 16 | decision simply because other jurors think it is right, or |
| 11:41 | 17 | change an honest belief about the weight and effect of the |
| 11:41 | 18 | evidence simply to reach a verdict. |
| 11:41 | 19 | Mr. Keville, would you like to address the jury at |
| 11:41 | 20 | this time. |
| 11:41 | 21 | MR. KEVILLE:  Thank you very much, Your Honor. |
| 11:42 | 22 | Members of the jury, let me start by thanking you. |
| 11:42 | 23 | It's been a long three weeks for all of us, and I know it |
| 11:42 | 24 | has been for you as well.  And on behalf of the OMG Girlz |
| 11:42 | 25 | and the Harrises, we appreciate all the attention you've put |

11:42   1    into this.  It hasn't gone unnoticed.

11:42   2            And this is a very important case.  It's a case

11:42   3    that we were sued four years ago, and the girls have been

11:42   4    waiting for their chance to tell their story and protect

11:42   5    their brand, and they're happy to be here despite having

11:42   6    been throughout this trial repeatedly insulted, called

11:42   7    nowhere, called that they haven't been successful, called

11:42   8    extortionists.

11:42   9            There was no name-calling on our side.  On our

11:42   10   side, there was grace.  The people who you saw had the same

11:42   11   demeanor when they were questioned by either side.  On the

11:42   12   other side, you saw people whose demeanor changed, who

11:42   13   suddenly couldn't answer questions, and all that goes into

11:42   14   what you have to consider.

11:42   15           This is my chance to try and wrap up three weeks

11:42   16   of evidence, and I'm going to try and put it all to you in a

11:43   17   way that it fits with the instructions that you were given.

11:43   18           I'm going to put up demonstratives, pictures that

11:43   19   show what the evidence numbers are.  If there's anytime you

11:43   20   want me to slow down so you can write things down, please

11:43   21   let me know.

11:43   22           Why are we here?  Well, we're here, as the Court

11:43   23   said, because we claim that certain MGA dolls infringe on

11:43   24   the trade dress and misappropriate the likeness of the OMG

11:43   25   Girlz, and we seek damages for those seven dolls.  As the

11:43   1   Court explained, MGA and Mr. Larian deny these allegations

11:43   2   and claim they're entitled to a finding that an additional

11:43   3   25 dolls do not infringe the intellectual property that we

11:43   4   have.

11:43   5           I told you in opening statement we're trying to be

11:43   6   fair and conservative and just in this, and we're just going

11:43   7   to focus on these seven dolls.  These seven are the most

11:43   8   closely associated with very specific public events and

11:43   9   certain outfits, and that's what we did throughout our case.

11:44   10          Tameka Harris testified seven to nine dolls

11:44   11  matched the girls in the pictures.  Mr. Harris said we're

11:44   12  focused on these seven to nine dolls because they're the

11:44   13  most undeniably blatant.  Anyone with eyes can see that this

11:44   14  picture influenced this doll.  And that's part of what you

11:44   15  have to use in deciding.  You get to use common sense and

11:44   16  think about which testimony you believe and which you

11:44   17  didn't.

11:44   18          You heard from Zonnique Pullins who very clearly

11:44   19  said we decided to focus on seven to nine dolls.  Breaunna

11:44   20  Womack said the same thing, claiming in this trial seven to

11:44   21  nine.  That's the seven that infringe and the two that come

11:44   22  in the box.

11:44   23          But then remember Ms. Womack went through this

11:44   24  whole document.  And they said do you see anything in here

11:44   25  that's a likeness?  We need clarity.  We need this.  And she

11:44  1    said, well, I've repeatedly stated we're here for seven

11:44  2    dolls.  And then the Court gave an instruction that you were

11:44  3    not to consider anything outside the 32 dolls after they

11:44  4    marched her through a much bigger number.

11:45  5            Mr. Tregillis, he testified -- he's the damages

11:45  6    expert.  He does this for a living.  He testifies in trials.

11:45  7    He was asked:  Before claims come to trial, do they get

11:45  8    narrowed?  He said yes.  Anything unusual about that in your

11:45  9    experience as a witness?  He said:  No.  It happens all the

11:45  10   time.  We said:  Do you understand the OMG Girlz are only

11:45  11   asking for damages on these seven dolls plus two that come

11:45  12   in the pack with them?  He said:  Yes, that's my

11:45  13   understanding.

11:45  14           And Ms. Pullins made it very clear.  How much are

11:45  15   the OMG Girlz asking the jury to award for those other

11:45  16   dolls?  No money at all.

11:45  17           So what you'll see in your verdict form is seven

11:45  18   dolls that we're asking you to find infringe and

11:45  19   misappropriate the name and likeness, and then to find

11:45  20   damages for those seven dolls.  After that in your verdict

11:45  21   form, you'll see 25 dolls.  We're not asking for any money

11:45  22   for those at all.  Those are the ones that MGA wants you to

11:45  23   look at and decide.

11:45  24           Why?  Why are we hearing all about those?  I think

11:46  25   it has a lot to do with this.  Remember we talked about

11:46  1   Mr. Larian.  This is 2003, the year after their slides said

11:46  2   Bratz $800 million in sales.  And the next year, remember

11:46  3   the mom-and-pop little shop in the UK.  They said they were

11:46  4   only valued at like a pound, and Mr. Larian writes this

11:46  5   e-mail.  It says:  Ray, we need to hurt them so the word

11:46  6   gets out.

11:46  7           And remember this later.  This was a LinkedIn post

11:46  8   by Mr. Larian about ZURU, and he said:  We ask retailers not

11:46  9   to buy these knockoff products.  We have an army of lawyers.

11:46  10  We kind of saw that a little bit.  On this side, I think

11:46  11  we've seen eight, nine lawyers at times.  It's just the

11:46  12  three of us every day, but we hold our own.

11:46  13          Let's get to the first claim.  It's the valid

11:46  14  trade dress.  We have the burden of proving by a

11:46  15  preponderance of the evidence the elements.  Preponderance

11:47  16  of the evidence -- if this is a scale with the two sides, it

11:47  17  means it tips ever so slightly our way.  So 51/49, that's

11:47  18  enough for preponderance of the evidence.

11:47  19          We have the burden of proving four elements.  The

11:47  20  trade dress at issue has acquired secondary meaning.  This

11:47  21  is your Instruction 13.  The OMG Girlz own the trade dress.

11:47  22  The trade dress is nonfunctional, and the MGA parties used

11:47  23  the trade dress in a way that would cause confusion -- is

11:47  24  likely to cause confusion.

11:47  25          Unregistered trade dress you heard can be valid.

11:47    1    You heard that both sides have unregistered trade dress,

11:47    2    that MGA has sued people for unregistered trade dress.

11:47    3    Nothing unusual about that.

11:47    4            Literal copying may, but is not required, to

11:47    5    establish a violation of trade dress rights.  You probably

11:47    6    noticed as you went through and heard the judge read the

11:47    7    charge copying is only mentioned in one of nine elements or

11:48    8    one of these four elements.  The whole case they presented

11:48    9    was largely about copying.  We didn't copy.  It's just one

11:48    10   small factor in what you have to decide.  It's not even one

11:48    11   of the elements for trade dress infringement.

11:48    12           I'm going to start at No. 3 because this will line

11:48    13   up with the first question you're going to be asked.  The

11:48    14   first question you'll be asked on the verdict form is:  "Do

11:48    15   you find the OMG Girlz have proven by a preponderance of the

11:48    16   evidence that they have protectable trade dress?"  And that

11:48    17   lines up with No. 3 because -- this is Jury Instruction 15:

11:48    18   For a product's design to be protected under trade dress

11:48    19   law, the design must be nonfunctional, and then explains

11:48    20   what that means.  The inquiry is whether if one seller were

11:48    21   given exclusive rights to use the trade dress, other sellers

11:48    22   would be forced to use alternative designs that make their

11:48    23   products more costly to sell.

11:48    24           We've been through the trade dress multiple times.

11:48    25   You've heard it.  This is the exclusive area.  They've tried

| | | |
|---|---|---|
| 11:49 | 1 | to pick it apart and say, well, there's been things that are |
| 11:49 | 2 | experimental.  There have been vibrant hair colors.  But |
| 11:49 | 3 | it's all three things combined.  We've been very clear on |
| 11:49 | 4 | that throughout, and that exclusive area doesn't make |
| 11:49 | 5 | anything else more costly. |
| 11:49 | 6 |         The only things that are in that exclusive area |
| 11:49 | 7 | are the OMG Girlz and the O.M.G. dolls.  And Mr. Larian |
| 11:49 | 8 | admits: |
| 11:49 | 9 |         "In both the OMG Girlz and the O.M.G. dolls, |
| 11:49 | 10 | you've seen colored hair, correct? |
| 11:49 | 11 |         "Yes. |
| 11:49 | 12 |         "In both the OMG Girlz and the O.M.G. dolls, |
| 11:49 | 13 | you've seen urban, edgy outfits, correct? |
| 11:49 | 14 |         "Yes. |
| 11:49 | 15 |         "You've seen layered clothing between both the OMG |
| 11:49 | 16 | Girlz and the O.M.G. dolls? |
| 11:49 | 17 |         "Yes." |
| 11:49 | 18 |         So the only two things that are in there are those |
| 11:49 | 19 | things. |
| 11:49 | 20 |         And that will also be something we didn't put on |
| 11:49 | 21 | the case for the 25.  But remember Mr. Larian's testimony |
| 11:49 | 22 | when you're going through all these dolls and saying do they |
| 11:49 | 23 | meet the trade dress?  He's already said it, and they put |
| 11:49 | 24 | out no evidence against it.  They just said we don't copy. |
| 11:50 | 25 | That's not what they had to prove. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

11:50  1        Mr. Larian admitted in this case -- "have you ever
11:50  2   seen anything besides the OMG Girlz and the O.M.G. dolls
11:50  3   that had colored hair, fun, urban, edgy clothing, and the
11:50  4   name OMG?"  He said:  "In this court you mean?  No."  He
11:50  5   hasn't seen anything that meets all three elements of the
11:50  6   trade dress.  He said, "to the best of my knowledge, no
11:50  7   other doll uses the name 'OMG' in the fashion doll."
11:50  8        Ms. Pullins said OMG Girlz' fans associate these
11:50  9   three elements with the OMG Girlz.
11:50  10       Tameka Harris made it very clear, as did I think
11:50  11  all the witnesses, not claiming that any particular piece of
11:50  12  clothing is the trade dress, claiming it's the combination
11:50  13  of all three.
11:50  14       It doesn't make anything alternative more costly
11:50  15  because the name "OMG" is what starts it all.  Tameka Harris
11:51  16  was asked:  "So whatever's in the line is accused?"  And she
11:51  17  said:  "If you have a line that's called JK, no, it's not.
11:51  18  But if it's a line that says O.M.G. dolls and it has these
11:51  19  other elements, then yes."
11:51  20       Blanche Consorti works at this company where they
11:51  21  have these multiple lines of dolls and wouldn't even answer
11:51  22  if she's not sure if the company -- if there were names
11:51  23  outside of O.M.G. Outrageous Millennial Girls that the
11:51  24  company could have used.  Certainly, it would have been very
11:51  25  easy when put on notice to change the name and get away from

| | | |
|---|---|---|
| 11:51 | 1 | OMG Girlz and not have this issue. |
| 11:51 | 2 | But what we saw was after the Harrises sent the |
| 11:51 | 3 | letter, they went the other way.  They changed the name from |
| 11:51 | 4 | L.O.L. Surprise! O.M.G. to L.O.L. Surprise! O.M.G. |
| 11:51 | 5 | Outrageous Millennial Girls.  They actually put the word |
| 11:51 | 6 | "Girls" into the name, which put them closer. |
| 11:51 | 7 | So what will MGA say?  I think they're going to |
| 11:51 | 8 | say the trade dress was not consistent.  You can look |
| 11:51 | 9 | through your jury charge.  There's nowhere in there you'll |
| 11:52 | 10 | find that it has to be consistently always the same trade |
| 11:52 | 11 | dress. |
| 11:52 | 12 | You heard from the fans like this one from the |
| 11:52 | 13 | Apollo Theater that they know the OMG Girlz by their trade |
| 11:52 | 14 | dress. |
| 11:52 | 15 | Play that. |
| 11:52 | 16 | (Video clip played) |
| 11:52 | 17 | MR. KEVILLE:  They know the hair.  They know the |
| 11:52 | 18 | style.  They know them as the OMG Girlz.  That's the OMG |
| 11:52 | 19 | Girlz' trade dress, and that's what we've consistently said |
| 11:52 | 20 | throughout this case.  Those girls that you saw in that |
| 11:52 | 21 | video from 2012 are probably in their mid-20's to early 30's |
| 11:52 | 22 | now.  They're probably doll buyers for their kids.  Those |
| 11:52 | 23 | are the members of our target demographic, and we'll talk |
| 11:52 | 24 | about the demographics in a little bit. |
| 11:52 | 25 | You saw this one when they say it's not |

11:53  1    consistent.  Here is one of the comments that you were able

11:53  2    to see:  "I bought my niece 2 of those with the blue hair

11:53  3    and was gonna dm you cause I know Ms. Star when I see her

11:53  4    OOOOK"

11:53  5           Or this one from Exhibit 245:  "Familiar...with

11:53  6    likeness, name, and same wardrobe" -- I'm going to leave the

11:53  7    last part out.

11:53  8           And by the way, these comments -- people didn't

11:53  9    know there was a lawsuit going on because they didn't know

11:53  10   we had been sued.

11:53  11          Or this one with the OMG Girlz not in their trade

11:53  12   dress, just dressed up to go out, and someone responds to

11:53  13   the picture:  "BEAUTY" pink, "BABYDOLL" purple, "STAR" blue.

11:53  14          They know the trade dress.  They've known the

11:53  15   trade dress all along.  That's the OMG Girlz.

11:53  16          In opening statement, Mr. Loh said about

11:53  17   consistency:  "The reason why you associate the golden

11:53  18   arches with McDonald's is because they've been using that

11:53  19   trade dress, that brand consistently for a long period of

11:53  20   time.  Consistency is key.  Right?"

11:53  21          Remember, it's not in the instructions, but

11:53  22   there's McDonald's.  You saw that.  Sometimes two arches,

11:54  23   sometimes one, sometimes big arches, sometimes part of the

11:54  24   building, sometimes different colors:  red, black, blue.

11:54  25   Everybody still recognizes that as the trade dress.  That

| | | |
|---|---|---|
| 11:54 | 1 | was Mr. Harris.  He said:  "It's my point to say that once |
| 11:54 | 2 | someone recognizes a brand and identifies with it, even if |
| 11:54 | 3 | it changes a little bit, they still recognize that brand. |
| 11:54 | 4 | There was zero evidence presented in this case |
| 11:54 | 5 | showing anyone else in this green exclusive area.  Not Katy |
| 11:54 | 6 | Perry, not Nicki Minaj.  Always picking it apart.  And |
| 11:54 | 7 | you'll see in the instructions you've got that |
| 11:54 | 8 | functionality, which is what we're talking about, you can't |
| 11:54 | 9 | pick apart and say, well, let's look at this piece and let's |
| 11:54 | 10 | look at this piece.  It's the overall trade dress.  So the |
| 11:54 | 11 | name, the hair, and the clothes.  So you didn't see anything |
| 11:54 | 12 | like that. |
| 11:54 | 13 | And this I think is an important reminder here: |
| 11:54 | 14 | In reaching your verdict, you may consider only the |
| 11:55 | 15 | testimony and exhibits introduced into evidence.  Certain |
| 11:55 | 16 | things are not evidence, and you may not consider them. |
| 11:55 | 17 | Arguments and statements by the lawyers are not evidence. |
| 11:55 | 18 | So when they argue, well, it's not consistent, |
| 11:55 | 19 | well, we don't know what it is.  That's not the evidence. |
| 11:55 | 20 | The evidence is what you saw and heard, and they put no |
| 11:55 | 21 | evidence that anyone, except XOMG they brought up at the |
| 11:55 | 22 | last minute, XOMG. |
| 11:55 | 23 | XOMG, to the best of our understanding, is |
| 11:55 | 24 | something that started around 2022 so in the midst of this |
| 11:55 | 25 | lawsuit.  We're in the midst of a lawsuit brought by them. |

11:55  1   We're certainly not going to go out and sue anybody else.

11:55  2   I'm pretty certain they will talk to them, but this came up

11:55  3   just now in this lawsuit.  And you heard Mr. Larian say he

11:55  4   agreed that somebody else using the trade dress doesn't give

11:55  5   him a right to infringe the trade dress, and it doesn't.

11:55  6   He's right about that.

11:55  7          Okay, so that's No. 1.  The trade dress is

11:55  8   nonfunctional.  So when you get to your verdict form, on No.

11:55  9   1, you should check "Yes," that the OMG Girlz have proven by

11:56  10  a preponderance of the evidence that they have protectable

11:56  11  trade dress.

11:56  12         If you answered Question 1 "Yes," then you go on

11:56  13  to the trade dress, other elements.

11:56  14         The second element, the OMG Girlz own the trade

11:56  15  dress.  Very simple.  Zonnique Pullins testified -- "Who

11:56  16  owns OMG Girlz, LLC, and its intellectual property?"  She

11:56  17  said:  "The three of us and my mom."  There is no evidence

11:56  18  about anything else, nothing contrary.  Very simple, the OMG

11:56  19  Girlz own the trade dress.

11:56  20         No. 4, I'm going to start here.  The MGA parties

11:56  21  used the trade dress similar in a way that was likely to

11:56  22  cause confusion among ordinary consumers.  Remember about

11:56  23  literal copying is not required.  But Blanche Consorti do

11:56  24  you remember was on the stand for a day and a half.  She was

11:56  25  asked:

11:56  1            "Do you recall any testimony that you had in that

11:56  2    whole day and a half about whether consumers were likely to

11:56  3    be confused?

11:56  4            "I don't recall.  I've been on the stand a lot."

11:56  5        All of their questions went to did you copy?

11:57  6    That's not the issue in this case.

11:57  7            Lora Stephens was asked:

11:57  8            "Do you understand that consumer confusion is one

11:57  9    of the issues in this case?

11:57  10            "No."

11:57  11        No one even told her what this case was about.

11:57  12    She thought this case was about her copying and nothing

11:57  13    else.

11:57  14            All right, this is Jury Instruction No. 16.  How

11:57  15    do you address whether there's a likelihood of confusion?

11:57  16    I'm going to take these three together, No. 1, No. 3, and

11:57  17    No. 4, strength or weakness of the mark, similarity, and

11:57  18    actual confusion.  This is where you can use your common

11:57  19    sense as jurors.  You can look at these pictures and see how

11:57  20    close they are to these dolls.  That's part of your job.

11:57  21    There are many similarities that are obvious in this.

11:57  22            Let's talk about Mr. Larian.  He didn't read the

11:57  23    letter at all, but yet he testified they're not similar at

11:57  24    all.  But then he later said at a later time:

11:58  25            "In Both the OMG Girlz and the O.M.G. dolls,

11:58  1    you've seen colored hair?

11:58  2              "Yes.

11:58  3              "In both the OMG Girlz and the O.M.G. dolls,

11:58  4    you've seen urban, edgy outfits?

11:58  5              "Yes.

11:58  6              "You've seen layered clothing between both the OMG

11:58  7    Girlz and the O.M.G. dolls?

11:58  8              "Yes."

11:58  9              So he sees all these similarities, but when he's

11:58  10   asked if they're similar, he says absolutely not.  No

11:58  11   similarity.

11:58  12             "Certain things in the trade dress that are at

11:58  13   issue in this case are similar between the OMG Girlz and the

11:58  14   O.M.G. dolls?

11:58  15             "No."

11:58  16             So Mr. Larian on the one hand says not similar,

11:58  17   and on the other hand, he says both use the trade dress.

11:58  18   Which one should we believe?

11:58  19             Mr. Loh in opening statement said:  "I certainly

11:58  20   hope they're not talking out of both sides of their mouths."

11:58  21   That's certainly what we saw from Mr. Larian.

11:58  22             So in this scale, I put Mr. Larian on both sides

11:58  23   of the scale.  One time he said they're not similar, and one

11:59  24   time he said they were.

11:59  25             What else goes on the side for MGA?  Well, they

11:59   1   pulled some negative comments, some comments that people

11:59   2   said, yeah, we don't see it.  Ms. Pullins was asked -- they

11:59   3   picked a few negative comments.

11:59   4           "Have you ever denied there were some negative

11:59   5   comments?"

11:59   6           "No, we never denied that."

11:59   7           Even the people who posted recognized the OMG

11:59   8   Girlz' brand.  That goes to strength of the mark.  But

11:59   9   nevertheless, the negative comments go on their side of the

11:59   10  scale, so the scale tips slightly to their side.

11:59   11          Now, let's talk on the other side, Blanche

11:59   12  Consorti.  There was much talk about the boxes and the

11:59   13  friends and the internal documents that nobody gets to see,

11:59   14  or on the side of the box where it says, "Hey, sis," which

11:59   15  could just mean, hey, I'm talking to the girl that's buying

11:59   16  the doll, and saying, hey, sis, I'm a little doll.  But

11:59   17  people see the front of the box.  Well, Ms. Consorti said

11:59   18  this is how they're marketed.  They're marketed as fashion

11:59   19  dolls.  And what a consumer might see?  This is an example

11:59   20  of what they might see, this Target ad that says "OMG" and

12:00   21  just has the doll.

12:00   22          Remember Mr. Isaacson.  He talked about the

12:00   23  treatise, the treatise saying actual confusion is potent

12:00   24  evidence of likelihood of confusion.  He kind of waffled a

12:00   25  little bit, and said, oh, it depends on the matter and what

12:00  1  kind of confusion evidence.  But he said this is the

12:00  2  treatise he relies on.  Actual confusion is potent evidence

12:00  3  of a likelihood of confusion, and that's in your

12:00  4  instructions as well.

12:00  5       All right, so let's talk about actual confusion.

12:00  6  The first knowledge of consumer confusion is this one when

12:00  7  Crystal, Tameka Harris's friend, sends this text saying,

12:00  8  look:  "OMG girls at Target."  So she was confused, and

12:00  9  thought the girls had their doll line.

12:00  10       Ms. Harris's reaction when she saw this text:  I

12:00  11  was blown away.  I noticed a lot of similarities to the

12:00  12  girls.  Mainly, the first thing was this outfit that was

12:00  13  created for the tour, the black and white outfit with the

12:00  14  blue hair.  It resonated immediately because it's exactly

12:00  15  like the girls, maybe one element or so that's changed.

12:01  16       Ms. Pullins testified that "the first thing she

12:01  17  saw was the Chillax doll with the blue hair with our outfit

12:01  18  from the All Around The World Tour, and the pink look with

12:01  19  Bahja with like the little ponytails and spandex pants were

12:01  20  like the first things I noticed."

12:01  21       So they go on our side of the scale, and that tips

12:01  22  the scale the other way, but there's more.

12:01  23       Breaunna Womack testified she first learned about

12:01  24  it from her younger sister, who was watching a video of the

12:01  25  OMG Girlz on YouTube and pointed and said "That's you" when

```
12:01   1   she saw is it.  That goes on our side of the scale.
12:01   2           Mr. Harris, he first learned at his youngest
12:01   3   daughter's fourth birthday.  She received a gift.  It was
12:01   4   one of the O.M.G. packages, and she ran up to the Harrises
12:01   5   and said:  "Nique-Nique" -- that's Zonnique -- "Nique-Nique
12:01   6   got dolls."  Little kids who know the OMG Girlz were
12:01   7   confused.
12:01   8           That's goes on our side of the scale.
12:01   9           And I bring back Mr. Larian.  Remember we looked
12:02  10   at the complaints that they filed.  And in those complaints,
12:02  11   what they say is online comments of consumers is evidence of
12:02  12   actual confusion.  And he said, well, I'm not the lawyer,
12:02  13   but that's what the Complaint says.  And that's your
12:02  14   Complaint, MGA?  And he said:  That's right.
12:02  15           So let's look at some of the comments you saw from
12:02  16   consumers:
12:02  17           "I thought that was based off them..."
12:02  18           "I thought that was where the dolls came from."
12:02  19           "I thought these were their dolls."
12:02  20           "Yeah, when they came out, I thought you were part
12:02  21   owner."
12:02  22           "OMG Girlz did not make those OMG dolls??  Wow."
12:02  23           "That was the only reason I bought them.  I
12:02  24   thought I was supporting them"
12:02  25           "Wait, are y'all involved with the dolls at all?"
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 12:02 | 1 | "TINY, I THOUGHT THOSE WERE THEIR DOLLSSSSS." |
| 12:02 | 2 | "I always thought the dolls were based on the |
| 12:02 | 3 | girls.  Only reason I started buying them for my daughter." |
| 12:02 | 4 | Remember Blanche Consorti.  I showed her that one |
| 12:02 | 5 | and asked: |
| 12:02 | 6 | "This is how a consumer might look at a doll and |
| 12:03 | 7 | say, oh, this looks like it's based on the girls, correct? |
| 12:03 | 8 | "Yes, this shows that." |
| 12:03 | 9 | Another one:  "I always thought this was your |
| 12:03 | 10 | doing after them @ majorgirl." |
| 12:03 | 11 | "I thought the OMG Girlz owned LOL dolls." |
| 12:03 | 12 | And another one:  "I said to myself when my girls |
| 12:03 | 13 | got these dolls for Christmas, these dolls look like the Omg |
| 12:03 | 14 | girls, no capp." |
| 12:03 | 15 | Zonnique Pullins was asked this about the negative |
| 12:03 | 16 | comments that they put up.  She said -- |
| 12:03 | 17 | "And that photo would not have been shown to the |
| 12:03 | 18 | jury" -- the photo in the negative comments -- "unless I |
| 12:03 | 19 | showed it to you right now, right? |
| 12:03 | 20 | Ms. Pullins said:  I believe that we wanted to |
| 12:03 | 21 | show more comments.  I'm sure if we were able to, we |
| 12:03 | 22 | probably would have. |
| 12:03 | 23 | And then she was asked: |
| 12:03 | 24 | "If MGA had allowed, would you be willing to let |
| 12:03 | 25 | everyone see the tens of thousands of comments on your |

```
12:03    1    mother's Instagram?

12:03    2            "Yes."

12:03    3            So all of those actual comments go on our side of

12:03    4    the scale, and remember that there were tens of thousands of

12:03    5    more comments if MGA had allowed.

12:04    6            Zonnique Pullins also posted a comparison and got

12:04    7    comments like these:

12:04    8            "Wait, I honestly thought the OMG Girlz made the

12:04    9    dolls, too?"

12:04   10            Another one:  "Whole time I was thinking they

12:04   11    started a doll company.  That's why they stopped singing."

12:04   12    This person thought they took a pause in the music business

12:04   13    to start making dolls.

12:04   14            Maxine Shawna, she was one of the ones you heard

12:04   15    testify in deposition.  She said:  "This isn't your group?

12:04   16    I want all my money back."

12:04   17            This person said:  "I thought they were made

12:04   18    because of them."

12:04   19            And "I thought these were their dolls"

12:04   20            You saw this one:  "I know Ms. Star when I see

12:04   21    her."

12:04   22            "I was like OMG Girls got dolls??  So cool lol"

12:04   23            And this one:  "I thought these were y'all dolls."

