1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
MGA ENTERTAINMENT, INC.,      )CERTIFED TRANSCRIPT
          Plaintiff,          )
   vs.                        )
                              )  CV-20-11548-JVS
CLIFFORD "T.I." HARRIS,       )
et al., )                     )
          Defendants.         )
------------------------------)
GRAND HUSTLE, LLC, PRETTY     )
HUSTLE, LLC, and OMG GIRLZ,   )
LLC,                          )
          Counter-Claimants,  )
   vs.                        )
MGA ENTERTAINMENT, INC.,      )
ISAAC LARIAN, and DOES 1-10,  )
inclusive,                    )
          Counter-Defendants.)
------------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

October 27, 2024

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff and Counter-Defendants:

 3   MARK A. FINKELSTEIN
     UMBERG ZIPSER, LLP
 4   1920 Main Street, Suite 750
     Irvine, CA  92614
 5   (949) 679-0052

 6   For the Defendants and Counter-Claimants:

 7   JOHN R. KEVILLE
     ROBERT L. GREEN
 8   CHANTE B. WESTMORELAND
     SHEPPARD MULLIN RICHTER & HAMPTON, LLP
 9   700 Lousiana Street, Suite 2750
     Houston, TX  77002
10   (713) 431-7100

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|  |  |
|---|---|
| 01:27 | 1  SANTA ANA, CALIFORNIA; THURSDAY, OCTOBER 24, 2024; 1:27 P.M. |
|  | 2       (Status conference via Zoom) |
|  | 3       THE CLERK:  Calling Item No. 1, CV-20-11548-JVS, |
|  | 4  MGA Entertainment, Inc., versus Clifford T.I. Harris, et al. |
|  | 5       Counsel, please state your appearances for the |
|  | 6  record beginning with the plaintiff. |
|  | 7       MR. GREEN:  Good afternoon, Your Honor.  Robert |
|  | 8  Green for plaintiff OMG Girlz and also John Keville and |
|  | 9  Chante Westmoreland. |
| 01:28 | 10      MR. FINKELSTEIN:  Good afternoon, Your Honor. |
|  | 11 This is Mark Finkelstein from Umberg Zipser for MGA. |
|  | 12      THE COURT:  Good afternoon.  Thank you for making |
|  | 13 yourselves available.  I just thought it would be easier to |
|  | 14 interact with everybody. |
| 01:28 | 15      I think the three issues are in fact equitable.  I |
|  | 16 agree that the disgorgement issue is an equitable issue.  I |
|  | 17 agree both as to liability and amount. |
|  | 18      MR. FINKELSTEIN:  I'm sorry.  I couldn't quite |
|  | 19 hear that.  You said you agreed the three issue are |
| 01:29 | 20 equitable? |
|  | 21      THE COURT:  I agree at least to some extent.  In |
|  | 22 terms of disgorgement under the Lanham Act, no question.  In |
|  | 23 terms of disgorgement under the name and likeness, I would |
|  | 24 like further briefing both with respect to the common law |
| 01:29 | 25 and statutory.  It's not clear to me that both of those are |

```
01:30   1    equitable.  They should be analyzed to see whether they are
        2    equitable.  And then the final issue is on punitive damages.
        3             As far as the other issue, enhanced damages, I
        4    don't think we need to brief that right now, but I would
01:30   5    like to agree on a briefing schedule now to get it resolved.
        6    So the schedule you propose for the equitable issues is fine
        7    by me, but if you want to slip out --
        8             MR. FINKELSTEIN:  I'm having trouble hearing you.
        9    I understand you want us to meet and confer about a schedule
01:31  10    on enhancement of the Lanham Act for a later time.
       11             THE COURT:  Yes.
       12             MR. FINKELSTEIN:  Okay.
       13             THE COURT:  Hopefully, let's get that done this
       14    year.  I think there is enough briefing on the three
01:31  15    equitable issues that I intend everybody's focus on in the
       16    short-run.
       17             MR. GREEN:  It sounded like you said for those
       18    three issues -- you know, we had proposed a briefing
       19    schedule, but if we need an adjustment because of the date
01:31  20    of the hearing being next Monday --
       21             THE COURT:  Is everybody clear on what we are
       22    going to do?  One, you're going to meet and see if the dates
       23    on the equitable issues are still good for you.  I think the
       24    intervals between briefs is just fine, but let's get that
01:33  25    heard.  I think your proposed date is December 9.
```

