**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

**HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

| | |
|---|---|
| MGA ENTERTAINMENT, INC., )<br>)<br>          Plaintiff, )<br>)<br>     vs. )<br>)<br>CLIFFORD T.I. HARRIS, et al., )<br>)<br>          Defendants. )<br>_____)<br>GRAND HUSTLE, LLC, PRETTY )<br>HUSTLE, LLC, and OMG GIRLZ LLC, )<br>)<br>          Counter-Claimants, )<br>     vs. )<br>)<br>MGA ENTERTAINMENT, INC., ISAAC )<br>LARIAN, and DOES 1 - 10, )<br>inclusive, )<br>)<br>          Counter-Defendants. )<br>_____) | **Certified Transcript**<br><br>Case No.<br>CV-20-11548-JVS<br><br><br><br><br><br><br><br><br>**TRIAL DAY 5, VOL. II** |

REPORTER'S TRANSCRIPT OF PROCEEDINGS
JURY TRIAL
TUESDAY, SEPTEMBER 10, 2024
1:01 P.M.
SANTA ANA, CALIFORNIA

_____

**DEBBIE HINO-SPAAN, CSR 7953, CRR**
FEDERAL OFFICIAL COURT REPORTER
411 WEST 4TH STREET, ROOM 1-053
SANTA ANA, CA 92701
dhinospaan@yahoo.com

1                    **APPEARANCES OF COUNSEL:**

2

3    **FOR PLAINTIFF AND COUNTER-DEFENDANTS MGA ENTERTAINMENT, INC., a California Corporation:**

4
            WILLENKEN LLP
5           BY:  PAUL J. LOH, ESQ.
            707 Wilshire Boulevard
6           Suite 3850
            Los Angeles, California 90017
7           213-955-9240
            ploh@willenken.com
8
            UMBERG ZIPSER LLP
9           BY:  MARK A. FINKELSTEIN, ESQ.
            1920 Main Street
10          Suite 750
            Irvine, California 92614
11          949-679-0052
            mfinkelstein@umbergzipser.com
12
            WILLENKEN LLP
13          BY:  BREEANNA NICOLE BREWER, ATTORNEY AT LAW
            707 Wilshire Boulevard
14          Suite 3850
            Los Angeles, California 90017
15          213-955-9240
            bbrewer@willenken.com
16
            WILLENKEN LLP
17          BY:  JASON H. WILSON, ESQ.
            707 Wilshire Boulevard
18          Suite 3850
            Los Angeles, California 90017
19          213-955-9240
            jwilson@willenken.com
20
            WILLENKEN LLP
21          BY:  KENNETH MICHAEL TRUJILLO-JAMISON, ESQ.
            707 Wilshire Boulevard
22          Suite 3850
            Los Angeles, California 90017
23          213-955-8031
            ktrujillo-jamison@willenken.com
24

25

**UNITED STATES DISTRICT COURT**

1
                    **APPEARANCES OF COUNSEL**
                         **(Continued:)**

2

3    **FOR DEFENDANTS AND COUNTER-CLAIMANTS CLIFFORD "T.I." HARRIS, an
     Individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC,**
4    **a Delaware limited liability company; and DOES 1 - 10
     inclusive; GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ**
5    **LLC:**

6              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
               BY:  JOHN R. KEVILLE, ESQ.
7                   Pro Hac Vice
               700 Louisiana Street
8              Suite 2750
               Houston, Texas 77002-2791
9              713-431-7113
               jkeville@sheppardmullin.com
10
               SHEPPARD MULLIN RICHERT & HAMPTON LLP
11             BY:  ROBERT L. GREEN, ESQ.
                    Pro Hac Vice
12             700 Louisiana Street
               Suite 2750
13             Houston, Texas 77002
               713-431-7100
14             rgreen@sheppardmullin.com

15             SHEPPARD MULLIN RICHTER & HAMPTON LLP
               BY:  CHANTE B. WESTMORELAND, ATTORNEY AT LAW
16                  Pro Hac Vice
               700 Louisiana Street, Suite 2750
17             Houston, TX 77002
               713-431-7100
18             Fax: 713-431-7101
               Email: Cwestmoreland@sheppardmullin.com
19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

```
 1                         I N D E X

 2   WITNESSES                                         PAGE

 3   WINDELLYN OSBOURNE - videotaped deposition          8

 4

     BLANCHE CONSORTI, CALLED BY THE PLAINTIFFS
 5       Direct Examination by Mr. Keville              10

 6

 7

 8

 9                        EXHIBITS

10                                               WITHDRAWN
                                          IN          OR
11   EXHIBIT                         EVIDENCE   REJECTED

12   318A      MajorIG 11.png -Redacted        9

13   404       Email from Blanche Consorti re  30
               Bhaddie skirt
14
     4936      Re: Remix - Super Surprise      30
15             (bad girls crew)

16   3807      OMG Inspiration.ai              51

17   3337      F19_OMG_Core_ColorCallouts_     55
               Dolls.jpg
18
     2612      OMG_Diva_fashion1.jpg           56
19
     2564      F19_OMG_Shoes_Release_Diva.jpg  56
20
     2659      LOL_OMG_Diva_FabricArt_Leopard  57
21             .jpg

22   2592      Diva 5.jpg                      57

23   1805      Photo of L.O.L Surprise! Tot:   62
               Sleepy Bones
24

25
```

UNITED STATES DISTRICT COURT

**I N D E X**
(Continued:)

**EXHIBITS**

| EXHIBIT | | IN EVIDENCE | WITHDRAWN OR REJECTED |
|---|---|---|---|
| 1211A | Chillax drawings | 63 | |
| 1211B | Chillas drawings | 68 | |
| 3435 | F20_OMG_Core_ColorCallouts Accessories_12_2 3.jpg | 70 | |
| 2879 | F20_OMG_Core_ColorCallouts Accessories_12_2 3.jpg | 74 | |
| 2868 | Sleepy_Sweater.jpg | 74 | |
| 1836 | Photo of L.O.L Surprise! O.M.G. Doll: Chillax | 77 | |
| 1191 | F20_OMG_RollerSk8r.jpg | 81 | |
| 2902 | F20_OMG_RollerSk8r_FabricArt Engineered.jpg | 86 | |
| 2887 | Pattern_Roller Skater_REVISED jacket.pdf | 86 | |
| 2927 | F20_OMG_Core_RollerSk8r FabricArt_GarmentB ag2_TealSquiggle.jpg | 89 | |
| 5204 | 559788xx3 567196 LOL Surprise OMG Doll Series 3 Roller Chick FP 06.jpg | 89 | |
| 2931 | F20_OMG_Core_RollerSk8r_ FabricArt_GarmentB Ag1_DiscoDot.jpg | 89 | |

**UNITED STATES DISTRICT COURT**

**I N D E X**
(Continued:)

**EXHIBITS**

| EXHIBIT | | IN EVIDENCE | WITHDRAWN OR REJECTED |
|---|---|---|---|
| 1188A | Mood Board: F20 Core Series (Chillax, Class Prez, Roller Chick, Da Boss) | 93 | |
| 1877 | Photo of L.O.L Surprise! O.M.G. Doll: Roller Chick | 98 | |
| 245A | Z42.png | 99 | |
| 268A | TSR5.png - Redacted | 99 | |

**UNITED STATES DISTRICT COURT**

```
 1              SANTA ANA, CALIFORNIA; TUESDAY, SEPTEMBER 10, 2024

 2                            1:01 P.M.

 3                             - - -

 4

01:01PM 5              (Out of the presence of the jury.)

 6              THE COURT:  Ready for the jury?

 7              MR. KEVILLE:  Yes, Your Honor.

 8              THE COURT:  Okay.

 9              (In the presence of the jury.)

01:03PM 10             THE COURT:  Good afternoon, ladies and gentlemen.

11    This morning one of your members sent out a note saying:

12              "Can we get clarification on what the actual

13         claim or lawsuit is in this case?"

14              I'm going to reread to you the instruction I gave as

01:03PM 15    part of the initial instructions describing the case generally.

16    You're not to give the fact that I'm rereading this particular

17    instruction any additional weight.  You're to consider all of

18    it, the instructions, together.  (Reading:)

19              "The case you'll hear is about a lawsuit

01:03PM 20         between a music and entertainment group, the

21         OMG Girlz, LLC, and two related entertainment

22         companies, Pretty Hustle, LLC, and Grand Hustle,

23         LLC, on the one hand, and a toy company, MGA,

24         Entertainment, Inc., on the other hand.  There are

01:04PM 25         also individual parties, Isaac Larian, who is the
```

```
            1          CEO of MGA, Clifford 'T.I.' Harris, who is the CEO
            2          of Grand Hustle, and Tameka 'Tiny' Harris, who is
            3          the CEO of Pretty Hustle.
            4              "The Grand Hustle, Pretty Hustle, and
01:04PM     5          OMG Girlz claim that certain dolls within MGA's
            6          doll product line called L.O.L. Surprise! O.M.G.
            7          infringe on the trade dress and misappropriate the
            8          likeness of the OMG Girlz and seek damages for this
            9          alleged infringement and misappropriation.  MGA and
01:04PM    10          Mr. Larian deny these allegations and claim that
           11          MGA is entitled to a finding that the
           12          L.O.L. Surprise! O.M.G. dolls do not infringe the
           13          intellectual property rights being asserted."
           14              So I trust that's helpful.
01:05PM    15              Okay.  Let's go forward, then.
           16          MR. KEVILLE:  Thank you, Your Honor.  We had said
           17     before the break that we would call Blanche Consorti, but we
           18     now have the last of the four consumer depositions completed.
           19     So our next witness will be Windellyn Osbourne.  She's the last
01:05PM    20     of the four consumer witnesses.
           21              (Videotaped deposition of Windellyn Osbourne
           22              is played, not reported.)
           23          MR. KEVILLE:  Your Honor, that concludes all the
           24     portions that MGA has to play and that we played, and that
02:05PM    25     concludes that deposition.  I would just offer Exhibit 318A,
```

```
 1    which was her comment to Ms. Harris's post.

 2               THE COURT:  Any objection?

 3               MR. TRUJILLO-JAMISON:  I have no objection.  We'd

 4    also like to offer into evidence some of the exhibits that were

 5    discussed in the deposition that we -- we can discuss it

 6    after --

 7               THE COURT:  318A will be received.

 8               (Exhibit Number 318A received.)

 9               MR. KEVILLE:  Thank you.

10               THE COURT:  You need to enumerate them.

11               MR. KEVILLE:  I think what he was saying was he

12    would take it up with us on a break, because I don't know what

13    numbers they want.

14               THE COURT:  Okay.

15               MR. TRUJILLO-JAMISON:  That's fine, Your Honor.  And

16    Mr. Keville is correct, we can confer about that.

17               MR. KEVILLE:  Your Honor, may I suggest a

18    five-minute restroom break to get organized with our next

19    witness, Ms. Consorti?

20               THE COURT:  Sure.

21               THE COURTROOM DEPUTY:  All rise.

22               (Recess from 2:06 p.m. to 2:18 p.m.)

23               THE COURT:  Mr. Keville.

24               MR. KEVILLE:  Thank you, Your Honor.

25               THE WITNESS:  For our next witness, we call MGA
```

1    designer Blanche Consorti.

2         **BLANCHE CONSORTI, PLAINTIFFS' WITNESS, WAS SWORN**

3              THE COURT:  Mr. Keville.

4              MR. KEVILLE:  Your Honor, may I approach with the

02:20PM  5    book of exhibits?

6              THE COURT:  You may.

7              THE COURTROOM DEPUTY:  Can you please state your

8    full name, spelling your last name for the record.

9              THE WITNESS:  Blanche Consorti, B-l-a-n-c-h-e.

02:20PM 10                      **DIRECT EXAMINATION**

11   BY MR. KEVILLE:

12   Q    Good afternoon, Ms. Consorti.

13   A    Good afternoon.

14   Q    You were a doll designer for MGA from about 2011 to 2021;

02:20PM 15   correct?

16   A    Correct.

17   Q    And you left MGA?

18   A    Yes, correct.  I left.

19   Q    And you rejoined MGA last year, doing freelance; correct?

02:20PM 20   A    I -- yes.  Correct.

21   Q    Okay.  Ms. Consorti, how many dolls have you created in

22   total?

23   A    Hundreds.  I can't keep count.

24   Q    Okay.  Ms. Consorti, you know that at points during this

02:21PM 25   four-year lawsuit, there were 32 dolls in question; correct?

```
 1   A      Correct.

 2   Q      Okay.  And do you know that there are seven dolls that

 3   the Harrises testified in this trial that they are asking the

 4   jury to decide on for trade dress infringement and

02:21PM  5   misappropriation of name and its likeness?

 6              MR. WILSON:  Objection.  Calls for speculation.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  I'm sorry, what is the question?

 9   BY MR. KEVILLE:

02:21PM 10   Q      Do you know that there are seven dolls that the Harrises

11   have testified in this trial that they are asking the jury to

12   decide on for the claims of trade dress infringement and

13   misappropriation of name and its likeness?

14              MR. WILSON:  Objection.  Misstates prior testimony.

02:21PM 15              THE COURT:  Sir, it's customary to stand when you

16   make an objection.

17              MR. WILSON:  Objection.  Misstates prior testimony.

18              THE COURT:  Overruled.

19              THE WITNESS:  I have only heard that there is less

02:22PM 20   dolls than the 32.  I don't know how many.

21              MR. KEVILLE:  Allen, can you put up this

22   demonstrative?  Okay.

23              (Document shown.)

24   BY MR. KEVILLE:

02:22PM 25   Q      There are seven dolls on this demonstrative.  These are
```

```
  1    the ones that the Harrises testified they're asking the jury to
  2    decide on.  They are Roller Chick, Chillax, Metal Chick,
  3    Bhad Gurl, Miss Divine, Runway Diva, and Prism.
  4            Those are the seven dolls that are shown there;
  5    correct?
  6    A    Correct.
  7    Q    Okay.  And as to Metal Chick and Bhad Gurl, they were,
  8    for most times, sold in this set of four; correct?
  9    A    That's how they were originally released.
 10    Q    And so there were four dolls in this.  So the seven that
 11    are up for infringement plus the two in here that were talked
 12    about.
 13            Do you understand that?
 14    A    So two dolls -- there are two dolls from the Super
 15    Surprise that you just held up?
 16    Q    Correct.
 17    A    Plus the four other ones.
 18    Q    Right.  So we've got Metal Chick and Bhad Gurl.  And then
 19    also in that box we've got Fame Queen and Ferocious; correct?
 20    A    Correct.
 21    Q    Okay.  All right.
 22            Now, of those nine dolls -- or the seven dolls that
 23    we've talked about, you designed only two; correct?
 24    A    No.  Incorrect.
 25    Q    You were the designer on Chillax and Metal Chick;
```

1    correct?

2    A    Correct.

3    Q    Okay.  And we're going to hear from Lora Stephens, the

4    designer of one other doll, Runway Diva; correct?

02:23PM 5    A    I'm sorry.  When you said I designed only two, I actually

6    designed three of those personally.

7    Q    Okay.  Which other one did you design personally?

8    A    Roller Chick.

9    Q    Do you understand that Carlos Borja has testified that he

02:24PM 10    was the designer for Roller Chick?

11    A    Carlos Borja helped me with the accessory releases, and I

12    designed the doll with him.  Typically we have multiple people

13    work on all the aspects of the doll, but I was the primary

14    designer.

02:24PM 15    Q    Okay.  So if Carlos Borja testified he was the designer

16    for Roller Chick, you disagree with him?

17    A    I don't necessarily disagree.  We worked together on a lot

18    of dolls.  I don't necessarily take ownership when we work

19    together, but I did -- I know a lot of the design of

02:24PM 20    Roller Chick, I was heavily involved in it.  And he was

21    involved in it as well, so...

22    Q    Okay.  And we won't hear from Carlos Borja, will we?

23    A    I don't know.

24            MR. WILSON:  Objection.  Calls for speculation.

02:25PM 25            THE COURT:  Overruled.

```
 1              She's answered.
 2    BY MR. KEVILLE:
 3    Q    Okay.  Two of the dolls were designed by Allen Haljevic
 4    (phonetic)?  Is that how you say it?
02:25PM  5    A    Allen Haljevic?
 6    Q    Yes.  Mr. Haljevic designed Miss Divine and Prism, two of
 7    the Queens dolls; correct?
 8    A    These were designed by Mr. Haljevic under my supervision,
 9    until I left.
02:25PM 10    Q    So Mr. Haljevic was the designer for Miss Divine and
11    Prism; correct?
12    A    Correct.
13    Q    And we won't hear from him either, will we?
14    A    I don't know.
02:25PM 15    Q    Okay.  Now, when you left MGA, it was June of 2021;
16    correct?
17    A    I believe so.
18    Q    And you testified that after ten years, you just needed a
19    break and a change in industry; correct?
02:26PM 20    A    Yes.  I believe so.
21    Q    I'm sorry?
22    A    I believe so.
23    Q    Did you tell Mr. Larian that when you resigned?
24    A    I don't recall what we discussed when I left.
02:26PM 25    Q    Okay.  Do you recall telling him anything other than what
```

1    you testified, that you just needed a break and a change in

2    industry?

3    A    I don't recall what I discussed with Mr. Larian when I

4    left.

02:26PM 5    Q    Okay.  You left MGA in June 2021, six months after MGA

6    sued the OMG Girlz; correct?

7    A    I left in June 2021.  I'm not aware of the date of what

8    you just mentioned.

9    Q    And in -- that's the point I want to get to.  In between

02:26PM 10   the time MGA filed this lawsuit and when you left in June 2021,

11   no one told you about this lawsuit; correct?

12   A    Correct.

13   Q    And you were a lead designer for the team for the O.M.G.

14   dolls; correct?

02:27PM 15   A    I'm the creative director at the time.

16   Q    And after MGA got the letter from the Harrises, no one

17   came to you and said, "Hey, we got this letter"; correct?

18   A    That's correct.

19   Q    And no one came to you to do any investigation; correct?

02:27PM 20   A    Correct.

21   Q    In fact, until you were deposed in 2022, you didn't even

22   know there was a lawsuit; correct?

23   A    Correct.

24   Q    No one ever asked you any questions about these issues

02:27PM 25   that we're here about today until your deposition?

```
 1   A     Until I was notified.  I believe I got a phone call from

 2   somebody at -- one of your colleagues.

 3   Q     Okay.  So between the time of this lawsuit, December '20,

 4   and somewhere in 2022, no one from MGA ever asked you anything

02:28PM  5   about the OMG Girlz or the O.M.G. dolls; correct?

 6   A     I'm sorry.  Is this the same question --

 7   Q     Yes.

 8   A     -- you asked already?

 9   Q     I just want to make sure we're clear.

02:28PM 10         In between when this lawsuit was filed in December

11   2020 and sometime in 2022, when you were contacted about a

12   deposition, no one from MGA ever told you about this lawsuit or

13   asked you any questions about what's at issue in this lawsuit?

14   A     Correct.

02:28PM 15   Q     Okay.  And you had to sign a nondisclosure agreement when

16   you left MGA; correct?

17   A     I don't -- I don't recall.

18   Q     Okay.  Would it refresh your recollection if you look in

19   your book -- I'll get back to that.

02:29PM 20         You don't recall whether you had to sign a

21   nondisclosure agreement?

22   A     I don't recall.  There was a lot happening at the time.

23   Q     All right.  We'll circle back to that.

24         After you left MGA, you deleted your Instagram app;

02:29PM 25   correct?
```

```
 1    A    No.  I don't believe that's correct.

 2    Q    Okay.  Do you remember you testified, you were deposed

 3    under oath?  Do you remember taking a deposition --

 4    A    Yes.

02:29PM 5    Q    -- in this case, when you were under oath to tell the

 6    truth?

 7    A    Yes.

 8    Q    Do you remember you answered that question differently?

 9    A    I don't remember, but I did not delete my Instagram

02:29PM 10    account.  And I have never --

 11    Q    I didn't say "account."  I said your Instagram app.

 12    A    Oh, I'm sorry.  I heard "account."

 13    Q    Okay.  Do you remember after you left MGA, you deleted

 14    your Instagram app?

02:29PM 15    A    Yes.  I have deleted my Instagram app.

 16    Q    So there's no record of what you looked at on Instagram

 17    on your phone before 2021?

 18    A    I don't understand the question.

 19    Q    You deleted your Instagram app from your phone, and so

02:30PM 20    there's no record of what you looked at on your Instagram app

 21    on your phone before 2021?

 22    A    My account still exists.  I just deleted the app, so --

 23    and I don't know how Instagram keeps information, so I'm not

 24    sure I can answer your question.

02:30PM 25    Q    Okay.  But whatever information there was on your phone
```

```
 1   and your Instagram app, you agree that's gone?
 2   A     Yes, the app is gone from my phone.
 3   Q     When you worked at MGA, I think you said you talked to
 4   Mr. Larian maybe a couple of times a year; correct?
 5   A     Yeah, a couple -- two or a few times during sales meetings
 6   and buyer meetings.
 7   Q     And as of April 2022, when you were deposed about a year
 8   after leaving MGA, you were not looking to stay in the doll
 9   design industry at all; correct?
10   A     Correct.
11   Q     Okay.  You said you wanted to move away from dolls and
12   explore new industries; correct?
13   A     Correct.
14   Q     Okay.  And in that period between -- in the period before
15   you left, one of the MGA designers of certain O.M.G. dolls and
16   Tots alleged to be the inspiration for dolls, Shir-Ami
17   Thompson, he also left MGA; correct?
18   A     Yes, he left MGA.
19   Q     And you referred to him in your deposition as a
20   "beautiful black man"; right?
21   A     Yes.
22   Q     And he does clothing design for people now; correct?
23   A     He has had a fashion label for a while.
24   Q     Now, Mr. Thompson was a fan of "T.I." and "Tiny" Harris;
25   correct?
```

A    I don't know that.

Q    Mr. Thompson was familiar with the OMG Girlz through the "T.I. and Tiny" shows; correct?

A    I don't know that.

02:32PM Q    Okay.  Well, in any case, because no one at MGA told you, the design leader, about the lawsuit, fair to say that no one asked Shir-Ami Thompson about the OMG Girlz either?

        MR. WILSON:  Objection.  Calls for speculation.

        MR. KEVILLE:  She's the lead designer and --

02:32PM         THE COURT:  Overruled.

        THE WITNESS:  I don't know because I didn't know about the lawsuit.

BY MR. KEVILLE:

Q    Okay.  Right.

02:32PM         And so what I'm saying is you were the lead designer.  Shir-Ami Thompson reported to you; correct?

A    He did.

Q    So he would have told you if someone came to him and said, "Hey, there's this lawsuit going on they're asking me

02:32PM about"; correct?

        MR. WILSON:  Objection.  Calls for speculation.

        THE COURT:  Overruled.

        THE WITNESS:  I don't know what Shir-Ami Thompson would do.

02:32PM BY MR. KEVILLE:

Q    Right.  I'm just asking:  You would have expected if

someone came to you and said, "Hey, they're asking about a

lawsuit.  What's going on?" you would have expected him to tell

you because he reported to you; correct?

02:33PM  A    No.

Q    No?

A    I would not expect that, no.

Q    And no one at MGA came to you and said, "Hey, we want to

talk to Shir-Ami Thompson and find out what he knows about the

02:33PM  OMG Girlz"?

A    No.

Q    Okay.  We will not hear from Shir-Ami Thompson, the doll

designer, in this case either; correct?

A    I don't know.

02:33PM  Q    MGA brought you back as a freelancer and to testify about

the O.M.G. dolls; correct?

A    Are those two questions?

Q    No, it's one question.

        MGA brought you back as a freelancer and to testify

02:33PM  about the O.M.G. dolls; correct?

        MR. WILSON:  I'm embarrassed to say, she's a better

lawyer than I am.  Objection.  Compound.

        THE COURT:  Overruled.

        THE WITNESS:  I'm sorry, can you repeat it or -- it

02:34PM  just seems like two questions to me because they're not

```
          1   related.
          2   BY MR. KEVILLE:
          3   Q    When you came back to MGA -- break it up for you if it
          4   helps -- you came back as a freelancer?
02:34PM   5   A    Correct.
          6   Q    And you knew you were going to testify about the O.M.G.
          7   dolls in this case; correct?
          8   A    I believe I did know that I was to testify.
          9   Q    Okay.  When you were at MGA full-time, you had an MGA
02:34PM  10   email address; correct?
         11   A    Correct.
         12   Q    Okay.  Do you still use the same MGA email address now
         13   that you're a freelancer?
         14   A    No.
02:34PM  15   Q    Okay.  And you had a personal email address at all times;
         16   correct?
         17   A    Correct.
         18   Q    Okay.  We've heard in depositions that you worked long
         19   hours when you were at MGA; is that true?
02:34PM  20   A    Correct.
         21   Q    And that you emailed often, sometimes late at night; is
         22   that fair?
         23   A    Yes.
         24   Q    On average, how many emails per day do you think you
02:35PM  25   received before you left MGA in June 2021?
```

```
 1   A    I don't recall exactly how many, but I'd say over 20 per

 2   day.  It really depends on where we are in the project or how

 3   many projects we have going on because I'm copied on a lot of

 4   communication.

 5   Q    Okay.  By the way, looking back at our chart --

 6        MR. KEVILLE:  Can you put up the demonstrative.

 7        (Document shown.)

 8   BY MR. KEVILLE:

 9   Q    The three on the right, the Queens dolls, they were

10   released about a year after you left MGA; correct?

11   A    I don't know when they were released.

12   Q    Okay.  But your only involvement in those three dolls on

13   the right was initial concept to review; correct?

14   A    Initial concept and initial design.

15   Q    Okay.  What do you mean by "initial design"?  What part

16   of the design were you involved in?

17   A    So the preliminary design before things get finalized,

18   sketches, fabric art ideas, hairstyle explorations.

19   Q    Okay.  Ms. Consorti, the consumers of the

20   L.O.L. Surprise! line are 5 to 8 or 9 years old; correct?

21        MR. WILSON:  Objection.  Calls for speculation.

22        THE COURT:  Overruled.

23        THE WITNESS:  The consumer range is actually pretty

24   large because it does extend beyond 9 years old, but it does

25   usually start around 5 or 6.
```

BY MR. KEVILLE:

Q    Did you previously testify the core consumers for the line are 5 to 8 or 9 years old?

A    The core consumers, yes.

02:37PM  Q    Okay.  This is Goo-Goo Queen Tot; correct?

A    Yes, that's Goo-Goo Queen.

Q    Okay.  And when this little Tot doll is put in cold water, what the child sees is that suddenly it has caution tape on the upper private parts and the lower private parts; 02:37PM correct?

       MR. WILSON:  Objection, Your Honor.  I believe this was brought to your attention that we were going to go lightly into this area --

       THE COURT:  This is just the first question. 02:37PM Overruled.

BY MR. KEVILLE:

Q    Is that correct?

A    Sorry, can you repeat the question?

Q    Sure.

02:37PM        When we take this little kids' doll, Tot, and put it in cold water, what the child sees is suddenly it has caution tape on her upper private parts and her lower private parts; correct?

A    So the doll initially has, like, a white kind of bathing 02:38PM suit, and then the cold color change will reveal a

```
 1   yellow-and-black design of caution tape to kind of change the
 2   swimsuit into a different design.
 3   Q    So, yes, there was caution tape revealed in cold water on
 4   the upper private parts and the lower private parts of this
 5   little kids' doll?
 6            MR. WILSON:  Objection, Your Honor.  I do not
 7   believe we're treading lightly here on this --
 8            THE COURT:  Sir, I'll make that determination.
 9   Please be seated.
10            MR. WILSON:  All right.  Thank you, Your Honor.
11            THE WITNESS:  Do you want me just to repeat -- I'm
12   sorry, it seems like the same question.
13   BY MR. KEVILLE:
14   Q    All I'm asking is -- you said it was yellow on the top.
15   Now I'm asking:  When the little kids put this in cold water,
16   what they see is caution tape on the upper private parts and on
17   the lower private parts?
18   A    Yes, it is yellow caution tape with black writing on her
19   top and her bottom.
20   Q    Okay.  And you remember there were a large number of
21   angry mothers when this came public; correct?
22   A    Sorry, when what became public?
23   Q    The surprises that were on some of these dolls.
24   A    There was some videos, I recall, of the color change
25   surprises.
```

02:38PM (lines 5, 10, 15, 20)
02:39PM (line 25)

1  Q    Okay.  And the caution tape on the genitals, you and your

2  team created that surprise; correct?

3           MR. WILSON:  Objection.  403, Your Honor.

4           THE COURT:  Overruled.

02:39PM 5           THE WITNESS:  Sorry, can you repeat the question?

6  BY MR. KEVILLE:

7  Q    Sure.

8           The caution tape on the genitals of the little doll,

9  you and your team created that surprise?

02:39PM 10 A    We created the design that is on the doll's body, yes.

11 Q    And just so I'm clear, that includes the caution tape?

12 A    Yes.

13 Q    Okay.  Do you remember after that issue, moms posted to

14 the L.O.L. Facebook page complaining about your posts on your

02:40PM 15 Facebook account?

16 A    I don't recall anybody posting anything about my Facebook

17 account.

18 Q    You don't recall that there were moms complaining about

19 some repugnant posts that you put on your Facebook account?

02:40PM 20 A    No.

21 Q    Do you remember there were moms complaining about your

22 blog spot as well where you posted as Luciferette (phonetic)?

23 A    No.

24           MR. WILSON:  Objection --

02:40PM 25           THE COURT:  Let's go on to another line.

BY MR. KEVILLE:

Q    Getting back -- let's go back to the O.M.G. dolls.

In August 2020, after the -- do you remember there was -- this became known in MGA as "lingerie gate"?  Remember seeing that name?

A    No.

Q    In August 2020, after the lingerie surprise issue and after recalling certain Tots, the company decided to take the caution tape off some of the dolls?

THE COURT:  Let's go on to another line of questioning.

MR. KEVILLE:  This is a separate issue, Your Honor --

THE COURT:  Let's go on to another line of questioning, please.

MR. KEVILLE:  Okay.

BY MR. KEVILLE:

Q    Can you look in your book at 404.

A    Okay.

