1          **UNITED STATES DISTRICT COURT**

2      **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

3        **HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

4
   MGA ENTERTAINMENT, INC.,              )
5                                        )
                   Plaintiff,            )    **Certified Transcript**
6                                        )
          vs.                            )    Case No.
7                                        )    CV-20-11548-JVS
   CLIFFORD T.I. HARRIS, et al.,         )
8                                        )
                   Defendants.           )
9  _____       )
   GRAND HUSTLE, LLC, PRETTY             )
10 HUSTLE, LLC, and OMG GIRLZ LLC,       )
                                         )
11                 Counter-Claimants,    )
          vs.                            )
12                                       )
   MGA ENTERTAINMENT, INC., ISAAC        )
13 LARIAN, and DOES 1 - 10,              )    **TRIAL DAY 10, VOL. II**
   inclusive,                            )
14                                       )
                   Counter-Defendants.   )
15 _____       )

16

17

18          REPORTER'S TRANSCRIPT OF PROCEEDINGS
                      JURY TRIAL
19          WEDNESDAY, SEPTEMBER 18, 2024
                      1:30 P.M.
20              SANTA ANA, CALIFORNIA

21

22  _____

23          **DEBBIE HINO-SPAAN, CSR 7953, CRR**
                FEDERAL OFFICIAL COURT REPORTER
24              411 WEST 4TH STREET, ROOM 1-053
                  SANTA ANA, CA 92701
25                dhinospaan@yahoo.com


**UNITED STATES DISTRICT COURT**

1          **APPEARANCES OF COUNSEL:**

2

3     **FOR PLAINTIFF AND COUNTER-DEFENDANTS MGA ENTERTAINMENT, INC., a California Corporation:**

4

5              WILLENKEN LLP
               BY:  PAUL J. LOH, ESQ.

6              707 Wilshire Boulevard
               Suite 3850

7              Los Angeles, California 90017
               213-955-9240

8              ploh@willenken.com

9              UMBERG ZIPSER LLP
               BY:  MARK A. FINKELSTEIN, ESQ.

10             1920 Main Street
               Suite 750

11             Irvine, California 92614
               949-679-0052

12             mfinkelstein@umbergzipser.com

13             WILLENKEN LLP
               BY:  BREEANNA NICOLE BREWER, ATTORNEY AT LAW

14             707 Wilshire Boulevard
               Suite 3850

15             Los Angeles, California 90017
               213-955-9240

16             bbrewer@willenken.com

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1
APPEARANCES OF COUNSEL
(Continued:)

2

3      **FOR DEFENDANTS AND COUNTER-CLAIMANTS CLIFFORD "T.I." HARRIS, an
Individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC,
4      a Delaware limited liability company; and DOES 1 - 10
inclusive; GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ
5      LLC:**

6              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
               BY:  JOHN R. KEVILLE, ESQ.
7                   Pro Hac Vice
               700 Louisiana Street
8              Suite 2750
               Houston, Texas 77002-2791
9              713-431-7113
               jkeville@sheppardmullin.com
10

11             SHEPPARD MULLIN RICHERT & HAMPTON LLP
               BY:  ROBERT L. GREEN, ESQ.
                    Pro Hac Vice
12             700 Louisiana Street
               Suite 2750
13             Houston, Texas 77002
               713-431-7100
14             rgreen@sheppardmullin.com

15             SHEPPARD MULLIN RICHTER & HAMPTON LLP
               BY:  CHANTE B. WESTMORELAND, ATTORNEY AT LAW
16                  Pro Hac Vice
               700 Louisiana Street, Suite 2750
17             Houston, TX 77002
               713-431-7100
18             Fax: 713-431-7101
               Email: Cwestmoreland@sheppardmullin.com

19

20     **ALSO PRESENT:**

21             Ryan Knecht, defendant's IT technician
               Allen Eaton, plaintiffs' IT technician
22             Jordan Fader, plaintiffs' IT technician

23

24

25

1                        **I N D E X**

2  **WITNESSES**                                                **PAGE**

3  **BRUCE ISAACSON, CALLED BY THE DEFENDANT**
       Direct Examination by Mr. Wilson (continued)          6
4      Cross-Examination by Mr. Keville                      18
       Redirect Examination by Mr. Wilson                    91
5
   **LORA STEPHENS, CALLED BY THE DEFENDANT**
6      Direct Examination by Mr. Wilson                     102

7

8

9

10

11

12

13

14

15                        **EXHIBITS**

16                                                    **WITHDRAWN**
                                            **IN**        **OR**
17  **EXHIBIT**                         **EVIDENCE**  **REJECTED**

18  533      IO-39493 LOL SURPRISE! Ethnic       60
             Wave 4.pdf
19
    421      Walmart Search "OMG Girlz"          68
20

21

22

23

24

25

                   **UNITED STATES DISTRICT COURT**

|  |  |
|---|---|
| 1 | **SANTA ANA, CALIFORNIA; WEDNESDAY, SEPTEMBER 18, 2024** |
| 2 | **1:30 P.M.** |
| 3 | **- - -** |
| 4 |  |
| 01:30PM 5 | **(Out of the presence of the jury.)** |
| 6 | MR. FINKELSTEIN:  May I, Your Honor? |
| 7 | THE COURT:  Go ahead. |
| 8 | MR. FINKELSTEIN:  I handed up a post-curative |
| 9 | instruction on the Maggie Wong issue, giving a copy to counsel. |
| 01:30PM 10 | I think they're editing it now. |
| 11 | THE COURT:  Well, have you confirmed whether she |
| 12 | was, in fact, the 30(b)(6) witness? |
| 13 | MR. KEVILLE:  I have not, Your Honor.  I was getting |
| 14 | ready for this witness. |
| 01:30PM 15 | THE COURT:  Take it up when he's had a chance to |
| 16 | look at it. |
| 17 | MR. KEVILLE:  Thank you, Your Honor. |
| 18 | MR. FINKELSTEIN:  Okay. |
| 19 | THE COURT:  Bring the jury in, please. |
| 01:30PM 20 | **(In the presence of the jury.)** |
| 21 | THE COURT:  Good afternoon, ladies and gentlemen. |
| 22 | Mr. Wilson. |
| 23 | /// |
| 24 | /// |
| 01:31PM 25 | /// |

<u>**BRUCE ISAACSON, PREVIOUSLY SWORN, RESUMES THE STAND**</u>

**DIRECT EXAMINATION (Continued)**

BY MR. WILSON:

Q    Dr. Isaacson, I think we just started this slide when we took our lunch break.  So can you walk the jury through this slide, please.

A    Yes.

Good afternoon.  This slide is a summary of the confusion measures from my likelihood of confusion survey.  And in the first question, confusion as to source, the results were 0.0 percent, meaning there was no measured confusion as to who makes the dolls.

In the second question series, the measures were also 0.0 percent, meaning there was no measured confusion as to whether the maker of the dolls makes something else.

And then in the third question series, confusion as to permission or approval, the results were also 0.0 percent, meaning there was no measured confusion as to whether the maker of the dolls received permission or approval to make the dolls.  So when you add those up, it's still 0.0 percent.

Q    Thank you, Dr. Isaacson.  Can we move on to the next slide, please.

Can you walk the jury through your likelihood of confusion survey conclusions.

A    Yes.  So based on the results of the survey, as I just

01:33PM

1  mentioned, there was no measured confusion as to source, there

2  was no measured confusion as to other products or services, and

3  there was no measured confusion as to permission or approval,

4  so there was no measured confusion at all in the survey.  And

5  based on that, the next slide contains my conclusions based on

6  those results.

7          There are three possible ways to -- three possible

8  conclusions that I draw from the results of the survey.  One

9  conclusion is that the dolls are not confusingly similar to the

10  OMG Girlz, and that alone would explain the results of the

11  survey and why they're zero percent.

12          There's a second conclusion.  And the second

13  conclusion is that the OMG Girlz are not well-known.  And what

14  I mean to say there is that if Ms. Harris and the OMG Girlz

15  were not correct, and the OMG Girlz are not well-known, then

16  that would also explain the results of the survey.

17          And then there's a third possibility, which is that

18  both of those first two conclusions are true.  I can't say

19  which of these three is the specific conclusion that I draw

20  from the survey, but it's one of those three.

21  Q    And, again, Dr. Isaacson, can you remind myself and the

22  jury what's the percentage standard for likelihood of confusion

23  survey?

24  A    It's very far above what the results are from this survey.

25  It would be in the range of 15 to 20 percent, approximately

```
  1   that, typically.

  2   Q    And just so we're clear here, if the survey came back at

  3   1 percent, would that change these conclusions?

  4   A    It would not.

01:34PM  5   Q    All right.  Thank you very much.

  6            MR. WILSON:  Can we move on, please?

  7            (Document shown.)

  8   BY MR. WILSON:

  9   Q    So we're going to talk about a second survey, a different

01:35PM 10   survey, the likeness survey.

 11            Can we move to the next slide, please.

 12            And first, can you describe the purpose of this

 13   survey?

 14   A    Sure.  So the first survey that we talked about measured

01:35PM 15   whether consumers are likely to be confused between the dolls

 16   and the OMG Girlz.  The second survey measures whether

 17   consumers are likely to think that the dolls look like any

 18   particular person or people.  And more specifically, what I'm

 19   interested in with the likeness survey is whether consumers

01:35PM 20   think that the dolls look like the OMG Girlz.

 21            MR. WILSON:  Can we move on to the next slide,

 22   please.

 23            (Document shown.)

 24   BY MR. WILSON:

01:35PM 25   Q    Can you walk the jury through what this slide shows.
```

```
 1   A    This is drawing an analogy to describe how the likeness
 2   survey works.  And I want you to imagine that you came across
 3   any of the dolls that you see on the bottom half of this slide
 4   and I asked you, "Does this doll look like any particular
 5   person or any people?"  And so if you saw some of those dolls,
 6   you might be able to identify the people that those dolls were
 7   made to look like.  I'm doing an analogous set of activities in
 8   this survey, only I'm using the dolls involved in this matter
 9   to see whether anyone says that they look like the OMG Girlz.
10   Q    Thank you, Dr. Isaacson.
11             MR. WILSON:  Can we move on to the next slide,
12   please?
13             (Document shown.)
14   BY MR. WILSON:
15   Q    Can you discuss with the jury the design of your likeness
16   survey?
17   A    Sure.  It's -- it's a similar set of activities.  So we'll
18   be able to move through it more quickly because it's the
19   same -- some of the same steps that I just described for the
20   likelihood of confusion survey.
21             So reviewing those same documents that I talked
22   about, the counterclaims and the deposition testimony of
23   Ms. Harris, selecting the dolls to test and focusing on those
24   that are of greatest concern, determining which consumers to
25   survey, and, once again, it's fashion doll purchasers,
```

01:36PM  (lines 5, 10, 15, 20)
01:37PM  (line 25)

1    conducting the interviews, and then reporting the results.

2              MR. WILSON:  All right.  Can we move on to the next

3    slide, please.

4              **(Document shown.)**

01:37PM 5    BY MR. WILSON:

6    Q     What does this slide show?

7    A     These are the dolls that I measured in the likeness

8    survey.  Just to be clear, I measured these dolls individually.

9    So a separate group of people -- I interviewed a separate group

01:37PM 10   of people for each doll, meaning if you participated in the

11   survey, you would see one of these eight dolls.

12             As before, these are the dolls that the OMG Girlz

13   and Ms. Harris had identified as being of greatest concern to

14   them.  And that's why I interviewed -- that's why I measured

01:37PM 15   them.  And I measured no packages in the likeness survey.  I

16   only measured in the likeness survey dolls.  And that's because

17   the question in the likeness survey is, "Do the dolls look like

18   the OMG Girlz?"  And the best way to answer that is by showing

19   the dolls to consumers and asking them if they -- what people

01:38PM 20   or person they look like.

21             MR. WILSON:  Next slide, please.

22             **(Document shown.)**

23   BY MR. WILSON:

24   Q     Can you walk the jury through this slide.

01:38PM 25   A     Sure.  So if we can click through, you can see it's a very

```
  1    similar set of criteria that -- to that which I described for
  2    the likelihood of confusion survey.  Once again, 18 years old,
  3    purchasing a fashion doll, genders and ages to match people who
  4    buy fashion dolls, and located across the United States.
01:38PM 5    Q    Thank you, Dr. Isaacson.
  6            MR. WILSON:  Can we move on to the next slide,
  7    please.
  8            (Document shown.)
  9    BY MR. WILSON:
01:38PM 10    Q    Can you walk the jury through this slide.
 11    A    Yes.  And, again, it's very similar to what I described
 12    for likelihood of confusion.  I was not looking for people who
 13    were fans or customers of either party, though I'm sure in this
 14    survey as well, there were people who knew probably both of the
01:39PM 15    parties here.  I did look to include consumers of all races and
 16    ethnicities and not focus on any particular race or ethnicity.
 17    And this survey, as well, was more female than male.  This
 18    survey was 63 percent female.
 19            MR. WILSON:  Could we go to the next slide, please.
01:39PM 20            (Document shown.)
 21    BY MR. WILSON:
 22    Q    Could you walk the jury through this slide.
 23    A    So these are the questions that I asked in the likeness
 24    survey.  The first question -- and these are the questions
01:39PM 25    specifically to measure likeness.  The first of those questions
```

```
        1   was, "Does the doll you just viewed look like any particular
        2   person or people?"
        3           And just as a reminder, I'm asking this question
        4   after they've seen one of those eight dolls:  "Which person or
01:39PM 5   people does the doll look like?"  Then a follow-up question,
        6   besides the person or people you just mentioned, "Does the doll
        7   you just viewed look like any other person or people?"  And
        8   then the last question, which is, "What other person or people
        9   does the doll look like?"
01:40PM 10          And to be clear, you'll notice that there's the
       11   phrasing "person or people" all the way through all of these
       12   questions.  That's because it's possible to identify in the
       13   survey the OMG Girlz either as a group, i.e., as people, or
       14   either as individuals, specific people who are members of that
01:40PM 15  group.  And so this survey would allow people to identify the
       16   OMG Girlz by either of those means.
       17   Q    And let me be sure I understand you, Dr. Isaacson.
       18          So Ringo could be -- Ringo Starr could be identified
       19   as a person individually or a Beatle?
01:40PM 20  A    Correct.  Correct.  And someone could answer -- just to
       21   take that analogy, if someone said Lennon and McCartney, that
       22   would be another answer that would identify people, as opposed
       23   to a person, in your analogy.
       24   Q    All right.  Thank you.
01:41PM 25          MR. WILSON:  Can we go on to the next slide, please.
```

**(Document shown.)**

BY MR. WILSON:

Q    So we're going to discuss the results now of your likeness survey.  So can we turn to the results page.

01:41PM        Can you walk the jury through what this page shows.

A    This shows the results of the likeness survey.  And Question 1 in the survey asked whether the doll that they just viewed looks like any particular person or people.  That's the box that's on the left side of the screen now.  And you can see

01:41PM in that box, that 77.7 percent of respondents, so a relatively high percentage of respondents, said, no, the doll does not look like any particular person or people.  And another 6.8 percent said, I don't know if it looks like any particular person or people.

01:42PM        In some ways, that's not surprising.  To me, these dolls have a cartoonish look to them.  And so we see that based on Question 1, only 15.5 percent of people said, yes, the doll looks like a particular person or looks like some people.

        And on the right side of the screen, you can see the

01:42PM people that were -- the types of people that were identified in the responses.  Once again, people are -- who are taking -- the consumers who are taking the survey are typing in their own responses in their own words to these questions.  And you can see that 4.7 percent of those taking the survey identified some

01:42PM kind of celebrity, personality, or cartoon character.  And you

```
 1    can see up at the top on the right that nobody, 0.0 percent of
 2    people, identified the OMG Girlz in the likeness survey.
 3    Q    Can we go to the next slides, please, Dr. Isaacson.
 4          So can you walk the jury through what this slide
 5    shows?
 6    A    This slide shows the responses, actual responses typed in
 7    from people who saw the Chillax doll in the likeness survey.
 8    And you can see among the specific people that were identified
 9    include Karol G., who's shown in one of the pictures, a
10    Olori Swank, who's shown in one of the picture, and Rihanna,
11    who's shown in one of the pictures.  You can also see one of
12    the responses as Bratz, which is an MGA doll line.
13    Q    Do you know who a Olori Swank is?
14    A    Not very well, but I'm aware that she's a stylist.
15    Q    Thank you very much.
16          MR. WILSON:  Can we go on to the next slide, please.
17          (Document shown.)
18    BY MR. WILSON:
19    Q    Now, can you walk the jury through what this slide shows.
20    A    This slide is -- are responses -- a selected number of
21    responses from people who saw the doll Metal Chick in the
22    likeness survey.  And you can see that people have identified
23    Lady Gaga, Rihanna, and Sia, among other responses, in
24    answering this question after seeing Metal Chick.
25          MR. WILSON:  Can we go to the next slide, please.
```

01:43PM (5)
01:43PM (10)
01:43PM (15)
01:43PM (20)
01:44PM (25)

|   |   |
|---|---|
| 1 | **(Document shown.)** |
| 2 | BY MR. WILSON: |
| 3 | Q    Dr. Isaacson, can you explain to the jury what's seen in |
| 4 | this slide. |
| 01:44PM 5 | A    This is responses typed in by people who saw Bhad Gurl |
| 6 | during the likeness survey.  And you can see that some of the |
| 7 | responses included Gwen Stefani and Billie Eilish.  You can |
| 8 | also see that there's another Bratz response from some of the |
| 9 | people who saw Bhad Gurl in the likeness survey. |
| 01:44PM 10 | MR. WILSON:  Next slide, please. |
| 11 | **(Document shown.)** |
| 12 | BY MR. WILSON: |
| 13 | Q    Dr. Isaacson, can you explain to the jury what we see in |
| 14 | this slide? |
| 01:44PM 15 | A    This is responses from people who saw Shadow in the |
| 16 | likeness survey, and you can see that among the personalities |
| 17 | or celebrities mentioned were Katy Perry, Grimes, and Snooki. |
| 18 | MR. WILSON:  And can we go to the next slide, |
| 19 | please. |
| 01:45PM 20 | **(Document shown.)** |
| 21 | BY MR. WILSON: |
| 22 | Q    Dr. Isaacson, can you explain to the jury what we see in |
| 23 | this slide? |
| 24 | A    This is responses from people who saw the doll called |
| 01:45PM 25 | Downtown B.B. in the likeness survey.  And you can see among |

**UNITED STATES DISTRICT COURT**

|     |     |
| --- | --- |
| 1 | the celebrities or personalities mentioned are Rihanna, |
| 2 | Nicki Minaj, Cardi B, Sasha Banks, and Meg Thee Stallion, as |
| 3 | well as on the screen is another Bratz response. |
| 4 | Q    Thank you very much. |
| 01:45PM 5 | MR. WILSON:  Can we go to the next slide, please. |
| 6 | **(Document shown.)** |
| 7 | BY MR. WILSON: |
| 8 | Q    So can you summarize for the jury what this slide is |
| 9 | about. |
| 01:45PM 10 | A    This is just an amalgam of some of the people that were |
| 11 | identified in the likeness survey.  Some of these are people |
| 12 | that I have mentioned before and some of these are people that |
| 13 | I haven't mentioned before.  But everybody you see on this list |
| 14 | was identified by name among those who answered questions in |
| 01:46PM 15 | the likeness survey, but nobody in response to the likeness |
| 16 | survey identified either the OMG Girlz or any member of the |
| 17 | OMG Girlz or the Harrises. |
| 18 | MR. WILSON:  All right.  And can we go to the next |
| 19 | slide, please. |
| 01:46PM 20 | **(Document shown.)** |
| 21 | BY MR. WILSON: |
| 22 | Q    Can you walk the jury through what this slide represents. |
| 23 | A    This is just pictures of those people that we saw |
| 24 | previously. |
| 01:46PM 25 | Q    All right.  Thank you. |

1          MR. WILSON:  And can we go on to the following

2    slides.

3    BY MR. WILSON:

4    Q    So can you walk the jury through this slide, please.

01:46PM 5    A    This is my conclusions based on the likeness survey.  It's

6    a similar set of conclusions to that which I just mentioned a

7    few minutes ago for the likelihood of confusion survey.  So

8    there are three possible ways to explain the results of the

9    likeness survey.

01:47PM 10          One is that consumers are not likely to misidentify

11    the L.O.L. Surprise! O.M.G. dolls as the OMG Girlz, or it's

12    also possible that the OMG Girlz are not well-known.  And if

13    they're not well-known, then that would also explain why they

14    wouldn't have been mentioned in the likeness survey.  It's also

01:47PM 15    possible that both of those conditions are true, that consumers

16    are not likely to misidentify and that the OMG Girlz are not

17    well-known.

18    Q    All right.  And I think there's one more slide.  So can

19    we move on to the summary of your survey results.

01:47PM 20    A    Sure.  So between the two surveys, I interviewed just

21    under 2,800 consumers, 1,500, approximately, in the confusion

22    survey, and I didn't mention this before, but just under 1,300

23    in the likeness survey.  And none of those 2800 consumers,

24    approximately, mentioned either the OMG Girlz or any member of

01:48PM 25    the OMG Girlz.  And based on the surveys, I have a similar set

of conclusions for both surveys.  So if we can click through.

So the one conclusion based on the confusion survey is that the L.O.L. Surprise! O.M.G. dolls are not confusingly similar to the OMG Girlz, or the OMG Girlz are not well-known, or both of those are true.

And then similarly, with regard to the likeness survey, consumers are not likely to misidentify the dolls as the OMG Girlz, or the OMG Girlz are not well-known, or both of those conditions are true.

MR. WILSON:  And I beg the Court's indulgence, but can I have a moment with my colleague to see if there's anything further?

THE COURT:  Sure.

MR. WILSON:  I pass the witness.

THE COURT:  Mr. Keville.

MR. KEVILLE:  Thank you, Your Honor.

**CROSS-EXAMINATION**

BY MR. KEVILLE:

Q    Sir, MGA paid your company about $150,000 for your survey; correct?

A    For the design and the interviewing and the analysis and the expert report, that was approximately $150,000, of both surveys.

Q    And tens of thousands more since then; correct?

A    Correct.

```
 1   Q     And you said you conducted interviews between January and
 2   April 2022; correct?
 3   A     Yes.
 4   Q     And when you say the word "interview," you don't mean you
 5   actually interviewed someone, you just mean people logged on
 6   and clicked things on a poll; correct?
 7   A     I mean that they were interviewed, but I didn't personally
 8   interview them.  They logged on to a computer program,
 9   basically, which administered the survey electronically.
10   Q     You never spoke to any of these people?
11   A     That's correct.
12   Q     No one from your team ever spoke to any of these people?
13   A     That's correct, as well.
14   Q     You didn't interview anyone face to face; right?
15   A     That's correct.
16   Q     Your staff didn't interview anyone face to face; correct?
17   A     Correct.
18   Q     We don't know the name of a single survey participant;
19   correct?
20   A     Because I located these people through the service that I
21   located them, I know a little bit about their backgrounds, but
22   I don't know their individual names.
23   Q     Yeah.  I'm sorry if my question wasn't clear.  I'm just
24   saying, we don't know the names of a single one of those survey
25   participants?
```

01:50PM (lines 5, 10, 15, 20, 25)

**UNITED STATES DISTRICT COURT**

1    A    No, I don't know their names personally.

2    Q    And no survey participant will come here to testify live;

3    correct?

4    A    That's correct.

01:51PM 5    Q    And no survey participant was ever deposed and put under

6    oath; correct?

7    A    That's correct as well.

8    Q    Okay.  And these people who logged on to this poll, they

9    were given an incentive to participate and fill out the

01:51PM 10    questionnaire; right?

11    A    That's correct.

12    Q    And they were asked, "Do you intend to purchase this type

13    of item in the next 12 months?"; right?

14    A    That's correct.

01:51PM 15    Q    And the options for them were:  "Yes, I'm likely to

16    purchase"; correct?  That was Option 1?

17    A    I'd have -- am I allowed to consult my report and just

18    make sure that the phrasing you're using is correct?

19    Q    I believe it's Exhibit 14 to your report, sir.

01:51PM 20    A    Thank you.  I'm sorry.  I don't see my report in this

21    binder.

22    Q    I thought your counsel had given you your --

23            MS. WESTMORELAND:  May I approach?

24            THE COURT:  You may.

01:53PM 25            **(Counsel approaches.)**

```
 1              THE WITNESS:  Thank you.
 2              I'm sorry.  This is just the data tables to my
 3    report.  It won't answer the question that you just asked me.
 4    Q    All right.  Well, while we find that, do you generally
 5    remember that those were the questions:  "Yes, I'm likely to
 6    purchase"; "No, I'm not likely to purchase"; or "I don't know"?
 7    A    That was the general tenor of the questions that I asked
 8    to confirm whether people were doll purchasers in the --
 9    fashion doll purchasers in the likelihood of confusion survey.
10    Q    And so the person who's logging on to this polling, who
11    signed up to take polls and get an incentive, if they click
12    "Yes, I'm likely to purchase," then they know they're going to
13    get to participate in the survey; right?
14    A    No, that's not correct.
15    Q    If they click "No, I'm not likely to purchase," then
16    they're pretty sure they're not going to participate in the
17    survey; correct?
18    A    That's not correct either.
19    Q    If I'm logging in to take a poll and I'm maybe going to
20    get an incentive, more likely, if I say, "Yes, I'm going to buy
21    this," I'm going to be part of the poll than if I click "No";
22    correct?
23    A    No, not the way the survey is designed.
24    Q    If you click "I don't know," do you think you're likely
25    to get chosen for the survey?
```

01:53PM (line 5)
01:53PM (line 10)
01:53PM (line 15)
01:54PM (line 20)
01:54PM (line 25)

```
 1   A    I don't think it's clear at all from the context of the

 2   survey, what qualifies a potential consumer for the survey.

 3   Q    You talked about Mrs. Harris's Instagram post.  There was

 4   no incentive for anybody to respond to that -- correct? --
```
01:54PM  5   unlike what you did?
```

 6   A    There was a different kind of an incentive.  That

 7   Instagram post was posted on a place that people who are part

 8   of a community go to.  So, in some ways, there was an emotional

 9   incentive or a feeling of participation by people who might be
```
01:54PM 10   posting in response.
```

11   Q    Well, the people who responded to your poll, they sign up

12   for this survey process so that they can get incentives; right?

13   They get something back if they participate in the poll?

14   A    In part to get incentives and in part because some people
```
01:55PM 15   enjoy providing their opinion about various subjects.  But,
```

16   yes, they did receive incentives for participating.

17   Q    And no one that responded to Mrs. Harris's Instagram post

18   knew they were going to get any kind of incentive; correct?

19   A    That's what I would expect.
```
01:55PM 20   Q    And same with Ms. Pullins' post?
```

21   A    That's what I would expect as well.

22   Q    And you're aware there was also a post in The Shade Room?

23   A    I haven't seen that post.

24   Q    The Shade Room is not tied to the Harrises or the
```
01:55PM 25   OMG Girlz at all.
```

```
 1              Do you understand that?
 2    A     I'm not familiar with that post.
 3    Q     Okay.
 4              MR. KEVILLE:  Allen, could you put up his slide 14,
01:55PM  5    please.
 6              (Document shown.)
 7    BY MR. KEVILLE:
 8    Q     Here you said you measured individual dolls, right, those
 9    four?
01:55PM 10    A     That's correct.
11    Q     And those four, in all your surveys, were not shown with
12    the name OMG Girlz; correct?
13    A     That's correct.
14    Q     And OMG Girlz is part of the trade dress; correct?
01:56PM 15    A     Yes.  And just to be clear on my response to your
16    question, they were not shown with the initials OMG.  No doll
17    was shown with the initials OMG Girlz, with the letters
18    OMG Girlz, just to be clear.
19    Q     Just to be clear, all I'm asking you is, when you showed
01:56PM 20    these four dolls, you did not include the name OMG Girlz?
21    A     I didn't include the name OMG Girlz for any doll at any
22    point in my survey.  But for these four dolls, I didn't include
23    the initials OMG, which were on the packages for the other
24    dolls.  But no package shows the words "OMG Girlz."
01:56PM 25    Q     Even though their packages for some of them say "O.M.G.
```

**UNITED STATES DISTRICT COURT**

1    Outrageous Millennial Girls," did you take "Outrageous

2    Millennial Girls" off?

3    A    It says "L.O.L. Surprise! O.M.G." on the package.

4    Q    And "Outrageous Millennial Girls," did you take that off?

01:57PM  5    A    I did not remove that from the survey.

6    Q    Okay.  So you had that in some places.  For these four,

7    no mention of OMG, no mention of OMG Girlz?

8    A    Correct.

9    Q    So you didn't test the trade dress for these dolls

01:57PM 10    because the trade dress has three things, and you understand

11    that; correct?

12    A    Yes.  What I would say is I tested for these three, the

13    trade dress, but not with the element of O.M.G.  For the other

14    dolls I tested it, including the element of O.M.G.

01:57PM 15    Q    I'm sorry, sir.  I'm trying to ask you straightforward

16    questions.  Okay?  And I know there may be other things you

17    want to say and you can take up later.

18         For these four dolls, you did you not test the trade

19    dress because the trade dress has three parts, and you didn't

01:57PM 20    test the first part, OMG Girlz?

21    A    I think you're presenting this in a confusing and

22    misleading manner, and it's not correct.  I don't agree with

23    what you're saying.

24    Q    Okay.  So for these four dolls -- Chillax, Shadow, Bhad

01:58PM 25    Gurl, Metal Chick -- you did put the name "OMG Girlz" into when

1    you showed them?

2    A    That's also not what I'm saying.

3    Q    Okay.  So I'm trying to be clear.

4         For these four dolls, you did not put OMG Girlz into

01:58PM 5   your survey when you surveyed these four dolls?

6    A    That's not what I'm saying either.

7    Q    All right.  Let me just ask yes or no.

8         Yes or no, when the people who did your survey saw

9    these four dolls, yes or no, the name OMG Girlz did not appear?

01:58PM 10  A    That's correct.

11   Q    Thank you.

12        MR. KEVILLE:  Okay.  And then let's go to the next

13   one, Allen.

14        **(Document shown.)**

01:58PM 15  BY MR. KEVILLE:

16   Q    All right.  Measured dolls and packages.  The three that

17   were shown with the box -- Downtown B.B., Uptown Girl, and

18   Miss Independent -- those were not in the Complaint; correct?

19   A    No, they were not.  I believe that those were identified

01:59PM 20  in Ms. Harris's deposition and not in the counterclaims, if

21   that's what you're asking me.

22   Q    That is.

23        And Ms. Harris, in her deposition testimony, also

24   talked about the Queens dolls; correct?

01:59PM 25  A    That's correct.

```
 1   Q    Okay.  And you didn't survey the Queens dolls at all?

 2   A    That's correct as well.

 3   Q    And your survey was still going on when Mrs. Harris's

 4   deposition was taken; correct?  Because you said you relied on

 5   some of that to pick which dolls?

 6   A    I did.  I conducted some interviews after her deposition

 7   to survey those dolls that she had identified, some of the

 8   dolls that she identified in her deposition.

 9   Q    None of that is in your report; correct?

10   A    No, that's not correct.

11   Q    Not the Queens dolls?

12   A    Oh, the Queens dolls are not in my report.  That's

13   correct.

14   Q    You could have tested them, but you chose not to, as to

15   the Queens dolls?

16   A    I did not interview -- I did not conduct any interviews on

17   the Queens dolls.

18   Q    And MGA didn't tell you, "Hey, do your interviews on the

19   Queens dolls"; correct?

20   A    I wasn't asked to do interviews on the Queens dolls, that

21   is correct.

22   Q    Even in the two and a half years since your survey, no

23   one's asked you from MGA to test those dolls; correct?

24   A    That's correct.

25   Q    And when you were asked about your personal opinion of
```

**UNITED STATES DISTRICT COURT**

```
 1   whether the Queens O.M.G. dolls looked like the OMG Girlz, you

 2   said you had no personal opinion on that; correct?

 3   A    I'm sorry.  Can you ask me that again?

 4   Q    Sure.

 5        When you were asked in your deposition about your

 6   personal opinion about whether the O.M.G. dolls looked like the

 7   OMG Girlz, you said you had no personal opinion on that?

 8   A    I don't have a personal opinion about whether any of the

 9   dolls looked like the OMG Girlz.

10   Q    All right.  Did you take instruction from Mr. Larian or

11   his attorneys about which dolls to test?

12   A    I wouldn't call it "instruction."  I would say that I had

13   selected the dolls to test, though, and talked with counsel

14   about which dolls I planned to test before I tested them.

15   Q    When the jury evaluates your survey, one of the most

16   important questions to ask is whether the survey addresses

17   questions that are relevant to the matter; correct?

18   A    Yes, that's an important question.

19   Q    And if a litigation survey does not ask about topics that

20   are disputed in the matter, then the survey cannot provide

21   information that is relevant; correct?

22              MR. WILSON:  Objection.  403, Your Honor --

23              THE COURT:  Overruled.

24              MR. WILSON:  -- given the case.

25   BY MR. KEVILLE:
```

**UNITED STATES DISTRICT COURT**

```
 1   Q     Do you remember the question?
 2   A     No.  I'm sorry.  Can you reask it?  I apologize.
 3   Q     No worries.
 4         If a litigation survey does not ask about topics
 5   that are disputed in the matter, then the survey cannot provide
 6   information that is relevant; correct?
 7   A     I would say that it's important that a litigation survey
 8   ask about topics that are disputed in a matter, if that's what
 9   you're asking me.
10   Q     Right.  You've said that before in other reports and
11   cases; correct?
12   A     I don't recall saying that.  But I don't have any
13   disagreement with what I think the statement is saying.
14   Q     Do you recall saying a litigation survey should ask about
15   topics that are disputed in the matter; if not, then the survey
16   cannot provide information that is relevant to the matter?
17   A     As I said, I don't recall that specific statement, but I
18   have nothing to disagree with it over.
19   Q     Okay.  Do you recall the case *Tran* vs. *Sioux Honey*
20   *Association*?
21   A     Yes.
22   Q     Do you remember making that statement in that case?
23   A     That was some years ago.  So, no, I do not.
24   Q     Okay.  In any event, here your survey did not provide any
25   information regarding the Queens dolls -- Miss Divine,
```

**UNITED STATES DISTRICT COURT**

```
          1   Runway Diva, or Prism -- correct?
          2   A    I didn't measure those dolls in the survey, but I do
          3   believe that --
          4   Q    Sir --
02:03PM   5   A    -- that the measures -- I'm trying to answer your
          6   question.
          7   Q    Your survey did not provide any information regarding
          8   those three dolls.  There's nothing in your report or your
          9   survey about those three dolls; correct?
02:03PM  10   A    There's no measurement, but I believe there's information
         11   that's relevant.
         12   Q    Since your survey didn't ask anything about these three
         13   dolls, it provides no information relevant to the jury's
         14   decision as to whether those three dolls infringed the
02:03PM  15   OMG Girlz' trade dress; correct?
         16   A    No.  I don't agree with your statement.
         17   Q    All right.  Let's look at your slide, 37, the consumer
         18   responses.  There we go.
         19        All right.  You asked, "Who do you believe makes the
02:04PM  20   doll you just viewed?"
         21        That was your survey question?
         22   A    Yes.
         23   Q    Are you aware of any celebrity or band or musical group
         24   who manufactures or puts out their own products?
02:04PM  25   A    Yes.
```

UNITED STATES DISTRICT COURT

1    Q    Okay.  Do you recall that you answered that question

2    differently under oath?

3    A    I didn't understand the question when it was asked of me

4    previously.  But I think it's obvious that many bands or

02:04PM 5    celebrities produce merchandise or cause merchandise with their

6    name to be sold.

7    Q    You asked, "Who do you believe makes the dolls that you

8    just viewed?"

9    A    Yes.

02:04PM 10    Q    Tell me the bands that you're aware of that make -- that

11    manufacture their own dolls.

12    A    I don't know whether The Beatles, for example,

13    manufactured that Beatles doll that we saw earlier in the

14    survey, but I do believe that somehow The Beatles gave

02:05PM 15    permission or in some way were related to that doll, and so a

16    survey question of the kind that I'm asking of those Beatles

17    dolls would have provided a response of the Beatles at some

18    point, maybe with regard to permission or approval.

19    Q    Interesting thing about those Beatles dolls that you

02:05PM 20    showed in your slide, they were just little, tiny dolls like

21    this; right?

22    A    I'm not sure of their size.  I couldn't tell from the

23    image.

24    Q    They weren't human proportions, were they?

02:05PM 25    A    No.  Not that I recall.

```
 1   Q    And yet you found that people could think those were

 2   The Beatles and associated with The Beatles; correct?

 3   A    Correct.

 4   Q    So it's not fair to say that you can never have a

 5   comparison between a doll and a human; correct?

 6   A    I wouldn't say that you could never have a comparison

 7   between a doll and a human, but I would also say that these

 8   particular dolls that are disputed here have a particularly

 9   cartoonish air to them.

10   Q    Much like The Beatles --

11              MR. KEVILLE:  Allen, can you put up the slide.

12   BY MR. KEVILLE:

13   Q    We'll circle back to that in a minute.  I want to talk

14   about something else.

15              In 2019, you're aware your current client MGA sued a

16   company called Dynacraft BSC and others for trademark and trade

17   dress infringement?

18              MR. WILSON:  Objection.  403.  Relevance.

19              MR. KEVILLE:  Your Honor, this person was a witness,

20   an expert witness in that case, and I'm going to his positions

21   in that case.

