1 Arika Hayes matelyati (Full Name)

2 41009 Bingham Ave (Email Address)

3 Lancaster CA (Address Line 1)

4 93535 (Address Line 2)

5 (Phone Number)

6 are Hays muetge in Pro Per

7 (Indicate Plaintiff or Defendant)

2024 OCT 11 PM 2:48

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
SANTA ANA

BY PD

**FILED**

2024 DEC 26 PM 1:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

PD

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

Case No.: 2-20-11548-JVS-AG

CASE NO: 2:20-CV-11548-JVS-AGR

11 Arika Hayes-matelyan

12 AKA Swiss Barbie Bone ET
Plaintiff,

13 vs.

14 metel and fisherprice

15 (INC) and MGA (ENE)

16 TI ETTINI Harris ET

17 Cliford Joseph Harris jr a

18 Tameka Tiny Harris ET

19 Zonnique "STAR" pullins ET

20 OMG, lol dolls

(Indicate Plaintiff or Defendant)

NOTICE OF MOTION AND Amend,
strick Judgement;

MOTION X party, ADD on;
inJunction, Stop Judgem-
The plantiff did not
tell the court the troth
Stop Judgment Demure, and
mandate such action because
Hearing Date: and totterments

Hearing Time:

Judge:
(Judge's name)

Place:
(courtroom number)

24 TO THE HONORABLE COURT AND TO ALL PARTIES:

25 PLEASE TAKE NOTICE that on _____ at _____

26 (date) (time)

27 or as soon thereafter as this matter may be heard in the above-entitled Court

28 located at _____

(address of the Court in which the motion is being made)

Revised: February 2017
Form Prepared by Public Counsel
© 2011, 2017 Public Counsel All rights
reserved

Notice of Motion and Motion

Ex. Related cases

EXHibit - RTS

July 25, 2019

2:19 - CV - 06470

Arika Hayes matelyan
44009 Gingham Ave
Lancaster CA 93535    (Emergency motion)

Arika Hayes matelyan
            VS            ET
Clifford J Harris ATL

I question memory?
On the 10, it was
merrit, ON the 11 it vacated.
that is whish washee
Ghosh and vacate vacate
and continue As Doc.
(A)(B) INJunction was filed.
    unjust, un judical.
A. misconduct, Sanction
the code of Justical conduct (LOL)
1. I'm listist on the case.
    Pandemico Stop case.
2. BAD faith, TO Be Reviewed
    By the Board. BAD Faith.
3. Fact time Line ExHibit.
    All Ledigant should be treated fair.
4 Affadivad, Rule 333, Rule. 1210
How can you have merrit on day and the next day
5 ethics the case, was moving
    or vacated off. of Lies. BAD Faith.
JOIA for Jan 6, 2025. Breifing was Summited.
eged with Truth fact. The Doc Number IS 1059    1060

Rule 8, 276, Sanction Judicial
in good faith        Branch.
MADE whole
Fair treatment Just Due
Recuse the Judge
Emergency motion, Rule 2.30
violation. in civil case    Rule
united State District Court
Jame v. selma. 333
of culf Santa Ana.
Date Jan. 6, 2025  1210   Rule
State code of Judical conduct.
Emergency    Judge's
Motion    Judical misconduct.
        Jame V Samal.
Case # CV 201154 JVC
        2:19CV-06470
Attorney on case
violation of Rule 11
        Micheal w. Fitzgerald
Evadent memery Altimers.
I question memery. Aleged. 2019
witness Judges Michael w Fitzgerald
the next day you vacated for no reason
the case was on the Doc
1059 - 1060 then forgot then vacated

