Name Arika Hayes matelyan
Address 44009 Gingham Ave
City, State, Zip Lancaster CA
Phone 510 302-5366
Fax ⊖
E-Mail richmomz@icloud.com

☐ FPD ☐ Appointed ☐ CJA ☑ Pro Per ☐ Retained

FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Arika Hayes matelyan

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Arika Hayes matelyan

PLAINTIFF(S),

201 1.94 STAR V pullings
Tamika Tina Henris
Clifford Harris ATL
OMG Doll MGA

DEFENDANT(S).

CASE NUMBER: 2-20-CV-11548 JVS-Agr X

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Arika Hayes matelyan hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☑ Judgment (specify): 1yes- Bad faith

☑ Other (specify): un just. Conspiracy, misconduct upstruction of justice Negligents Exhibit Rule Rescore lost of doc. Discovery 1333 Alleged Rule 12101, and ilerruption Payola. misconduct malpractice Enterference

Imposed or Filed on ____________. Entered on the docket in this action on 12-11-24.

A copy of said judgment or order is attached hereto. Never Sent lost ADDress they had Me down AS 44009 Contingham and it is gingham spelled on DOC Also

12-20-24
Date

Ann Hayes Matelyan Clerk give me wrong court #
Signature

☐ Appellant/ProSe ☐ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

(A)

Arika Hays mutiger
44009 Gingham Ave
Lancaster CA

I would like to Tort file a complete on the judge at the Supreme Court - Clerke Dennis They vacled me on Tort Tortorluo enterforcen mis conduct consmiay Clerkes going out wrong case number Exhibit Show Court sending document Back to Plaintiff But Sending vacated judgment to the wrong address Check out Judge room

Case Name
Arika Hays mutiger
VS
Clifford Harris
GA ET ATL
Short Title
case number - Judge Kevin Brunel
2-20-
CV-11548
Michele Tyndee William Stealy mosk judge
Won
V12-7974man
CV12-7972SVW
pacila Court
Clerk
give wrong case thing was lost

2-20-CV-11548 JVS-Agr
Rule 333 Rule 1202 James V Selna

misconduct conspuity unjust Bad faith and Exhibits

4400 Cuttingham



BRIAN D. KARTH
District Court Executive and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
255 E Temple St, Room 180
Los Angeles, CA 90012
213 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501

December 16, 2024

Arika Hayes
44009 Gingham Ave
Lancaster, CA 93535

Re: Mail Received by the U.S. District Court, Central District of California

Dear Arika Hayes:

On December 13, 2024, we received the document(s) you sent to the United States District Court for the Central District of California. However, this court has no record of any previous complaint filed in your name, and a review of the court's docket reflects there are no pending cases in this court in which you are a party. The court cannot file your document(s) or otherwise act upon them unless you identify an existing case in this court to which they relate, or choose to initiate a new case in this court. Accordingly, your document(s) are being returned to you.

*If you have a case pending in a different federal district court, or in a state Superior Court, you must contact that court directly.* If you wish to initiate a new case in this court, information about filing a civil case without a lawyer can be found on the court's website at www.cacd.uscourts.gov. Look for the "People Without Lawyers" link at the top of the court's homepage. In addition, we have enclosed information to help you file a case if that is what you want to do; please review it before proceeding.

*Sincerely,*

*P. Deason*
Deputy Clerk, U.S. District Court

This is a briefing with a summary judgment this is th

EX 1

Lancaster Calif 93535
SANTA CLARITA CA 913
11 DEC 2024 PM 3 L
processing
Ronald Reagan Federal Building
411 N 4th St - Suit 1-053
Santa Ana CA 92701
CENTRAL DISTRICT OF CALIFORNIA
92701-450095
HAPPY

Ex 2

1110

Exhibit

Christin Hays McIntyre
44009 Gingham Ave
Lancaster Caly-93535

SANTA CLARITA CA 913
11 DEC 2024 PM 3 L

HAPPY

processing

Ronald Reagan Federal Building.
411 W 4th St. Suit 1-053
Santa Ana CA 92701

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 13 2024
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

213
830-0822

92701-450099



[illegible] teach us [illegible] Ebonics I [illegible] up language making up Pranav Pranav fiance and a pronouns Evonik's Oakland California schools teaches [illegible] and I've been implementing these Ebonics and lyrics and slang in my rap mu[illegible] years my first copyrights were in 1960 my first trademark and copyright was in 1990 when I first started learning how to copyright and trademark my creations but I've route songs and most of my creations was created before 1990 so ZONNIQUE*pooling could not have created any of this material cause I created OMG

I have a list of witnesses Sandra G Patricia sister P Swayze Weezy Nicole Dimon Kun MC Hammer Too $hort the Loneys my school teachers we can go back to school teachers I have uncles Ricky Eddie Damascan am I all my brothers everybody speaks this language we've been doing this for years my mother has been doing this for years her and her friendsNumber five in conclusion people have been stealing my Contant for years so I went to law school I went to a law school for copyright infringement that's what I specialize in I'm not an attorney but I did go to school for it I also went to psychology class I also got my certificates for directing and promotion I am a SAG member in screen actors Guild and I've been writing songs I've been registered with them with the name Swiss Barbie bone for years and I will give you a sample of that exhibit of that a document but I've been creating those things for years never got recognized and then years later Clifford Harris

Tiny Harris and their daughter and the Mocktail and Fisher-Price and MGA and Company they must've liked what they saying so they liked this so much and they seen the profit that he could make and they used it reproduced it stole it replicated it duplicated it in French the gives the likeness and did not pay but they knew they need to pay me in punitive damages negligence damages pain-and-suffering damages and damages just for me going through this and the courts can decide from everything that I said if I deserve any more damages from the damages that I'm axing for but right now I'm only axing for what they were given to the perpetrators that in French [illegible] and lied to the courts and stated that they were the ones that created a creation that I created and I have proof and [illegible] and dates and times and pictures and a bundle of evidence and it's all online and I want to ask the courts permission can I pull up my phone and pull up my evidence on my phone because I'm listed on Google online can I pull up my phone evidence in court and I'm asking for the judge to give me permission to do this

[signature] 12-10-24

image0.jpeg
73K

Can I have permation to Bring my Bank
well Journal Books, and other Document
and proof that I have to court
in person because Alot of it is too big
to Send to court I've sent Alot of picture
But have more in Book on line and

EX 3



NOTICE
MOTIO
SAG-AFTRA
MEMBER
Defendant(s).
ND TO
as soon thereafter as this matter may be hea
located at
This is you on
Paper On copy rights
at 1990 But wit
SAG its 1998
26 year ago
On Doc

EX 5



Gmail

American Post n Parcel <americanpostnparcel1012@gmail...

