Carika Hayes Matelyan
44009 Gingham Ave
Lancaster CA 93535

FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1/6/2024 on file
Docked court date was
united state district court
of appeal. it to the
ninth circuit
case number CV 20 11 58 JVS
Vacate the Judge vacate
Injunction 12bc1
and confine case
as followed.

Carin Hayes matiyan
AKA Swiss Barbie Bone
VS
Clyford Harris ET, ATL
Negligent misconduct
Case was vacated on Dec 11, 2024
By Jame V Sunef/Related cases 2-19-CV-06470 Rule 333
I'm protesting his Judgement Base on unjust
It's A fact that after the 9th on 10 Rule 12101
when you got my Doc Judge Jame V Sunef
you vacaid my case on the next
Day After Seeing on and reviewing
Exhibit Evadence to make me when
the case when in fact Everything
was Done correct or I would no
what happen in one days
have a court date on Jan 6, 2024
had you vacated. I filed on 12-10-2024 Breif Exhibit
discovery and 1 day later pay ofe Aldigity.

 Gmail

American Post n Parcel <americanpostnparcel1012@gmail.com>

**111111111 Fwd: I'mFwd: This is a I'm hoping this was a mistake I do have a case listed in my court date is January 6, 2025 at 3 o'clock I was trying to get permission for a zoom call I got a letter back I think this is a mistake if it's not as misconduct destroying and getting rid of the evidence I would hope that's not what this is being as though everybody took off to be honest but however I do have a court date on 6 November according to the documents and I am on the doc exhibits show if it was done purpose I'll will file a tort for Interruption interference in the case misconduct**

1 message

Swiss barbie Bone <kpwoc@icloud.com>  Fri, Dec 20, 2024 at 4:05 PM
To: jvs_chambers@cacd.uscourt.gov
Cc: jvs~chambers@cacd.uscourts.gov

Download full resolution images
Available until Jan 19, 2025



And like I said in the complete to Clifford Harris and Toni tameka Harris was in a rap case not create my content exhibit show what you choose to ignor the fact and go against the correct rightful owner but appeals or the judge judge can decide this action and moving part when it come to your judgement Not looking at the facts and evidence and exhibit but based on looking at allegedly payola allegedly payola allegedly payola allegedly payola

Begin forwarded message:

From: Swiss barbie Bone <kpwoc@icloud.com>
Date: December 20, 2024 at 3:53:00 PM PST
To: jvs_chambers@cacd.uscourt.gov
Cc: jvs~chambers@cacd.uscourts.gov
Subject: Fwd: I'mFwd: This is a I'm hoping this was a mistake I do have a case listed in my court date is January 6, 2025 at 3



EX 10

1  Arika Hayes matelyan (Full Name)
2  41009 Bunghant Ave (Email Address)
3  Lancaster CA (Address Line 1)
4  93535 (Address Line 2)
5  _____ (Phone Number)
6  Ana Hays meetye In Pro Per
7  (Indicate Plaintiff or Defendant)

2024 OCT 11 PM 2:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY ___PO___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case No.: 2-20-11548-JVS-AG

Arika Hayes-matelyan
AKA Swiss Barbie Bone ET
Plaintiff,
vs.
metal and fisherprice
(INC) and MGA (INE)
TI ET TINI Harris ET
Clifford) osphen Harris jr ET
Tameka Tiny Harris ET
Zonnique "STAR" pullins ET
OMG, lol dolls
Defendant(s).

NOTICE OF MOTION AND Amend &
MOTION X party, ADD on
Strick Judgement;
injunction, Stop Judgem-
The plaintiff did not
tell the court the truth
Stop Judgment Demure, and
mandate Such action because
Hearing Date: ___ and infancies
Hearing Time: ___
Judge: ___ (Judge's name)
Place: ___ (courtroom number)

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that on _____ (date) at _____ (time),
or as soon thereafter as this matter may be heard in the above-entitled Court
located at _____

Exhibit
10111



EX.1100



4:02 PM

**People.com**
people.com

## T.I. and Tiny Harris Seek Dismissal of 2005 Sexual Assault Case Filed by Ai...

Jul 5, 2024 — ... Rape Case Outcome, Calls Accuser a 'Vicious Liar' in Social Media Rant: 'We Are Not Done Yet'.

**CBS News**
https://www.cbsnews.com › news

## Sexual assault case against T.I. and Tiny dismissed in Los Angeles

Sep 17, 2021 — Sexual assault case against T.I. and Tiny dismissed in Los Angeles ... rape, and intimidation." Both T.I. and Tiny are known for their ...

### People also search for

t.i. and tiny allegations trafficking 2023

t.i. and tiny 2024

t.i. and tiny investigation update

T.I. and Tiny divorce

Q TI and tiny rape case

Exhibit 1010




T-Mobile Wi-Fi 4:02 PM

G2024gle Sign in

TI and tiny rape case

All Images Videos News Short videos Forum

The New York Times
www.nytimes.com

T.I. and Tiny Are Accused of Rape in Lawsuit

Jan 3, 2024 — T.I. and Tiny Are Accused of Rape in Lawsuit ... The Atlanta rapper and his wife, who have denied the allegations, are accused of drugging and ...

