UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-11548-JVS-AGR | Date | January 13, 2025 |
| Title | MGA Entertainment Inc v. Clifford "T.I." Harris et al. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:  **[IN CHAMBERS] Order to Show Cause re: Arika Hayes Matelyan**

The Court, on its own motion, hereby **ORDERS** Arika Hayes Matelyan ("Matelyan") to Show Cause (OSC) in writing no later than **January 24, 2025**, why the Court should not direct the clerk's office to reject all further filings related to 2:20-cv-11548-JVS-AGR.

Matelyan is not a party to this case. On October 11, 2024, following the jury's verdict, Matelyan filed an "injunction" seeking the entire award of damages. (Dkt. No. 1018.) The Court denied Matelyan's request to proceed In Forma Pauperis because she was not—and still is not—a party to this case. (Dkt. No. 1022 (citing Minetti v. Port of Seattle, 152 F.3d 1113, 1115 (9th Cir. 1998).)

Nonetheless, two weeks later, Matelyan filed a "declaration" that, while largely indecipherable and suffused with crude drawings and doodles, alleged several claims under conspiracy violations statutes, the Copyrights Act of 1976, the Constitution, and "the right to be American." (Dkt. No. 1044.) On December 26, 2024, Matelyan filed another "emergency motion" that was all handwritten[1] and, once again, generally unintelligible and confusing to the Court. (Dkt. No. 1073.)

On numerous occasions, Matelyan has attempted improper ex parte communications with the Court, sending incoherent emails to Chambers with images and videos attached. This does not appear to be the first time Matelyan has been admonished

---

[1] All of Matelyan's motions have been handwritten, usually in the spaces and blank areas of the standard complaint forms. Many of the motions contains rough and makeshift screenshots on cracked iPhone cameras.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:20-cv-11548-JVS-AGR                          Date   January 13, 2025

Title   MGA Entertainment Inc v. Clifford "T.I." Harris et al.

by a federal Court for improper ex parte communications.[2]

    On January 2, 2025, Matelyan filed an appeal with the Ninth Circuit. (Dkt. No. 1076.) Despite her appeal, Matelyan recently filed another "emergency motion for judicial misconduct" on January 10, 2025. (Dkt. No. 1083.)

    **IT IS SO ORDERED.**

---

[2] See Arika Hayes v. Nicki Minaj et al., Case No. 2:12-cv-07972-SVW-SH.