Arika Hayes Matelyan
44009 Gingham Ave
Lancaster CA 93535

FILED
2025 JAN 17 PM 3:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY ___ Case # PD

← EXHIBIT

Case # 20-20-11548 JVS-AGR

United State District Courts
Central District of Calif.
Ronold Raggan Bldg   Summy judgment

Plaintiff
ARIKA Hayes Matelyan  pleading   A Prupose Proposal $1 Million $ pay to
AKA Swiss Barbie Bone                Solution to the          the order of
       VS                           moveing matter in this  Arika Hayes matelyan
TI.                                  case conspiracy         From, metal, fish
Cliford Josphen Harris. ATL                                 price FNC) MGA [INC]
     I've Been Ignored. Supreeeelo Moot, Gosh 1/6/25
     Arika Hayes matelyan          and any Judgement     TI. ET Tina Harris
(A) Plaintiff was Denied a         Confrence there in now rs, ET Cliford. Ti
     Arika Hayes matelyan  AKA Swiss Barbie Bone   Harris JR ET.
B. Denied the the curtle right to   12-26-2024
                                    Refer. to  Doc.#1071 — Tameka Tina Harris.
                                          1078              ET. Zonrejman,
     Submit Exhibit., Evadence,    in Good faith            STAR Lott
     and Discovery was withheld    truth and                Ruling ET
                                                            OMG, lol,
     and Sent Back to Plaintiff    Light with               Suprize Ddls
     Asking for A Sunny judgment   real juslust             ET.
     pay to the order of Arika Hayes matelyan AKA Swiss Barbie Bone
                                                                    1/15/25
     $1 million plus, Punifure Damye. Plaintiff was Denied to
     Submit, file, Discovery or Altarated Discovery, that vidal to this
Case. and Negellujun  Judical Erra,
     From Defendent + I. Cliford Josphen Harris ATL    Pay Attention
     misconducts, Sending Proff Boek $ one million Dollars
     the 1078 happen Before 1077. The reason it was  plus Back pay and front
     to plaintiff Arika Hays Mately. 1077 was filed, can prove Pay. Entrence.
     Because of 1078 1077 was filed they mixing it up. Add to the one million
     her case., Not turning things in to    1/15/2025
     the appeal. Keeping me on the  Doc.  Arika matelyan
     then Denying Arika Hays matelyan IN court 1/6/25

M Gmail                                                    American Post n Parcel <americanpostnparcel1012@gmail.com>

## Third email different message

**wiss barbie Bone** <kpwoc@icloud.com>                                                          Wed, Jan 15, 2025 at 3:26 AI
To: americanpostnparcel1012@gmail.com

Gas lighting cap and lies is what Ti atl is doing and they intentionally is doing it intentionally is cap in the attentionally is gaslighting but I'm Arika Hayes matelyan intentionally standing on business the is fake news and realism I'm the real the the fake news with a big name to back them

Im the real with the truth exhibit and evidence timelines merchandise albums books ASCAP judges people to google YouTube Twitter and all the social media pet platforms to prove my case versus their lies and their fake news and their intentional distortion to the court I'm not blind I can see I'm not Stevie Wonder or Ray Charles but like to Raizy Peterson say the math is not math in and like Too $hort say get a Calculator do the math and we mean this in good faith I've been seeking for these for summary judgment for years for these cases and y'all have gave a judgment to the fake and not the real and what's the difference between them and me the difference is they have an attorney they have a big name and I represent it myself and don't have a big name but do you have a name and name enough that you can go on Google search me up you can look at the dates and the times you can go on Twitter you can go on social media platforms and see my dates and times plus I have merchandise Barbie dolls books cups merchandise clothing line

The misfits copying identity ideology path the blue print the price of the tickets and lying to the whole world and acting like they are the creators when they know they're not fatal error death in the dark parasites feeding and stealing from the gift of the real creator taking kindness for weakness rather rent is over now I'm here to claim my throne the owner the gift the patterns that they have is exposed they repeatedly have

Even if it doesn't make sense side-by-side step-by-step get out your comfort zone stop taking payola unlock your mind use your inner guidance and do the right thing give fair justice this is it in Junction recharge energy achieve compensation it's a spiritual warfare a universal DEF entrapment

