FILED
CLERK, U.S. DISTRICT COURT

FEB - 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY DVE                          DEPUTY

Arika Hayes matelyan

case number cv-20-115068

44009 gingham ave          25-116 appeals case                          number

Lancaster calif 93535

Cause of action

Arika Hayes matelyan

plaintiff

Vs Clifford Jospeh Harriset atl

Defendants

*[handwritten: Ronuld Reagan Federal Build. United State Central District Court of Calif.]*

Intro

It has been evacuations an emergency in California in LA County per se and it has been a lot of rid of lurks so if you get this late or if it's sent late it's only because of that and this is also sent in good faith and not bad faith justice just do made hall equal Justice Reuther three rule 120 to constitutional rights and seek 12 EC six the defendants complaint TI tiny is omega in the OMG dollatl but the other defiant MGA need to pay for useing my likeness sterling it taking it making 4billion in 2019

Making 5billion in 2020

9

It fire so you may get this late

1) I am apart of this case

2) your understsnging my hand writing because your answer it so that's not true

3) I've already filed an appeal I sent you a copy for a proof of service

3) it a lot of lies been told in this case

*[handwritten: Arika Hayes matelyan 1-22-25]*

4) I filed a case against Ty so cv127972svw-sh has been filed as well and that proved that I been going against these people for

Cause of action

likeness , I'd theft , copy right infringement . Dryad , copying another person content and taking credit for such

Using someone else content

And going to the Justus department with fabrication . - claiming another person content likeness style culture and fashion still content for gain of another's persons content

5 ) plenty of exhibit and time lines have been submitted and that was not and emergency motion it was a person sending you a copy of what I sent to the appeal office

You said this is in appeal right remember at court on 1/6/25 you said you did not won't to hear from me so I did what you said and filed the appeal that day because it was not in the system

Ask and Priscilla your clerk and Denise your Clark in charge as well as terry the clerk that was in charge that mysteriously stopped working and retired on January 6, 2025 after she made all those misconduct and mistakes she told me to come to court on January 6 when I got there I was treated with disparity cell plan of Areca haze ask for $100 million pay to the order of

Arika Hayes matelyan plus a billion dollar for pain suffering misconduct due to call misconduct malpractice mistakes due to call mistakes trying to say I can't get a judgment in this case which is unconstitutional every person in the world has the right to collect a judgment if they have a case I also filed an injunction because of the lies which is part of the constitutional and I'll ask for just do to be made whole and like I said I never made an emergency motion I was only given the courts a copyCauses of action is on here this case is an appeals in my PO number is 25-116 and I'm in the appeal court and I m asking for a judgement and I am apart of this case they bit the puisne fruit and lied to the court and the court are mad at me for expressing my write with merit merit and more merit and the judge Stevie wonder and ray chske can see the the math is not adding up

6) case number 2-19-cv00426 in Oakland calif because of the pandemic it did not finish case I was sick

That was beforvthese people filed the case

7) that what you call a back track

They have no leg to stand in this case but to pay ola that it

My truck was first

My truck was first

My likeness was first

I told your courts in good faith how there got my content

Further more when you file and injunction base on a lie with a summery judgement and submit and compliant your part of the case

That the law and the constitution

Pay oka is against the law sir in good faith

1/23/25

MGA Took used copyright republished ring replicated duplicated my likeness my image and my identity my culture used it made $4 million or $5 billion in 2019 and May 5 or $4 billion in 2020 altogether they made about $9 billion Discovery shows my people have been slaves for over 400 years we have made underground railroads Contant that has been stolen for us for over 400 years I did not create Contant for all GMA omg dolls group that also copied that name from me stars from www.swissbarbiebonerecords www. Swiissbarbiebonepopstardiva.yolasite.comwhich is also something I created I did not create Contant for TI tiny their child their generational wealth or anybody in a family I did not create Contant for MGA to steal and use my Contant so plain of ask for $1 billion plus punitive damages plus damages for using my likeness Plus backpay plus insurance for use in my contacts and like I said you brought up CV 12 7972 SVW  But what she didn't bring up

is 219CV00426 Filed 1-18- 2019 before TI and tiny and Zoniqua or what ever her name is

et  in a omg doll file again MGA when I filed against T.I. and tini for coping me discovery

MGA in 2011i sent MGA my content and told them I make content and I wonted to and did submit my doll and they never contact me so I saved my money up and created my own doll with the 3d printer so I'm the blue print

Plaintiff Arika Hayes matelyan ask for 1billion for theft copy right infringement knowingly infringement

filed their case I found my case was the last time it was updated was 12 2019 so what they did was backpedal and try to sue before I saw themfouled 118 2019 before TI and tiny and zonnique et in a Omg dolls

