FILED
CLERK, U.S. DISTRICT COURT
02/03/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

Central district of calif
united state district of california Ronald Ragan Build.
25-116 Appeal
CV20-11548 JVS number

Arika Hayes matelyan
Swiss Barbie bone
44009 gingham ave Lancaster calif
93535
Arika Hayes matelyan vs Clifford harissa

Pleading 2cause of action

Summery judgment of 1billion dollar plus entrence , profits from 9 billion dollars alone in 2019
The document was this it clearly addressing the court for the mistake
But now I'm listing it with more as the second cause of action opposition I did not make an emergency motion and I'm part of the case for money civil court is for damage just due Justice to be made whole again not just to set in for a witness that don't even make since to a 1 day old baby case # cv-20-11548 lower court case number

Then you can see me in 2009 with this look with my daughter who is now 37 about to be and on the picture she was 7 years old sir in all good faith then the album with my self and my daughter with the same look but a different one on that day but the doll is coping this style as well as the group omg dolls
On the picture my daughter is grown on the album 7,0000000000000 degrees of cold cash
Time and energy as well as my bread sweat and tears money I saved and sacrificed
There trying to take some one else generational wealth period and they no there not telling the truth pull the lie detector out please

My person experience

Begin expression time money school hair school fashion school make up class my mother grand mother and my hood

Looking like no one else one of a kind
Target I've been targeted by content grabber or person media synergy target content grabber fisher people that have no content so the grab other and put a claim on it hoping the real person won't step up or have the money to fight that the reason I went to law school so no one can play me as a fool a cripple like ray chaise said Stevie wonder can see this currptuion mixing up document sending things back name pleading what the pleading are not listed as So Miss Priscilla and Miss Terry who was the officer of your clerk office that she retired on January 6 mysteriously and then Denise came and she's a witness to this case and to what happened her and Priscilla they are on my witness list

Scoop look at the dates on each exhibit the dates don't like look at the style on all the picture dated on line put I have plenty of copy of such content cause I created it

On this exhibit below me and my daughter and my sister is here s you can see my daughters grown on the other picture is the front of the album below that is me plaintiff Arika Hayes matelyan Jewish and black girl and her 7 year old child that is now 37 but was 29 on this pic I beleave but how ever that the time line

Introduction I tried to address the court before it went this far so this is all in good faith I try to address Judge James Selna on 1625 January 6, 2025 at 3 o'clock at the court day when I adjusted your honor James Sam you're in good faith and tried to clear this clerical mistake up and he didn't want to cleared up so here we are today going this far but I did try to clear this up in the courts once again on January 6, 2025 at 3 o'clock in room 10 hour department 1001 when I was ignored and dismissed and discriminated and treated with disparity of treatment when my evidence was ignored with my exhibit was ignored everything was ignored when clearly my picture say OMG and it's clearly that my pictures and my exhibit proves and the dates and the times in the timelines prove my case but the judge chooses to ignore which is misconduct and do recall misconduct and clerical misconduct and Clark misconduct that could mess my whole case upWhich has made inconveniencing my case which is a conflict and that's why I'm writing course because it's a fire after January 6, 2025 the Santa Anna winds went crazy and in January 7, 2025 the fire started and that's why I'm writing it letter and I can't send it in the mail because it might not get to you because of the fires have a great day and I hope everybody's OK in good faith I do submit this

Vs to Clifford Jospeh Harris ATL

Do the math the math is not matching

Too short said in his song get a Calculator do the math and Taraji P Henson said the math is not mathematic in and Johnny Cochran said if you don't fit you must acquit and this in this case if

the day saying right get out of sight and Swiss Barbie ball said that that slogan if the day saying right get out of sight if you're casing real you gotta get out and squeal they showing The showing and I will see what

it is piracy design left but it is a deaf this ain't all night but it is copyrights this ain't this ain't the light but it is copyrights design late but it is trademark mathematics don't lie people do people get paid off people get paid off people get paid all people get paid to shut up people get paid to don't look people get paid to mix up paperwork like the fact that 1077 is filed and say that I filed the appeal but I filed an appeal ounce on 1078 when y'all Fout sent me my paperwork back on 1077 is why I felt the appeal on 1078 which I'll try to mix that up to but that's due to call mistake that needs to be cleared up as well and I tried to address it in the car but the man tried to ignore me and act like I wasn't there but I'm here and there and I'm everywhere and you can look me up on the Internet Swiss Barbie bone records that yellowsite.comPay me a check and come correct is the name of my song Gucci Prada Louis is the name of my song pink wrap truck and the billboard that was on Sunset and vine and also Sunset and Gower which TI and tiny copied when they seen it when they was on their way to the real TV show the same day they taped it is the same day they seen me is the same day the infringement started with them

