Arika Hayes Matelyan
44009 Gingham Ave
Lancaster CA 93535
IN pro per Arik Hayes Maityan

US District Court of Santa Ana
20:11548 JVC
Ronald Ragan
United State District
Court Superior Court.
SANTA ANA.

Arika Hayes Matelyan
vs
Cliford T I Harris Et, ATL
MGA INC, ATL

[Context of Authority] Motion for Reconsideration

- Pg 1-2  1: Reconsideration Motion Cal. code CIV. proc § 1008 – Section 10.08
- Pg 1-2  2: Merit to the case. – IN Good faith
- Pg 1-2  3: Things you cannot unsee.
- Pg 1-2  4: INjunction
- Pg 1-2  5: FOTA
- Pg 1-2  6: Summey Judgment : 100 million $
- pg 1-2  7: Scoop – Discovery
- pg 1-2  9: Exhibit – Evadence
- pg 1-2  10: Time Line
- pg 1-2  11: INfrigment – Likeness
- pg 1-2  12: Somethings you cann't unsee
- pg 1-2  13. thing that you can act like
- pg 1-2  14. you havn't seen, you can not
- pg 1-2  15. un seen Exhibit – Date - time
- pg 1-2  16. Line – of things Evadence.
- pg 1-2  17.
- Arie Hays maityan 18. Ignored, Scoop Dates, picture
- Arika Hayes Matelyan 19. Exhibit – Evandence Timeline
- 2/18/2025  20. pyk lie – conspucy – propaganda
- [H]  21. Hypokhay lies – proof of Service

"Arika Hays matiyen
N4009 queen ave
Lancaster CA 93535.

Arika Hays matiyen
VS
leford. TI
Harris
ATL

(Case number # CV2011548 JVC

I AM
AAHM
See

supreme
court
Next step

IN Good
faith

alsum 5 7a 7
INJunction
1-6-25
This Started
Lie Detective
test
Stevie wonder can
Ray charles 2
Blind These things can
men can see.
eyes can
not un
see
① 👁
Not unless
Your Blind.

United State District
court of the United
This fight is not with the judge, But Defendant,
Not Clarkson. They no the truth. #1 The
Defendant no the truth not unsee. Shield.
Some things you can not unseen 100 million pay to the order
(Scoop:) cann't be unseen of Arika Hays matiyen
God is my Shield. Summary judgment
Evadence - EXHIBIT - timeline 100 million $
You can not unsee Reckalectruy pay to the
Arika Hays matiyen real creation of licenses and
Defendant no tines lines History. Arika Hays
Dates - tines lines History. matiyen
Defendant can see Stevie wonder and Ray charles can
You can not unsee "un-Establish" Facts.
you can not unsee can not be unseen
these dates/ times, "EXHIBIT'S, Extortion
you can lie, and cheet, and steal, the chay
Evadence, what you can not be unseen
When you can't unsee Evadence, EXHIBIT. you can
do, is ignor, Be Blind, not unsee,
you can not unsee, Fact, can not unsee,
get paid off. Not Be fear,
Arika Hays matiyen, no the Truth, So Do God
unjust, Because, of "Greed,"
Not facts, (God see All), knows All, Defamation
(cann't be unseen), (God is in control) Defamation
Disparity, Descrimination, misconduct,
getting rite of Does, and mixing (cake mix)
not be unseen the judge no the truth. Ignoring
up pleading, Diception, malpolation -
curruption (you can't un see) 100 million
Propaganda Hyprocy, Democricy pay to the
and Sitire God see it All. order of
God see Parody. Not gme, Justest TI
Just Due process making the real person
100 million whole with Summary judgment 100 million

Santana Motions to
Reconsideration
" INJuction" Scoop
the judge. But Defendant, But
your there Shield.
100 million pay to the order
Summary judgment
100 million $
pay to the
order
Arika Hays
matiyen

un Sided
the chay
Deception,
minute.
you ca
Kanola
"
Defamation
(cake mix)
Ignoring
100 million
pay to the
order of
TI
ATL
100 million
"
Santana
"
"
"
"
"
"
"
"

