UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br><br>**FINAL JUDGMENT** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>　　　Counter-Claimants,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>　　　Counter-Defendants. | Judge: Hon. James V. Selna<br><br>Complaint Filed:  December 20, 2020<br><br>Trial Date:  September 3, 2024 |

This action was tried before a jury and the Court, the Honorable James V. Selna presiding, between September 3, 2024 and September 23, 2024. On September 23, 2024, the jury returned a verdict in favor of Counter-Claimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG Girlz LLC (collectively, "OMG Girlz") on their claims against Plaintiff and Counter-Defendant MGA Entertainment, Inc. ("MGA Entertainment") and Counter-Defendant Isaac Larian (collectively, "MGA") for trade dress infringement under 15 U.S.C. § 1125 and on their claim for misappropriation of name, likeness, or identity with respect to the seven dolls at issue: Chillax, Roller Chick, Metal Chick, Bhad Gurl, Prism, Miss Divine, and Runaway Diva. (*See* Dkt. 1009). The jury further found that eight additional dolls subject only to MGA's declaratory judgment claims infringed the OMG Girlz' trade dress and/or name, likeness, or identity: Downtown B.B., Punk Grrrl, Virtuelle, Honeylicious, Miss Independent, City Babe, Shadow (trade dress infringement only), and Miss Glam (misappropriation of name, likeness, or identity only). (*See id.*). The Court previously disposed of the OMG Girlz' trade dress and misappropriation claims related to other dolls, as well as other claims asserted by the OMG Girlz, at summary judgment (*See* Dkt. 326). Accordingly, pursuant to Federal Rule of Civil Procedure 58, consistent with this Court's July 29, 2022 Order Regarding Motion for Summary Judgment (Dkt. 326), the jury's verdicts (Dkts. 1009 and 1011), this Court's February 3, 2025 Order Regarding Post-Trial Equitable Issues (Dkt. 1090), and this Court's April 15, 2025 Order Regarding Motion for Entry of Judgment and Request for Permanent Injunction (Dkt. 1113), the Court hereby ENTERS FINAL JUDGMENT as follows:

As to the OMG Girlz' Third Amended Counterclaims (Dkt. 63) for trade dress infringement (15 U.S.C. § 1125) and common law misappropriation of name, likeness, or identity, judgment is entered in favor of the OMG Girlz as to the following L.O.L. Surprise! O.M.G. dolls: Chillax, Roller Chick, Metal Chick, Bhad Gurl, Prism, Miss Divine, and Runway Diva.

      As to the OMG Girlz' Third Amended Counterclaims (Dkt. 63) for (1) trademark infringement (15 U.S.C. § 1125), (2) statutory misappropriation of name or likeness (Cal. Civ. Code § 3344), (3) statutory unfair competition (Cal. Bus. & Prof. Code § 17200, et seq.), and (4) common law unfair competition, judgment is entered in favor of Counter-Defendants MGA Entertainment and Isaac Larian.

      As to MGA's First Amended Complaint For Declaratory Judgment (Dkt. 16), judgment is entered in favor of MGA as to the following L.O.L. Surprise! O.M.G. dolls with respect to trade dress infringement and common law misappropriation of name, likeness, or identity: Ferocious, Fame Queen, Uptown Girl, Class Prez, Rocker Boi, Lady Diva, Sweets, Spicy Babe, Miss Royale, B-Gurl, Major Lady, Cosmic Nova, 24K D.J., Snowlicious, Candylicious, Gamma Babe, Moonlight B.B., NYE Queen, Splash Beauty, Sunshine Gurl, Sways, Crystal Star, Swag, Royal Bee, Neonlicious, Dollie, Busy B.B., Groovy Babe, Dazzle, Angles, Speedster, Da Boss, Missy Meow, Alt Grrrl, Big Wig, Camp Cutie, Icy Gurl, Pop B.B., Kitty K, Lonestar, Jukebox B.B., Cool Lev, Cheer Diva, Vault Queen, Coastal Q.T., Paradise V.I.P., Coral Waves, Spirit Queen, Ms. Direct, Magic Starlette, L.O.L. Surprise! O.M.G. Movie Magic Studios (Agent Glamour and Agent Soul), Tough Dude, Pink Chick, Fly Gurl, Sunset, Miss Celebrate, Skatepark Q.T., and Trendsetter.

      As to MGA's First Amended Complaint For Declaratory Judgment, judgment is entered in favor of MGA as to the following L.O.L. Surprise! O.M.G. doll with respect to trade dress infringement only: Miss Glam.

      As to MGA's First Amended Complaint For Declaratory Judgment, judgment is entered in favor of MGA as to the following L.O.L. Surprise! O.M.G. doll with respect to common law misappropriation of name, likeness, or identity only: Shadow.

      As to MGA's First Amended Complaint For Declaratory Judgment, judgment is entered in favor of the OMG Girlz as to the following L.O.L. Surprise! O.M.G. dolls with respect to trade dress infringement: Chillax, Roller Chick, Metal Chick,

Bhad Gurl, Prism, Miss Divine, Runway Diva, Downtown B.B., Punk Grrrl, Virtuelle, Honeylicious, Miss Independent, City Babe, and Shadow.

As to MGA's First Amended Complaint For Declaratory Judgment, judgment is entered in favor of the OMG Girlz as to the following L.O.L. Surprise! O.M.G. dolls with respect to common law misappropriation of name, likeness, or identity: Chillax, Roller Chick, Metal Chick, Bhad Gurl, Prism, Miss Divine, Runway Diva, Downtown B.B., Punk Grrrl, Virtuelle, Honeylicious, Miss Independent, City Babe, and Miss Glam.

In the Court's Order Regarding Post-Trial Equitable Issues (Dkt. 1090), the Court adopted the jury's disgorgement award of $17,872,253 for MGA's common law misappropriation of the OMG Girlz' name, likeness, or identity. The Court did not adopt the jury's disgorgement award under the Lanham Act, and instead awarded the OMG Girlz no disgorgement of MGA's profits under the Lanham Act. (*Id.* at 12).

As to the OMG Girlz' claim for punitive damages under common law misappropriation of the OMG Girlz' name, likeness, or identity the jury found MGA's misappropriation was conducted with oppression, fraud, or malice, (Dkt. No. 1009), and awarded $53,616,759 in punitive damages (Dkt. 1011). The Court found that the jury's punitive damages award was binding under Fed. R. Civ. P. 39(c). (Dkt. 1090 at 18–20).

The Court awards the OMG Girlz post-judgment interest on the $71,489,012 judgment at a rate of 3.972% from April 15, 2025, until the date of payment, compounded annually. (*See* Dkt. 1113).

The Court leaves for further later determination of the prevailing party for purposes of costs, attorney's fee, and all other post judgment relief.

FINAL JUDGMENT IS SO ENTERED.

Dated: April 29, 2025

_____
The Honorable James V. Selna
United States District Judge