| | |
|---|---|
| Mark A. Finkelstein (SBN 173851)<br>mfinkelstein@umbergzipser.com<br>Ellen S. Kim (SBN 329348)<br>ekim@umbergzipser.com<br>UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750<br>Irvine, CA 92614<br>Telephone: (949) 679-0052<br><br>Paul J. Loh (Bar No. 160541)<br>ploh@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240<br><br>Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian | John R. Keville (*pro hac vice*)<br>jkeville@sheppardmullin.com<br>Robert L. Green (*pro hac vice*)<br>rgreen@sheppardmullin.com<br>Chante B. Westmoreland (*pro hac vice*)<br>cwestmoreland@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002<br>Telephone: (713) 431-7100<br><br>Attorneys for Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counterclaimants Grand Hustle, LLC, Pretty Hustle, LLC and OMG Girlz LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>    Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>    Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br>    Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br>ASSIGNED TO: Hon James V. Selna<br><br>**STIPULATION TO (1) DEFER BRIEFING ON MOTIONS FOR ATTORNEYS' FEES AND COSTS UNTIL AFTER ISSUANCE OF THE MANDATE FOLLOWING APPEAL, AND (2) STAY ENFORCEMENT OF JUDGMENT WITHOUT BOND OR SECURITY UNTIL AFTER ISSUANCE OF THE MANDATE FOLLOWING APPEAL**<br><br>Complaint Filed: December 20, 2020<br>Trial Date: September 3, 2024 |

WHEREAS, the Court instructed the parties to file a joint notice of specific dates for simultaneous motions for attorneys' fees once Judgment was issued (Dkt. 1059 at 2);

WHEREAS, both parties expect to file appeals in this case;

WHEREAS, in the interest of efficiency and judicial economy, the parties have agreed that, pursuant to Federal Rule of Civil Procedure 54(d) and subject to the approval of this Court, they will defer briefing on attorneys' fees and costs until after the mandate is issued following appeal; and

WHEREAS, the parties have also agreed that, pursuant to Federal Rule of Civil Procedure 62 and subject to the approval of this Court, enforcement of the Judgment will be stayed, without any bond or security, until 30 days after the mandate is issued following appeal.

NOW, THEREFORE, the parties hereby stipulate as follows:

1. Briefing on attorneys' fees and costs will be deferred until after issuance of the mandate following appeal, at which point the parties will jointly propose a briefing schedule; and

2. Enforcement of the Judgment is stayed, without any bond or security, until 30 days after issuance of the mandate following appeal.

IT IS SO STIPULATED.

Dated: April 30, 2025

UMBERG ZIPSER LLP

*/s/ Mark A. Finkelstein*

Mark A. Finkelstein
Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

| | | |
|---|---|---|
| 1 | Dated: April 30, 2025 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |

*/s/ Robert L. Green*

Robert L. Green
Attorneys for Defendants and Counterclaimants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counterclaimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG Girlz LLC

## ECF ATTESTATION

I, Mark A. Finkelstein, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4.

Dated: April 30, 2025               UMBERG ZIPSER LLP

_____
Mark A. Finkelstein
Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian