| | |
|---|---|
| Mark A. Finkelstein (SBN 173851)<br>mfinkelstein@umbergzipser.com<br>Ellen S. Kim (SBN 329348)<br>ekim@umbergzipser.com<br>UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750<br>Irvine, CA  92614<br>Telephone: (949) 679-0052 | Paul J. Loh (Bar No. 160541)<br>ploh@willenken.com<br>Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>Kenneth M. Trujillo-Jamison<br>(Bar No. 280212)<br>ktrujillo-jamison@willenken.com<br>Breeanna N. Brewer (Bar No. 312269)<br>bbrewer@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240 |

Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>          Plaintiff,<br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>          Defendants, | Case No. 2:20-cv-11548-JVS-AGR<br>ASSIGNED TO: Hon James V. Selna<br><br>**PLAINTIFF AND COUNTER-DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW (RULE 50(b)) OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL OR REMITTITUR**<br><br>Date:  June 30, 2025<br>Time:  1:30 p.m. |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>          Counter-Claimants,<br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br>          Counter-Defendants. | Complaint Filed:  December 20, 2020<br>Trial Date:   September 3, 2024 |

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{288764.2}

Case No. 2:20-cv-11548-JVS-AGR
MGA'S NOTICE OF MOT. FOR JMOL OR IN THE ALTERNATIVE, MOT. FOR NEW TRIAL OR REMITTITUR

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 30, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable James V. Selna, United States District Judge, in Courtroom 10C of the Ronald Reagan Federal Building and U.S. Courthouse, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff and Counter-Defendant MGA Entertainment Inc. and Counter-Defendant Isaac Larian (collectively, "MGA") will, and hereby do, move the Court for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b), a new trial under Rule 59(a), and/or an order for a remittitur or reduction of the monetary awards, on the Third Amended Counterclaims ("TACC") brought by Counterclaimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG Girlz LLC in this action (Dkt. 63), as follows:

1. Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' First Counterclaim for Violation of the Lanham Act, 15 U.S.C. § 1125, because Counterclaimants have not set forth sufficient evidence to support that they have protectable trade dress;

2. Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' First Counterclaim for Violation of the Lanham Act, 15 U.S.C. § 1125, because Counterclaimants have not set forth sufficient evidence to support that their claimed trade dress has secondary meaning;

3. Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' First Counterclaim for Violation of the Lanham Act, 15 U.S.C. § 1125, because Counterclaimants have not set forth sufficient evidence to rebut a *prima facie* case of abandonment;

4. Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' First Counterclaim for Violation of the Lanham Act, 15 U.S.C. § 1125, because Counterclaimants have not set forth sufficient evidence to support a finding of likelihood of confusion;

Umberg Zipser LLP
Attorneys At Law
Irvine

{288764.2}   1   Case No. 2:20-cv-11548-JVS-AGR
MGA'S NOTICE OF MOT. FOR JMOL OR IN THE ALTERNATIVE, MOT. FOR NEW TRIAL OR REMITTITUR

5.    Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' Third Counterclaim for Common Law Misappropriation of Name or Likeness, because Counterclaimants have not set forth sufficient evidence to establish that they have standing;

6.    Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' Third Counterclaim for Common Law Misappropriation of Name or Likeness, because Claimants have not set forth sufficient evidence to establish that there has been any misappropriation;

7.    Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' Third Counterclaim for Common Law Misappropriation of Name or Likeness, Counterclaimants have not set forth sufficient evidence to establish that they have been harmed by any misappropriation;

8.    Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' Third Counterclaim for Common Law Misappropriation of Name or Likeness, because the counterclaim is barred by the First Amendment;[1]

9.    Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' First Counterclaim for Violation of the Lanham Act, 15 U.S.C. § 1125, and Third Counterclaim for Common Law Misappropriation of Name or Likeness, because Counterclaimants failed to pursue, and therefore waived, any claims against Isaac Larian as an individual;

10.    Judgment as a matter of law or, in the alternative, a new trial on Counterclaimants' First Counterclaim for Violation of the Lanham Act, 15 U.S.C. § 1125, and Third Counterclaim for Common Law Misappropriation of

---

[1] MGA maintains that the First Amendment defense also applies to Counterclaimants' Lanham Act claim (*see* Dkt. 854), but is not raising that issue herein because the Court rejected MGA's argument in granting Counterclaimants' motion for a new trial (Dkt. 860).  However, MGA reserves its right to raise the issue on appeal.

