# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-11548-JVS-AGR<br>Assigned to: Hon. James V. Selna<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW (RULE 50(b)) OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL OR REMITTITUR** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | Date:   June 30, 2025<br>Time:   1:30 P.M.<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna<br><br>Complaint Filed: December 20, 2020<br>Trial Date: September 3, 2024 |

{289212.2}

[PROPOSED] ORDER

1018918.3

1    Having considered the Motion for Judgment As A Matter of Law Or, In the Alternative, Motion For New Trial Or Remittitur (the "Motion") brought by Plaintiff and Counter-Defendants MGA Entertainment Inc. and Isaac Larian (collectively, "MGA"), the related papers, and the entirety of the record in this case, the Court hereby **GRANTS** judgment as a matter of law in favor of MGA on Counterclaimants' claims for trade dress infringement and common law misappropriation of name, likeness, or identity (Dkt. 63), as well as on MGA's declaratory relief claim (Dkt. 16).

    The parties shall submit a new proposed Final Judgment reflecting this Order.

**IT IS SO ORDERED.**

Dated: _____

                                            Hon. James V. Selna
                                            United States District Judge