| | |
|---|---|
| Mark A. Finkelstein (SBN 173851)<br>mfinkelstein@umbergzipser.com<br>Ellen S. Kim (SBN 329348)<br>ekim@umbergzipser.com<br>UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750<br>Irvine, CA  92614<br>Telephone: (949) 679-0052 | Paul J. Loh (Bar No. 160541)<br>ploh@willenken.com<br>Jason H. Wilson (Bar No. 140269)<br>jwilson@willenken.com<br>Kenneth M. Trujillo-Jamison<br>(Bar No. 280212)<br>ktrujillo-jamison@willenken.com<br>Breeanna N. Brewer (Bar No. 312269)<br>bbrewer@willenken.com<br>WILLENKEN LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240 |

Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MGA ENTERTAINMENT, INC., a California corporation,

    Plaintiff,

vs.

CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,

    Defendants,

GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,

    Counter-Claimants,

vs.

MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,

    Counter-Defendants.

Case No. 2:20-cv-11548-JVS-AGR

**NOTICE OF APPEAL**

**and**

**REPRESENTATION STATEMENT**

NOTICE is hereby given that Plaintiff and Counter-Defendant MGA ENTERTAINMENT, INC. and Counter-Defendant ISAAC LARIAN appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on April 29, 2025 ("Judgment") (Dkt. No. 1118), from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment, and from any and all adverse orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based.

Pursuant to Rule 4(a)(4) of the Federal Rules of Appellate Procedure, this notice of appeal shall become effective upon the District Court's entry of an order disposing of Plaintiff and Counter-Defendants' post-trial motion under Rules 50 and 59 (Dkt. No. 1121), which was filed on May 27, 2025, twenty-eight days after entry of the Judgment.

Dated: May 28, 2025                    Respectfully submitted,

                                       UMBERG ZIPSER LLP

                                       _____
                                       Mark A. Finkelstein
                                       Attorneys for Plaintiff and Counter-
                                       Defendant MGA Entertainment, Inc., and
                                       Counter-Defendant Isaac Larian

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-1, MGA Entertainment, Inc. and Isaac Larian hereby submit the following representation statement, which identifies all parties to the action, along with the names, addresses and telephone numbers of their respective counsel:

### 1. Plaintiff and Counter-Defendants

The Plaintiff in this matter is MGA Entertainment, Inc. Counter-Defendants are MGA Entertainment, Inc. and Isaac Larian. MGA Entertainment, Inc. and Isaac Larian's attorneys are:

UMBERG ZIPSER LLP
Mark A. Finkelstein
1920 Main Street, Suite 750
Irvine, CA 92614
949-679-0052
Fax: 949-679-0461
Email: mfinkelstein@umbergzipser.com

Thomas J. Umberg
1920 Main Street Suite 750
Irvine, CA 92614
949-679-0052
Fax: 949-679-0461
Email: tumberg@umbergzipser.com

Ellen Sooyoun Kim
1920 Main Street Suite 750
Irvine, CA 92614
949-679-0052
Fax: 949-679-0461
Email: ekim@umbergzipser.com

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | Lisa S. Blatt |
| 3 | 680 Maine Avenue, S.W. |
|   | Washington, DC 20024 |
| 4 | 202-434-5000 |
| 5 | Fax: 202-434-5029 |
|   | Email: lblatt@wc.com |
| 6 | |
| 7 | Amy Mason Saharia |
|   | 680 Maine Avenue, S.W. |
| 8 | Washington, DC 20024 |
| 9 | 202-434-5000 |
|   | Fax: 202-434-5029 |
| 10 | Email: asaharia@wc.com |
| 11 | |
|    | Kimberly Broecker |
| 12 | 680 Maine Avenue, S.W. |
| 13 | Washington, DC 20024 |
|    | 202-434-5000 |
| 14 | Fax: 202-434-5029 |
| 15 | Email: kbroecker@wc.com |
| 16 | Claire R. Cahill |
| 17 | 680 Maine Avenue, S.W. |
|    | Washington, DC 20024 |
| 18 | 202-434-5000 |
| 19 | Fax: 202-434-5029 |
|    | Email: ccahill@wc.com |
| 20 | |
| 21 | WILLENKEN LLP |
| 22 | Paul J Loh |
|    | 707 Wilshire Boulevard, Suite 4100 |
| 23 | Los Angeles, CA 90017 |
| 24 | 213-955-9240 |
|    | Email: ploh@willenken.com |
| 25 | |
| 26 | Jason H Wilson |
|    | 707 Wilshire Boulevard, Suite 4100 |
| 27 | Los Angeles, CA 90017 |
| 28 | 213-955-9240 |

Fax: 213-955-9250
Email: jwilson@willenken.com

Kenneth Michael Trujillo-Jamison
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA 90017
213-955-8031
Fax: 213-955-9250
Email: ktrujillo-jamison@willenken.com

Breeanna Nicole Brewer
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA 90017
213-955-9240
Fax: 213-955-9250
Email: bbrewer@willenken.com

Eileen M Ahern
707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
213-955-9240
Fax: 213-955-9250
Email: eahern@willenken.com

**2. Defendants and Counter-Claimants**

The Defendants in this matter are Clifford T.I. Harris, Tameka Tiny Harris, and OMG Girlz LLC.  The Counter-Claimants are OMG Girlz LLC, Grand Hustle LLC, and Pretty Hustle LLC.  Their attorneys are:

SHEPPARD MULLIN RICHTER AND HAMPTON LLP
John R. Keville
700 Louisiana Street
Suite 2750
Houston, TX 77002-2791
713-431-7113
Email: jkeville@sheppardmullin.com

Robert L. Green
700 Louisiana Street, Suite 2750
Houston, TX 77002
713-431-7100
Fax: 713-431-7101
Email: rgreen@sheppardmullin.com

Chante B. Westmoreland
700 Louisiana Street, Suite 2750
Houston, TX 77002
713-431-7100
Fax: 713-431-7101
Email: cwestmoreland@sheppardmullin.com

Valerie Elizabeth Alter
1901 Avenue of the Stars Suite 1600
Los Angeles, CA 90067-6055
310-288-3700
Fax: 310-228-3701
Email: valter@sheppardmullin.com

THE LAMARR FIRM, PLLC
B'Ivory LaMarr
5718 Westheimer Rd
Suite 1000
Houston, TX 77057
800-679-4600
Email: blamarr@bivorylamarr.com