| | |
|---|---|
| Mark A. Finkelstein (SBN 173851)<br>mfinkelstein@umbergzipser.com<br>Ellen S. Kim (SBN 329348)<br>ekim@umbergzipser.com<br>UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750<br>Irvine, CA  92614<br>Telephone: (949) 679-0052<br><br>Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian | John R. Keville (*pro hac vice*)<br>jkeville@sheppardmullin.com<br>Robert L. Green (*pro hac vice*)<br>rgreen@sheppardmullin.com<br>Chante B. Westmoreland (*pro hac vice*)<br>cwestmoreland@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>700 Louisiana Street, Suite 2750<br>Houston, TX 77002<br>Telephone: (713) 431-7100<br><br>Attorneys for Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counterclaimants Grand Hustle, LLC, Pretty Hustle, LLC and OMG Girlz LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>    Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br>ASSIGNED TO: Hon James V. Selna<br><br>**JOINT PROPOSED BRIEFING SCHEDULE FOR BRIEFING REGARDING THE STRUCTURE OF A NEW TRIAL** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>    Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br>    Counter-Defendants. | Complaint Filed:  December 20, 2020<br>Trial Date:   September 3, 2024 |

Pursuant to the Court's Order Regarding Motion and Renewed Motion for Judgment as a Matter of Law or, in the Alternative, for New Trial or Remittitur (Dkt. 1133), the Parties hereby jointly submit this proposed briefing schedule for whether the new trial should be conducted as a bench trial (as MGA contends), or should be conducted as a jury trial (as the OMG Girlz contend).

| | |
|---|---|
| MGA's Opening Brief: | August 11, 2025 |
| OMG Girlz' Opposition: | August 25, 2025 |
| MGA's Reply: | September 8, 2025 |
| Hearing Date: | September 22, 2025 |

IT IS SO STIPULATED.

Dated: July 25, 2025

UMBERG ZIPSER LLP

_____
Mark A. Finkelstein
Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian

Dated: July 25, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Robert L. Green*
_____
Robert L. Green
Attorneys for Defendants and Counterclaimants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counterclaimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG Girlz LLC

## ECF ATTESTATION

I, Mark A. Finkelstein, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4.

Dated: July 25, 2025               UMBERG ZIPSER LLP

_____
Mark A. Finkelstein
Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian