# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-11548-JVS-AGR<br>Assigned to: Hon. James V. Selna<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR BRIEFING THE STRUCTURE OF A NEW TRIAL [59]** |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | Complaint Filed: December 20, 2020<br>Trial Date: September 3, 2024 |

The Court hereby sets the following briefing schedule for whether the new trial should be conducted as a bench trial (as MGA contends), or should be conducted as a jury trial (as the OMG Girlz contend):

    MGA's Opening Brief:    August 11, 2025

    OMG Girlz' Opposition:    August 25, 2025

    MGA's Reply:    September 8, 2025

    Hearing Date:    September 22, 2025, at 1:30 p.m.

**All briefs limited to twelve pages.**

**IT IS SO ORDERED.**

Dated: July 29, 2025

                                  Hon. James V. Selna
                                  United States District Judge