Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Ellen S. Kim (SBN 329348)
UMBERG ZIPSER LLP
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052

*Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian*

John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Robert L. Green (*pro hac vice*)
rgreen@sheppardmullin.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
700 Louisiana Street, Suite 2750
Houston, TX 77002
Telephone: 713-431-7100

*Attorneys for Defendants CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive, <br><br> Defendants. | Case No.: 2:20-cv-11548-JVS-AGR <br> Assigned to: Hon. James V. Selna <br><br><br> **Joint Stipulation To Set Briefing Schedule For 1292(b) Motion** |
| AND RELATED COUNTERCLAIMS | |

{280181.1}

1018918.3

1    WHEREAS, MGA Entertainment, Inc. and Mr. Larian (collectively,
2   "MGA") intend to file a motion under 28 U.S.C. § 1292(b) pertaining to this
3   Court's Order Regarding Structure of New Trial (Dkt. 1144); and
4    WHEREAS, the parties have met and conferred under Local Rule 7-3 and
5   have agreed to a briefing schedule on MGA's motion.
6    NOW, THEREFORE, subject to Court approval, the parties agree to the
7   following briefing schedule for MGA's 1292(b) motion:
8
9    Opening Brief Deadline:        October 15, 2025
10    Opposition Brief Deadline:     October 24, 2025
11    Reply Brief Deadline:          November 3, 2025
12    Hearing Date:                  November 17, 2025
13
14
15   Dated: October 3, 2025                   Respectfully submitted,
16
17   SHEPPARD MULLIN RICHTER &           UMBERG ZIPSER LLP
     HAMPTON LLP
18
19   By: /s/ *John R. Keville*          By: /s/ *Ellen S. Kim*
20   John R. Keville                    Ellen S. Kim
21   *Attorney for Defendants Clifford "T.I."*    *Attorneys for Plaintiff and Counter-*
     *Harris, Tameka "Tiny" Harris, OMG*          *Defendant MGA Entertainment, Inc.*
22   *Girlz LLC, and Counter-Claimants*           *and Counter-Defendant Isaac*
     *Grand Hustle, LLC, Pretty Hustle, LLC,*     *Larian*
23   *and OMG Girls, LLC*
24
25
26
27
28   {280181.1}
                                    3
     JOINT STIPULATION RE: BRIEFING SCHEDULE

## <u>ECF ATTESTATION</u>

I, Ellen S. Kim, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4.


Dated:  October 3, 2025                UMBERG ZIPSER LLP


                                       By: */s/ Ellen S. Kim*
                                       Ellen S. Kim
                                       *Attorneys for Plaintiff and Counter-Defendant*
                                       *MGA Entertainment, Inc. and Counter-*
                                       *Defendant Isaac Larian*

{280181.1}                                    4
JOINT STIPULATION RE: BRIEFING SCHEDULE