|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MGA ENTERTAINMENT, INC., a California corporation, | Case No.: 2:20-cv-11548-JVS-AGR |
|---|---|
| Plaintiff, | Assigned to: Hon. James V. Selna |
| v. | **Order Granting Joint Stipulation to Set Briefing Schedule For 1292(b) Motion [1148]** |
| CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

{280181.1}

ORDER RE: BRIEFING SCHEDULE

1  The Court hereby grants the parties' stipulation and sets the following
2  briefing schedule with respect to MGA's anticipated 1292(b) motion:

|  |  |
|---|---|
| Opening Brief Deadline: | October 15, 2025 |
| Opposition Brief Deadline: | October 24, 2025 |
| Reply Brief Deadline: | November 3, 2025 |
| Hearing Date: | November 17, 2025 |

IT IS SO ORDERED.

Dated: October 08, 2025

_____
Hon. James V. Selna
United States District Judge

{280181.1}

3

ORDER RE: BRIEFING SCHEDULE