| | |
|---|---|
| 1 | John R. Keville (pro hac vice) |
| | jkeville@sheppardmullin.com |
| 2 | Robert L. Green (pro hac vice) |
| | rgreen@sheppardmullin.com |
| 3 | Chante B. Westmoreland (pro hac vice) |
| | cwestmoreland@sheppardmullin.com |
| 4 | SHEPPARD MULLIN RICHTER & |
| | HAMPTON LLP |
| 5 | 845 Texas Avenue, 25th Floor |
| | Houston, TX 77002 |
| 6 | Telephone: 713-431-7100 |

*Attorneys for Defendants*
CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and *Counter-Claimants* GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br><br>**DEFENDANTS AND COUNTERCLAIMANTS' NOTICE OF TRIAL DATE AVAILABILITY**<br><br>Judge: Hon. James V. Selna<br><br>Complaint Filed: December 20, 2020 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at the September 22, 2025 Hearing, Dkt. 1145, at page 16, counsel for Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris and OMG Girlz LLC and Counter-Claimants Grand Hustle, LLC, OMG Girlz LLC and Pretty Hustle, LLC (together, "the OMG Girlz") requested a date for the new trial, and the Court instructed "[l]ook at your calendars for January and February and propose dates in there." The Court suggested the parties try to agree on a date but noted "If you can't agree, I'll pick and choose." *Id.* at 18. The OMG Girlz are available for trial from January 5, 2026 through February 18, 2026 (after which date counsel for the OMG Girlz need to be in Houston, Texas for a trial starting February 23, 2026).

The OMG Girlz have provided MGA with the "skeletal offer of proof" the Court suggested at the hearing (*id.* at 17) and have five times requested MGA's trial availability after the September 22 hearing. As of this filing, MGA has not identified any possible trial dates, purportedly because it is still considering "trial counsel" for the new trial *that it requested*. But MGA is presently represented by at least thirteen outside attorneys from three prominent firms (Umberg Zipser LLP, Willenken, LLP, and Williams & Connolly, LLP), including three who made appearances in the last month (Dkt. Nos. 1151-1153). As such, MGA does not lack "trial counsel" and should not be able to use this to delay trial.

Accordingly, the OMG Girlz request that the Court set a date convenient to the Court's calendar to start a 2-3 day trial between January 1, 2026 and February 16, 2026.

Dated: October 28, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ John R. Keville
    JOHN R. KEVILLE

*Attorney for Defendants and Counterclaimants CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC*