| | |
|---|---|
| John R. Keville (pro hac vice) | Mark A. Finkelstein (SBN 173851) |
| jkeville@sheppardmullin.com | mfinkelstein@umbergzipser.com |
| Robert L. Green (pro hac vice) | Ellen S. Kim (SBN 329348) |
| rgreen@sheppardmullin.com | ekim@uzllp.com |
| Chante B. Westmoreland (pro hac vice) | UMBERG ZIPSER LLP |
| cwestmoreland@sheppardmullin.com | 1920 Main Street, Suite 750 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | Irvine, CA 92614 |
| 845 Texas Avenue, 25th Floor | Telephone: (949) 679-0052 |
| Houston, TX 77002 | |
| Telephone: 713-431-7100 | Lisa S. Blatt (pro hac vice) |
| | lblatt@wc.com |
| *Attorneys for Defendants CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC* | Amy M. Saharia (pro hac vice) |
| | asaharia@wc.com |
| | Kimberly Broecker (pro hac vice) |
| | kbroecker@wc.com |
| | WILLIAMS & CONNOLLY LLP |
| | 680 Maine Avenue SW |
| | Washington, DC 20024 |
| | Telephone: (202) 434-5000 |
| | |
| | *Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendant Isaac Larian* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation, | **Case No. 2:20-cv-11548-JVS-AGR** |
| Plaintiff, | **JOINT NOTICE OF NINTH CIRCUIT'S RULING** |
| vs. | Judge: Hon. James V. Selna |
| CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC, | Complaint Filed: December 20, 2020 |
| Counter-Claimants, | |

Case No. 2:20-cv-11548-JVS-AGR
JOINT NOTICE OF NINTH CIRCUIT'S RULING

| | |
|---|---|
| 1 | vs. |
| 2 | MGA ENTERTAINMENT, INC., |
| 3 | ISAAC LARIAN, and DOES 1 – 10, inclusive, |
| 4 | Counter-Defendants. |

|   |   |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF |
| 2 | RECORD: |
| 3 | PLEASE TAKE NOTICE THAT, pursuant to the Court's Order at Dkt. 1172, |
| 4 | Plaintiff and Counter-Defendant MGA Entertainment, Inc., Counter-Defendant Isaac |
| 5 | Larian, Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, |
| 6 | and Counter-Claimants Grand Hustle, LLC, Pretty Hustle LLC and OMG Girlz LLC, |
| 7 | hereby notify the Court that the Ninth Circuit has **DENIED** MGA's Petition for |
| 8 | Interlocutory Appeal.  A copy of the Ninth Circuit's Order is attached. |
| 9 | |
| 10 | OMG Girlz' Statement: |
| 11 | Defendant and Counter-Claimants further notice the Court that they are |
| 12 | prepared for a 3-4 day jury trial beginning on the dates below: |
| 13 | • April 14 or 21 |
| 14 | • May 5, 12, or 19 |
| 15 | |
| 16 | MGA's Statement: |
| 17 | At a hearing held on September 22, 2025, this Court instructed counsel for the |
| 18 | OMG Girlz to provide MGA with "a brief offer of proof so that we know what |
| 19 | episodes we're going to be dealing with or potentially dealing with in the new trial |
| 20 | [on punitive damages]. . . ." Dkt. 1145 at 17:16-20.  The offer of proof was intended |
| 21 | to allow the parties to consider motions *in limine*, and would frame the issues for a |
| 22 | scheduling conference. *Id*. at 17:18-18:6.  The OMG Girlz's October 24, 2025 Offer |
| 23 | of Proof, however, failed to apprise MGA and the Court of ***any*** specific "episodes" |
| 24 | that the OMG Girlz intend to seek to explore at trial.  *See* Dkt. 1160-1.  Instead, the |
| 25 | Offer of Proof merely identifies "at least" 15 broad "categories of evidence in support |
| 26 | of [the OMG Girlz'] punitive damages case." *Id*. |
| 27 | |
| 28 | |

MGA objected to the Offer of Proof on November 4, 2025. Dkt. 1162. Yet, the OMG Girlz never served an amended Offer of Proof and, thus, still have not complied with this Court's requirement; it is therefore premature to set a trial date.

MGA requests that the Court require the OMG Girlz to serve a compliant Offer of Proof that describes each specific "episode" that the OMG Girlz intend to seek to explore at trial. Once that occurs, the Court can set this matter for an in-person conference where the parties can discuss, among other things, the scope of the punitive damages trial, the schedule for motions *in limine*, and dates for the final pre-trial conference and trial, as well as the anticipated length of the trial.

Assuming the OMG Girlz serve a complaint Offer of Proof by February 13, 2026, and the parties have a scheduling conference soon thereafter, MGA would be prepared to begin trial on May 12, 2026, depending on the length of the trial. MGA and/or its counsel have conflicts on the other trial dates offered by the OMG Girlz.

Dated: February 5, 2026

| SHEPPARD MULLIN RICHTER & HAMPTON LLP | UMBERG ZIPSER LLP |
|---|---|
| By: /s/ *John R. Keville* | By: /s/ *Mark A. Finkelstein* |
| John R. Keville | Mark A. Finkelstein |
| *Attorney for Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counter-Claimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG Girlz, LLC* | *Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc. and Counter-Defendant Isaac Larian* |

**ECF ATTESTATION**

I, John R. Keville, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document and its attachments in compliance with Local Rule 5-4.3.4.

Dated: February 5, 2026

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ John R. Keville*
John R. Keville

*Attorney for Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counter-Claimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG Girlz, LLC*