# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CASE MANAGEMENT SCHEDULE [1179]**<br><br>Hon. James V. Selna |
| GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,<br><br>Counter-Defendants. | Complaint Filed:  December 20, 2020<br>Trial Date:  June 23, 2026 |

Having considered the Parties' Joint Stipulation Regarding Case Management Schedule, the Court sets the Final Pretrial Conference for **June 8, 2026** at 11:00 a.m. and the following pretrial schedule:

| Deadline | Date |
|---|---|
| **Exhibit Lists & Witness Lists** (parties exchange) | April 20, 2026 |
| **Conduct LR 7-3 on Motions in Limine and Exhibit List / Witness List Exchange** / **Joint Proposed Pretrial Order / Preliminary Jury Instructions (per Dkt. 1144)** (parties meet-and-confer) | April 27, 2026 |
| **Motions in Limine** | May 4, 2026 |
| **Oppositions to Motions in Limine** | May 14, 2026 |
| **Replies in Support of Motions in Limine** | May 25, 2026 |
| **Joint Proposed Pretrial Order / Preliminary Jury Instructions** (filed with Court) | June 1, 2026, **note date change** |
| **Special questions requested to be asked on voir dire** (filed with Court) | June 12, 2026 |
| **Exhibit Lists & Witness Lists** (filed with Court) | June 1, 2026, **note date change** |

The Parties have further agreed that each party intending to present evidence by way of deposition testimony, including under Fed. R. Civ. P. 32, will mark such depositions in accordance with L.R. 16-2.7 pursuant to the following schedule:

///
///
///
///
///

- Identify designations: **May 22, 2026**

- Objections (if any) to designations and proposed counter-designations: **June 5, 2026**

- Objections to counter-designations (if any) and/or further designations to counter-designations: **June 10, 2026.**

**IT IS SO ORDERED.**

Dated:   March 27, 2026

Hon. James V. Selna
United States District Judge