John R. Keville (*pro hac vice*)
jkeville@sheppard.com
Michelle C. Replogle (*pro hac vice*)
mreplogle@sheppard.com
Robert L. Green (*pro hac vice)*
rgreen@sheppard.com
Chante B. Westmoreland (*pro hac vice*)
cwestmoreland@sheppard.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
845 Texas Ave., 25th Floor
Houston, TX 77002
Telephone: (713) 431-7100
*Attorneys for Defendants*
*CLIFFORD "T.I." HARRIS, TAMEKA "TINY" HARRIS, OMG GIRLZ LLC, and Counter-Claimants GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC and OMG GIRLZ LLC*

Valerie E. Alter (SBN: 239905)
valter@sheppard.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive,<br><br>Defendants,<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned To: Hon James V. Selna<br><br>**DEFENDANTS'/COUNTER-CLAIMANTS' WITNESS LIST**<br><br>Complaint Filed:  December 20, 2020<br>Trial Date:   June 23, 2026 |

# WITNESS LIST

Counter-Claimants Grand Hustle LLC, Pretty Hustle LLC and OMG Girlz LLC ("OMG Girlz") hereby file this Witness List pursuant to Local Rule 16-5 and Fed. Rules of Civil Procedure 26(a)(3)(A), and the Court's Order at Docket 1180. The OMG Girlz reserve the right to supplement or revise this list prior to trial, and the right to call or refrain from calling anyone on this list.

| No. | Witness' Name & Contact Information |
|---|---|
| 1. | **Tameka Harris**<br>c/o Defendants/Counterclaimants' Counsel |
| 2. | **Clifford "T.I." Harris\*** (may call)<br>c/o Defendants/Counterclaimants' Counsel |
| 3. | **Zonnique Pullins**<br>c/o Defendants/Counterclaimants' Counsel |
| 4. | **Breaunna Womack**<br>c/o Defendants/Counterclaimants' Counsel |
| 5. | **Maggie Wong\*** (may call)<br>c/o MGA Counsel |
| 6. | **Lora Stephens\*** (may call)<br>c/o MGA Counsel |
| 7. | **Isaac Larian**<br>c/o MGA Counsel |
| 8. | **Blanche Consorti\*** (may call)<br>c/o MGA Counsel |
| 9. | **Dominique Alexander \*/\*\*** (may call; by deposition)<br>c/o Defendants/Counterclaimants' Counsel |
| 10. | **Maxine Wagner \*/\*\*** (may call; by deposition)<br>c/o Defendants/Counterclaimants' Counsel |
| 11. | **Moniece Campbell \*/\*\*** (may call; by deposition)<br>c/o Defendants/Counterclaimants' Counsel |
| 12. | **Windellyn Osborne \*/\*\*** (may call; by deposition)<br>c/o Defendants/Counterclaimants' Counsel |
| 13. | **Chris Tregillis\***<br>c/o 1390 Willow Pass Rd 410 Concord, CA 94520, tregillisc@hemming.com |
| 14. | **Any Witness On MGA's Witness List** |

\*Indicates that witness will be called only if the need arises.

\*\*Indicates that witness will be called by deposition designation.

1

Dated: June 1, 2026

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:   /s/ *John R. Keville*
      John R. Keville

*Attorney for Defendants Clifford "T.I." Harris, Tameka "Tiny" Harris, OMG Girlz LLC, and Counter-Claimants Grand Hustle, LLC, Pretty Hustle, LLC, and OMG Girls, LLC*

2