# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MGA ENTERTAINMENT, INC.,
a California corporation,

Plaintiff,

vs.

CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1-10, inclusive,

Defendants.

GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,

Counter-Claimants,

vs.

MGA ENTERTAINMENT, INC., ISAAC LARIAN, and DOES 1 – 10, inclusive,

Counter-Defendants.

Case No. 2:20-cv-11548-JVS-AGR
Assigned to:  Hon. James V. Selna

**JOINT FINAL PRETRIAL CONFERENCE ORDER – PUNITIVE DAMAGES TRIAL**

Final Pretrial Conference:
Date:  June 8, 2026
Time: 11:00 AM
Place: Courtroom 10C
Judge: The Hon. James V. Selna

Complaint Filed:  December 20, 2020
Trial Date:  June 23, 2026

Case No. 2:20-cv-11548-JVS-AGR

SMRH:4899-7463-7465.1

The Parties hereby jointly submit this [Proposed] Final Pretrial Conference Order.[1]

Following pretrial proceedings, under Fed. R. Civ. P. 16 and L.R. 16-7, IT IS ORDERED:

1.     The parties are:

a.     Plaintiff and Counter-Defendants:

i.     Plaintiff and Counter-Defendant MGA Entertainment Inc., and Counter-Defendant Isaac Larian (together, "MGA").

b.     Defendants and Counter-Claimants:

i.     Defendant Clifford "T.I." Harris, Defendant Tameka "Tiny" Harris, Defendant and Counter-Claimant OMG Girlz LLC, Counter-Claimant Grand Hustle LLC, and Counter-Claimant Pretty Hustle, LLC, (collectively, the "OMG Girlz" or "Counter-Claimants").

Each of these parties has been served and has appeared.

The pleadings raising the remaining issues concerning punitive damages with regard to MGA's common law misappropriation of the OMG Girlz' name, likeness, or identity with respect to seven L.O.L. Surprise! O.M.G. dolls (Chillax, Roller Chick, Bhad Gurl, Metal Chick, Miss Divine, Runway Diva, and Prism), for which the Court has ordered a new trial (see Dkt. 1133, 1144), are found in:

---

[1] Each party reserves all of its previous objections and positions, including as set forth in Dkt. 924, and do not waive any objection or position by "jointly" submitting this document.

SMRH:4899-7463-7465.1

    a.        Counter-Claimants' Third Amended Counterclaims (Dkt. No. 63; "TACC"); and

    b.        MGA's Answer to the TACC (Dkt. No. 65).

2. Federal jurisdiction and venue are invoked upon the grounds: This Court has original jurisdiction under 28 U.S.C. §§ 2201(a) and 2202, 15 U.S.C. § 1121 (Lanham Act), 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 1338 (trademark, trade dress, and unfair competition); and supplemental jurisdiction over the OMG Girlz' common law misappropriation of name and/or likeness claim under 28 U.S.C. § 1367. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2). The facts requisite to federal jurisdiction are admitted.

3. The trial will consist of three  days of evidence, divided evenly between the parties for all examinations and cross examination with each side having up to 8 hours. The Court and the parties will confer on remaining time at the end of each trial day.  That amount does not include time spent for opening or closing statements or for voir dire. The trial is to be a jury trial on punitive damages. (The Court acknowledges and MGA does not waive its position that the Verdicts on equitable issues should be regarded as advisory.)

4. By June 1, 2026 the parties shall file and serve (a) proposed jury instructions as required by L.R. 51-1, the Court's Order for Jury Trial (Dkt. 1144), and the Court's Order Granting Joint Stipulation Re Case Management Schedule (Dkt. 1180); and at least seven (7) days prior to the trial date the parties shall file and serve any special questions requested to be asked on voir dire.

5. The parties attempted to but were unable to agree on any stipulated facts that would will require no proof.

SMRH:4899-7463-7465.1

6.    This section of the Final Pretrial Conference Order provides, in advance of trial, the disputed issues that remain to be tried.

     i.    Whether MGA has acted with oppression, fraud, or malice in connection with its common law misappropriation of the OMG Girlz' name, likeness, or identity with respect to seven L.O.L. Surprise! O.M.G. dolls: Chillax, Roller Chick, Bhad Gurl, Metal Chick, Miss Divine, Runway Diva, and Prism?

     ii.    If so, what is the appropriate amount of punitive damages, if any, to award to the OMG Girlz?

7.    Except as noted below with respect to deposition designations, all disclosures under Federal Rule of Civil Procedure 26(a)(3) have been made. The joint exhibit list of the parties has been filed under separate cover as required by L.R. 16-6.1. (Dkt. No. 1207). The parties' prior objections to exhibits are hereby incorporated by reference.

8.    Witness lists of the parties have been filed with the Court. (Dkt. Nos. 1204, 1205). Only the witnesses identified in the lists will be permitted to testify (other than solely for rebuttal or impeachment). The Parties have agreed that each party intending to present evidence by way of deposition testimony will mark such depositions in accordance with L.R. 16-2.7 and Dkt. 1180, pursuant to the following schedule:

a.    Identify designations: May 22, 2026

b.    Objections (if any) to designations and proposed counter-designations: June 5, 2026.

SMRH:4899-7463-7465.1

    c.     Objections to counter-designations (if any) and/or further designations to counter-designations: June 10, 2026.

9.    The following law and motion matters and motions *in limine*, and no others, are pending or contemplated:

    a.     OMG Girlz: Offer of Proof Regarding MGA's Past Intellectual Property Disputes (Dkt. 1186).

    b.     MGA: MGA's Motions *in Limine* Nos. 1-4 (Dkts. 1181–1184).

10.    Bifurcation: n/a

11.    The foregoing admissions having been made by the parties, and the parties having specified the foregoing issues remaining to be litigated, this Final Pretrial Conference Order shall supersede the pleadings and govern the course of this (punitive damages) phase of the trial, unless modified to prevent manifest injustice.

Dated: June 09, 2026

_____

James V. Selna

United States District Judge

SMRH:4899-7463-7465.1