# EXHIBIT 1

| Deposition of Moniece Campbell (11/05/2022) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| 16:22-17:16 | | 13:7-13:12 | Relevance (FRE 401); prejudicial (FRE 403); Rearguing liability | | |
| 19:01-19:19 | | 17:22-18:7 | | | |
| 19:24-19:25 | | | | | |
| 21:02-06 | | | | | |
| 22:15-22:24 | | 18:12-18:13 | | | |
| 23:9-13 | | 23:25-24:3 | | | |
| 23:19-24 | | | | | |
| 24:15-26:13 | | 29:4-29:8 | Relevance (FRE 401) | | |
| 27:08-13 | | 34:22-35:10 | | | |
| 34:22-35:10 | | | | | |
| 38:16-38:22 | | 54:13-54:16 | Relevance (FRE 401) | | |
| 49:12-23 | | 50:13-50:23 | | | |
| 50:04-06 | | 74:13-74:22 | Relevance (FRE 401); Rearguing liability | | |
| 50:13-23 | | 75:22-76:5 | Relevance (FRE 401); prejudicial (FRE 403); Rearguing liability | | |
| 52:20-53:19 | | 93:12-93:18 | Relevance (FRE 401); prejudicial (FRE 403) rearguing liability | | |

| Deposition of Moniece Campbell (11/05/2022) | | | | | |
|---|---|---|---|---|---|
| **OMG Girlz' Designations** | **MGA's Objections** | **MGA's Counter-Designations** | **OMG Girlz' Objections** | **OMG Girlz' Counter-Counter-Designations** | **MGA's Objections** |
| 54:17-56:20 | | 109:10-109:13 | | | |
| 67:01-68:07 | | 165:25-166:10 | Relevance (FRE 401); prejudicial (FRE 403) | | |
| 73:05-25 | Improper attorney coaching (72:1-10) | 186:25-187:10 | | 186:8-19; 187:11-19 | Relevance (FRE 401), unfairly prejudicial (FRE 403), Court's ruling on MGA's motion *in limine* 3 (Dkt. 1216) |
| 76:06-22 | Unfairly prejudicial (FRE 403) | | | | |
| 90:10-91:07 | | | | | |
| 91:16-22 | | | | | |
| 92:02-04 | | | | | |
| 92:20-93:11 | | | | | |
| 105:03-13 | | | | | |
| 107:21-108:05 | Rule of Completeness requires addition of 108:6-13 (FRE 106), Previously sustained (Dkt. 948 at 2) | 108:6-13 | Relevance (FRE 401); prejudicial (FRE 403) | | |
| 155:04-155:13 | | | | | |

| Testimony of Moniece Campbell (Trial Testimony, as read 09/10/2024) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| 17:10-18 | Rule of Completeness requires addition of 17:19-18:3 | 17:19-18:3 | | | |
| 18:22-19:20 | Hearsay (FRE 801) | | | | |

| Deposition of Maxine Wagner (11/15/2022) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| 8:05 - 8:06 | | 10:7-10:21 | | | |
| 24:02 - 24:09 | | 12:11-12:12 | | | |
| 24:25 - 25:05 | | 24:17-24:24 | | | |
| 26:02 - 26:09 | | 40:15-40:19 | | | |
| 40:15 - 40:19 | | | | | |
| 40:25 - 41:01 | | 41:4-41:13 | Relevance (FRE 401) | | |
| 44:12 - 44:17 | | 44:18-44:25 | Relevance (FRE 401) | | |

