# EXHIBIT A

## MGA Entertainment
*Entire OMG Line*



| | 2019 Full Year | 2020 Full Year | 2021 Full Year | 2022 Feb YTD | Total |
|---|---|---|---|---|---|
| OMG Gross Ship | $105,615,937 | $296,137,511 | $304,092,701 | $22,652,541 | $728,498,689 |
| SRDA | 12,255,623 | 33,660,236 | 34,747,456 | 2,903,599 | 83,566,915 |
| Net Shipment | $93,360,314 | $262,477,274 | $269,345,245 | $19,748,941 | $644,931,774 |
| OMG Base COGS | $42,671,981 | $123,444,523 | $146,713,564 | $11,791,805 | $324,621,873 |
| Customs & Freight In | 2,388,433 | 7,774,219 | 21,507,068 | 1,708,790 | 33,378,510 |
| Inventory Adjustment | 2,313,541 | 8,190,805 | 2,070,520 | 909,735 | 13,484,600 |
| **Gross Margin** | **$45,986,359** | **$123,067,728** | **$99,054,094** | **$5,338,611** | **$273,446,792** |
| **Distribution Expenses** | 1,002,129 | 4,116,158 | 6,739,184 | 1,486,186 | 13,343,657 |
| Entertainment | 434,754 | 1,017,897 | 765,165 | 304,188 | 2,522,004 |
| Marketing | 2,445,836 | 12,224,466 | 20,592,638 | 677,316 | 35,940,255 |
| Selling | 930,602 | 2,070,864 | 1,733,985 | 280,652 | 5,016,103 |
| **Marketing Contribution** | **$41,173,038** | **$103,638,342** | **$69,223,123** | **$2,590,269** | **$216,624,772** |
| **Fixed Overhead** | 11,670,344 | 34,787,146 | 32,253,723 | 3,899,810 | 82,611,024 |
| **Operating Profit** | **$29,502,694** | **$68,851,196** | **$36,969,399** | **($1,309,541)** | **$134,013,749** |
| *Operating Profit Margin* | *27.9%* | *23.2%* | *12.2%* | *-5.8%* | *18.4%* |

