# EXHIBIT C

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MGA ENTERTAINMENT, INC., A      )
CALIFORNIA CORPORATION,         )
                                )   CASE NO.
          PLAINTIFF,            )   2:20-cv-11548
                                )   JVS-AGR
          VS.                   )
                                )   V O L U M E   II
CLIFFORD "T.I." HARRIS, AN      )
INDIVIDUAL; TAMEKA "TINY"       )
HARRIS, AN INDIVIDUAL; OMG GIRLZ)
LLC, A DELAWARE LIMITED         )
LIABILITY COMPANY; AND DOES     )
1-10, INCLUSIVE,                )
                                )
          DEFENDANTS.           )
_____)
GRAND HUSTLE, LLC, PRETTY       )
HUSTLE, LLC, AND OMG GIRLZ LLC, )
                                )
          CROSS-COMPLAINANTS,   )
                                )
          VS.                   )
                                )
MGA ENTERTAINMENT, INC., ISAAC  )
LARIAN, AND DOES 1-10,          )
INCLUSIVE,                      )
                                )
          CROSS-DEFENDANTS.     )
_____)

* * * H I G H L Y   C O N F I D E N T I A L * * *

ATTORNEYS' EYES ONLY PURSUANT TO PROTECTIVE ORDER

REMOTE PROCEEDINGS OF THE

VIDEOTAPED DEPOSITION OF PEDRO CRISANTI,

30(B)(6) DESIGNEE FOR MGA ENTERTAINMENT, INC.

WEDNESDAY, APRIL 13, 2022

JOB NO.  5150267

REPORTED BY KIMBERLY EDELEN,

CSR. NO. 9042, CRR, RPR.

PAGES 190 - 238

Page 190

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

years there, 2019, 2020, 2021 and then 2022 February    10:49:59

year to date.    10:50:06

     A    Uh-huh.    10:50:07

     Q    If there is a value for a certain item ID,    10:50:10

so like a dollar amount basically for that    10:50:16

particular year, is it fair to assume that that item    10:50:18

was sold during that year?    10:50:22

     A    Yes.    10:50:25

     Q    Okay.  And if there's not a value there, is    10:50:26

it fair to assume that there -- that item was not    10:50:29

sold during that year?    10:50:32

     A    Correct.    10:50:34

     Q    Okay.  And then each of these dollar    10:50:34

amounts is the gross shipment for each of the line    10:50:48

items; is that correct?    10:50:50

     A    Correct.    10:50:53

     Q    Okay.  And we said that gross shipment is    10:50:54

the same as revenue, correct?    10:51:00

     A    Yes.    10:51:03

          MR. CHENG:  Objection.  Misstates    10:51:04

testimony.    10:51:05

BY MS. WESTMORELAND:    10:51:09

     Q    Does it misstate your testimony?  Is gross    10:51:09

shipment the same as revenue?    10:51:12

     A    Yes.    10:51:14

Page 225