# EXHIBIT D

**MGAE0219242**
**HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES**

EXHIBIT

**7137**

Exhibit 7137.001

## MGA Entertainment
### *Entire OMG Line + Related Items\**
*USA Only; in USD*



| | | 2024 | 2025 | 2026 | |
|---|---|---|---|---|---|
| | | May 1 - Dec 31 | Full Year | Jan 1 - Apr 30 | Total |
| | | *Unaudited* | *Unaudited* | *Unaudited* | |
| **Gross Ship** | | **$16,737,061** | **$11,111,371** | **$2,241,345** | **$30,089,777** |
| | | | | | |
| SRDA | | 1,625,635 | 1,005,512 | 171,327 | 2,802,474 |
| | | | | | |
| **Net Shipment** | | **$15,111,426** | **$10,105,859** | **$2,070,018** | **$27,287,303** |
| | | | | | |
| Base COGS | | 9,474,669 | 6,667,869 | 1,128,257 | 17,270,795 |
| | | | | | |
| Customs & Freight In | | 290,748 | 475,004 | 97,157 | 862,910 |
| | | | | | |
| Royalty Expenses | | - | 409,595 | 63,964 | 473,559 |
| | | | | | |
| Inventory Adjustment | | (59,257) | (244,611) | (125,094) | (428,961) |
| | | | | | |
| **Gross Margin** | | **$5,405,265** | **$2,798,002** | **$905,734** | **$9,109,001** |
| | | | | | |
| Distribution Expenses | | 308,824 | 320,255 | 73,184 | 702,263 |
| | | | | | |
| Entertainment | | 426,795 | 344,983 | 22,091 | 793,870 |
| Marketing | | 1,727,189 | 1,293,252 | 364,951 | 3,385,393 |
| Selling | | 53,185 | 31,212 | 4,862 | 89,259 |
| | | | | | |
| **Marketing Contribution** | | **$2,889,271** | **$808,300** | **$440,645** | **$4,138,216** |
| | | | | | |
| Fixed Overhead | | 2,762,777 | 3,254,437 | 914,196 | 6,931,409 |
| | | | | | |
| **Operating Profit** | | **$126,494** | **($2,446,137)** | **($473,550)** | **($2,793,193)** |
| *Operating Profit Margin* | | *0.8%* | *-22.0%* | *-21.1%* | *-9.3%* |

*\* Subject to adjustments and audit changes*

**Exhibit 7137.002**

# MGA Entertainment

*Gross Shipment for All OMG Dolls + Related Items*

*USA Only; in USD*



| Item Pool | Item ID | Item Name | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|
| | | | May 1 - Dec 31 | *Full Year* | *Jan 1 - Apr 30* | |
| LOL SURPRISE OMG | 510376-C3 | L.O.L. Surprise OMG Core Asst | 41,945 | 17,844 | - | 59,789 |
| LOL SURPRISE OMG | 510376-EUC | L.O.L. Surprise OMG Core Asst | 360,564 | 305 | - | 360,869 |
| LOL SURPRISE OMG | 510383-C3 | L.O.L. Surprise OMG Core-Ace | 1,146,110 | - | - | 1,146,110 |
| LOL SURPRISE OMG | 510383-C3W | L.O.L. Surprise OMG Core-Ace | 1,034,980 | - | - | 1,034,980 |
| LOL SURPRISE OMG | 510383-EUC | L.O.L. Surprise OMG Core-Ace | 448,107 | 369,263 | - | 817,370 |
