# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 20-11548-JVS(CTSx) | Date | June 25, 2026 |
|---|---|---|---|
| Title: | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al | | |

**Present: The Honorable**   JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas / Priscilla Deason | Miriam Baird / Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Mark Finkelstein, Chad Hummel, Gary Cruciani | John Keville, Chante Westmoreland, Robert Green, Michelle Replogle |

_____ Day Court Trial     3rd     Day Jury Trial

____ One day trial:   ____ Begun (1st day);   _X_ Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by

_X_ Witnesses called, sworn, and testified.   _X_ Exhibits Identified   _X_ Exhibits admitted.

____ Plaintiff(s) rest.   ____ Defendant(s) rest.

____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court pre-instructs jury.

____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.

____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.

____ Jury polled.   ____ Polling waived.

____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.

____ Judgment by Court for _____   ____ plaintiff(s)   ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).

____ Case submitted.   ____ Briefs to be filed by _____

____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

_X_ Case continued to   June 26, 2026, at 9:00 a.m. _____   for further trial/further jury deliberation.

____ Other:

                                                                5   :   41

Initials of Deputy Clerk _____   eva/pd

cc: