# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 20-11548-JVS(CTSx) | | Date | June 26, 2026 |
|---|---|---|---|---|
| Title: | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al | | | |

**Present: The Honorable    JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas | Miriam Baird / Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Mark Finkelstein, Chad Hummel, Gary Cruciani | John Keville, Chante Westmoreland, Robert Green, Michelle Replogle |

_____ Day Court Trial      4th      Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _X_ Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

_X_ Witnesses called, sworn, and testified.   _X_ Exhibits Identified   _X_ Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court pre-instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____   is   _____ granted.   _____ denied.   _____ submitted.

_____ Motion for mistrial by _____   is   _____ granted.   _____ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____   is   _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

X Case continued to June 30, 2026, at 9:00 a.m. for further trial/further jury deliberation.

 The Court finds that MGA waived its privilege regarding the clearance process for the 15 relevant dolls.   (Dkt. Nos. 1233, 1235.)   The Court sets a telephonic conference for Monday, June 29, 2026, at 8:30a.m. to discuss whether the Court should order a deposition on the relevant documents, or, if MGA will not produce a waiver, the relevant testimony will be stricken. The Court strikes testimony regarding the UK Judgment as inadmissible.   (Dkt. Nos.

X Other: 1232, 1234.) The Court will issue curative instructions.

                  05 : 21

         Initials of Deputy Clerk   eva

cc: