Mark A. Finkelstein (SBN 173851)
mfinkelstein@uzllp.com
Ellen S. Kim (SBN 329348)
ekim@uzllp.com
UMBERG ZIPSER LLP
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052

Chad S. Hummel (SBN 139055)
chummel@mckoolsmith.com
Makenna A. Miller (SBN 329244)
mmiller@mckoolsmith.com
MCKOOL SMITH PC
One California Plaza
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200

Gary Cruciani (*pro hac vice*)
gcruciani@mckoolsmith.com
Tyler Freeman (*pro hac vice*)
tfreeman@mckoolsmith.com
MCKOOL SMITH PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4009

*Attorneys for Plaintiff and Counter-Defendant MGA Entertainment Inc., and Counter-Defendant Isaac Larian*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT INC.,<br>Plaintiff,<br><br>v.<br><br>CLIFFORD "T.I." HARRIS, et al.,<br>Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br>Assigned to: Hon. James V. Selna<br><br>**MGA'S OPPOSITION TO THE OMG GIRLZ' REQUEST FOR JUDICIAL NOTICE [DKT. 1242]** |
| GRAND HUSTLE, LLC, et al.,<br>Counter-Claimants,<br><br>v.<br><br>MGA ENTERTAINMENT INC., et al.<br>Counter-Defendants. | Complaint Filed: December 22, 2020<br>Trial Date: June 23, 2026 |

-1-

While the Court may take judicial notice of "court filings and other matters of public record" under Federal Rule of Evidence 201, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006), such notice is limited to the **existence** of such documents, *GemCap Lending, LLC v. Quarles & Brady, LLP*, 269 F. Supp. 3d 1007, 1019 (C.D. Cal. 2017) *aff'd*, 787 F. App'x 369 (9th Cir. 2019). "[T]he Court may not . . . accept as true the facts found or alleged in such documents." *Id.*

Here, Counterclaimants ask the Court to take judicial notice not merely that MGA filed certain briefs and a declaration, but that the factual assertions made in them are true and that those assertions allegedly conflict with Trial Exhibit 7137, an accounting spreadsheet from MGA. *See* Dkt. 1242 at 2–3 (seeking judicial notice of (1) Trial Exhibit 7137, a financial spreadsheet produced by MGA and admitted at trial; (2) a declaration by MGA's Chief Operating Officer filed March 2025 (Dkt. 1109-3); (3) MGA's post-trial brief on equitable issues (Dkt. 1046); and (4) MGA's opposition to enhancement filed December 4, 2024 (Dkt. 1062)). The interpretation of each of these documents is disputed and therefore unsuitable for judicial notice. *See* Fed. R. Evid. 201(b) (court may not take judicial notice of any fact that is "subject to reasonable dispute"); *Lee v. City of L.A.*, 250 F.3d 668, 689, 690 (9th Cir. 2001) (concluding that district court erred "by taking judicial notice of disputed matters of fact to support its ruling").

Indeed, "[f]acts are indisputable, and thus subject to judicial notice, **only if** they are either 'generally known' under Rule 201(b)(1) or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned' under Rule 201(b)(2). *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003). The facts underlying Trial Exhibit 7137, any MGA's filings (which contain attorney argument), or the declaration from MGA's Chief Operating Officer "do not remotely fit the requirements of Rule 201." *Id.*

-2-

Accordingly, Counterclaimants' Request for Judicial Notice should be denied in its entirety.

Dated:  June 29, 2026

UMBERG ZIPSER LLP

By  /s/ Mark A. Finkelstein
    MARK A. FINKELSTEIN

*Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian*

-3-

# CERTIFICATE OF COMPLIANCE

I, Mark A. Finkelstein, counsel of record for Plaintiff and Counter-Defendants, certifies that this brief contains 354 words, which complies with the word limit of L.R. 11-6.1.

Dated: June 29, 2026                UMBERG ZIPSER LLP


                                    /s/ Mark A. Finkelstein
                                    Mark A. Finkelstein
                                    Attorneys for Plaintiff and Counter-Defendant MGA Entertainment, Inc., and Counter-Defendant Isaac Larian