# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 20-11548-JVS(CTSx) | | Date | June 30, 2026 |
|---|---|---|---|---|
| Title: | MGA Entertainment, Inc. v. Clifford T.I. Harris, et al | | | |

**Present: The Honorable**   JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Miriam Baird / Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Mark Finkelstein, Chad Hummel, Gary Cruciani | John Keville, Chante Westmoreland, Robert Green, Michelle Replogle |

_____ Day Court Trial    5th    Day Jury Trial

____ One day trial: ____ Begun (1st day); **X** Held & continued; ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by

**X** Witnesses called, sworn, and testified.    **X** Exhibits Identified    **X** Exhibits admitted.

**X** Plaintiff(s) rest.    **X** Defendant(s) rest.

____ Closing arguments made by ____ plaintiff(s) ____ defendant(s). ____ Court pre-instructs jury.

____ Bailiff(s) sworn. ____ Jury retires to deliberate. ____ Jury resumes deliberations.

____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.

____ Jury polled. ____ Polling waived.

____ Filed Witness & Exhibit Lists ____ Filed jury notes. ____ Filed jury instructions.

____ Judgment by Court for _____ ____ plaintiff(s) ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).

____ Case submitted. ____ Briefs to be filed by _____

____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

X  Case continued to ___July 01, 2026, at 9:00 a.m.___ for further trial/further jury deliberation.

X  Other:  The Court denies OMG Girlz' Request for Judicial Notice.  (Dkt. No. 1242.)  The Court grants OMG Girlz' request for admonition about "Gucci" trademark licensing.  (Dkt. No. 1249.)  The Court takes MGA's Rule 50(a) motion under submission.  (Dkt. No. 1252.)

05  :  32

Initials of Deputy Clerk ___eva___

cc: