ORIGINAL

**F I L E D**
CLERK, U.S. DISTRICT COURT

7/1/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eva _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD "T.I." HARRIS, an individual; TAMEKA "TINY" HARRIS, an individual; OMG GIRLZ LLC, a Delaware limited liability company; and DOES 1 - 10 inclusive, Defendants,<br><br>GRAND HUSTLE, LLC, PRETTY HUSTLE, LLC, and OMG GIRLZ LLC,<br><br>Counter-Claimants,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., ISAAC LARIAN and DOES 1 - 10, inclusive,<br><br>Counter-Defendants. | Case No. 2:20-cv-11548-JVS-AGR<br><br>Punitive Verdict Form |

June 30, 2026

1. Do you find by clear and convincing evidence that MGA and/or Isaac Larian acted with oppression, fraud, or malice with regard to its misappropriation of the OMG Girlz' name, likeness, or identity with respect to any of the seven L.O.L. Surprise! O.M.G. dolls: Chillax, Roller Chick, Bhad Gurl, Metal Chick, Miss Divine, Runway Diva, or Prism?

_____ Yes          _____ No

2. If you answered "Yes" to Question 1, what amount (if any) of punitive damages should be awarded against MGA and Isaac Larian collectively?

$_____

2

The presiding juror should sign and date this verdict form.

Dated this ___1st___ day of ___July___ 2026.

_____
Presiding Juror

3