**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MGA ENTERTAINMENT INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD "T.I." HARRIS, et al.,<br><br>Defendants. | Case No. 2:20-cv-11548-JVS-CTS<br><br>**ORDER DIRECTING CLERK OF COURT TO SEAL DKT. 1295-7 [1319]**<br><br>Hon. James V. Selna |
| GRAND HUSTLE, LLC, et al.,<br><br>Counter-Claimants,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., et al.<br><br>Counter-Defendants. | Hearing Date: November 17, 2025<br>Hearing Time: 1:30 PM<br><br>Complaint Filed: December 22, 2020<br>Trial Date: September 3, 2024 |

On September 28, 2026, the Court granted Counterclaimants' application for leave to file portions of Exhibit E to Counterclaimants' notice of motion and Rule 59 Motion to Amend the Judgment (Dkt. 1295-7) under seal.

Accordingly, the Court hereby **DIRECTS** the Clerk of Court to **SEAL** the document at Docket Entry No. 1295-7.

**IT IS SO ORDERED.**

Dated: October 29, 2026

Hon. James V. Selna
United States District Judge