12:04   24            "Thank you.  I've been saying this for the

12:04   25    longest!"
```

12:04  1        She was asked:  "If MGA had agreed, would you be

12:04  2    willing to show everyone the thousands of comments on your

12:04  3    Instagram?" separate from her mother's.  She said:

12:04  4    "absolutely."  So those additional comments go our side of

12:05  5    the scale.  Way beyond preponderance now.

12:05  6        Zonnique Pullins was shown this poll that she did

12:05  7    and said there were 48,000 views to her poll.

12:05  8        "Looking at the numbers, does it look like over

12:05  9    17,000 people responded to your poll checking one or the

12:05  10    other option?

12:05  11        "Yes.

12:05  12        "How did the reaction of the fans make you feel?

12:05  13        "I felt good about the reaction from the

12:05  14    followers.  I felt like -- it just made me feel like what we

12:05  15    felt was validated."

12:05  16        So that poll goes on this side of the scale.

12:05  17        And then you heard from actual confused consumers

12:05  18    the four people who you heard either by deposition or live.

12:05  19    Moniece Campbell, "when you purchased the L.O.L. Surprise!

12:05  20    O.M.G. dolls, you did so because you thought the dolls were

12:05  21    of the band OMG Girlz?

12:05  22        "Yes.

12:05  23        "Do you think that the O.M.G. dolls physically

12:05  24    look like the individual members of the OMG Girlz?

12:05  25        "Yes, I think so."

12:05  1          Maxine Wagner, when shopping in Target, they saw
12:06  2   the dolls, and they told their Auntie, "please buy me those
12:06  3   dolls.  Those are the ones from the show that we watch."
12:06  4          Remember the "T.I. and Tiny:  The Family Hustle"
12:06  5   show where the girls were featured.  And she said she had to
12:06  6   ask her other niece to confirm they were dolls from the
12:06  7   show, and she said yes, so she bought the dolls.
12:06  8          Windi Osbourne, "the packaging, it had 'OMG' on
12:06  9   there, and just looking at it, I'm like, oh, they partnered
12:06 10   with them."  "Just looking at the color of the doll's skin
12:06 11   and the hair and the outfit, I was like, oh, you know, I
12:06 12   thought it was their doll."
12:06 13          And Dominique Alexander who you saw live:
12:06 14          "What did you do after she showed you the image of
12:06 15   what she was wanting for her birthday?
12:06 16          "When she brought it to me, I was like this is the
12:06 17   OMG Girlz."
12:06 18          She went on YouTube, pulled up some things, and
12:06 19   showed her the OMG Girlz from the earlier things, and then
12:06 20   she got her the box.  Remember she testified about the
12:06 21   four-pack and the receipt that she had.
12:06 22          And I want to talk about the two in there, Bhad
12:06 23   Gurl and Metal Chick.  Remember Rachel Moshe, Rachel Brenner
12:07 24   now.  She agreed that the hair colors look similar between
12:07 25   these dolls and the OMG Girlz.  She said, yeah, their hair

12:07  1   color is similar.  And then what about the clothing?"  She

12:07  2   said I would call it fun and edgy.  So she agreed it met the

12:07  3   trade dress.

12:07  4          Then Ms. Pullins, they asked her about, well, why

12:07  5   didn't you bring more than four?  And the question was,

12:07  6   "Well, why didn't you fly everyone here?  Is it realistic

12:07  7   you could have brought in 17,000 people?"  "I don't think

12:07  8   so."  We bought in several people live or by deposition for

12:07  9   you to hear.

12:07  10         Contrary to that was Mr. Isaacson, their survey

12:07  11  expert.  We don't know the names of a single one of his

12:07  12  survey participants.  No survey participant came to testify.

12:07  13  No survey participant was ever deposed or put under oath,

12:07  14  all the people who went online because they wanted a reward

12:07  15  for taking a survey and just had to click buttons.  Almost

12:07  16  40 percent of them were men over 35.

12:08  17         So the actual confused consumers go on our side of

12:08  18  the scale.

12:08  19         And we had the e-mail where they were talking

12:08  20  about the O.M.G. dolls they thought in the song.  Somehow,

12:08  21  after a day of hearing the song and thinking it was O.M.G.

12:08  22  dolls, with no explanation a day later, she says, oh,

12:08  23  they're talking about OMG Girlz, not O.M.G. dolls.  Nothing

12:08  24  saying like, hey, I did some research.  I found this.  Who

12:08  25  is this group?  But Blanche Consorti said:  "It was just

12:08  1    simple confusion on my part."

12:08  2           So put that on our side of the scale as well.  And

12:08  3    that covers the strength and weakness, similarity, and

12:08  4    actual confusion far beyond the preponderance of the

12:08  5    evidence.

12:08  6           What else goes into the factors for likelihood of

12:08  7    confusion?  MGA's intent.  We talked about this earlier.

12:08  8    You see the timeline.  They circulate the e-mail about the

12:08  9    girls, and then they changed the name to include the word

12:08  10   "Girls."  Then they get the letter and they sue us.  Then

12:09  11   they release dolls that look even more like the OMG Girlz

12:09  12   after having the letter showing this look.

12:09  13          That's what Ms. Tameka Harris said:  "After the

12:09  14   lawsuit, I noticed the dolls were starting to be more and

12:09  15   more like the OMG Girlz, like it was kind of like, oh, you

12:09  16   accused us of stealing.  Now we are going to play in your

12:09  17   face."

12:09  18          Marketing and Advertising Channels.  We saw that

12:09  19   they have 52 million views of the OMG Girlz' songs on

12:09  20   YouTube, and the OMG Girlz' music has always been available

12:09  21   to stream even today on all streaming platforms, iTunes,

12:09  22   Apple Music, YouTube, wherever music is streaming.

12:09  23          And Ms. Womack, we talked about how her younger

12:09  24   sister saw the video of the OMG dolls on YouTube.  Blanche

12:09  25   Consorti said MGA uses YouTube in order to market the dolls,

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

12:09  1  so similar channels.  Social media, both have Facebook

12:09  2  packages, the OMG Girlz and the L.O.L. Facebook page.

12:10  3          And then this from Mr. Isaacson:

12:10  4          "Consumers who searched 'OMG Girlz' came up with a

12:10  5  number of O.M.G. dolls, correct?

12:10  6          "Yes."

12:10  7          Remember this is the one that Mr. Isaacson

12:10  8  testified about two years ago.  No one ever questioned it

12:10  9  until Mr. Larian gets on the stand and says, oh, I think

12:10  10  this is manipulated.  And then we say, well, okay, here is

12:10  11  the data that shows it wasn't, and they said, no, no, no.

12:10  12  Objection.  We don't want to see it.  This was never

12:10  13  manipulated.  This was a search that was done two years ago.

12:10  14  So that goes on our side of the scale.

12:10  15          Consumers Degree of Care.  This goes to whether

12:10  16  people would take a lot of time to consider the details of

12:10  17  this purchase.  It generally goes to whether something is

12:10  18  really expensive.  Rachel Moshe, Brenner, said it's fair to

12:10  19  assume kids would probably call them OMG dolls.  OMG Girlz

12:10  20  and O.M.G. dolls sound pretty similar.

12:10  21          Moniece Campbell said she knew it didn't say OMG

12:11  22  Girlz on the box, but "I wasn't in the store like, oh, let

12:11  23  me look at the back of the box to see who made this.  I

12:11  24  wasn't thinking to do that.  I automatically associated the

12:11  25  two, like I said, because of the name and everything I've

12:11    1    told you."

12:11    2            Dominique Alexander, same thing.  She said I

12:11    3    really just looked it up online.  It was a little pricey,

12:11    4    but it was for her birthday, so I guess it was worth it.

12:11    5            Those are the reasonable purchasers.  They're

12:11    6    different than Blanche Consorti and Lora Stephens who are

12:11    7    designers.  They're not the reasonably prudent purchaser.

12:11    8    Blanche Consorti said -- "The moral of the story is that a

12:11    9    designer sees more differences than a lay person?  "Yes."

12:11    10   So you as a fashion designer might go through and say, hey,

12:11    11   there's one stripe here, and that stripe was not on the

12:11    12   girls' tour outfit.  It's a different belt.  That's her as a

12:11    13   designer.  That's how she looks at things.

12:11    14           And we heard that from Lora Stephens when she was

12:11    15   asked to compare the bodice of the doll and the bodice of

12:11    16   the person, and I couldn't even fit the answer.  It went on

12:12    17   for like over a page of her pointing out minute little

12:12    18   differences.

12:12    19           That's not -- and this goes to common sense as

12:12    20   well.  If you go into a store to buy a doll and you look at

12:12    21   the doll and you say, oh, OMG Girlz, if you know the OMG

12:12    22   Girlz, or you say, oh, Beyonce doll, you don't then pick it

12:12    23   apart and say, wait, I don't remember that exact shoe, or,

12:12    24   wait, I saw them in a magazine last month.  It was a

12:12    25   different hairstyle.  Oh, not that person.  That's not how

12:12    1    you buy a toy.  You buy a toy because you see it.  You like

12:12    2    it.  You make an association.

12:12    3            Okay, and then the Use of the Trade Dress and

12:12    4    Product Line Expansion.  Ms. Pullins testified about a press

12:12    5    day recently where she was speaking to a radio station, and

12:12    6    Yung Joc, who's a rapper, they were talking about it, and he

12:12    7    was saying how he felt -- he always felt like the dolls were

12:12    8    their brand.

12:12    9            We saw some of the social media:  "Wait, I

12:12   10    honestly thought the omg girls made the dolls, too?"

12:12   11            And then:  "Whole time I was thinking they started

12:12   12    a doll company.  That's why they stopped singing."

12:13   13            Likely place where you can expand.  Tameka Harris

12:13   14    talked about the Lady Gaga tweet:  "I just want to comb

12:13   15    their hair and tie bows in it all day!!!" like a doll.

12:13   16            And then we saw Rachel Brenner, who said MGA

12:13   17    partnered with Tori Spelling, partnered with Ciara,

12:13   18    partnered with Paris Hilton.  You heard about the Paris

12:13   19    Hilton.  So there's a logical expansion from a girl group

12:13   20    like this to having dolls that resemble them.

12:13   21            Breaunna Womack said:  "I would say this looks

12:13   22    like a doll version of me.  No, my eyes aren't this big, but

12:13   23    when it comes to seeing a doll version or an animated

12:13   24    version of myself, I feel like this would be a great

12:13   25    representation of that."

12:13    1              Let's talk about credibility for a minute.

12:13    2    Mr. Larian said --

12:13    3              "We talked about apples and oranges.  So what

12:13    4    you're saying is you can't compare a doll to a girl,

12:13    5    correct?

12:13    6              "Because those dolls absolutely do not look like

12:13    7    those girls.  Absolutely not.  Just look at their eyes."

12:13    8              You can't have any similarity.

12:13    9              But then their expert came in and he disagreed.

12:14   10    Remember he put up a slide that said how you could see

12:14   11    similarities between dolls and people.  He said, yeah, these

12:14   12    little tiny Beatles dolls are representations that could be

12:14   13    associated with a full-sized human.  They don't have eyes

12:14   14    that look like human eyes or bodies that like human bodies.

12:14   15    He said the same thing about Flavor Flav.

12:14   16              "In real life he doesn't have giant hands and head

12:14   17    that's probably a third of his height?

12:14   18              "I wouldn't expect so.

12:14   19              "But people can still associate the doll with the

12:14   20    person, correct?

12:14   21              "Correct."

12:14   22              So this whole story that you can't associate dolls

12:14   23    to people is just something for this case that they say.

12:14   24    Blanche Consorti agreed:

12:14   25              "Dolls are generally representations of humans,

| | | |
|---|---|---|
| 12:14 | 1 | correct? |
| 12:14 | 2 | "Yes, a representation." |
| 12:14 | 3 | Now, MGA essentially admits that seven dolls used |
| 12:14 | 4 | the trade dress.  Blanche Consorti said -- "The biggest |
| 12:14 | 5 | thing that's in this whole package is the O.M.G., correct? |
| 12:14 | 6 | She agrees that's the name.  She agreed the doll has vibrant |
| 12:14 | 7 | blue hair.  That's the hair.  And she agreed the doll has a |
| 12:15 | 8 | fun, edgy, layered wardrobe and bold accessories like its |
| 12:15 | 9 | large earrings and sparkly choker. |
| 12:15 | 10 | So that's the experimental, fun, edgy wardrobe and |
| 12:15 | 11 | accessories.  That's all it needs to meet the trade dress. |
| 12:15 | 12 | She came in to just argue it's not exactly the same.  It's |
| 12:15 | 13 | not a copy, and that's not the issue.  She's admitted it |
| 12:15 | 14 | meets the trade dress. |
| 12:15 | 15 | The same thing for Roller Chick.  The biggest |
| 12:15 | 16 | thing is O.M.G., vibrant hair in shades of pink, fun, edgy |
| 12:15 | 17 | layered wardrobe.  She said I'd say it's fun and layered. |
| 12:15 | 18 | It has bold accessories.  So she agreed this meets all the |
| 12:15 | 19 | elements of the trade dress. |
| 12:15 | 20 | And here the big name "OMG" on the two-pack with |
| 12:15 | 21 | Chillax and Roller Chick, she said -- "A consumer could |
| 12:15 | 22 | associate those with the OMG Girlz, correct?"  She said: |
| 12:15 | 23 | "They could.  Anything is possible." |
| 12:15 | 24 | So they recognize -- their own person recognized |
| 12:15 | 25 | the possibility of likelihood of confusion. |

12:15    1           We talked about Rachel Brenner before about the

12:15    2    dolls Bhad Gurl and Metal Chick.  I won't go through those

12:16    3    again.

12:16    4           And then Lora Stephens talking about the Queen

12:16    5    dolls, she agreed the Queens dolls wear fun, layered

12:16    6    clothing.  They all have colored hair, bold makeup, and

12:16    7    accessories.  And they're all marketed under the O.M.G.

12:16    8    label?  Yes.  So they admit all seven dolls that are at

12:16    9    issue use the trade dress.  That's part of why we focused in

12:16    10   on this.

12:16    11          So the last thing on 16, the likelihood of

12:16    12   confusion, the survey evidence.  You heard from

12:16    13   Mr. Isaacson, his $150,000 survey where he said nobody

12:16    14   mentioned the OMG Girlz.  Zero percent confusion.  So we put

12:16    15   him on their side of the scale.  It tips ever so slightly.

12:16    16          But remember he didn't look at the right people,

12:16    17   the fans of the demographics.  Ms. Pullins testified, "we've

12:16    18   been able to reach a wide range of people as far as our

12:16    19   demographic.  But I think primarily our demographic are

12:16    20   black female millennials."

12:16    21          And here you saw the metrics of their fans,

12:17    22   primarily females, primarily Black or African-American, but

12:17    23   also White/Caucasian, Asian, and Hispanic.

12:17    24          Isaacson said he didn't look at any of this survey

12:17    25   data.  He didn't look at any of the MGA data.  As you can

| | | |
|---|---|---|
| 12:17 | 1 | see their own statements:  OMG skews non-white, specifically |
| 12:17 | 2 | black.  Girls 6 to 9 is primary, and 4 to 14 plus is the |
| 12:17 | 3 | reach.  Brand interest among 5 to 10-year-old |
| 12:17 | 4 | non-Caucasians, OMG has strongest interest among girls that |
| 12:17 | 5 | are not entirely Caucasian.  The brand is now number one |
| 12:17 | 6 | among nonwhites.  And Rachel Brenner testified that they |
| 12:17 | 7 | target black and brown girls. |
| 12:17 | 8 | Okay, Dr. Isaacson's survey, he didn't survey the |
| 12:17 | 9 | Queens dolls at all.  So there's no evidence from him on |
| 12:17 | 10 | those three dolls whatsoever.  He omitted OMG from his |
| 12:17 | 11 | survey as to Chillax, Bhad Gurl, and Metal Chick.  Remember |
| 12:18 | 12 | the trade dress is three things:  the name, the hair, and |
| 12:18 | 13 | the outfits.  He took out one-third of the trade dress, so |
| 12:18 | 14 | his survey has no value for those either. |
| 12:18 | 15 | He chose a survey universe at odds with MGA's own |
| 12:18 | 16 | marketing.  Here we saw the marketing, target market 9 to 14 |
| 12:18 | 17 | and diverse.  He didn't do anything to look at that right |
| 12:18 | 18 | thing. |
| 12:18 | 19 | Now, let's get back to credibility.  Bruce Lee and |
| 12:18 | 20 | Isaacson.  He took a survey, another one of his I represent |
| 12:18 | 21 | the defendant.  And he was asked what does this look like to |
| 12:18 | 22 | you, sir? He said to me, it looks like Bruce Lee.  And in a |
| 12:18 | 23 | case where they were selling T-shirts with the images even |
| 12:18 | 24 | you recognized as Bruce Lee where the only image on the |
| 12:18 | 25 | shirt was Bruce Lee, and it was sold with the name Bruce |

12:18    1    Lee, he did a survey, and said generally below levels that

12:18    2    would be considered significant as to likelihood of

12:18    3    confusion.  He said I don't recall, but I see what's written

12:18    4    there.  What was written there was the case where the judge

12:18    5    said this is what he did.

12:19    6            So Mr. Isaacson is on that side of their scale,

12:19    7    but the Bruce Lee kind of takes away a little bit of his

12:19    8    credibility.

12:19    9            All right, so that's trade dress and likelihood of

12:19   10    confusion.  I've covered the trade dress at issue and

12:19   11    whether it has secondary meaning.  Secondary meaning takes

12:19   12    you to Instruction 14:  "You must find that the

12:19   13    preponderance of the evidence shows that a significant

12:19   14    number of the consuming public associates the OMG Girlz'

12:19   15    trade dress with a single source, in order to find it has

12:19   16    acquired secondary meaning."

12:19   17            Well, all of this evidence from the scale that we

12:19   18    saw fits into these four categories in Instruction 14:

12:19   19    demonstrated utility, exclusivity, actual confusion, and

12:19   20    direct consumer testimony.  Those are all covered by the

12:19   21    scale we just did.  I won't cover it again.

12:19   22            "Consumer perception.  Whether people who purchase

12:19   23    the product that bears the claimed trade dress associate it

12:20   24    with the OMG Girlz."  Remember Mr. Larian despite Beyonce

12:20   25    putting out the OMG Girlz and the notice about them -- he

12:20    1    said they are nowhere.  They are nowhere.  Then he doubled

12:20    2    down on it in court.  Very insulting.

12:20    3            (Video clip played)

12:20    4            MR. KEVILLE:  Then Rachel Brenner said --

12:20    5            "It might just depend on who you're asking, right,

12:20    6    as to whether they're nowhere?

12:20    7            "Yes."

12:20    8            Maybe in his world they're nowhere, but maybe to

12:20    9    the fans of the OMG Girlz they're certainly not.  To the

12:20   10    buyers that you heard from, the actual consumers who said,

12:20   11    oh, look, the OMG Girlz, they don't consider them nowhere.

12:20   12    And it's demeaning for Mr. Larian to say those kinds of

12:20   13    things.

12:20   14            Breaunna Womack talking about the Apollo Theater

12:20   15    in 2012 where the kids were wrapped around the building with

12:20   16    their moms bringing them out.  Zonnique Pullins talking

12:20   17    about the Baltimore concert in 2013.  Remember the one where

12:20   18    her grandmother came.  And the fans, they always came to the

12:21   19    show in OMG gear, and she pointed out different people in

12:21   20    the audience and how they came in OMG gear.

12:21   21            2017 and 2018, the performance at the State Farm

12:21   22    Arena sold out on the night they opened for Xscape, and over

12:21   23    20,000 people there saw them in these iconic outfits, some

12:21   24    of which are still on their Facebook page, those pictures.

12:21   25            And Breaunna Womack talked about shows they

12:21  1    recently performed, as well as shows -- remember there were

12:21  2    spot shows.  Even after the pause when they said they were

12:21  3    going to do individual projects for a while, they did spot

12:21  4    shows here and there in 2016 and 2017.  And then recently

12:21  5    she talked about doing the 19 shows where they opened for

12:21  6    the Queens of R&B.  But in New York, we did one of our own

12:21  7    shows, and then in L.A., we had another one where fans came

12:21  8    out specifically to see us after the Queens of R&B show.

12:21  9    And they were sold out and packed.  They were singing word

12:21  10   for word.

12:21  11         So the trade dress has always been in use and has

12:22  12   always been perceived by the consumers.  So that's consumer

12:22  13   perception.

12:22  14         Advertisements and Extent of Use.  I tie this to

12:22  15   this one where they have a defense that says we abandoned.

12:22  16   And in that, they have to prove by clear and convincing

12:22  17   evidence, not just a slight tip of the scale but more so.

12:22  18         Tameka Harris testified the OMG Girlz have

12:22  19   continually used the trade dress.  They always intended you

12:22  20   heard that even though they took a pause to get back

12:22  21   together and do more, which they have done.

12:22  22         Breaunna Womack talked about how important the

12:22  23   look and feel was to the brand and always wanting their

12:22  24   fans -- that they would know and they would stand out among

12:22  25   people in the music industry.  She talked about the shows.

12:22  1    Remember they're going to try and say, well, it was

12:22  2    abandoned in 2015.  She talked about doing shows in D.C. and

12:22  3    Portland, Oregon, in 2017 and 2016, and they did the New

12:22  4    Year's Eve 2017 going into '18, and they always continued to

12:23  5    sell music using their brand.  She said they have

12:23  6    continually been engaged with their fans on social media.

12:23  7            Ms. Pullins talked, as we saw before, about the

12:23  8    music still available today to stream on all streaming

12:23  9    platforms.  Ms. Harris talked about them going viral on

12:23  10   TikTok all the time.  There's always some kind of OMG

12:23  11   challenge.

12:23  12           And then we saw this from 2022.  So this is a year

12:23  13   before they put out their single in 2023 in the period where

12:23  14   MGA wants to say it was abandoned, and here is what a user

12:23  15   of TikTok said.

12:23  16           (Video clip played)

12:23  17           MR. KEVILLE:  So the fans were still engaged,

12:23  18   still aware of the trade dress.

12:23  19           Zonnique Pullins talked about the song being used

12:23  20   in YouTube shorts.  She said, yes, and we showed some

12:24  21   examples of that.  And then they have recently been on tour.

12:24  22   And even on the tour, they're showing the old trade dress

12:24  23   videos in the background.

12:24  24           So MGA, they have the burden of proving

12:24  25   abandonment by clear and convincing evidence.  The

| | | |
|---|---|---|
| 12:24 | 1 | overwhelming evidence shows the OMG Girlz never abandoned |
| 12:24 | 2 | the trade dress.  All you'll hear on their side is attorney |
| 12:24 | 3 | argument.  They'll probably talk about the trademark when |
| 12:24 | 4 | canceled accidentally for a little bit of time, you know, |
| 12:24 | 5 | during Covid, and then after that was immediately revived. |
| 12:24 | 6 | There was never any intent, nor was there any actual |
| 12:24 | 7 | abandonment of the trade dress. |
| 12:24 | 8 | And even Mr. Larian on credibility when they say, |
| 12:24 | 9 | oh, well, they took a hiatus so they abandoned the trade |
| 12:24 | 10 | dress, he never considered that when he took the Bratz on |
| 12:24 | 11 | hiatus that he'd lose trade dress protection.  And yet here |
| 12:24 | 12 | they want to say, well, they took a hiatus, and so they |
| 12:24 | 13 | abandoned it. |
| 12:24 | 14 | That's advertisement and extent of use. |
| 12:25 | 15 | Copying, we'll go through it quickly.  We've seen |
| 12:25 | 16 | this, the timeline, but I want to go back.  We had Blanche |
| 12:25 | 17 | Consorti signing an NDA when she left.  And then as to |
| 12:25 | 18 | credibility, Mr. Larian comes in and says about -- remember |
| 12:25 | 19 | Blanche Consorti had to sign an NDA.  First, she said she |
| 12:25 | 20 | forgot.  And then she remembered after we showed her the |
| 12:25 | 21 | testimony and impeached her.  And then Rachel Brenner came |
| 12:25 | 22 | in and she says, no, I didn't have to sign an NDA. |
| 12:25 | 23 | And so he was asked by his counsel:  "So to your |
| 12:25 | 24 | knowledge, you're certain that she did sign one?"  And he |
| 12:25 | 25 | said, yeah, everybody at MGA has to sign an NDA.  And he was |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

12:25  1    shown Rachel's testimony:

12:25  2            "Did you sign an NDA upon your departure?

12:25  3            "No."

12:25  4            And then he says --

12:25  5            "She said, no, she didn't sign an NDA?

12:25  6            "I think that's what she said, but she's

12:25  7    mistaken."

12:25  8            He's going to come in and correct her testimony.

12:25  9    That goes to the credibility of the MGA side.

12:25  10           And Blanche Consorti talking about these documents

12:25  11   and the mood boards noted that the mood boards were created

12:26  12   on one day and modified four months later.  That's the same

12:26  13   for all the mood boards.  We don't know.  We don't have any

12:26  14   evidence of what was added or changed on the mood boards.

12:26  15   For the seven dolls, there are two designers who never came

12:26  16   to testify, Carlos Borja or Alen Haljevac.

12:26  17           This is the similarity in the copying.  This is

12:26  18   where we're arguing copying because they got the letter.  It

12:26  19   showed the runway picture on the left, and it came out with

12:26  20   the dolls on the right.  Remember first they tried to say,

12:26  21   well, this is a fake.  It's a manipulation.  The only thing

12:26  22   that was manipulated is they took it out of the box, and

12:26  23   they said, okay, the girls have a hand here.  Let's put the

12:26  24   hand here.  And that's what they talked about yesterday.

12:26  25   Lora Stephens said, yeah, these have arms and you can

12:26    1    manipulate them.  That's all that was done to make this

12:26    2    picture.

12:26    3            And then unsolicited media is the last element in

12:26    4    secondary meaning.  You saw the Lady Gaga post.  Beyonce

12:27    5    calling them out.  And then we put in evidence just a few of

12:27    6    the many times they've been featured in magazines and

12:27    7    interviews, in Seventeen, Ebony, on The Shade Room, J-14,

12:27    8    and BET.  Lots of unsolicited media.

12:27    9            So that's the secondary meaning factors.

12:27    10           That covers No. 1 of the trade dress, and all the

12:27    11    elements you need for trade dress infringement.

12:27    12           So when you get to your verdict form, on the

12:27    13    question on the left, trade dress infringement, you should

12:27    14    check "Yes" for each of the seven dolls.

12:27    15           Then we get to misappropriation of name, likeness,

12:27    16    or identity.  This is the instruction.  These are the five

12:27    17    elements.  MGA used the OMG Girlz' name, likeness, or

12:27    18    identity.  Remember here they talked about it's got the same

12:27    19    name.  You can use your own eyes.  As Mr. Harris said,

12:27    20    anyone with eyes can see it.  There's very close similarity

12:28    21    between the girls and the dolls.

12:28    22           That the OMG Girlz did not consent to the use.

12:28    23    Well, Ms. Harris explained that.  We sent a letter, and

12:28    24    instead of a letter getting a response, a call, a letter

12:28    25    back, anything, they got sued.  And that goes to common

12:28    1    sense, too.  Ask yourself about that.  Does their story

12:28    2    actually work?  Mr. Larian gets a letter, and it says, hey,

12:28    3    there's these things, and we think it's very close -- these

12:28    4    dolls are close to our girls, and the trade dress is very

12:28    5    close.

12:28    6          He says, well, but there was this Bratz thing in

12:28    7    it, and they knew it was a fraud.  And Ms. Harris explained,

12:28    8    she was at a Bratz event.  Somebody talked to her about

12:28    9    dolls.  She assumed it was somebody from the maker of Bratz.

12:28   10    Maybe it was.  Maybe it wasn't.  We can't prove it now.

12:28   11          But here's the thing, he never read the letter.

12:28   12    He said I never read it.  I gave it to the lawyers, and then

12:28   13    they sued two weeks later.  Think about common sense.  How

12:28   14    does that make sense?  Why not reach out and say, hey,

12:28   15    what's going on here?  We weren't at this Bratz event.

12:29   16    Let's talk about your trade dress.  Nothing.  Just a

12:29   17    lawsuit.

12:29   18          MGA gained a commercial benefit.  You saw that

12:29   19    from Mr. Tregillis.  Here's the commercial benefit.  The

12:29   20    range of profits was $17.8 million for the seven dolls.  If

12:29   21    you add in the two that come in the box for the one year,

12:29   22    that's $24.57 million.  You heard about the credibility.  He

12:29   23    took out the expenses that could be tied directly to the

12:29   24    dolls or use of the dolls, and then he explained how he as

12:29   25    an accountant would have looked at the others, but they

| | | |
|---|---|---|
| 12:29 | 1 | never gave him the information.  Mr. Mangum never provided |
| 12:29 | 2 | any information. |
| 12:29 | 3 | So these are the numbers, and I thought this was |
| 12:29 | 4 | interesting.  According to their expert, from 2019 to '22, |
| 12:29 | 5 | there was $332 million in revenue for the dolls.  And then |
| 12:29 | 6 | he said in 2023 and 2024 it's dropped to $7.8 million.  Now, |
| 12:30 | 7 | maybe that's right, and maybe the numbers aren't right.  But |
| 12:30 | 8 | if you look at the timing, once this post goes viral and you |
| 12:30 | 9 | have tens of thousands of consumers who know the OMG Girlz |
| 12:30 | 10 | saying, hey, I thought these were their dolls, according to |
| 12:30 | 11 | Mr. Mangum, suddenly all the revenue drops off. |
| 12:30 | 12 | That's the commercial benefit MGA gained by using |
| 12:30 | 13 | the name, likeness, or identity.  The girls were harmed. |
| 12:30 | 14 | Again, it's the commercial benefit. |
| 12:30 | 15 | Zonnique Pullins said, you know, feeling like it's |
| 12:30 | 16 | our brand put into a doll, and we have no part of it.  I |
| 12:30 | 17 | don't even go in the aisle in the store.  That's how much |
| 12:30 | 18 | it's hurtful to them. |
| 12:30 | 19 | That's the OMG Girlz were harmed. |
| 12:30 | 20 | MGA's conduct, I just want to talk about the |
| 12:30 | 21 | conduct for a minute here.  Remember Blanche Consorti, the |
| 12:30 | 22 | caution tape on the genitals of the little doll that's a |
| 12:30 | 23 | surprise when you put it in ice water and how many moms were |
| 12:31 | 24 | offended by that.  She created that design.  And she said -- |
| 12:31 | 25 | once you knew about the OMG Girlz, you didn't do anything? |

12:31    1    You didn't take any steps to avoid any brand confusion with

12:31    2    the O.M.G. dolls?  Nope.  That's correct.

12:31    3            She talked about the other little surprises, the

12:31    4    slice of cheese pizza on their back and the pasties.  She

12:31    5    said, oh, no.  Those are just decorations.

12:31    6            All right, so that's misappropriation.  When you

12:31    7    get to the right side of this verdict form --

12:31    8            THE COURT:  You're at about 50 minutes.

12:31    9            MR. KEVILLE:  Thank you, Your Honor.

12:31    10            Answer "Yes" to misappropriation for the seven

12:31    11    dolls.

12:31    12            The First Amendment I'll go through very quickly.

12:31    13    This only goes to the misappropriation of name, likeness, or

12:31    14    identity.  It's their defense that they're trying to apply.

12:31    15    It doesn't apply to trade dress infringement.

12:31    16            You have to look to whether MGA proved that the

12:31    17    L.O.L. dolls add something new to the OMG Girlz' likeness.

12:31    18    Mr. Larian was asked that directly.  Did MGA start with the

12:32    19    OMG Girlz' likeness to make the O.M.G. dolls?  Absolutely

12:32    20    1,000 percent, no.  So you're not claiming MGA started with

12:32    21    the OMG Girlz' likeness and added something new to it?  He

12:32    22    said, no, we did not.  So that takes out that first line

12:32    23    completely because he absolutely said that they didn't use

12:32    24    the First Amendment.

12:32    25            Then the second part, the value of the L.O.L.

12:32  1  Surprise! O.M.G. dolls does not result primarily from the

12:32  2  OMG Girlz' fame.  Like I said, according to MGA's expert,

12:32  3  once it became known that they weren't related to the OMG

12:32  4  Girlz, we take him at his word what the figures are.  The

12:32  5  revenue drops off dramatically after it becomes known this

12:32  6  isn't associated with the OMG Girlz.

12:32  7         So for the First Amendment question, you should

12:32  8  check "No."  There is no First Amendment defense that can be

12:32  9  proven by MGA.

12:32  10        For the damages, we're going to ask you to adopt

12:32  11  the numbers of Mr. Tregillis.  He explained carefully how he

12:32  12  went through them all, and ask you to fill in for trade

12:33  13  dress infringement and name, likeness, and identity

12:33  14  $24,570,485.  There won't be a double recovery.  Just so you

12:33  15  understand, if to any extent they overlap, each doll only

12:33  16  gets one recovery.

12:33  17        Was MGA's trade dress infringement willful?  Do

12:33  18  you find by clear and convincing evidence that they acted

12:33  19  with oppression, fraud, or malice with regard to

12:33  20  misappropriation of the name, likeness, and identity?

12:33  21  You'll see the willful infringement instruction at 21.  Did

12:33  22  they act with indifference, or reckless disregard, or

12:33  23  willful blindness in infringing the trade dress?  Remember

12:33  24  after they knew about the OMG Girlz, they said, nope, we

12:33  25  didn't take any steps to avoid brand confusion.  That's