01:33  1          MR. KEVILLE:  Are there other available hearing
       2  dates other than the 9th in December?
       3          THE COURT:  I can always hear you on a Monday at
       4  3:00 p.m.  That's what I do for lengthy hearings generally.
01:33  5          MR. FINKELSTEIN:  Just so I'm clear, the 9th is
       6  still available for Your Honor, but you might also have
       7  availability on October 16?
       8          THE COURT:  Yes.  Most any Monday if I'm here I
       9  just put lengthier arguments to 3:00.
01:33 10          MR. FINKELSTEIN:  Understood.
      11          THE COURT:  If you want the 16th or the 23rd,
      12  either of those are available as well.
      13          MR. GREEN:  All right.  Mr. Finkelstein and I'll
      14  talk.
01:34 15          MR. FINKELSTEIN:  We'll talk and submit a new
      16  stipulation.
      17          Your Honor, you did want us also to agree on
      18  Lanham Act enhancement now, but that he will done later?
      19          THE COURT:  Right.  Put in a schedule now.
01:34 20          MR. FINKELSTEIN:  Then the final thing just so
      21  it's clear, the OMG Girlz wanted to brief exceptional case
      22  now, and we thought that was not appropriate.  Are we
      23  briefing that later?
      24          THE COURT:  Well, that's what I mean by
01:34 25  exceptional.  That's what I was talking about.

```
01:34    1              MR. FINKELSTEIN:  Oh, I see what you are saying.
         2              THE COURT:  Segregate it from the three equitable
         3    issues, but let's get a schedule.
         4              MR. FINKELSTEIN:  Understood.  So just so I'm
01:34    5    clear, during this current schedule then, the OMG Girlz
         6    could submit an opening brief on enhancement, not
         7    exceptional case of enhancement under the Lanham Act?  Do
         8    you want that done now, too?
         9              THE COURT:  I'm distinguishing between exceptional
01:35   10    circumstances.
        11              MR. FINKELSTEIN:  Yes.  So the exceptional
        12    circumstance I understand will be briefed later.  We had
        13    proposed cross briefs where the OMG Girlz would brief
        14    additional compensation be awarded under 15 USC 1117(a).  Is
01:35   15    that going to happen now as well?
        16              MR. GREEN:  I think that provision within 1117(a)
        17    is the exceptional case on attorney fees, but there is also
        18    the potential up to trebling.  I think in some part maybe
        19    what Mr. Finkelstein is going to brief falls within 1117(a)
01:35   20    as well, but I think that's what we are trying to get
        21    clarity on.
        22              THE COURT:  Okay.  Let's do that now.
        23              MR. FINKELSTEIN:  Essentially, Mr. Green and I
        24    will get together right away and agree on a briefing
01:36   25    schedule for these current issues, and also agree on a
```

```
01:36    1    briefing schedule for the exceptional case issue to happen
         2    later?
         3            THE COURT:  Right.
         4            MR. FINKELSTEIN:  Understood.
01:36    5            THE COURT:  Okay.  We all have our marching
         6    orders?
         7            MR. FINKELSTEIN:  We do.  Thank you, Your Honor.
         8            MR. GREEN:  Thank you.
         9            THE COURT:  Thank you for making yourselves
01:36   10    available.
        11            (Whereupon, the proceedings were concluded.)
        12                         *   *   *
        13
        14
01:36   15
        16
        17
        18
        19
01:36   20
        21
        22
        23
        24
01:36   25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

# CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  October 27, 2024

/s/   Sharon A. Seffens   10/27/24
_____
SHARON A. SEFFENS, U.S. COURT REPORTER