Q    404 is an email between you and Carlos Borja; correct?

A    Correct.

Q    Okay.  And this is about not the Tot, but the O.M.G. dolls; correct?

A    Correct.

Q    And on the dolls, not this little Tot, you had put --

```
 1              MR. WILSON:  Objection, Your Honor.  This is the --
 2              THE COURT:  Let's hear the question, please.
 3    BY MR. KEVILLE:
 4    Q    On the dolls, not the Tot -- not on the body now, you had
 5    put caution tape on the dress; correct?
 6    A    The caution tape design is on the skirts of one of the
 7    L.O.L. Surprise! O.M.G. fashion dolls.
 8    Q    And the company told you to take it off the skirt;
 9    correct?
10              THE COURT:  Let's go on to something else, please.
11    BY MR. KEVILLE:
12    Q    Okay.  Now, Ms. Consorti, you understand this case is
13    about trade dress infringement and the misappropriation of the
14    OMG Girlz' name, image, or likeness; correct?
15    A    Correct.
16    Q    In prior testimony, you said you couldn't stand being
17    accused of copying; correct?
18    A    That's very correct.
19    Q    But you understand that the OMG Girlz don't have to prove
20    copying to show trade dress infringement.
21              Do you understand?
22              MR. WILSON:  Objection.  Calls for a legal
23    conclusion.
24              MR. KEVILLE:  I'm just asking if that's her --
25              THE COURT:  Sustained.
```

**UNITED STATES DISTRICT COURT**

```
 1                MR. KEVILLE:  What's that?

 2                THE COURT:  Sustained.

 3                MR. KEVILLE:  Okay.

 4   BY MR. KEVILLE:

 5   Q    To you, Ms. Consorti, "copying" means taking the exact

 6   thing, top to bottom, making an exact replica; correct?

 7   A    A copy is an exact replica, reproduction of something.  It

 8   involves no creativity or originality, no thought.  It's

 9   literally meant to reproduce something exactly in the same

10   material or the same colors, look, context.

11   Q    Do you agree things can be substantially similar without

12   being an exact copy, in the way you use "copying"?

13                MR. WILSON:  Objection.  Calls for a legal

14   conclusion.

15                THE COURT:  Overruled.

16                THE WITNESS:  There are definitely many things that

17   are similar.  But upon first glance -- I'm not really

18   understanding the question.

19   BY MR. KEVILLE:

20   Q    Sure.  You have a definition of "copying" that means

21   literally every detail is exactly the same; correct?

22   A    Yes.  A copy, by definition, is a reproduction of

23   something intended to reproduce the original.

24   Q    Right.  And so my question was:  Things can be

25   substantially similar without being an exact copy of every
```

**UNITED STATES DISTRICT COURT**

1    detail; correct?

2    A    Yes.  I believe that's not very objective.  "Similar" is

3    an objective description to me.

4    Q    Okay.  The answer is yes.  Do you agree that things can

02:44PM 5    be substantially similar and not be an exact, every detail,

6    copy like you talked about?

7    A    I suppose.  It's hard to answer the question without

8    context.

9    Q    Okay.  Can you look in your -- well, you could look at

02:44PM 10    two things in your everyday life and say, "That one looks very

11    similar to that one"; correct?

12    A    Sure.

13    Q    And you've probably done that at times; correct?

14    A    Yes.

02:44PM 15    Q    Okay.  And it doesn't have to be an exact copy down to

16    the finest detail for you to make that decision; correct?

17    A    The decision being that they're similar?

18    Q    Yes, ma'am.

19    A    Yes.

02:45PM 20    Q    Okay.  Can you turn in your book to Exhibit 4936.

21    A    Okay.

22    Q    Exhibit 4936 is an email between you and others at MGA in

23    2020; correct?

24    A    Yes.

02:45PM 25    Q    Okay.

1          MR. KEVILLE:  Your Honor, I'd offer 4936.  And I

2   think I didn't offer 404, which she said was an email between

3   her and Carlos Borja.

4          THE COURT:  Any objection to 404?

02:45PM 5          MR. WILSON:  Just a moment, Your Honor.

6          We object, Your Honor.  This is beyond treading

7   lightly --

8          THE COURT:  Sir -- is that your only objection?

9          MR. WILSON:  Yes.

02:46PM 10          THE COURT:  Overruled.  404 is received.

11          **(Exhibit Number 404 received.)**

12          MR. KEVILLE:  And 4936 as well, Your Honor.

13          THE COURT:  4936?

14          MR. WILSON:  No objection, Your Honor.

02:46PM 15          THE COURT:  4936 will be received.

16          **(Exhibit Number 4936 received.)**

17          MR. KEVILLE:  Thank you, Your Honor.

18   BY MR. KEVILLE:

19   Q    Ms. Consorti, it's true that MGA unofficially assigns

02:46PM 20   celebrities to certain dolls; correct?

21   A    No.

22          MR. KEVILLE:  Okay.  Allen, can you put up 4936,

23   page 2, under "Fashions."

24   BY MR. KEVILLE:

02:46PM 25   Q    This is an email from you, Ms. Consorti; correct?

```
 1   A    Correct.
 2   Q    And if you look at that second bullet point, it says:
 3             "If we unofficially assign celebs to these
 4        characters, we could remix their second look to a
02:46PM 5        Gaga inspired look!!!  Therefore...  Haus of
 6        Gaga/night of a thousand Gaga's!"
 7             That's what you wrote; correct?
 8   A    Correct.
 9   Q    And the reason you and MGA talked about unofficially
02:47PM 10  assigning celebrities to the dolls is to avoid making
 11  statements that could be used as evidence in trade dress or
 12  misappropriation of likeness claims; correct?
 13  A    No.
 14  Q    Okay.  You're clearly saying here you're unofficially
02:47PM 15  assigning the celebrity Lady Gaga to these dolls; correct?
 16  A    No.  This is more of a thought starter.  We use a lot of
 17  shorthand when we discuss concepts, and this is the very
 18  initial concept.  So that's how we communicated.
 19  Q    Right.  And how you communicated was you were
02:47PM 20  unofficially assigning celebrities to the characters.  And this
 21  particular, you were talking about Lady Gaga; correct?
 22  A    Yes, I'm referring to Lady Gaga.
 23  Q    And like this one -- you remember this one; right?
 24  Da Boss?
02:48PM 25  A    Yes.
```

         1    Q    Da Boss is unofficially assigned or an inspiration was

         2    Beyonce; correct?

         3            MR. WILSON:  Objection, Your Honor.  This is beyond

         4    the 32.

02:48PM  5            MR. KEVILLE:  Your Honor --

         6            THE COURT:  Overruled.

         7            MR. KEVILLE:  Thank you, Your Honor.

         8            THE WITNESS:  The inspiration for Da Boss is

         9    actually my best friend.

02:48PM 10    BY MR. KEVILLE:

        11    Q    Is Beyonce your best friend?

        12    A    No.  I did not say that that doll was inspired by Beyonce.

        13    Q    Okay.  So this doll you don't think is inspired by

        14    Beyonce?

02:48PM 15    A    Correct.

        16    Q    Okay.  You testified Lady Gaga was one of the celebrities

        17    used as a starting point for the O.M.G. dolls; correct?

        18    A    Can you specify which -- what about the L.O.L. Surprise!

        19    O.M.G. fashion dolls?

02:48PM 20    Q    No, I'm just asking:  Didn't you previously testify

        21    Lady Gaga was one of the celebrities used as a starting point

        22    for the O.M.G. dolls?

        23    A    I don't recall.

        24            MR. KEVILLE:  Okay.  Allen, can we show the witness

02:49PM 25    her testimony --

```
 1                    THE COURT:  Just recite the page and line.

 2                    MR. KEVILLE:  Yeah, I will.  5:18 p.m. [sic] at 60,

 3         lines 10 through 12.

 4                    MR. WILSON:  This is trial testimony, Mr. Keville?

02:49PM 5                    MR. KEVILLE:  It's the May 18 testimony.

 6                    THE COURT:  Any objection?

 7                    MR. TRUJILLO-JAMISON:  Counsel, can you repeat the

 8         page and line number?

 9                    MR. KEVILLE:  5/18, 60, lines 10 through 12.

02:49PM 10                    MR. WILSON:  One second, Your Honor.

11                    No objection.

12         BY MR. KEVILLE:

13         Q    You were asked:

14                    "Was Lady Gaga among the different

02:50PM 15              celebrities that were used as a starting point for

16              these dolls?"

17                    And you answered, "Yes."

18                    Do you recall that now?

19         A    Recall what?  Sorry.

02:50PM 20         Q    Do you recall that when you were previously asked that

21         question under oath, your answer was "Yes," Lady Gaga was the

22         starting point for these dolls?

23         A    I see that.  I don't know what the context was, so I'm not

24         sure what I was responding to exactly.  But yes, I see that.

02:50PM 25         Q    Do you stand by your prior testimony and answer to that
```

```
 1   question?
 2   A    Yes.
 3   Q    Okay.  You said you wanted to bring the essence that Gaga
 4   has in her style, her mood, her vibe, kind of infuse that into
 5   those characters' looks.
 6             Do you recall that?
 7   A    Is this about the doll specifically?  Or --
 8   Q    Yes.  I think we were talking about the Super Surprise
 9   set.
10   A    Yes.
11   Q    Okay.  So you did want to bring the essence of Gaga into
12   those dolls?
13   A    Yes.  Her incredible confidence and fierceness.
14   Q    Okay.  And I tried to count the number of times Lady Gaga
15   is pictured or mentioned in your emails or mood boards, and
16   it's at least dozens; is that fair?
17   A    Likely.  I'm a big fan.
18   Q    Okay.  What I was going to ask.  You're a big fan of
19   Lady Gaga?
20   A    Yes.
21   Q    And you said, I think, Lady Gaga has inspired you for
22   years; correct?
23   A    Yes, she has.
24   Q    Okay.  Lady Gaga has been a reference for multiple dolls
25   that you created; correct?
```

02:50PM  5
02:51PM 10
02:51PM 15
02:51PM 20
02:51PM 25

```
 1   A    I wouldn't say a reference.  She's an inspiration.  She's

 2   very inspirational in general.

 3   Q    Do you think that any of MGA's dolls look like Lady Gaga?

 4   A    No.

 5   Q    Okay.

 6            MR. KEVILLE:  Let's go back to the 4936 email.  Go

 7   to page 7, Allen.  Go to the bottom part there.

 8            (Document shown.)

 9   BY MR. KEVILLE:

10   Q    Okay.  For this Little Tot we were looking at before, you

11   said, "Gaga times Gaga equals Goo Goo Queen"; correct?

12   A    Yes.

13   Q    And did you reference a photo of Lady Gaga with cans in

14   her hair to create the Tot Goo-Goo Queen?

15   A    I don't recall.  That was a while before we created the

16   Super Surprise.

17   Q    Okay.

18            MR. KEVILLE:  Allen, can you put this side by side

19   with an image from Lady Gaga's "Telephone" video.

20            (Document shown.)

21   BY MR. KEVILLE:

22   Q    And here, we can see the same cans in the blond hair;

23   correct?

24   A    Yes.  She has cans in her hair.

25   Q    And the same kind of rhinestone-studded jacket; correct?
```

02:51PM (line 5)
02:52PM (line 10)
02:52PM (line 15)
02:52PM (line 20)
02:52PM (line 25)

A     The Tot has a glitter jacket.  It's not studded.

Q     Okay.  But it kind of looks like the jacket in the
"Telephone" video; correct?

A     I would say it's pretty different.  It's a cropped jacket.
The sleeves are not past her arms.  There's not a lot of detail
in the jacket that the L.O.L. Surprise! doll is wearing
compared to all the detail on the jacket that Lady Gaga is
wearing.

Q     Okay.  That little Goo-Goo Queen doll -- Goo-Goo Queen is
pretty close to Gaga Queen; correct?  Just a slight twist on
the name?

A     I'm sorry, Gaga Queen?

Q     Goo-Goo and Gaga.  Pretty close?

A     "Goo goo ga ga" is also a very kind of typical baby
phrase, "goo goo ga ga."  We included the word "goo goo" on one
of the water bottles, the Mason jar that the L.O.L. Surprise!
dolls are fed with.  So it's kind of been an ongoing -- I also
call my cat "Goo Goo."  Her name is Lucy.

Q     Both the little Tot that has the cans in the hair, it has
a jacket over underwear and high boots with sparkles instead of
rhinestones, are really close to Lady Gaga wearing a jacket
over underwear with high boots and with cans in her hair;
correct?

A     Sorry.  What is the question?  That they're very --

Q     They're very close --

```
          1   A      Very close?

          2   Q      -- this picture and this doll; correct?

          3   A      I'd say they have similarities, but they're not very

          4   close.

02:54PM    5   Q      Do you still stand by your testimony that none of MGA's

          6   dolls look like Lady Gaga?

          7   A      Correct.  Our dolls are not realistic humans.  They don't

          8   have the same proportions.  These are baby dolls.

          9   Q      Okay, ma'am.

02:55PM   10          In any event, you've been a Lady Gaga fan since you

         11   were in college back in the mid-2000s; correct?

         12   A      Since, yeah, she became popular.

         13   Q      And you follow her on social media; correct?

         14   A      I believe I follow her -- followed her on Instagram.

02:55PM   15   Q      Okay.  And I want to put up a post, a tweet that

         16   Lady Gaga put out a few years after you became a fan in

         17   college.

         18          MR. KEVILLE:  Allen, can you put that up?

         19          (Document shown.)

02:55PM   20   BY MR. KEVILLE:

         21   Q      This is a tweet that Lady Gaga, who you're a big fan of,

         22   put up about the OMG Girlz in 2012.

         23          Do you recall this tweet?

         24   A      No.

02:56PM   25   Q      So Lady Gaga says here:
```

**UNITED STATES DISTRICT COURT**

```
  1              "I'm sort of obsessed with these little

  2         cuties:  The OMG Girlz" -- a link to the video --

  3         "I just want to comb their hair and tie bows in it

  4         all day!!"

02:56PM  5         This is about -- this tweet was about a year after

  6    you joined MGA; correct?

  7    A    I joined in 2011.  So, yes.

  8    Q    And a big Lady Gaga fan would have seen this either on

  9    Twitter or on her Instagram; correct?

02:56PM 10    A    I'm not sure, but I did not see it.  I'm not on Twitter.

 11    Q    Do you remember when you first watched the OMG Girlz

 12    video that Lady Gaga tweeted out here to her 20 million

 13    followers?

 14              MR. WILSON:  Objection.  Assumes facts not in

02:56PM 15    evidence.

 16              THE COURT:  Overruled.

 17              THE WITNESS:  I just mentioned I had never seen this

 18    tweet.  I've also never seen the video that is linked here.

 19    BY MR. KEVILLE:

02:57PM 20    Q    Do you know that for certain?

 21    A    Yes.

 22    Q    Have you ever watched it?

 23    A    I don't -- I don't know what the video is.  I have not

 24    seen this tweet.  I have not clicked this link.

02:57PM 25    Q    But you just testified you never saw this video.  How do
```

```
         1   you know?

         2   A    I'm not --

         3          MR. WILSON:  Objection, Your Honor.  Misstates the

         4   client's testimony.

02:57PM  5          THE COURT:  Overruled.

         6          THE WITNESS:  Because I've never seen this -- I have

         7   not seen any OMG Girlz' videos in general, specifically also

         8   not this one.

         9   BY MR. KEVILLE:

02:57PM 10   Q    Okay.  Which ones have you seen?

        11   A    Zero.

        12   Q    Okay.  Do you recall in December 2019 Rachel Moshe -- is

        13   that how you say it?

        14   A    Yes.

02:58PM 15   Q    Rachel Moshe sent an email to you and Chelsea Green

        16   linking a video on YouTube.

        17          Do you recall that?

        18   A    Yes.

        19   Q    Okay.

02:58PM 20          MR. KEVILLE:  And let's put up, Allen, 407 that's

        21   already in evidence.

        22          (Document shown.)

        23   BY MR. KEVILLE:

        24   Q    She put a quote here.  "Like an OMG doll, I'm a beauty,"

02:58PM 25   and she had a link to a video.
```

```
 1              Do you recall that?
 2    A     Yes.
 3    Q     Where did that quote come from?
 4    A     I don't know.
 5    Q     Did Ms. Moshe tell you this is where the quote comes
 6    from?
 7    A     No.  I can only assume because it's about the music video,
 8    that's likely one of the lyrics.
 9    Q     Okay.  Did you and Ms. Moshe discuss this email or this
10    video?
11    A     I believe our correspondence is in the rest of this email,
12    yes.
13    Q     Yeah -- no, I know there's more emails, and we'll get to
14    them.  I'm just asking:  Did you discuss with her this subject?
15    How did you find out about this?
16    A     Beyond the emails?  No.
17    Q     Okay.  When you clicked -- when you first saw this email,
18    you clicked on the song video and you thought it was amazing;
19    correct?
20    A     I thought that it was amazing because I thought they were
21    referencing the L.O.L. Surprise! O.M.G. fashion dolls, and that
22    it was very cool to be referenced in pop culture and beyond our
23    toy world.
24    Q     Sure.  But you clicked on the song video and you thought
25    it was amazing; correct?
```

02:58PM (line 5)
02:58PM (line 10)
02:59PM (line 15)
02:59PM (line 20)
02:59PM (line 25)

**UNITED STATES DISTRICT COURT**

1    A    I just testified that's what I thought was amazing, that

2    we would be referenced.

3    Q    Okay.  And you listened to the song?

4    A    I watched the music video and, yes, listened to that song.

02:59PM 5    Q    Okay.  And then Chelsea Green responds.  First she says

6    "WHAT????  This is so rad!"  Correct?

7    A    Correct.

8    Q    And just so the jury understands, what were Rachel Moshe

9    and Chelsea Green's position in this time period at MGA?

03:00PM 10    A    I believe Chelsea Green was an art director.  She worked

11    alongside me to help with TV commercials or entertainment that

12    we would create for our YouTube channel.  We had our own

13    unboxing show.  So she would help with wardrobe and set decor.

14    She's also just a very trendy and cool person that we -- that

03:00PM 15    is on the team.

16           And Rachel Moshe was the director of marketing for

17    L.O.L. Surprise! and L.O.L. Surprise! O.M.G., and she's my best

18    friend also.

19    Q    Okay.  You wrote back after Chelsea Green's email, and

03:01PM 20    you said "omg omg omg omg" with a whole bunch of exclamation

21    marks on it; correct?

22    A    Correct.

23    Q    Okay.  I'd like to play a short clip, about eight

24    seconds, from that Flo Milli video that is linked in the email.

03:01PM 25           **(Videotape played, not reported.)**

BY MR. KEVILLE:

Q    She said, "Like an OMG girl, I'm a beauty"; correct?

A    Yes.

Q    And you watched that because you clicked on it when you
03:01PM  got the link; correct?

A    Yes.

Q    And you wrote back "omg omg omg omg."  You didn't catch
the difference between her saying, "Like an OMG girl" and what
was said here, that it was an O.M.G. doll; correct?

03:01PM  A    Correct.

Q    Okay.  And if you at MGA made that mistake, mistaking
OMG Girlz for O.M.G. dolls, certainly others could as well;
correct?

A    I'm not sure.

03:02PM  Q    Certainly rap fans could make the connection between
OMG Girlz and O.M.G. dolls just like you did listening to this
video; correct?

            MR. WILSON:  Objection.  Calls for speculation.

            THE COURT:  Overruled.

03:02PM              THE WITNESS:  I'm not sure.

BY MR. KEVILLE:

Q    Part of your job in designing toys was to understand the
market, what are kids listening to, what's out there in
fashion, what's the cool songs; right?

03:02PM  A    Correct.

```
  1  Q    Okay.  And so you listened to this song, and you didn't

  2  even make the distinction and say, "This is about OMG girls,

  3  not O.M.G. dolls" first; correct?

  4  A    I didn't know what OMG Girlz was, so it didn't track.

03:02PM 5  And, also, it was kind of not a very -- it was sort of just a

  6  fun email to lift our spirits thinking that we were referenced,

  7  mistakenly, of course.

  8         But because I had no knowledge of what an OMG girl

  9  was and our name -- O.M.G. stands for Outrageous Millennial

03:03PM 10  Girls.  I don't know, maybe this person was a very big fan of

  11  ours.  It was just a simple confusion on my part.

  12  Q    Right.  And that's what I'm saying.  The same confusion

  13  you made hearing "OMG Girlz" and thinking that meant the O.M.G.

  14  dolls, other people who listen to this video could make the

03:03PM 15  same confusion; right?

  16  A    I don't know.

  17  Q    Okay.  Certainly non-Caucasian girls and others could

  18  make the same connection you did between OMG Girlz and O.M.G.

  19  dolls?

03:03PM 20         MR. WILSON:  Objection.  Calls for speculation.

  21         THE COURT:  Sustained.

  22  BY MR. KEVILLE:

  23  Q    You asked Rachel Moshe how she found this, and she

  24  explained Brock from research found it; correct?

03:03PM 25  A    Correct.
```

         1   Q    And Brock is Brock Hart from research; correct?

         2   A    Correct.

         3   Q    Okay.  What was Brock Hart researching when he found this

         4   video referring to the OMG Girlz?

03:04PM  5             MR. WILSON:  Objection.  Calls for speculation.

         6             MR. KEVILLE:  Your Honor, this --

         7             THE COURT:  Overruled.

         8             THE WITNESS:  I don't know.

         9   BY MR. KEVILLE:

03:04PM 10   Q    Okay.  Did you ever ask?

        11   A    No.  I've never met him.

        12   Q    The next day you claim to learn that the reference in the

        13   song that you thought said O.M.G. dolls was actually referring

        14   to OMG Girlz; correct?

03:04PM 15   A    Rachel sent that, not me.

        16   Q    Right.  And you and Rachel had a discussion, and

        17   ultimately she forwarded you the OMG Girlz video "Where The

        18   Boys At?"; correct?

        19   A    She forwarded me that link.

03:04PM 20   Q    Okay.  And I think you said previously you didn't click

        21   on the link; correct?

        22   A    Correct.  I did not.

        23   Q    So you clicked on the first link, but then when somebody

        24   comes back and says "They're talking about OMG Girlz," there's

03:04PM 25   a link, you have a specific memory that five years ago you

```
  1    didn't click that link?

  2    A     Yes.

  3    Q     Okay.  I think you testified earlier you received many

  4    emails a day and you responded to emails at all times; correct?

03:05PM  5    A     Correct.  I am a -- I was a very busy person with a lot of

  6    emails.

  7    Q     Right.

  8    A     That's fair.

  9    Q     So when you got the first one, you clicked on the link.

03:05PM 10    What you're saying now, when you got the second one, you didn't

 11    even touch the link, and you're sure of that?

 12    A     I'm positive.  If you look at the date, it was New Year's

 13    Eve at 5:14:35 seconds.  We were getting ready for our New

 14    Year's Eve party that my sister was hosting.  I was helping to

03:05PM 15    set up.  Rachel was attending as well.  And I -- we only have a

 16    few days off.  I chose to leave it at that because it had

 17    nothing to do with the product that we were working on.

 18    Q     In fact, you were working on a product called the O.M.G.

 19    dolls; right?  That's the product?

03:06PM 20    A     The L.O.L. Surprise! O.M.G.

 21    Q     Yeah, it's got "L.O.L. Surprise!" is in little letters,

 22    and it's got big "O.M.G."; correct?

 23    A     They're weighted a little bit differently.  The O.M.G. is

 24    larger.

03:06PM 25    Q     Right.
```

|    |    |
|----|----|
| 1  | And you were excited when you got an email that said |
| 2  | "Hey, this is a reference to O.M.G. dolls"; correct? |
| 3  | A    Correct.  I was excited when I initially thought that it |
| 4  | was referring to our creations. |
| 03:06PM 5 | Q    And then you find out there's a group out there that's |
| 6  | being referred to in music videos called the OMG Girlz and |
| 7  | suddenly you have no interest; is that what you're saying? |
| 8  | A    Correct.  Once it was not about what we were working on in |
| 9  | our work email, I don't -- there's so many things called O.M.G. |
| 03:06PM 10 | or L.O.L., for that matter, or any other acronym that was |
| 11 | popular at the time and still is -- it wasn't relevant to me. |
| 12 | And I had some kind of work-life balance that day, that |
| 13 | evening. |
| 14 | Q    This is only about a day after you had seen that first |
| 03:07PM 15 | video; correct? |
| 16 | A    I believe -- yes, the previous email was the day before. |
| 17 | Q    Okay.  And so now you get this, and you're interested in |
| 18 | the first one, but you're supposed to be monitoring what's |
| 19 | happening out there, what kids are watching, what they're |
| 03:07PM 20 | listening to, how they're dressing, so that you can be inspired |
| 21 | for your dolls; correct? |
| 22 | A    Sure.  That's what I do, yes. |
| 23 | Q    Right. |
| 24 | And then Rachel says "Hey, they're talking about |
| 03:07PM 25 | OMG Girlz.  See this link," and suddenly you have no interest |

UNITED STATES DISTRICT COURT

```
 1   in what kids are watching or what they're doing, and you're
 2   testifying you're sure you didn't click on it?
 3   A    That's what I'm testifying.  I never clicked on it and I
 4   was not interested.
 5   Q    Okay.  But no question, you, Rachel Moshe, Chelsea Green,
 6   and Brock Hart, the researcher, knew that there was OMG Girlz
 7   out there at this time, in December of 2019?
 8   A    I can't speak for them, but --
 9   Q    You knew it?
10   A    I knew of something called OMG Girlz that was, again, not
11   L.O.L. Surprise! O.M.G. fashion dolls.
12   Q    And how did Rachel Moshe -- because I think you said you
13   discussed this with her.  How did she find out about the
14   OMG Girlz group?  Because you all thought -- you'd all watched
15   the video and you thought it all said "dolls."  How did she, a
16   day later, find the OMG Girlz video?
17   A    I don't know.
18   Q    And she doesn't say "Hey, I did some research.  I think
19   they're talking about OMG Girlz" or "I googled OMG Girlz" or
20   anything like that.  She doesn't say that; correct?
21   A    No.
22   Q    She says "I think they're talking about OMG Girlz."  She
23   doesn't explain, like, "Hey, there's a band out there."
24        It's almost like she already knew who they were;
25   correct?
```

03:08PM (line 5)
03:08PM (line 10)
03:08PM (line 15)
03:09PM (line 20)
03:09PM (line 25)

```
 1  A    I can't speak for what she may or may not have known.
 2  Q    And I've looked.  I don't see anything where you wrote
 3  back, and you said "I've never heard of OMG Girlz."
 4  A    No.  I was more concentrated on the fact that there was a
 5  person named Brock Hart at MGA, and that became more
 6  interesting than this link.
 7  Q    So you're the lead designer for the O.M.G. dolls, you
 8  find out there's an OMG Girlz out there, to any extent you
 9  didn't know it before, and there's a video of them, and all you
10  care about is Brock Hart.  You're saying, "I didn't have any
11  interest, I didn't click anything" --
12  A    Yes.
13  Q    -- "I'm just" -- put your head in the sand?
14  A    I don't know about the expression "put your head in the
15  sand," but I did not click the link.  And, again, it was New
16  Year's Eve.  I hadn't even started getting ready for the party
17  that my sister was throwing.  I was helping to decorate.  So I
18  did not continue.
19  Q    Didn't you have, like, an obligation within the company
20  to say, "Hey, there's some confusion here.  There's another
21  group out there called the OMG Girlz that we thought was
22  talking about O.M.G. dolls"?
23  A    No.
24  Q    No?
25  A    No.
```

```
 1   Q    Did you ask anybody to look at this and see if there's

 2   any issue with confusion?

 3   A    No.

 4   Q    All right.  Did you raise it to anybody in the company

03:10PM 5   and say, "Hey, look, we thought this was O.M.G. dolls, but

 6   there's actually a group out there called OMG Girlz and we need

 7   to look at this"?

 8   A    No.

 9   Q    After this 2019 email where Rachel Moshe sent you the

03:11PM 10   OMG Girlz music video from YouTube, you took no steps to avoid

11   brand confusion going forward?

12        MR. WILSON:  Objection, Your Honor.  Calls for a

13   legal conclusion.

14        THE COURT:  Overruled.

03:11PM 15        THE WITNESS:  There was no confusion that was beyond

16   this email and a misheard lyric, which was cleared up the next

17   day.  So there was no need.  I did not follow up on anything.

18   BY MR. KEVILLE:

19   Q    Okay.  Yeah.  So that's my question.  You didn't do

03:11PM 20   anything once you -- no question, you now know about -- there's

21   a group out there called the OMG Girlz.  They have a video.

22   And you took no steps to avoid any brand confusion between the

23   OMG Girlz and the O.M.G. dolls?

24   A    Correct.

03:12PM 25   Q    Okay.  Did anybody else raise it?  Did Rachel Moshe or
```

Chelsea Green or Brock Hart, did any of them say, "Hey, guys,

we need to look into this and see if people other than us might

be confused"?

A    I can't speak to what they did or thought.

03:12PM 5  Q    Okay.  And I know you said you didn't know what

Brock Hart was researching, but what does the research

department do at MGA?

A    I don't know specifically what they research.  Obviously

they do research to help with the -- not necessarily design,

03:12PM 10 but maybe more for marketing, what to -- I don't know.  I can't

answer that question.  I'm not on the research team, and I'm

not very involved with them.

Q    Okay.  But you -- you at least email with people involved

in marketing, like Rachel Moshe; correct?

03:13PM 15 A    Correct.  I communicate with marketing.

Q    And does the research department try to find out what the

reaction is, the consumers, to the O.M.G. dolls?

A    I'm not sure.

Q    Okay.  All right.

03:13PM 20     I want to put up something that your counsel showed

in opening.

    MR. KEVILLE:  Allen, could you put that slide up.