22              THE COURT:  Overruled.

23   BY MR. KEVILLE:

24   Q    In that case, do you recall that case?

25   A    Vaguely, yes.  It was a number of years ago, but I do
```

02:05PM  5
02:06PM 10
02:06PM 15
02:06PM 20
02:07PM 25

```
 1   recall the matter.
 2   Q     And you were --
 3            MR. KEVILLE:  Can we put up slide 106, Allen.
 4   PDF 161.  Sorry.  There we go.
 5            (Document shown.)
 6   BY MR. KEVILLE:
 7   Q     Okay.  So what you're saying is these little, tiny
 8   Beatles dolls are representations and can be associated with
 9   the full-sized humans; correct?
10   A     They could be potentially.
11   Q     Same thing with Public Enemy's Flavor Flav, in real life
12   he doesn't have giant hands and head that's probably a third of
13   his height; right?
14   A     I wouldn't expect so.
15   Q     But people can still associate him with the person;
16   correct?
17   A     Correct.
18   Q     All right.  Let's get back to MGA vs. Dynacraft.  In that
19   case, if you recall, there was claims as to trademarks and
20   unregistered trade dress to the Little Tikes' Cozy Coupe being
21   potentially infringed by the Dynacraft Disney Princess
22   Carriage.
23            Do you remember that?
24   A     I don't remember the specifics, but I remember vehicles --
25   if you call these vehicles.  I remember toys like this in that
```

```
 1  matter.
 2  Q    In that case you were an expert for Dynacraft; correct?
 3  A    It's so long ago that I don't remember.  But it's
 4  possible.
 5  Q    Do you recall --
 6            MR. KEVILLE:  Allen, if you could put up the
 7  Complaint.
 8            (Document shown.)
 9  BY MR. KEVILLE:
10  Q    -- that MGA sought all of Dynacraft's profits for sales
11  of the Disney Princess Carriage?
12  A    I don't recall the specifics of the case.
13            MR. KEVILLE:  Can you put up the Complaint, Allen.
14            MR. EATON:  Which paragraph?
15            MR. KEVILLE:  Page 17, B-3.
16            MR. WILSON:  Objection.  403.
17            THE COURT:  Overruled.
18  BY MR. KEVILLE:
19  Q    In that case where you were an expert, MGA sought all of
20  the profits from the Disney Princess Carriage; correct?
21  A    Well, I'll take your representation for it.  But I don't
22  recall what was being disputed or what was being asked for in
23  terms of damages in that case.
24  Q    Okay.  You were an expert for Dynacraft; correct?
25  A    I don't even remember that part.  Again, this is a number
```

02:08PM (line 5)
02:08PM (line 10)
02:08PM (line 15)
02:09PM (line 20)
02:09PM (line 25)

```
 1    of years ago.  But I believe so.
 2    Q    Okay.  You don't remember that MGA asked for trebling the
 3    award based on willfulness and reasonable attorney's fees?
 4    A    No.  I'm not -- I don't provide opinions about damages,
 5    and they're not part of my expertise.
 6    Q    Okay.  You limited your -- you provided a survey report
 7    in that case as well; correct?
 8    A    Yes, I believe so.
 9    Q    And you limited your survey respondents to individuals 18
10    years or older and planning to purchase a riding toy car that
11    does not use batteries for a girl who is 18 months to 5 years
12    old.
13              Do you recall that?
14    A    No.  I'm sorry, I don't.
15              MR. KEVILLE:  Allen, do we have that?
16              (Document shown.)
17    BY MR. KEVILLE:
18    Q    Do you recall that you -- (Reading:)
19              "Surveys were conducted in person at malls
20         where the respondent could be shown either the box
21         or the carriage.  Respondents were chosen at random
22         across nine malls.  Respondents were qualified as
23         18 years or older and planning to purchase a riding
24         toy car that does not use batteries for a girl who
25         is 18 months to 5 years old."
```

02:10PM (line 5)
02:10PM (line 10)
02:10PM (line 15)
02:10PM (line 20)
02:11PM (line 25)

**UNITED STATES DISTRICT COURT**

1          Does that refresh your recollection about the survey

2    you did in that case?

3    A      Not particularly well.  This isn't my language.  This

4    appears to come from something that I didn't write.

02:11PM 5    Q      All right.  This is from --

6    A      I don't believe this is from a report that I wrote.  It's

7    summarizing what I might have done in the survey, but I don't

8    believe that I wrote this, what we're looking at.

9    Q      Is that an accurate summary of your survey?

02:11PM 10   A      I can't say, sir.  It's so long ago.  It's so long ago

11   that we were conducting surveys in person in malls instead of

12   online at the time of the survey for a very large item, which

13   is a child's riding toy.

14   Q      But you limited your group to future purchases for girls

02:11PM 15   of a certain age and of a nonbattery-operated car; correct?

16   A      According to this, that's what I did.  But, again, this is

17   a number of years ago, and I keep telling you I don't remember

18   the details.  If you have my report, I'm happy to look at it

19   and confirm that this is correct.

02:12PM 20   Q      I believe this is from your company's website, sir.  Is

21   that your company?

22   A      That is my company.

23   Q      Okay.  So now do you believe this is an accurate summary

24   of your survey?

02:12PM 25   A      It's likely to be.  But I didn't write this.

**UNITED STATES DISTRICT COURT**

```
 1    Q    Here your limit was only future purchases of a fashion

 2    doll; correct?

 3    A    Correct.

 4    Q    In that case, the one we're talking about, the MGA vs.

 5    Dynacraft, MGA was the trade dress holder.

 6              Do you recall that?

 7    A    No, I don't.  I'm sorry.

 8    Q    They owned the Little Tikes; you were the defendant

 9    Dynacraft?

10    A    I'll take your word on it.  But, again, it's a number of

11    years ago.

12    Q    Do you recall that in that case MGA did not put in a

13    survey and just relied on online consumer comments?

14    A    No.  I'm sorry, I can't say that I remember the details.

15    Q    Do you remember that in that case after MGA did not put

16    in a survey, it argued you, Mr. Isaacson, should not be allowed

17    to put in a survey?

18              MR. WILSON:  Objection.  Lacks foundation.

19              THE COURT:  Overruled.

20              THE WITNESS:  No, I don't remember that either.

21    BY MR. KEVILLE:

22    Q    Okay.  In the end the Court in the Dynacraft case

23    excluded your testimony as improper rebuttal evidence; correct?

24    A    I remember there was a technical issue unrelated to the

25    merits of my survey that I believe had to do with the timing of
```

02:12PM  (line 5)
02:12PM  (line 10)
02:13PM  (line 15)
02:13PM  (line 20)
02:13PM  (line 25)

when the attorney submitted the report, but was not related to

any criticism of my survey, just to be clear.

Q    Right.  But your testimony was excluded as improper

rebuttal testimony.

02:13PM 5           Do you recall that?

A    I recall that my report was not allowed in because of

timing issues unrelated to the work that I was doing.

Q    Wasn't it because MGA said they weren't relying on the

survey, they were relying on online consumers, and therefore,

02:14PM 10 you weren't rebutting anything?

A    No.  That's not my understanding.  My understanding --

this is the only part of the matter that I remember, is that

there was a dispute over whether my report was a rebuttal

report or an affirmative report, and the Court ruled it to be

02:14PM 15 rebuttal when one side said it was affirmative, or the

opposite.

           But it had to do with what was the timing of the

deadline for my report and whether the attorneys had submitted

my report in time for that deadline.  It had nothing to do with

02:14PM 20 the merits of what I was doing.  It had to do with what the

attorneys were doing in the matter.

Q    Okay.  But you do remember the argument that was made in

that case was because MGA was relying on online consumer

statements and not a survey, that your report was an improper

02:15PM 25 rebuttal?

```
 1   A    I don't remember that argument.  The only thing I do
 2   remember is that the attorneys were arguing about timing and
 3   issues that were not related to anything that I was doing.
 4   Q    Okay.  Do you recall you were also the survey expert for
 5   the accused infringer in the case Bruce Lee Enterprises vs.
 6   A.V.E.L.A.?
 7   A    I do remember that matter.
 8   Q    And there, you chose the survey population to be:
 9             "564 participants, all individuals planning
10        to purchase graphic tees at Target or Urban
11        Outfitters."
12             Do you recall that?
13   A    I don't recall -- again, that's even further back than the
14   Dynacraft matter we were talking about.  So I recall that in
15   general terms, but this might be 12 years ago, something like
16   that.  It's a long time ago what we're talking about, maybe 15
17   years ago, so I can't say I recall the specifics.
18             MR. KEVILLE:  Allen, can you put up that case from
19   2013, page 16, top of the page 16.  564 participants.
20             (Document shown.)
21   BY MR. KEVILLE:
22   Q    In your survey:
23             "564 participants, all individuals planning
24        to purchase graphic tees at Target or Urban
25        Outfitters."
```

02:15PM (line 5)
02:15PM (line 10)
02:15PM (line 15)
02:16PM (line 20)
02:16PM (line 25)

```
 1              Do you recall that?
 2   A    Sorry, I don't at this point.  But I can see it in
 3   writing.
 4   Q    All right.  And the issue in that case was whether
 5   consumers would likely be confused that Bruce Lee Enterprises
 6   had sponsored or approved the sale of certain T-shirts sold by
 7   A.V.E.L.A., the party that hired you; correct?
 8   A    I do remember that issue.
 9   Q    And the T-shirts sold actually had pictures of Bruce Lee
10   on them; correct?
11   A    They had a picture that was -- it was in dispute about
12   whether it was Bruce Lee, but it was a picture that I believe
13   was alleged by the estate of Bruce Lee to be Bruce Lee.
14   Q    That's the picture of the T-shirt that was in question
15   there on the left; right?
16   A    Yes.  But my memory is there was a dispute even over
17   whether that was, in fact, Bruce Lee.
18   Q    Who does it look like to you, sir?
19   A    To me, it looks like Bruce Lee.
20   Q    And, heck, the T-shirts were even being sold with Bruce
21   Lee's name; correct?
22   A    I don't recall.
23              MR. KEVILLE:  Can you put up the Exhibit 6 from that
24   Complaint.
25   BY MR. KEVILLE:
```

02:16PM 5
02:17PM 10
02:17PM 15
02:17PM 20
02:17PM 25

**UNITED STATES DISTRICT COURT**

```
          1   Q    They were being sold as the front Flying Bruce Lee tee
          2   and the Bruce Lee tee; correct?
          3   A    I don't recall, sir.
          4   Q    Okay.
02:17PM   5   A    This wasn't part of what I was involved in in the case.
          6   Q    Well, you were the survey expert on these tees; correct?
          7   A    I was.  But I wasn't -- this particular image that you're
          8   showing me now, the one on the right, I don't recall from the
          9   matter.
02:18PM  10   Q    Okay.  There the Court noted, if you go back to the case:
         11             "A.V.E.L.A.'s T-shirts feature only an image
         12        of Bruce Lee.  Indeed this image is the primary
         13        reason a consumer would decide to purchase the
         14        T-shirt."
02:18PM  15             MR. KEVILLE:  Put that up, Allen, at doc page 15.
         16        (Document shown.)
         17   BY MR. KEVILLE:
         18   Q    (Reading:)
         19             "A.V.E.L.A.'s T-shirts feature only an image
02:18PM  20        of Bruce Lee.  Indeed this image is the primary
         21        reason a consumer would decide to purchase the
         22        T-shirt."
         23             That's what the Court said.
         24             Do you recall that?
02:18PM  25   A    I don't recall that, but I can see it in writing here.
```

```
 1   Q    Similar to here, you asked the survey participants

 2   various questions, including who they believe made, endorsed,

 3   or approved the T-shirts.

 4           Do you recall that?

 5   A    I don't believe that one can draw an analogy between that

 6   survey 12 years ago and the survey that I'm testifying about my

 7   confusion survey in this matter.  They are very different

 8   surveys.

 9           So if you're asking me did I take the same approach

10   in both surveys, I would say no.

11   Q    And, sir, you have to answer the question.  I'm sorry if

12   I wasn't clear.

13           I said, you asked the survey participants in that

14   various questions, including who they believe made, endorsed,

15   and approved the T-shirts.

16           Do you recall that?

17   A    No.  Not that specifically.

18           MR. KEVILLE:  Can you put that up, Allen, where the

19   survey questions are, doc page 16.

20           (Document shown.)

21   BY MR. KEVILLE:

22   Q    So you asked the survey participants various questions,

23   including who they believed made, endorsed, and approved the

24   T-shirt; correct?

25   A    That's what it says.  Like I say, I don't remember the
```

02:18PM (line 5)
02:18PM (line 10)
02:19PM (line 15)
02:19PM (line 20)
02:19PM (line 25)

```
 1   specifics of the survey, but I do remember it was very

 2   different than the survey that I conducted in this matter.

 3   Q    And do you recall that despite the fact that T-shirts

 4   being sold had images only of Bruce Lee and were sold with the

 5   name Bruce Lee, your survey determined that the likelihood of

 6   confusion with Bruce Lee was, quote, "generally below levels

 7   that would routinely be considered significant."

 8            Do you recall that?

 9   A    No, I don't.  I'm sorry.

10            MR. KEVILLE:  Can you put that up as well.

11            (Document shown.)

12   BY MR. KEVILLE:

13   Q    (Reading:)

14            "Dr. Isaacson characterizes the findings as

15       generally" low -- "below levels that would

16       routinely be considered significant."

17            So in a case where they were selling T-shirts with

18   the images even you recognized as Bruce Lee where the only

19   image on it was Bruce Lee and they were sold with the name

20   Bruce Lee, you did a survey, and you said it was "generally

21   below levels that would be considered significant" as to

22   likelihood of confusion.  Is that fair?

23   A    I don't recall.

24            So I see what's written here and I've seen the

25   T-shirts, but I don't recall the specifics.  In order to answer
```

02:20PM  5
02:20PM 10
02:20PM 15
02:20PM 20
02:21PM 25

1    your question, I'd need to know a lot more or remind myself a

2    lot more about the survey that I actually conducted and what it

3    found.

4    Q    Fair to say, Dr. Isaacson, that when you're hired by an

02:21PM 5    accused infringer of trademark or trade dress, you're never

6    going to testify that your survey found a significant

7    likelihood of confusion, are you?

8    A    I'm not sure that I understand the question.

9    Q    In a case where you're hired by a defendant accused of

02:21PM 10    infringing a trademark or trade dress, you're never going to

11    testify that your survey found a significant likelihood of

12    confusion?

13    A    Are you asking me whether -- I still don't understand the

14    question.  I'm sorry.

02:21PM 15    Q    All right.  We'll move on.

16            You agree that there is very little consensus as to

17    when it's appropriate to use the Eveready survey that you used

18    here to measure the likelihood of confusion?

19    A    No.  I wouldn't agree on that.

02:22PM 20    Q    All right.

21            MR. KEVILLE:  Allen, can you put up TMR, Trademark

22    Reporter, Volume 111, page 694.

23            **(Document shown.)**

24    BY MR. KEVILLE:

02:22PM 25    Q    This is an article that you were an author on; correct?

```
 1   A     That's correct.
 2   Q     And you said:
 3              "There is little consensus as to what is
 4         perhaps the most basic question regarding an
02:22PM 5    Eveready survey:  When is it appropriate to use
 6         Eveready to measure likelihood of confusion."
 7   A     I did write that.  That's different than what I understood
 8   your question to be.
 9   Q     Okay.  You stand by what you wrote?
02:22PM 10  A     Yes.
11   Q     And it's widely accepted that an Eveready survey is
12   appropriate in cases involving trademarks or trademarks that
13   are -- trade dress that's well-known; correct?
14   A     Correct.  And in recent years it's also, I think, widely
02:22PM 15  accepted that there's a much broader range of circumstances
16   under which one can use Eveready than was previously thought.
17   Q     Okay.  In this case, however, you claim it would be
18   appropriate to use an Eveready survey even if the OMG Girlz
19   mark is not well-known; correct?
02:23PM 20  A     Correct.  Depending on the findings that one draws from
21   it, it's appropriate to use Eveready for other reasons as well.
22   And that's also a finding that in recent years I think the
23   people who conduct surveys have coalesced around.
24   Q     When a mark is not sufficiently well-known, an Eveready
02:23PM 25  survey will produce very low results for likelihood of
```

1  confusion; correct?

2  A    That's correct.

3  Q    Now, you did an Eveready survey in a trade dress dispute

4  between two energy drink makers, Vital Pharmaceuticals, who

02:23PM 5  made the Bang Energy drink, and Monster.

6            Do you remember that?

7  A    That's correct.

8  Q    You were the survey expert for the defendant Monster;

9  correct?

02:23PM 10  A    That's correct.

11  Q    In your survey you qualified consumers as those being

12  likely to purchase energy drinks within the next month.

13            Do you recall that?

14  A    I don't recall the time period, but that sounds right for

02:24PM 15  that survey.

16  Q    And you found less than 1 percent confusion, which you

17  characterize as negligible; correct?

18  A    I don't recall my specific findings.

19  Q    Okay.  But in that case, because the VPX trade dress was

02:24PM 20  not top of mind for consumers and the Court disagreed that Bang

21  was one of the most famous brands, the Court found very little

22  value in your Eveready survey; correct?

23  A    That's correct.  The Court disagreed with my use of

24  Eveready in that case.

02:24PM 25  Q    And in that case you relied on Vital's own statements

```
 1    that its trade dress was very, very famous in order to assume
 2    the Bang was top of mind; right?
 3    A    Yes.  The way I would characterize it is that the CEO of
 4    that company said his drink was iconic, and the Court still
 5    said that they couldn't find that that was well-known.
 6    Q    Right.  The Court noted that you had an obligation to go
 7    out and determine whether that mark was well-known.  You
 8    couldn't just rely on what the CEO said; correct?
 9    A    I don't remember that part of it.  But I do remember the
10    Court not taking the CEO at his word that his product was
11    well-known.
12    Q    All right.  In this case you said, "I took Ms. Harris at
13    her word that the OMG Girlz were well-known"; correct?
14    A    That's correct.
15    Q    In that case you took the CEO at his word that the mark
16    was well-known; correct?
17    A    That's also correct.
18    Q    And the Court said --
19    A    But in that case, as well, in addition to taking the CEO
20    at his word, I had market share data.  There was a lot of
21    market share data for that particular product that doesn't
22    exist for this product.
23    Q    Right.  So in that case you not only had the CEO saying
24    it's a very famous brand, you had market share data that you
25    analyzed, and the Court said you still needed to go out and do
```

02:24PM    5

02:25PM   10

02:25PM   15

02:25PM   20

02:25PM   25

**UNITED STATES DISTRICT COURT**

```
  1   your own analysis.  Without that, your survey had very little

  2   value; correct?

  3   A    I don't remember it in the exact phrasing that you're

  4   using, but I would say that the Court was not willing to take

02:26PM 5   the CEO's claims as indication that it's well-known and was not

  6   willing to take the market share as indication that it's

  7   well-known.

  8   Q    And here you didn't even have market share data.  You

  9   said you didn't look at any of that; correct?

02:26PM 10  A    I did not have market share data.  I took the OMG Girlz

 11   and the Harrises at their word that they are well-known and

 12   famous for purposes of the surveys.

 13   Q    In the Vital Pharm- --

 14   A    But I also, in this case, have a different set of

02:26PM 15  conclusions, which is the conclusions that I drew either are

 16   that it's not confusingly similar and it doesn't look like the

 17   OMG Girlz or, as I said on my conclusion slides, it could be

 18   the case that the -- that the OMG Girlz are not well-known.  I

 19   did draw that conclusion in this matter and I didn't draw that

02:26PM 20  conclusion in the Monster matter.

 21   Q    Right.  Because in the Monster matter, you had data that

 22   you could look at, and you said you relied on that; correct?

 23   A    I learned from the Monster matter.  The Court criticized

 24   my survey on that specific issue.

02:27PM 25          So, in this matter, I allowed for the possibility
```

```
 1  that the OMG Girlz were incorrect and that Ms. Harris was

 2  incorrect and that they are not well-known and they're not

 3  famous.  But in that case one has to ask how confusion is going

 4  to occur in the marketplace.

 5  Q    We'll get to that.

 6       Just in that case were you assumed the brand was

 7  famous like you did here -- you said you took Ms. Harris at her

 8  word -- the Court said your survey had little value and was,

 9  quote, "not all that persuasive"; correct?

10  A    That's correct.  But, again, my conclusions are different

11  in this case than they were in that case because I learned from

12  what the Court wrote in that case.

13  Q    Now, the universe of respondents who complete a survey is

14  one of the most important and fundamental aspects of research

15  design and execution; correct?

16  A    That's correct.

17  Q    Selection of a proper universe is a crucial step;

18  correct?

19  A    In survey design, that's correct.

20  Q    Because even if the proper questions are asked, if the

21  wrong persons are asked that question, the results are likely

22  to be irrelevant; correct?

23  A    They can be irrelevant, depending on how bad the universe

24  is that one doesn't get correct.

25  Q    And you agree that a survey that provides information
```

02:27PM (line 5)
02:27PM (line 10)
02:27PM (line 15)
02:28PM (line 20)
02:28PM (line 25)

**UNITED STATES DISTRICT COURT**

```
 1   about an irrelevant population is itself irrelevant; correct?
 2   A    Again, it can be irrelevant depending on how much of a
 3   difference there is between the people who were interviewed and
 4   the people who should be interviewed.
 5   Q    Okay.  In other Eveready surveys you've done, you've set
 6   the demographics of the survey, in terms of age, gender,
 7   region, after considering demographic data from a variety of
 8   sources; correct?
 9   A    Yes.
10   Q    For example, in the TravelPass case, your client
11   TravelPass provided demographic data on its customers; correct?
12   A    Correct.
13   Q    In this case, you didn't review any of MGA's internal
14   consumer surveys?
15   A    I took a different approach, and I don't recall reviewing
16   consumer surveys, in part, because of the difference between
17   TravelPass, which was a very specific matter, and here, where
18   I'm interviewing the whole category.
19   Q    I'm sorry, sir.  My question -- maybe it's me.  I thought
20   it was very clear.
21        You did not review any of MGA's internal consumer
22   surveys in this case?
23   A    No, I did not.  And I was trying to explain why.
24   Q    In this case, you did not review any marketing materials
25   related to MGA's line of O.M.G. dolls?
```

02:28PM (line 5)
02:28PM (line 10)
02:29PM (line 15)
02:29PM (line 20)
02:29PM (line 25)

```
 1   A    No, I don't believe that's correct.  I believe I looked at

 2   some marketing materials along the way.  Again, I started work

 3   on this case three years ago, so I don't recall everything.

 4   But my memory is that I reviewed some marketing materials.

 5   Q    All right.  Did you remember that you were deposed and

 6   you were under oath in this case?

 7   A    I was deposed in this case, that's correct.

 8   Q    Did you answer that question differently?

 9   A    I was deposed a long time ago.  So my memory is that I

10   looked at marketing materials, but I could be incorrect.

11            MR. KEVILLE:  Okay.  Can we play his depo at 109, 6

12   to 10.

13            (Videotape played, not reported.)

14   BY MR. KEVILLE:

15   Q    That was two years ago, when you were much closer to your

16   survey; correct?

17   A    Yes.  But my response is kind of equivocal there.

18   Q    All right.

19   A    So if I -- if I had meant no, I would have said "no."

20   It's more likely that the deposition is correct than I'm

21   correct now.  But my memory is, at some point I saw some

22   marketing materials, but I can't tell you what they were.  And

23   it's also possible that I didn't see any marketing materials.

24            Again, we're talking about a time period when I

25   would have been reviewing materials that occurred nearly three
```

```
         1    years ago.  So I just can't tell you right now what I reviewed
         2    or didn't review or if I reviewed anything.
         3    Q    In this case, you didn't ask to review any marketing
         4    material for MGA's line of O.M.G. dolls; correct?
02:31PM  5    A    I don't recall, sir.  I should just say "I don't recall."
         6    It's too far ago that you're asking me these questions about.
         7    So I don't remember.
         8    Q    Would it refresh your recollection if we played your
         9    deposition testimony?
02:31PM 10    A    You can tell me what I said in deposition, but, again,
        11    it's three years ago.  So I don't -- I can't tell you today
        12    that I recall asking for any marketing materials.  But I did
        13    ask counsel for materials that were relevant to the matter.
        14    That's how I got the counterclaims.  That's how I got the
02:32PM 15    deposition transcript from Ms. Harris's deposition.  That's how
        16    I got other documents.
        17              So I don't recall asking for any such materials but
        18    I do know that I asked counsel for things that counsel felt
        19    that I should read that would get me up to speed on the matter.
02:32PM 20    Q    So you asked counsel to give you relevant material, and
        21    since you didn't review any marketing material, then you must
        22    not have gotten any of that from them?
        23    A    I can't tell you that I recall reviewing any marketing
        24    material.
02:32PM 25    Q    Okay.  In this case, you didn't use and you didn't cite
```

52

```
 1    in your report any demographic information on MGA's target

 2    customers for the O.M.G. dolls; correct?

 3    A    Correct, because that information wouldn't have been

 4    relevant to my survey.

 5    Q    And you did no research and you didn't look at any

 6    research to see who specifically were the buyers of the O.M.G.

 7    dolls?

 8    A    No, that's not correct.  I saw materials on who MGA

 9    markets to and who, for example, Mr. Larian views as the buyers

10    of his dolls.

11    Q    All right.  Do you recall you answered that differently

12    in your deposition?

13    A    I don't recall the specific question, but I do know and I

14    can remember the specific testimony that I read where

15    Mr. Larian talks about who he markets to.

16    Q    Sitting here today, you're not sure and you can't confirm

17    who buys O.M.G. dolls; fair?

18    A    Sitting here today, I can tell you that I remember

19    reading, among other documents, deposition testimony from

20    Mr. Larian, indicating who he sells to and what that implies

21    for the diversity of dolls that he manufactures.

22    Q    All right.  Do you recall your answer to that one

23    differently under oath?

24    A    I'm sorry.  I don't know which section of my deposition

25    testimony you're referring to or what I would have said.  But I
```

**UNITED STATES DISTRICT COURT**

```
 1    can recall specific items as I sit here today.

 2           MR. KEVILLE:  Allen, could you play his deposition

 3    at 276, lines 11 to 16?

 4           (Videotape played, not reported.)

 5    BY MR. KEVILLE:

 6    Q    You stand by that testimony?

 7    A    That's a different question and answer than what you and I

 8    were just talking about.

 9    Q    I don't believe it is.  I asked you exactly that question

10    sitting here today.

11           So fair to say, sir, you haven't done any research

12    and you didn't look at any research that targets who

13    specifically buys O.M.G. dolls?  That's what you said two years

14    ago; right?

15    A    You're telling me that I'm answering a different

16    question -- or the same question as in my deposition testimony.

17    I'm not understanding that to be the same question.  And I can

18    remember specific items that I've reviewed that influenced how

19    I conducted my survey.

20    Q    Okay.  Two years ago you said you hadn't done any

21    research or looked at any research that you can recall on

22    specifically who buys O.M.G. dolls; correct?

23    A    Correct.  I hadn't looked at any marketing research.  But

24    that's a different question than the question I thought you

25    were asking me five minutes ago.
```

02:34PM 5
02:34PM 10
02:35PM 15
02:35PM 20
02:35PM 25

**UNITED STATES DISTRICT COURT**

```
 1   Q    And you rendered no opinions on the target market for

 2   MGA's O.M.G. dolls; correct?

 3   A    Correct.

 4   Q    And Mr. Isaacson, did you consider the testimony of

 5   Rachel Brenner, the marketing person from MGA who testified

 6   last week, before you testified today?

 7            MR. WILSON:  Objection.  Lacks -- I withdraw the

 8   objection.

 9            THE COURT:  Overruled.

10            THE WITNESS:  I'm not aware of anything that she

11   said, so no, I haven't looked at it.

12            MR. KEVILLE:  Can we put up Ms. Brenner's testimony

13   from Day 8, Volume I, at page 80, 2 to 8, and 81, 4 to 6.

14            (Document shown.)

15   BY MR. KEVILLE:

16   Q    Ms. Brenner, the marketing person from MGA, said in

17   answer to a question:

18            "So we established that the target market,

19        the primary target market, was 9- to 14-year-olds;

20        correct?"

21            And she said, "Yes."

22            "So besides children ages 9 to 14 and diverse

23        consumers, you described millennial moms as a

24        tertiary target for the O.M.G. dolls; correct?"

25            She said, "Yes.  Millennial moms were also a
```

```
 1    target."
 2              Then she was asked specifically:
 3              "MGA has done some work to market these dolls
 4         to black and brown girls; right?
 5              "ANSWER:  Yes."
 6              You didn't consider any of that target market
 7    information in your survey; correct?
 8    A    I believe that I did consider information about MGA's
 9    target market in designing my survey.  I -- are you asking me
10    whether I considered this testimony three years ago when I was
11    designing my survey, or are you asking me something different?
12    Q    Two things.  Did you consider this testimony before you
13    testified today?
14    A    No.
15    Q    And did you consider this testimony about MGA's market
16    before designing your survey, this general principle?
17    A    What general principle are we referring to?
18    Q    That the target market was 9- to 14-year-olds, and then
19    besides 9 to 14 and diverse consumers, millennial moms were a
20    target, and MGA had done some work to market these dolls to
21    black and brown girls.  Did you consider any of that in
22    designing your survey?
23    A    Yes.
24    Q    Okay.  Your survey took a general population that was
25    supposed to be representative of the general population of the
```

```
         1   U.S.; correct?
         2   A     The general population of the U.S. with regard to fashion
         3   doll consumers, but yes.
         4   Q     Okay.  And there was no targeting to specific ages or the
02:38PM  5   fact that MGA specifically targets black and brown girls in
         6   marketing these dolls; correct?
         7   A     I think what you just said is -- can you ask me that
         8   again?
         9   Q     You didn't tailor your survey population to address these
02:38PM 10   marketing factors; correct?
        11   A     Which marketing factors?
        12   Q     The three that are highlighted on the screen, the target
        13   market was 9 to 14 and diverse consumers, plus Millennial moms,
        14   plus black and brown girls.
02:39PM 15   A     If you're asking me whether I organized my survey only to
        16   interview moms, the answer would be no; and only to interview
        17   people who had children ages 9 to 14, the answer would be no;
        18   and only to interview people who are buying dolls for black and
        19   brown girls, the answer would also be no.
02:39PM 20   Q     Okay.  And your survey population, I think you said was
        21   37, 38 percent men over 35; correct?
        22   A     No.  That's incorrect.
        23   Q     Okay.  37 to 38 percent men were in your population;
        24   correct?
02:39PM 25   A     Yes.
```

```
 1   Q    And these are the men who want to take a survey to get an

 2   incentive; correct?

 3   A    These are men who want to take a survey.  But it's also

 4   entirely possible that a man may be buying a doll for a child,

 5   just as a woman may buy a doll for a child.

 6   Q    Did you ever look at MGA's marketing stuff?  I think you

 7   said you didn't.  You never tested the theory that MGA's base

 8   of consumers is not 40 percent men?

 9   A    I don't know what percentage of their consumers are 40 --

10   are male.  But, again, I'm not interviewing MGA's consumers.

11   I'm interviewing purchasers of fashion dolls.  I'm interviewing

12   a category and not just MGA's consumers.

13   Q    You're interviewing people who want to take a survey, who

14   click a button that said, "I'm likely to purchase a fashion

15   doll in the next 12 months"?

16   A    That's an oversimplification.  That doesn't reflect the

17   entire process that people went through to take the survey.

18   Q    Sure.  But to be involved in the survey, you had to click

19   the button that said, "I'm interested in purchasing a fashion

20   doll in the next 12 months"?

21   A    Among many other criteria, yes.

22   Q    And a fashion doll could be the American Girl doll;

23   correct?

24   A    Correct.

25   Q    Could be a Barbie doll?
```

02:39PM 5
02:40PM 10
02:40PM 15
02:40PM 20
02:40PM 25

**UNITED STATES DISTRICT COURT**

```
  1   A      Correct.

  2   Q      Could be a lot of things that don't have anything to do

  3   with the issues in this case; correct?

  4   A      It could be any kind of a doll that the consumer believes

02:41PM 5   is a fashion doll.

  6   Q      And you didn't do anything to go back and actually talk

  7   to these consumers and find out what were they talking about

  8   when they said they wanted to buy a fashion doll?

  9   A      No, any more than I asked MGA what a fashion doll is when

02:41PM 10  they put it on their package.

 11   Q      Okay.  And you didn't do anything to test these consumers

 12   and say, "Hey, have you ever purchased a fashion doll in the

 13   past?"

 14   A      That's true for the confusion survey, but not for the

02:41PM 15  likeness survey.  For the likeness survey, I did ask about past

 16   purchase.  For the confusion survey, I did not.

 17   Q      Okay.  And do you agree that online research like you did

 18   here tends to underrepresent certain groups of consumers,

 19   including minorities and ethnic population?

02:41PM 20  A      Not necessarily if it's managed well.  It can, but it

 21   doesn't have to.

 22   Q      And you didn't do anything to manage it in this case

 23   other than just tell the survey company, "Give me a general

 24   population"?

02:42PM 25  A      Well, I used the survey company that's well-known for
```

1    having a large panel, that I've used many times, because it's

2    representative of the American population as a whole.

3    Q    Did you know that MGA noted that it's particularly

4    difficult to reach African-American moms in online panels?

02:42PM 5    A    No, I haven't seen that.

6    Q    Can we put up -- not sure it's in.

7           Can you turn in your book to Exhibit 533?  No,

8    that's not it.

9    A    I don't believe I have an Exhibit 533 in this book, and I

02:43PM 10   don't believe this book is for my exam.

11   Q    Understood.

12          MS. WESTMORELAND:  May I approach, Your Honor?

13          THE COURT:  You may.

14          **(Counsel approaches.)**

02:43PM 15          THE WITNESS:  Thank you.

16   BY MR. KEVILLE:

17   Q    All right.  This is a series of emails between Prodege

18   and MGA.

19          Do you see that?

02:43PM 20   A    Yes.

21   Q    And Prodege is the survey company you used; correct?

22   A    Correct.  They're the -- what I call the panel company.

23   They're the source of the respondents for the survey.

24          MR. KEVILLE:  All right.  Your Honor, I move to

02:43PM 25   admit Exhibit 533.

1          MR. WILSON:  No objection.

2          THE COURT:  533 will be received.

3          **(Exhibit Number 533 received.)**

4     BY MR. KEVILLE:

02:44PM 5     Q    All right.  If we look at page 13, sir.  Kathy Brandon at

6     MGA is reaching out to people at Prodege and says:

7          "We have two different sources of data" --

8     this is in 2020, just when the OMG Girlz are coming out:

9          "We have two different sources of data that

02:44PM 10         suggest our core fan base is as high as 23 percent

11         African-American.  This is distressing, given how

12         difficult it is to reach these moms in online

13         panels."

14         Do you see that?

02:44PM 15    A    I do.  But I'd like a minute to look at the exchange if

16    you're going to ask me some questions about it.

17    Q    I'm just asking you if that's what MGA said.

18    A    Yes, that's what they said.

19    Q    They also said:

02:45PM 20         "We have continually struggled, with all our

21         panels, to reach this audience.  We also overindex

22         with Hispanics and have similar challenges finding

23         them online as well."

24         That's what MGA said; correct?

02:45PM 25    A    Correct.  And then I also see that Prodege, which is the

1    name of this company, offered some solutions for addressing

2    these issues in the subsequent exchanges.

3    Q    Right.  And you didn't even know about those issues, nor

4    did you try and address them in your survey; correct?

02:45PM 5    A    We spend a lot of time to make sure that our surveys are

6    representative of the U.S. population generally.  So I don't

7    know what specifically -- I don't know what Kathy Brandon is

8    talking about with this particular issue.  But we do work very

9    closely with them.  We do lots of surveys with them and we make

02:45PM 10   sure that our surveys are representative.

11   Q    Sir, let me ask this.  So when you asked the attorneys to

12   give you everything relevant to do your survey, they didn't

13   give you this email that talks about how difficult it is to

14   reach some of these moms in online panels; correct?

02:46PM 15   A    I don't think that this is an exchange that says that it's

16   difficult to reach moms in online panels.  I think it's -- it

17   looks to me, to my eye, like one of a million different back

18   and forths that one has with a company like Prodege as you're

19   planning a research effort like this.

02:46PM 20        And it also looks to me, like in the very next

21   reply, the VP of client solutions of Prodege is recommending a

22   solution to this.  It doesn't look to me like they're throwing

23   up their hands and saying this is an insolvable problem.

24   Q    I never said it was an insolvable problem.  MGA said this

02:46PM 25   is a problem (as read):

**UNITED STATES DISTRICT COURT**

```
 1              "Given how difficult it is to reach these
 2         moms in online panels, we continually struggled
 3         with all our panels to reach this audience."
 4              They didn't give this information to you, did they,
 5    in designing your survey?
 6    A    That MGA had this issue?
 7    Q    Yes.
 8    A    I don't know why they would, because we don't have this
 9    issue.
10    Q    I'm sorry, sir.  Maybe my question wasn't clear.
11              MGA did not give you this information?
12    A    I have never seen this email before, nor do I think it's
13    relevant to my survey.
14    Q    And whatever workaround you said Prodege might have done
15    to solve this problem, you didn't know about this problem, so
16    you didn't ask them to do that solution; correct?
17    A    We don't have this problem.
18    Q    The demographic information you asked for was only
19    gender, age, and ZIP Code.  That's it; correct?
20    A    That's what we asked about in the survey.  But, again,
21    we're doing lots of surveys --
22              THE COURT:  Sir, just answer the question, please.
23              THE WITNESS:  Can you restate the question, then?
24    And I'll only answer the question.
25    BY MR. KEVILLE:
```

**UNITED STATES DISTRICT COURT**

1    Q    The demographic information you asked for was only

2    gender, age, and ZIP Code?

3    A    In the confines of the survey, that's correct.

4    Q    You did no screen for race or ethnicity of the survey

02:48PM  5    population?

6    A    Not in the survey itself.

7    Q    And you didn't test or create any parameters to determine

8    what race or ethnicity was taking this particular survey;

9    correct?

02:48PM 10    A    We do that in general terms but not in this survey.

11    Q    You could have asked for a more targeted panel; correct?

12    A    No.  There's a single panel at Prodege.

13    Q    Really?  Could we look at your expert report, Exhibit 5,

14    the brochure from Prodege, brochure page 22.

02:49PM 15         That's the brochure that you attached to your report

16    from Prodege; correct?

17    A    Correct.

18    Q    And that says that you could have had a more targeted

19    panel; correct?

02:49PM 20         MR. KEVILLE:  Allen, could you blow up "our

21    experienced project management team."

22         **(Document shown.)**

23    BY MR. KEVILLE:

24    Q    (Reading:)

02:49PM 25         "Experienced project management team starts

```
  1            by understanding our clients' requirements, e.g., a
  2            nationally representative sample or a specific
  3            targeted group."
  4                 Do you see that?
02:49PM 5   A    Yes.
  6   Q    Okay.  So you could have gotten a more targeted group,
  7   and you chose to go with the national representative sample?
  8   A    That's correct.
  9   Q    You agree that it's possible to be well-known among
02:49PM 10  certain communities and not well-known among others; correct?
 11   A    That's also correct.
 12   Q    Okay.  You didn't consider screening consumers who were
 13   likely to purchase fashion dolls that were diverse or included
 14   a diverse theme; right?
02:50PM 15  A    I screened consumers as purchasing fashion dolls and not
 16   as purchasing fashion dolls based on diversity.
 17   Q    Okay.  In the counterclaims, right, OMG Girlz were clear
 18   about the demographics of the group's fans, and you didn't use
 19   that in creating your survey group; correct?
02:50PM 20  A    No.  I don't believe that's correct.
 21   Q    Okay.
 22            MR. KEVILLE:  Allen, can you put on Docket 61 at
 23   page 17, paragraph 19, I believe.  Page 17, paragraph 19 in the
 24   counterclaim.
02:50PM 25            (Document shown.)
```

```
         1    BY MR. KEVILLE:
         2    Q    So the OMG Girlz talked about being young, confident, and
         3    positive black female girls; correct?
         4    A    What are you asking me "correct" about?
02:51PM  5    Q    That's what it says in the Complaint; correct?
         6    (As read:)
         7             "Trademark OMG Girlz is a name trademark to
         8         identify young, confident, and positive black
         9         female girls"; correct.
02:51PM 10    A    It says:
        11             "Trademarked to identify a young, confident,
        12         and positive black female girls, musical recording
        13         and performance group."
        14             It doesn't appear to be referring to the audience.
02:51PM 15    It refers to be appearing to the -- referring to the group.
        16    Q    Okay.  And the group would tend to appeal to an audience
        17    that's similar to that; correct?
        18    A    I don't know, sir.
        19    Q    Okay.  Let's look at Exhibit 371, which is in evidence.
02:52PM 20             In this, you can see that the OMG Girlz audience is
        21    about 57 percent black or African-American.
        22             Do you see that?
        23    A    I see that that appears to be the audience on Instagram
        24    for whatever website or section of Instagram this came from.  I
02:52PM 25    don't know what document it is that we're looking at.
```

```
 1   Q    And about 80 percent female?

 2   A    For whatever document this is, it looks like there's a

     summary and it says 79.9 percent female.

 3

 4   Q    So in developing your survey, you didn't consider MGA's

02:52PM 5   target market or the audience for the OMG Girlz; correct?