6. The Judge, Put me ON the Doc. I'm ught your Dark
        1059 - 1060 then forgot then vacated
AND then in 1 or 2 days, Changed his
many Doc. when Jame V.S. put me on the calender Doc.    Plantiff
Decision. It, IS, a fact that, test, IS    2012 - 2019
/25 did the Judge forget He put me on the celder
Desperitive, Descremehation, All people are    2020 2022
the Judge mustof forgot He put me on the calender    Sumery Jud grant
By Law Due to Be made whole.    71.5 million $
    L.O.L. OMG. that fonny to me    Pay to the order
Judge Jame V, S,    have ignored.    of Arika Heeys
DID the Jame V.S. forget, He put me on the Doc    From Defenderes melya
    that. Fact, Evadence, Lies, From Defenderes smells BAD    Inean
did Jame V.S. forget He put me on the Calender    Clifford
IS BAD Time fine — And TRuth But ignorey    Hendus
n Faith. lies Lies Lies whish IS BAD Faith.

lol0l0 IT NOT Funny Boubt is Funny to ②

A the right to have Due process in good faith
not BAD Faith
WATch A court system Be so currupt.
It Funny to see Judge JaneV.S. case suppose to Be in good faith the oath
You Took A Oath Judicial conduct, Rule 2.30,
Sanction for rule violation in civil case Rules,
to Be truthful.
Rule 8.276 Sanction Judicial Branch of calif,
(Feed Em Read Em) L.OL,
Judicial Disciplinary Enforcement
Due process BY LAW
Fair and empartial Judiciary
It's so sloppy, For the Behavior patteren.
of providing
Misconduct. Justust someone is Lying! It not me.
My Name DUE process code of conduct,
1. Bureaucracy, hypocrisy Democracy
get my Apperes correct at gunghein NOT culling him
Conspiracy. Out Landish lies and
BAD Faith Doing, Refusing plaintiff enformation
Every person placintiff Deserve to be
Returning Document RTS. I.R.T.B.T.T.C.
whole By Law. 1.23. DID the judge
Jane V. Se
Forget, or Ignor that JaneV.S. Put me
on the calender so the case has
mennit it can't have merrit one day
AND the next Day it Dose not
Have marritt thets negligence and
Misconduct By JaneV.S, is Age A
Factor DID JaneV.S Forget that He
Put me on the celuder, could it Be Alzheimer
Alzheimers, LOL. OMG, it's Funny to me. Oh wee.
lol. lol. Due process periode.
The right to A fair trial EN good faeth.
Jane V. S,
Rule II case was not Veted. Lies, theft. Lys.
menhar the OAth you took to he Honest
st Bias oppese HR. 985 The Farness en

*EXHIBITS T6* [handwritten] *EXHIBIT IIIII4* [handwritten]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
255 E Temple St, Room 180
Los Angeles, CA 90012
213 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**BRIAN D. KARTH**
District Court Executive and
Clerk of Court

*CD005 police, History* [handwritten]

December 16, 2024

*Bad faith* [handwritten]

*Rule 333* [handwritten]

*12102* [handwritten]

*Opposition and vacate this order continue on the calender* [handwritten]

Arika Hayes *matalyan* [handwritten]
44009 Gingham Ave
Lancaster, CA 93535

*Related case   who put plantiff on the calender Jan. 1, 2024. was it merrit then. was it marett on the 12-10-2024* [handwritten]

Re:    Mail Received by the U.S. District Court, Central District of California

Dear Arika Hayes:  *DID Jame V. S Forget He put me on the Doc.* [handwritten]

On December 13, 2024, we received the document(s) you sent to the United States District Court for the Central District of California. However, this court has no record of any previous complaint filed in your name, and a review of the court's docket reflects there are no pending cases in this court in which you are a party. The court cannot file your document(s) or otherwise act upon them unless you identify an existing case in this court to which they relate, or choose to initiate a new case in this court. Accordingly, your document(s) are being returned to you.  *I Remember. L.OL. OMG you Forgot   DID you forget that You put me on the calender.* [handwritten]

If you have a case pending in a different federal district court, or in a state Superior Court, you must contact that court directly. If you wish to initiate a new case in this court, information about filing a civil case without a lawyer can be found on the court's website at **www.cacd.uscourts.gov**. Look for the "People Without Lawyers" link at the top of the court's homepage. In addition, we have enclosed information to help you file a case if that is what you want to do; please review it before proceeding.  *Jan. 16, 2024 was that misconduct* [handwritten]