30 pm

message

wiss barbie Bone <kpwoc@icloud.com> Tue, Dec 10, 2024 at 4:1...
: americanpostnparcel1012@gmail.com

Arica Hayes matelyan
44509 gingham ave Lancaster calif
93535
In proper
Arica Hayes matelyan
United state district courts
Central district of calif
Case number 2:22-cv-06384-JVS-agr related case case number, briefing23-20-11548jvs-agr
Arica Hayes matelyan aka Swiss Barbie bone vs
Mattel and Fisher-Price INc and MGA inc and TI Clifford Harris et tameka tinyharris et. zonnique star pulling et omg lol dolls
3 name of the briefing
The Lanham act (15usc
the us trademark act
2
Summary
Plaintiff Arica Hayes matelyan aka Swiss Barbie one is the real creator of such trademark .
This trade mark started over 25 years ago I created such got rap cars album cover dolls made labels made car wraps books book cover social media present
Present on you tube was millions of follower until I was targeted and taking off line but I still have copy rights picture dates and times when such trade mark was created
All exhibit and evidence have been sent and submitted to the courts but I'm briefing the courts on what's happening as of today in real time
In conclusion Plaintive is asking for the amount of $71.5 million pay to the order of Arica Hayes Matelyan
From the following MGA entertainment Clifford TI HarrisMattel and Fisher-Price INCMGAINC Tameka tiny Harris ET zonnique star pulling omg , lol doll for copyright and trademark infringement coping a person taking credit for another person creation that you admired but didn't want to hire but Stold took copied replicated in French duplicated produced reproduced someone else Contant and used it after it was yours and claimed it as it was yours when you know you got it from somebody else online on YouTube Facebook MySpace Instagram etc.
3

Objective my objective is to know that you did not create this doll based on your age based on the fact that TI and tiny see me on Hollywood Boulevard in my OMG truck and after that they came out with a show which they traveled the role also I came out with a show on YouTube traveling the role in that car I'll travel to from LA to Palm Springs to Arizona to Texas I went through Atlanta I was in Louisiana Mississippi I also travel to my destinations which was Miami in Miami I roll the truck was rode all around Miami beach we done videos in the truck we promoted the truck and this was way back in 20 13
20 14
15 16 17 18 19 20 21 22 23 24 and it's is Finna be 25
In 2014 I met TI and tiny on Hollywood Boulevard in a sandwich shop next-door to a barber shop next-door to the copy shop when I rolled up in my OMGL O L truck handed him a CD with a song called Gucci Prada Louis also I'm Swiss Barbie and you already know the song was used by his daughter the OMG dolls they also copied the name OMG they also copied what was on the CD which was ... am star somethings are not erased off the internet somethings are still there so if you do the mathematics they came out with the show after I did I came out with my show in 2013 they came out with they show in 2015 they daughter came out with her music in about 2015 that was after she seen my rap vehicle after TI and tiny seen my rap vehicle and then they created we couldn't look Andra I don't know if I'm saying her name right but I think it's LaTendre they made a show with the Condra doing hair on the road which they copied my continent after I seen TI and tiny Tameka Harris in Clifford Harris in Hollywood on Hollywood Boulevard next door to a Barber shop a sandwich shop and a copy shop the only thing is there now is the barbershop because I was back in 2014 I want to say after 2014 and 2015 TI in came out with all of my Contant and had a daughter using my likeness my style and targeting me on YouTube calling me names but I never trip because I knew she was a little girl and I was a grown woman but I did create a Barbie doll wrap vehicles ... have banners that was on sunset on a bus stop I had billboards on bus stops on Sunset and Vine also on Gower and sunset in front the Denny's on the bus stop I had billboards with this stout and with this look in 2014til 25 I had a painting of me on Santa Monica ... as Palmas I've had my style has been all over the internet they called me weird but then they copied it and I'm gonna put in a cou... f pictures just to let you see what they did i also have the styles in these looks in Books so object my objection is the people who ...aimed that they created this trademark in the style and his likeness is not telling the truth they are fabricating
Sand6 keys and background
...genda Number four we are here in this courthouse is 355 on December 10 my gender is to let the courts know who is the owne... the creator who created this continent my agenda is to let the courts understand the dates the time and the mathematics with t...