Los Angeles Times
www.latimes.com

T.I., Tiny deny sexual assault, drugging claims in lawsuit

Jan 3, 2024 — In March 2021, T.I. and Tiny faced allegations of "forced drugging, kidnapping, rape and intimidation" spanning more than 15 years from more ...

People.com
people.com

AA TI and tiny rape case

Ex 1011

o'clock I was trying to get permission for a zoom call I got a letter back I think this is a mistake if it's not as misconduct destroying and getting rid of the evidence I would hope that's not what this is being as though everybody took off to be honest but however I do have a court date on 6 November according to the documents and I am on the doc exhibits show if it was done purpose I'll will file a tort for Interruption interference in the case misconduct

Download full resolution images
Available until Jan 19, 2025

I want to start this motion off by saying hi DeMar in opposition to vacate and order that my case day based on the fax the timelines the dates the times the exhibit the pictures and the lies will you lie to a court that's a crime lien in the court and if the judge allow a person to lie in court then what does that say for the judge it says a lot about your character in your body language I'm here to fight for my rights and nothing more and I will fight to the end because this fight is not with me God gave me the talent and somebody is stealing it from me which is Steph piracy likeness stealing replication duplication reproduction reproducing transmitting it's a whole bunch of things that wire in jet put it in junction on this case and I still ask for the injunction to stay in Fowler 12 BC on whoever is trying to stop this case Fowler 12 DC10 whoever is trying to vacate this case it's unusual and weird and obtuse for me to have given you my evidence that's gonna prove my case and then two days later or one day later when you see my evidence and you know I could win the case you vacate the case what are you afraid of Judge James V Selna what are you afraid of are you afraid of the truth are you afraid of justice I thought you wasn't Attorney I thought she was a lawyer I thought she was a judge I thought you took it off to be honest and allegedly it's against the law to let somebody lie in court that's a strike and I ask for somebody to be penalized for these lies that they let go all in the courts and didn't wanna do nothing about it after they was addressed an app came to the forefront of the courts I would think that the judge would want justice and not to obstruct justice and not to do tortures inner timent interruption or interruption interference or try to stop somebody's career and related cases I've already filed cases on this particular case before y'all told me I didn't have a merit and the case number is CV 12 7974SVW Percy Anderson another one to see before 7972MAN judge wool CV nine blank that CV 12 7972S Vw cv127974man similar cases that I already filed in this court when they told me I didn't have no merit but they turn around and give merit to someone else who filed the case way from 2012 1314 1516 1718 1920 do the math and if it don't fit you must acquit and continue the case but if you choose not to continue the case then that is obstruction of justice in entertainment interference and entertainment interruptions and torches in eruption interference and it's against the law to even let somebody lie do piracy likeness and you see it and you don't wanna do nothing about it that's obstruction of justice 3 Rd. 333 wall 12101 in a court of law fair use bad faith no good faith that faith torturous going against the constitutional copyright and trademark rules of the constitutionAnd I will be sending this to San Francisco to the judge so they can review this and see if you did everything right and this is not a threat I do not do it I'm talking about lol I'm talking about how the law works I didn't make the law up the constitution did y'all only made it up for high people people with money no the law is equal and I won't equal rights I don't give a dang how many Atterney's they got a fight them all

From: Swiss barbie Bone <kpwoc@icloud.com>
Date: December 20, 2024 at 2:52:42 PM PST
To: jvs_chambers@cacd.uscourt.gov
Cc: jvs_chambers@cacd.uscourt.gov
**Subject: I'mFwd: This is a I'm hoping this was a mistake I do have a case listed in my court date is January 6, 2025 at 3 o'clock I was trying to get permission for a zoom call I got a letter back I think this is a mistake if it's not as misconduct destroying and getting rid of the evidence I would hope that's not what this is being as though everybody took off to be honest but however I do have a court date on 6 November according to the documents and I am on the doc exhibits show if it was done purpose I'll will file a tort for Interruption interference in the case misconduct**

Download full resolution images
Available until Jan 19, 2025

Sent from my iPhone

Begin forwarded message: and I'm sending this in good faith not by faith not bad treatment not unconstitutional but ethics rule 333 rule 12102 bad faith prejudice disparity of treatment unconstitutional and to make matters worse you're doing obstructive justice as well is tortuous innards interference

From: Swiss barbie Bone <kpwoc@icloud.com>
Date: December 19, 2024 at 9:22:19 PM PST
To: jvs~chambers@cacd.uscourts.gov
Cc: jvs_chambers@cacd.uscourt.gov
**Subject: Fwd: This is a I'm hoping this was a mistake I do have a case listed in my court date is January 6, 2025 at 3 o'clock I was trying to get permission for a zoom call I got a letter back I think this is a mistake if it's not as misconduct destroying and getting rid of the evidence I would hope that's not what this is being as though everybody took off to be honest but however I do have a court date on 6 November according to the documents and I am on the doc exhibits show if it was done purpose I'll will file a tort for Interruption interference in the case misconduct**

Download full resolution images
Available until Jan 18, 2025

Cathrine Hayes Matelyan
44009 Gingham ave
Lancaster CA 93535

US Dist Ct. Appeal Office to the applicant
350 W 1st G.
Los Angeles CA 90012