Visualization robbery ignoring evidence Recognition recognizing the real light and not the dark catalyst people like me or catalyst people that creates artist people that can create over and over and over again is a sure through dates and times that they did not create this is impossible the truth is the light and the leader is the leader and the perfection is the perfection and the alternate is the ultimate and the truth is the light in the real is the real imperfection is special people The guy that creates the drawls that has the wisdom and the light in the truth to create and not steal from other people financial wealth and doing Castro Castor rrific call things to other peoples life catastrophic things to other people live habeas corpus doing at least one thing wrong in the constitution heaviest corpus doing a live lease one thing in the constitution Mut getting rid of something that shouldn't be there litigation something that is history of the GMVA they cancel victim intense motivation violation gender motivating violation on June 2 002 space WL34697795 lot is significant because of because of controversy sufficient render lingering controversy has been has not been solved or resolved one way or another the litigation civil rights is being violated this is slander I want equal rights equal ovation affirmation traumatic this has made me traumatic traumatic and it will never go away behind the unfair treatment that has been given to me so my civil rights have been violated I've been disrespected my mind has been stolen from intellectual property and from the threshold is person who started it from the beginning causing me anguish and anxiety taken away from the light given to the dark taken away this is not fair use rule 11 not vetting the case I do need to process equal justice made hall a dismissal from the case 12 V6 and a summary judgment for Areca Hazel Italian based on 107 not it's not 107 it's not fair use is 105 copyrights 105C 7–3 written a motion beforeThe judge is replying an opposition that was also incorrect depression this has caused me depression self doubt missing out on my divine purpose right now why do I have to fight for my rights why do I have to fight for my copyrights it's a fact that I am the owner I'm fighting from freedom anxiety and pressing insecurity Longley and self doubt because of the judge is doubting something that made me free that I created that somebody else came in and he's trying to and making me fight for something that I created years before that was even born that's disheartening and frustrating for a person pain and suffering also need to be applied to this plus interest taking away my financial wealth my financial finances my freedom to be a American doing Castro's Gastrak thick horrific things to take away my freedom of expression and my freedom to create my culture my life my dreams my goals my key is drains my key is gold my family inheritance so our opposition is a opposition everything that the the opponents say because they are lying in the name of Jesus they know they lying and if I get a chance to prove my case with dates times timelines I can prove that these people are not telling the truth and I appreciate them for a miring me but they are not the owners are the creators but I do appreciate them for liking my style and trying to implement it or replicate it or copy it but I have pictures that I've been doing it way before them with dates and times yeah when I start doing this my nephew was not even born when I first started doing this my nephew wasn't even born and he's 24 now my nieces is 20 my other niece is now 15 I have a nephews that are 2734 famous nephews two in the media 34 I have all kind of witnesses and I have a witness list that is on file and I can make another one and get another one and have a petition sign that I am the owner of this dog and with that I rest my case in Clausen Westmont case and clothes and I am the owner I am the person who needs to collect the summary judgment I do deserve millions I do deserve enclosed and we can talk about fake news we talking about realism and it's not fair for somebody else to come in and be a replica and Aaron and plagiarize and copyright and do perjury and and all the things that they're doing distortion and lying to the courts to get millions of dollars and rob somebody else of they inheritance in that fat in that nope that's not fair we ask for justice we ask for fair treatment equal treatment equal rights and it don't matter if we win Atterney or not because we have just as much as knowledge as an attorney because we went to school for just as long is they did and in that note God bless everybody in conclusion I'm fighting for my rights I deserve a fair treatment it doesn't matter if I'm in Atterney and not all that matters is the truth and justice and that should be what matters but if somebody wants to take payola when they took it all to be honest and follow

treatment equal treatment civil rights civil constitutional rights copyright trademark rights my rights

**M Gmail**                                American Post n Parcel <americanpostnparcel1012@gmail.com>

## Second email different
message

**wiss barbie Bone** <kpwoc@icloud.com>                                         Wed, Jan 15, 2025 at 2:37 AI
o: americanpostnparcel1012@gmail.com

Culture :

Swiss Barbie ball is born in Oakland California she went to cosmetology school she started doing hair it's she attended fashion shows she appeared in magazines and calendars as well as fashion shows in here shows with this image and platform she's a member of Saxis 1998 which is an exhibit on foul that states that as well as you can go to 2012 KCV 12 7974MAN also CV 12 7972 SVW cases in the federal court and you can see exhibit formula pictures drawings and some of the formula that we are speaking on today in 2025