Atl

Omg girls to MGA et filed their case I found my case was the last time it was updated was 212 2019 so what they did was backpedaled and tried to sue before I sued them I asked for their case to be moved dismissed and the rifle person to get pay with the merit with the person with all the contact with the person that really created it not the person that copied it replicated it and duplicated it and re-published it and then came to court like MGA stole from them when they stole from Areca Hayes Metalions in real time and like I said we could take lie detective test is all wet ever my date star before there's merit court cases and a whole bunch of other things so you can look at the exhibit in my other court cases and they will be the same as the exhibit that I have now dates and times now let them come up with some dates and times before mine and then I'll shut up but before that I don't think that the girl was even born before I came up with this Contant at this point so on that note I do ask causes of action replication duplication identity theft death ID theft replication duplication re-creation copying copyright in Frenchman infringement railroading intrusion racketeering lying to the courts copyright infringement replication duplication read publication finances making money for gang stealing somebody else's creation knowing that they did not create it my people spent 400 years of slavery making things for people and I didn't make this for MGA company so they made billions of dollars used in my culture my identity my likeness replication duplication republication publishing finances making money off my content not TI and tiny in the OMG dolls which that's also copy stars with staff also copy and my hair styles my colors my clothing Mostel my dress my fashion I'm a cosmetologist license

cosmetologist since I was 16 years old and my KK number is KK272955 it'll be valid until four 3025 when I will renew it

I have all the merit and all my date are before this persons was born in flatted they love my style but they did not create it I'm sorry to say with all due respect and love and good faith the truth bring the real back period and stop playing with peoples life's this will be sent to you cause you order such but a copy will be sent to the courts of appeals as well as this case has been filed in the appeal court like you said sir please that's why this case is confused cause some one is asking up there own rules and not the copy right rules of the constitution thanks

10) to make a long story short MGA knows who I am T.I. knows who I am and zonnique and atl knows who I am because I was targeted on line they felt I was not going to come or did not have enough money to go against them , that why I went to law school for 6 year so no one can come at me like you'll came at me last time with pay ola when people pay for the othayh to be fair honest and lawful with the law Justus merit truth not off pay -ola that that why plain ask for 2 billion dollars out of the 9 billion which is robbery but I won't back pay and entrence and any profit this copy and artist made of my content cause of action is listed been listed been showing you merit but your courts is ignoring pay to the order of

Money judgment summery judgments damage mental distress can't sleep can't create because off thefts threaten to be killed and trying to push the real creator out

—————————$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$

2 billion dollar $ pay to the order Arika Hayes matelyan  from MGA(inc)atl

 To et tini et zonnique omg dolls atl

why I went to law school so I can learn how you judicial office operate and I study the law for 6 year and I know when some one is treating a situation favorable and Prejudice and discriminated and despaired of treatment I also went to psychology school for six years and I know body language and when somebody is trying to use evasive and manipulative actions against me

The courts seen exhibit and seen the doll so did MGA in 2012 I sent them a sample of a blue print of me for the market they act like they were not interested then years later came out with the doll

Just like the The windshield wipers case with Ford when the man created the windshield wipers and they act like they was not interested but then they use the windshield wipers and we still using the windshield wipers to this day the same thing happened to plaintive Areca Hayes Metalions I submitted the blue print to such Swiss Barbie bone doll with the pink haired yellow hair and green hair to colorful hair and they took my blueprint act like they was not interested and then came out with the doll TI and tiny also copied it when they see me in Hollywood on Wilton Place when I stayed in Hollywood Boulevard on Wilton Place they seen me there when they seen the pink rabbit truck and the OMG rap truck and they went on TV stole it duplicated it replicated it publicate it published it used it stole it Kinko's copied it made profits off of it put it on worldwide TV so dolls and stores promoted it as if they created something they know they did not create because I created it sent it to the company tell them I wanted to be involved in their creative list TI and tiny Simi the same day they did the real TV show in Hollywood in 2025 after that they friendship kinda NTI day they went on a roll using my duplication of my truck name their daughters after my rap truck that has OMG rap truck and also use my phone and I've gave you exhibits to each and everything that I said and if you look and pay attention on the scope you will see that I am the blueprint I am the owner and I am axing for damages and monies and summary judgment and I change my judgment from $1 billion-$4 billion pay to the order of ARIka Hayes matelyan from all defendant list on the case MGAinc et  omg et T.I. et tini to and any judge that don't won't to go with the law but go with pay ola propaganda hip-hop or seek democracy satire and parody copyright infringement making fun of somebody else's life imitating mocking lying and saying you're the creator when you know you're not



2015    Nolook    200





T-Mobile Wi-Fi    1:13 AM

## TAMEKA "TINY" COTTLE AND DAUGHTER AT THE SOUL TRAIN AWARDS

By BCK staff    2009





NoLook



Learn More

AdChoices

Los Angeles, OPEN 9AM-7PM

---

T-Mobile Wi-Fi    1:06 AM
I That).