Heaviest corpus L O L dolls made $5 million in 2019 lol doll surprise dolls made in 20 $24 million September 25, 2025 they awarded somebody some frogs from supernatural people 71,500,000+53,.6 million was April 19, 2027 world why the L O L dolls made $2.5 million boy

Now the blue print and the patent for the L O L dolls was created way back in the 90s to be exact and the blue print the price the trailer and the blue print we can prove through the timeline of dates and times

It's been a fatal clerical error in this case and the board has flipped is no merit to TI and tiny ATL's case the house of cards have blown away the math is not math then it's no master plan no ace in the wind has blown and changed the chase the rain has coming down and covered up the authentic the real the oerr

The Brady law also needs to be applied to this case based on clerical errors and mistakes
Habeas corpus based on 1474 i.e. facts supporting ruling is 1474 propose versus purple versus devow

Discovery ground rules reply to the state man of the case the statement of the facts the elements the facts the evidence that is allowed for discovery in this case

Trademark – infringement – copyright in Frenchman – stealing – piracy

Introduction not unholy foul credible evidence it was truly not timely it was lies that should not be allowed anywhere not allowed in the constitutional it's not good cause it's no merit based on Albert do plants

Based on the naysayers and the people who claimed that they are the creators allegedly and don't have any dates in time before plaintive habeas corpus based on Robinson versus Lois a battle of the title wave

1)
The math ain't math in anything adding up and it's their inner voice that's whispering and these people here that are not clear

Proposals for the court I propose a lie detector test in court I also propose a dates test in court I also would like to have a deposition to see what date did they start this creation that they claim that they started because if it's icy hot any rain on fire their time is up for the corruption we need justice

The clerks have made many mistakes on this case as well as the judge it's against the law for somebody to steal
I have provided dates times timelines and the empire of lies all the tricks the truth is the light the manipulation in the mouth miss function hiding behind curtains that has been open and there is sand in there and I am the ocean and I'm wiping the truth to the light do we care about the truth in this court are we going to go with things that we know that are not true and they are lies and fabrications

This case  dates need to be vacated and 1/6/25
And any other judgments based on lies entrapment Weaponized in Cappin

In this case I'm the horsepower on the depositor and the motor on the label and the contract and the probate and the standards on the Colorado highest number of a FE 43 resemble standards premade it family rambler 230 up taint I created this creation and the judge knows it and have been showed it

We lady cases that can also approve the Cv127974svw and cv127974man

Cases it also was misconduct but I hadn't been the last clue then so I didn't really know or understand what was happening to me but that also need to be in Junction I need to be in Junction on those cases as well because they stole from me and the Internet was not savvy as it is now and people did not know about the Internet so it was easy to get away with it I raised all these questions for trademark copyright copyright in Frenchman and people still In Empire receipt in these cases my likeness and more in these cases my patent my copyright my patent my copyrights my roots my Contant The things that I created with my mine and my science and my theories and my education and my trip should be elation to my culture

Let's talk about the culture these dogs have started our culture they are not even in our culture most of these people who create who is buying these dolls for billions of dollars they're not even part of the culture they don't know nothing about it they called me weird for wearing different color hair but this dog did make billions of dollars off of it wake up he traveled all around the world the frame is right there as you can see it when I created the doll it was my strength my work my opportunities and my talent