<(2)>

Matthew 7:26

A lion does not lose sleep over a sleep over the opinion sheep
Sleep my enemies will not get any sleep becaus because of the infringement and crime that they have done is gonna hunt them like cancer because they know they're lying and they put on a crown that they know did not belong to them and they went to the world and told the whole world of fabrication and they knew they were fabricating purposely
They can toss rocks and stones, hoping that they shatter me, but all they really doing is make me shine with diamonds the rocks that they throwing at me to me is making me shine like a diamond in Jesus name God created me t They only thing that they have done is put me on the throne And they spread it their venom whispering in the shadows, deceit, hatefulness, deception, propaganda, interruption, interference, democracy, hypocrisy, deception, and linear, lies in the iris of those eyes that can have wool pulled over them, convincing themselves that their gossip could win somebody over the week they can con them, but they can con the real creator and the real person that God created for this job the person who worked hard and turned to piece of steel Into a diamond crown and somebody comes up and put the crown on and try to act like they made the touchdown on the football field. When they know they lying they know Batman ain't flying here taller than they can ever see walking stronger walking harder, leaving them, standing on the wayside, whether they win this case they not gonna win the case with God, they can win with men, but God understands and knows the truth of the matters , and choking on the dust of my success success Burton hunted by the real the real Islam the really real the reality they never saw coming. I'm a pro. I know what I created from. Scratch y'all. Try to make me the villain in this story but God knows the truth. Stevie Wonder and Ray Charles can see the truth, even if they had eyesight and they was blind they could still see the truth . But in the end, everybody will know the truth because God will reveal the truth to the world. No man can stop that not no judge and no one else because God has the last say so it does not matter what a judge judge because God is, the judge is judge, I'm the author of this destiny. I created this destiny I created this. I've showed you. I've showed you what I've done from scratched I showed you my daughter pictures at seven years old and my daughter is 37 years old and I had that when my daughter was seven years old, I showed you pictures of the defendants and that doll was not created when I was born , like this y'all trying to be somebody else and put somebody else crown on and try to take credit and lie and deceive the world with this propaganda hip-hop conspiracy payola Pay to play play the Pay to take somebody else destiny and now they are nothing more than footnotes in a book Will never finish because the chosen one will prevail and the lie will go to a place called hell in the Bible because everybody who has an address and it's called the everlasting Lake of fire and God says it in the Bible because God did make no junk. They'll never finish the chosen one will always prevail, chosen , because it's my sanctuary that started this not theirs. I'm speaking the truth place where truth is spoken and real is gonna be prevailed whether the judge see it or not because the judge has a judge and he will get judged because the truth is the light Merrit. Is the light the place where the truth is spoken injustice is half and may be made. Hole is important and following. The constitution is important because if it can happen to me, it can happen to anyone illusions are shattered, and power is reclaimed. The real person is standing up in this particular situation and in this game of cards that deal the cards, I made the cards up. I put the numbers on the cards. I shuffle the cards. I deal them out and somebody else took the claim but something happened. They don't wanna take the blame and a lot of things with this situation like Tiffany Reed for instance another person that this has happened to . 77
This truth is bigger than the judge because the judge has a judge (GOD IS the final Judge.)
Disrupt with lies and deceit, trying to crush me down, trying to intimidate me with irrelevancy Ac acting as if they're the main character when they just an extra in the movie if they're in the picture or the frame at all (I give it to GOD) Away the main character. They thought they was going to get away with it because I was silent because I seen and I studied they propaganda and they conspiracy and I watched them play as they did. (Thank You. GOD)
They thought they lies could define me, but my truth will shatter every illusion they built lies when I create it's in my strength. It's in my ability to expose the weakness of the undermines and try to come, lie, kill steel, and destroy biblically in the Bible the devil, David and Goliath And I'm not trying it's just the truth. I don't need no revenge. God is gonna do everything because he has the last so every judge has a judge. I don't have to fight cause I'm right and my mother last name is right and we have a sand in our family. You don't wanna have a fight with a right , because when you write, you can't go wrong and my name is Swiss bone        Y'All fighting GOD Not Me So, GOD will Handle All Sceeems.
Not boundless        Scams. GOD See All Knows All Truth cannot Be Ignored).
Rising up telling the truth is that enough to turn y'all inside out or is that enough for y'all to continue online for greed? Well, the truth is the light and the light is to make darkness light because the truth is the truth matter who or what judge don't believe the truth, don't see the light at the end of the tunnel is the last judge who has the last say so and anybody that plays with him nowhere gonna go admit or admit you never had power over somebody that really created it. The content people are just parasites, feeding off other peoples light , cause they not bright and they don't fight so they gotta get attorneys for one. They have to use technicals and technologies and dismissals and money to try to get away from the truth reality and what really happened and try to erase history to make their right when they're wrong and try to make their wrong right  When they already wrong, but because they get paid, Oa are paid to play or to pay then they let things go the other way and they look and they change history and they put in fakers frauds for the love of my name, but if that was a real creator, they didn't have to steal from nobody else they would've created. They own content and we wouldn't be in court  Parasite, mistaking my kindness for weakness for frugality or fragility but when y'all have no more Contant for years, I cut a lot of Artist off. Y'all ain't been coming out with no content until I come out with content and soon as I come out with content, that's when they come out with Contant because they're still in my catalog because they don't have no catalog And catalog you can live and your industry grow and if I stop making content none of your artist, I have any music or content y'all would just still have to use that same content over and over again because I'm the real content creator and you know that, and when cut off Into nothing can make no money without no content and content that you pay off they don't make content either because if they did, they wouldn't be content grabbers they'll be content, makers stare at me now and waiting on me to come out with some more content, hating in the background that y'all not the real creators  Obsess obsess because I'm glowing and it don't matter if I have money or not I'm