Umberg Zipser llp
Attorneys At Law
Irvine

{288764.2}    2    Case No. 2:20-cv-11548-JVS-AGR
MGA'S NOTICE OF MOT. FOR JMOL OR IN THE ALTERNATIVE, MOT. FOR NEW TRIAL OR REMITTITUR

1  Name or Likeness, because Counterclaimants failed to establish any claims
2  against Isaac Larian as an individual;
3        11.   A new trial on, a remittitur of, or a reduction of the disgorgement
4  award under Counterclaimants' Third Counterclaim for Common Law
5  Misappropriation of Name or Likeness, because Counterclaimants cannot
6  recover disgorgement of profits without establishing that such profits are
7  attributable to the unauthorized use the OMG Girlz's likeness;
8        12.   A new trial on, a remittitur of, or a reduction of the disgorgement
9  and punitive damages awarded under Counterclaimants' Third Counterclaim for
10 Common Law Misappropriation of Name or Likeness because disgorgement
11 and punitive damages are unavailable for common law misappropriation as a
12 matter of law;
13       13.   A new trial on, or remittitur of, or a reduction of the punitive
14 damages awarded under Counterclaimants' Third Counterclaim for Common
15 Law Misappropriation of Name or Likeness, because MGA did not act with the
16 requisite oppression, malice, or fraud, as the Court already found MGA did not
17 act willfully;
18       14.   A new trial on, or remittitur of, or a reduction of the punitive
19 damages awarded under Counterclaimants' Third Counterclaim for Common
20 Law Misappropriation of Name or Likeness because the award does not
21 comport with the Due Process Clause; and
22       15.   A new trial on, or remittitur of, or a reduction of the punitive
23 damages awarded under Counterclaimants' Third Counterclaim for Common
24 Law Misappropriation of Name or Likeness because the amount of the punitive
25 damages award was excessive.
26       Please take further notice that MGA will, and hereby does, move the
27 Court pursuant to Rule 50(b) for a judgment as a matter of law or, in the
28 alternative, a new trial on the First Cause of Action for Declaratory Judgment,

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{288764.2}                                    3                        Case No. 2:20-cv-11548-JVS-AGR
                                                                MGA'S NOTICE OF MOT. FOR JMOL OR IN THE
                                                                ALTERNATIVE, MOT. FOR NEW TRIAL OR REMITTITUR

28 U.S.C. § 2201(a), asserted in its First Amended Complaint (Dkt. 16) on the 15 Dolls for which the jury found infringement and/or misappropriation, as MGA has established that it does not infringe upon any intellectual property rights of Defendants. At minimum, the Court should enter judgment for MGA on the eight Dolls the jury found to be infringing and/or misappropriated the OMG Girlz' likeness, but for which Defendants did not seek liability and "abandoned." Specifically, these eight Dolls are Downtown B.B., Punk Grrrl, Virtuelle, Honeylicious, Miss Independent, City Babe, Shadow, and Miss Glam.

      This Motion will be and is based on this Notice of Motion, the Memorandum of Points and Authorities filed concurrently herewith, and all of the trial evidence entered to date, and upon any such additional evidence entered at trial at or before the hearing on this Motion, as well as any argument regarding this Motion.

      This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 21, 2025.

Dated: May 27, 2025

UMBERG ZIPSER LLP

Mark A. Finkelstein
Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{288764.2}  4  Case No. 2:20-cv-11548-JVS-AGR
MGA'S NOTICE OF MOT. FOR JMOL OR IN THE ALTERNATIVE, MOT. FOR NEW TRIAL OR REMITTITUR