| Deposition of Maxine Wagner (11/15/2022) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| 46:14 - 46:15 | | 46:16-46:23 | | 47:14-15 | Relevance (FRE 401), speculation (FRE 701) |
| 52:10 - 52:18 | | | | | |
| 53:01 - 53:02 | Speculation (FRE 701), Lack foundation (FRE 901) | | | | |
| 54:07 - 54:08 | | 44:12-44:17 | | | |
| 55:01 - 55:17 | | 45:3-45:4 | | | |
| 80:25 - 81:14 | Hearsay (FRE 801), Lacks foundation (FRE 901) | 45:15-45:17 | | | |
| 82:23 - 83:21 | Hearsay (FRE 801), Non-responsive | 46:14-46:15 | | | |
| 92:18 - 93:09 | | 52:10-52:18 | | | |
| 94:04 - 95:19 | | 53:1-53:2 | | | |
| 117:20 - 118:01 | | 59:6-59:20 | Relevance (FRE 401); prejudicial (FRE 403); cumulative | | |
| 118:05 - 118:24 | | 65:13-65:19 | Relevance (FRE 401); prejudicial (FRE 403): rearguing liability | 67:1-16 (excluding objections); 68:3-9 | Relevance (FRE 401), speculation (FRE 701) |
| 123:14 - 124:01 | | 69:1-69:3 | | | |
| 134:07 - 134:20 | | 94:4-94:11 | | | |

| Deposition of Maxine Wagner (11/15/2022) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| 137:14 - 137:22 | | 97:8-97:13 | Relevance (FRE 401); prejudicial (FRE 403) rearguing liability | | |
| 138:07 - 138:18 | Unfairly prejudicial (FRE 403) | 101:1-101:5 | Relevance (FRE 401); prejudicial (FRE 403) rearguing liability | 100:8-17 | Relevance (FRE 401) |
| 140:13 - 140:13 | Hearsay (FRE 801), Speculation (FRE 701), lacks foundation (FRE 901) | 105:17-105:20 | Relevance (FRE 401); prejudicial (FRE 403) | | |
| 140:17 - 140:20 | Hearsay (FRE 801), Speculation (FRE 701), lacks foundation (FRE 901) | 105:23-106:5 | Relevance (FRE 401); prejudicial (FRE 403) | | |
| 141:04 - 141:06 | | 110:14-111:3 | Relevance (FRE 401); prejudicial (FRE 403) rearguing liability | | |
| 141:11 - 141:23 | Non-responsive, relevance (FRE 401) | 116:12-116:17, 121:16-122:2 | (121:16-22) Relevance (FRE 401); prejudicial FRE 403; rearguing liability | | |
| 180:09 - 180:12 | | | | | |

| Deposition of Maxine Wagner (11/15/2022) | | | | | |
|---|---|---|---|---|---|
| **OMG Girlz' Designations** | **MGA's Objections** | **MGA's Counter-Designations** | **OMG Girlz' Objections** | **OMG Girlz' Counter-Counter-Designations** | **MGA's Objections** |
| 180:21 - 181:14 | Leading as to 181:1-14 (FRE 611) | | | | |
| 181:21 - 181:22 | Hearsay (FRE 801), Speculation (FRE 701), lacks foundation (FRE 901) | | | | |
| 181:24 - 181:25 | Hearsay (FRE 801), Speculation (FRE 701), lacks foundation (FRE 901) | | | | |

| Deposition of Windellyn Osborne (01/02/2023) | | | | | |
|---|---|---|---|---|---|
| **OMG Girlz' Designations** | **MGA's Objections** | **MGA's Counter-Designations** | **OMG Girlz' Objections** | **OMG Girlz' Counter-Counter-Designations** | **MGA's Objections** |
| 69:01 - 69:07 | | 69:11-69:23 | | | |
| 70:05 - 70:07 | | 70:19-71:09 | | | |
| 70:13 - 70:15 | | | | | |
| 70:19 - 71:09 | Relevance (FRE 401) | 46:2-46:5, 47:2-47:05 | | | |
| 72:03 - 72:04 | | | | | |
| 84:06 - 84:23 | At 84:14-23, lacks personal knowledge (FRE 602), lacks foundation (FRE 901, speculation (FRE 701) | 47:9-47:9 | | | |
| 88:06 - 88:08 | Objection at 88:09, should be removed from designation | | | | |
| 88:10 - 88:18 | Objection at 88:09, should be removed from designation | | | | |
| 89:02 - 89:03 | Objection at 89:04, should be removed from designation | | | | |
| 89:05 - 89:15 | Objection at 89:04, should be removed from designation | | | | |
| 90:15 - 90:17 | Speculation (FRE 701) | 90:11-90:14 | | | |