**Exhibit
0008**
Crisanti - V2

1

MGAE0126318

**MGA Entertainment**
*Gross Shipment for All OMG Dolls*
USD



| Item Pool | Item ID & Name | 2019 | 2020 | 2021 | 2022 Feb YTD | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG | 572770EUC - L.O.L. Surprise OMG Doll 4-Spicy Babe | | | $6,414,277 | $177,610 | $6,591,888 |
| LOL SURPRISE OMG | 572763EUC - L.O.L. Surprise OMG Doll 4-Sweets | | | $5,681,339 | $250,156 | $5,931,495 |
| LOL SURPRISE OMG | 572787EUC - L.O.L. Surprise OMG Doll 4.5-Sunshine | | | $3,676,837 | $541,992 | $4,218,829 |
| LOL SURPRISE OMG | 572794EUC - L.O.L. Surprise OMG Doll 4.5-Mnlight BB | | | $3,556,680 | $871,517 | $4,428,197 |
| LOL SURPRISE OMG | 572763 - L.O.L. Surprise OMG Doll 4-Sweets | | | $3,171,879 | $125,213 | $3,297,092 |
| LOL SURPRISE OMG | 574200E7C - L.O.L. Surprise OMG 3.8 Doll Asst | | $1,396,765 | $2,826,371 | | $4,223,137 |
| LOL SURPRISE OMG | 572770 - L.O.L. Surprise OMG Doll 4-Spicy Babe | | | $2,614,466 | $3,838 | $2,618,305 |
| LOL SURPRISE OMG | 572787C3 - L.O.L. Surprise OMG Doll 4.5-Sunshine | | | $2,012,924 | $1,600 | $2,014,524 |
| LOL SURPRISE OMG | 572794C3 - L.O.L. Surprise OMG Doll 4.5-Mnlight BB | | | $1,984,998 | $1,564 | $1,986,562 |
| LOL SURPRISE OMG | 572756EUC - L.O.L. Surprise OMG Core Doll Asst 4 W0 | | | $1,468,084 | $2,884 | $1,470,968 |
| LOL SURPRISE OMG | 567202E7C - L.O.L. Surprise OMG Doll 3-Class Prez | | $5,519,889 | $1,314,277 | $428 | $6,834,594 |
| LOL SURPRISE OMG | 570165E7C - L.O.L. Surprise OMG Core Doll-Chillax | | $5,416,080 | $1,311,311 | $1,296 | $6,728,686 |
| LOL SURPRISE OMG | 567219E7C - L.O.L. Surprise OMG Doll 3-Da Boss | | $5,595,149 | $1,055,595 | $594 | $6,651,338 |
| LOL SURPRISE OMG | 578185EUC - L.O.L. Surprise OMG Core Doll Asst 4.5 | | | $969,160 | $460 | $969,620 |
| LOL SURPRISE OMG | 574200E7CFD - L.O.L. Surprise OMG 3.8 Doll Asst | | | $886,651 | | $886,651 |
| LOL SURPRISE OMG | 574217E7C - L.O.L. Surprise OMG 3.8 24k DJ | | $287,610 | $669,818 | $1,587 | $959,014 |
| LOL SURPRISE OMG | 567196E7C - L.O.L. Surprise OMG Doll 3-Disco Sk8er | | $7,857,653 | $634,006 | | $8,491,660 |
| LOL SURPRISE OMG | 580423 - L.O.L. Surprise OMG Core 5-Skatepark QT | | | $554,013 | $97,766 | $651,779 |
| LOL SURPRISE OMG | 572756EUCAL - L.O.L. Surprise OMG Core Doll Asst 4 W0 | | | $528,501 | | $528,501 |
| LOL SURPRISE OMG | 559788XX3 - L.O.L. Surprise OMG Doll Asst W3 | | $353,472 | $503,805 | | $857,277 |
| LOL SURPRISE OMG | 572756 - L.O.L. Surprise OMG Core Doll Asst 4 W0 | | | $435,608 | $68,002 | $503,610 |
| LOL SURPRISE OMG | 580430 - L.O.L. Surprise OMG Core 5-Trendsetter | | | $435,168 | $122,843 | $558,011 |
| LOL SURPRISE OMG | 580430EUC - L.O.L. Surprise OMG Core 5-Trendsetter | | | $356,081 | $1,056,607 | $1,412,688 |
| LOL SURPRISE OMG | 580423EUC - L.O.L. Surprise OMG Core 5-Skatepark QT | | | $346,110 | $1,338,897 | $1,685,007 |
| LOL SURPRISE OMG | 578185C3 - L.O.L. Surprise OMG Core Doll Asst 4.5 | | | $282,388 | $3,956 | $286,344 |
| LOL SURPRISE OMG | 570288P - L.O.L. Surprise OMG 3.8-Uptown Girl | | $201,997 | $172,616 | $2,440 | $377,054 |
| LOL SURPRISE OMG | 565130ALT - L.O.L. Surprise OMG Core S2-AA Miss Ind | | $44,550 | $160,172 | | $204,722 |
| LOL SURPRISE OMG | 570288PE7C - L.O.L. Surprise OMG 3.8-Uptown Girl | | | $103,066 | $1,326 | $104,392 |
| LOL SURPRISE OMG | 570295P - L.O.L. Surprise OMG 3.8-Downtown B.B. | | $195,681 | $100,008 | $1,053 | $296,742 |
| LOL SURPRISE OMG | 570295PE7C - L.O.L. Surprise OMG 3.8-Downtown B.B. | | | $89,616 | $400 | $90,016 |
| LOL SURPRISE OMG | 565116E7C - L.O.L. Surprise OMG S2-Busy B.B. | $422,328 | $1,175,089 | $52,442 | | $1,649,859 |
| LOL SURPRISE OMG | 574217 - L.O.L. Surprise OMG 3.8 24k DJ | | | $52,401 | | $52,401 |
| LOL SURPRISE OMG | 567196 - L.O.L. Surprise OMG Doll 3-Disco Sk8er | | $821,058 | $30,983 | | $852,040 |
| LOL SURPRISE OMG | 560579X1 - L.O.L. Surprise OMG-Neonlicious | | | $17,004 | | $17,004 |
| LOL SURPRISE OMG | 574200 - L.O.L. Surprise OMG 3.8 Doll Asst | | $1,682,159 | $15,180 | | $1,697,339 |
| LOL SURPRISE OMG | 559788XX3E7C - L.O.L. Surprise OMG Doll Asst W3 | | $1,491,392 | $8,098 | | $1,499,490 |
| LOL SURPRISE OMG | 560555 - L.O.L. Surprise OMG-Royal Bee AA | $1,000,949 | | $5,352 | $799 | $1,007,100 |
| LOL SURPRISE OMG | 559788XX1E7C - L.O.L. Surprise OMG Asst W1 | $2,244,750 | $2,609,306 | $1,826 | | $4,855,881 |