| LOL SURPRISE OMG | 510390-C3 | L.O.L. Surprise OMG Core-Pearl | 982,119 | - | - | 982,119 |
| LOL SURPRISE OMG | 510390-C3W | L.O.L. Surprise OMG Core-Pearl | 1,034,980 | - | - | 1,034,980 |
| LOL SURPRISE OMG | 510390-EUC | L.O.L. Surprise OMG Core-Pearl | 685,299 | 239,818 | - | 925,117 |
| LOL SURPRISE OMG | 567202-E7C | L.O.L. Surprise OMG Doll 3-Class Prez | 3,659 | 22 | - | 3,681 |
| LOL SURPRISE OMG | 567202-E7C-V | L.O.L. Surprise OMG Doll 3-Class Prez | 30 | - | - | 30 |
| LOL SURPRISE OMG | 567219-E7C-V | L.O.L. Surprise OMG Doll 3-Da Boss | 2,879 | - | - | 2,879 |
| LOL SURPRISE OMG | 570288-P | L.O.L. Surprise OMG 3.8-Uptown Girl | 9,417 | 930 | - | 10,347 |
| LOL SURPRISE OMG | 570288-PE7C | L.O.L. Surprise OMG 3.8-Uptown Girl | - | 33 | - | 33 |
| LOL SURPRISE OMG | 570295-000 | L.O.L. Surprise OMG 2.8-Downtown B.B. | 22 | - | - | 22 |
| LOL SURPRISE OMG | 572770-000 | L.O.L. Surprise OMG Doll 4-Spicy Babe | 92 | - | - | 92 |
| LOL SURPRISE OMG | 572770-EUC | L.O.L. Surprise OMG Doll 4-Spicy Babe | - | 23 | - | 23 |
| LOL SURPRISE OMG | 572794-EUC | L.O.L. Surprise OMG Doll 4.5-Mnlight BB | - | 23 | - | 23 |
| LOL SURPRISE OMG | 574217-000 | L.O.L. Surprise OMG 3.8 24k DJ | 22 | - | - | 22 |
| LOL SURPRISE OMG | 574217-E7C | L.O.L. Surprise OMG 3.8 24k DJ | 2,911 | - | - | 2,911 |
| LOL SURPRISE OMG | 578185-EUC | L.O.L. Surprise OMG Core Doll Asst 4.5 | - | - | 23 | 23 |
| LOL SURPRISE OMG | 578185-EUC-V | L.O.L. Surprise OMG Core Doll Asst 4.5 | - | 161 | - | 161 |
| LOL SURPRISE OMG | 580416-EUC | L.O.L. Surprise OMG Core Doll Asst 5 | - | - | 30 | 30 |
| LOL SURPRISE OMG | 580416-KL | L.O.L. Surprise OMG Core Doll Asst 5 | - | 71 | - | 71 |
| LOL SURPRISE OMG | 580423-000 | L.O.L. Surprise OMG Core 5-Skatepark QT | - | 30 | - | 30 |
| LOL SURPRISE OMG | 580423-EUC | L.O.L. Surprise OMG Core 5-Skatepark QT | 540 | - | - | 540 |
| LOL SURPRISE OMG | 580430-000 | L.O.L. Surprise OMG Core 5-Trendsetter | 58 | - | - | 58 |
| LOL SURPRISE OMG | 581857-EUC | L.O.L. Surprise OMG Core S6-Sketches | 1,275 | - | - | 1,275 |
| LOL SURPRISE OMG | 581864-EUC | L.O.L. Surprise OMG Core S6-Melrose | 67,316 | 84,465 | - | 151,781 |
| LOL SURPRISE OMG | 588498-EUC | L.O.L. Surprise OMG Core Asst | 61 | - | - | 61 |
| LOL SURPRISE OMG | 588504-C3 | L.O.L. Surprise OMG Core-Western Cutie | 2,081 | - | - | 2,081 |
| LOL SURPRISE OMG | 588511-C3 | L.O.L. Surprise OMG Core-Golden Heart | 725 | 1,572 | - | 2,297 |