```
12:33   1    reckless indifference.  That's putting your head in the
12:33   2    sand.
12:33   3              Rachel Brenner said -- did you do anything to try
12:33   4    to differentiate between the girls and the dolls?  Nope, we
12:34   5    didn't do anything.
12:34   6              Then they get the letter, and Mr. Larian said when
12:34   7    they got the letter they didn't do anything.  After they got
12:34   8    the letter from the Harrises, they didn't do anything at any
12:34   9    time going forward.  So that goes to the willful
12:34   10   infringement.
12:34   11             And he said he didn't ask the employees.  Well, if
12:34   12   you had asked the employees, what we saw is they would have
12:34   13   said, yeah, it seems like it does meet the trade dress.
12:34   14   They admitted the seven dolls meet the trade dress.
12:34   15             Mr. Larian made no effort to avoid infringing,
12:34   16   gave no instruction to his Legal Department.  He said they
12:34   17   have no value.  That's him talking about the OMG Girlz.
12:34   18   They had no value.  They are nowhere.  They're not known.
12:34   19   That's how he acts, and that's how he treats people.  He
12:34   20   said they're extortionists.  For the Harrises, their name is
12:34   21   hustler family.
12:34   22             I think you should find and check "Yes" for both
12:34   23   willful infringement and that they acted with oppression,
12:34   24   fraud, or malice.  As to fraud, you heard about them
12:35   25   intentionally misrepresenting when they first learned about
```

12:35    1    it in the signed document they put in.  You heard about the

12:35    2    missing documents, no Shir-Ami Thompson e-mail.  That all

12:35    3    goes to that punitive damages instruction.

12:35    4            Last, I'm going to hit credibility quickly.  If

12:35    5    you recall, Mr. Larian when he's accused says nothing is

12:35    6    similar, but when he's accusing others, it's a copy no

12:35    7    matter how many differences there are.  Remember the toy

12:35    8    cars.  Remember the two dogs where he said, oh, yeah,

12:35    9    different colors, different ears, different hat, different

12:35    10   clothes, and he said they're confusingly similar.  Here he

12:35    11   looks at it, and he says not similar at all.

12:35    12           Also to credibility, which is important, remember

12:35    13   Blanche Consorti:

12:35    14           "Were any of the Tots meant to be the likeness of

12:35    15   an individual?"  She said:  "No."

12:35    16           ""Do you stand by that?

12:35    17           "Yes.

12:35    18           "Do you stake your credibility on that?"

12:35    19           And here we saw the little Gaga Tot dressed

12:36    20   exactly like Lady Gaga, and the telephone with an e-mail

12:36    21   that says:  "Gaga x Gaga = Goo Goo Queen."

12:36    22           We talked about unofficially assigning celebrities

12:36    23   to the characters.  Why do they do that?  Because they don't

12:36    24   want to make evidence for lawsuits.  Lora Stephens said:  I

12:36    25   have never seen an image of Lady Gaga wearing that."

12:36    1            Then we saw this one, the Audrey Hepburn Tot.

12:36    2    Blanche Consorti:

12:36    3            "So it's your testimony this Tot is not meant to

12:36    4    be a representation of Audrey Hepburn?"

12:36    5            Lora Stephens:  This is not an Audrey Hepburn Tot.

12:36    6            That goes back to you.  Use your common sense and

12:36    7    your perception.

12:36    8            What about this one?  Probably the best.  The

12:36    9    Michael Jackson Tot complete with a sparkly white glove and

12:36   10    the name Shimone.  Completely unique character she says.  I

12:36   11    believe it's a complete coincidence.

12:36   12            "That's a coincidence, all these connections to

12:36   13    Michael Jackson?"  "Yes," that's a coincidence.

12:36   14            So with that, I'll leave you with what Ms. Harris

12:36   15    said, and then I'll stand up a little bit in rebuttal after:

12:37   16            "What do you and the OMG Girlz want the jury to

12:37   17    do?

12:37   18            "I just want them to see that the girls worked

12:37   19    hard for this, and that they should be rightfully just

12:37   20    seeing about -- make sure that they are a part of something

12:37   21    they built and not able to be taken advantage of."

12:37   22            I didn't go through their 25 dolls.  We're not

12:37   23    asking for any money on that.  But remember Mr. Larian's

12:37   24    testimony that all of these have all the elements of the

12:37   25    trade dress.  They'll be in your jury verdict form.  I'd

| | | |
|---|---|---|
| 12:37 | 1 | just ask that you check "Yes," they infringed the trade |
| 12:37 | 2 | dress.  We're not asking for any money for those. |
| 12:37 | 3 | Thank you very much. |
| 12:37 | 4 | THE COURT:  Thank you. |
| 12:37 | 5 | We'll take the lunch break here, ladies and |
| 12:37 | 6 | gentlemen.  However, we're only going to take an hour.  So |
| 12:37 | 7 | we'll resume at 25 to 2:00.  Please remember the admonition. |
| 12:37 | 8 | (Jury not present) |
| 12:38 | 9 | THE COURT:  Anything for the record before we |
| 12:38 | 10 | adjourn? |
| 12:38 | 11 | MR. KEVILLE:  No, Your Honor. |
| 12:38 | 12 | MR. LOH:  No, Your Honor. |
| 12:38 | 13 | THE COURT:  Okay. |
| 12:38 | 14 | MR. GREEN:  Wait.  I apologize. |
| 12:38 | 15 | THE COURT:  I'm sorry? |
| 12:38 | 16 | MR. GREEN:  Sorry.  I think there's some exhibits |
| 12:38 | 17 | that -- |
| 12:38 | 18 | MR. KEVILLE:  Do you want to take it up at the end |
| 12:38 | 19 | of the lunch break? |
| 12:38 | 20 | MR. GREEN:  Yeah, we can do that. |
| 12:38 | 21 | THE COURT:  Okay. |
| 12:38 | 22 | (Recess) |
| 12:38 | 23 | (Debbie Hino-Spaan reported Vol. II) |
| 12:38 | 24 | *    *    * |
| 12:38 | 25 | |

**CERTIFICATE**

            I hereby certify that pursuant to Section 753,
Title 28, United States Code, the foregoing is a true and
correct transcript of the stenographically reported
proceedings held in the above-entitled matter and that the
transcript page format is in conformance with the
regulations of the Judicial Conference of the United States.


Date:  September 22, 2024


                    /s/   Sharon A. Seffens  9/22/24
                    _____
                    SHARON A. SEFFENS, U.S. COURT REPORTER

**1**

**1,000 [1]** 141/20
**1-10 [1]** 4/8
**1-1053 [1]** 1/23
**10 [7]** 1/15 6/19 57/24 57/25 58/1 60/2 94/25
**10-year-old [1]** 131/3
**102 [1]** 3/17
**1053 [1]** 1/23
**11 [1]** 8/13
**12 [11]** 1/11 42/25 43/14 44/7 44/24 44/25 47/14 66/20 67/10 67/18 69/5
**13 [6]** 45/14 45/19 48/5 48/9 48/13 106/21
**14 [6]** 48/6 133/21 131/16 132/12 132/18 138/7
**15 [9]** 5/15 36/14 36/15 40/20 44/19 47/14 67/23 68/7 107/17
**15 minutes [1]** 29/5
**15.3 [5]** 44/1 44/6 44/20 66/24 67/12
**16 [6]** 37/5 37/7 37/11 55/16 114/14 130/11
**166 [4]** 96/12 96/20 96/23 97/7
**17,000 [2]** 121/9 123/7
**171 [1]** 97/8
**18 [4]** 53/3 53/13 54/10 58/2
**19 [4]** 49/21 49/22 50/2 134/5
**1920 [1]** 2/8

**2**

**20 [8]** 1/21 4/1 6/15 6/19 36/9 46/3 54/21 54/21
**20's [1]** 110/21
**20,000 [1]** 133/23
**2003 [1]** 106/1
**2012 [2]** 110/21 133/15
**2013 [1]** 133/17
**2015 [1]** 135/2
**2016 [2]** 134/4 135/3
**2017 [6]** 55/15 55/16 133/21 134/4 135/3 135/4
**2018 [1]** 133/21
**2019 [1]** 140/4
**2020 [1]** 28/14
**2022 [14]** 6/15 6/19 6/25 14/25 16/4 16/14 18/6 18/10 20/16 20/18 20/23 30/13 112/24 135/12
**2023 [3]** 110/15 130/6
**2024 [5]** 1/21 4/1 18/10 140/6 147/14
**21 [11]** 47/6 47/10 47/11 47/21 48/12 48/13 54/12 54/18 54/24 55/23 142/21
**213 [1]** 2/6
**214 [2]** 97/14 98/25
**215 [5]** 97/14 98/20 98/23 98/23 98/23
**22 [17]** 3/12 51/12 51/17 52/12 52/25 53/10 53/11 53/20 54/13 54/16 54/18 68/12 68/15 68/16 68/25 69/1 147/14
**22 given [1]** 53/5
**23 [2]** 101/5 101/8
**24 [1]** 147/16
**245 [3]** 96/6 96/7 111/5
**245-A [1]** 96/7
**25 [9]** 49/22 62/4 62/6 95/3 104/3 105/21 108/21 145/22 146/7
**26 [1]** 3/12
**2600 [1]** 2/11
**27 [2]** 46/3 46/14
**2750 [1]** 2/16
**28 [3]** 3/6 45/18 147/8
**29 [1]** 68/16
**2:00 [1]** 146/7

**3**

**3's [1]** 58/13
**30's [1]** 110/21
**32 [17]** 14/4 24/24 25/12 25/21 26/1 26/2 26/11 26/12 31/23 31/24 32/2 32/5 32/8 32/15 34/12 62/4 105/3
**33 [4]** 3/6 14/19 95/16 96/5
**35 [3]** 69/10 70/13 123/16
**37 [1]** 9/11
**3850 [1]** 2/5

**4**

**40 percent [1]** 123/16
**400 [1]** 2/11
**411 [1]** 1/23
**431-7100 [1]** 2/17
**48,000 [1]** 121/7
**49 [1]** 106/17
**4th [1]** 1/23

**5**

**50 [8]** 4/14 4/16 4/18 61/5 61/6 62/22 62/23 141/8
**502 [1]** 100/19
**51/49 [1]** 106/17
**5 million [1]** 124/19
**53 [1]** 8/12

**6**

**6049370 [1]** 55/15
**6056 [1]** 22/22
**6062 [1]** 2/12
**612 [1]** 1/24
**650 [1]** 2/12
**679-0052 [1]** 2/9

**7**

**700 [1]** 2/16
**707 [1]** 2/5
**71 [1]** 3/16
**7100 [1]** 2/17
**713 [1]** 2/17
**72 [1]** 14/7
**73 [3]** 14/8 14/9 14/14
**75 [2]** 14/13 14/19
**750 [1]** 2/8
**753 [1]** 147/7
**764 [3]** 52/16 52/24 53/14
**77002 [1]** 2/16
**7:00 [1]** 38/22
**7:30 [1]** 38/22

**8**

**804-8655 [1]** 1/24
**858-6062 [1]** 2/12
**8655 [1]** 1/24
**8:11 [1]** 4/1

**9**

**9/22/24 [1]** 147/16
**90 [1]** 9/11
**90017 [1]** 2/5
**91 [1]** 5/14
**9240 [1]** 2/6
**92614 [1]** 2/8
**92701 [1]** 1/24
**94306 [1]** 2/11
**949 [1]** 2/9
**955-9240 [1]** 2/6
**987 [4]** 36/17 49/25 50/12 53/4
**988 [2]** 61/7 61/17
**989 [5]** 41/20 47/20 49/2 49/16 56/17
**990 [2]** 36/12 37/16
**991 [1]** 61/7
**992 [1]** 56/12

**A**

**A.M [1]** 4/1
**abandoned [9]** 62/5 85/6 85/8 134/15 135/2 135/14 136/1 136/9 136/13
**abandoning [1]** 62/10
**abandonment [5]** 62/7 85/9 85/20 135/25 136/7
**abandons [1]** 85/11
**ability [2]** 31/1 75/19
**able [8]** 23/18 23/21 23/24 31/3 111/1 119/21 130/18 145/21
**about [165]**
**above [3]** 27/8 89/9 147/10
**above-entitled [1]** 147/10

---

**A JUROR: [1]** 70/23
**MR. FINKELSTEIN: [79]** 36/3 37/15 37/18 38/7 38/10 38/25 39/3 39/9 39/21 40/1 40/9 40/22 40/25 41/24 42/2 42/8 42/14 42/17 42/20 43/3 43/6 43/9 44/11 44/25 45/7 46/9 46/14 46/16 46/19 47/19 48/4 48/12 48/18 48/23 49/3 49/6 49/13 49/17 54/16 54/21 55/1 55/11 56/7 56/16 56/22 56/25 57/18 58/2 58/5 58/7 58/10 59/16 59/24 60/5 60/10 60/15 60/18 61/3 61/12 61/16 62/16 62/25 63/17 63/19 65/9 65/12 65/19 66/2 66/11 67/17 67/22 68/4 68/8 68/11 68/16 68/19 68/24 101/6 101/10
**MR. GREEN: [88]** 5/14 5/25 6/18 7/14 8/12 9/10 11/10 14/3 22/17 24/12 26/22 27/14 27/20 33/3 33/7 35/5 36/2 37/4 37/7 37/12 38/15 38/23 41/2 41/5 41/12 41/21 42/1 42/24 43/18 44/16 44/20 45/5 45/11 45/14 45/18 45/23 45/25 46/6 46/23 47/2 47/11 47/14 48/11 49/5 49/7 49/21 50/4 50/7 50/20 51/6 51/8 51/10 51/17 52/5 52/15 52/22 52/24 53/12 54/9 54/18 54/24 56/1 56/11 57/12 58/12 58/17 59/1 59/3 59/21 60/2 60/4 60/20 60/23 61/9 62/24 63/13 63/10 66/18 66/24 67/4 67/7 67/10 68/2 69/4 146/14 146/16 146/20
**MR. KEVILLE: [39]** 4/11 35/9 35/11 38/19 41/7 41/10 42/11 42/16 64/13 69/8 69/11 69/17 94/18 95/7 95/14 95/20 95/23 96/3 96/8 96/14 97/2 97/10 97/19 98/3 98/12 98/15 99/18 100/3 100/8 100/14 100/21 101/1 102/21 110/17 133/4 135/17 141/9 146/11 146/18
**MR. LOH: [32]** 4/7 27/17 63/25 64/12 64/15 69/20 69/23 94/19 94/23 95/16 95/19 95/21 96/2 96/5 96/12 96/15 96/20 96/24 97/7 97/14 97/25 98/7 98/11 98/18 99/10 99/24 100/7 100/10 100/12 100/16 101/3 146/12
**MR. SPRANKLING: [17]** 44/2 44/8 49/25 50/12 50/23 51/3 51/21 52/3 52/17 53/1 53/7 53/25 54/4 54/13 61/4 64/17 64/23 65/5
**MR. TRUJILLO-JAMISON: [15]** 7/12 10/8 11/16 12/6 21/8 21/17 22/3 22/15 22/21 26/13 26/20 32/11 33/5 35/3 36/6
**THE CLERK: [3]** 4/3 27/21 38/24
**THE COURT: [190]**
**THE WITNESS: [9]** 6/1 7/17 10/10 11/19 12/9 21/11 21/20 26/24 27/23

**$**

**$150,000 [1]** 130/13
**$17.8 [1]** 139/20
**$24,570,485 [1]** 142/14
**$24.57 [1]** 139/22
**$24.57 million [1]** 139/22
**$332 [1]** 140/5
**$332 million [1]** 140/5
**$7.8 [1]** 140/6
**$7.8 million [1]** 140/6
**$800 [1]** 106/2
**$800,000 [2]** 18/22 19/3

**'**

**'18 [1]** 135/4
**'22 [2]** 7/3 140/4
**'23 [1]** 16/5
**'24 [2]** 18/11 36/9
**'OMG [1]** 125/4
**'OMG' [2]** 109/7 122/8
**'Well [1]** 6/8

**/**

**/s [1]** 147/16

**0**

**0052 [1]** 2/9

**A**

**absence [3]** 81/3 82/11 84/7
**absolutely [6]** 115/10 121/4 128/6 128/7 141/19 141/23
**abundance [1]** 63/2
**accept [5]** 29/15 38/8 72/22 76/19 77/13
**accepted [2]** 10/19 36/13
**accessories [6]** 78/2 78/19 129/8 129/11 129/18 130/7
**accidentally [1]** 136/4
**according [4]** 94/6 140/4 140/10 142/2
**account [2]** 75/18 89/8
**accountant [1]** 139/25
**accounts [1]** 92/7
**accuracy [5]** 7/6 7/10 7/24 8/6 92/23
**accurate [2]** 13/16 40/12
**accused [1]** 109/16 124/16 144/5
**accusing [1]** 144/6
**acquired [7]** 78/19 79/21 79/24 81/5 81/7 106/20 132/16
**acquires [1]** 79/13
**act [3]** 56/3 85/15 142/22
**acted [7]** 84/7 88/12 88/13 90/6 90/11 142/18 143/23
**action [1]** 95/3
**acts [3]** 85/15 90/14 143/19
**actual [24]** 24/1 80/18 80/19 83/11 83/12 83/14 83/15 83/20 83/21 83/23 83/25 84/1 114/18 116/23 117/2 117/5 118/12 120/3 121/17 123/17 124/4 132/19 133/10 136/6
**actually [10]** 8/3 8/18 10/19 14/13 18/5 18/22 29/19 30/17 110/5 139/2
**ad [1]** 116/20
**add [13]** 37/10 39/10 40/7 43/17 44/13 44/14 46/10 61/10 61/13 66/24 86/21 139/21 141/17
**added [5]** 45/16 53/20 54/14 137/14 141/21
**adding [2]** 19/2 40/20
**addition [9]** 26/17 36/14 38/1 38/4 42/1 47/15 47/21 73/17 100/4
**additional [14]** 4/15 36/11 36/16 37/1 39/7 43/14 45/2 49/14 54/24 61/9 61/12 101/21 104/2 121/4
**address [8]** 13/17 26/9 38/11 39/1 43/9 49/18 102/19 114/15
**addressed [1]** 34/2
**addresses [1]** 54/25
**adjourn [1]** 146/10
**adjust [3]** 37/22 39/4 39/5
**admit [1]** 130/8
**admits [2]** 108/8 129/3
**admitted [7]** 72/19 73/25 74/3 109/1 129/13 143/14
**admonition [3]** 35/23 94/12 146/7
**adopt [1]** 142/10
**advanced [1]** 61/8
**advantage [1]** 145/21
**advertised [2]** 80/5 84/12
**advertisement [2]** 80/4 136/14
**Advertisements [1]** 134/14
**Advertising [2]** 84/10 124/18
**advise [1]** 94/7
**aesthetic [3]** 81/10 81/11 81/22
**affiliation [1]** 79/1
**affirm [5]** 7/6 7/10 7/24 8/1 8/6
**affirmative [3]** 71/24 72/1 86/19
**affirmed [1]** 8/21
**African [1]** 130/22
**African-American [1]** 130/22
**after [34]** 7/1 9/24 9/25 11/10 16/14 17/9 38/21 40/7 46/10 48/15 58/20 70/23 88/20 94/1 94/4 102/8 102/13 105/3 105/20 106/1 110/2 119/10 122/14 123/21 124/12 124/13 134/2 134/8 136/5 136/20 142/5 142/24 143/7 145/15
**afternoon [1]** 5/14
**again [17]** 9/13 9/19 34/11 34/22 40/14 40/17 45/1 48/20 59/23 60/4 68/20 70/7 97/14 97/18 130/3 132/21 140/14
**against [4]** 25/12 28/17 83/20 108/24

**agent [1]** 91/2
**agents [2]** 100/6 100/13
**ago [6]** 4/1 11/9 16/19 17/19 69/3 103/3 125/8 125/13
**agree [17]** 11/21 11/25 12/5 15/20 23/5 23/14 28/24 29/7 29/24 30/4 30/11 39/17 50/8 50/20 50/21 54/2 71/9
**agreed [7]** 43/13 72/20 95/4 113/4 121/1 122/24 123/2 128/24 129/6 129/7 129/18 130/5
**agreement [2]** 94/5 102/4
**agrees [1]** 129/6
**ahead [1]** 56/16
**aisle [1]** 140/17
**al [2]** 1/11 4/4
**Alen [1]** 137/16
**Alexander [2]** 122/13 126/2
**all [110]** 10/19 11/7 11/9 13/14 16/19 17/19 17/21 23/7 25/5 25/6 25/16 26/3 29/24 30/3 30/5 30/8 30/10 30/13 31/5 35/13 35/15 36/24 37/19 38/13 43/15 45/25 46/21 47/19 50/6 50/24 53/17 55/2 57/16 58/6 58/15 63/5 64/10 67/8 68/25 71/1 71/6 72/11 72/15 74/21 76/4 77/17 82/14 86/5 87/13 87/15 87/21 96/4 96/23 97/25 98/7 101/14 101/24 102/5 102/8 102/23 102/25 103/13 103/16 105/9 105/16 105/22 105/24 108/3 109/2 109/11 109/15 109/13 109/15 111/15 114/5 114/14 114/23 114/24 115/9 117/5 117/18 118/25 120/3 120/16 123/14 124/21 127/15 129/11 129/18 130/6 130/7 130/8 131/9 132/9 132/17 132/20 135/8 135/10 136/2 137/13 138/1 138/10 140/11 141/6 142/12 144/2 144/11 145/12 145/24 145/24
**allegations [2]** 26/2 104/1
**alleged [4]** 25/6 25/19 26/5 85/6
**allegedly [2]** 20/6 25/24
**Allen [4]** 6/18 8/12 9/11 14/4
**allocate [1]** 26/18
**allocated [1]** 15/21
**allocating [1]** 16/12
**allocation [2]** 15/11 27/5
**allowed [3]** 77/10 119/24 120/5
**allows [1]** 70/1
**almost [2]** 22/9 123/15
**alone [2]** 8/22 9/3
**along [4]** 6/5 65/11 101/24 111/15
**already [8]** 34/3 39/14 40/17 41/18 55/19 63/11 89/8 108/23
**also [20]** 14/6 18/20 23/11 36/16 39/5 40/2 52/18 53/1 53/13 62/3 62/6 71/21 76/10 88/15 92/14 96/20 108/20 120/6 130/23 144/12
**alteration [1]** 50/3
**alternative [6]** 20/15 33/19 81/17 81/21 107/22 109/14
**although [1]** 25/17
**Alto [1]** 2/11
**always [13]** 110/10 112/6 119/2 119/9 124/20 127/7 133/18 134/11 134/12 134/19 134/23 135/4 135/10
**am [6]** 4/17 19/18 52/16 62/13 64/2 101/21
**Amendment [9]** 57/4 58/23 59/3 65/21 86/18 141/12 141/24 142/7 142/8
**American [1]** 130/22
**Ami [1]** 144/2
**among [8]** 26/11 78/25 80/19 113/22 131/3 131/4 131/6 134/24
**amount [18]** 14/23 15/6 15/16 20/14 22/1 31/5 53/21 53/23 53/24 69/15 80/21 88/24 89/1 89/9 89/18 89/19 89/23 91/8
**Ana [1]** 1/20 1/24 4/1
**analyses [3]** 26/18 26/25 27/3
**analysis [32]** 9/20 10/11 17/13 19/4 19/18 19/20 19/22 20/4 24/16 26/7 26/17 27/4 27/7 27/9 28/21 31/18 31/20 32/6 32/8 32/15 32/21 32/23 33/14 33/17 33/18 33/22 33/25 34/1 34/1 34/2 34/24 35/19 35/19 36/20 36/25 37/7 38/8 38/12 39/13 40/5 40/11 40/16 40/22 42/24
**analyzing [2]** 5/7 5/11
**Angeles [1]** 2/5

**animated [1]** 127/23
**another [16]** 30/24 122/25 130/19 58/24 59/12 74/10 78/5 90/14 99/21 100/4 119/9 119/12 120/10 131/20 146/16
**answer [12]** 7/13 7/14 12/16 58/23 62/13 75/8 93/23 99/1 103/13 109/21 126/16 141/10
**answered [6]** 57/13 57/15 58/18 75/4 75/6 113/12
**answering [2]** 61/1 93/22
**answers [2]** 57/13 77/3
**any [109]** 6/22 7/6 7/24 8/17 9/20 11/14 13/9 13/10 14/21 15/14 16/16 17/3 21/3 21/6 22/14 25/23 30/20 31/12 31/19 33/16 33/17 33/25 35/7 36/19 36/21 42/11 45/12 49/11 57/15 61/8 61/9 61/13 62/13 71/10 71/23 72/3 72/18 72/20 72/22 72/23 74/4 74/14 75/12 75/17 75/24 75/25 76/5 77/13 79/11 81/3 81/11 81/20 82/11 83/19 85/2 87/8 87/10 87/16 87/18 87/24 88/6 89/6 89/23 91/9 91/12 91/16 91/17 91/20 91/21 91/24 92/2 92/6 92/8 92/10 92/11 92/12 92/14 92/15 92/24 92/25 93/11 93/12 93/19 93/24 94/2 94/3 98/9 99/21 100/18 100/22 101/21 105/21 109/11 114/1 128/8 130/24 130/25 136/6 136/13 137/13 140/2 141/1 141/1 142/15 142/25 143/8 144/14 145/23 146/2
**anybody [2]** 21/10 113/1
**anyone [8]** 91/16 91/17 93/24 99/6 104/13 112/5 112/21 138/20
**anything [41]** 5/6 5/8 5/10 5/22 7/10 32/16 41/1 45/24 46/25 54/8 56/6 61/12 67/16 69/3 71/15 73/22 76/16 91/18 92/3 92/7 92/18 93/19 95/12 104/24 105/3 105/8 108/5 109/2 109/5 109/14 112/11 113/18 129/23 131/17 138/25 140/25 143/3 143/5 143/7 143/8 146/9
**anytime [1]** 103/19
**apart [4]** 108/1 112/6 112/9 126/23
**Apollo [2]** 110/13 133/14
**apologize [4]** 38/15 54/24 67/23 146/14
**apostrophe [2]** 46/10 46/16
**apparently [1]** 101/15
**appeal [1]** 81/22
**appearance [4]** 43/25 77/25 83/6 83/8
**appearances [2]** 2/1 4/5
**appears [1]** 51/23
**Apple [1]** 124/22
**application [2]** 10/24 15/7 70/1
**applied [3]** 14/10 18/14 18/16
**applies [2]** 71/3 91/24
**apply [5]** 16/12 71/7 72/14 141/14 141/15
**applying [1]** 18/13
**appreciate [1]** 102/25
**approach [2]** 10/24 15/7 70/1
**approached [1]** 92/2
**appropriate [5]** 15/8 29/21 37/12 45/2 55/9
**approval [1]** 79/1
**arches [3]** 111/18 111/22 111/23
**are [191]**
**area [4]** 107/25 108/4 108/6 112/5
**aren't [6]** 9/4 10/23 17/13 32/22 127/22 140/7
**Arena [1]** 133/22
**argue [6]** 39/19 39/24 69/21 100/17 112/18 129/12
**argues [1]** 69/24
**arguing [1]** 137/18
**argument [3]** 3/17 61/13 64/2 64/7 70/24 98/21 136/3
**argumentative [3]** 10/8 21/8 22/15
**arguments [7]** 53/8 61/8 61/10 70/16 73/3 73/5 112/17
**arms [1]** 137/25
**army [1]** 106/9
**around [3]** 112/24 117/18 133/15
**arrive [1]** 27/3
**as [109]** 4/16 4/16 4/17 15/8 15/25 23/20 25/1 25/13 26/6 28/25 31/2 31/3 31/23 31/23 32/21 32/21 34/5 35/19 35/19 36/20 36/25 37/7 38/8 38/12 39/13 40/5 40/11 40/16 40/22 42/24

**A**

**as...** [79]  44/6 48/8 48/13 48/13 49/11 53/4
55/3 56/1 59/10 59/18 61/20 62/6 62/19 62/21
62/22 63/11 63/11 63/20 68/7 71/8 71/8 71/21
71/22 72/13 72/23 73/7 74/7 74/18 76/21 77/4
77/6 77/14 77/14 78/1 78/25 81/21 81/25 82/2
82/14 82/20 83/17 84/23 92/8 92/17 92/19
92/19 96/7 98/5 102/1 102/2 102/24 103/22
103/25 105/9 107/6 109/10 110/18 111/25
114/19 116/18 117/4 124/2 126/10 126/12
126/19 130/18 130/18 130/25 131/11 131/24
132/2 133/6 134/1 134/1 135/7 136/17 138/19
139/24 143/24
**Asian** [1]  130/23
**ask** [15]  25/11 45/15 61/3 69/12 69/16 77/2
96/2 100/12 106/8 122/6 139/1 142/10 142/12
143/11 146/1
**asked** [39]  5/17 7/12 7/21 8/15 12/18 12/22
22/24 23/11 24/4 24/16 24/16 26/22 31/10
33/13 39/10 42/20 43/22 46/3 51/1 67/24 92/2
105/7 107/13 107/14 109/16 113/25 114/7
115/10 116/2 119/5 119/15 119/23 121/1
123/4 126/15 131/21 136/23 141/18 143/12
**asking** [9]  37/19 101/9 105/11 105/15 105/18
105/21 133/5 145/23 146/2
**asks** [2]  66/4 74/25
**aspects** [1]  36/13
**assert** [2]  34/15 34/18
**assigning** [1]  144/22
**assignment** [1]  30/12
**assist** [1]  101/7
**assistance** [5]  14/7 14/15 14/20 16/8 16/17
**associate** [7]  80/3 109/8 111/17 128/19
128/22 129/22 132/23
**associated** [5]  99/12 104/8 125/24 128/13
142/6
**associates** [2]  79/20 132/14
**association** [1]  127/2
**assume** [3]  34/23 100/25 125/19
**assumed** [1]  139/9
**attachment** [3]  41/6 41/8 41/11
**attempt** [2]  93/18 102/11
**attention** [6]  47/1 49/1 52/21 65/25 81/2
102/25
**attorney** [1]  136/2
**attorneys** [4]  16/22 20/19 21/14 73/11
**attributable** [6]  11/14 19/24 87/8 87/25 88/4
88/6
**attributes** [1]  25/18
**audience** [1]  133/20
**Audrey** [3]  145/1 145/4 145/5
**August** [1]  33/22
**Auntie** [1]  122/2
**authority** [2]  39/17 91/3
**authorized** [1]  90/9
**auto** [1]  57/2
**automatically** [1]  125/24
**available** [2]  124/20 135/8
**avoid** [6]  90/17 141/1 142/25 143/15
**award** [3]  89/22 91/8 105/15
**awarding** [1]  89/3
**aware** [5]  4/17 12/20 50/13 90/15 135/18
**away** [4]  92/19 109/25 117/11 132/7

**B**

**BABYDOLL** [1]  111/13
**back** [20]  9/10 29/4 50/22 51/10 51/18 69/13
69/13 70/16 70/16 70/19 94/17 118/9 120/16
125/23 131/19 134/20 136/16 138/25 141/4
145/6
**background** [1]  135/23
**backup** [1]  23/8
**Bahja** [1]  117/19
**bailiff** [2]  93/16 94/8
**Baltimore** [1]  133/17
**band** [2]  32/20 121/21
**base** [2]  72/11 90/22 91/10
**based** [14]  18/22 19/6 32/3 34/19 37/22 55/16
61/25 62/14 64/4 84/24 93/5 118/17 119/2

**119/7**

**Basically** [1]  96/4
**basis** [2]  125/24 150/1
**be** [124]  4/16 8/22 11/5 11/11 12/19 15/21
17/16 23/21 25/9 26/7 26/9 27/8 30/15 31/2
32/1 35/21 38/2 39/13 39/22 40/5 40/10 40/12
41/23 43/24 44/13 44/17 45/4 45/7 45/16
50/23 50/24 52/20 53/8 55/22 57/6 58/4 58/20
61/1 61/7 61/22 61/25 63/6 66/16 67/7 67/11
68/5 68/22 71/10 71/17 71/18 71/21 71/25
73/13 73/17 73/25 74/6 74/12 74/25 75/4 75/6
75/6 75/9 77/12 78/6 79/3 79/10 79/12 81/8
81/9 81/17 81/19 81/24 82/1 82/21 82/25 83/7
83/16 84/11 84/18 84/18 87/4 89/24 90/22 91/9
91/12 93/1 94/11 95/18 95/19 97/9 97/22 99/4
99/13 100/12 100/17 101/23 102/4 102/14 103/5
104/5 104/6 106/25 107/13 107/14 107/18 110/7
107/22 108/20 110/10 114/3 119/24 121/1 124/14
127/24 128/12 132/2 139/23 142/8 142/14 144/14
145/4 145/6 145/25 146/12
**bean** [1]  31/16
**bear** [1]  76/5
**bears** [2]  80/2 132/23
**Beatles** [1]  128/12
**BEAUTY** [1]  111/13
**became** [1]  142/3
**because** [39]  10/24 23/18 37/19 39/12 54/10
57/12 58/13 59/12 60/8 63/4 64/6 66/5 76/13
77/10 82/13 85/8 91/10 95/3 99/7 99/12 100/3
102/16 103/23 104/12 107/12 107/17 109/15
111/9 111/18 117/14 120/18 121/20 123/14
125/25 127/1 128/6 137/18 141/23 144/23
**become** [2]  85/8 85/16
**becomes** [2]  93/14 142/5
**been** [68]  6/3 6/8 9/1 17/11 23/21 24/5 24/6
28/13 30/14 34/3 34/22 34/25 36/25 41/13
43/12 43/18 44/9 50/15 52/12 56/13 57/2 62/3
63/22 65/5 68/4 73/16 74/3 74/20 75/8 77/6
79/9 79/14 83/22 83/22 84/1 85/6 89/8 92/4
92/17 92/21 93/3 94/2 94/4 96/8 96/23 98/10
102/23 102/24 103/3 103/6 103/7 107/24
108/1 108/2 108/3 109/24 111/10 111/18
114/4 119/17 120/24 124/20 130/18 134/11
134/12 135/6 135/21 138/6
**before** [22]  8/4 30/25 44/18 48/15 49/23 50/5
50/11 61/18 64/6 71/12 74/20 77/1 88/20
93/22 99/20 99/23 101/25 105/7 130/1 135/7
135/13 146/9
**began** [1]  23/17
**begin** [2]  55/18 84/22 101/25
**behalf** [3]  78/7 90/6 102/24
**being** [10]  10/4 10/22 15/3 16/18 23/24 31/2
47/25 97/18 99/12 135/19
**belief** [4]  47/7 47/15 72/6 102/17
**believability** [1]  76/5
**believable** [1]  76/23
**believe** [49]  12/17 13/1 14/11 14/12 15/8
16/19 18/9 22/10 24/15 24/22 29/21 34/4 39/9
43/13 44/1 45/1 46/9 46/11 47/23 50/10 52/3
52/5 53/1 53/2 54/21 55/4 55/8 55/16 55/22
57/3 57/6 59/5 61/9 62/5 63/15 66/20 67/11
73/12 75/14 75/15 75/15 76/16 97/2 97/4
104/16 115/18 119/20 145/11
**believed** [4]  19/9 19/13 20/23 88/16
**below** [1]  132/1
**belt** [1]  126/12
**benefit** [14]  20/2 20/10 20/24 21/3 21/6 21/16
21/24 22/11 84/4 86/10 139/18 139/19 140/12
140/14
**besides** [1]  109/2
**best** [4]  6/6 109/6 112/23 145/8
**BET** [1]  138/8
**better** [1]  65/8
**between** [11]  25/24 29/5 69/18 74/12 108/15
115/6 115/13 122/24 128/11 138/21 143/4