    **(Document shown.)**

BY MR. KEVILLE:

03:13PM 25 Q    In opening statement, MGA's counsel showed this outline

```
      1  of the design process and said this is all the steps.  Says,

      2  "6-to-9-month detailed creative design process for each doll."

      3            Do you see that?

      4  A     Yes.

03:13PM 5  Q     And then it goes through steps 1 through 8; correct?

      6  A     Correct.

      7  Q     And does this look about accurate?

      8  A     Yes.

      9  Q     Okay.  Could you look in your book at Exhibit 3807.

03:14PM 10 A     Okay.

     11  Q     Specifically, page 7.

     12  A     Okay.

     13  Q     Do you recall saying that that was the overall mood board

     14  for the start of the O.M.G. dolls?

03:14PM 15 A     Correct.

     16            MR. KEVILLE:  Your Honor, I'd offer Exhibit 3807.

     17            THE COURT:  Any objection?

     18            MR. WILSON:  No objection.

     19            THE COURT:  3807 will be received.

03:14PM 20        (Exhibit Number 3807 received.)

     21  BY MR. KEVILLE:

     22  Q     So this is the mood board that was originally used for

     23  the O.M.G. brand; correct?

     24  A     This is the mood board for the L.O.L. Surprise! O.M.G.

03:15PM 25 fashion dolls in general, tone and manner.
```

1   Q    And you considered this to be the inspiration for the

2   O.M.G. dolls; correct?

3   A    I would say this is more like vibe and mood inspiration,

4   being the attitude and some of the graphics, some of the body

03:15PM 5   types.  So a general inspiration board, yes.

6   Q    There's a girl reading a magazine that says, "I hate

7   boys."  That was part of your inspiration for these O.M.G.

8   dolls for little 4- to 9-year-olds; correct?

9   A    This is an image I used in the inspiration board, yes.

03:15PM 10  Q    Almost all of the women in these photos are barely

11  dressed.  Some are wearing thigh-high boots.  That was an

12  inspiration for your line of little children's dolls?

13  A    So I was looking at the body because I needed to create a

14  new -- we call it a sculpt.  The L.O.L. Surprise! Tot dolls are

03:16PM 15  little, you know, 2- to 3-year-olds.  We had created that body

16  sculpt and the head in-house.

17        So when it came time to make a fashion doll, which

18  is usually an older, grown person -- in this case they're the

19  older sisters -- it was a little bit different to sculpt an

03:16PM 20  adult body.  So those references are for that purpose.

21  Q    There's the phrase, "You look like death and cigarettes

22  and I think I am in love with you."  That was part of your

23  inspiration for these little kids' dolls as well; correct?

24  A    So this image was about the graphic kind of flip phone,

03:16PM 25  clamshell flip phone, text message and email graphics, along

```
 1   with the color and the contrast of the satin with the kind of
 2   pleather boots.  But yes, we did create some thigh-high boots
 3   as well.
 4   Q     And on the bottom right, there's a short skirt with some
 5   words written on the leg, focusing on the top.  This is
 6   probably not child appropriate too.  You would agree,
 7   Ms. Consorti?
 8   A     These are not public-facing.  This is really for my
 9   inspiration and very internal sharing with the team.  If I
10   shared it with anybody, it would have been the design team and
11   would not have been shared anywhere else --
12   Q     But this is part of your --
13   A     -- outside of our team.
14   Q     I'm sorry.  I didn't mean to interrupt.
15   A     No worries.
16   Q     This was all part of your inspiration for you starting
17   the O.M.G. doll line?
18   A     Yes.  And that image in particular is meant to show that a
19   lot of times people are judged by what they wear and they're
20   put down because of what they wear and they're called bad names
21   because of what they wear, or bad things are done to them
22   because of what they wear.  So this is kind of a satire that it
23   doesn't matter what you wear, you don't deserve anybody to call
24   you any bad names or do bad things to you.
25   Q     Sure.  And I agree with that sentiment 100 percent.
```

1          But what I'm asking is:  How does that fit in with

2     the inspiration for making dolls for 4- to 8- or 9-year-olds?

3     A     So the fashion doll age range is older.  We ended up --

4     the L.O.L. Surprise! fans kind of grew up with us as the brand

03:18PM 5     evolved.  And since L.O.L. Surprise -- L.O.L. Surprise! stands

6     for "Little Outrageous Littles," meaning that they're cute but

7     fierce.

8          So when we were creating their older sisters, I

9     really wanted to instill a lot of that outrageous attitude but

03:19PM 10     in a way that showed confidence.  Kind of a "Don't mess with

11     me" attitude that's not anywhere on the dolls specifically,

12     except for in the spirit.

13          So this was to remind me how important it is to

14     instill those sentiments and that feminist message, because

03:19PM 15     these dolls are feminists and they're millennials, like I am,

16     and I wanted them to have some of the beliefs that are

17     important to this generation.

18     Q     Okay.  Let's take a look at the design process for one

19     doll.  I want to start with Lady Diva, even though she's not

03:20PM 20     one of the seven dolls at issue, just to go through the

21     process, if that's okay.

22     A     Okay.

23     Q     Okay.  Can you look in your book at Exhibit 3337.  These

24     are the color choices for the dolls, including Lady Diva;

03:20PM 25     correct?

```
  1   A     Yes.

  2   Q     Okay.  All right.

  3              MR. KEVILLE:  Your Honor, I'd offer Exhibit 3337.

  4              THE COURT:  Any objection?

03:20PM  5              MR. WILSON:  No objection.

  6              THE COURT:  3337 will be received.

  7              (Exhibit Number 3337 received.)

  8   BY MR. KEVILLE:

  9   Q     So that goes right at the start of the chart.  These are

03:20PM 10   the color choices; correct?

 11   A     Correct.

 12   Q     Okay.  Now, if we can plug that on the chart, that's here

 13   in the flow chart; correct?

 14   A     Correct.

03:21PM 15   Q     Okay.  And then if you look in your book at 3807, page 6.

 16              MR. KEVILLE:  That's in evidence, Allen.  You can

 17   put up number 6.

 18              (Document shown.)

 19   BY MR. KEVILLE:

03:21PM 20   Q     This is the mood board for the Lady Diva; correct?

 21   A     Correct.

 22   Q     Okay.  So that goes here in the chart; correct?

 23   A     (No audible response.)

 24   Q     So we have the mood board for Lady Diva; correct?

03:21PM 25   A     Correct.
```

```
 1   Q     Then if you turn in your book to Exhibit 2612, is that

 2   the concept sketch for Lady Diva?

 3   A     Correct.

 4   Q     Okay.

03:21PM 5              MR. KEVILLE:  I'd offer, Your Honor, 2612.

 6                  THE COURT:  Any objection?

 7                  MR. WILSON:  No objection.

 8                  THE COURT:  2612 will be received.

 9                  (Exhibit Number 2612 received.)

03:22PM 10   BY MR. KEVILLE:

 11   Q     So that goes next on the chart.  We have the concept

 12   sketch; correct?

 13   A     Correct.

 14   Q     Okay.  And then if we look at -- you look in your book at

03:22PM 15   2564 and 2659.

 16              2564, maybe we'll do that one first.

 17   A     Okay.

 18   Q     That's a design for the accessories for Lady Diva;

 19   correct?

03:22PM 20   A     Correct.

 21                  MR. KEVILLE:  Your Honor, I'd offer 2564.

 22                  MR. WILSON:  No objection.

 23                  THE COURT:  2564 will be received.

 24                  (Exhibit Number 2564 received.)

03:22PM 25   BY MR. KEVILLE:
```

```
 1   Q    And then if you turn to 2659.

 2   A    Okay.

 3   Q    That's design of the fabric art for Lady Diva; correct?

 4   A    Correct.

 5        MR. KEVILLE:  Your Honor, I'd offer 2659.

 6        MR. WILSON:  No objection.

 7        THE COURT:  2659 will be received.

 8        (Exhibit Number 2659 received.)

 9   BY MR. KEVILLE:

10   Q    So then those two go on our chart.  And we have

11   accessories and clothing; correct?

12   A    Correct.

13   Q    Okay.  And then if you would turn in your book to 2592.

14   A    Okay.

15   Q    That is a sample of the Lady Diva doll before its

16   release; correct?

17   A    Yes.  This is our side view.

18        MR. KEVILLE:  Your Honor, I'd offer 2592.

19        MR. WILSON:  No objection.

20        THE COURT:  2592 will be received.

21        (Exhibit Number 2592 received.)

22   BY MR. KEVILLE:

23   Q    So that goes on our chart down at the bottom here,

24   on-site samples; correct?

25   A    Correct.
```

03:23PM (line 5)
03:23PM (line 10)
03:23PM (line 15)
03:23PM (line 20)
03:24PM (line 25)

```
 1   Q    So for Lady Diva we have documents for each step in the

 2   MGA process; correct?

 3   A    Correct.  I just want to mention that this isn't like a

 4   process that we have.  There's -- it's a loose process.  So

 5   this is correct for this doll, but it's not always the same

 6   order or --

 7   Q    Ma'am, just -- we only have so much time.

 8   A    Sorry, sorry, sorry, sorry.

 9   Q    So if you could listen to my questions and answer.

10        And I think you agreed when we started this that

11   this was an accurate depiction of the process.  That's what you

12   said; correct?

13   A    Correct.

14   Q    Okay.  Now I want to look at one of the dolls of the

15   seven that are at issue.

16        And let's talk about Chillax.  There was no mood

17   board for Chillax; correct?

18   A    I don't think there was an official mood board.  We don't

19   always have time to create those.  But I did collect some

20   inspiration images on a, I think, a general mood board for that

21   group.

22   Q    Do you recall that you were asked:  "Did you leave a mood

23   board for Chillax?"  And you answered that differently than

24   you're doing today?

25   A    I don't recall what I said, but I'm just clearing up that
```

1    there is not one specifically for Chillax.

2    Q    Okay.  So no mood board for Chillax.

3             There may have been photos that you referenced that

4    didn't make it onto any mood board for the Chillax doll;

03:25PM 5    correct?

6    A    Correct.

7    Q    Okay.  You don't recall -- I think you testified you

8    don't recall if there was any celebrity that inspired you in

9    creating Chillax?

03:25PM 10   A    That's correct.

11   Q    When you were -- I think you talked about you looked for

12   a tracksuit when you were creating Chillax.

13             Do you recall that?

14   A    I don't recall specifically.

03:26PM 15   Q    Okay.  When you were -- if you were, when you were

16   looking for a tracksuit, did you search Pinterest for anything?

17   A    I'm not sure.

18   Q    Okay.  Do you remember testifying, when you were coming

19   up with Chillax, you might have looked at WGSN?

03:26PM 20   A    Yes.  That's a trend researching website.

21   Q    Right.  That's a research site that looks at trends for

22   consumers and design trends; correct?

23   A    Correct.

24   Q    And you don't remember whether or not there were photos

03:26PM 25   of the OMG Girlz' tour outfits on there?

**UNITED STATES DISTRICT COURT**

```
 1   A     I don't believe so.

 2   Q     Do you remember you testified differently when you were

 3   under oath?

 4   A     No.

 5   Q     You just said --

 6   A     I don't know.

 7   Q     Right.  Previously, you didn't say, "I don't believe they

 8   were there."  You said, "I don't know."

 9   A     I'm sorry if -- to me, that's the same thing.  I'm sorry

10   if I'm not saying the correct verbiage.

11   Q     When you were asked in your deposition, "Do you remember

12   if there were photos of the OMG Girlz' tour outfit on the WGSN

13   trend forecasting site," you said, "I don't know if they were

14   there."

15   A     Not to my knowledge, no.

16   Q     Is it "I don't know" or "Not to my knowledge"?  Because

17   now you're kind of implying it wasn't there.

18   A     To me, it's the same thing.  I don't know and it's not to

19   my knowledge.

20   Q     So we did hear, though, in opening, and we saw in that --

21              MR. KEVILLE:  Can you put up that flow process, the

22   opening slide, Allen.

23              (Document shown.)

24              MR. KEVILLE:  Nope.  Just put up the whole process,

25   please.  Nope, the process.
```

**UNITED STATES DISTRICT COURT**

```
          1              (Document shown.)

          2   BY MR. KEVILLE:

          3   Q    So it says "The 6-to-9-month detailed creative design

          4   process for each doll"; correct?

03:28PM   5   A    That's what it says, correct.

          6   Q    Right.

          7              And you said that was the process.  But there's no

          8   Chillax mood board.  What happened to the Chillax mood board,

          9   Ms. Consorti?

03:28PM  10              MR. WILSON:  Objection.  Misstates the evidence.  I

         11   believe she said a combined mood board for that series.

         12              MR. KEVILLE:  I don't think she said that.

         13              THE WITNESS:  I did.

         14              THE COURT:  Overruled.

03:28PM  15              THE WITNESS:  That is what I said.  I said it was

         16   combined with the other characters in that group.

         17   BY MR. KEVILLE:

         18   Q    Okay.  So no question, there is no -- it says for each

         19   doll, there would be a mood board.  There is no mood board that

03:29PM  20   we've seen for Chillax; correct?

         21   A    Correct.

         22   Q    Okay.  Now, the top for Chillax, if you look in your book

         23   at 1805.

         24   A    Okay.

03:29PM  25   Q    Is that a picture of the Tot, Sleepy Bones?
```

A      Yes.

            MR. KEVILLE:  Your Honor, I'd offer 1805.

            MR. WILSON:  No objection.

            THE COURT:  1805 will be received.

03:29PM            **(Exhibit Number 1805 received.)**

BY MR. KEVILLE:

Q      Now, this is the Tot that supposedly Chillax is the big sister of; correct?

A      Chillax is her big sister, yes.

03:29PM Q      Okay.  And Sleepy Bones has a very dark gray pajama shirt and pink bunny boots; correct?

A      Yes.  It's a -- bunny slippers over little light pink socks and her dark gray sleeping shirt.

Q      Okay.  If we go back to our process flow chart, we see

03:30PM one of the first steps is "Choose color theme based on little Tot"; correct?

A      Correct.

Q      Somehow what is alleged to be the big sister of Sleepy Bones, A, is not sleepy, but instead of being dark gray

03:30PM is mostly white; correct?

A      She has a white tracksuit, yes, with black accents.

Q      And another document that's missing is the document for "Choose color theme based on little Tot"; correct?

A      I'm sorry, I don't know if that's missing.  I did release

03:30PM color callouts for this doll.

```
 1    Q    Okay.  We haven't seen them in the trial exhibits.

 2              Do you know what it would be in the trial exhibits?

 3    A    No, I don't know.

 4    Q    Okay.  We do have a concept sketch, if you look in your

 5    book at 1211.

 6    A    Sorry.  Okay.

 7    Q    Okay.

 8              MR. KEVILLE:  Your Honor, I'd like to mark as

 9    Exhibit 1211A, the first page of 1211, and offer 1211A.

10              MR. WILSON:  No objection, Your Honor.

11              (Exhibit Number 1211A received.)

12    BY MR. KEVILLE:

13    Q    Okay.  1211A is the concept sketch for Chillax; correct?

14    A    Correct.

15    Q    And this concept sketch is undated; correct?

16    A    Correct.

17    Q    And in Exhibit 1211A, your initial concept sketch for

18    Chillax, you showed her in very dark gray clothes that you

19    intended for her; correct?

20    A    Correct.

21    Q    This shows a doll with a really -- either faded black or

22    very dark gray; correct?

23    A    Correct.

24    Q    And it has no wide black belt; correct?

25    A    The belts would be the same.  It's actually her shorts
```

```
 1   underneath the sweatshirt that's black and her sweatpants.

 2   Q    There's no wide black belt shown on this initial concept

 3   sketch; correct?

 4   A    Well, I mean, her belt on her -- the waistband of her

 5   sweatpants is black.

 6   Q    It's not a -- I thought we said this was dark gray.

 7   A    Dark gray.  The waistband on her sweats is dark gray,

 8   sure.

 9   Q    And it's not very wide, is it?  It's just a small

10   waistband?

11   A    It's a regular waistband, yeah.

12   Q    And there's no stripes on the legs; correct?

13   A    There are stripes on the side of the pants.

14   Q    There's no three stripes down at the bottom?

15   A    No.  I believe that was added later.

16   Q    And there's no black lines or cutouts on the arms;

17   correct?

18   A    The bones would have not been visible on the drawing, I

19   think, on the sleeves.

20   Q    Okay.  You can't see them on your design sketch; correct?

21   A    Correct.

22   Q    Now, I think previously you claimed that you changed the

23   dark gray clothes which would have matched Sleepy Bones, as we

24   saw here, because there was too much black next to Class Prez,

25   who had black socks, and Da Boss, who had a black hat?
```

03:32PM (line 5)
03:32PM (line 10)
03:33PM (line 15)
03:33PM (line 20)
03:33PM (line 25)

```
        1   A    Correct.
        2   Q    But that doesn't make sense, does it, in terms of your
        3   doll lines?
        4   A    It does.  I make that decision.
03:33PM  5   Q    Okay.
        6        MR. KEVILLE:  Let's look up, Allen, at 1115, which
        7   is in evidence.
        8            (Document shown.)
        9   BY MR. KEVILLE:
03:33PM 10   Q    If we look at Core - Series 2, the doll on the right has
       11   mostly black; correct?
       12   A    No, she has a black dress, black boots, and a black purse.
       13   Q    Right.  A lot of black.
       14   A    She has some black in her outfit, yes.
03:34PM 15   Q    And then the doll next to her has a predominantly very
       16   dark or black cape; correct?
       17   A    It's not black.  It's a glittery -- it's a combination of
       18   all the colors in her outfit.
       19   Q    It's very dark; right?
03:34PM 20   A    It's a dark -- uh-huh.
       21   Q    And then if we move over to Core Series 2.8, here, we see
       22   a doll on the left with black-and-white camouflage,
       23   black-and-red shirt, and shoes with black portions on at least
       24   one black shoe; correct?
03:34PM 25   A    Correct.
```

**UNITED STATES DISTRICT COURT**

|       |    |                                                                                     |
|-------|----|-------------------------------------------------------------------------------------|
|       | 1  | Q    The second doll, that is predominantly black between her                        |
|       | 2  | jacket and her hat; correct?                                                         |
|       | 3  | A    Correct.                                                                        |
|       | 4  | Q    All right.  And then if we go down to the doll grouping                         |
| 03:34PM | 5 | where Chillax falls into, there's almost no black in that                            |
|       | 6  | group; correct?  There's just a dark hat and dark socks?                             |
|       | 7  | A    Yes.  Correct.                                                                  |
|       | 8  | Q    So there's no reason, based on your doll groupings as                           |
|       | 9  | we've seen, that Chillax could not have had this black outfit                        |
| 03:35PM | 10 | that was in your initial sketch; correct?                                         |
|       | 11 | A    There was.  That's why I made the change.                                       |
|       | 12 | Q    Okay.  It wouldn't have been any more black in this line                        |
|       | 13 | than it was in the Core - Series 2 or the Core - Series 2.8, if                      |
|       | 14 | you use the dark gray tracksuit; correct?                                            |
| 03:35PM | 15 | A    It would have been.  It's an entire outfit that's meant to                   |
|       | 16 | match.  So it would have been a full, complete black outfit.                         |
|       | 17 | And I look at them in the grouping of four, and it was a                             |
|       | 18 | pretty -- it was a pretty dark collection when her suit was                          |
|       | 19 | dark gray.                                                                           |
| 03:35PM | 20 | Q    Okay.  Getting back to Chillax --                                            |
|       | 21 | THE COURT:  Before we do that, why don't we take                                     |
|       | 22 | about a ten-minute break, and we'll then continue on until                           |
|       | 23 | 4:30.                                                                                |
|       | 24 | Please remember the admonition.                                                      |
| 03:36PM | 25 | THE COURTROOM DEPUTY:  All rise.                                                  |

```
 1              (Recess from 3:47 p.m. to 3:49 p.m.)

 2              (In the presence of the jury.)

 3              THE COURTROOM DEPUTY:  Be seated and come to order.

 4    This Court is again in session.

03:49PM  5             THE COURT:  Mr. Keville.

 6              MR. KEVILLE:  Thank you, Your Honor.

 7    BY MR. KEVILLE:

 8    Q    Ms. Consorti, I want to circle back on something.

 9    Earlier, you said you didn't think you had to sign an NDA when

03:49PM 10    you left MGA; correct?

11    A    Sorry, I said I don't recall.

12    Q    Okay.

13              MR. KEVILLE:  Can you put up, Allen, the testimony

14    from May 18th, at 95, lines 4 to 6.

03:49PM 15    BY MR. KEVILLE:

16    Q    You were asked:

17              "When you left MGA in June of '21, you

18         entered a nondisclosure agreement; correct."

19              Your answer was "Correct."

03:49PM 20              Do you stand by your prior testimony now?

21    A    Yes.

22    Q    All right.  Going back to Chillax where we left off,

23    later we see a drawing that is Chillax in a white outfit that

24    has similarities to the one we've seen in this case that the

03:50PM 25    OMG Girlz wore.
```

1          Do you remember that?

2     A     No.

3     Q     Okay.

4          MR. KEVILLE:  Let's mark -- I'd like, Your Honor, to

03:50PM  5     mark the second page of 1211 as 1211B and offer 1211B.

6          MR. WILSON:  No objection, Your Honor.

7          THE COURT:  It will be received.

8          **(Exhibit Number 1211B received.)**

9     BY MR. KEVILLE:

03:50PM  10    Q     Okay.  This is a drawing of Chillax in a white outfit;

11    correct?

12    A     Correct.

13    Q     This came after the one we saw earlier in the dark gray

14    outfit; correct?

03:50PM  15    A     Correct.

16    Q     And this has many similarities to the ones that you have

17    seen in this case that the OMG Girlz wore on their tour;

18    correct?

19    A     No.

03:50PM  20    Q     Okay.  Like the first sketch, this sketch is undated;

21    correct?

22    A     Correct.

23    Q     And but even in this, we don't see the wide black belt;

24    correct?

03:50PM  25    A     There is no wide black belt on the doll.

```
        1   Q    And Ms. Consorti, we've searched the thousands of emails
        2   produced by MGA and have not found one where there is any
        3   communication about changing the color of Chillax.  Are there
        4   no emails about that?
03:51PM 5   A    I --
        6              MR. WILSON:  Objection.  Calls for speculation.
        7              THE COURT:  Sustained.
        8   BY MR. KEVILLE:
        9   Q    Ms. Consorti, did you discuss with anybody changing the
03:51PM 10  color of Chillax from dark gray or black to white?
       11   A    I shared that with my boss at the time.
       12   Q    Did you do that by email?
       13   A    No.  In person.
       14   Q    Were there any emails where you told anybody about
03:51PM 15  changing the color scheme from Sleepy Bones, which was dark
       16   gray, to this white outfit?
       17   A    I don't -- I don't think so.
       18   Q    Okay.  We have -- in this, we'll see an accessories
       19   drawing for Chillax.  Can you put up -- can you look in your
03:51PM 20  book, ma'am, at 3435.
       21   A    Sorry.  I have 3453.  3435?
       22   Q    I believe it's 3435.
       23   A    3435.  Sorry.  I have 3405 --
       24              MR. KEVILLE:  Sorry, Ms. Vargas, I'm going to need
03:52PM 25  to put this up.
```

**UNITED STATES DISTRICT COURT**

```
 1              Can you put up for the witness Exhibit 3435?
 2              (Document shown to the witness.)
 3    BY MR. KEVILLE:
 4    Q    Is this a drawing for the accessories that includes the
 5    accessories for Chillax?
 6    A    Correct.
 7    Q    Okay.
 8              MR. KEVILLE:  Your Honor, I'd offer Exhibit 3435.
 9              MR. WILSON:  No objection, Your Honor.
10              THE COURT:  3435 will be received.
11              (Exhibit Number 3435 received.)
12    BY MR. KEVILLE:
13    Q    So this is the accessories drawing, but we don't have a
14    similar drawing for the clothing.  Do you know why?
15    A    I'm sorry, what do you mean by "similar drawing"?
16    Q    Well, if we go back to the flow chart, that step says
17    "Accessories and Clothing."  And we saw for Lady Diva there
18    were design drawings for the accessories and then design
19    drawings for the clothing; correct?
20    A    Are you referring to the design sculpt release versus the
21    color callouts which you previously showed?
22    Q    No, ma'am.  I'm talking about for Lady Diva we saw
23    accessory drawings and fabric drawings; correct?
24    A    Correct.
25    Q    And for Chillax, all we have is accessory drawings, no
```

```
 1   clothing drawings.  Why is that?
 2   A    The clothing was on the previous drawings.
 3   Q    No, that was the concept sketch; correct?
 4   A    That's the same thing.
 5   Q    For Chillax -- for Lady Diva --
 6              MR. KEVILLE:  Can you put that back up, Allen?  Put
 7   up 2659.
 8              (Document shown.)
 9   BY MR. KEVILLE:
10   Q    We had "Fabric Art Release," prints designed for the
11   fabric; correct?
12   A    Yes.
13   Q    We have things like that for a lot of other dolls;
14   correct?
15   A    Correct.  Every time a new accessory is created, if it is
16   a new accessory, it is released in this manner with all the
17   orthographic trends.
18   Q    And there's no design drawing or fabric drawing or
19   anything like that for the clothing for Chillax, just your
20   preliminary sketch?
21   A    I'm not sure what was --
22              MR. WILSON:  Objection, Your Honor.  Assumes facts
23   not in evidence.
24              THE COURT:  Overruled.
25              THE WITNESS:  I'm not sure what is in the exhibits,
```

03:53PM  5
03:54PM 10
03:54PM 15
03:54PM 20
03:54PM 25

**UNITED STATES DISTRICT COURT**

```
  1  but I did create releases for any new accessories.  So the

  2  shoes on Chillax were actually already existing.  So those were

  3  recolored.

  4  BY MR. KEVILLE:

03:55PM  5  Q    Ma'am, I hate to interrupt you, but we only have so much

  6  time.

  7  A    Sure.

  8  Q    I asked about accessories, and we have drawings that show

  9  the accessories for Chillax; correct?

03:55PM 10  A    Correct.

 11  Q    And should we -- there are no drawings that I found for

 12  the clothing for Chillax.  Should there be such drawings?

 13  A    I'm sorry, the previous image that you showed of Chillax,

 14  with two drawings, are akin to the Lady Diva drawing.

03:55PM 15  Q    Okay.  So for Lady Diva we had a sketch like we had for

 16  Chillax, and then separately we had fabric drawings.  And for

 17  Chillax all we have is the preliminary sketch; correct?

 18  A    No.  These are her accessories on the --

 19  Q    For the clothing; right?  If we looked at your chart --

03:55PM 20        MR. KEVILLE:  Allen, can you put up the flow chart

 21  again.

 22        (Document shown.)

 23  BY MR. KEVILLE:

 24  Q    It says "Concept Sketching Number 5" and then

03:56PM 25  "Accessories and Clothing Number 6"; correct?
```

| | | |
|---|---|---|
| | 1 | A    Correct. |
| | 2 | Q    And for Lady Diva at number 5, we had a sketch, correct, |
| | 3 | that showed the doll and the proposed clothes? |
| | 4 | A    Correct. |
| 03:56PM | 5 | Q    And then we had -- separately we had, for number 6, |
| | 6 | accessories and clothing.  We had separate drawings for each; |
| | 7 | correct? |
| | 8 | A    Correct. |
| | 9 | Q    Right.  And what I'm saying is:  For Chillax we have your |
| 03:56PM | 10 | concept sketch, maybe, because it's dark gray, and then we have |
| | 11 | accessory drawings but no clothing; correct? |
| | 12 | A    So there's the second drawing with the white sweat suit. |
| | 13 | Q    So you're saying for this doll, we don't have those two |
| | 14 | steps, we have one step, and it all falls into the concept |
| 03:56PM | 15 | sketch? |
| | 16 | A    There has been artwork created for her top and her shorts |
| | 17 | as well as her sweatshirt top.  I created those. |
| | 18 | Q    Okay. |
| | 19 | A    And they exist. |
| 03:57PM | 20 | Q    Okay.  I will tell you, ma'am, I've searched through the |
| | 21 | trial exhibits.  I don't see such a thing.  Do you have an |
| | 22 | explanation for why it's not in the trial exhibits? |
| | 23 | MR. WILSON:  Objection, Your Honor.  Calls for |
| | 24 | speculation. |
| 03:57PM | 25 | MR. KEVILLE:  The witness just testified that -- |

UNITED STATES DISTRICT COURT

```
 1              THE COURT:  Overruled.

 2              THE WITNESS:  No.

 3    BY MR. KEVILLE:

 4    Q    Okay.  Then we have a few on-site sample pictures, which

 5    was the next step.  If you look in your book at 2879.

 6    A    Okay.

 7    Q    That's the on-site sample of the hair; correct?

 8    A    Correct.

 9    Q    Okay.

10              MR. KEVILLE:  And, Your Honor, I'd offer 2879.

11              MR. WILSON:  No objection.

12              THE COURT:  2879 will be received.

13              (Exhibit Number 2879 received.)

14    BY MR. KEVILLE:

15    Q    Then we have an on-site sample of the top.  Can you look

16    in your book at 2868.

17    A    Okay.

18    Q    Is that an on-site sample or a sample drawing for the

19    top?  Not a drawing.  A sample prototype?

20    A    Correct.

21              MR. KEVILLE:  Your Honor, I'd offer 2868.

22              MR. WILSON:  No objection.

23              THE COURT:  2868 will be received.

24              (Exhibit Number 2868 received.)

25    BY MR. KEVILLE:
```

03:57PM (line 5)
03:58PM (line 10)
03:58PM (line 15)
03:58PM (line 20)
03:58PM (line 25)

```
 1  Q    So we have -- we go to the chart.  Now we have the
 2  on-site samples for Chillax; correct?
 3  A    Yes.
 4  Q    Okay.  But if we look at the process that you all told us
 5  was followed for each doll --
 6            MR. KEVILLE:  Put that up, Allen.
 7            (Document shown.)
 8  BY MR. KEVILLE:
 9  Q    And then go to what we have for Chillax.  We have -- we
10  don't have any documents on the color theme.  And we know that
11  you didn't follow the color theme for the dark gray little top;
12  correct?
13  A    I did follow her color story.
14  Q    You went from dark gray or black to white; correct?
15  A    I inverted the colors.
16  Q    And we don't have a mood board separate for Chillax;
17  correct?
18  A    It's a combined mood board.
19  Q    And we have concept sketching that's undated, one gray,
20  and then a later one that's white; correct?
21  A    Correct.
22  Q    We have the accessories drawing but not the clothing
23  drawing; correct?
24  A    The concept sketching is the clothing drawing.
25  Q    So for this doll we don't follow the chart.  We put the
```

             1    concept sketching and the clothing together.  Because this

             2    chart said this was design process, two steps.