 6   A    I don't believe that's correct.

 7   Q    Okay.  You didn't look at any of this survey data that we

 8   looked at; correct?

 9   A    I didn't look at this data.

02:53PM 10  Q    And your target was the general U.S. population who would

11   purchase a fashion doll in the upcoming 12 months according to

12   the "click the button"?

13   A    General U.S. population representative of the U.S. --

14   Q    Right.

02:53PM 15  A    -- who would purchase fashion dolls in the next 12 months.

16   Q    Okay.  Not in any way targeted to either the OMG Girlz

17   audience or the audience for MGA for these dolls; correct?

18   A    It wasn't the audience of either party, if that's what

19   you're asking me.

02:53PM 20  Q    In your survey, you only included future purchases of

21   fashion dolls; correct?

22   A    No.  I explained that a minute ago.  That's correct for

23   the confusion survey, but not correct for the likeness survey.

24   Q    Okay.  And you have said that the proper audience for a

02:54PM 25  likelihood of confusion survey is future purchasers; correct?
```

```
 1   A     Correct.

 2   Q     Okay.  But the relevant population may include all

 3   prospective and past purchasers of a plaintiff's goods or

 4   services and all prospective and past purchasers of defendant's

 5   goods and services; correct?

 6   A     It depends on the matter.  In this matter, we have two

 7   parties that are in -- that are doing different things.  One is

 8   a musical group and one is a doll line.

 9          So that particular quote that you just said doesn't

10   apply to this matter.  I'm interviewing people who are

11   purchasing fashion dolls, not people who are purchasing music.

12   Q     Okay.  So you didn't include any of the OMG Girlz'

13   audience purchases; correct?

14   A     Correct.

15   Q     In fact, you have no opinions on what goods or services

16   the OMG Girlz offer; correct?

17   A     Well, I know they're a musical group, and I know they

18   offer merchandise.  I'm not sure what you're asking me.

19          MR. KEVILLE:  Allen, can you put up his slide 26, I

20   believe it is.

21          (Document shown.)

22   BY MR. KEVILLE:

23   Q     All right.  You said you verified how the products are

24   sold by Target and Walmart; correct?

25   A     Correct.  In a select number of stores, that's correct.
```

```
 1   Q    And you did an online search at Target and Walmart for
 2   fashion dolls; correct?
 3   A    Correct.
 4   Q    All right.
 5          MR. KEVILLE:  Your Honor, I'd offer Exhibit 421,
 6   which is an online search at Walmart.
 7          THE COURT:  Any objection?
 8          MR. WILSON:  No, Your Honor.  No objection.
 9          THE COURT:  421 will be received.
10          (Exhibit Number 421 received.)
11   BY MR. KEVILLE:
12   Q    All right.  421 was a search that was done at Walmart.com
13   for OMG Girlz.
14          Do you see that?
15   A    I do.
16   Q    The first two things that came up were O.M.G. girl
17   dolls -- correct? -- by MGA?
18   A    That's correct.  I believe in this search, there's a
19   variety of dolls that came up.
20   Q    Yes.  And the next thing that comes up is the OMG Girlz'
21   music; correct?
22   A    That's correct.
23   Q    Do you see how it says underneath the MGA O.M.G. dolls,
24   it says "Sponsored"?
25   A    Yes.
```

```
 1   Q    And that means MGA is paying to have these things come up

 2   top of the search; correct?

 3   A    I don't --

 4          MR. WILSON:  Objection.  Calls for speculation,

 5   Your Honor.

 6          THE COURT:  Overruled.

 7          THE WITNESS:  I don't know exactly what search terms

 8   they're purchasing.  I don't know if they're purchasing O.M.G.

 9   or OMG Girlz or -- it would be inappropriate for me to comment

10   on how a sponsored link appears in response to this particular

11   search for OMG Girlz.

12   BY MR. KEVILLE:

13   Q    That's fair.  But you do know that sponsors -- sponsor

14   means MGA is paying for certain things to come up early in the

15   search, whatever terms they use?

16   A    They're paying for certain things to come up in response

17   to certain searches.

18   Q    And here consumers who searched "OMG Girlz" came up with

19   a number of O.M.G. dolls; correct?

20   A    Yes.  And dolls from other companies as well.  But that's

21   correct.

22   Q    And consumers who searched to find the OMG Girlz music

23   here might decide to buy an O.M.G. doll since it came up

24   together; correct?

25   A    Potentially they might make a decision.  But there's no
```

02:56PM (line 5)
02:56PM (line 10)
02:57PM (line 15)
02:57PM (line 20)
02:57PM (line 25)

```
 1    evidence that this is confusing or not confusing.  This is just

 2    what comes up in response to the search of Walmart.com.

 3    Q    Right.  And you said you looked at the online market, and

 4    this online market, what comes up when you search "OMG Girlz"

 5    is "O.M.G. dolls"; correct?

 6    A    In this particular search, yes, that's correct.

 7    Q    That would indicate potential for actual confusion;

 8    correct?

 9    A    It's -- it's possible that someone could see this and be

10    confused.  It's possible that someone could see this and not be

11    confused.

12    Q    This is also evidence of a likelihood of confusion;

13    correct?

14    A    No.

15    Q    An online search for OMG Girlz at Walmart comes up with

16    O.M.G. dolls, that would be some evidence of a likelihood of

17    confusion; correct?

18    A    No.

19              MR. KEVILLE:  Okay.  Let's look at Exhibit 22, blow

20    up that.

21              (Document shown.)

22    BY MR. KEVILLE:

23    Q    Here we see at Target the dolls being sold with the name

24    O.M.G. Series 3 fashion dolls.

25              Do you see that?
```

```
 1   A      I do.
 2   Q      And you surveyed -- when you did Chillax in your survey,
 3   you didn't put the name O.M.G. on it; correct?
 4   A      That's correct.  Chillax was without the package in the
 5   survey.
 6   Q      And here we see how consumers would see it online.  It's
 7   with the name O.M.G.; correct?
 8   A      In this particular case, it's with the name O.M.G., that's
 9   correct.
10   Q      Okay.  And you didn't consider that in your survey
11   either -- correct? -- this type of online marketing?
12   A      My survey didn't replicate what you see here.  My survey
13   for -- as far as Chillax goes replicated a different set of
14   circumstances.
15   Q      But here we see that in real life how consumers see it,
16   it's the whole trade dress.  It's the colored hair, the fun,
17   edgy outfit, and the name O.M.G.; correct?
18   A      The name O.M.G. also appears here, that's correct.
19   Q      But not in your survey; correct?
20   A      Not with regard to Chillax, but with regard to five other
21   items in the survey.
22   Q      Now, your survey population was limited to people 18
23   years and older; correct?
24   A      That's correct.
25   Q      27 percent of your survey respondents were over 55;
```

02:58PM  5
02:59PM 10
02:59PM 15
02:59PM 20
02:59PM 25

```
 1   correct?

 2   A     I'd have to look at my report to confirm that percentage.

 3   Q     All right.  Do you have your report up there?

 4   A     I don't know.

 5          MR. KEVILLE:  Your Honor, what time do you want to

 6   take the afternoon break?

 7          THE COURT:  Is this good for you now?

 8          MR. KEVILLE:  It's good for me now.

 9          THE COURT:  Okay.  We'll take the midafternoon break

10   here, ladies and gentlemen.  We'll be in recess for 15 minutes.

11   Please remember the admonition.

12          THE COURTROOM DEPUTY:  All rise.

13          (Recess from 3:00 p.m. to 3:16 p.m.)

14          THE COURT:  Mr. Keville.

15          MR. KEVILLE:  Thank you, Your Honor.

16   BY MR. KEVILLE:

17   Q     Sir, I think we were talking about the age of your survey

18   population before we broke.

19          Do you recall?

20   A     Yes.

21   Q     And your survey population was limited to people 18 years

22   and older; correct?

23   A     Correct, for both surveys.

24   Q     And I think 27 percent of your survey respondents were

25   over 55; correct?
```

```
 1  A    That's correct, for the likelihood of confusion survey.

 2  And it's probably a similar percentage for the likeness survey.

 3  Q    And since 37 percent of your respondents were men, if we

 4  do the math, about a quarter of your survey respondents were

 5  men over 35; correct?

 6  A    That's probably correct.

 7  Q    And 10 percent were men over 55; correct?

 8  A    Men over 55 would have been about 8 or 9 percent of the

 9  survey.

10  Q    Right.  About 10 percent.  A little less?

11  A    Correct.

12  Q    And in any event, we know that the O.M.G. girl dolls are

13  aimed at children; right?

14  A    As the users of the doll.  But, again, children don't have

15  their own money, and so they're typically not the purchasers of

16  the doll.

17  Q    But you should have included the children in your survey

18  as well; correct?

19  A    I don't agree with you.

20  Q    You recognized Shari Seidman Diamond's *Reference Guide on*

21  *Survey Research* as an authoritative text; correct?

22  A    I do.

23  Q    You recited it many times even in your report in this

24  case; correct?

25  A    I cite it often in many reports.  I probably cited it in
```

**UNITED STATES DISTRICT COURT**

```
 1   this report as well.
 2          MR. KEVILLE:  Allen, could you put up the example
 3   from Shari Seidman Diamond Reference Guide on Survey Research
 4   at page 377.
```
03:18PM  5          **(Document shown.)**
```
 6   BY MR. KEVILLE:
 7   Q    And in that authoritative text, it says:
 8          "The universe must be defined carefully.  For
 9          example, a commercial for a toy or breakfast cereal
```
03:18PM 10         may be aimed at children, who, in turn, influence
```
11          their parents' purchases.  If a survey assessing
12          the commercial's tendency to mislead were conducted
13          based on a sample from the target population of
14          prospective and actual adult purchasers, it would
```
03:18PM 15         exclude a crucial relevant population.  The
```
16          appropriate population in this instance would
17          include children as well as parents."
18          That's what the authoritative text says; correct?
19   A    I see what the text says.
```
03:19PM 20   Q    In this case, the dolls are intended for children ten and
```
21   under; correct?
22   A    Around that age range.  I don't necessarily know that it's
23   ten and under.  I've seen -- I saw reports early in the process
24   about teens and young adults purchasing these dolls as well.
```
03:19PM 25   Q    Okay.  But you didn't include any of the teens and young

```
      1   adults or the children under ten in your survey along with

      2   their parents; correct?

      3   A     No, I did not.

      4   Q     Okay.  And in 2019, when MGA is planning to launch the

03:19PM 5   O.M.G. dolls --

      6              MR. KEVILLE:  I'd like to put up a survey, 1091,

      7   which I believe is in evidence.

      8              MR. WILSON:  I believe that's correct, Your Honor.

      9   No objection.

03:19PM 10  BY MR. KEVILLE:

     11   Q     When MGA was planning to launch the O.M.G. dolls, if we

     12   look at page 8, the top and bottom bullets, MGA survey

     13   methodology was an online survey conducted among 315 girls ages

     14   5 to 10 for their launch of the O.M.G. dolls; correct?

03:20PM 15  A     Correct, for a technique called MaxDiff, which is a very

     16   specific technique to evaluate attributes that would be of

     17   interest to a consumer -- to a particular group of consumers,

     18   which is very different than a likelihood of confusion survey

     19   in a litigation matter.

03:20PM 20  Q     Sir, my question is very clear.

     21              When MGA was surveying their market for the O.M.G.

     22   dolls that they were going to release, they surveyed 315 girls

     23   ages 5 to 10 and their mothers; correct?

     24   A     I see the discussion of girls, and I see a sentence at the

03:20PM 25  end about moms.  So I agree with you on girls.  It doesn't look
```

```
  1    to me like moms got the full survey in this case.
  2    Q    Look at page 49, "Moms' purchase likelihood."  And we see
  3    down at the bottom, the end number surveyed is 315; correct?
  4    Same number?
03:21PM 5    A    Correct.  But it looks like the moms got a different set
  6    of questions than the girls.  But, yes, they're asking
  7    questions of both moms in this case and girls, but different
  8    questions.
  9    Q    And MGA did not include any men in its survey; correct?
03:21PM 10    A    I don't see any discussion of men in this survey.  This is
 11    the first time I'm seeing this.
 12    Q    And that's another flaw in your survey over including men
 13    over 35 and not including children at all; correct?
 14    A    No.  I don't believe that's a flaw at all.  I believe
03:21PM 15    that's an appropriate design.
 16    Q    You agree that mismatches between a survey universe and
 17    the relevant population can mean a survey should be given
 18    little or no weight; correct?
 19    A    If there's a serious mismatch, that's correct.
03:22PM 20    Q    In another case, do you recall the case that you were
 21    involved in, OraLabs vs. Kind Group?
 22    A    Yes, I do.
 23    Q    You used an Eveready survey in that case; correct?
 24    A    I did.
03:22PM 25    Q    And that case involved claims for trade dress
```

```
 1    infringement; correct?
 2    A     Correct.
 3    Q     And your client, the Kind Group, claimed unregistered
 4    trade dress in the shape of this lip balm packaging that we see
 5    here; correct?
 6    A     I remember this particular shape of this container was at
 7    issue in the matter.
 8    Q     Right.  And The Kind Group claimed unregistered trade
 9    dress in the shape of this lip balm packaging; correct?
10    A     Again, this is a long time ago.  I don't remember if it
11    was registered or unregistered.  I just remember this shape was
12    what was disputed in the matter.
13    Q     All right.  Let's look at the counterclaims at 15 to 18.
14    "Kind Group owns substantial common law rights" --
15              (Reporter requests clarification
16              for the record.)
17              MR. KEVILLE:  Oh, I'm sorry.
18    BY MR. KEVILLE:
19    Q     In this case it says:
20              "Kind Group owns substantial common law
21         rights to the eos Smooth Sphere trade dress."
22              Do you see that?
23    A     I do.
24    Q     So they were saying this unregistered trade dress, the
25    common law trade dress, was something that they were
```

1    protecting; correct?

2    A    They were protecting -- they were asserting common law

3    rights to this particular trade dress.

4    Q    Okay.  And in that case you surveyed only females ages 13

03:23PM 5    to 18 -- 13 to 38, excuse me, who had used lip balm in the

6    preceding month and were likely to purchase lip balm within the

7    following three months.

8            Do you recall that?

9    A    I remember surveying young females for this particular

03:23PM 10    product.

11    Q    Starting at age 13?

12    A    I don't remember the specific age.

13            MR. KEVILLE:  Allen, can you put up the case.

14            **(Document shown.)**

03:24PM 15    BY MR. KEVILLE:

16    Q    (Reading:)

17            "Dr. Isaacson chose to survey females ages 13

18            to 38 who had used lip balm in the preceding month

19            and were likely to purchase lip balm within the

03:24PM 20            following three months."

21            That was your survey units; correct?

22    A    That's what it says here, so that must be correct.

23    Q    Okay.  So in that case, your universe went below 18;

24    correct?  Here, it didn't.

03:24PM 25    A    That's correct.

```
 1    Q    In that case, your universe went to people who had
 2    purchased in the past as well as people who would purchase in
 3    the immediate future; correct?
 4    A    Correct.
03:24PM  5    Q    Here you only went to people who would purchase any kind
 6    of fashion doll in the next 12 months; correct?
 7    A    Correct.  But only for the confusion survey, not for the
 8    likeness survey.
 9    Q    And you selected the survey universe here based on data
03:24PM 10    from Facebook showing that people who like eos on Facebook are
11    98 percent female.
12         Do you recall that?
13    A    I don't remember that particular data.  But that's what it
14    says that I did, and I believe that is what I did.
03:25PM 15    Q    Okay.  And with an age distribution that is 87 percent 13
16    to 34 as well as using pages from eos's website that depict
17    primarily female celebrities using the Smooth Sphere.
18         So there you used online data to help make your
19    target audience more particular to the products; correct?
03:25PM 20    A    For a very specific product category, yes.
21    Q    And here you didn't do that; correct?
22    A    Here is a different matter, and I used a different
23    approach, that's correct.
24    Q    All right.  You testified that you base the demographics
03:25PM 25    of your study on a number of factors, including the age
```

```
  1  distribution of people who like eos on Facebook; correct?

  2  A    Yes.

  3  Q    Okay.  And here you saw that the OMG Girlz' audience was

  4  73 percent women between 13 and 34; correct?

  5  A    Correct.  But I didn't survey the OMG Girlz' audience --

  6  Q    And within that --

  7  A    -- in my survey.

  8  Q    In that OMG Girlz' audience, there were 57 percent black

  9  or African American; correct?

 10  A    According to what I believe was data from Instagram, yes.

 11  Q    And MGA had noted its dolls were largely popular with

 12  African American mothers, and they did their survey only to

 13  mothers and daughters; correct?

 14  A    Can we break that?  I think there's at least two pieces to

 15  the question you just asked me.

 16  Q    First piece:  MGA had noted its dolls were very popular

 17  with African American mothers; correct?

 18           MR. WILSON:  Objection.  I think that lacks

 19  foundation from the survey he was shown.

 20           THE WITNESS:  I remember seeing data --

 21           THE COURT:  Just a minute.

 22           Overruled.

 23           THE WITNESS:  I remember seeing data about African

 24  Americans and moms.  I don't remember seeing a statement about

 25  African American mothers.
```

03:26PM (line 5)
03:26PM (line 10)
03:26PM (line 15)
03:27PM (line 20)
03:27PM (line 25)

BY MR. KEVILLE:

Q    Okay.  And you also knew that -- or at least there was

information available that when MGA did their survey, they only

surveyed mothers and daughters, not these men over 35?

03:27PM  A    For that particular survey that you showed me, that was

correct.

Q    Okay.  You were also a survey expert for Shekarchi?  Am I

saying that right?  Do you remember that one, Shekarchi --

*Kreation Juicery* vs. *Shekarchi*?

03:27PM  A    I remember Kreation Juicery, that's correct.

Q    You were the survey expert for Shekarchi in that trade

dress infringement suit; correct?

A    I don't remember which party -- that's also a long time

ago.  I don't remember which party I was retained by.

03:27PM  Q    All right.

        MR. KEVILLE:  Allen, can we put up that case to

remind him.  Page 7 -- star 7.

        **(Document shown.)**

BY MR. KEVILLE:

03:28PM  Q    Dr. Isaacson, you were defendant's expert; right?  That's

you?

A    Correct.

Q    And you also used an Eveready survey in that case;

correct?

03:28PM  A    That's correct.

```
 1   Q    In the survey population there, you surveyed only
 2   individuals in eight neighborhoods near Kreation Juicery
 3   locations, and then you limited that to consumers who had
 4   purchased food at a fast casual restaurant in the past month,
 5   were likely to purchase food at a fast casual restaurant in the
 6   next month, had purchased Mediterranean food in the past month,
 7   and were likely to purchase Mediterranean food in the next
 8   month.
 9        Do you see that?
10   A    I do.
11   Q    Here in this case -- despite that case being very
12   particular, here you just said, "Let me take a survey of the
13   general U.S. population"; correct?
14   A    No.  I don't think what you're saying is correct.
15   Q    Certainly you didn't do anything like you did here for
16   the Shekarchi case where you were much more focused?
17   A    No, I don't agree with that statement here.
18   Q    Did you narrow your survey population to the target
19   market of either the O.M.G. dolls or the OMG Girlz?
20   A    Yes.  In this case.
21   Q    Because the general population, in your view, of the U.S.
22   is the target market?
23   A    The general population among people who were purchasing
24   fashion dolls, that's who I surveyed in both of my surveys in
25   this matter, the same way that I surveyed in this other matter
```

**UNITED STATES DISTRICT COURT**

```
 1   people who are purchasing Mediterranean food.
 2   Q    But here you looked for people who had purchased fast
 3   food -- purchased with a fast casual restaurant in the past
 4   month and had purchased Mediterranean food in the past month.
 5   You didn't do anything to see if anybody had purchased an
 6   O.M.G. doll in the past; correct?
 7   A    Only in regard -- as I mentioned before, I did survey on
 8   past purchase in the likeness survey, but not in the likelihood
 9   of confusion survey.
10   Q    If we go back to 371, you can see the top cities where
11   the OMG Girlz' music is most popular are urban cities; correct?
12   Atlanta, New York City, Los Angeles, Chicago.
13   A    I don't know what a nonurban city would be.
14   Q    That's fair.
15        It could be a small city though -- right? -- like a
16   small rural city.  These are big urban centers; correct?
17   A    These are big cities.  I'll agree with you that a city by
18   definition is an urban place.
19   Q    You made no effort to adjust your survey population to
20   these urban, large cities; correct?
21   A    I didn't only survey in these large cities because that
22   would have been inappropriate.
23   Q    That's where the OMG Girlz have their target markets;
24   correct?
25   A    I didn't construct my survey around the OMG Girlz'
```

Timestamps in left margin:
03:29PM 5
03:30PM 10
03:30PM 15
03:30PM 20
03:31PM 25

**UNITED STATES DISTRICT COURT**

1    audience.

2    Q    But in the *Kreation Juicery* case, you put it to eight

3    specific neighborhoods and then people who had done something

4    in the past and were going to do something in the future;

03:31PM 5    correct?

6    A    Correct.  In a very different matter.

7    Q    And it's true that in the *Kreation Juicery* case, Chief

8    Judge Dolly Gee in Las Angeles wrote that, quote:

9            "Isaacson had the burden of establishing the

03:31PM 10           senior mark was well-known, and that Isaacson

11           should have screened respondents to confirm they

12           knew the Kreation brand."

13           Do you remember that?

14    A    Yes.

03:31PM 15    Q    And we know here you screened none of the respondents for

16    awareness of the OMG Girlz' brand or trade dress; correct?

17    A    Correct.

18    Q    And in the *Kreation Juicery* case, Judge Gee concluded

19    that because you did not establish on your own that the senior

03:31PM 20    mark creation with a "K" was well-known by screening the

21    respondents, your survey was entitled to very little weight;

22    correct?

23    A    That's correct.

24    Q    So twice Courts have said your Eveready surveys were

03:32PM 25    entitled to very little weight because you relied primarily on

         1    the mark owner saying they were famous and you didn't screen

         2    survey respondents to verify the mark was well-known?

         3    A    That's correct.  Out of 50 likelihood of confusion surveys

         4    that I've conducted, I've been criticized twice for that

03:32PM   5    particular issue.

         6    Q    And in 2017, a federal district judge in Delaware found a

         7    survey done by you, quote, "suffered from major analytical and

         8    methodological flaws that rendered its results unreliable."

         9             Do you remember that?

03:32PM  10    A    No.  I'm not sure which matter you're referring to.

        11    Q    *Parallel Networks Licensing vs. Microsoft.*

        12    A    Yes, I do remember that one.

        13    Q    That case involved a patent; correct?

        14    A    That was a patent matter, not a trademark matter.

03:32PM  15    Q    Right.

        16             And the Court noted the, quote:

        17             "Lack of fit between your survey and the

        18             asserted claims was in and of itself sufficient to

        19             exclude the survey as unreliable and prejudicial."

03:33PM  20             Correct?

        21    A    That's correct.  The Court determined that my survey did

        22    not match a very complicated definition for infringement in a

        23    patent matter.

        24    Q    But the Court also noted your survey:

03:33PM  25             "Suffered from serious methodological flaws

relating to the selection of respondents.  In order

for a survey to be reliable, the survey respondents

must reflect a representative sample of the target

population."

03:33PM 5   Isn't that what the Court said?

6 A Yes.

7 Q And here you did nothing to figure out what the target

8 population was for the O.M.G. dolls or the OMG Girlz.

9 A No, I don't believe that's correct.

03:33PM 10 Q Like here your survey respondents, just like in that

11 case, were recruited through an Internet survey panel; correct?

12 A Correct.

13 Q In that case your opinion was stricken completely;

14 correct?

03:33PM 15 A Correct.  Out of 250 matters in which I've been retained,

16 there's been one in which my opinion was stricken entirely, and

17 that's it.

18   THE COURT:  Sir, your role is to answer the question

19 and just the question.  Once you've answered the question,

03:34PM 20 please cease.  If your counsel believes other matters should

21 come out, you'll be asked those questions.

22   Do you understand that?

23   THE WITNESS:  I do, Your Honor.  I'm sorry.

24   THE COURT:  Comply.

03:34PM 25   THE WITNESS:  I will.

**UNITED STATES DISTRICT COURT**

BY MR. KEVILLE:

Q    Here you agree it's up to the jury to decide what weight, small or not small, to give your survey based on the many differences and problems with your survey population compared to the MGA dolls' audience and the OMG Girlz' audience; correct?

A    I'm sorry, could you ask me that one more time?

Q    Sure.

You agree it's up to the jury to decide what weight, small or not small, to give your survey based on the differences between your survey population of the general U.S. compared to MGA dolls' audience and the OMG Girlz' audience?

A    I don't think I can answer the question.  To the extent I understand it, I don't agree with it.

Q    Okay.  It's up to the jury to decide what weight, if any, to give your survey; correct?

A    That's correct.

Q    And you agree, sir, that actual confusion is the best evidence of the likelihood of confusion; correct?

MR. WILSON:  Objection.  Calls for a legal conclusion.

THE COURT:  Overruled.

THE WITNESS:  It depends on the matter in which we're -- and what kind of confusion evidence we're talking about.

BY MR. KEVILLE:

Q    Do you agree that *McCarthy on Trademarks and Unfair Competition* is a recognized treatise in the area of trademark and trade dress infringement?

03:35PM A    I do.

Q    And you cite it frequently; correct?

A    I do.

Q    In fact, you said you reviewed it in preparing for your deposition in this case; correct?

03:35PM A    I probably did.

Q    Okay.  If we look at Section 23.13 in *McCarthy on Trademarks and Unfair Competition,* it starts big bold letters, "Actual confusion is the best evidence of likelihood of confusion"; correct?

03:36PM A    I see what it says there.  That's correct.

Q    Okay.  And that's a treatise that you think is very important in trademark and trade dress; correct?

A    Correct.

Q    And you agree there can be no more positive or

03:36PM substantial proof of the likelihood of confusion than proof of actual confusion; correct?

A    No, I don't necessarily agree with that statement.

Q    Here we know in this matter it started with one of Mrs. Harris's friends seeing the Chillax doll and that O.M.G.

03:36PM Target ad and believing OMG Girlz had a doll line on sale;

```
 1   correct?

 2   A    I'm not familiar with how this matter started.

 3   Q    That's some evidence of actual confusion, that

 4   Mrs. Harris's friend saw an ad at Target, said O.M.G. Chillax

 5   doll, and said, "Hey, OMG Girlz' doll is on sale at Target."

 6            Do you agree that's evidence of actual confusion?

 7   A    I don't know the circumstances of what you're describing,

 8   so I -- I don't have an opinion on it.

 9   Q    That was not something that your counsel over here

10   decided was material for you to consider?

11   A    That's not something that I think is relevant to my

12   opinion or that was shared with me.

13   Q    Okay.  How can -- if it's never been shared to you, how

14   can evidence of actual confusion not be relevant to your

15   opinion?

16   A    I guess I'd need to know much more about it than the brief

17   description you've given me.

18   Q    Okay.  How about Heiress Harris's birthday where she was

19   given O.M.G. dolls as gifts, thinking they were of her sister's

20   group, the OMG Girlz; is that evidence of factual confusion?

21   A    Again, I don't know enough about the circumstances to

22   comment on it.

23   Q    How about the four witnesses who testified by deposition

24   and one live at trial that they bought MGA's O.M.G. dolls

25   because they believed they were supporting the OMG Girlz?
```

03:37PM (lines 5, 10, 15, 20)
03:38PM (line 25)

1    That's evidence of actual confusion as well; correct?

2    A    It can be.  Again, I don't know anything about the actual

3    circumstances or testimony you're describing.

4    Q    How about -- you talk about the posts on Tameka Harris.

03:38PM 5    How about the thousands of social media users who express their

6    opinions and many related to confusion?  That's all evidence --

7    can be evidence of actual confusion as well; correct?

8    A    It can be and it may not be, depending on what's posted

9    and other factors.

03:38PM 10   Q    Okay.  We've seen a number of posts on social media, but

11   you didn't consider any of those in forming your opinions in

12   this case; correct?

13   A    Correct.

14   Q    So on one hand we have evidence of actual confusion that

03:38PM 15   these people have experienced.  We have posts on social media.

16   We have witnesses who testified live to their confusion.  We

17   have that on one hand.  And on the other hand, we have your

18   $150,000 survey that includes almost 40 percent men.  Which one

19   should the jury believe?

03:39PM 20           MR. WILSON:  Objection.  403, Your Honor.

21           THE COURT:  Overruled.

22           THE WITNESS:  My survey does not include almost 40

23   percent men.  That's incorrect.

24   BY MR. KEVILLE:

03:39PM 25   Q    Apologies.

1    Your likelihood of confusion survey included 37 or

2    38 percent men; correct?

3    A    Correct.

4    Q    That's almost 40 percent; right?

03:39PM 5    A    I guess I'm not sure what you're asking me.

6    Q    I'm asking you which one should the jury believe, your

7    $150,000 survey of the general population that found zero, or

8    the witnesses who came here live and testified to actual

9    confusion?  Which is the best evidence of likelihood of

03:40PM 10    confusion?  Which one should the jury believe?

11    A    I'll leave it to the jury to make their own decision.

12    I've provided the evidence that I generated in this matter.

13        MR. KEVILLE:  Pass the witness, Your Honor.

14                **REDIRECT EXAMINATION**

03:40PM 15    BY MR. WILSON:

16    Q    Dr. Isaacson, before the break, I think we -- before the

17    lunch break, we talked about Susan McDonald.

18        Do you know who Susan McDonald is?

19    A    Yes, I do.

03:40PM 20    Q    Who is she?

21    A    She's an expert that was retained by the OMG Girlz or the

22    Harrises.

23    Q    And could -- as far as you know, Susan McDonald could

24    have chosen to do a survey of the OMG Girlz fans?

03:40PM 25        MR. KEVILLE:  Your Honor, object.  This is outside

 1    the scope of my cross.

 2            THE COURT:  Sustained.

 3    BY MR. WILSON:

 4    Q    Dr. Isaacson, why do you choose a national panel for your

03:41PM 5    survey?

 6    A    So that I can have a group of consumers taking the survey

 7    that are representative of consumers nationwide without being

 8    biased towards either party in the matter.

 9    Q    And what was your basis for concluding that the OMG Girlz

03:41PM 10    were famous nationwide?

 11   A    My basis for concluding that the OMG Girlz were well-known

 12   were statements coming from the OMG Girlz and from Ms. Harris.

 13   Q    Were you present in court when Zonnique Pullins

 14   testified?

03:41PM 15   A    I was not.

 16   Q    Have you had the opportunity to consider

 17   Zonnique Pullins' testimony?

 18   A    I have not seen it.

 19            MR. WILSON:  Mr. Knecht, can you pull up Pullins'

03:42PM 20   September 12, 19- -- excuse me, 2024, the afternoon session, at

 21   page 14, line 16 to 19?

 22   BY MR. WILSON:

 23   Q    Did you have the opportunity to consider Ms. Pullins'

 24   answer to this question on cross-examination?

03:42PM 25   A    No, sir.

1    Q    Can you take a moment to read it to yourself and let me

2    know when you're done?

3    A    I'm done reading it.

4    Q    Does this quote from Ms. Pullins at her testimony in this

03:43PM 5    trial a few days ago, does it reinforce your belief that the

6    Eveready survey was the correct survey method to use?

7    A    It does.  But just to be clear, I believe that the survey

8    method was correct regardless of whether they were well-known

9    because of the conclusions that I've drawn from it.

03:43PM 10    Q    All right.  But Dr. Isaacson, is it fair that you decided

11    to take the OMG Girlz at their word when you designed the

12    survey?

13    A    That's correct.

14    Q    And Dr. Isaacson, we've heard a lot of testimony about

03:43PM 15    other litigation surveys that you've done.

16    A    That's correct.

17    Q    And how many litigation surveys have you done?

18    A    I've been retained in more than 250 -- I've been retained

19    in 250 or 275 matters.  I forget the exact number.  And I

03:44PM 20    provided testimony in approximately 170 matters involving

21    litigation surveys.

22    Q    And for all your surveying matters, is the survey design

23    customized?

24    A    Yes.  In every matter.

03:44PM 25    Q    And why is that?

A    Because the circumstances of every matter are different. The format or questions or structure that you use in one matter doesn't necessarily work in another matter because the context and the industry and the product and the consumers are different.

Q    Now, Mr. Keville asked you why you didn't contact the consumers who took your survey.  Why didn't you contact them?

A    Because the whole basis, the whole reason why consumers take these kind of surveys, is based on the principle of anonymity.  They take the survey expecting the process to be anonymous so that they can provide their open and honest opinions without regard to who it helps or hurts in the answers that they are providing.

Q    And I believe Mr. Keville didn't allow you to fully explain how incentives are used with respect to your surveys. Is there anything you'd like to add to or explain about that?

A    I'd just like to say the entire -- virtually every survey that gets done by any company, whether it's MGA or me or any other company, involves the use of incentives, and these are small amounts of rewards that are given to consumers to thank them for their time.  And it's a way to motivate participation so that the group of people taking any survey can be representative of the country as a whole.  Without incentives, surveys would have a terribly nonrepresentative group of people taking them.

```
 1   Q    And you were at the -- when you designed your survey,

 2   there were 70 dolls accused.  For the purposes of this trial,

 3   it's now 32.  And you tested, I think, a total of nine dolls.

 4   Do I have that right?

 5   A    I tested, between the two surveys a total of ten items,

 6   where an item is either a package or a doll or a package with a

 7   doll.

 8   Q    All right.  And I think we covered this in your direct.

 9   But why didn't you test all 70 dolls that were then in dispute?

10   A    Because it would have been an astronomical number of

11   interviews, a very, very large number of interviews.  Already,

12   I've conducted nearly 2,800 interviews.

13   Q    And so you tested what you believe to be a fair

14   representative sample of the dolls that were accused at the

15   time you did your survey?

16   A    I tested what I believe to be a fair representative sample

17   in the sense that I selected the dolls from among those that

18   the OMG Girlz and Ms. Harris had identified as being of the

19   greatest concern to them.

20   Q    And although you did not test the Queens -- or did not

21   measure the Queens, does your likelihood of confusion survey

22   give you an opportunity to draw conclusions as to what the

23   results may be with respect to the Queens?

24          MR. KEVILLE:  I'm going to object.  He's provided no

25   opinions on that in his report.
```

1           THE COURT:  Has he provided such an opinion?

2           MR. WILSON:  He hasn't provided an opinion, but it's

3    a representative sample.  And I believe the intention of the

4    representative sample is that he can draw a conclusion as to

03:48PM 5    what a likelihood of confusion may be for any dolls of those

6    accused.

7           THE COURT:  Objection sustained.

8    BY MR. WILSON:

9    Q    There was a point made that in an earlier survey, you had

03:48PM 10   done it in a mall as opposed to over the internet.  Is there a

11   reason why your survey methodology has changed over time?

12   A    Yes.  And really, in the last decade, like many other

13   things, the practice of conducting surveys has moved online.

14   It used to be generally conducted in malls, but now it's

03:49PM 15   generally moved to take place over the internet, which is much

16   more convenient, particularly when one wants to reach consumers

17   nationwide.

18   Q    And in designing your survey -- let me strike that

19   question.

03:49PM 20          In this case, at times when you weren't present,

21   there was testimony with respect to some pictures that dated

22   from 2012.

23          MR. WILSON:  Mr. Knecht, can you pull up 5521 and

24   just show the picture portion?

03:49PM 25          **(Document shown.)**

BY MR. WILSON:

Q    I understand this picture was taken in 2012.  If you used -- I'm just going to pose to you a hypothetical.

If you tested children in 2022 who were of the ages of 5 to 10 in 2012, do you have an intuition of how many of those children could have been remembered this picture from 2012?

MR. KEVILLE:  Objection, Your Honor.  It's irrelevant, number one.  Number two, he has not provided this opinion in his report.

MR. WILSON:  I think it's responsive to the questioning of --

THE COURT:  Has he provided this opinion in this report?

MR. WILSON:  All right.  Thank you.  Thank you, Your Honor.

Can we go to Exhibit 707, and can we show -- give Dr. Isaacson an opportunity to view the entire exhibit, Mr. Knecht.  So can you pull out?

**(Document shown.)**

BY MR. WILSON:

Q    So you were only shown a small portion of this exhibit on cross-examination.  Are there other things in this exhibit that you believe are relevant?

A    Yes.  There's a few things that are particularly relevant

```
 1    about this exhibit.  One is, if we can go up to the top, you

 2    can see that the search here is for OMG Girlz.  The search here

 3    is not for the L.O.L. Surprise! O.M.G. dolls.  It's for the

 4    Girlz.  So it's a particular search that's coming up.  And it's

03:51PM  5    not surprising to see in a case like this where you have one

 6    item where there's not much traffic for that item and there's

 7    another item for which there's a lot of traffic to see that

 8    other item come up.

 9            What we also see on the results for this search is

03:52PM 10    we see lots of other items that are not L.O.L. Surprise! O.M.G.

11    dolls.  So, for example, on the right of the image, right next

12    to --

13            I'm sorry, can we zoom out?  Thank you.

14            On the right of the image, right next to the

03:52PM 15    OMG Girlz item, you can see --

16            And now if we can zoom in on that item, including

17    the description --

18            -- an item from a company called Zuru.

19            This is the Sparkle Girlz.  So this is another doll

03:52PM 20    line.

21            And if we zoom out a little bit back to the image

22    and we go to the next row, you can see other kinds of items

23    that have shown up.

24            If we can go to the second row --

03:53PM 25    BY MR. WILSON:
```

|      |    |                                                                    |
|------|----|--------------------------------------------------------------------|
|      | 1  | Q    Is that the row you're referring to, Dr. Isaacson?            |
|      | 2  | A    Yes.  So there are some O.M.G. items and some items that      |
|      | 3  | are not O.M.G.  So if you scroll through the page, you'll see      |
|      | 4  | other kinds of items.                                              |
| 03:53PM | 5 |       And then just the last thing I'll mention with            |
|      | 6  | regards to consumer behavior is it's true that there are items     |
|      | 7  | that are showing up here, some of which are O.M.G. --              |
|      | 8  | L.O.L. Surprise! O.M.G. items and some of which are not.          |
|      | 9  | Consumers on the internet are used to seeing lots of different     |
| 03:53PM | 10 | items, and the fact that items show up does not necessarily      |
|      | 11 | mean that it is confusing.  It just means that there's lots of     |
|      | 12 | things for the consumer to sort through when they view search      |
|      | 13 | results.                                                           |
|      | 14 | Q    Thank you, Dr. Isaacson.  And forgive me if I asked you       |
| 03:54PM | 15 | this question on direct.                                         |
|      | 16 |       Dr. Isaacson, in your litigation surveys, do you            |
|      | 17 | ever screen for race?                                              |
|      | 18 | A    I have never conducted a survey that screened for race,       |
|      | 19 | and I've never seen a litigation survey that screened for race.    |
| 03:54PM | 20 | Q    All right.  Thank you.                                      |
|      | 21 |       And you were -- you weren't here, again, for the            |
|      | 22 | testimony of Rachel Brenner?                                       |
|      | 23 | A    I was not.                                                    |
|      | 24 | Q    Okay.  And Mr. Keville showed you a portion of               |
| 03:54PM | 25 | Rachel Brenner's testimony?                                      |

```
  1   A    Yes.

  2   Q    Okay.  I'd like to show you a different portion of her

  3   testimony.

  4            MR. WILSON:  Can we go to Brenner testimony

03:54PM  5   September 13, 2024, Volume I, page 80, lines 13 to 24?