*How can you not have merrit in* [handwritten]

*1 DAY that smells like BAD Feith judicial misconduct* [handwritten]

Sincerely,

*unjust* [handwritten]

P. Deason
Deputy Clerk, U.S. District Court

*12-20-24* [handwritten]

11/19/2024. Redacted Transcript Deadline set for 11/29/2024. Release of Transcript Restriction set for 1/27/2025. (dhs) (Entered: 10/29/2024)

| | | | |
|---|---|---|---|
| 10/29/2024 | 🔒 | 1057 | TRANSCRIPT DAY 12, VOL. 2, for proceedings held on 9/20/2024 at 1:37 p.m. ****Transcript may be viewed at the court public terminal or purchased through Court Reporter DEBBIE HINO-SPAAN at: WEBSITE www.debbiehinospaan.com; E-mail, dhinospaan@yahoo.com before the deadline for Release of Transcript restriction. After that date, it may be obtained from the Court Reporter or through PACER. Additional formats of the transcript (ASCII, Condensed, and Word Indexing/Concordance) are also available to be purchased at any time through the Court Reporter. Notice of Intent to Redact due within 7 days of this date.** Redaction Request due 11/19/2024. Redacted Transcript Deadline set for 11/29/2024. Release of Transcript Restriction set for 1/27/2025. (dhs) (Entered: 10/29/2024) |
| 10/29/2024 | | 1058 | NOTICE OF FILING TRANSCRIPT filed for proceedings 9/3/2024 at 1:32 p.m.; 9/4/2024 at 1:32 p.m.; 9/5/2024 at 1:32 p.m.; 9/6/2024 at 1:32 p.m.; 9/10/2024 at 1:01 p.m.; 9/12/2024 at 1:30 p.m.; 9/13/2024 at 12:50 p.m.; 9/17/2024 at 1:28 p.m.; 9/18/2024 at 1:30 p.m.; 9/19/2024 at 1:21 p.m.; 9/20/2024 at 1:37 p.m. re Transcript 1051 , 1050 , 1054 , 1056 , 1052 , 1055 , 1057 , 1049 , 1053 , 1047 , 1048 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dhs) TEXT ONLY ENTRY (Entered: 10/29/2024) |
| 11/12/2024 | | 1059 | ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON POST-TRIAL MOTIONS 1041 by Judge James V. Selna. See document for details. (es) (Entered: 11/13/2024) |
| 11/19/2024 | | 1060 | [IN CHAMBERS] SCHEDULING NOTICE by Judge James V. Selna: On its own motion, the Court hereby CONTINUES Defendant's Motion for Enhanced Damages Under the Lanham Act 1045 from Monday, December 16, 2024, at 1:30 p.m. to Monday, January 6, 2025, at 3:00 p.m., in accordance with the Court's Order Regarding Briefing Schedule on Post-Trial Motions 1059 . The Court will hear all post-trial equitable motions (other than attorneys' fees) on January 6, 2025, at 3:00 p.m. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (eva) TEXT ONLY ENTRY Modified on 11/20/2024 (eva). (Entered: 11/19/2024) |

*Handwritten annotations:*

12 20-24

On Staff

who granted this merritt / James So

Judge James V. S.

MADE whole

AriKA Hallo matelyce court Date On Doc who put me on this Doc

Due process. Jame V. Selna. (EXHibit A 1110) who granted this marret

ecuse Judge Jame Told me of L.OIL. How did his judge I get on this e is did not so my Doc callender r getful. Correct Qtur conspincy Judge James S Forgot. od faith allegy Pay of a Evadence. Exhibit faith- Because Doc 1059 said it was correct made whole why did I get a court Restto in the Begins

185

12/2/2024, 2:07 PM

Laura Hays Mattyrw
44009 Gingham Ave
Lancaster CA. 93535

Processing

United States District Courts
411 West Fourth
Santa Ann CA 92701