Ex 4

| | | | |
|---|---|---|---|
| | | | 11/19/2024. Redacted Transcript Deadline set for 11/29/2024. Release of Transcript Restriction set for 1/27/2025. (dhs) (Entered: 10/29/2024) |
| 10/29/2024 | 🔒 | 1057 | TRANSCRIPT DAY 12, VOL. 2, for proceedings held on 9/20/2024 at 1:37 p.m. ****Transcript may be viewed at the court public terminal or purchased through Court Reporter DEBBIE HINO-SPAAN at: WEBSITE www.debbiehinospaan.com; E-mail, dhinospaan@yahoo.com before the deadline for Release of Transcript restriction. After that date, it may be obtained from the Court Reporter or through PACER. Additional formats of the transcript (ASCII, Condensed, and Word Indexing/Concordance) are also available to be purchased at any time through the Court Reporter. Notice of Intent to Redact due within 7 days of this date.** Redaction Request due 11/19/2024. Redacted Transcript Deadline set for 11/29/2024. Release of Transcript Restriction set for 1/27/2025. (dhs) (Entered: 10/29/2024) |
| 10/29/2024 | | 1058 | NOTICE OF FILING TRANSCRIPT filed for proceedings 9/3/2024 at 1:32 p.m.; 9/4/2024 at 1:32 p.m.; 9/5/2024 at 1:32 p.m.; 9/6/2024 at 1:32 p.m.; 9/10/2024 at 1:01 p.m.; 9/12/2024 at 1:30 p.m.; 9/13/2024 at 12:50 p.m.; 9/17/2024 at 1:28 p.m., 9/18/2024 at 1:30 p.m.; 9/19/2024 at 1:21 p.m.; 9/20/2024 at 1:37 p.m. re Transcript 1051, 1050, 1054, 1056, 1052, 1055, 1057, 1049, 1053, 1047, 1048 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dhs) TEXT ONLY ENTRY (Entered: 10/29/2024) |
| 11/12/2024 | | 1059 | ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON POST-TRIAL MOTIONS 1041 by Judge James V. Selna. See document for details. (es) (Entered: 11/13/2024) |
| 11/19/2024 | | 1060 | [IN CHAMBERS] SCHEDULING NOTICE by Judge James V. Selna: On its own motion, the Court hereby CONTINUES Defendant's Motion for Enhanced Damages Under the Lanham Act 1045 from Monday, December 16, 2024, at 1:30 p.m. to Monday, January 6, 2025, at 3:00 p.m., in accordance with the Court's Order Regarding Briefing Schedule on Post-Trial Motions 1059. The Court will hear all post-trial equitable motions (other than attorneys' fees) on January 6, 2025, at 3:00 p.m. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (eva) TEXT ONLY ENTRY Modified on 11/20/2024 (eva). (Entered: 11/19/2024) |

I'm part of the case profs

EX 7

Arika Hayes matdyan (Full Name)
44009 Gingham AVE (Email Address)
Lancaster CA (Address Line 1)
93535 (Address Line 2)
(Phone Number)
Arika Hayes matdyan In Pro Per
(Indicate Plaintiff or Defendant)

2024 OCT 11 PM 2:48
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF SANTA ANA
BY PG

Rueff
I'm part of the case

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Arika Hayes matdyan AKA Swiss Barbie Bone ET, Plaintiff,

vs.

metal and fisher price (INC) and MGA (INC) TI ET Tiny Harris ET Clifford Joseph Harris jr ET Tameka Tiny Harris ET Zonnique "STAR" pullins ET OMG, lol dolls, Defendant(s).

Case No.: 2-20-11548-JVS-AG

(Indicate Plaintiff or Defendant)'s

NOTICE OF MOTION AND Amend, Strick Judgement

MOTION X party, ADD on injunction, Stop Judgem- The plaintiff did not tell the court the truth Stop Judgment Demure, and mandate such action because and fact checks

Hearing Date:

Hearing Time:

Judge: (Judge's name)

Place: (courtroom number)

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on ______ (date) at ______ (time) or as soon thereafter as this matter may be heard in the above-entitled Court located at ______ (address of the Court in which the motion is being made)

Ex 6



EX D



EX C



YUM
YUM
Swiss Barbie Bone
Records
YouTube
HIP HOP SONG WRITER

Ex D



Ex C



EX B



EX A



ATTORNEY TO BE NOTICED

V.

represented by Arfax Hayes Matelyan
44009 Cunningham Avenue
Lancaster, CA 93535
PRO SE

represented by B'Ivory LaMarr
The LaMarr Firm, PLLC
5718 Westheimer Rd
Suite 1000
Houston, TX 77057
800-679-4600
Email: blamarr@bivorylamarr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Casie C. Alvarez
Lavely and Singer PC
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
310-556-3501
Email: calvarez@lavelysinger.com
*TERMINATED: 07/10/2023*

Christie B. Westmoreland
Mullin Richter and Hampton
Street, Suite 2750
77002

I want to believe that the courts made a mistake and sent this back to me because I do have a court case I did file a complaint and everything else that I needed to do to get this case with the injunction so therefore my court case is on January 1 and I am trying to find out if I can do a zoom call on this case plus I have discovery and this is also exhibit with a motion and this is also aThis is a briefing with a summary judgment

EX D



CM/ECF - California Central District

| | | | |
|---|---|---|---|
| | | | [illegible] 11/19/2024. Redacted Transcript Deadline set for 11/29/2024. Release of Transcript Restriction set for 1/27/2025. (dhs) (Entered: 10/29/2024) |
| 10/29/2024 | 🔒 | 1057 | TRANSCRIPT DAY 12, VOL. 2, for proceedings held on 9/20/2024 at 1:37 p.m. ****Transcript may be viewed at the court public terminal or purchased through Court Reporter DEBBIE HINO-SPAAN at: WEBSITE www.debbiehinospaan.com; E-mail, dhinospaan@yahoo.com before the deadline for Release of Transcript restriction. After that date, it may be obtained from the Court Reporter or through PACER. Additional formats of the transcript (ASCII, Condensed, and Word Indexing/Concordance) are also available to be purchased at any time through the Court Reporter. Notice of Intent to Redact due within 7 days of this date. ** Redaction Request due 11/19/2024. Redacted Transcript Deadline set for 11/29/2024. Release of Transcript Restriction set for 1/27/2025. (dhs) (Entered: 10/29/2024) |
| [illegible] | | 1058 | NOTICE OF FILING TRANSCRIPT filed for proceedings 9/3/2024 at 1:32 p.m.; 9/4/2024 at 1:32 p.m.; 9/5/2024 at 1:32 p.m.; 9/6/2024 at 1:32 p.m.; [illegible] at 12:50 p.m.; 9/10/2024 at 1:01 p.m.; 9/12/2024 at [illegible] p.m.; [illegible] at 1:21 p.m.; 9/17/2024 at 1:28 p.m.; 9/18/2024 at 1:30 p.m.; 9/19/2024 at [illegible]; 9/20/2024 at 1:37 p.m. re Transcript [illegible], 1050, 1054, 1056, 1052, 1055, 1057, 1049, 1053, 1047, 1048 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dhs) TEXT ONLY ENTRY (Entered: 10/29/2024) |
| [illegible] | | 1059 | ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON POST-TRIAL MOTIONS 1041 by Judge James V. Selna. See document for details. (es) (Entered: 11/13/2024) |
| [illegible] | | 1060 | (IN CHAMBERS) SCHEDULING NOTICE by Judge James V. Selna: On its own motion, the Court hereby CONTINUES Defendant's Motion for Enhanced [illegible] under the Lanham Act 1045 from Monday, December 16, 2024, at [illegible] Monday, January 6, 2025, at 3:00 p.m., in accordance with [illegible] Regarding Briefing Schedule on Post-Trial Motions 1059 [illegible] all post-trial equitable motions (other than [illegible] 6, 2025, at 3:00 p.m. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jvs) TEXT ONLY [illegible] (Entered: 11/1[illegible]) |