Summery judgment : $1 million pay to the order of Arika Hayes matelyan aka Swiss Barbie bone
From gum (inc) fisher price (inc) matelyan inc
Ti Clifford Jospeh Harris Tina tameka Harris zonnique astar pulling song doll lol suprize dolls
Pain and suffering just do justice made ho complete punitive damages negligence damages misconduct due to coal misconduct clerical misconduct disparity of treatment discrimination infringement of copyright infringement trademark infringement deaf piracy intentionally racketeering and treason transmission one through seven reproducing republishing remixing intentionally claiming something that you know it is not yours copying hairstyles
Distortion racketeering attentionally distorting the courts lion fabricating telling fabrications in the court telling lies to the judge wasting a judge time waste of my time putting me through taking him to court fighting him trying to steal from somebody intentionally knowing knowing what they're doing because they know when they got this idea to take from me in around 2014 or 2015 when I seen Tameka tiny Harris NTI and their friendship kinda on Hollywood Boulevard and Wilton the day that they went on they have a taping of the real TV show and I seen them on Hollywood next-door to the barbershop in the stairway next-door to the post stole place and I had a TI a CD and he also stole some songs on there gave Iggy the songs and their daughter they also created a TV show that I have on YouTube and it's already recorded they also stole the nostalgia of the van the idea of the van the idea of the show and they took it to hire people that had power and recognition and I can get them a show with their power and recognition with their name and brand that they already had that didn't have anything to do with colored hair the culture tutus bustiers or any of that

Brand :
Swiss Barbie bone Rap trucks T-shirts cups flyers called in line pajamas rugs Barbie dolls dolls T-shirts sweatshirts sweatpants kitchenware etc. art drawings paintings and formula

Time line
Arika Hayes matelyan aka Swiss Barbie bone
1990- til now 2026
Vs
Omg group , Tina ,TI
2015-til now 2025
2015. - 1990 = that's over 25 years
In courts Spence 2004 fighting fo this same thing likeness. trademark , copy rights , infringement copyright theft ,copyright ,infringement , similarity , replication , plagiarizing , knowing like deception to the court extortion knowingly with intent to deceive the world and the court robbery because they tried to collect a judgement base on a lie
To and Tini seen me on Hollywood bob and Wilton place side st
The day she went on the tv show the real if I'm not mistaking that was 2014
After she seen me
Ti was giving a cd it's the song Gucci Prada luwie and the omg group to and tini group took not only the style and the culture but also remixed replicated the song which is theft as well to make insult to injury the disrespect of certain people that wants to be famous so bad but don't have no Contant but still other people Contant and because of a big name or a person that's behind them with a big name steal somebody else's Contant then claim it and then go on a big platform and use the Contant not knowing that this case has already been in court since 2012 not knowing that is copyright behind us not knowing that the person is gonna step up and fight for her rights and deserve to have due process
Discovery
Discovery will show you pictures dates timelines the date Swiss Barbie ball began pictures books called in lines accessory lines painting YouTube's twitters google search dates and times and we can compare it to the Annika and the OMG dolls and TI and tiny and their creation we can compare those and see who daily as we can take a lie detective test and we can also tell the formula because I have the formula in my and I have plenty of merchandise to prove sell books cups accessories furniture wrap trucks posters flyers google search YouTube Twitter Facebook I have over 100 witnesses that could vouch for how long I've been doing this I'll send in letters I'll have them send in letters are however and we can compare and see who started this first TI tiny and the OMG dolls did not

I am not in Atterney but I am a improper and I do deserve fair treatment no matter how I'm representing myself I did go to law school for over six years and I do know the law and have been going through this for over since 2004 or something like that all now going through Lawson's trying to fight for my rights and my copyright if people do not have content and they want to be famous and I want to be stars and they want to steal from other people that may not have the connections that they have in Hollywood so what they do is they have Contin grabbers go on YouTube go on Google and they steal from people but in this case they see me in person install for me in person how long will Boulevard and Wilton the same day they tape the show the real TV show on on TV I think it was channel 5 the real used to come on and yes the day that she recorded that she also seen me she was in the hallway of some stairs she seen me she was looking real hard and she was coming up with her ideas to steal and this is not a ledge

WWW.SwissBarbieBone Records.Ydasite.com.

Cindy meyer

1/15/25

The real owner.

the Courts have mix up 1077 and 1078 was done first then 1077 is only

"It Dont make Scence for me to DO 1078 an appeal for NO reason"

there trying to cover up

God's child

LoL OMG. LoL.

Reson the motion ther mis conduct. was file Because they sent Doc Back to me.



Chuke Hops Natekyan Suied Barbio Bone Revoo
44009 Gingham Ave
Lancaster CA. 93535 -

SANTA CLARITA CA 913
15 JAN 2025 PM 3 L

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 17 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

processing

Clerks office
United State District Court
Central District of Calif
Ronold Reagan Bld.
411 W 4th St #1-053
Santa Ana CA 92701

www.SwissBarbieBone Records.
YOLA site. com.
up 2012