## OMG Girlz



OMG Girlz in 2014

(R): Bahja "Beauty" Rodriguez, Breau
Doll" Womack, and Zonnique "Star"



AA    en.m.wikipedia.org    C

2015

---

SUNDAY MORNING

Page 8
Entertainment Spotlight
Swiss Barbie Bone Realizin : D



2007

---



Hennessy Vs

2007

my Daughter
35 years

**UniCourt**

## Case Summary

On 01/18/2019 **Arika Avasha Hayes Matelyan**
Intellectual Property - Copyright lawsuit against
**Entertainment**. This case was filed in U.S. Dist
California Central District Court. The Judges o
this case are Jean P. Rosenbluth and Michael
Fitzgerald. The case status is Disposed - Other

UniCourt uses cookies to improve your o
experience, for more information please s
Privacy Policy. By continuing to use this w
you agree to UniCourt's General Disclaim-

AA   unicourt.com   C







AA   open.spotify.com   C







Collin Carter

Migos Kiari Kendrell

Clifford Joseph Harris, Jr.

TI

Viacom

Hollywood W. Hotel



SHE IS COMING WIT A CLOTHS LINE
AS WELL AS SHE HAS A SHOW ON
YOUTUBE CALL THE RED COUCH AND
THE SHOW WHATS UP WIT IT NOW
THE HANNON SHOW SWISS BARBIE
BONE THE BLACK ARIKA KAINNNNN
THE WODERWOMAN OF THE GAME
SHES A SUPPER HERO AND SHE
LOVE THE WORLD AND SHE DONT
CARE ABOUT HATER BECAUSE SHE
NO THAT SHE IS A STAR R U A REAL
PIMP THE BOOK AND SWISS BARBIE
BONE GOT HER NAME GAME AND
FAME FROM LA TO THE BAY SHE IS A
BARBIE SHE IS SWISS AND LAZY
BONE GAVE HER THE BONE NAME SO
SHE IS THE TRUE A REAL SWISS
BARBIE BONE THE BLK ARIKKA
KAINNN THE WONDERWOMAN OF THE
GAME 5103075366 4 MRE N 4 LOVE YA
SWISS BARBIE BONE

Return to profile

a songcastmusic.com



## About SWISS BARBIE

HI IM SWISS BARBIE BONE OUT OF
OAKLAND IM A SINGER WRITER
RAPPER ACTRESS AND WEGETITIN
ENTERTAINMENT @YAHOO.COM I
HAVE A BOOK CALL R U A REAL PIMP
AS WELL AS IM IN THE MOVIE
CAMERA GIRL STAR AND VOICE OER
SWISS BARBIE BONE IS A STAR AND
DONT CARE ABOUT HATER HURY P
NEWTON IS HER DAD SHE LOVE HER
BITCH AND NIGGA SWISS BARBIE
BONEAS ARTIST NAME KIKI P SHE IS
DEVELOPING AS WELL AS SWISS
BARBI BONE DIRECT FILMS AND SHE
PRODUCED AND WRITE FILMS SWISS
BARBIE BONE HAS WOKED ON THE
LINE WIT SNOOP DOG DONWON TOO
SHORT PIMP C STATIC MAJOR LIL
WYNE WUTANG AND MANY MORE
SWISS BABIE IS A GO GETTER AND
SHE IS COMING WIT A CLOTHS LINE
AS WELL AS SHE HAS A SHOW ON
YOUTUBE CALL THE RED COUCH AND
THE SHOW WHATS UP WIT IT NOW

a songcastmusic.com

UniCourt uses cookies to improve your a
experience, for more information please
Privacy Policy. By continuing to use this
you agree to UniCourt's General Disclair
of Service, Cancellation and Refund Poli
Policy, and Public Records Policy. If you
agree with these terms, then do not use
and/or services.

**I Agree**

a unicourt.com



2013
Bail Board
on Sun set
a vine and
Sun set and
Gower



12 year ago



2007

The wuse this song

They took this song on line





pimpc Die in 2007     2009

This pic was in 2000

Scoop 200 / Look

2012

1 of my Blue print



on CV12 79 72 SVW

Proof of Service this Document
Sumny Judgment cause of action
Exthebit and Recovery faces
Sent By mail By
on 1/22/25 Arika days omeglay







Donald Ralph Courts
until Court District Courts
411 W 4th St
Santa Ana    CA
92701

Nocerino

Claire Hays Nocerino
4946 9 Gingham Ave
Lancaster CA
93535