My my Momento my spirit my heart my love my lifeline my faith and my style

These people have a copy and try to get money off of it evil when somebody tried to take your life over sneaking greedy people evil people 1424.581 upon receiving information that is propose and for counting Atterney's may have intentionally withheld relevant material it's crippler Tim evidence and informationFrom the court sending things back to me telling me I don't have a case is in appeals appeals sending it back to me telling me I still have a cases in the court my court date is one 625 when I went to court I was told I'm in a pills when I called appeals office that day they were told me I wasn't an appeals I had to put myself in appeals to directing the clerk on how to do search on proven to her that I did file an appeal because in the court is David I wasn't even part of the case

That's discrimination despaired of true treatment communication on Judah Quetion performance mistakes bias on my complaint prejudice on my complaint is not the procedure in the California rules of the court standards 10.20D black discrimination disparity of treatment wasting somebody's time in energy and money how do you report a corrupt judge a proposed 57 conference The judge has been proposed 57 in California chords

the motion with kills a prosecutor under penalty called 1424 a one there is conflict in this case

The judge is acting and allowing these people to change the history of what really happened in history the real creator ARIKAHAYEFMATELYAN aka . Swiss Barbie Bone

Also rule 11 not vetting the case 107 fair use 105 copyrights 105C 73 writing a motion before defendant reply an opposition DC mar I also was given that I'm also filing a 12 BC to dismiss the case.

And a summary judgment of I'm changing my subregion now that I found out how much money they made from the dollar to $1 billion plus pain and suffering negligence of the judge doing the wrong malpractice misconduct from punitive damages allow damages and purpose fall damages because you were aware you knew what you was doing when you get it on the same pictures of me and you know who I was and you know you got it from me and you lied and made me go to our discord stuff to do this and Teanna and tiny lying knowing that they took my stuff

So I'm axing for summary judgment of the amount I'm changing my summary judgment to $1 billion based on the amount of money that these people have made from my Contant from my copyright from my hard work from 107 copy rights in the copyright infringement from N and they can give me more than that don't they made over $15 billion off this project and they took it they took it put me through a traumatic I've been through dramatics I deserve equal rights I deserve to be made hold a fair person fair treatment equal rights I've been going through this I shouldn't have to fight these people I deserve punitive damages misconduct malpractice jewelers Coke misconduct and the judge ignoring evidence once he see it and not following the law once you see that a person is lying in the court of law you are supposed to act not ignore and this judge and the Clarks have ignored that which is difficult misconduct which plan of deserve summary judgment for that as well I deserve another billion dollars for the misconduct and the malpractice and negligence and the pain and suffering that up happened to attend court happen to fight these people when they know they know they did not create this they know they didn't and according to my court cases CV 12 7974SBWNCV 12 7972MAN I got it Ross CV 97472 SVWCV97472 with Kanye West and Jay-Z the same exhibits are in that case that I've used in 2025They finally put it on file in Santa Anna and the judge like he did a basic error that needed to be corrected and he just him or the Clark's did not

want to correct it they wanted to hide behind their mistakes and tell me I'm wrong and then I called the appeals office in Santa Anna courthouse Ronald Reagan building and to talk to the clerk myself and the clerk didn't know nothing about it they said they sent it to Pasadena Pasadena didn't know nothing about it and then the Clark's decided that they're going to put it in the foul in a couple of days and in a couple of days I called the appeals office it was not filed yet but then a couple of days later it got fat I mean later on that day it got fouled and I got it appeals number but I

Other than that my paperwork was just sitting there just sitting there collecting dust and they were going on with the case and they were trying to hide my paperwork which is a misconduct malpractice clerical error a basic clerical error when I try to go to court to correct it they try to shut me down tell me I was a liar and I was not part of the case and I never filed a case which I did so they lied trying to cover up their mistakes

proof of Service

(1) Sumpry judgment.

(2) cause of action 1-2-3-4.

3. ExHibit discovery.

[illegible]

[illegible] post office LA CA

1/[illegible]/25

Daughter was 7 year old 1988
Exhibit
36 now





44009 Gingham Ave
Lancaster CA
93535
Processing
Clerk office
Ronald Ragan Buld.
Central District court
of Calif
411 W 4th St.
SantaAna CA Calif.
92701
RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 3 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Case 2:20-cv-11548-JVS-AGR    Document 1092    Filed 02/03/25    Page 10 of 10    Page ID #:51948