 God will Show up — and, Show out in the end. Watch, See, AND Hear.

the creator. I create everything so at the end of the day I'll find a way I shine bright without a dollar I'm shining steel and y'all gotta put on all that glitz and glam make up Plastic surgery and all of that to make yourself feel better but underneath you're still the same person nothing my glow is your reckoning every time I win y'all lose every time I lose I win because I know that I am the real creator and God knows that I am the real creator and I steal on the water and walk on the water like but I don't look down so I keep walking hard on the water. God's land that y'all don't understand because y'all thieves and y'all the devil and y'all lie still and y'all cheat to try to somebody else so you can prosper But you stand on and it ain't no foundation every step forward you make reminder that they are stuck and they sinking in quicksand y'all envy me because y'all in the fire is real fire is real while there was always burdened and borrowed. They called me arrogant, but what they really meant was I was smart and creative and talented and they was jealous and mad because they did not have the smart creativity and the talent that I had so they downgraded me , and they couldn't handle my confidence and most people can't because God gave me the confidence and y'all never had it and y'all never will and y'all called me so you tried to when I had the truth Creator motivator, and I'm not a Degrader. I work with all kinds all nationalities, and my culture has shaped me to be who I am. This didn't happen. You can't just put on a robe and wear what I have each person claimed they wrote that I can take a detective test and they will fall and fail for , I refuse for all taken content and controlling it when they are not the owners Self but what they meant to say was I'm talented and I stop sacrificing myself for others who wouldn't even clap when I succeed. They still lie and cheat and don't give out credit but wanna see somebody else with my content that they did not create and they not create and in more ways and more way, and one, they are on videos at midnight on the shows admitting that they did not write that that it was a coincidence that they stolen and they know what to say And forced in the shadow of lies, confronted with they own fax that they never had content they never had the power they thought they had they lied, and it was all false fabricated, replicated, reproductive reproduced, submitted, transmitted propaganda, hip-hop, democracy, and Kinko's copies, but I am a survivor because I'm chosen And the content that I create came from natural culture of life living life living days experiences that I've had they did not have the experiences I've had to create the content I created that's why they stole it because they have to steal surviving and not just about surviving, becoming the storm that washes away the weak and the lies in the deceit and given a person justice and making them hole again And giving them they just do the hoods the forces they cannot be ignored. I ain't trying to beg for no seat at the table. I am the seat at the table without me. They wouldn't have no content. They wouldn't have songs on the radio they wouldn't have looks like this style fashion Flavor drip, I built my own content and empire I didn't take from no one else. I had a plenty of inspirations throughout my lifetime, but I don't have to fight a battle beneath. Y'all are beneath me when I'm got a fight about my own content when I created it and I own it, I'm the owner , I ain't gotta worry about that. I'll let my presents and lies you waste your breath with all your lies and your deceit. You might get away with it in today's time, but God is will have you and everything will be mine because God said whatever you take you got to give it back Tenfold and that's in the Bible. You can try to discredit me you just wasting your breath knows who I am. I gotta say nothing when I say nothing I'm victory is gonna be all mine that judge any judge give it to me because every