| Deposition of Windellyn Osborne (01/02/2023) | | | | | |
|---|---|---|---|---|---|
| **OMG Girlz' Designations** | **MGA's Objections** | **MGA's Counter-Designations** | **OMG Girlz' Objections** | **OMG Girlz' Counter-Counter-Designations** | **MGA's Objections** |
| 90:21 - 91:18 | Objection at 91:19, should be removed from designation, previously sustained (Dkt. 964 at 1) | | | | |
| 91:21 - 92:03 | | 51:24-52:4 | | | |
| 92:09 - 92:10 | Objection at 92:11, should be removed from designation | | | | |
| 92:14 - 93:06 | At 93:1-6, hearsay (FRE 801), relevance (FRE 401) | | | | |
| 94:04 - 94:06 | | 54:13-54:17 | Relevance (FRE 401); prejudicial (FRE 403) | | |
| 94:09 - 94:19 | Hearsay (FRE 801), speculation (FRE 701), lacks personal knowledge (FRE 602), lacks foundation (FRE 901) | 72:3-72:4 | | | |
| 94:21 - 95:05 | Hearsay (FRE 801), speculation (FRE 701), lacks personal knowledge (FRE | 74:19-74:21 | | | |

| Deposition of Windellyn Osborne (01/02/2023) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| | 602), lacks foundation (FRE 901) | | | | |
| 95:22 - 96:1 | Relevance (FRE 401) | 74:19-74:21 | | | |
| 96:02 - 96:13 | | 76:9-76:11 | | | |
| 97:01 - 97:13 | | 77:5-77:12 | | | |
| 148:02 - 149:08 | Relevance (FRE 401), cumulative | 77:16-77:18 | | | |
| 153:25 - 154:09 | Relevance (FRE 401), speculation (FRE 701), lacks personal knowledge (FRE 602), vague and ambiguous | 80:17-81:3 | | | |
| 154:11 - 154:12 | Relevance (FRE 401), speculation (FRE 701), lacks personal knowledge (FRE 602), vague and ambiguous | 98:13-99:3 | Relevance (FRE 401); rearguing Liability; prejudicial (FRE 403); rearguing liability | | |
| 155:11 - 155:19 | | | | | |
| 156:06 - 159:17 | Speculation (FRE 701) | | | | |
| 165:12 - 165:24 | Speculation (FRE 701), lacks personal knowledge (FRE 602) | 104:19-104:24 | Relevance (FRE 401); rearguing Liability; prejudicial (FRE | | |

| Deposition of Windellyn Osborne (01/02/2023) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| | | | 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 166:17 - 167:23 | | 105:1-105:1 | Relevance (FRE 401); rearguing Liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 170:04 - 170:11 | Unfairly prejudicial (FRE 403), vague and ambiguous | | | | |
| 173:19 - 174:21 | Speculation (FRE 701), lacks personal knowledge (FRE 602) | 105:11-105:16 | Relevance (FRE 401); rearguing Liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 176:07 - 177:12 | Relevance (FRE 401), speculation (FRE 701), lacks personal knowledge (FRE 602) | 105:20-105:22 | Relevance (FRE 401); rearguing liability; prejudicial (FRE 403); speculation (FRE | | |

| Deposition of Windellyn Osborne (01/02/2023) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| | | | 701); lacks personal knowledge (FRE 602) | | |
| 177:14 - 177:15 | Relevance (FRE 401), speculation (FRE 701), lacks personal knowledge (FRE 602) | 105:20-105:22 | Relevance (FRE 401); rearguing liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 179:23 - 180:02 | | 106:1-106:7 | Relevance (FRE 401) ; rearguing liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 185:17 - 186:05 | Speculation (FRE 701), lacks personal knowledge (FRE 602), lacks foundation (FRE 901) | 107:18-107:18 | Relevance (FRE 401) ; rearguing liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |

| Deposition of Windellyn Osborne (01/02/2023) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| 186:14 - 186:18 | | 107:20-107:25 | Relevance (FRE 401) ; rearguing liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 200:07 - 200:10 | | 108:5-108:8 | Relevance (FRE 401) ; rearguing liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 201:15 - 201:15 | | | | | |
| 201:19 - 203:09 | Relevance (FRE 401), unfairly prejudicial (FRE 403), calls for legal conclusions (FRE 703), speculation (FRE 701), lacks personal knowledge (FRE 602), lacks foundation (FRE 901) | 108:10-108:10 | Relevance (FRE 401) ; rearguing liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |

| Deposition of Windellyn Osborne (01/02/2023) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
| 207:11 - 207:16 | Speculation (FRE 701) | 108:12-108:15 | Relevance (FRE 401) ; rearguing liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 207:18 - 207:18 | Speculation (FRE 701) | 108:12-108:15 | Relevance (FRE 401) ; rearguing liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 207:19 - 207:25 | Speculation (FRE 701) | 108:12-108:15 | Relevance (FRE 401) ; rearguing liability; prejudicial (FRE 403); speculation (FRE 701); lacks personal knowledge (FRE 602) | | |
| 236:04 - 236:16 | | 109:1-109:8 | Relevance (FRE 401) ; rearguing liability; prejudicial (FRE 403); | | |

| Deposition of Windellyn Osborne (01/02/2023) | | | | | |
|---|---|---|---|---|---|
| OMG Girlz' Designations | MGA's Objections | MGA's Counter-Designations | OMG Girlz' Objections | OMG Girlz' Counter-Counter-Designations | MGA's Objections |
|  |  |  | speculation (FRE 701); lacks personal knowledge (FRE 602) |  |  |

| Testimony of Dominique Alexander (Trial Testimony 09/10/2024) | | | | | |
|---|---|---|---|---|---|
| **OMG Girlz' Designations** | **MGA's Objections** | **MGA's Counter-Designations** | **OMG Girlz' Objections** | **OMG Girlz' Counter-Counter-Designations** | **MGA's Objections** |
| 28:6-12 | Lacks foundation (FRE 901), vague and ambiguous | | | | |
| 28:16-25 | Speculation (FRE 701) | | | | |
| 31:5-32:8 | | | | | |
| 32:22-33:12 | Leading as to 33:07-12 (FRE 611) | | | | |
| 33:15-34:2 | | | | | |
| 34:4-35:12 | Leading as to 34:3-11 (FRE 611), relevance (FRE 401) | | | | |
| 36:20-37:2 | Leading as to 36:20-22 (FRE 611) | | | | |
| 37:21-38:5 | | | | | |
| 38:11-38:23 | | | | | |
| 39:8-40:3 | Lacks foundation (FRE 901) | | | | |

| Testimony of Dominique Alexander (Trial Testimony 09/10/2024) | | | | | |
|---|---|---|---|---|---|
| **OMG Girlz' Designations** | **MGA's Objections** | **MGA's Counter-Designations** | **OMG Girlz' Objections** | **OMG Girlz' Counter-Counter-Designations** | **MGA's Objections** |
| 41:10-13 | Hearsay (FRE 801), relevance (FRE 401) | | | | |
| 41:17-42:8 | As to 42:7-8, speculation (FRE 701) | | | | |
| 42:11-43:6 | As to 42:11-13, speculation (FRE 701), leading (FRE 611) | | | | |
| 43:14-19 | Relevance (FRE 401) | | | | |
| 45:2-46:2 | | 46:14-47:25, 48:04-48:12 | | | |