| LOL SURPRISE OMG | 560579E7C - L.O.L. Surprise OMG-Neonlicious | $4,349,301 | | $355 | $89 | $4,349,745 |
| LOL SURPRISE OMG | 570165 - L.O.L. Surprise OMG Core Doll-Chillax | | | $253 | | $253 |
| LOL SURPRISE OMG | 570301 - L.O.L. Surprise OMG 2.8-Shadow | | $20,051 | $89 | | $20,140 |
| LOL SURPRISE OMG | 570295E7C - L.O.L. Surprise OMG 2.8-Downtown B.B. | | | $81 | | $81 |
| LOL SURPRISE OMG | 565130E7C - L.O.L. Surprise OMG Core S2-AA Miss Ind | | $1,196,639 | $44 | | $1,196,683 |
| LOL SURPRISE OMG | 565109 - L.O.L. Surprise OMG S2-Candylicious | $487,333 | $229,945 | | | $717,278 |
| LOL SURPRISE OMG | 581857EUC - L.O.L. Surprise OMG Core S6-Sketches | | | | | $0 |
| LOL SURPRISE OMG | 580416 - L.O.L. Surprise OMG Core Doll Asst 5 | | | | $91,240 | $91,240 |
| LOL SURPRISE OMG | 559788XX1ALTAL - L.O.L. Surprise OMG Asst W1 | | $385,150 | | | $385,150 |
| LOL SURPRISE OMG | 560579 - L.O.L. Surprise OMG-Neonlicious | $694,237 | $2,985 | | $89 | $697,310 |
| LOL SURPRISE OMG | 422143 - L.O.L. Surprise OMG Doll Asst W3 | | $6,719,032 | | | $6,719,032 |
| LOL SURPRISE OMG | 565116 - L.O.L. Surprise OMG S2-Busy B.B. | | $15,671 | | | $15,671 |
| LOL SURPRISE OMG | 565130W - L.O.L. Surprise OMG Core S2-AA Miss Ind | | $1,709,689 | | | $1,709,689 |
| LOL SURPRISE OMG | 565123E7C - L.O.L. Surprise OMG S2-Alt Grrrl | $291,253 | $1,286,323 | | | $1,577,576 |
| LOL SURPRISE OMG | 559788 - L.O.L. Surprise OMG Asst W0 | $1,534,040 | | | | $1,534,040 |
| LOL SURPRISE OMG | 560562E7C - L.O.L. Surprise OMG-Lady Diva | $4,191,766 | $5,117 | | | $4,196,883 |
| LOL SURPRISE OMG | 559788XX1E7CALT - L.O.L. Surprise OMG Asst W1 | | $59,400 | | | $59,400 |
| LOL SURPRISE OMG | 560579KL - L.O.L. Surprise OMG-Neonlicious | $39,872 | | | | $39,872 |
| LOL SURPRISE OMG | 559788XX1FD - L.O.L. Surprise OMG Asst W1 | | $885,298 | | | $885,298 |
| LOL SURPRISE OMG | 565109KL - L.O.L. Surprise OMG S2-Candylicious | | $64,512 | | | $64,512 |
| LOL SURPRISE OMG | 559788XX2 - L.O.L. Surprise OMG Doll 2.8 Asst W2 | | $214,718 | | | $214,718 |
| LOL SURPRISE OMG | 565116KL - L.O.L. Surprise OMG S2-Busy B.B. | | $64,512 | | | $64,512 |
| LOL SURPRISE OMG | 559788XX2-1 - L.O.L. Surprise OMG Doll 2.8 Asst W2 | | $425,796 | | | $425,796 |
| LOL SURPRISE OMG | 580416KL - L.O.L. Surprise OMG Core Doll Asst 5 | | | | $111,703 | $111,703 |
| LOL SURPRISE OMG | 559788XX2E7C - L.O.L. Surprise OMG Doll 2.8 Asst W2 | | $665,550 | | | $665,550 |
| LOL SURPRISE OMG | 565123W - L.O.L. Surprise OMG S2-Alt Grrrl | $234,565 | $2,179,552 | | | $2,414,117 |
| LOL SURPRISE OMG | 570288 - L.O.L. Surprise OMG 2.8-Uptown Girl | | $33,105 | | | $33,105 |
| LOL SURPRISE OMG | 565130 - L.O.L. Surprise OMG Core S2-AA Miss Ind | $201,261 | $38,181 | | | $239,442 |
| LOL SURPRISE OMG | 570288KL - L.O.L. Surprise OMG 2.8-Uptown Girl | | $64,512 | | | $64,512 |
| LOL SURPRISE OMG | 560562KL - L.O.L. Surprise OMG-Lady Diva | $39,872 | | | | $39,872 |
| LOL SURPRISE OMG | 559788E7C - L.O.L. Surprise OMG Asst W0 | $1,609,061 | | | | $1,609,061 |
| LOL SURPRISE OMG | 559788X2E7C - L.O.L. Surprise OMG Asst W0 | $9,242,613 | $9,411 | | | $9,252,024 |
| LOL SURPRISE OMG | 559788JP - L.O.L. Surprise OMG Asst W0 | $222,000 | | | | $222,000 |
| LOL SURPRISE OMG | 559788XX1 - L.O.L. Surprise OMG Asst W1 | $48,908 | $801,742 | | | $850,650 |
| LOL SURPRISE OMG | 570295 - L.O.L. Surprise OMG 2.8-Downtown B.B. | | $20,140 | | $622 | $20,762 |
| LOL SURPRISE OMG | 565109E7C - L.O.L. Surprise OMG S2-Candylicious | | $3,274,362 | | | $3,274,362 |
| LOL SURPRISE OMG | 560548 - L.O.L. Surprise OMG-Swag | $708,905 | | | | $708,905 |
| LOL SURPRISE OMG | 565109W - L.O.L. Surprise OMG S2-Candylicious | $285,314 | $3,775,288 | | | $4,060,602 |
| LOL SURPRISE OMG | 570295KL - L.O.L. Surprise OMG 2.8-Downtown B.B. | | $64,512 | | | $64,512 |
| LOL SURPRISE OMG | 559788XX1ALT - L.O.L. Surprise OMG Asst W1 | | $448,675 | | | $448,675 |
| LOL SURPRISE OMG | 560548E7C - L.O.L. Surprise OMG-Swag | $4,358,898 | | | | $4,358,898 |
| LOL SURPRISE OMG | 565116W - L.O.L. Surprise OMG S2-Busy B.B. | $258,341 | $2,053,278 | | | $2,311,619 |
| LOL SURPRISE OMG | 560548KL - L.O.L. Surprise OMG-Swag | $39,872 | | | | $39,872 |
| LOL SURPRISE OMG | 580416EUC - L.O.L. Surprise OMG Core Doll Asst 5 | | | | $33,315 | $33,315 |