Exhibit 7137.003

# MGA Entertainment

### *Gross Shipment for All OMG Dolls + Related Items*
*USA Only; in USD*



| Item Pool | Item ID | Item Name | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG | 591498-C3 | L.O.L. Surprise OMG Core Asst | 6,259 | 1,843 | 17,640 | 25,742 |
| LOL SURPRISE OMG | 591498-C3FD | L.O.L. Surprise OMG Core Asst | 182,959 | - | - | 182,959 |
| LOL SURPRISE OMG | 591504-C3 | L.O.L. Surprise OMG Core-Victory | 103,323 | 5,486 | - | 108,809 |
| LOL SURPRISE OMG | 591504-C3W | L.O.L. Surprise OMG Core-Victory | 67,485 | 206,491 | - | 273,976 |
| LOL SURPRISE OMG | 591504-EUC | L.O.L. Surprise OMG Core-Victory | - | 9,480 | - | 9,480 |
| LOL SURPRISE OMG | 591504-EUCALT | L.O.L. Surprise OMG Core-Victory | - | 9,835 | - | 9,835 |
| LOL SURPRISE OMG | 591511-C3 | L.O.L. Surprise OMG Core-Wildflower | 2,508 | 3,185 | - | 5,693 |
| LOL SURPRISE OMG | 591511-C3W | L.O.L. Surprise OMG Core-Wildflower | 122,975 | - | - | 122,975 |
| LOL SURPRISE OMG | 591511-EUC | L.O.L. Surprise OMG Core-Wildflower | 135,626 | 22,811 | - | 158,437 |
| LOL SURPRISE OMG | 591511-EUCALT | L.O.L. Surprise OMG Core-Wildflower | - | - | - | - |
| LOL SURPRISE OMG | 591535-C3 | L.O.L. Surprise OMG Core-Pose | 6,840 | - | - | 6,840 |
| LOL SURPRISE OMG | 591535-C3W | L.O.L. Surprise OMG Core-Pose | 401,507 | 87,017 | - | 488,524 |
| LOL SURPRISE OMG | 591535-EUC | L.O.L. Surprise OMG Core-Pose | 50,564 | 179,184 | - | 229,748 |
| LOL SURPRISE OMG | 591542-C3 | L.O.L. Surprise OMG Core-Jams | 875 | 4,623 | - | 5,498 |
| LOL SURPRISE OMG | 591542-C3W | L.O.L. Surprise OMG Core-Jams | 52,706 | 28,139 | - | 80,844 |
| LOL SURPRISE OMG | 591542-EUC | L.O.L. Surprise OMG Core-Jams | 96,737 | 53,255 | - | 149,992 |
| LOL SURPRISE OMG | 591542-EUCALT | L.O.L. Surprise OMG Core-Jams | - | - | - | - |
| LOL SURPRISE OMG 707 DOLLS | 585237-EUC | L.O.L. Surprise 707 OMG Fierce Asst | - | 30 | - | 30 |
| LOL SURPRISE OMG 707 DOLLS | 585244-EUC | L.O.L. Surprise 707 OMG Fierce-Swag | 740 | - | - | 740 |
| LOL SURPRISE OMG 707 DOLLS | 585251-EUC | L.O.L. Surprise 707 OMG Fierce-Royal Bee | 52,322 | - | - | 52,322 |
| LOL SURPRISE OMG 707 DOLLS | 585268-EUC | L.O.L. Surprise 707 OMG Fierce-Neonlics | 703 | - | - | 703 |
| LOL SURPRISE OMG ASST | 424291-000 | L.O.L. Surprise OMG Asst | - | 48 | - | 48 |
| LOL SURPRISE OMG BIRTHDAY | 576365-C3 | L.O.L. Surprise OMG Birthday-Miss Glam | 360 | 713 | - | 1,072 |
| LOL SURPRISE OMG BIRTHDAY | 576365-EUC | L.O.L. Surprise OMG Birthday-Miss Glam | 18,750 | - | - | 18,750 |
| LOL SURPRISE OMG BIRTHDAY | 579755-000 | L.O.L. Surprise OMG Birthday-M Celebrate | - | 41 | - | 41 |
| LOL SURPRISE OMG BIRTHDAY | 579755-EUC | L.O.L. Surprise OMG Birthday-M Celebrate | - | 28 | - | 28 |
| LOL SURPRISE OMG BOY | 576716-EUC | L.O.L. Surprise OMG Guys Doll | $0 | 23 | - | $23 |
| LOL SURPRISE OMG BOY | 584032-C3 | L.O.L. Surprise OMG Guys Doll S2 | 2,038 | 33,543 | - | 35,581 |
| LOL SURPRISE OMG COLLECTOR | 569879-000 | L.O.L. Surprise OMG Collector 2020 Asst | 120 | 99 | - | 219 |
| LOL SURPRISE OMG COLLECTOR | 569879-E7C | L.O.L. Surprise OMG Collector 2020 Asst | - | 450 | - | 450 |
| LOL SURPRISE OMG COLLECTOR | 569886-000 | L.O.L. Surprise OMG 2020 Jkbx B.B.-Remix | 624 | - | - | 624 |
| LOL SURPRISE OMG COLLECTOR | 569886-E7C | L.O.L. Surprise OMG 2020 Jkbx B.B.-Remix | 750 | 3,410 | - | 4,160 |