**Beyonce** [1]  97/11 126/22 132/24 138/4
**beyond** [4]  72/9 95/1 121/5 124/4
**Bhad** [3]  122/22 130/2 131/11

**bias** [1]  75/25
**big** [1]  111/22
**bigger** [1]  105/4
**biggest** [2]  129/4 129/15
**binder** [1]  36/7
**birthday** [3]  118/3 122/15 126/4
**bit** [9]  6/11 22/22 106/10 110/24 112/3 116/25
132/7 136/4 145/15
**black** [3]  31/6 95/21 95/25 111/24 117/13
130/20 130/22 131/2 131/7
**Blanche** [16]  109/20 113/23 116/11 119/4
123/25 124/24 126/6 126/8 128/24 129/4
136/16 136/19 137/10 140/21 144/13 145/2
**blank** [2]  57/13 58/18
**blatant** [1]  104/13
**blindness** [2]  88/14 142/23
**blog** [1]  91/21
**blown** [1]  117/11
**blue** [7]  78/15 111/2 111/13 111/24 117/14
117/17 129/7
**boards** [4]  137/11 137/11 137/13 137/14
**bodice** [2]  126/15 126/15
**bodies** [2]  128/14 128/14
**bold** [4]  78/19 129/8 129/18 130/6
**bona** [1]  85/25
**book** [1]  101/8
**Borja** [1]  137/16
**borrowed** [1]  55/5
**both** [20]  23/5 29/23 43/13 48/15 65/23 66/18
74/11 88/20 107/1 108/9 108/12 108/15
114/25 115/3 115/6 115/17 115/20 115/22
125/1 143/22
**bottom** [4]  95/20 95/21 95/25 98/23
**bought** [4]  111/2 118/23 122/7 123/8
**Boulevard** [2]  2/5
**bows** [1]  127/15
**box** [12]  31/6 58/2 98/24 98/24 104/22 116/14
116/17 122/20 125/22 125/23 137/22 139/21
**boxes** [1]  116/12
**brand** [17]  16/13 23/15 23/16 99/12 103/5
111/19 112/2 112/3 116/8 127/8 131/3 131/5
134/23 135/5 140/16 141/1 142/25
**brands** [1]  84/11
**Bratz** [6]  106/2 136/10 139/6 139/8 139/9
139/15
**break** [8]  36/1 69/17 70/18 70/19 94/10 98/13
146/5 146/19
**Breaunna** [6]  104/19 117/23 127/21 133/14
133/25 134/22
**Brenner** [8]  122/23 125/18 127/16 130/1
131/6 133/4 136/21 143/3
**brief** [1]  61/17
**briefly** [2]  22/20 61/18
**briefs** [1]  4/14
**bright** [1]  78/15
**bring** [4]  4/20 6/9 29/20 42/21 47/1 48/25
52/20 63/12 65/24 70/5 101/10 118/9 123/5
**bringing** [1]  133/16
**brought** [6]  78/8 100/6 112/21 112/25 122/16
123/7
**brown** [1]  131/7
**Bruce** [6]  131/19 131/22 131/24 131/25
131/25 132/7
**building** [1]  41/24 133/15
**built** [1]  145/21
**burden** [11]  11/13 31/11 53/23 53/24 71/23
72/3 78/10 79/9 81/6 82/3 85/9 85/22 87/18
87/23 89/17 89/18 106/14 106/19 135/24
**business** [10]  23/24 23/25 45/2 66/25 77/23
77/25 78/1 78/2 78/4 120/12
**buttons** [1]  123/15
**buy** [5]  106/9 122/2 126/20 127/1 127/1
**buyers** [3]  84/15 110/22 133/10
**buying** [2]  116/15 119/3

**C**

**CA** [3]  1/24 2/5 2/8
**CACI** [2]  55/5 63/4
**Cal** [1]  55/15

**C**

calculated [1] 18/17
calculating [1] 30/19
calculation [6] 12/17 12/21 29/22 33/20 51/14 51/16
calculations [7] 6/23 7/7 8/1 8/8 18/23 32/4 54/12
CALIFORNIA [3] 1/4 1/20 4/1
call [7] 19/22 27/16 27/20 28/21 123/2 125/19 138/24
called [7] 19/20 33/7 97/15 103/6 103/7 103/7 109/17
calling [3] 4/3 103/9 138/5
calls [10] 11/16 12/6 13/5 13/7 13/11 13/14 13/16 13/19 13/21 21/17
came [16] 10/3 96/6 113/2 118/18 118/20 123/12 125/4 128/9 129/12 133/18 133/18 133/20 134/7 136/21 137/15 137/19
Camino [1] 2/11
Campbell [2] 121/19 125/21
can [56] 5/14 6/5 6/18 7/7 8/12 8/22 9/13 17/20 22/22 25/1 26/1 28/18 29/3 30/18 31/22 35/19 36/2 38/20 39/1 40/7 40/10 42/12 42/13 46/1 56/10 59/16 60/7 60/10 60/19 62/7 64/9 67/7 67/21 69/8 70/17 74/24 79/3 82/1 96/11 97/10 102/12 103/20 104/13 106/25 110/8 114/18 114/19 127/13 128/19 130/25 137/25 138/19 138/20 142/8 146/20
can't [22] 7/6 7/10 7/24 11/6 12/16 15/8 15/11 17/19 19/16 35/15 38/15 38/19 54/10 67/24 68/4 94/14 99/6 112/8 128/4 128/8 128/22 139/10
canceled [1] 136/4
cannot [4] 8/1 75/5 75/6 85/5
capacity [1] 26/6
capp [1] 119/14
captured [1] 46/11
capturing [1] 26/10
Care [2] 84/14 125/15
careful [1] 84/16
carefully [1] 142/11
Carlos [1] 137/16
carpet [1] 97/12
carried [1] 64/24
cars [1] 144/8
case [70] 6/16 16/21 17/11 22/8 23/12 23/17 23/23 24/2 29/8 29/22 32/1 32/2 33/16 34/15 35/8 35/13 36/23 39/11 39/16 40/3 40/15 48/21 55/15 55/16 61/25 62/4 71/3 71/7 71/12 72/13 73/24 75/11 75/18 75/24 77/17 77/22 91/11 91/13 91/14 91/18 91/19 92/3 92/7 92/11 92/12 92/15 92/18 92/21 93/5 93/20 95/6 96/18 100/6 102/7 103/2 103/2 104/9 107/8 108/21 109/1 110/20 112/4 114/6 114/9 114/11 114/12 115/13 128/23 131/23 132/4
cases [1] 35/1
catch [2] 43/5 43/7
catchall [1] 11/6
categories [4] 17/16 17/19 30/21 132/18
Caucasian [2] 130/23 131/5
Caucasians [1] 131/4
caught [2] 45/25 49/24
cause [9] 78/25 82/9 83/16 84/5 90/11 106/23 106/24 111/3 113/22
caused [6] 14/21 15/15 23/16 30/15 89/20 91/6
causing [1] 86/14
caution [3] 63/3 84/17 140/22
CD [1] 55/15
celebrities [1] 144/22
CENTRAL [1] 1/4
certain [13] 10/12 27/8 34/9 35/14 35/20 72/25 97/3 103/23 104/9 112/15 113/2 115/12 136/24
certainly [3] 39/21 62/5 109/24 113/1 115/19 115/21 133/9
CERTIFED [1] 1/8
CERTIFICATE [1] 147/5
certify [1] 147/7

cetera [4] 19/7 50/9 55/21 57/8
challenge [2] 103/9 103/9
chamber [1] 63/20
chance [4] 30/24 83/6 103/4 103/15
change [14] 38/8 46/4 46/4 58/8 59/19 60/2 64/22 65/23 66/8 66/11 67/24 102/14 102/17 109/25
changed [6] 66/5 103/12 110/3 117/15 124/9 137/14
changes [3] 38/2 57/2 59/17 61/4 63/22 64/4 65/13 65/15 112/3
changing [1] 40/18
channels [3] 84/10 124/18 125/1
CHANTE [2] 2/15 4/12
character [1] 145/10
characterize [1] 95/5
characterized [1] 34/5
characters [2] 84/24 144/23
charge [4] 65/20 69/9 107/7 110/9
charging [2] 36/10 45/10 64/6
charts [1] 60/21
chat [1] 91/21
check [11] 6/14 29/14 44/8 52/4 58/21 63/20 113/9 138/14 142/8 143/22 146/1
checked [2] 6/22 7/22
checking [3] 31/13 96/15 121/9
cheese [1] 141/4
cherry [6] 28/8 34/6 34/12 34/15 34/16 34/19
cherry-picking [5] 28/8 34/6 34/12 34/16 34/19
Chick [5] 122/23 129/15 129/21 130/2 131/11
Chillax [4] 97/11 117/17 129/21 131/11
choice [2] 34/16 34/17
choker [1] 129/9
choose [1] 76/16
choosing [1] 34/14
chose [1] 131/15
chosen [1] 32/4
CHRISTIAN [2] 3/6 27/24
Christmas [1] 119/13
Ciara [1] 127/17
Circuit [1] 101/13
Circuit's [1] 94/15
circulate [1] 124/8
circumstances [1] 85/23
circumstantial [4] 74/6 74/9 74/13 74/21
cite [3] 39/11 55/13 97/9
cited [1] 14/15
cites [1] 53/3
claim [23] 19/23 39/23 52/6 52/9 53/15 71/23 72/1 72/3 72/7 78/8 78/9 86/3 86/4 86/15 88/9 88/19 88/23 98/22 100/2 100/3 103/23 104/2 106/13
Claimants [3] 1/14 2/13 78/7
claimed [9] 80/2 80/5 80/13 80/15 80/24 81/10 81/16 89/5 132/23
claiming [4] 104/20 109/11 109/12 141/20
claims [5] 57/23 59/10 59/14 62/5 95/11 105/7
clarify [1] 23/18
clarity [2] 45/16 104/25
clear [21] 23/3 45/7 47/23 55/12 55/13 55/17 55/20 55/22 59/18 67/17 72/4 85/10 90/3 99/25 100/16 105/14 108/3 109/10 134/16 135/25 142/18
clearly [3] 16/13 16/19 104/18
clerk [1] 69/7
click [1] 123/15
clients [1] 73/11
CLIFFORD [3] 1/10 4/4 71/19
clip [3] 110/16 133/3 135/16
close [5] 114/20 138/20 139/3 139/4 139/5
closed [2] 35/21 35/21
closely [1] 104/8
closer [1] 110/6
closing [6] 3/17 64/2 70/18 70/24 73/5 94/17
closings [1] 69/13
clothes [2] 112/11 144/10
clothing [9] 55/14 78/17 78/19 108/15 109/3

109/12 115/6 123/1 130/6
code [2] 11/10 11/12
coincidence [3] 145/11 145/12 145/13
colleagues [1] 4/8
collectively [2] 71/20 71/22
color [3] 78/14 122/10 123/1
colored [4] 108/10 109/3 115/1 130/6
colors [5] 78/1 108/2 111/24 122/24 144/9
column [2] 58/3 59/5
comb [1] 127/14
combination [1] 109/12
combinations [1] 78/13
combined [1] 108/3
come [9] 70/19 94/17 99/23 102/15 104/21 105/7 105/11 137/8 139/21
comes [3] 98/20 127/23 136/18
comma [2] 45/20 45/21
commas [1] 45/15
commentary [1] 92/7
comments [21] 36/19 45/13 56/17 111/1 111/8 116/1 116/1 116/3 116/5 116/9 118/11 118/15 119/16 119/18 119/21 119/25 120/3 120/5 120/7 121/2 121/4
commercial [5] 86/10 139/18 139/19 140/12 140/14
committed [2] 88/10 90/5
common [17] 25/6 25/17 25/18 26/3 26/4 26/11 50/17 55/6 55/6 55/9 74/22 104/15 114/18 126/19 138/25 139/13 145/6
commonality [2] 25/21 25/22
communicate [5] 91/16 91/17 93/15 93/18 93/19
communicating [1] 91/25
communications [1] 93/1
company [8] 23/14 30/4 30/6 109/20 109/22 109/24 120/11 127/12
compare [3] 25/11 126/15 128/4
compared [4] 20/7 24/23 26/12 32/8
comparing [2] 25/14 25/21
comparison [9] 19/18 20/4 24/18 25/2 25/3 25/7 25/15 32/7 120/6
compensation [1] 89/1
competitive [1] 81/14
competitors [1] 81/15
Complaint [2] 118/13 118/14
complaints [2] 118/10 118/10
complete [3] 94/6 145/9 145/11
completely [4] 51/3 51/24 141/23 145/10
complicated [1] 70/10
complimentary [1] 82/25
computer [1] 91/20
concealed [1] 90/25
concept [7] 39/13 39/14 40/14 40/18 46/8 46/9 46/11
concern [5] 6/10 7/2 58/22 94/24 96/6
concerned [2] 54/9 58/12
concerning [1] 93/20
concerns [1] 9/19
concert [1] 133/17
conclude [1] 44/14
concluded [3] 36/10 55/19 56/3
concludes [1] 53/22
conclusion [2] 11/17 31/15
conclusions [1] 32/25
conduct [18] 48/15 86/13 88/17 88/20 89/20 89/22 90/11 90/4 90/8 90/12 90/16 90/18 90/21 90/21 91/6 91/7 140/20 140/21
conducted [1] 31/19
conference [4] 36/10 45/10 65/20 147/12
conferring [4] 54/23 60/22 69/7 70/21
confirm [3] 44/10 97/9 122/6
conformance [1] 147/11
confused [8] 82/21 83/7 84/18 114/3 117/8 118/7 121/17 123/17
confusing [2] 58/20 60/25
confusingly [1] 144/10
confusion [52] 39/5 78/25 80/18 80/19 82/9 82/13 82/15 83/1 83/11 83/12 83/13 83/14 83/15 83/15 83/17 83/18 83/20 83/21 83/21

**C**

confusion... [33] 83/23 83/25 84/1 84/6 84/9 84/13 85/1 85/4 106/23 106/24 113/22 114/8 114/15 114/18 116/23 116/24 117/1 117/2 117/3 117/5 117/6 118/12 124/1 124/4 124/7 129/25 130/12 130/14 132/3 132/10 132/19 141/1 142/25
connected [2] 99/4 99/4
connections [1] 145/12
conscientious [1] 102/13
consecutive [2] 85/20 85/21
consent [3] 78/24 86/8 138/22
consequences [2] 90/16 90/17
conservative [6] 10/22 11/3 11/4 11/5 11/5 104/6
conservatively [1] 28/14
consider [28] 26/7 48/6 48/7 72/16 72/24 73/1 73/19 73/20 74/3 74/10 74/21 75/12 76/11 77/4 79/20 82/10 82/14 82/15 83/17 84/21 88/15 88/18 103/14 105/3 112/14 112/16 125/16 133/11
considered [7] 37/1 40/5 73/17 101/23 102/8 132/2 136/10
considering [2] 75/17 77/14
consistency [2] 111/17 111/20
consistent [6] 40/3 60/1 76/7 110/8 111/1 112/18
consistently [3] 110/10 110/19 111/19
consisting [1] 78/12
consists [1] 72/17
Consorti [18] 100/5 109/20 113/23 116/12 116/17 119/4 123/25 124/25 126/6 126/8 128/24 129/4 136/17 136/19 137/10 140/21 144/13 145/2
constitute [1] 62/11
constituting [2] 90/4 90/8
consult [2] 71/5 93/21
consulting [2] 23/20 92/8
consumer [10] 80/1 80/21 114/8 116/19 117/6 119/6 129/21 132/20 132/22 134/12
Consumer's [1] 84/14
consumers [21] 78/25 79/15 79/17 80/9 80/20 80/22 82/21 83/6 83/18 85/16 113/22 114/2 118/11 118/16 121/17 123/17 125/4 125/15 133/10 134/12 140/9
consumers' [1] 81/19
consuming [3] 79/19 82/18 132/14
contact [1] 92/5
contemplated [2] 4/18 62/22
contemptible [1] 90/22
contend [1] 85/7
contentions [1] 72/7
context [1] 98/22
continually [1] 134/19 135/6
continue [8] 23/18 23/21 23/24 57/7 59/14 66/16 67/22 93/23
continued [7] 3/12 4/25 22/1 22/7 22/11 94/25 135/4
contradicted [1] 76/1
contrary [2] 113/18 123/10
contrast [1] 83/23
contrasting [2] 78/14 78/16
control [1] 74/24
controls [1] 73/9
convert [1] 60/11
converted [1] 57/3
conviction [1] 72/6
convincing [11] 47/23 55/13 55/17 55/20 55/22 72/4 85/10 90/3 134/16 135/25 142/18
cool [1] 120/22
copied [1] 56/10 63/12 67/8 80/16
copies [1] 60/10
copy [16] 41/4 42/12 42/13 42/15 42/21 54/6 60/9 60/14 71/3 95/24 98/9 107/9 108/24 114/5 129/13 144/6
copying [15] 45/15 45/19 45/20 65/11 70/9 79/6 80/16 107/4 107/7 107/9 113/23 114/12 136/15 137/17 137/18
corner [1] 95/20

**C**

corporate [2] 91/4 91/5
correct [79] 16/17 17/23 17/25 18/5 18/9 18/24 23/13 30/7 31/14 39/5 39/10 39/23 40/9 49/9 51/3 51/5 51/14 51/15 51/25 51/25 11/23 11/25 12/16 12/22 12/25 13/5 13/14 13/25 14/24 15/18 15/24 16/6 17/10 17/11 17/17 18/2 18/7 18/10 18/17 18/23 20/1 20/3 20/10 20/14 20/20 20/25 21/16 22/8 22/13 23/10 24/25 26/19 27/6 27/10 28/6 33/18 33/20 34/1 34/23 38/9 44/7 45/11 55/17 56/3 58/16 59/5 108/10 108/13 119/7 125/5 128/5 128/20 128/21 129/1 129/5 129/22 137/8 141/2 147/9
corrected [1] 19/5
correction [1] 69/5
Cosmetic [1] 55/14
cost [2] 15/7 30/15
costly [5] 81/18 84/16 107/23 108/5 109/14
costs [29] 6/9 8/17 8/23 9/21 10/6 11/9 13/1 13/18 15/20 16/1 23/5 23/11 23/14 24/1 29/24 29/25 29/25 30/3 30/3 30/8 30/9 30/11 30/14 30/18 31/5 31/6 31/8 87/22
could [31] 6/4 8/6 8/21 12/21 15/21 20/11 20/13 21/24 25/10 25/23 27/7 32/1 52/7 54/2 57/20 57/25 60/25 61/22 70/17 70/18 74/10 96/2 96/12 109/24 116/15 123/7 128/10 128/12 129/21 129/23 139/23
couldn't [3] 35/20 103/13 126/16
counsel [7] 2/1 4/5 22/4 35/14 42/13 42/22 52/21 54/17 54/23 60/22 63/20 65/1 136/23
count [1] 94/2
counter [6] 1/14 1/16 2/2 2/13 31/16 78/7
Counter-Claimants [3] 1/14 2/13 78/7
Counter-Defendants [2] 1/16 2/2
couple [3] 37/18 63/25 64/24
coupled [1] 78/13
course [5] 65/2 85/13 86/1 94/18 102/12
court [40] 1/3 31/25 32/6 41/17 48/3 50/13 55/8 55/14 55/18 56/2 56/13 63/21 67/19 69/7 70/1 73/23 77/5 87/1 87/3 92/5 92/22 92/22 93/6 93/13 93/20 94/3 95/8 97/15 97/18 98/10 98/19 99/14 99/25 102/3 103/22 104/1 105/2 109/4 133/2 147/17
Court's [7] 42/6 45/18 47/5 48/25 52/21 69/21 73/14
Courthouse [1] 1/23
courtroom [2] 92/25 94/8
cover [2] 41/16 132/21
covered [1] 132/10 132/20
covers [1] 124/3 138/10
Covid [1] 136/5
CPA [1] 29/13
crashed [1] 56/20
create [1] 7/20
created [6] 8/3 83/4 83/5 117/13 137/11 140/24
creates [1] 83/18
credibility [10] 128/1 131/19 132/8 136/8 136/18 137/9 139/22 144/4 144/12 144/18
Crisanti [17] 6/23 7/11 8/3 8/6 9/6 9/8 13/5 13/20 13/21 13/24 15/5 15/7 15/11 15/18 18/3 30/24 31/3
Crisanti's [1] 7/7
criticize [5] 10/5 16/7 16/15 16/16 28/16
criticized [1] 6/21
cross [5] 3/5 3/10 4/25 22/24 33/9
CROSS-EXAMINATION [2] 4/25 33/9
cruel [1] 90/19
Crystal [1] 117/7
current [4] 36/8 41/4 53/6 54/16
currently [1] 50/18
cut [2] 67/7 67/11
CUTLER [1] 2/10
cutting [1] 64/25
CV [2] 1/10 4/3
CV-20-11548-JVS [2] 1/10 4/3
CWL [1] 55/19
CWL's [1] 55/21

**D**

D.C [1] 135/2

**D**

damage [2] 53/15 100/8
damages [44] 9/6 9/21 24/1 14/8 28/16 32/4 48/2 49/5 50/14 50/16 51/1 51/13 52/11 53/18 53/21 63/6 78/6 87/2 87/2 88/25 89/1 89/3 89/4 89/9 89/23 89/23 91/8 91/9 99/11 99/14 99/18 99/19 99/20 99/22 99/22 100/1 100/9 100/20 100/22 103/25 105/5 105/11 105/20 142/10 144/3
dangerous [1] 90/15
data [5] 34/9 34/10 125/11 130/25 130/25
date [2] 94/7 147/14
daughter [1] 119/3
daughter's [1] 118/3
day [9] 1/11 106/12 113/24 114/2 123/21 123/22 127/5 127/15 137/12
dealt [1] 97/17
Debbie [1] 146/23
dec [1] 95/3
December [11] 6/15 6/19 6/24 7/3 9/22 10/17 14/3 14/25 16/4 16/14 30/12
December '22 [1] 7/3
December 20 [1] 6/15
December 2022 [2] 16/4 16/14
December 4 [1] 14/3
decide [19] 53/15 71/11 72/13 73/23 74/13 74/20 75/14 76/12 76/14 89/20 89/22 89/25 91/6 91/7 93/5 95/11 102/7 105/23 107/10
decided [6] 10/5 11/5 89/24 91/9 92/21 104/19
deciding [7] 21/23 72/16 73/2 75/11 75/13 82/11 104/15
decision [7] 31/8 34/11 55/19 72/11 91/4 102/13 102/16
decisions [1] 91/4
declaration [1] 62/17
decorations [1] 141/5
decreasing [1] 12/1
deduct [9] 11/9 23/5 30/8 30/8 30/10 30/13 30/18 31/8 89/15
deducted [2] 9/17 12/3
deductible [2] 29/24 30/7
deducting [4] 16/21 17/12 17/14 87/13
deductions [4] 11/22 11/23 13/18 31/2
deducts [1] 12/10
deem [1] 36/21
deemed [4] 36/24 41/23 46/24 49/12
defendant [4] 61/25 90/14 90/15 131/21
defendant's [1] 90/16
defendants [5] 1/11 1/16 2/2 2/13 4/12
defending [1] 23/15
defense [12] 3/10 3/13 4/24 23/23 71/24 72/1 72/4 72/7 86/19 134/15 141/14 142/8
definition [1] 39/14
degree [3] 80/4 84/14 125/15
delete [1] 43/12
deliberate [2] 34/19 50/24
deliberately [2] 76/15 90/16
deliberations [7] 71/5 91/15 93/14 93/23 94/7 101/25 102/2
demeaning [1] 133/12
demeanor [2] 103/11 103/12
demographic [3] 110/23 130/19 130/19
demographics [2] 110/24 130/17
demonstrated [3] 30/15 80/7 132/19
demonstrative [1] 70/1
demonstratives [1] 103/18
denied [4] 68/3 93/6 116/4 116/6
deny [2] 36/18 104/1
Department [1] 143/16
departure [1] 137/2
depend [2] 76/22 133/5
depends [1] 116/25
depo [1] 8/12
deposed [2] 30/25 123/13
deposition [5] 76/25 77/5 120/15 121/18 123/8
derive [1] 84/4
described [6] 7/19 13/2 14/2 21/11 29/6 34/9
deserves [2] 76/24 77/14

**D**

**design** [7] 20/15 77/19 81/8 81/9 107/18 107/19 140/24
**designer** [6] 19/8 19/12 19/13 126/9 126/10 126/13
**designers** [2] 126/7 137/15
**designs** [3] 81/17 81/21 107/22
**despicable** [3] 90/12 90/19 90/21
**despised** [1] 90/23
**despite** [6] 10/18 21/23 22/10 23/8 103/5 132/24
**detail** [1] 77/18
**details** [1] 125/16
**determine** [12] 40/16 48/7 48/14 52/10 53/17 53/17 82/8 87/5 88/19 89/11 89/13 91/5
**determined** [4] 18/5 18/20 19/3 87/13
**determining** [2] 79/23 82/14
**deviate** [2] 38/5 38/7
**deviates** [1] 45/3
**devices** [1] 92/13
**dictionaries** [1] 92/9
**did** [72] 5/18 7/11 7/21 8/10 8/11 8/22 9/8 10/11 10/21 12/25 13/1 13/3 13/8 13/9 13/9 13/11 15/5 15/7 15/11 15/22 16/7 16/9 16/11 16/13 16/17 17/3 17/5 18/2 21/3 21/6 25/22 26/18 27/3 27/7 27/11 27/13 28/7 30/25 32/15 33/25 48/19 48/23 57/19 66/3 66/24 74/9 83/15 86/8 90/25 101/5 104/9 109/10 114/5 118/22 121/6 121/12 121/20 122/14 123/24 132/1 132/5 132/21 134/3 134/6 135/3 136/24 137/2 138/22 141/18 141/22 142/21 143/3
**didn't** [69] 5/6 5/8 5/9 5/21 7/14 8/4 8/9 8/16 9/8 10/20 10/25 11/2 12/14 13/7 13/10 14/17 15/17 15/18 16/4 16/15 16/16 17/5 20/16 21/10 24/17 27/3 27/9 27/11 29/12 30/23 30/24 31/1 31/4 33/17 33/18 36/18 41/5 41/13 48/21 57/18 61/21 64/7 65/9 104/17 107/9 108/20 111/8 111/9 112/11 114/22 123/5 123/6 125/21 130/16 130/24 130/25 131/8 131/17 136/22 137/5 140/25 141/1 141/23 142/25 143/5 143/7 143/8 143/11 145/22
**differ** [2] 73/8 84/21
**differences** [6] 26/4 76/12 83/9 126/9 126/18 144/7
**different** [18] 25/17 25/18 29/17 30/21 61/18 74/19 76/8 76/8 99/8 111/24 126/6 126/12 126/25 133/19 144/9 144/9 144/9 144/9
**differentiate** [1] 143/4
**differently** [1] 76/11
**differs** [1] 76/13
**diligently** [1] 102/4
**direct** [17] 3/5 3/10 14/7 14/9 14/15 14/20 16/8 16/17 27/25 33/6 33/13 74/6 74/6 74/7 74/12 80/21 132/20
**directed** [1] 97/22
**directing** [1] 13/19
**directly** [3] 54/1 139/23 141/18
**directors** [2] 90/6 90/10
**disadvantage** [1] 81/14
**disagree** [8] 16/10 19/3 28/20 29/9 39/12 40/2 44/16 55/3
**disagreed** [1] 128/9
**disagreement** [1] 34/13
**discern** [1] 94/14
**discernible** [2] 20/5 20/12
**discharged** [1] 94/2
**disclose** [1] 94/2
**discontinues** [1] 85/13
**discretion** [1] 4/17
**discriminating** [1] 84/16
**discuss** [3] 35/25 36/2 92/4
**discussed** [15] 14/6 28/19 43/19 45/9 46/12 47/21 61/23 61/24 62/1 63/22 65/20 92/12 92/14 95/2 102/9
**discussing** [2] 91/14 91/19
**discussion** [5] 35/17 53/16 62/4 98/20 102/14
**disgorgement** [2] 55/4 55/8
**dislikes** [1] 71/10
**disputing** [1] 43/23

**disregard** [7] 73/16 75/10 88/13 90/13 90/14 90/24 142/17
**distinct** [1] 74/17
**distinguishes** [1] 77/20
**distribution** [5] 8/18 9/15 30/1 30/9 30/16
**DISTRICT** [2] 1/3 1/4
**Diva** [3] 18/21 19/8 19/13
**diverse** [1] 131/17
**Divine** [1] 18/21
**DIVISION** [1] 1/5
**dm** [1] 111/3
**do** [154]
**docket** [5] 36/12 36/17 47/20 48/24 49/2 49/4 49/6 49/25 50/12 52/16 52/24 53/3 53/14 61/7 100/19
**document** [13] 5/20 7/25 8/3 11/9 15/2 18/19 23/1 37/16 54/2 56/21 63/21 104/24 144/1
**Document 990** [1] 37/16
**documentation** [1] 23/9
**documents** [4] 29/11 116/13 137/10 144/2
**does** [17] 1/15 18/9 19/5 22/14 66/16 72/9 76/21 81/24 86/25 87/3 105/6 121/8 131/21 139/1 139/14 142/1 143/13
**doesn't** [15] 11/4 16/23 16/25 22/14 30/8 32/6 39/11 54/19 69/17 108/4 109/14 113/4 113/5 128/16 141/15
**dogs** [1] 144/8
**doing** [8] 10/24 23/22 38/2 46/23 60/5 119/10 134/5 135/2
**doll** [40] 19/1 19/1 19/5 19/5 24/10 25/24 26/4 26/10 26/25 57/5 65/22 87/19 87/24 104/14 109/7 109/7 110/22 116/16 116/16 116/21 117/9 117/17 119/6 120/11 122/12 126/15 126/20 126/21 126/22 127/12 127/15 127/22 127/23 128/4 128/19 129/6 129/7 140/16 140/22 142/15
**doll's** [1] 122/10
**dollar** [2] 17/20 30/20
**dolls** [155]
**DOLLSSSSS** [1] 119/1
**Dominique** [2] 122/13 126/2
**don't** [76] 6/5 7/17 10/2 10/10 10/13 12/9 12/11 12/18 13/16 15/9 16/18 17/4 17/21 18/24 18/25 20/13 21/21 21/21 29/15 30/3 30/3 30/4 30/5 30/13 31/4 32/23 33/1 34/7 34/18 37/8 39/9 39/12 39/15 39/17 39/22 40/14 42/4 44/16 45/1 45/3 48/6 48/24 50/20 52/8 53/7 54/14 56/1 57/16 57/16 60/13 61/9 61/12 61/13 64/14 68/3 94/10 95/4 95/12 95/18 96/25 108/24 112/19 114/4 116/2 123/7 123/11 123/12 126/22 126/23 128/13 132/3 133/8 137/13 137/13 140/17 144/23
**done** [8] 7/9 26/6 65/12 71/15 90/12 125/13 134/21 138/1
**DORR** [1] 2/10
**double** [6] 44/8 52/4 58/21 63/20 96/15 142/14
**double-check** [1] 44/8 52/4 58/21 63/20
**double-checking** [1] 96/15
**doubled** [1] 133/1
**doubt** [1] 72/10
**down** [11] 5/19 6/9 11/6 14/19 27/15 35/6 59/7 90/22 103/20 103/20 133/2
**Dr.** [26] 6/22 22/20 22/24 24/15 26/17 28/4 28/19 28/21 28/25 29/6 30/2 30/3 31/2 31/4 31/7 31/19 31/23 32/6 32/15 32/21 33/13 33/21 34/1 34/5 96/10 131/8
**Dr. Isaacson** [1] 96/10
**Dr. Isaacson's** [1] 131/8
**Dr. Mangum** [14] 6/22 22/20 22/24 24/15 26/17 28/19 29/6 30/2 31/2 31/4 31/19 31/23 33/21
**Dr. Mangum's** [10] 28/4 28/21 28/25 31/7 32/6 32/15 32/21 33/13 34/1 34/5
**dramatically** [1] 142/5
**draw** [1] 26/1
**drawing** [2] 25/24 53/25
**dress** [182]
**dress'** [1] 85/15

**dress's** [1] 81/12
**dressed** [2] 84/21 140/10
**drill** [1] 5/19
**drive** [1] 17/5
**dropped** [3] 50/16 51/24 140/6
**drops** [2] 140/11 142/5
**due** [1] 101/21
**duplicate** [1] 42/25
**duplicated** [1] 43/12
**duplicates** [1] 66/25
**duplicative** [1] 41/17
**during** [7] 55/19 71/5 74/17 91/15 92/14 93/14 136/5
**duty** [4] 71/2 71/6 73/11 87/1

**E**

**e-mail** [1] 41/5
**e-mail** [8] 41/10 60/7 91/20 106/5 123/19 124/8 144/2 144/20
**e-mailed** [1] 38/18
**e.g** [1] 81/21
**each** [14] 59/21 61/6 62/21 71/3 72/13 77/2 78/11 79/8 92/20 93/4 102/7 102/12 138/14 142/15
**earlier** [4] 10/13 26/24 122/19 124/7
**early** [4] 27/4 69/13 70/17 110/21
**earned** [2] 20/6 87/8 87/10
**earrings** [1] 129/9
**ears** [1] 144/9
**easy** [1] 109/25
**ebbs** [1] 24/9
**Ebony** [1] 138/7
**economic** [12] 20/2 20/9 21/3 21/6 21/15 21/24 22/11 99/20 99/22 99/22 100/8 100/9
**edgy** [8] 78/17 108/13 109/3 115/4 123/2 129/8 129/10 129/16
**editing** [1] 66/19
**edits** [2] 46/11 67/5
**education** [2] 77/11 77/16
**effect** [2] 88/18 102/17
**effort** [1] 143/15
**egregious** [1] 62/11
**eight** [1] 106/11
**either** [12] 31/4 36/23 38/19 54/15 54/19 59/16 64/14 74/12 86/20 103/11 121/18 131/14
**El** [1] 2/11
**elect** [1] 101/25
**element** [5] 100/3 100/5 113/14 117/15 138/3
**elements** [19] 40/9 78/11 79/8 79/11 81/23 82/1 106/15 106/19 107/7 107/8 107/11 109/5 109/9 109/19 113/13 129/19 138/11 138/17 145/24
**Eliminate** [1] 100/11
**Elmo** [1] 98/4
**Elsa** [1] 38/20
**else** [16] 41/1 44/24 45/24 54/8 67/16 69/3 76/7 91/17 108/5 112/5 113/1 113/4 113/18 114/13 115/25 124/6
**elsewhere** [1] 40/18
**email** [1] 41/5
**embody** [1] 34/17
**employee** [2] 91/2 91/2
**employee's** [1] 91/4
**employees** [2] 143/11 143/12
**employer** [1] 91/25
**end** [5] 5/21 6/3 17/22 44/15 146/18
**ended** [1] 64/25
**engaged** [3] 90/1 135/6 135/17
**enough** [3] 10/16 98/12 106/18
**entertainment** [7] 1/8 1/15 4/4 71/22 80/10 85/17 85/18
**entirely** [2] 50/11 131/5
**entitled** [5] 87/7 87/9 93/4 104/2 147/10
**entries** [1] 17/21
**error** [1] 68/12
**essentially** [1] 129/3
**establish** [6] 45/21 79/7 80/10 86/4 89/9 107/5

**E**

**estimate [1]** 69/8
**et [6]** 1/11 4/4 19/7 50/9 55/21 57/8
**Eve [1]** 135/4
**even [20]** 13/13 17/8 26/3 39/17 83/15 84/6
107/10 109/21 112/2 114/11 116/7 124/11
124/21 126/16 131/23 134/2 134/20 135/22
136/8 140/17
**event [3]** 76/10 139/8 139/15
**events [1]** 104/8
**ever [13]** 8/4 16/16 19/8 19/12 19/15 28/15
93/17 106/17 109/1 116/4 123/13 125/8
130/15
**every [5]** 18/6 56/21 97/2 97/3 106/12
**everybody [4]** 69/24 69/25 111/25 136/20
**everyone [4]** 67/21 119/25 121/2 123/6
**everything [5]** 25/5 11/10 53/19 63/11 75/15
125/25
**evidence [110]** 27/19 35/7 35/13 35/15 35/21
37/25 47/22 47/24 47/25 55/13 55/20 55/23
71/2 71/7 71/12 71/16 71/24 71/25 72/4 72/5
72/9 72/12 72/16 72/19 72/25 73/1 73/4 73/6
73/7 73/11 73/13 73/16 73/17 73/19 73/20
73/23 73/24 73/25 74/2 74/6 74/7 74/9 74/11
74/13 74/14 74/18 74/21 74/22 74/24 74/25
75/1 75/3 75/9 75/11 75/12 76/1 76/4 76/21
77/17 77/22 78/11 79/19 82/4 82/14 85/2 85/2
85/10 85/19 85/20 85/23 88/12 90/3 91/11
92/21 97/4 97/23 102/9 102/18 103/16 103/19
106/15 106/16 106/18 107/16 108/24 112/4
112/15 112/16 112/17 112/19 112/20 112/21
113/10 113/17 116/24 117/1 117/2 118/11
124/5 130/12 131/9 132/13 132/17 134/17
135/25 136/1 137/14 138/5 142/18 144/24
**exact [4]** 20/14 21/25 88/25 126/23
**exactly [5]** 16/10 96/9 117/14 129/12 144/20
**EXAMINATION [5]** 4/25 22/18 26/15 27/25
33/9
**examine [1]** 40/15 82/15
**examines [1]** 69/25
**example [4]** 15/10 57/14 74/15 116/19
**examples [2]** 62/12 135/21
**except [7]** 23/4 23/7 46/23 67/1 91/14 93/18
112/21
**exchange [1]** 64/2
**exclude [1]** 85/5
**excluded [2]** 34/25 73/15
**excluding [2]** 51/25 52/18
**exclusive [9]** 79/4 80/15 81/16 85/12 107/21
107/25 108/4 108/6 112/5
**exclusivity [2]** 80/14 132/19
**excuse [1]** 62/8
**excused [1]** 92/17
**exercise [1]** 4/17
**exercises [1]** 91/3
**exercising [1]** 84/17
**exhibit [11]** 18/25 19/2 19/5 22/22 23/6 75/1
75/4 75/6 97/9 98/5 111/5
**Exhibit 5 [3]** 18/25 19/2 19/5
**Exhibit 6056 [1]** 22/22
**exhibits [7]** 3/8 3/13 72/19 72/25 96/25
112/15 146/16
**exist [1]** 36/20
**expand [1]** 127/13
**expanding [1]** 84/25
**expansion [3]** 84/20 127/4 127/19
**expect [1]** 128/18
**expense [4]** 6/22 8/3 11/7 29/1
**expenses [30]** 5/7 5/10 5/19 8/9 9/4 9/6 9/14
9/16 10/13 10/19 11/13 11/21 11/25 12/2 12/5