             3    A    If you're referring to the fabric art, I created that, as

             4    I mentioned previously.  So I don't know why it's not here.

04:00PM      5    But I created it.

             6    Q    All right.  And then we had a couple of on-site samples;

             7    correct?

             8    A    Correct.

             9    Q    And we have nothing showing -- no emails, no design,

04:00PM     10    nothing showing, "Here's why I'm changing dark gray to white"?

            11    A    That was done verbally.

            12    Q    Okay.  Who did you discuss that with verbally?

            13    A    Paula Garcia.

            14    Q    All right.  And we know at a minimum during this time

04:00PM     15    period, you knew at least of the OMG Girlz through the email,

            16    the Brock Hart research, and the emails with Chelsea Green;

            17    correct?

            18    A    I knew of that, that there was something called OMG Girlz,

            19    yes.

04:00PM     20              MR. KEVILLE:  And then, Allen, would you put up --

            21    well, I'm not sure this is in.

            22    BY MR. KEVILLE:

            23    Q    Let's look in your book at 1836.

            24    A    It is.

04:01PM     25    Q    1836 is a picture of the -- marketing picture of the

```
 1    Chillax doll; correct?

 2    A     Correct.

 3              MR. KEVILLE:  Your Honor, I'd offer 1836.

 4              MR. WILSON:  No objection.

 5              THE COURT:  1836 will be received.

 6              (Exhibit Number 1836 received.)

 7    BY MR. KEVILLE:

 8    Q    In the end, Chillax got this very wide black belt;

 9    correct?

10    A    Incorrect.  Those are two different waistbands.

11    Q    Okay.  So in the earlier sketches we saw, there was one

12    thinner waistband, and now in the final doll there's two

13    waistbands that make it look like a thick black circle around

14    the middle; correct?

15    A    No.  The waistband of her shorts was not visible.  I don't

16    know if I had designed that part of her outfit, but the way

17    that the fashion fits versus the drawing is always different,

18    the way the doll is posed by the stylist.

19              This, you can still see that there's a sliver of the

20    fabric, which is the pink and black kind of glitch stripe,

21    between the two black waistbands.

22    Q    My point is we don't see anything like those two

23    waistbands, that thick black circle around the middle, in any

24    of the drawings that we've seen.  None of your design sketches.

25    Nothing.
```

04:01PM  5
04:01PM 10
04:01PM 15
04:02PM 20
04:02PM 25

```
 1   A     Is that a question?

 2   Q     It certainly is, ma'am.

 3   A     What is the question?

 4   Q     That we don't see that thick black circle around the

 5   middle created by the two waistbands in any of the design

 6   sketches or anything else?

 7   A     It's not a thick black waistband.  It's two that was not

 8   visible in the sketches because of the way that the drawing is

 9   versus a real fabric, how it overlays, how two thicknesses

10   create bulk.

11   Q     And we don't see any drawings of how those fabrics were

12   made, like we saw with Lady Diva, the fabric drawings.  We

13   don't see any of those for Chillax; correct?

14   A     No.

15   Q     And in the end --

16         MR. KEVILLE:  Allen, can you put up the pose, side

17   by side.

18         (Document shown.)

19   BY MR. KEVILLE:

20   Q     The pose for Chillax is almost the identical pose that

21   Ms. Pullins has in this picture on the left; correct?

22   A     They both have their hand on their hip.

23   Q     Right.  And it's kind of -- very similar pose; correct?

24   A     Aside from that -- the hands, that's about the same.

25   Q     Now you can see that on the left, we have what appears to
```

04:02PM (line 5)
04:02PM (line 10)
04:03PM (line 15)
04:03PM (line 20)
04:03PM (line 25)

```
  1   be a thick black waistband; correct?
  2   A     Yes.  I see there's a -- seems to be a black waistband
  3   underneath the white sweats.
  4   Q     Who at MGA reviewed the final Chillax doll to make sure
04:03PM 5  it was not infringing on anyone else's trade dress rights?
  6   A     That's not -- it's not my responsibility.  I don't know.
  7   Q     Do you know if anyone at MGA reviewed the final Chillax
  8   doll to make sure it was not infringing on anyone else's trade
  9   dress rights?
04:04PM 10 A     Everything is submitted.  All our character art that is
 11   exactly the dolls is submitted through the legal team.
 12   Q     And so my question is a little different.  I'm sorry if
 13   it's not clear.
 14         Who at MGA was responsible for reviewing the Chillax
04:04PM 15 doll to make sure it didn't infringe on anyone else's trade
 16   dress?
 17   A     I don't know specifically.
 18   Q     Okay.  Is there a process at MGA to make sure dolls don't
 19   infringe on other people's trade dress?
04:04PM 20         MR. WILSON:  Objection.  Lacks foundation.
 21         THE COURT:  Overruled.
 22         THE WITNESS:  I believe this is the legal team's
 23   responsibility.
 24   BY MR. KEVILLE:
04:04PM 25 Q     Did you ever -- without telling me what was said, did you
```

1    ever interact with them?

2    A    In general?

3    Q    In the purposes of making sure we're not infringing

4    anyone's trade dress.

04:05PM  5    A    No.

6    Q    Was there ever any discussion within MGA about avoiding

7    confusion with anyone, the OMG Girlz or Lady Gaga?

8    A    No.

9    Q    All right.  Let's talk about Roller Chick.

04:05PM 10            Like Chillax, there's no mood board to be found for

11    Roller Chick; correct?

12    A    This would be the same combined mood board, as she's in

13    the same collection as Chillax.

14    Q    And there's no color pallet for Roller Chick; correct?

04:05PM 15    A    There should be.  Every doll has a color callout for her

16    body and her accessories.

17    Q    Okay.  Look in your book at Exhibit 1191.

18            Does that appear to be a concept sketch for

19    Roller Chick?

04:05PM 20    A    Yes, this is one concept sketch of Roller Chick.

21    Q    Okay.  So no mood board, but we do have a concept sketch;

22    correct?

23    A    Again, a combined mood board and a concept sketch.

24    Q    And we know that Roller Chick did not end up looking like

04:06PM 25    this sketch; correct?

|   |   |
|---|---|
| 1 | A     She does.  She comes with shorts. |
| 2 | Q     Okay.  If we look at -- |
| 3 |       MR. KEVILLE:  I'm sorry, Your Honor.  I offer 1191 |
| 4 | exhibit. |
| 04:06PM 5 |       MR. WILSON:  No objection. |
| 6 |       THE COURT:  1191 will be received. |
| 7 |       MR. KEVILLE:  Okay. |
| 8 |       **(Exhibit Number 1191 received.)** |
| 9 | BY MR. KEVILLE: |
| 04:06PM 10 | Q     This was the sketch for Roller Chick; correct? |
| 11 | A     This is one of the sketches for Roller Chick, yes. |
| 12 | Q     If you look in your book at Exhibit 1877, ma'am. |
| 13 | A     Okay. |
| 14 | Q     Okay.  This is the actual marking for Roller Chick; |
| 04:06PM 15 | correct? |
| 16 | A     Correct. |
| 17 | Q     Okay. |
| 18 |       BY MR. KEVILLE:  And Allen, if you would put up that |
| 19 | 1877 next to Exhibit 610, which is in evidence. |
| 04:07PM 20 |       **(Document shown.)** |
| 21 | BY MR. KEVILLE: |
| 22 | Q     Roller Chick looks more like Bahja Rodriguez than the |
| 23 | original design sketch; correct? |
| 24 | A     Incorrect. |
| 04:07PM 25 | Q     Okay.  And that's because for you things have to be |

```
  1   one-to-one exact duplicates to be copies; correct?

  2   A     No.  They don't have many similarities at all.

  3   Q     You don't think the hair is similar?

  4   A     The hair color may be in the same family, and that's where
04:07PM 5   the similarities end.

  6   Q     And the spandex pants, even though they're different

  7   colors?

  8   A     Roller Chick has -- those are pants, disco pants, and they

  9   have a really particular finish on them that makes them
04:08PM 10  iridescent.  So they color-shift between blue and teal, and

 11   they have pockets on the back as well.

 12   Q     Tight-fitting almost spandex-looking pants on both

 13   Ms. Rodriguez and Roller Chick; correct?

 14   A     Sure.  Very different colors.
04:08PM 15  Q     And both of them are under the brand O.M.G.; correct?

 16   Ms. Rodriguez was out there as the OMG Girlz, and you were

 17   selling O.M.G. dolls; correct?

 18   A     We were selling L.O.L. Surprise! O.M.G. fashion dolls,

 19   yes.
04:08PM 20  Q     Right.  And I think you told me earlier the biggest thing

 21   on there was O.M.G.; correct?

 22   A     It is slightly larger than the L.O.L. Surprise!

 23   Q     And heck, it was after you guys found out had that email

 24   in December of 2019, you changed the name.  Originally, do you
04:08PM 25  remember it was L.O.L. Surprise! O.M.G., just like that;
```

```
 1   correct?
 2   A    I believe so.
 3   Q    And then later, after the 2019 email with you all, you
 4   added in little letters "Outrageous Millennial Girls"
04:09PM 5   underneath it; correct?
 6   A    I'm not sure when that was added.
 7   Q    Do you know, were you part of the decision to add the
 8   name "Girls" into O.M.G.?
 9   A    I was helping coming up with the -- what the acronym stood
04:09PM 10   for, yes.
11   Q    Okay.  Who else was involved in doing it?
12   A    It would be Rachel Moshe and our -- who is the director of
13   marketing, and a copywriter at the time.
14   Q    So before you and Rachel are emailing about hearing about
04:09PM 15   the OMG Girlz -- or O.M.G. dolls, you thought it was -- it was
16   actually OMG Girlz -- before you guys are emailing about that,
17   the name was O.M.G., right, L.O.L. Surprise! O.M.G.?
18   A    Correct.
19   Q    And then after that email, you and Rachel and this
04:10PM 20   copywriter decide to change the name to L.O.L. Surprise!
21   O.M.G., Outrageous Millennial Girls?
22        MR. WILSON:  Objection.  I believe misstates the
23   witness's testimony.  She didn't say who decided.
24        THE COURT:  Overruled.
04:10PM 25        THE WITNESS:  What's the question?
```

UNITED STATES DISTRICT COURT

```
 1    BY MR. KEVILLE:
 2    Q    Sure.
 3              After we saw the email with Brock Hart and you and
 4    Rachel Moshe -- correct? -- there's a change to the name.  And
 5    you said the three people that were involved were you and
 6    Rachel Moshe and unnamed copywriter?
 7    A    Correct.  But --
 8    Q    Okay.  So you and Rachel Moshe and the unnamed copywriter
 9    changed the name to include "Girls" after you have this email
10    where you learned there's a group out there called the
11    OMG Girlz; correct?
12    A    I don't know when the change was made.  And the email had
13    no impact on what the name was, the acronym stood for.
14    Q    Did anybody say, "Hey, we know there's a group out there
15    called the OMG Girlz.  Maybe we better not put the name 'Girls'
16    into O.M.G."?
17    A    No.
18    Q    Did anybody take a look at that to make sure there
19    wouldn't be any brand confusion?
20    A    It had to be submitted through legal, and they do an
21    extensive search.  I can't speak to what they found, but it was
22    cleared.
23    Q    Okay.  Did you tell anyone, other than Rachel, who
24    already knew at this time, that "Hey, we know there's a group
25    out there called the OMG Girlz" when this name change was
```

04:10PM 5
04:10PM 10
04:11PM 15
04:11PM 20
04:11PM 25

            1    happening?

            2    A      No.

            3    Q      Okay.  Is there a reason you didn't want anyone to know

            4    about that?

04:11PM     5    A      I didn't even think about it.

            6    Q      You and Rachel were all excited about it at first;

            7    correct?

            8    A      Yes, we were excited when we thought it was about our doll

            9    line.

04:11PM    10    Q      And you're still standing by the story that when you hear

           11    about the OMG Girlz, you kind of went like this (indicating)

           12    and didn't click the link?

           13    A      It's not a story.  It's the truth.  I did not click that

           14    link.  And I forgot about that whole email chain until this

04:12PM    15    lawsuit or this case.

           16    Q      If you forgot about the whole email chain until this

           17    case, which you didn't know about for almost two years after

           18    you left, how is it that you can remember so specifically that

           19    five years ago you didn't click the link?

04:12PM    20    A      Because I know I did not click that link.  I recalled that

           21    email once I had to go over it for this case.

           22    Q      Okay.  Now, getting back to Roller Chick, we found design

           23    drawings for the clothes and fabric art for Roller Chick.

           24          Can you look in your book at 2902?

04:12PM    25    A      Okay.

```
 1   Q    Is that the fabric art and the design shapes for the

 2   clothing for Roller Chick?

 3   A    Yes.

 4          MR. KEVILLE:  Okay.  Your Honor, I'd offer 2902.

 5          MR. WILSON:  No objection.

 6          THE COURT:  2902 will be received.

 7            (Exhibit Number 2902 received.)

 8   BY MR. KEVILLE:

 9   Q    Here, we can see patterns, actually, and colors for the

10   clothing; correct?

11   A    Correct.

12   Q    And if you look at 2887, is that also clothing design for

13   Roller Chick?

14   A    So these are the pattern pieces to create her outfit -- or

15   parts of her outfit with the fabric attached.

16          MR. KEVILLE:  Your Honor, I'd offer 2887.

17          MR. WILSON:  No objection.

18          THE COURT:  2887 will be received.

19            (Exhibit Number 2887 received.)

20          MR. KEVILLE:  Allen, could you put those side by

21   side.

22            (Document shown.)

23   BY MR. KEVILLE:

24   Q    So here, we have, for Roller Chick, design colors.  We

25   have the actual patterns to make the outfit, a lot of detail;
```

```
 1    correct?

 2    A    Sure.  Yes.

 3    Q    And with Chillax, you said, "Oh, we don't have any of

 4    that.  We just used the sketch."

 5    A    That's not what I said.  I --

 6    Q    Do you have documents like this for Chillax?

 7    A    I created those documents.

 8    Q    Okay.  All right.  And you don't know why none of those

 9    are in the trial exhibits?

10    A    No.  When I left MGA, I left my computer with everything

11    on it.

12    Q    And that's a fair question.

13         When you left MGA, no one had asked to see what was

14    on your computer that could be relevant to this case; correct?

15    A    No.  I left my computer.  They have access to the entire

16    drive.  They can look through whatever they want.

17    Q    Right.

18         And you were gone for about a year and a half before

19    your deposition; correct?

20    A    I believe so, yes.

21    Q    And your computer was left at MGA; correct?

22    A    Yes.

23    Q    Okay.  So you have no idea what documents you had when

24    you left and what was there when your computer, if it was

25    searched, was searched?
```

**UNITED STATES DISTRICT COURT**

```
       1    A    I -- all I know is that I left my computer with MGA.

       2    Q    Okay.  No one ever told you to make sure you hold on to

       3    everything related to this litigation because you didn't even

       4    know there was a litigation; correct?

04:15PM 5    A    Correct.  I did not know about this litigation.  And we

       6    save everything.

       7    Q    Okay.  But just to be clear, no one ever told you, "Hold

       8    on to, and don't delete any documents or emails related to this

       9    litigation"?

04:15PM 10   A    No, nobody said anything about a litigation.  I did not --

       11   I was not aware of it before I left.

       12   Q    Let's look at Exhibit 2927.

       13   A    Okay.

       14   Q    That's -- what is that drawing?

04:16PM 15   A    This is artwork for the garment bag that comes in the

       16   L.O.L. Surprise! fashion dolls.  Basically, you unbox the

       17   clothing from these little garment bags and each has their own

       18   specific design that we create.

       19   Q    Okay.  And is this one for Roller Chick?

04:16PM 20   A    Yes.

       21        MR. KEVILLE:  Okay.  Your Honor, I'd offer

       22   Exhibit 2927.

       23        THE COURT:  It will be received.

       24        MR. WILSON:  No objection.

04:16PM 25        MR KEVILLE:  All right.
```

UNITED STATES DISTRICT COURT

```
 1            (Exhibit Number 2927 received.)

 2   BY MR. KEVILLE:

 3   Q    And then look in your book at 5204.

 4   A    Okay.

 5   Q    What is 5204?

 6   A    These are marketing images to show the pieces that come

 7   with the fashion doll, the surprises being their clothing and

 8   their accessories and the containers or packaging they come in.

 9            MR. KEVILLE:  Okay.  Your Honor, I offer 5204.

10            MR. WILSON:  No objection.

11            THE COURT:  5204 will be received.

12            (Exhibit Number 5204 received.)

13   BY MR. KEVILLE:

14   Q    And one more, Ms. Consorti, if we can look at 2931.

15   A    Okay.

16   Q    Is that a drawing for the fabric for another of

17   Roller Chick's accessories?

18   A    Yes.  This is for her garment bag.

19            MR. KEVILLE:  Okay.  Your Honor, I offer 2931.

20            THE COURT:  2931 will be received.

21            (Exhibit Number 2931 received.)

22   BY MR. KEVILLE:

23   Q    So now, Ms. Consorti, if we go back to our board for

24   Roller Chick, we see we have the -- we don't have the color

25   theme drawings; correct?  We haven't seen them?
```

Timestamps in left margin: 04:16PM (line 5), 04:17PM (line 10), 04:17PM (line 15), 04:17PM (line 20), 04:18PM (line 25)

A    You haven't shown us those.  I created them, but...

Q    And you're saying there is no mood board separate for Roller Chick, despite this saying it's the design process for each doll?

04:18PM A    It would be in the combined mood board, again, as I stated earlier.

Q    Okay.  The initial documents that we should have, the mood board for this doll and the color theme, what happened to those documents, Ms. Consorti?

04:18PM A    I wouldn't know.  I left everything on my computer.  I did not delete anything.

Q    Okay.  Now, you mentioned there was kind of a group mood board; correct?

A    Correct.  It was the four characters, more or less.  Their tone and manner.

04:18PM Q    Turn in your book to Exhibit 1188.

A    Okay.

Q    All right.  Previously, did you testify that this is just a compilation of inspiration images you used to create the dolls in Core - Series 2?

04:19PM A    Correct.  Correct.

Q    Okay.  And this compilation was not static, was it?

A    I'm sorry.  What do you mean by "static"?

Q    This wasn't something that was made and just stayed as it was; correct?

04:19PM

```
  1   A     I'm not sure.

  2   Q     Ms. Consorti, you understand that when documents are

  3   created, there's a record in the document of when it's created

  4   and modified; correct?

04:19PM 5   A     Okay.  Yes.

  6   Q     That's called "metadata," right?

  7           MR. WILSON:  Objection.  Lacks foundation.  She

  8   hasn't testified that she knows anything about metadata.  But

  9   what she did testify --

04:20PM 10          MR. KEVILLE:  Your Honor, this is not a proper

 11   objection.

 12           THE COURT:  Overruled.

 13   BY MR. KEVILLE:

 14   Q     The things we just talked about, the record in the

04:20PM 15   document of when it was created and modified, that's called

 16   metadata?

 17           Do you understand that?

 18   A     I understand.

 19   Q     Okay.

04:20PM 20          MR. KEVILLE:  Your Honor, may I approach?

 21           THE COURT:  You may.

 22   BY MR. KEVILLE:

 23   Q     This is the collection of images that we were just

 24   talking about with the metadata as it came from your counsel on

04:20PM 25   the right side.  And can you read the creation date, the
```

**UNITED STATES DISTRICT COURT**

         1   metadata for this document?

         2   A    8/22/2019.

         3   Q    Can you read the date last modified?

         4   A    12/11/2019.

04:21PM   5   Q    Okay.  So this wasn't static, was what I was saying.

         6   This document was created in August 2019 and last modified in

         7   December 2019; correct?

         8   A    Yes.

         9   Q    So we have no record of what was added or subtracted from

04:21PM  10   this collection of images during those four months; correct?

        11   A    Correct.

        12   Q    And that's the same for all the mood boards that we've

        13   seen.  We don't have any record to show what was added or

        14   subtracted to any of the mood boards.  We just have the one

04:21PM  15   image as it was produced to us; correct?

        16   A    I don't know.

        17   Q    Okay.

        18        MR. KEVILLE:  Your Honor, I'd like to mark this as

        19   Exhibit 1188A.

04:21PM  20        MR. WILSON:  No objection.

        21   BY MR. KEVILLE:

        22   Q    So when we were talking about mood boards --

        23        THE COURT:  Just a minute.  118A [sic] will be

        24   received.

04:22PM  25        MR. KEVILLE:  Thank you, Your Honor.

1          **(Exhibit Number 1188A received.)**

2    BY MR. KEVILLE:

3    Q    When we are talking about mood boards, Ms. Consorti, what

4    we can see is what changes were made along the way, what things

04:22PM 5    were added, things were subtracted; correct?

6    A    Correct.

7    Q    And at the top, we don't see any of the actual dolls;

8    right?  We don't see Chillax or Roller Chick or Da Boss or any

9    of those; correct?

04:22PM 10   A    Correct.

11   Q    You just see the top?

12   A    The sisters, correct.

13   Q    And from left to right, we have the Tots for Da Boss,

14   Chillax, Class Prez, and Roller Chick; correct?

04:22PM 15   A    Correct.

16   Q    Let's look at Chillax; right?

17        There are no images here of anybody in the white

18   poofy pants; correct?

19   A    Correct.

04:22PM 20   Q    There's no pants with stripes; correct?

21   A    There are stripes on some of the pants.

22   Q    Okay.

23        MR. KEVILLE:  Allen, can you put up the color

24   version of this.  It will be easier.

04:23PM 25        **(Document shown.)**

**UNITED STATES DISTRICT COURT**

```
       1   BY MR. KEVILLE:

       2   Q    All right.  Which are the ones that you say on here were

       3   the inspiration for Chillax?

       4   A    The bottom left.  Those three images of the -- yeah.

04:23PM 5   Q    So the ones with the dark shiny clothes?

       6   A    The -- yes, I was specifically looking at the pants and

       7   the top on the right.

       8   Q    So there's no pants with stripes; correct?

       9   A    No.

04:23PM 10  Q    There's no white short shirt with sleeves; correct?

      11   A    Correct.

      12   Q    There's no bones on any of these shirts; correct?

      13   A    Correct.  The bones are from her sister.

      14   Q    There's no thick black waistband, is there?

04:23PM 15  A    I'd have to look at the images again.

      16   Q    You have it in your book, Ms. Consorti.

      17   A    I would say they're wearing belts.  The middle -- the two

      18   on the left.

      19   Q    Right.  That's my point.  No thick black waistband;

04:24PM 20  correct?

      21   A    I mean, I would say that the middle one is thick.

      22   Q    But it's a belt; correct?

      23   A    Yeah, it appears to be.  It could be part of the pants,

      24   but I can't tell.

04:24PM 25  Q    Chillax doesn't have a belt.  She has a thick black
```

```
  1   waistband; correct?

  2   A     She has a black waistband.  A regular-sized waistband.

  3   Q     She has a pretty thick waistband; correct?

  4   A     It's two waistbands.  One is on top, and it's on her

04:24PM 5   shorts.  And then the sweatpants have a black waistband.  So

  6   when they're worn together --

  7   Q     It looks like --

  8   A     -- it may look similar, depending on how you dress her, of

  9   course.  But you can still see that she has that pink fabric

04:24PM 10  that's the matching of her top.

 11   Q     Okay.  The images in this collection are very different

 12   than what Chillax ended up looking like; correct?

 13   A     I mean, the shape of the pants is what I was referencing

 14   in these images.  And I believe that they look similar.

04:25PM 15  Q     And what did you end up using to find the reference image

 16   for the white pants?

 17   A     I had them in the dark gray, and then I just made them

 18   white, because the color story in Sleepy Bones is white, black,

 19   dark gray, pink, and light pink.  So I just used white

04:25PM 20  background instead of the dark gray.  Just literally inversed

 21   the colors, which still is within the color story.

 22   Q     Okay.  But we did see in the dark gray there was no what

 23   you're now calling the double waistband that looks like a thick

 24   waistband; correct?

04:26PM 25  A     It is two separate clothing pieces.
```

**UNITED STATES DISTRICT COURT**

```
 1    Q    And those were not shown in your sketches; correct?

 2    A    No, it wasn't visible.  I don't know if I had designed the

 3    bottom yet.

 4    Q    And if we look at Roller Chick, there's no one on this

 5    board with long pink hair; correct?

 6    A    Correct.

 7    Q    And there's no one with these tight pants; correct?

 8    A    Correct.

 9    Q    And no one with that fabric; correct?  That shiny fabric?

10    A    The fabric is in the bottom two left images.  It's that

11    metallic sheen.

12    Q    Okay.  I thought you said those were the images that were

13    for Chillax.

14    A    Sorry.  The chunk on the bottom right, the two -- I guess

15    they would be in the bottom middle, the image with the woman

16    with the striped pants, yes.  So those two left have the

17    metallic.  As well as the middle image, her shorts are

18    metallic.

19    Q    So there's only one with pants.  And they're not tight

20    and shiny, on the left there, is it?

21    A    No.

22    Q    Okay.  A lot of differences between this -- these images

23    that you used here and what these dolls ended up being;

24    correct?

25    A    Yes.  I used my own creativity and originality to come up
```

04:26PM (lines 5, 10, 15)
04:27PM (lines 20, 25)

**UNITED STATES DISTRICT COURT**

```
         1   with the fashions.  These are reference starting points, not
         2   always for direct translation.  Also, inspiration is the little
         3   sister, which is on the board.  You can see that those are her
         4   colors.  And I did include shorts in the collection -- or in
04:27PM  5   her outfit, as well as pants.
         6   Q    Did you unofficially, officially, assign celebrities to
         7   these dolls as well?
         8   A    No.
         9   Q    Are the OMG Girlz part of the unofficial celebrities that
04:28PM 10   were part of these dolls?
        11   A    No.  There were none.
        12   Q    Okay.  Let's turn to another set of dolls.  Let's look at
        13   the Surprise Remix set.
        14        And that's the box we saw before, Exhibit 6591 --
04:28PM 15   -.1; correct?
        16   A    Just one second, please.
        17   Q    You can see it on your screen.  It's the box that they're
        18   holding.
        19   A    Okay.  Yes.
04:28PM 20   Q    That's the Surprise Remix set?
        21   A    This is the L.O.L. Surprise! O.M.G. Remix Super Surprise.
        22        MR. KEVILLE:  Your Honor, I notice it's 4:30.
        23   Before I start this topic, do you want to break here or keep
        24   going?
04:28PM 25        THE COURT:  Let's break here.
```

1          Regular day tomorrow, ladies and gentlemen.  9:00 to

2   12:00, 1:30 to 4:30.  Please remember the admonition not to

3   discuss the case with anyone, not to form any opinions on the

4   issues in the case until it is submitted to you.  We'll see you

04:29PM 5   in the morning.  Have a good evening.

6          THE COURTROOM DEPUTY:  All rise.

7          **(Out of the presence of the jury.)**

8          THE COURT:  How much more do you have with

9   Ms. Consorti?

04:29PM 10          MR. KEVILLE:  I'd say 30, 40 minutes.

11          THE COURT:  Okay.  Anything for the record before we

12   conclude?

13          MR. KEVILLE:  I'm told I missed two exhibits.  2879.

14          THE COURT:  No.  I have 2879 down.

04:30PM 15          MR. KEVILLE:  And 1877.

16          THE COURT:  I don't show that as in.

17          MR. WILSON:  I don't recall us discussing those

18   exhibits, but I might be wrong.

19          MR. KEVILLE:  1877 is the picture of Roller Chick.

04:30PM 20          MR. WILSON:  But whether we discussed it or not, I

21   have no objections.

22          THE COURT:  1877 will be received.

23          **(Exhibit Number 1877 received.)**

24          MR. GREEN:  We also had two exhibits that go with

04:30PM 25   the depo clips that I don't believe were admitted.  245A with

Ms. Wagner, and 268A with Ms. Campbell.  Those are the redacted

comments.  It only shows their comments.

          THE COURT:  Any objection?

          MR. TRUJILLO-JAMISON:  No objection, Your Honor.

04:31PM          **(Exhibit Numbers 245A, 268A received.)**

          MR. TRUJILLO-JAMISON:  I just wanted to raise one

housekeeping matter.  We had several exhibits for the Osbourne

deposition that we're going to meet and confer about.  We might

offer them into evidence tomorrow.

04:31PM          THE COURT:  Okay.  I need to give you the heads-up

on the possibility that we'll stop at noon tomorrow.  I had a

lengthy preliminary injunction hearing, and because of the

event that that application addresses, I need to get out the

decision tomorrow.  So depending on where I am after tonight

04:31PM and early tomorrow morning, I apologize but we may have to do

that.  It's the -- the event that the application addresses is

very imminent.  So I'll let you know in the morning what it

looks like.

          Okay.  Thank you.  Oh.  Could you also give me those

04:32PM splits.  I'll update the chart.

          MR. KEVILLE:  We can read it right now or we can

provide it in our case.

          THE COURT:  Why don't you write it down.

          MR. KEVILLE:  Okay.

04:32PM          **(Proceedings concluded at 4:32 p.m.)**

**UNITED STATES DISTRICT COURT**

1            *CERTIFICATE OF OFFICIAL REPORTER*

2

3    COUNTY OF LOS ANGELES    )
                             )
4    STATE OF CALIFORNIA     )

5              I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, in and for the United States District Court for

7    the Central District of California, do hereby certify that

8    pursuant to Section 753, Title 28, United States Code that the

9    foregoing is a true and correct transcript of the

10   stenographically reported proceedings held in the

11   above-entitled matter and that the transcript page format is in

12   conformance with the regulations of the Judicial Conference of

13   the United States.