  6            (Document shown.)

  7   BY MR. WILSON:

  8   Q    And can you see there what Ms. Brenner's full answer was?

  9   And I'll give you time to read it and the jury time to read it.

03:55PM 10   I apologize for rushing along.

 11            MR. KEVILLE:  Your Honor, I object.  This testimony,

 12   two lines later, Your Honor struck the testimony.  And he's

 13   asking him to read and rely on something that was stricken from

 14   the record.

03:55PM 15            THE COURT:  Next question.  Sustained.

 16            MR. WILSON:  All right.  Thank you.

 17   BY MR. WILSON:

 18   Q    I think you mentioned on your cross-examination that

 19   among the materials that you reviewed were statements by

03:55PM 20   Mr. Larian.  Am I remembering that correctly?

 21   A    That's correct.

 22   Q    And what statements did you review from Mr. Larian?

 23   A    The gist of it that I remember is that he said that we

 24   market dolls to everyone.  And my reading of what he means by

03:56PM 25   diversity is there's lots of different dolls that can appeal to
```

**UNITED STATES DISTRICT COURT**

```
      1    lots of different consumers.
      2    Q    Given your panel poll that drew from a wide demographic,
      3    do you believe that there were African-Americans within that
      4    poll?
03:56PM 5             MR. KEVILLE:  Objection, Your Honor.  He's provided
      6    no demographics for his panel.  That was an issue previously.
      7             THE COURT:  Sustained.
      8             MR. WILSON:  All right.  I'll move on.
      9             May I confer with my fellow counsel for a moment,
03:57PM 10   Your Honor?
      11            THE COURT:  You may.
      12            (Counsel confer off the record.)
      13            MR. WILSON:  Dr. Isaacson, thank you for your time.
      14            I pass the witness.
03:58PM 15            MR. KEVILLE:  Your Honor, no further questions for
      16   this witness.
      17            THE COURT:  Sir, you may step down.  Thank you.
      18            THE WITNESS:  Thank you, Your Honor.
      19            THE COURT:  Call your next witness, please.
03:58PM 20            MR. WILSON:  MGA and Mr. Larian call Lora Stephens
      21   as its next witness.
      22            Your Honor, Your Honor, may my paralegal approach to
      23   get the witness binder?
      24            THE COURT:  Yes.
03:59PM 25   ///
```

<u>**LORA STEPHENS, DEFENDANT'S WITNESS, WAS SWORN**</u>

1

2         THE COURTROOM DEPUTY:  If you could please state

3    your full name, spelling your last name for the record.

4         THE WITNESS:  My name is Lora Ann Montgomery

03:59PM 5    Patterson Stephens, S-t-e-p-h-e-n-s.

6                    **DIRECT EXAMINATION**

7    BY MR. WILSON:

8    Q    Good afternoon, Ms. Stephens.  Are you currently a

9    designer at MGA?

03:59PM 10   A    Yes, I am.

11   Q    And what are your job responsibilities as a designer at

12   MGA?

13   A    My responsibilities are to concept, draw, design dolls for

14   L.O.L. Surprise! and O.M.G.

04:00PM 15   Q    And can you describe for us your current work

16   responsibilities?

17   A    My current responsibilities for the O.M.G. brand is

18   designing them.

19   Q    And how long have you been at MGA?

04:00PM 20   A    I've been at MGA since 2017.

21   Q    All right.  I want to step back a bit and discuss a

22   little bit about your background.

23             Did you play with dolls as a child?

24   A    Yes, I did.

04:00PM 25   Q    Are there any particular doll lines that you remember?

1    A    Yes.  Strawberry Shortcake, Amber Brite, Barbie, and

2    Bratz.

3    Q    And did your play with dolls influence your education

4    choices?

04:00PM 5    A    Yes.  I would say it did.

6    Q    And how did it influence your educational choices?

7    A    Well, I went to Otis College of Art and Design in 1997.  I

8    graduated in 2001 with a bachelor's in fine arts.  My major was

9    in toy design.  I have a childhood history of drawing.  I

04:01PM 10   started drawing when I was 4 years old, and in middle school I

11   was in a lot of art classes.  In high school, I was in AP art.

12   And I just kept it going.

13   Q    So you mentioned Otis College of Design.  Can you tell

14   the jury where that's located?

04:01PM 15   A    That's located in Westchester, California.

16   Q    And Westchester is near Los Angeles?

17   A    Yes, it is.

18   Q    And you mentioned you studied toy design?

19   A    Yes.

04:01PM 20   Q    Do you recall any courses that you studied in getting

21   your degree in toy design?

22   A    Yes.  There's child psychology in toys.  There's color

23   theory.  You learn all levels and aspects in the toy industry.

24   That includes preschool, plush, action figures, vehicles, and

04:02PM 25   dolls.

1    Q    And at Otis, you mentioned you took child psychology?

2    A    Yes.

3    Q    What did you learn in that course?

4    A    In that course, I learned how children play with toys and

04:02PM  5    how they help cognitively and emotionally develop them as they

6    are in their childhood.  And also in color theory, how it plays

7    a part in a child liking a doll based by color, also.

8    Q    And you mentioned a little bit, you learned about how

9    children play with toys.  Can you explain to the jury how

04:02PM 10    children play with toys?

11    A    Sure.  They actually express their emotional and social --

12    it builds their emotional and social development while they

13    play.  It also gives them a way to express their imagination,

14    letting the characters out within.

04:03PM 15    Q    In studying child psychology with respect to toys, did

16    you learn anything about what activates children's emotions?

17    A    Color -- actually, I did.  Color actually helps activate a

18    child's emotional.  They gravitate to colors, bold colors and

19    light colors.  Light colors and bold colors bring happiness.

04:03PM 20    Dark colors are, say, more negative.  Like red is powerful.

21    Violet or purple can be seen as royal.  Pink is more feminine.

22    Yellow is happiness.  And so forth.

23    Q    Do any particular bold colors stand out as to what

24    children like?

04:03PM 25    A    Yes.  Pink, purple.  Boys, red and blue and green.

```
 1   Q     All right.  Thank you.
 2             Now, at Otis, in studying toy design, did you have
 3   to do a senior thesis?
 4   A     Yes, I did.
 5   Q     And what was your senior thesis?
 6   A     My senior thesis were three dolls that were called
 7   Hair Gossip.
 8   Q     And in your senior thesis -- you weren't here, but a
 9   prior witness testified as to the importance of stories.  Did
10   your senior thesis tell a story?
11   A     Yes, it did.
12   Q     And can you tell the jury what the story was?
13   A     The story of Hair Gossip was all about girls come together
14   and getting their hair done.  So the dolls I created had big
15   heads, and their hairstyles were able to be swapped out from
16   two ponytails to one ponytail without the girl having to comb
17   and style the hair.  They can just change the pieces on the
18   doll's head.
19   Q     You mentioned a comb.
20   A     Yes.
21   Q     Do you know if -- I noticed that the L.O.L. Surprise!
22   O.M.G. fashion dolls have very long hair.
23   A     Yes.
24   Q     Do you know if there's any reason for that?
25   A     It's a part of the hair play.  It -- you know, playing
```

04:04PM  5
04:04PM 10
04:04PM 15
04:04PM 20
04:05PM 25

1  with hair is also like the child putting their aspirations of

2  having, you know, fancy hair, and also helps develop how they

3  will be doing their own hair when they're an adult or teenager

4  level.

04:05PM 5  Q    And to the extent you've worked on L.O.L. Surprise!

6  O.M.G. fashion dolls, do you know if there's a comb among the

7  accessories?

8  A    Yes, there is.

9  Q    And is it sometimes?  All the time?  Do you know what

04:05PM 10  percentage of the time?

11  A    It depends on the doll.  If the doll focuses more on

12  fashion and hair play, there is always a comb and a brush.  But

13  if it's a doll that comes with a nail set, it won't have a comb

14  or brush in it.

04:05PM 15  Q    All right.  Thank you.

16        So I think you mentioned that you obtained your

17  degree from Otis College of Design?

18  A    Yes.

19  Q    Were there -- is there anything to you that's important

04:06PM 20  about your graduation from Otis?

21  A    Yes.  It helped me build myself up into what I like to do.

22  It expresses my passion and creativity.  Originally, I wanted

23  to be an animator, but I fell in love with the toy design

24  program at Otis.  And with that, I've been in my career -- been

04:06PM 25  designing dolls for the past 23 years.  And with that, it just

|     | brought me to a place where I can be creative, express myself |
| 1   | |
| 2   | through toys that align with what children like to play with. |
| 3   | Q    And for Otis's -- Otis College of Design, with respect to |
| 4   | toy design, are you a first in any way? |
| 04:06PM 5 | A    I'm the first African-American female to graduate from the |
| 6   | toy design program at Otis, in 2001. |
| 7   | Q    Now, let's talk about your employment history after |
| 8   | college and before MGA. |
| 9   |        Where did you work first? |
| 04:07PM 10 | A    The first place I worked was JAKKS Pacific.  They were |
| 11  | located in Malibu at the time.  I was hired there in June of |
| 12  | 2001, weeks after I graduated from college. |
| 13  | Q    And can you tell the jury a little bit about that |
| 14  | company? |
| 04:07PM 15 | A    Okay.  JAKKS Pacific is a toy company that focused on |
| 16  | wrestling figures.  They also acquired Flying Colors, which was |
| 17  | the brand that I worked for. |
| 18  |        Flying Colors created activity sets, coloring books, |
| 19  | dry erase boards for licensed characters, like Care Bears, |
| 04:07PM 20 | Disney princess, Hello Kitty, Finding Nemo, Harry Potter, to |
| 21  | name a few.  So those are actually the lines I worked on while |
| 22  | at JAKKS Pacific for four years. |
| 23  | Q    Did you work for one of MGA's competitors? |
| 24  | A    Yes, I did. |
| 04:08PM 25 | Q    And who was that? |

**UNITED STATES DISTRICT COURT**

1       A       Mattel.

2       Q       And what did you do at Mattel?

3       A       Originally, I started working at Mattel as a development

4       designer for Barbie and Chelsea, which is Barbie's little

04:08PM  5      sister.

6               I then was promoted to the Girls Inc. group, where I

7       worked on that amount of different girl dolls, everything but

8       Barbie.  So it's Polly Pocket and Little Mommy and some Disney

9       princess dolls.  I worked there for eight years.

04:08PM 10      Q       And you used the term "development designer."  Could you

11      please explain to the jury what that term means in the toy

12      industry?

13      A       Absolutely.  A development designer is not a designer at

14      all.  A development designer takes the design from the designer

04:08PM 15      and follows through with the communication with Hong Kong and

16      resources that are in the company in order to make the

17      prototype and the final doll that's on the shelf.

18      Q       Thank you.

19              While at Mattel working with dolls, did you have to

04:09PM 20      engage in any storytelling with the dolls that you worked with?

21      A       Yes.  That's actually the first step when designing a

22      doll, is creating a story behind the concept, behind the

23      character of the doll.

24              So while I worked there and I developed different

04:09PM 25      large doll lines from Little Mommy, I had to create a story for

**UNITED STATES DISTRICT COURT**

```
 1    the reasons why their fashion is the way it is and why the

 2    hairstyle is the way it is.  If it was a doll that's going to a

 3    sleepover, she came in cute pajamas with a lamb on it.  Came

 4    with a toothbrush, a toothpaste that you can push it, and a

04:09PM  5    little nub of toothpaste would pop up from the top of the tube.

 6    All aspects of the story has to coincide, go with, copy, match

 7    to the actual doll itself.

 8    Q     And is storytelling, is that a creative decision?

 9    A     Yes, it is.

04:10PM 10    Q     In your work -- and I guess, gosh, you've been involved

11    in toy design for over 20 years?

12    A     Yes.

13    Q     Do you have to make a lot of creative decisions as a toy

14    designer?

04:10PM 15    A     I do.

16    Q     And can you give the jury a sense of some of the creative

17    decisions that you've had to make over the career?

18    A     Some of the decisions I had to make over my career was

19    editing.  Pretty much, you can give the doll a whole house, but

04:10PM 20    if the market -- if the price point for the doll is supposed to

21    be $25, you have to pare down the story to what fits that price

22    point in order to make it sellable and for the company to

23    actually manufacture it.

24          So you have to pick.  You can have a big story --

04:10PM 25    let's go back to the sleepover.  If she's wearing a pajama set,
```

UNITED STATES DISTRICT COURT

       1    comes with toothbrush and toothpaste, a sleepover bag, maybe a

       2    teddy bear and a change of clothes.  But I'm selling this doll

       3    for $20.  That's more like an $80 doll, which is like a deluxe

       4    set where you can see all the value that comes with the doll.

04:11PM 5    So if the doll is $25, I have to pare down what fashion she's

       6    wearing and what accessories that can fit within that market of

       7    20, $25.

       8    Q    Thank you.

       9         Now, you weren't here, but testimony was introduced

04:11PM 10   about mood boards.

       11        Do you know what mood boards are?

       12   A    Yes.

       13   Q    Can you please explain to the jury your understanding of

       14   mood boards?

04:11PM 15   A    A mood board is a visual pictorial board that -- that

       16   shows the images to inspire, to stimulate your mind of what the

       17   concept is going to be.  The concept is not shown --

       18   necessarily shown on the mood board as the final drawing.  It's

       19   really just pulling images online that can give a quick story

04:11PM 20   of what this concept is going to be.  It stimulates the mind.

       21   It's all just about the mood of where we're going with this

       22   concept that we're trying to create.

       23   Q    And what's your recollection as to the earliest mood

       24   board you ever used?

04:12PM 25   A    In my career?

```
 1   Q     Yes.

 2   A     Back in 2001 -- I actually take that back.

 3         Back in 1999, when I actually started to do -- when

 4   I was in the major of toy design.

 5   Q     And is mood board a standard step in the process of toy

 6   design?

 7   A     Yes, it is.

 8   Q     And a mood board, can it include inanimate objects?

 9         That's too big a word.

10         Can a mood board include a picture of a place?

11   A     Yes.

12   Q     Could a mood board take a -- include a picture of a

13   thing?

14   A     Yes.

15   Q     And when you -- you just used the word "inspiration."  To

16   a designer, is inspiration the same as copying?

17   A     Inspiration is not the same as copying.  Inspiration is

18   just given a vision of where you're going to -- where you're

19   going to design in whatever the product is.

20   Q     Thank you very much.

21         And as a designer of Mattel, did you use mood boards

22   there?

23   A     Yes, I did.

24   Q     Do you recall if your mood boards at Mattel reflected pop

25   culture?
```

```
 1    A    It always did, yes.

 2    Q    And why is it important for a mood board to include

 3   images of pop culture?

 4    A    Because it's relevancy for the consumer to connect with.

 5    Q    Thank you.

 6         While at Mattel, did you ever employ bright colors

 7   in your doll designs?

 8    A    Yes, I did.

 9    Q    Why was that?

10    A    Between the education that I have and within the story of

11   the concept of the doll, that is why I choose to use bright

12   colors.

13    Q    And as you sit here today, can you recall any particular

14   Mattel doll that had bright-colored hair?

15    A    Yes.

16    Q    Can you tell the jury which ones?

17    A    That I worked on?

18    Q    Yes, that you worked on.

19    A    Yes.  Polly Pocket.  It was called the Ultimate Pool

20   Party.  They came --

21              THE COURT:  Would you pull the mic over?

22              THE WITNESS:  Sorry.

23              THE COURT:  Thank you.

24              THE WITNESS:  The name of the doll, the assortment

25   is called "Polly Pocket:  Ultimate Pool Party."  The dolls came
```

1    with natural-colored hair, like blond, brunette, and red, and

2    once they hit the cold water in their pool activity sets, the

3    hair color would change to pink or bright purple or blue.

4    Q    Do you remember what year that was when you worked on

04:14PM 5    those Polly Pockets?

6    A    That was 2006.

7    Q    So brightly colored hair and dolls is nothing new?

8    A    No, it is not.

9    Q    And MGA's use of brightly colored hair is also done by

04:15PM 10   its competitor?

11   A    Yes.

12   Q    I think we touched upon this earlier.  But what -- when

13   did you start working at MGA?

14   A    I started working at MGA in 2017.

04:15PM 15   Q    Do you recall what your first position was at MGA?

16   A    It was a development designer.

17   Q    And did you work for a particular product line at MGA?

18   A    Yes.  L.O.L. Surprise!.

19   Q    And when we use the term "L.O.L. Surprise!" and I think

04:15PM 20   we've been over this before, it's the 3-and-a-half-inch dolls?

21   A    Yes.

22   Q    We've also -- not that you were here, but we also used

23   the term "Tots."

24   A    That's correct.

04:15PM 25   Q    And what did you do as a developer and designer for

```
  1    L.O.L. Surprise!?
  2    A    I took the design sketches from the designer and made sure
  3    in manufacturing that those colors matched, as in the doll's
  4    skin tone, eye color, fashion, glitter fleck that's used on the
04:16PM  5    fashion shoes, that every piece of the design was correct as
  6    originally designed as the final product when it's
  7    manufactured.
  8    Q    Now, before starting to work at MGA in 2017, were you
  9    familiar with MGA as a veteran of the toy industry?
04:16PM 10    A    Yes, I was familiar with them.
 11    Q    Any particular lines that you were familiar with?
 12    A    The Bratz line.
 13    Q    Thank you.
 14         Did you like the Bratz line?
04:16PM 15    A    I loved the Bratz line.
 16    Q    Why is that?
 17    A    Well, I was a senior at Otis when the Bratz came out in
 18    2001, and I was already a friend of PPG, which is
 19    Powerpuff Girls.  And I purchased a Sasha Bratz doll because
04:16PM 20    just her style was so modern and compelling to me because it's
 21    something I would wear.  The only thing that really existed
 22    before Bratz was Barbie and, you know, I was cherry-picking
 23    from there.  But Bratz, I completely fell in love with because
 24    I can see myself in that.
04:17PM 25    Q    And before -- with your knowledge of the toy industry,
```

did Bratz offer diverse dolls before other doll companies?

A    Yes, they did.

Q    Was that important to you?

A    Very important to me.

04:17PM   Q    Why is that?

A    Because it was relevant to my life, my life experience.
You know, even though I was raised in South Central L.A., I
went to school in Santa Monica and Westwood and college in
Westchester.  So I'm that L.A. girl.

04:17PM            My first job was in Malibu.  I still lived in the
hood, but I'm all over, and my friends are from all different
places.  I just don't have one particular group of people in my
life.  I have all the different nationalities in my life that
are in my inner circle, that are my true friends.

04:18PM   Q    And from your knowledge of working at MGA, who does MGA
design its dolls for?

A    MGA designs dolls for girls, for children ages 3 and up.

Q    And is it just restricted to one ethnic group that they
design dolls for?

04:18PM   A    No.  MGA designs dolls for all diversity -- for all of
diversity, for everyone.  No one is left out.

Q    So MGA's dolls are meant for Caucasian children?

A    Yes.

Q    Asian children?

04:18PM   A    Yes.

|  |  |
|---|---|
| 1 | Q    Hispanic children? |
| 2 | A    Yes. |
| 3 | Q    Black children? |
| 4 | A    Yes. |
| 04:18PM 5 | Q    Do you know, having worked at MGA now for seven years, is |
| 6 | it important to MGA to just be able to sell dolls to everyone? |
| 7 | A    I believe it is important. |
| 8 | Q    Thank you very much. |
| 9 |        Now, after your initial position at MGA as a -- it's |
| 04:19PM 10 | late in the day.  I'm forgetting.  What was your initial |
| 11 | position at MGA?  I apologize so much. |
| 12 | A    Development designer. |
| 13 | Q    How long were you a development designer at MGA? |
| 14 | A    For about two and a half years. |
| 04:19PM 15 | Q    And then what was your next position at MGA? |
| 16 | A    Product designer. |
| 17 | Q    And can you explain to the jury what a product designer |
| 18 | does at MGA? |
| 19 | A    A product designer creates the story, designs the concept, |
| 04:19PM 20 | and sees the product through from the ideation of the concept |
| 21 | to the initial sketch.  That is what a product designer does. |
| 22 | Q    And are you familiar with a woman by the name of |
| 23 | Blanche Consorti? |
| 24 | A    Yes, I am. |
| 04:19PM 25 | Q    Do you know if she was a product designer at MGA? |

```
 1    A    Yes, she was.

 2    Q    And is MGA the only -- excuse me.

 3              Is a product designer the only -- is it a creative

 4    team?

 5    A    It is a creative team.

 6    Q    And is the product design team the only groups of

 7    creatives at MGA?

 8    A    Yes.

 9    Q    What about in terms of -- I'm sorry.  Lost my train of

10    thought there.  Let me switch my questioning.

11              You mentioned initially you were involved with the

12    Tots when you became a product designer.  For what line of toys

13    was that?

14    A    That was for L.O.L. Surprise!, the 3-inch dolls.

15    Q    Okay.  Did you design any L.O.L. Surprise! 3-inch dolls?

16    A    Yes.  I had designed many.

17    Q    And when you say "many," can you tell the jury, is that

18    one?  Two?  How many would you tell the jury that is?

19    A    That's about 144 dolls in the -- since 2019 to 2024.

20    Q    And did you have to make creative decisions in designing

21    those dolls?

22    A    Yes, I did.

23    Q    And is it just one creative decision when you design a

24    doll?

25    A    No.  It's not just my creative decision.  You know, the
```

```
          1   decision that I make may be in editing, what goes and what

          2   stays because of costing.  And also, you know, my drawings and

          3   the mood board is all shown to the team, so I may take upon

          4   some suggestions.

04:21PM   5   Q    Before you at Tab 1 is Exhibit 1905.  Can you flip

          6   through that and see if you can identify any of your dolls in

          7   that?

          8   A    On Tab 1?

          9   Q    Yeah.  Look at Tab 1.  I believe it's 1905.

04:21PM  10   A    Yes.  Okay.

         11   Q    Do you see any of your dolls in that book?

         12   A    There are some of my dolls in this book, but not on -- oh,

         13   they're all 1905.  Yes, there are some of my Tots and of my

         14   O.M.G. dolls in here.

04:22PM  15   Q    And for the benefit of Mr. Knecht, if you see one of your

         16   Tots, could you call out the page number so he can publish it,

         17   show it to the jury?

         18   A    Okay.  I'm sorry.  There are three pages -- four pages of

         19   the Tots that the same repeating page.

04:22PM  20   Q    Oh, I'm very sorry for that.

         21   A    My images are not in here.

         22   Q    Oh.  Maybe we can -- apologize.  We'll come back to that.

         23   I'm sorry you didn't get a full Exhibit 1905.  We'll work on

         24   that later.  Thank you very much.  We'll come back to that.

04:23PM  25            By the way, that document 1905, you recognize it?
```

```
 1    A     Yes, I do.

 2    Q     And is that document constantly updated?

 3    A     Yes, it is, as the dolls are created.

 4    Q     So if the creation date or the pull date of 1905 was

04:23PM 5    March of 2021, is there that catalog of the MGA dolls from

 6    currently?

 7    A     I'm sorry.  Can you restate the question?

 8    Q     Let me rephrase that.

 9          The information in 1905 --

04:23PM 10   A     Yes.

11    Q     -- shows the dolls within L.O.L. Surprise!?

12    A     Yes.

13    Q     And not just the Tots?

14    A     Yes.

04:23PM 15   Q     And there are different brand extensions in

16    L.O.L. Surprise!?

17    A     Yes.

18    Q     Can you tell the jury what those -- some of those brand

19    extensions are?

04:24PM 20   A     Sure.  From the L.O.L. Surprise! brand, it starts with the

21    L.O.L. Surprise! Tot 3-inch-doll.  There's also

22    L.O.L. Surprise! Pets, L.O.L. Surprise! Boys, L.O.L. Surprise!

23    Tweens, and L.O.L. Surprise! Outrageous Millennial Girls, which

24    is the fashion doll.

04:24PM 25   Q     And of those different brand extensions, can you recall
```

1  which brand extensions you've worked on?

2  A    Other than L.O.L. Surprise!, I've worked on Tweens and the

3  O.M.G.s.

4  Q    Is there a brand extension called Mermaids?

04:24PM 5  A    Yes -- well, no.  That is one -- a product line from

6  Tweens.

7  Q    All right.  And can you explain to the jury what Tweens

8  are?

9  A    Tweens is a sister of -- is the middle sister between the

04:24PM 10 Tot and the O.M.G. doll.  So she's like a 12-year-old version

11 of the L.O.L. Surprise! brand.

12         MR. WILSON:  And I believe, Mr. Knecht, we have a

13 demonstrative of Tweens for Ms. Stephens.

14         We'll come back to that.

04:25PM 15         THE WITNESS:  The screen is not on.

16         MR. WILSON:  All right.  All right.  We'll come back

17 to that.  No problem.

18         THE WITNESS:  Okay.

19 BY MR. WILSON:

04:25PM 20 Q    Now, with respect to the fashion dolls, which are at

21 issue here, have you designed any L.O.L. Surprise! O.M.G.

22 Outrageous Millennial Girls fashion dolls?

23 A    Yes, I have.

24 Q    Can you tell the jury which dolls they are?

04:25PM 25 A    I have designed the O.M.G. Runway Diva; Miss Celebrate;

O.M.G. Melrose; Sketches; Lady Braids; O.M.G. Twist Queen;

O.M.G. Sunrise; O.M.G. Candylicious, two styles; O.M.G.

Neonlicious, two styles; O.M.G. Royal Bee, two styles; and

O.M.G. Lady Diva, two styles.

Q    And are there design rules when designing the fashion

dolls?

A    Yes.  The major one is to the Tot comes from the -- the

Tot is the focal point.  You're building an O.M.G. doll based

off of an existing Tot.

Q    All right.  And is that a design limitation?

A    Well, that's -- it's a limitation because you can't go

outside of what that Tot is wearing as far as the color pallet

and the theme.

Q    And I'm sorry.  I think we located the demonstrative of

the Tweens.  Can you look at the demonstrative, which should

appear on your screen?

A    The screen -- thank you.

Q    There we go.

A    Okay.

Q    Can you describe to the jury what they're seeing in this

demonstrative?

A    What you all are seeing are the L.O.L. Surprise! Tweens

Mermaids.  There are different Tween dolls.  So these are the

mermaid dolls that have no human legs.  They have a big

fishtail that actually color changes in water.  So in room

```
 1    temperature, they hold one color and in cold water they change

 2    into a completely different color.

 3    Q    Have you ever heard of an MGA brand by the name of

 4    Sweet Nails?

 5    A    Yes, I have.

 6    Q    Have you ever worked on Sweet Nails?

 7    A    I designed L.O.L. Surprise! Sweet Nails.

 8    Q    All right.  And we have a different demonstrative with

 9    respect to Sweet Nails.  Can we please show that to you?

10    A    I see it.

11    Q    Can you describe to the jury what they're seeing here?

12    A    Jury, what you are seeing here is Candylicious.

13    Candylicious was an existing O.M.G. doll that before I became a

14    designer was a doll.  In her original design, she had a

15    completely different outfit.  So for this O.M.G. doll, the

16    design challenge was to refresh her, give her a new style, and

17    give her a place of work.

18         So this doll actually comes with an ice cream booth,

19    but her nails are sweet.  They have cookies and donut shapes

20    actually sculpted on the pink and purple nails.

21         She comes with two milkshakes, but they're actually

22    nail polishes.  So when you twist it open, the girl can

23    actually paint her fake nails or her real nails and close it

24    up.  And for the doll, it just looks like she's holding a

25    really fun shake in her hand.  It also has, like, a candy jar,
```

but in that jar is actually glitter.  So the girl can paint her

nails and dip her finger inside the candy jar and come out with

sparkly fingernails.  And the ice cream booth itself actually

holds the actual play nails.  So the girls can design the nails

04:29PM  with the stickers and with the paint and the glitter and wear

them and also save them.

They can put all of their designs inside of the blue

tray that's inside of the ice cream booth.

Q    And how many Sweet Nail dolls in the L.O.L. Surprise!

04:29PM  brand extension have you designed?

A    Three.

Q    Three.

And what about the Mermaids, how many Mermaids have

you designed?

04:29PM  A    I designed two of the four.

Q    All right.  Moving on, I'm going to change topics here.

THE COURT:  Why don't we take the break here for the

day, if we're going into a new topic.

MR. WILSON:  Thank you, Your Honor.

04:29PM  THE COURT:  Ladies and gentlemen, we'll resume

tomorrow at 9:00 a.m.  Please remember the admonition not to

discuss the case with anyone, not to form any opinions on the

issues in the case until it's submitted to you.

So we'll see you in the morning.  Trust you have a

04:30PM  good evening.

|  |  |
|---|---|
| 1 | THE COURTROOM DEPUTY:  All rise. |
| 2 | **(Out of the presence of the jury.)** |
| 3 | THE COURT:  You may step down. |
| 4 | THE WITNESS:  Thank you. |
| 04:30PM 5 | THE COURT:  We indicated we have our initial |
| 6 | charging conference this afternoon.  Why don't we take about a |
| 7 | ten-minute break.  And I think if the jury room is available, |
| 8 | we'll assemble in the jury room. |
| 9 | Any other matters we ought to take up on the record |
| 04:30PM 10 | now? |
| 11 | MR. KEVILLE:  No, Your Honor, not from us. |
| 12 | MR. WILSON:  I believe Mr. Finkelstein has a matter. |
| 13 | I yield the podium to him. |
| 14 | MR. FINKELSTEIN:  Just revisiting the curative |
| 04:31PM 15 | instruction with the Harris parties, if they had a chance to |
| 16 | consider the Maggie Wong issue. |
| 17 | MR. GREEN:  We did.  We had some revisions to it. |
| 18 | The original instruction was -- had some charge language about |
| 19 | falsely claiming things.  So we suggested striking that.  And |
| 04:31PM 20 | I've just handed Mr. Finkelstein -- |
| 21 | Did you give him one? |
| 22 | MR. KEVILLE:  No. |
| 23 | MR. GREEN:  May I approach with our revised -- |
| 24 | THE COURT:  I'll give the instruction proposed by |
| 04:32PM 25 | MGA.  However, instead of "falsely claimed," I'm just going to |

 1    say "asserted."  Other than that, I'm prepared to give MGA's

 2    proposed curative instruction.

 3              MR. FINKELSTEIN:  Thank you, Your Honor.

 4              MR. KEVILLE:  I think, Your Honor, it should say

04:32PM  5    that that's how the deposition was designated.

 6              THE COURT:  I see no evidence that MGA had advanced

 7    the witness as a -- as the corporate 30(b)(6) witness or one of

 8    the 30(b)(6) witnesses.  Yes, that's what the introduction of

 9    the court -- videographer says at the beginning and at the end,

04:33PM 10    but it's apparent that that's just not correct.

11              I invited you to cite passages to me in that

12    deposition that would allow me to come to a different

13    conclusion.  For example, the questioning of the witness that

14    she was, in fact, a designated 30(b) witness, how she got so

04:33PM 15    designated, what she did to prepare to testify as a 30(b)

16    witness, I couldn't find anything.  As I indicated at the noon

17    break, I looked at the index.  There's no reference to 30(b).

18              MR. KEVILLE:  I understand that.  But the language

19    assertion makes it sound like there was some intent, and I --

04:33PM 20              THE COURT:  You got a better word?  Do you have a

21    better word?

22              MR. GREEN:  We suggested "stated."

23              MR. KEVILLE:  "Stated" is fine.

24              THE COURT:  All right.

04:34PM 25              MR. FINKELSTEIN:  I think "asserted" is more

         1    appropriate, given the questioning that Mr. Keville made.  I

         2    would prefer Your Honor's words.

         3             THE COURT:  "Stated" is more neutral.  Given what's

         4    in the beginning and the end in the videographer's comments, I

04:34PM  5    can't fault him for asking that question.  The premise was

         6    mistaken, but...

         7             MR. FINKELSTEIN:  I understand.

         8             THE COURT:  No particular fault in there.

         9             MR. FINKELSTEIN:  Well, I did show you the email

04:34PM 10    that I sent to both Ms. Westmoreland and --

        11             THE COURT:  Right.  She's listed.

        12             Well, there are no paragraphs listed for her.

        13             MR. FINKELSTEIN:  Right.  But she's not being

        14    designated as a 30(b)(6).  We're designating the other people.

04:34PM 15    So they knew that.

        16             THE COURT:  Well, if she appears in a list where

        17    everybody else has got paragraphs up, I'm not sure I come away

        18    with that she didn't have some role as a 30(b)(6) witness.  But

        19    so be it.

04:35PM 20             MR. KEVILLE:  In fairness, Your Honor, I didn't go

        21    back -- it's on me.  I didn't go back and search all the emails

        22    and stuff.  I saw it said 30(b)(6), and she was introduced that

        23    way.  I skimmed for relevant stuff to what I was doing.  If I

        24    should have caught it wasn't a 30(b)(6), I should have caught.

04:35PM 25    But he's trying to make it as if it's some intentional

```
 1  misrepresentation.
 2          THE COURT:  That's why I toned this down.  It's a
 3  neutral statement that I think is accurate.  So that's what
 4  I'll give in the morning.
 5          MR. KEVILLE:  Understood, Your Honor.
 6          THE COURT:  Anything else?
 7          MR. FINKELSTEIN:  Not from us, Your Honor.
 8          MR. KEVILLE:  No, Your Honor.
 9          THE COURT:  Okay.
10          THE COURTROOM DEPUTY:  This Court is adjourned.
11          (Proceedings concluded at 4:35 p.m.)
12                          --oOo--
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                          *CERTIFICATE OF OFFICIAL REPORTER*

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5                  I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, in and for the United States District Court for

7    the Central District of California, do hereby certify that

8    pursuant to Section 753, Title 28, United States Code that the

9    foregoing is a true and correct transcript of the

10   stenographically reported proceedings held in the

11   above-entitled matter and that the transcript page format is in

12   conformance with the regulations of the Judicial Conference of

13   the United States.