EX 7

Arika Hayes Matevyan (Full Name)
41009 Bunghare (Email Address)
Lancaster CA (Address Line 1)
93535 (Address Line 2)
(Phone Number)
In Pro Per

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF SANTA ANA BY: FD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Arika Hayes matevyan aka Swiss Barbie Bone ET
Plaintiff,

vs.

Mattel and fisher-price [illegible] MGA (ENE) [illegible] Harris ET [illegible] Stephen Harris jr et [illegible] Harris ET [illegible] STAE Collins ET [illegible], Lol dolls
Defendant(s).

Case No. [illegible] JVS - AG

NOTICE OF MOTION AND Amend Strick Judgement MOTION X party, ADD ON injunction, Stop Judgement The plaintiff did not tell the court the truth Stop Judgment Demure, mandate such action because [illegible]

Hearing Date:

Hearing Time:

Judge: (Judge's name)

Place: (courtroom number)

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on [illegible] at [illegible] (time)

[illegible] above-entitled Court

EX 6



Ex 5



Gmail    American Post [illegible] parcel1012@gm[illegible]

:30 pm

wiss barbie Bone <[illegible]@icloud.com>
To: americanpostnparcel1012@gmail.com

Tue, Dec 10, 2024 at 4:[illegible]

[illegible] Hayes matelyan
[illegible] gingham ave Lancaster calif
[illegible]
In proper
Arika Hayes matelyan
United state district courts
Central district of calif    Santa Ana
Case number 2:22-cv-04384-[illegible] related case case number, briefing 23-20-11548 [illegible]
Arika Hayes matelyan aka Swiss Barbie bone vs
Mattel and Fisher-Price INC and MGA inc and TI Clifford Harris [illegible] tiny harris et, zonnique star pulling ef omg lol dolls
3 name of the briefing
The Lanham act (15usc
the us trademark act
2
Summary
Plaintiff Arika Hayes matelyan aka Swiss Barbie one is the real creator of such trademark
This trade mark started over 25 years ago I created such got rap cars album cover dolls made labels made car wraps books book cover social media present
Present on you tube was millions of follower until I was targeted and taking off line but I still have copy rights picture dates and times when such trade mark was created
All exhibits and evidence have been sent and submitted to the courts but I'm briefing the courts on what's happening as of today in real time
In conclusion Plaintive is suing for the amount of $71.5 million pay to the order of Arika Hayes Matelyan
From the following MGA entertainment Clifford TI Harris Mattel and Fisher-Price [illegible] Tameka tiny Harris ET zonnique star pulling omg , lol doll for copyright and trademark infringement coping a person taking credit for another person creation that you admired but didn't want to hire but Stole took copied replicated in French duplicated produced reproduced someone else Content and used it after it was yours and claimed it as it was yours when you know you got it from somebody else online on YouTube Facebook MySpace Instagram etc.
3

Objective my objective is to know that you did not create this doll based on your age based on the fact that TI and tiny see me on Hollywood Boulevard in my OMG truck and after that they came out with a show which they traveled the role also I came out with a show on YouTube traveling the role in that car I'll travel to from LA to Palm Springs to Arizona to Texas I went through Atlanta I was in Louisiana Mississippi I also travel to my destinations which was Miami in Miami I roll the truck was [illegible] all around Miami beach we done videos in the truck we promoted the truck and this was way back in 20 13
20 14
15 16 17 18 19 20 21 22 23 24 and it's is Finna be 25
In 2014 I met TI and tiny on Hollywood Boulevard in a sandwich shop next-door to a barber shop next-door to the copy shop when I rolled up in my OMGL O L truck handed him a CD with a song called Gucci Prada Louis also I'm Swiss Barbie and you already know the song was used by his daughter the OMG dolls they also copied the name OMG they also copied what was on the CD which was lol art star somethings are not erased off the internet somethings are still there so if you do the mathematics they came out with the show after I did I came out with my show in 2013 they came out with they show in 2015 they daughter came out with her music in about 2015 that was after she seen my rap vehicle after TI and tiny seen my rap vehicle and then they created we couldn't look Andra I don't know if I'm saying her name right but I think it's LaTendre they made a show with the Condra doing hair on the road which they copied my continent after I seen TI and tiny Tameka Harris in Clifford Harris in Hollywood on Hollywood Boulevard next door to a Barber shop a sandwich shop and a copy shop the only thing is there now is the barbershop because I was back in 2014 I want to say after 2014 and 2015 TI in came out with all of my Content and had a daughter using my likeness my style and targeting me on YouTube calling me names but I never trip because I knew she was a little girl and I was a grown woman but I did create a Barbie doll wrap vehicles [illegible] have banners that was on sunset on a bus stop I had billboards on bus stops on Sunset and Vine also on Gower and sunset in front [illegible] Denny's on the bus stop I had billboards with this stout and with this look in 2014 [illegible] 25 I had a painting of me on Santa Monica in [illegible] Palmas I've had my style has been all over the Internet they called me weird but then they copied it and I'm gonna put in a cou[illegible] [illegible] pictures just to let you see what they did I also have the styles in these looks in Books so object my objection is the people who [illegible] that they created this trademark in the style and his likeness is not telling the truth they are fabricating
Sand[illegible] keys and background
[illegible]enda Number four we are here in this courthouse is 355 on December 10 my gender is to let the courts know who is the owner [illegible] the creator who created this content I my agenda is to let the courts [illegible] the dates the time and the mathematics with [illegible]