judge has a judge, and that judge is the last judge, that will be the judge , and he's the loudest judge and he has the loudest victory overall could be hunted by my existence because it's a force and it's real and it makes you face your insignificance of your own sound. The sound the Swiss ball sound that y'all stole and y'all trying to hold and put on the crown and get down and act like you created it when you didn't create nothing but Chewed up grass and Creekwater, which is nothing it sounds like desperate whispers, trying to steal somebody else stuff when the whole world. The whole LA knows what you guys are doing the only person you fooling yourself caviar Beyoncé no Jay Z no Kanye West no Kim Kardashian no Lucian no short Snoop Dogg Drake Kendrick Lamar , sexy red GloRilla, Nicki Minaj, Cardi B, Tamar Braxton, K. Michelle, love and hip-hop, Mona Scott Young Megan Thee Stallion, E-40, Beyoncé Brandy, Ray J, Ty Dolla $ign, Birdman, Lil Wayne they all know what they did the Weeknd dream. They all know what they did they stole and they ain't never because they stole quicksand and it's gonna be a natural cause then you'll have nothing to do with nobody, but the man upstairs who created me who created the content that I created to help me created for me and not for them and and if it be different if they asked and paid to use the content, but they didn't. They just stole it , and that was a desperate whisper for help and don't have no power or no reach and can reach me and I think you cause God will have the last say and everybody who messed with me won't be blessed but I will thank you. They can control the narrative they thought they were could shape , the reality of the world, but I don't acknowledge them because I know the whole story the entire story because I created the story all they doing is copying the story y'all expected a war, the truth coming out and them talking to themselves now they whisper among their self, they would've asked me for permission, wishing they would've gave me my credit wishing because now they have nothing to pray on in the name of Jesus Trying to convince each other that they still matter when they don't and they know the truth they know they don't matter they know they know what they did last summer. I've already moved on. I know God still standing place thinking y'all moving, but y'all not the same place fighting a battle that no longer exist because God already know the truth owner and it don't matter whether y'all think I lost our y'all think y'all won because God know the truth and so do y'all I know the truth and y'all know the truth that's why y'all trying to fight me with tech tech , the truth is the truth. The lies will not exist and that's the loudest silence of all boomerang effect through comes right back is a boomerang through it with your mic and watch it return and shatter everything you built or you didn't built because you're lying and trying to steal , clever, whispering in the shadows, spinning stories, twisting, twisting words, convinced that your words would tarnish me but it's not tarnish me. God is gonna tarnish you for lying and you sat in there. Little circle laughing thinking oh I got away with this one. I got away with that one yeah but God got the last say on what you gonna get away with , feeling real powerful at the time yeah I'm gonna get paid. I get this money yeah but your money is gonna burn because it's not real and everybody still got an address and it's called everlasting like a fire and God said it in the Bible and they certain that they're not lives would spread like wildfire, but it did Wildfire spread and y'all thought was gonna reduce the ashes but what happened was something else got reduced to ashes and it wasn't me never touched me, but he touched a lot of people because God don't like ugly and it turned back into burn. They had this is what they never understood about God , he's the judge. He's the last judge. He's the only judge energy does not disappear. It returns disappear every false rumor every word every salt in jealousy every dagger