1

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

MGAE0126319



**MGA Entertainment**

*Gross Shipment for All OMG Dolls*

USD



| Item Pool | Item ID & Name | 2019 | 2020 | 2021 | 2022 Feb YTD | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG | 559788X1 - L.O.L. Surprise OMG Asst W0 | $912,331 | | | | $912,331 |
| LOL SURPRISE OMG | 565123 - L.O.L. Surprise OMG S2-Alt Grrrl | $128,261 | $16,491 | | | $144,752 |
| LOL SURPRISE OMG | 570301KL - L.O.L. Surprise OMG 2.8-Shadow | | $64,512 | | | $64,512 |
| LOL SURPRISE OMG | 565123KL - L.O.L. Surprise OMG S2-Alt Grrrl | | $64,512 | | | $64,512 |
| LOL SURPRISE OMG | 560555E7C - L.O.L. Surprise OMG-Royal Bee AA | $4,156,341 | | | | $4,156,341 |
| LOL SURPRISE OMG | 581840EUC - L.O.L. Surprise OMG Core Series 6 Asst | | | | | $0 |
| LOL SURPRISE OMG | 560555KL - L.O.L. Surprise OMG-Royal Bee AA | $39,872 | | | | $39,872 |
| LOL SURPRISE OMG | 581864EUC - L.O.L. Surprise OMG Core S6-Melrose | | | | | $0 |
| LOL SURPRISE OMG | 560555X1 - L.O.L. Surprise OMG-Royal Bee AA | | $775 | | | $775 |
| LOL SURPRISE OMG | 560562 - L.O.L. Surprise OMG-Lady Diva | $701,626 | $5,543 | | | $707,169 |
| LOL SURPRISE OMG 4 PACK | 423126 - L.O.L. Surprise OMG 4pk Series 2 Pack A | | | $2,624,088 | | $2,624,088 |
| LOL SURPRISE OMG 4 PACK | 423188 - L.O.L. Suprise OMG S3 Rllr Chick/Chillax | | | $2,415,069 | | $2,415,069 |
| LOL SURPRISE OMG 4 PACK | 422020 - L.O.L. Surprise OMG 4-Pack | | $4,576,100 | | | $4,576,100 |
| LOL SURPRISE OMG REMIX SUPER SURPRISE | 567172E7C - L.O.L. Surprise OMG Remix Super Surprise | | $19,185,445 | $7,488,206 | $60,520 | $26,734,171 |
| LOL SURPRISE OMG REMIX SUPER SURPRISE | 567172 - L.O.L. Surprise OMG Remix Super Surprise | | $29,659,010 | $1,596,885 | | $31,255,895 |
| LOL SURPRISE OMG REMIX SUPER SURPRISE | 567172KL - L.O.L. Surprise OMG Remix Super Surprise | | $517,666 | $14,039 | | $531,705 |
| LOL SURPRISE OMG COLLECTOR | 576518EUC - L.O.L. Surprise OMG Collector-NYE Queen | | | $3,372,420 | $104,652 | $3,477,072 |
| LOL SURPRISE OMG COLLECTOR | 576518 - L.O.L. Surprise OMG Collector-NYE Queen | | | $1,233,405 | $49,034 | $1,282,439 |
| LOL SURPRISE OMG COLLECTOR | 562634E7C - L.O.L. Surprise OMG-Winter Disco Crystal | $1,160,235 | $267,946 | $7,399 | | $1,435,580 |
| LOL SURPRISE OMG COLLECTOR | 569886E7C - L.O.L. Surprise OMG 2020 Jkbx B.B.-Remix | | $2,011,496 | $2,400 | | $2,013,895 |
| LOL SURPRISE OMG COLLECTOR | 569886 - L.O.L. Surprise OMG 2020 Jkbx B.B.-Remix | | $2,094,504 | $2,250 | $150 | $2,096,903 |
| LOL SURPRISE OMG COLLECTOR | 569879E7C - L.O.L. Surprise OMG Collector 2020 Asst | | $316,296 | $410 | | $316,706 |
| LOL SURPRISE OMG COLLECTOR | 559795E7C - L.O.L. Surprise OMG Coll Asst | $3,156,585 | | | | $3,156,585 |
| LOL SURPRISE OMG COLLECTOR | 562634 - L.O.L. Surprise OMG-Winter Disco Crystal | $447,920 | | | | $447,920 |
| LOL SURPRISE OMG COLLECTOR | 559795 - L.O.L. Surprise OMG Coll Asst | $953,668 | $3,300 | | | $956,968 |
| LOL SURPRISE OMG COLLECTOR | 569879 - L.O.L. Surprise OMG Collector 2020 Asst | | $34,422 | | | $34,422 |
| LOL SURPRISE OMG GLAMPER | 576730EUC - L.O.L. Surprise OMG 4-in-1 Glamper | | | $9,957,753 | $497,746 | $10,455,499 |
| LOL SURPRISE OMG GLAMPER | 576730 - L.O.L. Surprise OMG 4-in-1 Glamper | | | $8,597,750 | $12,738 | $8,610,488 |
| LOL SURPRISE OMG GLAMPER | 569459E7C - L.O.L. Surprise 4-in-1 Glamper (E Blue) | | $21,283,291 | $1,835,254 | $62,970 | $23,181,515 |
| LOL SURPRISE OMG GLAMPER | 569459 - L.O.L. Surprise 4-in-1 Glamper (E Blue) | | $3,920,674 | $28,371 | $400 | $3,949,445 |
| LOL SURPRISE OMG GLAMPER | 562511E7C - L.O.L. Surprise 2-in-1 Glamper Asst | $7,175,699 | $1,287,171 | $3,507 | | $8,466,377 |
| LOL SURPRISE OMG GLAMPER | 562511 - L.O.L. Surprise 2-in-1 Glamper Asst | $2,948,452 | $1,700 | $680 | | $2,950,832 |
| LOL SURPRISE OMG GLAMPER | 562511W - L.O.L. Surprise 2-in-1 Glamper Asst | $514,505 | $273,771 | | | $788,276 |
| LOL SURPRISE OMG GLAMPER | 562511W1 - L.O.L. Surprise 2-in-1 Glamper Asst | $575,568 | $304,555 | | | $880,123 |
| LOL SURPRISE OMG GLAMPER | 559771E7C - L.O.L. Surprise 2-in-1 Glamper | $21,023,360 | $3,385,001 | | | $24,408,361 |
| LOL SURPRISE OMG GLAMPER | 559771 - L.O.L. Surprise 2-in-1 Glamper | $1,465,780 | $542,784 | | | $2,008,564 |
| LOL SURPRISE OMG GLAMPER | 421870 - L.O.L. Surprise 2-in-1 Glamper 1/2 Pallet | $926,688 | | | | $926,688 |
| LOL SURPRISE OMG GLAMPER | 562511J - L.O.L. Surprise 2-in-1 Glamper Asst | $10,200 | | | | $10,200 |
| LOL SURPRISE OMG GLAMPER | 562511KL - L.O.L. Surprise 2-in-1 Glamper Asst | $290,702 | | | | $290,702 |
| LOL SURPRISE OMG STYLING HEAD | 572022EUC - L.O.L. Surprise OMG Styling Head-Ms Ind | | | $777,570 | $17,856 | $795,427 |
| LOL SURPRISE OMG STYLING HEAD | 572008EUC - L.O.L. Surprise OMG Styling Head-Cndylcs | | | $708,526 | $37,117 | $745,643 |
| LOL SURPRISE OMG STYLING HEAD | 572008 - L.O.L. Surprise OMG Styling Head-Cndylcs | | | $339,262 | $595 | $339,857 |