**Exhibit 7137.004**

# MGA Entertainment

### *Gross Shipment for All OMG Dolls + Related Items*

*USA Only; in USD*



| Item Pool | Item ID | Item Name | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG COLLECTOR | 576518-000 | L.O.L. Surprise OMG Collector-NYE Queen | 330 | - | - | 330 |
| LOL SURPRISE OMG DANCE | 117841-EUC | L.O.L. Surprise OMG Dance Doll Asst | - | 61 | - | 61 |
| LOL SURPRISE OMG DANCE | 117858-EUC | L.O.L. Surprise OMG Dance-B-Gurl | - | 82 | - | 82 |
| LOL SURPRISE OMG DANCE | 117889-EUC | L.O.L. Surprise OMG Dance-Major Lady | - | 204 | - | 204 |
| LOL SURPRISE OMG DANCE | 572947-000 | L.O.L. Surprise OMG Dance Doll Asst | - | 117 | - | 117 |
| LOL SURPRISE OMG DANCE | 572961-000 | L.O.L. Surprise OMG Dance-Virtuelle | - | 2,182 | - | 2,182 |
| LOL SURPRISE OMG FSHN CLST ON THE GO | 576044-000 | L.O.L. Surprise OMG World Travel Closet | 2,352 | 112 | 9 | 2,472 |
| LOL SURPRISE OMG GLAMPER | 502500-EUC | L.O.L. Surprise Glam N' Go Camper | 216,025 | - | - | 216,025 |
| LOL SURPRISE OMG GLAMPER | 569459-E7C | L.O.L. Surprise 4-in-1 Glamper (E Blue) | 19,067 | - | - | 19,067 |
| LOL SURPRISE OMG HOS DOLLS | 580539-000 | L.O.L. Surprise OMG HoS S1-Lady Diva | - | 18 | - | 18 |
| LOL SURPRISE OMG HOS DOLLS | 586142-EUC | L.O.L. Surprise OMG HoS-Honeylicious | - | - | 27 | 27 |
| LOL SURPRISE OMG HOS DOLLS | 588559-C3 | L.O.L. Surprise OMG HoS Doll Asst | 18,896 | 33 | - | 18,928 |
| LOL SURPRISE OMG HOS DOLLS | 588559-EUC | L.O.L. Surprise OMG HoS Doll Asst | 8,853 | - | - | 8,853 |
| LOL SURPRISE OMG HOS DOLLS | 588566-C3 | L.O.L. Surprise OMG HoS-Cosmic Nova | 240 | - | - | 240 |
| LOL SURPRISE OMG HOS DOLLS | 588566-C3W | L.O.L. Surprise OMG HoS-Cosmic Nova | 46,446 | - | - | 46,446 |
| LOL SURPRISE OMG HOS DOLLS | 588573-C3 | L.O.L. Surprise OMG HoS-Groovy Babe | 84 | - | - | 84 |
| LOL SURPRISE OMG HOS DOLLS | 588573-EUC | L.O.L. Surprise OMG HoS-Groovy Babe | 71,857 | 12 | - | 71,870 |
| LOL SURPRISE OMG HOS DOLLS | 588580-C3 | L.O.L. Surprise OMG HoS-Speedster | 204 | - | - | 204 |
| LOL SURPRISE OMG HOS DOLLS | 588580-C3W | L.O.L. Surprise OMG HoS-Speedster | 38,176 | - | - | 38,176 |
| LOL SURPRISE OMG HOS DOLLS | 591566-C3 | L.O.L. Surprise OMG HoS Asst | 23,112 | 656 | - | 23,768 |
| LOL SURPRISE OMG HOS DOLLS | 591573-C3 | L.O.L. Surprise OMG HoS-Swag | 156,653 | - | - | 156,653 |
| LOL SURPRISE OMG HOS DOLLS | 591573-C3W | L.O.L. Surprise OMG HoS-Swag | 338,899 | 145,102 | - | 484,001 |
| LOL SURPRISE OMG HOS DOLLS | 591573-EUC | L.O.L. Surprise OMG HoS-Swag | 2,676 | - | - | 2,676 |
| LOL SURPRISE OMG HOS DOLLS | 591580-C3 | L.O.L. Surprise OMG HoS-Neonlicious | 96,656 | - | 16 | 96,672 |
| LOL SURPRISE OMG HOS DOLLS | 591580-C3W | L.O.L. Surprise OMG HoS-Neonlicious | 529,148 | - | - | 529,148 |
| LOL SURPRISE OMG HOS DOLLS | 591580-EUC | L.O.L. Surprise OMG HoS-Neonlicious | 25,702 | - | - | 25,702 |
| LOL SURPRISE OMG HOS DOLLS | 591597-C3 | L.O.L. Surprise OMG HoS-Lady Diva | 123,371 | 23,523 | - | 146,894 |
| LOL SURPRISE OMG HOS DOLLS | 591597-C3W | L.O.L. Surprise OMG HoS-Lady Diva | 628,466 | 81,272 | - | 709,738 |
| LOL SURPRISE OMG HOS DOLLS | 591597-EUC | L.O.L. Surprise OMG HoS-Lady Diva | 10,863 | - | - | 10,863 |
| LOL SURPRISE OMG HOS DOLLS | 591603-C3 | L.O.L. Surprise OMG HoS-Royal Bee | 217,430 | 4,414 | 24 | 221,867 |
| LOL SURPRISE OMG HOS DOLLS | 591603-C3W | L.O.L. Surprise OMG HoS-Royal Bee | 633,321 | 109,794 | - | 743,115 |
| LOL SURPRISE OMG HOS DOLLS | 591603-EUC | L.O.L. Surprise OMG HoS-Royal Bee | 25,545 | - | - | 25,545 |