12/10 14/21 15/15 16/12 29/22 30/21 53/17
53/24 87/13 87/21 87/23 89/13 89/15 89/19
139/23
**expensive [1]** 125/18
**experience [6]** 7/19 24/9 74/22 77/11 77/15
105/9
**experimental [3]** 78/16 108/2 129/10
**expert [8]** 26/6 32/12 34/23 105/6 123/11
128/9 140/4 142/2

**experts [1]** 77/8
**explain [4]** 10/25 28/3 31/2 101/20
**explained [1]** 9/4
**explanation [7]** 30/12 51/12
51/14 104/1 138/23 139/7 139/24 142/11
**explaining [1]** 95/9
**explains [1]** 107/19
**explanation [2]** 74/19 123/22
**exposed [2]** 91/12 93/12
**expressed [2]** 69/1 97/16
**expression [1]** 86/23
**expressive [1]** 86/17
**extent [4]** 80/12 134/14 136/14 142/15
**extortionists [2]** 103/8 143/20
**extra [4]** 20/5 20/11 42/14 42/21
**eyes [7]** 104/13 127/22 128/7 128/13 128/14
138/19 138/20

**F**

**face [2]** 23/19 124/17
**Facebook [4]** 91/22 125/1 125/2 133/24
**facie [1]** 109/10
**fact [14]** 22/10 32/9 55/18 62/10 74/7 74/10
74/17 74/20 76/21 81/23 90/25 97/7 101/21
101/22
**factor [4]** 81/3 82/12 86/13 107/10
**factors [8]** 26/25 76/5 79/25 82/10 88/1 88/4
124/6 138/9
**facts [9]** 71/6 71/7 72/17 72/20 72/22 73/2
73/7 74/9 75/13
**factual [1]** 72/7
**failed [3]** 55/19 79/11 101/8
**failing [1]** 99/24
**fails [2]** 85/15 90/17
**fair [7]** 10/16 93/4 93/7 97/23 99/3 104/6
125/18
**fairly [1]** 4/17
**fairness [1]** 93/11
**fake [1]** 137/21
**falls [1]** 14/6
**fame [2]** 86/25 142/2
**Familiar...with [1]** 111/5
**family [3]** 91/25 122/4 143/21
**fans [11]** 109/8 110/12 121/12 130/17 130/21
133/9 133/18 134/7 134/24 135/6 135/17
**far [6]** 18/10 45/25 48/13 65/11 124/4 130/18
**Farm [1]** 133/21
**fashion [4]** 100/18 109/7 116/18 126/10
**featured [2]** 125/2 138/6
**features [2]** 25/17 78/3
**February [1]** 55/16
**February 16 [1]** 55/16
**federal [1]** 48/3
**feel [4]** 121/12 121/14 127/24 134/23
**feeling [1]** 140/15
**fees [4]** 16/22 16/25 29/22 30/14
**fellow [1]** 91/14
**felt [5]** 121/13 121/14 121/15 127/7 127/7
**female [1]** 130/20
**females [1]** 130/22
**few [4]** 61/19 83/24 116/3 138/5
**fide [1]** 85/25
**figures [1]** 17/20 30/20 142/4
**file [1]** 41/15
**filed [14]** 20/18 21/11 22/22 41/13 41/14 41/20
42/1 47/20 49/12 56/11 56/13 61/6 61/17
118/10
**filing [8]** 41/14 41/22 48/19 48/23 49/3 49/14
50/8 53/4
**fill [1]** 142/12
**final [8]** 47/6 47/11 51/18 52/15 52/24 53/13
54/6 68/11
**finalized [2]** 61/23 61/24
**finalizing [1]** 64/3
**financial [5]** 7/8 7/20 19/10 19/14 100/4
**find [27]** 20/11 30/24 31/3 38/15 38/19 38/25
66/3 70/15 71/6 74/10 74/16 79/8 79/18 79/21
82/7 83/22 83/25 88/2 88/6 105/18 105/19
107/15 110/10 132/12 132/15 142/18 143/22
**finding [1]** 62/17 83/9 83/14 104/2

**fine [6]** 50/23 51/3 51/24 52/17 52/18 53/8
64/24 65/22
**finished [1]** 63/17
**FINKELSTEIN [6]** 2/7 4/9 37/14 47/18 61/11
65/7
**firm [2]** 65/14 72/5
**first [45]** 5/12 7/1 7/3 9/24 9/25 19/11 29/23
37/19 38/14 43/8 44/3 44/5 44/6 44/16 44/19
45/18 47/15 47/19 53/2 55/2 57/4 58/23 59/1
59/3 65/21 66/24 70/23 86/18 106/13 107/13
107/14 117/6 117/12 117/16 117/20 117/23
118/2 136/19 137/20 141/12 141/22 141/24
142/7 142/8 143/25
**fit [1]** 126/16
**fits [2]** 103/17 132/18
**five [3]** 9/24 9/25 138/16
**fix [2]** 57/21 57/21
**fixed [13]** 9/20 15/10 16/21 17/14 17/17 17/22
23/5 23/7 28/20 28/25 30/21 31/8 31/9
**Flav [1]** 128/15
**Flavor [1]** 128/15
**flaws [1]** 31/19
**flipping [1]** 46/1
**floating [3]** 49/22 49/23 50/5
**flows [1]** 24/10
**fly [1]** 123/6
**focus [4]** 32/22 34/11 104/7 104/19
**focused [1]** 104/12 130/9
**follow [5]** 15/17 30/7 71/8 93/8 93/8
**followed [3]** 14/12 15/23 16/2
**followers [1]** 121/14
**following [8]** 14/19 78/11 79/25 82/16 86/5
86/20 89/4 90/3
**footer [2]** 36/9 56/18 57/21 58/8
**forced [2]** 81/17 107/22
**foregoing [1]** 147/8
**foreperson [1]** 94/6
**forget [1]** 76/9
**forgot [1]** 136/20
**form [19]** 56/15 56/19 57/22 61/23 63/16 64/4
64/18 64/22 64/25 94/4 94/6 98/5 105/17
105/21 107/14 113/8 138/12 141/7 145/25
**format [2]** 96/9 147/11
**formatting [1]** 60/20
**forms [1]** 91/24
**formulating [1]** 4/15
**forth [1]** 29/5
**forward [3]** 10/20 85/22 143/9
**forwarded [1]** 41/8
**forwarding [1]** 41/11
**found [1]** 123/24
**four [8]** 103/3 106/19 107/8 121/18 122/21
123/5 132/18 137/12
**four-pack [1]** 122/21
**fourth [1]** 118/3
**framed [1]** 16/18
**frankly [2]** 39/11 39/15
**fraud [8]** 90/2 90/5 90/9 90/24 139/7 142/19
143/24 143/24
**frequent [1]** 83/22
**FRIDAY [1]** 4/1
**friend [1]** 117/7
**friend's [1]** 53/8
**friends [1]** 116/13
**front [2]** 42/7 116/17
**Fuddruckers [3]** 39/16 40/3 40/15
**full [2]** 31/7 128/13
**full-sized [1]** 128/13
**fully [1]** 102/9
**fun [8]** 78/17 109/3 123/2 129/8 129/10
129/16 129/17 130/5
**function [1]** 81/12
**functional [3]** 36/13 39/20 40/9 81/24 81/25
81/25
**functionality [5]** 39/1 39/6 40/16 81/10 112/8
**functionally [1]** 46/6
**fundamental [1]** 34/13
**fundamentally [1]** 29/17
**further [7]** 6/9 27/14 35/5 35/7 36/19 49/19

**G**

**Gaga [7]** 127/14 138/4 144/19 144/20 144/21 144/21 144/25
**gain [1]** 92/25
**gained [3]** 86/10 139/18 140/12
**garden [1]** 74/18
**Gate [3]** 97/15 98/21 99/13
**gave [9]** 10/6 20/16 43/23 86/10 95/8 105/2 139/12 140/1 143/16
**gear [2]** 133/19 133/20
**general [6]** 17/24 18/1 18/2 18/4 29/11 77/25
**generally [3]** 125/17 128/25 132/1
**genitals [1]** 140/22
**gentleman [1]** 96/13
**gentleman's [1]** 98/19
**gentlemen [7]** 4/22 35/12 35/22 70/8 94/9 101/19 146/6
**get [27]** 7/14 30/3 30/5 30/11 30/24 32/23 35/20 41/15 56/10 59/22 63/11 64/18 67/9 70/14 100/1 104/15 105/7 106/13 109/25 113/8 124/10 131/19 134/20 138/12 138/15 141/7 143/6
**gets [5]** 106/6 116/13 125/9 139/2 142/16
**getting [3]** 21/3 21/6 138/24
**giant [1]** 128/16
**gift [1]** 118/3
**girl [3]** 116/15 127/19 128/4
**girls [29]** 103/3 104/11 109/23 110/5 110/6 110/20 117/8 117/9 117/12 117/15 119/3 119/7 119/12 119/14 120/22 122/5 124/9 124/10 127/10 128/7 131/2 131/4 131/7 137/23 138/21 139/4 140/13 143/4 145/18
**girls' [1]** 126/12
**GIRLZ [109]** 1/13 46/10 53/21 53/22 62/18 62/19 71/19 71/21 77/23 78/7 78/9 78/13 78/21 78/24 79/9 79/10 79/11 80/3 80/5 80/7 80/13 81/1 81/6 82/3 82/20 82/24 83/19 84/21 84/24 85/5 85/8 85/22 86/3 86/5 86/8 86/12 86/14 87/5 87/7 87/9 87/11 87/17 88/24 88/25 89/5 89/6 89/17 97/12 99/12 102/24 103/25 105/10 105/15 106/21 107/15 108/7 108/9 108/12 108/16 109/2 109/9 110/1 110/13 110/18 111/11 111/15 113/9 113/14 113/16 113/19 114/25 115/3 115/7 115/13 117/25 118/6 118/22 119/11 120/8 121/21 121/24 122/17 122/19 122/25 123/23 124/11 124/15 125/2 125/19 125/22 126/21 126/22 129/22 130/14 132/24 132/25 133/9 133/11 134/18 136/1 138/22 140/9 140/19 140/25 142/4 142/6 142/24 143/17 145/16
**Girlz' [49]** 11/14 19/24 46/16 78/9 79/20 79/23 80/9 80/14 80/17 80/19 80/23 81/4 81/7 82/7 82/17 82/19 83/4 83/12 83/19 84/3 84/5 84/8 84/23 86/6 86/11 86/16 86/22 86/25 87/7 87/11 87/16 87/19 87/25 88/1 88/4 88/5 89/7 109/8 110/19 116/8 124/19 124/20 125/4 132/14 138/17 141/17 141/19 141/21 142/2
**give [20]** 15/1 39/25 40/6 40/19 41/24 42/17 55/3 55/8 56/5 58/10 60/13 63/19 67/19 71/8 71/8 74/14 76/8 77/14 101/20 113/4
**given [13]** 9/13 32/5 37/13 45/4 51/11 52/10 53/5 74/12 77/16 81/16 99/25 103/17 107/21
**giving [3]** 40/22 68/7 86/22
**glad [1]** 17/23
**glitches [1]** 70/11
**glove [1]** 145/9
**go [40]** 9/10 14/3 16/11 19/5 35/19 42/2 42/18 46/19 49/20 50/22 51/10 56/16 57/20 57/21 59/7 60/19 61/3 64/7 64/10 65/2 67/22 70/23 85/22 98/24 111/12 113/1 113/12 116/9 117/21 120/3 121/4 123/17 126/10 126/20 130/2 136/15 136/16 140/17 141/12 145/22
**goes [20]** 53/22 59/9 103/13 115/25 116/8 118/1 118/8 121/16 124/6 125/14 125/15 125/17 126/19 137/9 138/25 140/8 141/13 143/9 144/3 145/6

**going [66]** 19/21 34/12 35/18 37/23 38/1 38/5 38/7 38/6 38/14 39/9 39/22 39/24 39/25 40/6 40/9 40/13 40/22 44/10 44/24 46/10 48/16 49/20 49/24 51/18 56/5 60/8 62/9 64/11 64/18 67/15 67/19 67/25 68/5 94/9 99/16 100/14 100/24 100/25 101/14 101/16 103/16 103/18 104/6 107/12 107/13 108/22 110/7 111/6 111/9 113/1 113/20 114/16 124/16 134/3 135/1 135/4 135/9 137/8 139/15 142/10 143/9 144/4 146/6
**golden [1]** 111/17
**gone [2]** 7/18 103/1
**gonna [1]** 111/3
**Goo [2]** 124/21 144/21
**good [14]** 4/7 4/10 4/11 4/13 4/22 5/2 5/4 27/18 33/11 63/18 67/20 70/7 70/25 121/13
**goods [12]** 14/22 14/23 15/6 15/16 15/17 79/2 82/9 82/22 84/3 84/8 84/15 84/16
**got [25]** 13/23 20/2 20/9 41/4 41/10 42/10 44/22 57/14 58/17 58/22 58/24 59/11 67/8 70/10 112/7 118/6 119/13 120/6 120/22 122/20 137/18 138/18 138/25 143/7 143/7
**gotten [2]** 47/3 64/15
**grab [1]** 36/6
**grace [1]** 103/10
**GRAND [2]** 1/12 71/20
**grandmother [1]** 133/18
**great [1]** 127/24
**greater [3]** 82/25 83/6 85/1
**green [8]** 2/14 4/12 4/23 35/4 37/3 41/1 42/6 112/5
**GREGORY [1]** 2/10
**gross [11]** 53/17 53/22 53/23 87/14 87/15 87/18 87/22 89/11 89/14 89/15 89/18
**group [7]** 24/18 24/23 25/20 25/21 120/15 123/25 127/19
**guess [7]** 29/16 59/9 75/8 89/2 98/22 98/25 126/4
**guidelines [1]** 99/25
**guiding [1]** 61/22
**Gurl [3]** 122/23 130/2 131/11
**Guys [1]** 21/2

**H**

**had [49]** 9/19 13/4 13/14 14/15 18/16 21/1 22/25 23/19 24/5 25/5 25/6 25/24 26/6 27/5 28/15 31/3 31/10 37/7 38/16 49/9 52/6 52/12 53/14 63/24 65/12 65/14 70/11 77/6 89/13 101/8 103/10 105/8 109/3 111/10 114/1 117/9 119/24 120/5 121/1 122/5 122/8 122/21 123/15 123/19 134/7 136/16 136/19 143/12 143/18
**hadn't [3]** 10/13 34/3 41/13
**hair [78]** 17/13 108/2 108/10 109/3 110/17 111/2 112/11 115/1 117/14 117/17 122/11 122/24 122/25 127/15 129/7 129/7 129/16 130/6 131/12
**hairstyle [1]** 126/25
**hairstyling [1]** 78/16
**HALE [1]** 2/10
**half [3]** 67/13 113/24 114/2
**Haljevac [1]** 137/16
**HAMPTON [1]** 2/15
**hand [7]** 76/17 79/10 84/6 115/16 115/17 137/23 137/24
**handed [3]** 53/3 63/21 65/7
**handle [3]** 13/15 60/19 65/8
**hands [1]** 128/16
**happen [1]** 92/18
**happened [5]** 28/11 43/10 43/18 76/9 95/5
**happens [1]** 105/9
**happy [4]** 61/7 62/13 97/9 103/5
**hard [2]** 60/13 145/19
**hardship [1]** 90/20
**harm [12]** 86/14 89/2 89/21 91/1 91/7 98/22 99/21 100/2 100/4 100/5 100/18
**harmed [6]** 86/12 99/12 140/13 140/19
**HARRIS [41]** 1/10 4/4 27/19 27/20 34/14 36/12 37/2 40/23 45/12 46/21 61/7 61/20

62/1 71/19 71/19 88/8 88/11 88/14 88/16 88/24 88/22 88/25 88/25 90/2 90/19 91/1 91/6 104/10 104/11 109/10 109/15 112/1 118/2 124/13 127/13 134/18 135/9 138/19 138/23 139/7 145/14
**Harris's [2]** 117/7 117/10
**Harrises [5]** 102/25 110/2 118/4 143/8 143/20
**has [80]** 6/10 6/22 9/5 11/13 11/24 18/6 22/7 31/11 31/11 31/19 32/8 34/25 36/9 36/22 41/17 43/12 43/18 43/20 49/4 53/24 54/16 54/21 57/2 57/4 57/5 60/11 61/6 62/3 63/4 67/2 67/4 71/3 71/23 72/3 74/2 74/20 76/14 78/19 79/9 79/14 79/21 79/24 80/19 81/5 81/7 81/10 82/7 83/12 83/22 83/25 85/6 85/7 85/16 87/23 89/18 92/21 93/3 94/4 97/8 97/15 98/9 99/25 102/24 105/25 106/20 107/2 109/18 110/10 116/21 124/20 129/6 129/7 129/18 131/4 131/14 132/11 132/15 134/11 134/11 136/25
**hasn't [2]** 103/1 109/5
**hat [1]** 144/9
**have [203]**
**have is [1]** 13/13
**haven't [8]** 42/10 47/3 64/12 64/15 65/5 95/4 95/9 103/7
**having [8]** 10/12 31/7 59/17 81/20 102/13 103/5 124/12 127/20
**he [137]** 5/7 5/10 6/8 6/10 6/21 7/2 7/19 7/21 8/4 8/9 9/16 9/16 9/16 9/19 9/19 10/5 10/6 10/11 10/12 10/13 10/16 10/20 10/21 10/22 10/23 10/24 10/25 11/1 11/2 11/3 11/3 11/4 11/4 14/6 14/13 14/14 14/17 14/19 14/25 15/5 26/22 29/9 29/9 29/19 29/20 30/23 30/25 31/4 31/23 32/8 45/5 61/21 61/22 64/3 65/7 76/7 100/17 105/5 105/6 105/6 105/7 105/8 105/9 105/12 106/8 109/4 109/4 109/6 112/1 113/3 114/22 114/23 114/24 115/9 115/10 115/11 117/7 115/23 115/24 116/22 116/24 117/1 117/2 118/2 118/12 118/14 127/6 127/7 127/7 128/9 128/10 128/11 128/15 128/16 130/13 130/16 130/24 130/25 131/8 131/10 131/13 131/15 131/17 131/20 131/21 131/22 132/1 132/3 132/5 132/25 133/1 136/10 136/10 136/23 136/24 136/25 137/4 139/6 139/11 139/12 139/22 139/24 139/24 140/6 141/21 141/23 142/11 142/11 143/11 143/16 143/16 143/19 143/19 144/8 144/10 144/10 144/11
**he'd [1]** 136/11
**he's [8]** 100/24 105/5 108/23 113/6 115/9 137/8 144/5 144/6
**head [2]** 128/16 143/1
**header [1]** 65/14
**hear [13]** 4/16 9/8 28/7 38/13 61/8 61/13 65/9 70/14 70/16 75/20 92/18 123/9 136/2
**heard [31]** 29/4 30/10 31/7 35/13 41/18 47/4 71/1 73/22 74/8 77/8 77/22 95/10 104/18 106/25 107/1 107/6 107/25 110/12 112/20 113/3 120/14 121/17 121/18 126/14 127/18 130/12 133/10 134/20 139/22 143/24 144/1
**hearing [2]** 105/24 123/21
**heavily [1]** 83/9
**heels [1]** 98/20
**height [1]** 128/17
**held [1]** 147/10
**Hello [1]** 28/3
**help [2]** 73/6 98/19
**helpful [1]** 70/16
**Hepburn [3]** 145/1 145/4 145/5
**her [24]** 60/15 105/4 111/3 114/11 114/12 117/24 119/4 120/21 121/3 121/7 122/6 122/15 122/19 122/20 123/4 124/23 126/4 126/12 126/17 133/18 136/20 136/21 137/8 139/8
**here [49]** 6/3 7/9 10/3 16/23 23/6 28/4 29/4 29/16 30/13 44/15 47/22 48/1 53/6 54/16 60/10 68/1 92/22 92/22 93/20 94/10 95/1 95/11 95/13 101/4 103/5 103/22 103/22 104/24 105/1 111/1 112/13 113/20 123/6 125/10 126/11 129/20 130/21 131/16 134/4

**H**

here... **[10]** 135/14 136/11 137/23 137/24
138/18 139/15 140/21 144/10 144/19 146/5
**here's [2]** 139/11 139/19
**hereby [1]** 147/7
**hey [8]** 116/14 116/15 116/16 123/24 126/10
129/2 139/14 140/10
**Hi [2]** 28/2 33/12
**hiatus [3]** 136/9 136/11 136/12
**higher [6]** 11/21 27/5 28/13 32/16 32/18 72/8
**highlighted [1]** 97/18
**highly [1]** 72/6
**Hilton [2]** 127/18 127/19
**him [18]** 7/21 8/4 8/20 13/9 16/18 28/20 29/5
30/10 31/10 33/7 42/7 53/8 113/5 130/15
131/9 140/1 142/4 143/17
**Hino [1]** 146/23
**Hino-Spaan [1]** 146/23
**his [38]** 5/12 6/24 7/1 7/3 7/18 7/22 8/8 8/12
9/5 9/24 9/25 10/17 11/1 14/18 14/20 15/3
15/4 29/10 29/18 32/8 32/12 32/23 33/6 33/21
34/2 45/5 118/2 123/11 128/17 130/13 131/10
131/14 131/20 132/7 133/8 136/23 142/4
143/16
**Hispanic [1]** 130/23
**hit [1]** 144/4
**hold [2]** 54/17 106/12
**honest [2]** 40/12 102/17
**honestly [2]** 120/8 127/10
**Honor [103]** 4/7 4/11 7/14 22/3 27/17 33/5
35/5 35/9 35/11 36/3 37/4 37/15 37/18 38/4
38/10 38/19 39/3 40/7 40/13 40/24 41/2 41/12
42/9 42/11 42/22 42/24 43/10 43/15 44/2
44/12 44/25 45/23 47/19 49/10 49/15 49/18
49/21 49/25 50/12 50/25 51/10 51/21 51/25
52/17 53/4 53/7 53/25 54/9 55/1 56/3 56/8
57/1 57/20 58/12 59/18 59/19 60/6 61/10
61/14 61/17 62/24 62/25 63/10 63/25 64/1
64/23 65/5 65/19 66/12 66/18 67/22 68/12
69/4 69/8 69/20 69/23 94/19 94/23 94/24 95/6
95/7 95/16 96/3 96/6 96/8 96/12 96/21 97/4
97/20 97/25 98/7 98/12 98/15 98/18 99/7
100/12 100/22 101/1 101/3 102/21 141/9
146/11 146/12
**Honor's [4]** 42/5 44/14 59/20 65/24
**HONORABLE [1]** 1/7
**hope [1]** 115/20
**hose [1]** 74/18
**hour [2]** 35/19 146/6
**Houston [1]** 2/16
**how [35]** 15/12 16/11 30/2 32/9 32/23 53/15
61/22 65/11 69/9 74/13 76/23 76/24 84/21
93/25 105/14 114/14 114/19 116/18 119/6
121/12 124/23 126/13 126/25 127/7 128/10
133/20 134/22 139/13 139/24 140/17 140/23
142/11 143/19 143/19 144/7
**However [5]** 74/17 76/14 83/13 89/2 146/6
**hues [1]** 78/14
**human [3]** 128/12 128/14 128/14
**humans [1]** 128/25
**hurt [1]** 106/5
**hurtful [1]** 140/18
**HUSTLE [1]** 1/12 1/13 71/20 71/20 122/4
**hustler [1]** 143/21

**I**

**I'd [3]** 97/9 129/17 145/25
**I'll [6]** 18/15 69/16 94/21 141/12 145/14
145/15
**I'm [72]** 7/8 8/20 10/2 12/20 13/16 14/9 15/1
15/9 17/14 17/23 18/25 19/1 21/4 29/13
31/15 37/8 38/5 39/24 40/19 41/2 41/2 42/5
44/11 48/16 48/22 50/2 53/5 53/11 53/12 54/9
54/10 54/13 54/17 56/5 58/12 59/1 59/2 59/9
59/16 59/24 60/10 62/21 64/9 65/3 65/3 65/6
65/9 68/7 70/8 95/7 96/15 96/19 97/3 99/24
100/14 101/9 101/14 101/16 103/16 103/18
107/12 111/6 113/2 113/20 114/16 116/15
116/16 118/12 119/21 122/9 144/4 146/15

**I've [9]** 13/1 14/1 45/22 53/20 105/1 114/4
120/22 123/22 132/24
**I-N-D-E-X [1]** 3/2
**i.e [1]** 78/18
**ice [1]** 140/23
**iconic [1]** 133/23
**idea [1]** 30/20
**identification [1]** 79/16
**identified [4]** 27/7 29/7 31/2 31/25
**identifies [2]** 77/19 112/2
**identify [4]** 77/23 80/24 84/3 84/8
**identifying [2]** 78/1 81/12
**identity [14]** 51/14 52/11 65/22 86/4 86/7
86/11 86/16 89/7 138/16 138/18 140/13
141/14 142/13 142/20
**ignore [4]** 15/20 75/7 75/10 76/20
**ii [2]** 89/13 146/23
**iii [1]** 89/15
**image [6]** 43/25 77/24 78/4 122/14 131/24
144/25
**images [2]** 97/11 131/23
**immediately [3]** 93/13 117/14 136/5
**impartial [1]** 93/5
**impeached [1]** 136/21
**implemented [2]** 29/9 45/22
**important [9]** 25/20 76/16 76/23 93/8 102/11
103/2 112/13 134/22 144/12
**impose [1]** 81/13
**impression [1]** 83/3
**improper [2]** 73/12 93/1
**inaccurate [1]** 93/2
**inadvertent [2]** 52/20 52/22
**inadvertently [1]** 50/15
**inappropriate [1]** 99/13
**INC [4]** 1/8 1/15 4/4 55/14
**incentive [6]** 11/24 12/1 12/4 12/9 12/15
12/19
**include [6]** 16/12 17/15 29/21 30/3 30/5 124/9
**included [8]** 8/17 28/11 31/3 32/18 32/21
36/14 94/15
**includes [3]** 16/22 16/25 91/19
**including [7]** 28/8 28/20 28/25 78/2 91/22
92/16 93/25
**inclusion [2]** 47/8 47/15
**inclusive [1]** 1/16
**incomplete [1]** 93/2
**inconsistent [4]** 6/11 10/4 10/23 34/8
**incorporate [2]** 47/20 56/17
**incorrect [2]** 8/11 13/12
**increase [2]** 80/8 84/13
**incremental [2]** 20/11 20/24
**incurred [3]** 23/12 30/15 87/22
**incurring [1]** 24/1
**incurs [1]** 23/14
**independent [2]** 81/11 91/3
**indicate [2]** 80/22 84/9
**indicated [2]** 49/11 62/21
**indication [1]** 82/20
**indifference [3]** 88/13 142/22 143/1
**individual [4]** 81/23 121/24 134/3 144/15
**industry [1]** 134/25
**infer [2]** 95/12 99/8
**inference [1]** 85/24
**influenced [4]** 71/10 73/13 93/2 104/14
**information [8]** 17/24 91/13 92/25 93/3 93/6
93/12 140/1 140/2
**infringe [10]** 62/8 62/9 62/19 87/6 87/11
103/23 104/3 104/21 105/18 113/5
**infringed [2]** 55/21 146/1
**infringement [19]** 51/22 57/23 62/12 78/8
78/9 82/6 87/9 88/7 88/10 88/19 111/1
138/11 138/13 141/15 142/13 142/17 142/21
143/10 143/23
**infringes [2]** 65/22 87/19 87/25
**infringing [7]** 14/22 15/16 87/16 88/14 88/16
142/23 143/15
**injury [1]** 90/12
**inquiry [2]** 81/15 107/20
**insert [8]** 43/23 45/15 67/1 67/9 67/9 67/21

67/25 67/25
120/2 120/8
**inserted [1]** 64/25
**insightful [1]** 32/24
**Insofar [1]** 77/4
**inspect [2]** 30/23 31/4
**inspection [1]** 29/14
**Instagram [3]** 91/23 120/1 121/3
**instance [4]** 37/24 44/16 57/3 58/17
**instances [4]** 83/12 83/20 83/21 83/25
**instead [5]** 43/11 53/19 59/10 59/15 138/24
**instruct [1]** 71/2 74/2 87/1
**instructed [5]** 72/22 73/16 73/18 100/13
100/17
**instructing [1]** 87/2
**instruction [81]** 36/11 36/14 36/15 36/17 37/5
37/6 37/10 37/19 38/2 38/6 39/5 39/6 40/20
40/20 42/25 43/20 44/3 44/6 44/10 44/13 45/3
45/14 45/19 46/3 47/3 47/10 47/11 47/21
48/11 49/9 49/22 50/2 50/10 50/14 50/16
50/22 51/12 51/19 52/6 52/8 52/11 52/19
52/23 52/25 53/18 54/1 54/3 54/4 54/11 54/19
55/7 55/23 63/3 66/20 67/18 67/23 68/16
68/25 69/1 88/8 88/22 94/15 94/16 95/8 101/4
101/8 101/13 101/16 101/20 101/20 101/23
105/2 106/21 107/17 114/14 132/12 132/18
138/16 142/21 143/16 144/3
**instructions [42]** 3/16 35/18 36/1 36/5 36/8
36/20 36/22 36/23 37/1 37/22 38/17 40/4 42/3
46/22 48/19 48/24 51/11 51/22 52/12 52/13
53/2 53/14 54/7 54/20 56/7 61/24 64/5 66/17
70/13 70/17 71/4 71/14 71/18 72/14 91/11
100/1 101/7 101/24 103/17 111/21 112/7
117/4
**instructive [1]** 32/24
**insulted [1]** 103/6
**insulting [1]** 133/2
**intellectual [3]** 14/16 104/3 113/16
**intended [2]** 73/6 134/19
**intending [2]** 85/14 91/1
**intent [7]** 84/2 84/4 84/5 85/24 90/11 124/7
136/6
**intentionally [4]** 80/16 88/12 90/24 143/25
**interacted [2]** 20/21 20/22
**interest [3]** 75/23 131/3 131/4
**interesting [1]** 140/4
**internal [9]** 57/10 57/13 57/20 58/14 58/15
58/21 66/3 66/4 116/13
**internet [3]** 91/21 92/9 92/13
**interpret [1]** 73/6
**interrupt [1]** 94/10
**interviews [1]** 138/7
**intrinsic [1]** 81/22
**intro [1]** 67/13
**introduced [2]** 85/3 112/15
**investigating [1]** 10/5
**investigation [9]** 9/14 9/20 10/18 13/2 13/4
29/14 31/12 92/10 92/25
**invite [2]** 13/7 13/9
**involved [6]** 17/8 17/11 65/6 92/1 92/16
118/25
**involves [1]** 91/13
**Irvine [1]** 2/8
**is [311]**
**ISAAC [1]** 1/15 4/8 71/22
**Isaacson [9]** 96/10 116/22 123/10 125/3
125/7 130/13 130/24 131/20 132/6
**Isaacson's [1]** 131/8
**isn't [7]** 11/3 34/8 34/11 39/7 47/9 120/15
142/6
**isolated [1]** 83/24
**issue [30]** 9/15 18/20 29/6 50/10 51/17 52/9
53/9 55/2 57/12 57/21 64/1 64/17 66/16 68/18
78/12 89/24 91/9 97/15 98/1 98/18 99/13
99/21 100/6 106/20 110/1 114/6 115/13
129/13 130/9 132/10
**issued [3]** 22/7 33/16 33/24
**issues [14]** 16/16 28/19 38/12 38/14 42/3
46/20 49/8 56/18 57/1 61/19 66/19 94/13
94/19 114/9

**I**
it [340]
it's [102] 6/8 6/11 6/19 7/15 11/6 12/2 15/12 15/14 17/11 18/18 18/24 25/20 29/21 30/17 31/6 31/12 31/14 32/23 34/16 34/19 35/18 35/21 36/17 40/14 42/21 43/21 44/1 44/3 48/3 49/25 50/6 50/24 52/2 52/3 52/24 54/3 54/4 54/6 55/15 59/5 59/8 59/18 59/23 60/1 60/25 61/22 61/23 63/1 65/15 68/1 68/9 68/22 69/15 70/8 94/25 95/23 96/3 96/20 97/5 97/20 97/21 97/23 97/23 98/24 100/5 100/7 100/21 100/23 102/23 103/2 106/11 106/13 107/9 107/10 108/3 109/12 109/17 109/18 110/25 111/21 112/1 112/10 112/18 117/14 119/7 125/18 126/12 129/12 129/12 129/17 133/12 137/21 138/18 139/3 140/6 140/14 140/15 140/18 141/14 144/6 145/3 145/11
item [3] 4/3 31/18 74/2
Item 1 [1] 4/3
items [1] 89/4
iteration [1] 53/2
iterations [1] 50/15
its [14] 11/24 12/5 30/21 40/16 55/19 77/19 79/14 81/14 85/13 87/24 97/16 97/23 113/16 129/8
itself [5] 23/16 23/23 79/16 80/25 85/17
iTunes [1] 124/21

**J**
J-14 [1] 138/7
Jackson [2] 145/9 145/13
JAMES [1] 1/7
JAMISON [3] 2/4 4/9 33/12
January [1] 16/5
JASON [1] 2/3
jeopardizes [1] 93/11
JK [1] 109/17
job [7] 29/10 29/13 29/14 29/18 29/19 31/16 114/20
jobs [1] 29/18
Joc [1] 127/6
JOHN [2] 2/14 4/12
judge [3] 1/7 107/6 132/4
judged [1] 77/12
judgment [2] 91/3 95/4
Judicial [1] 147/12
juror [5] 93/10 93/11 93/16 102/1 102/2
jurors [9] 66/5 70/15 70/21 91/14 92/17 102/5 102/9 102/16 114/19
jury [50] 3/16 4/2 4/20 4/21 31/14 35/17 35/24 35/25 36/20 42/3 46/22 53/13 56/7 61/24 63/12 63/14 64/6 64/20 65/2 65/18 66/15 69/12 70/4 70/5 70/6 70/12 70/17 71/1 71/5 92/2 93/5 93/17 93/17 93/19 93/25 94/13 95/1 101/18 102/1 102/3 102/19 102/22 105/15 107/17 110/9 114/14 119/18 145/16 145/25 146/8
just [116] 6/4 11/1 14/1 21/21 29/9 29/15 29/17 29/25 34/8 35/20 40/4 41/7 41/10 41/16 41/18 42/5 42/17 43/2 43/7 44/8 44/22 45/1 45/5 45/7 45/15 46/3 46/14 47/24 48/20 48/25 49/13 49/21 49/24 50/4 50/5 50/13 50/24 51/7 51/10 52/1 52/23 53/9 53/18 54/14 55/2 55/12 56/11 56/12 57/9 57/25 58/8 59/22 60/7 60/11 60/25 61/16 61/24 62/1 63/2 63/17 64/12 65/6 65/12 66/3 66/19 66/21 67/9 67/17 68/14 68/24 69/11 69/17 70/9 76/12 77/12 94/9 95/7 95/17 98/10 99/21 100/6 100/16 100/23 101/15 104/6 104/6 106/11 107/9 108/24 111/12 113/3 116/15 116/21 121/14 122/9 122/10 123/15 123/25 126/3 127/14 128/7 128/23 129/12 132/21 133/5 134/17 138/5 139/16 140/20 141/5 142/14 145/18 145/19 146/1
justed [1] 51/4
justifies [2] 89/22 91/7
justify [1] 85/23
jvs [3] 1/10 4/3 38/23

**J**
J-148 [1] 138/7

**J** (continued second column)
Katy [1] 112/5
keep [1] 105/8
keeping [1] 95/1
KENNETH [2] 2/4 4/9
KEVILLE [11] 2/14 3/17 4/12 64/3 70/14 94/11 97/1 97/8 99/17 101/17 102/19
Keville's [2] 70/18 94/20
key [1] 111/20
kids [4] 110/22 118/6 125/19 133/15
kind [10] 43/20 49/22 50/5 66/19 106/10 116/24 117/1 124/15 132/7 135/10
kinds [2] 74/11 133/12
Knecht [1] 22/21
knew [5] 21/1 125/21 139/7 140/25 142/24
knockoff [1] 106/9
know [46] 6/5 6/9 12/9 12/11 16/18 18/24 19/18 21/3 21/7 21/20 21/21 31/5 34/7 37/8 48/24 54/13 57/16 64/3 66/2 67/24 75/20 79/17 95/2 95/4 98/10 102/23 103/21 110/13 110/17 110/17 110/18 111/3 111/9 111/9 111/14 112/19 118/6 120/20 122/11 123/11 126/21 134/24 136/4 137/13 140/9 140/15
knowing [4] 84/2 90/13 90/14 90/20
knowingly [2] 84/7 88/12
knowledge [5] 77/10 77/15 109/6 117/6 136/24
known [4] 111/14 142/3 142/5 143/18

**L**
L.A [1] 134/7
L.O.L [20] 18/8 23/15 82/18 83/1 83/5 86/17 86/21 86/24 87/6 87/10 87/17 87/18 87/24 88/3 110/4 110/4 121/19 125/2 141/17 141/25
label [1] 130/8
lack [5] 9/13 9/20 10/18
ladies [7] 4/22 35/12 35/22 70/7 94/9 101/19 146/5
Lady [4] 127/14 138/4 144/20 144/25
language [7] 37/10 37/16 39/7 39/15 39/18 40/2 44/1
Lanham [1] 56/3
large [2] 83/24 129/9
largely [1] 107/9
LARIAN [29] 1/15 4/8 61/20 61/21 61/25 71/22 104/1 106/1 106/4 106/8 108/7 109/1 113/3 114/22 115/16 115/21 115/22 118/9 125/9 128/2 132/24 133/12 136/18 136/18 139/2 141/18 143/6 143/15 144/5
Larian's [2] 108/21 145/23
last [24] 7/4 7/4 18/9 19/17 24/15 29/5 33/21 33/22 34/22 48/4 48/13 48/19 48/23 49/14 53/10 53/11 62/20 95/25 111/7 112/22 126/24 130/11 138/3 144/4
later [16] 6/8 10/1 10/4 10/11 33/24 52/9 58/19 59/12 89/24 91/9 106/7 114/24 114/24 123/22 137/12 139/13
law [19] 14/16 23/24 29/7 30/7 30/8 30/18 50/17 55/6 55/6 55/9 56/2 71/2 71/7 71/8 74/11 81/9 81/13 92/15 144/5 144/15
lawsuit [9] 22/1 30/18 30/19 111/9 112/25 112/25 113/3 124/14 139/17
lawsuits [1] 144/24
lawyer [4] 74/25 75/1 75/3 118/12
lawyers [12] 23/12 72/20 73/3 73/4 73/8 73/10 77/2 92/17 106/9 106/11 112/17 139/12
lay [1] 126/9
layered [2] 78/17 108/15 115/6 129/8 129/17 129/17 130/5
leads [1] 25/14
learn [1] 92/11
learned [3] 117/23 118/2 143/25
least [4] 15/25 32/24 40/7 95/24
leave [4] 15/22 66/7 111/6 145/14
leaves [1] 72/5
lectern [2] 69/24 69/25
led [2] 80/19 83/12