14

15   *Date:  September 10, 2024*

16

17

18

19                          */S/ DEBBIE HINO-SPAAN*
                            _____

20                          *Debbie Hino-Spaan, CSR No. 7953*
                            *Federal Official Court Reporter*
21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**'** 

**'20** [1] - 16:3
**'21** [1] - 67:17
**'Girls'** [1] - 84:15
**'T.I** [1] - 8:1
**'Tiny'** [1] - 8:2

**/**

**/S** [1] - 100:19

**0**

**06.jpg** [1] - 5:20

**1**

**1** [4] - 1:13, 3:4, 51:5, 97:15
**1-053** [1] - 1:24
**10** [8] - 1:13, 1:19, 3:4, 4:5, 7:1, 33:3, 33:9, 100:15
**100** [1] - 53:25
**11.png** [1] - 4:12
**1115** [1] - 65:6
**1188** [1] - 90:16
**1188A** [3] - 6:5, 92:19, 93:1
**118A** [1] - 92:23
**1191** [5] - 5:13, 80:17, 81:3, 81:6, 81:8
**12** [2] - 33:3, 33:9
**12/11/2019** [1] - 92:4
**1211** [3] - 63:5, 63:9, 68:5
**1211A** [6] - 5:5, 63:9, 63:11, 63:13, 63:17
**1211B** [4] - 5:6, 68:5, 68:8
**12:00** [1] - 98:2
**18** [1] - 33:5
**1805** [5] - 4:23, 61:23, 62:2, 62:4, 62:5
**1836** [6] - 5:11, 76:23, 76:25, 77:3, 77:5, 77:6
**1877** [7] - 6:7, 81:12, 81:19, 98:15, 98:19, 98:22, 98:23
**18th** [1] - 67:14
**1920** [1] - 2:9
**1:01** [2] - 1:19, 7:2
**1:30** [1] - 98:2

**2**

**2** [5] - 30:23, 52:15, 65:10, 66:13, 90:20

**2.8** [2] - 65:21, 66:13
**20** [2] - 22:1, 38:12
**2011** [2] - 10:14, 38:7
**2012** [1] - 37:22
**2019** [7] - 39:12, 47:7, 49:9, 82:24, 83:3, 92:6, 92:7
**2020** [4] - 16:11, 26:3, 26:7, 29:23
**2021** [8] - 10:14, 14:15, 15:5, 15:7, 15:10, 17:17, 17:21, 21:25
**2022** [4] - 15:21, 16:4, 16:11, 18:7
**2024** [3] - 1:19, 7:1, 100:15
**213-955-8031** [1] - 2:23
**213-955-9240** [3] - 2:7, 2:15, 2:19
**245A** [3] - 6:9, 98:25, 99:5
**2564** [6] - 4:19, 56:15, 56:16, 56:21, 56:23, 56:24
**2592** [5] - 4:22, 57:13, 57:18, 57:20, 57:21
**2612** [5] - 4:18, 56:1, 56:5, 56:8, 56:9
**2659** [7] - 4:20, 56:15, 57:1, 57:5, 57:7, 57:8, 71:7
**268A** [3] - 6:10, 99:1, 99:5
**2750** [3] - 3:8, 3:12, 3:16
**28** [1] - 100:8
**2868** [5] - 5:10, 74:16, 74:21, 74:23, 74:24
**2879** [7] - 5:9, 74:5, 74:10, 74:12, 74:13, 98:13, 98:14
**2887** [5] - 5:15, 86:12, 86:16, 86:18, 86:19
**2902** [5] - 5:14, 85:24, 86:4, 86:6, 86:7
**2927** [4] - 5:17, 88:12, 88:22, 89:1
**2931** [5] - 5:21, 89:14, 89:19, 89:20, 89:21
**2:06** [1] - 9:22
**2:18** [1] - 9:22

**3**

**3** [1] - 5:19
**3-year-olds** [1] - 52:15
**3.jpg** [2] - 5:8, 5:9
**30** [3] - 4:13, 4:14,

98:10
**318A** [4] - 4:12, 8:25, 9:7, 9:8
**32** [3] - 10:25, 11:20, 32:4
**3337** [5] - 4:17, 54:23, 55:3, 55:6, 55:7
**3405** [1] - 69:23
**3435** [9] - 5:7, 69:20, 69:21, 69:22, 69:23, 70:1, 70:8, 70:10, 70:11
**3453** [1] - 69:23
**3807** [6] - 4:16, 51:9, 51:16, 51:19, 51:20, 55:15
**3850** [4] - 2:6, 2:14, 2:18, 2:22
**3:47** [1] - 67:1
**3:49** [1] - 67:1

**4**

**4** [3] - 52:8, 54:2, 67:14
**40** [1] - 98:10
**403** [1] - 25:3
**404** [7] - 4:13, 26:18, 26:20, 30:2, 30:4, 30:10, 30:11
**407** [1] - 39:20
**411** [1] - 1:24
**4936** [10] - 4:14, 29:20, 29:22, 30:1, 30:12, 30:13, 30:15, 30:16, 30:22, 35:6
**4:30** [3] - 66:23, 97:22, 98:2
**4:32** [1] - 99:25
**4TH** [1] - 1:24

**5**

**5** [6] - 1:13, 22:20, 22:25, 23:3, 72:24, 73:2
**5.jpg** [1] - 4:22
**5/18** [1] - 33:9
**51** [1] - 4:16
**5204** [6] - 5:19, 89:3, 89:5, 89:9, 89:11, 89:12
**55** [1] - 4:17
**559788xx3** [1] - 5:19
**56** [2] - 4:18, 4:19
**567196** [1] - 5:19
**57** [2] - 4:20, 4:22
**5:14:35** [1] - 45:13
**5:18** [1] - 33:2

**6**

**6** [6] - 22:25, 55:15, 55:17, 67:14, 72:25, 73:5
**6-to-9-month** [2] - 51:2, 61:3
**60** [2] - 33:2, 33:9
**610** [1] - 81:19
**62** [1] - 4:23
**63** [1] - 5:5
**6591** [1] - 97:14
**68** [1] - 5:6

**7**

**7** [2] - 35:7, 51:11
**70** [1] - 5:7
**700** [3] - 3:7, 3:12, 3:16
**707** [4] - 2:5, 2:13, 2:17, 2:21
**713-431-7100** [2] - 3:13, 3:17
**713-431-7101** [1] - 3:18
**713-431-7113** [1] - 3:9
**74** [2] - 5:9, 5:10
**750** [1] - 2:10
**753** [1] - 100:8
**77** [1] - 5:11
**77002** [2] - 3:13, 3:17
**77002-2791** [1] - 3:8
**7953** [2] - 1:23, 100:20

**8**

**8** [5] - 4:3, 22:20, 23:3, 51:5, 54:2
**8/22/2019** [1] - 92:2
**81** [1] - 5:13
**86** [2] - 5:14, 5:15
**89** [3] - 5:17, 5:19, 5:21

**9**

**9** [4] - 4:12, 22:20, 22:24, 23:3
**9-year-olds** [2] - 52:8, 54:2
**90017** [4] - 2:6, 2:14, 2:18, 2:22
**92614** [1] - 2:10
**92701** [1] - 1:24
**93** [1] - 6:5
**949-679-0052** [1] - 2:11
**95** [1] - 67:14
**98** [1] - 6:7

**99** [2] - 6:9, 6:10
**9:00** [1] - 98:1

**A**

**above-entitled** [1] - 100:11
**accents** [1] - 62:21
**access** [1] - 87:15
**accessories** [16] - 56:18, 57:11, 69:18, 70:4, 70:5, 70:13, 70:18, 72:1, 72:8, 72:9, 72:18, 73:6, 75:22, 80:16, 89:8, 89:17
**Accessories** [2] - 70:17, 72:25
**Accessories_12_2** [2] - 5:8, 5:9
**accessory** [6] - 13:11, 70:23, 70:25, 71:15, 71:16, 73:11
**account** [7] - 17:10, 17:11, 17:12, 17:22, 25:15, 25:17, 25:19
**accurate** [2] - 51:7, 58:11
**accused** [1] - 27:17
**acronym** [3] - 46:10, 83:9, 84:13
**actual** [4] - 7:12, 81:14, 86:25, 93:7
**add** [1] - 83:7
**added** [6] - 64:15, 83:4, 83:6, 92:9, 92:13, 93:5
**additional** [1] - 7:17
**address** [3] - 21:10, 21:12, 21:15
**addresses** [2] - 99:13, 99:16
**admitted** [1] - 98:25
**admonition** [2] - 66:24, 98:2
**adult** [1] - 52:20
**afternoon** [3] - 7:10, 10:12, 10:13
**ag1_DiscoDot.jpg** [1] - 5:22
**ag2_TealSquiggle. jpg** [1] - 5:18
**age** [1] - 54:3
**ago** [2] - 44:25, 85:19
**agree** [5] - 18:1, 28:11, 29:4, 53:6, 53:25
**agreed** [1] - 58:10
**agreement** [3] - 16:15, 16:21, 67:18

**akin** [1] - 72:14
**al** [1] - 1:7
**allegations** [1] - 8:10
**alleged** [3] - 8:9, 18:16, 62:18
**Allen** [20] - 11:21, 14:3, 32:24, 35:7, 35:18, 37:18, 39:20, 50:22, 55:16, 60:22, 65:6, 67:13, 71:6, 72:20, 75:6, 76:20, 78:16, 81:18, 86:20, 93:23
**allen** [2] - 14:5, 30:22
**almost** [6] - 47:24, 52:10, 66:5, 78:20, 82:12, 85:17
**alongside** [1] - 41:11
**amazing** [4] - 40:18, 40:20, 40:25, 41:1
**Ami** [6] - 18:16, 19:7, 19:16, 19:23, 20:9, 20:12
**ANA** [3] - 1:20, 1:24, 7:1
**AND** [2] - 2:3, 3:3
**ANGELES** [1] - 100:3
**Angeles** [4] - 2:6, 2:14, 2:18, 2:22
**angry** [1] - 24:21
**answer** [8] - 17:24, 29:4, 29:7, 33:21, 33:25, 50:11, 58:9, 67:19
**answered** [4] - 14:1, 17:8, 33:17, 58:23
**apologize** [1] - 99:15
**app** [9] - 16:24, 17:11, 17:14, 17:15, 17:19, 17:20, 17:22, 18:1, 18:2
**appear** [1] - 80:18
**APPEARANCES** [2] - 2:1, 3:1
**application** [2] - 99:13, 99:16
**approach** [2] - 10:4, 91:20
**appropriate** [1] - 53:6
**April** [1] - 18:7
**area** [1] - 23:13
**arms** [2] - 36:5, 64:16
**Art** [1] - 71:10
**art** [7] - 22:18, 41:10, 57:3, 76:3, 79:10, 85:23, 86:1
**artwork** [2] - 73:16, 88:15
**aside** [1] - 78:24
**aspects** [1] - 13:13

**asserted** [1] - 8:13
**assign** [2] - 31:3, 97:6
**assigned** [1] - 32:1
**assigning** [3] - 31:10, 31:15, 31:20
**assigns** [1] - 30:19
**assume** [1] - 40:7
**assumes** [2] - 38:14, 71:22
**AT** [2] - 2:13, 3:15
**attached** [1] - 86:15
**attending** [1] - 45:15
**attention** [1] - 23:12
**attitude** [3] - 52:4, 54:9, 54:11
**ATTORNEY** [2] - 2:13, 3:15
**audible** [1] - 55:23
**August** [3] - 26:3, 26:7, 92:6
**average** [1] - 21:24
**avoid** [3] - 31:10, 49:10, 49:22
**avoiding** [1] - 80:6
**aware** [2] - 15:7, 88:11

**B**

**B-l-a-n-c-h-e** [1] - 10:9
**baby** [2] - 36:14, 37:8
**background** [1] - 95:20
**bad** [5] - 4:15, 53:20, 53:21, 53:24
**bag** [2] - 88:15, 89:18
**bags** [1] - 88:17
**Bahja** [1] - 81:22
**balance** [1] - 46:12
**band** [1] - 47:23
**barely** [1] - 52:10
**based** [3] - 62:15, 62:23, 66:8
**bathing** [1] - 23:24
**bbrewer@willenken. com** [1] - 2:15
**beautiful** [1] - 18:20
**beauty** [2] - 39:24, 42:2
**became** [5] - 24:22, 26:4, 37:12, 37:16, 48:5
**beliefs** [1] - 54:16
**belt** [8] - 63:24, 64:2, 64:4, 68:23, 68:25, 77:8, 94:22, 94:25
**belts** [2] - 63:25, 94:17
**best** [3] - 32:9, 32:11, 41:17
**better** [2] - 20:21, 84:15

**between** [16] - 7:20, 15:9, 16:3, 16:10, 18:14, 26:20, 29:22, 30:2, 42:8, 42:15, 43:18, 49:22, 66:1, 77:21, 82:10, 96:22
**Beyonce** [4] - 32:2, 32:11, 32:12, 32:14
**beyond** [6] - 22:24, 30:6, 32:3, 40:16, 40:22, 49:15
**Bhad** [2] - 12:3, 12:7, 12:18
**Bhaddie** [1] - 4:13
**big** [9] - 34:17, 34:18, 37:21, 38:8, 43:10, 45:22, 62:7, 62:9, 62:18
**biggest** [1] - 82:20
**bit** [2] - 45:23, 52:19
**black** [49] - 18:20, 24:1, 24:18, 62:21, 63:21, 63:24, 64:1, 64:2, 64:5, 64:16, 64:24, 64:25, 65:11, 65:12, 65:13, 65:14, 65:16, 65:17, 65:22, 65:23, 65:24, 66:1, 66:5, 66:9, 66:12, 66:16, 68:23, 68:25, 69:10, 75:14, 77:8, 77:13, 77:20, 77:21, 77:23, 78:4, 78:7, 79:1, 79:2, 94:14, 94:19, 94:25, 95:2, 95:5, 95:18
**black-and-red** [1] - 65:23
**black-and-white** [1] - 65:22
**Blanche** [4] - 4:13, 8:17, 10:1, 10:9
**BLANCHE** [2] - 4:4, 10:2
**blog** [1] - 25:22
**blond** [1] - 35:22
**blue** [1] - 82:10
**board** [31] - 51:13, 51:22, 51:24, 52:5, 52:9, 55:20, 55:24, 58:17, 58:18, 58:20, 58:23, 59:2, 59:4, 61:8, 61:11, 61:19, 75:16, 75:18, 80:10, 80:12, 80:21, 80:23, 89:23, 90:2, 90:5, 90:8, 90:13, 96:5, 97:25
**Board** [1] - 6:5
**boards** [5] - 34:15,

92:12, 92:14, 92:22, 93:3
**body** [7] - 25:10, 27:4, 52:4, 52:13, 52:15, 52:20, 80:16
**bones** [3] - 64:18, 94:12, 94:13
**Bones** [7] - 4:23, 61:25, 62:10, 62:19, 64:23, 69:15, 95:18
**book** [22] - 10:5, 16:19, 26:18, 29:20, 51:9, 54:23, 55:15, 56:1, 56:14, 57:13, 61:22, 63:5, 69:20, 74:5, 74:16, 76:23, 80:17, 81:12, 85:24, 89:3, 90:16, 94:16
**boots** [5] - 36:20, 36:22, 52:11, 53:2, 62:11, 65:12
**Borja** [6] - 13:9, 13:11, 13:15, 13:22, 26:20, 30:3
**Boss** [7] - 6:6, 31:24, 32:1, 32:8, 64:25, 93:8, 93:13
**boss** [1] - 69:11
**bottles** [1] - 36:16
**bottom** [11] - 24:19, 28:6, 35:7, 53:4, 57:23, 64:14, 94:4, 96:3, 96:10, 96:14, 96:15
**Boulevard** [4] - 2:5, 2:13, 2:17, 2:21
**bows** [1] - 38:3
**box** [2] - 12:19, 97:14, 97:17
**boys** [1] - 52:7
**Boys** [1] - 44:18
**brand** [6] - 49:11, 49:22, 51:23, 54:4, 82:15, 84:19
**break** [9] - 8:17, 9:12, 9:18, 14:19, 15:1, 21:3, 66:22, 97:23, 97:25
**BREEANNA** [1] - 2:13
**BREWER** [1] - 2:13
**bring** [2] - 34:3, 34:11
**Brock** [11] - 43:24, 44:1, 44:3, 47:6, 48:5, 48:10, 50:1, 50:6, 76:16, 84:3
**brought** [3] - 20:15, 20:19, 23:12
**bulk** [1] - 78:10
**bullet** [1] - 31:2
**bunch** [1] - 41:20

**bunny** [2] - 62:11, 62:12
**busy** [1] - 45:5
**but..** [1] - 90:1
**buyer** [1] - 18:6
**BY** [81] - 2:9, 2:17, 3:15, 4:4, 10:11, 11:9, 11:24, 14:2, 19:13, 19:25, 21:2, 22:8, 23:1, 23:16, 24:13, 25:6, 26:1, 26:17, 27:3, 27:11, 28:4, 28:19, 30:18, 30:24, 32:10, 33:12, 35:9, 35:21, 37:20, 38:19, 39:9, 39:23, 42:1, 42:21, 43:22, 44:9, 49:18, 50:24, 51:21, 55:8, 55:19, 56:10, 56:25, 57:9, 57:22, 61:2, 61:17, 62:6, 63:12, 65:9, 67:7, 67:15, 68:9, 69:8, 70:3, 70:12, 71:9, 72:4, 72:23, 74:3, 74:14, 74:25, 75:8, 76:22, 77:7, 78:19, 79:24, 81:9, 81:18, 81:21, 84:1, 86:8, 86:23, 89:2, 89:13, 89:22, 91:13, 91:22, 92:21, 93:2, 94:1

**C**

**CA** [1] - 1:24
**CALIFORNIA** [4] - 1:2, 1:20, 7:1, 100:4
**California** [7] - 2:3, 2:6, 2:10, 2:14, 2:18, 2:22, 100:7
**CALLED** [1] - 4:4
**callout** [1] - 80:15
**callouts** [2] - 62:25, 70:21
**camouflage** [1] - 65:22
**Campbell** [1] - 99:1
**cans** [5] - 35:13, 35:22, 35:24, 36:19, 36:22
**cape** [1] - 65:16
**care** [1] - 48:10
**Carlos** [6] - 13:9, 13:11, 13:15, 13:22, 26:20, 30:3
**case** [18] - 7:13, 7:15, 7:19, 17:5, 19:5, 20:13, 21:7, 27:12,

52:18, 67:24, 68:17,
85:15, 85:17, 85:21,
87:14, 98:3, 98:4,
99:22
**Case** [1] - 1:6
**cat** [1] - 36:18
**catch** [1] - 42:7
**Caucasian** [1] - 43:17
**caution** [12] - 23:8,
23:21, 24:1, 24:3,
24:16, 24:18, 25:1,
25:8, 25:11, 26:9,
27:5, 27:6
**celebrities** [1] - 30:20,
31:10, 31:20, 32:16,
32:21, 33:15, 97:6,
97:9
**celebrity** [2] - 31:15,
59:8
**celebs** [1] - 31:3
**Central** [1] - 100:7
**CENTRAL** [1] - 1:2
**CEO** [3] - 8:1, 8:3
**certain** [5] - 8:5,
18:15, 26:8, 30:20,
38:20
**certainly** [4] - 42:12,
42:15, 43:17, 78:2
**CERTIFICATE** [1] -
100:1
**Certified** [1] - 1:5
**certify** [1] - 100:7
**chain** [2] - 85:14,
85:16
**change** [10] - 14:19,
15:1, 23:25, 24:1,
24:24, 66:11, 83:20,
84:4, 84:12, 84:25
**changed** [3] - 64:22,
82:24, 84:9
**changes** [1] - 93:4
**changing** [4] - 69:3,
69:9, 69:15, 76:10
**channel** [1] - 41:12
**CHANTE** [1] - 3:15
**character** [1] - 79:10
**characters** [4] - 31:4,
31:20, 61:16, 90:14
**characters'** [1] - 34:5
**chart** [16] - 22:5, 55:9,
55:12, 55:13, 55:22,
56:11, 57:10, 57:23,
62:14, 70:16, 72:19,
72:20, 75:1, 75:25,
76:2, 99:20
**Chelsea** [8] - 39:15,
41:5, 41:9, 41:10,
41:19, 47:5, 50:1,
76:16
**Chick** [36] - 5:20, 6:6,

6:8, 12:2, 12:7,
12:18, 12:25, 13:8,
13:10, 13:16, 13:20,
80:9, 80:11, 80:14,
80:19, 80:20, 80:24,
81:10, 81:11, 81:14,
81:22, 82:8, 82:13,
85:22, 85:23, 86:2,
86:13, 86:24, 88:19,
89:24, 90:3, 93:8,
93:14, 96:4, 98:19
**Chick's** [1] - 89:17
**child** [3] - 23:8, 23:21,
53:6
**children's** [1] - 52:12
**Chillas** [1] - 5:6
**Chillax** [63] - 5:5, 5:12,
6:6, 12:2, 12:25,
58:16, 58:17, 58:23,
59:1, 59:2, 59:4,
59:9, 59:12, 59:19,
61:8, 61:20, 61:22,
62:7, 62:9, 63:13,
63:18, 66:5, 66:9,
66:20, 67:22, 67:23,
68:10, 69:3, 69:10,
69:19, 70:5, 70:25,
71:5, 71:19, 72:2,
72:9, 72:12, 72:13,
72:16, 72:17, 73:9,
75:2, 75:9, 75:16,
77:1, 77:8, 78:13,
78:20, 79:4, 79:7,
79:14, 80:10, 80:13,
87:3, 87:6, 93:8,
93:14, 93:16, 94:3,
94:25, 95:12, 96:13
**choices** [2] - 54:24,
55:10
**Choose** [2] - 62:15,
62:23
**chose** [1] - 45:16
**chunk** [1] - 96:14
**cigarettes** [1] - 52:21
**circle** [5] - 16:23, 67:8,
77:13, 77:23, 78:4
**claim** [4] - 7:13, 8:5,
8:10, 44:12
**Claimants** [1] - 1:11
**CLAIMANTS** [1] - 3:3
**claimed** [1] - 64:22
**claims** [2] - 11:12,
31:12
**clamshell** [1] - 52:25
**clarification** [1] - 7:12
**Class** [3] - 6:6, 64:24,
93:14
**clear** [4] - 16:9, 25:11,
79:13, 88:7
**cleared** [2] - 49:16,

84:22
**clearing** [1] - 58:25
**clearly** [1] - 31:14
**click** [9] - 44:20, 45:1,
47:2, 48:11, 48:15,
85:12, 85:13, 85:19,
85:20
**clicked** [8] - 38:24,
40:17, 40:18, 40:24,
42:4, 44:23, 45:9,
47:3
**client's** [1] - 39:4
**CLIFFORD** [2] - 1:7,
3:3
**Clifford** [1] - 8:1
**clip** [1] - 41:23
**clips** [1] - 98:25
**close** [6] - 36:10,
36:13, 36:21, 36:25,
37:1, 37:4
**clothes** [5] - 63:18,
64:23, 73:3, 85:23,
94:5
**clothing** [20] - 18:22,
57:11, 70:14, 70:19,
71:1, 71:2, 71:19,
72:12, 72:19, 73:6,
73:11, 75:22, 75:24,
76:1, 86:2, 86:10,
86:12, 88:17, 89:7,
95:25
**Clothing** [2] - 70:17,
72:25
**Code** [1] - 100:8
**cold** [5] - 23:7, 23:21,
23:25, 24:3, 24:15
**colleagues** [1] - 16:2
**collect** [1] - 58:19
**collection** [6] - 66:18,
80:13, 91:23, 92:10,
95:11, 97:4
**college** [2] - 37:11,
37:17
**color** [24] - 23:25,
24:24, 53:1, 54:24,
55:10, 62:15, 62:23,
62:25, 69:3, 69:10,
69:15, 70:21, 75:10,
75:11, 75:13, 80:14,
80:15, 82:4, 82:10,
89:24, 90:8, 93:23,
95:18, 95:21
**colors** [9] - 28:10,
65:18, 75:15, 82:7,
82:14, 86:9, 86:24,
95:21, 97:4
**comb** [1] - 38:3
**combination** [1] -
65:17
**combined** [6] - 61:11,

61:16, 75:18, 80:12,
80:23, 90:5
**coming** [2] - 59:18,
83:9
**comment** [1] - 9:1
**comments** [2] - 99:2
**commercials** [1] -
41:11
**communicate** [1] -
50:15
**communicated** [2] -
31:18, 31:19
**communication** [2] -
22:4, 69:3
**companies** [1] - 7:22
**company** [6] - 3:4,
7:23, 26:8, 27:8,
48:19, 49:4
**compared** [1] - 36:7
**compilation** [2] -
90:19, 90:22
**complaining** [3] -
25:14, 25:18, 25:21
**complete** [1] - 66:16
**completed** [1] - 8:18
**Compound** [1] - 20:22
**computer** [7] - 87:10,
87:14, 87:15, 87:21,
87:24, 88:1, 90:10
**concentrated** [1] -
48:4
**Concept** [1] - 72:24
**concept** [20] - 22:13,
22:14, 31:18, 56:2,
56:11, 63:4, 63:13,
63:15, 63:17, 64:2,
71:3, 73:10, 73:14,
75:19, 75:24, 76:1,
80:18, 80:20, 80:21,
80:23
**concepts** [1] - 31:17
**conclude** [1] - 98:12
**concluded** [1] - 99:25
**concludes** [2] - 8:23,
8:25
**conclusion** [3] -
27:23, 28:14, 49:13
**confer** [2] - 9:16, 99:8
**Conference** [1] -
100:12
**confidence** [2] -
34:13, 54:10
**conformance** [1] -
100:12
**confused** [1] - 50:3
**confusion** [10] -
43:11, 43:12, 43:15,
48:20, 49:2, 49:11,
49:15, 49:22, 80:7,
84:19

**connection** [2] -
42:15, 43:18
**consider** [1] - 7:17
**considered** [1] - 52:1
**CONSORTI** [2] - 4:4,
10:2
**Consorti** [25] - 4:13,
8:17, 9:19, 10:1,
10:9, 10:12, 10:21,
10:24, 22:19, 27:12,
28:5, 30:19, 30:25,
53:7, 61:9, 67:8,
69:1, 69:9, 89:14,
89:23, 90:9, 91:2,
93:3, 94:16, 98:9
**consumer** [2] - 8:18,
8:20, 22:23
**consumers** [5] -
22:19, 23:2, 23:4,
50:17, 59:22
**contacted** [1] - 16:11
**containers** [1] - 89:8
**context** [3] - 28:10,
29:8, 33:23
**continue** [2] - 48:18,
66:22
**Continued** [3] - 3:1,
5:1, 6:1
**contrast** [1] - 53:1
**cool** [3] - 40:22, 41:14,
42:24
**copied** [1] - 22:3
**copies** [1] - 82:1
**copy** [6] - 28:7, 28:12,
28:22, 28:25, 29:6,
29:15
**copying** [5] - 27:17,
27:20, 28:5, 28:12,
28:20
**copywriter** [4] - 83:13,
83:20, 84:6, 84:8
**Core** [6] - 6:5, 65:10,
65:21, 66:13, 90:20
**core** [2] - 23:2, 23:4
**Corporation** [1] - 2:3
**correct** [340] - 9:16,
10:15, 10:16, 10:18,
10:19, 10:20, 10:25,
11:1, 12:5, 12:6,
12:8, 12:16, 12:19,
12:20, 12:23, 13:1,
13:2, 13:4, 14:7,
14:11, 14:12, 14:16,
14:19, 15:6, 15:11,
15:12, 15:14, 15:17,
15:18, 15:19, 15:20,
15:22, 15:23, 16:5,
16:14, 16:16, 16:25,
17:1, 18:4, 18:9,
18:10, 18:12, 18:13,

18:17, 18:22, 18:25, 19:3, 19:16, 19:20, 20:4, 20:13, 20:16, 20:20, 21:5, 21:7, 21:10, 21:11, 21:16, 21:17, 21:20, 22:10, 22:13, 22:20, 23:5, 23:10, 23:17, 23:23, 24:21, 25:2, 26:20, 26:21, 26:23, 26:24, 27:5, 27:9, 27:14, 27:15, 27:17, 27:18, 28:6, 28:21, 29:1, 29:11, 29:13, 29:16, 29:23, 30:20, 30:25, 31:1, 31:7, 31:8, 31:12, 31:15, 31:21, 32:2, 32:15, 32:17, 34:22, 34:25, 35:11, 35:23, 35:25, 36:3, 36:10, 36:23, 37:2, 37:7, 37:11, 37:13, 38:6, 38:9, 40:19, 40:25, 41:6, 41:7, 41:21, 41:22, 42:2, 42:5, 42:9, 42:10, 42:13, 42:17, 42:25, 43:3, 43:24, 43:25, 44:1, 44:2, 44:14, 44:18, 44:21, 44:22, 45:4, 45:5, 45:22, 46:2, 46:3, 46:8, 46:15, 46:21, 47:20, 47:25, 49:24, 50:14, 50:15, 51:5, 51:6, 51:15, 51:23, 52:2, 52:8, 52:23, 54:25, 55:10, 55:11, 55:13, 55:14, 55:20, 55:21, 55:22, 55:24, 55:25, 56:3, 56:12, 56:13, 56:19, 56:20, 57:3, 57:4, 57:11, 57:12, 57:16, 57:24, 57:25, 58:2, 58:3, 58:5, 58:12, 58:13, 58:17, 59:5, 59:6, 59:10, 59:22, 59:23, 60:10, 61:4, 61:5, 61:20, 61:21, 62:8, 62:11, 62:16, 62:17, 62:20, 62:23, 63:13, 63:14, 63:15, 63:16, 63:19, 63:20, 63:22, 63:23, 63:24, 64:3, 64:12, 64:17, 64:20, 64:21, 65:1, 65:11, 65:16, 65:24, 65:25, 66:2, 66:3, 66:6, 66:7, 66:10, 66:14, 67:10, 67:18, 68:11, 68:12,