14

15   *Date:  September 19, 2024*

16

17

18

19                                 */S/ DEBBIE HINO-SPAAN*

20                                 *Debbie Hino-Spaan, CSR No. 7953*
                                   *Federal Official Court Reporter*
21

22

23

24

25

**$**

**$150,000** [4] - 18:19, 18:22, 90:18, 91:7
**$20** [1] - 110:3
**$25** [3] - 109:21, 110:5, 110:7
**$80** [1] - 110:3

**/**

**/S** [1] - 128:19

**0**

**0.0** [5] - 6:11, 6:14, 6:17, 6:20, 14:1

**1**

**1** [10] - 1:13, 3:4, 8:3, 13:7, 13:17, 20:16, 45:16, 118:5, 118:8, 118:9
**1,300** [1] - 17:22
**1,500** [1] - 17:21
**1-053** [1] - 1:24
**10** [9] - 1:13, 3:4, 50:12, 73:7, 73:10, 75:14, 75:23, 97:5
**102** [1] - 4:6
**106** [1] - 32:3
**109** [1] - 50:11
**1091** [1] - 75:6
**11** [1] - 53:3
**111** [1] - 43:22
**12** [9] - 20:13, 38:15, 41:6, 57:15, 57:20, 66:11, 66:15, 79:6, 92:20
**12-year-old** [1] - 120:10
**13** [9] - 60:5, 78:4, 78:5, 78:11, 78:17, 79:15, 80:4, 100:5
**14** [7] - 20:19, 23:4, 54:22, 55:19, 56:13, 56:17, 92:21
**14-year-olds** [2] - 54:19, 55:18
**144** [1] - 117:19
**15** [5] - 7:25, 38:16, 40:15, 72:10, 77:13
**15.5** [1] - 13:17
**16** [5] - 38:19, 41:19, 53:3, 92:21
**161** [1] - 32:4
**17** [3] - 33:15, 64:23
**170** [1] - 93:20
**18** [13] - 1:19, 4:4, 5:1,

**11**:2, 34:9, 34:11, 34:23, 34:25, 71:22, 72:21, 77:13, 78:5, 78:23
**19** [5] - 64:23, 92:20, 92:21, 128:15
**1905** [7] - 118:5, 118:9, 118:13, 118:23, 118:25, 119:4, 119:9
**1920** [1] - 2:9
**1997** [1] - 103:7
**1999** [1] - 111:3
**1:30** [2] - 1:19, 5:2

**2**

**2** [1] - 54:13
**2,800** [2] - 17:21, 95:12
**20** [3] - 7:25, 109:11, 110:7
**2001** [5] - 103:8, 107:6, 107:12, 111:2, 114:18
**2006** [1] - 113:6
**2012** [4] - 96:22, 97:2, 97:5, 97:7
**2013** [1] - 38:19
**2017** [4] - 85:6, 102:20, 113:14, 114:8
**2019** [3] - 31:15, 75:4, 117:19
**2020** [1] - 60:8
**2021** [1] - 119:5
**2022** [2] - 19:2, 97:4
**2024** [6] - 1:19, 5:1, 92:20, 100:5, 117:19, 128:15
**213-955-9240** [2] - 2:7, 2:15
**22** [2] - 63:14, 70:19
**23** [2] - 60:10, 106:25
**23.13** [1] - 88:11
**24** [1] - 100:5
**250** [3] - 86:15, 93:18, 93:19
**26** [1] - 67:19
**27** [2] - 71:25, 72:24
**275** [1] - 93:19
**2750** [3] - 3:8, 3:12, 3:16
**276** [1] - 53:3
**28** [1] - 128:8
**2800** [1] - 17:23

**3**

**3** [2] - 70:24, 115:17

**3-and-a-half-inch** [1] - 113:20
**3-inch** [2] - 117:14, 117:15
**3-inch-doll** [1] - 119:21
**30(b** [2] - 125:14, 125:15
**30(b)** [1] - 125:17
**30(b)(6** [6] - 5:12, 125:7, 125:8, 126:18, 126:22, 126:24
**30(b)(6)** [1] - 126:14
**315** [3] - 75:13, 75:22, 76:3
**32** [1] - 95:3
**34** [2] - 79:16, 80:4
**35** [4] - 56:21, 73:5, 76:13, 81:4
**37** [5] - 29:17, 56:21, 56:23, 73:3, 91:1
**371** [2] - 65:19, 83:10
**377** [1] - 74:4
**38** [5] - 56:21, 56:23, 78:5, 78:18, 91:2
**3850** [2] - 2:6, 2:14
**3:00** [1] - 72:13
**3:16** [1] - 72:13

**4**

**4** [2] - 54:13, 103:10
**4.7** [1] - 13:24
**4.pdf** [1] - 4:18
**40** [5] - 57:8, 57:9, 90:18, 90:22, 91:4
**403** [4] - 27:22, 31:18, 33:16, 90:20
**411** [1] - 1:24
**421** [5] - 4:19, 68:5, 68:9, 68:10, 68:12
**49** [1] - 76:2
**4:35** [1] - 127:11
**4TH** [1] - 1:24

**5**

**5** [6] - 34:11, 34:25, 63:13, 75:14, 75:23, 97:5
**50** [1] - 85:3
**533** [6] - 4:18, 59:7, 59:9, 59:25, 60:2, 60:3
**55** [4] - 71:25, 72:25, 73:7, 73:8
**5521** [1] - 96:23
**564** [3] - 38:9, 38:19, 38:23

**57** [2] - 65:21, 80:8

**6**

**6** [4] - 4:3, 39:23, 50:11, 54:13
**6.8** [1] - 13:13
**60** [1] - 4:18
**61** [1] - 64:22
**63** [1] - 11:18
**68** [1] - 4:19
**694** [1] - 43:22

**7**

**7** [2] - 81:17
**70** [2] - 95:2, 95:9
**700** [3] - 3:7, 3:12, 3:16
**707** [2] - 2:5, 2:13, 97:17
**713-431-7100** [2] - 3:13, 3:17
**713-431-7101** [2] - 3:18
**713-431-7113** [1] - 3:9
**73** [1] - 80:4
**750** [1] - 2:10
**753** [1] - 128:8
**77.7** [1] - 13:10
**77002** [2] - 3:13, 3:17
**77002-2791** [1] - 3:8
**79.9** [1] - 66:3
**7953** [2] - 1:23, 128:20

**8**

**8** [4] - 54:13, 73:8, 75:12
**80** [3] - 54:13, 66:1, 100:5
**81** [1] - 54:13
**87** [1] - 79:15

**9**

**9** [7] - 54:19, 54:22, 55:18, 55:19, 56:13, 56:17, 73:8
**90017** [2] - 2:6, 2:14
**91** [1] - 4:4
**92614** [1] - 2:10
**92701** [1] - 1:24
**949-679-0052** [1] - 2:11
**98** [1] - 79:11
**9:00** [1] - 123:21

**A**

**a.m** [1] - 123:21

**A.V.E.L.A** [2] - 38:6, 39:7
**A.V.E.L.A.'s** [2] - 40:11, 40:19
**able** [4] - 9:6, 9:18, 105:15, 106:6
**above-entitled** [1] - 128:11
**absolutely** [1] - 108:13
**accepted** [2] - 44:11, 44:15
**accessories** [2] - 106:7, 110:6
**according** [3] - 35:16, 66:11, 80:10
**accurate** [3] - 35:9, 35:23, 127:3
**accused** [6] - 38:5, 43:5, 43:9, 95:2, 95:14, 96:6
**acquired** [1] - 107:16
**action** [1] - 103:24
**activate** [1] - 104:17
**activates** [1] - 104:16
**activities** [2] - 9:7, 9:17
**activity** [2] - 107:18, 113:2
**actual** [15] - 14:6, 70:7, 74:14, 87:18, 88:21, 89:3, 89:6, 89:14, 90:1, 90:2, 90:7, 90:14, 91:8, 109:7, 123:4
**Actual** [1] - 88:13
**ad** [2] - 88:25, 89:4
**add** [2] - 6:20, 94:16
**addition** [1] - 46:19
**address** [2] - 56:9, 61:4
**addresses** [1] - 27:16
**addressing** [1] - 61:1
**adjourned** [1] - 127:10
**adjust** [1] - 83:19
**administered** [1] - 19:9
**admit** [1] - 59:25
**admonition** [2] - 72:11, 123:21
**adult** [2] - 74:14, 106:3
**adults** [2] - 74:24, 75:1
**advanced** [1] - 125:6
**African** [10] - 59:4, 60:11, 65:21, 80:9, 80:12, 80:17, 80:23, 80:25, 101:3, 107:5
**African-American** [4]

- 59:4, 60:11, 65:21, 107:5
**African-Americans** [1] - 101:3
**afternoon** [6] - 5:21, 6:8, 72:6, 92:20, 102:8, 124:6
**age** [10] - 35:15, 49:6, 62:19, 63:2, 72:17, 74:22, 78:11, 78:12, 79:15, 79:25
**ages** [10] - 11:3, 54:22, 56:4, 56:17, 75:13, 75:23, 78:4, 78:17, 97:4, 115:17
**ago** [27] - 17:7, 28:23, 31:25, 33:3, 34:1, 35:10, 35:17, 36:11, 38:15, 38:16, 38:17, 41:6, 50:3, 50:9, 50:15, 51:1, 51:6, 51:11, 53:14, 53:20, 53:25, 55:10, 66:22, 77:10, 81:14, 93:5
**agree** [20] - 24:22, 29:16, 43:16, 43:19, 48:25, 58:17, 64:9, 73:19, 75:25, 76:16, 82:17, 83:17, 87:2, 87:9, 87:14, 87:18, 88:2, 88:19, 88:22, 89:6
**ahead** [1] - 5:7
**aimed** [2] - 73:13, 74:10
**air** [1] - 31:9
**al** [1] - 1:7
**align** [1] - 107:2
**alleged** [1] - 39:13
**Allen** [19] - 3:21, 23:4, 25:13, 31:11, 32:3, 33:6, 33:13, 34:15, 38:18, 40:15, 41:18, 43:21, 53:2, 63:20, 64:22, 67:19, 74:2, 78:13, 81:16
**allow** [3] - 12:15, 94:14, 125:12
**allowed** [4] - 20:17, 36:16, 37:6, 47:25
**almost** [3] - 90:18, 90:22, 91:4
**alone** [1] - 7:10
**ALSO** [1] - 3:20
**amalgam** [1] - 16:10
**Amber** [1] - 103:1
**American** [10] - 57:22, 59:2, 59:4, 60:11, 65:21, 80:9, 80:12, 80:17, 80:25, 107:5

**Americans** [2] - 80:24, 101:3
**amount** [1] - 108:7
**amounts** [1] - 94:20
**ANA** [3] - 1:20, 1:24, 5:1
**analogous** [1] - 9:7
**analogy** [4] - 9:1, 12:21, 12:23, 41:5
**analysis** [2] - 18:21, 47:1
**analytical** [1] - 85:7
**analyzed** [1] - 46:25
**AND** [2] - 2:3, 3:3
**ANGELES** [1] - 128:3
**Angeles** [5] - 2:6, 2:14, 83:12, 84:8, 103:16
**animator** [1] - 106:23
**Ann** [1] - 102:4
**anonymity** [1] - 94:10
**anonymous** [1] - 94:11
**answer** [20] - 10:18, 12:20, 12:22, 21:3, 29:5, 41:11, 42:25, 50:8, 52:22, 53:7, 54:17, 56:16, 56:17, 56:19, 62:22, 62:24, 86:18, 87:13, 92:24, 100:8
**ANSWER** [1] - 55:5
**answered** [4] - 16:14, 30:1, 52:11, 86:19
**answering** [2] - 14:24, 53:15
**answers** [1] - 94:12
**AP** [1] - 103:11
**apologies** [1] - 90:25
**apologize** [4] - 28:2, 100:10, 116:11, 118:22
**apparent** [1] - 125:10
**appeal** [2] - 65:16, 100:25
**appear** [3] - 25:9, 65:14, 121:16
**APPEARANCES** [2] - 2:1, 3:1
**appearing** [1] - 65:15
**apply** [1] - 67:10
**approach** [7] - 20:23, 41:9, 49:15, 59:12, 79:23, 101:22, 124:23
**approaches** [2] - 20:25, 59:14
**appropriate** [8] - 43:17, 44:5, 44:12, 44:18, 44:21, 74:16,

76:15, 126:1
**approval** [4] - 6:17, 6:19, 7:3, 30:18
**approved** [4] - 39:6, 41:3, 41:15, 41:23
**April** [1] - 19:2
**area** [1] - 88:3
**argued** [1] - 36:16
**arguing** [1] - 38:2
**argument** [2] - 37:22, 38:1
**Art** [1] - 103:7
**art** [2] - 103:11
**article** [1] - 43:25
**arts** [1] - 103:8
**Asian** [1] - 115:24
**aspects** [3] - 48:14, 103:23, 109:6
**aspirations** [1] - 106:1
**assemble** [1] - 124:8
**asserted** [3] - 85:18, 125:1, 125:25
**asserting** [1] - 78:2
**assertion** [1] - 125:19
**assessing** [1] - 74:11
**associate** [1] - 32:15
**associated** [2] - 31:2, 32:8
**Association** [1] - 28:20
**assortment** [1] - 112:24
**assume** [1] - 46:1
**assumed** [1] - 48:6
**astronomical** [1] - 95:10
**AT** [2] - 2:13, 3:15
**Atlanta** [1] - 83:12
**attached** [1] - 63:15
**attorney** [1] - 37:1
**ATTORNEY** [2] - 2:13, 3:15
**attorney's** [1] - 34:3
**attorneys** [5] - 27:11, 37:18, 37:21, 38:2, 61:11
**attributes** [1] - 75:16
**audience** [21] - 60:21, 62:3, 65:14, 65:16, 65:20, 65:23, 66:5, 66:17, 66:18, 66:24, 67:13, 79:19, 80:3, 80:5, 80:8, 84:1, 87:5, 87:12
**author** [1] - 43:25
**authoritative** [3] - 73:21, 74:7, 74:18
**available** [2] - 81:3, 124:7
**award** [1] - 34:3

**aware** [6] - 14:14, 22:22, 29:23, 30:10, 31:15, 54:10
**awareness** [1] - 84:16

## B

**B-3** [1] - 33:15
**B.B** [2] - 15:25, 25:17
**bachelor's** [1] - 103:8
**background** [1] - 102:22
**backgrounds** [1] - 19:21
**bad** [1] - 48:23
**bag** [1] - 110:1
**balm** [6] - 77:4, 77:9, 78:5, 78:6, 78:18, 78:19
**band** [1] - 29:23
**bands** [2] - 30:4, 30:10
**Bang** [3] - 45:5, 45:20, 46:2
**Banks** [1] - 16:2
**Barbie** [5] - 57:25, 103:1, 108:4, 108:8, 114:22
**Barbie's** [1] - 108:4
**base** [3] - 57:7, 60:10, 79:24
**based** [16] - 6:25, 7:5, 13:16, 17:5, 17:25, 18:2, 34:3, 64:16, 74:13, 79:9, 87:3, 87:10, 94:9, 104:7, 121:8
**basic** [1] - 44:4
**basis** [3] - 92:9, 92:11, 94:8
**batteries** [2] - 34:11, 34:24
**bbrewer@willenken.com** [1] - 2:15
**bear** [1] - 110:2
**Bears** [1] - 107:19
**Beatle** [1] - 12:19
**Beatles** [10] - 30:12, 30:13, 30:14, 30:16, 30:17, 30:19, 31:2, 31:10, 32:8
**became** [2] - 117:12, 122:13
**Bee** [1] - 121:3
**beg** [1] - 18:10
**beginning** [2] - 125:9, 126:4
**behavior** [1] - 99:6
**behind** [2] - 108:22
**belief** [1] - 93:5

**believes** [2] - 58:4, 86:20
**below** [4] - 42:6, 42:15, 42:21, 78:23
**benefit** [1] - 118:15
**best** [4] - 10:18, 87:18, 88:13, 91:9
**better** [2] - 125:20, 125:21
**between** [17] - 8:15, 17:20, 19:1, 31:5, 31:7, 41:5, 45:4, 49:3, 49:16, 59:17, 76:16, 80:4, 85:17, 87:11, 95:5, 112:10, 120:9
**Bhad** [3] - 15:5, 15:9, 24:24
**biased** [1] - 92:8
**big** [7] - 83:16, 83:17, 88:12, 105:14, 109:24, 111:9, 121:24
**Billie** [1] - 15:7
**binder** [2] - 20:21, 101:23
**birthday** [1] - 89:18
**bit** [6] - 19:21, 98:21, 102:21, 102:22, 104:8, 107:13
**black** [11] - 55:4, 55:21, 56:5, 56:14, 56:18, 65:3, 65:8, 65:12, 65:21, 80:8, 116:3
**Blanche** [1] - 116:23
**blond** [1] - 113:1
**blow** [2] - 63:20, 70:19
**blue** [3] - 104:25, 113:3, 123:7
**board** [10] - 110:15, 110:18, 110:24, 111:5, 111:8, 111:10, 111:12, 112:2, 118:3
**boards** [6] - 107:19, 110:10, 110:11, 110:14, 111:21, 111:24
**bold** [4] - 88:12, 104:18, 104:19, 104:23
**book** [5] - 59:7, 59:9, 59:10, 118:11, 118:12
**books** [2] - 107:18
**booth** [3] - 122:18, 123:3, 123:8
**bottom** [3] - 9:3, 75:12, 76:3

*bought* [1] - 89:24
*Boulevard* [2] - 2:5, 2:13
*box* [4] - 13:9, 13:10, 25:17, 34:20
*Boys* [1] - 119:22
*boys* [1] - 104:25
*Braids* [1] - 121:1
*brand* [15] - 46:24, 48:6, 84:12, 84:16, 102:17, 107:17, 119:15, 119:18, 119:20, 119:25, 120:1, 120:4, 120:11, 122:3, 123:10
*Brandon* [2] - 60:5, 61:7
*brands* [1] - 45:21
*Bratz* [12] - 14:12, 15:8, 16:3, 103:2, 114:12, 114:14, 114:15, 114:17, 114:19, 114:22, 114:23, 115:1
*break* [9] - 6:5, 72:6, 72:9, 80:14, 91:16, 91:17, 123:17, 124:7, 125:17
*breakfast* [1] - 74:9
*BREEANNA* [1] - 2:13
*Brenner* [4] - 54:5, 54:16, 99:22, 100:4
*Brenner's* [3] - 54:12, 99:25, 100:8
*BREWER* [1] - 2:13
*brief* [1] - 89:16
*bright* [4] - 112:6, 112:11, 112:14, 113:3
*bright-colored* [1] - 112:14
*brightly* [2] - 113:7, 113:9
*bring* [2] - 5:19, 104:19
*Brite* [1] - 103:1
*broader* [1] - 44:15
*brochure* [3] - 63:14, 63:15
*broke* [1] - 72:18
*brought* [1] - 107:1
*brown* [5] - 55:4, 55:21, 56:5, 56:14, 56:19
*BRUCE* [2] - 4:3, 6:1
*Bruce* [19] - 38:5, 39:5, 39:9, 39:12, 39:13, 39:17, 39:19, 39:20, 40:1, 40:2,

40:12, 40:20, 42:4, 42:5, 42:6, 42:18, 42:19, 42:20
*brunette* [1] - 113:1
*brush* [2] - 106:12, 106:14
*BSC* [1] - 31:16
*build* [1] - 106:21
*building* [1] - 121:8
*builds* [1] - 104:12
*bullets* [1] - 75:12
*burden* [1] - 84:9
*but..* [1] - 126:6
*button* [3] - 57:14, 57:19, 66:12
*buy* [5] - 11:4, 21:20, 57:5, 58:8, 69:23
*buyers* [2] - 52:6, 52:9
*buying* [2] - 56:18, 57:4
*buys* [3] - 52:17, 53:13, 53:22
*BY* [69] - 2:9, 3:15, 4:3, 4:5, 6:3, 8:8, 8:24, 9:14, 10:5, 10:23, 11:9, 11:21, 13:2, 14:18, 15:2, 15:12, 15:21, 16:7, 16:21, 17:3, 18:18, 23:7, 25:15, 27:25, 31:12, 31:23, 32:6, 33:9, 33:18, 34:17, 36:21, 38:21, 39:25, 40:17, 41:21, 42:12, 43:24, 50:14, 53:5, 54:15, 59:16, 60:4, 62:25, 63:23, 65:1, 67:22, 68:11, 69:12, 70:22, 72:16, 74:6, 77:18, 78:15, 81:1, 81:19, 87:1, 88:1, 90:24, 91:15, 92:3, 92:22, 96:8, 97:1, 97:21, 98:25, 100:7, 100:17, 102:7, 120:19

**C**

*CA* [1] - 1:24
*CALIFORNIA* [4] - 1:2, 1:20, 5:1, 128:4
*California* [6] - 2:3, 2:6, 2:10, 2:14, 103:15, 128:7
*CALLED* [2] - 4:3, 4:5
*candy* [2] - 122:25, 123:2
*Candylicious* [3] - 121:2, 122:12,

122:13
*cannot* [3] - 27:20, 28:5, 28:16
*car* [3] - 34:10, 34:24, 35:15
*Cardi* [1] - 16:2
*Care* [1] - 107:19
*career* [4] - 106:24, 109:17, 109:18, 110:25
*carefully* [1] - 74:8
*Carriage* [3] - 32:22, 33:11, 33:20
*carriage* [1] - 34:21
*cartoon* [1] - 13:25
*cartoonish* [2] - 13:16, 31:9
*case* [84] - 27:24, 28:19, 28:22, 31:20, 31:21, 31:24, 32:19, 33:2, 33:12, 33:19, 33:23, 34:7, 35:2, 36:4, 36:12, 36:15, 36:22, 37:23, 38:5, 38:18, 39:4, 40:5, 40:10, 42:17, 43:9, 44:17, 45:19, 45:24, 45:25, 46:12, 46:15, 46:19, 46:23, 47:14, 47:18, 48:3, 48:6, 48:11, 48:12, 49:10, 49:13, 49:22, 49:24, 50:3, 50:6, 50:7, 51:3, 51:25, 58:3, 58:22, 71:8, 73:24, 74:20, 76:1, 76:7, 76:20, 76:23, 76:25, 77:19, 78:4, 78:13, 78:23, 79:1, 81:16, 81:23, 82:11, 82:16, 82:20, 84:2, 84:7, 84:18, 85:13, 86:11, 86:13, 88:9, 90:12, 96:20, 98:5, 123:22, 123:23
*Case* [1] - 1:6
*cases* [2] - 28:11, 44:12
*casual* [3] - 82:4, 82:5, 83:3
*catalog* [1] - 119:5
*category* [3] - 49:18, 57:12, 79:20
*Caucasian* [1] - 115:22
*caught* [2] - 126:24
*cease* [1] - 86:20
*Celebrate* [1] - 120:25
*celebrities* [4] - 15:17, 16:1, 30:5, 79:17

*celebrity* [2] - 13:25, 29:23
*centers* [1] - 83:16
*Central* [2] - 115:7, 128:7
*CENTRAL* [1] - 1:2
*CEO* [6] - 46:3, 46:8, 46:10, 46:15, 46:19, 46:23
*CEO's* [1] - 47:5
*cereal* [1] - 74:9
*certain* [7] - 35:15, 39:6, 58:18, 64:10, 69:14, 69:16, 69:17
*certainly* [1] - 82:15
*CERTIFICATE* [1] - 128:1
*Certified* [1] - 1:5
*certify* [1] - 128:7
*challenge* [1] - 122:16
*challenges* [1] - 60:22
*chance* [2] - 5:15, 124:15
*change* [6] - 8:3, 105:17, 110:2, 113:3, 122:1, 123:16
*changed* [1] - 96:11
*changes* [1] - 121:25
*CHANTE* [1] - 3:15
*character* [2] - 13:25, 108:23
*characterize* [2] - 45:17, 46:3
*characterizes* [1] - 42:14
*characters* [2] - 104:14, 107:19
*charge* [1] - 124:18
*charging* [1] - 124:6
*Chelsea* [1] - 108:4
*cherry* [1] - 114:22
*cherry-picking* [1] - 114:22
*Chicago* [1] - 83:12
*Chick* [3] - 14:21, 14:24, 24:25
*Chief* [1] - 84:7
*child* [8] - 57:4, 57:5, 102:23, 103:22, 104:1, 104:7, 104:15, 106:1
*child's* [2] - 35:13, 104:18
*childhood* [2] - 103:9, 104:6
*children* [22] - 54:22, 56:17, 73:13, 73:14, 73:17, 74:10, 74:17, 74:20, 75:1, 76:13, 97:4, 97:6, 104:4,

104:9, 104:10, 104:24, 107:2, 115:17, 115:22, 115:24, 116:1, 116:3
*children's* [1] - 104:16
*Chillax* [8] - 14:7, 24:24, 71:2, 71:4, 71:13, 71:20, 88:24, 89:4
*choices* [2] - 103:4, 103:6
*choose* [2] - 92:4, 112:11
*chose* [4] - 26:14, 38:8, 64:7, 78:17
*chosen* [3] - 21:25, 34:21, 91:24
*circle* [2] - 31:13, 115:14
*circumstances* [6] - 44:15, 71:14, 89:7, 89:21, 90:3, 94:1
*cite* [5] - 12:55, 73:25, 88:6, 125:11
*cited* [1] - 73:25
*cities* [5] - 83:10, 83:11, 83:17, 83:20, 83:21
*city* [4] - 83:13, 83:15, 83:16, 83:17
*City* [1] - 83:12
*claim* [1] - 44:17
*Claimants* [1] - 1:11
*CLAIMANTS* [1] - 3:3
*claimed* [2] - 77:3, 77:8, 124:25
*claiming* [1] - 124:19
*claims* [4] - 32:19, 47:5, 76:25, 85:18
*clarification* [1] - 77:15
*classes* [1] - 103:11
*clear* [16] - 8:2, 10:8, 12:10, 19:23, 22:1, 23:15, 23:18, 23:19, 25:3, 37:2, 41:12, 49:20, 62:10, 64:17, 75:20, 93:7
*click* [9] - 10:25, 18:1, 21:11, 21:15, 21:21, 21:24, 57:14, 57:18, 66:12
*clicked* [1] - 19:6
*client* [4] - 31:15, 49:10, 61:21, 77:3
*clients'* [1] - 64:1
*CLIFFORD* [2] - 1:7, 3:3
*close* [1] - 122:23
*closely* [1] - 61:9

**closer** [1] - 50:15
**clothes** [1] - 110:2
**coalesced** [1] - 44:23
**Code** [3] - 62:19, 63:2, 128:8
**cognitively** [1] - 104:5
**coincide** [1] - 109:6
**cold** [2] - 113:2, 122:1
**colleague** [1] - 18:11
**College** [4] - 103:7, 103:13, 106:17, 107:3
**college** [3] - 107:8, 107:12, 115:8
**color** [11] - 103:22, 104:6, 104:7, 104:17, 113:3, 114:4, 121:12, 121:25, 122:1, 122:2
**colored** [5] - 71:16, 112:14, 113:1, 113:7, 113:9
**coloring** [1] - 107:18
**colors** [10] - 104:18, 104:19, 104:20, 104:23, 112:6, 112:12, 114:3
**Colors** [2] - 107:16, 107:18
**comb** [5] - 105:16, 105:19, 106:6, 106:12, 106:13
**coming** [3] - 60:8, 92:12, 98:4
**comment** [2] - 69:9, 89:22
**comments** [2] - 36:13, 126:4
**commercial** [1] - 74:9
**commercial's** [1] - 74:12
**common** [4] - 77:14, 77:20, 77:25, 78:2
**communication** [1] - 108:15
**communities** [1] - 64:10
**community** [1] - 22:8
**companies** [2] - 69:20, 115:1
**company** [19] - 3:4, 18:19, 31:16, 35:21, 35:22, 46:4, 58:23, 58:25, 59:21, 59:22, 61:1, 61:18, 94:18, 94:19, 98:18, 107:14, 107:15, 108:16, 109:22
**company's** [1] - 35:20
**compared** [2] - 87:4,

87:12
**comparison** [2] - 31:5, 31:6
**compelling** [1] - 114:20
**Competition** [2] - 88:3, 88:12
**competitor** [1] - 113:10
**competitors** [1] - 107:23
**Complaint** [5] - 25:18, 33:7, 33:13, 39:24, 65:5
**complete** [1] - 48:13
**completely** [4] - 86:13, 114:23, 122:2, 122:15
**complicated** [1] - 85:22
**comply** [1] - 86:24
**computer** [1] - 19:8
**concept** [9] - 102:13, 108:22, 110:17, 110:20, 110:22, 112:11, 116:19, 116:20
**concern** [3] - 9:24, 10:13, 95:19
**concluded** [2] - 84:18, 127:11
**concluding** [2] - 92:9, 92:11
**conclusion** [11] - 7:9, 7:12, 7:13, 7:19, 18:2, 47:17, 47:19, 47:20, 87:21, 96:4, 125:13
**conclusions** [13] - 6:24, 7:5, 7:8, 7:18, 8:3, 17:5, 17:6, 18:1, 47:15, 48:10, 93:9, 95:22
**conditions** [2] - 17:15, 18:9
**conduct** [2] - 26:16, 44:23
**conducted** [12] - 19:1, 26:6, 34:19, 42:2, 43:2, 53:19, 74:12, 75:13, 85:4, 95:12, 96:14, 99:18
**conducting** [3] - 10:1, 35:11, 96:13
**confer** [2] - 101:9, 101:12
**Conference** [1] - 128:12
**conference** [1] - 124:6
**confident** [3] - 65:2,

65:8, 65:11
**confines** [1] - 63:3
**confirm** [5] - 21:8, 35:19, 52:16, 72:2, 84:11
**confirmed** [1] - 5:11
**conformance** [1] - 128:12
**confused** [4] - 8:15, 39:5, 70:10, 70:11
**confusing** [4] - 24:21, 70:1, 99:11
**confusingly** [3] - 7:9, 18:3, 47:16
**confusion** [63] - 6:9, 6:10, 6:11, 6:14, 6:16, 6:18, 6:24, 7:1, 7:2, 7:3, 7:4, 7:22, 9:20, 11:2, 11:12, 17:7, 17:21, 18:2, 21:9, 41:7, 42:6, 42:22, 43:7, 43:12, 43:18, 44:6, 45:1, 45:16, 48:3, 58:14, 58:16, 66:23, 66:25, 70:7, 70:12, 70:17, 73:1, 75:18, 79:7, 83:9, 85:3, 87:18, 87:19, 87:24, 88:13, 88:14, 88:20, 88:21, 89:3, 89:6, 89:14, 89:20, 90:1, 90:6, 90:7, 90:14, 90:16, 91:1, 91:9, 91:10, 95:21, 96:5
**connect** [1] - 112:4
**consensus** [2] - 43:16, 44:3
**consider** [14] - 54:4, 55:6, 55:8, 55:12, 55:15, 55:21, 64:12, 66:4, 71:10, 89:10, 90:11, 92:16, 92:23, 124:16
**considered** [4] - 42:7, 42:16, 42:21, 55:10
**considering** [1] - 49:7
**Consorti** [1] - 116:23
**constantly** [1] - 119:2
**construct** [1] - 83:25
**consult** [1] - 20:17
**consumer** [14] - 22:2, 29:17, 36:13, 37:23, 40:13, 40:21, 49:14, 49:16, 49:21, 58:4, 75:17, 99:6, 99:12, 112:4
**consumers** [44] - 8:15, 8:17, 8:19, 9:24, 10:19, 11:15,

13:22, 17:10, 17:15, 17:21, 17:23, 18:7, 37:9, 39:5, 45:11, 45:20, 54:23, 55:19, 56:3, 56:13, 57:8, 57:9, 57:10, 57:12, 58:7, 58:11, 58:18, 64:12, 64:15, 69:18, 69:22, 71:6, 71:15, 75:17, 82:3, 92:6, 92:7, 94:4, 94:7, 94:8, 94:20, 96:16, 99:9, 101:1
**contact** [2] - 94:6, 94:7
**container** [1] - 77:6
**contains** [1] - 7:5
**context** [2] - 22:1, 94:3
**continually** [2] - 60:20, 62:2
**continued** [2] - 4:3
**Continued** [2] - 3:1, 6:2
**convenient** [1] - 96:16
**cookies** [1] - 122:19
**copy** [2] - 5:9, 109:6
**copying** [2] - 111:16, 111:17
**core** [1] - 60:10
**corporate** [1] - 125:7
**Corporation** [1] - 2:3
**correct** [305] - 7:15, 12:20, 18:20, 18:24, 18:25, 19:2, 19:6, 19:11, 19:13, 19:15, 19:16, 19:17, 19:19, 20:3, 20:4, 20:6, 20:7, 20:11, 20:14, 20:16, 20:18, 21:14, 21:17, 21:18, 21:22, 22:4, 22:18, 23:10, 23:12, 23:13, 23:14, 24:8, 24:11, 24:22, 25:10, 25:18, 25:24, 25:25, 26:2, 26:4, 26:9, 26:10, 26:13, 26:19, 26:21, 26:23, 26:24, 27:2, 27:17, 27:21, 28:6, 28:11, 29:1, 29:9, 29:15, 31:2, 31:3, 31:5, 32:9, 32:16, 32:17, 33:2, 33:20, 33:24, 34:7, 35:15, 35:19, 36:2, 36:3, 36:23, 39:7, 39:10, 39:21, 40:2, 40:6, 41:24, 43:25, 44:1, 44:13, 44:14, 44:19, 44:20,

45:1, 45:2, 45:7, 45:9, 45:10, 45:17, 45:22, 45:23, 46:8, 46:13, 46:14, 46:16, 46:17, 47:2, 47:9, 47:22, 48:9, 48:10, 48:15, 48:16, 48:18, 48:19, 48:22, 48:24, 49:1, 49:8, 49:11, 49:12, 50:1, 50:7, 50:16, 50:20, 50:21, 51:4, 52:2, 52:3, 52:8, 53:22, 53:23, 54:2, 54:3, 54:20, 54:24, 55:7, 56:1, 56:6, 56:10, 56:21, 56:24, 57:2, 57:23, 57:24, 58:1, 58:3, 59:21, 59:22, 60:24, 60:25, 61:4, 61:14, 62:16, 62:19, 63:3, 63:9, 63:11, 63:16, 63:17, 63:19, 64:8, 64:10, 64:11, 64:19, 64:20, 65:3, 65:4, 65:5, 65:9, 65:17, 66:5, 66:6, 66:8, 66:17, 66:21, 66:22, 66:23, 66:25, 67:1, 67:5, 67:13, 67:14, 67:16, 67:24, 67:25, 68:2, 68:3, 68:17, 68:18, 68:21, 68:22, 69:2, 69:19, 69:21, 69:24, 70:5, 70:6, 70:8, 70:13, 70:17, 71:3, 71:4, 71:7, 71:9, 71:11, 71:17, 71:18, 71:19, 71:23, 71:24, 72:1, 72:22, 72:23, 72:25, 73:1, 73:5, 73:6, 73:7, 73:11, 73:18, 73:21, 73:24, 74:18, 74:21, 75:2, 75:8, 75:14, 75:15, 75:23, 76:3, 76:5, 76:9, 76:13, 76:18, 76:19, 76:23, 77:1, 77:2, 77:5, 77:9, 78:1, 78:21, 78:22, 78:24, 78:25, 79:3, 79:4, 79:6, 79:7, 79:19, 79:21, 79:23, 80:1, 80:4, 80:5, 80:9, 80:13, 80:17, 81:6, 81:10, 81:12, 81:22, 81:24, 81:25, 82:13, 82:14, 83:6, 83:11, 83:16, 83:20, 83:24, 84:5, 84:6, 84:16, 84:17,

84:22, 84:23, 85:3, 85:13, 85:20, 85:21, 86:9, 86:11, 86:12, 86:14, 86:15, 87:6, 87:16, 87:17, 87:19, 88:6, 88:9, 88:14, 88:15, 88:17, 88:18, 88:21, 89:1, 90:1, 90:7, 90:12, 90:13, 91:2, 91:3, 93:6, 93:8, 93:13, 93:16, 100:21, 113:24, 114:5, 125:10, 128:9

**correctly** [1] - 100:20
**costing** [1] - 118:2
**counsel** [12] - 5:9, 20:22, 20:25, 27:13, 51:13, 51:18, 51:20, 59:14, 86:20, 89:9, 101:9
**COUNSEL** [2] - 2:1, 3:1
**Counsel** [1] - 101:12
**Counter** [2] - 1:11, 1:14
**COUNTER** [2] - 2:3, 3:3
**Counter-Claimants** [1] - 1:11
**COUNTER-CLAIMANTS** [1] - 3:3
**Counter-Defendants** [1] - 1:14
**COUNTER-DEFENDANTS** [1] - 2:3
**counterclaim** [1] - 64:24
**counterclaims** [5] - 9:22, 25:20, 51:14, 64:17, 77:13
**country** [1] - 94:23
**COUNTY** [1] - 128:3
**Coupe** [1] - 32:20
**course** [2] - 104:3, 104:4
**courses** [1] - 103:20
**court** [2] - 92:13, 125:9
**Court** [23] - 36:22, 37:14, 40:10, 40:23, 45:20, 45:21, 45:23, 46:4, 46:6, 46:10, 46:18, 46:25, 47:4, 47:23, 48:8, 48:12, 85:16, 85:21, 85:24, 86:5, 127:10, 128:6, 128:20
**COURT** [57] - 1:1, 1:23, 5:7, 5:11, 5:15,

5:19, 5:21, 18:13, 18:15, 20:24, 27:23, 31:22, 33:17, 36:19, 54:9, 59:13, 60:2, 62:22, 68:7, 68:9, 69:6, 72:7, 72:9, 72:14, 80:21, 86:18, 86:24, 87:22, 90:21, 92:2, 96:1, 96:7, 97:13, 100:15, 101:7, 101:11, 101:17, 101:19, 101:24, 112:21, 112:23, 123:17, 123:20, 124:3, 124:5, 124:24, 125:6, 125:20, 125:24, 126:3, 126:8, 126:11, 126:16, 127:2, 127:6, 127:9, 128:6
**Court's** [1] - 18:10
**COURTROOM** [4] - 72:12, 102:2, 124:1, 127:10
**Courts** [1] - 84:24
**covered** [1] - 95:8
**Cozy** [1] - 32:20
**cream** [3] - 122:18, 123:3, 123:8
**create** [3] - 63:7, 108:25, 110:22
**created** [3] - 105:14, 107:18, 119:3
**creates** [1] - 116:19
**creating** [2] - 64:19, 108:22
**creation** [2] - 84:20, 119:4
**creative** [9] - 107:1, 109:8, 109:13, 109:16, 117:3, 117:5, 117:20, 117:23, 117:25
**creatives** [1] - 117:7
**creativity** [1] - 106:22
**criteria** [2] - 11:1, 57:21
**criticism** [1] - 37:2
**criticized** [2] - 47:23, 85:4
**Cross** [1] - 4:4
**CROSS** [1] - 18:17
**cross** [4] - 92:1, 92:24, 97:23, 100:18
**Cross-Examination** [1] - 4:4
**CROSS-EXAMINATION** [1] - 18:17

**cross-examination** [3] - 92:24, 97:23, 100:18
**CRR** [1] - 1:23
**crucial** [2] - 48:17, 74:15
**CSR** [2] - 1:23, 128:20
**culture** [1] - 111:25, 112:3
**curative** [3] - 5:8, 124:14, 125:2
**current** [3] - 31:15, 102:15, 102:17
**customers** [3] - 11:13, 49:11, 52:2
**customized** [1] - 93:23
**cute** [1] - 109:3
**CV-20-11548-JVS** [1] - 1:7
**cwestmoreland@ sheppardmullin. com** [1] - 3:18

## D

**damages** [2] - 33:23, 34:4
**dark** [1] - 104:20
**data** [19] - 21:2, 46:20, 46:21, 46:24, 47:8, 47:10, 47:21, 49:7, 49:11, 60:7, 60:9, 66:7, 66:9, 79:9, 79:13, 79:18, 80:10, 80:20, 80:23
**date** [2] - 119:4
**Date** [1] - 128:15
**dated** [1] - 96:21
**daughters** [2] - 80:13, 81:4
**DAY** [1] - 1:13
**days** [1] - 93:5
**deadline** [2] - 37:18, 37:19
**Debbie** [1] - 128:20
**DEBBIE** [3] - 1:23, 128:5, 128:19
**decade** [1] - 96:12
**decide** [6] - 40:13, 40:21, 69:23, 87:2, 87:9, 87:15
**decided** [2] - 89:10, 93:10
**decision** [7] - 29:14, 69:25, 91:11, 109:8, 117:23, 117:25, 118:1
**decisions** [4] - 109:13, 109:17,

109:18, 117:20
**DEFENDANT** [2] - 4:3, 4:5
**defendant** [3] - 36:8, 43:9, 45:8
**DEFENDANT'S** [1] - 102:1
**defendant's** [3] - 3:21, 67:4, 81:20
**Defendants** [2] - 1:8, 1:14
**DEFENDANTS** [2] - 2:3, 3:3
**defined** [1] - 74:8
**definition** [1] - 83:18, 85:22
**degree** [2] - 103:21, 106:17
**Delaware** [2] - 3:4, 85:6
**deluxe** [1] - 110:3
**demographic** [6] - 49:7, 49:11, 52:1, 62:18, 63:1, 101:2
**demographics** [4] - 49:6, 64:18, 79:24, 101:6
**demonstrative** [5] - 120:13, 121:14, 121:15, 121:21, 122:8
**depict** [1] - 79:16
**depo** [1] - 50:11
**deposed** [4] - 20:5, 50:5, 50:7, 50:9
**deposition** [21] - 9:22, 25:20, 25:23, 26:4, 26:6, 26:8, 27:5, 50:20, 51:9, 51:10, 51:15, 52:12, 52:19, 52:24, 53:2, 53:16, 88:9, 89:23, 125:5, 125:12
**DEPUTY** [4] - 72:12, 102:2, 124:1, 127:10
**describe** [5] - 8:12, 9:1, 102:15, 121:20, 122:11
**described** [4] - 9:19, 11:1, 11:11, 54:23
**describing** [2] - 89:7, 90:3
**description** [2] - 89:17, 98:17
**Design** [4] - 103:7, 103:13, 106:17, 107:3
**design** [31] - 9:15, 18:21, 48:15, 48:19, 76:15, 93:22,

102:13, 103:9, 103:18, 103:21, 105:2, 106:23, 107:4, 107:6, 108:14, 109:11, 111:4, 111:6, 111:19, 114:2, 114:5, 115:16, 115:19, 117:6, 117:15, 117:23, 121:5, 121:10, 122:14, 122:16, 123:4
**designated** [4] - 125:5, 125:14, 125:15, 126:14
**designating** [1] - 126:14
**designed** [11] - 21:23, 93:11, 95:1, 114:6, 117:16, 120:21, 120:25, 122:7, 123:10, 123:14, 123:15
**designer** [24] - 102:9, 102:11, 108:4, 108:10, 108:13, 108:14, 109:14, 111:16, 111:21, 113:16, 113:25, 114:2, 116:12, 116:13, 116:16, 116:17, 116:19, 116:21, 116:25, 117:3, 117:12, 122:14
**designing** [11] - 55:9, 55:11, 55:16, 55:22, 62:5, 96:18, 102:18, 106:25, 108:21, 117:20, 121:5
**designs** [5] - 112:7, 115:17, 115:20, 116:19, 123:7
**despite** [2] - 42:3, 82:11
**details** [2] - 35:18, 36:14
**determine** [2] - 46:7, 63:7
**determined** [2] - 42:5, 85:21
**determining** [1] - 9:24
**develop** [2] - 104:5, 106:2
**developed** [1] - 108:24
**developer** [1] - 113:25
**developing** [1] - 66:4
**development** [8] -

*104:12, 108:3,
108:10, 108:13,
108:14, 113:16,
116:12, 116:13*

**dhinospaan@yahoo.
com** *[1] - 1:25*
**Diamond** *[1] - 74:3*
**Diamond's** *[1] - 73:20*
**difference** *[2] - 49:3,
49:16*
**differences** *[2] - 87:4,
87:11*
**different** *[40] - 8:9,
22:6, 41:7, 42:2,
44:7, 47:14, 48:10,
49:15, 53:7, 53:15,
53:24, 55:11, 60:7,
60:9, 61:17, 67:7,
71:13, 75:18, 76:5,
76:7, 79:22, 84:6,
94:1, 94:5, 99:9,
100:2, 100:25,
101:1, 108:7,
108:24, 115:11,
115:13, 119:15,
119:25, 121:23,
122:2, 122:8,
122:15, 125:12*
**differently** *[4] - 30:2,
50:8, 52:11, 52:23*
**difficult** *[5] - 59:4,
60:12, 61:13, 61:16,
62:1*
**dip** *[1] - 123:2*
**direct** *[2] - 95:8, 99:15*
**Direct** *[2] - 4:3, 4:6*
**DIRECT** *[2] - 6:2,
102:6*
**disagree** *[1] - 28:18*
**disagreed** *[2] - 45:20,
45:23*
**disagreement** *[1] -
28:13*
**discuss** *[4] - 9:15,
13:3, 102:21, 123:22*
**discussion** *[2] -
75:24, 76:10*
**Disney** *[5] - 32:21,
33:11, 33:20,
107:20, 108:8*
**dispute** *[5] - 37:13,
39:11, 39:16, 45:3,
95:9*
**disputed** *[7] - 27:20,
28:5, 28:8, 28:15,
31:8, 33:22, 77:12*
**distressing** *[1] - 60:11*
**distribution** *[2] -
79:15, 80:1*
**district** *[1] - 85:6*