Ex 4



Oakland California the bay area and in our schools they teach us Evonik's so I grew up using Ebonics I grew up [illegible] [illegible] language called Ebonics [illegible] Ebonics [illegible] teacher [illegible] and I've been implementing these Ebonics and lyrics and slang in my rap music [illegible] years my [illegible] trademark my creations but I've 1980 my first trademark and copyright was in 1980 when I first started learning [illegible] rouse songs and most of my creations was created before 1990 so ZONNIQUE "pooling could not have created any of this material cause I created OMG

I have a list of witnesses Sandra G Patricia sister P Swayze Weezy Nicole Dimon Kon MC Hammer Too Short the Loneys my school teachers we can go back to school teachers I have uncles Ricky Eddie Damascan am I all my brothers everybody speaks this language we've been doing this for years my mother has been doing this for years her and her friends Number five in conclusion people have been stealing my Contant for years so I went to law school I went to a law school for copyright infringement that's what I specialize in I'm not an attorney but I did go to school for it I also went to psychology class I also got my certificates for directing and promotion I am a SAG member in screen actors Guild and I've been writing songs I've been registered with them with the name Swiss Barbie bone for years and I will give you a sample of that exhibit of that a document but I've been creating those things for years never [illegible] recognized and then years later Clifford Harris

[illegible] Harris and their daughter and the Mocktail and Fisher-Price and MGA and Company they must've liked what they saying so they [illegible] so much and they seen the profit that he could make and they used it reproduced it stole it replicated it duplicated it in French [illegible] the likeness and did not pay but they knew they need to pay me in punitive damages negligence damages pain-and-suffering damages and damages just for me going through this and the courts can decide from everything that I said if I deserve any more damages from the damages that I'm asking for but right now I'm only asking for what they were given to the perpetrators that in French [illegible] and lied to the courts and stated that they were the ones that created a creation that I created and I have proof and [illegible] and dates and times and pictures and a bundle of evidence and it's all online and I want to ask the courts permission can I [illegible] up my phone and pull up my evidence on my phone because I'm listed on Google online can I pull up my phone evidence in court and I'm asking for the judge to give me permission to do that

[illegible] 12-10-24

image6.jpeg
73K

Can I have permission to Bring my [illegible] [illegible] Books, and other Documents and proof that I have to court in person because Alot of it is too big to send to court I've sent Alot of pictures But have more in book on line [illegible]

EX 3

44009 [illegible] Ave
Lancaster Calif. 93535

SANTA CLARITA CA 913
11 DEC 2024 PM 3 L

HAPPY

processing

Ronald Reagan Federal Building
411 W 4th St - Suite 1-053
Santa Ana CA 92701

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 13 [illegible]
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

92701-450095

Ex 2

Gmail American Post'n Parcel <americanpostnparcel1012@gmail.com>

**wd: This is a I'm hoping this was a mistake I do have a case listed in my court date is anuary 6, 2025 at 3 o'clock I was trying to get permission for a zoom call I got a letter back I ink this is a mistake if it's not as misconduct destroying and getting rid of the evidence I 'ould hope that's not what this is being as though everybody took the oat to be truthful And onest so I would hope that this is not a gimmick to get rid of my documents my evidence ly exhibits I hope this is not a tort and I hope this is not interruption interference in this aseto be honest but however I do have a court date on 6 November according to the ocuments and I am on the doc exhibits show if it was done purpose I'll will file a tort for iterruption interference in the case misconduct**

nessage

**viss barbie Bone** <kpwoc@icloud.com> Fri, Dec 20, 2024 at 11:43 AI
: americanpostnparcel1012@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Swiss barbie Bone <kpwoc@icloud.com>
> **Date:** December 19, 2024 at 9:06:21 PM PST
> **To:** jvs~chambers@cacd.uscourts.gov
> **Cc:** jvs_chambers@cacd.uscourt.gov
> **Subject: Fwd: This is a I'm hoping this was a mistake I do have a case listed in my court date is January 6, 2025 at 3 o'clock I was trying to get permission for a zoom call I got a letter back I think this is a mistake if it's not as misconduct destroying and getting rid of the evidence I would hope that's not what this is being as though everybody took the oat to be truthful And honest so I would hope that this is not a gimmick to get rid of my documents my evidence my exhibits I hope this is not a tort and I hope this is not interruption interference in this caseto be honest but however I do have a court date on 6 November according to the documents and I am on the doc exhibits show if it was done purpose I'll will file a tort for Interruption interference in the case misconduct**
>
> Arika Hayes matelyan
> 44009 gingham
> Ave Lancaster calif
> 5103025366
> United States District Court Central District of California southern division Santa Anna California
> Case number 20-20-11548 -I've-shy
> Tort Interruption in a Ference losing documents overlooking documents overlooking pleadings overlooking paperwork violating my copy rice to my trademark rights violating my civil rights in my constitutional rights and violating my equal rights and my civil rights
>
>> **From:** Swiss barbie Bone <kpwoc@icloud.com>
>> **Date:** December 19, 2024 at 8:55:12 PM PST
>> **To:** jvs_chambers@cacd.uscourt.gov
>> **Cc:** jvs~chambers@cacd.uscourts.gov
>> **Subject: This is a I'm hoping this was a mistake I do have a case listed in my court date is January 6, 2025 at 3 o'clock I was trying to get permission for a zoom call I got a letter back I think this is a mistake if it's not as misconduct destroying and getting rid of the evidence I would hope that's not what this is being as though everybody took off to be honest but however I do have a court date on 6 November according to the documents and I am on the doc exhibits show if it was done purpose I'll will file a tort for Interruption interference in the case misconduct**