*This is God's Fight. Not Mine. I just a Vessel of your test.*

[4] proverb 26:27 provibe 27:26 Mathew 7:26

that they throw with poison tipped tongues it all came right back at them and now they're in one suffer, one suffering, and end of the day, protect his real children that ain't got the lie still cheats to eat ones reputations is crumbling for lies losing everything because of a lie they names what is going be getting dragged all around the world for trying to spread false history and whoever is part of that will get punished as well from God Through the very mud they try to man you will be buried in that mud because the universe does not let deceit go unanswered truth like slow at first but unstoppable. Once it rises y'all they could twist reality to fit your own agenda and insecurities and pockets and payola and money and greed, but God got another thing coming for y'all people, y'all could convince that was the ones but God will show you something different and y'all trying to convince the world that I'm the problem. I'm the creator. The problem was y'all lying and trying to get payola so y'all could get over with Reed your obsession with the other people down  For Reed for your payola for your pockets taking other people generational curse wealth away, but you gonna get generational curse when you still somebody else generational worth you obsessed with somebody else it's gonna be a boomerang effect and now the obsession has became their downfall because they trying to change history and God don't like that that obsession became a downfall  Look around how many people have tried to destroy someone just end up to be destroyed they self is full of them. Judith betrayed Jesus for a handful of silver and he regretted that he thought he was gonna win but is cold under reliable and he sealed his face they came unbearable and sealed his face, plot against Martin Luther King Jr. thinking that they could silence him, but his words are still living the day times now celebrities lie, steel, and cheat in the public figures have had lies thrown at them. It happens all the time so this in this situation they lying and the best part lies are coming to the light, and I didn't even have to lift the finger.

I was born on A Day. But it was not today. This is A Blue Print, Horse power, Hart Ship.

Summery Judgment: 100 million $ Battles.
Pay to the order of Witness ① Too-Short ② Cavier - Red AKA T.I. artist
Arika Hays matdycen & Swiss Barbi Bone

Table-of-content.
4 pages: proof Evendence From Tameka Tini Harris, Zonnyzee Rul Judge your Honor
① Example Reconsideration Cleford T.I. Harris (Somethings you cannot unsee)
pg-1 Sunnry Judgmet 100 million MGA (INC) ATL.
pg- Examples. Exhibit. OMG Suprise Doll, $ Millions
pg- Reconsederation LoL. ATL. IN
pg. Timelines - Evedence Barbie Doll IN my look plan.
pg-1 Can't Be unseen likeness Blueprint Refunded 5 times
pg-2 Example 2-18-25 Exhibit A Reel creater Blue print
Blue print Horse power things you can not unsee AKA Swiss Barbi Bone INO who I Am always create 1990 #2
God Dont 2002 #3
make lyers 1988 #1
He make 2004 #4
FAkers Tell them 2024 #5
pg-2 Qootes Example Authenty To show you here
pg-3 provibe 26:27 Authenty
pg-4 Isaah 57:17 Authenty
pg-4 mathue 7:26 Authenty Blue print
pg-5 Summy Judgmt Time Lines
pg-4 Proof of serving proof of Serve
100 million $ + plus a person Element genny
Back pay place this in US mail
④ Credit and I'm not a part of ... else mailed in LA 2/18/25
Entrence. with an envelope ... Element genny