| LOL SURPRISE OMG STYLING HEAD | 565963W - L.O.L. Surprise OMG Styling Head-Neonls | $1,021,192 | $763,543 | $264,783 | $77,855 | $2,127,374 |
| LOL SURPRISE OMG STYLING HEAD | 572022 - L.O.L. Surprise OMG Styling Head-Ms Ind | | | $137,972 | $162 | $138,134 |
| LOL SURPRISE OMG STYLING HEAD | 574194EUC - L.O.L. Surprise OMG Styling Head Asst | | | $17,372 | $24,350 | $41,722 |
| LOL SURPRISE OMG STYLING HEAD | 574194 - L.O.L. Surprise OMG Styling Head Asst | | | $11,368 | | $11,368 |
| LOL SURPRISE OMG STYLING HEAD | 565963 - L.O.L. Surprise OMG Styling Head-Neonls | $179,504 | $400,403 | $10,482 | $350 | $590,739 |
| LOL SURPRISE OMG STYLING HEAD | 566229E7C - L.O.L. Surprise OMG Styling Hd-Royal Bee | | $64,081 | $5,751 | | $69,832 |
| LOL SURPRISE OMG STYLING HEAD | 565086 - L.O.L. Surprise OMG Styling Head Asst | $1,041,428 | $1,365,006 | $2,140 | $3,458 | $2,412,033 |
| LOL SURPRISE OMG STYLING HEAD | 566229 - L.O.L. Surprise OMG Styling Hd-Royal Bee | $445,911 | $480,771 | $415 | | $927,097 |
| LOL SURPRISE OMG STYLING HEAD | 565086E7C - L.O.L. Surprise OMG Styling Head Asst | | $18,533 | | | $18,533 |
| LOL SURPRISE OMG WINTER DISCO | 561828E7C - L.O.L. Surprise OMG Winter Disco-Snowlcs | $1,457,395 | | $6,965 | | $1,464,361 |
| LOL SURPRISE OMG WINTER DISCO | 561804E7C - L.O.L. Surprise OMG Winter Disco-Cs Nova | $1,389,252 | $245,382 | $6,523 | | $1,641,157 |
| LOL SURPRISE OMG WINTER DISCO | 561781X1E7C - L.O.L. Surprise OMG Winter Disco Asst | $5,011,151 | $1,871,028 | $5,730 | | $6,887,909 |
| LOL SURPRISE OMG WINTER DISCO | 561798E7C - L.O.L. Surprise OMG Winter Disco-Dollie | $1,514,566 | $50,714 | $3,321 | | $1,568,602 |
| LOL SURPRISE OMG WINTER DISCO | 561804 - L.O.L. Surprise OMG Winter Disco-Cs Nova | $2,324,505 | $2,612,572 | $111 | | $4,937,187 |
| LOL SURPRISE OMG WINTER DISCO | 561811 - L.O.L. Surprise OMG Wntr Disco-24K DJ AA | $537,240 | | | | $537,240 |
| LOL SURPRISE OMG WINTER DISCO | 561781-2 - L.O.L. Surprise OMG Winter Disco Asst | | $1,182,530 | | | $1,182,530 |
| LOL SURPRISE OMG WINTER DISCO | 561828 - L.O.L. Surprise OMG Winter Disco-Snowlcs | $2,325,062 | $1,976,713 | | | $4,301,775 |
| LOL SURPRISE OMG WINTER DISCO | 561798 - L.O.L. Surprise OMG Winter Disco-Dollie | $2,608,834 | $1,627,498 | | | $4,236,333 |
| LOL SURPRISE OMG WINTER DISCO | 561804KL - L.O.L. Surprise OMG Winter Disco-Cs Nova | $41,930 | | | | $41,930 |
| LOL SURPRISE OMG WINTER DISCO | 561828KL - L.O.L. Surprise OMG Winter Disco-Snowlcs | $41,930 | | | | $41,930 |
| LOL SURPRISE OMG WINTER DISCO | 561811E7C - L.O.L. Surprise OMG Wntr Disco-24K DJ AA | $84,847 | | | | $84,847 |
| LOL SURPRISE OMG WINTER DISCO | 561781-1 - L.O.L. Surprise OMG Winter Disco Asst | | $5,712 | | | $5,712 |
| LOL SURPRISE OMG WINTER DISCO | 561781T - L.O.L. Surprise OMG Winter Disco Asst | $74,494 | | | | $74,494 |
| LOL SURPRISE OMG WINTER DISCO | 561781X1 - L.O.L. Surprise OMG Winter Disco Asst | $6,381,532 | $625,916 | | | $7,007,448 |
| LOL SURPRISE OMG WINTER DISCO | 561781-3 - L.O.L. Surprise OMG Winter Disco Asst | | $259,400 | | | $259,400 |
| LOL SURPRISE OMG WINTER DISCO | 561798KL - L.O.L. Surprise OMG Winter Disco-Dollie | $41,930 | | | | $41,930 |
| LOL SURPRISE OMG BON BON | 422242E7CAZ - L.O.L. OMG Bon Bon Family Pack | | $2,275,000 | $674,674 | $819,000 | $3,768,674 |
| LOL SURPRISE OMG CORE DOLLHOUSE | 571414 - L.O.L. Surprise OMG House | | $1,483,193 | | | $1,483,193 |
| LOL SURPRISE OMG FAMILY | 423133 - L.O.L. Surprise OMG DJ Family | | | $1,688,400 | $359,790 | $2,048,190 |
| LOL SURPRISE OMG FAMILY | 423195 - L.O.L. Surprise Neon QT Family | | | $1,627,537 | $790,493 | $2,418,030 |
| LOL SURPRISE OMG FAMILY | 422099-INT - L.O.L. OMG MC Swag Family | | $1,360,310 | $611,040 | | $1,971,350 |
| LOL SURPRISE OMG FAMILY | 422099 - L.O.L. OMG MC Swag Family | | $3,290,300 | | | $3,290,300 |
| LOL SURPRISE OMG FSHN CLST ON THE GO | 576044 - L.O.L. Surprise OMG World Travel Closet | | | $950,795 | $3,971 | $954,766 |
| LOL SURPRISE OMG FSHN CLST ON THE GO | 571315E7C - L.O.L. Surprise OMG Fshn Clst On-The-Go | | $617,558 | $369,360 | | $986,918 |
| LOL SURPRISE OMG FSHN CLST ON THE GO | 576044EUC - L.O.L. Surprise OMG World Travel Closet | | | $72,551 | $37,403 | $109,954 |
| LOL SURPRISE OMG FSHN CLST ON THE GO | 571315 - L.O.L. Surprise OMG Fshn Clst On-The-Go | | $1,037,002 | $431 | | $1,037,433 |
| LOL SURPRISE OMG HOUSE | 576747 - L.O.L. Surprise OMG House of Surprises | | | $13,041,777 | $194,637 | $13,236,414 |
| LOL SURPRISE OMG HOUSE | 576747X1W - L.O.L. Surprise OMG House of Surprises | | | $8,816,681 | $48,600 | $8,865,281 |
| LOL SURPRISE OMG HOUSE | 576747EUC - L.O.L. Surprise OMG House of Surprises | | | $7,270,318 | $1,232,869 | $8,503,187 |
| LOL SURPRISE OMG HOUSE | 577270E7C - L.O.L. Surprise OMG House w/Doll | | $3,090,194 | $6,010,020 | $316,264 | $9,416,477 |