**Exhibit 7137.005**

# MGA Entertainment

*Gross Shipment for All OMG Dolls + Related Items*

*USA Only; in USD*



| Item Pool | Item ID | Item Name | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG HOUSE | 502470-C3 | L.O.L. Surprise OMG Fashion House | 859,335 | - | - | 859,335 |
| LOL SURPRISE OMG HOUSE | 502470-C3MM | L.O.L. Surprise OMG Fashion House | - | 76,372 | - | 76,372 |
| LOL SURPRISE OMG HOUSE | 502470-C3W | L.O.L. Surprise OMG Fashion House | 531,800 | 706 | - | 532,505 |
| LOL SURPRISE OMG HOUSE | 502470-EUC | L.O.L. Surprise OMG Fashion House | 965 | - | - | 965 |
| LOL SURPRISE OMG HOUSE | 570202-000 | L.O.L. Surprise OMG House | - | 176 | - | 176 |
| LOL SURPRISE OMG HOUSE | 576747-000 | L.O.L. Surprise OMG House of Surprises | - | - | 49 | 49 |
| LOL SURPRISE OMG I AM | 119449-EUC | L.O.L. Surprise To-Go Diner | 17,667 | - | - | 17,667 |
| LOL SURPRISE OMG I AM | 584001-000 | L.O.L. Surprise To-Go Diner | 46,920 | 21 | - | 46,941 |
| LOL SURPRISE OMG I AM | 591559-C3 | L.O.L. Surprise OMG I AM-Rescue Vet Set | 5,399 | 2,150 | - | 7,548 |
| LOL SURPRISE OMG I AM | 591559-C3W | L.O.L. Surprise OMG I AM-Rescue Vet Set | 54,940 | 15,932 | - | 70,872 |
| LOL SURPRISE OMG I AM | 591559-EUC | L.O.L. Surprise OMG I AM-Rescue Vet Set | 34,362 | - | - | 34,362 |
| LOL SURPRISE OMG MOVIE | 576495-000 | L.O.L. Surprise OMG Movie Mgc Doll Asst | - | 94 | - | 94 |
| LOL SURPRISE OMG MOVIE | 576495-EUC | L.O.L. Surprise OMG Movie Mgc Doll Asst | - | 250 | - | 250 |
| LOL SURPRISE OMG MOVIE | 577904-000 | L.O.L. Surprise OMG Movie Mgc-Ms. Direct | 222 | - | - | 222 |
| LOL SURPRISE OMG MOVIE | 577904-EUC | L.O.L. Surprise OMG Movie Mgc-Ms. Direct | 115 | - | 55 | 170 |
| LOL SURPRISE OMG MOVIE | 577911-000 | L.O.L. Surprise OMG Movie Mgc-Starlette | - | - | 31 | 31 |
| LOL SURPRISE OMG MOVIE MAGIC STUDIOS | 576532-000 | L.O.L. Surprise OMG Movie Magic Studios | - | - | 56 | 56 |
| LOL SURPRISE OMG PREMIUM COLLECTOR | 586685-EUCOC | L.O.L. Surprise OMG Fierce '22-Cleopatra | 203,016 | - | - | 203,016 |
| LOL SURPRISE OMG PREMIUM COLLECTOR | 586685-OC | L.O.L. Surprise OMG Fierce '22-Cleopatra | 39,294 | - | - | 39,294 |
| LOL SURPRISE OMG REMIX | 567233-E7C | L.O.L. Surprise OMG Remix-Lonestar | 3,527 | 16,365 | 107 | 19,999 |
| LOL SURPRISE OMG REMIX | 567240-E7C | L.O.L. Surprise OMG Remix-Kitty K | - | 23 | - | 23 |
| LOL SURPRISE OMG REMIX | 567257-E7C | L.O.L. Surprise OMG Remix-Pop B.B. | 1,224 | - | 31 | 1,254 |
| LOL SURPRISE OMG REMIX PLANE | 571339-E7C | L.O.L. Surprise OMG Remix Plane | - | - | 18 | 18 |
| LOL SURPRISE OMG REMIX ROCK | 577584-C3 | L.O.L. Surprise OMG Remix Rock-BGurl/Drm | 300 | - | - | 300 |
| LOL SURPRISE OMG REMIX ROCK | 577607-C3 | L.O.L. Surprise OMG Remix Rock-F Qn/Kytr | 570 | 3,431 | - | 4,001 |
| LOL SURPRISE OMG SECRET JOURNAL | 571278-000 | L.O.L. Surprise OMG Fashion Secret Jrnl | 350 | 175 | 31 | 556 |
| LOL SURPRISE OMG SPORTS | 577492-C3 | L.O.L. Surprise OMG Sports Doll S1 Asst | - | - | 69 | 69 |
| LOL SURPRISE OMG SPORTS | 577492-EUC | L.O.L. Surprise OMG Sports Doll S1 Asst | - | - | 69 | 69 |
| LOL SURPRISE OMG SPORTS | 577515-C3 | L.O.L. Surprise OMG Sports-Gymnastics | 857 | - | 23 | 880 |
| LOL SURPRISE OMG SPORTS | 584223-000 | L.O.L. Surprise OMG Sports Doll Asst | 3,180 | - | - | 3,180 |
| LOL SURPRISE OMG SPORTS | 584230-000 | L.O.L. Surprise OMG Sports-Sprkl Star | 3,549 | 295 | - | 3,844 |
| LOL SURPRISE OMG SPORTS | 584230-EUC | L.O.L. Surprise OMG Sports-Sprkl Star | 275,422 | - | - | 275,422 |