ledger [6] 17/21 17/24 18/1 18/2 18/4 29/11

**L** (third column)
Lee [6] 131/19 131/22 131/24 131/25 132/1
left [3] 136/17 137/19 138/13
legal [6] 11/17 16/22 23/20 29/21 30/14 143/16
length [1] 80/12
less [3] 12/15 67/4 84/18
let [14] 40/8 42/18 43/5 43/7 44/8 44/22 49/17 53/20 56/9 91/17 102/22 103/21 119/24 125/22
let's [19] 4/20 16/5 25/9 36/5 38/13 61/5 66/21 70/5 106/13 112/9 112/9 114/22 116/11 117/5 118/15 128/1 131/19 137/23 139/16
letter [13] 110/3 114/23 124/10 124/12 137/18 138/23 138/24 138/24 139/2 139/11 143/6 143/7 143/8
levels [1] 132/1
liable [1] 78/6
lieu [1] 77/5
life [1] 128/16
light [2] 74/22 76/4
like [67] 5/12 7/4 12/12 23/15 29/23 31/13 31/15 38/23 39/18 41/24 43/21 46/19 46/23 49/23 50/9 54/19 56/22 58/7 58/20 60/6 65/1 70/10 77/12 100/10 101/10 102/19 106/4 110/12 112/12 117/15 117/19 117/20 119/7 119/13 120/7 120/22 121/8 121/14 121/24 122/9 122/11 122/16 123/24 124/11 124/15 124/15 124/15 125/22 125/25 126/17 127/1 127/7 127/15 127/20 127/22 127/24 128/6 128/14 128/14 129/8 131/21 131/22 140/15 142/2 143/13 144/20
likelihood [19] 82/13 82/15 82/25 83/13 83/14 83/18 84/6 84/9 84/13 85/1 85/4 114/15 116/24 117/3 124/6 129/25 130/11 132/2 132/9
likely [13] 4/17 78/25 82/8 82/20 83/7 83/16 84/11 84/18 84/21 106/24 113/21 114/2 127/13
likeness [34] 20/7 25/5 25/7 25/19 26/5 51/13 52/10 55/4 62/9 62/18 65/22 86/4 86/6 86/11 86/16 86/22 88/23 89/8 89/21 103/24 104/25 105/19 111/6 138/15 138/17 140/13 141/3 141/17 141/19 141/21 142/13 142/20 144/14
likes [1] 71/10
limit [1] 32/1
limited [9] 9/16 73/18 73/19 73/25 74/3 74/4 91/22 97/16 97/19
line [30] 8/10 18/8 24/6 24/19 25/23 26/1 30/22 45/17 45/18 46/13 46/14 48/5 48/6 48/9 48/13 49/23 50/4 58/2 65/25 66/4 68/15 84/20 84/23 107/12 109/16 109/17 109/18 117/9 127/4 141/22
line 1 [1] 46/14
line 13 [3] 48/5 48/9 48/13
line 14 [1] 48/6
line 18 [1] 58/2
line 22 [1] 68/15
Line 28 [1] 45/18
line 3 [1] 65/25
line 6 [2] 49/23 50/4
lines [5] 47/12 68/12 68/16 107/17 109/21
Lingerie [3] 97/15 98/21 99/13
Lingerie-Gate [3] 97/15 98/21 99/13
LinkedIn [2] 91/23 106/7
list [5] 17/21 31/23 31/24 31/24 73/2
listen [2] 46/1 92/6
listened [1] 102/10
literal [5] 45/15 45/20 79/6 107/4 113/23
literally [1] 45/19
litigate [2] 22/1 22/8
litigation [2] 12/4 17/9
little [21] 6/11 22/22 97/25 98/3 106/3 106/10 110/24 112/3 116/16 116/25 117/19 118/6 126/3 126/17 128/12 132/7 136/4 140/22 141/3 141/19 145/15
live [4] 77/6 121/18 122/13 123/8
living [1] 105/6

**L**

**LLC [7]** 1/12 1/13 1/13 71/20 71/20 71/20 113/16

**LLP [4]** 2/4 2/7 2/10 2/15

**lodge [1]** 98/8

**logical [1]** 127/19

**logistics [1]** 59/25

**LOH [7]** 2/3 4/7 63/24 94/22 98/17 111/16 115/19

**lol [2]** 119/11 120/22

**long [7]** 10/1 17/9 32/21 69/9 70/8 102/23 111/19

**longer [1]** 51/18

**longest [1]** 120/25

**look [40]** 18/2 25/3 25/10 25/16 25/20 29/12 29/13 32/24 53/20 54/2 57/3 105/23 110/8 112/9 112/10 114/19 117/8 117/18 118/15 119/6 119/13 121/8 121/24 122/24 124/11 124/12 125/23 126/24 128/6 128/7 128/14 130/16 130/24 130/25 131/17 131/21 133/11 134/23 140/8 141/16

**looked [10]** 6/15 14/14 14/14 25/5 28/14 31/23 90/22 118/9 126/3 139/25

**looking [24]** 14/9 15/9 25/13 26/11 26/25 29/10 29/11 44/11 49/7 50/25 52/16 53/5 53/11 53/12 54/10 54/15 57/22 59/1 65/4 65/6 96/19 121/8 122/9 132/16

**looks [5]** 119/7 126/13 127/21 131/22 144/11

**Lora [9]** 19/9 19/13 114/7 126/6 126/14 130/4 137/25 144/24 145/5

**Los [1]** 2/5

**lose [1]** 136/11

**loss [1]** 18/22

**losses [1]** 18/9

**lost [2]** 18/6 19/3

**lot [6]** 22/24 62/3 105/25 114/4 117/11 125/16

**Lots [1]** 138/8

**Lousiana [1]** 2/16

**lower [5]** 11/22 12/3 12/11 28/16 81/19

**lower.' [1]** 6/10

**lowest [1]** 12/19

**Ltd [1]** 55/15

**lunch [6]** 69/13 70/18 70/19 70/23 146/5 146/19

**M**

**made [23]** 6/23 17/9 18/21 20/13 36/22 36/25 37/9 37/13 41/23 46/4 49/12 63/23 65/15 85/25 102/13 105/14 109/10 120/8 120/17 121/14 125/23 127/10 143/15

**magazine [1]** 126/24

**magazines [1]** 138/6

**mail [8]** 41/10 60/7 91/20 106/5 123/19 124/8 144/2 144/20

**mailed [1]** 38/18

**Main [1]** 2/8

**Mainly [1]** 117/12

**majorgirl [1]** 119/10

**make [39]** 12/22 17/3 20/19 21/25 22/14 23/3 25/23 31/14 39/11 46/4 49/14 50/13 51/4 52/1 53/7 54/2 55/25 59/17 61/4 65/13 66/11 69/12 76/9 81/18 92/10 98/8 99/7 100/16 107/22 108/4 109/14 118/22 121/12 127/2 138/1 139/14 141/19 144/24 145/20

**maker [1]** 139/9

**makes [2]** 59/22 74/11

**makeup [2]** 78/17 130/6

**making [3]** 38/1 91/4 120/13

**malice [6]** 90/1 90/4 90/8 90/11 142/19 143/24

**manages [1]** 18/3

**managing [3]** 90/6 90/10 91/2

**MANGUM [19]** 3/11 4/24 5/2 22/20 22/20 22/24 24/15 26/17 28/19 29/6 30/2 30/23 31/2 31/4 31/19 31/23 33/21 140/1 140/11

**Mangum's [10]** 28/4 28/21 28/25 31/7 32/6 32/15 32/21 33/13 34/1 34/5

**manipulate [1]** 138/1

**manipulated [3]** 125/10 125/13 137/22

**manipulation [1]** 137/21

Case 2:20-cv-11548-JVS-AGR    Document 836    Filed 10/20/22    Page ID #:49599

**manner [5]** 17/2 71/13 73/24 80/3 96/11

**manufacture [1]** 1/4

**many [6]** 17/16 97/10 114/21 138/6 140/23 144/7

**marched [1]** 105/4

**margin [4]** 18/5 18/13 18/16 18/18

**margins [1]** 26/19

**mark [8]** 2/7 4/8 55/21 85/24 85/25 86/2 114/17 116/8

**marked [3]** 3/8 3/13 98/5

**market [4]** 80/11 85/1 124/25 131/16

**marketed [3]** 116/18 116/18 130/7

**marketing [4]** 84/10 124/18 131/16 131/16

**Marketing/Advertising [1]** 84/10

**marketplace [1]** 83/4

**marketplaces [1]** 84/12

**match [1]** 57/16

**matched [1]** 104/11

**material [1]** 90/25

**materials [1]** 92/10

**math [2]** 7/18 7/22

**mathematical [1]** 8/1

**mathematically [2]** 12/2 12/10

**mathematics [1]** 25/11

**matter [4]** 92/4 116/25 144/7 147/10

**matters [3]** 13/19 35/14 70/9

**Maxine [2]** 120/14 122/1

**may [56]** 12/15 16/5 27/15 35/6 36/6 38/11 44/9 45/20 48/5 48/7 48/9 50/15 50/15 55/1 68/4 68/5 68/22 69/20 71/15 72/24 73/20 73/22 73/25 74/3 74/6 74/14 74/18 75/3 75/4 75/9 75/13 75/15 76/10 76/11 76/11 76/16 76/19 77/2 77/13 78/5 79/6 80/5 81/24 82/25 83/16 83/22 83/25 84/3 84/8 84/12 84/17 84/18 84/21 88/17 89/6 93/1 93/15 93/22 93/22 101/7 107/4 112/14 114/6 140/7

**maybe [13]** 34/7 38/22 59/8 96/2 96/12 98/18 117/15 133/8 133/8 139/10 139/10 140/7 140/7

**McDonald's [2]** 111/18 111/22

**me [37]** 4/8 12/18 15/1 38/11 40/8 41/24 42/17 42/18 43/5 43/7 43/17 44/5 44/8 44/22 46/19 53/20 56/9 57/11 58/10 62/8 69/7 70/13 92/19 93/15 93/18 93/25 101/10 102/22 103/20 103/21 121/14 122/2 122/16 125/23 127/22 131/22

**mean [37]** 1/9/5 9/7 12/1 12/1 39/21 52/14 81/24 87/3 97/10 109/4 116/15

**meaning [14]** 78/20 79/13 79/22 79/24 81/5 81/7 83/8 86/23 106/20 132/1 132/11 132/16 138/4 138/9

**means [12]** 12/11 71/11 71/25 72/4 75/11 85/25 90/11 90/18 90/24 91/20 106/17 107/20

**meant [2]** 144/14 145/3

**measure [1]** 87/2

**media [12]** 81/1 81/2 84/12 91/24 92/1 92/6 92/19 125/1 57/15 138/6 138/13 138/8

**meet [4]** 108/23 129/11 143/13 143/14

**meets [3]** 109/5 129/14 129/18

**member [3]** 93/17 93/19 102/1

**members [7]** 71/1 78/3 91/25 93/17 102/22 110/23 121/24

**memory [2]** 73/9 75/21

**men [1]** 123/16

**mention [3]** 97/16 97/19 100/13

**mentioned [2]** 107/7 130/14

**merely [1]** 86/1

**merits [1]** 91/18

**message [1]** 86/23

**messaging [1]** 91/21

**met [1]** 123/2

**Metal [3]** 122/23 130/2 131/11

**metaverse [1]** 84/24

**methodologically [1]** 26/8

**methodologies [1]** 7/19

**methodology [3]** 24/22 25/1 34/5

**methods [1]** 21/12

**metrics [1]** 130/21

**MGA [96]** 1/8 1/15 4/3 4/8 10/20 11/13 11/22 11/23 12/4 13/8 13/9 20/16 20/23 21/5 21/15 21/24 22/1 22/7 23/18 24/1 30/21 31/12 36/17 41/14 41/20 51/11 53/24 61/6 65/1 71/21 71/22 78/23 79/1 79/12 80/16 82/7 82/22 82/24 83/11 83/18 84/2 84/7 84/22 85/7 85/9 85/21 86/3 86/6 86/10 86/15 86/19 87/8 87/10 87/23 88/9 88/10 88/12 88/15 89/6 89/12 89/13 89/18 90/1 90/6 90/7 90/10 90/11 90/24 103/23 104/1 105/22 106/22 107/2 110/7 113/20 115/25 118/14 119/24 120/5 121/1 124/25 127/16 129/3 130/25 135/14 135/24 136/25 137/9 138/17 139/18 140/12 141/14 141/18 141/20 142/9

**MGA's [34]** 16/22 17/12 20/19 29/15 48/15 56/19 57/23 59/10 59/13 59/23 80/18 82/9 82/18 82/22 82/23 83/5 83/7 83/15 84/2 86/13 87/15 87/18 88/17 88/20 89/15 89/20 90/12 90/18 91/6 124/7 131/15 140/20 142/2 142/17

**MICHAEL [3]** 2/4 145/9 145/13

**mid [1]** 110/21

**mid-20's [1]** 110/21

**midst [2]** 112/24 112/25

**might [12]** 12/4 17/16 46/7 46/10 52/19 58/20 75/8 116/19 116/20 119/6 126/10 133/5

**MIL [2]** 99/15 100/18

**Millennial [2]** 109/23 110/5

**millennials [1]** 130/20

**million [6]** 106/2 124/19 139/20 139/22 140/5 140/6

**Minaj [1]** 112/16

**minds [2]** 79/15 80/22

**mine [1]** 136/15

**minute [13]** 40/8 43/2 43/7 51/7 52/23 66/21 68/14 94/10 95/17 112/22 126/17 128/1 140/21

**minutes [5]** 29/5 69/10 70/13 94/11 141/8

**misappropriate [5]** 62/8 62/9 62/18 103/24 105/19

**misappropriated [1]** 86/3

**misappropriates [1]** 65/23

**misappropriation [22]** 50/17 51/13 51/23 51/24 52/10 54/13 54/14 55/4 55/5 55/6 55/7 55/9 57/24 59/6 62/12 98/22 100/2 138/15 141/6 141/10 141/13 142/20

**misleading [1]** 93/2

**misrepresented [1]** 90/25

**misrepresenting [1]** 143/25

**Miss [1]** 18/21

**Miss Divine [1]** 18/21

**missed [1]** 19/11

**missing [8]** 43/11 50/11 53/6 53/11 53/14 53/18 67/12 144/2

**misstatements [1]** 37/13

**mistaken [3]** 68/6 101/15 137/7

**mistakes [1]** 76/9

**model [13]** 37/22 38/2 38/6 39/4 39/5 39/8 40/18 43/14 43/22 44/4 44/9 44/13 45/3

**model's [1]** 44/17

**modifications [1]** 37/23

**modified [1]** 137/12

**modify [1]** 48/16

**mom [2]** 106/3 113/17

**moment [2]** 42/17 58/10

**moms [2]** 133/16 140/23

**monetary [2]** 59/6 59/7 59/14

**money [9]** 18/6 18/21 20/14 22/1 105/16 105/21 120/16 145/23 146/2

**Moniece [2]** 121/19 125/21

**monochromatic [1]** 78/14

**month [5]** 7/4 33/22 126/24

**months [4]** 7/1 9/24 9/25 137/12

**mood [4]** 137/11 137/11 137/13 137/14

**moral [2]** 12/11 12/14 126/8

**more [44]** 5/19 12/2 12/10 15/20 16/12 16/15 27/8 28/11 31/15 37/24 38/3 40/11 59/22 64/21 70/10 72/1 74/9 81/18 82/18 82/20 83/8 84/14 84/15 84/16 87/6 90/5 90/9 93/16 95/12 98/18 101/19 107/23 108/5 109/14 117/22

**M**

**more...** [9] 119/21 120/5 123/5 124/11 124/14 124/15 126/9 134/17 134/21
**morning** [15] 4/7 4/10 4/11 4/13 4/22 5/2 5/4 29/4 33/11 38/16 38/16 41/13 65/4 70/7 74/15
**Moshe** [2] 122/23 125/18
**most** [8] 32/19 32/22 33/1 39/16 41/16 62/11 104/7 104/13
**mostly** [1] 59/24
**mother's** [2] 120/1 121/3
**motion** [2] 4/15 61/6
**motions** [4] 4/16 4/18 61/6 62/22
**motive** [1] 12/11
**mouths** [1] 115/20
**move** [3] 5/25 6/5 11/10
**MR** [13] 3/17 5/18 94/22 97/1 98/17 101/17 106/4 111/16 113/3 129/12 136/18 138/19 145/23
**Mr.** [107] 4/23 5/2 5/6 5/9 5/21 6/15 6/21 6/23 7/5 7/7 7/11 8/3 8/6 9/5 9/6 9/8 9/10 9/13 10/4 10/19 13/5 13/7 13/11 13/21 13/24 14/3 14/13 14/24 15/5 15/7 15/11 15/13 15/18 16/8 16/17 18/3 22/21 23/4 27/20 28/2 30/24 31/3 33/11 33/12 34/22 35/4 37/3 37/14 41/1 42/6 47/18 49/4 49/17 55/3 60/19 61/1 61/20 61/20 61/21 61/25 63/24 64/3 64/16 64/21 65/7 70/14 70/18 94/11 94/20 97/8 99/17 102/19 104/1 104/11 105/5 106/1 106/8 108/7 108/21 109/1 112/1 114/22 115/16 115/21 115/22 116/22 118/2 118/9 123/10 123/5 125/7 125/9 128/2 130/13 132/24 133/12 136/8 136/18 139/2 139/19 140/1 140/11 141/18 142/11 143/6 143/15 144/5
**Mr. Crisanti** [16] 6/23 7/11 8/3 8/6 9/6 9/8 13/5 13/21 13/24 15/5 15/7 15/11 15/18 18/3 30/24 31/3
**Mr. Crisanti's** [1] 7/7
**Mr. Finkelstein** [4] 37/14 47/18 61/11 65/7
**Mr. Green** [5] 4/23 35/4 37/3 41/1 42/6
**Mr. Harris** [4] 61/20 104/11 112/1 118/2
**Mr. Isaacson** [5] 116/22 123/10 125/3 125/7 130/13
**Mr. Keville** [6] 64/3 70/14 94/11 97/8 99/17 102/19
**Mr. Keville's** [1] 70/18 94/20
**Mr. Knecht** [1] 22/21
**Mr. Larian** [24] 61/20 61/21 61/25 104/1 106/1 106/8 108/7 109/1 114/22 115/16 115/21 115/22 118/9 125/9 128/2 132/24 133/12 136/8 136/18 139/2 141/18 143/6 143/15 144/5
**Mr. Larian's** [1] 108/21
**Mr. Loh** [1] 63/24
**Mr. Mangum** [3] 5/2 140/1 140/11
**Mr. Sprankling** [6] 49/4 49/17 55/3 60/19 64/16 64/21
**Mr. Tregillis** [22] 5/6 5/9 5/21 6/21 7/5 9/5 9/13 10/4 10/19 13/7 13/11 14/13 14/24 15/13 23/4 27/20 28/2 33/11 34/22 105/5 139/19 142/11
**Mr. Tregillis's** [5] 6/15 9/10 14/3 16/8 16/17
**Mr. Trujillo-Jamison** [1] 33/12
**Ms** [5] 104/23 116/17 117/10 119/20 145/14
**Ms.** [19] 19/9 19/13 60/13 100/5 105/14 109/8 111/3 116/2 117/16 120/20 123/4 124/13 124/23 127/4 130/17 135/9 138/23 139/7
**Ms. Consorti** [1] 100/5
**Ms. Harris** [3] 135/9 138/23 139/7
**Ms. Lora** [2] 19/9 19/13
**Ms. Pullins** [8] 105/14 109/8 116/2 117/16 123/4 127/4 130/17 135/7
**Ms. Star** [2] 111/3 120/20
**Ms. Tameka** [1] 124/13
**Ms. Vargas** [1] 60/13
**Ms. Womack** [1] 124/23
**much** [19] 6/10 9/25 10/4 10/10 10/14 10/19 37/24 53/15 74/13 76/24 77/14 81/21 97/16 102/21 105/4 105/14 116/12 140/17 146/3

**MULLIN** [1] 2/15
**mulling** [3] 86/3 107/25 109/2
**multiple** [6] 34/10 85/15 116/5 124/22 124/24 134/25 135/5 135/8
**music** [9] 51/1 64/16 109/20 124/22 124/22 134/25 135/5 135/8
**must** [38] 40/4 48/7 48/14 53/21 71/8 71/9 71/11 71/25 72/9 73/1 73/17 73/20 74/21 75/7 75/8 75/12 79/18 81/9 82/8 82/13 86/5 86/20 88/15 88/19 88/24 89/2 89/10 89/22 89/25 90/2 91/7 91/10 91/12 92/3 102/6 102/7 107/19 132/12
**mutually** [1] 64/5
**my** [51] 4/5 6/6 6/14 7/19 11/19 14/11 16/14 16/24 17/2 18/25 19/5 20/4 20/21 21/1 21/11 23/17 23/20 25/3 26/21 29/13 29/14 29/19 29/23 31/11 42/18 42/20 47/1 51/19 53/8 54/6 58/22 59/17 61/3 68/2 71/2 95/24 99/10 100/16 101/8 103/15 105/12 109/6 111/2 112/1 113/17 119/3 119/12 120/16 124/1 127/22
**myself** [3] 99/6 119/12 127/24

**N**

**nail** [1] 11/6
**name** [39] 51/13 52/10 65/14 65/22 68/20 78/2 78/13 86/4 86/6 86/11 86/16 88/23 89/7 89/21 103/9 105/19 109/4 109/7 109/15 109/25 110/3 110/6 111/6 112/11 124/9 125/25 129/6 129/20 131/12 131/25 138/15 138/17 138/19 141/3 141/13 142/13 142/20 143/20 145/10
**name-calling** [1] 103/9
**names** [2] 109/22 123/11
**narrowed** [1] 105/8
**NDA** [6] 136/17 136/19 136/22 136/25 137/2 137/5
**near** [1] 6/3
**nearly** [1] 6/25
**necessarily** [5] 8/16 76/22 81/4 81/24 82/12
**necessary** [3] 40/15 85/21 93/14
**need** [12] 8/21 29/12 35/14 35/15 35/17 36/1 43/12 43/13 104/25 104/25 106/5 138/11
**needed** [2] 67/5 70/9
**needing** [4] 5/6 5/8 5/10 5/22
**needs** [3] 39/13 42/6 129/11
**negative** [6] 116/1 116/3 116/4 116/9 119/15 119/18
**net** [1] 53/22
**never** [12] 18/21 116/6 125/12 136/1 136/6 136/10 137/15 139/11 139/12 140/1 140/1 144/25
**nevertheless** [1] 116/9
**new** [14] 34/2 37/16 46/25 67/18 67/18 67/21 68/25 69/1 86/22 86/22 134/6 135/3 141/17 141/21
**news** [1] 92/6
**next** [7] 27/16 59/7 66/8 66/10 70/12 95/15 106/2
**Nicki** [1] 112/6
**niece** [2] 111/2 122/6
**night** [5] 48/19 48/23 49/14 74/17 133/22
**nine** [9] 32/5 32/7 34/12 104/10 104/12 104/19 104/21 106/11 107/7
**Ninth** [2] 94/14 101/12
**Nique** [4] 118/5 118/5 118/5 118/5
**Nique-Nique** [2] 118/5 118/5
**no** [171] 5/12 6/4 7/3 7/8 7/15 8/1 8/22 10/23 11/9 11/10 13/9 14/1 17/14 17/7 17/21 18/3 19/5 20/2 20/5 20/9 20/24 21/10 21/15 21/23 22/10 24/11 24/15 27/13 27/14 29/2 29/23 30/23 32/8 33/5 35/5 35/9 36/2 37/5 37/6 37/21 39/9 42/1 45/18 49/3 49/7 50/12 55/8 52/9 54/18 57/5 57/24 66/6 68/25 69/5 69/22 70/16 74/11 93/17 94/18 97/7 99/18 100/18 100/19 101/1 101/12 103/9 105/9 105/16 112/7 112/20 112/24 112/25 113/7 113/8 113/17 113/20 114/10 114/11 114/14 114/16 114/17 115/10 115/15 116/6 119/14 123/12 123/13 123/22 125/8 125/11 125/11 125/11 127/22 131/9 131/14 136/22

**No.** [28] 36/14 36/15 37/11 40/20 42/25 43/14 44/7 44/25 45/14 45/19 46/3 47/6 48/12 49/22 50/2 51/12 51/17 52/12 52/25 55/23 57/5 57/8 57/8 58/13 59/11 59/12 107/17 114/16
**No. 12** [4] 42/25 43/14 44/7 44/25
**No. 13** [2] 45/14 45/19
**No. 15** [3] 36/14 36/15 40/20
**No. 16** [1] 37/11
**No. 19** [2] 49/22 50/2
**No. 2** [1] 57/5
**No. 20** [1] 46/3
**No. 21** [3] 47/6 48/12 55/23
**No. 22** [4] 51/12 51/17 52/12 52/25
**No. 3** [4] 59/11 59/12 107/17 114/16
**No. 3's** [1] 58/13
**No. 5** [1] 57/8
**No. 6** [1] 57/8
**nobody** [2] 116/13 130/13
**non** [6] 78/14 81/14 85/19 85/22 131/1 131/4
**non-Caucasians** [1] 131/4
**non-monochromatic** [1] 78/14
**non-reputation-related** [1] 81/14
**non-use** [2] 85/19 85/22
**non-white** [1] 131/1
**none** [9] 3/9 3/14 16/7 19/23 32/20 62/7 62/17 62/18 75/16
**nonfunctional** [1] 44/21 77/18 78/22 81/9 106/22 107/19 113/8
**nonfunctionality** [1] 82/4
**nonwhites** [1] 131/6
**noon** [1] 70/14
**nope** [3] 141/2 142/24 143/4
**normal** [1] 38/23
**not** [242]
**note** [10] 36/17 36/25 56/11 56/12 56/18 62/3 63/1 93/15 94/3 97/12
**noted** [13] 40/21 40/24 47/17 48/2 48/3 48/17 51/12 55/10 61/2 63/7 68/9 69/2 137/11
**notes** [1] 13/10
**nothing** [14] 14/1 20/11 20/11 34/2 49/19 56/7 81/20 95/9 107/3 113/18 114/12 123/23 139/16 144/5
**notice** [6] 32/16 42/25 57/19 60/20 109/25 132/25
**noticed** [9] 49/21 51/6 57/19 65/13 68/12 107/6 117/11 117/20 124/14
**notification** [3] 48/16 88/18 88/21
**notify** [1] 93/12
**noting** [1] 50/4
**now** [44] 6/8 6/10 13/24 15/12 18/6 22/9 35/13 35/21 38/21 40/18 41/15 42/4 44/10 44/11 44/23 46/24 47/1 50/19 56/25 57/14 57/16 58/13 59/17 62/2 64/10 65/15 68/24 71/1 94/21 96/23 101/14 101/22 110/22 113/3 116/11 119/19 121/5 122/24 124/16 129/3 131/5 131/19 139/10 140/6
**now that** [1] 46/24
**nowhere** [8] 103/7 110/9 133/1 133/1 133/6 133/8 133/11 143/18
**number** [17] 28/24 32/19 48/25 49/4 49/6 57/10 57/11 66/4 76/22 79/19 80/9 80/20 95/25 105/4 125/5 131/5 132/14
**numbered** [3] 59/10 95/18 95/19
**numbering** [11] 57/2 57/7 57/17 58/13 59/13 59/14 60/24 66/3 66/3 66/6 98/9
**numbers** [14] 7/24 8/7 18/24 22/25 29/15 29/16 31/1 58/14 95/22 103/19 121/8 140/3 140/7 142/11
**numerically** [1] 93/25

**O**

**O.M.G** [47] 8/10 8/19 18/6 18/8 19/23 23/15 28/9 65/22 82/19 83/1 86/17 86/21 86/24 87/6 87/10 87/17 87/19 87/24 88/3 89/5 108/7 108/9 108/12 108/16 109/2 109/18 109/23 110/4 110/4 114/25 115/3 115/7 115/14 118/4

**O**

**O.M.G...** **[13]** 121/20 121/23 123/20 123/21 123/23 125/5 125/20 129/5 129/16 130/7 141/2 141/19 142/1

**oath [7]** 8/24 27/22 71/13 77/1 92/22 93/7 123/13

**object [14]** 40/6 45/1 47/6 47/8 47/14 47/24 52/7 52/19 60/24 63/3 67/18 69/1 73/11 75/3

**objected [2]** 37/20 51/15

**objection [31]** 7/12 10/8 11/16 12/6 21/8 21/17 22/3 22/15 24/12 26/20 32/11 36/2 37/20 40/20 40/24 45/6 48/2 48/16 49/11 55/10 68/9 73/13 75/4 75/5 75/7 94/18 97/13 98/6 99/9 99/10 125/12

**objections [12]** 4/16 36/19 36/24 41/16 41/20 46/21 47/20 55/24 56/12 56/17 63/2 73/10

**obtaining [1]** 89/14

**obvious [1]** 114/21

**obviously [2]** 56/16 61/17

**occur [1]** 83/15

**October [5]** 20/16 20/18 20/23 22/7 22/9

**October 2022 [3]** 20/16 20/18 20/23

**odds [1]** 131/15

**off [6]** 19/21 57/9 57/10 118/17 140/11 142/5

**offended [1]** 140/24

**offer [1]** 33/17

**offers [1]** 75/1

**officers [2]** 90/5 90/9

**often [2]** 70/15 76/9

**oh [16]** 14/9 116/25 119/7 122/9 122/11 123/22 124/15 125/9 125/22 126/21 126/22 126/25 133/11 136/9 141/5 144/8

**okay [52]** 7/5 8/16 10/18 12/24 17/8 33/8 35/12 44/22 45/22 46/18 49/13 49/19 51/3 51/5 53/20 54/4 54/8 56/9 56/14 56/15 56/22 56/25 58/10 60/15 60/18 61/5 63/11 65/16 66/1 66/11 66/13 66/23 67/6 68/8 68/15 68/24 69/6 70/25 94/22 95/3 96/23 98/23 100/15 101/2 101/16 113/7 125/10 127/3 131/8 137/23 146/13 146/21

**old [6]** 50/18 50/20 51/18 53/10 131/3 135/22

**omg [173]**

**omission [1]** 48/20

**omitted [1]** 49/9 57/6 131/10

**omitting [1]** 53/9

**once [6]** 31/1 64/10 112/1 140/8 140/25 142/3

**one [121]** 8/22 9/3 11/3 13/6 15/21 16/12 19/17 20/15 24/15 24/17 24/17 24/18 24/19 25/2 25/2 25/10 25/20 25/24 26/7 26/7 28/8 28/24 34/22 37/7 37/9 37/20 37/21 39/11 39/11 41/18 43/13 44/14 46/2 49/10 51/21 51/22 51/23 51/24 52/14 54/24 55/2 58/10 60/6 61/20 64/1 64/8 64/17 64/21 66/4 66/19 66/21 67/2 67/3 67/4 67/7 67/12 67/21 67/21 68/2 69/20 74/9 81/15 87/6 90/3 90/5 90/9 93/16 97/2 97/3 97/11 98/1 98/18 101/19 101/22 101/25 107/7 107/8 107/9 107/10 107/20 110/12 110/25 111/1 111/5 111/11 111/23 114/8 114/11 115/16 115/18 115/23 115/23 117/6 117/15 118/4 119/4 119/9 119/12 120/10 120/14 120/20 120/23 121/9 123/11 125/7 125/8 126/11 131/5 131/13 131/20 133/17 134/6 134/7 134/15 136/24 137/12 139/21 142/16 145/1 145/8

**one-third [1]** 131/13

**ones [1]** 9/16 24/23 53/13 95/1 105/22 120/14 122/3

**online [3]** 118/11 123/14 126/3

**only [42]** 6/8 8/6 9/3 10/4 10/11 28/8 28/14 30/8 37/9 43/12 47/2 48/18 55/24 56/17 57/19 63/4 67/13 72/24 73/18 73/9 74/3 74/4 83/24 91/10 92/21 93/20 99/6 102/8 102/12 105/10 106/4 107/7 108/6 108/18 112/14 118/23 119/3 131/24 137/21 141/13 142/15 146/6

**OOOOK [1]** 111/4

**open [1]** 93/20

**opened [2]** 119/8 131/8

**opening [7]** 44/17 53/15 73/5 97/5 104/5 111/16 115/19

**operating [2]** 18/18 87/21

**opinion [10]** 18/21 18/23 20/10 20/14 20/14 71/16 71/21 72/17 79/6 79/7

**opinions [4]** 21/11 71/10 77/9 77/9

**opportunities [1]** 83/20

**opportunity [1]** 75/19

**opposed [1]** 25/2

**opposing [5]** 28/16 42/13 42/22 52/20 63/19

**oppression [6]** 90/2 90/5 90/9 90/18 142/19 143/23

**option [1]** 121/10

**options [1]** 63/4

**oral [3]** 55/19 61/8 61/13

**orally [2]** 36/24 47/8

**oranges [1]** 128/3

**order [5]** 75/9 79/21 82/4 124/25 132/15

**ordered [1]** 92/4

**ordinary [5]** 78/25 84/17 85/13 85/25 113/22

**Oregon [1]** 13/23

**origin [1]** 82/20

**original [2]** 49/8 53/5

**Osbourne [1]** 122/8

**other [61]** 5/19 13/18 13/19 17/16 20/15 26/18 26/25 27/9 34/9 38/11 40/4 45/12 48/18 50/17 55/11 55/24 57/1 61/8 73/6 73/21 74/4 74/17 75/1 76/1 76/5 76/13 76/17 77/13 77/17 78/3 78/18 79/10 81/17 84/6 84/24 84/25 88/1 88/5 91/12 91/20 91/24 92/9 92/11 92/13 101/24 102/5 102/9 102/16 103/12 105/15 107/21 109/7 109/19 110/3 113/13 115/17 116/11 117/22 121/10 122/6 141/3

**others [9]** 11/4 11/6 47/4 59/13 76/19 77/21 85/5 139/25 144/6

**otherwise [4]** 47/3 72/14 83/2 94/1

**our [52]** 29/8 29/17 30/12 30/25 36/10 39/23 41/16 41/24 46/20 47/4 47/7 50/18 51/13 52/6 52/18 53/4 56/11 56/17 59/14 63/2 64/1 64/24 65/13 65/13 65/14 65/14 70/19 94/24 98/20 99/12 103/9 103/9 104/9 106/12 106/17 110/23 112/23 117/17 117/21 118/1 118/8 120/3 121/4 123/17 124/2 125/14 130/18 130/19 134/6 139/4 140/16

**ours [1]** 61/10

**out [39]** 11/7 15/22 16/16 30/24 31/3 34/12 37/21 38/18 38/21 42/3 53/3 56/20 63/2 65/4 67/21 93/21 106/6 108/24 111/7 111/12 113/1 115/20 118/20 126/17 131/13 132/25 133/16 133/19 133/22 134/8 134/9 134/24 135/13 137/19 137/22 138/5 139/14 139/23 141/22

**outcome [1]** 75/23

**outfit [5]** 117/12 117/13 117/17 122/11 126/12

**outfits [5]** 104/9 108/13 115/4 131/13 133/23

**outperformed [1]** 32/10

**Outrageous [2]** 109/23 110/5

**outside [12]** 24/19 24/24 25/12 25/21 26/1 26/12 26/20 32/11 92/25 93/12 105/3 109/23

**over [15]** 29/5 60/11 64/24 79/18 101/5 101/7 102/2 121/8 123/16 126/17 133/22

**overall [5]** 43/21 43/25 78/2 83/3 112/10

**overhead [17]** 8/17 9/21 14/21 15/10 15/15 16/1 16/21 17/14 17/17 17/22 23/5 23/7 28/20 28/25 30/22 31/9 87/21

**overlap [1]** 142/15

**overrule [1]** 75/3

**overruled [7]** 7/16 10/9 11/18 12/8 21/9 21/19 26/23 32/13 47/17 63/8 68/10 69/2 97/13 98/6

**oversees [1]** 18/3

**overstate [2]** 11/24 12/5

**overwhelming [1]** 136/1

**own [26]** 23/20 31/14 33/17 78/21 84/23 92/11 102/13 106/12 106/21 113/14 113/19 129/24 131/1 131/15 134/6 138/19

**owned [1]** 119/11

**owner [4]** 79/4 85/11 85/12 118/21

**owner's [1]** 81/15

**owns [1]** 113/16

---

**P**

**pack [3]** 105/19 122/21 129/20

**package [1]** 129/5

**packages [2]** 118/4 125/2

**packaging [2]** 77/19 122/8

**packed [1]** 134/9

**packet [2]** 94/16 101/15

**page [30]** 3/15 6/18 6/19 6/19 9/11 14/4 14/19 37/17 45/18 46/3 46/14 49/22 55/15 57/3 57/7 57/22 58/2 58/25 59/1 59/2 65/25 66/4 67/20 68/15 68/16 101/22 125/2 126/17 133/24 147/11

**page 1 [1]** 55/15

**page 25 [1]** 49/22

**page 27 [2]** 46/3 46/14

**page 29 [1]** 68/16

**page 32 [1]** 14/4

**page 33 [1]** 14/19

**page 37 [1]** 9/11

**page 5 [3]** 57/3 59/1 65/25

**page 6 [3]** 37/17 57/7 66/4

**page 7 [2]** 57/22 58/2

**page 9 [1]** 6/18

**pages [2]** 67/9 101/23

**Palo [1]** 2/11

**pants [1]** 117/19

**paper [1]** 54/1

**papers [2]** 61/8 62/1

**paperwork [1]** 64/10

**paragraph [20]** 9/11 14/13 14/14 14/19 43/1 43/13 43/16 43/17 44/6 44/6 44/14 44/19 45/2 47/6 47/11 47/16 48/4 48/14 67/11 67/13

**paragraphs [9]** 14/7 43/11 43/14 44/3 44/9 44/12 44/13 44/18 67/1

**paralegal [2]** 59/17 61/3

**parcel [1]** 23/23

**Paris [2]** 127/18 127/18

**part [22]** 15/3 19/11 23/20 23/23 40/11 66/24 75/16 76/19 82/2 95/21 95/25 100/23 104/14 111/7 111/23 114/20 118/20 124/1 130/9 140/16 141/25 145/20

**partake [1]** 13/20

**partial [2]** 18/11 18/11

**partially [1]** 34/25

**participant [2]** 123/12 123/13

**participants [1]** 123/12

**particular [3]** 81/3 82/11 109/11

**parties [32]** 27/19 27/20 34/14 36/12 37/2 40/23 45/12 46/3 61/7 66/18 72/15 78/23 85/3 85/7 85/9 85/25 86/20 88/11 89/21 90/1 90/2 90/19 91/1 91/7 92/16 93/4 93/7 93/21 97/22 106/22 113/20

**parties' [9]** 79/2 84/11 84/19 84/20 88/8 88/14 88/16 88/18 88/22

**partnered [4]** 122/9 127/17 127/17 127/18

**parts [1]** 59/13

**party [9]** 28/16 36/21 71/23 72/3 72/5 72/12 72/13 77/2 87/3

**party's [2]** 85/1 92/20

**Pass [2]** 22/17 26/14 33/3 35/3

**passed [1]** 21/21

**past [5]** 35/1 52/18 54/1 54/3 54/4

**paste [1]** 67/9

**pasties [1]** 141/4

**PAUL [2]** 2/3 4/7

**pause [6]** 42/19 42/23 70/16 120/12 134/2 134/20

**pay [1]** 81/19

**paying [1]** 16/25

**pdf [1]** 6/19

**people [32]** 7/20 67/9 76/9 76/10 80/1 90/23 92/1 92/15 99/3 103/10 103/12 107/2 111/8 116/1 116/7 116/17 121/9 121/18 123/7 123/8 123/14 125/16 128/11 128/19 128/23 130/16 130/18 132/22 133/19 133/23 134/25 143/19

**per [1]** 57/10

**perceived [1]** 134/12

**percent [3]** 123/16 130/14 141/20

**percentage [2]** 27/8 27/9

**P**

percentages [1] 27/5