68:14, 68:15, 68:18, 68:21, 68:22, 68:24, 70:6, 70:19, 70:23, 70:24, 71:3, 71:11, 71:14, 71:15, 72:9, 72:10, 72:17, 72:25, 73:1, 73:2, 73:4, 73:7, 73:8, 73:11, 74:7, 74:8, 74:20, 75:2, 75:12, 75:14, 75:17, 75:20, 75:21, 75:23, 76:7, 76:8, 76:17, 77:1, 77:2, 77:9, 77:14, 78:13, 78:21, 78:23, 79:1, 80:11, 80:14, 80:22, 80:25, 81:10, 81:15, 81:16, 81:23, 82:1, 82:13, 82:15, 82:17, 82:21, 83:1, 83:5, 83:18, 84:4, 84:7, 84:11, 85:7, 86:10, 86:11, 87:1, 87:14, 87:19, 87:21, 88:4, 88:5, 89:25, 90:13, 90:14, 90:21, 90:25, 91:4, 92:7, 92:10, 92:11, 92:15, 93:5, 93:6, 93:9, 93:10, 93:12, 93:14, 93:15, 93:18, 93:19, 93:20, 94:8, 94:10, 94:11, 94:12, 94:13, 94:20, 94:22, 95:1, 95:3, 95:12, 95:24, 96:1, 96:5, 96:6, 96:7, 96:8, 96:9, 96:24, 97:15, 100:9
**Correct** [1] - 67:19
**correspondence** [1] - 40:11
**COUNSEL** [2] - 2:1, 3:1
**counsel** [4] - 33:7, 50:20, 50:25, 91:24
**count** [2] - 10:23, 34:14
**Counter** [2] - 1:11, 1:14
**COUNTER** [2] - 2:3, 3:3
**COUNTER-CLAIMANTS** [1] - 3:3
**Counter-Claimants** [1] - 1:11
**COUNTER-DEFENDANTS** [1] - 2:3
**Counter-Defendants** [1] - 1:14

**COUNTY** [1] - 100:3
**couple** [3] - 18:4, 18:5, 76:6
**course** [2] - 43:7, 95:9
**Court** [3] - 67:4, 100:6, 100:20
**COURT** [88] - 1:1, 1:23, 7:6, 7:8, 7:10, 9:2, 9:7, 9:10, 9:14, 9:20, 9:23, 10:3, 10:6, 11:7, 11:15, 11:18, 13:25, 19:10, 19:22, 20:23, 22:22, 23:14, 24:8, 25:4, 25:25, 26:10, 26:14, 27:2, 27:10, 27:25, 28:2, 28:15, 30:4, 30:8, 30:10, 30:13, 30:15, 32:6, 33:1, 33:6, 38:16, 39:5, 42:19, 43:21, 44:7, 49:14, 51:17, 51:19, 55:4, 55:6, 56:6, 56:8, 56:23, 57:7, 57:20, 61:14, 62:4, 66:21, 67:5, 68:7, 69:7, 70:10, 71:24, 74:1, 74:12, 74:23, 77:5, 79:21, 81:6, 83:24, 86:6, 86:18, 88:23, 89:11, 89:20, 91:12, 91:21, 92:23, 97:25, 98:8, 98:11, 98:14, 98:16, 98:22, 99:3, 99:10, 99:23, 100:6
**COURTROOM** [5] - 9:21, 10:7, 66:25, 67:3, 98:6
**create** [10] - 35:14, 41:12, 52:13, 53:2, 58:19, 72:1, 78:10, 86:14, 88:18, 90:19
**created** [19] - 10:21, 25:2, 25:9, 25:10, 34:25, 35:15, 52:15, 71:15, 73:16, 73:17, 76:3, 76:5, 78:5, 87:7, 90:1, 91:3, 91:15, 92:6
**creating** [3] - 54:8, 59:9, 59:12
**creation** [1] - 91:25
**creations** [1] - 46:4
**creative** [3] - 15:15, 51:2, 61:3
**creativity** [2] - 28:8, 96:25
**crew** [1] - 4:15
**cropped** [1] - 36:4

**CRR** [1] - 1:23
**CSR** [2] - 1:23, 100:20
**culture** [1] - 40:22
**customary** [1] - 11:15
**cute** [1] - 54:6
**cuties** [1] - 38:2
**cutouts** [1] - 64:16
**CV-20-11548-JVS** [1] - 1:7
**cwestmoreland@ sheppardmullin. com** [1] - 3:18

# D

**damages** [1] - 8:8
**dark** [29] - 62:10, 62:13, 62:19, 63:18, 63:22, 64:6, 64:7, 64:23, 65:16, 65:19, 65:20, 66:6, 66:14, 66:18, 66:19, 68:13, 69:10, 69:15, 73:10, 75:11, 75:14, 76:10, 94:5, 95:17, 95:19, 95:20, 95:22
**Date** [1] - 100:15
**date** [4] - 15:7, 45:12, 91:25, 92:3
**DAY** [1] - 1:13
**days** [1] - 45:16
**death** [1] - 52:21
**Debbie** [1] - 100:20
**DEBBIE** [3] - 1:23, 100:5, 100:19
**December** [6] - 16:3, 16:10, 39:12, 47:7, 82:24, 92:7
**decide** [4] - 11:4, 11:12, 12:2, 83:20
**decided** [2] - 26:8, 83:23
**decision** [5] - 29:16, 29:17, 65:4, 83:7, 99:14
**decor** [1] - 41:13
**decorate** [1] - 48:17
**DEFENDANTS** [2] - 2:3, 3:3
**Defendants** [2] - 1:8, 1:14
**definitely** [1] - 28:16
**definition** [2] - 28:20, 28:22
**Delaware** [1] - 3:4
**delete** [2] - 17:9, 88:8, 90:11
**deleted** [6] - 16:24, 17:13, 17:15, 17:19, 17:22

**demonstrative** [3] - 11:22, 11:25, 22:6
**deny** [1] - 8:10
**department** [2] - 50:7, 50:16
**depiction** [1] - 58:11
**depo** [1] - 98:25
**deposed** [3] - 15:21, 17:2, 18:7
**deposition** [11] - 4:3, 8:21, 8:25, 9:5, 15:25, 16:12, 17:3, 18:19, 60:11, 87:19, 99:8
**depositions** [2] - 8:18, 21:18
**DEPUTY** [5] - 9:21, 10:7, 66:25, 67:3, 98:6
**describing** [1] - 7:15
**description** [1] - 29:3
**deserve** [1] - 53:23
**design** [38] - 13:7, 13:19, 18:9, 18:22, 19:6, 22:14, 22:15, 22:16, 22:17, 24:1, 24:2, 25:10, 27:6, 50:9, 51:1, 51:2, 53:10, 54:18, 56:18, 57:3, 59:22, 61:3, 64:20, 70:18, 70:20, 71:18, 76:2, 76:9, 77:24, 78:5, 81:23, 85:22, 86:1, 86:12, 86:24, 88:18, 90:3
**designed** [10] - 12:23, 13:5, 13:6, 13:12, 14:3, 14:6, 14:8, 71:10, 77:16, 96:2
**designer** [13] - 10:1, 10:14, 12:25, 13:4, 13:10, 13:14, 13:15, 14:10, 15:13, 19:9, 19:16, 20:13, 48:7
**designers** [1] - 18:15
**designing** [1] - 42:22
**despite** [1] - 90:3
**detail** [7] - 28:21, 29:1, 29:5, 29:16, 36:5, 36:7, 86:25
**detailed** [2] - 51:2, 61:3
**determination** [1] - 24:8
**dhinospaan@yahoo. com** [1] - 1:25
**difference** [1] - 42:8
**differences** [1] - 96:22
**different** [10] - 24:2, 33:14, 36:4, 52:19,

77:10, 77:17, 79:12,
82:6, 82:14, 95:11
**differently** [4] - 17:8,
45:23, 58:23, 60:2
**Direct** [1] - 4:5
**DIRECT** [1] - 10:10
**direct** [1] - 97:2
**director** [4] - 15:15,
41:10, 41:16, 83:12
**disagree** [2] - 13:16,
13:17
**disco** [1] - 82:8
**discuss** [7] - 9:5,
31:17, 40:9, 40:14,
69:9, 76:12, 98:3
**discussed** [5] - 9:5,
14:24, 15:3, 47:13,
98:20
**discussing** [1] - 98:17
**discussion** [2] -
44:16, 80:6
**distinction** [1] - 43:2
**DISTRICT** [3] - 1:1,
1:2, 1:3
**District** [2] - 100:6,
100:7
**Diva** [19] - 4:22, 12:3,
13:4, 54:19, 54:24,
55:20, 55:24, 56:2,
56:18, 57:3, 57:15,
58:1, 70:17, 70:22,
71:5, 72:14, 72:15,
73:2, 78:12
**Divine** [3] - 12:3, 14:6,
14:10
**DIVISION** [1] - 1:2
**document** [6] - 62:22,
91:3, 91:15, 92:1,
92:6
**Document** [19] -
11:23, 22:7, 35:8,
35:20, 37:19, 39:22,
50:23, 55:18, 60:23,
61:1, 65:8, 70:2,
71:8, 72:22, 75:7,
78:18, 81:20, 86:22,
93:25
**documents** [9] - 58:1,
75:10, 87:6, 87:7,
87:23, 88:8, 90:7,
90:9, 91:2
**DOES** [2] - 1:13, 3:4
**Doll** [3] - 5:12, 5:19,
6:8
**doll** [55] - 8:6, 10:14,
13:4, 13:12, 13:13,
18:8, 20:12, 23:7,
23:20, 23:24, 24:5,
25:8, 32:12, 32:13,
34:7, 36:6, 36:9,

37:2, 39:24, 42:9,
51:2, 52:17, 53:17,
54:3, 54:19, 57:15,
58:5, 59:4, 61:4,
61:19, 62:25, 63:21,
65:3, 65:10, 65:15,
65:22, 66:1, 66:4,
66:8, 68:25, 73:3,
73:13, 75:5, 75:25,
77:1, 77:12, 77:18,
79:4, 79:8, 79:15,
80:15, 85:8, 89:7,
90:4, 90:8
**doll's** [1] - 25:10
**dolls** [92] - 8:5, 8:12,
10:21, 10:25, 11:2,
11:10, 11:20, 11:25,
12:4, 12:10, 12:14,
12:22, 13:18, 14:3,
14:7, 15:14, 16:5,
18:11, 18:15, 18:16,
20:16, 20:20, 21:7,
22:9, 22:12, 24:23,
26:2, 26:9, 26:23,
26:25, 27:4, 27:7,
30:20, 31:10, 31:15,
32:17, 32:19, 32:22,
33:16, 33:22, 34:12,
34:24, 35:3, 36:17,
37:6, 37:7, 37:8,
40:21, 42:12, 42:16,
43:3, 43:14, 43:19,
44:13, 45:19, 46:2,
46:21, 47:11, 47:15,
48:7, 48:22, 49:5,
49:23, 50:17, 51:14,
51:25, 52:2, 52:8,
52:12, 52:14, 52:23,
54:2, 54:11, 54:15,
54:20, 54:24, 58:14,
71:13, 79:11, 79:18,
82:17, 82:18, 83:15,
88:16, 90:20, 93:7,
96:23, 97:7, 97:10,
97:12
**Dolls.jpg** [1] - 4:17
**done** [3] - 29:13,
53:21, 76:11
**double** [1] - 95:23
**down** [7] - 29:15,
53:20, 57:23, 64:14,
66:4, 98:14, 99:23
**dozens** [1] - 34:16
**drawing** [21] - 64:18,
67:23, 68:10, 69:19,
70:4, 70:13, 70:14,
70:15, 71:18, 72:14,
73:12, 74:18, 74:19,
75:22, 75:23, 75:24,
77:17, 78:8, 88:14,

89:16
**drawings** [21] - 5:5,
5:6, 70:18, 70:19,
70:23, 70:25, 71:1,
71:2, 72:8, 72:11,
72:12, 72:14, 72:16,
73:6, 73:11, 77:24,
78:11, 78:12, 85:23,
89:25
**dress** [14] - 8:7, 11:4,
11:12, 27:5, 27:13,
27:20, 31:11, 65:12,
79:5, 79:9, 79:16,
79:19, 80:4, 95:8
**dressed** [1] - 52:11
**dressing** [1] - 46:20
**drive** [1] - 87:16
**duplicates** [1] - 82:1
**during** [4] - 10:24,
18:5, 76:14, 92:10

## E

**early** [1] - 99:15
**easier** [1] - 93:24
**eight** [1] - 41:23
**either** [5] - 14:13,
19:7, 20:13, 38:8,
63:21
**Email** [2] - 3:18, 4:13
**email** [33] - 21:10,
21:12, 21:15, 26:20,
29:22, 30:2, 30:25,
35:6, 39:15, 40:9,
40:11, 40:17, 41:19,
41:24, 43:6, 46:1,
46:9, 46:16, 49:9,
49:16, 50:13, 52:25,
69:12, 76:15, 82:23,
83:3, 83:19, 84:3,
84:9, 84:12, 85:14,
85:16, 85:21
**emailed** [1] - 21:21
**emailing** [2] - 83:14,
83:16
**emails** [13] - 21:24,
34:15, 40:13, 40:16,
45:4, 45:6, 69:1,
69:4, 69:14, 76:9,
76:16, 88:8
**embarrassed** [1] -
20:21
**end** [5] - 77:8, 78:15,
80:24, 82:5, 95:15
**ended** [3] - 54:3,
95:12, 96:23
**Engineered.jpg** [1] -
5:14
**entered** [1] - 67:18
**ENTERTAINMENT** [3]

- 1:4, 1:12, 2:3
**entertainment** [3] -
7:20, 7:21, 41:11
**Entertainment** [1] -
7:24
**entire** [2] - 66:15,
87:15
**entitled** [2] - 8:11,
100:11
**enumerate** [1] - 9:10
**equals** [1] - 35:11
**ESQ** [6] - 2:5, 2:9,
2:17, 2:21, 3:6, 3:11
**essence** [2] - 34:3,
34:11
**et** [1] - 1:7
**Eve** [4] - 45:13, 45:14,
48:16
**evening** [2] - 46:13,
98:5
**event** [3] - 37:10,
99:13, 99:16
**everyday** [1] - 29:10
**EVIDENCE** [3] - 4:11,
5:4, 6:4
**evidence** [10] - 9:4,
31:11, 38:15, 39:21,
55:16, 61:10, 65:7,
71:23, 81:19, 99:9
**evolved** [1] - 54:5
**exact** [8] - 28:5, 28:6,
28:7, 28:12, 28:25,
29:5, 29:15, 82:1
**exactly** [5] - 22:1,
28:9, 28:21, 33:24,
79:11
**Examination** [1] - 4:5
**EXAMINATION** [1] -
10:10
**except** [1] - 54:12
**excited** [4] - 46:1,
46:3, 85:6, 85:8
**exclamation** [1] -
41:20
**exhibit** [1] - 81:4
**Exhibit** [45] - 8:25,
9:8, 29:20, 29:22,
30:11, 30:16, 51:9,
51:16, 51:20, 54:23,
55:3, 55:7, 56:1,
56:9, 56:24, 57:8,
57:21, 62:5, 63:9,
63:11, 63:17, 68:8,
70:1, 70:8, 70:11,
74:13, 74:24, 77:6,
80:17, 81:8, 81:12,
81:19, 86:7, 86:19,
88:12, 88:22, 89:1,
89:12, 89:21, 90:16,
92:19, 93:1, 97:14,

98:23, 99:5
**EXHIBIT** [3] - 4:11,
5:4, 6:4
**exhibits** [12] - 9:4,
10:5, 63:1, 63:2,
71:25, 73:21, 73:22,
87:9, 98:13, 98:18,
98:24, 99:7
**EXHIBITS** [3] - 4:9,
5:2, 6:2
**exist** [1] - 73:19
**existing** [1] - 72:2
**exists** [1] - 17:22
**expect** [1] - 20:7
**expected** [2] - 20:1,
20:3
**explain** [1] - 47:23
**explained** [1] - 43:24
**explanation** [1] -
73:22
**explorations** [1] -
22:18
**explore** [1] - 18:12
**expression** [1] - 48:14
**extend** [1] - 22:24
**extensive** [1] - 84:21
**extent** [1] - 48:8

## F

**F19_OMG_Core_
ColorCallouts** [1] -
4:17
**F19_OMG_Shoes_
Release_Diva.jpg**
[1] - 4:19
**F20** [1] - 6:5
**F20_OMG_Core_
ColorCallouts** [2] -
5:7, 5:9
**F20_OMG_Core_
RollerSk8r** [2] - 5:17,
5:21
**F20_OMG_RollerSk8
r.jpg** [1] - 5:13
**F20_OMG_RollerSk8
r_FabricArt** [1] - 5:14
**fabric** [18] - 22:18,
57:3, 70:23, 71:11,
71:18, 72:16, 76:3,
77:20, 78:9, 78:12,
85:23, 86:1, 86:15,
89:16, 95:9, 96:9,
96:10
**Fabric** [1] - 71:10
**FabricArt_GarmentB**
[2] - 5:17, 5:21
**fabrics** [1] - 78:11
**Facebook** [4] - 25:14,
25:15, 25:16, 25:19

**facing** [1] - 53:8
**fact** [4] - 7:16, 15:21, 45:18, 48:4
**facts** [2] - 38:14, 71:22
**faded** [1] - 63:21
**fair** [5] - 19:6, 21:22, 34:16, 45:8, 87:12
**falls** [2] - 66:5, 73:14
**Fame** [1] - 12:19
**familiar** [1] - 19:2
**family** [1] - 82:4
**fan** [8] - 18:24, 34:17, 34:18, 37:10, 37:16, 37:21, 38:8, 43:10
**fans** [2] - 42:15, 54:4
**fashion** [13] - 18:23, 27:7, 32:19, 40:21, 42:24, 47:11, 51:25, 52:17, 54:3, 77:17, 82:18, 88:16, 89:7
**fashions** [1] - 97:1
**Fashions** [1] - 30:23
**Fax** [1] - 3:18
**fed** [1] - 36:17
**FEDERAL** [2] - 1:23, 100:5
**Federal** [1] - 100:20
**feminist** [1] - 54:14
**feminists** [1] - 54:15
**Ferocious** [1] - 12:19
**few** [4] - 18:5, 37:16, 45:16, 74:4
**fierce** [1] - 54:7
**fierceness** [1] - 34:13
**filed** [2] - 15:10, 16:10
**final** [3] - 77:12, 79:4, 79:7
**finalized** [1] - 22:17
**fine** [1] - 9:15
**finest** [1] - 29:16
**finish** [1] - 82:9
**FINKELSTEIN** [1] - 2:9
**first** [15] - 23:14, 28:17, 38:11, 40:17, 41:5, 43:3, 44:23, 45:9, 46:14, 46:18, 56:16, 62:15, 63:9, 68:20, 85:6
**fit** [1] - 54:1
**fits** [1] - 77:17
**fitting** [1] - 82:12
**five** [3] - 9:18, 44:25, 85:19
**five-minute** [1] - 9:18
**flip** [2] - 52:24, 52:25
**Flo** [1] - 41:24
**flow** [5] - 55:13, 60:21, 62:14, 70:16, 72:20

**focusing** [1] - 53:5
**follow** [6] - 37:13, 37:14, 49:17, 75:11, 75:13, 75:25
**followed** [2] - 37:14, 75:5
**followers** [1] - 38:13
**FOR** [2] - 2:3, 3:3
**forecasting** [1] - 60:13
**foregoing** [1] - 100:9
**forgot** [2] - 85:14, 85:16
**form** [1] - 98:3
**format** [1] - 100:11
**forward** [2] - 8:15, 49:11
**forwarded** [2] - 44:17, 44:19
**foundation** [2] - 79:20, 91:7
**four** [9] - 8:18, 8:20, 10:25, 12:8, 12:10, 12:17, 66:17, 90:14, 92:10
**four-year** [1] - 10:25
**FP** [1] - 5:20
**freelance** [1] - 10:19
**freelancer** [4] - 20:15, 20:19, 21:4, 21:13
**friend** [3] - 32:9, 32:11, 41:18
**full** [1] - 10:8, 21:9, 66:16
**full-time** [1] - 21:9
**fun** [1] - 43:6

**G**

**ga** [4] - 36:14, 36:15
**Gaga** [31] - 31:5, 31:15, 31:21, 31:22, 32:16, 32:21, 33:14, 33:21, 34:3, 34:11, 34:14, 34:19, 34:21, 34:24, 35:3, 35:11, 35:13, 36:7, 36:10, 36:12, 36:13, 36:21, 37:6, 37:10, 37:16, 37:21, 37:25, 38:8, 38:12, 80:7
**Gaga's** [2] - 31:6, 35:19
**Gaga/night** [1] - 31:6
**Garcia** [1] - 76:13
**garment** [3] - 88:15, 88:17, 89:18
**gate** [1] - 26:4
**general** [6] - 35:2, 39:7, 51:25, 52:5, 58:20, 80:2

**generally** [1] - 7:15
**generation** [1] - 54:17
**genitals** [2] - 25:1, 25:8
**gentlemen** [2] - 7:10, 98:1
**girl** [4] - 42:2, 42:8, 43:8, 52:6
**girls** [3] - 4:15, 43:2, 43:17
**Girls** [5] - 43:10, 83:4, 83:8, 83:21, 84:9
**GIRLZ** [3] - 1:10, 3:3, 3:4
**Girlz** [50] - 7:21, 8:5, 8:8, 15:6, 16:5, 19:2, 19:7, 20:10, 27:19, 37:22, 38:2, 38:11, 42:12, 42:16, 43:4, 43:13, 43:18, 44:4, 44:14, 44:17, 44:24, 46:6, 46:25, 47:6, 47:10, 47:14, 47:16, 47:19, 47:22, 48:3, 48:8, 48:21, 49:6, 49:10, 49:21, 49:23, 67:25, 68:17, 76:15, 76:18, 80:7, 82:6, 83:15, 83:16, 84:11, 84:15, 84:25, 85:11, 97:9
**Girlz'** [4] - 27:14, 39:7, 59:25, 60:12
**glance** [1] - 28:17
**glitch** [1] - 77:20
**glitter** [1] - 36:1
**glittery** [1] - 65:17
**Goo** [15] - 23:5, 23:6, 35:11, 35:14, 36:9, 36:13, 36:18
**goo** [7] - 36:13, 36:14, 36:15
**Goo-Goo** [5] - 23:5, 23:6, 35:14, 36:9
**goo-Goo** [1] - 36:13
**googled** [1] - 47:19
**Grand** [3] - 7:22, 8:2, 8:4
**GRAND** [2] - 1:9, 3:4
**graphic** [1] - 52:24
**graphics** [2] - 52:4, 52:25
**gray** [23] - 62:10, 62:13, 62:19, 63:18, 63:22, 64:6, 64:7, 64:23, 66:14, 66:19, 68:13, 69:10, 69:16, 73:10, 75:11, 75:14, 75:19, 76:10, 95:17, 95:19, 95:20, 95:22

**Green** [6] - 39:15, 41:5, 41:10, 47:5, 50:1, 76:16
**GREEN** [2] - 3:11, 98:24
**Green's** [2] - 41:9, 41:19
**grew** [1] - 54:4
**group** [13] - 7:20, 46:5, 47:14, 48:21, 49:6, 49:21, 58:21, 61:16, 66:6, 84:10, 84:14, 84:24, 90:12
**grouping** [2] - 66:4, 66:17
**groupings** [1] - 66:8
**grown** [1] - 52:18
**guess** [1] - 96:14
**Gurl** [3] - 12:3, 12:7, 12:18
**guys** [3] - 50:1, 82:23, 83:16

**H**

**Hac** [3] - 3:7, 3:11, 3:16
**hair** [10] - 35:14, 35:22, 35:24, 36:19, 36:22, 38:3, 74:7, 82:3, 82:4, 96:5
**hairstyle** [1] - 22:18
**half** [1] - 87:18
**Haljevic** [5] - 14:3, 14:5, 14:6, 14:8, 14:10
**HAMPTON** [3] - 3:6, 3:10, 3:15
**hand** [3] - 7:23, 7:24, 78:22
**hands** [1] - 78:24
**hard** [1] - 29:7
**HARRIS** [3] - 1:7, 3:3, 3:3
**Harris** [3] - 8:1, 8:2, 18:24
**Harris's** [1] - 9:1
**Harrises** [4] - 11:3, 11:10, 12:1, 15:16
**Hart** [9] - 44:1, 44:3, 47:6, 48:5, 48:10, 50:1, 50:6, 76:16, 84:3
**hat** [3] - 64:25, 66:2, 66:6
**hate** [2] - 52:6, 72:5
**Haus** [1] - 31:5
**head** [3] - 48:13, 48:14, 52:16
**heads** [1] - 99:10

**heads-up** [1] - 99:10
**hear** [8] - 7:19, 13:3, 13:22, 14:13, 20:12, 27:2, 60:20, 85:10
**heard** [4] - 11:19, 17:12, 21:18, 48:3
**hearing** [3] - 43:13, 83:14, 99:12
**heavily** [1] - 13:20
**heck** [1] - 82:23
**held** [2] - 12:15, 100:10
**help** [3] - 41:11, 41:13, 50:9
**helped** [1] - 13:11
**helpful** [1] - 8:14
**helping** [3] - 45:14, 48:17, 83:9
**helps** [1] - 21:4
**hereby** [1] - 100:7
**high** [4] - 36:20, 36:22, 52:11, 53:2
**Hino** [1] - 100:20
**HINO** [3] - 1:23, 100:5, 100:19
**HINO-SPAAN** [3] - 1:23, 100:5, 100:19
**Hino-Spaan** [1] - 100:20
**hip** [1] - 78:22
**hold** [1] - 88:2
**Hold** [1] - 88:7
**holding** [1] - 97:18
**Honor** [57] - 7:7, 8:16, 8:23, 9:15, 9:17, 9:24, 10:4, 23:11, 24:6, 24:10, 25:3, 26:13, 27:1, 30:1, 30:5, 30:6, 30:12, 30:14, 30:17, 32:3, 32:5, 32:7, 33:10, 39:3, 44:6, 49:12, 51:16, 55:3, 56:5, 56:21, 57:5, 57:18, 62:2, 63:8, 63:10, 67:6, 68:4, 68:6, 70:8, 70:9, 71:22, 73:23, 74:10, 74:21, 77:3, 81:3, 86:4, 86:16, 88:21, 89:9, 89:19, 91:10, 91:20, 92:18, 92:25, 97:22, 99:4
**HONORABLE** [1] - 1:3
**hosting** [1] - 45:14
**hours** [1] - 21:19
**house** [1] - 52:16
**housekeeping** [1] - 99:7
**Houston** [3] - 3:8,

3:13, 3:17
**humans** [1] - 37:7
**hundreds** [1] - 10:23
**Hustle** [6] - 7:22, 8:2, 8:3, 8:4
**HUSTLE** [4] - 1:9, 1:10, 3:4

**I**

**idea** [1] - 87:23
**ideas** [1] - 22:18
**identical** [1] - 78:20
**II** [1] - 1:13
**image** [10] - 27:14, 35:19, 52:9, 52:24, 53:18, 72:13, 92:15, 95:15, 96:15, 96:17
**images** [13] - 58:20, 89:6, 90:19, 91:23, 92:10, 93:17, 94:4, 94:15, 95:11, 95:14, 96:10, 96:12, 96:22
**imminent** [1] - 99:17
**impact** [1] - 84:13
**implying** [1] - 60:17
**important** [2] - 54:13, 54:17
**IN** [3] - 4:10, 5:4, 6:4
**in-house** [1] - 52:16
**Inc** [1] - 7:24
**INC** [3] - 1:4, 1:12, 2:3
**include** [2] - 84:9, 97:4
**included** [1] - 36:15
**includes** [2] - 25:11, 70:4
**including** [1] - 54:24
**inclusive** [2] - 1:13, 3:4
**incorrect** [3] - 12:24, 77:10, 81:24
**incredible** [1] - 34:13
**indicating** [1] - 85:11
**individual** [3] - 3:3, 7:25
**industries** [1] - 18:12
**industry** [3] - 14:19, 15:2, 18:9
**information** [2] - 17:23, 17:25
**infringe** [4] - 8:7, 8:12, 79:15, 79:19
**infringement** [6] - 8:9, 11:4, 11:12, 12:11, 27:13, 27:20
**infringing** [3] - 79:5, 79:8, 80:3
**infuse** [1] - 34:4
**initial** [10] - 7:15,

22:13, 22:14, 22:15, 31:18, 63:17, 64:2, 66:10, 90:7
**injunction** [1] - 99:12
**inspiration** [18] - 18:16, 32:1, 32:8, 35:1, 52:1, 52:3, 52:5, 52:7, 52:9, 52:12, 52:23, 53:9, 53:16, 54:2, 58:20, 90:19, 94:3, 97:2
**Inspiration.ai** [1] - 4:16
**inspirational** [1] - 35:2
**inspired** [6] - 31:5, 32:12, 32:13, 34:21, 46:20, 59:8
**Instagram** [12] - 16:24, 17:9, 17:11, 17:14, 17:15, 17:16, 17:19, 17:20, 17:23, 18:1, 37:14, 38:9
**instead** [3] - 36:20, 62:19, 95:20
**instill** [2] - 54:9, 54:14
**instruction** [2] - 7:14, 7:17
**instructions** [2] - 7:15, 7:18
**intellectual** [1] - 8:13
**intended** [2] - 28:23, 63:19
**interact** [1] - 80:1
**interest** [3] - 46:7, 46:25, 48:11
**interested** [2] - 46:17, 47:4
**interesting** [1] - 48:6
**internal** [1] - 53:9
**interrupt** [2] - 53:14, 72:5
**inversed** [1] - 95:20
**inverted** [1] - 75:15
**investigation** [1] - 15:19
**involved** [7] - 13:20, 13:21, 22:16, 50:12, 50:13, 83:11, 84:5
**involvement** [1] - 22:12
**involves** [1] - 28:8
**iridescent** [1] - 82:10
**Irvine** [1] - 2:10
**ISAAC** [1] - 1:12
**Isaac** [1] - 7:25
**issue** [7] - 16:13, 25:13, 26:7, 26:12, 49:2, 54:20, 58:15
**issues** [2] - 15:24, 98:4