**District** *[2] - 128:6,
128:7*
**DISTRICT** *[3] - 1:1,
1:2, 1:3*
**Diva** *[3] - 29:1,
120:25, 121:4*
**diverse** *[6] - 54:22,
55:19, 56:13, 64:13,
64:14, 115:1*
**diversity** *[5] - 52:21,
64:16, 100:25,
115:20, 115:21*
**Divine** *[1] - 28:25*
**DIVISION** *[1] - 1:2*
**doc** *[2] - 40:15, 41:19*
**Docket** *[1] - 64:22*
**Document** *[35] - 8:7,
8:23, 9:13, 10:4,
10:22, 11:8, 11:20,
13:1, 14:17, 15:1,
15:11, 15:20, 16:6,
16:20, 23:6, 25:14,
32:5, 33:8, 34:16,
38:20, 40:16, 41:20,
42:11, 43:23, 54:14,
63:22, 64:25, 67:21,
70:21, 74:5, 78:14,
81:18, 96:25, 97:20,
100:6*
**document** *[4] - 65:25,
66:2, 118:25, 119:2*
**documents** *[3] - 9:21,
51:16, 52:19*
**DOES** *[2] - 1:13, 3:4*
**doll** *[84] - 9:4, 9:25,
10:10, 11:3, 12:1,
12:5, 12:6, 12:9,
13:7, 13:11, 13:17,
14:7, 14:12, 14:21,
15:24, 21:8, 21:9,
23:16, 23:21, 29:20,
30:13, 30:15, 31:5,
31:7, 36:2, 56:3,
57:4, 57:5, 57:15,
57:20, 57:22, 57:25,
58:4, 58:5, 58:8,
58:9, 58:12, 66:11,
67:8, 69:23, 73:14,
73:16, 79:6, 83:6,
88:24, 88:25, 89:5,
95:6, 95:7, 98:19,
102:25, 104:7,
106:11, 106:13,
108:17, 108:22,
108:23, 108:25,
109:2, 109:7,
109:19, 109:20,
110:2, 110:3, 110:4,
110:5, 112:7,
112:11, 112:14,*

*112:24, 114:19,
115:1, 117:24,
119:24, 120:10,
121:8, 122:13,
122:14, 122:15,
122:22, 122:24*
**doll's** *[2] - 105:18,
114:3*
**dolls** *[167] - 6:12, 6:15,
6:19, 7:9, 8:15, 8:17,
8:20, 9:3, 9:5, 9:6,
9:8, 9:23, 10:7, 10:8,
10:11, 10:12, 10:16,
10:17, 10:19, 11:4,
12:4, 13:16, 17:11,
18:3, 18:7, 23:8,
23:20, 23:22, 23:24,
24:9, 24:14, 24:18,
24:24, 25:4, 25:5,
25:9, 25:16, 25:24,
26:1, 26:5, 26:7,
26:8, 26:11, 26:12,
26:15, 26:17, 26:19,
26:20, 26:23, 27:1,
27:6, 27:9, 27:11,
27:13, 27:14, 28:25,
29:2, 29:8, 29:9,
29:13, 29:14, 30:7,
30:11, 30:17, 30:19,
30:20, 31:8, 32:8,
49:25, 51:4, 52:2,
52:7, 52:10, 52:17,
52:21, 53:13, 53:22,
54:2, 54:24, 55:3,
55:20, 56:6, 56:18,
57:11, 64:13, 64:15,
64:16, 66:15, 66:17,
66:21, 67:11, 68:2,
68:17, 68:19, 68:23,
69:19, 69:20, 70:5,
70:16, 70:23, 70:24,
73:12, 74:20, 74:24,
75:5, 75:11, 75:14,
75:22, 80:11, 80:16,
82:19, 82:24, 86:8,
89:19, 89:24, 95:2,
95:3, 95:9, 95:14,
95:17, 96:5, 98:3,
98:11, 100:24,
100:25, 102:13,
102:23, 103:3,
103:25, 105:6,
105:14, 105:22,
106:6, 106:25,
108:7, 108:9,
108:19, 108:20,
112:25, 113:7,
113:20, 115:1,
115:16, 115:17,
115:19, 115:20,
115:22, 116:6,*

*117:14, 117:15,
117:19, 117:21,
118:6, 118:11,
118:12, 118:14,
119:3, 119:5,
119:11, 120:20,
120:22, 120:24,
121:6, 121:23,
121:24, 123:9*
**dolls'** *[2] - 87:5, 87:12*
**Dolly** *[1] - 84:8*
**done** *[18] - 35:7, 49:5,
53:11, 53:20, 55:3,
55:20, 62:14, 68:12,
84:3, 85:7, 93:2,
93:3, 93:15, 93:17,
94:18, 96:10,
105:14, 113:9*
**donut** *[1] - 122:19*
**down** *[6] - 76:3,
101:17, 109:21,
110:5, 124:3, 127:2*
**Downtown** *[2] - 15:25,
25:17*
**Dr** *[23] - 6:4, 6:21,
7:21, 9:10, 11:5,
12:17, 14:3, 15:3,
15:13, 15:22, 42:14,
43:4, 78:17, 81:20,
91:16, 92:4, 93:10,
93:14, 97:18, 99:1,
99:14, 99:16, 101:13*
**draw** *[8] - 7:8, 7:19,
41:5, 47:19, 95:22,
96:4, 102:13*
**drawing** *[4] - 9:1,
103:9, 103:10,
110:18*
**drawings** *[1] - 118:2*
**drawn** *[1] - 93:9*
**draws** *[1] - 44:20*
**dress** *[28] - 23:14,
24:9, 24:10, 24:13,
24:19, 29:15, 31:17,
32:20, 36:5, 43:5,
43:10, 44:13, 45:3,
45:19, 46:1, 71:16,
76:25, 77:4, 77:9,
77:21, 77:24, 77:25,
78:3, 81:12, 84:16,
88:4, 88:17*
**drew** *[2] - 47:15, 101:2*
**drink** *[3] - 45:4, 45:5,
46:4*
**drinks** *[1] - 45:12*
**dry** *[1] - 107:19*
**during** *[1] - 15:6*
**Dynacraft** *[9] - 31:16,
32:18, 32:21, 33:2,
33:24, 36:5, 36:9,*

*36:22, 38:14*
**Dynacraft's** *[1] - 33:10*

---

## E

**e.g** *[1] - 64:1*
**earliest** *[1] - 110:23*
**early** *[2] - 69:14, 74:23*
**EATON** *[1] - 33:14*
**Eaton** *[1] - 3:21*
**edgy** *[1] - 71:17*
**editing** *[3] - 5:10,
109:19, 118:1*
**education** *[2] - 103:3,
112:10*
**educational** *[1] -
103:6*
**effort** *[2] - 61:19,
83:19*
**eight** *[5] - 10:11, 12:4,
82:2, 84:2, 108:9*
**Eilish** *[1] - 15:7*
**either** *[17] - 11:13,
12:13, 12:14, 12:16,
16:16, 17:24, 21:18,
25:6, 34:20, 36:20,
47:15, 66:16, 66:18,
71:11, 82:19, 92:8,
95:6*
**electronically** *[1] -
19:9*
**element** *[2] - 24:13,
24:14*
**Email** *[1] - 3:18*
**email** *[5] - 61:13,
62:12, 126:9*
**emails** *[2] - 59:17,
126:21*
**emotional** *[4] - 22:8,
104:11, 104:12,
104:18*
**emotionally** *[1] -
104:5*
**emotions** *[1] - 104:16*
**employ** *[1] - 112:6*
**employment** *[1] -
107:7*
**end** *[5] - 36:22, 75:25,
76:3, 125:9, 126:4*
**endorsed** *[2] - 41:2,
41:14, 41:23*
**Enemy's** *[1] - 32:11*
**energy** *[2] - 45:4,
45:12*
**Energy** *[1] - 45:5*
**engage** *[1] - 108:20*
**enjoy** *[1] - 22:15*
**Enterprises** *[2] - 38:5,
39:5*
**ENTERTAINMENT** *[3]*

- 1:4, 1:12, 2:3

**entire** [3] - 57:17, 94:17, 97:18
**entirely** [2] - 57:4, 86:16
**entitled** [3] - 84:21, 84:25, 128:11
**eos** [3] - 77:21, 79:10, 80:1
**eos's** [1] - 79:16
**equivocal** [1] - 50:17
**erase** [1] - 107:19
**ESQ** [4] - 2:5, 2:9, 3:6, 3:11
**establish** [1] - 84:19
**established** [1] - 54:18
**establishing** [1] - 84:9
**estate** [1] - 39:13
**et** [1] - 1:7
**Ethnic** [1] - 4:18
**ethnic** [2] - 58:19, 115:18
**ethnicities** [1] - 11:16
**ethnicity** [3] - 11:16, 63:4, 63:8
**evaluate** [1] - 75:16
**evaluates** [1] - 27:15
**evening** [1] - 123:25
**event** [2] - 28:24, 73:12
**Eveready** [16] - 43:17, 44:5, 44:6, 44:11, 44:16, 44:18, 44:21, 44:24, 45:3, 45:22, 45:24, 49:5, 76:23, 81:23, 84:24, 93:6
**evidence** [20] - 36:23, 65:19, 70:1, 70:12, 70:16, 75:7, 87:19, 87:24, 88:13, 89:3, 89:6, 89:14, 89:20, 90:1, 90:6, 90:7, 90:14, 91:9, 91:12, 125:6
**EVIDENCE** [1] - 4:17
**exact** [2] - 47:3, 93:19
**exactly** [2] - 53:9, 69:7
**exam** [1] - 59:10
**EXAMINATION** [4] - 6:2, 18:17, 91:14, 102:6
**Examination** [4] - 4:3, 4:4, 4:4, 4:6
**examination** [3] - 92:24, 97:23, 100:18
**example** [7] - 30:12, 49:10, 52:9, 74:2, 74:9, 98:11, 125:13
**exchange** [2] - 60:15,

61:15
**exchanges** [1] - 61:2
**exclude** [2] - 74:15, 85:19
**excluded** [2] - 36:23, 37:3
**excuse** [3] - 78:5, 92:20, 117:2
**execution** [1] - 48:15
**Exhibit** [14] - 20:19, 39:23, 59:7, 59:9, 59:25, 60:3, 63:13, 65:19, 68:5, 68:10, 70:19, 97:17, 118:5, 118:23
**EXHIBIT** [1] - 4:17
**exhibit** [4] - 97:18, 97:22, 97:23, 98:1
**EXHIBITS** [1] - 4:15
**exist** [1] - 46:22
**existed** [1] - 114:21
**existing** [2] - 121:9, 122:13
**expect** [2] - 22:19, 22:21, 32:14
**expecting** [1] - 94:10
**experience** [1] - 115:6
**experienced** [3] - 63:21, 63:25, 90:15
**expert** [13] - 18:22, 31:20, 33:2, 33:19, 33:24, 38:4, 40:6, 45:8, 63:13, 81:7, 81:11, 81:20, 91:21
**expertise** [1] - 34:5
**explain** [15] - 7:10, 7:16, 15:3, 15:13, 15:22, 17:8, 17:13, 49:23, 94:15, 94:16, 104:9, 108:11, 110:13, 116:17, 120:7
**explained** [1] - 66:22
**express** [4] - 90:5, 104:11, 104:13, 107:1
**expresses** [1] - 106:22
**extension** [2] - 120:4, 123:10
**extensions** [4] - 119:15, 119:19, 119:25, 120:1
**extent** [2] - 87:13, 106:5
**eye** [2] - 61:17, 114:4

**F**

**face** [4] - 19:14, 19:16
**Facebook** [3] - 79:10,

80:1
**fact** [8] - 5:12, 39:17, 42:3, 56:5, 67:15, 88:8, 99:10, 125:14
**factors** [4] - 56:10, 56:11, 79:25, 90:9
**factual** [1] - 89:20
**Fader** [1] - 3:22
**fair** [10] - 31:4, 42:22, 43:4, 52:17, 53:11, 69:13, 83:14, 93:10, 95:13, 95:16
**fairness** [1] - 126:20
**fake** [1] - 122:23
**falsely** [2] - 124:19, 124:25
**familiar** [6] - 23:2, 89:2, 114:9, 114:10, 114:11, 116:22
**famous** [8] - 45:21, 46:1, 46:24, 47:12, 48:3, 48:7, 85:1, 92:10
**fan** [1] - 60:10
**fancy** [1] - 106:2
**fans** [3] - 11:13, 64:18, 91:24
**far** [5] - 7:24, 51:6, 71:13, 91:23, 121:12
**fashion** [36] - 9:25, 11:3, 11:4, 21:9, 36:1, 56:2, 57:11, 57:14, 57:19, 57:22, 58:5, 58:8, 58:9, 58:12, 64:13, 64:15, 64:16, 66:11, 66:15, 66:21, 67:11, 68:2, 70:24, 79:6, 82:24, 105:22, 106:6, 106:12, 109:1, 110:5, 114:4, 114:5, 119:24, 120:20, 120:22, 121:5
**fast** [4] - 82:4, 82:5, 83:2, 83:3
**fault** [2] - 126:5, 126:8
**Fax** [1] - 3:18
**feature** [2] - 40:11, 40:19
**Federal** [1] - 128:20
**FEDERAL** [2] - 1:23, 128:5
**federal** [1] - 85:6
**fees** [1] - 34:3
**fell** [2] - 106:23, 114:23
**fellow** [1] - 101:9
**felt** [1] - 51:18
**female** [10] - 11:17, 11:18, 65:3, 65:9,

65:12, 66:1, 66:3, 79:11, 79:17, 107:5
**females** [3] - 78:4, 78:9, 78:17
**feminine** [1] - 104:21
**few** [4] - 17:7, 93:5, 97:25, 107:21
**figure** [1] - 86:7
**figures** [2] - 103:24, 107:16
**fill** [1] - 20:9
**final** [3] - 108:17, 110:18, 114:6
**findings** [3] - 42:14, 44:20, 45:18
**fine** [2] - 103:8, 125:23
**finger** [1] - 123:2
**fingernails** [1] - 123:3
**FINKELSTEIN** [11] - 2:9, 5:6, 5:8, 5:18, 124:14, 125:3, 125:25, 126:7, 126:9, 126:13, 127:7
**Finkelstein** [2] - 124:12, 124:20
**first** [17] - 6:10, 7:18, 8:12, 8:14, 11:24, 11:25, 24:20, 68:16, 76:11, 80:16, 107:4, 107:5, 107:9, 107:10, 108:21, 113:15, 115:10
**fishtail** [1] - 121:25
**fit** [2] - 85:17, 110:6
**fits** [1] - 109:21
**five** [2] - 53:25, 71:20
**Flav** [1] - 32:11
**Flavor** [1] - 32:11
**flaw** [2] - 76:12, 76:14
**flaws** [2] - 85:8, 85:25
**fleck** [1] - 114:4
**flip** [1] - 118:5
**Flying** [3] - 40:1, 107:16, 107:18
**focal** [1] - 121:8
**focus** [1] - 11:16
**focused** [2] - 82:16, 107:15
**focuses** [1] - 106:11
**focusing** [1] - 9:23
**follow** [1] - 12:5
**follow-up** [1] - 12:5
**following** [3] - 17:1, 78:7, 78:20
**follows** [1] - 108:15
**food** [7] - 82:4, 82:5, 82:6, 82:7, 83:1, 83:3, 83:4
**FOR** [2] - 2:3, 3:3
**foregoing** [1] - 128:9

**forget** [1] - 93:19
**forgetting** [1] - 116:10
**forgive** [1] - 99:14
**form** [1] - 123:22
**format** [2] - 94:2, 128:11
**forming** [1] - 90:11
**forth** [1] - 104:22
**forths** [1] - 61:18
**foundation** [2] - 36:18, 80:19
**four** [14] - 23:9, 23:11, 23:20, 23:22, 24:6, 24:18, 24:24, 25:4, 25:5, 25:9, 89:23, 107:22, 118:18, 123:15
**frequently** [1] - 88:6
**friend** [2] - 89:4, 114:18
**friends** [3] - 88:24, 115:11, 115:14
**front** [1] - 40:1
**full** [5] - 32:9, 76:1, 100:8, 102:3, 118:23
**full-sized** [1] - 32:9
**fully** [1] - 94:14
**fun** [2] - 71:16, 122:25
**fundamental** [1] - 48:14
**future** [6] - 35:14, 36:1, 66:20, 66:25, 79:3, 84:4

**G**

**Gaga** [1] - 14:23
**Gee** [2] - 84:8, 84:18
**gender** [3] - 49:6, 62:19, 63:2
**genders** [1] - 11:3
**general** [16] - 21:7, 38:15, 55:16, 55:17, 55:24, 55:25, 56:2, 58:23, 63:10, 66:10, 66:13, 82:13, 82:21, 82:23, 87:11, 91:7
**generally** [7] - 21:4, 42:6, 42:15, 42:20, 61:6, 96:14, 96:15
**generated** [1] - 91:12
**gentlemen** [3] - 5:21, 72:10, 123:20
**giant** [1] - 32:12
**gifts** [1] - 89:19
**girl** [9] - 34:11, 34:24, 68:16, 73:12, 105:16, 108:7, 115:9, 122:22, 123:1
**Girl** [2] - 25:17, 57:22

**girls** [18] - 35:14, 55:4, 55:21, 56:5, 56:14, 56:19, 65:3, 65:9, 65:12, 75:13, 75:22, 75:24, 75:25, 76:6, 76:7, 105:13, 115:17, 123:4
**Girls** [7] - 24:1, 24:2, 24:4, 108:6, 114:19, 119:23, 120:22
**GIRLZ** [3] - 1:10, 3:3, 3:4
**Girlz** [78] - 4:19, 7:10, 7:13, 7:14, 7:15, 8:16, 8:20, 9:9, 10:12, 10:18, 12:13, 12:16, 14:2, 16:16, 16:17, 17:11, 17:12, 17:16, 17:24, 17:25, 18:4, 18:8, 22:25, 23:12, 23:14, 23:17, 23:18, 23:20, 23:21, 23:24, 24:7, 24:20, 24:25, 25:4, 25:9, 27:1, 27:7, 27:9, 44:18, 46:13, 47:10, 47:17, 47:18, 48:1, 60:8, 64:17, 65:2, 65:7, 65:20, 66:5, 66:16, 67:16, 68:13, 69:9, 69:11, 69:18, 69:22, 70:4, 70:15, 82:19, 83:23, 86:8, 88:25, 89:20, 89:25, 91:21, 91:24, 92:9, 92:11, 92:12, 93:11, 95:18, 98:2, 98:4, 98:15, 98:19
**Girlz'** [12] - 29:15, 67:12, 68:20, 80:3, 80:5, 80:8, 83:11, 83:25, 84:16, 87:5, 87:12, 89:5
**gist** [1] - 100:23
**given** [13] - 20:9, 20:22, 27:24, 60:11, 62:1, 76:17, 89:17, 89:19, 94:20, 101:2, 111:18, 126:1, 126:3
**glitter** [3] - 114:4, 123:1, 123:5
**goods** [3] - 67:3, 67:5, 67:15
**gosh** [1] - 109:10
**Gossip** [2] - 105:7, 105:13
**graduate** [1] - 107:5
**graduated** [2] - 103:8, 107:12
**graduation** [1] -
106:20
**GRAND** [2] - 1:9, 3:4
**graphic** [2] - 38:10, 38:24
**gravitate** [1] - 104:18
**greatest** [3] - 9:24, 10:13, 95:19
**green** [1] - 104:25
**GREEN** [4] - 3:11, 124:17, 124:23, 125:22
**Grimes** [1] - 15:17
**Group** [5] - 76:21, 77:3, 77:8, 77:14, 77:20
**group** [22] - 10:9, 12:13, 12:15, 29:23, 35:14, 64:3, 64:6, 64:19, 65:13, 65:15, 65:16, 67:8, 67:17, 75:17, 89:20, 92:6, 94:22, 94:24, 108:6, 115:12, 115:18
**group's** [1] - 64:18
**groups** [2] - 58:18, 117:6
**guess** [3] - 89:16, 91:5, 109:10
**Guide** [2] - 73:20, 74:3
**Gurl** [3] - 15:5, 15:9, 24:25
**Gwen** [1] - 15:7

**H**

**Hac** [3] - 3:7, 3:11, 3:16
**hair** [14] - 71:16, 105:14, 105:17, 105:22, 105:25, 106:1, 106:2, 106:3, 106:12, 112:14, 113:1, 113:3, 113:7, 113:9
**Hair** [2] - 105:7, 105:13
**hairstyle** [1] - 109:2
**hairstyles** [1] - 105:15
**half** [3] - 9:3, 26:22, 116:14
**HAMPTON** [3] - 3:6, 3:10, 3:15
**hand** [4] - 90:14, 90:17, 122:25
**handed** [2] - 5:8, 124:20
**hands** [2] - 32:12, 61:23
**happiness** [2] - 104:19, 104:22
**happy** [1] - 35:18
**Harris** [11] - 7:14, 9:23, 10:13, 25:23, 46:12, 48:1, 48:7, 90:4, 92:12, 95:18, 124:15
**HARRIS** [3] - 1:7, 3:3, 3:3
**Harris's** [8] - 22:3, 22:17, 25:20, 26:3, 51:15, 88:24, 89:4, 89:18
**Harrises** [4] - 16:17, 22:24, 47:11, 91:22
**Harry** [1] - 107:20
**head** [2] - 32:12, 105:18
**heads** [1] - 105:15
**heard** [2] - 93:14, 122:3
**heck** [1] - 39:20
**height** [1] - 32:13
**Heiress** [1] - 49:18
**held** [1] - 128:10
**Hello** [1] - 107:20
**help** [2] - 79:18, 104:5
**helped** [1] - 106:21
**helps** [3] - 94:12, 104:17, 106:2
**hereby** [1] - 128:7
**high** [3] - 13:11, 60:10, 103:11
**highlighted** [1] - 56:12
**HINO** [3] - 1:23, 128:5, 128:19
**Hino** [1] - 128:20
**HINO-SPAAN** [3] - 1:23, 128:5, 128:19
**Hino-Spaan** [1] - 128:20
**hired** [4] - 39:7, 43:4, 43:9, 107:11
**Hispanic** [1] - 116:1
**Hispanics** [1] - 60:22
**history** [2] - 103:9, 107:7
**hit** [1] - 113:2
**hold** [1] - 122:1
**holder** [1] - 36:5
**holding** [1] - 122:24
**holds** [1] - 123:4
**honest** [1] - 94:11
**Honey** [1] - 28:19
**Hong** [1] - 108:15
**Honor** [36] - 5:6, 5:13, 5:17, 18:16, 27:22, 31:19, 59:12, 59:24, 68:5, 68:8, 69:5, 72:5, 72:15, 75:8, 86:23, 90:20, 91:13,
91:25, 97:8, 97:16, 100:11, 100:12, 101:5, 101:10, 101:15, 101:18, 101:22, 123:19, 124:11, 125:3, 125:4, 126:20, 127:5, 127:7, 127:8
**Honor's** [1] - 126:2
**HONORABLE** [1] - 1:3
**hood** [1] - 115:11
**house** [1] - 109:19
**Houston** [3] - 3:8, 3:13, 3:17
**human** [4] - 30:24, 31:5, 31:7, 121:24
**humans** [1] - 32:9
**hurts** [1] - 94:12
**HUSTLE** [4] - 1:9, 1:10, 3:4
**hypothetical** [1] - 97:3

**I**

**i.e** [1] - 12:13
**ice** [3] - 122:18, 123:3, 123:8
**iconic** [1] - 46:4
**ideation** [1] - 116:20
**identified** [14] - 10:13, 12:18, 13:20, 13:24, 14:2, 14:8, 14:22, 16:11, 16:14, 16:16, 25:19, 26:7, 26:8, 95:18
**identify** [7] - 9:6, 12:12, 12:15, 12:22, 65:8, 65:11, 118:6
**II** [1] - 1:13
**image** [10] - 30:23, 40:7, 40:11, 40:12, 40:19, 40:20, 42:19, 98:11, 98:14, 98:21
**images** [6] - 42:4, 42:18, 110:16, 110:19, 112:3, 118:21
**imagination** [1] - 104:13
**imagine** [1] - 9:2
**immediate** [1] - 79:3
**implies** [1] - 52:20
**importance** [1] - 105:9
**important** [11] - 27:16, 27:18, 28:7, 48:14, 88:17, 106:19, 112:2, 115:3, 115:4, 116:6, 116:7
**improper** [3] - 36:23, 37:3, 37:24
**IN** [1] - 4:16
**inanimate** [1] - 111:8
**inappropriate** [2] - 69:9, 83:22
**Inc** [1] - 108:6
**INC** [3] - 1:4, 1:12, 2:3
**incentive** [8] - 20:9, 21:11, 21:20, 22:4, 22:6, 22:9, 22:18, 57:2
**incentives** [6] - 22:12, 22:14, 22:16, 94:15, 94:19, 94:23
**include** [15] - 11:15, 14:9, 23:20, 23:21, 23:22, 67:2, 67:12, 74:17, 74:25, 76:9, 90:22, 111:8, 111:10, 111:12, 112:2
**included** [5] - 15:7, 64:13, 66:20, 73:17, 91:1
**includes** [2] - 90:18, 103:24
**including** [9] - 24:14, 41:2, 41:14, 41:23, 58:19, 76:12, 76:13, 79:25, 98:16
**inclusive** [2] - 1:13, 3:4
**incorrect** [5] - 48:1, 48:2, 50:10, 56:22, 90:23
**Indeed** [1] - 40:12
**indeed** [1] - 40:20
**Independent** [1] - 25:18
**index** [1] - 125:17
**indicate** [1] - 70:7
**indicated** [2] - 124:5, 125:16
**indicating** [1] - 52:20
**indication** [2] - 47:5, 47:6
**individual** [4] - 3:3, 19:22, 23:8
**individually** [2] - 10:8, 12:19
**individuals** [5] - 12:14, 34:9, 38:9, 38:23, 82:2
**indulgence** [1] - 18:10
**industry** [5] - 94:4, 103:23, 108:12, 114:9, 114:25
**influence** [2] - 74:10, 103:3, 103:6
**influenced** [1] - 53:18
**information** [18] -

27:21, 28:6, 28:16, 28:25, 29:7, 29:10, 29:13, 48:25, 52:1, 52:3, 55:7, 55:8, 62:4, 62:11, 62:18, 63:1, 81:3, 119:9

**infringed** [2] - 29:14, 32:21

**infringement** [5] - 31:17, 77:1, 81:12, 85:22, 88:4

**infringer** [2] - 38:5, 43:5

**infringing** [1] - 43:10

**initial** [4] - 116:9, 116:10, 116:21, 124:5

**initials** [3] - 23:16, 23:17, 23:23

**inner** [1] - 115:14

**inside** [3] - 123:2, 123:7, 123:8

**insolvable** [2] - 61:23, 61:24

**inspiration** [4] - 111:15, 111:16, 111:17

**inspire** [1] - 110:16

**Instagram** [6] - 22:3, 22:7, 22:17, 65:23, 65:24, 80:10

**instance** [1] - 74:16

**instead** [2] - 35:11, 124:25

**instruction** [7] - 5:9, 27:10, 27:12, 124:15, 124:18, 124:24, 125:2

**intend** [1] - 20:12

**intended** [1] - 74:20

**intent** [1] - 125:19

**intention** [1] - 96:3

**intentional** [1] - 126:25

**interest** [1] - 75:17

**interested** [2] - 8:19, 57:19

**interesting** [1] - 30:19

**internal** [2] - 49:13, 49:21

**internet** [3] - 96:10, 96:15, 99:9

**Internet** [1] - 86:11

**interview** [8] - 19:4, 19:8, 19:14, 19:16, 26:16, 56:16, 56:18

**interviewed** [7] - 10:9, 10:14, 17:20, 19:5, 19:7, 49:3, 49:4

**interviewing** [7] -

18:21, 49:18, 57:10, 57:11, 57:13, 67:10

**interviews** [9] - 10:1, 19:1, 26:6, 26:16, 26:18, 26:20, 95:11, 95:12

**introduced** [2] - 110:9, 126:22

**introduction** [1] - 125:8

**intuition** [1] - 97:5

**invited** [1] - 125:11

**involved** [9] - 9:8, 40:5, 57:18, 76:21, 76:25, 85:13, 109:10, 117:11

**involves** [1] - 94:19

**involving** [2] - 44:12, 93:20

**IO-39493** [1] - 4:18

**irrelevant** [6] - 48:22, 48:23, 49:1, 49:2, 97:9

**Irvine** [1] - 2:10

**ISAAC** [1] - 1:12

**Isaacson** [27] - 6:4, 6:21, 7:21, 9:10, 11:5, 12:17, 14:3, 15:3, 15:13, 15:22, 36:16, 42:14, 43:4, 54:4, 78:17, 81:20, 84:9, 84:10, 91:16, 92:4, 93:10, 93:14, 97:18, 99:1, 99:14, 99:16, 101:13

**ISAACSON** [2] - 4:3, 6:1

**issue** [13] - 5:9, 36:24, 39:4, 39:8, 47:24, 61:8, 62:6, 62:9, 77:7, 85:5, 101:6, 120:21, 124:16

**issues** [6] - 37:7, 38:3, 58:3, 61:2, 61:3, 123:23

**IT** [3] - 3:21, 3:21, 3:22

**item** [10] - 20:13, 35:12, 95:6, 98:6, 98:7, 98:8, 98:15, 98:16, 98:18

**items** [13] - 53:1, 53:18, 71:21, 95:5, 98:10, 98:22, 99:2, 99:4, 99:6, 99:8, 99:10

**itself** [5] - 49:1, 63:6, 85:18, 109:7, 123:3

## J

**JAKKS** [3] - 107:10, 107:15, 107:22

**JAMES** [1] - 1:3

**January** [1] - 19:1

**jar** [3] - 122:25, 123:1, 123:2

**jkeville@ sheppardmullin. com** [1] - 3:9

**job** [2] - 102:11, 115:10

**JOHN** [1] - 3:6

**Jordan** [1] - 3:22

**Judge** [2] - 84:8, 84:18

**JUDGE** [1] - 1:3

**judge** [1] - 85:6

**Judicial** [1] - 128:12

**Juicery** [6] - 81:9, 81:10, 82:2, 84:2, 84:7, 84:18

**June** [1] - 107:11

**jury** [50] - 5:5, 5:19, 5:20, 6:5, 6:23, 7:22, 8:25, 9:15, 10:24, 11:10, 11:22, 13:5, 14:4, 14:19, 15:3, 15:13, 15:22, 16:8, 16:22, 17:4, 27:15, 87:2, 87:9, 87:15, 90:19, 91:6, 91:10, 91:11, 100:9, 103:14, 104:9, 105:12, 107:13, 108:11, 109:16, 110:13, 112:16, 116:17, 117:17, 117:18, 118:17, 119:18, 120:7, 120:24, 121:20, 122:11, 122:12, 124:2, 124:7, 124:8

**JURY** [1] - 1:18

**jury's** [1] - 29:13

## K

**Karol** [1] - 14:9

**Kathy** [2] - 60:5, 61:7

**Katy** [1] - 15:17

**keep** [1] - 35:17

**kept** [1] - 103:12

**KEVILLE** [89] - 3:6, 5:13, 5:17, 18:16, 18:18, 23:4, 23:7, 25:12, 27:25, 31:11, 31:12, 31:19, 31:23, 32:3, 32:6, 33:6,

33:9, 33:13, 33:15, 33:18, 34:15, 34:17, 36:21, 38:18, 38:21, 39:23, 39:25, 40:15, 40:17, 41:18, 41:21, 42:10, 42:12, 43:21, 43:24, 50:11, 50:14, 53:2, 53:5, 54:12, 54:15, 59:16, 59:24, 60:4, 62:25, 63:20, 63:23, 64:22, 65:1, 67:19, 67:22, 68:5, 68:11, 69:12, 70:19, 70:22, 72:5, 72:8, 72:15, 72:16, 74:2, 74:6, 75:6, 75:10, 77:17, 77:18, 78:13, 78:15, 81:1, 81:16, 81:19, 87:1, 88:1, 90:24, 91:13, 91:25, 95:24, 97:8, 100:11, 101:5, 101:15, 124:11, 124:22, 125:4, 125:18, 125:23, 126:20, 127:5, 127:8

**Keville** [7] - 4:4, 18:15, 72:14, 94:6, 94:14, 99:24, 126:1

**kEVILLE** [1] - 25:15

**Kind** [5] - 76:21, 77:3, 77:8, 77:14, 77:20

**kind** [9] - 13:25, 22:6, 22:18, 30:16, 50:17, 58:4, 79:5, 87:24, 94:9

**kinds** [2] - 98:22, 99:4

**Kitty** [1] - 107:20

**Knecht** [6] - 3:21, 92:19, 96:23, 97:19, 118:15, 120:12

**knowledge** [2] - 114:25, 115:15

**known** [28] - 7:13, 7:15, 17:12, 17:13, 17:17, 18:4, 18:8, 44:13, 44:19, 44:24, 46:5, 46:7, 46:11, 46:13, 46:16, 47:5, 47:7, 47:11, 47:18, 48:2, 58:25, 64:9, 64:10, 84:10, 84:20, 85:2, 92:11, 93:8

**Kong** [1] - 108:15

**Kreation** [7] - 81:9, 81:10, 82:2, 84:2, 84:7, 84:12, 84:18

## L

**L.A** [2] - 115:7, 115:9

**L.O.L** [28] - 17:11, 18:3, 24:3, 98:3, 98:10, 99:8, 102:14, 105:21, 106:5, 113:18, 113:19, 114:1, 117:14, 117:15, 119:11, 119:16, 119:20, 119:21, 119:22, 119:23, 120:2, 120:11, 120:21, 121:22, 122:7, 123:9

**lack** [1] - 85:17

**Lacks** [2] - 36:18, 54:7

**lacks** [1] - 80:18

**ladies** [3] - 5:21, 72:10, 123:20

**Lady** [3] - 14:23, 121:1, 121:4

**lamb** [1] - 109:3

**language** [2] - 35:3, 124:18, 125:18

**large** [6] - 35:12, 59:1, 83:20, 83:21, 95:11, 108:25

**largely** [1] - 80:11

**Larian** [7] - 27:10, 52:9, 52:15, 52:20, 100:20, 100:22, 101:20

**LARIAN** [1] - 1:13

**Las** [1] - 84:8

**last** [5] - 12:8, 54:6, 96:12, 99:5, 102:3

**late** [1] - 116:10

**launch** [3] - 75:4, 75:11, 75:14

**LAW** [2] - 2:13, 3:15

**law** [4] - 77:14, 77:20, 77:25, 78:2

**learn** [1] - 103:23, 104:3, 104:16

**learned** [4] - 47:23, 48:11, 104:4, 104:8

**least** [2] - 80:14, 81:2

**leave** [1] - 91:11

**Lee** [18] - 38:5, 39:5, 39:9, 39:12, 39:13, 39:17, 39:19, 40:1, 40:2, 40:12, 40:20, 42:4, 42:5, 42:6, 42:18, 42:19, 42:20

**Lee's** [1] - 39:21

**left** [3] - 13:9, 39:15, 115:21

**legal** [1] - 87:20

**legs** [1] - 121:24

**Lennon** [1] - 12:21

**less** [2] - 45:16, 73:10

**letters** [2] - 23:17,

88:12
**letting** [1] - 104:14
**level** [1] - 106:4
**levels** [4] - 42:6, 42:15, 42:21, 103:23
**liability** [1] - 3:4
**licensed** [1] - 107:19
**Licensing** [1] - 85:11
**life** [6] - 32:11, 71:15, 115:6, 115:13
**light** [2] - 104:19
**likelihood** [30] - 6:9, 6:23, 7:22, 9:20, 11:2, 11:12, 17:7, 21:9, 42:5, 42:22, 43:7, 43:11, 43:18, 44:6, 44:25, 66:25, 70:12, 70:16, 73:1, 75:18, 76:2, 83:8, 85:3, 87:19, 88:13, 88:20, 91:1, 91:9, 95:21, 96:5
**likely** [23] - 8:15, 8:17, 17:10, 17:16, 18:7, 20:15, 21:5, 21:6, 21:12, 21:15, 21:20, 21:24, 35:25, 39:5, 45:12, 48:21, 50:20, 57:14, 64:13, 78:6, 78:19, 82:5, 82:7
**likeness** [33] - 8:10, 8:19, 9:1, 9:15, 10:7, 10:15, 10:16, 10:17, 11:23, 11:25, 13:4, 13:6, 14:2, 14:7, 14:22, 15:6, 15:9, 15:16, 15:25, 16:11, 16:15, 17:5, 17:9, 17:14, 17:23, 18:6, 58:15, 66:23, 73:2, 79:8, 83:8
**limit** [1] - 36:1
**limitation** [2] - 121:10, 121:11
**limited** [7] - 3:4, 34:6, 34:9, 35:14, 71:22, 72:21, 82:3
**line** [13] - 14:12, 49:25, 51:4, 67:8, 88:25, 92:21, 98:20, 113:17, 114:12, 114:14, 114:15, 117:12, 120:5
**lines** [7] - 53:3, 100:5, 100:12, 102:25, 107:21, 108:25, 114:11
**link** [1] - 69:10
**lip** [6] - 77:4, 77:9, 78:5, 78:6, 78:18,

78:19
**list** [2] - 16:13, 126:16
**listed** [2] - 126:11, 126:12
**litigation** [10] - 27:19, 28:4, 28:7, 28:14, 75:19, 93:15, 93:17, 93:21, 99:16, 99:19
**live** [4] - 20:2, 89:24, 90:16, 91:8
**lived** [1] - 115:10
**LLC** [7] - 1:9, 1:10, 3:3, 3:4, 3:5
**LLP** [6] - 2:4, 2:8, 2:12, 3:6, 3:10, 3:15
**located** [7] - 11:4, 19:20, 19:21, 103:14, 103:15, 107:11, 121:14
**locations** [1] - 82:3
**logged** [3] - 19:5, 19:8, 20:8
**logging** [2] - 21:10, 21:19
**LOH** [1] - 2:5
**LOL** [1] - 4:18
**look** [40] - 5:16, 8:17, 8:20, 9:4, 9:7, 9:9, 10:17, 10:20, 11:15, 12:1, 12:5, 12:7, 12:9, 13:12, 13:16, 29:17, 35:18, 39:18, 47:9, 47:16, 47:22, 52:5, 53:12, 57:6, 60:5, 60:15, 61:22, 63:13, 65:19, 66:7, 66:9, 70:19, 72:2, 75:12, 75:25, 76:2, 77:13, 88:11, 118:9, 121:15
**looked** [12] - 27:1, 27:6, 27:9, 50:1, 50:10, 53:21, 53:23, 54:11, 66:8, 70:3, 83:2, 125:17
**looking** [3] - 11:12, 35:8, 65:25
**looks** [10] - 13:8, 13:13, 13:18, 39:19, 61:17, 61:20, 66:2, 76:5, 122:24
**Lora** [2] - 101:20, 102:4
**LORA** [2] - 4:5, 102:1
**LOS** [1] - 128:3
**Los** [4] - 2:6, 2:14, 83:12, 103:16
**lost** [1] - 117:9
**Louisiana** [3] - 3:7, 3:12, 3:16