Oakland California the bay area and in our schools they teach us Evonks so I grew up using Ebonics I grew up using different making up language making up Pranav Pranav fiancé and a pronouns Evonks is Oakland California schools teaches a language called Ebonics and I've been implementing these Ebonics and lyrics and slang in my rap music that they copy for years my first copyrights were in 1990 my first trademark and copyright was in 1990 when I first started learning how to copyright and trademark my creations but I've route songs and most of my creations was created before 1990 so ZONNIQUE*pooling could not have created any of this material cause I created OMG

I have a list of witnesses Sandra G Patricia sister P Swayze Weezy Nicole Dimon Ken MC Hammer Too $hort the Loneys my school teachers we can go back to school teachers I have uncles Ricky Eddie Damașcan am I all my brothers everybody speaks this language we've been doing this for years my mother has been doing this for years her and her friendsNumber five in conclusion people have been stealing my Contant for years so I went to law school I went to a law school for copyright infringement that's what I specialize in I'm not an attorney but I did go to school for it I also went to psychology class I also got my certificates for directing and promotion I am a SAG member in screen actors Guild and I've been writing songs I've been registered with them with the name Swiss Barbie bone for years and I will give you a sample of that exhibit of that a document but I've been creating these things for years never got recognized and then years later Clifford Harris

Tiny Harris and their daughter and the Mocktail and Fisher-Price and MGA and Company they must've liked what they saying so they liked this so much and they seen the profit that he could make and they used it reproduced it stole it replicated it duplicated it in French dip gives the likeness and did not pay but they knew they need to pay me in punitive damages negligence damages pain-and-suffering damages and damages just for me going through this and the courts can decide from everything that I said if I deserve any more damages from the damages that I'm axing for but right now I'm only axing for what they were given to the perpetrators that in French India piracy and lied to the courts and stated that they were the ones that created a creation that I created and I have proof and documents and dates and times and pictures and a bundle of evidence and it's all online and I want to ask the courts permission can I pull up my phone and pull up my evidence on my phone because I'm listed on Google online can I pull up my phone evidence in court and I'm axing for the judge to give me permission to do that

Ann Hays mutyce 12-10-24

---

**image0.jpeg**
73K

EX A 1

Can I have permition to Bring my Book well servial Books, and other Document and proof thet I have to court in person because Alot of it is too big to Send to court I're sent Alot of picture But have more in Book on line and.

| | | |
|---|---|---|
| | | 11/19/2024. Redacted Transcript Deadline set for 11/29/2024. Release of Transcript Restriction set for 1/27/2025. (dhs) (Entered: 10/29/2024) |
| 10/29/2024 | 1057 | TRANSCRIPT DAY 12, VOL. 2, for proceedings held on 9/20/2024 at 1:37 p.m. ****Transcript may be viewed at the court public terminal or purchased through Court Reporter DEBBIE HINO-SPAAN at: WEBSITE www.debbiehinospaan.com; E-mail, dhinospaan@yahoo.com before the deadline for Release of Transcript restriction. After that date, it may be obtained from the Court Reporter or through PACER. Additional formats of the transcript (ASCII, Condensed, and Word Indexing/Concordance) are also available to be purchased at any time through the Court Reporter. Notice of Intent to Redact due within 7 days of this date.** Redaction Request due 11/19/2024. Redacted Transcript Deadline set for 11/29/2024. Release of Transcript Restriction set for 1/27/2025. (dhs) (Entered: 10/29/2024) |
| 10/29/2024 | 1058 | NOTICE OF FILING TRANSCRIPT filed for proceedings 9/3/2024 at 1:32 p.m.; 9/4/2024 at 1:32 p.m.; 9/5/2024 at 1:32 p.m.; 9/6/2024 at 1:32 p.m.; 9/10/2024 at 1:01 p.m.; 9/12/2024 at 1:30 p.m.; 9/13/2024 at 12:50 p.m.; 9/17/2024 at 1:28 p.m.; 9/18/2024 at 1:30 p.m.; 9/19/2024 at 1:21 p.m.; 9/20/2024 at 1:37 p.m. re Transcript 1051 , 1050 , 1054 , 1056 , 1052 , 1055 , 1057 , 1049 , 1053 , 1047 , 1048 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dhs) TEXT ONLY ENTRY (Entered: 10/29/2024) |
| 11/12/2024 | 1059 → | ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON POST-TRIAL MOTIONS 1041 by Judge James V. Selna. See document for details. (es) (Entered: 11/13/2024) |
| 11/19/2024 Example → | 1060 | [IN CHAMBERS] SCHEDULING NOTICE by Judge James V. Selna: On its own motion, the Court hereby CONTINUES Defendant's Motion for Enhanced Damages Under the Lanham Act 1045 from Monday, December 16, 2024, at 1:30 p.m. to Monday, January 6, 2025, at 3:00 p.m., in accordance with the Court's Order Regarding Briefing Schedule on Post-Trial Motions 1059 . The Court will hear all post-trial equitable motions (other than attorneys' fees) on January 6, 2025, at 3:00 p.m. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (eva) TEXT ONLY ENTRY Modified on 11/20/2024 (eva). (Entered: 11/19/2024) |

EX AAA

Judge James Told me I did not do any Doc correct after conspiracy allegy Payola Because Doc 1059 said it was correct why did I get a court date in the beginning

Arika Hayes matelyan
44009 gingham ave
Lancaster calif
93535.