Arika Hayes

Summary judgement causes of action and a summary briefing of an example of what happened to me in this case
Pay to the order of 100 million dollar back pay and damage punitive damage pain suffering damage pay to the order of Arika Hayes

Example this is a example a scenario
In 2015 I filed a case due to school I did not contour the case because my document kept getting lost in the mail I have exhibits

In 2019 I took this to a jurisdiction that was not bias to the entertainment biz as of Los Angeles county's court in the state of Californ
In 2020 one of the defendent went to La county division court in Santa Ana Ronald rayon federal build and started their con .
This is what they did
1)this is what happen to me this story is in the Bible provides 26:27 and Mathew 7:26
And here's how the story began, for example
Fire peers, hot pounding time, not once but over and over and over again
A man walks in and said I want that
Something earned what is earned but not stolen
They did not comprehend our coincide our way the facts that it was never meant for them they will fall. I will still stand the forces the
the origin they didn't. possess never grasping, or they didn't possess. I possessed the origin. They took the external is slipping beyo
thieves and contracts, unrolling them thread by thread, believing what I created they could claim, but it wasn't meant for a thief pow
a blueprint meaning everything will collapse, a full may see the shimmer and think that they know the death, but they do not know tl
currents the waves of what eyes beneath what lies beneath the real the truth the fact the merit that they thought they can take with
what was never there to claim they tried to force into them but power extracts it's price what they understood was not the magnitud
was the coast they never seen coming. It was the cost. They never seen coming. I've suffered grief in all of this going through trials
and wellness shine over , this darkness and truth and righteousness, truth light it up with a greater wealth of gold, which perish, eve
fine wine, our blueprint may result into precious glory, praise glory, and honor one Peter six and seven
They thought reassembling was something you can mimic without the journey. The power is not truthfully it is not titled. It is not ent
what I carry was never hindered to me. It was built in silence through the night and the fire of facts, affection, not greed Through the
everything tried to break me every scar has its lesson. I am I am. I am what they will never be. PERIOD.
That's what happened here instead of working walking in their own trials and tribulations they thought they can take someone else's
without working or walking on the journey through and trials and tribulations that's what happened here they didn't possess this thre

something you can put on and wisdom is not something you can put on and wear without words planning trials and tribulations. I am you will never be Matthew 7 to 6 Matthew 7:26 a foolish man who built their house in sand there is an old sand or story about a man but not the weight that comes with it. You see the gold, Jesus glory and said that should be mine, but what he didn't not see is year of struggle, the sacrifice that was made that shaped the one who truly earns such it so they took the crown, placed it on their own h in front of the world and lied and tricked and foolery and manipulated And fabricated and did democracy bureaucracy, hypocrisy, lie payola. The world asked if they had became greater when they lied. They cheated they stole, but the moment the storm comes the Howard Howley, and the ground shook and the weight of what they or She or the stolen Will crush them and did because they have help them up. That was what happened here it was it wasn't meant for them. It was meant for me for the watch out for the deception unbalanced because I'm the balance the truth is undeniable And God see everything and this battle that I'm fighting y'all think y'all person that you can't see that you really fighting and if I don't win in this court, that's fine with me because God can see everything everything and just like he he can destroy so anytime you mess with God's children and a lie versus the truth can't be seen and God many ways through exhibits evidence dates, timelines, and you want to take and give somebody else created to someone else you God and that's not up to me. Have a great day and all good faith I submit this. $100 million plus punitive damages, backpay and cre suffering for stealing and racketeering somebody else's music insider trading. Damage experience 100 million dollars at to the order

*[signature]*

2/19-25

ATYKA HAYES MATEYAN
44009 Gingham Ave
Lancaster CA 93535

SANTA CLARITA CA 913
19 FEB 2025 PM 5 L

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 21 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

proc

Ronold Ragan Buld.
US District Courts of
SANTANA
411 W. 4th St
Santa Ana CA
92701