2

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

MGAE0126320

**MGA Entertainment**
*Gross Shipment for All OMG Dolls*
USD



| Item Pool | Item ID & Name | 2019 | 2020 | 2021 | 2022 Feb YTD | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG HOUSE | 423676C3 - L.O.L. Surprise OMG House w/o Doll | | | $1,477,500 | $502,350 | $1,979,850 |
| LOL SURPRISE OMG HOUSE | 570202E7C - L.O.L. Surprise OMG House | | $22,274,406 | | | $22,274,406 |
| LOL SURPRISE OMG HOUSE | 570202 - L.O.L. Surprise OMG House | | $6,424,049 | | | $6,424,049 |
| LOL SURPRISE OMG LIGHTS | 565185 - L.O.L. Surprise OMG Lights-Dazzle | | $5,637,506 | $604,435 | $36 | $6,241,978 |
| LOL SURPRISE OMG LIGHTS | 565154 - L.O.L. Surprise OMG Lights-Groovy Babe | | $6,336,913 | $523,728 | $49 | $6,860,691 |
| LOL SURPRISE OMG LIGHTS | 565161 - L.O.L. Surprise OMG Lights-Speedster | | $5,733,781 | $405,234 | | $6,139,015 |
| LOL SURPRISE OMG LIGHTS | 565178 - L.O.L. Surprise OMG Lights-AA Angles | | $2,974,451 | $217,649 | | $3,192,100 |
| LOL SURPRISE OMG LIGHTS | 565178E7C - L.O.L. Surprise OMG Lights-AA Angles | | $18,972 | $35,226 | $82 | $54,281 |
| LOL SURPRISE OMG LIGHTS | 565147E7C - L.O.L. Surprise OMG Lights Series Asst | | $71,891 | $5,779 | | $77,670 |
| LOL SURPRISE OMG LIGHTS | 565185E7C - L.O.L. Surprise OMG Lights-Dazzle | | $296,462 | $3,748 | | $300,210 |
| LOL SURPRISE OMG LIGHTS | 565154E7C - L.O.L. Surprise OMG Lights-Groovy Babe | | $425,369 | $3,274 | | $428,642 |
| LOL SURPRISE OMG LIGHTS | 565161E7C - L.O.L. Surprise OMG Lights-Speedster | | $287,003 | $150 | | $287,153 |
| LOL SURPRISE OMG LIGHTS | 565185KL - L.O.L. Surprise OMG Lights-Dazzle | | $44,820 | | | $44,820 |
| LOL SURPRISE OMG LIGHTS | 565154KL - L.O.L. Surprise OMG Lights-Groovy Babe | | $44,820 | | | $44,820 |
| LOL SURPRISE OMG LIGHTS | 565147 - L.O.L. Surprise OMG Lights Series Asst | | $6,655,615 | | | $6,655,615 |
| LOL SURPRISE OMG LIGHTS | 565161KL - L.O.L. Surprise OMG Lights-Speedster | | $44,820 | | | $44,820 |
| LOL SURPRISE OMG REMIX | 567264E7C - L.O.L. Surprise OMG Remix-Honeylicious | | $4,542,799 | $4,374,783 | $15,784 | $8,933,366 |
| LOL SURPRISE OMG REMIX | 567240E7C - L.O.L. Surprise OMG Remix-Kitty K | | $4,433,523 | $3,908,458 | $23,975 | $8,365,956 |
| LOL SURPRISE OMG REMIX | 567257E7C - L.O.L. Surprise OMG Remix-Pop B.B. | | $4,510,533 | $3,174,909 | $44,784 | $7,730,225 |
| LOL SURPRISE OMG REMIX | 567226E7C - L.O.L. Surprise OMG Remix Doll Asst | | $9,574,507 | $2,343,114 | $643 | $11,918,263 |
| LOL SURPRISE OMG REMIX | 567233E7C - L.O.L. Surprise OMG Remix-Lonestar | | $4,051,062 | $2,148,914 | $27,255 | $6,227,231 |
| LOL SURPRISE OMG REMIX | 567233 - L.O.L. Surprise OMG Remix-Lonestar | | $1,421,075 | $20,544 | $1,368 | $1,442,987 |
| LOL SURPRISE OMG REMIX | 567257 - L.O.L. Surprise OMG Remix-Pop B.B. | | $1,285,032 | $6,941 | | $1,291,973 |
| LOL SURPRISE OMG REMIX | 567240 - L.O.L. Surprise OMG Remix-Kitty K | | $1,438,732 | $6,933 | | $1,445,665 |
| LOL SURPRISE OMG REMIX | 567264 - L.O.L. Surprise OMG Remix-Honeylicious | | $975,227 | $1,872 | | $977,100 |
| LOL SURPRISE OMG REMIX | 567226 - L.O.L. Surprise OMG Remix Doll Asst | | $2,146,650 | $92 | | $2,146,742 |
| LOL SURPRISE OMG REMIX | 567226E7C-2 - L.O.L. Surprise OMG Remix Doll Asst | | $229,419 | | | $229,419 |
| LOL SURPRISE OMG REMIX 2 PK | 567288E7C - L.O.L. Surprise OMG Remix 2-Pack | | $1,598,584 | $4,935,248 | $64,749 | $6,598,581 |
| LOL SURPRISE OMG REMIX 2 PK | 567288 - L.O.L. Surprise OMG Remix 2-Pack | | $2,542,701 | $849,173 | $950 | $3,392,823 |
| LOL SURPRISE OMG REMIX PLANE | 571339E7C - L.O.L. Surprise OMG Remix Plane | | $7,425,192 | $1,807,370 | $2,279 | $9,234,842 |
| LOL SURPRISE OMG REMIX PLANE | 571339 - L.O.L. Surprise OMG Remix Plane | | $9,170,826 | $620,472 | | $9,791,297 |
| LOL SURPRISE OMG REMIX PLANE | 571339KL - L.O.L. Surprise OMG Remix Plane | | $265,185 | | | $265,185 |
| LOL SURPRISE OMG SECRET JOURNAL | 571278E7C - L.O.L. Surprise OMG Fashion Secret Jrnl | | $3,983,919 | $1,354,633 | $87,541 | $5,426,093 |
| LOL SURPRISE OMG SECRET JOURNAL | 571278 - L.O.L. Surprise OMG Fashion Secret Jrnl | | $1,390,349 | $244,842 | | $1,635,191 |
| LOL SURPRISE OMG 19.99 | 580546EUC - L.O.L. Surprise OMG Core-Neonlicious | | | $738,923 | $65,352 | $804,276 |
| LOL SURPRISE OMG 19.99 | 580539EUC - L.O.L. Surprise OMG Core-Lady Diva | | | $685,835 | $283,954 | $969,788 |
| LOL SURPRISE OMG 19.99 | 580522EUC - L.O.L. Surprise OMG Core-Royal B | | | $638,916 | $216,572 | $855,488 |
| LOL SURPRISE OMG 19.99 | 580515EUC - L.O.L. Surprise OMG Core-Swag | | | $503,180 | $230,778 | $733,958 |
| LOL SURPRISE OMG 19.99 | 580522 - L.O.L. Surprise OMG Core-Royal B | | | $225,896 | $36,706 | $262,602 |
| LOL SURPRISE OMG 19.99 | 580546 - L.O.L. Surprise OMG Core-Neonlicious | | | $219,993 | $187,914 | $407,908 |