**Exhibit 7137.006**

## MGA Entertainment

### *Gross Shipment for All OMG Dolls + Related Items*
*USA Only; in USD*



| Item Pool | Item ID | Item Name | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG SPORTS | 584247-000 | L.O.L. Surprise OMG Sports-Court Cutie | 1,874 | 1,548 | - | 3,422 |
| LOL SURPRISE OMG SPORTS | 584247-EUC | L.O.L. Surprise OMG Sports-Court Cutie | 4,680 | 25 | - | 4,705 |
| LOL SURPRISE OMG SPORTS | 584247-W | L.O.L. Surprise OMG Sports-Court Cutie | 59,376 | 2,115 | 10 | 61,501 |
| LOL SURPRISE OMG STYLING HEAD | 565963-000 | L.O.L. Surprise OMG Styling Head-Neonls | - | 43 | - | 43 |
| LOL SURPRISE OMG STYLING HEAD | 565963-W | L.O.L. Surprise OMG Styling Head-Neonls | - | 7 | - | 7 |
| LOL SURPRISE OMG STYLING HEAD | 566229-E7C | L.O.L. Surprise OMG Styling Hd-Royal Bee | - | 7 | - | 7 |
| LOL SURPRISE OMG STYLING HEAD | 572008-000 | L.O.L. Surprise OMG Styling Head-Cndylcs | - | 13 | - | 13 |
| LOL SURPRISE OMG STYLING HEAD | 572008-EUC | L.O.L. Surprise OMG Styling Head-Cndylcs | - | 63 | - | 63 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576020-EUC | L.O.L. Surprise OMG Travel Doll Asst | - | 512 | - | 512 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576570-EUC | L.O.L. Surprise OMG Travel Dl-Sunset | 51,372 | - | 46 | 51,418 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576570-SM | L.O.L. Surprise OMG Travel Dl-Sunset | 174 | - | - | 174 |
| LOL SURPRISE OMG TRAVEL DOLLS | 576587-EUC | L.O.L. Surprise OMG Travel Dl-City Babe | 35,868 | - | - | 35,868 |
| LOL SURPRISE OMG TRAVEL DOLLS | 579168-000 | L.O.L. Surprise OMG Travel Dl-Fly Gurl | 124 | - | - | 124 |
| LOL SURPRISE OMG TRAVEL DOLLS | 579168-EUC | L.O.L. Surprise OMG Travel Dl-Fly Gurl | 5,331 | - | - | 5,331 |
| LOL SURPRISE OMG TRAVEL PLANE | 576051-000 | L.O.L. Surprise OMG 4-in-1 Plane | 39 | - | - | 39 |
| LOL SURPRISE OMG TRAVEL PLANE | 576051-EUC | L.O.L. Surprise OMG 4-in-1 Plane | 155 | - | - | 155 |
| LOL SURPRISE QUEENS OMG DOLL | 579915-EUC | L.O.L. Surprise OMG Queens-Prism | 450 | - | - | 450 |
| LOL SURPRISE OMG ENTRY DOLLS | 595618-000 | L.O.L. Surprise OMG Entry Asst | - | 41,276 | - | 41,276 |
| LOL SURPRISE OMG ENTRY DOLLS | 595618-EUC | L.O.L. Surprise OMG Entry Asst | - | 63,580 | 179,221 | 242,801 |
| LOL SURPRISE OMG ENTRY DOLLS | 595625-000 | L.O.L. Surprise OMG Entry-Candylicious | - | 65,251 | 61,222 | 126,473 |
| LOL SURPRISE OMG ENTRY DOLLS | 595625-EUC | L.O.L. Surprise OMG Entry-Candylicious | - | 57,677 | - | 57,677 |
| LOL SURPRISE OMG ENTRY DOLLS | 595625-W | L.O.L. Surprise OMG Entry-Candylicious | - | - | 101,738 | 101,738 |
| LOL SURPRISE OMG ENTRY DOLLS | 595632-000 | L.O.L. Suprise OMG Entry-Kitty K | - | 65,316 | 5,700 | 71,016 |
| LOL SURPRISE OMG ENTRY DOLLS | 595632-EUC | L.O.L. Suprise OMG Entry-Kitty K | - | 8,509 | 1,678 | 10,187 |
| LOL SURPRISE OMG ENTRY DOLLS | 595632-W | L.O.L. Suprise OMG Entry-Kitty K | - | - | 121,475 | 121,475 |
| LOL SURPRISE OMG ENTRY DOLLS | 595649-000 | L.O.L. Surprise OMG Entry-Bubblegum D.J. | - | 65,401 | 47,320 | 112,721 |
| LOL SURPRISE OMG ENTRY DOLLS | 595649-EUC | L.O.L. Surprise OMG Entry-Bubblegum D.J. | - | 17,900 | 12,567 | 30,467 |
| LOL SURPRISE OMG ENTRY DOLLS | 595649-W | L.O.L. Surprise OMG Entry-Bubblegum D.J. | - | - | 146,778 | 146,778 |
| LOL SURPRISE OMG ENTRY DOLLS | 595656-000 | L.O.L. Surprise OMG Entry-Miss Royale | - | 65,487 | 32,309 | 97,796 |
| LOL SURPRISE OMG ENTRY DOLLS | 595656-EUC | L.O.L. Surprise OMG Entry-Miss Royale | - | 7,260 | 2,537 | 9,797 |
| LOL SURPRISE OMG ENTRY DOLLS | 985433-EUC | L.O.L. Surprise OPP OMG-Coral Waves | - | 390 | - | 390 |
| LOL SURPRISE OMG ENTRY DOLLS | 985662-EUC | L.O.L. Surprise OPP OMG-Swag | - | 11 | - | 11 |