perception [4] 80/1 132/22 134/13 145/7
Perfect [2] 54/6 60/7
perform [1] 25/8 33/19
performance [1] 133/21
performed [4] 26/24 27/4 32/9 134/1
perhaps [3] 49/4 49/18 65/7
period [4] 49/23 50/5 111/19 135/13
permission [1] 69/21
permitted [1] 75/2
Perry [1] 112/6
person [10] 65/8 78/5 91/19 120/12 120/17 126/9 126/16 126/25 128/20 129/24
personal [1] 71/10
personally [1] 74/8
persuaded [1] 71/25
persuades [1] 102/15
pertains [1] 32/9
phone [8] 13/5 13/7 13/10 13/14 13/16 13/19 13/21 91/20
photo [1] 119/17 119/18
photographs [3] 96/17 96/24 97/3
phrased [1] 15/12
physical [1] 77/18
physically [1] 121/23
pick [3] 108/17 119/12 126/22
picked [1] 116/3
PICKERING [1] 2/10
picking [7] 28/8 34/6 34/12 34/15 34/16 34/19 112/6
picture [4] 104/14 111/13 137/19 138/2
pictures [5] 97/11 103/18 104/11 114/19 133/24
piece [3] 109/11 112/9 112/10
pink [4] 78/15 111/13 117/18 129/16
Pinkette [2] 55/14 55/20
pizza [1] 141/4
place [5] 41/19 80/10 92/12 92/14 127/13
placed [1] 77/1
Plaintiff [1] 1/9 2/2
PLAINTIFF'S [1] 27/24
plaintiffs' [3] 3/5 3/7 38/13
platforms [2] 124/21 135/9
play [2] 110/15 124/16
played [3] 110/16 133/3 135/16
please [19] 4/5 4/20 35/22 43/8 45/17 46/13 51/7 51/9 58/25 68/14 70/5 71/14 93/12 94/11 95/17 100/11 103/20 122/2 146/7
pleasure [2] 42/5 59/20
plus [2] 105/11 131/2
point [10] 19/17 32/5 36/25 37/25 38/12 43/15 46/22 52/1 54/11 112/1
pointed [2] 117/25 133/19
pointing [1] 126/17
policy [1] 91/5
poll [4] 121/6 121/7 121/9 121/16
polls [1] 37/25
ponytails [1] 117/19
poofy [1] 78/18
pop [1] 106/3
portion [6] 11/14 14/18 15/10 62/20 87/23 88/2
Portland [1] 135/3
position [1] 47/4
possibility [2] 84/25 129/25
possible [4] 25/9 77/4 92/19 129/23
post [3] 106/7 138/4 140/8
posted [2] 116/7 120/6
potent [2] 116/23 117/2
potential [3] 11/22 63/5 84/15
potentially [5] 11/24 31/25 40/7 40/10 67/24
pound [1] 106/4
predicate [3] 43/20 43/22 43/24
prefer [1] 69/12
preference [4] 59/21 60/23 70/15 70/20
prejudice [1] 75/25
prejudices [1] 71/11
prejudicial [1] 61/1

premise [1] 62/15
preparation [1] 140/1
prepares [1] 54/2
preponderance [20] 47/22 47/25 48/3 55/12 55/23 56/5 71/24 72/8 78/10 79/18 82/4 88/11 106/15 106/15 106/18 107/15 113/10 121/5 124/4 132/13
presence [3] 74/19 81/3 82/11
present [14] 4/2 4/21 35/24 63/14 64/20 65/18 66/15 70/4 70/6 72/5 77/7 94/13 101/18 146/8
presented [7] 33/21 72/12 77/5 92/21 93/6 107/8 112/4
presently [1] 36/20
preserve [2] 41/16 61/15
preserved [1] 50/9
preserving [2] 45/5 45/8
preside [1] 102/2
presiding [4] 1/7 93/16 102/1 102/1
press [3] 49/20 92/1 127/4
Presumably [1] 21/14
presume [1] 21/1
pretty [5] 1/12 10/19 71/20 113/2 125/20
previous [3] 47/23 52/12 52/13
previously [9] 4/24 26/18 27/24 34/4 45/9 49/10 49/12 69/1 96/24
pricey [1] 126/3
prima [1] 85/20
primarily [6] 78/14 86/25 130/19 130/22 130/22 142/1
primary [3] 79/14 80/23 131/2
prime [1] 39/22
principal [1] 85/16
print [12] 42/4 42/12 42/13 42/14 42/20 49/20 56/9 60/7 60/8 60/10 60/15 60/16
printed [1] 42/3
printing [2] 63/17 65/15
prior [15] 34/4 36/22 36/23 44/2 44/10 49/3 50/8 50/14 50/21 51/11 52/24 53/12 98/20 99/15 100/18
Prism [1] 18/21
probable [2] 72/6 90/15
probably [13] 41/17 52/22 57/20 59/18 72/1 107/5 110/21 110/22 119/22 125/19 128/17 136/3 145/8
problem [4] 57/18 57/19 95/15 97/8
proceed [2] 63/12 70/18 94/17
proceeding [1] 34/4
proceedings [5] 1/19 42/19 42/23 93/11 147/10
process [4] 34/14 41/21 92/24 93/3
produced [2] 96/18 97/3
producer [1] 85/17
producing [1] 87/22
product [13] 15/21 32/19 32/20 77/19 79/15 79/16 80/2 80/24 80/25 84/20 85/17 127/4 132/23
product's [4] 43/25 77/20 81/8 107/18
production [8] 8/18 9/15 14/22 15/15 30/1 30/9 30/16 87/22
products [9] 23/25 25/18 26/4 77/20 81/18 84/21 84/22 106/9 107/23
profit [16] 11/14 12/1 12/11 18/5 18/16 18/18 24/11 26/18 30/4 30/5 51/16 54/11 87/13 87/24 88/2 88/6
profitability [1] 6/10
profitable [1] 24/5
profits [19] 12/3 17/12 19/6 19/23 28/13 29/22 30/11 30/19 51/14 51/22 52/7 53/16 54/15 54/20 87/8 87/10 89/6 89/10 139/20
programs [1] 92/13
projects [1] 134/3
proof [8] 9/14 72/8 72/8 72/9 74/7 74/9 79/9 84/7
propagating [1] 99/11
proper [4] 12/17 12/21 31/2 95/5
property [3] 14/16 104/3 113/16
proportionate [1] 15/10
proportioned [3] 14/23 15/6 15/16

proposal [3] 37/9 50/18 50/21
propose [3] 58/8 68/8 94/16
proposed [7] 36/11 38/1 40/19 49/10 56/19 64/24 67/18
proposing [1] 45/20
prospective [2] 79/15 85/16
protect [2] 92/20 103/4
protectable [2] 107/16 113/10
protected [6] 40/10 81/8 82/1 82/5 86/18 107/18
protection [2] 81/13 136/11
prove [14] 53/15 53/21 79/11 85/21 85/23 86/5 86/20 88/11 88/24 88/25 90/3 108/25 134/16 139/10
proved [7] 72/23 74/21 79/9 87/5 87/11 90/1 141/16
proven [3] 107/15 113/9 142/9
provide [6] 13/10 27/11 33/25 74/18 79/3 89/1
provided [2] 55/7 140/1
proving [16] 11/13 53/23 53/24 71/23 72/3 78/10 81/6 82/3 85/9 87/18 87/23 89/17 89/18 106/14 106/19 135/24
prudent [2] 84/17 126/7
public [5] 79/20 80/23 82/18 104/8 132/14
publication [1] 14/16
pull [2] 22/21 37/21
pulled [3] 39/15 116/1 122/18
Pullins [17] 104/18 105/14 109/8 113/15 116/2 117/16 119/15 119/20 120/6 121/6 123/4 127/4 130/17 133/16 135/7 135/19 140/15
punitive [9] 48/2 53/18 63/3 63/6 89/23 89/23 91/8 91/9 144/3
punitives [3] 50/17 54/19 63/5
purchase [2] 80/2 125/17 132/22
purchased [1] 121/19
purchaser [2] 84/17 126/7
purchasers [1] 126/5
purple [2] 78/15 111/13
purpose [9] 73/18 73/19 73/21 74/1 74/3 74/4 74/5 75/12 81/11
pursuant [3] 58/23 59/4 147/7
put [33] 5/14 6/18 8/9 8/12 10/20 30/21 32/1 43/19 44/5 96/2 96/10 96/13 102/25 103/16 103/18 108/20 108/23 109/25 110/5 110/6 112/20 115/22 119/16 123/13 124/2 128/10 130/14 135/13 137/23 138/5 140/16 140/23 144/1
putting [2] 132/25 143/1

**Q**

Queen [3] 24/5 130/4 144/21
Queens [5] 18/20 130/5 131/9 134/6 134/8
question [53] 7/15 10/2 16/14 18/15 19/11 25/4 26/9 30/6 30/6 30/17 31/10 34/22 37/20 37/21 46/2 57/4 57/4 57/5 57/11 57/14 57/15 58/18 58/18 58/19 58/19 58/23 59/3 59/4 59/11 59/12 60/2 60/6 65/9 65/20 65/21 66/5 66/6 69/20 73/12 74/25 75/4 75/5 75/8 93/21 93/24 99/1 107/13 107/14 113/12 123/5 138/13 142/7
questioned [3] 10/12 103/11 125/8
questioning [3] 24/7 24/20 37/13
questions [20] 7/21 13/17 22/24 23/1 23/8 23/11 24/4 24/17 27/14 28/7 35/5 57/7 57/24 57/25 62/13 73/10 77/3 77/3 103/13 114/5
quick [1] 98/13
quickly [4] 35/19 136/15 141/12 144/4
quote [3] 34/5 40/15 98/24

**R**

Rachel [9] 122/23 122/23 125/18 127/16 130/1 131/6 133/4 136/21 143/3
Rachel's [1] 137/1
radio [1] 127/5
rained [1] 74/17
raise [5] 17/23 48/21 49/13 53/9 55/12
raised [4] 7/2 10/16 28/7 34/3
ran [1] 118/4

**R**

**range [2]** 130/18 139/20
**rapper [1]** 127/6
**rather [10]** 29/25 48/5 48/6 55/5 56/2 57/5 57/11 65/21 80/25 81/25
**ratio [2]** 15/7 16/1
**Ray [1]** 106/5
**reach [7]** 32/25 102/4 102/11 102/18 130/18 131/3 139/14
**reached [1]** 94/1 94/5
**reaching [2]** 72/24 112/14
**reaction [3]** 117/10 121/12 121/13
**read [17]** 15/1 15/25 56/1 69/9 70/12 70/17 71/14 92/6 92/18 94/16 101/8 101/14 101/16 107/6 114/22 139/11 139/12
**reading [2]** 15/2 101/22
**reads [1]** 48/14
**ready [3]** 42/21 64/2 94/8
**real [2]** 2/11 128/16
**realistic [1]** 123/6
**realize [3]** 12/10 38/16 41/13
**really [7]** 12/21 31/15 31/16 34/12 56/18 125/18 126/3
**reask [1]** 18/15
**reason [6]** 37/21 39/4 74/22 111/17 118/23 119/3
**reasonable [6]** 47/7 47/15 72/10 89/1 90/23 126/5
**reasonableness [4]** 47/13 48/15 76/3 88/20
**reasonably [1]** 84/17 88/15 126/7
**reasoning [1]** 28/25
**reasons [6]** 51/25 68/25 77/9 77/16 81/19 94/14
**rebuttal [4]** 3/5 27/19 35/7 145/15
**recall [15]** 5/3 5/5 5/9 19/16 23/1 24/6 24/19 28/18 67/24 68/5 71/12 114/1 114/4 132/3 144/5
**receipt [1]** 122/21
**receipts [5]** 29/12 29/12 29/13 31/13 87/15
**received [22]** 3/8 3/13 4/14 16/14 36/11 36/16 36/18 38/16 64/12 71/3 72/25 73/18 73/24 74/25 75/5 75/6 81/2 89/7 89/12 91/11 97/23 118/3
**receiving [1]** 8/14
**recently [5]** 7/2 127/5 134/1 134/4 135/21
**recess [9]** 35/22 63/13 64/19 65/17 66/14 70/3 94/11 98/16 146/22
**recitation [1]** 56/2
**reckless [3]** 88/13 142/22 143/1
**recognize [3]** 97/10 112/3 129/24
**recognized [3]** 116/7 129/24 131/24
**recognizes [3]** 82/19 111/25 112/2
**recollection [2]** 6/14 68/2
**record [21]** 4/6 23/3 36/21 40/1 41/18 45/1 45/6 45/8 47/24 55/12 55/25 56/12 60/25 61/15 62/2 67/17 75/10 97/7 97/21 97/22 146/9
**recorded [1]** 77/3
**recover [1]** 89/6
**recovering [1]** 53/16
**recovery [4]** 59/7 59/14 142/14 142/16
**recreating [1]** 7/8
**RECROSS [3]** 3/5 3/10 26/15
**RECROSS-EXAMINATION [1]** 26/15
**recurring [1]** 97/8
**red [2]** 97/12 111/24
**redacted [1]** 96/7
**redirect [4]** 3/5 3/10 22/18 26/21
**redoing [1]** 67/10
**redundant [1]** 68/22
**reference [3]** 65/1 92/10 97/17
**references [5]** 58/14 58/15 58/21 59/4 59/11
**referencing [1]** 59/5
**referred [2]** 14/11 18/19
**referring [2]** 71/18 71/21
**reflected [1]** 53/13
**reflecting [1]** 78/3
**regard [3]** 66/17 89/9 142/19
**regarding [7]** 8/23 45/2 48/24 50/1 71/16 85/3

98/21
**regardless [1]** 58/23 72/2 79/1
**regulation [1]** 47/1
**reject [2]** 36/18 77/13
**rejected [2]** 37/1 37/5
**relate [2]** 9/14 32/7
**related [12]** 8/10 8/18 15/20 23/16 29/25 30/9 49/5 54/22 57/24 81/14 82/24 142/3
**relates [2]** 88/8 88/22
**relating [1]** 32/4
**relation [2]** 14/23 15/17
**relatively [1]** 83/22
**relayed [1]** 21/15
**release [1]** 124/11
**released [1]** 24/6
**relevance [1]** 99/24
**relevant [4]** 37/24 38/3 82/14 100/2
**reliable [1]** 25/14
**relied [1]** 43/13
**relief [3]** 62/14 62/16 95/3
**relies [1]** 117/2
**rely [1]** 8/21
**relying [1]** 8/20
**remainder [1]** 46/20
**remaining [2]** 24/18 26/2
**remains [1]** 24/23
**remarks [1]** 4/15
**remedies [1]** 14/16
**remedy [2]** 55/9 100/22
**remember [50]** 5/12 6/16 10/10 10/13 14/18 15/3 18/24 24/18 28/22 35/22 73/7 76/10 76/11 93/7 93/24 94/12 104/23 105/25 106/2 106/7 108/21 111/21 113/22 113/24 116/22 118/9 119/4 120/4 122/4 122/20 122/23 125/7 126/23 128/10 130/16 131/11 132/24 133/17 134/1 135/1 136/18 137/20 138/18 140/21 142/23 144/7 144/8 144/12 145/23 146/7
**remembered [1]** 136/20
**remind [1]** 91/12
**reminded [1]** 27/21
**reminder [1]** 112/13
**Remix [2]** 28/9 32/20
**remove [2]** 57/25 58/8
**rendered [1]** 67/4
**renumber [1]** 59/21
**renumbered [1]** 57/10
**renumbering [1]** 59/23
**repeated [1]** 68/21
**repeatedly [2]** 103/6 105/1
**replaced [1]** 44/17
**replacement [1]** 64/18
**replicate [5]** 5/6 5/8 5/10 5/22 10/12
**replicated [1]** 7/18
**replicating [1]** 6/11
**reply [1]** 33/24
**report [28]** 5/13 6/15 6/19 6/24 7/1 7/3 9/11 9/22 9/24 9/25 10/6 10/17 11/1 14/11 14/18 15/4 16/15 20/18 20/20 20/21 21/1 21/11 21/15 22/7 30/13 33/24 92/5 92/19
**reported [2]** 146/23 147/9
**REPORTER [1]** 147/17
**REPORTER'S [1]** 1/19
**reports [8]** 16/3 16/7 16/15 16/20 26/24 30/25 32/12 33/16
**represent [1]** 131/20
**representation [3]** 127/25 129/2 145/4
**representations [2]** 128/12 128/25
**representative [1]** 29/16
**represented [1]** 10/3
**reprint [1]** 66/12 67/20
**reputation [3]** 81/14 81/20 84/4
**request [4]** 36/16 48/5 64/8 100/17
**requested [1]** 40/22
**requesting [1]** 50/3
**require [1]** 72/9
**required [5]** 45/21 79/6 83/14 107/4 113/23
**research [4]** 92/8 92/15 92/24 123/24
**resemble [1]** 127/20
**resend [1]** 38/20

**resending [1]** 38/21
**reserve [1]** 38/21
**resolve [2]** 81/4 82/12
**resonated [1]** 117/14
**respect [4]** 32/16 33/18 36/12 36/19
**respond [2]** 33/25 92/3
**responded [2]** 41/7 121/9
**responds [1]** 111/12
**response [1]** 138/24
**responsibility [1]** 31/11
**responsible [1]** 61/21
**responsive [1]** 33/17
**rest [8]** 27/17 32/7 32/8 32/10 34/18 35/10 60/16 76/20
**restarted [1]** 59/13
**restarting [4]** 59/11 59/15 60/24 60/24
**restrictions [1]** 93/10
**restroom [1]** 98/13
**result [2]** 86/25 142/1
**resume [3]** 85/14 85/24 146/7
**retailers [1]** 106/8
**return [1]** 94/8
**revenue [16]** 28/8 28/12 32/17 32/18 53/23 87/14 87/15 87/18 87/22 89/11 89/14 89/16 89/18 140/5 140/11 142/5
**reverted [1]** 57/4
**review [1]** 64/6
**reviewing [1]** 98/9
**Revised [1]** 56/19
**revived [1]** 136/5
**reward [1]** 123/14
**RICHTER [1]** 2/15
**right [64]** 6/12 7/6 7/10 7/11 8/7 12/22 14/10 15/12 16/19 16/22 18/13 19/4 19/25 20/8 22/12 33/23 38/21 41/15 44/10 46/24 50/6 50/18 53/1 56/25 57/14 58/3 58/4 58/6 65/15 79/4 85/11 86/1 92/20 94/21 95/14 95/20 95/21 95/25 96/4 96/17 96/23 97/25 98/7 99/19 99/23 101/14 102/16 111/20 113/5 113/6 114/14 117/5 118/14 119/19 119/19 130/16 131/17 132/9 133/5 137/20 140/7 140/7 141/6 141/7
**rightfully [1]** 145/19
**rights [10]** 79/7 81/16 86/16 88/9 88/23 89/21 90/13 90/20 107/5 107/21
**Rob [1]** 4/12
**ROBERT [1]** 2/14
**role [1]** 31/16
**Roller [2]** 129/15 129/21
**room [3]** 71/5 91/21 138/7
**round [2]** 95/2 95/2
**rounds [1]** 33/4
**RPR [1]** 1/22
**rule [10]** 4/14 4/18 14/7 14/15 14/20 16/1 16/8 16/11 16/17 61/5
**Rule 50 [2]** 4/14 61/5
**ruled [5]** 49/10 50/8 51/15 52/6 52/8
**rules [6]** 73/12 74/24 75/2 92/20 93/8 93/9
**ruling [3]** 47/5 73/14 99/14
**runway [4]** 18/21 19/8 19/13 137/19
**RUSSELL [2]** 3/11 4/24

**S**

**safety [1]** 90/13
**said [134]** 5/21 6/8 6/12 6/13 7/5 9/13 9/16 10/11 13/24 13/25 14/24 21/5 29/23 31/4 31/13 31/15 31/23 32/6 46/23 47/20 47/23 51/25 55/3 62/6 67/25 71/15 73/5 76/7 76/17 103/23 104/11 104/19 104/20 104/24 105/1 105/8 105/9 105/10 105/12 106/1 106/3 106/8 108/23 108/24 109/6 109/8 109/17 110/19 111/16 112/1 113/17 114/24 115/19 115/21 115/24 116/7 116/25 117/1 117/25 118/5 118/12 118/14 119/12 119/16 119/20 120/15 120/17 121/3 121/7 122/5 122/7 122/25 123/2 123/25 124/13 124/25 125/11 125/18 125/21 125/25 126/2 126/8 127/16 127/21 128/2 128/10 128/11 128/15 129/4 129/17 129/21 129/22 130/13 130/24

**said... [38]** 131/22 132/1 132/3 132/5 133/1
133/4 133/10 134/2 135/5 135/15 135/20
136/19 136/25 137/5 137/6 137/23 137/25
138/19 139/12 140/6 140/15 140/24 141/5
141/22 141/23 142/2 142/24 143/3 143/6
143/11 143/13 143/16 143/20 144/8 144/10
144/15 144/24 145/15
**salaries [1]** 8/17
**sale [9]** 8/18 9/15 14/22 15/15 30/1 30/9
30/16 87/16 88/3
**sales [11]** 14/23 14/24 15/16 15/17 15/21
16/1 20/5 24/10 80/23 84/26 106/2
**same [22]** 10/24 20/14 21/25 39/3 52/2 57/6
62/10 67/1 69/15 76/10 77/6 82/24 103/10
104/20 110/10 111/6 126/15 129/12
129/15 137/12 138/18
**sample [1]** 25/13
**sand [1]** 143/2
**Santa [3]** 1/20 1/24 4/1
**saw [36]** 11/1 31/1 49/14 74/8 103/10 103/12
106/10 110/2 110/20 110/25 111/22 112/20
115/21 117/10 117/17 118/1 118/15 120/20
122/1 122/13 124/18 124/24 126/24 127/9
127/16 130/21 131/16 132/18 133/23 135/7
135/12 138/4 139/18 143/12 144/19 145/1
**say [56]** 5/6 5/8 5/9 5/21 6/7 8/22 12/14 13/13
14/10 14/14 15/19 15/25 25/9 27/9 30/8 30/10
31/9 34/16 36/21 39/12 39/18 40/7 40/13
43/15 46/7 52/13 61/16 65/21 71/15 76/6 99/3
108/1 110/7 110/8 110/25 112/1 112/9 113/3
118/11 119/7 125/10 125/21 126/10 126/21
126/22 126/23 127/21 128/23 129/17 133/12
135/1 135/14 136/8 136/12 137/20 139/14
**saying [13]** 5/9 37/4 50/6 65/3 108/22 116/16
116/23 117/7 120/24 123/24 127/7 128/24
140/10
**says [33]** 29/16 30/8 40/15 55/18 56/18 58/18
68/19 68/20 75/15 96/22 96/23 98/23 99/2
106/5 109/18 115/10 115/16 115/17 116/14
116/20 118/13 123/22 125/9 134/15 136/18
136/22 137/4 139/2 139/6 144/5 144/11
144/21 145/10
**scale [20]** 106/16 115/22 115/23 116/10
116/10 117/21 117/22 118/1 118/8 120/4
121/5 121/16 123/18 124/2 125/14 130/15
132/6 132/17 132/21 134/17
**scope [2]** 26/21 32/17
**screen [5]** 95/23 96/3 96/20 96/22 98/25
**scrutinize [3]** 29/10 29/18 29/19
**scrutinizing [1]** 31/14
**search [2]** 92/13 125/13
**searched [1]** 125/4
**searching [1]** 92/9
**second [11]** 10/6 15/1 31/18 43/16 52/15 58/3
65/7 67/1 67/4 113/14 141/25
**Secondarily [1]** 30/17
**secondary [12]** 78/20 79/13 79/21 79/24 81/5
81/7 116/20 132/11 132/11 132/18 138/4
138/9
**section [6]** 57/10 59/22 60/1 66/8 66/10 147/7
**Section 2 [1]** 60/1
**see [53]** 5/17 5/23 5/25 6/1 6/23 9/13 9/18
14/6 14/7 15/3 16/5 23/6 31/19 41/5 41/5
48/21 50/6 51/19 57/18 58/1 68/1 74/16 75/20
76/10 96/25 99/24 104/13 104/24 105/17
105/21 111/2 111/3 112/7 112/11 114/19
116/2 116/13 116/17 116/19 116/20 119/25
120/20 124/8 125/12 125/23 127/1 128/10
131/1 132/3 134/8 138/20 142/21 145/18
**seeing [2]** 127/23 145/20
**seek [4]** 32/4 52/7 69/20 103/25
**seeking [3]** 99/21 100/9 100/22
**seem [4]** 29/24 38/15 54/19 95/18
**seemed [1]** 50/9
**seems [4]** 57/1 58/20 68/21 143/13
**seen [15]** 68/24 73/22 84/11 95/10 106/11
108/10 108/13 108/15 109/2 109/5 111/5
115/4 115/6 136/15 144/25

**sees [2]** 115/9 126/9
**SEFFENS [3]** 1/21 144/25 147/17
**sell [1]** 14/22
**seller [2]** 81/15 107/20
**sellers [2]** 81/17 107/21
**selling [4]** 23/19 23/25 84/22 131/23
**SELNA [1]** 1/7
**send [4]** 60/11 64/2 93/19 93/21
**sends [1]** 117/7
**sense [14]** 16/10 16/18 22/14 39/12 59/22
69/12 74/23 104/15 114/19 126/19 139/1
139/13 139/14 145/6
**sent [4]** 64/13 65/4 110/2 138/23
**sentence [8]** 15/9 15/9 15/12 15/25 48/14
49/24 50/5 67/12
**sentences [1]** 43/21
**separate [2]** 50/10 121/3
**separately [4]** 40/10 49/9 72/14 82/1
**September [7]** 1/21 4/1 36/9 53/3 53/13 54/10
147/14
**September 18 [3]** 53/3 53/13 54/10
**September 20 [1]** 36/9
**series [13]** 19/20 19/21 19/22 20/5 24/5 24/16
26/17 28/21 31/18 33/13 33/18 34/1 34/2
**serve [1]** 102/2
**served [2]** 16/3 16/15
**serves [1]** 81/11
**service [1]** 92/3
**services [4]** 23/20 66/25 77/24 80/10
**session [1]** 73/23
**set [8]** 25/3 25/5 28/9 36/8 36/23 42/7 46/2
53/6
**sets [1]** 26/25
**seven [2]** 32/5 32/7 32/9 32/10 34/11 95/2
95/8 98/2 103/25 104/7 104/7 104/10 104/12
104/19 104/20 104/21 105/1 105/11 105/17
105/20 129/3 130/8 137/15 138/14 139/20
141/10 143/14
**Seventeen [1]** 138/7
**several [4]** 4/14 24/4 34/23 123/8
**Shade [1]** 138/7
**shades [2]** 78/15 129/16
**shall [1]** 102/4
**shape [1]** 100/18
**SHARON [3]** 1/22 147/16 147/17
**Shawna [1]** 120/14
**she [74]** 60/11 76/7 104/25 109/16 113/16
113/24 114/12 117/8 117/10 117/16 117/23
118/1 118/3 118/4 119/16 119/23 120/14
120/15 121/1 121/3 121/6 122/5 122/5 122/7
122/7 122/14 122/15 122/16 122/18 122/20
122/20 122/21 122/24 122/25 123/1 123/2
123/22 125/21 126/2 126/13 126/14 127/5
129/6 129/6 129/7 129/12 129/17 129/18
129/21 129/22 130/5 133/19 134/5 134/25
135/2 135/5 135/20 136/17 136/19 136/19
136/20 136/22 136/24 137/5 137/5 137/6
139/8 139/9 140/24 140/24 141/3 141/4
144/15 145/10
**she's [3]** 109/22 129/13 137/6
**SHEPPARD [1]** 2/15
**shifts [1]** 85/22
**Shimone [1]** 145/10
**Shir [1]** 144/2
**Shir-Ami [1]** 144/2
**shirt [1]** 131/25
**shirts [1]** 131/23
**shoe [1]** 126/23
**shop [1]** 106/3
**shopping [1]** 122/1
**short [1]** 35/17
**shorts [1]** 135/20
**should [53]** 4/16 11/7 13/13 14/14 15/18 31/9
37/23 38/2 40/13 43/24 44/1 44/17 45/4 48/5
50/18 50/22 52/20 55/3 55/8 55/22 57/6 57/7
58/4 61/25 65/2 71/17 72/11 72/13 73/13
74/10 77/4 77/19 78/25 80/15 82/16 82/17
82/12 82/15 83/19 87/4 88/5 93/17 94/6 95/19
101/23 102/8 102/15 113/9 115/18 138/13

142/7 143/22 145/19
**should've [1]** 45/20
**shouldn't [1]** 99/8
**show [13]** 18/9 55/20 82/5 84/4 98/19 103/19
119/21 121/2 122/3 122/5 122/7 133/19 134/8
**showed [9]** 24/10 97/5 119/4 119/19 122/14
122/19 125/20 136/20 137/19
**showing [4]** 95/7 112/5 124/12 135/22
**shown [5]** 96/8 98/4 119/17 121/6 137/1
**shows [17]** 19/2 19/6 20/4 62/7 79/19 119/8
125/11 132/13 133/25 134/1 134/2 134/4
134/5 134/7 134/25 135/2 136/1
**side [28]** 25/10 41/25 61/6 75/2 103/9 103/10
103/11 103/12 106/10 115/25 116/9 116/10
116/11 116/14 117/21 118/1 118/8 120/3
121/4 121/16 123/17 124/2 125/14 130/15
132/6 132/17 139/7 141/7
**sides [5]** 65/23 106/16 107/1 115/20 115/22
**sidewalk [2]** 74/16 74/20
**sign [7]** 94/7 136/19 136/22 136/24 136/25
137/2 137/5
**signed [3]** 93/16 93/18 144/1
**significance [4]** 79/14 80/23 85/16 101/21
**significant [5]** 79/19 80/20 81/13 132/2
132/13
**signing [1]** 136/17
**similar [26]** 41/14 41/22 52/3 52/5 57/16
78/23 82/22 83/5 83/10 84/3 84/8 84/11 84/12
113/21 114/23 115/10 115/13 115/16 115/23
122/24 123/1 125/1 125/20 144/6 144/10
144/11
**similarities [6]** 83/8 84/18 114/21 115/9
117/11 128/11
**similarity [7]** 83/3 114/17 115/11 124/3 128/8
137/17 138/20
**simple [4]** 70/10 113/15 113/18 124/1
**simply [5]** 4/18 40/13 99/21 102/16 102/18
**since [4]** 16/3 22/7 24/6 36/10
**singing [3]** 120/11 127/12 134/9
**single [5]** 79/16 79/20 123/11 132/15 135/13
**sir [6]** 17/3 22/14 27/15 35/6 96/15 131/22
**sis [2]** 116/14 116/16
**sister [2]** 117/24 124/24
**sitting [1]** 16/22
**six [2]** 9/24 9/25
**six months [2]** 9/24 9/25
**size [1]** 25/13
**sized [1]** 128/13
**skews [1]** 131/1
**skill [2]** 77/11 77/15
**skin [1]** 122/10
**skip [3]** 66/5 66/8 101/5
**skipped [3]** 101/7 101/16 101/22
**skips [1]** 53/18
**skirts [2]** 78/18 78/18
**slice [1]** 141/4
**slide [7]** 95/16 96/2 96/12 98/19 99/20 99/23
128/10
**slides [8]** 19/21 64/2 94/20 94/24 97/14 98/9
99/8 106/1
**slight [1]** 134/17
**slightly [3]** 106/17 116/10 130/15
**slow [1]** 103/20
**small [3]** 46/11 64/17 107/10
**smaller [1]** 25/13
**Snapchat [1]** 91/23
**so [165]**
**so-called [1]** 97/15
**social [4]** 91/24 125/1 127/9 135/6
**sold [6]** 15/6 17/9 19/6 131/25 133/22 134/9
**solely [2]** 71/12 73/24
**solution [1]** 44/12
**some [34]** 13/4 13/14 20/15 23/11 24/17
34/25 36/25 37/10 37/13 42/2 45/15 57/2
59/13 62/10 64/5 69/25 70/11 73/17 73/25
76/18 82/10 93/22 94/19 116/1 116/1 116/4
118/15 122/18 123/24 127/9 133/23 135/10
135/20 146/16
**somebody [3]** 113/4 139/8 139/9
**somehow [1]** 99/11 123/20

**someone** [1] 12/10 112/18 111/12 112/2
**something** [23] 8/21 12/12 12/19 25/6 26/10
  37/24 38/3 39/10 39/18 41/22 63/24 70/9 76/6
  76/7 76/15 86/22 108/20 112/24 125/17
  128/23 141/17 141/21 145/20
**sometimes** [9] 11/5 75/9 76/6 76/7 111/22
  111/23 111/23 111/23 111/24
**song** [3] 123/20 123/21 135/19
**soon** [2] 63/11 92/19
**sophisticated** [1] 84/15
**sorry** [15] 10/2 19/1 19/11 21/4 37/8 41/2
  48/22 51/8 54/17 59/1 65/10 70/8 100/10
  146/15 146/16
**sort** [2] 22/22 24/9
**sound** [3] 26/8 83/8 125/20
**sounds** [2] 70/9 100/10
**source** [13] 14/15 77/20 79/1 79/17 79/18
  79/21 80/24 81/12 81/20 82/9 82/21 83/1
  132/15
**SOUTHERN** [1] 1/5
**Spaan** [1] 146/23
**spandex** [1] 117/19
**sparing** [1] 97/22
**sparkly** [2] 129/9 145/9
**speak** [1] 99/6
**speaking** [3] 5/12 13/17 127/5
**special** [2] 51/2 56/15
**specialized** [2] 77/10 77/15
**specific** [4] 17/19 26/10 89/4 104/8
**specifically** [4] 21/21 61/20 131/1 134/8
**speculate** [1] 89/2
**speculation** [2] 12/7 21/18
**Spelling** [1] 127/17
**spirit** [1] 61/22
**spoke** [1] 8/4
**spokesperson** [1] 102/3
**sponsorship** [1] 79/1
**spot** [3] 11/3 134/2 134/3
**spotted** [2] 64/17 66/19
**SPRANKLING** [8] 2/10 4/9 49/4 49/17 55/3
  60/19 64/16 64/21
**staff** [4] 13/19 13/23 42/18 42/20
**stake** [1] 144/18
**stand** [8] 9/1 31/8 113/24 114/4 125/9 134/24
  144/16 145/15
**standard** [5] 14/10 15/14 15/18 15/23 16/2
  29/7 29/8 30/13 47/22 47/25 47/25 52/3 55/13
  55/17 72/8
**stands** [1] 93/25
**Star** [3] 111/3 111/13 120/20
**start** [9] 38/1 43/3 59/23 64/6 102/22 107/12
  113/20 120/13 141/18
**started** [5] 112/24 119/3 120/11 127/11
  141/20
**starting** [4] 28/24 32/5 57/22 124/14
**starts** [2] 94/24 109/15
**state** [3] 4/5 62/14 133/21
**stated** [7] 16/10 16/13 16/19 20/18 72/14 73/8
  105/1
**statement** [7] 18/9 40/17 41/14 56/1 104/5
  111/16 115/19
**statements** [6] 7/8 7/20 73/3 73/5 112/17
  131/1
**STATES** [4] 1/3 1/23 147/8 147/12
**station** [1] 127/5
**statutory** [1] 55/5
**stealing** [1] 124/16
**stenographically** [1] 147/9
**step** [3] 27/15 35/6 70/12
**Stephens** [9] 19/9 19/13 114/7 126/6 126/14
  130/4 137/25 144/24 145/5
**steps** [2] 141/1 142/25
**Sticking** [1] 32/15
**still** [14] 27/21 42/10 43/24 46/1 64/3 66/25
  83/16 111/25 112/3 128/19 133/24 135/8
  135/17 135/18
**stopped** [2] 120/11 127/12

**store** [4] 17/5 125/22 126/20 140/17
**stores** [1] 123/25
**story** [4] 123/13 139/8 139/9 139/1
**straight** [3] 57/17 64/7 78/16
**strange** [1] 59/23
**stream** [2] 124/21 135/8
**streaming** [3] 124/21 124/22 135/8
**Street** [3] 1/23 2/8 2/16
**strength** [4] 82/17 114/17 116/8 124/3
**stricken** [4] 11/11 73/15 75/9 75/12
**strike** [2] 5/25 11/10
**stripe** [2] 126/11 126/11
**strive** [1] 102/4
**strong** [1] 84/25
**strongest** [1] 131/4
**strongly** [2] 83/13 84/3
**style** [1] 110/18
**styling** [1] 78/2
**stylistic** [1] 56/18
**subject** [1] 98/1
**subjected** [1] 90/19
**submission** [5] 4/19 46/24 47/8 50/8 62/22
**submit** [1] 50/18
**subordinates** [1] 13/15
**subset** [2] 25/10 25/12
**substantial** [4] 83/23 84/1 86/13 91/3
**substitute** [1] 48/9
**succeed** [1] 86/19
**successes** [2] 19/10 19/14
**successful** [6] 32/19 32/22 32/25 33/1 33/2
  103/7