**J**

**jacket** [9] - 35:25, 36:1, 36:2, 36:4, 36:6, 36:7, 36:20, 36:21, 66:2
**jacket.pdf** [1] - 5:16
**JAMES** [1] - 1:3
**JAMISON** [6] - 2:21, 9:3, 9:15, 33:7, 99:4, 99:6
**jamison@willenken.com** [1] - 2:23
**jar** [1] - 36:16
**JASON** [1] - 2:17
**jkeville@sheppardmullin.com** [1] - 3:9
**job** [1] - 42:22
**JOHN** [1] - 3:6
**joined** [2] - 38:6, 38:7
**jpg** [1] - 4:21
**JUDGE** [1] - 1:3
**judged** [1] - 53:19
**Judicial** [1] - 100:12
**June** [6] - 14:15, 15:5, 15:7, 15:10, 21:25, 67:17
**JURY** [1] - 1:18
**jury** [9] - 7:5, 7:6, 7:9, 11:4, 11:11, 12:1, 41:8, 67:2, 98:7
**jwilson@willenken.com** [1] - 2:19

**K**

**keep** [2] - 10:23, 97:23
**keeps** [1] - 17:23
**KENNETH** [1] - 2:21
**Keville** [6] - 4:5, 9:16, 9:23, 10:3, 33:4, 67:5
**KEVILLE** [158] - 3:6, 7:7, 8:16, 8:23, 9:9, 9:11, 9:17, 9:24, 10:4, 10:11, 11:9, 11:21, 11:24, 14:2, 19:9, 19:13, 19:25, 21:2, 22:6, 22:8, 23:1, 23:16, 24:13, 25:6, 26:1, 26:12, 26:16, 26:17, 27:3, 27:11, 27:24, 28:1, 28:3, 28:4, 28:19, 30:1, 30:12, 30:17, 30:18, 30:22, 30:24, 32:5, 32:7, 32:10, 32:24, 33:2, 33:5, 33:9, 33:12, 35:6,

35:9, 35:18, 35:21, 37:18, 37:20, 38:19, 39:9, 39:20, 39:23, 42:1, 42:21, 43:22, 44:6, 44:9, 49:18, 50:22, 50:24, 51:16, 51:21, 55:3, 55:8, 55:16, 55:19, 56:5, 56:10, 56:21, 56:25, 57:5, 57:9, 57:18, 57:22, 60:21, 60:24, 61:2, 61:12, 61:17, 62:2, 62:6, 63:8, 63:12, 65:6, 65:9, 67:6, 67:7, 67:13, 67:15, 68:4, 68:9, 69:8, 69:24, 70:3, 70:8, 70:12, 71:6, 71:9, 72:4, 72:20, 72:23, 73:25, 74:3, 74:10, 74:14, 74:21, 74:25, 75:6, 75:8, 76:20, 76:22, 77:3, 77:7, 78:16, 78:19, 79:24, 81:3, 81:7, 81:9, 81:18, 81:21, 84:1, 86:4, 86:8, 86:16, 86:20, 86:23, 88:21, 88:25, 89:2, 89:9, 89:13, 89:19, 89:22, 91:10, 91:13, 91:20, 91:22, 92:18, 92:21, 92:25, 93:2, 93:23, 94:1, 97:22, 98:10, 98:13, 98:15, 98:19, 99:21, 99:24
**kids** [4] - 24:15, 42:23, 46:19, 47:1
**kids'** [3] - 23:20, 24:5, 52:23
**kind** [19] - 23:24, 24:1, 34:4, 35:25, 36:2, 36:14, 36:17, 43:5, 46:12, 52:24, 53:1, 53:22, 54:4, 54:10, 60:17, 77:20, 78:23, 85:11, 90:12
**knowledge** [4] - 43:8, 60:15, 60:16, 60:19
**known** [2] - 26:4, 48:1
**knows** [2] - 20:9, 91:8
**ktrujillo** [1] - 2:23
**ktrujillo-jamison@willenken.com** [1] - 2:23

**L**

**L.O.L** [30] - 4:23, 5:11, 6:7, 8:6, 8:12, 22:20,

25:14, 27:7, 32:18, 36:6, 36:16, 40:21, 41:17, 45:20, 45:21, 46:10, 47:11, 51:24, 52:14, 54:4, 54:5, 82:18, 82:22, 82:25, 83:17, 83:20, 88:16, 97:21
**label** [1] - 18:23
**Lacks** [2] - 79:20, 91:7
**ladies** [2] - 7:10, 98:1
**Lady** [40] - 31:15, 31:21, 31:22, 32:16, 32:21, 33:14, 33:21, 34:14, 34:19, 34:21, 34:24, 35:3, 35:13, 35:19, 36:7, 36:21, 37:6, 37:10, 37:16, 37:21, 37:25, 38:8, 38:12, 54:19, 54:24, 55:20, 55:24, 56:2, 56:18, 57:3, 57:15, 58:1, 70:17, 70:22, 71:5, 72:14, 72:15, 73:2, 78:12, 80:7
**large** [2] - 22:24, 24:20
**larger** [2] - 45:24, 82:22
**Larian** [5] - 7:25, 8:10, 14:23, 15:3, 18:4
**LARIAN** [1] - 1:13
**last** [6] - 8:18, 8:19, 10:8, 10:19, 92:3, 92:6
**late** [1] - 21:21
**LAW** [2] - 2:13, 3:15
**lawsuit** [15] - 7:13, 7:19, 10:25, 15:10, 15:11, 15:22, 16:3, 16:10, 16:12, 16:13, 19:6, 19:12, 19:19, 20:3, 85:15
**lawyer** [1] - 20:22
**lead** [4] - 15:13, 19:9, 19:15, 48:7
**leader** [1] - 19:6
**learn** [1] - 44:12
**learned** [1] - 84:10
**least** [4] - 34:16, 50:13, 65:23, 76:15
**leave** [2] - 45:16, 58:22
**leaving** [1] - 18:8
**left** [39] - 10:17, 10:18, 14:9, 14:15, 14:24, 15:4, 15:5, 15:7, 15:10, 16:16, 16:24, 17:13, 18:15, 18:17, 18:18, 21:25, 22:10,

65:22, 67:10, 67:17, 67:22, 78:21, 78:25, 85:18, 87:10, 87:13, 87:15, 87:21, 87:24, 88:1, 88:11, 90:10, 93:13, 94:4, 94:18, 96:10, 96:16, 96:20

**leg** [1] - 53:5
**legal** [6] - 27:22, 28:13, 49:13, 79:11, 79:22, 84:20
**legs** [1] - 64:12
**lengthy** [1] - 99:12
**less** [2] - 11:19, 90:14
**letter** [2] - 15:16, 15:17
**letters** [2] - 45:21, 83:4
**liability** [1] - 3:4
**life** [2] - 29:10, 46:12
**lift** [1] - 43:6
**light** [2] - 62:12, 95:19
**lightly** [2] - 23:12, 24:7, 30:7
**likely** [2] - 34:17, 40:8
**likeness** [5] - 8:8, 11:5, 11:13, 27:14, 31:12
**limited** [1] - 3:4
**line** [12] - 8:6, 22:20, 23:3, 25:25, 26:10, 26:14, 33:1, 33:8, 52:12, 53:17, 66:12, 85:9
**lines** [5] - 33:3, 33:9, 64:16, 65:3, 67:14
**lingerie** [2] - 26:4, 26:7
**link** [18] - 38:2, 38:24, 39:25, 42:5, 44:19, 44:21, 44:23, 44:25, 45:1, 45:9, 45:11, 46:25, 48:6, 48:15, 85:12, 85:14, 85:19, 85:20
**linked** [2] - 38:18, 41:24
**linking** [1] - 39:16
**listen** [2] - 43:14, 58:9
**listened** [3] - 41:3, 41:4, 43:1
**listening** [3] - 42:16, 42:23, 46:20
**literally** [3] - 28:9, 28:21, 95:20
**litigation** [5] - 88:3, 88:4, 88:5, 88:9, 88:10
**Littles** [1] - 54:6
**LLC** [10] - 1:9, 1:10,

3:3, 3:4, 3:5, 7:21, 7:22, 7:23
**LLP** [8] - 2:4, 2:8, 2:12, 2:16, 2:20, 3:6, 3:10, 3:15
**LOH** [1] - 2:5
**LOL** [1] - 5:19
**LOL_OMG_Diva_ FabricArt_Leopard** [1] - 4:20
**look** [51] - 16:18, 26:18, 28:10, 29:9, 31:2, 31:4, 31:5, 35:3, 37:6, 45:12, 49:1, 49:5, 49:7, 50:2, 51:7, 51:9, 52:21, 54:18, 54:23, 55:15, 56:14, 58:14, 61:22, 63:4, 65:6, 65:10, 66:17, 69:19, 74:5, 74:15, 75:4, 76:23, 77:13, 80:17, 81:2, 81:12, 84:18, 85:24, 86:12, 87:16, 88:12, 89:3, 89:14, 93:16, 94:15, 95:8, 95:14, 96:4, 97:12
**looked** [6] - 17:16, 17:20, 48:2, 59:11, 59:19, 72:19
**looking** [9] - 18:8, 22:5, 35:10, 52:13, 59:16, 80:24, 82:12, 94:6, 95:12
**looks** [8] - 29:10, 34:5, 36:2, 59:21, 81:22, 95:7, 95:23, 99:18
**loose** [1] - 58:4
**Lora** [1] - 13:3
**Los** [4] - 2:6, 2:14, 2:18, 2:22
**LOS** [1] - 100:3
**Louisiana** [3] - 3:7, 3:12, 3:16
**love** [1] - 52:22
**lower** [4] - 23:9, 23:22, 24:4, 24:17
**Luciferette** [1] - 25:22
**Lucy** [1] - 36:18
**lyric** [1] - 49:16
**lyrics** [1] - 40:8

**M**

**ma'am** [9] - 29:18, 37:9, 58:7, 69:20, 70:22, 72:5, 73:20, 78:2, 81:12
**magazine** [1] - 52:6
**Main** [1] - 2:9

**MajorIG** [1] - 4:12
**man** [1] - 18:20
**manner** [3] - 51:25, 71:16, 90:15
**MARK** [1] - 2:9
**mark** [4] - 63:8, 68:4, 68:5, 92:18
**market** [1] - 42:23
**marketing** [7] - 41:16, 50:10, 50:14, 50:15, 76:25, 83:13, 89:6
**marking** [1] - 81:14
**marks** [1] - 41:21
**Mason** [1] - 36:16
**match** [1] - 66:16
**matched** [1] - 64:23
**matching** [1] - 95:10
**material** [1] - 28:10
**matter** [4] - 46:10, 53:23, 99:7, 100:11
**mean** [7] - 22:15, 53:14, 64:4, 70:15, 90:23, 94:21, 95:13
**meaning** [1] - 54:6
**means** [2] - 28:5, 28:20
**meant** [4] - 28:9, 43:13, 53:18, 66:15
**media** [1] - 37:13
**meet** [1] - 99:8
**meetings** [2] - 18:5, 18:6
**members** [1] - 7:11
**memory** [1] - 44:25
**mention** [1] - 58:3
**mentioned** [5] - 15:8, 34:15, 38:17, 76:4, 90:12
**mess** [1] - 54:10
**message** [2] - 52:25, 54:14
**met** [1] - 44:11
**metadata** [5] - 91:6, 91:8, 91:16, 91:24, 92:1
**Metal** [4] - 12:2, 12:7, 12:18, 12:25
**metallic** [3] - 96:11, 96:17, 96:18
**mfinkelstein@ umbergzipser.com** [1] - 2:11
**MGA** [60] - 1:4, 1:12, 2:3, 7:23, 8:1, 8:9, 8:11, 8:24, 9:25, 10:14, 10:17, 10:19, 14:15, 15:5, 15:10, 15:16, 16:4, 16:12, 16:16, 16:24, 17:13, 18:3, 18:8, 18:15,

18:17, 18:18, 19:5, 20:8, 20:15, 20:19, 21:3, 21:9, 21:12, 21:19, 21:25, 22:10, 26:4, 29:22, 30:19, 31:9, 38:6, 41:9, 42:11, 48:5, 50:7, 58:2, 67:10, 67:17, 69:2, 79:4, 79:7, 79:14, 79:18, 80:6, 87:10, 87:13, 87:21, 88:1
**MGA's** [4] - 8:5, 35:3, 37:5, 50:25
**MICHAEL** [1] - 2:21
**mid-2000s** [1] - 37:11
**middle** [4] - 77:14, 77:23, 78:5, 94:17, 94:21, 96:15, 96:17
**might** [4] - 50:2, 59:19, 98:18, 99:8
**Millennial** [3] - 43:9, 83:4, 83:21
**millennials** [1] - 54:15
**Milli** [1] - 41:24
**million** [1] - 38:12
**minimum** [1] - 76:14
**minute** [3] - 9:18, 66:22, 92:23
**minutes** [1] - 98:10
**misappropriate** [1] - 8:7
**misappropriation** [5] - 8:9, 11:5, 11:13, 27:13, 31:12
**misheard** [1] - 49:16
**Miss** [3] - 12:3, 14:6, 14:10
**missed** [1] - 98:13
**missing** [2] - 62:22, 62:24
**misstates** [5] - 11:14, 11:17, 39:3, 61:10, 83:22
**mistake** [1] - 42:11
**mistakenly** [1] - 43:7
**mistaking** [1] - 42:11
**modified** [4] - 91:4, 91:15, 92:3, 92:6
**moment** [1] - 30:5
**moms** [3] - 25:13, 25:18, 25:21
**monitoring** [1] - 46:18
**months** [2] - 15:5, 92:10
**mood** [33] - 34:4, 34:15, 51:13, 51:22, 51:24, 52:3, 55:20, 55:24, 58:16, 58:18, 58:20, 58:22, 59:2,

59:4, 61:8, 61:11, 61:19, 75:16, 75:18, 80:10, 80:12, 80:21, 80:23, 90:2, 90:5, 90:8, 90:12, 92:12, 92:14, 92:22, 93:3
**Mood** [1] - 6:5
**morning** [4] - 7:11, 98:5, 99:15, 99:17
**Moshe** [6] - 39:12, 39:15, 40:5, 40:9, 41:8, 41:16, 43:23, 47:5, 47:12, 49:9, 49:25, 50:14, 83:12, 84:4, 84:6, 84:8
**most** [1] - 12:8
**mostly** [2] - 62:20, 65:11
**mothers** [1] - 24:21
**move** [2] - 18:11, 65:21
**MR** [219] - 7:7, 8:16, 8:23, 9:3, 9:9, 9:11, 9:15, 9:17, 9:24, 10:4, 10:11, 11:6, 11:9, 11:14, 11:17, 11:21, 11:24, 13:24, 14:2, 19:8, 19:9, 19:13, 19:21, 19:25, 20:21, 21:2, 22:6, 22:8, 22:21, 23:1, 23:11, 23:16, 24:6, 24:10, 24:13, 25:3, 25:6, 25:24, 26:1, 26:12, 26:16, 26:17, 27:1, 27:3, 27:11, 27:22, 27:24, 28:1, 28:3, 28:4, 28:13, 28:19, 30:1, 30:5, 30:9, 30:12, 30:14, 30:17, 30:18, 30:22, 30:24, 32:3, 32:5, 32:7, 32:10, 32:24, 33:2, 33:4, 33:5, 33:7, 33:9, 33:10, 33:12, 35:6, 35:9, 35:18, 35:21, 37:18, 37:20, 38:14, 38:19, 39:3, 39:9, 39:20, 39:23, 42:1, 42:18, 42:21, 43:20, 43:22, 44:5, 44:6, 44:9, 49:12, 49:18, 50:22, 50:24, 51:16, 51:18, 51:21, 55:3, 55:5, 55:8, 55:16, 55:19, 56:5, 56:7, 56:10, 56:21, 56:22, 56:25, 57:5, 57:6, 57:9, 57:18, 57:19, 57:22,

60:21, 60:24, 61:2, 61:10, 61:12, 61:17, 62:2, 62:3, 62:6, 63:8, 63:10, 63:12, 65:6, 65:9, 67:6, 67:7, 67:13, 67:15, 68:4, 68:6, 68:9, 69:6, 69:8, 69:24, 70:3, 70:8, 70:9, 70:12, 71:6, 71:9, 71:22, 72:4, 72:20, 72:23, 73:23, 73:25, 74:3, 74:10, 74:11, 74:14, 74:21, 74:22, 74:25, 75:6, 75:8, 76:20, 76:22, 77:3, 77:4, 77:7, 78:16, 78:19, 79:20, 79:24, 81:3, 81:5, 81:7, 81:9, 81:18, 81:21, 83:22, 84:1, 86:4, 86:5, 86:8, 86:16, 86:17, 86:20, 86:23, 88:21, 88:24, 88:25, 89:2, 89:9, 89:10, 89:13, 89:19, 89:22, 91:7, 91:10, 91:13, 91:20, 91:22, 92:18, 92:20, 92:21, 92:25, 93:2, 93:23, 94:1, 97:22, 98:10, 98:13, 98:15, 98:17, 98:19, 98:20, 98:24, 99:4, 99:6, 99:21, 99:24
**MULLIN** [3] - 3:6, 3:10, 3:15
**multiple** [2] - 13:12, 34:24
**music** [5] - 7:20, 40:7, 41:4, 46:6, 49:10

**N**

**name** [18] - 10:8, 11:5, 11:13, 26:5, 27:14, 36:11, 36:18, 43:9, 82:24, 83:8, 83:17, 83:20, 84:4, 84:9, 84:13, 84:15, 84:25
**named** [1] - 48:5
**names** [2] - 53:20, 53:24
**NDA** [1] - 67:9
**necessarily** [3] - 13:17, 13:18, 50:9
**need** [7] - 9:10, 49:6, 49:17, 50:2, 69:24, 99:10, 99:13
**needed** [3] - 14:18, 15:1, 52:13

**never** [8] - 17:10, 38:17, 38:18, 38:25, 39:6, 44:11, 47:3, 48:3
**New** [3] - 45:12, 45:13, 48:15
**new** [5] - 18:12, 52:14, 71:15, 71:16, 72:1
**next** [10] - 8:19, 9:18, 9:25, 44:12, 49:16, 56:11, 64:24, 65:15, 74:5, 81:19
**NICOLE** [1] - 2:13
**night** [1] - 21:21
**nine** [1] - 12:22
**nobody** [1] - 88:10
**non** [1] - 43:17
**non-Caucasian** [1] - 43:17
**nondisclosure** [3] - 16:15, 16:21, 67:18
**none** [4] - 37:5, 77:24, 87:8, 97:11
**noon** [1] - 99:11
**note** [1] - 7:11
**nothing** [4] - 45:17, 76:9, 76:10, 77:25
**notice** [1] - 97:22
**notified** [1] - 16:1
**number** [6] - 24:20, 33:8, 34:14, 55:17, 73:2, 73:5
**Number** [26] - 9:8, 30:11, 30:16, 51:20, 55:7, 56:9, 56:24, 57:8, 57:21, 62:5, 63:11, 68:8, 70:11, 72:24, 72:25, 74:13, 74:24, 77:6, 81:8, 86:7, 86:19, 89:1, 89:12, 89:21, 93:1, 98:23
**Numbers** [1] - 99:5
**numbers** [1] - 9:13

**O**

**O.M.G** [56] - 5:12, 6:8, 8:6, 8:12, 15:13, 16:5, 18:15, 20:16, 20:20, 21:6, 26:2, 26:22, 27:7, 32:17, 32:19, 32:22, 40:21, 41:17, 42:9, 42:12, 42:16, 43:3, 43:9, 43:13, 43:18, 44:13, 45:18, 45:20, 45:22, 45:23, 46:2, 46:9, 47:11, 48:7, 48:22, 49:5, 49:23, 50:17,

51:14, 51:23, 51:24, 52:2, 52:7, 53:17, 82:15, 82:17, 82:18, 82:21, 82:25, 83:8, 83:15, 83:17, 83:21, 84:16, 97:21
**oath** [4] - 17:3, 17:5, 33:21, 60:3
**object** [1] - 30:6
**Objection** [1] - 11:14
**objection** [61] - 9:2, 9:3, 11:6, 11:16, 11:17, 13:24, 19:8, 19:21, 20:22, 22:21, 23:11, 24:6, 25:3, 25:24, 27:1, 27:22, 28:13, 30:4, 30:8, 30:14, 32:3, 33:6, 33:11, 38:14, 39:3, 42:18, 43:20, 44:5, 49:12, 51:17, 51:18, 55:4, 55:5, 56:6, 56:7, 56:22, 57:6, 57:19, 61:10, 62:3, 63:10, 68:6, 69:6, 70:9, 71:22, 73:23, 74:11, 74:22, 77:4, 79:20, 81:5, 83:22, 86:5, 86:17, 88:24, 89:10, 91:7, 91:11, 92:20, 99:3, 99:4
**objections** [1] - 98:21
**objective** [2] - 29:2, 29:3
**obligation** [1] - 48:19
**obsessed** [1] - 38:1
**obviously** [1] - 50:8
**OF** [7] - 1:2, 1:18, 2:1, 3:1, 100:1, 100:3, 100:4
**offer** [24] - 8:25, 9:4, 30:1, 30:2, 51:16, 55:3, 56:5, 56:21, 57:5, 57:18, 62:2, 63:9, 68:5, 70:8, 74:10, 74:21, 77:3, 81:3, 86:4, 86:16, 88:21, 89:9, 89:19, 99:9
**official** [1] - 58:18
**Official** [1] - 100:20
**OFFICIAL** [3] - 1:23, 100:1, 100:5
**officially** [1] - 97:6
**often** [1] - 21:21
**old** [3] - 22:20, 22:24, 23:3
**OMG** [64] - 1:10, 3:3,

3:4, 4:16, 5:19, 7:21, 8:5, 8:8, 15:6, 16:5, 19:2, 19:7, 20:10, 27:14, 27:19, 37:22, 38:2, 38:11, 39:7, 39:24, 42:2, 42:8, 42:12, 42:16, 43:2, 43:4, 43:8, 43:13, 43:18, 44:4, 44:14, 44:17, 44:24, 46:6, 46:25, 47:6, 47:10, 47:14, 47:16, 47:19, 47:22, 48:3, 48:8, 48:21, 49:6, 49:10, 49:21, 49:23, 59:25, 60:12, 67:25, 68:17, 76:15, 76:18, 80:7, 82:16, 83:15, 83:16, 84:11, 84:15, 84:25, 85:11, 97:9
**omg** [8] - 41:20, 42:7
**OMG_Diva_fashion1 .jpg** [1] - 4:18
**on-site** [7] - 57:24, 74:4, 74:7, 74:15, 74:18, 75:2, 76:6
**once** [3] - 46:8, 49:20, 85:21
**one** [62] - 7:11, 7:23, 13:4, 13:7, 15:11, 15:16, 15:19, 15:24, 16:2, 16:4, 16:12, 18:15, 19:5, 19:6, 20:8, 20:18, 27:6, 29:10, 29:11, 31:23, 32:16, 32:21, 33:10, 36:15, 39:8, 40:8, 45:9, 45:10, 46:18, 54:18, 54:20, 56:16, 58:14, 59:1, 62:15, 65:24, 67:24, 68:13, 69:2, 73:14, 75:19, 75:20, 77:11, 80:20, 81:11, 82:1, 87:13, 88:2, 88:7, 88:19, 89:14, 92:14, 94:21, 95:4, 96:4, 96:7, 96:9, 96:19, 97:16, 99:6
**one-to-one** [1] - 82:1
**ones** [6] - 12:1, 12:17, 39:10, 68:16, 94:2, 94:5
**ongoing** [1] - 36:17
**opening** [4] - 50:21, 50:25, 60:20, 60:22
**opinions** [1] - 98:3
**OR** [3] - 4:10, 5:4, 6:4
**order** [2] - 58:6, 67:3
**organized** [1] - 9:18

**original** [2] - 28:23, 81:23
**originality** [2] - 28:8, 96:25
**originally** [3] - 12:9, 51:22, 82:24
**orthographic** [1] - 71:17
**OSBOURNE** [1] - 4:3
**Osbourne** [3] - 8:19, 8:21, 99:7
**outfit** [15] - 60:12, 65:14, 65:18, 66:9, 66:15, 66:16, 67:23, 68:10, 68:14, 69:16, 77:16, 86:14, 86:15, 86:25, 97:5
**outfits** [1] - 59:25
**outline** [1] - 50:25
**outrageous** [1] - 54:9
**Outrageous** [4] - 43:9, 54:6, 83:4, 83:21
**outside** [1] - 53:13
**overall** [1] - 51:13
**overlays** [1] - 78:9
**overruled** [23] - 11:17, 11:18, 13:25, 19:10, 19:22, 20:23, 22:22, 23:15, 25:4, 28:15, 30:10, 32:6, 38:16, 39:5, 42:19, 44:7, 49:14, 61:14, 71:24, 74:1, 79:21, 83:24, 91:12
**own** [3] - 41:12, 88:17, 96:25
**ownership** [1] - 13:18

**P**

**p.m** [6] - 9:22, 33:2, 67:1, 99:25
**P.M** [2] - 1:19, 7:2
**packaging** [1] - 89:8
**PAGE** [1] - 4:2
**page** [10] - 25:14, 30:23, 33:1, 33:8, 35:7, 51:11, 55:15, 63:9, 68:5, 100:11
**pajama** [1] - 62:10
**pallet** [1] - 80:14
**pants** [17] - 64:13, 82:6, 82:8, 82:12, 93:18, 93:20, 93:21, 94:6, 94:8, 94:23, 95:13, 95:16, 96:7, 96:16, 96:19, 97:5
**part** [14] - 7:15, 22:15, 35:7, 42:22, 43:11, 52:7, 52:22, 53:12,

53:16, 77:16, 83:7, 94:23, 97:9, 97:10
**particular** [4] - 7:16, 31:21, 53:18, 82:9
**parties** [1] - 7:25
**parts** [9] - 23:9, 23:22, 24:4, 24:16, 24:17, 86:15
**party** [2] - 45:14, 48:16
**past** [1] - 36:5
**pattern** [1] - 86:14
**Pattern_Roller** [1] - 5:15
**patterns** [2] - 86:9, 86:25
**PAUL** [1] - 2:5
**Paula** [1] - 76:13
**people** [7] - 13:12, 18:22, 43:14, 50:2, 50:13, 53:19, 84:5
**people's** [1] - 79:19
**per** [2] - 21:24, 22:1
**percent** [1] - 53:25
**period** [4] - 18:14, 41:9, 76:15
**person** [6] - 41:14, 43:10, 45:5, 48:5, 52:18, 69:13
**personal** [1] - 21:15
**personally** [2] - 13:6, 13:7
**phone** [8] - 16:1, 17:17, 17:19, 17:21, 17:25, 18:2, 52:24, 52:25
**phonetic** [2] - 14:4, 25:22
**photo** [1] - 35:13
**Photo** [3] - 4:23, 5:11, 6:7
**photos** [4] - 52:10, 59:3, 59:24, 60:12
**phrase** [2] - 36:15, 52:21
**picture** [6] - 37:2, 61:25, 76:25, 78:21, 98:19
**pictured** [1] - 34:15
**pictures** [1] - 74:4
**pieces** [3] - 86:14, 89:6, 95:25
**pink** [7] - 62:11, 62:12, 77:20, 95:9, 95:19, 96:5
**Pinterest** [1] - 59:16
**PLAINTIFF** [1] - 2:3
**Plaintiff** [1] - 1:5
**PLAINTIFFS** [1] - 4:4
**PLAINTIFFS'** [1] -

10:2
**play** [2] - 8:24, 41:23
**played** [3] - 8:22, 8:24, 41:25
**pleather** [1] - 53:2
**ploh@willenken. com** [1] - 2:7
**plug** [1] - 55:12
**plus** [2] - 12:11, 12:17
**pockets** [1] - 82:11
**point** [8] - 15:9, 31:2, 32:17, 32:21, 33:15, 33:22, 77:22, 94:19
**points** [2] - 10:24, 97:1
**poofy** [1] - 93:18
**pop** [1] - 40:22
**popular** [2] - 37:12, 46:11
**portions** [2] - 8:24, 65:23
**pose** [4] - 78:16, 78:20, 78:23
**posed** [1] - 77:18
**position** [1] - 41:9
**positive** [1] - 45:12
**possibility** [1] - 99:11
**post** [2] - 9:1, 37:15
**posted** [2] - 25:13, 25:22
**posting** [1] - 25:16
**posts** [2] - 25:14, 25:19
**predominantly** [2] - 65:15, 66:1
**preliminary** [4] - 22:17, 71:20, 72:17, 99:12
**presence** [4] - 7:5, 7:9, 67:2, 98:7
**pretty** [7] - 22:23, 36:4, 36:10, 36:13, 66:18, 95:3
**PRETTY** [1] - 1:9, 3:4
**Pretty** [3] - 7:22, 8:3, 8:4
**previous** [3] - 46:16, 71:2, 72:13
**previously** [9] - 23:2, 32:20, 33:20, 44:20, 60:7, 64:22, 70:21, 76:4, 90:18
**Prez** [3] - 6:6, 64:24, 93:14
**primary** [1] - 13:13
**prints** [1] - 74:10
**Prism** [3] - 12:3, 14:6, 14:11
**private** [8] - 23:9, 23:22, 24:4, 24:16,

24:17
**Pro** [3] - 3:7, 3:11, 3:16
**Proceedings** [1] - 99:25
**proceedings** [1] - 100:10
**PROCEEDINGS** [1] - 1:18
**process** [18] - 51:1, 51:2, 54:18, 54:21, 58:2, 58:4, 58:11, 60:21, 60:24, 60:25, 61:4, 61:7, 62:14, 75:4, 76:2, 79:18, 90:3
**produced** [2] - 69:2, 92:15
**product** [4] - 8:6, 45:17, 45:18, 45:19
**project** [1] - 22:2
**projects** [1] - 22:3
**proper** [1] - 91:10
**property** [1] - 8:13
**proportions** [1] - 37:8
**proposed** [1] - 73:3
**prototype** [1] - 74:19
**prove** [1] - 27:19
**provide** [1] - 99:22
**public** [3] - 24:21, 24:22, 53:8
**public-facing** [1] - 53:8
**Pullins** [1] - 78:21
**purpose** [1] - 52:20
**purposes** [1] - 80:3
**purse** [1] - 65:12
**pursuant** [1] - 100:8
**put** [39] - 11:21, 22:6, 23:7, 23:20, 24:15, 25:19, 26:25, 27:5, 30:22, 35:18, 37:15, 37:16, 37:18, 37:22, 39:20, 39:24, 48:13, 48:14, 50:20, 50:22, 53:20, 55:17, 60:21, 60:24, 67:13, 69:19, 69:25, 70:1, 71:6, 72:20, 75:6, 75:25, 76:20, 78:16, 81:18, 84:15, 86:20, 93:23