**love** [2] - 106:23, 114:23
**loved** [1] - 114:15
**low** [2] - 42:15, 44:25
**lunch** [2] - 6:5, 91:17

**M**

**Maggie** [2] - 5:9, 124:16
**Main** [1] - 2:9
**major** [4] - 85:7, 103:8, 111:4, 121:7
**maker** [2] - 6:15, 6:18
**makers** [1] - 45:4
**male** [2] - 11:17, 57:10
**Malibu** [2] - 107:11, 115:10
**mall** [1] - 96:10
**malls** [4] - 34:19, 34:22, 35:11, 96:14
**man** [1] - 57:4
**manage** [1] - 58:22
**managed** [1] - 58:20
**management** [2] - 63:21, 63:25
**manner** [1] - 24:22
**manufacture** [2] - 30:11, 109:23
**manufactured** [2] - 30:13, 114:7
**manufactures** [2] - 29:24, 52:21
**manufacturing** [1] - 114:3
**March** [1] - 119:5
**mark** [8] - 44:19, 44:24, 46:7, 46:15, 84:10, 84:20, 85:1, 85:2
**MARK** [1] - 2:9
**market** [25] - 46:20, 46:21, 46:24, 47:6, 47:8, 47:10, 54:1, 54:18, 54:19, 55:3, 55:6, 55:9, 55:15, 55:18, 55:20, 56:13, 66:5, 70:3, 70:4, 75:21, 82:19, 82:22, 100:24, 109:20, 110:6
**marketing** [18] - 49:24, 50:2, 50:4, 50:10, 50:22, 50:23, 51:3, 51:12, 51:21, 51:23, 53:23, 54:5, 54:16, 56:6, 56:10, 56:11, 57:6, 71:11
**marketplace** [1] - 48:4
**markets** [3] - 52:9,

52:15, 83:23
**match** [3] - 11:3, 85:22, 109:6
**matched** [1] - 114:3
**material** [5] - 51:4, 51:20, 51:21, 51:24, 89:10
**materials** [12] - 49:24, 50:2, 50:4, 50:10, 50:22, 50:23, 50:25, 51:12, 51:13, 51:17, 52:8, 100:19
**math** [1] - 73:4
**Mattel** [8] - 108:1, 108:2, 108:3, 108:19, 111:21, 111:24, 112:6, 112:14
**matter** [49] - 9:8, 27:17, 27:20, 28:5, 28:8, 28:15, 28:16, 32:1, 33:1, 37:12, 37:21, 38:7, 38:14, 40:9, 41:7, 42:2, 47:19, 47:20, 47:21, 47:23, 47:25, 49:17, 51:13, 51:19, 67:6, 67:10, 75:19, 77:7, 77:12, 79:22, 82:25, 84:6, 85:10, 85:14, 85:23, 87:23, 88:23, 89:2, 91:12, 92:8, 93:24, 94:1, 94:2, 94:3, 124:12, 128:11
**matters** [6] - 86:15, 86:20, 93:19, 93:20, 93:22, 124:9
**MaxDiff** [1] - 75:15
**McCarthy** [2] - 88:2, 88:11
**McCartney** [1] - 12:21
**McDonald** [3] - 91:17, 91:18, 91:23
**mean** [6] - 7:14, 19:4, 19:5, 19:7, 76:17, 99:11
**meaning** [4] - 6:11, 6:14, 6:18, 10:10
**means** [6] - 12:16, 69:1, 69:14, 99:11, 100:24, 108:11
**meant** [2] - 50:19, 115:22
**measure** [5] - 11:25, 29:2, 43:18, 44:6, 95:21
**measured** [15] - 6:11, 6:14, 6:18, 7:1, 7:2, 7:3, 7:4, 8:14, 10:7, 10:8, 10:14, 10:15,

10:16, 23:8, 25:16
**measurement** [1] - 29:10
**measures** [4] - 6:9, 6:13, 8:16, 29:5
**media** [3] - 90:5, 90:10, 90:15
**Mediterranean** [4] - 82:6, 82:7, 83:1, 83:4
**Meg** [1] - 16:2
**Melrose** [1] - 121:1
**member** [2] - 16:16, 17:24
**members** [1] - 12:14
**memory** [4] - 39:16, 50:4, 50:9, 50:21
**men** [16] - 56:21, 56:23, 57:1, 57:3, 57:8, 73:3, 73:5, 73:7, 73:8, 76:9, 76:10, 76:12, 81:4, 90:18, 90:23, 91:2
**mention** [4] - 17:22, 24:7, 99:5
**mentioned** [18] - 7:1, 12:6, 15:17, 16:1, 16:12, 16:13, 17:6, 17:14, 17:24, 83:7, 100:18, 103:13, 103:18, 104:1, 104:8, 105:19, 106:16, 117:11
**merchandise** [3] - 30:5, 67:18
**merits** [2] - 36:25, 37:20
**mermaid** [1] - 121:24
**Mermaids** [4] - 120:4, 121:23, 123:13
**Metal** [3] - 14:21, 14:24, 24:25
**method** [2] - 93:6, 93:8
**methodological** [2] - 85:8, 85:25
**methodology** [2] - 75:13, 96:11
mfinkelstein@ umbergzipser.com [1] - 2:11
**MGA** [79] - 1:4, 1:12, 2:3, 14:12, 18:19, 26:18, 26:23, 31:15, 32:18, 33:10, 33:19, 34:2, 36:4, 36:5, 36:12, 36:15, 37:8, 37:23, 52:8, 54:5, 54:16, 55:3, 55:20, 56:5, 58:9, 59:3,

59:18, 60:6, 60:17, 60:24, 61:24, 62:6, 62:11, 66:17, 68:17, 68:23, 69:1, 69:14, 75:4, 75:11, 75:12, 75:21, 76:9, 80:11, 80:16, 81:3, 87:5, 87:12, 94:18, 101:20, 102:9, 102:12, 102:19, 102:20, 107:8, 113:13, 113:14, 113:15, 113:17, 114:8, 114:9, 115:15, 115:17, 115:20, 116:5, 116:6, 116:9, 116:11, 116:13, 116:15, 116:18, 116:25, 117:2, 117:7, 119:5, 122:3, 124:25, 125:6

**MGA's** [18] - 49:13, 49:21, 49:25, 51:4, 52:1, 54:2, 55:8, 55:15, 57:6, 57:7, 57:10, 57:12, 66:4, 89:24, 107:23, 113:9, 115:22, 125:1
**mic** [1] - 112:21
**Microsoft** [1] - 85:11
**midafternoon** [1] - 72:9
**middle** [2] - 103:10, 120:9
**might** [7] - 9:6, 22:9, 35:7, 38:15, 62:14, 69:23, 69:25
**milkshakes** [1] - 122:21
**millennial** [3] - 54:23, 54:25, 55:19
**Millennial** [6] - 24:1, 24:2, 24:4, 56:13, 119:23, 120:22
**million** [1] - 61:17
**Minaj** [1] - 16:2
**mind** [4] - 45:20, 46:2, 110:16, 110:20
**minorities** [1] - 58:19
**minute** [5] - 31:13, 60:15, 66:22, 80:21, 124:7
**minutes** [3] - 17:7, 53:25, 72:10
**misidentify** [3] - 17:10, 17:16, 18:7
**mislead** [1] - 74:12
**misleading** [1] - 24:22
**mismatch** [1] - 76:19

**mismatches** [1] - 76:16
**misrepresentation** [1] - 127:1
**Miss** [3] - 25:18, 28:25, 120:25
**mistaken** [1] - 126:6
**modern** [1] - 114:20
**moment** [3] - 18:11, 93:1, 101:9
**Mommy** [2] - 108:8, 108:25
**moms** [15] - 54:23, 54:25, 55:19, 56:13, 56:16, 59:4, 60:12, 61:14, 61:16, 62:2, 75:25, 76:1, 76:5, 76:7, 80:24
**Moms'** [1] - 76:2
**money** [1] - 73:15
**Monica** [1] - 115:8
**Monster** [5] - 45:5, 45:8, 47:20, 47:21, 47:23
**Montgomery** [1] - 102:4
**month** [9] - 45:12, 78:6, 78:18, 82:4, 82:6, 82:8, 83:4
**months** [10] - 20:13, 34:11, 34:25, 57:15, 57:20, 66:11, 66:15, 78:7, 78:20, 79:6
**mood** [15] - 110:10, 110:11, 110:14, 110:15, 110:18, 110:21, 110:23, 111:5, 111:8, 111:10, 111:12, 111:21, 111:24, 112:2, 118:3
**morning** [2] - 123:24, 127:4
**most** [5] - 27:15, 44:4, 45:21, 48:14, 83:11
**mothers** [6] - 75:23, 80:12, 80:13, 80:17, 82:23, 81:4
**motivate** [1] - 94:21
**move** [12] - 6:21, 8:6, 8:11, 8:21, 9:11, 9:18, 10:2, 11:6, 17:19, 43:15, 59:24, 101:8
**moved** [2] - 96:13, 96:15
**moving** [1] - 123:16
**MR** [174] - 5:6, 5:8, 5:13, 5:17, 5:18, 6:3, 8:6, 8:8, 8:21, 8:24,

9:11, 9:14, 10:2, 10:5, 10:21, 10:23, 11:6, 11:9, 11:19, 11:21, 12:25, 13:2, 14:16, 14:18, 14:25, 15:2, 15:10, 15:12, 15:18, 15:21, 16:5, 16:7, 16:18, 16:21, 17:1, 17:3, 18:10, 18:14, 18:16, 18:18, 23:4, 23:7, 25:12, 25:15, 27:22, 27:24, 27:25, 31:11, 31:12, 31:18, 31:19, 31:23, 32:3, 32:6, 33:6, 33:9, 33:13, 33:14, 33:15, 33:16, 33:18, 34:15, 34:17, 36:18, 36:21, 38:18, 38:21, 39:23, 39:25, 40:15, 40:17, 41:18, 41:21, 42:10, 42:12, 43:21, 43:24, 50:11, 50:14, 53:2, 53:5, 54:7, 54:12, 54:15, 59:16, 59:24, 60:1, 60:4, 62:25, 63:20, 63:23, 64:22, 65:1, 67:19, 67:22, 68:5, 68:8, 68:11, 69:4, 69:12, 70:19, 70:22, 72:5, 72:8, 72:15, 72:16, 74:2, 74:6, 75:6, 75:8, 75:10, 77:17, 77:18, 78:13, 78:15, 80:18, 81:1, 81:16, 81:19, 87:1, 87:20, 88:1, 90:20, 90:24, 91:13, 91:15, 91:25, 92:3, 92:19, 92:22, 95:24, 96:2, 96:8, 96:23, 97:1, 97:8, 97:11, 97:15, 97:21, 98:25, 100:4, 100:7, 100:11, 100:16, 100:17, 101:5, 101:8, 101:13, 101:15, 101:20, 102:7, 120:12, 120:16, 120:19, 123:19, 124:11, 124:12, 124:14, 124:17, 124:22, 124:23, 125:3, 125:4, 125:18, 125:22, 125:23, 125:25, 126:7, 126:9, 126:13, 126:20, 127:5, 127:7, 127:8
**MS** [2] - 20:23, 59:12

**MULLIN** [3] - 3:6, 3:10, 3:15
**music** [4] - 67:11, 68:21, 69:22, 83:11
**musical** [4] - 29:23, 65:12, 67:8, 67:17
**must** [4] - 51:21, 74:8, 78:22, 86:3

## N

**Nail** [1] - 123:9
**nail** [2] - 106:13, 122:22
**Nails** [4] - 122:4, 122:6, 122:7, 122:9
**nails** [7] - 122:19, 122:20, 122:23, 123:2, 123:4
**name** [26] - 16:14, 19:18, 23:12, 23:20, 23:21, 24:25, 25:9, 30:6, 39:21, 42:5, 42:19, 61:1, 65:7, 70:23, 71:3, 71:7, 71:8, 71:17, 71:18, 102:3, 102:4, 107:21, 112:24, 116:22, 122:3
**names** [3] - 19:22, 19:24, 20:1
**narrow** [1] - 82:18
**national** [2] - 64:7, 92:4
**nationalities** [1] - 115:13
**nationally** [1] - 64:2
**nationwide** [3] - 92:7, 92:10, 96:17
**natural** [1] - 113:1
**natural-colored** [1] - 113:1
**near** [2] - 82:2, 103:16
**nearly** [2] - 50:25, 95:12
**necessarily** [6] - 58:20, 74:22, 88:22, 94:3, 99:10, 110:18
**need** [2] - 43:1, 89:16
**needed** [1] - 46:25
**negative** [1] - 104:20
**negligible** [1] - 45:17
**neighborhoods** [2] - 82:2, 84:3
**Nemo** [1] - 107:20
**Neonlicious** [1] - 121:3
**Networks** [1] - 85:11
**neutral** [2] - 126:3, 127:3

**never** [11] - 19:10, 31:4, 31:6, 43:5, 43:10, 57:7, 61:24, 62:12, 89:13, 99:18, 99:19
**New** [1] - 83:12
**new** [3] - 113:7, 122:16, 123:18
**next** [35] - 6:21, 7:5, 8:11, 8:21, 9:11, 10:2, 10:21, 11:6, 11:19, 12:25, 14:3, 14:16, 14:25, 15:10, 15:18, 16:5, 16:18, 20:13, 25:12, 45:12, 57:15, 57:20, 61:20, 66:15, 68:20, 79:6, 82:6, 82:7, 98:11, 98:14, 98:22, 100:15, 101:19, 101:21, 116:15
**Nicki** [1] - 16:2
**NICOLE** [1] - 2:13
**nine** [2] - 34:22, 95:3
**nobody** [2] - 14:1, 16:15
**nonbattery** [1] - 35:15
**nonbattery-operated** [1] - 35:15
**none** [3] - 17:23, 26:9, 84:15
**nonrepresentative** [1] - 94:24
**nonurban** [1] - 83:13
**noon** [1] - 125:16
**noted** [7] - 40:10, 46:6, 59:3, 80:11, 80:16, 85:16, 85:24
**nothing** [5] - 28:18, 29:8, 37:19, 86:7, 113:7
**notice** [1] - 12:10
**noticed** [1] - 105:21
**nub** [1] - 109:5
**Number** [2] - 60:3, 68:10
**number** [17] - 14:20, 31:25, 33:25, 35:17, 36:10, 67:25, 69:19, 76:3, 76:4, 79:25, 90:10, 93:19, 95:10, 95:11, 97:9, 118:16

## O

**O.M.G** [66] - 17:11, 18:3, 23:25, 24:3, 24:13, 24:14, 27:1, 27:6, 49:25, 51:4, 52:2, 52:6, 52:17,

53:13, 53:22, 54:2, 54:24, 68:16, 68:23, 69:8, 69:19, 69:23, 70:5, 70:16, 70:24, 71:3, 71:7, 71:8, 71:17, 71:18, 73:12, 75:5, 75:11, 75:14, 75:21, 82:19, 83:6, 86:8, 88:24, 89:4, 89:19, 89:24, 98:3, 98:10, 99:2, 99:3, 99:7, 99:8, 102:14, 102:17, 105:22, 106:6, 118:14, 120:10, 120:21, 120:25, 121:1, 121:2, 121:3, 121:4, 121:8, 122:13, 122:15
**O.M.G.s** [1] - 120:3
**oath** [4] - 20:6, 30:2, 50:6, 52:23
**object** [3] - 91:25, 95:24, 100:11
**objection** [17] - 27:22, 31:18, 33:16, 36:18, 54:7, 54:8, 60:1, 68:7, 68:8, 69:4, 75:9, 80:18, 87:20, 90:20, 96:7, 97:8, 101:5
**objects** [1] - 111:8
**obligation** [1] - 46:6
**obtained** [1] - 106:16
**obvious** [1] - 30:4
**occur** [1] - 48:4
**occurred** [1] - 50:25
**OF** [7] - 1:2, 1:18, 2:1, 3:1, 128:1, 128:3, 128:4
**offer** [4] - 67:16, 67:18, 68:5, 115:1
**offered** [1] - 61:1
**Official** [1] - 128:20
**OFFICIAL** [3] - 1:23, 128:1, 128:5
**often** [1] - 73:25
**old** [4] - 11:2, 34:12, 34:25, 103:10
**older** [4] - 34:10, 34:23, 71:23, 72:22
**Olori** [2] - 14:10, 14:13
**OMG** [94] - 1:10, 3:3, 3:4, 4:19, 7:10, 7:13, 7:14, 7:15, 8:16, 8:20, 9:9, 10:12, 10:18, 12:13, 12:16, 14:2, 16:16, 16:17, 17:11, 17:12, 17:16, 17:24, 17:25, 18:4,

18:8, 22:25, 23:12, 23:14, 23:16, 23:17, 23:18, 23:20, 23:21, 23:23, 23:24, 24:7, 24:20, 24:25, 25:4, 25:9, 27:1, 27:7, 27:9, 29:15, 44:18, 46:13, 47:10, 47:17, 47:18, 48:1, 60:8, 64:17, 65:2, 65:7, 65:20, 66:5, 66:16, 67:12, 67:16, 68:13, 68:20, 69:9, 69:11, 69:18, 69:22, 70:4, 70:15, 80:3, 80:5, 80:8, 82:19, 83:11, 83:23, 83:25, 84:16, 86:8, 87:5, 87:12, 88:25, 89:5, 89:20, 89:25, 91:21, 91:24, 92:9, 92:11, 92:12, 93:11, 95:18, 98:2, 98:15
**once** [5] - 9:25, 11:2, 13:21, 86:19, 113:2
**one** [60] - 7:8, 7:20, 10:11, 12:4, 14:9, 14:10, 14:11, 17:10, 17:18, 18:2, 19:12, 19:24, 22:17, 25:13, 27:15, 36:4, 37:15, 40:8, 41:5, 44:16, 44:20, 45:21, 48:3, 48:14, 48:24, 52:22, 61:17, 61:18, 67:7, 67:8, 81:8, 85:12, 86:16, 87:7, 88:23, 89:24, 90:14, 90:17, 90:18, 91:6, 91:10, 94:2, 96:16, 97:9, 98:1, 98:5, 105:16, 107:23, 115:12, 115:18, 115:21, 117:18, 117:23, 118:15, 120:5, 121:7, 122:1, 124:21, 125:7
**one's** [1] - 26:23
**ones** [1] - 112:16
**online** [22] - 35:12, 36:13, 37:9, 37:23, 58:17, 59:4, 60:12, 60:23, 61:14, 61:16, 62:2, 68:1, 68:6, 70:3, 70:4, 70:15, 71:6, 71:11, 75:13, 79:18, 96:13, 110:19
**oOo** [1] - 127:12
**open** [2] - 94:11, 122:22
**operated** [1] - 35:15

**opinion** [15] - 22:15, 26:25, 27:2, 27:6, 27:7, 27:8, 86:13, 86:16, 89:8, 89:12, 89:15, 96:1, 96:2, 97:10, 97:13
**opinions** [8] - 34:4, 54:1, 67:15, 90:6, 90:11, 94:12, 95:25, 123:22
**opportunity** [4] - 92:16, 92:23, 95:22, 97:18
**opposed** [2] - 12:22, 96:10
**opposite** [1] - 37:16
**Option** [1] - 20:16
**options** [1] - 20:15
**OR** [1] - 4:16
**OraLabs** [1] - 76:21
**order** [5] - 42:25, 46:1, 86:1, 108:16, 109:22
**organized** [1] - 56:15
**original** [2] - 122:14, 124:18
**originally** [3] - 106:22, 108:3, 114:6
**Otis** [10] - 103:7, 103:13, 104:1, 105:2, 106:17, 106:20, 106:24, 107:3, 107:6, 114:17
**Otis's** [1] - 107:3
**ought** [1] - 124:9
**outfit** [2] - 71:17, 122:15
**Outfitters** [2] - 38:11, 38:25
**Outrageous** [5] - 24:1, 24:4, 119:23, 120:22
**outside** [2] - 91:25, 121:12
**overindex** [1] - 60:21
**overruled** [9] - 27:23, 31:22, 33:17, 36:19, 54:9, 69:6, 80:22, 87:22, 90:21
**oversimplification** [1] - 57:16
**own** [10] - 13:22, 13:23, 29:24, 30:11, 45:25, 47:1, 73:15, 84:19, 91:11, 106:3
**owned** [1] - 36:8
**owner** [1] - 85:1
**owns** [2] - 77:14, 77:20

**P**

**p.m** [3] - 72:13, 127:11
**P.M** [2] - 1:19, 5:2
**Pacific** [3] - 107:10, 107:15, 107:22
**package** [6] - 23:24, 24:3, 58:10, 71:4, 95:6
**packages** [4] - 10:15, 23:23, 23:25, 25:16
**packaging** [2] - 77:4, 77:9
**PAGE** [1] - 4:2
**page** [22] - 13:4, 13:5, 33:15, 38:19, 40:15, 41:19, 43:22, 54:13, 60:5, 63:14, 64:23, 74:4, 75:12, 76:2, 92:21, 99:3, 100:5, 118:16, 118:19, 128:11
**Page** [1] - 81:17
**pages** [2] - 79:16, 118:18
**paid** [1] - 18:19
**paint** [3] - 122:23, 123:1, 123:5
**pajama** [1] - 109:25
**pajamas** [1] - 109:3
**pallet** [1] - 121:12
**panel** [9] - 59:1, 59:22, 63:11, 63:12, 63:19, 86:11, 92:4, 101:2, 101:6
**panels** [7] - 59:4, 60:13, 60:21, 61:14, 61:16, 62:2, 62:3
**paragraph** [2] - 33:14, 64:23
**paragraphs** [2] - 126:12, 126:17
**paralegal** [1] - 101:22
**Parallel** [1] - 85:11
**parameters** [1] - 63:7
**pare** [2] - 109:21, 110:5
**parents** [2] - 74:17, 75:2
**parents'** [1] - 74:11
**part** [14] - 21:21, 22:7, 22:14, 23:14, 24:20, 33:25, 34:5, 37:12, 40:5, 46:9, 49:16, 104:7, 105:25
**participant** [3] - 19:18, 20:2, 20:5
**participants** [7] - 19:25, 38:9, 38:19, 38:23, 41:1, 41:13,

41:22
**participate** [4] - 20:9, 21:13, 21:16, 22:13
**participated** [1] - 10:10
**participating** [1] - 22:16
**participation** [2] - 22:9, 94:21
**particular** [34] - 8:18, 9:4, 11:16, 12:1, 13:8, 13:12, 13:13, 13:18, 31:8, 40:7, 46:21, 61:8, 63:8, 67:9, 69:10, 70:6, 71:8, 75:17, 77:6, 78:3, 78:9, 79:13, 79:19, 81:5, 82:12, 85:5, 98:4, 102:25, 104:23, 112:13, 113:17, 114:11, 115:12, 126:8
**particularly** [5] - 31:8, 35:3, 59:3, 96:16, 97:25
**parties** [3] - 11:15, 67:7, 124:15
**parts** [1] - 24:19
**Party** [2] - 112:20, 112:25
**party** [6] - 11:13, 39:7, 66:18, 81:13, 81:14, 92:8
**pass** [3] - 18:14, 91:13, 101:14
**passages** [1] - 125:11
**passion** [1] - 106:22
**past** [13] - 58:13, 58:15, 67:3, 67:4, 79:2, 82:4, 82:6, 83:3, 83:4, 83:6, 83:8, 84:4, 106:25
**patent** [3] - 85:13, 85:14, 85:23
**Patterson** [1] - 102:5
**PAUL** [1] - 2:5
**paying** [3] - 69:1, 69:14, 69:16
**PDF** [1] - 32:4
**people** [79] - 8:18, 9:5, 9:6, 10:9, 10:10, 10:19, 11:3, 11:12, 11:14, 12:2, 12:5, 12:6, 12:7, 12:8, 12:11, 12:13, 12:14, 12:15, 12:22, 13:8, 13:12, 13:14, 13:17, 13:18, 13:20, 13:21, 14:2, 14:7, 14:8, 14:21, 14:22, 15:5,

15:9, 15:15, 15:24,
16:10, 16:11, 16:12,
16:23, 19:5, 19:10,
19:12, 19:20, 20:8,
21:8, 22:7, 22:9,
22:11, 22:14, 25:8,
31:1, 32:15, 44:23,
49:3, 49:4, 56:17,
56:18, 57:13, 57:17,
60:6, 67:10, 67:11,
71:22, 72:21, 79:1,
79:2, 79:5, 79:10,
80:1, 82:23, 83:1,
83:2, 84:3, 90:15,
94:22, 94:24,
115:12, 126:14
**percent** [35] - 6:11,
6:14, 6:17, 6:20,
7:11, 7:25, 8:3,
11:18, 13:10, 13:13,
13:17, 13:24, 14:1,
45:16, 56:21, 56:23,
57:8, 60:10, 65:21,
66:1, 66:3, 71:25,
72:24, 73:3, 73:7,
73:8, 73:10, 79:11,
79:15, 80:4, 80:8,
90:18, 90:23, 91:2,
91:4
**percentage** [6] - 7:22,
13:11, 57:9, 72:2,
73:2, 106:10
**performance** [1] -
65:13
**perhaps** [1] - 44:4
**period** [2] - 45:14,
50:24
**permission** [5] - 6:17,
6:19, 7:3, 30:15,
30:18
**Perry** [1] - 15:17
**person** [22] - 8:18, 9:5,
10:20, 12:2, 12:4,
12:6, 12:7, 12:8,
12:11, 12:19, 12:23,
13:8, 13:12, 13:14,
13:18, 21:10, 31:19,
32:15, 34:19, 35:11,
54:5, 54:16
**personal** [5] - 26:25,
27:2, 27:6, 27:7,
27:8
**personalities** [2] -
15:16, 16:1
**personality** [1] - 13:25
**personally** [2] - 19:7,
20:1
**persons** [1] - 48:21
**persuasive** [1] - 48:9
**Pets** [1] - 119:22

**Pharm** [1] - 47:13
**Pharmaceuticals** [1] -
45:4
**phrasing** [3] - 12:11,
20:18, 47:3
**pick** [2] - 26:5, 109:24
**picking** [1] - 114:22
**pictorial** [1] - 110:15
**picture** [9] - 14:10,
39:11, 39:12, 39:14,
96:24, 97:2, 97:6,
111:10, 111:12
**pictures** [5] - 14:9,
14:11, 16:23, 39:9,
96:21
**piece** [2] - 80:16,
114:5
**pieces** [2] - 80:14,
105:17
**pink** [4] - 104:21,
104:25, 113:3,
122:20
**place** [7] - 22:7, 83:18,
96:15, 107:1,
107:10, 111:10,
122:17
**places** [2] - 24:6,
115:12
**PLAINTIFF** [1] - 2:3
**Plaintiff** [1] - 1:5
**plaintiff's** [1] - 67:3
**plaintiffs'** [2] - 3:21,
3:22
**planned** [1] - 27:14
**planning** [7] - 34:10,
34:23, 38:9, 38:23,
61:19, 75:4, 75:11
**play** [12] - 50:11, 53:2,
102:23, 103:3,
104:4, 104:9,
104:10, 104:13,
105:25, 106:12,
107:2, 123:4
**played** [3] - 50:13,
51:8, 53:4
**playing** [1] - 105:25
**plays** [1] - 104:6
**ploh@willenken.**
**com** [1] - 2:7
**plus** [2] - 56:13, 56:14
**plush** [1] - 103:24
**Pocket** [3] - 108:8,
112:19, 112:25
**Pockets** [1] - 113:5
**podium** [1] - 124:13
**point** [8] - 23:22,
30:18, 39:2, 50:21,
96:9, 109:20,
109:22, 121:8
**polishes** [1] - 122:22

**poll** [8] - 19:6, 20:8,
21:19, 21:21, 22:11,
22:13, 101:2, 101:4
**polling** [1] - 21:10
**polls** [1] - 21:11
**Polly** [4] - 108:8,
112:19, 112:25,
113:5
**ponytail** [1] - 105:16
**ponytails** [1] - 105:16
**Pool** [2] - 112:19,
112:25
**pool** [1] - 113:2
**pop** [3] - 109:5,
111:24, 112:3
**popular** [3] - 80:11,
80:16, 83:11
**population** [34] - 38:8,
49:1, 55:24, 55:25,
56:2, 56:9, 56:20,
56:23, 58:19, 58:24,
59:2, 61:6, 63:5,
66:10, 66:13, 67:2,
71:22, 72:18, 72:21,
74:13, 74:15, 74:16,
76:17, 82:1, 82:13,
82:18, 82:21, 82:23,
83:19, 86:4, 86:8,
87:4, 87:11, 91:7
**portion** [4] - 96:24,
97:22, 99:24, 100:2
**pose** [1] - 97:3
**position** [4] - 113:15,
116:9, 116:11,
116:15
**positions** [1] - 31:20
**positive** [4] - 65:3,
65:8, 65:12, 88:19
**possibility** [2] - 7:17,
47:25
**possible** [12] - 7:7,
12:12, 17:8, 17:12,
17:15, 33:4, 50:23,
57:4, 64:9, 70:9,
70:10
**post** [8] - 5:8, 22:3,
22:7, 22:17, 22:20,
22:22, 22:23, 23:2
**post-curative** [1] - 5:8
**posted** [2] - 22:7, 90:8
**posting** [1] - 22:10
**posts** [3] - 90:4,
90:10, 90:15
**potential** [2] - 22:2,
70:7
**potentially** [3] - 32:10,
32:21, 69:25
**Potter** [1] - 107:20
**powerful** [1] - 104:20
**Powerpuff** [1] -

114:19
**PPG** [1] - 114:18
**practice** [1] - 96:13
**preceding** [2] - 78:6,
78:18
**prefer** [1] - 126:2
**prejudicial** [1] - 85:19
**premise** [1] - 126:5
**prepare** [1] - 125:15
**prepared** [1] - 125:1
**preparing** [1] - 88:8
**preschool** [1] - 103:24
**presence** [3] - 5:5,
5:20, 124:2
**PRESENT** [1] - 3:20
**present** [2] - 92:13,
96:20
**presenting** [1] - 24:21
**pretty** [2] - 21:16,
109:19
**PRETTY** [2] - 1:9, 3:4
**PREVIOUSLY** [1] - 6:1
**previously** [4] - 16:24,
30:4, 44:16, 101:6
**price** [2] - 109:20,
109:21
**primarily** [2] - 79:17,
84:25
**primary** [3] - 40:12,
40:20, 54:19
**princess** [2] - 107:20,
108:9
**Princess** [3] - 32:21,
33:11, 33:20
**principle** [3] - 55:16,
55:17, 94:9
**Prism** [1] - 29:1
**Pro** [3] - 3:7, 3:11,
3:16
**problem** [7] - 61:23,
61:24, 61:25, 62:15,
62:17, 120:17
**problems** [1] - 87:4
**PROCEEDINGS** [1] -
1:18
**proceedings** [1] -
128:10
**Proceedings** [1] -
127:11
**process** [5] - 22:12,
57:17, 74:23, 94:10,
111:5
**Prodege** [10] - 59:17,
59:21, 60:6, 60:25,
61:18, 61:21, 62:14,
63:12, 63:14, 63:16
**produce** [2] - 30:5,
44:25
**product** [19] - 46:10,
46:21, 46:22, 78:10,

79:20, 94:4, 111:19,
113:17, 114:6,
116:16, 116:17,
116:19, 116:20,
116:21, 116:25,
117:3, 117:6,
117:12, 120:5
**products** [4] - 7:2,
29:24, 67:23, 79:19
**profits** [2] - 33:10,
33:20
**program** [3] - 19:8,
106:24, 107:6
**project** [2] - 63:21,
63:25
**promoted** [1] - 108:6
**proof** [2] - 88:20
**proper** [3] - 48:17,
48:20, 66:24
**proportions** [1] -
30:24
**proposed** [2] - 124:24,
125:2
**prospective** [3] - 67:3,
67:4, 74:14
**protecting** [2] - 78:1,
78:2
**prototype** [1] - 108:17
**provide** [7] - 27:20,
28:5, 28:16, 28:24,
29:7, 34:4, 94:11
**provided** [11] - 30:17,
34:6, 49:11, 91:12,
93:20, 95:24, 96:1,
96:2, 97:9, 97:13,
101:5
**provides** [2] - 29:13,
48:25
**providing** [2] - 22:15,
94:13
**psychology** [3] -
103:22, 104:1,
104:15
**Public** [1] - 32:11
**publish** [1] - 118:16
**pull** [5] - 92:19, 96:23,
97:19, 112:21, 119:4
**pulling** [1] - 110:19
**Pullins** [2] - 92:13,
93:4
**Pullins'** [4] - 22:20,
92:17, 92:19, 92:23
**purchase** [26] - 20:12,
20:16, 21:6, 21:12,
21:15, 34:10, 34:23,
38:10, 38:24, 40:13,
40:21, 45:12, 57:14,
58:16, 64:13, 66:11,
66:15, 76:2, 78:6,
78:19, 79:2, 79:5,

*82:5, 82:7, 83:8*
**purchased** [9] - 58:12, 79:2, 82:4, 82:6, 83:2, 83:3, 83:4, 83:5, 114:19
**purchasers** [9] - 9:25, 21:8, 21:9, 57:11, 66:25, 67:3, 67:4, 73:15, 74:14
**purchases** [5] - 35:14, 36:1, 66:20, 67:13, 74:11
**purchasing** [11] - 11:3, 57:19, 64:15, 64:16, 67:11, 69:8, 74:24, 82:23, 83:1
**purple** [4] - 104:21, 104:25, 113:3, 122:20
**purpose** [1] - 8:12
**purposes** [2] - 47:12, 95:2
**pursuant** [1] - 128:8
**push** [1] - 109:4
**put** [29] - 20:5, 23:4, 24:25, 25:4, 31:11, 32:3, 33:6, 33:13, 36:12, 36:15, 36:17, 38:18, 39:23, 40:15, 41:18, 42:10, 43:21, 54:12, 58:10, 59:6, 64:22, 67:19, 71:3, 74:2, 75:6, 78:13, 81:16, 84:2, 123:7
**puts** [1] - 29:24
**putting** [1] - 106:1

## Q

**qualified** [2] - 34:22, 45:11
**qualifies** [1] - 22:2
**quarter** [1] - 73:4
**Queen** [1] - 121:1
**Queens** [13] - 25:24, 26:1, 26:11, 26:12, 26:15, 26:17, 26:19, 26:20, 27:1, 28:25, 95:20, 95:21, 95:23
**questioning** [4] - 97:12, 117:10, 125:13, 126:1
**questionnaire** [1] - 20:10
**questions** [24] - 11:23, 11:24, 11:25, 12:12, 13:23, 16:14, 21:5, 21:7, 24:16, 27:16, 27:17, 41:2, 41:14, 41:19, 41:22, 48:20,

*51:6, 60:16, 76:6, 76:7, 76:8, 86:21, 94:2, 101:15*
**quick** [1] - 110:19
**quickly** [1] - 9:18
**quote** [7] - 42:6, 48:9, 67:9, 84:8, 85:7, 85:16, 93:4

## R

**race** [6] - 11:16, 63:4, 63:8, 99:17, 99:18, 99:19
**races** [1] - 11:15
**Rachel** [3] - 54:5, 99:22, 99:25
**raised** [1] - 115:7
**random** [1] - 34:21
**range** [3] - 7:25, 44:15, 74:22
**reach** [8] - 59:4, 60:12, 60:21, 61:14, 61:16, 62:1, 62:3, 96:16
**reaching** [1] - 60:6
**read** [8] - 51:19, 52:14, 61:25, 65:6, 93:1, 100:9, 100:13
**Reading** [5] - 34:18, 40:18, 42:13, 63:24, 78:16
**reading** [3] - 52:19, 93:3, 100:24
**ready** [1] - 5:14
**real** [3] - 32:11, 71:15, 122:23
**really** [5] - 63:13, 96:12, 110:19, 114:21, 122:25
**REALTIME** [1] - 128:5
**reask** [1] - 28:2
**reason** [5] - 40:13, 40:21, 94:8, 96:11, 105:24
**reasonable** [1] - 34:3
**reasons** [2] - 44:21, 109:1
**rebuttal** [5] - 36:23, 37:4, 37:13, 37:15, 37:25
**rebutting** [1] - 37:10
**receive** [1] - 22:16
**received** [5] - 6:19, 60:2, 60:3, 68:9, 68:10
**recent** [2] - 44:14, 44:22
**recess** [1] - 72:10
**Recess** [1] - 72:13

**recited** [1] - 73:23
**recognize** [1] - 118:25
**recognized** [3] - 42:18, 73:20, 88:3
**recollection** [3] - 35:1, 51:8, 110:23
**recommending** [1] - 61:21
**record** [5] - 77:16, 100:14, 101:12, 102:3, 124:9
**recording** [1] - 65:12
**recruited** [1] - 86:11
**red** [3] - 104:20, 104:25, 113:1
**REDIRECT** [1] - 91:14
**Redirect** [1] - 4:4
**Reference** [2] - 73:20, 74:3
**reference** [1] - 125:17
**referring** [6] - 52:25, 55:17, 65:14, 65:15, 85:10, 99:1
**refers** [1] - 65:15
**reflect** [2] - 57:16, 86:3
**reflected** [1] - 111:24
**refresh** [3] - 35:1, 51:8, 122:16
**regard** [7] - 18:6, 30:18, 56:2, 71:20, 83:7, 94:12
**regarding** [5] - 28:25, 29:7, 44:4
**regardless** [1] - 93:8
**regards** [1] - 99:6
**region** [1] - 49:7
**registered** [1] - 77:11
**regulations** [1] - 128:12
**reinforce** [1] - 93:5
**REJECTED** [1] - 4:17
**related** [5] - 30:15, 37:1, 38:3, 49:25, 90:6
**relating** [1] - 86:1
**relatively** [1] - 13:10
**release** [1] - 75:22
**relevance** [1] - 31:18
**relevancy** [1] - 112:4
**relevant** [20] - 27:17, 27:21, 28:6, 28:16, 29:11, 29:13, 51:13, 51:20, 52:4, 61:12, 62:13, 67:2, 74:15, 76:17, 89:11, 89:14, 97:24, 97:25, 115:6, 126:23
**reliable** [1] - 86:2
**relied** [5] - 26:4,