Case number cv20-2011548jvs-agr

Us district court Sanaa Ana

CV 2020115 48JVS-Agr

Arika Hayes matelyan. Appeal this case to the 9th circuit vin San Francisco calif

11-4, 12,
Local civil Rule

Vs

Clifford Harris atl

Vacated doc was sent to the wrong address they had the wrong address on file

And the clerk name ———————— but the wrong case number in such case

This is a tort interruption interference I wanna foul rule 333 I want a foul civil code 1202 I want to file unfair treatment I wanna foul bad faith treatment I wanna foul discrimination I want to falcon spirits the I want to file that the judge is not an honest judge I want to file allegedly somebody has been paid under the table

A tort interruption interference misconduct malpractice Lulu documents return documents as well as giving out wrong case numbers on the document and I have exhibits and discovery 501(c) read

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
255 E Temple St, Room 180
Los Angeles, CA 90012
213 894-3535

BRIAN D. KARTH
District Court Executive and
Clerk of Court

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501

CD005

12162

December 16, 2024

Bad faith

Rule 333

Arika Hayes
44009 Gingham Ave
Lancaster, CA 93535

Re: Mail Received by the U.S. District Court, Central District of California

Dear Arika Hayes:

On December 13, 2024, we received the document(s) you sent to the United States District Court for the Central District of California. However, this court has no record of any previous complaint filed in your name, and a review of the court's docket reflects there are no pending cases in this court in which you are a party. The court cannot file your document(s) or otherwise act upon them unless you identify an existing case in this court to which they relate, or choose to initiate a new case in this court. Accordingly, your document(s) are being returned to you.

If you have a case pending in a different federal district court, or in a state Superior Court, you must contact that court directly. If you wish to initiate a new case in this court, information about filing a civil case without a lawyer can be found on the court's website at www.cacd.uscourts.gov. Look for the "People Without Lawyers" link at the top of the court's homepage. In addition, we have enclosed information to help you file a case if that is what you want to do; please review it before proceeding.

Sincerely,

P. Deason
Deputy Clerk, U.S. District Court



Arika Hoyjo-Mandyan
AKA Swiss Barbie Bone ET
Plaintiff,

vs.

Metal and Fishnerprise (INC) and MGA (INC)
TI ETTIAI Harris ET
Clifford Josphen Harris jr ET
Defendant(s).
Tameka Tiny Harris ET
Zonnique "STAR" pullins ET

(indicate Plainti
NOTICE
MOTIO
injun
the pl
tell
Stop
Hearin
Heari
Judg
Place

ND TO

on ______

or as soon thereafter as this matter may be hea

located at ______

(address of the Court in

This is yeu on paper On copy rights at 1990 But wit SAG its 1998 26 year ago.

On DOC.

Gmail American Post n Parcel <americanpostnparcel1012@gmail.com>

;30 pm
message

wiss barbie Bone <kpwoc@icloud.com> Tue, Dec 10, 2024 at 4:16 PI
o: americanpostnparcel1012@gmail.com

Arika Hayes matelyan
44009 gingham ave Lancaster calif
93535
In proper
Arika Hayes matelyan
United state district courts
Central district of calif SANTA ANA.
Case number 2:22-cv-08384-Jo's-agr related case case number. Briefing20-20-11548jvs-agr
Arika Hayes matelyan aka Swiss Barbie bone vs
Mattel and Fisher-Price INc and MGA inc and TI Clifford Harris et tTamika tinyharris et zonnique star pulling et omg lol dolls
1 name of the briefing
The Lanham act (15uso
the us trademark act
2
Summery
Plaintiff Arika Hayes matelyan aka Swiss Barbie one is the real creator of such trademark .
This trade mark started over 25 years ago I created such got rap cars album cover dolls made labels made car wraps books book cover social media present
Present on you tube was millions of follower until I was targeted and taking off line but I still have copy rights picture dates and times when such trade mark was created
All exhibit and evidence have been sent and submitted to the courts but I'm briefing the courts on what's happening as of today in real time
In conclusion Plaintive is axing for the amount of $71.5 million pay to the order of Arika Hayes Metelyan
From the following MGA entertainment Clifford TI HarrisMattel and Fisher-Price IMCMGAISC Tameka tiny Harris ET' zonnique star pulling omg , lol doll for copyright and trademark infringement coping a person taking credit for another person creation that you admired but didn't want to hire but Stoldt took copied replicated in French duplicated produced reproduced someone else Contant and used it after it was yours and claimed it as it was yours when you know you got it from somebody else online on YouTube Facebook MySpace Instagram etc.
3