| LOL SURPRISE OMG 19.99 | 580539 - L.O.L. Surprise OMG Core-Lady Diva | | | $219,993 | $18,674 | $238,668 |
| LOL SURPRISE OMG 19.99 | 580515 - L.O.L. Surprise OMG Core-Swag | | | $84,381 | $22,791 | $107,172 |
| LOL SURPRISE OMG 19.99 | 580508 - L.O.L. Surprise OMG Core Doll 1 Asst | | | | $217 | $217 |
| LOL SURPRISE OMG 19.99 | 580508EUC - L.O.L. Surprise OMG Core Doll 1 Asst | | | | | $0 |
| LOL SURPRISE OMG 3 DABOSS | 423454 - L.O.L. Suprise OMG S3 DaBoss Class Pres | | | $2,414,862 | | $2,414,862 |
| LOL SURPRISE OMG ASST | 424291 - L.O.L. Surprise OMG Asst | | | $482,400 | | $482,400 |
| LOL SURPRISE OMG BIRTHDAY | 576365EUC - L.O.L. Surprise OMG Birthday-Miss Glam | | | $7,271,343 | $303,563 | $7,574,906 |
| LOL SURPRISE OMG BIRTHDAY | 576365C3 - L.O.L. Surprise OMG Birthday-Miss Glam | | | $1,870,078 | $9,854 | $1,879,931 |
| LOL SURPRISE OMG BIRTHDAY | 579755EUC - L.O.L. Surprise OMG Birthday-M Celebrate | | | $328,099 | $435,672 | $763,771 |
| LOL SURPRISE OMG BIRTHDAY | 579755 - L.O.L. Surprise OMG Birthday-M Celebrate | | | $162,623 | $347,250 | $509,873 |
| LOL SURPRISE OMG BIRTHDAY | 576365C3KL - L.O.L. Surprise OMG Birthday-Miss Glam | | | $73,605 | | $73,605 |
| LOL SURPRISE OMG BOY | 576716EUC - L.O.L. Surprise OMG Guys Doll | | | $2,558,890 | $152,848 | $2,711,739 |
| LOL SURPRISE OMG BOY | 576716C3 - L.O.L. Surprise OMG Guys Doll | | | $600,332 | $27,146 | $627,478 |
| LOL SURPRISE OMG DANCE | 572954 - L.O.L. Surprise OMG Dance-B-Gurl | | | $6,610,174 | $231,608 | $6,841,783 |
| LOL SURPRISE OMG DANCE | 572961 - L.O.L. Surprise OMG Dance-Virtuelle | | | $6,564,543 | $41,577 | $6,606,119 |
| LOL SURPRISE OMG DANCE | 572978 - L.O.L. Surprise OMG Dance-Miss Royale | | | $6,528,965 | $17,955 | $6,546,920 |
| LOL SURPRISE OMG DANCE | 572985 - L.O.L. Surprise OMG Dance-Major Lady | | | $6,202,340 | $175,921 | $6,378,260 |
| LOL SURPRISE OMG DANCE | 117858EUC - L.O.L. Surprise OMG Dance-B-Gurl | | | $841,993 | | $841,993 |
| LOL SURPRISE OMG DANCE | 572947 - L.O.L. Surprise OMG Dance Doll Asst | | | $695,338 | $4,516 | $699,853 |
| LOL SURPRISE OMG DANCE | 117872EUC - L.O.L. Surprise OMG Dance-Miss Royale | | | $683,819 | | $683,819 |
| LOL SURPRISE OMG DANCE | 117889EUC - L.O.L. Surprise OMG Dance-Major Lady | | | $457,861 | | $457,861 |
| LOL SURPRISE OMG DANCE | 572947KL - L.O.L. Surprise OMG Dance Doll Asst | | | $273,158 | | $273,158 |
| LOL SURPRISE OMG DANCE | 117841EUC - L.O.L. Surprise OMG Dance Doll Asst | | | $10,139 | $3,408 | $13,547 |
| LOL SURPRISE OMG DANCE | 117865EUC - L.O.L. Surprise OMG Dance-Virtuelle | | | $5,078 | | $5,078 |
| LOL SURPRISE OMG MOVIE | 577928 - L.O.L. Surprise OMG Movie Mgc-Spirit Qn | | | $4,644,940 | $98,548 | $4,743,488 |
| LOL SURPRISE OMG MOVIE | 577911 - L.O.L. Surprise OMG Movie Mgc-Starlette | | | $4,354,764 | $22,117 | $4,376,881 |
| LOL SURPRISE OMG MOVIE | 577898 - L.O.L. Surprise OMG Movie Mgc-Gamma Babe | | | $4,271,831 | $79,038 | $4,350,869 |
| LOL SURPRISE OMG MOVIE | 577904 - L.O.L. Surprise OMG Movie Mgc-Ms. Direct | | | $3,988,158 | $42,583 | $4,030,741 |
| LOL SURPRISE OMG MOVIE | 577904EUC - L.O.L. Surprise OMG Movie Mgc-Ms. Direct | | | $2,480,673 | $261,359 | $2,742,032 |
| LOL SURPRISE OMG MOVIE | 577911EUC - L.O.L. Surprise OMG Movie Mgc-Starlette | | | $2,253,277 | $178,697 | $2,431,974 |
| LOL SURPRISE OMG MOVIE | 577898EUC - L.O.L. Surprise OMG Movie Mgc-Gamma Babe | | | $2,240,287 | $113,231 | $2,353,518 |
| LOL SURPRISE OMG MOVIE | 577928EUC - L.O.L. Surprise OMG Movie Mgc-Spirit Qn | | | $1,948,200 | $273,006 | $2,221,206 |
| LOL SURPRISE OMG MOVIE | 576495EUC - L.O.L. Surprise OMG Movie Mgc Doll Asst | | | $290,625 | $1,250 | $291,875 |
| LOL SURPRISE OMG MOVIE | 576495 - L.O.L. Surprise OMG Movie Mgc Doll Asst | | | $132,500 | $25,500 | $158,000 |
| LOL SURPRISE OMG MOVIE | 577928EUCKL - L.O.L. Surprise OMG Movie Mgc-Spirit Qn | | | $89,821 | | $89,821 |
| LOL SURPRISE OMG MOVIE | 577904EUCKL - L.O.L. Surprise OMG Movie Mgc-Ms. Direct | | | $89,821 | | $89,821 |
| LOL SURPRISE OMG MOVIE | 577911EUCKL - L.O.L. Surprise OMG Movie Mgc-Starlette | | | $89,821 | | $89,821 |
| LOL SURPRISE OMG MOVIE | 577898EUCKL - L.O.L. Surprise OMG Movie Mgc-Gamma Babe | | | $89,821 | | $89,821 |
| LOL SURPRISE OMG MOVIE MAGIC 2PK | 576501 - L.O.L. Surprise OMG Movie Magic 2pk | | | $2,095,561 | $58,107 | $2,153,667 |
| LOL SURPRISE OMG MOVIE MAGIC 2PK | 576501EUC - L.O.L. Dorprise OMG Movie Magic 2pk | | | $809,184 | $205,395 | $1,014,580 |
| LOL SURPRISE OMG MOVIE MAGIC STUDIOS | 576532 - L.O.L. Surprise OMG Movie Magic Studios | | | $30,683,797 | $3,359 | $30,687,156 |
| LOL SURPRISE OMG MOVIE MAGIC STUDIOS | 576532EUC - L.O.L. Surprise OMG Movie Magic Studios | | | $12,732,944 | $95,875 | $12,828,819 |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