**Exhibit 7137.007**

# MGA Entertainment

### *Gross Shipment for All OMG Dolls + Related Items*
*USA Only; in USD*



| Item Pool | Item ID | Item Name | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG ENTRY DOLLS | 985679-EUC | L.O.L. Surprise OPP OMG-Neonlicious | 11 | - | - | 11 |
| LOL SURPRISE OMG ENTRY DOLLS | 985815-EUC | L.O.L. Surprise OPP OMG-Speedster | - | 276 | - | 276 |
| LOL SURPRISE OMG ENTRY DOLLS | 985822-EUC | L.O.L. Surprise OPP OMG-Paradise VIP | - | 276 | - | 276 |
| LOL SURPRISE OMG ENTRY DOLLS | 985839-EUC | L.O.L. Surprise OPP OMG-Coastal Q.T. | - | 310 | - | 310 |
| LOL SURPRISE OMG ENTRY DOLLS | 985877-EUC | L.O.L. Surprise OPP OMG-Lady Diva | 11 | - | - | 11 |
| LOL SURPRISE OMG ENTRY DOLLS | 987437-EUC | L.O.L. Surprise OPP OMG Doll Asst | 79,677 | - | - | 79,677 |
| LOL SURPRISE OMG ENTRY DOLLS | 987444-EUC | L.O.L. Surprise OPP OMG-Roller Chick | - | 304 | - | 304 |
| LOL SURPRISE OMG ENTRY DOLLS | 987451-EUC | L.O.L. Surprise OPP OMG-Class Prez | - | 304 | - | 304 |
| LOL SURPRISE OMG ENTRY DOLLS | 987468-EUC | L.O.L. Surprise OPP OMG-Da Boss | - | 304 | - | 304 |
| LOL SURPRISE OMG ENTRY DOLLS | 988861-EUC | L.O.L. Surprise OPP OMG Asst | 100,663 | - | - | 100,663 |
| LOL SURPRISE OMG ENTRY DOLLS | 988878-EUC | L.O.L. Surprise OPP OMG  Roller Chick | - | 1,214 | - | 1,214 |
| LOL SURPRISE OMG ENTRY DOLLS | 988885-EUC | L.O.L. Surprise OPP OMG Uptown Girl | - | 1,199 | - | 1,199 |
| LOL SURPRISE OMG ENTRY DOLLS | 988892-EUC | L.O.L. Surprise OPP OMG  Pink Chick | - | 1,184 | - | 1,184 |
| LOL SURPRISE OMG ENTRY DOLLS | 988908-EUC | L.O.L. Surprise OPP OMG  Da Boss | - | 1,229 | - | 1,229 |
| LOL SURPRISE OMG SUNSHINE MAKEOVER | 589419-C3 | L.O.L. Surprise OMG Sunshine Mk Fsh Asst | - | 9,990 | - | 9,990 |
| LOL SURPRISE OMG SUNSHINE MAKEOVER | 589426-EUC | L.O.L. Surprise OMG Sunshine Mk-Blgum DJ | 169,752 | - | - | 169,752 |
| LOL SURPRISE OMG SUNSHINE MAKEOVER | 589433-C3 | L.O.L. Surprise OMG Sunshine Mk-Sunrise | 102,542 | 228,440 | 7,143 | 338,126 |
| LOL SURPRISE OMG SUNSHINE MAKEOVER | 589433-C3W | L.O.L. Surprise OMG Sunshine Mk-Sunrise | - | 17,307 | - | 17,307 |
| LOL SURPRISE OMG SUNSHINE MAKEOVER | 589440-C3 | L.O.L. Surprise OMG Sunshine Mk-Switches | 114,018 | 74,744 | - | 188,762 |
| LOL SURPRISE OMG SUNSHINE MAKEOVER | 589440-C3W | L.O.L. Surprise OMG Sunshine Mk-Switches | 50,453 | - | - | 50,453 |
| LOL SURPRISE OMG SWEET NAILS | 503774-000 | L.O.L. Surprise OMG Sweet Nails Asst | 2,099 | 18,273 | - | 20,372 |
| LOL SURPRISE OMG SWEET NAILS | 503774-EUC | L.O.L. Surprise OMG Sweet Nails Asst | 40,197 | 54,096 | - | 94,293 |
| LOL SURPRISE OMG SWEET NAILS | 503781-000 | L.O.L. Surprise OMG Sweet Nails-C Sprkls | 767,751 | 4,803 | 3,412 | 775,966 |
| LOL SURPRISE OMG SWEET NAILS | 503781-EUC | L.O.L. Surprise OMG Sweet Nails-C Sprkls | 149,436 | 65,489 | 162 | 215,088 |
| LOL SURPRISE OMG SWEET NAILS | 503842-000 | L.O.L. Surprise OMG Sweet Nails-Pinky P | 338,586 | 268,417 | 2,594 | 609,596 |
| LOL SURPRISE OMG SWEET NAILS | 503842-EUC | L.O.L. Surprise OMG Sweet Nails-Pinky P | 72,323 | 115,323 | 44 | 187,690 |
| LOL SURPRISE OMG SWEET NAILS | 503859-000 | L.O.L. Surprise OMG Sweet Nails-Kitty K | 768,740 | 229,266 | - | 998,006 |
| LOL SURPRISE OMG SWEET NAILS | 503859-EUC | L.O.L. Surprise OMG Sweet Nails-Kitty K | 248,512 | 497 | - | 249,009 |
| LOL SURPRISE OMG WINTER FASHION DOLLS | 584322-000 | L.O.L. Surprise OMG Fshn Shw-La Rose | 32,010 | - | - | 32,010 |
| LOL SURPRISE OMG WINTER FASHION DOLLS | 584322-EUC | L.O.L. Surprise OMG Fshn Shw-La Rose | 18,473 | - | - | 18,473 |
| LOL SURPRISE OMG WINTER HAIR DOLLS | 584285-000 | L.O.L. Surprise OMG Fshn Shw-Lady Braids | - | 14 | - | 14 |
| LOL SURPRISE OMG WINTER HAIR DOLLS | 584285-EUC-0 | L.O.L. Surprise OMG Fshn Shw-Lady Braids | - | - | 14 | 14 |