**successfully** [1] 80/8
**such** [14] 36/24 74/7 74/18 77/12 78/1 79/14
  81/12 82/8 83/21 84/23 85/25 88/6 91/4 92/8
**suddenly** [2] 103/13 140/11
**sue** [2] 113/1 124/10
**sued** [5] 103/3 107/2 111/10 138/25 139/13
**suggest** [5] 48/7 56/19 82/10 82/12 87/3
**suggested** [1] 77/25
**suggesting** [2] 28/16 84/5
**suggestion** [1] 94/25
**suggests** [1] 83/13
**Suite** [5] 1/23 2/5 2/8 2/11 2/16
**Super** [2] 28/9 32/20
**supported** [1] 47/9
**supporting** [1] 118/24
**sure** [23] 9/23 12/22 23/3 25/3 36/8 39/2
  42/17 46/4 49/14 50/13 50/24 51/4 52/1 54/2
  54/13 58/11 65/3 98/8 98/11 99/7 109/22
  119/21 145/20
**surprise** [21] 18/8 23/15 28/9 32/20 82/19
  83/1 83/5 86/17 86/21 86/24 87/6 87/10 87/17
  87/19 87/24 88/3 110/4 110/4 111/19 140/23
  142/1
**surprises** [1] 141/3
**surprising** [1] 24/10
**survey** [18] 37/25 85/2 85/2 123/10 123/12
  123/12 123/13 123/15 130/12 130/13 130/24
  131/8 131/8 131/11 131/14 131/15 131/20
  132/1
**sustain** [2] 75/5 75/7
**sustained** [4] 22/5 22/16 24/13 37/21
**sworn** [4] 4/24 27/24 72/18 76/25
**sympathy** [1] 71/11

**T**
**T-shirts** [1] 131/23
**T.I** [4] 1/10 4/4 71/19 122/4
**tablet** [1] 91/20
**take** [33] 4/15 4/18 35/14 35/15 35/18 36/5
  56/20 61/5 61/13 62/21 66/21 67/21 69/9
  69/13 70/8 70/13 70/17 70/19 71/4 75/18
  92/22 93/22 94/9 94/21 95/4 114/16 125/16
  141/1 142/4 142/25 146/5 146/6 146/18
**taken** [6] 39/10 70/8 77/1 89/8 93/7 145/21
**takes** [3] 132/7 132/11 141/22
**taking** [1] 123/15
**talk** [15] 11/4 33/1 40/4 100/25 110/23 113/2
  114/22 116/11 116/12 117/5 122/22 128/1

136/3 139/16 140/20
**talked** [30] 9/8 11/4 17/20 18/2 19 43/10
  55/2 66/2 98/3 100/5 105/25 116/22 124/7
  124/23 127/14 128/3 130/1 133/25 134/5
  134/22 134/25 135/2 135/7 135/9 135/19
  137/24 138/18 139/8 141/3 144/22
**talking** [19] 12/12 13/4 19/18 34/7 95/1 98/10
  100/19 101/6 112/8 115/20 116/15 123/19
  123/23 127/6 130/4 133/14 133/16 137/10
  143/17
**Tameka** [9] 62/11 71/19 104/10 109/10
  109/15 117/7 124/13 127/13 134/18
**Tameka Harris** [6] 62/11 104/10 109/10
  109/15 127/13 134/18
**tape** [1] 140/22
**target** [6] 110/23 116/20 117/8 122/1 131/7
  131/16
**telephone** [1] 144/20
**tell** [8] 17/19 21/10 54/10 57/11 77/2 92/22
  93/24 103/4
**telling** [2] 13/23 13/24
**tells** [1] 30/7
**ten** [2] 94/10 94/11
**ten-minute** [1] 94/10
**tens** [3] 119/25 120/4 140/9
**term** [1] 19/19
**terms** [5] 23/4 24/9 48/4 61/1 61/18
**terribly** [1] 34/8
**test** [2] 8/9 8/16
**tested** [3] 8/20 92/23 93/3
**testified** [25] 5/8 8/24 13/17 14/1 19/23 24/22
  29/10 30/2 30/23 61/21 75/20 76/15 76/18
  104/10 105/5 113/15 114/23 117/16 117/23
  122/20 125/8 127/4 130/17 131/6 134/18
**testifies** [1] 105/6
**testify** [5] 76/22 77/7 120/15 123/12 137/16
**testifying** [5] 8/22 9/3 22/4 28/15 75/22
**testimony** [38] 27/11 28/4 31/7 34/7 34/25
  72/18 72/25 73/15 74/7 75/14 75/14 75/17
  76/2 76/3 76/12 76/13 76/24 76/25 77/5 77/6
  77/8 77/10 77/12 77/13 80/21 80/22 92/23
  98/4 104/16 108/21 112/15 114/1 132/20
  136/21 137/1 137/8 145/3 145/24
**text** [4] 58/16 91/21 117/7 117/10
**than** [23] 15/21 16/12 27/5 27/8 48/5 48/7
  50/17 55/6 57/5 57/11 61/18 65/21 72/1 72/8
  80/25 83/2 83/9 88/1 88/5 95/12 123/5 126/6
  126/9
**thank** [26] 12/24 26/13 27/15 27/23 31/17
  35/6 38/10 40/25 45/23 49/15 54/5 63/10
  66/13 69/23 94/23 96/15 98/7 98/11 98/15
  98/24 101/3 102/21 120/24 141/9 146/3 146/4
**thanking** [1] 102/22
**that** [664]
**that's** [130] 6/12 6/13 6/21 7/9 7/17 8/8 8/11
  8/24 8/25 9/6 11/23 12/17 13/6 13/12 13/16
  13/22 14/10 14/11 14/24 14/25 15/5 15/8
  15/14 16/1 16/2 16/5 16/24 18/13 18/16 20/2
  20/7 20/12 20/15 21/5 23/15 24/19 26/3 29/14
  29/19 30/6 30/11 30/12 31/16 32/23 34/18
  39/10 39/22 40/17 43/14 43/22 45/25 46/6
  47/7 50/24 51/3 52/16 53/1 53/11 58/22 63/3
  65/25 69/4 95/5 96/5 96/17 98/1 101/9 104/9
  104/14 104/21 104/25 105/12 106/17 108/25
  109/17 110/18 110/19 111/15 112/19 113/7
  114/6 114/20 115/21 116/15 117/3 117/15
  117/25 118/5 118/8 118/13 118/13 118/14
  120/11 124/13 126/12 126/13 126/19 126/25
  127/12 128/17 129/12 129/17 129/19 129/10
  137/6 137/12 137/24 138/1 138/9 139/22
  140/7 140/12 140/17 140/19 140/22 141/2
  141/6 142/25 143/1 143/17 143/19 143/19
  145/12 145/13
**Theater** [2] 110/13 133/14
**their** [91] 19/24 22/11 31/14 31/16 31/16
  34/14 34/16 34/17 34/19 34/20 38/8 39/17
  50/7 50/8 50/20 53/15 62/5 68/20 68/20 68/21
  73/5 73/11 76/24 77/8 77/9 77/23 77/24 77/25

**T**

their... [63] 78/1 78/11 78/24 80/10 81/18 84/23 86/3 86/16 88/9 88/19 88/23 88/24 89/21 90/20 92/23 96/9 98/1 98/21 102/10 103/4 103/4 103/5 106/1 107/22 110/13 110/21 117/9 118/9 119/11 120/19 122/22 122/25 123/10 127/8 127/15 128/7 128/9 129/24 130/15 130/21 131/1 132/6 133/16 133/24 134/23 135/5 135/6 135/13 136/2 139/1 140/4 140/10 141/4 141/14 143/20 145/22

theirs [1] 46/1

them [56] 5/7 5/11 13/15 20/21 21/5 28/17 29/15 35/15 36/2 41/15 41/17 42/4 56/10 60/16 63/17 66/21 67/8 67/23 69/16 71/4 73/1 73/2 73/7 73/8 73/9 95/9 97/3 105/12 106/5 110/6 110/18 112/16 112/25 113/2 118/17 118/23 118/24 119/3 119/10 120/18 122/10 123/16 125/19 126/24 127/20 132/25 133/11 133/16 133/23 135/18 138/1 138/5 140/18 142/12 143/24 145/18

then [85] 9/16 11/8 20/2 25/11 28/13 32/3 32/22 38/8 40/2 43/11 43/22 44/14 44/14 48/6 49/9 53/16 53/21 54/12 57/6 57/7 58/7 58/19 58/23 59/6 59/7 59/12 61/16 66/2 67/11 67/16 68/11 68/20 69/13 70/14 70/19 87/7 88/17 93/1 94/17 100/2 101/17 104/23 105/2 105/19 107/19 109/19 113/12 114/24 119/23 121/17 122/19 123/1 123/4 124/9 124/10 124/10 125/3 125/10 126/22 127/3 127/11 127/16 128/9 130/4 133/1 133/4 134/4 134/7 135/12 135/1 136/5 136/17 136/20 136/21 137/4 138/3 138/5 138/15 139/12 139/24 140/5 141/25 143/6 145/1 145/15

theories [1] 100/19

theory [5] 99/11 99/14 99/19 100/17 100/21

there [116] 7/5 8/9 13/18 13/21 17/16 17/18 20/5 20/24 21/15 21/23 22/10 23/8 25/4 25/19 25/19 25/23 31/13 35/13 35/19 37/21 40/4 41/11 42/11 42/25 43/11 43/22 43/24 44/9 44/12 46/2 46/25 46/25 47/5 48/20 49/8 49/19 49/22 49/23 50/9 50/11 50/13 50/19 51/12 51/16 51/18 51/21 52/5 52/9 52/9 53/16 54/1 54/11 57/2 57/12 57/13 57/18 57/24 58/13 58/19 59/12 60/17 62/3 63/6 64/21 64/23 65/14 66/4 66/6 66/16 67/12 67/13 74/24 82/13 82/25 83/6 83/22 83/23 83/25 84/25 85/1 85/3 96/1 98/24 99/9 99/20 99/24 103/9 103/10 108/2 108/18 109/22 110/9 111/9 112/4 113/17 114/21 116/4 116/12 120/4 121/7 122/9 122/23 132/4 132/4 133/23 134/1 134/4 136/6 136/6 137/15 139/6 140/5 142/8 142/14 144/7

there's [26] 26/1 26/3 43/21 50/4 50/10 68/9 95/3 95/9 98/24 99/1 99/14 99/18 100/18 103/19 108/1 110/9 111/22 114/15 117/22 126/11 127/19 131/9 135/10 138/20 139/3 146/16

thereafter [1] 97/17

Therefore [1] 74/20

these [56] 9/3 9/14 30/16 48/24 49/20 53/3 59/17 71/4 71/14 71/18 76/11 79/11 89/10 91/11 92/20 93/9 93/10 93/11 95/18 98/9 99/4 104/1 104/7 104/7 104/12 105/11 106/9 107/8 108/22 109/8 109/18 109/21 111/8 114/16 114/19 114/20 115/9 118/19 119/13 119/13 120/7 120/19 120/23 122/25 128/11 132/18 133/23 137/10 138/16 139/8 139/9 140/3 140/10 145/12 145/24

they [207]

They'll [2] 136/3 145/25

they're [26] 59/10 99/19 103/5 104/2 104/12 110/7 110/22 114/23 115/10 115/20 115/23 116/18 116/18 133/6 126/7 130/7 133/6 133/8 133/9 135/1 135/22 141/14 143/18 143/20 144/10

they've [4] 107/25 111/14 111/18 138/6

thing [18] 47/2 48/18 55/11 57/6 68/11 104/20

**T**

117/12 117/16 126/2 128/15 129/5 129/15 129/20 130/4 137/4 137/8 137/16 140/24

things [45] 3/3 23/24 56/5 63/25 64/3 64/24 65/1 73/1 75/20 76/9 76/18 103/20 108/1 108/3 108/6 108/18 108/19 112/16 115/12 117/20 122/18 122/19 126/13 131/12 133/13 139/3

think [101] 7/17 9/5 11/1 12/18 13/16 16/3 19/20 19/21 24/4 25/20 28/20 29/6 29/19 29/11 29/18 30/14 30/17 31/10 31/14 32/23 33/4 34/13 34/17 34/18 34/19 34/20 35/18 37/5 39/3 39/9 39/11 39/16 39/17 39/22 40/2 40/3 40/11 40/13 40/14 40/17 41/7 41/12 41/16 41/21 43/10 43/19 44/3 44/24 45/5 45/6 46/7 47/9 49/8 50/21 51/17 52/22 54/14 54/25 55/7 56/3 57/12 58/15 59/6 59/18 59/22 60/25 61/18 61/21 62/6 63/1 64/13 65/23 66/18 67/5 69/4 69/14 76/17 76/19 76/24 77/14 95/5 96/17 101/7 102/16 104/16 105/24 106/10 109/10 110/7 112/13 121/23 121/25 123/7 125/9 130/19 137/6 139/3 139/13 143/22 146/16

thinking [5] 60/11 120/10 123/21 125/24 127/11

thinks [2] 29/18 75/2

third [6] 67/1 67/2 67/7 67/11 128/17 131/13

Thirty [1] 69/10

this [244]

THOMAS [1] 2/10

Thompson [1] 144/2

those [66] 4/18 6/1 8/2 8/6 9/20 13/7 13/10 13/14 13/23 15/22 16/7 16/20 17/19 18/11 19/2 19/9 19/12 19/14 23/1 23/25 24/1 24/11 27/3 30/24 31/5 31/6 31/22 32/20 55/24 57/16 61/4 65/15 71/7 87/9 90/17 97/2 97/11 103/25 105/15 105/20 105/22 105/22 105/24 108/18 110/20 110/22 111/2 118/10 118/22 119/1 120/3 121/4 122/2 122/3 126/5 128/6 128/7 129/22 130/2 131/10 131/14 132/20 133/12 133/24 141/5 146/2

though [6] 7/2 15/5 26/3 40/12 96/5 134/20

thought [29] 16/11 37/9 37/12 43/16 52/19 52/20 68/5 114/12 117/9 118/17 118/18 118/19 118/20 118/24 119/1 119/2 119/9 119/11 120/8 120/12 120/17 120/19 120/23 121/20 122/12 123/20 127/10 140/3 140/10

thousands [4] 119/25 120/4 121/2 140/9

three [21] 6/4 16/3 16/15 18/11 19/2 19/9 19/14 63/4 63/5 85/19 102/23 103/15 106/12 108/3 109/5 109/9 109/13 113/17 114/16 131/10 131/12

three weeks [1] 6/4

three years [1] 18/11

through [27] 7/18 13/2 42/2 42/24 43/4 46/1 46/19 49/24 53/22 62/6 67/23 92/24 93/1 93/15 94/25 104/23 105/4 107/6 107/24 108/22 110/9 126/10 130/2 136/15 141/12 142/12 145/22

throughout [4] 103/6 104/9 108/4 110/20

throw [1] 11/7

thrust [1] 39/23

tie [4] 15/8 15/11 127/15 134/14

tied [1] 139/23

TikTok [3] 91/23 135/10 135/15

time [25] 33/21 41/23 44/14 49/12 51/22 56/21 64/5 66/22 69/15 80/12 89/25 93/22 98/12 102/20 105/10 111/20 114/24 115/23 115/24 120/10 125/16 127/11 135/10 136/4 143/9

timeline [3] 97/5 124/8 136/16

times [4] 73/6 106/11 107/24 138/6

timing [2] 19/6 140/8

tip [1] 134/17

tips [4] 106/17 116/10 117/21 130/15

title [2] 95/12 147/8

today [6] 4/8 13/2 28/5 28/19 124/21 135/8

together [4] 40/11 82/2 114/16 134/21

told [12] 12/18 14/25 19/8 19/12 19/15 21/5

**T**

21/20 76/18 104/5 114/11 122/2 126/1

too [4] 57/21 120/9 127/10 139/17

took [10] 71/13 120/12 131/13 131/20 134/20 136/9 136/10 136/12 137/22 139/23

top [3] 67/4 78/19 96/17

topic [1] 24/15

Tori [1] 127/17

Tot [7] 98/1 98/3 144/19 145/1 145/3 145/5 145/9

total [11] 14/24 15/17 18/22 30/3 30/5 30/11 43/25 77/24 78/4 88/6 89/11

Tots [2] 99/4 144/14

touching [1] 92/18

tour [5] 117/13 117/18 126/12 135/21 135/22

toy [3] 127/1 127/1 144/7

tracks [1] 39/16

trade [184]

trademark [1] 136/3

training [2] 77/11 77/16

transcript [5] 1/8 1/19 68/3 147/9 147/11

treatise [3] 116/23 116/23 117/2

treats [1] 143/19

TREGILLIS [25] 3/6 5/6 5/9 5/18 5/21 6/21 7/5 9/5 9/13 10/4 10/19 13/7 13/11 14/13 14/24 15/13 23/4 27/20 27/24 28/2 33/11 34/22 105/5 139/19 142/11

Tregillis's [5] 6/15 9/10 14/3 16/8 16/17

trial [17] 1/11 27/11 47/23 52/15 53/10 53/11 73/24 77/1 92/1 92/14 92/24 93/3 93/4 93/7 103/6 104/20 105/7

trials [1] 105/6

tried [4] 56/20 56/21 107/25 137/20

truck [1] 17/5

true [10] 8/8 12/2 13/22 20/2 20/12 72/1 72/2 72/7 76/19 147/8

TRUJILLO [3] 2/4 4/9 33/12

TRUJILLO-JAMISON [2] 2/4 4/9

truth [3] 76/18 77/2 92/23

try [12] 6/5 23/21 26/18 56/22 57/20 57/21 58/8 92/11 103/15 103/16 135/1 143/3

trying [8] 15/1 38/25 41/2 41/15 42/5 99/8 104/5 141/14

turn [1] 92/19

turned [1] 74/18

turned-on [1] 74/18

turning [1] 101/23

tutus [1] 78/18

tweet [1] 127/14

twice [1] 43/19

Twitter [1] 91/23

two [43] 6/25 9/23 10/1 10/16 18/9 21/23 22/2 22/8 22/9 28/19 32/19 33/4 43/11 43/21 44/3 44/9 44/12 44/13 44/17 49/8 52/5 57/1 57/11 63/4 63/22 66/19 67/12 67/13 76/10 104/21 105/11 106/16 108/18 111/22 122/22 125/8 125/13 125/25 129/20 137/15 139/13 139/21 144/8

two years [9] 6/25 9/23 10/1 10/16 18/9 21/23 22/2 22/8 22/9

two-pack [1] 129/20

two-paragraph [1] 67/13

TX [1] 2/16

typo [2] 67/2 68/23

typographical [1] 68/12

**U**

U.S [1] 147/17

UK [1] 106/3

ultimately [2] 32/3 91/5

UMBERG [1] 2/7

unanimity [3] 94/15 94/16 101/4

unanimous [4] 94/1 94/5 102/6 102/12

undeniably [1] 104/13

under [16] 4/19 8/24 14/1 20/10 27/21 50/16 57/15 62/22 73/12 77/1 80/5 81/8 81/13 107/18 123/13 130/7

underlying [1] 67/2

understand [14] 10/2 11/13 17/14 31/24 32/3

**U**

**understand...** [9] 40/1 47/4 50/7 51/15 60/23 69/19 105/10 114/8 142/15
**understanding** [13] 5/18 11/19 14/20 16/8 16/24 17/2 23/17 29/17 29/23 31/12 51/19 105/13 112/23
**understood** [5] 20/23 42/8 49/8 62/24 62/25
**undertaking** [1] 70/10
**undisclosed** [4] 99/14 99/18 100/19 100/21
**unenforceable** [1] 85/8
**unique** [1] 145/10
**UNITED** [4] 1/3 1/23 147/8 147/12
**universe** [1] 131/15
**unjust** [1] 90/20
**unless** [4] 69/25 72/14 88/2 119/18
**unnoticed** [1] 103/1
**unofficially** [1] 144/22
**unproduced** [1] 96/25
**unprotectable** [2] 40/10 82/1
**unredacted** [2] 96/7 96/9
**unregistered** [4] 79/3 106/25 107/1 107/2
**unsolicited** [4] 81/1 81/2 138/3 138/8
**until** [7] 17/8 18/6 35/15 35/20 92/17 94/1 125/9
**untrue** [1] 76/12
**untruthfully** [2] 76/15 76/18
**unusual** [2] 105/8 107/3
**unwilling** [1] 102/14
**up** [36] 5/14 6/18 8/12 17/22 19/2 22/21 35/14 35/15 36/5 61/5 64/25 66/21 70/8 74/15 94/21 96/2 96/10 96/13 96/17 96/20 101/10 103/15 103/18 107/13 107/17 111/12 112/21 113/2 118/4 119/16 122/18 125/4 126/3 128/10 145/15 146/18
**upon** [1] 137/2
**urban** [4] 78/17 108/13 109/3 115/4
**us** [22] 13/24 17/19 30/7 35/18 42/14 43/3 43/23 51/4 51/23 56/8 56/22 58/7 60/6 64/5 66/7 70/14 102/23 106/12 113/17 124/10 124/16 134/8
**usable** [1] 97/22
**use** [56] 15/25 19/19 19/24 22/11 46/7 50/18 78/1 79/4 80/12 80/14 80/18 81/16 81/17 82/8 82/23 82/24 83/7 83/11 83/16 84/2 84/7 85/12 85/13 85/19 85/22 85/24 85/24 85/25 86/9 88/1 88/3 88/5 89/7 89/12 92/13 96/11 97/23 97/24 100/14 100/24 104/15 104/15 107/21 107/22 114/18 117/17 127/3 130/9 134/11 134/14 136/14 138/19 138/22 139/24 141/23 145/6
**used** [22] 7/19 15/6 20/13 25/1 44/18 47/22 48/1 78/23 79/14 80/8 80/13 82/7 83/17 86/6 97/5 106/22 109/24 113/21 129/3 134/19 135/19 138/17
**user** [1] 135/14
**uses** [4] 78/5 82/22 109/7 124/25
**using** [22] 10/22 18/5 20/3 20/9 20/24 21/2 21/24 34/9 46/7 52/11 52/18 63/5 84/22 85/5 85/14 86/11 87/15 92/9 111/18 113/4 135/5 140/12
**utility** [2] 80/7 132/19

**V**

**valid** [4] 79/3 82/5 106/13 106/25
**validate** [1] 10/12
**validated** [2] 7/22 121/15
**value** [6] 29/19 86/24 131/14 141/25 143/17 143/18
**valued** [1] 106/4
**Vargas** [1] 60/13
**verdict** [32] 51/2 56/15 56/19 57/22 61/23 63/16 64/4 64/18 64/22 64/25 71/16 72/24 79/10 79/12 87/3 91/10 93/1 94/1 94/4 94/5 94/6 102/5 102/12 102/18 105/17 105/20 107/14 112/14 113/8 138/12 141/7 145/25
**verified** [1] 22/25
**verify** [1] 13/1
**version** [10] 33/19 50/14 54/11 65/4 65/13 65/14 96/7 127/22 127/23 127/24

**versions** [1] 76/8
**versus** [5] 1/24 20/23 37/25 38/13 62/4
**very** [26] 27/18 32/24 61/17 63/18 67/20 70/25 83/24 93/8 97/16 97/19 102/21 103/2 104/8 104/18 105/14 108/3 109/10 109/24 113/15 113/18 133/2 138/20 139/3 139/4 141/12 146/3
**via** [2] 91/20 91/20
**vibrant** [2] 78/13 108/2 129/6 129/16
**video** [6] 110/16 110/21 117/24 124/24 133/3 135/16
**videos** [1] 135/23
**view** [4] 11/7 16/17 92/12 92/14
**viewed** [1] 39/13
**views** [5] 9/6 97/16 102/10 121/7 124/19
**vile** [1] 90/21
**violated** [2] 86/15 88/9
**violates** [1] 93/10
**violating** [1] 89/21
**violation** [5] 45/21 68/19 79/7 88/23 107/5
**viral** [2] 135/9 140/8
**visit** [1] 92/12
**vivid** [1] 78/15
**VOL** [2] 1/11 146/23
**volume** [1] 83/24
**voluminous** [1] 78/18
**vote** [1] 94/2
**vs** [2] 1/9 1/14

**W**

**waffled** [1] 116/24
**Wagner** [1] 122/1
**wait** [9] 41/25 42/4 42/8 118/25 120/8 126/23 126/24 127/9 146/14
**waiting** [4] 64/1 93/23 103/4
**waiving** [1] 39/22
**wake** [1] 74/15
**WALTER** [2] 3/11 4/24
**want** [44] 12/17 12/18 23/3 37/10 38/11 39/12 40/13 41/25 42/2 42/4 42/14 42/14 43/3 44/5 46/4 48/20 50/7 50/24 51/4 52/8 53/7 61/15 62/14 62/16 64/7 66/7 66/9 67/3 70/22 99/3 99/7 100/16 103/20 120/16 122/22 125/12 127/14 136/12 136/16 140/20 144/24 145/16 145/18 146/18
**wanted** [21] 6/14 12/21 23/18 25/3 25/7 25/16 43/15 43/17 46/5 46/7 48/9 51/9 53/10 53/12 52/1 53/9 55/11 55/24 64/5 65/24 119/20 123/14
**wanting** [2] 123/14 123/23
**wants** [4] 59/18 59/19 105/22 135/14
**wardrobe** [4] 111/6 129/8 129/10 129/17
**wardrobes** [1] 78/17
**Warriors** [1] 55/14
**was** [206]
**wasn't** [6] 6/14 10/6 15/5 101/15 125/11 125/22 125/24 139/10
**watch** [2] 92/6 122/3
**watching** [1] 117/24
**water** [2] 74/19 140/23
**wavy** [1] 78/16
**way** [32] 7/22 29/9 31/19 42/11 59/16 73/8 74/15 77/6 79/14 91/16 91/17 92/2 92/11 95/5 103/17 106/17 106/23 110/3 111/8 113/21 117/22 121/5
**ways** [2] 63/5 82/25
**we** [291]
**we'll** [11] 38/21 66/11 67/9 67/20 70/14 70/23 94/11 110/23 136/15 146/5 146/7
**we're** [25] 6/3 38/7 67/10 67/15 94/9 95/11 95/13 99/21 100/8 100/22 103/2 104/5 104/6 104/11 105/18 105/21 112/8 112/25 113/1 137/18 142/10 145/2 145/3 146/9
**we've** [11] 66/2 67/8 68/24 95/2 98/10 106/11 107/24 108/3 110/19 130/17 136/15
**weakness** [3] 82/17 114/17 124/3
**wear** [1] 130/5
**wearing** [1] 144/25
**website** [1] 91/21

**week** [2] 7/4 33/24
**weeks** [4] 5/22 42/19 63/05 100/13
**weigh** [2] 83/8 83/19
**weight** [6] 74/12 74/14 76/21 76/24 77/14 102/17
**well** [59] 4/16 13/13 14/14 15/8 17/14 25/9 25/11 26/1 29/4 31/23 36/25 37/7 38/5 38/8 38/12 38/13 48/1 51/5 53/4 57/9 58/17 59/7 59/10 60/8 62/16 63/20 67/8 68/18 69/15 69/21 95/11 95/24 96/19 101/9 102/24 103/22 105/1 108/1 112/9 112/18 112/19 115/25 116/17 117/4 118/12 123/4 123/6 124/2 125/10 126/20 132/17 134/1 135/1 136/9 136/12 137/21 138/23 139/6 143/11
**went** [12] 6/7 14/13 33/4 38/21 104/23 107/6 110/3 114/5 122/18 123/14 126/16 142/8
**were** [86] 5/17 8/10 8/15 8/17 13/18 13/21 14/21 15/15 17/9 19/6 19/8 19/9 19/12 19/14 19/14 20/5 22/24 23/11 23/12 23/18 24/4 24/16 24/16 28/4 28/7 30/25 31/25 32/18 33/13 41/12 43/11 45/19 49/24 51/21 57/9 64/23 64/24 67/25 68/5 76/23 81/16 86/12 103/3 103/11 103/17 105/2 106/3 107/20 109/22 111/1 114/2 115/24 116/4 117/19 118/6 118/19 118/20 119/1 119/2 119/21 120/4 120/17 120/19 120/23 121/7 121/20 122/5 122/6 123/16 123/19 124/6 124/12 127/6 127/7 131/23 133/15 134/1 134/2 134/9 134/9 135/17 137/11 140/10 140/13 140/19 140/23 144/14
**weren't** [5] 13/13 13/21 17/8 139/15 142/3
**West** [1] 1/23
**WESTMORELAND** [2] 2/15 4/12
**wet** [1] 74/16
**what** [142] 6/12 6/13 7/5 7/9 7/20 7/21 8/24 9/6 10/11 12/17 13/13 13/23 13/24 14/1 14/12 14/24 14/25 15/5 15/7 15/11 15/21 16/1 16/2 16/10 16/19 17/19 19/18 20/4 21/5 21/20 23/21 25/14 25/14 25/16 25/18 26/4 26/11 28/11 29/7 29/8 30/7 30/20 30/24 31/3 31/5 31/5 32/1 32/6 32/25 34/8 39/12 39/16 41/14 41/17 42/1 43/10 43/19 43/20 44/15 44/24 45/19 46/6 47/21 50/3 50/6 51/11 51/20 52/14 52/16 53/6 53/14 54/15 56/2 58/25 62/1 65/3 65/7 66/8 70/15 70/22 71/16 72/16 73/2 73/4 74/8 74/24 75/8 76/8 76/10 76/23 79/17 80/4 80/4 98/3 98/10 99/16 99/19 99/22 100/1 101/9 103/14 103/19 104/9 104/14 105/17 107/10 107/20 108/25 109/15 110/2 110/7 110/19 112/8 112/19 112/20 114/11 115/21 115/25 116/19 116/20 116/25 118/11 118/13 121/14 122/12 122/15 123/1 124/6 124/13 128/3 131/21 132/4 132/5 135/14 137/6 137/14 137/24 142/4 143/12 145/8 145/14 145/16
**what's** [10] 31/13 43/18 53/10 62/1 68/18 95/5 96/22 97/21 132/3 139/15
**whatever** [4] 42/5 59/17 59/19 95/25
**whatever's** [1] 109/16
**whatsoever** [1] 131/10
**when** [62] 4/15 5/7 5/10 7/20 19/18 29/15 30/2 42/21 49/24 52/13 57/2 57/22 59/9 59/22 71/23 72/3 73/12 73/18 73/22 74/2 74/25 75/6 75/11 79/13 79/23 84/20 85/12 85/21 90/14 94/16 101/22 103/11 108/22 109/25 110/25 111/3 112/18 113/8 115/9 117/6 117/10 117/25 118/20 119/12 120/20 121/19 122/1 122/16 126/14 127/23 134/2 136/3 136/8 136/10 136/17 138/12 140/23 141/6 143/25 144/5 144/6
**where** [30] 20/18 25/4 25/23 28/20 34/20 52/8 52/9 58/1 59/9 94/25 109/20 114/18 116/14 118/18 122/5 125/9 127/5 127/13 130/13 131/23 131/24 132/4 133/15 133/17 134/5 134/7 134/15 135/13 137/18 144/8
**wherever** [1] 124/22
**whether** [38] 8/16 14/21 15/14 22/25 23/8 24/5 30/18 48/20 69/11 71/9 76/1 79/17 79/23 80/1 80/7 80/14 80/16 80/18 81/1 81/4 81/15

**W**
**whether...** [17] 82/8 82/12 83/17 85/3 88/15
89/22 89/25 91/7 107/20 114/2 114/15 125/15
125/17 132/11 132/22 133/6 141/16
**which** [49] 17/14 17/21 25/13 34/9 34/14
34/16 37/1 37/5 39/16 40/11 43/23 43/24
45/17 47/9 47/12 48/11 51/14 52/7 52/16
52/23 53/13 54/12 54/13 59/4 65/1 65/21 67/3
72/12 72/20 74/10 75/14 75/14 77/19 77/23
79/8 80/13 81/18 84/22 87/3 93/22 104/16
104/16 110/6 112/8 115/18 116/14 133/24
134/21 144/12
**while** [5] 25/9 38/25 75/22 93/23 134/3
**white** [5] 95/22 117/13 130/23 131/1 145/9
**White/Caucasian** [1] 130/23
**who** [31] 18/3 21/20 31/10 31/11 36/22 76/22
78/5 79/17 80/1 90/6 93/10 103/10 103/12
104/18 113/15 116/7 117/24 118/6 121/18
122/13 123/14 123/24 123/25 123/25 126/6
127/16 132/22 133/5 133/10 137/15 140/9
**who's** [1] 127/6
**whole** [11] 39/14 40/5 40/16 81/25 104/24
107/8 114/2 120/10 127/11 128/22 129/5
**wholly** [1] 81/11
**whose** [1] 103/12
**why** [22] 10/25 11/2 11/3 11/4 24/17 25/1
29/3 30/12 60/13 95/12 100/2 103/22 105/24
105/24 111/17 120/11 123/4 123/6 127/12
130/9 139/14 144/23
**wide** [1] 130/18
**will** [52] 6/6 11/11 19/22 35/19 35/21 36/21
36/21 41/15 41/23 42/8 42/21 44/10 47/8 48/9
49/17 51/10 56/16 56/18 56/25 60/15 60/16
60/18 60/18 60/24 61/3 61/16 63/1 63/12
63/19 69/9 70/13 70/14 71/7 71/12 71/18
71/21 73/2 76/8 82/10 89/1 89/24 91/9 93/6
93/19 93/21 98/10 98/11 102/2 107/12 108/20
110/7 113/2
**WILLENKEN** [1] 2/4
**willful** [10] 54/18 88/10 88/13 88/17 90/13
142/17 142/21 142/23 143/9 143/23
**willfully** [2] 55/21 88/9
**willfulness** [2] 47/2 56/4
**willing** [2] 119/24 121/2
**willingness** [1] 81/19
**WILMER** [1] 2/10
**Wilshire** [1] 2/5
**WILSON** [1] 2/3
**Windi** [1] 122/8
**without** [4] 21/25 41/9 50/23 78/24
**witness** [26] 4/24 15/2 22/17 26/14 27/16
27/24 33/3 35/3 36/6 70/2 72/18 74/8 74/8
75/15 75/17 75/19 76/6 76/14 76/17 76/17
76/25 77/1 77/6 77/11 96/9 105/9
**witness's** [7] 75/21 75/22 75/23 75/25 76/2
76/3 77/15
**witnesses** [10] 3/5 3/10 73/4 76/8 76/22
76/23 92/16 92/22 97/6 109/11
**WL** [1] 55/15
**Womack** [8] 104/20 104/23 117/23 124/23
127/21 133/14 133/25 134/22
**won't** [4] 101/1 130/2 132/21 142/14
**wonder** [1] 70/15
**wondering** [1] 69/11
**word** [12] 10/13 40/7 54/6 60/7 65/13 65/14
106/5 110/5 124/9 134/9 134/10 142/4
**words** [4] 6/1 15/3 68/13 68/21
**work** [6] 10/10 13/9 58/21 69/14 86/18 139/2
**worked** [3] 20/19 21/14 145/18
**working** [2] 42/24 63/15
**works** [1] 109/20
**world** [2] 117/18 133/8
**worried** [2] 59/9 59/24
**worth** [1] 126/4
**would** [79] 6/9 11/21 11/25 12/5 17/15 17/22
17/24 23/14 25/9 25/11 26/7 26/9 27/16 28/11
28/13 33/25 34/15 39/18 40/5 40/6 41/24
44/13 44/25 45/15 46/19 47/1 47/6 47/14
47/24 48/5 48/7 50/21 50/23 52/3 52/11 53/8

55/13 56/11 56/19 56/22 58/7 60/6 61/7 62/3
65/7 66/14 69/3 69/4 69/7 69/8 69/17 73/17
81/11 85/15 85/22 87/2 90/22 90/22 98/8
99/3 99/13 101/10 102/19 106/23 107/22
109/24 119/17 119/22 119/24 121/1 123/2
125/16 125/19 127/21 127/24 132/2 134/24
134/24 139/25 143/12
**wouldn't** [6] 8/21 17/25 19/3 26/9 109/21
128/18
**Wow** [1] 118/22
**wrap** [1] 103/15
**wrapped** [1] 133/15
**write** [2] 16/16 103/20
**writes** [1] 106/4
**writing** [3] 91/19 93/18 93/20
**written** [11] 36/22 36/24 41/14 41/20 46/24
47/7 61/6 61/17 63/2 132/3 132/4
**wrong** [1] 16/19

**X**
**XOMG** [3] 112/21 112/22 112/23
**Xscape** [1] 133/22

**Y**
**y'all** [2] 118/25 120/23
**yeah** [12] 59/2 60/3 67/10 116/2 118/20
122/25 128/11 136/25 137/25 143/13 144/8
146/20
**year** [11] 18/6 18/24 18/24 18/25 18/25 28/8
106/1 106/2 131/3 135/12 139/21
**Year's** [1] 135/4
**years** [20] 6/25 9/23 10/1 10/16 18/9 18/11
18/12 21/23 22/2 22/8 22/9 24/11 28/11 28/15
34/23 85/20 85/21 103/3 125/8 125/13
**yes** [110] 6/4 6/13 6/24 7/15 8/8 8/25 9/2 9/18
9/22 10/17 10/21 10/23 10/24 11/19 11/23
12/23 13/6 13/22 14/9 14/12 14/18 15/4 16/5
16/24 17/2 17/15 17/18 18/1 18/1 18/8 18/11
18/18 19/20 20/7 20/21 20/22 21/1 22/9 23/2
23/7 23/13 23/17 23/24 24/3 24/8 24/21 27/1
28/10 28/23 31/10 31/21 32/18 33/7 33/15
34/24 35/2 36/3 37/12 37/15 38/24 40/24 42/2
42/16 45/7 45/14 46/15 49/16 51/9 54/9 56/24
57/5 57/15 58/5 58/9 63/9 63/25 64/23 66/18
94/23 96/22 99/10 105/8 105/12 108/11
108/14 108/17 109/19 113/9 113/12 115/2
115/5 115/8 119/8 120/2 121/11 121/22
121/25 122/7 125/6 126/9 129/2 130/8 133/7
135/20 138/14 141/10 143/22 144/17 145/13
146/1
**yes/no** [1] 57/5
**yesterday** [16] 5/3 5/5 5/14 6/12 10/3 19/17
24/15 28/4 28/19 30/2 36/11 43/10 43/19
46/12 65/19 137/24
**yet** [2] 114/23 136/11
**York** [1] 134/6
**you** [585]
**you'll** [7] 105/17 105/21 107/14 110/9 112/7
136/2 142/21
**you're** [17] 10/22 12/12 17/12 21/5 40/22
57/22 65/3 100/25 101/6 101/20 107/13
108/22 128/4 133/5 136/24 141/8 141/20
**you've** [15] 34/22 35/12 47/3 58/24 73/16
102/8 102/25 107/25 108/10 108/13 108/15
112/7 115/1 115/4 115/6
**younger** [2] 117/24 124/23
**youngest** [1] 118/2
**your** [205]
**yours** [1] 64/14
**yourself** [3] 23/12 102/7 139/1
**YouTube** [8] 91/23 117/25 122/18 124/20
124/22 124/24 124/25 135/20
**Yung** [1] 127/6

**Z**
**zero** [5] 27/3 27/5 27/8 112/4 130/14
**Zero percent** [1] 130/14
**ZIPSER** [1] 2/7
**Zonnique** [9] 104/18 113/15 118/5 119/15

120/6 121/6 133/16 135/19 140/15
**Zoom** [1] 22/20
**ZURU** [1] 106/8