**Q**

**Queen** [9] - 12:19, 23:5, 23:6, 35:11, 35:14, 36:9, 36:10, 36:12
**Queens** [2] - 14:7, 22:9

**questioning** [2] - 26:11, 26:15
**questions** [5] - 15:24, 16:13, 20:17, 20:25, 58:9
**quote** [3] - 39:24, 40:3, 40:5

**R**

**Rachel** [22] - 39:12, 39:15, 41:8, 41:16, 43:23, 44:15, 44:16, 45:15, 46:24, 47:5, 47:12, 49:9, 49:25, 50:14, 83:12, 83:14, 83:19, 84:4, 84:6, 84:8, 84:23, 85:6
**rad** [1] - 41:6
**raise** [3] - 49:4, 49:25, 99:6
**range** [2] - 22:23, 54:3
**rap** [1] - 42:15
**re** [1] - 4:13
**Re** [1] - 4:14
**reaction** [1] - 50:17
**read** [3] - 91:25, 92:3, 99:21
**Reading** [1] - 7:18
**reading** [1] - 52:6
**ready** [3] - 7:6, 45:13, 48:16
**real** [1] - 78:9
**realistic** [1] - 37:7
**really** [7] - 22:2, 28:17, 36:21, 53:8, 54:9, 63:21, 82:9
**REALTIME** [1] - 100:5
**reason** [3] - 31:9, 66:8, 85:3
**recalled** [1] - 85:20
**recalling** [1] - 26:8
**received** [50] - 9:7, 9:8, 21:25, 30:10, 30:11, 30:15, 30:16, 45:3, 51:19, 51:20, 55:6, 55:7, 56:8, 56:9, 56:23, 56:24, 57:7, 57:8, 57:20, 57:21, 62:4, 62:5, 63:11, 68:7, 68:8, 70:10, 70:11, 74:12, 74:13, 74:23, 74:24, 77:5, 77:6, 81:6, 81:8, 86:6, 86:7, 86:18, 86:19, 88:23, 89:1, 89:11, 89:12, 89:20, 89:21, 92:24, 93:1, 98:22, 98:23, 99:5

**Recess** [2] - 9:22, 67:1
**recite** [1] - 33:1
**recollection** [1] - 16:18
**recolored** [1] - 72:3
**record** [8] - 10:8, 17:16, 17:20, 91:3, 91:14, 92:9, 92:13, 98:11
**red** [1] - 65:23
**Redacted** [2] - 4:12, 6:10
**redacted** [1] - 99:1
**reference** [7] - 34:24, 35:1, 35:13, 44:12, 46:2, 95:15, 97:1
**referenced** [4] - 40:22, 41:2, 43:6, 59:3
**references** [1] - 52:20
**referencing** [2] - 40:21, 95:13
**referred** [2] - 18:19, 46:6
**referring** [6] - 31:22, 44:4, 44:13, 46:4, 70:20, 76:3
**refresh** [1] - 16:18
**regular** [3] - 64:11, 95:2, 98:1
**regular-sized** [1] - 95:2
**regulations** [1] - 100:12
**REJECTED** [3] - 4:11, 5:4, 6:4
**rejoined** [1] - 10:19
**related** [4] - 7:21, 21:1, 88:3, 88:8
**release** [3] - 57:16, 62:24, 70:20
**Release** [1] - 71:10
**released** [4] - 12:9, 22:10, 22:11, 71:16
**releases** [3] - 13:11, 72:1
**relevant** [2] - 46:11, 87:14
**remember** [21] - 17:2, 17:3, 17:8, 17:9, 17:13, 24:20, 25:13, 25:21, 26:3, 26:4, 31:23, 38:11, 59:18, 59:24, 60:2, 60:11, 66:24, 68:1, 82:25, 85:18, 98:2
**remind** [1] - 74:13
**Remix** [4] - 4:14, 97:13, 97:20, 97:21
**remix** [1] - 31:4
**repeat** [5] - 20:24,

23:18, 24:11, 25:5, 33:7
**replica** [2] - 28:6, 28:7
**reported** [5] - 8:22, 19:16, 20:4, 41:25, 100:10
**REPORTER** [3] - 1:23, 100:1, 100:6
**Reporter** [1] - 100:20
**REPORTER'S** [1] - 1:18
**reproduce** [2] - 28:9, 28:23
**reproduction** [2] - 28:7, 28:22
**repugnant** [1] - 25:19
**reread** [1] - 7:14
**rereading** [1] - 7:16
**research** [10] - 43:24, 44:1, 47:18, 50:6, 50:8, 50:9, 50:11, 50:16, 59:21, 76:16
**researcher** [1] - 47:6
**researching** [3] - 44:3, 50:6, 59:20
**resigned** [1] - 14:23
**responded** [1] - 45:4
**responding** [1] - 33:24
**responds** [1] - 41:5
**response** [1] - 55:23
**responsibility** [2] - 79:6, 79:23
**responsible** [1] - 79:14
**rest** [1] - 40:11
**restroom** [1] - 9:18
**reveal** [1] - 23:25
**revealed** [1] - 24:3
**review** [1] - 22:13
**reviewed** [2] - 79:4, 79:7
**reviewing** [1] - 79:14
**rgreen@ sheppardmullin. com** [1] - 3:14
**rhinestone** [1] - 35:25
**rhinestone-studded** [1] - 35:25
**rhinestones** [1] - 36:21
**RICHERT** [1] - 3:10
**RICHTER** [2] - 3:6, 3:15
**rights** [3] - 8:13, 79:5, 79:9
**rise** [3] - 9:21, 66:25, 98:6
**ROBERT** [1] - 3:11
**Rodriguez** [3] - 81:22,

82:13, 82:16
**Roller** [33] - 5:19, 6:6, 6:8, 12:2, 13:8, 13:10, 13:16, 13:20, 80:9, 80:11, 80:14, 80:19, 80:20, 80:24, 81:10, 81:11, 81:14, 81:22, 82:8, 82:13, 85:22, 85:23, 86:2, 86:13, 86:24, 88:19, 89:17, 89:24, 90:3, 93:8, 93:14, 96:4, 98:19
**ROOM** [1] - 1:24
**Runway** [2] - 12:3, 13:4

# S

**sales** [1] - 18:5
**sample** [7] - 57:15, 74:4, 74:7, 74:15, 74:18, 74:19
**samples** [3] - 57:24, 75:2, 76:6
**sand** [2] - 48:13, 48:15
**SANTA** [3] - 1:20, 1:24, 7:1
**satin** [1] - 53:1
**satire** [1] - 53:22
**save** [1] - 88:6
**saw** [11] - 38:25, 40:17, 60:20, 64:24, 68:13, 70:17, 70:22, 77:11, 78:12, 84:3, 97:14
**scheme** [1] - 69:15
**screen** [1] - 97:17
**sculpt** [4] - 52:14, 52:16, 52:19, 70:20
**search** [2] - 59:16, 84:21
**searched** [4] - 69:1, 73:20, 87:25
**seated** [2] - 24:9, 67:3
**second** [8] - 31:2, 31:4, 33:10, 45:10, 66:1, 68:5, 73:12, 97:16
**seconds** [2] - 41:24, 45:13
**Section** [1] - 100:8
**see** [36] - 24:16, 33:23, 33:24, 35:22, 38:10, 46:25, 48:2, 49:1, 50:2, 51:3, 62:14, 64:20, 65:21, 67:23, 68:23, 69:18, 73:21, 77:19, 77:22, 78:4, 78:11, 78:13, 78:25,

79:2, 86:9, 87:13, 89:24, 93:4, 93:7, 93:8, 93:11, 95:9, 95:22, 97:3, 97:17, 98:4
**seeing** [1] - 26:5
**seek** [1] - 8:8
**sees** [2] - 23:8, 23:21
**selling** [1] - 82:17, 82:18
**SELNA** [1] - 1:3
**sense** [1] - 65:2
**sent** [4] - 7:11, 39:15, 44:15, 49:9
**sentiment** [1] - 53:25
**sentiments** [1] - 54:14
**separate** [5] - 26:12, 73:6, 75:16, 90:2, 95:25
**separately** [2] - 72:16, 73:5
**September** [1] - 100:15
**SEPTEMBER** [2] - 1:19, 7:1
**series** [1] - 61:11
**Series** [7] - 5:19, 6:5, 65:10, 65:21, 66:13, 90:20
**session** [1] - 67:4
**set** [7] - 12:8, 34:9, 41:13, 45:15, 97:12, 97:13, 97:20
**seven** [8] - 11:2, 11:10, 11:25, 12:4, 12:10, 12:22, 54:20, 58:15
**several** [1] - 99:7
**shape** [1] - 95:13
**shapes** [1] - 86:1
**shared** [3] - 53:10, 53:11, 69:11
**sharing** [1] - 53:9
**sheen** [1] - 96:11
**SHEPPARD** [3] - 3:6, 3:10, 3:15
**shift** [1] - 82:10
**shiny** [3] - 94:5, 96:9, 96:20
**Shir** [6] - 18:16, 19:7, 19:16, 19:23, 20:9, 20:12
**Shir-Ami** [6] - 18:16, 19:7, 19:16, 19:23, 20:9, 20:12
**shirt** [4] - 62:10, 62:13, 65:23, 94:10
**shirts** [1] - 94:12
**shoe** [1] - 65:24
**shoes** [1] - 65:23, 72:2

**short** [3] - 41:23, 53:4, 94:10
**shorthand** [1] - 31:17
**shorts** [7] - 63:25, 73:16, 77:15, 81:1, 95:5, 96:17, 97:4
**show** [8] - 27:20, 32:24, 41:13, 53:18, 72:8, 89:6, 92:13, 98:16
**showed** [7] - 50:20, 50:25, 54:10, 63:18, 70:21, 72:13, 73:3
**showing** [1] - 76:9, 76:10
**shown** [23] - 11:23, 12:4, 22:7, 35:8, 35:20, 37:19, 39:22, 50:23, 55:18, 60:23, 61:1, 64:2, 65:8, 70:2, 71:8, 72:22, 75:7, 78:18, 81:20, 86:22, 90:1, 93:25, 96:1
**shows** [3] - 19:3, 63:21, 99:2
**sic** [2] - 33:2, 92:23
**side** [9] - 35:18, 57:17, 64:13, 78:16, 78:17, 86:20, 86:21, 91:25
**sign** [3] - 16:15, 16:20, 67:9
**similar** [13] - 28:11, 28:17, 28:25, 29:2, 29:5, 29:11, 29:17, 70:14, 70:15, 78:23, 82:3, 95:8, 95:14
**similarities** [5] - 37:3, 67:24, 68:16, 82:2, 82:5
**simple** [1] - 43:11
**sister** [7] - 45:14, 48:17, 62:8, 62:9, 62:18, 94:13, 97:3
**sisters** [3] - 52:19, 54:8, 93:12
**site** [9] - 57:24, 59:21, 60:13, 74:4, 74:7, 74:15, 74:18, 75:2, 76:6
**six** [1] - 15:5
**sized** [1] - 95:2
**Skater_REVISED** [1] - 5:15
**sketch** [26] - 56:2, 56:12, 63:4, 63:13, 63:15, 63:17, 64:3, 64:20, 66:10, 68:20, 71:3, 71:20, 72:15, 72:17, 73:2, 73:10,

73:15, 80:18, 80:20, 80:21, 80:23, 80:25, 81:10, 81:23, 87:4
**sketches** [2] - 22:18, 77:11, 77:24, 78:6, 78:8, 81:11, 96:1
**Sketching** [1] - 72:24
**sketching** [2] - 75:19, 75:24, 76:1
**skirt** [3] - 4:13, 27:8, 53:4
**skirts** [1] - 27:6
**sleeping** [1] - 62:13
**Sleepy** [7] - 4:23, 61:25, 62:10, 62:19, 64:23, 69:15, 95:18
**sleepy** [1] - 62:19
**Sleepy_Sweater.jpg** [1] - 5:10
**sleeves** [3] - 36:5, 64:19, 94:10
**slide** [2] - 50:22, 60:22
**slight** [1] - 36:10
**slightly** [1] - 82:22
**slippers** [1] - 62:12
**sliver** [1] - 77:19
**small** [1] - 64:9
**so..** [1] - 13:21
**social** [1] - 37:13
**socks** [3] - 62:13, 64:25, 66:6
**sold** [1] - 12:8
**someone** [2] - 19:18, 20:2
**sometime** [1] - 16:11
**sometimes** [1] - 21:21
**somewhere** [1] - 16:4
**song** [6] - 40:18, 40:24, 41:3, 41:4, 43:1, 44:13
**songs** [1] - 42:24
**sorry** [32] - 11:8, 13:5, 14:21, 16:6, 17:12, 20:24, 23:18, 24:12, 24:22, 25:5, 33:19, 36:12, 36:24, 53:14, 58:8, 60:9, 62:24, 63:6, 67:11, 69:21, 69:23, 69:24, 70:15, 72:13, 79:12, 81:3, 90:23, 96:14
**sort** [2] - 38:1, 43:5
**SOUTHERN** [1] - 1:2
**SPAAN** [3] - 1:23, 100:5, 100:19
**Spaan** [1] - 100:20
**spandex** [2] - 82:6, 82:12
**spandex-looking** [1] - 82:12

**sparkles** [1] - 36:20
**specific** [2] - 44:25, 88:18
**specifically** [10] - 34:7, 39:7, 50:8, 51:11, 54:11, 59:1, 59:14, 79:17, 85:18, 94:6
**specify** [1] - 32:18
**speculation** [10] - 11:6, 13:24, 19:8, 19:21, 22:21, 42:18, 43:20, 44:5, 69:6, 73:24
**spelling** [1] - 10:8
**spirit** [1] - 54:12
**spirits** [1] - 43:6
**splits** [1] - 99:20
**spot** [1] - 25:22
**stand** [5] - 11:15, 27:16, 33:25, 37:5, 67:20
**standing** [1] - 85:10
**stands** [2] - 43:9, 54:5
**start** [5] - 22:25, 51:14, 54:19, 55:9, 97:23
**started** [2] - 48:16, 58:10
**starter** [1] - 31:16
**starting** [6] - 32:17, 32:21, 33:15, 33:22, 53:16, 97:1
**STATE** [1] - 100:4
**state** [1] - 10:7
**statement** [1] - 50:25
**statements** [1] - 31:11
**States** [3] - 100:6, 100:8, 100:13
**STATES** [1] - 1:1
**static** [3] - 90:22, 90:23, 92:5
**stay** [1] - 18:8
**stayed** [1] - 90:24
**stenographically** [1] - 100:10
**step** [4] - 58:1, 70:16, 73:14, 74:5
**Stephens** [1] - 13:3
**steps** [7] - 49:10, 49:22, 51:1, 51:5, 62:15, 73:14, 76:2
**still** [8] - 17:22, 21:12, 37:5, 46:11, 77:19, 85:10, 95:9, 95:21
**stood** [2] - 83:9, 84:13
**stop** [1] - 99:11
**story** [5] - 75:13, 85:10, 85:13, 95:18, 95:21

**STREET** [1] - 1:24
**Street** [4] - 2:9, 3:7, 3:12, 3:16
**stripe** [1] - 77:20
**striped** [1] - 96:16
**stripes** [6] - 64:12, 64:13, 64:14, 93:20, 93:21, 94:8
**studded** [2] - 35:25, 36:1
**style** [1] - 34:4
**stylist** [1] - 77:18
**subject** [1] - 40:14
**submitted** [4] - 79:10, 79:11, 84:20, 98:4
**substantially** [3] - 28:11, 28:25, 29:5
**subtracted** [3] - 92:9, 92:14, 93:5
**suddenly** [4] - 23:8, 23:21, 46:7, 46:25
**sued** [1] - 15:6
**suggest** [1] - 9:17
**suit** [3] - 23:25, 66:18, 73:12
**Suite** [8] - 2:6, 2:10, 2:14, 2:18, 2:22, 3:8, 3:12, 3:16
**Super** [5] - 4:14, 12:14, 34:8, 35:16, 97:21
**supervision** [1] - 14:8
**suppose** [1] - 29:7
**supposed** [1] - 46:18
**supposedly** [1] - 62:7
**surprise** [3] - 25:2, 25:9, 26:7
**Surprise** [36] - 4:14, 4:23, 5:11, 5:19, 6:7, 8:6, 8:12, 12:15, 22:20, 27:7, 32:18, 34:8, 35:16, 36:6, 36:16, 40:21, 41:17, 45:20, 45:21, 47:11, 51:24, 52:14, 54:4, 54:5, 82:18, 82:22, 82:25, 83:17, 83:20, 88:16, 97:13, 97:20, 97:21
**surprises** [3] - 24:23, 24:25, 89:7
**sustained** [4] - 27:25, 28:2, 43:21, 69:7
**sweat** [1] - 73:12
**sweatpants** [3] - 64:1, 64:5, 95:5
**sweats** [2] - 64:7, 79:3
**sweatshirt** [2] - 64:1, 73:17
**swimsuit** [1] - 24:2

**SWORN** [1] - 10:2

**T**

**T.I** [3] - 1:7, 18:24, 19:3
**TAMEKA** [1] - 3:3
**Tameka** [1] - 8:2
**tape** [12] - 23:8, 23:22, 24:1, 24:3, 24:16, 24:18, 25:1, 25:8, 25:11, 26:9, 27:5, 27:6
**teal** [1] - 82:10
**team** [9] - 15:13, 25:2, 25:9, 41:15, 50:11, 53:9, 53:10, 53:13, 79:11
**team's** [1] - 79:22
**Telephone** [2] - 35:19, 36:3
**ten** [2] - 14:18, 66:22
**ten-minute** [1] - 66:22
**terms** [1] - 65:2
**testified** [16] - 11:3, 11:11, 12:1, 13:9, 13:15, 14:18, 15:1, 17:2, 32:16, 38:25, 41:1, 45:3, 59:7, 60:2, 73:25, 91:8
**testify** [8] - 20:15, 20:19, 21:6, 21:8, 23:2, 32:20, 90:18, 91:9
**testifying** [3] - 47:2, 47:3, 59:18
**testimony** [12] - 11:14, 11:17, 27:16, 32:25, 33:4, 33:5, 33:25, 37:5, 39:4, 67:13, 67:20, 83:23
**Texas** [2] - 3:8, 3:13
**text** [1] - 52:25
**THE** [114] - 4:4, 7:6, 7:8, 7:10, 9:2, 9:7, 9:10, 9:14, 9:20, 9:21, 9:23, 9:25, 10:3, 10:6, 10:7, 10:9, 11:7, 11:8, 11:15, 11:18, 11:19, 13:25, 19:10, 19:11, 19:22, 19:23, 20:23, 20:24, 22:22, 22:23, 23:14, 24:8, 24:11, 25:4, 25:5, 25:25, 26:10, 26:14, 27:2, 27:10, 27:25, 28:2, 28:15, 28:16, 30:4, 30:8, 30:10, 30:13, 30:15, 32:6, 32:8,

33:1, 33:6, 38:16, 38:17, 39:5, 39:6, 42:19, 42:20, 43:21, 44:7, 44:8, 49:14, 49:15, 51:17, 51:19, 55:4, 55:6, 56:6, 56:8, 56:23, 57:7, 57:20, 61:13, 61:14, 61:15, 62:4, 66:21, 66:25, 67:3, 67:5, 68:7, 69:7, 70:10, 71:24, 71:25, 74:1, 74:2, 74:12, 74:23, 77:5, 79:21, 79:22, 81:6, 83:24, 83:25, 86:6, 86:18, 88:23, 89:11, 89:20, 91:12, 91:21, 92:23, 97:25, 98:6, 98:8, 98:11, 98:14, 98:16, 98:22, 99:3, 99:10, 99:23
**theme** [6] - 62:15, 62:23, 75:10, 75:11, 89:25, 90:8
**therefore..** [1] - 31:5
**thick** [11] - 77:13, 77:23, 78:4, 78:7, 79:1, 94:14, 94:19, 94:21, 94:25, 95:3, 95:23
**thicknesses** [1] - 78:9
**thigh** [2] - 52:11, 53:2
**thigh-high** [2] - 52:11, 53:2
**thinking** [2] - 43:6, 43:13
**thinner** [1] - 77:12
**Thompson** [8] - 18:17, 18:24, 19:2, 19:7, 19:16, 19:23, 20:9, 20:12
**thousand** [1] - 31:6
**thousands** [1] - 69:1
**three** [6] - 13:6, 22:9, 22:12, 64:14, 84:5, 94:4
**throwing** [1] - 48:17
**tie** [1] - 38:3
**tight** [3] - 82:12, 96:7, 96:19
**tight-fitting** [1] - 82:12
**Tiny** [2] - 18:24, 19:3
**Title** [1] - 100:8
**today** [2] - 15:25, 58:24
**together** [5] - 7:18, 13:17, 13:19, 76:1, 95:6
**tomorrow** [5] - 98:1, 99:9, 99:11, 99:14,

99:15
**tone** [2] - 51:25, 90:15
**tonight** [1] - 99:14
**took** [2] - 49:10, 49:22
**top** [15] - 24:14, 24:19, 28:6, 53:5, 61:22, 73:16, 73:17, 74:15, 74:19, 75:11, 93:7, 93:11, 94:7, 95:4, 95:10
**topic** [1] - 97:23
**Tot** [16] - 4:23, 23:5, 23:7, 23:20, 26:22, 26:25, 27:4, 35:10, 35:14, 36:1, 36:19, 52:14, 61:25, 62:7, 62:16, 62:23
**total** [1] - 10:22
**Tots** [3] - 18:16, 26:8, 93:13
**touch** [1] - 45:11
**tour** [3] - 59:25, 60:12, 68:17
**toy** [2] - 7:23, 40:23
**toys** [1] - 42:22
**track** [1] - 43:4
**tracksuit** [4] - 59:12, 59:16, 62:21, 66:14
**trade** [11] - 8:7, 11:4, 11:12, 27:13, 27:20, 31:11, 79:5, 79:8, 79:15, 79:19, 80:4
**Transcript** [1] - 1:5
**transcript** [2] - 100:9, 100:11
**TRANSCRIPT** [1] - 1:18
**translation** [1] - 97:2
**treading** [2] - 24:7, 30:6
**trend** [2] - 59:20, 60:13
**trends** [3] - 59:21, 59:22, 71:17
**trendy** [1] - 41:14
**trial** [8] - 11:3, 11:11, 33:4, 63:1, 63:2, 73:21, 73:22, 87:9
**TRIAL** [2] - 1:13, 1:18
**tried** [1] - 34:14
**true** [3] - 21:19, 30:19, 100:9
**TRUJILLO** [6] - 2:21, 9:3, 9:15, 33:7, 99:4, 99:6
**TRUJILLO-JAMISON** [6] - 2:21, 9:3, 9:15, 33:7, 99:4, 99:6
**trust** [1] - 8:14
**truth** [2] - 17:6, 85:13

try [1] - 50:16
TSR5.png [1] - 6:10
TUESDAY [2] - 1:19,
7:1
turn [6] - 29:20, 56:1,
57:1, 57:13, 90:16,
97:12
TV [1] - 41:11
tweet [6] - 37:15,
37:21, 37:23, 38:5,
38:18, 38:24
tweeted [1] - 38:12
twist [1] - 36:10
Twitter [2] - 38:9,
38:10
two [32] - 7:21, 12:11,
12:14, 12:23, 13:5,
14:3, 14:6, 18:5,
20:17, 20:25, 29:10,
57:10, 72:14, 73:13,
76:2, 77:10, 77:12,
77:21, 77:22, 78:5,
78:7, 78:9, 85:17,
94:17, 95:4, 95:25,
96:10, 96:14, 96:16,
98:13, 98:24
TX [1] - 3:17
types [1] - 52:5
typical [1] - 36:14
typically [1] - 13:12

U

U.S [1] - 1:3
ultimately [1] - 44:17
UMBERG [1] - 2:8
unbox [1] - 88:16
unboxing [1] - 41:13
undated [3] - 63:15,
68:20, 75:19
under [7] - 14:8, 17:3,
17:5, 30:23, 33:21,
60:3, 82:15
underneath [1] - 64:1,
79:3, 83:5
underwear [2] - 36:20,
36:22
United [3] - 100:6,
100:8, 100:13
UNITED [1] - 1:1
unnamed [2] - 84:6,
84:8
unofficial [1] - 97:9
unofficially [7] -
30:19, 31:3, 31:9,
31:14, 31:20, 32:1,
97:6
up [43] - 9:12, 11:21,
12:11, 12:15, 21:3,
22:6, 30:22, 37:15,

37:18, 37:22, 39:20,
45:15, 49:16, 49:17,
50:20, 50:22, 54:3,
54:4, 55:17, 58:25,
59:19, 60:21, 60:24,
65:6, 67:13, 69:19,
69:25, 70:1, 71:6,
71:7, 72:20, 75:6,
76:20, 78:16, 80:24,
81:18, 83:9, 93:23,
95:12, 95:15, 96:23,
96:25, 99:10
update [1] - 99:20
upper [4] - 23:9,
23:22, 24:4, 24:16

V

Vargas [1] - 69:24
verbally [2] - 76:11,
76:12
verbiage [1] - 60:10
version [1] - 93:24
versus [3] - 70:20,
77:17, 78:9
vibe [2] - 34:4, 52:3
Vice [3] - 3:7, 3:11,
3:16
video [25] - 35:19,
36:3, 38:2, 38:12,
38:18, 38:23, 38:25,
39:16, 39:25, 40:7,
40:10, 40:18, 40:24,
41:4, 41:24, 42:17,
43:14, 44:4, 44:17,
46:15, 47:15, 47:16,
48:9, 49:10, 49:21
videos [3] - 24:24,
39:7, 46:6
Videotape [1] - 41:25
videotaped [1] - 4:3
Videotaped [1] - 8:21
view [1] - 57:17
visible [4] - 64:18,
77:15, 78:8, 96:2
VOL [1] - 1:13
vs [2] - 1:6, 1:11

W

Wagner [1] - 99:1
waistband [18] - 64:4,
64:7, 64:10, 64:11,
77:12, 77:15, 78:7,
79:1, 79:2, 94:14,
94:19, 95:1, 95:2,
95:3, 95:5, 95:23,
95:24
waistbands [6] -
77:10, 77:13, 77:21,

77:23, 78:5, 95:4
wardrobe [1] - 41:13
WAS [1] - 10:2
watched [5] - 38:11,
38:22, 41:4, 42:4,
47:14
watching [2] - 46:19,
47:1
water [5] - 23:8, 23:21,
24:3, 24:15, 36:16
wear [5] - 53:19,
53:20, 53:21, 53:22,
53:23
wearing [5] - 36:6,
36:8, 36:21, 52:11,
94:17
website [1] - 59:20
weight [1] - 7:17
weighted [1] - 45:23
WEST [1] - 1:24
WESTMORELAND [1]
- 3:15
WGSN [2] - 59:19,
60:12
WHAT [1] - 41:6
white [19] - 23:24,
62:20, 62:21, 65:22,
67:23, 68:10, 69:10,
69:16, 73:12, 75:14,
75:20, 76:10, 79:3,
93:17, 94:10, 95:16,
95:18, 95:19
whole [4] - 41:20,
60:24, 85:14, 85:16
wide [6] - 63:24, 64:2,
64:9, 68:23, 68:25,
77:8
WILLENKEN [4] -
2:12, 2:16, 2:20
Wilshire [4] - 2:5,
2:13, 2:17, 2:21
WILSON [57] - 2:17,
11:6, 11:14, 11:17,
13:24, 19:8, 19:21,
20:21, 22:21, 23:11,
24:6, 24:10, 25:3,
25:24, 27:1, 27:22,
28:13, 30:5, 30:9,
30:14, 32:3, 33:4,
33:10, 38:14, 39:3,
42:18, 43:20, 44:5,
49:12, 51:18, 55:5,
56:7, 56:22, 57:6,
57:19, 61:10, 62:3,
63:10, 68:6, 69:6,
70:9, 71:22, 73:23,
74:11, 74:22, 77:4,
79:20, 81:5, 83:22,
86:5, 86:17, 88:24,
89:10, 91:7, 92:20,

98:17, 98:20
Windellyn [2] - 8:19,
8:21
WINDELLYN [1] - 4:3
WITHDRAWN [3] -
4:10, 5:3, 6:3
witness [8] - 8:19,
9:19, 9:25, 32:24,
70:1, 70:2, 73:25
WITNESS [24] - 9:25,
10:2, 10:9, 11:8,
11:19, 19:11, 19:23,
20:24, 22:23, 24:11,
25:5, 28:16, 32:8,
38:17, 39:6, 42:20,
44:8, 49:15, 61:13,
61:15, 71:25, 74:2,
79:22, 83:25
witness's [1] - 83:23
WITNESSES [1] - 4:2
witnesses [1] - 8:20
woman [1] - 96:15
women [1] - 52:10
word [1] - 36:15
words [1] - 53:5
wore [2] - 67:25, 68:17
work-life [1] - 46:12
world [1] - 40:23
worn [1] - 95:6
worries [1] - 53:15
write [1] - 99:23
writing [1] - 24:18
written [1] - 53:5
wrote [4] - 31:7,
41:19, 42:7, 48:2

Y

year [7] - 10:19, 10:25,
18:4, 18:7, 22:10,
38:5, 87:18
Year's [3] - 45:12,
45:14, 48:16
years [9] - 14:18,
22:20, 22:24, 23:3,
34:22, 37:16, 44:25,
85:17, 85:19
yellow [3] - 24:1,
24:14, 24:18
yellow-and-black [1] -
24:1
YouTube [3] - 39:16,
41:12, 49:10

Z

Z42.png [1] - 6:9
zero [1] - 39:11
ZIPSER [1] - 2:8

"

"T.I." [1] - 3:3
"TINY" [1] - 3:3

–

– [1] - 1:13