*36:13, 45:25, 47:22, 84:25*
**rely** [2] - 46:8, 100:13
**relying** [3] - 37:8, 37:9, 37:23
**remember** [53] - 21:5, 28:1, 28:22, 32:23, 32:24, 32:25, 33:3, 33:25, 34:2, 35:17, 36:14, 36:15, 36:20, 36:24, 37:12, 37:22, 38:1, 38:2, 38:7, 39:8, 41:25, 42:1, 45:6, 46:9, 47:3, 50:5, 51:7, 52:14, 52:18, 53:18, 72:11, 77:6, 77:10, 77:11, 78:9, 78:12, 79:13, 80:20, 80:23, 80:24, 81:8, 81:10, 81:13, 81:14, 84:13, 85:9, 85:12, 100:23, 102:25, 113:4, 123:21
**remembered** [1] - 97:6
**remembering** [1] - 100:20
**remind** [3] - 7:21, 43:1, 81:17
**reminder** [1] - 12:3
**remove** [1] - 24:5
**rendered** [2] - 54:1, 85:8
**repeating** [1] - 118:19
**rephrase** [1] - 119:8
**replicate** [1] - 71:12
**replicated** [1] - 71:13
**reply** [1] - 61:21
**report** [29] - 18:22, 20:17, 20:19, 20:20, 21:3, 26:9, 26:12, 29:8, 34:6, 35:6, 35:18, 37:1, 37:6, 37:13, 37:14, 37:18, 37:19, 37:24, 52:1, 63:13, 63:15, 72:2, 72:3, 73:23, 74:1, 95:25, 97:10, 97:14
**reported** [3] - 50:13, 53:4, 128:10
**REPORTER** [3] - 1:23, 128:1, 128:6
**reporter** [1] - 77:15
**Reporter** [2] - 43:22, 128:20
**REPORTER'S** [1] - 1:18
**reporting** [1] - 10:1
**reports** [3] - 28:10, 73:25, 74:23

**representation** [1] - 33:21
**representations** [1] - 32:8
**representative** [14] - 55:25, 59:2, 61:6, 61:10, 64:2, 64:7, 66:13, 86:3, 92:7, 94:23, 95:14, 95:16, 96:3, 96:4
**represents** [1] - 16:22
**requests** [1] - 77:15
**requirements** [1] - 64:1
**research** [10] - 48:14, 52:5, 52:6, 53:11, 53:12, 53:21, 53:23, 58:17, 61:19
**Research** [2] - 73:21, 74:3
**resources** [1] - 108:16
**respect** [7] - 94:15, 95:23, 96:21, 104:15, 107:3, 120:20, 122:9
**respond** [1] - 22:4
**responded** [2] - 22:11, 22:17
**respondent** [1] - 34:20
**respondents** [18] - 13:10, 13:11, 34:9, 34:21, 34:22, 48:13, 59:23, 71:25, 72:24, 73:3, 73:4, 84:11, 84:15, 84:21, 85:2, 86:1, 86:2, 86:10
**response** [10] - 15:8, 16:3, 16:15, 22:10, 23:15, 30:17, 50:17, 69:10, 69:16, 70:2
**responses** [13] - 13:21, 13:23, 14:6, 14:12, 14:20, 14:21, 14:23, 15:5, 15:7, 15:15, 15:24, 29:18
**responsibilities** [4] - 102:11, 102:13, 102:16, 102:17
**responsive** [1] - 97:11
**restate** [2] - 62:23, 119:7
**restaurant** [3] - 82:4, 82:5, 83:3
**restricted** [1] - 115:18
**results** [20] - 6:10, 6:17, 6:25, 7:6, 7:8, 7:10, 7:16, 7:24, 10:1, 13:3, 13:4, 13:6, 17:8, 17:19,

**UNITED STATES DISTRICT COURT**

44:25, 48:21, 85:8,
95:23, 98:9, 99:13
**resume** [1] - 123:20
**RESUMES** [1] - 6:1
**retained** [5] - 81:14,
86:15, 91:21, 93:18
**review** [7] - 49:13,
49:21, 49:24, 51:2,
51:3, 51:21, 100:22
**reviewed** [6] - 50:4,
51:1, 51:2, 53:18,
88:8, 100:19
**reviewing** [4] - 9:21,
49:15, 50:25, 51:23
**revised** [1] - 124:23
**revisions** [1] - 124:17
**revisiting** [1] - 124:14
**rewards** [1] - 94:20
**rgreen@**
  **sheppardmullin.**
  **com** [1] - 3:14
**RICHERT** [1] - 3:10
**RICHTER** [2] - 3:6,
3:15
**riding** [3] - 34:10,
34:23, 35:13
**rights** [3] - 77:14,
77:21, 78:3
**Rihanna** [3] - 14:10,
14:23, 16:1
**Ringo** [2] - 12:18
**rise** [2] - 72:12, 124:1
**ROBERT** [1] - 3:11
**role** [2] - 86:18,
126:18
**room** [3] - 121:25,
124:7, 124:8
**ROOM** [1] - 1:24
**Room** [2] - 22:22,
22:24
**routinely** [2] - 42:7,
42:16
**row** [3] - 98:22, 98:24,
99:1
**Royal** [1] - 121:3
**royal** [1] - 104:21
**ruled** [1] - 37:14
**rules** [1] - 121:5
**Runway** [2] - 29:1,
120:25
**rural** [1] - 83:16
**rushing** [1] - 100:10
**Ryan** [1] - 3:21

## S

**S-t-e-p-h-e-n-s** [1] -
102:5
**sale** [3] - 39:6, 88:25,
89:5

**sales** [1] - 33:10
**sample** [8] - 64:2,
64:7, 74:13, 86:3,
95:14, 95:16, 96:3,
96:4
**SANTA** [3] - 1:20,
1:24, 5:1
**Santa** [1] - 115:8
**Sasha** [2] - 16:2,
114:19
**save** [1] - 123:6
**saw** [16] - 9:5, 14:7,
14:21, 15:5, 15:9,
15:15, 15:24, 16:23,
25:8, 30:13, 50:21,
52:8, 74:23, 80:3,
89:4, 126:22
**school** [3] - 103:10,
103:11, 115:8
**scope** [1] - 92:1
**screen** [10] - 13:9,
13:19, 16:3, 56:12,
63:4, 85:1, 99:17,
120:15, 121:16,
121:17
**screened** [5] - 64:15,
84:11, 84:15, 99:18,
99:19
**screening** [2] - 64:12,
84:20
**scroll** [1] - 99:3
**sculpted** [1] - 122:20
**search** [18] - 68:1,
68:6, 68:12, 68:18,
69:2, 69:7, 69:11,
69:15, 70:2, 70:4,
70:6, 70:15, 98:2,
98:4, 98:9, 99:12,
126:21
**Search** [1] - 4:19
**searched** [2] - 69:18,
69:22
**searches** [1] - 69:17
**second** [6] - 6:13,
7:12, 8:9, 8:16,
98:24
**Section** [2] - 88:11,
128:8
**section** [2] - 52:24,
65:24
**see** [72] - 9:3, 9:9,
10:11, 10:25, 13:9,
13:16, 13:19, 13:24,
14:1, 14:8, 14:11,
14:22, 15:6, 15:8,
15:13, 15:16, 15:22,
15:25, 16:13, 18:11,
20:20, 39:2, 40:25,
42:24, 50:23, 52:6,
59:19, 60:14, 60:25,

64:4, 65:20, 65:22,
65:23, 68:14, 68:23,
70:9, 70:10, 70:23,
70:25, 71:6, 71:12,
71:15, 74:19, 75:24,
76:2, 76:10, 77:4,
77:22, 82:9, 83:5,
83:10, 88:15, 98:2,
98:5, 98:7, 98:9,
98:10, 98:15, 98:22,
99:3, 100:8, 110:4,
114:24, 118:6,
118:11, 118:15,
122:10, 123:24,
125:6
**seeing** [11] - 14:24,
76:11, 80:20, 80:23,
80:24, 88:24, 99:9,
121:20, 121:22,
122:11, 122:12
**sees** [1] - 116:20
**Seidman** [2] - 73:20,
74:3
**select** [1] - 67:25
**selected** [4] - 14:20,
27:13, 79:9, 95:17
**selecting** [1] - 9:23
**selection** [2] - 48:17,
86:1
**sell** [1] - 116:6
**sellable** [1] - 109:22
**selling** [2] - 42:17,
110:2
**sells** [1] - 52:20
**SELNA** [1] - 1:3
**senior** [8] - 84:10,
84:19, 105:3, 105:5,
105:6, 105:8,
105:10, 114:17
**sense** [2] - 95:17,
109:16
**sent** [1] - 126:10
**sentence** [1] - 75:24
**separate** [2] - 10:9
**September** [3] - 92:20,
100:5, 128:15
**SEPTEMBER** [2] -
1:19, 5:1
**series** [3] - 6:13, 6:16,
59:17
**Series** [1] - 70:24
**serious** [2] - 76:19,
85:25
**service** [1] - 19:20
**services** [4] - 7:2,
67:4, 67:5, 67:15
**session** [1] - 92:20
**set** [12] - 9:7, 9:17,
11:1, 17:6, 17:25,
47:14, 49:5, 71:13,

76:5, 106:13,
109:25, 110:4
**sets** [2] - 107:18,
113:2
**seven** [1] - 116:5
**Shade** [2] - 22:22,
22:24
**Shadow** [2] - 15:15,
24:24
**shake** [1] - 122:25
**shape** [4] - 77:4, 77:6,
77:9, 77:11
**shapes** [1] - 122:19
**share** [6] - 46:20,
46:21, 46:24, 47:6,
47:8, 47:10
**shared** [2] - 89:12,
89:13
**Shari** [2] - 73:20, 74:3
**Shekarchi** [5] - 81:7,
81:8, 81:9, 81:11,
82:16
**shelf** [1] - 108:17
**SHEPPARD** [3] - 3:6,
3:10, 3:15
**shirt** [4] - 39:14,
40:14, 40:22, 41:24
**shirts** [10] - 39:6, 39:9,
39:20, 40:11, 40:19,
41:3, 41:15, 42:3,
42:17, 42:25
**shoes** [1] - 114:5
**Shortcake** [1] - 103:1
**show** [10] - 10:6, 96:24,
97:17, 99:10, 100:2,
118:17, 122:9, 126:9
**showed** [5] - 23:19,
25:1, 30:20, 81:5,
99:24
**showing** [4] - 10:18,
40:8, 79:10, 99:7
**shown** [49] - 8:7, 8:23,
9:13, 10:4, 10:22,
11:8, 11:20, 13:1,
14:9, 14:10, 14:11,
14:17, 15:1, 15:11,
15:20, 16:6, 16:20,
23:6, 23:11, 23:16,
23:17, 25:14, 25:17,
32:5, 33:8, 34:16,
34:20, 38:20, 40:16,
41:20, 42:11, 43:23,
54:14, 63:22, 64:25,
67:21, 70:21, 74:5,
78:14, 80:19, 81:18,
96:25, 97:20, 97:22,
98:23, 100:6,
110:17, 110:18,
118:3
**shows** [9] - 8:25, 13:5,

13:6, 14:5, 14:6,
14:19, 23:24,
110:16, 119:11
**Sia** [1] - 14:23
**side** [3] - 13:9, 13:19,
37:15
**sign** [1] - 22:11
**signed** [1] - 21:11
**significant** [5] - 42:7,
42:16, 42:21, 43:6,
43:11
**similar** [12] - 7:9, 9:17,
11:1, 11:11, 17:6,
17:25, 18:4, 41:1,
47:16, 60:22, 65:17,
73:2
**similarly** [1] - 18:6
**single** [3] - 19:18,
19:24, 63:12
**Sioux** [1] - 28:19
**sister** [3] - 108:5,
120:9
**sister's** [1] - 89:19
**sit** [2] - 53:1, 112:13
**sitting** [3] - 52:16,
52:18, 53:10
**size** [1] - 30:22
**sized** [1] - 32:9
**sketch** [1] - 116:21
**sketches** [1] - 114:2
**Sketches** [1] - 121:1
**skimmed** [1] - 126:23
**skin** [1] - 114:4
**sleepover** [3] - 109:3,
109:25, 110:1
**slide** [42] - 6:4, 6:6,
6:8, 6:22, 7:5, 8:11,
8:21, 8:25, 9:3, 9:11,
10:3, 10:6, 10:21,
10:24, 11:6, 11:10,
11:19, 11:22, 12:25,
14:4, 14:6, 14:16,
14:19, 14:20, 14:25,
15:4, 15:10, 15:14,
15:18, 15:23, 16:5,
16:8, 16:19, 16:22,
17:4, 17:18, 23:4,
29:17, 30:20, 31:11,
32:3, 67:19
**slides** [3] - 14:3, 17:2,
47:17
**small** [8] - 83:15,
83:16, 87:3, 87:10,
94:20, 97:22
**Smooth** [2] - 77:21,
79:17
**Snooki** [1] - 15:17
**social** [5] - 90:5,
90:10, 90:15,
104:11, 104:12

**sold** [10] - 30:6, 39:6, 39:9, 39:20, 40:1, 42:4, 42:19, 67:24, 70:23
**solution** [2] - 61:22, 62:16
**solutions** [2] - 61:1, 61:21
**solve** [1] - 62:15
**someone** [5] - 12:20, 12:21, 19:5, 70:9, 70:10
**sometimes** [1] - 106:9
**sorry** [28] - 19:23, 20:20, 21:2, 24:15, 27:3, 28:2, 32:4, 34:14, 36:7, 36:14, 39:2, 41:11, 42:9, 43:14, 49:19, 52:24, 62:10, 77:17, 86:23, 87:7, 98:13, 112:22, 117:9, 118:18, 118:20, 118:23, 119:7, 121:14
**sort** [1] - 99:12
**sought** [2] - 33:10, 33:19
**sound** [1] - 125:19
**sounds** [1] - 45:14
**source** [3] - 6:10, 7:1, 59:23
**sources** [3] - 49:8, 60:7, 60:9
**South** [1] - 115:7
**SOUTHERN** [1] - 1:2
**Spaan** [1] - 128:20
**SPAAN** [3] - 1:23, 128:5, 128:19
**Sparkle** [1] - 98:19
**sparkly** [1] - 123:3
**specific** [17] - 7:19, 12:14, 14:8, 28:17, 45:18, 47:24, 49:17, 52:13, 52:14, 53:1, 53:18, 56:4, 64:2, 75:16, 78:12, 79:20, 84:3
**specifically** [9] - 8:18, 11:25, 41:17, 52:6, 53:13, 53:22, 55:2, 56:5, 61:7
**specifics** [5] - 32:24, 33:12, 38:17, 42:1, 42:25
**speculation** [1] - 69:4
**speed** [1] - 51:19
**spelling** [1] - 102:3
**spend** [1] - 61:5
**Sphere** [2] - 77:21, 79:17

**sponsor** [1] - 69:13
**sponsored** [2] - 39:6, 69:10
**Sponsored** [1] - 68:24
**sponsors** [1] - 69:13
**staff** [1] - 19:16
**Stallion** [1] - 16:2
**stand** [3] - 44:9, 53:6, 104:23
**STAND** [1] - 6:1
**standard** [1] - 7:22, 111:5
**star** [1] - 81:17
**Starr** [1] - 12:18
**start** [1] - 113:13
**started** [8] - 6:4, 50:2, 88:23, 89:2, 103:10, 108:3, 111:3, 113:14
**starting** [1] - 78:11, 114:8
**starts** [3] - 63:25, 88:12, 119:20
**state** [1] - 102:2
**STATE** [1] - 128:4
**statement** [8] - 28:13, 28:17, 28:22, 29:16, 80:24, 82:17, 88:22, 127:3
**statements** [5] - 37:24, 45:25, 92:12, 100:19, 100:22
**States** [4] - 11:4, 128:6, 128:8, 128:13
**STATES** [1] - 1:1
**stays** [1] - 118:2
**Stefani** [1] - 15:7
**stenographically** [1] - 128:10
**step** [6] - 48:17, 101:17, 102:21, 108:21, 111:5, 124:3
**STEPHENS** [2] - 4:5, 102:1
**Stephens** [4] - 101:20, 102:5, 102:8, 120:13
**steps** [1] - 9:19
**stickers** [1] - 123:5
**still** [7] - 6:20, 26:3, 32:15, 43:13, 46:4, 46:25, 115:10
**stimulate** [1] - 110:16
**stimulates** [1] - 110:20
**stores** [1] - 67:25
**stories** [1] - 105:9
**story** [11] - 105:10, 105:12, 105:13, 108:22, 108:25, 109:6, 109:21, 109:24, 110:19,

112:10, 116:19
**storytelling** [2] - 108:20, 109:8
**straightforward** [1] - 24:15
**strawberry** [1] - 103:1
**STREET** [1] - 1:24
**Street** [4] - 2:9, 3:7, 3:12, 3:16
**stricken** [3] - 86:13, 86:16, 100:13
**strike** [1] - 96:18
**striking** [1] - 124:19
**struck** [1] - 100:12
**structure** [1] - 94:2
**struggled** [2] - 60:20, 62:2
**studied** [2] - 103:18, 103:20
**study** [1] - 79:25
**studying** [2] - 104:15, 105:2
**stuff** [3] - 57:6, 126:22, 126:23
**style** [3] - 105:17, 114:20, 122:16
**styles** [4] - 121:2, 121:3, 121:4
**stylist** [1] - 14:14
**subjects** [1] - 22:15
**submitted** [3] - 37:1, 37:18, 123:23
**subsequent** [1] - 61:2
**substantial** [3] - 77:14, 77:20, 88:20
**sued** [1] - 31:15
**suffered** [2] - 85:7, 85:25
**sufficient** [1] - 85:18
**sufficiently** [1] - 44:24
**suggest** [1] - 60:10
**suggested** [2] - 124:19, 125:22
**suggestions** [1] - 118:4
**suit** [1] - 81:12
**Suite** [6] - 2:6, 2:10, 2:14, 3:8, 3:12, 3:16
**summarize** [1] - 16:8
**summarizing** [1] - 35:7
**summary** [5] - 6:8, 17:19, 35:9, 35:23, 66:3
**Sunrise** [1] - 121:2
**supporting** [1] - 89:25
**supposed** [2] - 55:25, 109:20
**Surprise** [27] - 17:11, 18:3, 24:3, 98:3,

98:10, 99:8, 102:14, 105:21, 106:5, 113:19, 114:1, 117:14, 117:15, 119:11, 119:16, 119:20, 119:21, 119:22, 119:23, 120:2, 120:11, 120:21, 121:22, 122:7, 123:9
**SURPRISE** [1] - 4:18
**Surprise!** [1] - 113:18
**surprising** [2] - 13:15, 98:5
**Survey** [2] - 73:21, 74:3
**survey** [282] - 6:9, 6:24, 6:25, 7:4, 7:8, 7:11, 7:16, 7:20, 7:23, 7:24, 8:2, 8:9, 8:10, 8:13, 8:14, 8:16, 8:19, 9:2, 9:8, 9:16, 9:20, 9:25, 10:8, 10:11, 10:15, 10:16, 10:17, 11:2, 11:14, 11:17, 11:18, 11:24, 12:13, 12:15, 13:4, 13:6, 13:7, 13:22, 13:24, 14:2, 14:7, 14:22, 15:6, 15:9, 15:16, 15:25, 16:11, 16:15, 16:16, 17:5, 17:7, 17:9, 17:14, 17:19, 17:22, 17:23, 18:2, 18:7, 18:20, 19:9, 19:18, 19:24, 20:2, 20:5, 21:9, 21:13, 21:17, 21:23, 21:25, 22:2, 22:12, 23:22, 24:5, 25:5, 25:8, 26:1, 26:3, 26:7, 26:22, 27:15, 27:16, 27:19, 27:20, 28:4, 28:5, 28:7, 28:14, 28:15, 28:24, 29:2, 29:7, 29:9, 29:12, 29:21, 30:14, 30:16, 34:6, 34:9, 35:1, 35:7, 35:9, 35:12, 35:24, 36:13, 36:16, 36:17, 36:25, 37:2, 37:9, 37:24, 38:4, 38:8, 38:22, 40:6, 41:1, 41:6, 41:7, 41:13, 41:19, 41:22, 42:1, 42:2, 42:5, 42:20, 43:2, 43:6, 43:11, 43:17, 44:5, 44:11, 44:18, 44:25, 45:3, 45:8, 45:11, 45:15,

45:22, 47:1, 47:24, 48:8, 48:13, 48:19, 48:25, 49:6, 50:16, 52:4, 53:19, 55:7, 55:9, 55:11, 55:16, 55:22, 55:24, 56:9, 56:15, 56:20, 57:1, 57:3, 57:13, 57:17, 57:18, 58:14, 58:15, 58:16, 58:23, 58:25, 59:21, 59:23, 61:4, 61:12, 62:5, 62:13, 62:20, 63:3, 63:4, 63:6, 63:8, 63:10, 64:19, 66:4, 66:7, 66:20, 66:23, 66:25, 71:2, 71:5, 71:10, 71:12, 71:19, 71:21, 71:22, 71:25, 72:17, 72:21, 72:24, 73:1, 73:2, 73:4, 73:9, 73:17, 74:11, 75:1, 75:6, 75:12, 75:13, 75:18, 76:1, 76:9, 76:10, 76:12, 76:16, 76:17, 76:23, 78:17, 78:21, 79:7, 79:8, 79:9, 80:5, 80:7, 80:12, 80:19, 81:3, 81:5, 81:7, 81:11, 81:23, 82:1, 82:12, 82:18, 83:7, 83:8, 83:9, 83:19, 83:21, 83:25, 84:21, 85:2, 85:7, 85:17, 85:19, 85:21, 85:24, 86:2, 86:10, 86:11, 87:3, 87:4, 87:10, 87:11, 87:16, 90:18, 90:22, 91:1, 91:7, 91:24, 92:5, 92:6, 93:6, 93:7, 93:12, 93:22, 94:7, 94:10, 94:17, 94:22, 95:1, 95:15, 95:21, 96:9, 96:11, 96:18, 99:18, 99:19
**surveyed** [9] - 25:5, 71:2, 75:22, 76:3, 78:4, 81:4, 82:1, 82:24, 82:25
**surveying** [3] - 75:21, 78:9, 93:22
**Surveys** [1] - 34:19
**surveys** [31] - 17:20, 17:25, 18:1, 18:23, 23:11, 35:11, 41:8, 41:10, 44:23, 47:12, 49:5, 49:14, 49:16, 49:22, 61:5, 61:9, 61:10, 62:21, 72:23, 82:24, 84:24, 85:3,

93:15, 93:17, 93:21, 94:9, 94:15, 94:24, 95:5, 96:13, 99:16
**Susan** [3] - 91:17, 91:18, 91:23
**sustained** [4] - 92:2, 96:7, 100:15, 101:7
**Swank** [2] - 14:10, 14:13
**swapped** [1] - 105:15
**Sweet** [5] - 122:4, 122:6, 122:7, 122:9, 123:9
**sweet** [1] - 122:19
**switch** [1] - 117:10
**SWORN** [2] - 6:1, 102:1

**T**

**T-shirt** [4] - 39:14, 40:14, 40:22, 41:24
**T-shirts** [10] - 39:6, 39:9, 39:20, 40:11, 40:19, 41:3, 41:15, 42:3, 42:17, 42:25
**T.I** [1] - 1:7
**Tab** [3] - 118:5, 118:8, 118:9
**tables** [1] - 21:2
**tailor** [1] - 56:9
**talks** [2] - 52:15, 61:13
**TAMEKA** [1] - 3:3
**Tameka** [1] - 90:4
**Target** [8] - 38:10, 38:24, 67:24, 68:1, 70:23, 88:25, 89:4, 89:5
**target** [20] - 52:1, 54:1, 54:18, 54:19, 54:24, 55:1, 55:6, 55:9, 55:18, 55:20, 56:12, 66:5, 66:10, 74:13, 79:19, 82:18, 82:22, 83:23, 86:3, 86:7
**targeted** [5] - 63:11, 63:18, 64:3, 64:6, 66:16
**targeting** [1] - 56:4
**targets** [2] - 53:12, 56:5
**team** [7] - 19:12, 63:21, 63:25, 117:4, 117:5, 117:6, 118:3
**technical** [1] - 36:24
**technician** [3] - 3:21, 3:21, 3:22
**technique** [2] - 75:15, 75:16
**teddy** [1] - 110:2

**tee** [2] - 40:1, 40:2
**teenager** [1] - 106:3
**teens** [2] - 74:24, 74:25
**tees** [3] - 38:10, 38:24, 40:6
**temperature** [1] - 122:1
**ten** [5] - 74:20, 74:23, 75:1, 95:5, 124:7
**ten-minute** [1] - 124:7
**tend** [1] - 65:16
**tendency** [1] - 74:12
**tends** [1] - 58:18
**tenor** [1] - 21:7
**tens** [1] - 18:24
**term** [4] - 108:10, 108:11, 113:19, 113:23
**terms** [7] - 33:23, 38:15, 49:6, 63:10, 69:7, 69:15, 117:9
**terribly** [1] - 94:24
**tertiary** [1] - 54:24
**test** [12] - 9:23, 24:9, 24:18, 24:20, 26:23, 27:11, 27:13, 27:14, 58:11, 63:7, 95:9, 95:20
**tested** [10] - 24:12, 24:14, 26:14, 27:14, 57:7, 95:3, 95:5, 95:13, 95:16, 97:4
**testified** [9] - 54:5, 54:6, 55:13, 79:24, 89:23, 90:16, 91:8, 92:14, 105:9
**testify** [4] - 20:2, 43:6, 43:11, 125:15
**testifying** [1] - 41:6
**testimony** [29] - 9:22, 25:23, 36:23, 37:3, 37:4, 51:9, 52:14, 52:19, 52:25, 53:6, 53:16, 54:4, 54:12, 55:10, 55:12, 55:15, 90:3, 92:17, 93:4, 93:14, 93:20, 96:21, 99:22, 99:25, 100:3, 100:4, 100:11, 100:12, 110:9
**Texas** [2] - 3:8, 3:13
**text** [4] - 73:21, 74:7, 74:18, 74:19
**THE** [80] - 4:3, 4:5, 5:7, 5:11, 5:15, 5:19, 5:21, 6:1, 18:13, 18:15, 20:24, 21:1, 27:23, 31:22, 33:17, 36:19, 36:20, 54:9,

54:10, 59:13, 59:15, 60:2, 62:22, 62:23, 68:7, 68:9, 69:6, 69:7, 72:7, 72:9, 72:12, 72:14, 80:20, 80:21, 80:23, 86:18, 86:23, 86:24, 86:25, 87:22, 87:23, 90:21, 90:22, 92:2, 96:1, 96:7, 97:13, 100:15, 101:7, 101:11, 101:17, 101:18, 101:19, 101:24, 102:2, 102:4, 112:21, 112:22, 112:23, 112:24, 120:15, 120:18, 123:17, 123:20, 124:1, 124:3, 124:4, 124:5, 124:24, 125:6, 125:20, 125:24, 126:3, 126:8, 126:11, 126:16, 127:2, 127:6, 127:9, 127:10
**Thee** [1] - 16:2
**theme** [2] - 64:14, 121:13
**theory** [3] - 57:7, 103:23, 104:6
**therefore** [1] - 37:9
**thesis** [5] - 105:3, 105:5, 105:6, 105:8, 105:10
**they've** [1] - 12:4
**thinking** [1] - 89:19
**third** [3] - 6:16, 7:17, 32:12
**thousands** [2] - 18:24, 90:5
**three** [24] - 7:7, 7:19, 7:20, 17:8, 24:10, 24:12, 24:19, 25:16, 29:8, 29:9, 29:12, 29:14, 50:3, 50:25, 51:11, 55:10, 56:12, 78:7, 78:20, 105:6, 118:18, 123:11, 123:12
**throwing** [1] - 61:22
**tied** [1] - 22:24
**Tikes** [1] - 36:8
**Tikes'** [1] - 32:20
**timing** [4] - 36:25, 37:7, 37:17, 38:2
**tiny** [2] - 30:20, 32:7
**Title** [1] - 128:8
**TMR** [1] - 43:21
**today** [8] - 51:11, 52:16, 52:18, 53:1,

53:10, 54:6, 55:13, 112:13
**together** [2] - 69:24, 105:13
**tomorrow** [1] - 123:21
**tone** [1] - 114:4
**toned** [1] - 127:2
**took** [10] - 6:5, 46:12, 46:15, 47:10, 48:7, 49:15, 55:24, 94:7, 104:1, 114:2
**toothbrush** [2] - 109:4, 110:1
**toothpaste** [3] - 109:4, 109:5, 110:1
**top** [9] - 14:1, 38:19, 45:20, 46:2, 69:2, 75:12, 83:10, 98:1, 109:5
**topic** [1] - 123:18
**topics** [5] - 27:19, 28:4, 28:8, 28:15, 123:16
**Tot** [6] - 119:21, 120:10, 121:7, 121:8, 121:9, 121:12
**total** [2] - 95:3, 95:5
**Tots** [6] - 113:23, 117:12, 118:13, 118:16, 118:19, 119:13
**touched** [1] - 113:12
**towards** [1] - 92:8
**toy** [20] - 34:10, 34:24, 35:13, 74:9, 103:9, 103:18, 103:21, 103:23, 105:2, 106:23, 107:4, 107:6, 107:15, 108:11, 109:11, 109:13, 111:4, 111:5, 114:9, 114:25
**toys** [8] - 32:25, 103:22, 104:4, 104:9, 104:10, 104:15, 107:2, 117:12
**trade** [28] - 23:14, 24:9, 24:10, 24:13, 24:18, 24:19, 29:15, 31:16, 32:20, 36:5, 43:5, 43:10, 44:13, 45:3, 45:19, 46:1, 71:16, 76:25, 77:4, 77:8, 77:21, 77:24, 77:25, 78:3, 81:11, 84:16, 88:4, 88:17
**trademark** [8] - 31:16, 43:5, 43:10, 65:7, 85:14, 88:3, 88:17

**Trademark** [1] - 43:21
**Trademarked** [1] - 65:11
**Trademarks** [2] - 88:2, 88:12
**trademarks** [3] - 32:19, 44:12
**traffic** [2] - 98:6, 98:7
**train** [1] - 117:9
**Tran** [1] - 28:19
**Transcript** [1] - 1:5
**transcript** [3] - 51:15, 128:9, 128:11
**TRANSCRIPT** [1] - 1:18
**TravelPass** [3] - 49:10, 49:11, 49:17
**tray** [1] - 123:8
**treatise** [2] - 88:3, 88:16
**trebling** [1] - 34:2
**TRIAL** [2] - 1:13, 1:18
**trial** [3] - 89:24, 93:5, 95:2
**true** [9] - 7:18, 17:15, 18:5, 18:9, 58:14, 84:7, 99:6, 115:14, 128:9
**trust** [1] - 123:24
**try** [1] - 61:4
**trying** [6] - 24:15, 25:3, 29:5, 49:23, 110:22, 126:25
**tube** [1] - 109:5
**turn** [3] - 13:4, 59:7, 74:10
**Tween** [1] - 121:23
**Tweens** [8] - 119:23, 120:2, 120:6, 120:7, 120:9, 120:13, 121:15, 121:22
**twice** [2] - 84:24, 85:4
**twist** [1] - 122:22
**Twist** [1] - 121:1
**two** [25] - 7:18, 17:20, 26:22, 45:4, 50:15, 53:13, 53:20, 55:12, 60:7, 60:9, 67:6, 68:16, 80:14, 95:5, 97:9, 100:12, 105:16, 116:14, 117:18, 121:2, 121:3, 121:4, 122:21, 123:15
**TX** [1] - 3:17
**type** [2] - 20:12, 71:11
**typed** [2] - 14:6, 15:5
**types** [1] - 13:20
**typically** [2] - 8:1, 73:15

**typing** [1] - 13:22

## U

**U.S** [10] - 1:3, 56:1, 56:2, 61:6, 66:10, 66:13, 82:13, 82:21, 87:11
**Ultimate** [2] - 112:19, 112:25
**UMBERG** [1] - 2:8
**under** [10] - 17:21, 17:22, 20:5, 30:2, 44:16, 50:6, 52:23, 74:21, 74:23, 75:1
**underneath** [1] - 68:23
**underrepresent** [1] - 58:18
**understood** [3] - 44:7, 59:11, 127:5
**Unfair** [2] - 88:2, 88:12
**United** [4] - 11:4, 128:6, 128:8, 128:13
**UNITED** [1] - 1:1
**units** [1] - 78:21
**universe** [8] - 48:13, 48:17, 48:23, 74:8, 76:16, 78:23, 79:1, 79:9
**unlike** [1] - 22:5
**unregistered** [5] - 32:20, 77:3, 77:8, 77:11, 77:24
**unrelated** [2] - 36:24, 37:7
**unreliable** [2] - 85:8, 85:19
**up** [59] - 5:8, 5:15, 6:20, 12:5, 14:1, 21:11, 22:11, 23:4, 24:17, 31:11, 32:3, 33:6, 33:13, 38:18, 39:23, 40:15, 41:18, 42:10, 43:21, 51:19, 54:12, 59:6, 61:23, 63:20, 67:19, 68:16, 68:19, 68:20, 69:1, 69:14, 69:16, 69:18, 69:23, 70:2, 70:4, 70:15, 70:20, 72:3, 74:2, 75:6, 78:13, 81:16, 87:2, 87:9, 87:15, 92:19, 96:23, 98:1, 98:4, 98:8, 98:23, 99:7, 99:10, 106:21, 109:5, 115:17, 122:24, 124:9, 126:17
**upcoming** [1] - 66:11

**updated** [1] - 119:2
**Uptown** [1] - 25:17
**urban** [4] - 83:11, 83:16, 83:18, 83:20
**Urban** [2] - 38:10, 38:24
**users** [2] - 73:14, 90:5

## V

**vaguely** [1] - 31:25
**value** [4] - 45:22, 47:2, 48:8, 110:4
**variety** [2] - 49:7, 68:19
**various** [4] - 22:15, 41:2, 41:14, 41:22
**vehicles** [3] - 32:24, 32:25, 103:24
**verified** [1] - 67:23
**verify** [1] - 85:2
**version** [1] - 120:10
**veteran** [1] - 114:9
**Vice** [3] - 3:7, 3:11, 3:16
**videographer** [1] - 125:9
**videographer's** [1] - 126:4
**Videotape** [2] - 50:13, 53:4
**view** [3] - 82:21, 97:18, 99:12
**viewed** [5] - 12:1, 12:7, 13:8, 29:20, 30:8
**views** [1] - 52:9
**Violet** [1] - 104:21
**virtually** [1] - 94:17
**vision** [1] - 111:18
**visual** [1] - 110:15
**Vital** [2] - 45:4, 47:13
**Vital's** [1] - 45:25
**VOL** [1] - 1:13
**Volume** [3] - 43:22, 54:13, 100:5
**VP** [1] - 61:21
**VPX** [1] - 45:19
**vs** [9] - 1:6, 1:11, 28:19, 32:18, 36:4, 38:5, 76:21, 81:9, 85:11

## W

**walk** [11] - 6:5, 6:23, 8:25, 10:24, 11:10, 11:22, 13:5, 14:4, 14:19, 16:22, 17:4
**Walmart** [5] - 4:19,

67:24, 68:1, 68:6, 70:15
**Walmart.com** [2] - 68:12, 70:2
**wants** [1] - 96:16
**WAS** [1] - 102:1
**water** [3] - 113:2, 121:25, 122:1
**Wave** [1] - 4:18
**ways** [4] - 7:7, 13:15, 17:8, 22:8
**wear** [2] - 114:21, 123:5
**wearing** [3] - 109:25, 110:6, 121:12
**website** [4] - 35:20, 65:24, 79:16
**WEDNESDAY** [2] - 1:19, 5:1
**week** [1] - 54:6
**weeks** [1] - 107:12
**weight** [6] - 76:18, 84:21, 84:25, 87:2, 87:9, 87:15
**well-known** [28] - 7:13, 7:15, 17:12, 17:13, 17:17, 18:4, 18:8, 44:13, 44:19, 44:24, 46:5, 46:7, 46:11, 46:13, 46:16, 47:5, 47:7, 47:11, 47:18, 48:2, 58:25, 64:9, 64:10, 84:10, 84:20, 85:2, 92:11, 93:8
**WEST** [1] - 1:24
**Westchester** [3] - 103:15, 103:16, 115:9
**WESTMORELAND** [3] - 3:15, 20:23, 59:12
**Westmoreland** [1] - 126:10
**Westwood** [1] - 115:8
**whole** [7] - 49:18, 59:2, 71:16, 94:8, 94:23, 109:19
**wide** [1] - 101:2
**widely** [2] - 44:11, 44:14
**WILLENKEN** [2] - 2:4, 2:12
**willfulness** [1] - 34:3
**willing** [2] - 47:4, 47:6
**Wilshire** [2] - 2:5, 2:13
**Wilson** [4] - 4:3, 4:4, 4:6, 5:22
**WILSON** [71] - 6:3, 8:6, 8:8, 8:21, 8:24, 9:11, 9:14, 10:2,

10:5, 10:21, 10:23, 11:6, 11:9, 11:19, 11:21, 12:25, 13:2, 14:16, 14:18, 14:25, 15:2, 15:10, 15:12, 15:18, 15:21, 16:5, 16:7, 16:18, 16:21, 17:1, 17:3, 18:10, 18:14, 27:22, 27:24, 31:18, 33:16, 36:18, 54:7, 60:1, 68:8, 69:4, 75:8, 80:18, 87:20, 90:20, 91:15, 92:3, 92:19, 92:22, 96:2, 96:8, 96:23, 97:1, 97:11, 97:15, 97:21, 98:25, 100:4, 100:7, 100:16, 100:17, 101:8, 101:13, 101:20, 102:7, 120:12, 120:16, 120:19, 123:19, 124:12
**withdraw** [1] - 54:7
**WITHDRAWN** [1] - 4:16
**WITNESS** [20] - 21:1, 36:20, 54:10, 59:15, 62:23, 69:7, 80:20, 80:23, 86:23, 86:25, 87:23, 90:22, 101:18, 102:1, 102:4, 112:22, 112:24, 120:15, 120:18, 124:4
**witness** [18] - 5:12, 5:14, 18:14, 31:19, 31:20, 91:13, 101:14, 101:16, 101:19, 101:21, 101:23, 105:9, 125:7, 125:13, 125:14, 125:16, 126:18
**witnesses** [4] - 89:23, 90:16, 91:8, 125:8
**WITNESSES** [1] - 4:2
**woman** [2] - 57:5, 116:22
**women** [1] - 80:4
**Wong** [2] - 5:9, 124:16
**word** [13] - 19:4, 36:10, 46:10, 46:13, 46:15, 46:20, 47:11, 48:8, 93:11, 111:9, 111:15, 125:20, 125:21
**words** [3] - 13:23, 23:24, 126:2
**workaround** [1] -

62:14
**works** [1] - 9:2
**worries** [1] - 28:3
**wrestling** [1] - 107:16
**write** [3] - 35:4, 35:25, 44:7
**writing** [2] - 39:3, 40:25
**written** [1] - 42:24
**wrote** [5] - 35:6, 35:8, 44:9, 48:12, 84:8

## Y

**year** [1] - 113:4
**years** [32] - 11:2, 26:22, 28:23, 31:25, 34:1, 34:10, 34:11, 34:23, 34:25, 35:17, 36:11, 38:15, 38:17, 41:6, 44:14, 44:22, 50:3, 50:15, 51:1, 51:11, 53:13, 53:20, 55:10, 71:23, 72:21, 103:10, 106:25, 107:22, 108:9, 109:11, 116:5, 116:14
**yellow** [1] - 104:22
**yield** [1] - 124:13
**York** [1] - 83:12
**young** [6] - 65:2, 65:8, 65:11, 74:24, 74:25, 78:9
**yourself** [1] - 93:1

## Z

**zero** [2] - 7:11, 91:7
**ZIP** [2] - 62:19, 63:2
**ZIPSER** [1] - 2:8
**Zonnique** [2] - 92:13, 92:17
**zoom** [3] - 98:13, 98:16, 98:21
**Zuru** [1] - 98:18

## "

**"T.I."** [1] - 3:3
**"TINY"** [1] - 3:3

## —

**–** [1] - 1:13

**UNITED STATES DISTRICT COURT**