Objective my objective is to know that you did not create this doll based on your age based on the fact that TII and tiny see me on Hollywood Boulevard in my OMG truck and after that they came out with a show which they traveled the role also I came out with a show on YouTube traveling the role in that car I'll travel to from LA to Palm Springs to Arizona to Texas I went through Atlanta I was in Louisiana Mississippi I also travel to my destinations which was Miami in Miami I roll the truck was rode all around Miami beach we done videos in the truck we promoted the truck and this was way back in 20 13
20 14
15 16 17 18 19 20 21 22 23 24 and it's is Finna be 25
In 2014 I met TI and tiny on Hollywood Boulevard in a sandwich shop next-door to a barber shop next-door to the copy shop when I rolled up in my 0MGL O L truck handed him a CD with a song called Gucci Prada Louis also I'm Swiss Barbie and you already know the song was used by his daughter the OMG dolls they also copied the name OMG they also copied what was on the CD which was lol am star somethings are not erased off the Internet somethings are still there so if you do the mathematics they came out with the show after I did I came out with my show in 2013 they came out with they show in 2015 they daughter came out with her music in about 2015 that was after she seen my rep vehicle after TI and tiny seen my rap vehicle and then they created we couldn't look Andra I don't know if I'm saying her name right but I think it's LeTendre they made a show with the Condra doing hair on the road which they copied my continent after I seen TI and tiny Tameka Harris in Clifford Harris in Hollywood on Hollywood Boulevard next door to a Barber shop a sandwich shop and a copy shop the only thing is there now is the barbershop because I was back in 2014 I want to say after 2014 and 2015 TI in came out with all of my Contant and had a daughter using my likeness my style and targeting me on YouTube calling me names but I never trip because I knew she was a little girl and I was a grown woman but I did create a Barbie doll wrap vehicles I have banners that was on sunset on a bus stop I had billboards on bus stops on Sunset and vine also on Gower and sunset in front of the Denny's on the bus stop I had billboards with this stout and with this look in 2014til 25 I had a painting of me on Santa Monica in Las Palmas I've had my style has been all over the Internet they called me weird but then they copied it and I'm gonna put in a couple of pictures just to let you see what they did I also have the styles in these looks in Books so object my objection is the people who claimed that they created this trademark in the style and his likeness is not telling the truth they are fabricating
4-5and6 keys and background
Agenda Number four we are here in this courthouse is 355 on December 10 my gender is to let the courts know who is the owner who is the creator who created this continent my agenda is to let the courts understand the dates the time and the mathematics with these

Gmail American Post n Parcel <americanpostnparcel1012@gmail.com

**Fwd: This is a I'm hoping this was a mistake I do have a case listed in my court date is January 6, 2025 at 3 o'clock I was trying to get permission for a zoom call I got a letter back I think this is a mistake if it's not as misconduct destroying and getting rid of the evidence I would hope that's not what this is being as though everybody took the oat to be truthful And honest so I would hope that this is not a gimmick to get rid of my documents my evidence my exhibits I hope this is not a tort and I hope this is not interruption interference in this caseto be honest but however I do have a court date on 6 November according to the documents and I am on the doc exhibits show if it was done purpose I'll will file a tort for interruption interference in the case misconduct**

message

**wiss barbie Bone** <kpwoc@icloud.com> Fri, Dec 20, 2024 at 11:43 AI
o: americanpostnparcel1012@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Swiss barbie Bone <kpwoc@icloud.com>
> **Date:** December 19, 2024 at 9:06:21 PM PST
> **To:** jvs~chambers@cacd.uscourts.gov
> **Cc:** jvs_chambers@cacd.uscourt.gov
> **Subject: Fwd: This is a I'm hoping this was a mistake I do have a case listed in my court date is January 6, 2025 at 3 o'clock I was trying to get permission for a zoom call I got a letter back I think this is a mistake if it's not as misconduct destroying and getting rid of the evidence I would hope that's not what this is being as though everybody took the oat to be truthful And honest so I would hope that this is not a gimmick to get rid of my documents my evidence my exhibits I hope this is not a tort and I hope this is not interruption interference in this caseto be honest but however I do have a court date on 6 November according to the documents and I am on the doc exhibits show if it was done purpose I'll will file a tort for Interruption interference in the case misconduct**
>
> Arika Hayes matelyan
> 44009 gingham
> Ave Lancaster calif
> 5103025366
> United States District Court Central District of California southern division Santa Anna California
> Case number 20-20-11548 -I've-shy
> Tort Interruption in a Ference losing documents overlooking documents overlooking pleadings overlooking paperwork violating my copy rice to my trademark rights violating my civil rights in my constitutional rights and violating my equal rights and my civil rights
>
>> **From:** Swiss barbie Bone <kpwoc@icloud.com>
>> **Date:** December 19, 2024 at 8:55:12 PM PST
>> **To:** jvs_chambers@cacd.uscourt.gov
>> **Cc:** jvs~chambers@cacd.uscourts.gov
>> **Subject: This is a I'm hoping this was a mistake I do have a case listed in my court date is January 6, 2025 at 3 o'clock I was trying to get permission for a zoom call I got a letter back I think this is a mistake if it's not as misconduct destroying and getting rid of the evidence I would hope that's not what this is being as though everybody took off to be honest but however I do have a court date on 6 November according to the documents and I am on the doc exhibits show if it was done purpose I'll will file a tort for Interruption interference in the case misconduct**



Exhibit IIII

[illegible]

ATTORNEY TO BE NOTICED

I'm part of the case

V.
Movant
Arika Hayes Matelyan

represented by Arika Hayes Matelyan
44009 Cuningham Avenue
Lancaster, CA 93535
PRO SE

V.
Defendant
Clifford T.I. Harris

represented by B'Ivory LaMarr
The LaMarr Firm, PLLC
5718 Westheimer Rd
Suite 1000
Houston, TX 77057
800-679-4600
Email: blamarr@bivorylamarr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Cesie C. Alvarez
Lavely and Singer PC
2049 Century Park East, Suite 2400
Los Angeles, CA 90067
310-556-3501
Email: calvarez@lavelysinger.com
*TERMINATED: 07/10/2023*

Chante B. Westmoreland
Sheppard Mullin Richter and Hampton LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
713-431-7100
Fax: 713-431-7101
Email: cwestmoreland@sheppardmullin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

David C Scheper
Winston and Strawn LLP

12/2/2024

I want to believe that the courts made a mistake and sent this back to me because I do have a court case I did file a complaint and everything else that I needed to do to get this case with the injunction so therefore my court case is on January 1 and I am trying to find out if I can do a zoom call on this case plus I have discovery and this is also exhibit with a motion and this is also aThis is a briefing with a summary judgment

EX D

Bigger Example

Movant

Arika Hayes Matelyan

V.

Defendant

Clifford T.I. Harris

USPS GROUND ADVANTAGE™
barbie bone
44009 gingham ave
Lancaster CA 93535-3736
SHIP TO:
UNITED DIST COURT CIVIC CTR
350 W 1st St
Los Angeles CA 90012-4536
USPS TRACKING #
9400 1112 0623 9781 7653 56