MGAE0126321

**MGA Entertainment**

*Gross Shipment for All OMG Dolls*

*USD*



| Item Pool | Item ID & Name | 2019 | 2020 | 2021 | 2022 Feb YTD | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG MOVIE MAGIC STUDIOS | 576532C - L.O.L. Surprise OMG Movie Magic Studios | | | $71,627 | | $71,627 |
| LOL SURPRISE OMG REMIX ROCK | 577577C3 - L.O.L. Surprise OMG Remix Rock-Metal/Gtr | | | $1,538,639 | $160,975 | $1,699,614 |
| LOL SURPRISE OMG REMIX ROCK | 577584C3 - L.O.L. Surprise OMG Remix Rock-BGurl/Drm | | | $1,479,793 | $165,261 | $1,645,054 |
| LOL SURPRISE OMG REMIX ROCK | 577607C3 - L.O.L. Surprise OMG Remix Rock-F Qn/Kytr | | | $1,366,528 | $62,391 | $1,428,919 |
| LOL SURPRISE OMG REMIX ROCK | 577591C3 - L.O.L. Surprise OMG Remix Rock-Frcs/BGtr | | | $1,303,818 | $40,757 | $1,344,575 |
| LOL SURPRISE OMG REMIX ROCK | 577539EUC - L.O.L. Surprise OMG Remix Rock Asst | | | $57,500 | | $57,500 |
| LOL SURPRISE OMG REMIX ROCK | 577539C3 - L.O.L. Surprise OMG Remix Rock Asst | | | $33,562 | $7,205 | $40,768 |
| LOL SURPRISE OMG SPORTS | 577515C3 - L.O.L. Surprise OMG Sports-Gymnastics | | | $2,333,450 | $77,764 | $2,411,213 |
| LOL SURPRISE OMG SPORTS | 577508C3 - L.O.L. Surprise OMG Sports-Cheer | | | $2,285,225 | $67,421 | $2,352,645 |
| LOL SURPRISE OMG SPORTS | 577492C3 - L.O.L. Surprise OMG Sports Doll S1 Asst | | | $394,705 | | $394,705 |
| LOL SURPRISE OMG SPORTS | 577515EUC - L.O.L. Surprise OMG Sports-Gymnastics | | | $143,292 | | $143,292 |
| LOL SURPRISE OMG SPORTS | 577492EUC - L.O.L. Surprise OMG Sports Doll S1 Asst | | | $73,002 | | $73,002 |
| LOL SURPRISE OMG SPORTS | 577508EUC - L.O.L. Surprise OMG Sports-Cheer | | | $63,416 | $146,872 | $210,288 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576587 - L.O.L. Surprise OMG Travel Dl-City Babe | | | $1,025,464 | $94,594 | $1,120,057 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576570 - L.O.L. Surprise OMG Travel Dl-Sunset | | | $928,393 | $167,609 | $1,096,002 |
| LOL SURPRISE OMG TRAVEL DOLLS | 579168EUC - L.O.L. Surprise OMG Travel Dl-Fly Gurl | | | $851,150 | $81,548 | $932,697 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576570EUC - L.O.L. Surprise OMG Travel Dl-Sunset | | | $851,150 | $105,262 | $956,412 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576587EUC - L.O.L. Surprise OMG Travel Dl-City Babe | | | $804,090 | $252,079 | $1,056,168 |
| LOL SURPRISE OMG TRAVEL DOLLS | 579168 - L.O.L. Surprise OMG Travel Dl-Fly Gurl | | | $293,557 | $284,629 | $578,186 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576587KL - L.O.L. Surprise OMG Travel Dl-City Babe | | | $88,270 | | $88,270 |
| LOL SURPRISE OMG TRAVEL DOLLS | 579168KL - L.O.L. Surprise OMG Travel Dl-Fly Gurl | | | $88,270 | | $88,270 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576570KL - L.O.L. Surprise OMG Travel Dl-Sunset | | | $88,270 | | $88,270 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576020EUC - L.O.L. Surprise OMG Travel Doll Asst | | | $74,651 | $12,879 | $87,530 |
| LOL SURPRISE OMG TRAVEL PLANE | 576051 - L.O.L. Surprise OMG 4-in-1 Plane | | | $4,826,264 | $102,018 | $4,928,283 |
| LOL SURPRISE OMG TRAVEL PLANE | 576051EUC - L.O.L. Surprise OMG 4-in-1 Plane | | | $1,479,047 | | $1,479,047 |
| LOL SURPRISE OPP OMG DOLL | 985426EUC - L.O.L. Surprise OPP OMG Doll Asst | | | $2,626,732 | $711,358 | $3,338,090 |
| LOL SURPRISE OPP OMG DOLL | 985426EUCKL - L.O.L. Surprise OPP OMG Doll Asst | | | $73,830 | $14,564 | $88,394 |
| LOL SURPRISE QUEENS OMG DOLL | 579922 - L.O.L. Surprise OMG Queens-Miss Divine | | | $312,750 | $555,992 | $868,742 |
| LOL SURPRISE QUEENS OMG DOLL | 579915 - L.O.L. Surprise OMG Queens-Prism | | | $312,750 | $157,587 | $470,337 |
| LOL SURPRISE QUEENS OMG DOLL | 579892 - L.O.L. Surprise OMG Queens-Runway Diva | | | $312,750 | $139,088 | $451,838 |
| LOL SURPRISE QUEENS OMG DOLL | 579908 - L.O.L. Surprise OMG Queens-Sways | | | $312,750 | $158,276 | $471,026 |
| LOL SURPRISE QUEENS OMG DOLL | 579915EUC - L.O.L. Surprise OMG Queens-Prism | | | $86,256 | $1,067,789 | $1,154,045 |
| LOL SURPRISE QUEENS OMG DOLL | 579892EUC - L.O.L. Surprise OMG Queens-Runway Diva | | | $86,256 | $907,121 | $993,377 |
| LOL SURPRISE QUEENS OMG DOLL | 579922EUC - L.O.L. Surprise OMG Queens-Miss Divine | | | | $704,082 | $704,082 |
| LOL SURPRISE QUEENS OMG DOLL | 579908EUC - L.O.L. Surprise OMG Queens-Sways | | | | $1,487,044 | $1,487,044 |
| LOL SURPRISE QUEENS OMG DOLL | 579885EUC - L.O.L. Surprise OMG Queens Doll Asst | | | | $15,547 | $15,547 |
| LOL SURPRISE QUEENS OMG DOLL | 579885KL - L.O.L. Surprise OMG Queens Doll Asst | | | | | $0 |
| LOL SURPRISE MINI OMG 2PK | 585367 - L.O.L. Surprise Mini OMG 2pk | | | | $195,780 | $195,780 |
| **Total** | | **$105,615,937** | **$296,137,511** | **$304,092,701** | **$22,652,541** | **$728,498,689** |

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

MGAE0126322

4