**Exhibit 7137.008**

# MGA Entertainment

### *Gross Shipment for All OMG Dolls + Related Items*

*USA Only; in USD*



| Item Pool | Item ID | Item Name | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|
| LOL SURPRISE OMG WINTER HAIR DOLLS | 584292-000 | L.O.L. Surprise OMG Fshn Shw-Twist Queen | - | 29 | - | 29 |
| LOL SURPRISE OMG WINTER HAIR DOLLS | 584292-EUC-0 | L.O.L. Surprise OMG Fshn Shw-Twist Queen | 3,919 | - | - | 3,919 |
| LOL SURPRISE OMG WINTER HAIR DOLLS | 586784-EUC-0 | L.O.L. Surprise OMG Fshn Shw Hair Asst | 16,588 | - | - | 16,588 |
| LOL SURPRISE MID OPP OMG DOLLS | 987673-EUC | L.O.L. Surprise MID OPP OMG Doll MX Asst | 50,112 | - | - | 50,112 |
| LOL SURPRISE MID OPP OMG DOLLS | 987703-EUC | L.O.L. Surprise MID OPP OMG-Snowlicious | - | - | 900 | 900 |
| LOL SURPRISE MID OPP OMG DOLLS | 987710-EUC | L.O.L. Surprise MID OPP OMG-Miss Royale | - | 675 | - | 675 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542766-000 | L.O.L. Surprise OMG Powerpuff Girls Asst | - | 38,982 | 17,784 | 56,766 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542766-EUC | L.O.L. Surprise OMG Powerpuff Girls Asst | - | 2,488 | 259 | 2,747 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542827-000 | L.O.L. Surprise OMG Powerpuff-Blossom | - | 603,883 | 121,642 | 725,525 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542827-EUC | L.O.L. Surprise OMG Powerpuff-Blossom | - | 56,721 | 10,482 | 67,203 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542827-W | L.O.L. Surprise OMG Powerpuff-Blossom | - | 594,395 | 6,505 | 600,899 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542872-000 | L.O.L. Surprise OMG Powerpuff-Buttercup | - | 663,234 | 138,134 | 801,367 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542872-EUC | L.O.L. Surprise OMG Powerpuff-Buttercup | - | 75,492 | 15,686 | 91,178 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542872-W | L.O.L. Surprise OMG Powerpuff-Buttercup | - | 594,395 | 9,776 | 604,170 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542926-000 | L.O.L. Surprise OMG Powerpuff-Bubbles | - | 640,317 | 139,291 | 779,608 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542926-EUC | L.O.L. Surprise OMG Powerpuff-Bubbles | - | 64,118 | 118,019 | 182,138 |
| LOL SURPRISE LIC POWERPUFF OMG DOLLS | 542926-W | L.O.L. Surprise OMG Powerpuff-Bubbles | - | 146,008 | 18,044 | 164,052 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542643-000 | L.O.L. Surprise OMG Eye Spy Asst | - | 29,235 | - | 29,235 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542643-EUC | L.O.L. Surprise OMG Eye Spy Asst | - | 13,805 | - | 13,805 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542650-000 | L.O.L. Surprise OMG Eye Spy-Fairy | - | 628,848 | 54,127 | 682,975 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542650-EUC | L.O.L. Surprise OMG Eye Spy-Fairy | - | 193,786 | 26,906 | 220,692 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542667-000 | L.O.L. Surprise OMG Eye Spy-Superhero | - | 469,653 | 44,784 | 514,437 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542667-EUC | L.O.L. Surprise OMG Eye Spy-Superhero | - | 4,637 | 134,935 | 139,572 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542667-W | L.O.L. Surprise OMG Eye Spy-Superhero | - | 537,466 | 645 | 538,111 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542674-000 | L.O.L. Surprise OMG Eye Spy-Spy | - | 338,476 | 206,330 | 544,806 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542674-EUC | L.O.L. Surprise OMG Eye Spy-Spy | - | - | 99,181 | 99,181 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542674-W | L.O.L. Surprise OMG Eye Spy-Spy | - | 609,927 | 52,739 | 662,666 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542681-000 | L.O.L. Surprise OMG Eye Spy-Rockstar | - | 776,683 | 13,940 | 790,623 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542681-EUC | L.O.L. Surprise OMG Eye Spy-Rockstar | - | 1,613 | 198,492 | 200,104 |
| LOL SURPRISE EYE SPY OMG DOLLS | 542681-W | L.O.L. Surprise OMG Eye Spy-Rockstar | - | 622,995 | 5,860 | 628,855 |
| LOL SURPRISE OMG WINTER DISCO 2PK | 426165-INT | L.O.L. Surprise Winter Disco OMG-Dl/24K | - | - | 19 | 19 |
| LOL SURPRISE LVS HK OMG DOLLS | 249863-000 | L.O.L. Surprise O.M.G. Lv Hello Kitty Dl Asst | - | - | 17,426 | 17,426 |

**Exhibit 7137.009**

## MGA Entertainment

*Gross Shipment for All OMG Dolls + Related Items*

*USA Only; in USD*



| Item Pool | Item ID | Item Name | 2024 | 2025 | 2026 | Total |
|---|---|---|---|---|---|---|
| **LOL SURPRISE LVS HK OMG DOLLS** | 255291-000 | L.O.L. Surprise O.M.G. Lv Hello Kitty-Cnm | - | - | 45,162 | 45,162 |
| **LOL PALLETS & DISPLAYS*** | 428312-C3W | L.O.L. Surprise HoS & Bratz 52pc Half Pallet | 1,002,400 | - | - | 1,002,400 |
| | | | | | | |
| **Total** | | - | $16,737,061 | $11,111,371 | $2,241,345 | $30,089,777 |
| | | | | | | |
| *\* OMG portion only* | | | | | | |

OMG+Related_Gross_Shipment                    May 13, 2026                    8

**Exhibit 7137.010**